UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No.  16-md-02741-VC |
| The document relates to:<br>16-cv-0525  *Hardeman*<br>16-cv-2341  *Stevick* | **ORDER RE. DISCOVERY LETTER** |

The Court has reviewed the discovery letter and the cases cited therein, and has concluded that Monsanto is required to disclose the information the plaintiffs seek.  This terminates Dkt. 80 in Case No. 16-cv-0525.

As stated in Pretrial Order No. 1, the Court hopes discovery will continue, to the extent possible, between now and the case management conference on November 9th.  If proceedings are bifurcated in the MDL, the Court is hopeful that new deadlines will hew as closely as reasonably possible to those previously set.

In the interim, all deadlines in these two cases are vacated.  New deadlines will be discussed at the initial case management conference for MDL No. 2741 in accordance with Pretrial Order No. 1.

**IT IS SO ORDERED.**

Dated:  October 6, 2016

_____

VINCE CHHABRIA
United States District Judge