Michael L. Baum (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner (SBN: 276023)
rbwisner@baumhedlundlaw.com
**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel:  (310) 207-3233
Fax: (310) 820-7444

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 02741 |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF R. BRENT WISNER ON BEHALF OF PLAINTIFFS** |
| *MEANS v. MONSANTO COMPANY*, 3:16-cv-05753-VC | |
| *SCHEFFER v. MONSANTO COMPANY*, 3:16-cv-05660-VC | |
| *PATTERSON v. MONSANTO COMPANY*, 3:16-cv-05787-VC | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that R. Brent Wisner of Baum Hedlund Aristei & Goldman, A Professional Corporation, hereby enters an appearance as counsel for Plaintiffs in the above-referenced actions. Please serve said counsel with all pleadings and notices in these actions.

R. Brent Wisner
Baum Hedlund Aristei & Goldman, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel:  (310) 207-3233
Fax:  (310) 820-7444
Email: rbwisner@baumhedlundlaw.com

**NOTICE OF APPEARANCE**

| | |
|---|---|
| Dated: October 12, 2016 | **BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**<br><br> /s/ R. Brent Wisner<br>R. Brent Wisner, Esq. (SBN 276023)<br>rbwisner@baumhedlundlaw.com<br>Michael L. Baum, Esq. (SBN 119511)<br>mbaum@baumhedlundlaw.com<br>12100 Wilshire Blvd., Suite 950<br>Los Angeles, CA 90025<br>Tel: (310) 207-3233<br>Fax: (310) 820-7444<br><br>*Attorneys for Plaintiffs* |

**NOTICE OF APPEARANCE**

## CERTIFICATE OF SERVICE

I, Brent Wisner, hereby certify that, on October 12, 2016, I electronically filed NOTICE OF APPEARANCE OF R. BRENT WISNER ON BEHALF OF PLAINTIFFS with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ R. Brent Wisner
R. Brent Wisner

**CERTIFICATE OF SERVICE**