**ATTACHMENT A**

I.   **CASES CURRENTLY INCLUDED IN MDL NO. 2741**

*Abila v. Monsanto Co.*, No. 3:16-cv-06008-VC (N.D. Cal.)
*Bridgeman v. Monsanto Co.*, No. 3:16-cv-05785-VC (N.D. Cal.)
*Burdett v. Monsanto Co.*, No. 3:16-cv-06027-VC (N.D. Cal.)
*Carlock v. Monsanto Co.*, No. 3:16-cv-06009-VC (N.D. Cal.)
*Couey v. Monsanto Co.*, No. 3:16-cv-05653-VC (N.D. Cal.)
*Cushman v. Monsanto Co.*, No. 3:16-cv-06018-VC (N.D. Cal.)
*Domina v. Monsanto Co.*, No. 3:16-cv-05887-VC (N.D. Cal.)
*Ford v. Monsanto Co.*, No. 3:16-cv-06030-VC (N.D. Cal.)
*Gibbs v. Monsanto Co.*, No. 3:16-cv-05652-VC (N.D. Cal.)
*Giglio v. Monsanto Co.*, No. 3:16-cv-05658-VC (N.D. Cal.)
*Goodbred v. Monsanto Co.*, No. 3:16-cv-06010-VC (N.D. Cal.)
*Hardeman v. Monsanto Co.*, No. 3:16-cv-00525-VC (N.D. Cal.)
*Harris v. Monsanto Co.*, No. 3:16-cv-00525-VC (N.D. Cal.)
*Hernandez v. Monsanto Co.*, No. 3:16-cv-05750-VC (N.D. Cal.)
*Janise v. Monsanto Co.*, No. 3:16-cv-06004-VC (N.D. Cal.)
*Johansing v. Monsanto Co.*, No. 3:16-cv-05751-VC (N.D. Cal.)
*Johnson v. Monsanto Co.*, No. 3:16-cv-06043-VC (N.D. Cal.)
*Mancuso v. Monsanto Co.*, No. 3:16-cv-06047-VC (N.D. Cal.)
*McCall v. Monsanto Co.*, No. 3:16-cv-05749-VC (N.D. Cal.)
*Means v. Monsanto Co.*, No. 3:16-cv-05753-VC (N.D. Cal.)
*Mendoza v. Monsanto Co.*, No. 3:16-cv-06046-VC (N.D. Cal.)
*Morris v. Monsanto Co.*, No. 3:16-cv-06029-VC (N.D. Cal.)
*Patterson v. Monsanto Co.*, No. 3:16-cv-05787-VC (N.D. Cal.)
*Perkins v. Monsanto Co.*, No. 3:16-cv-06025-VC (N.D. Cal.)
*Porath v. Monsanto Co.*, No. 3:16-cv-05858-VC (N.D. Cal.)
*Ricci v. Monsanto Co.*, No. 3:16-cv-06019-VC (N.D. Cal.)
*Ruiz v. Monsanto Co.*, No. 3:16-cv-05659-VC (N.D. Cal.)
*Russo v. Monsanto Co.*, No. 3:16-cv-06024-VC (N.D. Cal.)
*Sanders v. Monsanto Co.*, No. 3:16-cv-05752-VC (N.D. Cal.)
*Scheffer v. Monsanto Co.*, No. 3:16-cv-05660-VC (N.D. Cal.)
*Sheppard v. Monsanto Co.*, No. 3:16-cv-05650-VC (N.D. Cal.)
*Stevick v. Monsanto Co.*, No. 3:16-cv-02341-VC (N.D. Cal.)
*Tamburello v. Monsanto Co.*, No. 3:16-cv-06007-VC (N.D. Cal.)
*Trimpe v. Monsanto Co.*, No. 3:16-cv-06032-VC (N.D. Cal.)
*Turner v. Monsanto Co.*, No. 3:16-cv-06020-VC (N.D. Cal.)
*Walker v. Monsanto Co.*, No. 3:16-cv-06028-VC (N.D. Cal.)
*White v. Monsanto Co.*, No. 3:16-cv-06026-VC (N.D. Cal.)
*Work v. Ragan and Massey, Inc. et al.*, No. 3:16-cv-06005-VC (N.D. Cal.)

## II. CASES NOT YET NOTICED AS "TAG-ALONGS" OR TRANSFERRED TO THE MDL

*Gebeyehou v. Monsanto Co.*, No. 3:16-cv-05813-EDL (N.D. Cal.)
*Harris v. Monsanto Co.*, No. 3:16-cv-02275-LAB-RBB (S.D. Cal.)
*Penrod v. Monsanto Co.*, No. 3:16-cv-05901-JCS (N.D. Cal.)

## III. STATE COURT CASES

*Ashworth v. Monsanto Co.*, No. N16C-02-242 VLM (Del. Super. Ct.)
*Barrera v. Monsanto Co.*, No. N15C-10-118 VLM (Del. Super. Ct.)
*Carr v. Monsanto Co.*, No. N16C-03-159 VLM (Del. Super. Ct.)
*Huerta v. Monsanto Co.*, No. RIC 1600639 (Cal. Super. Ct., Riverside Cty.)
*Johnson v. Monsanto Co.*, No. CGC-16-550128 (Cal. Super. Ct., S.F. Cty.)
*Kane v. Monsanto Co.*, No. 1622-CC10172 (Mo. Cir. Ct. St. Louis)
*Kennedy v. Monsanto Co.*, No. 16CM-CC00001 (Mo. Cir. Ct. Camden Cty.)
*Panthen v. Monsanto Co.*, No. N16C-04-037 VLM (Del. Super Ct.)
*Peterson v. Monsanto Co.*, No. 1622-CC01071 (Mo. Cir. Ct. St. Louis)
*Schrack v. FMC Corp. et al.*, No. 160400812 (Pa. Ct. C.P. Phila. Cty.)