**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:    202-682-1639
Email: jhollingsworthllp@hollingsworthllp.com
             elasker@hollingsworthllp.com

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | |

**DECLARATION OF JOE G. HOLLINGSWORTH IN SUPPORT OF MONSANTO COMPANY'S CASE MANAGEMENT STATEMENT**

I, Joe G. Hollingsworth, hereby declare as follows:

1.      I am an attorney at law and am a member of the law firm of Hollingsworth LLP, counsel for defendant Monsanto Company ("Monsanto").  I make this declaration in support of Monsanto's Case Management Statement.  I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2.      Annexed hereto as Exhibit 1 is a true and correct copy of e-mails between Timothy Litzenburg, The Miller Firm, and Kristen Melen, Courtroom Deputy to the Honorable Vince Chhabria (June 21, 2016).

3.      Annexed hereto as Exhibit 2 is a true and correct copy of Tentative Ruling on Motion for Scheduling Order Regarding General Causation, *Huerta v. Monsanto Co.*, No. RIC 1600639 (Cal. Super. Ct., Riverside Cty. Sept. 8, 2016).

4.      Annexed hereto as Exhibit 3 is a true and correct copy of Hearing Transcript, *Huerta v. Monsanto Co.*, No. RIC 1600639 (Cal. Super. Ct., Riverside Cty. Sept. 8, 2016).

- 2 -

5. Annexed hereto as Exhibit 4 is a true and correct copy of Case Management Order No. 2 and Order Discharging Order to Show Cause Why Sanctions Should Not be Imposed on Plaintiffs' Counsel, *Johnson v. Monsanto Co.*, Case No. CGC-16-550128 (Cal. Super. Ct. S.F. Cty. Sept. 28, 2016).

6. Annexed hereto as Exhibit 5 is a true and correct copy of e-mails between Rosemary Stewart, Hollingsworth LLP, and Aimee Wagstaff, Andrus Wagstaff (Sept. 8-26, 2016).

I hereby declare under penalty of perjury that the facts set forth herein are true and correct. Executed this 20th day of October, 2016.

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY
