# Exhibit 1

# Sullivan, James

| | |
|---|---|
| **From:** | VCCRD@cand.uscourts.gov |
| **Sent:** | Tuesday, June 21, 2016 4:25 PM |
| **To:** | Timothy Litzenburg |
| **Cc:** | 'aimee.wagstaff@andruswagstaff.com'; 'cghoke@gmail.com'; Haake, Christopher; 'david.wool@andruswagstaff.com'; Lasker, Eric; Sullivan, James; 'kathryn.forgie@andruswagstaff.com'; 'lori@andrusanderson.com'; Michael Miller; 'rbwisner@baumhedlundlaw.com'; Platt, Steve; 'vance.andrus@andruswagstaff.com' |
| **Subject:** | RE: Conference Call Information for CMC in Hardeman v. Monsanto Co., 3:16-cv-00525-VC and Stevick v. Monsanto Co., 3:16-cv-02341-VC |

Good afternoon,

Thank you for providing this. I have passed the info. along to Judge Chhabria.

Thanks,
Kristen Melen, Courtroom Deputy to the Honorable Vince Chhabria

-----Timothy Litzenburg <TLitzenburg@MillerFirmLLC.com> wrote: -----
To: "'VCCRD@cand.uscourts.gov'" <VCCRD@cand.uscourts.gov>, "Haake, Christopher" <Chaake@Hollingsworthllp.com>
From: Timothy Litzenburg <TLitzenburg@MillerFirmLLC.com>
Date: 06/21/2016 12:12PM
Cc: "'aimee.wagstaff@andruswagstaff.com'" <aimee.wagstaff@andruswagstaff.com>, "'cghoke@gmail.com'" <cghoke@gmail.com>, "'david.wool@andruswagstaff.com'" <david.wool@andruswagstaff.com>, "Lasker, Eric" <ELasker@Hollingsworthllp.com>, "Sullivan, James" <JSullivan@Hollingsworthllp.com>, "'kathryn.forgie@andruswagstaff.com'" <kathryn.forgie@andruswagstaff.com>, "'lori@andrusanderson.com'" <lori@andrusanderson.com>, "'rbwisner@baumhedlundlaw.com'" <rbwisner@baumhedlundlaw.com>, "'vance.andrus@andruswagstaff.com'" <vance.andrus@andruswagstaff.com>, "splatt@pmcos.com" <splatt@pmcos.com>, Michael Miller <MMiller@millerfirmllc.com>
Subject: RE: Conference Call Information for CMC in Hardeman v. Monsanto Co., 3:16-cv-00525-VC and Stevick v. Monsanto Co., 3:16-cv-02341-VC

Ms. Melen



Thanks for your guidance. In advance of this afternoon's status conference, and in light of the Court's ruling last week, counsel for the individual Plaintiffs in the two matters have conferred and come up with a proposed schedule for bifurcation. We have provided to Defendant as well, but wanted the Court to have this proposal before it, to make the conference more productive (Defendant has already submitted its proposal as an exhibit to supplemental joint report). If there is another avenue through which I should provide this to Judge Chhabria, please let me know.


July 15 2016 – Monsanto completes non-custodial production and provides privilege log

August 1, 2016 – Monsanto begins custodial file production

October 15, 2016 – Monsanto completes custodial file production for the twelve persons agreed by the parties to date, PLUS five additional custodians to be identified by plaintiffs through review of early production; privilege logs produced

1

December 9, 2016 – depositions of custodians completed

January 9, 2016 – Plaintiff's and Defendants' expert reports on general causation

