# Exhibit 2

# Exhibit 2

# Tentative Rulings for September 8, 2016
# Department 10

**To request oral argument, you must notify Judicial Secretary Cameo M. Gallo at (760) 904-5722 and inform all other counsel no later than 4:30 p.m.**

This court follows California Rules of Court, Rule 3.1308 (a) (1) for tentative rulings (see Riverside Superior Court Local Rule 3316).  Tentative Rulings for each law & motion matter are posted on the Internet by 3:00 p.m. on the court day immediately before the hearing at http://www.riverside.courts.ca.gov/tentativerulings.shtml.  If you do not have Internet access, you may obtain the tentative ruling by telephone at (760) 904-5722.

To request oral argument, not later than 4:30 p.m. on the court day before the hearing you must (1) notify the judicial secretary for Department 10 at (760) 904-5722 and (2) inform all other parties.  If no request for oral argument is made by 4:30 p.m., the tentative ruling **will become the final ruling** on the matter effective the date of the hearing.

Unless otherwise noted, the prevailing party is to give notice of the ruling.

1.

| | | |
|---|---|---|
| PSC1404079 | ANNA JONES ET AL VS FITNESS ALLIANCE LLC | MOTION TO/FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY ANNA JONES, CHRISTOPHER GREEBE |

**Tentative Ruling:**  Deny without prejudice.

As no new documents have been filed, the motion is denied without prejudice to plaintiffs filing a new motion for preliminary approval of class action settlement that addresses the Court's concerns discussed on June 7, 2016.

2.

| | | |
|---|---|---|
| RIC1600639 | BRENDA HUERTA VS MONSANTO COMPANY SUPERIOR SOD | MOTION TO/FOR SCHEDULING ORDER REGARDING GENERAL CAUSATION AND MEMORANDUM OF POINTS & AUTHORITIES BY MONSANTO COMPANY, SUPERIOR SOD LLC, SUPERIOR SOD I LP |

**Tentative Ruling:**  Grant.

Under CCP § 2019.020, the court has the authority to "establish the sequence and timing of discovery for the convenience of the parties and witnesses and in the interests of justice."  Furthermore, in cases designated "complex," the court has power to establish a discovery schedule and schedule dates for dispositive motions.  (CRC 3.750(b).)  A "complex case" is an action that requires "exceptional judicial management to avoid placing unnecessary burdens on the court of the litigants and to expedite the case, keep costs reasonable, and promote effective decision making by the court, the parties and counsel."  (CRC 3.400(a); *First State Ins. Co. v. Sup. Ct. (Jalisco Corp., Inc.)* (2000) 79 Cal.App.4th 324, 332.)  Management of discovery lies within the sound discretion of the trial court.  (*In re Groundwater Cases* (2007) 154 Cal.App.4th

659, 693.) The Court is persuaded here that bifurcation of discovery and limiting the first phase of discovery to the issue of general causation is warranted as it may prevent the parties from engaging in broad and potentially wasteful discovery if defendants were to prevail on a dispositive *Sargon* motion in limine.