# Exhibit 4

FILED
San Francisco County Superior Court

SEP 28 2016

CLERK OF THE COURT
BY: _____ Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| DEWAYNE JOHNSON, ET AL.<br><br>Plaintiffs,<br><br>vs.<br><br>MONSANTO COMPANY, ET AL.<br><br>Defendants. | Case No. CGC – 16-550128<br><br>CASE MANAGEMENT ORDER NO.2<br><br>AND<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED ON PLAINTIFFS' COUNSEL |

I held a case management conference (CMC) this date.

1. Regarding the OSC, I reject the reasoning in Mr. Hoke's return. The suggestion that another judge excused his presence in a different case, or that the lawyer he sent to the original case management conference would have been of any use, are entirely without merit. However, counsel's apologies are accepted and the order to show cause is discharged.

2. The parties should now promptly issue their first waves of discovery demands with a focus on materials needed for a *Sargon* hearing (see below) and in order to estimate the amount of total percipient discovery needed (see (3) below).

The next CMC is set for **December 21, 2016, at 2:00 p.m.** The parties' joint CMC statement should reflect the results of their meet and confer on at least these issues: ==(1) why can we not have a prompt *Sargon* hearing regarding general causation, to be preceded by expert discovery on that issue==; (2) if there is any percipient discovery needed for such a hearing,

-1-

exactly what is it, why is it needed, and how long will it take to get it; (3) what is the minimum time needed to complete all percipient discovery; (4) given the response to (3), when should trial be set; (5) how many court days are required for trial (add 2 days to select a jury and 2 days for instructions and deliberations, assuming the parties do not waive a jury and account for a puntives phase if those damages are sought); (6) do the parties agree that discovery taken in this and the *Huerta* cases is deemed taken in both cases; (7) what is the result of the application for MDL treatment; (8) do the parties believe that a central deposit of document produced by defendants, to be accessed by all related cases (state and federal), would be useful; (9) any other matter which will expedite this case or otherwise assist the parties.

Dated: September 28, 2016

_____
Curtis E.A. Karnow
Judge Of The Superior Court

**CERTIFICATE OF ELECTRONIC SERVICE**
(CCP 1010.6(6) & CRC 2.260(g))

I, DANIAL LEMIRE, a Deputy Clerk of the Superior Court of the County of San Francisco, certify that I am not a party to the within action.

On  SEP 2 8 2016  , I electronically served THE ATTACHED DOCUMENT via File & ServeXpress on the recipients designated on the Transaction Receipt located on the File & ServeXpress website.

Dated:  SEP 2 8 2016

T. Michael Yuen, Clerk

By: _____
DANIAL LEMIRE, Deputy Clerk