# Exhibit 5

## Stewart, Rosemary

| | |
|---|---|
| **From:** | Stewart, Rosemary |
| **Sent:** | Monday, September 26, 2016 10:55 AM |
| **To:** | 'Aimee H. Wagstaff' |
| **Cc:** | MMiller@millerfirmllc.com; TLitzenburg@MillerFirmLLC.com; Sullivan, James; david.wool@andruswagstaff.com; kellie.johnson@andruswagstaff.com |
| **Subject:** | RE: Hardeman/Stevick (N.D. Cal.) -- Scheduling Monsanto Custodian Depositions |

Aimee, Michael, and Timothy,

In response to your rejection of the first set of dates that we offered for the first five Monsanto employee custodians, and your request for later dates for each of these individuals, we will make the following custodians available for one-day, seven-hour depositions on the following dates in St. Louis, Missouri:

Donna Farmer  -- Nov. 15
William Heydens  -- Nov. 18
Stephen Adams – Nov. 30
David Saltmiras – Dec. 2
Daniel Goldstein – Dec. 7

Rosemary



**Rosemary Stewart**
Partner

D 202.898.5888 | RStewart@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005
www.hollingsworthllp.com

**From:** Aimee H. Wagstaff [mailto:aimee.wagstaff@andruswagstaff.com]
**Sent:** Thursday, September 15, 2016 9:14 AM
**To:** Stewart, Rosemary
**Cc:** MMiller@millerfirmllc.com; TLitzenburg@MillerFirmLLC.com; Sullivan, James; david.wool@andruswagstaff.com; kellie.johnson@andruswagstaff.com
**Subject:** Re: Hardeman/Stevick (N.D. Cal.) -- Scheduling Monsanto Custodian Depositions

Rosemary,

I had a conference call with Miller's team to try to make these dates work for both of us. They don't. Further complicating the scheduling is making sure the productions for these custodians are complete so we don't have to depose them numerous times on general causation.

Can you offer us new dates?

Aimee

Sent from my iPhone

On Sep 12, 2016, at 5:53 AM, Stewart, Rosemary <RStewart@Hollingsworthllp.com> wrote:

1

Hi Aimee,

For the first five custodians, we intend to send you notice by the end of September that we have no more planned document productions for them. We have already made voluminous productions from the custodial files of these five employees, with the first production made in early August and the second production in early September (together totaling well over 1.6 million pages). And we anticipate a third large production from the same five custodial files later this week. At least one more production is then expected later in September, but we anticipate that it will be substantially smaller.

Rosemary & Jim

<HollingsworthLLP_34a84990-3d9e-4b28-a044-cd21af3f95ee.jpg>

**From:** Aimee H. Wagstaff [mailto:aimee.wagstaff@andruswagstaff.com]
**Sent:** Saturday, September 10, 2016 11:58 AM
**To:** Stewart, Rosemary
**Cc:** MMiller@millerfirmllc.com; TLitzenburg@MillerFirmLLC.com; Sullivan, James; david.wool@andruswagstaff.com; kellie.johnson@andruswagstaff.com
**Subject:** Re: Hardeman/Stevick (N.D. Cal.) -- Scheduling Monsanto Custodian Depositions

Rosemary,

We are working on these dates. Can you let us know when the custodial file productions will be complete for each of these custodians?

Aimee

Sent from my iPhone

On Sep 8, 2016, at 4:02 PM, Stewart, Rosemary <RStewart@Hollingsworthllp.com> wrote:

> Aimee, Michael, and Timothy:
>
> The first five Monsanto employee custodians will be available for a one-day, seven-hour deposition on the following dates:
>
> Donna Farmer - October 24, 2016
> William Heydens - October 26, 2016
> Stephen Adams - October 28, 2016
> David Saltmiras - November 2, 2016
> Daniel Goldstein - November 7, 2016
>
> Please let us know if these dates work for both of your firms.
>
> We will provide proposed deposition dates in November for the second group of document custodians at a later time.
>
> Rosemary

2