

Michael J. Miller – VA, MD, DC, PA
Nancy Guy Miller  – MS
Bruce D. Burtoff, M.D., J.D. – VA, DC, FL, MS
David J. Dickens – VA, DC
Jeffrey Travers – VA
Tayjes Shah – PA, NJ
Timothy Litzenburg – VA
Curtis G. Hoke – CA
Jeff T. Seldomridge – VA
Adam R. Alb - MO

**The Sherman Building**
**108 Railroad Avenue**
**Orange, Virginia 22960**
Nancy Leftwich, R.N.
Elisa A Dickson, RN, BSN, MS
Website: Millerfirmllc.com
Telephone:  (540) 672-4224
(866) 529-3323
Facsimile:  (540) 672-3055

October 20, 2016

Dear Judge Chhabria:

Pursuant to PTO 1 [Rec. Doc 2], I write this correspondence requesting to be appointed lead counsel to coordinate and conduct pre-trial activities, alternatively to be appointed co-lead counsel with Aimee Wagstaff and Robin Greenwald (see paragraph iv).  Below are responses to each area of inquiry in PTO 1.

i. **Professional Experience with MDL's and with the Subject Matter of This Litigation.**

I have had the privilege to be appointed to several MDL Plaintiff Steering committees.  In 2006 I was appointed by the Honorable Jack Weinstein to serve on the PSC, In Re: Zyprexa, MDL 1596.  I personally wrote the successful opposition to Summary Judgment that was crucial in getting the cases resolved before trial.  In 2006, I was appointed by the Honorable Paul Magnuson in Minnesota to the PSC in MDL No. 1724, In re Viagra.  I was appointed to the Avandia PSC in 2008**,** MDL 1871, by the Honorable Cynthia M. Rufe and selected by my fellow PSC member to serve as the Chairman of the Discovery Committee.  I personally conducted the deposition of the majority of corporate officers and employees, developed half of the experts and was lead trial counsel for the bellwether defense pick which was ultimately settled.  In the Actos litigation I was lead trial counsel in six bladder cancer cases (including the first Actos trial in California, a plaintiff's verdict).  The Miller Firm, with undersigned as lead counsel, won five of the six Actos plaintiff verdicts in America which lead to the 2.4 billion dollar global settlement of the Actos litigation.

Actos involved similar allegations to the plaintiffs as in the Roundup litigation i.e. a chemical agent as a substantial factor in causing cancer.  Additionally, like Roundup, IARC's determination of the agent as a "probably human carcinogen" was a significant factor in the Actos litigation.

ii. **Familiarity with the Claim before the Court.**

I am lead counsel in the Stevick matter, one of the Roundup cases originally before your honor prior to the MDL.  I am lead counsel on 11 state and federal filed Roundup cases (See attached list). Our firm currently represents 961 Roundup® clients, all of who have been diagnosed with Non-Hodgins lymphoma after significant Roundup exposure. Our firm propounded discovery on Monsanto on February 18, 2016 and worked out the initial protective order. Currently, Monsanto has produced 303,430 documents with 2.988 million pages.  Together with Aimee Wagstaff, Robin Greenwald and defense counsel I have been working on a deposition schedule.

iii. **Present and Future Ability to Commit to Time Consuming Litigation.**

October 20, 2016
Page 2

As senior partner of a ten lawyer firm specializing in mass torts we are selective and focused on what cases we pursue. Our major case load of late has settled (Actos and certain transvaginal mesh cases) such that we have the time to focus the majority of our professional time in the Roundup litigation. Experienced attorneys in this firm that are committing a significant portion of their professional time to roundup include Mike Miller, Nancy Miller, Tayjes Shah, Timothy Litzenburg, Jeffrey Travers and David Dickens.

**iv.    Ability to Work Cooperatively with Others**

I am a member of a consensus team of attorneys with extensive knowledge and experience in the Roundup Products Liability Litigation: this team filed the vast majority of Roundup® cases; has extensive experience leading and participating in MDLs generally; and is comprised of experienced trial attorneys with vast experience in mass torts and bellwether trials. The team is mindful that PTO 1 suggests the selection of a lead counsel and liaison counsel; however, given the way in which the litigation has proceeded to date the undersigned respectfully requests that the Court consider the appointment of the undersigned with Aimee Wagstaff and Robin Greenwald as co-lead counsel and an executive committee of six firms (including lead counsel).[1] The attorneys comprising this team developed the factual and legal pleadings that underlie this litigation, successfully briefed and argued the motions to dismiss filed by Monsanto in multiple federal districts (and also three state actions), are jointly reviewing documents now, and have retained numerous experts. We have a proven track record of working collaboratively and efficiently in large, complex cases with one another and with opposing counsel, and in this particular case we have worked together seamlessly and collaboratively for the past 13 months. We have met many times and had dozens of conference calls, designed to advance the speedy and just adjudication of these cases. We believe the team's efforts have succeeded to date, evidenced by the fact that, to our knowledge, all firms with cases on file as of [date] support appointment of the team in the proposed positions. Finally, this litigation will require extraordinary human resources and litigation funds, which also supports the appointment of six firms in the executive leadership. Our group, if appointed, is prepared to meet the demands and time frames of this litigation.

