*October 2016*

# Curriculum Vitae

**Michael J. Miller, Esquire**

Senior Partner of the Miller Firm LLC, a ten lawyer firm focused on Mass Tort and Terrorism Litigation.

### *Licensure*:

| | | | |
|---|---|---|---|
| Commonwealth of Virginia | 1979 | State of Maryland | 1986 |
| Washington, DC | 1985 | Commonwealth of Pennsylvania | 2005 |

### *Education*:

University of Maryland
B.S. Political Science        1975

University of Baltimore
Juris Doctorate Degree        1978

### *Honors and Awards*

- Best Lawyers in America since 2012
- Best Lawyers in Virginia since 2011
- Leaders Forum American Association of Justice
- Board of Governors of Virginia Trial Lawyers (Former)
- Specially Designated Assistant Attorney General State of Montana (Former)

### *Invited Lecturer*

- Association of Trial Lawyers of America
- Arkansas Trial Lawyers Association
- Mississippi Trial Lawyers Association
- Virginia Trial Lawyers Association
- Mealey's and Lexis Nexis

Topics include:  Trial Advocacy, Evidence, Pharmaceutical Litigation and Civil Procedure

### *Personal*:

Married – Nancy Miller
Father of Six great kids
Licensed pilot