# Aimee Hall Wagstaff                                  Andrus Wagstaff, PC

7171 W. Alaska Drive, Lakewood, Colorado 80226   * 720-255-7623 *   aimee.wagstaff@andruswagstaff.com

Licensed to Practice: California and Colorado

## Relevant Professional Experience

**Andrus Wagstaff, PC (fka Andrus Boudreaux, PLLC)**            **Denver, CO**         **August 2009 – Present**

- Co-founded Andrus Wagstaff in 20010, a boutique law firm based in Colorado with an office in Oakland, California. We are 100% litigation.
- Notable Firm Responsibilities: Assist in all aspects of staff management and resources, balance firm expenses and finances, participate in firm case resolutions, and lead litigation efforts.
- Founded *Women En Mass* ("WEM"), an annual legal retreat in Aspen, Colorado with 230 attendees.
- Leadership Appointments:

    1. **Co-Lead Counsel** - MDL 2652: *In Re: Ethicon Inc., Power Morcellator Products Liability Litigation.* Appointed by the Honorable Kathryn Vratil, United States District Court for the District of Kansas.

    2. **Co-Lead Counsel** - MDL 2326: *In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation.* Appointed by the Honorable Joseph Goodwin, United States District Court for Southern District of West Virginia.

    3. **Plaintiffs' Steering Committee Member** for the remaining Transvaginal Mesh MDLs– (1) MDL 2187: *In Re C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation*; (2) MDL 2325: *In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation;* (3) MDL 2327: *In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation;* (4) MDL 2387: *In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation;* (5) MDL 2440: *In Re Cook Medical, Inc. Pelvic Repair System Products Liability Litigation;* and (6) MDL 2511: *In Re Neomedic Pelvic Repair System Products Liability Litigation.* Appointed by the Honorable Joseph Goodwin, United States District Court for Southern District of West Virginia.

    4. **Executive Committee Member** overseeing all 7 Transvaginal Mesh MDLs. Appointed by the Honorable Joseph Goodwin, United States District Court for Southern District of West Virginia.

    5. **Plaintiffs' Steering Committee Member** – *Judicial Council Coordinated Proceedings (JCCP) 4775: In Re Risperdal and Invega Product Liability Cases.* Appointed by the Honorable William Highberger, Superior Court of California, Los Angeles County.

    6. **Co-Lead Counsel** - *JCCP 4615 In Re: Infusion Pump Cases.* Appointed by the Honorable Judge Gail Andler, Superior Court of California, County of Orange.

- Trial Team Member – *Canterbury v. Boston Scientific Corporation,* 12-cv-8633, United States District Court for the Southern District of West Virginia. $18,500,000 jury verdict for 4 injured transvaginal mesh plaintiffs.

## Relevant Education

**University of Denver Sturm College of Law**                                              **Denver, CO**
JD: Received.

**University of San Diego**                                                                   **San Diego, CA**
BA, Communication Studies/ Minor – Marine Science

- Selected as West Coast Scholar Athlete – 3 consecutive years.
- Women's Division I Soccer.
- NCAA Sweet Sixteen Competitor and West Coast Conference First Team Selection.