## Exhibit 2

Pursuant to Paragraph 9 of the Court's October 6, 2016 Order, below is a list of the MDL firms who support Aimee Wagstaff's application for appointment of lead or co-lead counsel. Upon best information and belief, no firm objects to the appointment of Aimee Wagstaff as lead or co-lead counsel.

| Firm Name and Counsel | Originating Case Caption |
| --- | --- |
| **Andrus Anderson**<br>Lori Andrus | Hardeman v. Monsanto Company,<br>N.D. Cal., 3:16-cv-00525 |
| **Bailey & Glasser, LLP**<br>John Roddy | Scheffer v. Monsanto Company,<br>D. Mass., 1:16-cv-11489 |
| **Baum Hedlund Aristei and Goldman, PC**<br>Michael Baum<br>Robert Brent Wisner | Hernandez, et al v. Monsanto Company,<br>C.D. Cal., 2:16-cv-01988<br><br>Johansing v. Monsanto Company,<br>C.D. Cal, 2:16-cv-05035<br><br>Stevick v. Monsanto Company,<br>N.D. Cal., 3:16-cv-02341<br><br>Morris v. Monsanto Company,<br>S.D. Fla., 0:16-cv-61992<br><br>Porath v. Monsanto Company,<br>W.D. Wis., 3:16-cv-00518 |
| **Dewsnup King & Olsen**<br>Colin King<br>Paul Simmons | Turner v. Monsanto Company,<br>D. Utah, 2:16-cv-00836 |
| **Gomez Trial Attorneys**<br>John Fiske<br>John Gomez | Giglio v. Monsanto Company,<br>S.D. Cal., 3:15-cv-02279 |

| | |
|---|---|
| **Hart McLaughlin & Eldridge, LLP**<br>John Backes Prior | Trimpe v. Monsanto Company,<br>C.D. Ill., 1:16-cv-01350<br><br>Ford v. Monsanto Company,<br>C.D. Ill., 1:16-cv-01351<br><br>Harris v. Monsanto Company, et al,<br>S.D. Ill., 3:16-cv-00823<br><br>Cushman v. Monsanto Company,<br>S.D. Ill., 3:16-cv-01042 |
| **Hundley Law Group, PC**<br>David M. Hundley<br><br>**Pendley Baudin & Coffin**<br>Christopher L. Coffin | Patterson v. Monsanto Company,<br>S.D. Ill., 3:16-cv-00825 |
| **Janet Jenner & Suggs, LLC**<br>Kimberly Dougherty | Burdett v. Monsanto Company,<br>D. Mass., 4:16-cv-40125 |
| **Kennedy and Madonna, LLP**<br>Robert Kennedy<br>Kevin Madonna | McCall v. Monsanto Company,<br>C.D. Cal., 2:16-cv-01609<br><br>Johansing v. Monsanto Company,<br>C.D. Cal, 2:16-cv-05035 |
| **Law Office of Brian K. Macintosh**<br>Brian Macintosh | Sheppard, et al v. Monsanto Company,<br>D. Haw., 1:16-cv-00043<br><br>Johnson v. Monsanto Company,<br>D. Haw., 1:16-cv-00075 |
| **Lundy Lundy Soileau and South, LLP**<br>Kristie Hightower<br>Hunter Lundy<br>Matthew Lundy<br>Max E. Guthrie<br>Rudie Ray Soileau, Jr. | Sanders, et al v. Monsanto Company,<br>C.D. Cal., 5:16-cv-00726<br><br>Mendoza v. Monsanto Company,<br>E.D. Cal., 1:16-cv-00406<br><br>Work v. Ragan and Massey, Inc., et al.,<br>E.D. Louis., 2:16-cv-07491<br><br>Couey v. Monsanto Company,<br>N.D. Miss., 4:16-cv-00149 |

| | |
|---|---|
| **The Miller Firm, LLC**<br>Curtis Hoke<br>Timothy Litzenburg<br>Michael Miller<br>Bruce Don Burtoff | Hernandez, et al v. Monsanto Company,<br>C.D. Cal., 2:16-cv-01988<br><br>Stevick v. Monsanto Company,<br>N.D. Cal., 3:16-cv-02341<br><br>Ruiz, et al v. Monsanto Company,<br>S.D. Fla., 9:16-cv-80539<br><br>Sheppard, et al v. Monsanto Company,<br>D. Haw., 1:16-cv-00043<br><br>Johnson v. Monsanto Company,<br>D. Haw., 1:16-cv-00075 |
| **Romano Law Group**<br>John Romano | Walker, Jr., v. Monsanto Company<br>S.D. Fla., 2:16-cv-14414 |
| **Ross Feller Casey, LLP**<br>Brian McCormick, Jr. | Ricci v. Monsanto Company,<br>D. New Jersey, 1:16-cv-04583<br><br>Mancuso v. Monsanto Company,<br>E.D. Penn., 2:16-cv-04096 |
| **Terrell Mashall Law Group, PLLC**<br>Beth Terrell | White v. Monsanto Company,<br>W.D. Wash., 3:16-cv-05756 |
| **Walters Papillion Thomas Cullens, LLC**<br>J. E. Cullens, Jr. | Work v. Ragan and Massey, Inc., et al.,<br>E.D. Louis., 2:16-cv-07491 |
| **Weitz and Luxenberg, PC**<br>Christopher Dalbey<br>Robin Greenwald<br>Maja Lukic | Sanders, et al v. Monsanto Company,<br>C.D. Cal., 5:16-cv-00726<br><br>Mendoza v. Monsanto Company,<br>E.D. Cal., 1:16-cv-00406<br><br>Gibbs v. Monsanto Company,<br>N.D. Ill., 1:16-cv-07588<br><br>Domina, et al v. Monsanto Company,<br>D. Neb., 4:16-cv-03074 |
| **Wexler Wallace, LLP**<br>Edward Wallace | Bridgeman v. Monsanto, et al,<br>S.D. Ill., 3:16-cv-00812 |