**LUNDY, LUNDY, SOILEAU & SOUTH, L.L.P.**
ATTORNEYS AT LAW

501 BROAD STREET
POST OFFICE BOX 3010
**LAKE CHARLES, LA 70602**
www.lundylawllp.com

HUNTER W. LUNDY
ATTORNEY AT LAW
hlundy@lundylawllp.com

TELEPHONE: (337) 439-0707
FACSIMILE (337) 439-1029

October 20, 2016

**FILED VIA ECF**                                                                      RE: *Roundup*® *Products Liability Litigation* – MDL 2741
Honorable Vince Chhabria
United States District Court, Northern District of California

Dear Judge Chhabria:

      Pursuant to PTO 1 [Rec. Doc 2], the undersigned, Hunter W. Lundy ("Lundy"), of Lundy, Lundy, Soileau & South, LLP ("LLSS") submits the following:

**Hunter W. Lundy and Lundy, Lundy, Soileau & South, LLP**:
      Lundy is the senior partner and founding member of LLSS (formerly Lundy & Davis, LLP) that maintains an office in Lake Charles, Louisiana. After graduating from Mississippi College School of Law, Lundy held a two-year clerkship for Walter L. Nixon, U.S. District Judge for the Southern District of Mississippi. Lundy returned in 1981 to Lake Charles, Louisiana, where he practiced with an established firm for five years and started his own law office (now LLSS) in December 1986. Before consolidating the firm's efforts to one office in Lake Charles, Louisiana, the firm had offices in Jackson, Mississippi, Houston, Texas, New Orleans, Louisiana and Fayetteville, Arkansas. With today's technology and resources, the firm operates its practice out of Louisiana, but performs professional services throughout the country.

      Lundy is licensed to practice law in Mississippi and Louisiana, and has maintained a Martindale-Hubbell "AV" rating since 1991. Lundy has been rated a Louisiana Super Lawyer® since 2010 and by *Best Lawyers*© since 2008. He is a member of the American Association of Justice, Leaders Forum and the National Trial Lawyers Top 100 and is currently receiving recognition by Louisiana Super Lawyers for a case that was tried in 1991 in New Orleans entitled *Gorman v. Swaggart*. LLSS employs lawyers licensed in Louisiana, Mississippi, Arkansas and Texas and has achieved first tier ranking in *U.S. News & World Report* and *Best Lawyers*© since 2010, and been recognized as a Top 1% Litigator Award Winner™ since 2014. LLSS has multiple lawyers rated by Super Lawyers and the four members of the senior partnership have a combined one hundred years of trial experience. Lundy personally has more than thirty-five years of experience in handling personal injury cases with the last twenty-five emphasizing mass tort and environmental contamination litigation which is particularly relevant to the litigation at hand.

**MDL's/Subject Matter of the Litigation**
      Lundy most recently served as sub-chair to partner and brother, Matthew Lundy, in *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*, which required time of all LLSS partners, along with several LLSS associates. That matter is coming to an end; Lundy is not currently serving on any other PSC and does not have other responsibilities that would conflict with his serving as lead counsel in the subject case. LLSS has held positions in the following: *In re: Ortho Evra Products Liability Litigation*, MDL No. 1742; *In re: High Sulphur Content Gasoline Products*, MDL No. 1632; *In re: Vioxx Products Liability Litigation*, MDL No. 1657; *In re: Bextra and Celebrex Marketing and Sales Practices and Product Liability Litigation*, MDL No. 1669; and *Fresenius Granuflo/Naturalyte Dialysate Products Liability*, MDL No. 2428.

      Much of Lundy's experience has been in environmental litigation where people and/or property were damaged as a result of environmental and/or toxic exposure. He has been lead trial counsel in many mass torts and class actions, having tried cases in Arkansas, Mississippi and Louisiana, and litigated cases in California, Ohio and Pennsylvania involving exposures from pesticides, oil products, and chemicals that were leaked, ingested, inhaled or dermally transferred. Rather than mimicking pharmaceutical multi-district litigation, the Roundup® matter is more similarly related to an environmental case which requires different expertise. He has experience in proving exposures through risk assessments, modeling, and other regulatory analyses which is more complex than proving a case related to a drug wherein merely the taking of the medication is needed for proof of dose.

