**Hunter W. Lundy**

P.O. Box 3010 • 501 Broad Street • Lake Charles, LA 70602
Phone: (337) 439-0707 • Fax: (337) 439-1029
hlundy@lundylawllp.com

### EDUCATION:

- J.D., Mississippi College School of Law, 1980
- B.B.A., Millsaps College, 1976
- Attended McNeese State University, 1972 - 1973

### WORK HISTORY:

- Partner, Lundy, Lundy, Soileau & South, LLP (formerly Lundy & Davis), 1986 - Present
- Partner, Jones, Tete, Nolen, Hanchey, Swift & Spears, 1983 - 1986
- Associate, Jones, Tete, Nolen, Hanchey, Swift & Spears, 1981 - 1982
- Law Clerk to U.S. District Court Judge, 1979 - 1981

### ADMITTED TO PRACTICE:

- Louisiana and Mississippi Supreme Courts
- All Louisiana and Mississippi Federal Courts
- United States District Court for the Eastern District of Texas
- United States District Court for the Southern District of Texas
- United States Court of Appeals for the Fifth Circuit
- United States Supreme Court

### PROFESSIONAL ORGANIZATIONS:

- Louisiana State Bar Association
- The Mississippi Bar Association
- Southwest Louisiana Bar Association
- Louisiana Association for Justice
- Mississippi Association for Justice
- American Association for Justice, Leaders Forum

### HONORS AND ACTIVITIES:

- The National Trial Lawyers Top 100, 2015 - 2016
- *Best Lawyers*© "Lawyer of the Year" - Personal Injury Litigation - Plaintiffs, 2015
- *U.S. News & World Report Best Lawyers*©, 2008 - 2016
- Super Lawyer®, 2010 - 2016
- Martindale Hubbell AV Rating, 1991 - Present
- Millsaps College Distinguished Athletics Alumni Award
- Mississippi College School of Law Alumni Association Lawyer of the Year, 1994
- Millsaps College Sports Hall of Fame, 1993
- Editor in Chief, Mississippi College School of Law Law Review, 1978-1979

### OTHER ACTIVITIES:

- Board Member, Christus St. Patrick Hospital Foundation
- Executive Board, Calcasieu Area Council of the Boy Scouts of America
- Board Member, McNeese State University - Ann R. Hurley Center for Economic Education
- Board of Trustees, Mississippi College School of Law College, 2002 - 2010

- Adjunct Professor, Business Law and Ethics at McNeese State University 2000-2003

## PUBLICATIONS and PRESENTATIONS:

- Author, Nonfiction Book entitled *Let Us Prey*
- Co-author, Mississippi Civil Procedure, Chapter 12: "Jury Selection," June, 1997
- Numerous Presentations, MCLE Conferences for American Association for Justice/American Trial Lawyers Association, Mississippi Association for Justice/Mississippi Trial Lawyers Association, Louisiana Association for Justice/Louisiana Trial Lawyers Association, Georgia Trial Lawyers Association, Harris Martin, Louisiana State University, Tulane University, and Loyola University, Topics including: Maritime Law, Daubert, The First Amendment, The Bill of Rights, Environmental Justice, Professionalism, Expert Depositions, Cell Phone Radiation Litigation and Herbicide/Pesticide Litigation
- Frequent Guest Lecturer, Mississippi College School of Law
- Guest Lecturer, UCLA Toxicology Class, 2008
- Guest Lecturer, New York Unversity School of Law, 2007
- Guest Lecturer, Harvard Legal Society, 2007
- Guest Lecturer, Yale School of Forestry and Environmental Science, 2006

## TRIAL / LITIGATION EXPERIENCE:

- Tried 50-100 cases to verdict, 1981 - Present
- Litigation experience in environmental and toxic tort cases includes, but is not limited to the following:
  - Lead Trial Counsel in *Louis Boullion, et al. v. PPG Industries, Inc., et al.*, 14th JDC, Calcasieu Parish, LA
  - Lead Trial Counsel in *Sally Comeaux, et al. vs. Vista Chemical Company, et al.*, 14th JDC, Calcasieu Parish, LA
  - Lead Trial Counsel in *Mary E. Green, et al. v. Alpharma, Inc., et al.*, Circuit Court, Washington County, AR
  - Lead Counsel in *Lilith Jackson, et al. v. Johnson Electric Automotive, et al.*, Circuit Court, Lowndes County, MS
  - Co-Lead Trial Counsel in class action entitled *Craig West, et al v. G&H Seed Company, et al.*, bearing docket number 99-4984-A, in the 27th Judicial District Court of St. Landry Parish, LA
  - Lead Trial Counsel in *Fred Beck, et al. vs. Koppers Ind., Inc., et al.*, USDC, Northern District MS
  - Lead Trial Counsel for *Kerr-McGee Creosote Plant* contamination actions, LA, MS and PA
  - A Member of Trial Team for *Kellum, et al. v. Kuhlman Corp., et al.*, Circuit Court, Copiah County, MS
  - Co-Lead Trial Counsel in *Willie Buard, et al. v. Colfax Treating Company, LLC, et al.*; Docket No. 214,915 in the 9th JDC, Rapides Parish, LA
  - Co-Lead Trial Counsel in *Cynthia Paige, et al. v. Dura-Wood, LLC et al.*; Docket No. 214,913 in the 9th JDC, Rapides Parish, LA
  - Member of Louisiana-Texas Rice Litigation Group, *In Re: Genetically Modified Rice Litigation*; 4:06 MD 1811 CDP, United States District Court, Eastern District MO
  - Lead Trial Counsel for *Yellow Rock, LLC, et al. v. Sasol North America, Inc., et al.*, 14th JDC, Calcasieu Parish, LA
  - Co-Counsel in *Carolyn Baker, et al. v. Chevron USA, Inc., et al.*, USDC, Southern District of OH
  - Co-Lead Counsel in *Murray v. Motorola*, In the Superior Court for the District of Columbia, Case No. 2001 CA 008479 B