

W  E  I  T  Z
&
L  U  X  E  N  B  E  R  G
A   P R O F E S S I O N A L   C O R P O R A T I O N
•  L A W   O F F I C E S  •

700 BROADWAY          NEW YORK, NY 10003
TEL. 212-558-5500          FAX   212-344-5461
WWW.WEITZLUX.COM

October 20, 2016

The Honorable Vince Chhabria
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom 4
San Francisco, CA 94102

      Re:    <u>Application of Robin Greenwald for Lead Counsel in MDL No. 2741</u>

Dear Judge Chhabria:

      Pursuant to Pretrial Order No. 1, I respectfully submit this application for appointment as co-lead counsel in *In Re: Roundup® Products Liability Litigation*, MDL No. 2741.  I have litigated environmental cases for the entirety of my 32-year law practice, and many of those cases involved personal injuries stemming from chemical exposure. I served in a lead counsel capacity as a federal environmental civil enforcement attorney and criminal prosecutor, and since entering private practice I have held many lead and plaintiffs' steering committee positions. I am familiar with the legal and factual background that underlies this MDL, having filed the first Roundup® case on September 22, 2015 (subsequently amended on October 20, 2015). I understand the demands of leadership, particularly the need for collaboration with counsel on both sides of the aisle.  I am prepared to devote maximum resources to a just, efficient, and effective resolution of the litigation should I have the honor of being appointed lead or co-lead counsel by this Court.

      While mindful of the Court's Order, from the inception of this litigation I have been part of a six-person team working on Roundup® cases and believe a larger leadership structure might be beneficial.[1] This team has filed most of the federal cases, has extensive experience leading MDLs, and is comprised of experienced mass tort trial attorneys. We have worked seamlessly together developing the pleadings that underlie this litigation to date, have selected a document vendor and are jointly reviewing documents, have had dozens of meetings, and have retained numerous experts, all to advance the speedy and just adjudication of the MDL. We have a proven track record of working collaboratively and efficiently together for the past year. The continued efforts of a more expansive leadership structure would bring significant value to the litigation.

      1.    <u>Professional experience with MDLs and this Litigation</u>. For 30 years, I have devoted my career to obtaining justice for the public. I was an attorney with the Department of

---

[1] The team proposes appointment of a six-person leadership: Co-lead counsel: Michael Miller, Aimee Wagstaff and me; Executive Committee: Michael Baum, Yvonne Flaherty and Hunter Lundy. At the November 16th conference, the team will be prepared to discuss the organizational structure, including a Steering Committee.

Justice for 16 years, as Assistant U.S. Attorney for the Eastern District of New York and then as Assistant Chief of the Environmental Crimes Section, followed by appointment as General Counsel for the Inspector General, U.S. Department of the Interior. In each position, I engaged in complex environmental litigation, often addressing issues of first impression. These positions equipped me with in-depth knowledge of environmental laws and regulatory structures, as well as their interplay with human health, preparing me for the demands and challenges of this MDL.

After 18 years in public service, I became the Executive Director of Waterkeeper Alliance, a not-for-profit water protection organization with hundreds of member programs around the world. Subsequently, I was a Clinical Professor of Law at Rutgers Law School.

Since 2005, I have led Weitz & Luxenberg's Environmental, Toxic Tort, and Consumer Protection Unit. I have held leadership positions in several MDLs, most recently in this District in the Volkswagen Defeat Device MDL No. 2672, where I participated in coordinating settlement discussions among the Plaintiffs' Steering Committee, the Department of Justice and counsel for Volkswagen, and I presented the environmental component of the class settlement at the fairness hearing. In MDL No. 1358, before the retired Honorable Shira Scheindlin in the Southern District of New York, I served as Plaintiffs' Liaison/Lead Counsel. That case involved over 200 lawsuits brought by public water providers and state governments against 50 oil company defendants for contamination of the nation's groundwater. I led all aspects of the litigation, including: drafting and arguing dozens of motions to dismiss and/or for summary judgment brought by defendants; drafting and arguing affirmative motions to advance legal theories; identifying and retaining expert witnesses; taking and defending dozens of fact and expert witness depositions; and participating in the selection of test discovery and trial cases. I was also lead counsel in one of four focus cases selected for trial and successfully defeated defendants' interlocutory appeal in the Second Circuit Court of Appeals. My efforts, along others on the team, resulted in a settlement of over 90% of the cases for $423 million.

