

**MINNEAPOLIS**
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T 612.339.6900
F 612.339.0981

**WASHINGTON, D.C.**
Suite 210
415 Second Street, N.E.
Washington, D.C. 20002-4900
T 202.544.9840
F 202.544.9850

Yvonne M. Flaherty
ymflaherty@locklaw.com
Phone: 612-339-6900
REPLY TO MINNEAPOLIS

October 27, 2016

**Filed Via ECF**
The Honorable Vince Chhabria
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom 1
San Franscisco, CA 94102

      Re:    Response in Support of Co-Lead Counsel Applications and Proposed Leadership Structure
             MDL 2741: *In Re: Roundup Products Liability Litigation*

Dear Judge Chhabria:

      Pursuant to this Court's October 6, 2016 Pretrial Order No. 1, I submit this response in support of the Lead Counsel applications submitted by Ms. Robin Greenwald, Mr. Mike Miller, and Ms. Aimee Wagstaff (collectively referred to herein as Counsel). I represent numerous claimants[1] and have observed the leadership, experience, and commitment that each of these attorneys brings to this consolidated action. Counsel has demonstrated an ability to include, organize and successfully collaborate with a diverse group of firms and has done so for many months. I fully support a leadership structure in which the Court appoints these three individuals as Co-Lead Counsel.

      As the Co-Lead Counsel applicants indicated in their submissions, this is a complex litigation that will demand extensive time and resources. Thus, I also write to express my support for an organizational structure that includes an Executive Committee that will serve under the guidance and instruction of the Court and Co-Lead Counsel. In addition to the proposed Co-Lead Counsel, I respectfully suggest that the Court consider Michael Baum, Hunter Lundy, and myself for inclusion on the Executive Committee. Collectively, this team has worked cooperatively on issues related to pleadings, document management, experts, and

---

[1] I am counsel of record in *Charles Bridgeman v. Monsanto*, Court File No. 16-5785 and *William White v. Monsanto*, Court File No. 16-06026. I also represent a number of individuals whose claims have not yet been formally commenced.
.

The Honorable Vince Chhabria
October 27, 2016
Page 2

litigation funds.  Each of our firms brings considerable experience, dedication, and resources to this litigation and we are prepared to continue this work and advance the litigation.

If appointed by the Court, I will commit the necessary time and resources needed to successfully move this case forward.  I have served on a number of Court-appointed Steering Committees and have also been appointed by Courts to serve as Lead Counsel in actions involving numerous individual claimants.  I was also a member of the trial team in *Peterson v. BASF Corp.*, Civil No. C2-97-295 (Norman County District Court, Minnesota) where my firm secured a jury verdict for a nation-wide class seeking redress for defendants' marketing of its herbicide products.  After multiple state appellate opinions and two trips to the U.S. Supreme Court, a substantial judgment was affirmed and paid to farmers throughout the United States.  A copy of my resume is attached as Exhibit A for your consideration.

In closing, I support an organizational structure that includes counsel who have the requisite experience and commitment to manage this case and who can work collaboratively to serve the Court and the litigation as a whole.  Mr. Miller, Ms. Greenwald, and Ms. Wagstaff exemplify these qualifies and are best suited to serve as Co-Lead Counsel.  Given the complexity of the claims and the anticipated volume of work, I also support their request for the appointment of an Executive Committee to include Mr. Baum, Mr. Lundy and myself.  Thank you for your review and consideration of this matter.

Very truly yours,

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

Yvonne M. Flaherty, MN #267600
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
ymflaherty@locklaw.com

YMF/brg
Enclosures