# EXHIBIT A



Founded in 1978, Lockridge Grindal Nauen P.L.L.P. has extensive experience in medical device, pharmaceutical, consumer, antitrust, securities, environmental, employment, health care, commercial, intellectual property and telecommunications law. Lockridge Grindal Nauen P.L.L.P. attorneys are assisted by more than 20 paralegals and government relations specialists, and an extensive support staff. The firm has offices in Minneapolis, Minnesota and Washington, D.C. Lockridge Grindal Nauen P.L.L.P. partner, Yvonne M. Flaherty, has been appointed by Courts to numerous MDL Committees and has served as co-lead counsel in complex litigations. Ms. Flaherty's relevant case experience is set forth below.

**Yvonne M. Flaherty**

Ms. Flaherty is a 1992 graduate from St. Olaf College and graduated from William Mitchell College of Law in 1996. She has devoted the majority of her career to representing plaintiffs in complex litigations. Law & Politics magazine has continually designated Ms. Flaherty as a "Super Lawyer" in the fields of Class Action/Mass Torts each year since 2011. Ms. Flaherty was named one of the Top 50 Women Minnesota Super Lawyers in 2013-2016, one of the Top 100 Minnesota Super Lawyers in 2016, and was named an Attorney of the Year in 2015.

Ms. Flaherty's experience includes serving as Plaintiffs' Co-Lead Counsel in the consolidated Minnesota State Court Litigation, *In Re American Medical Systems, Inc., Litig.*, Case No. 27-CV-11-3933 (Hennepin County District Court, Minnesota). In her role as Co-Lead Counsel, Ms. Flaherty managed the coordination, discovery, trial selection and resolution of thousands of individual cases pending before the Honorable Ronald L. Abrams. The Honorable James V. Selna, in the Central District of California, also appointed Ms. Flaherty to serve as Plaintiffs' Co-Lead Counsel in the consolidated Riata heart device litigation, captioned *In Re St. Jude Devices Litigation*, Case No. SACV 13-00383. Numerous courts throughout the United States have also appointed Ms. Flaherty to Plaintiffs' Steering Committees in complex MDL litigations, including the following:

- *In Re Viagra (Sildenafil Citrate) Products Liability Litig.*, MDL No. 2691 (N.D. Cal.)
- *In Re Ethicon, Inc., Power Morcellator Products Liability Litig.*, MDL No. 2652 (D. Kan.)
- *In Re Fluoroquinolone Products Liability Litig.*, MDL No. 2642 (D. Minn.)
- *In re Testosterone Replacement Therapy Products Liability Litig.*, MDL No. 2545 (N.D. Ill.)
- *In Re Mirena Products Liability Litig.*, MDL No. 2434 (S.D.N.Y.)
- *In Re Coloplast Corp. Pelvic Support Systems Products Liability Litig.*, MDL No. 2387 (S. D. W.V.)

470624.1

- *In Re Ethicon, Inc. Pelvic Repair Systems Products Liability Litig.*, MDL No. 2327 (S.D. W.V.)
- *In Re Boston Scientific Corp. Pelvic Repair Systems Products Liability Litig.*, MDL No. 2326 (S.D. W. V.)
- *In Re American Medical Systems, Inc. Pelvic Repair Systems Products Liability Litig.*, MDL No. 2325 (S. D. W. V.)
- *In Re C.R. Bard, Inc., Pelvic Repair Systems Products Liability Litig.*, MDL No. 2187 (S. D. W. V.)
- *In re NuvaRing Products Liability Litig.*, MDL No. 1964 (E.D. Mo.)
- *In re Levaquin Products Liability Litig.*, MDL No. 1943 (D. Minn.)

Ms. Flaherty has also worked on numerous MDL Committees, including discovery, deposition, briefing, settlement, claims, and/or fee committees in the following litigations:

- *In Re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litig.*, MDL 1905 (D. Minn.)

- *In re: Medtronic, Inc., Implantable Defibrillators Products Liability Litig.*, MDL 1726 (D. Minn.)

- *In re Guidant Corp. Implantable Defibrillators Products Liability Litig.*, MDL 1708 (D. Minn.)

- *In re Meridia Products Liability Litig.*, MDL 1481 (N.D. Ohio)

- *In re Baycol Products Liability Litig.*, MDL No. 1431 (D. Minn.)

Ms. Flaherty served on trial teams in two national class actions, both of which were tried to verdict. In *Peterson v. BASF Corp.*, Civil No. C2-97-295 (Norman County District Court, Minnesota), Lockridge Grindal Nauen P.L.L.P. secured a jury verdict for a nation-wide class seeking redress for defendants' marketing of its herbicide products. After multiple state appellate opinions and two trips to the U.S. Supreme Court, a substantial judgment was affirmed and paid to farmers throughout the United States. Additionally, Ms. Flaherty was a member of the trial team representing a certified sub-class as part of a nationwide antitrust trial in *In re Laminates* that was tried to verdict in the United States District Court for the Southern District of New York.

Ms. Flaherty is active in the state and federal trial lawyer associations. She is the past Chair of the National College of Advocacy (NCA) Board for the American Association for Justice (AAJ), Co-Chair of the AAJ Electronic Discovery Committee, past Chair of the AAJ Section on Toxic, Environmental, and Pharmaceutical Torts (STEP), and past Chair of the AAJ Women's Trial Lawyer Caucus. Ms. Flaherty also serves on the Minnesota Association for Justice Board of Governors and Executive Committee. She is a Minnesota Representative to AAJ's Board of Governors. Ms. Flaherty is duly licensed in the State of Minnesota, admitted to the District of Minnesota and Eighth Circuit Court of Appeals.