Lori E. Andrus (SBN 205816)
**Andrus Anderson LLP**
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:	(415) 986-1400
Facsimile:	(415) 986-1474
lori@andrusanderson.com

Mark E. Burton, Jr. (SBN 178400)
**Audet & Partners LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA  94102
Telephone:	(415) 568-2555
Facsimile:	(415) 568-2556
mburton@hershlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates To All Actions | Case No.  16-md-02741<br><br>MDL No. 2741<br><br>**JOINT STATEMENT IN SUPPORT OF CO-LEAD COUNSEL APPLICATIONS; STATEMENT SUPPORTING REQUEST FOR APPOINTMENT AS CO-LIAISON COUNSEL** |

1   We, the undersigned attorneys, are counsel of record for plaintiffs in this Multidistrict
2   Litigation (MDL).  We submit this statement for two purposes: a) to voice our support for the
3   Co-Lead Applications filed by Aimee Wagstaff (Dkt. No. 11), Robin Greenwald (Dkt. No. 12)
4   and Mike Miller (Dkt. No. 10); and b) to respectfully request appointment as Co-Liaison Counsel.
5   Additional information about our personal qualifications and the basis for our application
6   follow:

### Lori E. Andrus, Andrus Anderson LLP

7
8   1.   I, Lori Andrus, am a member of good standing in the California Bar, and am
9   licensed to practice in the Northern District of California.
10  2.   I am well-qualified to serve as Liaison Counsel and to assist Lead Counsel (and
11  any Executive and/or Steering Committee formed) in all aspects of this litigation.  With the full
12  support of my law firm, I am willing and able to commit significant time and resources to the
13  prosecution of the claims presented in this litigation, and in the fulfillment of my duties as Liaison
14  Counsel.  I have a demonstrated ability to coordinate and work cooperatively with others, and I
15  have significant professional experience in complex litigation.  For these reasons, as well as those
16  set forth more completely below, I ask that the Court grant my application to be appointed Liaison
17  Counsel here.
18  3.   I am Counsel of Record in *Hardeman v. Monsanto et al.*, Case No. 16-cv-00525-
19  VC, and have participated in all aspects of litigating that individual case.  Specifically, I have
20  assisted proposed Lead Counsel Aimee Wagstaff and members of her firm with: a) legal research
21  on various issues, including bifurcation and the scope of discovery, b) meet and confer efforts,
22  c) understanding the local rules, d) preparation of case management statements, e) drafting and
23  negotiating of the protective order and privilege log protocol, f) multiple court appearances,[1] and
24  g) overall case strategy.  Given my active participation to date, I am very familiar with the
25  specific facts and legal issues involved in this litigation.

---

[1] On November 16, I will be out of the country.  In my absence, my law partner, Jennie Lee Anderson, will attend the Case Management Conference scheduled for that day.

1

JOINT STATEMENT ISO CO-LEAD COUNSEL APPLICATIONS;
REQUEST FOR APPOINTMENT AS CO-LIAISON COUNSEL                              Case No. 16-md-02741

4. By way of background, I graduated with honors from Duke University School of Law in 1999. After law school, I joined the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP "Lieff Cabraser"), where I was promoted to partner within five years. In 2006, I received Martindale-Hubbell's highest rating (AV) for legal ability and ethical standards. At the time of that recognition, I was informed that I was the youngest attorney in the country to be rated AV.

5. Since graduating, I have specialized in litigating complex and class actions on behalf of plaintiffs. My individual and firm resume is attached hereto as Exhibit A. The experience set forth in the firm's resume demonstrates the expertise Andrus Anderson LLP possesses in the legal, factual, and management issues that characterize complex cases.

6. In February 2007, I started my own women-owned law firm, Andrus Anderson LLP ("Andrus Anderson") with a former colleague from Lieff Cabraser. Andrus Anderson quickly earned a national reputation for excellence in class and complex litigation, and the firm stands ready to adequately staff this case with the requisite degree of expertise and focus.

