# EXHIBIT A

# ANDRUS 🦪 ANDERSON LLP

155 Montgomery Street · Suite 900, San Francisco, California 94104
T: 415.986.1400 · F: 415.986.1474 · www.andrusanderson.com

## The Firm

The law firm of Andrus Anderson LLP ("Andrus Anderson") has a diverse and thriving practice representing plaintiffs in employment, personal injury, mass torts, antitrust, and consumer protection cases. Our clients include individuals, classes and small businesses nationwide.

## Current Cases and Recent Successes

Andrus Anderson attorneys have considerable class action and complex litigation experience. A few examples of the firm's recent and ongoing class action and mass tort cases are listed below.

### *Employment*

a. *Coates v. Farmers Insurance Group,* Case No. 5:15-cv-01913 LHK, United States District Judge for the Northern District of California. Andrus Anderson partner, Lori E. Andrus, is lead counsel in this wage discrimination lawsuit brought on behalf of women attorneys in Farmers' Claims Litigation department who allege they were paid less than equally or less qualified men. In September 2016, District Court Judge Lucy H. Koh granted final approval of the settlement, which provides $4 million in payments to class members, and also requires Farmers to make a number of business practices changes designed to improve the working lives of Farmers' female litigators, and to increase transparency in Farmers' compensation systems.

b. *Minns v. ACES, et al.*, Case No. 13-cv-03249 SI, United States District Court for the Northern District of California. Andrus Anderson and their co-counsel represented temporary

nurses in a class case seeking damages for failure to pay on a daily basis, unpaid transportation time and improper meal deductions in violation of the California's labor laws.  On February 19, 2016, the district court granted final approval to a class-wide settlement.  Andrus Anderson partner, Lori Andrus, was appointed Class Counsel in the case.

c.  *Freeman v. On Assignment Staffing Service, Inc.*, Case No. RG12652237, Alameda County Superior Court, State of California.  Andrus Anderson and their co-counsel represented temporary nurses in a class case seeking damages for failure to pay on a daily basis, unpaid transportation time and improper meal deductions in violation of the California's labor laws.  On June 19, 2014, the court granted final approval of a class-wide settlement.  Ms. Andrus was appointed Class Counsel in the matter.

d.  *Kyriakakos v. Veolia Water North America, Inc.*, Case No. 10-00751, Alameda County Superior Court, State of California.  Andrus Anderson represented wastewater and water treatment plant operator, lab technicians and mechanics in this wage and hour suit.  Plaintiffs alleged that Veolia failed to pay its workers for all hours worked conducting remote monitoring tasks, time spent donning, doffing, and showering, and that Veolia violated California law with its meal and rest break policies.  On October 25, 2013, the court granted final approval of a class-wide settlement.  Ms. Andrus was appointed Class Counsel in the matter.

e.  *Bolton v. U.S. Nursing*, Case No. 12-CV-04466 LB, United States District Court for the Northern District of California.  Andrus Anderson and their co-counsel represented temporary nurses in a class case seeking damages for failure to pay on a daily basis, unpaid transportation time and improper meal deductions in violation of the California's labor laws.  On October 18, 2013, the district court granted final approval to a class-wide settlement.  Andrus Anderson partner, Lori Andrus, was appointed Class Counsel in the case.

f.   *Nelson et al., v. California State University, East Bay Foundation, Inc.,* Case No. RG09442869, Alameda County Superior Court, State of California.  Andrus Anderson was lead counsel in this wage and hour litigation on behalf of English as a second language (ESL) teachers.  In their complaint, the school's ESL teachers alleged that they were not paid for all hours worked.  Andrus Anderson obtained back pay for their clients and negotiated major changes in the practices and policies at California State University, East Bay, to ensure the ESL teachers are fairly compensated going forward.

g.   *Adams v. Inter-con Security Systems, Inc.*, Case No. C-06-5428, United States District Court for the Northern District of California.  Andrus Anderson and their co-counsel represented security guard employees in a multi-state class action seeking damages for unpaid hours worked off the clock in violation of the Fair Labor Standards Act and several states' labor laws.  The lawsuit resulted in a $4 million settlement for class members who were required to attend daily security briefings and orientation sessions without pay.

