# EXHIBIT A

# EXHIBIT A

Plaintiffs propose that the following Case Management Orders are necessary at the outset of this coordinated litigation to ensure the efficient and effective adjudication of MDL 2741, to include dates to submit proposed Orders (either joint or competing), when applicable, to the Court:

1. Protective Order[1]                                       November 30, 3016
2. Electronically Stored Information ("ESI")                 November 30, 2016
3. Privilege Log Order                                       November 30, 2016
4. Deposition Protocol                                       December 7, 2016
5. Submission of Master (Administrative) Complaint           December 16, 2016
6. Submission of a Short Form Complaint                      December 16, 2016
7. Direct Filing Order                                       December 16, 2016
8. Submission of proposed fact sheets/profile forms          December 20, 2016
9. Fact Sheet/Profile Form Order                             December 20, 2016
10. Monsanto Answers Master (Administrative) Complaint       January 20, 2017

---

[1] Monsanto requests the entry of a Protective Order. Plaintiffs do not believe a Protective Order is necessary or required but do not oppose the entry of one if the Court believes it necessary.