# EXHIBIT C

| Style of Case | Page No. |
|---|---|
|  | 16CM-CC00001 |

| DATE | DOCUMENTS FILED/ACTION TAKEN IN CASE |
|---|---|
| 6-27-16 | Defendant Monsanto Company's Motion To Dismiss Plaintiff's Petition For Failure To State A Claim is denied. Plaintiff Phyllis Kennedy's Motion To ~~Shorten Time For Argument~~ Strike Exhibits and References to Exhibits In Defendant Monsanto's Reply Brief is denied. Defendant Monsanto's Motion For Scheduling Order Regarding General Causation is denied.  K—M.V |

| | |
|---|---|
| Page No. | |