# EXHIBIT D

FILED
30 AUG 2016 03:47 pm
Civil Administration
A. STAMATO

| | |
|---|---|
| LINDA M. SCHRACK<br>And<br>MYRON E. SCHRACK<br><br>　　　　Plaintiffs,<br>v.<br><br>FMC CORPORATION; UNITED<br>PHOSPHORUS, INC., and<br>MONSANTO COMPANY<br><br>　　　　Defendants. | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>April Term 2016<br><br>Case No. 0812<br><br>DEMAND FOR A JURY TRIAL |

### ORDER

AND NOW, this 2nd day of Sept., 2016, upon consideration of the Defendant Monsanto Company's Motion for Scheduling Orer Regarding General Causation, and all responses thereto, it is ORDERED that said Motion is DENIED.

BY THE COURT:

_____

J.

Case ID: 160400812

Control No.: 16081258

DOCKETED
SEP 06 2016
J EVERS
JUDICIAL RECORDS

Schrack Etal Vs Fmc Cor-ORDER

16040081200056

COPIES SENT PURSUANT TO Pa.R.C.P. 236(b)  N. ERICKSON  09/06/2016