**BAUM  HEDLUND  ARISTEI  GOLDMAN** PC
──────────── CONSUMER ATTORNEYS ────────────

Washington, D.C. Office
12101 L Street, N.W.
Suite 800
Washington, D.C. 20037-1524
Office (202) 466-0513
Fax (202) 466-0527

12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025-7114
Office (310) 207-3233
Fax (310) 820-7444
www.baumhedlundlaw.com

Philadelphia Office
1500 Market Street
12th Floor East Tower
Philadelphia, PA 19102-2100
Office (215) 665-5659
Fax (215) 569-8228

October 27, 2016

<u>*VIA CM/ECF System*</u>

Hon. Vince Chhabria
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom 1
San Francisco, CA 94102

Re:   *In Re: Roundup Products Liability Litigation*, 16-MD-2741 (N.D. Cal.)
      Statement in Support of Co-Lead Counsel Applications and Proposed Executive Committee

Dear Judge Chhabria:

      I write to support (1) the appointment of Robin Greenwald, Mike Miller, and Aimee Wagstaff as Co-Lead counsel in this litigation and (2) the creation of a six-person Executive Committee including the above Co-Leads and Yvonne Flaherty, Hunter Lundy, and myself.

      Coordinating plaintiffs' counsel is a tall order and, to-date, Ms. Greenwald, Mr. Miller, and Ms. Wagstaff have done a stellar job building consensus among the firms prosecuting these cases. They bring a wealth of experience prosecuting complex and high-stakes cases, and have been instrumental in coordinating plaintiffs' work thus far.  I fully support their applications to be Co-Lead counsel in this MDL.

      Additionally, this is a complex litigation that will demand significant time, wherewithal, and coordination.  Having discussed this matter at length with the other firms litigating these cases, I agree this MDL would benefit from the appointment of an Executive Committee to serve under the guidance and instruction of the Court and Co-Lead Counsel. The scope of this case is massive—a fact illustrated by Monsanto's "initial" document production spanning nearly 3 million pages.  Placing such a burden on a single attorney, or even three attorneys, is untenable. They need help and an Executive Committee with the resources and expertise to support the litigation provides that help.  I respectfully suggest that the Court consider Yvonne Flaherty, Hunter Lundy, and myself for inclusion on the Executive Committee. This team, along with the proposed Co-Leads, has already worked cooperatively on issues related to pleadings, brief writing, document management, experts, and litigation costs.  Each of our firm brings

considerable experience, dedication, and resources to this litigation. And, we are prepared to continue that work.

If appointed by the Court, I will commit the necessary time and resources needed to successfully move this case forward.

I am the Senior Partner of Baum, Hedlund, Aristei & Goldman, P.C. ("Baum Hedlund") and have been for over 20 years. I received both my undergraduate and law degrees from the University of California, Los Angeles, and have been an active member of the California bar for over 30 years. With nearly all of my time spent on plaintiff-side litigation, my firm has handled thousands of individual cases worldwide and recovered over $1.4 billion for clients in all of its areas of practice. We have developed a reputation for breaking new ground, holding Fortune 500 companies accountable, influencing public policy, raising public awareness, and improving product safety. The firm is listed in Martindale-Hubbell's Bar Register of Preeminent Lawyers, The Best Lawyers in America® for 2014-16, Top Ranked Law Firms™ for 2014-16. I have been selected to Southern California Super Lawyers since 2005. Five of the firm's attorneys (including myself) are also listed in the Nation's Top One Percent, National Association of Distinguished Counsel.

Since 1988, I have been involved in court-appointed leadership in over 20 various MDL and state-coordinated proceedings, including appointment as Lead Counsel in *In re Celexa & Lexapro Marketing and Sales Practices Litigation*, 09-MD-2067 (NMG) (D. Mass.), *In re Paxil Products Liability Litigation,* 03-MD-2067 (C.D. Cal.), and *In re Cymbalta Drug Cases*, JCCP No. 4825 (Los Angeles Sup. Ct). In those three proceedings alone, I have overseen the successful resolution of well over 10,000 individual claims. In addition, I have served as court-appointed class counsel in multiple class actions involving the unlawful marketing practices of various pharmaceutical products.

I believe I have the necessary qualifications and experience to serve on an Executive Committee should this Court appoint one.

In conclusion, I support an organizational structure that includes Mr. Miller, Ms. Greenwald, and Ms. Wagstaff as Co-Lead counsel and the appointment of an Executive Committee to include, in addition to the above Co-Leads, Ms. Flaherty, Mr. Lundy, and myself. I think it makes sense to keep this excellent team in place. Thank you for your review and consideration of this matter.

Best,
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.

By:_____
Michael L. Baum