Mark E. Burton, Jr.   (CA SBN 178400)
mburton@audetlaw.com
AUDET & PARTNERS, LLP
711 Van Ness Avenue, Suite 500
San Francisco California  94102-3275
Telephone: 415.568.2555
Facsimile: 415.568.2556

*Attorney for Plaintiff Elaine Stevick*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Cases* | MDL No. 02741<br>Case No.: 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE OF MARK E. BURTON, JR. ON BEHALF OF PLAINTIFF ELAINE STEVICK** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Mark E. Burton, Jr. of Audet & Partners, LLP, 711 Van Ness Ave., Suite 500, San Francisco, California, 94102, who is a member of the bar of this court, hereby requests that the clerk of the court enters his appearance as counsel for Plaintiff Elaine Stevick.

Plaintiff hereby requests that his attorney Mark E. Burton, Jr. be added to the docket and the all electronic notifications and documents filed in this action be provided to him at the following email address: mburton@audetlaw.com.

                                                    Respectfully Submitted,

Dated this October 28, 2016                         /s/ Mark E. Burton, Jr.

                                                    Mark E. Burton, Jr.
                                                    AUDET & PARTNERS, LLP

                                                    *Attorney for Plaintiff Elaine Stevick*