UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No.  16-md-02741-VC |
| This document relates to:<br><br>16-mc-80232  *Hardeman*<br><br>16-cv-0525    *Hardeman* | **ORDER REQUESTING SUPPLEMENTAL BRIEFING RE MOTION TO QUASH** |

The movants are ordered to file any reply in support of their motion to quash by no later November 30, 2016.  *See generally* L.R. 7-3(c), 7-4.  The reply brief should identify how IARC has prohibited disclosure of the documents sought and why any privilege or confidentiality has not been waived.

**IT IS SO ORDERED.**

Dated:  November 15, 2016

VINCE CHHABRIA
United States District Judge