# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### <u>CIVIL MINUTES</u>

| **Date:** November 16, 2016 | **Time:** 2 hours 45 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.:** <u>16-md-02741-VC</u> | **Case Name:** In re Roundup Products Liability Litigation   v. | |

<u>**Attorney for Plaintiff**</u>: **Kristie Hightower, Rudie Soileau, and Hunter Lundy** for Couey, Sanders, Work, Mendoza, and Walker; **Robin Greenwald** for Mendoza, Sanders, Tanner, Domina, Walker, and Gibbs; **Brent Wisner and Michael Baum** for McCall, Scheffer, Means, Patterson, Porath, and Morris;  **Michael Miller, Mark Burton, Timothy Litzenburg, and Nancy Miller** for Stevik, Johnson, Shepherd, Hernandez, and Ruiz; **Jennie Anderson and Leland Belew** for Hardeman; **Aimee Wagstaff** for Hardeman and Giglio; **Peter Miller** for Harris; **David Wool (t)**

<u>**Attorney for Defendant**</u>: **Joe Hollingsworth, Eric Lasker, and Heather Pigman**

**Deputy Clerk:** Kristen Melen                                      **Reporter:** Katherine Sullivan

### PROCEEDINGS:

Initial Case Management Conference and Motion for Lead Counsel and Liaison Counsel - hearing held.

### ORDER AFTER HEARING:

Plaintiff is ordered to prepare a proposed order regarding the ruling on Lead Counsel, Liaison Counsel, and Steering Committee. Plaintiff is ordered to prepare a proposed scheduling order with the dates and deadlines set in court today and include the deposition schedule. These two proposed orders are due by Friday, November 18, 2016. By Monday, November 21, 2016, Plaintiff is ordered to file a proposed order with the revised ESI protocol and outline the changes clearly. Defendant's opposition to the proposed ESI order is due 10 days later.

The protective order issued in the Hardeman case (16-cv-525-VC) shall apply to all of the member cases.

Further case management conference is scheduled for December 14, 2016, at 9:30 a.m. The updated joint case management statement is due the Friday before the FCMC, which is the protocol going forward in the case.

## ORDER TO BE PREPARED BY:

[X]     Plaintiff                [ ]        Defendant                [ ]        Court


**Notes:**




**(t)= Telephonic appearance