UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates<br>to: ALL ACTIONS | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 2** |

On October 6, 2016, the Court issued Pretrial Order No. 1 setting forth certain pretrial proceedings of this multi-district litigation ("MDL"), including the procedure for selecting leadership of this MDL. (Pretrial Order No. 1, Dkt. No. 2). Pursuant to that Order, Plaintiffs' counsel seeking leadership appointments were required to submit an application by Thursday, October 20, 2016. Objections to applications were due by October 27, 2016.

On November 16, 2016, the Court heard oral argument on the proposed leadership structure. Having carefully considered the written submissions and the oral argument presented by applicants and Monsanto, the Court issues the following Order.

### A.     Co-Lead Counsel

The Court appoints Robin Greenwald of Weitz & Luxenberg, PC, Michael Miller of The Miller Firm, LLC, and Aimee Wagstaff of Andrus Wagstaff, PC as Plaintiffs' Co-Lead Counsel and chairs of the Executive Committee. The court vests with co-lead

1

counsel the authority and duty to coordinate and oversee the activities of the MDL, including:

1. To propose agenda items for and to appear at periodic Court-noticed status conferences and hearings;

2. To schedule and set agendas for executive committee meetings and to keep minutes or transcripts of these meetings;

3. To draft case management orders for the orderly and efficient litigation of this case, including a case management order that provides for the duties and responsibilities of the MDL leadership structure as set forth herein;

4. To enter into stipulations with Defendants;

5. To sign and file all pleadings relating to all actions in the MDL;

6. To determine and present in pleadings, briefs, motions, oral argument, or such other fashion as may be appropriate, personally or by a designee, to the Court and opposing parties the position of Plaintiffs on matters arising during the pretrial proceedings;

7. To coordinate and conduct discovery on behalf of Plaintiffs consistent with the requirements of the Federal Rules of Civil Procedure and the Local Rules of Practice for the Northern District of California;

8. To schedule and engage in settlement negotiations with Defendants, and if there is a settlement, propose a claims protocol and/or plan of allocation;

9. To liaise with defense counsel;

10. To consult with and employ expert witnesses;

11. To enter into contracts and other agreements with vendors necessary to litigate this MDL, such as a document depository vendor, court reporting services, and expert witnesses;

12. To establish protocols for common benefit billing and disbursements, to maintain records of such billing and disbursements advanced by Executive Committee members, and to report periodically to the Executive Committee concerning disbursements and receipts;

13. To maintain and collect time and expense records for work performed, time billed, costs incurred and other disbursements made by all Plaintiffs' counsel whose work has been specifically authorized, and submit at the

>   Court's request in writing, *ex parte* and *in camera* reports to the Court regarding time billed in the prosecution of this action;

14. To retain the services of any attorney not part of the Executive Committee to perform any common benefit work, provided the attorney so consents and is bound by the compensation structure established in this MDL;

15. To establish and maintain a depository for orders, pleadings, hearing transcripts, and all documents served upon Plaintiffs' counsel, and to make such papers available to Plaintiffs' counsel upon reasonable request;

16. To otherwise coordinate the work of all Plaintiffs' counsel, and perform such other duties as Co-Lead Counsel deem necessary, in order to advance the litigation or as authorized by further Order of the Court; and

17. To perform any other necessary administrative and logistic functions of the Executive Committee and to carry out any other duty as the Court may order.

**B.  Executive Committee**

The Co-Lead counsel are members and Chairs of the Executive Committee. The Court appoints Michael Baum, Baum Hedlund Aristei and Goldman, Hunter Lundy, Lundy Lundy Soileau & South, and Yvonne Flaherty, Lockridge Grindal Nauen as Executive Committee members. The Executive Committee will be responsible for assisting in all aspects of the MDL, as directed by the Co-Lead Counsel.

**C.  Liaison Counsel**

The Court appoints Lori Andrus, Andrus Anderson, LLP and Mark Burton, Audet and Partners as co-liaison counsel. The role of co-liaison counsel will include administrative matters, such as to liaise with Plaintiffs' attorneys who file cases in this MDL and who are not appointed to leadership in this MDL; to prepare, maintain and transmit copies of documents served in this MDL; to maintain the Court's orders and notices and the Panel's orders and notices for all plaintiffs' counsel, and to provide

coordination among the MDL and the various state court actions currently pending or later filed.

**D.     Other Matters**

Co-Lead Counsel shall submit a proposed Common Benefit and Expense Order for entry by this Court by November 28, 2016.

**IT IS SO ORDERED.**

Dated: November ____ , 2016

_____
VINCE G. CHHABRIA
United States District Judge