## **CERTIFICATE OF SERVICE**

    I certify that on November 17, 2016, a true and accurate copy of the foregoing Plaintiffs' Proposed Pretrial Order No. 2 was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                          /s/ Robin L. Greenwald