UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **SCHEDULING ORDER** |

The following Scheduling Order shall apply:

1. Identification of current or former employee witnesses as custodians for document production by: **January 20, 2017.** Presentation of any objections by: **January 27, 2017.** Presentation of Plaintiffs' response to objections: January 31, 2017. Hearing or teleconference to resolve remaining objections: **February 3, 2016.**

    - For each custodial file, Monsanto shall produce custodial files within 60 calendar days of an agreement or Court Order requiring production.

2. Proposed order and briefing regarding differences, if any, regarding a deposition protocol and limits on written discovery requests due to Court by: **December 7, 2016**.

3. Case Management Conference: **December 12, 2016.**

4. Submission of proposed science day protocol order: **January 11, 2017.**

5. Deadline for plaintiffs (as a single group) to depose any or all of the five general causation witnesses selected by Monsanto: **January 31, 2017.**

6. Science day: **March 1, 2017.**

7. Production of custodial files selected by plaintiffs completed by: **April 3, 2017**.

8. Deadline for plaintiffs `to identify remaining general causation witnesses to be deposed: **April 14, 2017.**

9. Depositions of remaining non-expert general causation witnesses to be completed by: **June 16, 2017**.

10. Plaintiffs' expert reports due by: **May 1, 2017**.

11. Defendant's expert reports due by: **June 1, 2017**.

12. Plaintiffs' rebuttal expert reports due by: **June 15, 2017**.

13. Close of expert discovery: **July 21, 2017**.

14. Monsanto's motion for summary judgment and *Daubert* motions due (one brief, 40 pages): **August 9, 2017**.

15. Oppositions (and cross motion, if any) due (one consolidated brief for all plaintiffs, 70 pages total): **August 30, 2017**.

16. Monsanto's reply (and opposition to cross motions, if any) due (one consolidated brief, 50 pages): **September 13, 2017**.

17. Replies due (one consolidated brief for all plaintiffs, 20 pages): **September 22, 2017**.

18. Live testimony from expert witnesses: **Week of October 10, 2017**.

19. Oral argument on motions for summary judgment and *Daubert* motions: **October 13, 2017**.

**IT IS SO ORDERED**

Dated: November   , 2016

_____
VINCE G. CHHABRIA
United States District Judge