# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **[PROPOSED] SCHEDULING ORDER** |

The following schedule shall govern the first phase of this MDL:

- Identification of eight additional current or former employee witnesses as custodians for document production by: **December 2, 2016**.  Presentation of any objections by: **December 9, 2016**.

- Proposed order and briefing regarding differences, if any, regarding a deposition protocol and limits on written discovery requests due to Court by: **December 7, 2016**.

- Case Management Conference: **December 14, 2016.**

- Submission of proposed science day protocol order: **January 11, 2017.**

- Deadline for plaintiffs to depose any or all of the five general causation witnesses selected by Monsanto:  **January 31, 2017.**

- Science day: **February 1, 2017.**

- Production of custodial files of no more than 10 additional general causation custodians selected by plaintiffs (subject to any objections) completed by: **February 10, 2017**.

1

- Deadline for plaintiffs to identify remaining general causation witnesses to be deposed (for no more than 10 total general causation depositions): **February 24, 2017**. Presentation of any objections by: **March 3, 2017**.

- Depositions of remaining non-expert general causation witnesses to be completed by: **April 17, 2017**.

- Plaintiffs' expert reports due by: **May 1, 2017**.

- Defendant's expert reports due by: **June 1, 2017**.

- Plaintiffs' rebuttal expert reports due by: **June 15, 2017**.

- Close of expert discovery: **July 21, 2017**.

- Monsanto's motion for summary judgment and *Daubert* motions due (one brief, 40 pages): **August 9, 2017**.

- Oppositions (and cross motion, if any) due (one consolidated brief for all plaintiffs, 70 pages total): **August 30, 2017**.

- Monsanto's reply (and opposition to cross motions, if any) due (one consolidated brief, 50 pages): **September 13, 2017**.

- Replies due (one consolidated brief for all plaintiffs, 20 pages): **September 22, 2017**.

- Live testimony from expert witnesses: **Beginning October 10, 2017**.

- Oral argument on motions for summary judgment and *Daubert* motions: **October 13, 2017**.

**IT IS SO ORDERED.**

Dated: _____

_____
VINCE CHHABRIA
United States District Judge