## **CERTIFICATE OF SERVICE**

     I certify that on November 21, 2016, a true and accurate copy of the foregoing Joint Stipulation And [Proposed] Order Amending Governing Protocol For Discovery Of Electronically Stored Information was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                    /s/ Robin L. Greenwald