Lori E. Andrus (SBN 205816)
Jennie Lee Anderson (SBN 203586)
Leland Belew (SBN 293096)
**Andrus Anderson LLP**
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:     (415) 986-1400
Facsimile:      (415) 986-1474
lori@andrusanderson.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | Case No.  16-md-02741 |
|---|---|
| | MDL No. 2741 |
| | **NOTICE OF APPEARANCE OF JENNIE LEE ANDERSON** |
| This Document Relates To All Actions | |

1  TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2      PLEASE TAKE NOTICE that Jennie Lee Anderson of the firm Andrus Anderson LLP hereby enters her appearance on behalf of Plaintiff Edward Hardeman in the above-captioned matter and requests that she be added to the electronic service list.

Dated: November 22, 2016      ANDRUS ANDERSON LLP

By:   */s/ Jennie Lee Anderson*
    Jennie Lee Anderson

Lori E. Andrus (SBN 205816)
Jennie Lee Anderson (SBN 203586)
Leland Belew (SBN 293096)
**Andrus Anderson LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
lori@andrusanderson.com
jennie@andrusanderson.com
leland.belew@andrusanderson.com

*Attorneys for Plaintiffs*