**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:    202-682-1639
Email: jhollingsworth@hollingsworthllp.com
           elasker@hollingsworthllp.com

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Abila v. Monsanto Co.*, Case No. 3:16-cv-06008-VC | |

**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  November 22, 2016              Respectfully submitted,

                                                             /s/ Joe G. Hollingsworth
                                                             Joe G. Hollingsworth (*pro hac vice*)
                                                             (jhollingsworth@hollingsworthllp.com)
                                                             Eric G. Lasker (*pro hac vice*)
                                                             (elasker@hollingsworthllp.com)
                                                             HOLLINGSWORTH LLP
                                                             1350 I Street, N.W.
                                                             Washington, DC  20005
                                                             Telephone:  (202) 898-5800
                                                             Facsimile:  (202) 682-1639

                                                             Attorneys for Defendant
                                                             MONSANTO COMPANY