| | |
|---|---|
| 1 | **HOLLINGSWORTH LLP** |
| 2 | Joe G. Hollingsworth (*pro hac vice*) |
|   | Eric G. Lasker (*pro hac vice*) |
| 3 | 1350 I Street, N.W. |
|   | Washington, DC  20005 |
| 4 | Tel:    202-898-5800 |
|   | Fax:    202-682-1639 |
| 5 | Email: jhollingsworth@hollingsworthllp.com |
|   |           elasker@hollingsworthllp.com |
| 6 | *Attorneys for Defendant* |
|   | MONSANTO COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|  | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Carlock v. Monsanto Co.*, Case No. 3:16-cv-06009-VC | |

# MONSANTO COMPANY'S
## <u>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS</u>

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  November 22, 2016                              Respectfully submitted,

<u>/s/ Joe G. Hollingsworth</u>
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY

---