UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** November 22, 2016 | **Time:** 47 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC | **Case Name:** In re Roundup Products Liability Litigation   v. | |

**Attorney for Plaintiff: Kristie Hightower, Rudie Soileau, and Hunter Lundy** for Couey, Sanders, Work, Mendoza, and Walker; **Robin Greenwald and Christopher Dalby** for Mendoza, Sanders, Tanner, Domina, Walker, and Gibbs; **Brent Wisner and Michael Baum** for McCall, Scheffer, Means, Patterson, Porath, and Morris;  **Michael Miller and Mark Burton** for Stevik, Johnson, Shepherd, Hernandez, and Ruiz; **Jennie Anderson and Leland Belew** for Hardeman; **Aimee Wagstaff and Kathryn Forgie** for Hardeman and Giglio; **Peter Miller** for Harris; **Dena Young** for Mancuso

**Attorney for Defendant: Joe Hollingsworth and Eric Lasker**

**Deputy Clerk:** Kristen Melen                              **FTR Recording:** 12:35- 1:22

PROCEEDINGS:

Telephonic Further Case Management - hearing held.

ORDER AFTER HEARING:

See Order from Court re deadlines and requirements of the parties.

Further case management conference is rescheduled to December 21, 2016, at 9:30 a.m. The updated joint case management statement is due the Friday before the FCMC, which is the protocol going forward in the case.

ORDER TO BE PREPARED BY:

[ ]     Plaintiff              [ ]     Defendant              [ X ]     Court

pg. 1