**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:    202-682-1639
Email: jhollingsworth@hollingsworthllp.com
           elasker@hollingsworthllp.com

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | |

### MONSANTO COMPANY'S REQUEST FOR MODIFICATION TO PLAINTIFFS' PROPOSED ORDER REGARDING ORGANIZATIONAL STRUCTURE

Monsanto does not object to plaintiffs' proposed Pretrial Order No. 2, ECF No. 32, to the extent it creates the structures ordered by this Court.  However, Monsanto requests that the following paragraph be added to the end of the end of plaintiffs' proposed order to ensure efficient and consistent communication between the parties:

"Absent agreement of the parties in advance, all requests to and negotiations with Monsanto shall be made by plaintiffs' co-lead counsel unless the request or negotiation relates to a case-specific issue that does not impact other matters within the MDL."

| | |
|---|---|
| DATED: November 30, 2016 | Respectfully submitted, |
| | /s/ Joe G. Hollingsworth |
| | Joe G. Hollingsworth (*pro hac vice*) |
| | (jhollingsworth@hollingsworthllp.com) |
| | Eric G. Lasker (*pro hac vice*) |
| | (elasker@hollingsworthllp.com) |
| | HOLLINGSWORTH LLP |
| | 1350 I Street, N.W. |
| | Washington, DC  20005 |
| | Telephone:  (202) 898-5800 |
| | Facsimile:  (202) 682-1639 |
| | |
| | Attorneys for Defendant |
| | MONSANTO COMPANY |