Richard A. Clark
State Bar No. 39558
(rclark@pmcos.com)
Steven R. Platt
State Bar No. 245510
(splatt@pmcos.com)
PARKER, MILLIKEN, CLARK, O'HARA
& SAMUELIAN, P.C.
555 S. Flower Street, 30th Floor
Los Angeles, CA  90071
Telephone:  (213) 683-6500
Facsimile:  (213) 683-6669

Joe G. Hollingsworth (admitted *pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (admitted *pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Hardeman v. Monsanto Company*, 3:16-cv-00525-VC and<br><br>*Hardeman v. Monsanto Company*, 3:16-mc-80232-VC | **MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION TO SET ORAL ARGUMENT REGARDING NON-PARTIES BLEDSOE AND TEXAS A&M'S MOTION TO QUASH**<br><br>Hearing Date: December 8, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

**NOTICE OF MOTION AND MOTION FOR ORAL ARGUMENT
ON NON-PARTIES BLEDSOE AND TEXAS A&M
<u>UNIVERSITY'S OPPOSED MOTION TO QUASH SUBPOENA</u>**

**TO PLAINTIFF AND HIS COUNSEL AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that Defendant Monsanto Company ("Monsanto") hereby moves this Court to order telephonic oral argument on Non-Parties Bledsoe and Texas A&M University's Opposed Motion to Quash Subpoena ("Motion to Quash") on December 8, 2016 or as soon thereafter as may be appropriate.

Texas A&M University specifically requests indulgence for a telephonic hearing under the circumstances due to Texas A&M University's non-party and out-of-state status on December 8, 2016.  The motion is now fully briefed and thus, oral argument may be scheduled immediately.

Oral argument may assist the Court in the resolution of this case because a substantial body of documents that Monsanto believes to be highly relevant to its defense with regard to general causation are being withheld in their entirety for the reasons set forth in the motions. The opportunity for the parties to further elucidate their positions before the Court may assist in the resolution of this complex and important issue.

Monsanto met with plaintiff's counsel and Texas A&M and conferred by telephone on December 1, 2016, and agreed upon the hearing date on December 8, 2016.

| | | |
|---|---|---|
| 1 | DATED: December 1, 2016 | Respectfully submitted, |
| 2 | | |
| 3 | Richard A. Clark | /s/ Joe G. Hollingsworth |
| | State Bar No. 39558 | Joe G. Hollingsworth (appearance *pro hac vice*) |
| 4 | (rclark@pmcos.com) | (jhollingsworth@hollingsworthllp.com) |
| | Steven R. Platt | Eric G. Lasker (appearance *pro hac vice*) |
| 5 | State Bar No. 245510 | (elasker@hollingsworthllp.com) |
| 6 | (splatt@pmcos.com) | HOLLINGSWORTH LLP |
| | PARKER, MILLIKEN, CLARK, O'HARA | 1350 I Street, N.W. |
| 7 | & SAMUELIAN, P.C. | Washington, DC  20005 |
| | 555 S. Flower Street, 30th Floor | Telephone:  (202) 898-5800 |
| 8 | Los Angeles, CA  90071 | Facsimile:  (202) 682-1639 |
| 9 | Telephone:  (213) 683-6500 | Attorneys for Defendant |
| | Facsimile:  (213) 683-6669 | MONSANTO COMPANY |

3

MONSANTO'S MOTION FOR ORAL ARGUMENT ON MOTION TO QUASH SUBPEONA
3:16-md-02741-VC, 3:16-cv-00525-VC & 3:16-mc-80232-VC