UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto Company*, 3:16-cv-00525-VC and *Hardeman v. Monsanto Company*, 3:16-mc-80232-VC | **[PROPOSED] ORDER GRANTING MONSANTO'S MOTION TO SET ORAL ARGUMENT REGARDING NON-PARTIES BLEDSOE AND TEXAS A&M'S MOTION TO QUASH** |
| | Hearing Date: December 8, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

The request for telephonic oral argument came before this Court, Judge Vince Chhabria presiding.

The Court has considered the request and all other matters presented to the Court, and IT IS HEREBY ORDERED THAT defendant Monsanto Company's Request for Oral Argument is granted. Oral argument shall be held on _____, 2016 by telephone. The parties shall be granted __ minutes for argument.

Date: _____, 2016       _____
                                            HONORABLE VINCE CHHABRIA
                                            UNITED STATES DISTRICT COURT