UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | [~~PROPOSED~~] ORDER GRANTING MONSANTO'S MOTION TO SET ORAL ARGUMENT REGARDING NON-PARTIES BLEDSOE AND TEXAS A&M'S MOTION TO QUASH |
| *Hardeman v. Monsanto Company*, 3:16-cv-00525-VC and | AS MODIFIED |
| *Hardeman v. Monsanto Company*, 3:16-mc-80232-VC | Hearing Date: ~~December 8, 2016~~ Time: ~~10:00 a.m.~~ Judge: Hon. Vince Chhabria Courtroom: 4, 17th Floor |

The request for ~~telephonic~~ oral argument came before this Court, Judge Vince Chhabria presiding.

The Court has considered the request and all other matters presented to the Court, and IT IS HEREBY ORDERED THAT defendant Monsanto Company's Request for Oral Argument is granted. Oral argument shall be held on __December 21__, 2016 at 9:30 a.m. ~~by telephone. The parties shall be granted __ minutes for argument~~.

Date: __December 5__, 2016

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria