UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | [~~PROPOSED~~] **ORDER RE CUSTODIAL FILES OF RICHARD GARNETT AND CHRISTOPHE GUSTIN** |

1.  Document production for discovery purposes has been deemed to be necessary in this litigation from the custodial files of Richard Garnett and Christophe Gustin, who work for Defendant Monsanto Company's foreign subsidiary, Monsanto Europe S.A., in its office located in Brussels, Belgium.  In order to facilitate a reasonable and lawful transfer of information from the custodial files of Messrs. Garnett and Gustin, the parties and Court have taken measures intended to avoid excessive processing of data, including personal data.  In particular, the employees' custodial files will be culled prior to review using the search terms negotiated and agreed upon between the parties for these proceedings.  The Court also has entered a Protective and Confidentiality Order and an order under Federal Rule of Evidence 502(d) in this litigation, which collectively provide procedures for limiting disclosures of information produced with a designation of "Confidential" and addressing any errors that may occur during processing.

2.  With respect to the custodial files of Richard Garnett and Christophe Gustin, after considering the needs of this litigation as well as the interests of foreign privacy laws that may be

1 implicated by the collection, processing, production, and use of these custodial files, it is
2 determined that at the time of initial disclosure of the files by Monsanto to plaintiffs' counsel, all
3 records produced from these custodial files may be designated as "Confidential" without a
4 document-by-document determination.  Subsequent to this exchange, the parties may meet and
5 confer regarding the Confidentiality status of any particular records, including redactions.

6       3. This Order also does not preclude Monsanto from making appropriate privacy
7 redactions prior to production to the extent they may be accomplished within the Court's
8 schedule.  The parties will meet and confer as needed regarding any such redactions.

9       4. As a result of the foregoing, the Court hereby directs the defendant Monsanto
10 Company to produce the custodial files of Richard Garnett and Christophe Gustin in the manner
11 and with the safeguards negotiated by the parties and contained in the procedural orders issued by
12 this Court.  This processing and transfer of data is necessary for the establishment, exercise or
13 defense of legal claims.

Date: \_\_\_December 9\_\_\_, 2016   _____
                                    HONORABLE VINCE CHHABRIA
                                    UNITED STATES DISTRICT COURT