UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to all cases. | **PLAINTIFFS' NOTICE TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF DONNA FARMER** |

TO:   Defendant **MONSANTO COMPANY** by and through its attorney of record Rosemary Stewart, Hollingsworth LLP, 1350 I Street NW, Washington, DC 20005.

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel, will take the videotaped deposition upon oral examination of **Donna Farmer, Ph.D., Senior Toxicologist for Defendant Monsanto Company, on January 11, 2017 at 8:30 am CST at Husch Blackwell, 190 Carondelet Plaza, Suite 600, St. Louis, MO 63105.** The witness shall produce documents identified in Exhibit A, attached hereto, at least 7 days prior to the deposition. The deposition will be taken before a person authorized by law to administer oaths, pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will continue day-to-day until the examination is completed.

DATED:   December 13, 2016     By:   /s/ Aimee H. Wagstaff
                                      Aimee H. Wagstaff
                                      Andrus Wagstaff, PC
                                      7171 W. Alaska Drive
                                      Lakewood, CO 80226
                                      Tel: 303-376-6360
                                      aimee.wagstaff@andruswagstaff.com
                                      *Co-Lead Counsel for Plaintiffs in MDL No. 2741*