**CERTIFICATE OF SERVICE**

I certify that on December 13, 2016, a true and accurate copy of the foregoing Notice of Deposition was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED:      December 13, 2016          By:      /s/ Aimee H. Wagstaff
                                                Aimee H. Wagstaff
                                                Andrus Wagstaff, PC
                                                7171 W. Alaska Drive
                                                Lakewood, CO 80226
                                                Tel: 303-376-6360
                                                aimee.wagstaff@andruswagstaff.com
                                                *Co-Lead Counsel for Plaintiffs in*
                                                *MDL No. 2741*