UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to all cases. | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PLAINTIFFS' NOTICE TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF STEPHEN ADAMS** |

TO:   Defendant **MONSANTO COMPANY** by and through its attorney of record Rosemary Stewart, Hollingsworth LLP, 1350 I Street NW, Washington, DC 20005.

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel, will take the videotaped deposition upon oral examination of **Stephen Adams, Chemistry Regulatory Affairs Manager for Defendant Monsanto Company, on January 26, 2017 at 8:30 am CST at Husch Blackwell, 190 Carondelet Plaza, Suite 600, St. Louis, MO 63105.** The witness shall produce documents identified in Exhibit A, attached hereto, at least 7 days prior to the deposition. The deposition will be taken before a person authorized by law to administer oaths, pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will continue day-to-day until the examination is completed.

DATED:   December 13, 2016   By:   /s/ Aimee H. Wagstaff
                                    Aimee H. Wagstaff
                                    Andrus Wagstaff, PC
                                    7171 W. Alaska Drive
                                    Lakewood, CO 80226
                                    Tel: 303-376-6360
                                    aimee.wagstaff@andruswagstaff.com
                                    *Co-Lead Counsel for Plaintiffs in MDL No. 2741*

- 1 -
NOTICE TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF STEPHEN ADAMS
3:16-md-02741-VC