UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to all cases. | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PLAINTIFFS' NOTICE TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF WILLIAM HEYDENS** |

TO:   Defendant **MONSANTO COMPANY** by and through its attorney of record Rosemary Stewart, Hollingsworth LLP, 1350 I Street NW, Washington, DC 20005.

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel, will take the videotaped deposition upon oral examination of **William Heydens, Ph.D., Product Safety Assessment Strategy Lead for Defendant Monsanto Company, on January 23, 2017 at 8:30 am CST at Husch Blackwell, 190 Carondelet Plaza, Suite 600, St. Louis, MO 63105.** The witness shall produce documents identified in Exhibit A, attached hereto, at least 7 days prior to the deposition. The deposition will be taken before a person authorized by law to administer oaths, pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will continue day-to-day until the examination is completed.

DATED:   December 13, 2016         By:   /s/ Aimee H. Wagstaff
                                              Aimee H. Wagstaff
                                              Andrus Wagstaff, PC
                                              7171 W. Alaska Drive
                                              Lakewood, CO 80226
                                              Tel: 303-376-6360
                                              aimee.wagstaff@andruswagstaff.com
                                              *Co-Lead Counsel for Plaintiffs in MDL No. 2741*