KIMBERLY FUCHS
kimberly.fuchs@oag.texas.gov
Texas Office of the Attorney General
Administrative Law Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4195
Facsimile: (512) 320-0167

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>16-mc-80232   *Hardeman*<br><br>16-cv-0525   *Hardeman* | **NON-PARTIES BLEDSOE AND TEXAS A&M DESIGNATION OF ATTORNEY-IN-CHARGE** |

## **NON-PARTIES BLEDSOE & TEXAS A&M UNIVERSITY'S DESIGNATON OF ATTORNEY-IN-CHARGE**

TO THE HONORABLE JUDGE OF SAID COURT:

Non-parties Bledsoe and Texas A&M University file this Notice of Change in Attorney-In-Charge.

Non-parties designate Kimberly Fuchs, Assistant Attorney General, as their attorney-in-charge. Kimberly Fuchs will appear on behalf of non-parties at the scheduled hearing on December 21, 2016, will now be responsible for this suit, and shall be the attorney to receive all communications from the court and other parties at the address indicated below.

Dated: December 16, 2016

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

NICHOLE BUNKER-HENDERSON
Chief, Administrative Law Division

*/s/ Kimberly Fuchs*
KIMBERLY FUCHS
Assistant Attorney General
Texas State Bar No. 24044140
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P.O. Box 12548
Austin, Texas  78711-2548
Telephone: (512) 475-4195
Facsimile:  (512) 457-4608
E-mail: kimberly.fuchs@oag.texas.gov
ATTORNEYS FOR NON-PARTIES BLEDSOE AND TEXAS A&M UNIVERSITY