UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to all cases. | Hearing Date: January 26, 2017<br>Time: 10:00 a.m.<br>Judge: Jon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

**MOTION TO APPROVE ORDER ESTABLISHING A COMMON BENEFIT FUND TO COMPENSATE AND REIMBURSE ATTORNEYS FOR COSTS AND EXPENSES INCURRED AND SERVICES PERFORMED FOR MDL ADMINISTRATION AND COMMON BENEFIT**

Plaintiffs, by and through Co-Lead Counsel, hereby submit the following Motion to Approve an Order Establishing a Common Benefit Fund to Compensate and Reimburse Attorneys for MDL Administration and Common Benefit Work in this Multi-District Litigation ("MDL") and, in support, state as follows:

**Plaintiffs' Motion**

1. This MDL was established on October 3, 2016 by order of the Judicial Panel on Multi-District Litigation ("JPML").

2. The MDL Leadership was established by this Court's Order of December 7, 2016. In that Order, the Court directed Co-Lead Counsel to submit a Common Benefit and Expense Order by December 16, 2016.

3. Since before its creation, the MDL leadership has been engaged in a number of administrative and substantive tasks including the ongoing negotiation of numerous case management and discovery orders with Defendant that have been entered as

Orders of this MDL Court (*i.e.,* Protective Order, ESI Order, Privilege Log Order), meeting with defense counsel, ESI discovery meetings, creation of a document depository, attended numerous status conferences, and conducted depositions.

4. The MDL Leadership have agreed to take on the bulk of the work in prosecuting this litigation and have assumed the risk of non-payment for their efforts.

5. As set forth more fully in the accompanying memorandum, the MDL Leadership is requesting that the Court exercise its inherent equitable authority to establish a common benefit fund and direct its operation.

6. This is a complex litigation that will require extensive work in the areas of document review, preparing for and taking numerous depositions of defendant company witnesses and treating physicians, and the retention and preparation of several expert witnesses. The MDL Leadership has had very specific discussions on the anticipated scope of necessary work, the estimated number of future filed cases and the potential settlement values of the filed cases if the defendant chooses to pursue resolution of the litigation in the future.

7. The MDL Leadership has spent significant time and energy in designing a proposed common benefit order that fairly addresses the issues of this particular litigation. The proposed common benefit order is a fair and reasonable way to provide compensation for the MDL Leadership's past and future work on the litigation.

WHEREFORE, for the reasons stated herein and in the accompanying Memorandum, Plaintiffs, by and through Co-Lead Counsel, respectfully request that this Court adopt and enter the proposed Common Benefit Order simultaneously filed herewith.

DATED: December 16, 2016            Respectfully submitted,

/s/ Aimee Wagstaff
Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood CO 80226

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003

/s/   Mike Miller
Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange VA 22960

*Co-Lead Counsel for Plaintiffs
in MDL No. 2741*