**CERTIFICATE OF SERVICE AND ECF CERTIFICATION**

I certify that on December 16, 2016, a true and accurate copy of the foregoing Motion to Approve Order Establishing a Common Benefit Fund to Compensate and Reimburse Attorneys for Costs and Expenses Incurred and Service Performed for MDL Administration and Common Benefit and Memorandum in Support were filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

Pursuant to the Civil L.R. 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of these documents from the signatories to the documents.

DATED:   December 16, 2016    By:   /s/ Aimee H. Wagstaff
                                     Aimee H. Wagstaff
                                     Andrus Wagstaff, PC
                                     7171 W. Alaska Drive
                                     Lakewood, CO 80226
                                     Tel: 303-376-6360
                                     aimee.wagstaff@andruswagstaff.com
                                     *Co-Lead Counsel for Plaintiffs in*
                                     *MDL No. 2741*

- 1 -
CERTIFICATE OF SERVICE
3:16-md-02741-VC