# EXHIBIT A

**Exhibit A**

**MDL 2741: In Re Roundup Litigation- Common Benefit Time Report**

**Firm Name:**

**Reporting Period:**

**Certified By:**

**Date Submitted:**

| Date | Detailed Description of Work Performed |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  | INSERT ROWS ONLY ABOVE THIS LINE |

On behalf of myself, my law firm and any of our attorneys and staff submitting common benefit time a
Management Order No. XXX  re Common Benefit., and acknowledge and agree that the Court will hav
as well as any other matter addressed in said case management order, and expressly waive any right t

**Signature: _____**

| Professional's Name | Professional Level | Task Code | Hours By 0.1 Increment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 0.00 |

and expenses, we hereby certify that we have read and agree to be bound by the terms and condition
e final, non-appealable authority regarding the award of fees, the allocation of those fees and awards
o appeal the Court's decisions regarding these issues.

**Date: _____**

| **Professional Level** | **Task Codes** |
|---|---|
| Senior Partner (attorney over 10 years) | 110 Fact Investigation/Development |

| | |
|---|---|
| Junior Partner (attorney under 10 years) | 130 Experts/Consultants |
| Senior Associate (attorney over 10 years) | 140 Document/File Management |
| Junior Associate (attorney under 10 years) | 150 Accounting |
| Law Clerk | 190 Other Case Assessment, Development and Administration |
| Paralegal | 195 Travel |
| Investigator | 210 Pleadings |
| Assistant | 220 Preliminary Injunctions/Provisional Remedies |
| | 230 Court Mandated Conferences |
| | 240 Dispositive Motions |
| | 250 Other Written Motions/Submissions |
| | 260 Class Action Certification and Notice |
| | 310 Written Discovery |
| | 320 Document Production |
| | 330 Depositions |
| | 340 Expert Discovery |
| | 350 Discovery Motions |
| | 360 Document Review |
| | 390 Other Discovery |
| | 405 Bellwether |
| | 410 Fact Witnesses |
| | 420 Expert Witnesses |
| | 430 Written Motions/Submissions |
| | 440 Other Trial Preparation and Support |
| | 445 Trial Communications with Opposing Counsel |
| | 450 Trial and Hearing Attendance |
| | 460 Post-Trial Motions and Submissions |

| |
|---|
| 470 Enforcement |
| 475 Appeal |
| 485 Appellate Motions and Submissions |
| 495 Appellate Briefs |
| 498 Oral Argument at Litigation Proceedings and Trials |
| 510 Analysis/Strategy |
| 520 Communicating with Opposing Counsel |
| 610 Settlement/Non-Binding ADR |

| Work Assigned By or Approved By |
| --- |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

s contained in Case
 for cost reimbursements,

**Co-Lead Counsel for Approval**
AW

RG

MM

**Firm Name:**
**Reporting Period:**
**Certified By:**
**Date Submitted:**

| Date |
|------|
|      |
|      |
|      |
|      |
|      |
|      |
|      |
|      |
|      |
|      |
|      |
|      |
|      |
|      |
| TOTAL EXPENSES |

**\*Please attach documentation for each expense reported.**

**Exhibit A**
**MDL 2741: Roundup Litigation**
**Held Expense Report**

| Name | Description/Explanation | Assessments |
|------|------------------------|-------------|
|      |                        |             |
|      |                        |             |
|      |                        |             |
|      |                        |             |
|      |                        |             |
|      |                        |             |
|      |                        |             |
|      |                        |             |
|      |                        |             |
|      |                        |             |
|      |                        |             |
|      |                        |             |
|      |                        |             |
|      |                        |             |
|      |                        | $0.00       |

| Commercial Copies | Internal Reproduction/Copies | Court Fees (filing, etc.) | Court Reporters/Transcripts | Computer Research | Telephone/Fax/Email | Postage/Express Delivery/Messenger | Professional Fees (expert, investigator, accountant, etc.) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Witness/Service Fees | Travel: Air Transportation, Ground Travel, Meals, Lodging, etc. | Clerical Overtime | Miscellaneous (Describe) | Current Total |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | Case Cost Manage |
|---|---|---|
| **Category** | **Code** | |
| **1. Case Administration and Monitoring**: Administration tasks of the case, as well as monitoring emails and motions filed. | 110 | Fact Investigation/Development |
| | 130 | Experts/Consultants |
| | 140 | Document/File Management |
| | 150 | Accounting |
| | 190 | Other Case Assessment, Development and Administration |
| | 195 | Travel |
| **2. Pre-Trial Pleadings and Motions:** Covers all pleadings and all pretrial motions and procedures other than discovery. | 210 | Pleadings |
| | 220 | Preliminary Injunctions/Provisional Remedies |
| | 230 | Court Mandated Conferences |
| | 240 | Dispositive Motions |
| | 250 | Other Written Motions/Submissions |

