# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **[MONSANTO'S PROPOSED] SCIENCE DAY PROTOCOL** |

The Court intends to hold "Science Day" to provide the Court with an overview of the scientific issues associated with glyphosate and/or Roundup®-branded herbicides in an objective format without advocacy. Given the early stage of the litigation, bifurcated status of discovery and to avoid duplication, the parties have agreed to the following ground rules to educate the Court in a nonadversarial manner during Science Day:

1. The topics to be discussed at Science Day may include general background information regarding glyphosate and/or Roundup®-branded herbicides, non-Hodgkin's lymphoma, human health epidemiology, genotoxicology, animal toxicology, and other relevant scientific topics in connection with the general causation question before this Court.

2. The Science Day presentations will be "off the record" without a court reporter and shall not be used or admissible for any purpose in the litigation other than for the Court's benefit to gather informal knowledge at Science Day. Science Day shall be open only to the parties, their counsel of record, and the witnesses presenting at Science Day. The Court may video the presentations for its own use, but those videos, if any, shall not become part of the public record nor be made available to the parties.

3. The presentations shall be made by physicians and/or scientists. The presenters will not be questioned by each other or opposing counsel. The Court will have the opportunity to ask questions of the experts as the Court deems appropriate.

4. The format will be lecture-style presentations that may incorporate the use of PowerPoint presentations or other demonstrative visuals. The Parties will be allowed to lead the experts through a modified direct format to focus the lecture presentation.

5. The Parties shall provide the Court with Copies of any PowerPoint or other demonstratives shown at Science Day no later than seven business days after Science Day, but will not share the presentations with eachother.

6. The total length of time that will be allotted to Science Day shall be approximately four hours, plus a one hour break for lunch, as follows:

   a. Science Day will commence at 10:00 am;

   b. Plaintiffs will proceed on all topics from 10:00 am to 12:00 pm;

   c. Defendant will proceed on all topics from 1:00 pm to 3:00 pm;

   d. Final questions from the Court from 3:00 pm to end.

**IT IS SO ORDERED.**

Dated: _____

                                            _____
                                            VINCE CHHABRIA
                                            United States District Judge