# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** December 21, 2016 | **Time:** 2 hours, 8 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case Nos.:** 16-md-02741-VC<br>16-cv-00525-VC<br>16-mc-80232-VC | **Case Name:** In re Roundup Products Liability Litigation | |

**Attorney for Plaintiff:** Robin Greenwald, Michael Baum, Rudie Soileau, Aimee Wagstaff, Kathryn Forgie, Pedram Edfandiary, Leland Belew, Tesfaye Tsadik, Robert F. Kennedy Jr., Timothy Litzewnberg, Pearl Robertson

**Attorney for Defendant:** Joe Hollingsworth and Eric Lasker

**Attorney for Third Parties:** Kimberly Fuchs

**Deputy Clerk:** Kristen Melen        **Court Reporter:** Belle Ball

## PROCEEDINGS:

Hearing re Motion to Quash and Further Case Management - hearing held.

## ORDER AFTER HEARING:

See Order from Court re deadlines and requirements of the parties.

Further case management conference is scheduled for January 27, 2017, at 10:00 a.m. The updated joint case management statement is due January 23, 2017.

Another further case management conference is scheduled for February 22, 2017, at 10:00 a.m. Updated joint case management statement is due February 16, 2017.

## ORDER TO BE PREPARED BY:

[ ]    Plaintiff          [ ]    Defendant          [ X ]    Court