UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 5:<br>SETTING FURTHER SCHEDULE FOR<br>GENERAL CAUSATION PHASE** |

The Court previously adopted a partial schedule for the general causation phase of this litigation. *See* Pretrial Order No. 3. Consistent with discussions at the December 21 case management conference, the Court now adopts the following revised schedule, which incorporates additional discovery and case management deadlines:

- Deadline for full production of documents from people in Groups C and D: **January 6, 2017**.

- Joint case management statement due: **January 23, 2017**. This is also the deadline for scheduling depositions for the members of Group B. Deposition dates must be included in the case management statement, and they must be consistent with the newly adopted February 28 cutoff for Group B depositions.

- Case management conference: **January 27, 2017, at 10:00 am**.

- Last day for the plaintiffs to depose people in Group A: **January 31, 2017**.

- Last day for the plaintiffs to identify the custodians in Group E, if any, to Monsanto: **February 1, 2017**.

- Joint case management statement due: **February 16, 2017**. This is also the deadline for identifying deponents in Groups C and D. If there is disagreement as to the deponents, the plaintiffs must include in the case management statement a detailed and particularized explanation for their position on each disputed individual, including citations to any documents or deposition testimony they rely on for support. If there is no disagreement as to the deponents in Groups C and D, the joint case management statement must instead include a full schedule of depositions for the deponents in those groups.

If the parties are unable to reach agreement about the custodians in Group E, the February 16 case management statement must also include argument on that issue. The plaintiffs should include a detailed and particularized explanation of why production from each disputed custodian would yield relevant, non-duplicative information. This will be the plaintiffs' last opportunity to argue for new document custodians in the general causation phase.

- Case management conference: **February 22, 2017, at 10:00 am**.
- Last day for the plaintiffs to depose people in Group B: **February 28, 2017**.
- Last day for the plaintiffs to depose people in Groups C, D, and E: **April 17, 2017**.

The Court may advance this deadline for one or more groups of deponents if appropriate.

- Plaintiffs' expert reports due: **May 1, 2017**.
- Monsanto's expert reports due: **June 1, 2017**.
- Plaintiffs' rebuttal expert reports due: **June 15, 2017**.
- Close of expert discovery: **July 21, 2017**.
- Monsanto's motion for summary judgment and *Daubert* motions (40 pages): **August 9, 2017**.
- Plaintiffs' opposition and cross-motion for summary judgment (70 pages): **August 30, 2017**.
- Monsanto's reply and opposition to cross-motion for summary judgment (50 pages): **September 13, 2017**.
- Plaintiffs' reply (20 pages): **September 22, 2017**.

2

- Live testimony from expert witnesses begins: **October 10, 2017**.

- Argument on motions for summary judgment and *Daubert* motions: **October 13, 2017**.

The Court will set a date for science day at a future case management conference.

**IT IS SO ORDERED.**

Dated:  December 23, 2016

VINCE CHHABRIA
United States District Judge