# TRANSCRIPT ORDER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
CAND 435
(CAND Rev. 02/2015)

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**COURT USE ONLY**
**DUE DATE:**

**1a. CONTACT PERSON FOR THIS ORDER:** Ursula Gbe
**2a. CONTACT PHONE NUMBER:** (202) 789-3709
**3. CONTACT EMAIL ADDRESS:** ugbe@hollingsworthllp.com

**1b. ATTORNEY NAME (if different):** Joe G. Hollingsworth
**2b. ATTORNEY PHONE NUMBER:** (202) 898-5800
**3. ATTORNEY EMAIL ADDRESS:** jhollingsworth@hollingsworthllp.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
Hollingsworth LLP
1350 I Street NW, Washington, DC, 20005

**5. CASE NAME:** In re Roundup Products Liability Litigation
**6. CASE NUMBER:** 3:16-md-2741

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☐ CRIMINAL
☒ NON-APPEAL   ☒ CIVIL
☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
CJA: Do not use this form; use Form CJA24.

**7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)** → ☐ FTR
Belle Ball

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) |
|---|---|---|---|
| 12/21/2016 | VC | CMC | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)

| PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) |
|---|---|---|---|---|
| ☐ | ● | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ |

c. DELIVERY TYPE (Choose one per line)

| ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ● | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** /s/ Joe G. Hollingsworth
**12. DATE:** 12/23/2016

**DISTRIBUTION:** ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY

Clear Form