1  **HOLLINGSWORTH LLP**
   Robert E. Johnston (*pro hac vice*)
2  1350 I Street, N.W.
   Washington, DC  20005
3  Tel:    202-898-5800
   Fax:    202-682-1639
4  Email: rjohnston@hollingsworthllp.com

5  *Attorney for Defendant*
   *MONSANTO COMPANY*

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10
   IN RE: ROUNDUP PRODUCTS              MDL No. 2741
11 LIABILITY LITIGATION
                                        Case No. 3:16-md-02741-VC
12
   This document relates to:
13 ALL ACTIONS

14              **NOTICE OF APPEARANCE ON BEHALF OF**
15              **DEFENDANT MONSANTO COMPANY**

16 **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

17         **PLEASE TAKE NOTICE** that Robert E. Johnston, of HOLLINGSWORTH LLP,

18 hereby enters his first appearance in the above-captioned matter as counsel for defendant

19 MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders,

20 correspondence, and other papers in connection with this action be served upon him at the above

21 address.

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: January 3, 2017

Respectfully submitted,

/s/ Robert E. Johnston
Robert E. Johnston (*pro hac vice*)
(rjohnston@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorney for Defendant
MONSANTO COMPANY

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
3:16-md-02741-VC