**HOLLINGSWORTH LLP**
William J. Cople III (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:   202-898-5800
Fax:   202-682-1639
Email: wcople@hollingsworthllp.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: ALL ACTIONS | |

**NOTICE OF APPEARANCE ON BEHALF OF**
**DEFENDANT MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that William J. Cople III, of HOLLINGSWORTH LLP, hereby enters his first appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

- 1 -
NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
3:16-md-02741-VC

- 2 -

1 | DATED: January 3, 2017

Respectfully submitted,

/s/ William J. Cople III
William J. Cople III (*pro hac vice*)
(wcople@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorney for Defendant
MONSANTO COMPANY