# Exhibit 1

| | |
|---|---|
| From: | Kathryn Guyton |
| To: | Ross, Matthew |
| Subject: | Re: IARC Monograph v112 |
| Date: | Monday, August 29, 2016 8:20:10 AM |

Dear Matt,

Thanks for the message.  Yes, we heard from WHO Legal that MSU had received a subpoena, as have other Working Group members.  We'll keep you informed.

All the best,
Kate

**From:** "Ross, Matthew" <MRoss@cvm.msstate.edu>
**Date:** Monday 29 August 2016 at 15:17
**To:** Kate Guyton <guytonk@iarc.fr>
**Subject:** RE: IARC Monograph v112

Kate,

==MSU legal should have, or will soon be, contacting IARC legal about the subpoena rec'd here – the request is similar to the FOIA docs, which MSU didn't divulge (i.e. the draft docs).  Now they want them.==

Let me know if you have any questions.

Regards,
Matt

**From:** Kathryn Guyton [mailto:GuytonK@iarc.fr]
**Sent:** Monday, August 29, 2016 7:55 AM
**To:** blairkansas@aol.com; Egeghy, Peter <Egeghy.Peter@epa.gov>; Jahnke, Gloria (NIH/NIEHS) [E] <jahnke@niehs.nih.gov>; Bill Jameson <drjameson@embarqmail.com>; Matt Martin <martin.matt.epa@gmail.com>; Ross, Matthew <MRoss@cvm.msstate.edu>; Rusyn, Ivan <IRusyn@cvm.tamu.edu>; Zeise, Lauren@OEHHA <Lauren.Zeise@oehha.ca.gov>
**Cc:** Kurt Straif <StraifK@iarc.fr>
**Subject:** IARC Monograph v112

Dear all,

This is to inform you that a few members of the IARC Monograph Volume 112 Working Group have recently received subpoenas for documents from a law firm representing Monsanto in the case Hardeman v Monsanto, which is pending in the US District Court for the Northern

005066

District of California.  Kindly inform us if you have also received such a subpoena.

With kind regards,
Kate

**Kate Z. Guyton PhD DABT**

Responsible Officer, Volume 112

Monographs Section

International Agency for Research on Cancer

150, cours Albert Thomas

69372 Lyon Cedex 08

France

Tel: [+33] (0)4 72 73 86 54

Guytonk@iarc.fr

------------------------------------------------------------------------------------------

*This message and its attachments are strictly confidential. If you are not the intended recipient of this message, please immediately notify the sender and delete it. Since its integrity cannot be guaranteed, its content cannot involve the sender's responsibility. Any misuse, any disclosure or publication of its content, either whole or partial, is prohibited, exception made of formally approved use.*

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

*This message and its attachments are strictly confidential. If you are not the intended recipient of this message, please immediately notify the sender and delete it. Since its integrity cannot be guaranteed, its content cannot involve the sender's responsibility. Any misuse, any disclosure or publication of its content, either whole or partial, is prohibited, exception made of formally approved use.*

------------------------------------------------------------------------------------------