# Exhibit 2

**From:** Kurt Straif <StraifK@iarc.fr>
**Date:** September 16, 2016 4:51:47 PM EDT
**To:** "blairkansas@aol.com" <blairkansas@aol.com>, "straif@iarc.fr" <straif@iarc.fr>
**Subject: RE: Glyphosate, subpoena**

Thanks, Aaron,
Do you know how this was handled and by who?  Kurt

**From:** blairkansas@aol.com [mailto:blairkansas@aol.com]  **Sent:** 16
September 2016 22:47  **To:** straif@iarc.fr  **Subject:** Fwd: Glyphosate,
subpoena

Kurt,

Attached is a copy of the subpoena that I received.

Aaron

-----Original Message-----  From: Blair, Aaron (NIH/NCI) [V] (NIH/NCI) [V]
<blaira@exchange.nih.gov>  To: blairkansas <blairkansas@aol.com>  Sent: Thu,
Sep 15, 2016 9:15 pm  Subject: FW: Glyphosate, subpoena

**From:** Kurt Straif [StraifK@iarc.fr]**Sent:** Thursday, September 15, 2016 6:49 PM
**To:** Blair, Aaron (NIH/NCI) [V]**Subject:** Glyphosate, subpoena

Aaron,
I understand that you have received a subpoena related to the glyphosate
Monograph.
Would you be able to share with me the page(s) with the numbered bullets
which documents are requested, let me know the deadline and who is
taking care of this (at NCI?).
Thank you,
Kurt
PS Haven't forgotten other discussions – will follow later

Kurt Straif, MD PhD MPH  Head IARC Monographs  International Agency for Research on Cancer  World Health Organization  150 cours Albert Thomas  69372 Lyon Cedex 08, France  Tel +33 (0)472 73 85 07 (PA)  Fax +33 (0)472 73 83 19  http://monographs.iarc.fr

---------------------------------------------------------------------------------------- *This message and its attachments are strictly confidential. If you are not   the intended recipient of this message, please immediately notify the sender   and delete it. Since its integrity cannot be guaranteed, its content cannot   involve the sender's responsibility. Any misuse, any disclosure or publication   of its content, either whole or partial, is prohibited, exception made of   formally approved use.*  ------------------------------------------------------------------------------------------

separator.tiff ¬

**From:** Kurt Straif <StraifK@iarc.fr>
**Date:** September 16, 2016 4:58:39 PM EDT
**To:** "blairkansas@aol.com" <blairkansas@aol.com>
**Subject: RE: Glyphosate, subpoena**

==Ok, I understand.==
==Would you be able to share with us what has been released, if anything?==
==The rationale behind is to stay on top of this wave, and know exactly what==
==Monsanto has received,==
Kurt

**From:** blairkansas@aol.com [mailto:blairkansas@aol.com]  **Sent:** 16 September 2016 22:47  **To:** straif@iarc.fr  **Subject:** Fwd: Glyphosate, subpoena

Kurt,

Attached is a copy of the subpoena that I received.

Aaron

-----Original Message-----  From: Blair, Aaron (NIH/NCI) [V] (NIH/NCI) [V] <blaira@exchange.nih.gov>  To: blairkansas <blairkansas@aol.com>  Sent: Thu, Sep 15, 2016 9:15 pm  Subject: FW: Glyphosate, subpoena

**From:** Kurt Straif [StraifK@iarc.fr]**Sent:** Thursday, September 15, 2016 6:49 PM **To:** Blair, Aaron (NIH/NCI) [V]**Subject:** Glyphosate, subpoena

Aaron,
I understand that you have received a subpoena related to the glyphosate Monograph.
Would you be able to share with me the page(s) with the numbered bullets which documents are requested, let me know the deadline and who is taking care of this (at NCI?).
Thank you,
Kurt
PS Haven't forgotten other discussions – will follow later

Kurt Straif, MD PhD MPH  Head IARC Monographs  International Agency for Research on Cancer  World Health Organization  150 cours Albert Thomas  69372 Lyon Cedex 08, France  Tel +33 (0)472 73 85 07 (PA)  Fax +33 (0)472 73 83 19  http://monographs.iarc.fr

-------------------------------------------------------------------------------- ----------  *This message and its attachments are strictly confidential. If you are not   the intended recipient of this message, please immediately*

*notify the sender   and delete it. Since its integrity cannot be guaranteed,*
*its content cannot   involve the sender's responsibility. Any misuse, any*
*disclosure or publication   of its content, either whole or partial, is*
*prohibited, exception made of   formally approved use.  --------------------*
*---------------------------------------------------------------------------*


separator.tiff ¬

**From:** Kurt Straif <StraifK@iarc.fr>
**Date:** September 16, 2016 5:05:25 PM EDT
**To:** "blairkansas@aol.com" <blairkansas@aol.com>
**Subject: RE: Glyphosate, subpoena**

I thought it was this morning, 9am – or did you get an extension?  Kurt

**From:** blairkansas@aol.com [mailto:blairkansas@aol.com]  **Sent:** 16
September 2016 22:47  **To:** straif@iarc.fr  **Subject:** Fwd: Glyphosate,
subpoena

Kurt,

Attached is a copy of the subpoena that I received.

Aaron

-----Original Message-----  From: Blair, Aaron (NIH/NCI) [V] (NIH/NCI) [V]
<blaira@exchange.nih.gov>  To: blairkansas <blairkansas@aol.com>  Sent: Thu,
Sep 15, 2016 9:15 pm  Subject: FW: Glyphosate, subpoena


**From:** Kurt Straif [StraifK@iarc.fr]**Sent:** Thursday, September 15, 2016 6:49 PM
**To:** Blair, Aaron (NIH/NCI) [V]**Subject:** Glyphosate, subpoena

Aaron,
I understand that you have received a subpoena related to the glyphosate

Monograph.
Would you be able to share with me the page(s) with the numbered bullets which documents are requested, let me know the deadline and who is taking care of this (at NCI?).
Thank you,
Kurt
PS Haven't forgotten other discussions – will follow later

Kurt Straif, MD PhD MPH  Head IARC Monographs  International Agency for Research on Cancer  World Health Organization  150 cours Albert Thomas  69372 Lyon Cedex 08, France  Tel +33 (0)472 73 85 07 (PA)  Fax +33 (0)472 73 83 19  http://monographs.iarc.fr

---------------------------------------------------------------------------------------- *This message and its attachments are strictly confidential. If you are not   the intended recipient of this message, please immediately notify the sender   and delete it. Since its integrity cannot be guaranteed, its content cannot   involve the sender's responsibility. Any misuse, any disclosure or publication   of its content, either whole or partial, is prohibited, exception made of   formally approved use.*  --------------------------------------------------------------------------------------------