# Exhibit 3

| | |
|---|---|
| **From:** | Shimada, Elyse |
| **To:** | Gbe, Ursula |
| **Subject:** | FW: See below re Dr. Jameson Documents + Andrus Wagstaff Request for copies of Info we get from Other IARC Subpoenas |
| **Date:** | Tuesday, January 03, 2017 2:06:57 PM |

**From:** Stewart, Rosemary
**Sent:** Thursday, September 15, 2016 6:06 PM
**To:** Griffis, Kirby T.; Shimada, Elyse
**Cc:** Hollingsworth, Joe G.; Lasker, Eric; Calhoun, Martin; Pigman, Heather; Sullivan, James
**Subject:** See below re Dr. Jameson Documents + Andrus Wagstaff Request for copies of Info we get from Other IARC Subpoenas

**From:** Aimee H. Wagstaff [mailto:aimee.wagstaff@andruswagstaff.com]
**Sent:** Thursday, September 15, 2016 5:52 PM
**To:** Stewart, Rosemary; Sullivan, James
**Cc:** David Wool; Alana Schmitt; Kellie Johnson; Aimee Wagstaff
**Subject:** Dr. Jameson Documents

Rosemary & Jim,

==Dr. Jameson sent to us the documents as responsive to the subpoena served on him by Monsanto. Andrus Wagstaff did not gather these documents and does not represent him in his response. However, upon receipt of the documents for production to you, I made the decision to add Bates labels to them so that we can identify them later. During the process of adding Bates labels, my office will not change or amend the documents in any way. My paralegal is adding labels now and David will send to you tonight.==

As I mentioned in my previous letter to you, Andrus Wagstaff has retained Dr. Jameson as an expert in this litigation, so all communication between Monsanto and Dr. Jameson should please go through me or my partners. Based on our prior conversations, we told Dr. Jameson that Monsanto withdrew request No. 15.

Please make available to us any documents that you receive from the other subpoenas. David will follow up and coordinate that with Jim.

Aimee

--
--
_____
**Aimee H. Wagstaff, Esq. | Attorney at Law | *Andrus Wagstaff, PC***
***Licensed and Practicing in Colorado & California***
7171 West Alaska Drive| Lakewood, Colorado 80226
Direct - (720) 208-9414| aimee.wagstaff@AndrusWagstaff.com
www.AndrusWagstaff.com

This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.