# Exhibit 4

| | |
|---|---|
| **From:** | Shimada, Elyse |
| **To:** | Gbe, Ursula |
| **Subject:** | FW: Update re Dr. Jameson"s Records |
| **Date:** | Tuesday, January 03, 2017 2:07:14 PM |

**From:** Stewart, Rosemary
**Sent:** Friday, September 23, 2016 5:30 PM
**To:** Hollingsworth, Joe G.; Griffis, Kirby T.; Lasker, Eric; Sullivan, James
**Cc:** Shimada, Elyse; Pigman, Heather; Calhoun, Martin
**Subject:** Update re Dr. Jameson's Records

Begin forwarded message:

> **From:** "Aimee H. Wagstaff" <aimee.wagstaff@andruswagstaff.com>
> **Date:** September 23, 2016 at 3:46:39 PM CDT
> **To:** "Stewart, Rosemary" <RStewart@hollingsworthllp.com>
> **Cc:** Alana Schmitt <alana.schmitt@andruswagstaff.com>,
> "david.wool@andruswagstaff.com" <david.wool@andruswagstaff.com>,
> "kellie.johnson@andruswagstaff.com" <kellie.johnson@andruswagstaff.com>,
> "Sullivan, James" <JSullivan@hollingsworthllp.com>
> **Subject: Re: Dr. Jameson's Records**
>
> No, you didn't miss anything.  I forgot to keep you updated, apologies.  After I sent you the e-mail, my partner forwarded me an e-mail from Dr. Jameson asking us to hold off on producing the documents.  According to the email, he was contacted by the Principal Legal Officer of the World Health Organization and told they would respond on his behalf.  I did not ask any more questions as we do not represent him in responding to the subpoena.
>
> Did you receive documents from anyone? We request a copy of them, if so.
>
> Aimee
>
> On Fri, Sep 23, 2016 at 11:03 AM, Stewart, Rosemary <RStewart@hollingsworthllp.com> wrote:
> Hello All,  Have you sent us Dr. Jameson's records?  I am in St. Louis but have been watching for an email about his.  Did I miss it?
>
> Rosemary

<HollingsworthLLP_34a84990-3d9e-4b28-a044-cd21af3f95ee.jpg>

**Rosemary Stewart**
Partner

D_202.898.5888 | RStewart@Hollisworthllp.com
1350 I Street NW | Washington, DC 20005
www.hollisworthllp.com

**From:** Alana Schmitt
[mailto:alana.schmitt@andruswagstaff.com]
**Sent:** Thursday, September 15, 2016 7:00 PM
**To:** Aimee H. Wagstaff
**Cc:** Stewart, Rosemary; Sullivan, James; David Wool; Kellie
Johnson
**Subject:** Re: Dr. Jameson Documents

Rosemary & Jim,

A couple of the documents that were provided by Dr.
Jameson require a password. While we can open and
view the documents, we are unable to bates stamp the
documents. We are attempting to obtain the password,
but we may not have it until tomorrow.

As soon as I have all the documents bates stamped I will
send them over.

Thank you,
Alana

On Thu, Sep 15, 2016 at 3:52 PM, Aimee H. Wagstaff
<aimee.wagstaff@andruswagstaff.com> wrote:
Rosemary & Jim,

Dr. Jameson sent to us the documents as responsive to
the subpoena served on him by Monsanto. Andrus
Wagstaff did not gather these documents and does not
represent him in his response. However, upon receipt of
the documents for production to you, I made the decision
to add Bates labels to them so that we can identify them
later. During the process of adding Bates labels, my
office will not change or amend the documents in any
way. My paralegal is adding labels now and David will
send to you tonight.

As I mentioned in my previous letter to you, Andrus
Wagstaff has retained Dr. Jameson as an expert in this
litigation, so all communication between Monsanto and
Dr. Jameson should please go through me or my
partners. Based on our prior conversations, we told Dr.
Jameson that Monsanto withdrew request No. 15.

Please make available to us any documents that you
receive from the other subpoenas. David will follow up
and coordinate that with Jim.

Aimee

--
--

_____

**Aimee H. Wagstaff, Esq. | Attorney at Law |** *Andrus Wagstaff, PC*
*****Licensed and Practicing in Colorado & California*****
7171 West Alaska Drive| Lakewood, Colorado 80226
Direct - (720) 208-9414| aimee.wagstaff@AndrusWagstaff.com
www.AndrusWagstaff.com

This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

--
Alana Schmitt
Paralegal

Andrus Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226
(866) 795-9529 (toll-free)
(888) 875-2889 (fax)

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or*
*protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must*
*not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information*
*contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify*
*us immediately by e-mail and delete the original transmission.*

This electronic message contains information from the law firm of Hollingsworth LLP, which may be confidential or privileged.  The information is for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is

prohibited.  If you have received this electronic transmission in error, please notify us immediately at (202) 898-5800.


--
--
_____

**Aimee H. Wagstaff, Esq. | Attorney at Law | *Andrus Wagstaff, PC***
***\*\*Licensed and Practicing in Colorado & California\*\****
7171 West Alaska Drive| Lakewood, Colorado 80226
Direct - (720) 208-9414| aimee.wagstaff@AndrusWagstaff.com
www.AndrusWagstaff.com

This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.