Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Rosemary Stewart (*pro hac vice*)
(rstewart@hollingsworthllp.com)
James M. Sullivan (*pro hac vice*)
(jsullivan@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC<br><br>MDL No. 2741<br><br>**MONSANTO COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE DOCUMENT PRODUCTION FOR TWO EUROPEAN CUSTODIANS** |
| This document relates to:<br><br>ALL ACTIONS | |

**MONSANTO COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE DOCUMENT PRODUCTION FOR TWO EUROPEAN CUSTODIANS**

**TO PLAINTIFFS AND THEIR COUNSEL AND TO THE CLERK OF THE COURT:**

Pursuant to Civil Local Rule 6-3, Defendant Monsanto Company ("Monsanto") respectfully moves this Court to order that the deadline for Monsanto to complete the document production for two "Group D" custodians who are employees of Monsanto-Europe, S.A., Richard Garnett and Christophe Gustin, be moved to January 20, 2017. Plaintiffs do not oppose the relief sought in this motion.

On November 23, 2016, the Court set a deadline of January 6, 2017 for the "full production of documents from people in Groups C and D." Pretrial Order No. 3, ECF No. 47, at 2. Subsequent to that date, the Group D custodians were identified to include Messrs. Garnett and Gustin, who work for Monsanto-Europe, S.A., in its office located in Brussels, Belgium. On December 9, 2016, this Court granted an unopposed motion of Monsanto and issued an Order to facilitate production of the custodial files of Messrs. Garnett and Gustin, which was required due to European privacy concerns. Order re Custodial Files of Richard Garnett and Christophe Gustin, ECF No. 66.

Although Monsanto has been diligently collecting and processing the records for these two custodians, as well as for all the other Group C and D custodians, the challenges of collection and processing for these foreign custodians, as detailed in the accompanying Declaration, will prevent Monsanto from meeting the January 6 deadline solely with respect to Messrs. Garnett and Gustin.[1]

Monsanto respectfully requests that this Court grant Monsanto's motion for a two-week extension of time to complete document production for Messrs. Garnett and Gustin. In the interim, Monsanto will produce on January 13, 2017, the documents of Messrs. Garnett and

---

[1] This request for a two-week extension is limited to Mr. Gustin and Mr. Garnett and does not include the other five custodians in Group C and D.

1  Gustin that are ready by that date, and will produce the remainder on January 20, 2017.
2  Monsanto also advised the plaintiffs' counsel that if it becomes necessary for them to have
3  additional time to take the depositions of Mr. Garnett or Mr. Gustin due to this requested
4  extension, Monsanto will agree to a commensurate extension of time for that (assuming: (a)
5  plaintiffs later seek the depositions of one or both of these European custodians, (b) this Court
6  directs such depositions to occur, and (c) this Court imposes a specific deadline on Group D
7  depositions).

DATED: January 5, 2017                    Respectfully submitted,

/s/ Rosemary Stewart_____
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Rosemary Stewart (*pro hac vice*)
(rstewart@hollingsworthllp.com)
James M. Sullivan (*pro hac vice*)
(jsullivan@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY