UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE DOCUMENT PRODUCTION FOR TWO EUROPEAN CUSTODIANS** |

1. The Court having considered Defendant Monsanto Company's Unopposed Motion for Extension of Time to Complete Document Production for Two European Custodians, HEREBY ORDERS that the motion is **GRANTED**.

2. The deadline for Monsanto to produce documents from the custodial files of Richard Garnett and Christophe Gustin is moved to January 20, 2017.

3. This Order does not affect Monsanto's production deadline of January 6, 2017 for the other Group C and D custodians.

Date: _____, 2017      _____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT