**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:    202-898-5800
Fax:    202-682-1639
Email: jhollingsworth@hollingsworthllp.com
       elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| *Hardeman v. Monsanto Company*, 3:16-cv-00525-VC and | |
| *Hardman v. Monsanto Company*, 3:16-mc-80232-VC | |

**AFFIDAVIT OF JOE G. HOLLINGSWORTH IN
SUPPORT OF MONSANTO COMPANY'S SUPPLEMENTAL
MEMORANDUM IN SUPPORT OF ITS OPPOSITION TO NON-PARTIES
BLEDSOE AND TEXAS A&M'S MOTION TO QUASH SUBPOENA**

JOE G. HOLLINGSWORTH, being duly sworn, hereby deposes and says as follows:

1.      I am a partner with the law firm of Hollingsworth LLP.

2.      I submit this affidavit based on my personal knowledge and in support of my

assertion to the Court on December 21, 2016 that there is no contemporaneous evidence from

any of the documents that Monsanto has received pursuant to its subpoenas to various members

of Working Group 112[1] that the documents and communications generated by the working group

---

[1]IARC, *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans*, Volume 112: Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos: List of Participants, https://monographs.iarc.fr/ENG/Meetings/vol112-participants.pdf (hereinafter "List of Participants for Vol. 112").

- 1 -

1   are IARC's property.[2] All evidence known or received to date suggests the contrary, *i.e.,* that the

2   documents are *not* IARC documents.

3   **Monsanto knows of no evidence that IARC claimed ownership of the**
4   **documents sought prior to the subpoenas being served.**

5          3.      In March 2016, Monsanto, through a third-party, issued an open records request

6   to Mississippi State University and received documents pursuant to its open records request in

7   May 2016.

8          4.      Ms. Elyse Shimada, an attorney working under my direct supervision, has looked

9   through the entirety of the documents produced to Monsanto by Mississippi State University

10  pursuant to the open records request and found no contract or any type of agreement between

11  IARC and any member of Working Group 112, or any contemporaneous evidence, that the

12  documents generated by the working group are IARC's property.

13         5.      On September 13, 2016, Monsanto received documents from Mississippi State

14  University in response to a subpoena served upon Dr. Matthew K. Ross on or around August 19,

15  2016.

16         6.      Ms. Shimada has looked through the entirety of the documents produced to

17  Monsanto by Mississippi State University and found no contract or any type of agreement

18  between IARC and any member of Working Group 112, or any contemporaneous evidence, that

19  the documents generated by the working group are IARC's property.

20         7.      On October 27, 2016 and November 22, 2016, Monsanto received documents

21  from Dr. Aaron Blair's attorney, Mr. David S. Greene in response to a subpoena served upon Dr.

22  Blair on or around August 29, 2016.

23         8.      Ms. Shimada has looked through the entirety of the documents produced to

24  Monsanto by Dr. Blair and found no contract or any type of agreement between IARC and any

25

26

_____

27  [2] Hr'g Tr. at 22:20-23:5, 37:13-38:22, In re Roundup Prods. Liab. Litig., No. 3:16-md-02741-VC (N.D.
Cal. Dec. 21, 2016) (Ex. 1).

28

- 2 -

1

2

member of Working Group 112, or any contemporaneous evidence, that the documents

generated by the working group are IARC's property.

3

4

**IARC was aware that drafts and other documents were to be produced and did not intervene.**

5

6

7

8

9

10

11

     9.     Included in the documents produced to Monsanto in May 2016 by Mississippi State University was evidence that IARC knew about the open records request. Dr. Ross told IARC that "[t]he open records request of MSU, which our institution cannot ignore or dismiss, will likely force IARC/WHO to get a court order to prevent the documents from being released."[3] IARC took no action to prevent the release of the documents pursuant to the open records request as Monsanto in fact did receive the records that Mississippi State University stated would be released.

12

13

14

15

16

17

     10.     Included in the documents produced to Monsanto by Mississippi State University on September 13, 2016 was evidence that IARC knew that Dr. Ross would be producing documents, including draft documents pursuant to Monsanto's subpoena. Dr. Ross informed IARC about Monsanto's subpoena writing to IARC that "MSU legal should have, or will soon be, contacting IARC legal about the subpoena rec'd here – the request is similar to the FOIA docs, which MSU didn't divulge (i.e. the draft docs). Now they want them."[4]

18

19

20

21

22

23

     11.     Also included in the documents that Monsanto received on September 13, 2016 were drafts of various sections of the glyphosate monograph: section 4.1 Toxicokenetic Data (both the first and subsequent drafts), section 4.3.2.1 Oxidative Stress, and section 4.2.1. IARC took no action to prevent the release of the documents or drafts pursuant to Monsanto's subpoena as Monsanto in fact did receive the records that Mississippi State University stated would be released.

