# Exhibit 2

| | |
|---|---|
| **From:** | Ross, Matthew |
| **To:** | Kathryn Guyton |
| **Subject:** | discuss on phone? |
| **Date:** | Tuesday, April 12, 2016 8:03:00 AM |

Hi Kate,

Can we discuss over the phone? I won't have time today due to a teaching obligation this a.m., but I will Wed and Fri this week. I have questions and concerns regarding my continued involvement with v. 117 that I think would be better served over the phone than email.

Thanks.
Matt
Phone: 662-325-5482

**From:** Kathryn Guyton [mailto:GuytonK@iarc.fr]
**Sent:** Monday, April 11, 2016 10:36 AM
**To:** Ross, Matthew <MRoss@cvm.msstate.edu>
**Cc:** Kurt Straif <StraifK@iarc.fr>; daf.dis <daf@iarc.fr>
**Subject:** Re: Resignation from volume 117 WG

Dear Matt,

Thanks for your message.

We would reach the opposite conclusion: for IARC, the open records request on the prior volume, no matter how it ultimately resolves, has no impact whatsoever on your current work for v117. It is a legal matter that doesn't reflect upon you or your institution particularly.

IARC doesn't regard this as a conflict for your current or future participation on an
IARC Monographs Working Group. To the contrary, we would be delighted if you would continue in your current role in v117.

With kind regards,
Kate

**Kate Z. Guyton PhD DABT**
Responsible Officer, Volume 117
Monographs Section
International Agency for Research on Cancer
150, cours Albert Thomas
69372 Lyon Cedex 08
France
Tel: [+33] (0)4 72 73 86 54
Guytonk@iarc.fr

002648

**From:** "Ross, Matthew" <MRoss@cvm.msstate.edu>
**Date:** Monday 11 April 2016 at 16:34
**To:** Kate Guyton <guytonk@iarc.fr>
**Subject:** Resignation from volume 117 WG

Dear Kate,

The open records request of MSU, which our institution cannot ignore or dismiss, will likely force IARC/WHO to get a court order to prevent the documents from being released. If MSU releases the documents, as currently mandated by state law, the university (and me by association) will be deemed by IARC to be "prejudicial to the work of IARC/WHO". Alternatively, IARC/WHO will file suit against MSU to prevent the records from being released. Both scenarios will put MSU (and myself included) in an obvious and real conflict of interest with IARC/WHO, at least until this matter is all settled. Therefore, it is plain to me that I should immediately resign from the Volume 117 working group. Personally (and professionally), this is very disappointing to me on many different levels. I had looked forward to again work with you, the IARC team, and the working group on this volume. Alas, litigation is the way the world works. Please know that I tried my best, but we (myself and the institution where I work) have to do what is required by law.

I wish you the best with volume 117. If this matter is settled and I am no longer in a conflict of interest (or irreversibly tainted in the eyes of IARC by this mess), it is my hope that I may serve on a future working group. But that is obviously up to you and IARC to decide.

Best regards,

Matt Ross

---------------------------

Matt Ross, PhD
Associate Professor
College of Veterinary Medicine
Mississippi State University
Phone: 662-325-5482
Email: mross@cvm.msstate.edu
FedEx: 240 Spring Street
Mississippi State, MS 39762

-----------------------------------------------------------------------------------------
*This message and its attachments are strictly confidential. If you are not the intended recipient of this message, please immediately notify the sender and delete it. Since its integrity cannot be guaranteed, its content cannot involve the sender's responsibility. Any misuse, any disclosure or publication of its content, either whole or partial, is prohibited, exception made of formally approved use.*
-----------------------------------------------------------------------------------------