# Exhibit 5

**Vol 112 – Overview of assignments**

| Section Title | Home Section | Author |
|---|---|---|
| M1:1.1 Chemical and physical data | M1 Malathion | Peter P. Egeghy |
| M1:1.2 Production and use | M1 Malathion | Peter P. Egeghy |
| M1:1.3 Measurement and analysis | M1 Malathion | Peter P. Egeghy |
| M1:1.4 Occurrence and exposure | M1 Malathion | Lin Fritschi |
| M1:1.5 Regulations and guidelines | M1 Malathion | Hans Kromhout |
| M1:2 Studies of cancer in humans | M1 Malathion | Isabelle Baldi |
| M1:3 Studies of cancer in experimental animals | M1 Malathion | Gloria D. Jahnke |
| M1:4.1 Toxicokinetic data | M1 Malathion | Matt Ross |
| M1:4.2.1 Genetic and related effects | M1 Malathion | Frank LeCurieux |
| M1:4.2.2 Receptor-mediated effects | M1 Malathion | Lauren Zeise |
| M1:4.2.3 Oxidative stress, inflammation and immunosuppression | M1 Malathion | Ivan Rusyn |
| M1:4.2.4 Altered cell proliferation | M1 Malathion | Ivan Rusyn |
| M1:4.2.5 Other mechanisms | M1 Malathion | Ivan Rusyn |
| M1:4.3 Data relevant to comparisons across agents and endpoints | M1 Malathion | Matt Martin |
| M1:4.4 Cancer susceptibility data | M1 Malathion | Ivan Rusyn |
| M1:4.5 Other adverse effects | M1 Malathion | Matt Martin |
| M1:4.6 Mechanistic considerations | M1 Malathion | Matt Martin |
| M2:1.1 Chemical and physical data | M2 Parathion | Peter P. Egeghy |
| M2:1.2 Production and use | M2 Parathion | Peter P. Egeghy |
| M2:1.3 Measurement and analysis | M2 Parathion | Peter P. Egeghy |
| M2:1.4 Occurrence and exposure | M2 Parathion | Lin Fritschi |
| M2:1.5 Regulations and guidelines | M2 Parathion | Hans Kromhout |
| M2:2 Studies of cancer in humans | M2 Parathion | John McLaughlin |
| M2:3 Studies of cancer in experimental animals | M2 Parathion | Maria Consolato Sergi |
| M2:4.1 Toxicokinetic data | M2 Parathion | Matt Ross |
| M2:4.2.1 Genetic and related effects | M2 Parathion | Frank LeCurieux |
| M2:4.2.2 Receptor-mediated effects | M2 Parathion | Lauren Zeise |
| M2:4.2.3 Oxidative stress, inflammation and immunosuppression | M2 Parathion | Ivan Rusyn |
| M2:4.2.4 Altered cell proliferation | M2 Parathion | Ivan Rusyn |
| M2:4.2.5 Other mechanisms | M2 Parathion | Ivan Rusyn |
| M2:4.3 Data relevant to comparisons across agents and endpoints | M2 Parathion | Ivan Rusyn |
| M2:4.4 Cancer susceptibility data | M2 Parathion | Ivan Rusyn |
| M2:4.5 Other adverse effects | M2 Parathion | Matt Martin |
| M2:4.6 Mechanistic considerations | M2 Parathion | Matt Ross |
| M3:1.1 Chemical and physical data | M3 Diazinon | Peter P. Egeghy |
| M3:1.2 Production and use | M3 Diazinon | Peter P. Egeghy |
| M3:1.3 Measurement and analysis | M3 Diazinon | Peter P. Egeghy |
| M3:1.4 Occurrence and exposure | M3 Diazinon | Teresa Rodriguez |
| M3:1.5 Regulations and guidelines | M3 Diazinon | Hans Kromhout |
| M3:2 Studies of cancer in humans | M3 Diazinon | Andrea 't Mannetje |
| M3:3 Studies of cancer in experimental animals | M3 Diazinon | Gloria M. Calaf |
| M3:4.1 Toxicokinetic data | M3 Diazinon | Matt Ross |
| M3:4.2.1 Genetic and related effects | M3 Diazinon | Frank LeCurieux |

