# Exhibit 7

**To:** Egeghy, Peter[Egeghy.Peter@epa.gov]
**From:** Dana Loomis
**Sent:** Tue 3/3/2015 4:17:47 PM
**Subject:** Re: Revising your drafts
112-01-MAL-Section_1-1-1stDraft-R1.docx
112-02-PAR-Section_1.1-1stDraft-R1.doc
112-03-DZN-Section_1.1-1stDraft-R1.doc
112-04-GLYP-Section_1.1-1stDraft.doc

Thanks Pete, that will be a big help.  The four drafts are attached.  No need to do anything further with TCVP, though.  When finished, you can upload the revised drafts to IOPS or email them to me (if you put them on IOPS please email to let me know).

I did hear about Steve Wing just yesterday.  Very sad.

Dana


**From:** <Egeghy>, Peter <Egeghy.Peter@epa.gov>
**Date:** Tuesday, 3 March 2015 16:15
**To:** Dana Loomis <loomisd@iarc.fr>
**Subject:** RE: Revising your drafts

Hi Dana,

I'll be happy to revise the other sections.

Thanks for asking, we are doing OK for now, but it is a very strange waiting game.

By the way, I don't know if you've heard yet or not, but I've heard sad news through the grapevine that Steve Wing has been diagnosed with metastatic colon cancer.

Please tell Hans I say hello back and was looking forward to repaying him for all the wine he gave me in Edinburgh!

Thanks,

Pete

**From:** Dana Loomis [mailto:LoomisD@iarc.fr]
**Sent:** Tuesday, March 03, 2015 9:57 AM
**To:** Egeghy, Peter
**Subject:** Revising your drafts

Hi Pete,

Do you think you would be able to revise any of your drafts?  The group has reviewed Section 1.1 for TCVP (attached) and would like to modify the other sections 1.1 along the same lines, which mostly involve shortening.  If you think you could do this, I will send them to you.

Hans says hi, by the way.

Hope you're doing ok.

Dana

EPA-HQ-2016-010431_00000831