# Exhibit 11

| | |
|---|---|
| From: | Ross, Matthew |
| To: | Rusyn, Ivan |
| Subject: | RE: "collateral damage" |
| Date: | Thursday, January 8, 2015 4:50:00 PM |

Thank you.

**From:** Rusyn, Ivan [mailto:IRusyn@cvm.tamu.edu]
**Sent:** Thursday, January 08, 2015 4:36 PM
**To:** Ross, Matthew
**Subject:** RE: "collateral damage"

Great! Here is one more. Not an obvious metabolism from the title and abstract, but has some good info.

**From:** Ross, Matthew [mailto:MRoss@cvm.msstate.edu]
**Sent:** Thursday, January 08, 2015 4:27 PM
**To:** Rusyn, Ivan
**Subject:** RE: "collateral damage"

Thanks, Ivan – hadn't seen this one.

I'm furiously trying to get my sections done by Tuesday! Into glyphosate right now. Not much interesting metabolism, which makes it an easier one in some respect.

Best regards,
Matt

**From:** Rusyn, Ivan [mailto:IRusyn@cvm.tamu.edu]
**Sent:** Thursday, January 08, 2015 3:53 PM
**To:** Ross, Matthew
**Subject:** "collateral damage"

Hi Matt,
Hope you had a good holiday break. I downloaded this paper through TAMU and it is more relevant to your sections, I guess. Best regards,
Ivan

Ivan Rusyn, MD, PhD
_____
Professor, Veterinary Integrative Biosciences
Texas A&M University
4458 TAMU
College Station, TX 77843-4458

Office: (979) 458-9866

Cell: (919) 624-2272
http://rusynlab.org
http://comptox.us