# Exhibit 12

formally approved use.

---

-------------------------------------------------------------------------------------------------This message and its attachments are strictly confidential. If you are notthe intended recipient of this message, please immediately notify the sender and delete it. Since its integrity cannot be guaranteed, its content cannot involve the sender's responsibility. Any misuse, any disclosure or publication of its content, either whole or partial, is prohibited, exception made of formally approved use.

---

separator.tiff ¬

**From:** Kathryn Guyton <GuytonK@iarc.fr>
**Date:** January 10, 2015 11:59:21 AM EST
**To:** "blairkansas@aol.com" <blairkansas@aol.com>
**Subject: Re: Comments on the Glyphosate Draft**

Thanks, Aaron!
Kate

# Envoyé de mon iPhone

On 10 Jan 2015, at 15:54, "blairkansas@aol.com" <blairkansas@aol.com> wrote:

Kate,

Attached is the draft on glyphosate with some suggested wording changes that could be shared with the author.

I have also complete the form for the review and submitted it to IOPS.

Aaron
<GlyphosateDraft.doc>

-------------------------------------------------------------------------------------------------This message and its attachments are strictly confidential. If you are notthe intended recipient of this message, please immediately notify the sender and delete it. Since its integrity cannot be guaranteed, its content cannot involve the sender's responsibility. Any misuse, any disclosure or publication of its content, either whole or partial, is prohibited, exception made of formally approved use.

---

separator.tiff ¬