# EXHIBIT A

# EXHIBIT A

| Case Name | Venue | Case No. | Date of Order | Dkt No. | Assessment |
|---|---|---|---|---|---|
| In Re Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation | D. Mass | 1:13-md-2428-DPW | 12/15/2015 | 865 | 9% |
| In re Ethicon, Inc., Power Morcellator Products Liability Litigation | D. Kan | 2:15-md-2652 | 5/2/2016 | 228 | range between 6% and 12% |
| In Re Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Product Liability Litigation | SDIN | 1:14-ml-2570 | 3/16/2016 | 1246 | 8% |
| In Re Actos (Pioglitazone) Products Liability Litigation | WDLA | 6:11-md-2299 | 2/29/2016 | 5850 | 8.60% |
| In Re Bard IVC Filters Products Liability Litigation | D. Ariz | 2:15-md-02641-DGC | 12/18/2015 | 372 | 8% |
| In Re Risperdal and Invega Products Liability Litigation | State of CA - Los Ang County | JCCP 4775 | 5/14/2015 | | 8% |
| In Re Testosterone Replacement Therapy Products Liability Litigation | NDIL | 1:14-cv-1748 | 11/25/2014 | 488 | 10% |
| In Re New England Compounding Pharmacy, Inc. Products Liability Litigation | D. Mass | 1:13-md-02419-RWZ | 8/13/2014 | 1333 | 8% |
| In Re Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation | D. Minn | 0:13-md-2441-DWF- | 5/28/2014 | | range between 4% and 6% |
| In Re Toyota Motor Corp. Untended Acceleration Marketing, Sales Practices and Products Liability Litigation | CDCA | 8:10-ml-02151-JVS-FMO | 6/9/2013 | 3754 | 8% |
| In Re Zimmer Nexgen Knee Implant Products Liability Litigation | NDIL | 1:11-cv-05468 | 2/19/2013 | 740 | 8% |
| In Re Wright Medical Technology Inc., Conserve Hip Implant Products Liability Litigation | NDGA | 1:12-md-2329 | 2/15/2013 | 432 | 7% |
| In Re Nuvaring Products Liability Litigation | EDMO | 4:08-md-01964-RWS | 12/9/2011 | 1129 | 15.50% |
| In Re Vioxx Products Liaiblity Litigation | EDLA | 2:05-md-01657 | 10/19/2010 | 54040 | 6.50% |
| In Re Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Relevent Products Liability Litigation | SDIL | 3:09-md-2100-DRH- PMF | 3/25/2010 | 1042 | range between 6% and 10% |
| In Re Kugel Mesh Hernia Patch Products Liaibility Litigation | D. RI | 1:07-md-1842 | 12/18/2009 | 2415 | 12% |
| In Re Avandia Marketing, Sales Practices and Products Liaiblity Litigation | EDPA | 2:07-md-1871-CMR | 8/26/2009 | 495 | 7% |
| In Re Bextra and Celebrex Marketing Sales and Practices and Product Liability Litigation | NDCA | 3:06-md-1699 | 7/7/2008 | 2507 | initially 4%; amended to range between 8% and 12% |