UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 6: PRODUCTION OF DOCUMENTS REVIEWED IN DEPOSITION PREPARATION**<br><br>Re: Dkt. No. 83 |

At least 48 hours before a noticed fact witness deposition, the deponent shall produce all documents, records, information, or other material reviewed by the deponent in preparation for the deposition. Production may be made by identifying the documents by Bates labels. The deponent will not be required to identify which documents were reviewed at counsel's request. *See, e.g.*, *In re Yasmin & Yaz (Drospirenone) Mktg., Sales Practices & Relevant Prod. Liab. Litig.*, No. 3:09-MD-02100-DRH, 2011 WL 2580764, at *2 (S.D. Ill. June 29, 2011).

Production for the deposition scheduled for January 11, 2017 shall occur at least 12 hours before the deposition.

**IT IS SO ORDERED.**

Dated: January 9, 2017

VINCE CHHABRIA
United States District Judge