UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| This document relates to: ALL ACTIONS | |

Pursuant to NDCal. Civil Local Rules 79-5 and 7-11, Plaintiffs hereby file this Administrative Motion to File under Seal.

### I.  Action Requested

A ruling on whether the Plaintiffs' Motion to Compel Deposition of Jess Rowland, and its attachments, should be filed under seal.

### II.  Reasons Supporting the Request

Pursuant to the Confidentiality Order in place for MDL 2741, any party wishing to use a document designated "confidential" in support of a motion must file an Administrative Motion such as this, to determine whether filing under seal is appropriate.

### III.  CONCLUSION.

For the foregoing reasons, the Plaintiffs seek a ruling on whether the Motion must be filed under seal.

DATED:  January 9, 2017				Respectfully submitted,

/s Robin Greenwald, Michael Miller and Aimee Wagstaff
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5500
F 212-344-5461

Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange VA 22960
Ph 540 672 4224
F 540 672 3055

Aimee Wagstaff
Aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood CO 80226
Ph 303-376-6360
F 303-376-6361

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2017 I electronically filed this Administrative Motion using the CM/ECF system which will send a notification of such filing to counsel of record.

/s/ Michael Miller

## DECLARATION PURSUANT TO CIVIL L.R. 7-11(a)

I, Michael Miller, declare:

1. I am a member of the executive committee of MDL 2741. I make this declaration in support of the above Administrative Motion to File Under Seal. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. The proposed filing quotes extensively from and attaches the following documents, deemed "confidential" by Monsanto:
```
MONGLY00986901
MONGLY01665907
MONGLY03351983
MONGLY00987755
```

 I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of January 2017

/s/ Michael J Miller