UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | |

**[PROPOSED] ORDER ON PLAINTIFF'S PRELIMINARY MOTION TO FILE UNDER SEAL**

Having considered the papers and arguments of counsel, it is hereby

ORDERED

as follows:

1. Plaintiff's Administrative Motion to File under Seal is GRANTED; and

2. The Motion is deemed filed as of this date, to remain under seal.

The Clerk is directed to send certified copies of this order to all counsel of record.

ENTER: this ___ day of _____ 2017.

_____

V. Chhabria, United States District Judge