UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR A COMMON BENEFIT FUND TO COMPENSATE AND REIMBURSE ATTORNEYS FOR COSTS AND EXPENSES INCURRED AND SERVICES PERFORMED FOR MDL ADMINISTRATION AND COMMON BENEFIT** |

For good cause shown, the Court hereby adopts and enters as an Order of this Court the parties' proposed Joint Stipulation and Order Continuing Hearing on Plaintiffs' Motion for a Common Benefit Fund to Compensate and Reimburse Attorneys for Costs and Expenses Incurred and Services Performed for MDL Administration and Common Benefit as follows:

**WHEREAS**, plaintiffs' Motion to Approve Order Establishing a Common Benefit Fund to Compensate and Reimburse Attorneys for Costs and Expenses Incurred and Services Performed for MDL Administration and Common Benefit, ECF No. 73, is currently set for hearing on January 26, 2017 at 10:00 am.

**WHEREAS**, subsequent to the noticing of this hearing date, the Court set the next Case Management Conference for January 27, 2017 at 10:00 am.

**WHEREAS**, the parties hereby jointly stipulate pursuant to Northern District of California Local Rule 7-7(b)(1) to the continuance of the hearing on plaintiffs' motion to January 27, 2017 at 10:00 am, to take place during the Case Management Conference scheduled for that time.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

The hearing on plaintiffs' Motion to Approve Order Establishing a Common Benefit Fund to Compensate and Reimburse Attorneys for Costs and Expenses Incurred and Services Performed for MDL Administration and Common Benefit, ECF No. 73, is continued to January 27, 2017 at 10:00 am.

Date: __January 10_____, 2017

_____
HONORABLE VINCE CHHABRIA
United States District Judge

DATED: January 6, 2017                    Respectfully submitted,

/s/ Michael Miller
Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange VA 22960
Ph 540 672 4224
F 540 672 3055

/s/ Aimee Wagstaff
Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood CO 80226
Ph 303-376-6360
F 303-376-6361

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5500
F 212-344-5461

Co-Lead Counsel for Plaintiffs

1  DATED: January 6, 2017                    Respectfully submitted,

2                                            /s/ Joe G. Hollingsworth
                                             Joe G. Hollingsworth (*pro hac vice*)
3                                            (jhollingsworth@hollingsworthllp.com)
                                             Eric G. Lasker (*pro hac vice*)
4                                            (elasker@hollingsworthllp.com)
5                                            HOLLINGSWORTH LLP
                                             1350 I Street, N.W.
6                                            Washington, DC  20005
                                             Telephone:  (202) 898-5800
7                                            Facsimile:  (202) 682-1639

8                                            Attorneys for Defendant
                                             MONSANTO COMPANY
9

- 3 -

JOINT STIP. AND [PROPOSED] ORDER CONTINUING HR'G ON PLS' MOT. FOR CBF
3:16-md-02741-VC