Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA  22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055

Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No.  16-md-02741 |
| This Document Relates To All Actions | ***CORRECTED* ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Protective and Confidentiality Order entered by the Court on December 9, 2016 ("Protective Order"), Plaintiffs hereby submit this *Corrected* Administrative Motion to File Under Seal.  Pursuant to the Protective Order, "[w]hen a Party wishes to use a document that has been designated as confidential in support of a motion or

other filing with the court, it will move the Court to file the document under seal pursuant to Civil Local Rule 79-5…." *See* Protective Order, ¶ 18.

### I.   Plaintiffs Conditionally Lodge Under Seal Documents Designated as Confidential by Defendants.

Pursuant to Civil Local Rule 79-5(e), Plaintiffs hereby notify the Court that they have conditionally filed under seal documents which have been designated Confidential by Monsanto, or which contain or reference information so designated. Specifically, Plaintiffs have conditionally filed under seal portions of Plaintiffs' Motion to Compel the Deposition of Jess Rowland ("Motion") as well as Exhibits D, E, F, and G to the Motion.

Civil Local Rule 79-5(e)(1) requires that where a submitting party seeks to file documents under seal pursuant to a confidential designation imposed by another party, the designating party must within four (4) days of the Administrative Motion to Seal file a declaration establishing that the designated material should remain under seal.

This application is also based on the information set forth in the Declaration of Michael Miller in Support of Corrected Administrative Motion to File Under Seal, filed concurrently herewith.

Dated:  January 10, 2017

*/s/ Robin Greenwald*
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

*/s/ Michael Miller*
Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA  22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055

*/s/ Aimee Wagstaff*
Aimee Wagstaff

1
2
3

aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

4

*Attorneys for Plaintiffs*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

**ECF CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

DATED: January 10, 2017                                       ANDRUS ANDERSON LLP

By:    */s/ Lori E. Andrus*
       Lori E. Andrus

Lori E. Andrus (SBN 205816)
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:    (415) 986-1400
Facsimile:     (415) 986-1474
lori@andrusanderson.com