Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461

Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055

Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates To All Actions | MDL No. 2741<br><br>Case No. 16-md-02741<br><br>**MILLER DECLARATION IN SUPPORT OF *CORRECTED* ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Michael Miller, declare:

1. I am a member of the executive committee of MDL 2741. I make this declaration in support of Plaintiffs' Corrected Administrative Motion to File Under Seal. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently

1 testify thereto.

2     2.    Plaintiffs have filed conditionally under seal Exhibits D, E, F, and G to Plaintiffs' Motion to Compel the Deposition of Jess Rowland, as these documents have been designated confidential by Monsanto. Plaintiffs have also filed conditionally under seal Plaintiffs' Motion to Compel the Deposition of Jess Rowland, as it contains or references documents and information designated confidential by Monsanto.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 10th day of January, 2017.

                                        */s/ Michael Miller*
                                        Michael Miller

## ECF CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

DATED: January 10, 2017               ANDRUS ANDERSON LLP

                                      By:     /s/ Lori E. Andrus
                                                Lori E. Andrus

                                      Lori E. Andrus (SBN 205816)
                                      155 Montgomery Street, Suite 900
                                      San Francisco, CA  94104
                                      Telephone:    (415) 986-1400
                                      Facsimile:    (415) 986-1474
                                      lori@andrusanderson.com

### **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record. .

DATED: January 10, 2017                           ANDRUS ANDERSON LLP

By: ___*/s/ Lori E. Andrus*___
       Lori E. Andrus

Lori E. Andrus (SBN 205816)
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:    (415) 986-1400
Facsimile:     (415) 986-1474
lori@andrusanderson.com