**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates To All Actions | MDL No. 2741<br><br>Case No. 16-md-02741<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Having reviewed Plaintiff's Corrected Administrative Motion to File Under Seal and the Declaration of Michael Miller in support thereof, the Court ORDERS that:

Plaintiffs' Motion to Compel the Deposition of Jess Rowland ("Motion to Compel") and Exhibits D, E, F, and G to the Motion to Compel shall remain filed conditionally under seal for four (4) days after the date they were originally filed conditionally under seal, pursuant to the Protective and Confidentiality Order in this case and Civil Local Rule 79-5(e).

Dated:_____

                                                         Hon. Vince Chhabria
                                                         Judge of the United States District Court