# EXHIBIT C

BREAKING NEWS: Top U.S. spy says foreign governments concerned about disparagement of intelligence community **VIEW MORE**

EDITION: UNITED STATES

Business | Markets | World | Politics | Tech | Commentary | Breakingviews | Money | Life



**HEALTH NEWS** | Mon May 2, 2016 | 9:12pm EDT

# EPA takes offline report that says glyphosate not likely carcinogenic



Monsanto's Roundup weedkiller atomizers are displayed for sale at a garden shop at Bonneuil-Sur-Marne near Paris, France, June 16, 2015. REUTERS/Charles Platiau

By **P.J. Huffstutter** | CHICAGO

The U.S. Environmental Protection Agency on Monday pulled a report offline that concluded glyphosate is not likely to be carcinogenic to humans, saying the document was inadvertently published and the agency had not finished its review of the chemical, which is the key ingredient in Monsanto's herbicides.

The 86-page report, seen by Reuters and published on Friday on the regulations.gov website that the EPA manages, was from the EPA's cancer assessment review committee (CARC). It found that glyphosate, the active ingredient in the world's mostly widely used weedkiller, was "not likely to be carcinogenic to humans."

The EPA took down the report and other documents on Monday afternoon, saying it did so "because our assessment is not final," in an emailed statement to Reuters. The agency said the documents were "preliminary" and that they were published "inadvertently."

But a covering memo that was part of the documents seen by Reuters described the report as the committee's "final Cancer Assessment Document." "FINAL" was printed on each page of the report, which was dated Oct. 1, 2015.

The EPA declined to comment on whether the report, or the 13 other documents that were also published and subsequently taken down on Monday, indicate whether the agency ultimately will conclude that glyphosate is not carcinogenic.



**TRENDING STORIES**

1   Dismal holiday sales at Macy's, Kohl's spell gloom for sector

2   Norway PM says UK lacks negotiating experience, fears 'very hard Brexit'

3   Congress begins Russia hacking probe, Trump defends comments on U.S. intelligence

4   Thursday Morning Briefing: U.S. spooks say they have the goods on Russian hacking

5   Jobless claims fall to near 43-year low

**BREAKING NEWS:** Top U.S. spy says foreign governments concerned about disparagement of intelligence community **VIEW MORE**

year, the World Health Organization's cancer arm, the International Agency for Research on Cancer, classified glyphosate as "probably carcinogenic to humans."

Other government authorities have issued a variety of opinions on glyphosate. The European Food Safety Authority last November said glyphosate was "unlikely to pose a carcinogenic hazard to humans."

**MONSANTO: REPORT "CLEARLY LABELED"**

Monsanto Co, whose Roundup herbicide line uses glyphosate as a key active ingredient, responded to the EPA's document, saying in a statement on Monday that the agency had issued an "official classification" that glyphosate was not likely to be carcinogenic.

Monsanto said the document was "clearly labeled and signed as the final report of EPA's Cancer Assessment Review Committee," in an email to Reuters on Monday after the documents had been removed.

The EPA said its documents are part of its broader registration review, which began in 2009, of glyphosate and its potential human health and environmental risks.

"EPA has not completed our cancer review," the EPA told Reuters in a statement. "We will look at the work of other governments as well as work by (the U.S. Department of Health and Human Services') Agricultural Health Study as we move to make a decision on glyphosate."

**ALSO IN HEALTH NEWS**

Scientists link higher dementia risk to living near heavy traffic

Trump presses Democrats on Obamacare, urges bipartisan fix

The EPA said its assessment will be peer reviewed and completed by the end of 2016.

A reporter with Bloomberg BNA, a subsidiary of Bloomberg, had posted a link to the documents on Twitter on Monday morning. The EPA documents, while available, sparked strong reactions from critics of the world's most widely used weed killer.

"All they're doing is reviewing studies that are funded by the industry," said Jennifer Sass, a senior scientist at Natural Resources Defense Council, an environmental and public health advocacy group.

In addition to the cancer assessment report, the documents that the EPA removed included summaries of three 2015 meetings between EPA officials and Monsanto; preliminary ecological risk assessments of glyphosate on milkweed, which is key to the health of monarch butterflies; a report discussing possible label amendments to two of Monsanto's Roundup products when used on oilseeds, fruit and other crops; and a six-slide Monsanto presentation to the EPA officials.

(Reporting by P.J. Huffstutter; Editing by Jo Winterbottom and Leslie Adler)

**NEXT IN HEALTH NEWS**

**China confirms latest human death from H7N9 bird flu**

BEIJING A man in China's eastern province of Shandong has become at least the fourth person to die this winter from H7N9 bird flu, state media said on Thursday, while officials in southern Guangdong confirmed 14 cases of the virus in December.

**Austrian farms told to keep poultry indoors to combat bird flu**

VIENNA Austria has ordered its farmers to keep all poultry indoors from next week, extending measures to fight bird flu as the contagious virus spreads in neighboring European countries.

PICTURES OF THE **DAY**



**Editor's Choice**

MORE FROM **REUTERS**         SPONSORED **CONTENT**

BREAKING NEWS: Top U.S. spy says foreign governments concerned about disparagement of intelligence community **VIEW MORE**

soon as 2017... *The Sovereign Society*

China plans 'toilet revolution' to boost...

The Motley Fool Gives "Total Conviction" Buy Signal *The Motley Fool*

Jim Cramer Is Alerting Investors Of His Trades In Real-Time *Topdust for TheStreet*

Former NFL player Carpenter dies aged 39

$500,000 Term Life Coverage For Less Than $0.54/Day *AIG Direct*

Use Disruptive Tech To Sell Your Home Fast
*HomeLight*

Passenger removed from flight after confrontation with Ivanka Trump

Promoted by **Dianomi**

SPONSORED **TOPICS**

Heisman Trophy winner Rashaan Salaam committed suicide -coroner




FROM AROUND THE **WEB**    Promoted by Taboola

What Diet Soda Does To Belly Fat
*Bio X4 Supplement*

How Blue Apron is Changing the Way People Cook at Home
*Blue Apron*

Eat Better in 2017 With This Meal Kit
*Home Chef*

7 Things Glasses Stores Don't Want You to Know
*GlassesUSA.com*

Why These 10 SUVs are the Cream of the Crop
*Kelley Blue Book*

4 Easy Remedies for Psoriasis
*Livestrong for Healthline*

Follow Reuters:    Subscribe: Feeds | Newsletters | Podcasts | Apps

Reuters News Agency | Brand Attribution Guidelines

Reuters is the news and media division of Thomson Reuters. Thomson Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline news, small business news, news alerts, personal finance, stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Learn more about Thomson Reuters products:

**EIKON**
Information, analytics and exclusive news on financial markets - delivered in an intuitive

**ELEKTRON**
Everything you need to empower your workflow and enhance your

**WORLD-CHECK**
Screen for heightened risk individual and entities globally to help uncover hidden risks in business

**WESTLAW**
Build the strongest argument relying on authoritative content, attorney-editor expertise,

**ONESOURCE**
The most comprehensive solution to manage all your complex and ever-

**CHECKPOINT**
The industry leader for online information for tax, accounting and finance professionals

**BREAKING NEWS:** Top U.S. spy says foreign governments concerned about disparagement of intelligence community  VIEW MORE

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2017 Reuters. All Rights Reserved. | Site Feedback | Corrections | Advertising Guidelines | AdChoices | Terms of Use | Privacy Policy