UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE NUMBERING OF GENERAL CAUSATION FACT WITNESS DEPOSITION EXHIBITS** |

For good cause shown, the Court hereby adopts and enters as an Order of this Court the parties' proposed Joint Stipulation and Order Regarding the Numbering of Deposition Exhibits used for fact witnesses during general causation discovery in the MDL cases:

**WHEREAS,** Northern District of California Local Rule 30-2 requires consecutive numbering of exhibits used in depositions throughout a case;

**WHEREAS,** the parties believe such a system may be unwieldy considering the likelihood of numerous and potentially simultaneous depositions in the above-captioned MDL proceeding;

**WHEREAS**, the parties hereby stipulate that each fact witness deposed on general causation issues in the above captioned case shall be assigned an "index" number prior to their deposition. The index numbers shall be assigned consecutively beginning at "1" for the first deposition in the above captioned case, and in numerical order thereafter. Each deposition exhibit for a given witness shall be numbered consecutively in the following format: "index number – deposition exhibit number." For example, the first exhibit in the deposition of the first Monsanto general causation fact witness scheduled for January 11 shall be numbered "1-1." The first exhibit in the second deposition shall be numbered "2-1." In the event that two or more depositions are taking place on the same day, the parties shall agree ahead of time which index number will be assigned to each deponent.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

The deposition exhibit numbering system outlined in Northern District of California Local Rule 30-2 shall not apply to the above captioned case. Instead, deposition exhibits shall be numbered in the format and manner stipulated by the parties, as set out above.

Date: _____, 2017

_____
HONORABLE VINCE CHHABRIA
United States District Judge

DATED: January 11, 2017                    Respectfully submitted,

/s/ Michael Miller
Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange VA 22960
Ph 540 672 4224
F 540 672 3055

/s/ Aimee Wagstaff
Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood CO 80226
Ph 303-376-6360
F 303-376-6361

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5500
F 212-344-5461

Co-Lead Counsel for Plaintiffs

- 3 -

| | |
|---|---|
| 1  DATED: January 11, 2017 | Respectfully submitted, |
| 2 | /s/ Joe G. Hollingsworth |
|   | Joe G. Hollingsworth (*pro hac vice*) |
| 3 | (jhollingsworth@hollingsworthllp.com) |
|   | Eric G. Lasker (*pro hac vice*) |
| 4 | (elasker@hollingsworthllp.com) |
| 5 | HOLLINGSWORTH LLP |
|   | 1350 I Street, N.W. |
| 6 | Washington, DC  20005 |
|   | Telephone:  (202) 898-5800 |
| 7 | Facsimile:  (202) 682-1639 |
| 8 | |
|   | Attorneys for Defendant |
| 9 | MONSANTO COMPANY |

- 3 -

JOINT STIP. AND [PROPOSED] ORDER REGARDING DEPOSITION EXHIBITS
3:16-md-02741-VC