KIMBERLY FUCHS
kimberly.fuchs@oag.texas.gov
Texas Office of the Attorney General
Administrative Law Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4195
Facsimile: (512) 320-0167

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>16-mc-80232     *Hardeman*<br><br>16-cv-0525     *Hardeman* | **NON-PARTIES BLEDSOE AND TEXAS A&M UNIVERSITY'S RESPONSE TO THE COURT'S REQUEST FOR ADDITIONAL INFORMATION** |

### **NON-PARTIES BLEDSOE & TEXAS A&M UNIVERSITY'S RESPONSE TO THE COURT'S REQUEST FOR ADDITIONAL INFORMATION**

TO THE HONORABLE JUDGE OF SAID COURT:

Non-parties Bledsoe and Texas A&M University (collectively "the University") file this response to this Court's December 21, 2016 request that the University provide additional information regarding the ownership of the information subject to Defendant Monsanto Company's subpoena directed at the University.

The University contacted the World Health Organization (WHO)[1] in an effort to obtain such information. WHO maintains that the information subject to the subpoena is property of the WHO and provided the following information, attached to this filing:

1) Letter from Sigrid Kranawetter, Principal Legal Officer of the WHO, explaining the organization's ownership of the documents;

2) Dr. Rusyn's declaration of interest in the working group;

3) The official invitation for Dr. Rusyn to join the working group;

4) IARC Monographs Preamble; and

5) April 2016 letter to working group members regarding the confidentiality of the working group information.

Dated: January 12, 2017

                          Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

NICHOLE BUNKER-HENDERSON
Chief, Administrative Law Division

/s/ Kimberly Fuchs
KIMBERLY FUCHS
Assistant Attorney General
Texas State Bar No. 24044140
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION

---

[1] The International Agency for Research on Cancer (IARC) is the specialized cancer agency of the World Health Organization.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

P.O. Box 12548
Austin, Texas  78711-2548
Telephone: (512) 475-4195
Facsimile:  (512) 457-4608
E-mail: kimberly.fuchs@oag.texas.gov
ATTORNEYS FOR NON-PARTIES BLEDSOE AND TEXAS A&M UNIVERSITY