**World Health Organization**

20, AVENUE APPIA – CH-1211 GENEVA 27 – SWITZERLAND – TEL CENTRAL +41 22 791 2111 – FAX CENTRAL +41 22 791 3111 – WWW.WHO.INT

| | |
|---|---|
| Tel. direct: +41 22 791 2614 | Office of General Counsel |
| Fax direct: +41 22 791 | Attn. Ms Kimberley Fuchs |
| E-mail : kranawetters@who.int | Texas |
| | USA |
| In reply please refer to: | |
| Your reference: | **SENT VIA EMAIL** |
| | Kimberly.Fuchs@oag.texas.gov |

12 January 2016

Dear Ms Fuchs,

Thank you for giving us an opportunity to provide additional information. While the legal basis for the ownership of the documents is the already referred article 67 of the WHO Constitution in conjunction with sections 288a(b) and 288a(c) of the International Organization Immunities Act (IOIA), we can address some of the arguments put forward by Monsanto's Counsel.

At the beginning of Working Group (WG) 112 all members were informed verbally in a presentation by the Head of the IARC Monograph Programme that they serve as individual scientists and not representatives of any institution or organization. It was emphasized that the Working Group should be free from all attempts at interference - before, during, and after the meeting (including: no lobbying by interested parties, no written materials from interested parties, no offers of meals, drinks, social invitations, or other favours, no reporting, blogging, or otherwise commenting about the meeting during the course of the meeting, no recording of any part of the meeting by any means). WG members were informed of their responsibility to safeguard the integrity of everyone's work, to resist all outside attempts to influence the meeting and to report all attempts, *in confidence*, to the head of the programme. The ways of working of the monograph working groups are set out in the IARC Monographs Preamble (attached), Section 5 ("Meeting Participants").

It has always been the case that all documents related to any IARC Monograph Working Group have been considered property of IARC. The "Confidentiality Undertaking" that IARC WG members are now requested to sign was put in place to ensure that all WG members are aware of this situation, which is a direct consequence of IARC's legal status, as part of WHO, and does not to create a new situation. The independent experts participating in IARC's working groups are not contracted and the nature of their collaboration with IARC in the context of a monograph WG makes it clear that the output of the working group and related documents belong to IARC and not the individual WG members.

IARC informed the WG 112 members on 7 April 2016 (attached "Monograph V112 Letter to WGMembers") that the documents belonged to IARC, several months before the issuance of the subpoenas in Hardemann vs Monsanto. Monsanto's counsel states, *"In August 2016, Monsanto subpoenaed the following members of Working Group 112: Dr. Aaron Blair, Dr. Charles Jameson, Dr. Matthew Ross, Dr. Ivan Rusyn, and Dr. Lauren Zeise."*

منظمة الصحة العالمية • 世界卫生组织

Organisation mondiale de la Santé • Всемирная организация здравоохранения • Organización Mundial de la Salud

Before that time, IARC was not aware that its ownership of the documents was being put in doubt or that individual working group members were under pressure to produce documents they did not own. It should be noted that IARC itself was never requested by Monsanto or Monsanto's counsel to share any of the documents mentioned in the subpoenas. It should further be noted that when IARC agrees or authorizes, on a case by case basis, to share a document, that does not constitute a waiver of its privileges, immunities or inviolability of its archives or mean that IARC relinquishes its ownership of the document; neither does the fact that some working group members have disclosed documents owned by IARC without the authorization of IARC.

Monsanto's response makes misleading statements about documents released from other WG112 members; in fact, some of the documents produced are not even related to WG112 or glyphosate. For instance, Monsanto states "*On October 27, 2016 and November 22, 2016, Dr. Blair produced responsive documents to Monsanto's subpoena. Included in the documents was a first draft of section 2 of the tetrachlorvinphos monograph, which Dr. Blair was assigned to write.*" The draft section on tetrachlorvinphos is for a separate Monograph, on tetrachlorvinphos rather than glyphosate, another one of the five distinct and independent Monographs included in V112.

Other claims concerning the WG112 members in Monsanto's response are false. For instance, Monsanto states, "*Dr. Zeise, in addition to being a Working Group 112 member, is—and was at the time that she served on Working Group 112—the director of the California Office of Environmental Health Hazard Assessment ("OEHHA").*" At the time Dr. Zeise served on the WG112, the late Dr. George Alexeef was the director of OEHHA (see http://oehha.ca.gov/about/general-info/george-alexeeff).

Monsanto's response selectively quotes from the IARC press release (https://www.iarc.fr/en/media-centre/iarcnews/pdf/Reuters_questions_and_answers_Oct2016.pdf) to falsely assert that "*Despite Texas A&M's position that the documents requested by Monsanto's subpoena are privileged and owned by IARC, IARC expressly and publicly has stated otherwise.*" In fact, the press release clearly reasserts IARC's privileges, stating that "*IARC is a part of the World Health Organization (WHO). WHO is an international organization established by treaty and subject to international law. As such, IARC advised scientists and their institutions that draft scientific materials are considered part of the inviolable archives of IARC and under the International Organizations Immunities Act (IOIA) are not subject to release. Furthermore, in respect of words spoken or written or acts done by them in the performance of their official functions, experts serving on IARC committees have immunity from legal process of every kind.*" The press release further states that "*The official record of the Monographs meeting is the published Monograph. In the case of the Monograph on glyphosate, this was publicly available before any open-records requests or subpoenas were issued.*"

We hope that this letter may clarify the issues raised and we reiterate that the privileges and immunities provided for under the IOIA extend to IARC's property, wherever located and by whomsoever held, and the inviolability of IARC's archives extends to all documents created or held in the course of an independent expert's work for IARC, including in the context of a Monograph Working Group.

Yours sincerely,

Sigrid Kranawetter
Principal Legal Officer
