| | |
|---|---|
| **From:** | monograph112.dis |
| **To:** | Rusyn, Ivan I (iir@unc.edu) |
| **Cc:** | ivan.rusyn@gmail.com |
| **Subject:** | Official invitation: IARC Monograpsh Vol. 112, Lyon, France, 3-10 March 2015 |
| **Attachments:** | Hotel description and directions.doc |
| | Travel_info.doc |
| | Hotel and travel form 112.doc |
| | Lyon_map_with_hotels_IARC_metro.ppt |

**Official Invitation**
***IARC Monographs*** **on the Evaluation of Carcinogenic Risks to Humans**
**Volume 112 - 'Some pesticides and related chemicals'**
**3-10 March 2015**
**Lyon, France**

Dear Dr Rusyn,

Following our prior correspondence by e-mail, we are pleased to officially invite you to participate in the *IARC Monographs* Working Group for volume 112.  The Working Group will meet at the International Agency for Research on Cancer (IARC) in Lyon, France, from Tuesday 3 March 2015 9am through Tuesday 10 March 2015 6pm (Saturday included).  **Your participation for the full duration of the meeting is required.**

**You will receive a writing assignment shortly.** Experience has shown that **on-time completion** of writing assignments and pre-meeting peer-review are key to the efficiency of the meeting and the ultimate quality of the *Monographs*. Accordingly, **we require all participants to comply with the following schedule:**

| | |
|---|---|
| 31.10.2014 | **Preliminary working papers and reference list due to IARC** |
| 12.01.2015 | **Peer-reviews due to IARC** |
| 02.02.2015 | **Revised working papers and reference list due to IARC** |

During the 8-day *Monograph* meeting, you will be expected to take an active part in peer-reviewing and revising all drafts, and discussing and finalizing the evaluations.  The entire volume is the joint product of the Working Group and there are no individually authored sections.

We thank you for completing IARC's Declaration of Interests, which we will ask you to update at the *Monograph* meeting.  As a condition of your participation, description of any pertinent interests will be disclosed at the meeting and in the published Volume 112.

IARC will publish a summary of the meeting in *The Lancet Oncology* on behalf of the Working Group. You will be requested to complete the conflict-of-interest form used by *The Lancet Oncology*, and their editor will disclose conflicting interests alongside IARC's summary of the meeting.

In the spirit of transparency, IARC will post the names of participants on the *Monographs* programme website in advance of the meeting.  It is important that there be **no interference from interested parties with the Working Group**, before or during the meeting.  Accordingly, we ask you not to discuss the subject matter with anyone with a conflicting interest and to let us know if anyone attempts to lobby you, send you written materials, or make any offer that may be linked to your participation.

The Agency will provide you with a prepaid ticket for your travel by the most direct route (cheapest economy airfare available) through our travel agent. In addition, you will receive a daily allowance (per diem) and travel allowance as follows:

- Per diem: 170 € per night during the authorized travel period (reduced to 50% during overnight

   flights);
- Travel allowance: 45 € for each arrival and departure to and from Lyon St Exupéry airport and 25 € to and from other airports on the approved official itinerary.

These allowances are intended to cover your hotel expenses, meals, and other incidental expenses including transfers to and from airport. They will be paid to you on the first day of the meeting upon your submission of an expense claim form and complete supporting documents including incoming boarding passes. We kindly ask you to ensure that all hotel bills are paid directly to the hotel prior to the departure. (U.S. Government employees should note that no U.S. Government funds will be used for their expenses and no honorarium will be paid.)  Travel and hotel information is attached, including **a hotel and travel form which we kindly request you to return by 15 December 2014 at the latest.**

We look forward to working with you and welcoming you to Lyon.

Yours sincerely,


Kate Z. Guyton, PhD DABT
Responsible Officer for the meeting


Kurt Straif, MD, PhD
Head, IARC Monographs Section

International Agency for Research on Cancer/Centre International de Recherche sur le Cancer
150, cours Albert Thomas
F-69372 Lyon Cedex 08
France
Tel: 33-4-72.73.86.54
Fax: 33-4-72.73.83.19
monograph112@iarc.fr
http://monographs.iarc.fr/

---

Except for insurance coverage provided for accidents and loss of, or damage to, baggage and personal effects during travel, WHO will not be responsible for any loss, accident, damage or injury suffered by an expert, or any person claiming under such expert, arising in or out of his/her participation in this activity.   WHO will not be responsible for any claims which are not covered, or which exceed the coverage provided, under WHO's insurance coverage. Experts serve in their individual capacities as scientists and not as representatives of their government or any organization with which they are affiliated.  It is understood that the execution of this work does not create any employer-employee relationship between yourself and the World Health Organization, of which IARC is a part. Furthermore, experts are required to disclose all circumstances that could give rise to a potential conflict of interest as a result of their membership in the expert committee, advisory group or other activity, in accordance with the procedures established by the Director-General for that purpose.

---