# International Agency for Research on Cancer


**World Health Organization**

150 cours Albert Thomas
69372 Lyon cedex 08, France

Office of the Director of
Administration and Finance
Tel.: +33 4 72 73 81 78
Fax: +33 4 72 73 83 94
E-mail: daf@iarc.fr
http://www.iarc.fr

Ref.:   IMO/75/1/-0                                07 April 2016
        vv/as

Dear Working Group Members,

### IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Volume 112: Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos

It has come to our attention that some members of the Working Group of the above-mentioned IARC Monographs Volume 112, or their institutes, received requests for disclosure of documents relating to their work as members of the Working Group.

As a member of the Working Group, we would like to bring to your attention that all documents in your possession, or your institute's possession, relating to your work as a member of this Working Group are documents of the International Agency for Research on Cancer (IARC).

This is also to inform you that, taking into account the status of IARC, which is a part of the World Health Organization (WHO) – an international organization established by treaty and subject to international law – any disclosure of IARC documents in your, or your institute's possession, including any related communications, would be contrary to its privileges and immunities. Moreover, insofar as any such document is a draft document or contains comments on draft documents, these are not intended for further circulation or citation. Furthermore, disclosure of information about the contribution of individual experts (including all members of the Working Group) to the Monographs Volume 112 and any related communications would be prejudicial to the work of IARC/WHO. The development of monographs requires the free and confidential exchange of views and information, bearing also in mind that the entire monograph is the joint product of a Working Group and there are no individually authored sections.

For all of the above reasons, IARC requests you and your institute to not release any documents in your, or your institute's possession relating to your work in the capacity as a member of the Working Group. Should you or institute have any doubt, please contact us – or please ask your institute to contact us - urgently by email to imo@iarc.fr, before responding to any request for disclosure of IARC documents.

Thank you for your cooperation.

Yours faithfully,

Angkana Santhiprechachit
Director of Administration and Finance, ad interim