**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
Rosemary Stewart (*pro hac vice*)
James M. Sullivan (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:    202-898-5800
Fax:   202-682-1639
Email: jhollingsworth@hollingsworthllp.com
　　　 elasker@hollingsworthllp.com
　　　 rstewart@hollingsworthllp.com
　　　 jsullivan@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br>ALL ACTIONS | |

**DECLARATION OF ROSEMARY STEWART IN SUPPORT OF**
**MONSANTO COMPANY'S MOTION TO MAINTAIN CONFIDENTIALITY**

I, Rosemary Stewart, hereby declare as follows:

1.    I am an attorney at law and am a Partner of the law firm of Hollingsworth LLP, counsel for defendant Monsanto Company ("Monsanto").  I make this declaration in support of Monsanto's Motion to Maintain Confidentiality.  I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2.    On January 9, 2017, Plaintiffs served Monsanto with Plaintiffs' Administrative Motion to File Under Seal, as supplemented by a *Corrected* Administrative Motion to File Under Seal ("Motion to Seal"), filed with the Court on January 10, 2017.  The Motion to Seal notes that Plaintiffs conditionally filed under seal their Motion to Compel the Deposition of Jess Rowland ("Motion to Compel") and four exhibits filed in support of that motion.  The exhibits are four

1  internal, non-public corporate documents Monsanto designated as Confidential pursuant to the
2  Protective and Confidentiality Order issued by this Court on December 9, 2016 (ECF No. 64).

3     3.     Plaintiffs' January 9, 2017 email attaching the original Motion to Seal stated that
4  the burden was now on Monsanto to establish the need for the continued confidentiality of the
5  four documents made exhibits to plaintiffs' Motion to Compel.  Also on January 9, 2017, in a
6  follow-up email, Plaintiffs clarified that they had challenged "the confidentiality designations of
7  the documents identified" in the Motion to Seal, and thereby started "the meet and confer 'clock'
8  in the Protective Order."

9     4.     Under the Protective Order, the parties must "attempt to resolve each challenge
10 [to confidentiality] in good faith and must begin the process by conferring directly (in voice to
11 voice dialogue…) within 14 days of the date of the service of notice."  Protective and
12 Confidentiality Order ¶ 16.2.

13     5.     On January 13, 2017, four days after service of notice that Plaintiffs challenged
14 the confidentiality of the four documents at issue, I conferred with four plaintiffs' counsel
15 (Timothy Litzenburg, Aimee Wagstaff, Robin Greenwald and Pearl Robertson) telephonically in
16 an attempt to resolve Plaintiffs' stated challenge.  During the call, I described in detail the
17 reasons that Monsanto believes the documents at issue are and should remain confidential and
18 filed under seal.  Plaintiffs disagreed and we were not able to narrow or resolve our differences.
19 As a result, Monsanto has filed its Motion to Maintain Confidentiality pursuant to Protective and
20 Confidentiality Order ¶ 16.3.

21 I hereby declare under penalty of perjury that the facts set forth herein are true and
22 correct. Executed this 13th day of January 2017.

*Rosemary Stewart*
Rosemary Stewart (*pro hac vice*)
(rstewart@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY

- 3 -
DECLARATION ISO MONSANTO CO.'S MOTION TO MAINTAIN CONFIDENTIALITY
16-md-02741-VC