**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
Rosemary Stewart (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:   202-898-5800
Fax:   202-682-1639
Email: jhollingsworth@hollingsworthllp.com
       elasker@hollingsworthllp.com
       rstewart@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | |

**DECLARATION OF ROBYN D. BUCK IN SUPPORT OF
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND
MONSANTO'S RELATED MOTION TO MAINTAIN CONFIDENTIALITY**

I, Robyn D. Buck, hereby declare as follows:

1.      I am employed by Defendant Monsanto Company ("Monsanto") as Litigation Counsel.  I submit this declaration in support of Plaintiffs' Administrative Motion to File Under Seal ("Motion to Seal"), dated January 9, 2017, Monsanto's Response in Support, and Monsanto's Related Motion to Maintain Confidentiality.  Except as otherwise noted, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently to these matters.

2.      The Motion to Seal seeks to file under seal four documents that Plaintiffs attach as exhibits to and quote and characterize within their Motion to Compel the Deposition of Jess Rowland ("Motion to Compel").  These four documents produced to plaintiffs in discovery have been designated as "Confidential" by Monsanto pursuant to the Protective and Confidentiality

Order issued by the Court on December 9, 2016 (ECF No. 64). Each of these documents are documents that individuals working for Monsanto are required to maintain as confidential, and there is no information that any of these documents have been publicly disclosed at this time. Public disclosure of these documents could harm Monsanto by revealing proprietary business information, internal processes, procedures, and strategies. Further, the ability of employees to speak freely in developing and implementing business and/or regulatory strategy and goals would be inhibited if documents that have not been used for a merits-based litigation decision nevertheless become subject to public disclosure. Moreover, such disclosure of statements of particular employees at a particular time would be publicly disclosed out-of-context with the potential to prejudice the litigation and create misleading impressions. In addition to these general reasons for sealing, additional specific reasons are provided below for the four documents at issue.

3. <u>Motion to Compel Exhibit E (MONGLY01665907-09)</u> is an internal memorandum presenting regulatory "goals" regarding two different Monsanto products, dicamba and glyphosate. The document contains internal analysis of certain Monsanto personnel regarding the political, technological/scientific, and other factors to be assessed in relation to each stated "goal." It contains confidential business strategies that were never meant to be publicly disclosed and in fact the memorandum was marked within the company – separate from this litigation – as "Monsanto Company Confidential." Public disclosure of this document would cause harm to Monsanto by revealing non-public information about how Monsanto plans its business and/or regulatory strategy as well as particulars of the strategies discussed in the document. It contains confidential strategic planning throughout and redactions would leave little of substance unredacted. Further, dicamba is not a glyphosate-containing product and the discussion of it at MONGLY01665907 is irrelevant to this litigation. Because Motion to Compel Exhibit E contains sensitive, non-public information, Monsanto respectfully requests that the Court allow Plaintiffs to file it under seal, and Monsanto also requests that it be maintained under seal indefinitely.

4. <u>Motion to Compel Exhibit D (MONGLY00987755-58)</u> is an internal email chain

in which Monsanto employees strategize regarding whether and what studies should be conducted. The analysis includes discussion of communications with the U.S. Environmental Protection Agency ("EPA"), Monsanto's primary federal regulator, regarding the sufficiency and status of the regulatory and scientific record, which includes studies submitted by Monsanto to EPA that are not otherwise publicly available. Public disclosure of this document would cause harm to Monsanto by revealing proprietary information regarding Monsanto's internal strategies and processes for assessing potential scientific and regulatory actions and its approach to communications with the EPA. Redaction of this document would leave little or nothing of substance. Because Motion to Compel Exhibit D contains sensitive, non-public information, Monsanto respectfully requests that the Court allow Plaintiffs to file it under seal, and Monsanto also requests that it be maintained under seal indefinitely.

5. <u>Motion to Compel Exhibit F (MONGLY03351983)</u> is an internal email chain which contains two parts. One part contains an internal assessment and impression of a Monsanto employee of communications with EPA as they relate to Monsanto business strategy and planning. Public disclosure of this document would cause harm to Monsanto by revealing non-public information regarding Monsanto's approach to communications with the EPA and business strategy development as well as internal considerations regarding glyphosate. The earlier part of the email chain contains one employee's internal assessment of particular scientific studies, their relationship to other studies, and evaluation to assist with strategic planning including possible response to studies. Public disclosure of this document would harm Monsanto by revealing non-public, internal business planning, advice, and proposed strategies. Redaction of this document would leave little or nothing of substance. Because Motion to Compel Exhibit F contains sensitive, non-public information, Monsanto respectfully requests that the Court allow Plaintiffs to file it under seal, and Monsanto also requests that it be maintained under seal indefinitely.

6. <u>Motion to Compel Exhibit G (MONGLY00986901)</u> is an internal email between Monsanto employees which discusses one employee's selected perceptions of certain EPA employees as related to internal assessment of a particular planned meeting. Public disclosure of

1  this document would harm Monsanto because the document, that was not intended for public
2  disclosure and simply conveys one employee's thoughts at a particular time, would be
3  mischaracterized as company statements, just as plaintiffs have attempted to do in their Motion.
4  Redaction of this document would leave nothing of substance.  Because Motion to Compel
5  Exhibit G contains sensitive, non-public information, Monsanto respectfully requests that the
6  Court allow Plaintiffs to file it under seal, and Monsanto also requests that it be maintained under
7  seal indefinitely.
8        I hereby declare under penalty of perjury that the facts set forth herein are true and
9  correct.  Executed this 13th day of January 2017 in St. Louis, Missouri.

*/s/ Robyn D. Buck R.S.*
ROBYN D. BUCK