1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10

11  | IN RE: ROUNDUP PRODUCTS | MDL No. 2741 |
12  | LIABILITY LITIGATION | Case No. 16-md-02741-VC |

13  | This document relates to: | **[PROPOSED] ORDER TO SEAL DOCUMENTS** |
14  | ALL ACTIONS | |

15
        The Court, having considered, pursuant to Civil Local Rules 79-5 and 7-11, the request by
16
Defendant Monsanto Company to seal certain exhibits submitted by Plaintiffs in support of their
17
Motion to Compel the Deposition of Jess Rowland, and for good cause shown, hereby **GRANTS**
18
Monsanto's request and ORDERS that the following documents be maintained under seal until
19
further order of the Court:
20
   a. **Exhibit D**: MONGLY00987755-58.  This document shall be maintained by the Court
21
      under seal.
22
   b. **Exhibit E**: MONGLY01665907-09.  This document shall be maintained by the Court
23
      under seal.
24
   c. **Exhibit F**: MONGLY03351983.  This document shall be maintained by the Court
25
      under seal.
26
   d. **Exhibit G**: MONGLY00986901.  This document shall be maintained by the Court
27
      under seal.
28

- 1 -

e.  **Motion to Compel the Deposition of Jess Rowland**.  Plaintiffs filed this motion publicly with the exception of certain redactions, referring to and quoting from Exhibits D through G.  The unredacted copy of this document shall be maintained by the Court under seal.

Date: _____, 2017             _____
                                                    HONORABLE VINCE CHHABRIA
                                                    UNITED STATES DISTRICT COURT