# Exhibit A - 1.11.17 Confidentiality Challenge No. 1

| | Bates Label | | Bates Label | | Bates Label | | Bates Label |
|---|---|---|---|---|---|---|---|
| Challenged 1/09/17 | **MONGLY 00987755** | 24 | MONGLY 00977035 | 51 | MONGLY 00895519 | 78 | MONGLY 01020708 |
| Challenged 1/09/17 | **MONGLY 01665907** | 25 | MONGLY 01031800 | 52 | MONGLY 00877463 | 79 | MONGLY 01020891 |
| Challenged 1/09/17 | **MONGLY 03351983** | 26 | MONGLY 01249822 | 53 | MONGLY 00878075 | 80 | MONGLY 01021436 |
| Challenged 1/09/17 | **MONGLY 00986901** | 27 | MONGLY 02062629 | 54 | MONGLY 00878285 | 81 | MONGLY 01021541 |
| 1 | MONGLY 01199776 | 28 | MONGLY 02285682 | 55 | MONGLY 00885167 | 82 | MONGLY 01021835 |
| 2 | MONGLY 01210309 | 29 | MONGLY 02285685 | 56 | MONGLY 00889992 | 83 | MONGLY 01021836 |
| 3 | MONGLY 01213912 | 30 | MONGLY 02285725 | 57 | MONGLY 00891509 | 84 | MONGLY 01021840 |
| 4 | MONGLY 01322037 | 31 | MONGLY 02308279 | 58 | MONGLY 00892451 | 85 | MONGLY 01021845 |
| 5 | MONGLY 01192115 | 32 | MONGLY 02359075 | 59 | MONGLY 01049171 | 86 | MONGLY 01021848 |
| 6 | MONGLY 02155826 | 33 | MONGLY 02530945 | 60 | MONGLY 01115737 | 87 | MONGLY 01021860 |
| 7 | MONGLY 01825671 | 34 | MONGLY 02626553 | 61 | MONGLY 01202774 | 88 | MONGLY 01023319 |
| 8 | MONGLY 00885551 | 35 | MONGLY 02913526 | 62 | MONGLY 01205368 | 89 | MONGLY 01030037 |
| 9 | MONGLY 00877683 | 36 | MONGLY 03328971 | 63 | MONGLY 01221410 | 90 | MONGLY 01666030 |
| 10 | MONGLY 01183933 | 37 | MONGLY 04025957 | 64 | MONGLY 01239583 | 91 | MONGLY 01666059 |
| 11 | MONGLY 00919381 | 38 | MONGLY 04168713 | 65 | MONGLY 01316037 | 92 | MONGLY 01666061 |
| 12 | MONGLY 01030787 | 39 | MONGLY 04272196 | 66 | MONGLY 01700591 | 93 | MONGLY 01666669 |
| 13 | MONGLY 01021648 | 40 | MONGLY 00922458 | 67 | MONGLY 01856408 | 94 | MONGLY 01680778 |
| 14 | MONGLY 01312107 | 41 | MONGLY 00984228 | 68 | MONGLY 02042998 | 95 | MONGLY 01864744 |
| 15 | MONGLY 01312093 | 42 | MONGLY 00923065 | 69 | MONGLY 02054088 | 96 | MONGLY 01864745 |
| 16 | MONGLY 01598004 | 43 | MONGLY 01155974 | 70 | MONGLY 04272266 | 97 | MONGLY 01864788 |
| 17 | MONGLY 01825649 | 44 | MONGLY 01159775 | 71 | MONGLY 00982099 | 98 | MONGLY 01973699 |
| 18 | MONGLY 00878876 | 45 | MONGLY 00874417 | 72 | MONGLY 01031794 | 99 | MONGLY 01981660 |
| 19 | MONGLY 03734971 | 46 | MONGLY 01041300 | 73 | MONGLY 00897786 | 100 | MONGLY 01061857 |
| 20 | MONGLY 02626553 | 47 | MONGLY 00990361 | 74 | MONGLY 00904697 | 101 | MONGLY 01251889 |
| 21 | MONGLY 00878595 | 48 | MONGLY 01995675 | 75 | MONGLY 00901400 | 102 | MONGLY 01179185 |
