**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:    202-682-1639
Email: jhollingsworth@hollingsworthllp.com
           elasker@hollingsworthllp.com

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto Company*, 3:16-cv-00525-VC and *Hardeman v. Monsanto Company*, 3:16-mc-80232-VC | |

**MONSANTO COMPANY'S REPLY TO NON-PARTIES BLEDSOE AND TEXAS A&M'S RESPONSE TO THE COURT'S REQUEST FOR ADDITIONAL INFORMATION**

Non-Parties Bledsoe and Texas A&M have not provided any legal basis or evidence through the International Agency for Research on Cancer ("IARC") or otherwise, demonstrating that any of the documents that Monsanto seeks are IARC's property.

**IARC's letter provided no contemporaneous evidence that IARC owns the documents that Monsanto seeks.**

On December 21, 2016, this Court asked Texas A&M to provide the Court with any evidence that may exist to show that IARC contemporaneously claimed the documents Monsanto seeks were its property.[1] Texas A&M, and IARC, have provided none. The January 12, 2017[2]

---

[1] Hr'g Tr. at 13:3-16, In re Roundup Prods. Liab. Litig., No. 3:16-md-02741-VC (N.D. Cal. Dec. 21, 2016) ("Do they have any contemporaneous evidence that they – it was established that these types of things would be considered the World Health Organization's property?"), 58:4-22 (Ex. 1).

- 1 -
MONSANTO CO.'S REPLY TO TEXAS A&M'S RESP. TO REQ. FOR ADDITIONAL INFO.
3:16-md-02741-VC, 3:16-cv-00525-VC & 3:16-mc-80232-VC

letter from IARC's counsel attached to Texas A&M's response strikingly fails to point to *any* contemporaneous evidence at all of a claimed property interest in the Working Group 112 documents, and does not even assert that IARC made such a contemporaneous claim to the Working Group 112 members by any means.

As Monsanto pointed out in its Response to the Court's Request For Additional Information, the Confidentiality Undertaking that IARC **only now** asks working group members to sign does not apply to Working Group 112 members.[3] IARC does not dispute this. It offers that "[a]t the beginning of Working Group (WG) 112 all members were informed verbally in a presentation by the Head of the IARC Monograph Programme that they serve as individual scientists and not [sic] representatives of any institution or organization" and of their "responsibility to safeguard the integrity of everyone's work."[4] If this tends to establish anything, it is that IARC takes the position that the members of Working Group 112 are outside independent scientists, which if anything cuts against a claim of ownership. IARC does not claim that it contemporaneously even *verbally* told the Working Group members that it owned their work product.

The remaining points made by IARC are equally irrelevant to its claim of ownership. Its assertion that Monsanto did not ask *IARC* to produce documents has no bearing on whether it owns the documents that Monsanto sought from Texas A&M and/or Dr. Rusyn, and asking IARC is no legal prerequisite to issuing a subpoena to the persons who actually created the documents – the Working Group members. IARC also quibbles about points made in Monsanto's brief, saying that Dr. Lauren Zeise was not yet the director of the Office of Environmental Health Hazard Assessment when she served on Working Group 112 and that one of the draft working documents that has been produced was about tetrachlorvinphos—one of the

---

[2] The letter is dated 12 January 2016; however, this appears to have been a typographical error.

[3] IARC, *Confidentiality Undertaking*, http://monographs.iarc.fr/ENG/Meetings/118-ConfidentialityUndertaking.pdf; IARC, *IARC Monographs – Meetings*, http://monographs.iarc.fr/ENG/Meetings/.

[4] Non-Parties Bledsoe & Texas A&M University's Resp. to the Ct.'s Request for Additional Information (N.D. Cal. Jan. 12, 2017), ECF No. 109, Att. 1 (hereinafter "Texas A&M Resp.").

- 2 -

MONSANTO CO.'S REPLY TO TEXAS A&M'S RESP. TO REQ. FOR ADDITIONAL INFO.
3:16-md-02741-VC, 3:16-cv-00525-VC & 3:16-mc-80232-VC

1  other substances reviewed by Working Group 112—not glyphosate. Neither point has any
2  bearing on whether IARC owns the documents generated by the Working Group 112 members.
3  And as pointed out by Monsanto—and not refuted in any way by IARC—the US EPA and
4  several members of the Working Group have voluntarily turned over Working Group 112
5  documents without asserting any supposed IARC ownership.[5]
6      IARC's citation of certain statutory provisions as the basis of its claimed immunity is also
7  irrelevant.[6] The existence of the immunity is not the issue on which the Court sought
8  clarification. The cited provisions apply only when IARC's "property and assets" are at stake,[7]
9  and here the documents in question are **not IARC's property**. All of the evidence submitted to
10 this Court to date demonstrates that the documents Monsanto seeks are not IARC's property.[8]

## Conclusion

12 Non-Parties Bledsoe and Texas A&M have not provided any legal authority or
13 contemporaneous evidence showing that the documents are IARC's and accordingly, they have
14 not met their burden of proof.  This Court should deny Texas A&M's motion to quash and order
15 all of the documents in the first folder be provided to Monsanto.

---

[5] Monsanto Co.'s Suppl. Mem. in Supp. of Its Opp'n to Non-Parties Bledsoe and Texas A&M's Mot. to Quash Subpoena at 3-6 (N.D. Cal. Jan. 5, 2017), ECF No. 87 (hereinafter "Monsanto's Suppl. Br.").

[6] Texas A&M Resp., Att. 1.

[7] *See* 22 U.S.C. § 288a(b)-(c) (2006); World Health Org. Const. art. 67.

[8] Monsanto's Suppl. Br. (and related exhibits); Affidavit of Joe G. Hollingsworth in Supp. of Monsanto Co.'s Suppl. Mem. in Supp. of Opp'n to Non-Parties Bledsoe and Texas A&M's Mot. to Quash Subpoena (N.D. Cal. Jan. 5, 2017), ECF No. 89 (and related exhibits).

| | |
|---|---|
| DATED: January 18, 2017 | Respectfully submitted, |
| | /s/ Joe G. Hollingsworth |
| | Joe G. Hollingsworth (*pro hac vice*) |
| | (jhollingsworth@hollingsworthllp.com) |
| | Eric G. Lasker (*pro hac vice*) |
| | (elasker@hollingsworthllp.com) |
| | HOLLINGSWORTH LLP |
| | 1350 I Street, N.W. |
| | Washington, DC  20005 |
| | Telephone:  (202) 898-5800 |
| | Facsimile:  (202) 682-1639 |
| | |
| | Attorneys for Defendant |
| | MONSANTO COMPANY |