BRIAN J. STRETCH (CABN 163973)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

RAVEN M. NORRIS (CABN 232868)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    FAX: (415) 436-6570
    Raven.Norris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> CASE No. 16-md-02741-VC <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFFS' MOTION TO COMPEL DEPOSITION OF JESS ROWLAND <br><br> [PURSUANT TO CIV. L.R. 6-2] |

Plaintiffs and the United States of America, by and through their respective counsel, hereby stipulate as follows:

1. On January 9, 2017, Petitioner filed a Motion to Compel Deposition of Jess Rowland, a former employee, asserting that the United States' Environmental Protection Agency, who is not a party to the above referenced action, improperly denied Plaintiffs' request for voluntary testimony submitted in accordance with 40 C.F.R. §2.404, the EPA's "Touhy Regulations."

2. Plaintiffs noticed the Motion for January 27, 2017.

3. On January 18, 2017, Counsel for the United States contacted Plaintiffs' counsel and informed him that additional time was necessary for the United States to review relevant records and prepare a response to the Motion, as the EPA still has not received an unredacted version of the Motion.

4. Counsel for the Government requested until February 8, 2017 to file a response.

5. Plaintiffs' counsel agreed to the request for additional time.

6. Plaintiffs' and the United States have agreed that the Government will file its Response by February 8, 2017 and that Plaintiffs' shall file by Reply by February 15, 2017.

7. Plaintiffs' and the United States have further agreed that, if necessary, a hearing on this Motion shall be held with this Court on February 22, 2017 at 10:00 a.m.

8. Plaintiffs and the United States' agree that this Stipulation will not be considered an admission by any party and that the United States does not waive any procedural or substantive objections to the Motion.

9. No prior extensions of time have been requested or granted with respect to the Motion.

10. The only effect the requested time modification will have on this case is to delay the United States' Response time by 20 days and delay any potential hearing on the Motion for less than 30 days.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiffs and the United States that the United Sates will file its Response to Plaintiffs' Motion to Compel by February 8, 2017 and Plaintiffs' will file a reply by February 15, 2017 and that, if necessary this matter should be set for hearing with this Court on February 22, 2017 at 10:00 a.m.

Dated: January 19, 2017             Respectfully Submitted,

*/s/ Timothy Litzenberg*
TIMOTHY LITZENBERG
Attorney for Plaintiffs

Dated: January 19, 2017             Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

*/s/Raven M. Norris*
RAVEN M. NORRIS [1]
Assistant United States Attorney
Attorney for United States

---

[1] I, Raven M. Norris, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

STIPULATION FOR BRIEFING SCHEDULE AND HEARING ON MOTION TO COMPEL
CASE NO. 16-MD-0271-VC                    2

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: _____           _____
                                HONORABLE VINCE CHHABRIA
4                               UNITED STATES DISTRICT COURT JUDGE