

Joe G. Hollingsworth
dir 202 898 5842
jhollingsworth@hollingsworthllp.com

**January 19, 2017**

**<u>FILED VIA ECF</u>**
Honorable Vince Chhabria
United States District Court, Northern District of California

    **RE: <u>*In re Roundup;* 3:16-md-02741-VC</u>**

To the Honorable Vince Chhabria,

    At the December 21, 2016 Case Management Conference (CMC), Your Honor scheduled February 22nd for the February 2017 CMC date. You also ordered that all Group B deponents be deposed in the month of February. There are three Group B deponents.

    Since that time, Monsanto's counsel has informed Plaintiffs' Co-Lead Counsel that one of those witnesses is only available on February 22nd/23rd and that February 22nd/23rd is the most convenient date in the month of February for the other two deponents, although Monsanto later offered alternate dates for one of those deponents. Because of this scheduling conflict, the parties jointly seek a continuance of the February 22nd CMC to March 8, 2017, as well as the related deadlines as set forth below. Assuming this relief is granted, Plaintiffs have agreed to conduct two of the Group B depositions on February 22nd/23rd.

    Subject to the Court's schedule, the parties propose a new CMC date and related deadlines as follows:

- **<u>February 1, 2017</u>**: Current deadline for Plaintiffs to identify custodians in Group E. This date remains unchanged.
- **<u>February 16, 2017</u>**: Current deadline to identify Group C and D deponents. This date remains unchanged.
- **<u>February 20, 2017</u>**: If there is disagreement about the Group C and D deponents, the Parties shall file a joint statement in which plaintiffs shall include a detailed and particularized explanation for their position on each disputed individual, including citations to any documents or deposition testimony they rely on for support and Monsanto shall include its response. If the parties are unable to reach agreement about the custodians in Group E, the February 20 joint case management statement must also include argument on that issue. The plaintiffs should include a detailed and particularized explanation of why production from each disputed custodian would yield relevant, non-duplicative information, and Monsanto should include its response. This will be the plaintiffs' last opportunity to argue for new document custodians in the general causation phase.
- **<u>February 24, 2017:</u>** Proposed new date for a telephonic hearing to resolve disputes concerning Group C & D deponents and Group E custodial files. Time of teleconference to be determined by the Court.

The Honorable Vince Chhabria
December 30, 2016
Page 2



- **March 2, 2017:**  Proposed new due date for Joint Case Management Statement. The Statement shall include deposition dates for all C & D deponents.
- **March 8, 2017:** Case Management Conference.

A proposed order is attached.

| | |
|---|---|
| Dated: January 19, 2017 | Respectfully submitted,<br>/s/ Aimee Wagstaff, Michael Miller, Robin Greenwald<br><br>Aimee H. Wagstaff, Esq.<br>ANDRUS WAGSTAFF, PC<br>7171 W. Alaska Dr.<br>Lakewood, CO 80226<br>Email: aimee.wagstaff@andruswagstaff.com<br><br>Michael Miller Esq.<br>THE MILLER FIRM LLC<br>108 Railroad Ave<br>Orange, VA 22960<br>MMiller@millerfirmllc.com<br><br>Robin Greenwald, Esq.<br>WEITZ & LUXENBURG<br>700 Broadway<br>New York, NY 100003<br>RGreenwald@weitzlux.com |
| DATED: January 19, 2017 | Respectfully submitted,<br><br>/s/ Joe G. Hollingsworth<br>Joe G. Hollingsworth (*pro hac vice*)<br>(jhollingsworth@hollingsworthllp.com)<br>Eric G. Lasker (*pro hac vice*)<br>(elasker@hollingsworthllp.com)<br>HOLLINGSWORTH LLP<br>1350 I Street, N.W.<br>Washington, DC  20005<br>Telephone:  (202) 898-5800<br>Facsimile:  (202) 682-1639<br><br>Attorneys for Defendant<br>MONSANTO COMPANY |