Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

Robin L. Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

Michael J. Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No. 16-md-02741 |
| This Document Relates To: **All Actions** | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

    Pursuant to Civil Local Rules 79-5 and 7-11 and the Protective and Confidentiality Order entered by the Court on December 9, 2016 ("Protective Order"), Plaintiffs hereby submit this Administrative Motion to File Under Seal. Pursuant to the Protective Order, "[w]hen a Party wishes to use a document that has been designated as confidential in support of a motion or other filing with the court, it will move the Court to file the document under seal pursuant to Civil

Local Rule 79-5…." *See* Protective Order, ¶ 18. Plaintiffs have challenged the confidential designation but file this Motion pursuant to the Protective Order.

### I. Plaintiffs Conditionally Lodge Under Seal Documents Designated as Confidential by Defendants.

Pursuant to Civil Local Rule 79-5(e), Plaintiffs hereby notify the Court that they have conditionally filed under seal documents which have been designated Confidential by Monsanto, or which contain or reference information so designated. Specifically, Plaintiffs have conditionally filed under seal portions of Plaintiffs' Case Management Conference Statement ("Statement") filed in advance of the January 27, 2017 Case Management Conference as well as Exhibit A to the Statement.

Civil Local Rule 79-5(e)(1) requires that where a submitting party seeks to file documents under seal pursuant to a confidential designation imposed by another party, the designating party must within four (4) days of the Administrative Motion to Seal file a declaration establishing that the designated material should remain under seal.

This application is also based on the information set forth in the Declaration of Aimee H. Wagstaff, Esq. in Support of this Administrative Motion to File Under Seal, Declaration filed concurrently herewith.

Dated: January 23, 2017

*/s/ Aimee H. Wagstaff*
Aimee H. Wagstaff, Esq., SBN 278480
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO  80226

*/s/ Robin L. Greenwald*
Robin L. Greenwald, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY  10003

*/s/ Michael J. Miller*
Michael J. Miller, Esq.
The Miller Firm LLC
108 Railroad Avenue
Orange, VA  22960

*MDL 2741 Co-Lead Plaintiffs' Counsel*

## ECF CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

DATED: January 23, 2017                          ANDRUS WAGSTAFF, PC

By:  */s/ Aimee H. Wagstaff*
         Aimee H. Wagstaff

Aimee H. Wagstaff (SBN 278480)
Andrus Wagstaff, PC
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone:   (303) 376-6360
aimee.wagstaff@andruswagstaff.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

DATED: January 23, 2017

ANDRUS WAGSTAFF, PC

By:   */s/ Aimee H. Wagstaff*
           Aimee H. Wagstaff

Aimee H. Wagstaff (SBN 278480)
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, Colorado 80226
Telephone:  303-376-6360
Aimee.wagstaff@andruswagstaff.com