Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA  22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No.  16-md-02741 |
| This Document Relates To: **All Actions** | **MILLER DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Aimee H. Wagstaff, Esq., declare:

1. I am a member of the executive committee of MDL 2741.  I make this declaration in support of Plaintiffs' Administrative Motion to File Under Seal filed on January 23, 2017.  I have personal knowledge of the facts stated herein and, if called as a witness, I could and would

1. competently testify thereto.

2. Plaintiffs have filed conditionally under seal "Joint Case Management Statement" ("Statement"), as it contains or references documents and information designated Confidential by Monsanto. Plaintiffs also filed conditionally under seal **Exhibit A** to the Statement, as it has also been designated Confidential by Monsanto.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of January, 2017.

                                                         */s/ Aimee H. Wagstaff*
                                                       Aimee H. Wagstaff, Esq.

**ECF CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

DATED: January 23, 2017                           ANDRUS WAGSTAFF, PC

By:    */s/ Aimee H. Wagstaff*
              Aimee H. Wagstaff

Aimee H. Wagstaff (SBN 278480)
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, Colorado 80226
Telephone:  303-376-6360
Aimee.wagstaff@andruswagstaff.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

DATED: January 23, 2017                           ANDRUS WAGSTAFF, PC

By:    */s/ Aimee H. Wagstaff*
              Aimee H. Wagstaff

Aimee H. Wagstaff (SBN 278480)
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, Colorado 80226
Telephone:  303-376-6360
Aimee.wagstaff@andruswagstaff.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4