# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No. 16-md-02741 |
| This Document Relates To All Actions | **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Having reviewed Plaintiff's Administrative Motion to File Under Seal and the Declaration of Michael Miller in support thereof, the Court ORDERS that:

Plaintiffs' Joint Case Management Statement ("Statement") and Exhibit A to the Statement shall remain filed conditionally under seal for four (4) days after the date they were originally filed conditionally under seal, pursuant to the Protective and Confidentiality Order in this case and Civil Local Rule 79-5(e).

Dated:_____

Hon. Vince Chhabria
Judge of the United States District Court