UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 8:<br>ORDER REQUESTING BRIEFING<br>RE RELEVANCE OF EPA AND IARC** |

It appears the plaintiffs are preparing to argue that the EPA's conclusions about the carcinogenicity of glyphosate are flawed and/or biased. It appears Monsanto is preparing to argue the same with respect to IARC. It's not obvious how directly relevant these arguments are to the questions the Court must consider during the general-causation phase of this case, which will presumably focus on expert testimony about actual studies (as opposed to reviews conducted and conclusions drawn by various agencies about those studies). Accordingly, the Court orders the parties to submit briefing discussing: (1) whether alleged flaws and/or biases in EPA or IARC methods, studies, reports, or conclusions are relevant to general causation; and (2) if so, what material is needed to assess allegations about those flaws and/or biases. The parties should cite any authority that speaks to these questions, regardless of whether that authority is favorable or unfavorable to their respective positions.

Briefing will be limited to 15 pages per side and should be filed no later than February 8, 2017. Oppositions and replies will not be accepted unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: January 25, 2017

VINCE CHHABRIA
United States District Judge