# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**ALL ACTIONS** | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO.\_\_\_**<br>**DEPOSITION OBJECTIONS** |

## ORDER REGARDING DEPOSITION OBJECTIONS

It is anticipated that the depositions taken in this Multidistrict Litigation will be used in cases filed in various federal and state courts. The Court enters this Order to communicate its expectations to counsel and resolve differences in the applicable rules and codes in various jurisdictions where the depositions may subsequently be used.

**Deposition Objections**

Objections to questions during the oral deposition are limited to "Objection, leading" and "Objection, form." Objections to testimony during the oral deposition are limited to "Objection, nonresponsive." These objections are waived if not stated as phrased during the oral deposition. All other objections need not be made or recorded during the oral deposition to be later raised with the applicable court according to its rules. The objecting party must give a clear and concise explanation of an objection if requested by the party taking the oral deposition, or the objection is waived.

**Instructions Not to Answer**

Unless permitted by Federal Rule of Civil Procedure 30(c)(2) a party may not instruct a deponent not to answer a question.

**IT IS SO ORDERED.**

Dated:

                                      _____
                                      VINCE CHHABRIA
                                      United States District Judge