UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>[PROPOSED] ORDER CONTINUING THE FEBRUARY 22, 2017 CASE MANAGEMENT CONFERENCE AS MODIFIED |

For good cause shown, as set out in the parties' joint letter of January 19, 2017, the Court hereby orders that the February 22, 2017 Case Management Conference and related deadlines are continued as follows:

- **February 1, 2017**: Current deadline for Plaintiffs to identify custodians in Group E. This date remains unchanged.
- **February 16, 2017**: Current deadline to identify Group C and D deponents. This date remains unchanged.
- **February 20, 2017**: If there is disagreement about the Group C and D deponents, the Parties shall file a joint statement in which plaintiffs shall include a detailed and particularized explanation for their position on each disputed individual, including citations to any documents or deposition testimony they rely on for support and Monsanto shall include its response. If the parties are unable to reach agreement about the custodians in Group E, the February 20 joint case management statement must also include argument on that issue. The plaintiffs should include a detailed and particularized explanation of why production from each disputed custodian would yield relevant, non-duplicative information, and Monsanto should include its response. This will be the plaintiffs' last opportunity to argue for new document custodians in the general causation phase.
- **February 24, 2017:** ~~Proposed~~ new date for a telephonic hearing to resolve disputes concerning Group C & D deponents and Group E custodial files. Time of teleconference to be determined by the Court. The time of the conference is 2:30 p.m.
- **March 2, 2017:** ~~Proposed~~ new due date for Joint Case Management Statement. The Statement shall include deposition dates for all C & D deponents.
- **March 8, 2017:** Case Management Conference.

**IT IS SO ORDERED.**

Date: ___February 1___, 2017

IT IS SO ORDERED
AS MODIFIED
Judge Vince Chhabria