UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 9: SETTING HEARING FOR SCIENCE DAY AND MOTION TO COMPEL ROWLAND DEPOSITION**<br><br>Re: Dkt. Nos. 113, 114, 117, 121 |

As discussed at the January 27 case management conference, "Science Day" will take place on February 27, 2017, at 9:30 am.  Science Day is intended to offer an informal overview of the basic science underpinning the parties' dispute, with the goal of better preparing the Court to evaluate the studies and expert testimony that will be presented during October's *Daubert* proceedings.  The parties will not be permitted to make presentations on the merits, and they may not discuss the studies or organizations they agree or disagree with.  Although each side will make its own presentation, the discussion will be nonadversarial, and parties will not be permitted to cite testimony or materials submitted at Science Day later in this or any other proceeding.  The proceedings will not be part of the record.

A hearing will take place on the plaintiffs' motion to compel the deposition of Jess Rowland on February 27, 2017, at 2:00 pm.

The motion to seal portions of the January 23 case management statement was denied at the case management conference as meritless.  *See* Civil L.R. 79-5(d)(1)(A) ("Reference to a stipulation or protective order that allows a party to designate certain document as confidential is

not sufficient to establish that a document, or portions thereof, are sealable.").  The plaintiffs' request for an order limiting the form of Monsanto's deposition objections was also denied, without prejudice.  This terminates Dkt. No. 117.

**IT IS SO ORDERED.**

Dated:  February 2, 2017

VINCE CHHABRIA
United States District Judge