BRIAN J. STRETCH (CABN 163973)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

RAVEN M. NORRIS (CABN 232868)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    FAX: (415) 436-6570
    Raven.Norris@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>DECLARATION OF MARK STILP |

I, Mark Stilp, declare as follows:

    1.    I am employed by the U.S. Environmental Protection Agency (EPA or Agency) as an Attorney Advisor in the Office of General Counsel, 1200 Pennsylvania Avenue NW, Mail Code 2377A, Washington, DC 20460.

    2.    I make this declaration based on my own personal knowledge of the facts of this matter.

    3.    On January 12, 2017, I received an email from Mr. Timothy Litzenburg that stated: "I have filed a motion to compel this deposition. Because the motion references documents subject to protective order, it is temporarily filed under seal but I want to give you the

redacted version right away.  Please let me know if you require service by any more formal route than this email.  The decision on sealing will be made within a few days. If it remains sealed, I will have to figure out how to properly get you the unredacted version and exhibits."

4. Later, on January 12, 2017, I sent a reply email to Mr. Litzenburg that stated: "I am not authorized to accept service on behalf of EPA or the U.S. Department of Justice. The U.S. Department of Justice represents EPA in litigation. To be clear, I am not accepting service and you need to follow the appropriate steps."

I declare that the foregoing is true and correct under penalty of perjury.

Executed on February 8, 2017, at Washington, District of Columbia.

 s/ Mark Stilp\
MARK STILP\
Attorney Advisory\
U.S. Environmental Protection Agency

Stilp Declaration\
MDL No. 2741\
Case No. 16-md-02741-VC