Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461

Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 16-md-02741<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Protective and Confidentiality Order entered by the Court on December 9, 2016 ("Protective Order"), Plaintiffs hereby submit this Administrative Motion to File Under Seal. Pursuant to the Protective Order, "[w]hen a Party wishes to use a document that has been designated as confidential in support of a motion or other

filing with the court, it will move the Court to file the document under seal pursuant to Civil Local Rule 79-5…." *See* Protective Order, ¶ 18.

**I.     Plaintiffs Conditionally Lodge Under Seal Documents Designated as Confidential by Defendants.**

Pursuant to Civil Local Rule 79-5(e), Plaintiffs hereby notify the Court that they have conditionally filed under seal documents which have been designated Confidential by Monsanto, or which contain or reference information so designated. Specifically, Plaintiffs have conditionally filed under seal portions of supporting exhibits to Plaintiffs' Submission in Response to Pretrial Order No. 8.

Civil Local Rule 79-5(e)(1) requires that where a submitting party seeks to file documents under seal pursuant to a confidential designation imposed by another party, the designating party must within four (4) days of the Administrative Motion to Seal file a declaration establishing that the designated material should remain under seal.

This application is also based on the information set forth in the Declaration of Robin L. Greenwald in Support of this Administrative Motion to File Under Seal, filed concurrently herewith.

Dated: February 8, 2017

*/s/ Robin Greenwald*
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

*/s/ Aimee Wagstaff*
Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

- 2 -
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
3:16-md-02741-VC

| | |
|---|---|
| 1 | |
| 2 | */s/ Michael Miller*<br>Michael Miller<br>mmiller@millerfirmllc.com<br>The Miller Firm LLC<br>108 Railroad Avenue<br>Orange, VA  22960<br>Telephone: (540) 672-4224<br>Facsimile:  (540) 672-3055 |

*Co-Lead Plaintiffs' Counsel*
*For MDL 2741*

- 3 -
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
3:16-md-02741-VC

**ECF CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

DATED: February 8, 2017        */s/ Robin Greenwald*
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record. .

DATED: February 8, 2017

*/s/ Robin Greenwald*
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
Facsimile:    (212) 344-5461