Case 3:16-md-02741-VC   Document 132-7   Filed 02/08/17   Page 1 of 11





