Confidential - Subject to Protective Order

```
 1            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2

 3    IN RE: ROUNDUP            )
      PRODUCTS LIABILITY        )   MDL No. 2741
 4    LITIGATION                )
      _____  )   Case No.
 5    THIS DOCUMENT RELATES     )   16-md-02741-VC
      TO ALL CASES              )
 6

 7            WEDNESDAY, JANUARY 11, 2017
 8     CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
 9                    - - -
10            Videotaped deposition of Donna
11    Farmer, Ph.D., Volume I, held at the offices
12    of HUSCH BLACKWELL, L.L.C., 190 Carondelet
13    Plaza, Suite 600, St. Louis, Missouri,
14    commencing at 9:04 a.m., on the above date,
15    before Carrie A. Campbell, Registered
16    Diplomate Reporter, Certified Realtime
17    Reporter, Illinois, California & Texas
18    Certified Shorthand Reporter, Missouri &
19    Kansas Certified Court Reporter.
20                    - - -
21

              GOLKOW TECHNOLOGIES, INC.
22        877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
23

24

25
```

Confidential - Subject to Protective Order



Confidential - Subject to Protective Order







Confidential - Subject to Protective Order



24          Q.       And to follow up on this from

25     1999, just recently Europe has banned POEA in

Confidential - Subject to Protective Order

1    the near future, right?

2              MR. JOHNSTON:  Objection.

3         Vague.

4              Go ahead.

5              THE WITNESS:  Based on a

6         political decision, not on a

7         toxicology position.

8              POEA is still used in the US

9         and in Canada, completely approved and

10        supported.

11             In my opinion and many other

12        people's, that that was a political

13        decision, not a safety decision.

14   QUESTIONS BY MR. MILLER:

15        Q.    The answer is, yes, POEA will

16   be off the market in Europe soon?

17        A.    It will be off the market in

18   Europe based on a political decision, not on

19   a safety decision.

20        Q.    Well, let's look at the

21   decision to ban POEA in the European market.

22             (Farmer Exhibit 1-12 marked for

23        identification.)

24   QUESTIONS BY MR. MILLER:

25        Q.    We'll mark as Exhibit 1:12 a

Confidential - Subject to Protective Order

1   European Commission fact sheet and ask if

2   you've seen a copy of this.  I have a copy

3   for you and counsel.

4              You've seen this before,

5   haven't you, ma'am?

6        A.    I don't remember seeing this

7   exact document, but I am aware of the

8   discussions.

9        Q.    Let's go then to page 2 of this

10  document where it says, "What is the final

11  decision?"

12             "The commission adopted the

13  extension of the current approval for

14  glyphosate in a limited period until the

15  European Chemical Agency has concluded its

16  review."

17             Do you see that?

18       A.    Yes.

19       Q.    Okay.  "In parallel to the

20  extension of the approval, the Commission has

21  already presented Member States a series of

22  recommendations on the use of glyphosate.

23  Discussions with the Member States have

24  started at an expert level, and the

25  Commission will work to have them adopted as

Confidential - Subject to Protective Order

1    soon as possible.  The decision will contain

2    three clear recommendations:  Number 1, ban a

3    co-formulant called POE-tallowamine from

4    glyphosate-based products," right?

5          A.     That's what it says there.

6          Q.     And that's the POEA we've been

7    talking about, right?

8          A.     Yes, it is.

9          Q.     And the other recommendation is

10   "minimize the use of the substance in public

11   parks, public playgrounds and gardens,"

12   right?

13         A.     That's what it says there, yes.

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Subject to Protective Order

```
 1              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
 2
 3    IN RE: ROUNDUP             )
      PRODUCTS LIABILITY         )   MDL No. 2741
 4    LITIGATION                 )
      _____  )   Case No.
 5    THIS DOCUMENT RELATES      )   16-md-02741-VC
      TO ALL CASES               )
 6
 7            THURSDAY, JANUARY 12, 2017
 8    CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
 9                    - - -
10            Videotaped deposition of Donna
11    Farmer, Ph.D., Volume II, held at the offices
12    of HUSCH BLACKWELL, L.L.C., 190 Carondelet
13    Plaza, Suite 600, St. Louis, Missouri,
14    commencing at 9:07 a.m., on the above date,
15    before Carrie A. Campbell, Registered
16    Diplomate Reporter, Certified Realtime
17    Reporter, Illinois, California & Texas
18    Certified Shorthand Reporter, Missouri &
19    Kansas Certified Court Reporter.
20                    - - -
21
              GOLKOW TECHNOLOGIES, INC.
22        877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
23
24
25
```

Confidential - Subject to Protective Order

