[heavily redacted email — only fragment visible: <Nguyen.Khue@e███.gov>]



