**State Statutes/Regulations Relying on IARC Evaluations for Identifying Carcinogens**

Alaska Statutes Annotated, tit.23, § 23.30.121(b)(3)(C)

Connecticut General Statutes Ann., tit. 10, § 10-217c

Illinois Compiled Statutes Ann., ch. 40, § 5/3-114.6(c)

Illinois Compiled Statutes Ann., ch. 105, § 135/3 (b), (c)

Illinois Compiled Statutes Ann., ch. 415, § 5/58.2

Illinois Admin. Code, tit. 35, § 232.320

Illinois Admin. Code, tit. 35, § 620.110

Illinois Admin. Code, tit. 35, § 742.200

Illinois Admin. Code, tit. 77, § 848.110

Indiana Code, tit. 5, § 742.200

Illinois Admin. Code, tit. 77, § 848.110

Indiana Code, tit. 5, § 5-10-15-6

Louisiana Revised Statutes, tit. 33, § 33:2011(B)

Missouri Statutes, ch. 87, § 87.006(2)

Nevada Revised Statutes, tit. 53, § 617.453(b)(1)

New Hampshire Revised Statutes., ch.281-a, § 281-A:17(II)

Oregon Revised Statutes Ann., tit. 36, § 453.205(3)

Oregon Administrative Rules Compilation, ch. 437, § 437-004-9860(2)

Tennessee Code Ann., tit. 68, § 68-131-303(5)

Texas Govt. Code, § 607.055(b)

Vermont Administrative Code, tit. 16, § 16-3-100 App.D.

Virginia Administrative Code, tit., 8, §20-530-10

Virginia Code Ann., § 65.2-402(c)

Washington Administrative Code, tit. 173, § 173-333-200