# EXHIBIT 11

**DOCUMENT CONDITIONALLY FILED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(e)**