**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:     202-682-1639
Email: jhollingsworth@hollingsworthllp.com
          elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |

This document relates to:

*Hardeman v. Monsanto Company*, 3:16-cv-00525-VC and

*Hardeman v. Monsanto Company*, 3:16-mc-80232-VC

**MONSANTO COMPANY'S MEMORANDUM REGARDING NEW EVIDENCE THAT THE DOCUMENTS SOUGHT BY ITS SUBPOENA OF NON-PARTIES BLEDSOE AND TEXAS A&M ARE NOT IARC'S DOCUMENTS**[1]

On February 6, 2017, in response to a FOIA request, the EPA released documents from its files relating to EPA employee Dr. Egeghy's involvement with Working Group 112, including drafts of sections of the monograph and communications with IARC staff about the drafting of the glyphosate monograph.[2] EPA's release of the documents necessarily involves a

___

[1] Monsanto makes this filing for purposes of supplementing the briefing on issues pending before the court in connection with Texas A&M's motion to quash Monsanto's subpoena for third-party discovery related to Dr. Ruysn's participation in the IARC Working Group 112 addressing glyphosate. In doing so, Monsanto is not waiving any of the arguments contained in its brief filed in response to Pre-Trial Order No. 8. Monsanto Co.'s Br. Regarding the Relevance of EPA and IARC to General Causation, ECF No. 134.

[2] EPA released Dr. Egeghy's documents here: https://foiaonline.regulations.gov/foia/action/public/view/request?objectId=090004d280e576c0.

determination by EPA that the records are "agency records." The release of the records, which had not yet happened at the time of Monsanto's last filing to the Court, provides further evidence that the Working Group 112 documents are not the IARC's property.

**The EPA's newly released documents concerning Dr. Egeghy's involvement with Working Group 112 are agency records and are not IARC's property.**

By releasing Dr. Egeghy's records pursuant to a FOIA request, the EPA has determined that Dr. Egeghy's records pertaining to Working Group 112 are agency records. A document must be an agency record for it to be disclosable at all under FOIA.[3] Documents are "'agency records' if they are (1) created or obtained by the agency, and (2) in the agency's control."[4] Control is determined by four factors: "(1) the intent of the document's creator to retain or relinquish control over the records; (2) the ability of the agency to use and dispose of the record as it sees fit; (3) the extent to which agency personnel have read or relied upon the document; and (4) the degree to which the document was integrated into the agency's record system or files."[5] In making such a determination, the agency should consider whether the document is actually an agency record or merely an employee's record that happens to be located physically within the agency.[6] Where an employee created the record, the extent to which the employee used that record to conduct agency business is relevant in determining whether the document is an "agency record" under FOIA.[7] An agency need not turn over material if it is subject to a privilege.[8]

---

[3] *Competitive Enter. Inst. v. Nat'l Aeronautics & Space Admin.*, 989 F. Supp. 2d 74, 85 (D.D.C. 2013).

[4] *Id.*

[5] *Tax Analysts v. U.S. Dep't of Justice*, 845 F.2d 1060, 1069 (D.C. Cir. 1988).

[6] *See Bureau of Nat'l Affairs, Inc. v. U.S. Dep't of Justice*, 742 F.2d 1484, 1492-93 (D.C. Cir. 1984).

[7] *Id.* at 1492.

[8] *See Burka v. U.S. Dep't of Health and Hum. Servs.*, 87 F.3d 508, 518 (D.C. Cir. 1996) ("merely identifying information as falling within a *privileged* category-deliberative material, attorney/client communications, work product-may be sufficient to withhold the material from a FOIA requester").

MONSANTO CO.'S MEM. RE NEW EVIDENCE RE TEXAS A&M'S MOT. TO QUASH
3:16-md-02741-VC, 3:16-cv-00525-VC & 3:16-mc-80232-VC

1

2          The fact that EPA reached the same conclusion that multiple state entities also reached—

3   that documents in its possession relating to the drafting of the IARC glyphosate monograph are

4   its own and subject to disclosure—further shows that the Working Group 112 records sought by

5   Monsanto do not "belong to" IARC. The new documents released by the EPA include drafts of

6   the glyphosate monograph and communications between IARC staff and Working Group 112

7   members regarding the drafting of the monograph.[9]

8          Just as Dr. Egeghy's records were created on EPA's systems and servers, the documents

9   that Monsanto seeks were created on Texas A&M's systems and servers[10] and Texas A&M has

10  the ability to use and disseminate the documents however it sees fit. Further – in apparent

11  acquiescence to EPA's findings that the documents are not subject to any applicable privilege –

12  IARC has never attempted to assert any privilege or immunity over the documents that the EPA

13  released to the public concerning Working Group 112. IARC has not asserted any privilege or

14  immunity despite knowing about the EPA's determination that the Working Group 112

15  documents are "agency records" as they have now been made available to the public and many

16  other similar documents released by EPA were included in previous filings to this Court.[11]

17                                    **Conclusion**

18         Monsanto respectfully requests that the Court deny Non-Parties Bledsoe and Texas

19  A&M's motion to quash and order all of the documents in the first folder be turned over to

20  Monsanto.

21

22  _____

23  [9] IARC, Vol. 112 – Monograph 04 – Glyphosate, Section 1.4, Second Draft (Ex. 1); IARC, Vol. 112 – Monograph 04 – Glyphosate, Section 1.1, First Draft-R1 (Ex. 2); Emails between Dana Loomis and Peter Egeghy (Apr. 21, 2015) (Ex. 3); Emails between Dana Loomis, Peter Egeghy, Hans Kromhout, Lin Fritschi, and Teresa Rodriguez (Apr. 24 – Apr. 30, 2015) (Ex. 4).

24

25  [10] Monsanto Co.'s Suppl. Mem. in Supp. of Opp. to Non-Parties Bledsoe and Texas A&M's Mot. to Quash Subpoena at 8, ECF No.87 (hereinafter "Suppl. Mem."); Aff. of Joe G. Hollingsworth in Supp. of Monsanto Co.'s Supp. Mem. in Supp. of Its Opp'n to Non-Parties Bledsoe & Texas A&M's Mot. to Quash Subpoena ¶ 21, ECF No. 89.

26

27  [11] Suppl. Mem. at 6.

28

MONSANTO CO.'S MEM. RE NEW EVIDENCE RE TEXAS A&M'S MOT. TO QUASH
3:16-md-02741-VC, 3:16-cv-00525-VC & 3:16-mc-80232-VC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: February 9, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY

MONSANTO CO.'S MEM. RE NEW EVIDENCE RE TEXAS A&M'S MOT. TO QUASH
3:16-md-02741-VC, 3:16-cv-00525-VC & 3:16-mc-80232-VC