January 23, 2016 – Rebuttal expert reports due

March 1, 2016:  Close of discovery of phase one

March 15, 2016 – Daubert/MSJ due

April 3, 2016:  Oppositions due

April 10, 2016:   Replies due

April 17, 2016:  Daubert hearing

**From:** VCCRD@cand.uscourts.gov [mailto:VCCRD@cand.uscourts.gov]
**Sent:** Thursday, June 16, 2016 1:39 PM
**To:** Haake, Christopher
**Cc:** 'aimee.wagstaff@andruswagstaff.com'; 'cghoke@gmail.com'; 'david.wool@andruswagstaff.com'; Lasker, Eric; Sullivan, James; 'kathryn.forgie@andruswagstaff.com'; 'lori@andrusanderson.com'; 'rbwisner@baumhedlundlaw.com'; Timothy Litzenburg; 'vance.andrus@andruswagstaff.com'; splatt@pmcos.com
**Subject:** Re: Conference Call Information for CMC in Hardeman v. Monsanto Co., 3:16-cv-00525-VC and Stevick v. Monsanto Co., 3:16-cv-02341-VC

Good morning,

Thank you for providing this information.

Counsels, it appears that the parties filed the joint case management statements and included a series of stipulations and proposed orders to be filed and reviewed by the Court as attachments to the CMS. This is not how stipulations and proposed orders are to be filed. Anything the parties are stipulating to should be filed as individual documents and filed separately- not as a group of documents. The Court is requiring that you refile all of the stipulations and proposed orders individually and separate from the CMS. If anyone needs assistance on the proper way to file documents in ECF they should review the court's website for training on filing. www.cand.uscourts.gov

2

For Tuesday's hearing, please note, the Court will join the call as soon as the matter is called. All parties must be on the line at 2:30 p.m. and ready to proceed. Should there be a delay in the Court joining the conference, please be patient and we will join just as soon as possible.

Counsels are asked not to speak over each other, not speak over the judge, and speak slowly and clearly. The CMC will not be reported or recorded. The Court will only issue a minute order after the hearing. To obtain direction regarding pretrial filings and trial management you must go to Judge Chhabria's webpage on the court's website and review his Standing Order Regarding Civil Trials. If the Court orders the parties to file a stipulation and proposed order, it will be due within one week if not specified due for a different time frame.

Thank you,

Kristen Melen, Courtroom Deputy to the Honorable Vince Chhabria

-----"Haake, Christopher" <Chaake@Hollingsworthllp.com> wrote: -----

To: "'vccrd@cand.uscourts.gov'" <vccrd@cand.uscourts.gov>
From: "Haake, Christopher" <Chaake@Hollingsworthllp.com>
Date: 06/15/2016 02:01PM
Cc: "'kathryn.forgie@andruswagstaff.com'" <kathryn.forgie@andruswagstaff.com>, "'david.wool@andruswagstaff.com'" <david.wool@andruswagstaff.com>, "'lori@andrusanderson.com'" <lori@andrusanderson.com>, "'vance.andrus@andruswagstaff.com'" <vance.andrus@andruswagstaff.com>, "'aimee.wagstaff@andruswagstaff.com'" <aimee.wagstaff@andruswagstaff.com>, "'rbwisner@baumhedlundlaw.com'" <rbwisner@baumhedlundlaw.com>, "'tlitzenburg@millerfirmllc.com'" <tlitzenburg@millerfirmllc.com>, "'cghoke@gmail.com'" <cghoke@gmail.com>, "Sullivan, James" <JSullivan@Hollingsworthllp.com>, "Lasker, Eric" <ELasker@Hollingsworthllp.com>
Subject: Conference Call Information for CMC in Hardeman v. Monsanto Co., 3:16-cv-00525-VC and Stevick v. Monsanto Co., 3:16-cv-02341-VC

Hello,

Per the Court's June 14 order, below please find conference call information for the Case Management Conference to be conducted by phone on June 21 in *Hardeman v. Monsanto Co.*, 3:16-cv-00525-VC and *Stevick v. Monsanto Co.*, 3:16-cv-02341-VC.

DATE:        Tuesday, June 21, 2016

TIME:        2:30 p.m. PDT / 5:30 p.m. EDT

3

DIAL-IN:     800-423-1988

PASSCODE:   1673737

This electronic message contains information from the law firm of Hollingsworth LLP, which may be confidential or privileged.  The information is for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited.  If you have received this electronic transmission in error, please notify us immediately at (202) 898-5800.

4