**v.    Resources Available to Prosecute this Litigation in a Timely Manner.**

The Miller Firm recently resolved 280 Actos case, 500 transvaginal mesh and is partially collecting on a 8.9 billion dollar verdict for its clients in the 1998 Embassy Bombing case. The Miller Firm has and will continue to advance the funds necessary to prosecute this litigation. Together with other plaintiffs counsel we have set up a joint account for such expenses.

**vi.    Ability to Maintain Reasonable Fees and Expenses.**

---

[1] The team comprises the following counsel: Michael Baum, Baum Hedlund Aristei & Goldman; Yvonne Flaherty, Lockridge Grindal Nauen; Robin Greenwald, Weitz & Luxenberg; Hunter Lundy, Lundy Lundy Soileau & South; Michael Miller, The Miller Law Firm; and Aimee Wagstaff, Andrus Wagstaff. This structure is common in mass tort MDLs, including *In re: Xarelto (Rivarozaben) Products Liability Litigation*, MDL 2592 (EDLA) (12 member PSC that includes a four person executive committee comprising two lead counsel and two liaison counsel); *In Re: Depuy Orthopedics, Inc. ADR Hip Implant Products Liability Litigation*, MDL 2179 (WDOH) (6 member executive committee with two members designated as co-lead). This team will come to the November 16, 2016 hearing prepared to discuss additional organizational structure, to include a Steering Committee.

October 20, 2016
Page 3

      In the Actos litigation The Miller Firm spearheaded a dramatic reduction in time spent reviewing document by using state of the art search engine optimization with Crivella West, a document and SEO company. The Miller Firm was able to get agreement with plaintiffs counsel in this case to use Crivella West to host Monsanto document production. Using the Crivella West document system The Miller Firm was able in the Actos litigation to review the documents, prepare a trial package and obtain a plaintiffs verdict one year before the plaintiff steering committee in the Actos Multi District Litigation (composed of 18 different firms) was able to take a case to trial.  We hope to bring that same efficiency to the Roundup litigation.

      I pride myself in the ability to work well with both other plaintiffs counsel and defense counsel.

      Respectfully Submitted,

      THE MILLER FIRM LLC

      /s/ Michael J. Miller

      Michael J. Miller

MJM:rmm

October 20, 2016  
Page 4

Exhibit A

**Roundup Litigation**  
**The Miller Firm**

Cases in litigation:

**Sheppard v. Monsanto** – U.S. District of Hawaii – 1:16-cv-00043

**Kennedy v. Monsanto** – Camden County Circuit Court , Missouri– 16CM-CC00001

**Johnson (Aaron) v. Monsanto** – U.S. District of Hawaii – 1:16-cv-00075

**Huerta v. Monsanto –**Riverside County Superior Court,     California – RIC1600639

**Johnson (Dewayne) v. Monsanto** – San Francisco Superior Court, California – No. CGC-16-550128

**Hernandez v. Monsanto** – U.S. District Court, Central District of California – 2:16-cv-01988

**Stevick v. Monsanto** – U.S. District Court, Northern District of California – 3:16-cv-02341

**Schrack v. Monsanto**- Philadelphia Court of Common Pleas – Case No. 160400812

**Ruiz v. Monsanto** – U.S. District Court, Southern District of Florida – 9:16-cv-80539

**Carr et al v. Monsanto** – New Castle County Superior Court, Delaware – Case No. N16C-03-159

**Penrod v. Monsanto** – U.S. District Court, Northern District of California –4:16-cv-05901

## Exhibit B

Firms and Counsel who support Michael J. Miller's application for lead counsel

| Firm Name and Counsel |
|---|
| **Andrus Anderson** <br> Lori Andrus |
| **Baum Hedlund Aristei and Goldman, PC** <br> Michael Baum <br> Robert Brent Wisner |
| **Andrus Wagstaff** <br> Aimee Wagstaff <br> Vance Andrus <br> David Wool |
| **Dewsnup King & Olsen** <br> Colin King <br> Paul Simmons |
| **Gomez Trial Attorneys** <br> John Fiske <br> John Gomez |

| |
|---|
| **Janet Jenner & Suggs, LLC** <br> Kimberly Dougherty |
| **Kennedy and Madonna, LLP** <br> Robert Kennedy <br> Kevin Madonna |
| **Law Office of Brian K. Macintosh** <br> Brian Macintosh |
| **Lundy Lundy Soileau and South, LLP** <br> Kristie Hightower <br> Hunter Lundy <br> Matthew Lundy <br> Max E. Guthrie <br> Rudie Ray Soileau, Jr. |

| |
|---|
| **Ross Feller Casey, LLP** <br> Brian McCormick, Jr. |
| **Weitz and Luxenberg, PC** <br> Christopher Dalbey <br> Robin Greenwald <br> Maja Lukic – |

2