Lundy has been lead trial counsel in pesticide exposure cases, particularly against Kerr-McGee and Roy O. Martin. He also served as lead trial counsel against Koppers in the United States District Court for the Northern District of Mississippi in 2006, for the wrongful death of a thirty-five-year-old woman who died while living next to a pesticide plant that released dioxins and PAHs into the atmosphere, causing her cancer. Below is a sampling of the cases which Lundy and LLSS have litigated involving pesticides and/or environmental incidents. His experience, knowledge and trial ability will assist him in serving as lead counsel in the case against Monsanto Company related to the herbicide/pesticide, Roundup®. Additionally, Lundy's experience in working with epidemiologists, toxicologists, oncologists and other relevant experts, not only in this litigation to date, but also in other similar litigation, will prove invaluable.

- Lead Trial Counsel in *Louis Boullion, et al. v. PPG Industries, Inc., et al.*, 14th JDC, Calcasieu Parish, LA. Discharge of toxic chemicals into the waterways, impacting shrimp population.
- Lead Trial Counsel in *Sally Comeaux, et al. vs. Vista Chemical Company, et al.,* 14th JDC, Calcasieu Parish, LA. Groundwater contamination caused by leakage and spills.
- Lead Trial Counsel in *Mary E. Green, et al. v. Alpharma, Inc., et al.*, Circuit Court, Washington County, Arkansas. Contamination and personal injuries caused by spreading of chicken litter containing arsenic on neighboring farmland that caused leukemia cluster in the area.
- Lead Counsel in *Lilith Jackson, et al. v. Johnson Electric Automotive, et al.*, Circuit Court, Lowndes County, Mississippi. Groundwater contamination and personal injuries caused by leakage and spills.
- Co-Lead Trial Counsel in class action entitled *Craig West, et al v. G&H Seed Company, et al.*, bearing docket number 99-4984-A, 27th Judicial District Court of St. Landry Parish, LA. Involved pesticide Fipronil which was placed on rice crops to kill water weevils and killed hundreds of thousands of acres of crawfish, a major economic harvest for Louisiana. After a five- week trial the case resulted in a $45 Million settlement.
- Lead Trial Counsel in *Fred Beck, et al. vs. Koppers Ind., Inc., et al.*, USDC, Northern District of Mississippi. Community contaminated and personal injuries caused by creosote.
- Lead Trial Counsel for *Kerr-McGee Creosote Plant* contamination actions in Louisiana, Mississippi and Pennsylvania. Communities contaminated and personal injuries caused by pesticides/creosote from Kerr-McGee facilities. Matters settled for a large eight-figure amount.
- A Member of Trial Team for *Kellum, et al. v. Kuhlman Corp., et al.*, Circuit Court, Copiah County, Mississippi. Community affected by PCB contamination and personal injuries. Matter settled for $39 Million.
- Lead Trial Counsel in *Willie Buard, et al. v. Colfax Treating Company, LLC, et al.*; Docket No. 214,915, 9th JDC, Rapides Parish, LA. Pesticide/creosote contamination and personal injuries.
- Lead Trial Counsel in *Cynthia Paige, et al. v. Dura-Wood, LLC et al.*; Docket No. 214,913, 9th JDC, Rapides Parish, LA. Pesticide/creosote contamination and personal injuries
- A member of the Louisiana-Texas Rice Litigation Group in the matter entitled *In Re: Genetically Modified Rice Litigation,* bearing docket number 4:06 MD 1811 CDP, United States District Court, Eastern District of Missouri.
- Lead Trial Counsel for *Yellow Rock, LLC, et al. v. Sasol North America, Inc., et al.*, 14th JDC, Calcasieu Parish, LA. Well blowout due to unexpected high pressures resulting from leaking underground storage cavern.
- A Member of Trial Team *Kaleel, et al. v. Division Transport, et al.*, 33rd JDC, Allen Parish, LA. Chemical spill causing contamination and personal injuries.
- *Gwendolyn Guillory, et al. v. Union Pacific Corp., et al.*, 14th JDC, Calcasieu Parish, LA Community contaminated by spills leaked from a railroad tank car storage area.
- *Carolyn Baker, et al. v. Chevron USA, Inc., et al.*, USDC, Southern District of Ohio. Groundwater contamination caused by leakage and spills of leaded gasoline and diesel.
- *Bradley Benoit, et al. v. Citgo Petroleum Corp., et al.*, 38th JDC, Cameron Parish, LA; *Antoine Semien, Jr., et al. v. Citgo Petroleum Corp., et al.*, 14th JDC, Calcasieu Parish, LA. Refinery released over three millions gallons of oil into Calcasieu Estuary.
- Co-Lead Counsel in *Murray v. Motorola*, In the Superior Court for the District of Columbia, Case No. 2001 CA 008479 B. Cell phone radiation exposure causing brain tumors. Tried five-week *Frye/Dyas* hearing in 2013; resulted in favorable decision, currently on appeal.