For the past six years, I have served on the Plaintiffs' Steering Committee for the BP Oil Spill litigation, MDL No. 2179, before the Honorable Carl J. Barbier. I was involved in the drafting of consolidated class action complaints for the various injured plaintiff groups; taking dozens of depositions; drafting and arguing substantive motions, including the fairness hearing and class certification motion for the medical benefits class. Further, I developed the legal theories and the factual and scientific evidence necessary to establish that approximately 200,000 clean-up workers and nearby residents sustained acute and chronic illnesses from their oil and chemical dispersant exposure. This recent experience, in particular, will prove invaluable in the instant MDL. I was also one of two chief negotiators of the Medical Benefits Class Action Settlement and trial counsel in the Phase Two MDL Trial. Judge Barbier appointed me to the Fee and Cost Committee in July 15, 2015. Other than fee committee work, most of which is now complete, my obligations on that case are essentially over.

Together with several of my colleagues, I have devoted substantial time and resources since May 2015. As stated above, together with the Lundy firm, we filed the first Roundup® case in September 2015. That complaint has served as a model for most, if not all, of the complaints transferred to this Court. We have successfully briefed legal issues before several federal (and state) courts, and since gaining access to Monsanto-produced documents, we are devoting considerable resources to that review. We have retained expert witnesses and have submitted numerous Freedom of Information Act and state equivalent requests for relevant documents. Moreover, my government background, and accumulated experience working with federal and state agencies and members of Congress should prove beneficial in this MDL.

2.    <u>Familiarity with the claims before this Court</u>.  As explained above, we have been involved in this litigation since its inception. Further, due to my close working relationship with counsel whose cases were before Your Honor prior to centralization, I am familiar with the proceedings to date. I also have read the prior Court's orders and decisions.

3.    <u>Present and future ability to commit to time-consuming litigation</u>.  My colleagues and I understand the need to commit fully to this MDL. We understand the crucial obligation owed to the plaintiffs and commit our utmost dedication and resources to the MDL's successful resolution.  If additional resources are necessary, we are prepared to provide them.

4.    <u>Ability to work cooperatively with others</u>. Throughout my work, I have distinguished myself as a collaborative and communicative colleague. Beginning as a federal prosecutor, I participated in federal, state and local task forces. In my present position, I enjoy close collaboration with co-counsel and, similarly, professionalism with opposing counsel. My goal as a leader is the just, efficient, and effective resolution of cases, which can only be achieved through cooperation with others. I honed these skills particularly as lead counsel in MDL No. 1358, where I coordinated legal strategy and motion practice, discovery and expert selection, trial preparation and monthly court appearances for all plaintiffs. My relationships there were courteous and professional, encouraging successful resolution of the cases.

This MDL likely will also likely involve interaction between the leadership and government agencies—especially the EPA, currently evaluating glyphosate safety. I served that role recently in the BP Oil Spill MDL and the VW Defeat Device MDL.

5.    <u>Resources Available to prosecute this litigation in a timely manner</u>. Weitz & Luxenberg is AV-rated with headquarters in New York and offices in Los Angeles and New Jersey. The firm has 82 attorneys and 290 support staff. For 35 years, it has represented individuals, communities, and classes of plaintiffs nationwide to obtain redress for corporate malfeasance. The firm has the dedication, human and financial resources, and litigation experience to meet the challenges of this MDL. Further, three other attorneys and several support staff actively work on this matter and will continue to do so to accomplish the duties and responsibilities of lead counsel. Other attorneys and support staff will assist, as needed.

6.    <u>Ability to maintain reasonable fees and expenses</u>.  For many of the reasons above, I will be able to maintain reasonable fees and expenses. I have litigated many complex cases, including toxic-exposure cases. I understand what resources are necessary, whether they be scientific or technical experts, and I monitor experts to keep them on track and avoid unnecessary expenses.  As a member of the BP MDL fee committee, I have particular insight into how firms allocate, and sometimes misallocate, resources in complex litigation. Judge Barbier trusted me to review the common-benefit fee and cost applications in the BP MDL. Furthermore, as a government prosecutor, I had limits on litigation expenses, and my MDL experience has taught me to efficiently operate the mechanics of the MDL process.

In sum, the totality of my experiences, together with the substantial resources of Weitz & Luxenberg, make me well qualified to serve as lead or co-lead counsel of this MDL.

Respectfully submitted,

Robin L. Greenwald

# ROBIN L. GREENWALD

## Professional History

<u>Managing Attorney,</u> Environmental, Toxic Torts, and Consumer Protection Unit, Weitz & Luxenberg, June 2005 - present.

- Co-Lead Counsel, *Baker v. Saint-Gobain Performance Plastics,* Civ. No. 1:16-CV-917, consolidated action relating to contaminated groundwater, Northern District of New York.
- Executive Committee Member/Co-Lead Counsel for Individual Actions, *Southern California Gas Leak Cases*, JCCP No. 4861.
- Plaintiffs' Steering Committee, *Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, MDL 2672, Northern District of California.
- Plaintiffs' Steering Committee, *BP/Deepwater Horizon* Oil Spill Litigation, MDL 2179, Eastern District of Louisiana. Appointment to Common Benefit Fee and Cost Committee, July 2015.
- Liaison/Lead Counsel, *In Re: Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation,* MDL 1358, Southern District of New York.
- Lead, co-lead counsel and/or Plaintiffs' Steering Committee member on numerous other environmental and consumer class cases in federal and state courts.
- Manage unit of 10 attorneys and 10 legal assistants.