7. My litigation and leadership skills are proven and have been recognized by district court judges, who have appointed me co-lead class counsel in multiple nationwide class actions. These have included *Coates v. Farmers*, Case No. 15-CV-01913-LHK (N.D. Cal.) (final approval granted September 29, 2016); *Minns v. ACES, et al.*, Case No. 13-cv-03249 SI (N.D. Cal.) (final approval granted February 19, 2016); and *Bolton v. U.S. Nursing*, Case No. 12-CV-04466 LB (N.D. Cal.) (final approval granted on October 18, 2013).

8. I have also carried significant responsibility in mass tort cases, including cases against manufacturers of pesticides. Not only has this experience required highly sophisticated knowledge of the law, but it has also required me to coordinate and work cooperatively with defense counsel and other plaintiffs' counsel. These skills will be invaluable in prosecuting the present litigation and in the role of Liaison Counsel.

9. In *West v. G&H Seed Co.*, Case No. 99-4984-A, 27th Judicial District Court of St. Landry Parish, Louisiana, for example, I was an integral part of the trial team. In the five years of litigating that case, I authored dozens of motions and appellate briefs, and assisted Lead

2

Counsel in aspects of discovery and trial preparation. Presently, I serve on the Plaintiffs' Steering Committee in *Yaz, Yasmin and Ocella Contraceptive Cases Coordinated Proceeding (JCCP) No. 4608*, pending in Los Angeles County Superior Court, State of California. Likewise, I served on the Plaintiffs' Steering Committee in *In re Ortho Evra Products Liability Litigation*, MDL No. 1742, United States District Court for the Northern District of Ohio. I welcome the opportunity to put this highly relevant experience to use in this case.

10. While my firm's practice is nationwide, the majority of the cases my law firm handles have been in this District, or in other federal district courts throughout California. Thus, I am readily familiar with the Federal Rules of Civil Procedure, the Civil Local Rules of this District, and the recommended practices set forth in the Manual for Complex Litigation. My firm's offices are located in downtown San Francisco, providing easy access to the San Francisco Division Courthouse. I am familiar with the local and nationwide mass torts bar, have earned an excellent reputation for professionalism before the Northern California courts, and have successfully litigated with many of the law firms and attorneys representing parties in this litigation. This local familiarity makes me particularly well-suited to serve as Liaison Counsel in this matter.

11. Throughout my legal career I have been relied on by colleagues to provide high-quality written and oral advocacy, legal research, litigation strategy and analysis on challenging issues, including choice of law, jurisdictional issues, preemption, and the scope of electronic discovery. I am a skilled brief writer and possess expertise in relevant areas of the law. My firm regularly confronts difficult legal issues that require diligence and creative legal thinking, which, I am proud to say, has led to our successful first ten years as a law firm specializing in plaintiff-side complex and class actions.

12. My office is familiar with and prepared to support me in carrying out all duties of liaison counsel. My law partner, Jennie Lee Anderson, presently serves as Liaison Counsel for the indirect purchaser plaintiffs in *In re Lithium Ion Batteries Antitrust Litigation,* MDL No. 4:13-md-02420 YGR, United States District Court for the Northern District of California, for example.

13. While busy, my firm is extremely careful in its case selection. I am not overcommitted and am dedicated to focusing considerable energy on this litigation. I stand prepared to handle all anticipated duties of Liaison Counsel and also to undertake significant substantive legal tasks to ensure the successful prosecution of this case.

14. In addition to possessing the requisite legal skills and experience in litigating complex cases similar to the case at hand, I have also earned the respect and honor of my colleagues. I am active in trial lawyer organizations, presently serving on the Executive Committee and on the Board of Governors for the American Association for Justice, and as a Board Member of Consumer Attorneys of California.