### *Mass Tort*

h.   *Yaz, Yasmin and Ocella Contraceptive Cases Coordinated Proceeding (JCCP) No. 4608*, pending in Los Angeles County Superior Court, State of California.  Andrus Anderson represents dozens of clients bringing claims against Bayer Corporation, among others, for their injuries resulting from the use of Yaz, Yasmin or Ocella birth control.  Ms. Andrus has been appointed to the Plaintiffs' Steering Committee in the case.

i.   *In re Ortho Evra Products Liability Litigation*, MDL No. 1742, United States District Court for the Northern District of Ohio.  Andrus Anderson represented more than twenty individual clients and was actively involved in the Multi-District Litigation ("MDL") regarding the Ortho Evra birth control patch and women's health problems resulting from the use of the

Ortho Evra birth control patch.  The Ortho Evra patch, manufactured by Ortho-McNeil and Johnson & Johnson, has been found to increase the risk of stroke and dangerous blood clots, and has been linked to strokes, heart attacks, and deaths in women.  Andrus Anderson partner Lori Andrus was appointed as a member of the MDL Plaintiffs' Steering Committee.

### *Antitrust*

j.   *In re Lithium Ion Batteries Antitrust Litigation,* MDL No. 4:13-md-02420 YGR, United States District Court for the Northern District of California.  Andrus Anderson partner, Jennie Lee Anderson, is Liaison Counsel for the indirect purchaser plaintiffs.  The indirect purchaser plaintiffs allege that the major manufacturers of lithium ion batteries engaged in contract, combination or conspiracy to artificially inflate the prices of lithium ion batteries during the relevant time period.

k.   *In re Cathode Ray Tube (CRT) Antitrust Litigation,* MDL No. 1917 SC, United States District Court for the Northern District of California.  Andrus Anderson plays a core role as counsel for the indirect purchaser class in this antitrust case against the major manufacturers of CRTs and CRT products, including televisions and monitors.  The indirect purchaser plaintiffs allege that defendants engaged in contract, combination or conspiracy to artificially inflate the prices of CRTs during the relevant time period.  Total settlements for the indirect purchaser plaintiffs in the multidistrict litigation total $563 million. Indirect purchaser plaintiffs' motion for preliminary approval of the settlements is pending.

l.   *In re TFT-LCD (Flat Panel) Antitrust Litigation,* MDL No. 07-cv-01827 SI, United States District Court for the Northern District of California.  Andrus Anderson played a significant role as class counsel for the indirect purchaser plaintiffs in this antitrust case against the major manufacturers of Thin Film Transistor Liquid Crystal Display panels ("TFT-LCD")

and TFT-LCD products, such as flat screen televisions and monitors.  The indirect purchaser plaintiffs alleged that defendants engaged in contract, combination or conspiracy to artificially inflate the prices of TFT-LCD panels.  Class counsel achieved settlements of more than $1 billion on behalf of the indirect purchaser classes they represent.

m.  *In re Transpacific Passenger Air Transportation Antitrust Litigation*, Case No. 07-cv-5634-CRB, in the United States District Court for the Northern District of California.  Andrus Anderson holds a significant role in the case, representing plaintiffs of transpacific airline travel who allege that the defendant airline carriers conspired to fix the prices of air passenger travel including associated surcharges.  Settlements of nearly $50 million have been achieved in the case to date.

n.  *Precision Associates, Inc., et al. v. Panalpina World Transportation (Holding) Ltd.*, *et al.*, Case No. 08-cv-00042 (JG) (VVP), United States District Court for the Eastern District of New York.  Andrus Anderson represents plaintiffs who purchased freight forwarding services from freight forwarding companies.  Plaintiffs allege that freight forwarders conspired to fix the price of associated surcharges in violation of federal antitrust laws.  While the litigation is ongoing, more than $100 million in settlements have already been approved.

o.  *In re Domestic Drywall Antitrust Litigation*, MDL No. 2437, United States District Court for the Eastern District of Pennsylvania.  Andrus Anderson and their co-counsel represent indirect purchaser plaintiffs in this case against manufacturers of gypsum drywall.  Plaintiffs allege that defendants conspired to raise the price of gypsum drywall in violation of federal and state antitrust laws.