| | 260 | Class Action Certification and Notice |
|---|---|---|
| **3. Discovery:** Includes all work pertaining to discovery according to court or agency rules. | 310 | Written Discovery |
| | 320 | Document Production |
| | 330 | Depositions |
| | 340 | Expert Discovery |
| | 350 | Discovery Motions |
| | 360 | Document Review |
| | 390 | Other Discovery |
| **4. Trials and Hearings:** Commences when Co-Liaison or Co-Lead Counsel select and determine case(s) should be put forward as a potential bellwether trial.  It does not apply to any cases set for trial without the approval of Co-Liaison and Co-Lead Counsel such as a case advanced for medical or other reasons under California Code of Civil Procedure section 36, et seq. through motion for priority. Once trial begins, lawyers who appear in court presumptively should bill their court time to Task Code 450 Trial and Hearing Attendance. Litigation | 405 | Bellwether |
| | 410 | Fact Witnesses |
| | 420 | Expert Witnesses |
| | 430 | Written Motions/Submissions |
| | 440 | Other Trial Preparation and Support |
| | 445 | Trial Communications with Opposing Counsel |

| work outside the courtroom during this phase (e.g., evenings, weekends and the time of other attorneys and support personnel), should continue to be classified using other 400 Task Codes. | 450 | Trial and Hearing Attendance |
|---|---|---|
| | 460 | Post-Trial Motions and Submissions |
| | 470 | Enforcement |
| | 475 | Appeal |
| | 485 | Appellate Motions and Submissions |
| | 495 | Appellate Briefs |
| | 498 | Oral Argument at Litigation Proceedings and Trials |
| **5. Analysis and Strategizing** | 510 | Analysis/Strategy |
| | 520 | Communicating with Opposing Counsel |
| **6. Settlement/Non-Binding ADR** | 601 | Settlement/Non-Binding ADR |

**Exhibit A**

ement System Task Codes

| Description |
| --- |
| All actions to investigate and understand the facts of a matter. Covers interviews of potential common benefit witnesses, potential class representatives, or potential "bellwether" or "test case" plaintiffs, review of documents to learn the facts of the case (but not for document production, Task Code 320), work with an investigator, and all related communications and correspondence. |
| Identifying and interviewing common benefit experts and consultants (testifying or non-testifying), working with them, and developing expert reports. Does not include preparing for expert depositions (Task Code 340) or trial (Task Code 420). |
| A narrowly defined task that comprises only the processes of creating and populating document and other databases or filing systems. Includes the planning, design, and overall management of this process. Work of outside vendors in building common benefit litigation support databases should be a Shared Expense. |
| Covers analyzing, reviewing, and corresponding regarding accounting maintained by Skorheim & Associates, AAC and related issues. |
| Presentation of common issues to other JCCP counsel at the direction of Co-Lead and Co-Liaison Counsel.  Includes time not attributable to any other overall task. Specific use in a given matter often may be pre-determined jointly by Co-Liaison or Lead Counsel or the Court. |
| Travel time for attendance at depositions, hearings, status conferences or other proceedings where such attendance is approved by Co-Liaison or Co-Lead Counsel for presentation of issues related to common benefit.  Travel to seminars is non-compensable unless approved by PLCL. Travel not approved by the PLCL does not constitute common benefit.  If other work in this litigation is being completed during travel time, then the time spent on the other work should be classified appropriately for that work. |
| Developing (researching, drafting, editing, filing) and reviewing complaints, answers, counter-claims and third party complaints. Also embraces orders, and motions directed at pleadings such as motions to dismiss, motions to strike, and jurisdictional motions. |
| Developing and discussing strategy for these remedies, preparing motions, affidavits and briefs, reviewing opponent's papers, preparing for and attending court hearing, preparing witnesses for the hearing, and effectuating the remedy. |
| Preparing for and attending hearings and conferences required by court order or procedural rules (including Rule 16 sessions) other than settlement conferences. |
| Developing and discussing strategy for or opposing motions for judgment on the pleadings and motions for complete or partial summary judgment, preparing papers, reviewing opponent's papers, defensive motions (e.g., motion to strike affidavit testimony, Rule 56(f) motion), and preparing for and attending the hearing. |
| Developing, responding to, and arguing all motions other than dispositive (Task Code 240), pleadings (Task Code 210), and discovery (Task Code 350), such as motions to consolidate, to bifurcate, to remand, to stay, to compel arbitration, for MDL treatment and for change of venue. |

Proceedings unique to class action litigation and derivative suits such as class certification and notice.