24

25

26

[3] Email from Matthew Ross to Kathryn Guyton, Responsible Officer, IARC Monographs Section (Apr. 11, 2016, 16:34) (Ex. 2).

27

28

[4] Ex. 1 to Monsanto Co.'s Supplemental Mem. in Support of its Opp. to Non-Parties Bledsoe and Texas A&M's Mot. to Quash Subpoena.

- 3 -

12.     Included in the documents produced to Monsanto by Dr. Blair on October 27, 2016 and November 22, 2016 was evidence that IARC knew that Dr. Blair would be producing documents, including draft documents, pursuant to Monsanto's subpoena. IARC asked Dr. Blair if he could "share with [IARC] what has been released, if anything? The rationale behind is to stay on top of this wave, and know exactly what Monsanto has received."[5]

13.     Also included in the documents that Monsanto received on October 27, 2016 and November 22, 2016 was a first draft of section 2 of the tetrachlorvinphos monograph. IARC took no action to prevent the release of the documents or drafts pursuant to Monsanto's subpoena as Monsanto in fact did receive the records that Dr. Blair stated would be released.

14.     Monsanto filed suit against the California Office of Environmental Health Hazard Assessment ("OEHHA") with regard to irregularities in its procedures for considering the listing of glyphosate and as part of that suit has requested in discovery, documents relating to Dr. Lauren Zeise's work on Working Group 112.

15.     On December 16, 2016, OEHHA produced a number of documents to Monsanto in that action, including drafts of Working Group 112 documents. The production is currently ongoing. Monsanto knows of no action taken by IARC to prevent the release of documents from OEHHA or Dr. Zeise to Monsanto.

**IARC describes the subpoenaed scientists as independent outside consultants.**

16.     In multiple documents, IARC proclaimed that all of the scientists invited to be on the monograph working groups are outside participants that are independent of any organization, government or industry.

   a.     In IARC's preamble for the monograph program, IARC states "each participant who is a Member of a Working Group serves as an

---

[5] Ex. 2 to Monsanto Co.'s Supplemental Mem. in Support of its Opp. to Non-Parties Bledsoe and Texas A&M's Mot. to Quash Subpoena.

- 4 -

AFFIDAVIT OF JOE G. HOLLINGSWORTH
3:16-md-02741-VC, 3:16-cv-00525-VC & 3:16-mc-80232-VC

individual scientist and not as a representative of any organization, government or industry."[6]

b.  In the list of participants for Working Group 112, IARC states "Working Group Members and Invited Specialists served in their individual capacities as scientists and not as representatives of their government or any organization with which they are affiliated."[7]

c.  In IARC's responses to questions from a Reuters journalist, IARC states "[t]he IARC Monographs evaluations are conducted by leading experts from around the world, who serve in an *independent* capacity as scientists and not as representatives of any institution or organization."[8]

**All drafts were created and revised by the Working Group 112 members, not IARC.**

17.    Included among the documents provided to Monsanto by Mississippi State University and Dr. Blair are communications and documents showing that the individual scientists generated the drafts of the monographs and made the edits to the drafts, not IARC, or any of its staff.

a.  IARC asked certain of the outside consultants to prepare the first drafts of each of the four working sections.

i.  IARC assigned Dr. Blair a "*first* draft in Section 2: tetrachlorvinphos."[9]

---

[6] IARC, *IARC Monograph on the Evaluation of Carcinogenic Risks to Humans Preamble,* 5 (Jan. 2006), http://monographs.iarc.fr/ENG/Preamble/currenta2objective0706.php.

[7] List of Participants for Vol. 112 at 1.

[8] IARC, *IARC's response to questions from a Reuters journalist* (Oct. 25, 2016), https://www.iarc.fr/en/media-centre/iarcnews/pdf/Reuters_questions_and_answers_Oct2016.pdf (emphasis added).

[9] Email from Kathryn Guyton, Responsible Officer, IARC Monographs Section, to Aaron Blair (Sept. 18, 2014, 6:17 a.m.) (emphasis added) (Ex. 3).