Vol 112 – Overview of assignments

| Section Title | Home Section | Author |
|---|---|---|
| M3:4.2.2 Receptor-mediated effects | M3 Diazinon | Lauren Zeise |
| M3:4.2.3 Oxidative stress, inflammation and immunosuppression | M3 Diazinon | Ivan Rusyn |
| M3:4.2.4 Altered cell proliferation | M3 Diazinon | Ivan Rusyn |
| M3:4.2.5 Other mechanisms | M3 Diazinon | Ivan Rusyn |
| M3:4.3 Data relevant to comparisons across agents and endpoints | M3 Diazinon | Matt Martin |
| M3:4.4 Cancer susceptibility data | M3 Diazinon | Ivan Rusyn |
| M3:4.5 Other adverse effects | M3 Diazinon | Matt Martin |
| M3:4.6 Mechanistic considerations | M3 Diazinon | Lauren Zeise |
| M4:1.1 Chemical and physical data | M4 Glyphosate | Peter P. Egeghy |
| M4:1.2 Production and use | M4 Glyphosate | Peter P. Egeghy |
| M4:1.3 Measurement and analysis | M4 Glyphosate | Peter P. Egeghy |
| M4:1.4 Occurrence and exposure | M4 Glyphosate | Teresa Rodriguez |
| M4:1.5 Regulations and guidelines | M4 Glyphosate | Hans Kromhout |
| M4:2 Studies of cancer in humans | M4 Glyphosate | Francesco Forastiere |
| M4:3 Studies of cancer in experimental animals | M4 Glyphosate | Charles (Bill) William Jameson |
| M4:4.1 Toxicokinetic data | M4 Glyphosate | Matt Ross |
| M4:4.2.1 Genetic and related effects | M4 Glyphosate | Frank LeCurieux |
| M4:4.2.2 Receptor-mediated effects | M4 Glyphosate | Lauren Zeise |
| M4:4.2.3 Oxidative stress, inflammation and immunosuppression | M4 Glyphosate | Ivan Rusyn |
| M4:4.2.4 Altered cell proliferation | M4 Glyphosate | Ivan Rusyn |
| M4:4.2.5 Other mechanisms | M4 Glyphosate | Ivan Rusyn |
| M4:4.3 Data relevant to comparisons across agents and endpoints | M4 Glyphosate | Matt Martin |
| M4:4.4 Cancer susceptibility data | M4 Glyphosate | Ivan Rusyn |
| M4:4.5 Other adverse effects | M4 Glyphosate | Matt Martin |
| M4:4.6 Mechanistic considerations | M4 Glyphosate | Ivan Rusyn |
| M5:1.1 Chemical and physical data | M5 Tetrachlorvinphos | Peter P. Egeghy |
| M5:1.2 Production and use | M5 Tetrachlorvinphos | Peter P. Egeghy |
| M5:1.3 Measurement and analysis | M5 Tetrachlorvinphos | Peter P. Egeghy |
| M5:1.4 Occurrence and exposure | M5 Tetrachlorvinphos | Teresa Rodriguez |
| M5:1.5 Regulations and guidelines | M5 Tetrachlorvinphos | Hans Kromhout |
| M5:2 Studies of cancer in humans | M5 Tetrachlorvinphos | Aaron Blair |
| M5:3 Studies of cancer in experimental animals | M5 Tetrachlorvinphos | Charles (Bill) William Jameson |
| M5:4 Mechanistic and other relevant data | M5 Tetrachlorvinphos | Frank LeCurieux |
| M5:4.1 Toxicokinetic data | M5 Tetrachlorvinphos | Matt Ross |
| M5:4.2.1 Genetic and related effects | M5 Tetrachlorvinphos | Frank LeCurieux |
| M5:4.2.2 Receptor-mediated effects | M5 Tetrachlorvinphos | Lauren Zeise |
| M5:4.2.5 Other mechanisms | M5 Tetrachlorvinphos | Lauren Zeise |
| M5:4.3 Data relevant to comparisons across agents and endpoints | M5 Tetrachlorvinphos | Ivan Rusyn |
| M5:4.4 Cancer susceptibility data | M5 Tetrachlorvinphos | Ivan Rusyn |
| M5:4.5 Other adverse effects | M5 Tetrachlorvinphos | Matt Martin |
| M5:4.6 Mechanistic considerations | M5 Tetrachlorvinphos | Frank LeCurieux |