| 22 | MONGLY 01314233 | 49 | MONGLY 00977267 | 76 | MONGLY 00921329 | 103 | MONGLY 00970556 |
| 23 | MONGLY 00891769 | 50 | MONGLY 01023968 | 77 | MONGLY 00923882 | 104 | MONGLY 00970558 |

| # | ID | # | ID | # | ID | # | ID |
|---|---|---|---|---|---|---|---|
| 105 | MONGLY 03498538 | 129 | MONGLY 01723742 | 153 | MONGLY 00976696 | 177 | MONGLY 00970561 |
| 106 | MONGLY 00922461 | 130 | MONGLY 00888235 | 154 | MONGLY 00977253 | 178 | MONGLY 00978721 |
| 107 | MONGLY 01309977 | 131 | MONGLY 00904905 | 155 | MONGLY 01006341 | 179 | MONGLY 00978722 |
| 108 | MONGLY 01202786 | 132 | MONGLY 00904009 | 156 | MONGLY 01021559 | 180 | MONGLY 00986904 |
| 109 | MONGLY 00889988 | 133 | MONGLY 01045298 | 157 | MONGLY 00948099 | 181 | MONGLY 00986917 |
| 110 | MONGLY 00902069 | 134 | MONGLY 00936725 | 158 | MONGLY 00948101 | 182 | MONGLY 00989806 |
| 111 | MONGLY 00946539 | 135 | MONGLY 00971543 | 159 | MONGLY 00948103 | 183 | MONGLY 01669082 |
| 112 | MONGLY 00946539 | 136 | MONGLY 01096619 | 160 | MONGLY 00948224 | 184 | MONGLY 01680696 |
| 113 | MONGLY 00946543 | 137 | MONGLY 00978886 | 161 | MONGLY 00948225 | 185 | MONGLY 01005057 |
| 114 | MONGLY00946857 | 138 | MONGLY 00987424 | 162 | MONGLY 00948264 | 186 | MONGLY 02435340 |
| 115 | MONGLY 00948116 | 139 | MONGLY 01179968 | 163 | MONGLY 00948279 | 187 | MONGLY 01005282 |
| 116 | MONGLY 00948125 | 140 | MONGLY 02060344 | 164 | MONGLY 00948268 | 188 | MONGLY 01020707 |
| 117 | MONGLY 00946863 | 141 | MONGLY 00925905 | 165 | MONGLY 00948317 | 189 | MONGLY 00953047 |
| 118 | MONGLY 00947657 | 142 | MONGLY 01051709 | 166 | MONGLY 00948342 | 190 | MONGLY 00954084 |
| 119 | MONGLY 00946881 | 143 | MONGLY 01012203 | 167 | MONGLY 00952293 | 191 | MONGLY 00954103 |
| 120 | MONGLY 01970972 | 144 | MONGLY 00878828 | 168 | MONGLY 00952294 | 192 | MONGLY 00954104 |
| 121 | MONGLY 00946869 | 145 | MONGLY 01207339 | 169 | MONGLY 00953046 | 193 | MONGLY 00954194 |
| 122 | MONGLY 00947735 | 146 | MONGLY 00989918 | 170 | MONGLY 02019993 | 194 | MONGLY 00954604 |
| 123 | MONGLY 00947575 | 147 | MONGLY 02117377 | 171 | MONGLY 02063714 | 195 | MONGLY 02699750 |
| 124 | MONGLY 00947764 | 148 | MONGLY 02603540 | 172 | MONGLY 02064187 | 196 | MONGLY 00956960 |
| 125 | MONGLY 00947973 | 149 | MONGLY 02603573 | 173 | MONGLY 02116475 | 197 | MONGLY 01971186 |
| 126 | MONGLY 02650427 | 150 | MONGLY 02649459 | 174 | MONGLY 02117234 | 198 | MONGLY 01972010 |
| 127 | MONGLY 02872497 | 151 | MONGLY 02649485 | 175 | MONGLY 00957909 | 199 | MONGLY 00989918 |
| 128 | MONGLY 03928326 | 152 | MONGLY 00968090 | 176 | MONGLY 00957910 | | |