**Familiarity with Claims before the Court**

LLSS, with the firm of Weitz & Luxenberg, PC, filed the first case related to this litigation in the Central District of California on September 22, 2015. Thereafter, Plaintiffs' actions were severed and transferred to the Eastern District of California and the Western District of Texas. LLSS/Lundy has multiple actions pending in the MDL, has briefed the various

relevant issues, previously conferred with defense counsel and is, thus, familiar with the claims from both legal and scientific perspectives.

**Ability to Cooperate**

Lundy is a member of a consensus team of attorneys with extensive knowledge and experience in the Roundup® Products Liability Litigation. This team filed the first Roundup® cases, has filed the vast majority of all federal cases on file as of the date of PTO 1; has extensive experience leading and participating in MDLs generally; and is comprised of experienced trial attorneys with vast experience in mass torts and bellwether trials. The team is mindful that PTO 1 suggests the selection of a lead counsel and liaison counsel; however, given the manner in which the litigation has proceeded to date, the undersigned respectfully requests that the Court consider the appointment of three co-lead counsel and three executive committee counsel.[1] The attorneys comprising this team developed the factual and legal pleadings that underlie this litigation, successfully briefed and argued the motions to dismiss filed by Monsanto, have selected a document vendor and are jointly reviewing documents now, and have retained experts. The attorneys have a proven track record of working collaboratively and efficiently in large, complex cases, with one another and with opposing counsel. In this particular case the team has worked collaboratively for the past 13 months, having had many in-person meetings and dozens of conference calls, designed to advance the speedy and just adjudication of these cases. We believe the team's efforts have succeeded to date, evidenced by the fact that, to our knowledge, all firms with cases on file as of October 20, 2016 support appointment of the team in the proposed positions. Finally, this litigation will require extraordinary human resources and litigation funds, which also supports the appointment of six firms in the executive leadership. Our group, if appointed, is prepared to meet the demands and time frames of this litigation.

Lundy will work at his fullest capacity independently should that be the decision of the Court and/or cooperatively with the team the Court so designates. Having thirty-five years of experience in practice, serving as the senior managing partner and head of the environmental litigation group of a law firm that has had as many as twenty-one lawyers at one time during the course of the history of the firm, Lundy has exhibited the ability to work and cooperate with others.

**Available Resources**

LLSS has the resources available to prosecute this litigation in a timely manner, especially since the British Petroleum project to which the firm has dedicated nearly five years of its resources is now nearing an end. Additionally, as a senior partner of LLSS, Lundy is at a stage in his career where he can dedicate his time to serving in this litigation. Furthermore, there are other LLSS partners with experience in mass tort and environmental matters who will be available to participate in this litigation.

**Ability to Maintain Reasonable Fees/Expenses**

Lundy commits that he will work diligently to maintain reasonable fees and expenses to best serve all parties to the consolidated litigation. Lundy's experience with complex litigation is again helpful in this regard.

Respectfully submitted,

LUNDY, LUNDY, SOILEAU & SOUTH, LLP

/s/ Hunter W. Lundy

HUNTER W. LUNDY

---

[1] The team is comprised of the following: Michael Baum, Baum Hedlund Aristei & Goldman; Yvonne Flaherty, Lockridge Grindal Nauen; Robin Greenwald, Weitz & Luxenberg; Hunter Lundy, Lundy Lundy Soileau & South; Michael Miller, The Miller Law Firm; and Aimee Wagstaff, Andrus Wagstaff. Lundy has no objection to the selection of Robin Greenwald, Aimee Miller and/or Michael Miller as co-lead counsel.