<u>Associate Clinical Professor of Law,</u> Rutgers School of Law — Newark, <u>Executive Director,</u> Eastern Environmental Law Center, July 2003 - May 2005.

- Litigated federal and New Jersey environmental cases.
- Developed and coordinated clinic legal strategies, policies and advocacy with international, national and local non-profit organizations.
- Taught Environmental Law and the Environmental Law Clinic Seminar.
- Managed environmental law clinic of five attorneys and 20 students per semester.

<u>Executive Director,</u> Waterkeeper Alliance, August 2001 - June 2003.

- Managed international environmental non-profit organization.
- Coordinated and supervised legal actions by Waterkeeper Alliance and Waterkeeper Alliance member organizations.
- Created strategic and development plans for Waterkeeper Alliance.
- Prepared annual operating budget and financial reports for Board of Directors.

<u>General Counsel,</u> Department of the Interior, Office of Inspector General, October 1999 - July 2001.

- Provided legal advice to Inspector General and Assistant Inspectors General for Audits, Investigations, Program Integrity and Management and Policy.
- Coordinated internal Department of the Interior investigations.
- Consulted with Congress and prepared congressional testimony concerning Department issues.
- Developed policy and guidelines for Office of Inspector General.
- Managed Office of General Counsel, Ethics Office and Freedom of Information Act/Privacy Act Office of Office of Inspector General.

<u>Assistant Chief,</u> Environmental Crimes Section, Department of Justice, February 1998 - October 1999; <u>Acting Assistant Chief/Senior Attorney,</u> January 1996 - January 1998.

- Managed Section's Policy, Legislation, Training and Special Litigation Group.
- Conducted environmental criminal investigations and prosecutions.
- Drafted and commented on proposed regulations by federal environmental agencies.
- Advised executive and legislative branches of government regarding criminal and civil enforcement of environmental laws and policies and general criminal law.
- Created training courses and materials and conducted seminars for federal, state and local criminal and civil environmental enforcement attorneys and law enforcement agents.
- Developed and implemented national environmental enforcement initiatives.
- Managed quarterly publication of Environmental Crimes Bulletin and revision of three-volume Environmental Crimes Manual.

<u>Chief Environmental Attorney/Deputy Chief, Civil Division,</u> Office of the United States Attorney, Eastern District of New York, February 1987 - December 1995; <u>Assistant United States Attorney,</u> November 1984 - January 1987.

- Prosecuted civil and criminal environmental cases in Eastern District of New York.
- Drafted proposed revisions and amendments to federal environmental legislation.
- Reviewed all civil and criminal environmental referrals for enforcement action in Eastern District of New York.
- Participated in federal, state and local task forces for establishment of national policies for environmental prosecutions.
- Advised federal agencies on environmental enforcement issues.
- Drafted environmental policy documents for Department of Justice and federal agencies.
- Trained agents and inspectors on enforcement of environmental laws and regulations.

<u>Visiting Professor of Law,</u> Brooklyn Law School, July 1992 - June 1993 (sabbatical from United States Attorney's Office). Professor of Environmental Law and Evidence.

## **Educational History**

University of Illinois College of Law, Champaign-Urbana, Illinois, J.D., May 1982. <u>University of Illinois Law Review,</u> Member 1980 - 1981, Senior Editor 1981 - 1982; Rickert Scholarship for Excellence in Legal Writing; Best Oral Advocate, First-Year Moot Court Competition.

University of Illinois, College of Liberal Arts and Sciences, Champaign-Urbana, Illinois, 1973 to 1975. B.A. in English and Philosophy, May 1976.

## **Lecturing and Testifying** (*Past four years -- environmental law related*)

- American Law Institute, Environmental Litigation, Washington, DC, June 2016, June 2015.
- ABA, Section on Environment, Energy & Natural Resources, October 2015.
- American Association of Justice, Moderator, Weekend with the Stars, December 2013.
- U.S. Senate Committee on Environment and Public Works, Hearing on the Toxic Substances Control Act Amendment, July 2013.
- Mass Tort Symposium on Fukushima Daiichi Nuclear Disaster, Tokyo, Japan, September 2012.

**ATTACHMENT**

The following attorneys support my application as co-lead counsel:

Lori Andrus
Michael Baum
J.E. Cullens
David Domina
Anthony Ellis
Yvonne Flaherty
David Hundley
Robert Kennedy
Jeffrey Mantell
Michael Miller
John Roddy
John Romano
Nicholas Rockforte
Beth Terrell
Aimee Wagstaff