15. I routinely speak at legal education seminars and will be the featured speaker on the topic of equal pay at four lawyer events across the country this Fall. I am also a frequent speaker at continuing legal education seminars on class action and trial practice issues. For the past several years, I have been a guest lecturer at U.C. Hastings School of Law, on the topic of starting your own law firm. I have also lectured at the University of San Francisco School of Law. I regularly contribute articles to legal publications, including, most recently, one titled "Leveling the Playing Field," about equal pay, published in the June 2016 edition of *Trial* Magazine (circ. ~20,000).

16. I have received numerous awards during my seventeen year legal career. In 2016, I was presented with the Pursuit of Justice Award by the American Bar Association's Tort Trial and Insurance Practice Section, an award given to an attorney who has shown outstanding merit and excelled in insuring access to justice. In 2013, I was honored as the Woman Consumer Advocate of the Year by Consumer Attorneys of California and in 2015, I was selected by the National Law Journal as one of 75 Outstanding Women Attorneys nationwide. This year, I was named a "Top 50" Super Lawyer for Northern California.

17. I am not aware any opposition to my application to be appointed Liaison Counsel. I have extensively worked with the firms applying to lead this litigation and many of the others

1 representing Plaintiffs here, in other mass tort litigation involving pharmaceuticals and medical
2 devices, and in other MDL and JCCP proceedings.

3   18.   For all of these reasons, I would be honored to serve as Liaison Counsel and
4 certify that, if appointed, I will personally commit my time and energy to the task of completing
5 the duties of Liaison Counsel and to this litigation in general as a matter of highest priority.

### Mark Burton, Audet Law Offices

7   1.   Since graduating from law school in 1995, I have specialized in the prosecution of
8 complex litigation cases on behalf of injured Plaintiffs, primarily in the mass tort and class action
9 context. Most of this experience involves the pharmaceutical or medical devices. While this
10 litigation took place across the United States in many different state and federal forums, I have
11 successfully tried and litigated cases here in the Northern District of California and various
12 Superior Courts in California. I have two law offices within a block of the San Francisco Federal
13 Courthouse that can be utilized by the Plaintiffs in this litigation. Attached as <u>Exhibit B</u> is a copy
14 of my resume and firm resume from Audet & Partners, LLP.

15   2.   I am not aware of any opposition to my appointment and am informed that the
16 attorneys applying for Co-Lead counsel have agreed to my serving as Co-Liaison counsel with
17 Lori Andrus. I have extensively worked with each of the firms applying to lead this litigation and
18 many of the others representing Plaintiffs here, in other mass tort litigation involving
19 pharmaceuticals and medical devices in other MDL and JCCP proceedings.

20   3.   If appointed, I will commit the time and resources of myself and Audet & Partners
21 to complete the duties of Co-Liaison Counsel.

| | |
|---|---|
| DATED: October 27, 2016 | RESPECTFULLY SUBMITTED, |
| | By:   */s/ Lori E. Andrus*  |
| | Lori E. Andrus |

Lori E. Andrus (SBN 205816)
**Andrus Anderson LLP**
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:    (415) 986-1400
Facsimile:     (415) 986-1474
lori@andrusanderson.com

By:   */s/ Mark E. Burton*  
        Mark E. Burton

Mark E. Burton, Jr. (SBN 178400)
**Audet & Partners LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone:    (415) 568-2555
Facsimile:     (415) 568-2556
mburton@hershlaw.com

*Attorneys for Plaintiffs*

6

JOINT STATEMENT ISO CO-LEAD COUNSEL APPLICATIONS;
REQUEST FOR APPOINTMENT AS CO-LIAISON COUNSEL                    Case No. 16-md-02741

**ECF CERTIFICATION**

Pursuant to Civil L.R. 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

DATED: October 27, 2016                ANDRUS ANDERSON LLP

By:   */s/ Lori E. Andrus*
         Lori E. Andrus

Lori E. Andrus (SBN 205816)
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:   (415) 986-1400
Facsimile:   (415) 986-1474
lori@andrusanderson.com