### *Consumer Protection*

p.  *Ralston v. Mortgage Investors Group, Inc., Countrywide Home Loans, Inc., et al.*, Case No. 08-00536 JF, United States District Court for the Northern District of California.  Andrus Anderson partner, Jennie Lee Anderson, was co-lead counsel in this class action which resulted in an all-cash settlement of more than $100,000,000 for California borrowers.  The lawsuit alleged that Countrywide Home Loans Inc. and Mortgage Investors Group sold certain Pay Option ARM loans, while failing to disclose, among other critical information, the true interest rate on the loan and that negative amortization was certain to occur if the borrower adhered to the payment schedule provided by the defendants.

q.  *In re EasySaver Rewards Litigation,* Case No. 09-cv-02094-AJB, United States District Court for the Southern District of California.  Andrus Anderson partner, Jennie Lee Anderson, is co-lead counsel in this case representing consumers who were the victims of a so-called "rewards" program, in which consumers were enrolled without their knowledge or consent and then subjected to monthly membership fees, though no benefits were conferred.  On February 4, 2013, the court granted final approval of a nationwide settlement valued at over $38 million.

r.  *Milligan v. Toyota Motor Sales, U.S.A., Inc.,* Case No. 09-05418 RS*,* United States District Court for the Northern District of California, and *Washington v. Toyota Motor Sales, U.S.A., Inc.*, Superior Court of California, County of Santa Clara, Case No. 1-10-CV-164200.  Andrus Anderson partner, Jennie Lee Anderson, was co-lead class counsel representing a class of 2001-2003 Toyota RAV4 vehicle owners who experienced problems with the engine control modules ("ECMs") or ECM-related damage to the transmissions.  The settlement provided for an extended warranty and full reimbursement for class members who paid out-of-pocket to repair or replace the ECMs and/or transmissions.

s.   *Fox v. Nissan North American Inc.,* Case No. GCG-09-490470, San Francisco Superior Court.   Andrus Anderson is lead counsel in this lawsuit on behalf of California owners of 2001-2005 Nissan Pathfinders, Altimas and Sentras manufactured with defective power valve screws that are prone to loosen and detach, resulting in engine failure and/or loss of control of the vehicles.  Following the Superior Court sustaining a demurrer, Andrus Anderson appealed and, in 2012, the California Court of Appeal reversed and remanded for further proceedings.

t.   *Honda/Michelin PAX Tire Litigation.*  Andrus Anderson represented consumers in *Olson v. American Honda Motor Company, Inc.,* Case No. RG07341165, Alameda Superior Court; and the following federal cases consolidated into Multidistrict Litigation No. 1911, before Judge Roger Titus in the District of Maryland, where Lori Andrus was appointed Co-Lead Class Counsel (*Williams v. American Honda Motor Co., Inc.*, Case  No.1:07-cv-05933, filed in the Northern District of Illinois; *Palmer v. American Honda Motor Co., Inc.*, Case No. CV07-1904-PHX-DGC, filed in the District of Arizona; *Longo v. American Honda Motor Co., Inc.*, Case No. 07-CIV-9399, filed in the Southern District of New York; and *Smith v. American Honda Motor Co., Inc.*, Case No .07-61524, filed in the Southern District of Florida).  The litigation involved consumers who purchased or leased Honda and Acura vehicles equipped with the PAX® Tire and Wheel Assembly System.  Plaintiffs alleged that Honda misrepresented and failed to disclose the defective nature of the PAX Systems causing injury to plaintiffs and class members.  The firm achieved a nationwide settlement, wherein class members were reimbursed for premature wear on their tires, received an extended warranty on PAX tires installed on their vehicles for the life of the vehicles, and additional safety features, including the opportunity to obtain a spare tire kit and enhanced emergency service.  The litigation was expanded to include owners of certain Nissan vehicles equipped with the PAX Systems and tires.