Developing, responding to, objecting to, and negotiating interrogatories and requests to admit. Includes mandatory meet-and-confer sessions. Also covers mandatory written disclosures as under Rule 26(a) and negotiation and compilation of fact sheets.

Developing, responding to, objecting to, and negotiating document requests, including the mandatory meet-and-confer sessions to resolve objections. Includes identifying documents for production, reviewing documents for privilege, effecting production, and preparing requested privilege lists. (While a general review of documents produced by other parties falls under this task, coding and entering produced documents into a database is Task Code 140 and reviewing documents primarily to understand the facts is Task Code 110.)

All work concerning depositions, including determining the deponents and the timing and sequence of depositions, preparing deposition notices and subpoenas, communicating with opposing or other party's counsel on scheduling and logistics, planning for and preparing to take the depositions, discussing deposition strategy, preparing witnesses, reviewing documents for deposition preparation, attending depositions, and drafting any deposition summaries.

Same as Task Code 330, but for expert witnesses.

Developing, responding to, and arguing all motions that arise out of the discovery process. Includes the protective order process.

Reviewing, analyzing and properly coding documents from review "batches" assigned by Co-Lead and Co-Liaison firms.

Less frequently used forms of discovery, such as medical examinations and on-site inspections.

PLCL approved identification, review, analysis and development of potential bellwether cases.

Preparing for examination and cross-examination of non-expert witnesses.

Preparing for examination and cross-examination of expert witnesses.

Developing, responding to and arguing written motions during preparation for trial and trial, such as motions in limine and motions to strike proposed evidence. Also includes developing other written pre-trial and trial filings, such as jury instructions, witness lists, proposed findings of fact and conclusions of law, and trial briefs.

All other time spent in preparing for and supporting a trial, including developing overall trial strategy, preparing opening and closing arguments, establishing an off-site support office, identifying documents for use at trial, preparing demonstrative materials, etc.

Communication with opposing counsel in preparation of trial.

Appearing at trial, at hearings and at court-mandated conferences, including the pre-trial conferences to prepare for trial. For scheduling conferences that are denominated as "Pre-Trial Conferences", but not directed toward conduct of the trial, use Task Code 230.

Developing, responding to and arguing all post-verdict matters in the trial court, such as motions for new trial or j.n.o.v., for stay pending appeal, bills of costs, and requests for attorney's fees.

All work performed in enforcing and collecting judgments and asserting or addressing defenses thereto.

Covers all work on appeal or before a reviewing body.

Developing, responding to and arguing motions and other filings before a reviewing body, such as motions and other filings for stay pending appeal.

Preparing and reviewing appellate briefs.

Preparing for and arguing issues at trials, hearings and other proceedings reserved for Co-Lead and Co-Liaison Counsel; and committee chairs and committee members asked to speak or address issues by Co-Lead Counsel. Preparing for and arguing an appeal before a reviewing body.

Targeted for Co-Liaison and/or Co-Lead Counsel, committee chairs and committee members that are doing common benefit work at the highest level. The thinking, strategizing, and planning for a case, including discussions, writing, and meetings on case strategy. Also includes initial legal research for case assessment purposes and legal research for developing a basic case strategy. Most legal research will be under the primary task for which the research is conducted, such as research for a summary judgment motion (Task Code 240). Once concrete trial preparation begins, use Task Code 440 for trial strategy and planning.

Targeted for Co-Liaison and/or Co-Lead Counsel, committee chairs and committee members that are doing common benefit work at the highest level.  Once concrete trial preparation begins, use Task Code 445 for communicating with opposing counsel re trial strategy and planning.

All activities directed specifically to settlement. Encompasses planning for and participating in settlement discussions, conferences, and hearings and implementing a settlement. Covers pursuing and participating in mediation and other non-binding Alternative Dispute Resolution (ADR) procedures. Also includes pre-litigation demand letters and ensuing discussions.