AFFIDAVIT OF JOE G. HOLLINGSWORTH
3:16-md-02741-VC, 3:16-cv-00525-VC & 3:16-mc-80232-VC

       ii.  IARC assigned Dr. Ross section 4.1 for every agent studied in monograph 112, including glyphosate, and section 4.6 for parathion only.[10]

  b.  For the glyphosate monograph, sections 1.1-1.3 were drafted by Dr. Peter Egeghy; section 1.4 was drafted by Dr. Teresa Rodriguez, section 1.5 was drafted by Dr. Hans Kromhout, section 2 was drafted by Dr. Francesco Forastiere, section 3 was drafted by Dr. Charles Jameson, section 4.1 was drafted by Dr. Ross, section 4.2.1 was drafted by Dr. Frank Le Curieux, sections 4.2.2, 4.2.4, and 4.2.5 were drafted by Dr. Zeise, sections 4.2.3, 4.4.4, and 4.6 were drafted by Dr. Ivan Rusyn, and sections 4.3 and 4.5 were drafted by Dr. Matt Martin.[11]

18.    We found no evidence that any portion of any initial draft was created by IARC or IARC employees.

19.    Numerous documents attest to the exchange of drafts and edits to drafts between and among the outside scientists.

  a.  Dr. Blair wrote "[i]s there anyway to submit comments directly on the draft from someone else that I am reviewing[?]"[12]

  b.  Dr. Egeghy was asked to revise section 1.1 of the monograph drafts he wrote and did in fact revise those drafts.[13]

---

[10] Email from Kathryn Guyton, Responsible Officer, IARC Monographs Section, to Ivan Rusyn (Feb. 10, 2015, 6:26 a.m.) (showing the list of assignments for the mechanistic sub-group of the monograph) (Ex. 4).

[11] IARC, *Vol 112 – Overview of assignments* (Ex. 5).

[12] Email from Aaron Blair to Kathryn Guyton, Responsible Officer, IARC Monographs Section (Jan. 9, 2015, 14:28) (Ex. 6).

[13] Email from Peter Egeghy to Dana Loomis (Mar. 3, 2015) (Ex. 7).

c.  All of the Working Group 112 members received peer review assignments to provide each other with feedback on the initial drafts that they wrote.[14]

d.  The official invitation to the working group states that the participants of the working group will be receiving a writing assignment and peer reviewing each other's work.[15]

20.     We found no evidence that IARC or IARC employees edited drafts.

21.     We have found documents reflecting communications by and among the subpoenaed outside scientists drafted by them on their own, or their home institution's, email system (and not IARC's).

a.  For example, Dr. Rusyn (from his Texas A&M University email account) wrote to Dr. Ross (on his Mississippi State University email account) that he downloaded a paper through Texas A&M and then he forwards it to Dr. Ross for use in Dr. Ross's sections.[16] Dr. Ross wrote back (on his Mississippi State University email account) to Dr. Rusyn (on his Texas A&M account), "[t]hanks, Ivan – hadn't seen this one. I'm furiously trying to get my sections done by Tuesday! Into glyphosate right now. Not much interesting metabolism, which makes it an easier one in some respect."[17]

---

[14] Email from Kathryn Guyton, Responsible Officer, IARC Monographs Section, to Ivan Rusyn, Matthew Martin, Matthew Ross, Frank Le Curieux, and Lauren Zeise (Nov. 19, 2014, 10:53 a.m.) (stating "You will then [sic] assigned peer reviews of each other's drafts.") (Ex. 8); Email from Kathryn Guyton, Responsible Officer, IARC Monographs Section, to Andrea Mannetje, Aaron Blair, Francesco Forastiere, Isabelle Baldi, and John McLaughlin (Dec. 12, 2014, 11:13 a.m.) (providing each Working Group 112 member listed on the email with their peer review assignment) (Ex. 9).

[15] Email from Kathryn Guyton, Responsible Officer, IARC Monographs Section, to Matthew Ross (Aug. 8, 2014, 8:56 a.m.) (Ex. 10).

[16] Email from Ivan Rusyn to Matthew Ross (Jan. 8, 2015, 3:53 p.m.) (Ex. 11) ("I downloaded this paper through TAMU and it is more relevant to your sections, I guess.").

[17] Id.

AFFIDAVIT OF JOE G. HOLLINGSWORTH
3:16-md-02741-VC, 3:16-cv-00525-VC & 3:16-mc-80232-VC

b.  Dr. Blair wrote (from his blairkansas@aol.com account) that he had "some suggested wording changes that could be shared with the author" on the glyphosate monograph draft.[18]

JOE G. HOLLINGSWORTH

SUBSCRIBED AND SWORN to before me

this 5th day of January, 2017.

CARLA R. CHEATHAM
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 30, 2020

Notary Public

_____

[18] Email from Aaron Blair to Kathryn Guyton, Responsible Officer, IARC Monographs Section (Jan. 10, 2015, 15:54) (Ex. 12).

- 8 -

AFFIDAVIT OF JOE G. HOLLINGSWORTH
3:16-md-02741-VC, 3:16-cv-00525-VC & 3:16-mc-80232-VC