Last update 11/18/2014

**Vol 112 – Overview of assignments**

| Section Title | Home Section | Author |
|---|---|---|
| M1:1.1 Chemical and physical data | M1 Malathion | Peter P. Egeghy |
| M1:1.2 Production and use | M1 Malathion | Peter P. Egeghy |
| M1:1.3 Measurement and analysis | M1 Malathion | Peter P. Egeghy |
| M1:1.4 Occurrence and exposure | M1 Malathion | Lin Fritschi |
| M1:1.5 Regulations and guidelines | M1 Malathion | Hans Kromhout |
| M1:2 Studies of cancer in humans | M1 Malathion | Isabelle Baldi |
| M1:3 Studies of cancer in experimental animals | M1 Malathion | Gloria D. Jahnke |
| M1:4.1 Toxicokinetic data | M1 Malathion | Matt Ross |
| M1:4.2.1 Genetic and related effects | M1 Malathion | Frank LeCurieux |
| M1:4.2.2 Receptor-mediated effects | M1 Malathion | Lauren Zeise |
| M1:4.2.3 Oxidative stress, inflammation and immunosuppression | M1 Malathion | Ivan Rusyn |
| M1:4.2.4 Altered cell proliferation | M1 Malathion | Lauren Zeise |
| M1:4.2.5 Other mechanisms | M1 Malathion | Lauren Zeise |
| M1:4.3 Data relevant to comparisons across agents and endpoints | M1 Malathion | Matt Martin |
| M1:4.4 Cancer susceptibility data | M1 Malathion | Ivan Rusyn |
| M1:4.5 Other adverse effects | M1 Malathion | Matt Martin |
| M1:4.6 Mechanistic considerations | M1 Malathion | Matt Martin |
| M2:1.1 Chemical and physical data | M2 Parathion | Peter P. Egeghy |
| M2:1.2 Production and use | M2 Parathion | Peter P. Egeghy |
| M2:1.3 Measurement and analysis | M2 Parathion | Peter P. Egeghy |
| M2:1.4 Occurrence and exposure | M2 Parathion | Lin Fritschi |
| M2:1.5 Regulations and guidelines | M2 Parathion | Hans Kromhout |
| M2:2 Studies of cancer in humans | M2 Parathion | John McLaughlin |
| M2:3 Studies of cancer in experimental animals | M2 Parathion | Maria Consolato Sergi |
| M2:4.1 Toxicokinetic data | M2 Parathion | Matt Ross |
| M2:4.2.1 Genetic and related effects | M2 Parathion | Frank LeCurieux |
| M2:4.2.2 Receptor-mediated effects | M2 Parathion | Lauren Zeise |
| M2:4.2.3 Oxidative stress, inflammation and immunosuppression | M2 Parathion | Ivan Rusyn |
| M2:4.2.4 Altered cell proliferation | M2 Parathion | Lauren Zeise |
| M2:4.2.5 Other mechanisms | M2 Parathion | Lauren Zeise |
| M2:4.3 Data relevant to comparisons across agents and endpoints | M2 Parathion | Ivan Rusyn |
| M2:4.4 Cancer susceptibility data | M2 Parathion | Ivan Rusyn |
| M2:4.5 Other adverse effects | M2 Parathion | Matt Martin |
| M2:4.6 Mechanistic considerations | M2 Parathion | Matt Ross |
| M3:1.1 Chemical and physical data | M3 Diazinon | Peter P. Egeghy |
| M3:1.2 Production and use | M3 Diazinon | Peter P. Egeghy |
| M3:1.3 Measurement and analysis | M3 Diazinon | Peter P. Egeghy |
| M3:1.4 Occurrence and exposure | M3 Diazinon | Teresa Rodriguez |
| M3:1.5 Regulations and guidelines | M3 Diazinon | Hans Kromhout |
| M3:2 Studies of cancer in humans | M3 Diazinon | Andrea 't Mannetje |
| M3:3 Studies of cancer in experimental animals | M3 Diazinon | Gloria M. Calaf |
| M3:4.1 Toxicokinetic data | M3 Diazinon | Matt Ross |
| M3:4.2.1 Genetic and related effects | M3 Diazinon | Frank LeCurieux |