## Partner Biographies

### *LORI ERIN ANDRUS*

Born in Lafayette, Louisiana, Andrus Anderson partner Lori E. Andrus is a member of the bars of the California, the District of Columbia, and New York.  She is admitted to practice in the United States District Courts for the districts of Northern, Southern, Central and Eastern Districts of California.  Ms. Andrus has received Martindale-Hubbell's highest rating (AV) for legal ability and ethical standards.

Ms. Andrus has extensive experience representing consumers and employees in individual and class actions, in addition to her work representing individuals harmed by defective pharmaceutical and medical devices in mass tort litigation.  In recognition of her effective leadership skills, Ms. Andrus currently serves, or has served as lead counsel, co-lead counsel, or as a member of the Plaintiffs' Steering Committee in multiple state and nationwide class actions and multidistrict litigations, including, *Minns v. ACES*, *Bolton v. U.S. Nursing, Freeman v. On Assignment, Kyriakakos v. Veolia Water North America, Inc.*, *Yaz, Yasmin and Ocella Contraceptive Cases Coordinated Proceeding*, and *In re Ortho Evra Birth Control Patch Litigation*, each of which is summarized above.

Ms. Andrus previously served as the Chair of the Women Trial Lawyers' Caucus of the American Association for Justice ("AAJ").  She is a frequent author and lecturer on a variety of topics regarding equal pay, class actions and complex litigation.  In 2016, Ms. Andrus was presented with the Pursuit of Justice Award by the American Bar Association's Tort Trial and Insurance Practice Section, an award given to an attorney who has shown outstanding merit and excelled in insuring access to justice.  In 2013, she was recognized as the Woman Consumer

Advocate of the Year by the Consumer Attorneys of California and in 2015 was named as one of 75 Outstanding Women Lawyers nationwide by the National Law Journal.

Ms. Andrus earned her Bachelor of Arts degree from the Boston University, *cum laude,* and graduated from Duke University School of Law with honors. Between college and law school, Ms. Andrus worked for two Members of Congress in Washington, D.C., first for U.S. Representative Rick Boucher from Virginia, then for U.S Representative James Hayes, from Louisiana.

Prior to co-founding Andrus Anderson, Ms. Andrus was a partner at the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, where she litigated multiple class actions and complex matters in state and federal courts across the country in the areas of mass tort, product liability, loan discrimination, consumer fraud and employment.

### *JENNIE LEE ANDERSON*

Born in Indianapolis, Indiana, Andrus Anderson partner Jennie Lee Anderson has extensive experience representing plaintiffs in antitrust, consumer protection, employment and personal injury matters. Ms. Anderson has proven herself an effective advocate and has served or serves as liaison or co-lead counsel in multiple state and nationwide class actions including, but not limited to, *In re Lithium Ion Batteries Antitrust Litigation, In re EasySaver Rewards Litigation, Ralston v. Mortgage Investors Group and Countrywide Home Loans, Inc.*, and *Fox v. Nissan North America, Inc.,* each of which is summarized above.

Ms. Anderson has been recognized as a Northern California Super Lawyer for the last five years, serves on the Board of Governors for the American Association for Justice ("AAJ"), and is the past chair of the AAJ Class Action Litigation Group, co-chair of the AAJ Antitrust

Litigation Group, and immediate past chair of the AAJ Business Torts Section.  She is a frequent author and lecturer on a variety of topics regarding class actions and complex litigation.

Ms. Anderson earned her Bachelor of Arts degree from the University of Wisconsin-Madison and her Juris Doctor degree from University of California, Hastings College of the Law.   In law school, Ms. Anderson served as a judicial extern to the Honorable Martin J. Jenkins, District Court Judge for the Northern District of California, and was a legal intern for Legal Aid of Cambodia in Phnom Penh, Cambodia.

Prior to co-founding Andrus Anderson, Ms. Anderson practiced complex litigation in the San Francisco offices of Lieff, Cabraser, Heimann & Bernstein, LLP and the law firm currently known as Robbins, Geller, Rudman & Dowd, LLP,  where she prosecuted multiple class action and complex cases on behalf of plaintiffs in the areas of consumer protection, antitrust, employment, securities and product liability.  In addition, Ms. Anderson has considerable knowledge of habeas corpus proceedings, having represented indigent inmates on death row at the Habeas Corpus Resource Center in San Francisco.