**Vol 112 – Overview of assignments**

| Section Title | Home Section | Author |
|---|---|---|
| M3:4.2.2 Receptor-mediated effects | M3 Diazinon | Lauren Zeise |
| M3:4.2.3 Oxidative stress, inflammation and immunosuppression | M3 Diazinon | Ivan Rusyn |
| M3:4.2.4 Altered cell proliferation | M3 Diazinon | Lauren Zeise |
| M3:4.2.5 Other mechanisms | M3 Diazinon | Lauren Zeise |
| M3:4.3 Data relevant to comparisons across agents and endpoints | M3 Diazinon | Matt Martin |
| M3:4.4 Cancer susceptibility data | M3 Diazinon | Ivan Rusyn |
| M3:4.5 Other adverse effects | M3 Diazinon | Matt Martin |
| M3:4.6 Mechanistic considerations | M3 Diazinon | Lauren Zeise |
| M4:1.1 Chemical and physical data | M4 Glyphosate | Peter P. Egeghy |
| M4:1.2 Production and use | M4 Glyphosate | Peter P. Egeghy |
| M4:1.3 Measurement and analysis | M4 Glyphosate | Peter P. Egeghy |
| M4:1.4 Occurrence and exposure | M4 Glyphosate | Teresa Rodriguez |
| M4:1.5 Regulations and guidelines | M4 Glyphosate | Hans Kromhout |
| M4:2 Studies of cancer in humans | M4 Glyphosate | Francesco Forastiere |
| M4:3 Studies of cancer in experimental animals | M4 Glyphosate | Charles (Bill) William Jameson |
| M4:4.1 Toxicokinetic data | M4 Glyphosate | Matt Ross |
| M4:4.2.1 Genetic and related effects | M4 Glyphosate | Frank LeCurieux |
| M4:4.2.2 Receptor-mediated effects | M4 Glyphosate | Lauren Zeise |
| M4:4.2.3 Oxidative stress, inflammation and immunosuppression | M4 Glyphosate | Ivan Rusyn |
| M4:4.2.4 Altered cell proliferation | M4 Glyphosate | Lauren Zeise |
| M4:4.2.5 Other mechanisms | M4 Glyphosate | Lauren Zeise |
| M4:4.3 Data relevant to comparisons across agents and endpoints | M4 Glyphosate | Matt Martin |
| M4:4.4 Cancer susceptibility data | M4 Glyphosate | Ivan Rusyn |
| M4:4.5 Other adverse effects | M4 Glyphosate | Matt Martin |
| M4:4.6 Mechanistic considerations | M4 Glyphosate | Ivan Rusyn |
| M5:1.1 Chemical and physical data | M5 Tetrachlorvinphos | Peter P. Egeghy |
| M5:1.2 Production and use | M5 Tetrachlorvinphos | Peter P. Egeghy |
| M5:1.3 Measurement and analysis | M5 Tetrachlorvinphos | Peter P. Egeghy |
| M5:1.4 Occurrence and exposure | M5 Tetrachlorvinphos | Teresa Rodriguez |
| M5:1.5 Regulations and guidelines | M5 Tetrachlorvinphos | Hans Kromhout |
| M5:2 Studies of cancer in humans | M5 Tetrachlorvinphos | Aaron Blair |
| M5:3 Studies of cancer in experimental animals | M5 Tetrachlorvinphos | Charles (Bill) William Jameson |
| M5:4.1 Toxicokinetic data | M5 Tetrachlorvinphos | Matt Ross |
| M5:4.2.1 Genetic and related effects | M5 Tetrachlorvinphos | Frank LeCurieux |
| M5:4.2.2 Receptor-mediated effects | M5 Tetrachlorvinphos | Lauren Zeise |
| M5:4.2.3 Other mechanisms | M5 Tetrachlorvinphos | Lauren Zeise |
| M5:4.3 Data relevant to comparisons across agents and endpoints | M5 Tetrachlorvinphos | Ivan Rusyn |
| M5:4.4 Cancer susceptibility data | M5 Tetrachlorvinphos | Ivan Rusyn |
| M5:4.5 Other adverse effects | M5 Tetrachlorvinphos | Matt Martin |
| M5:4.6 Mechanistic considerations | M5 Tetrachlorvinphos | Frank LeCurieux |

Last update 11/20/2014