# Exhibit 1

36d

# 1. Exposure Data

## 1.4 Occurrence and Exposure

### 1.4.1 Exposures

#### (a) Occupational exposure

Studies related to glyphosate exposure among workers include farmers and tree nursery workers in the US, forestry workers in Canada and Finland and municipal weed control workers in the UK (Acquavella *et al.*, 2004; Lavy et al., 1992; Centre de Toxicologie du Québec, 1988; Jauhiainen *et al.*, 1991; Johnson et al., 2005) (Table 1.4.1a)

Exposures to glyphosate have also been measured in farm families. Frequency of measurable exposure was small, with 4% and 12% of the spouses and children, respectively, showing detectable levels of exposures (Acquavella *et al.*, 2004).

#### (b) Community exposure

Glyphosate can be found in soil and water because of its use as an herbicide. (EPA, 1993). Once in the environment, glyphosate is adsorbed into soil and is broken by soil microbes to aminomethylphosphonic acid (AMPA) (Borggaard & Gimsing, 2008)

##### (i) Air

Very few studies of glyphosate in air were available. Air and rain samples were collected during at two growing seasons in agricultural areas in Indiana, Mississippi and Iowa, USA. The glyphosate concentration ranged from < 0.01 to 9.1 ng/m$^3$ in air samples and from < 0.01 to 2.5 in rain samples. The frequency of glyphosate detection ranged from 60 to 100% in both air and rain samples (Chang *et al.*, 2011). In Alberta, Canada, atmospheric deposition was measured at three sites in Eastern Central part of the province. Rainfall and particulate matter were collected as total deposition at seven-day intervals throughout the growing season. Glyphosate deposition rates ranged from < 0.001 to 1.51 μg/m$^2$/day (Humphries *et al.*, 2005). No data were available regarding glyphosate concentrations in indoor air.

PLENARY

36d

**(ii) Water**

Glyphosate in the soil can leach into groundwater, (Borggaard & Gimsing, 2008) and it can also be washed directly into drains and surface waters (Simonsen *et al.*, 2008). Table 1.4.1b summarizes some recent data on concentrations of glyphosate or AMPA in surface water and groundwater. The maximum glyphosate concentration reported was 8.7 mg/L. The maximum concentration of AMPA recorded was 3.67 mg/L (Battaglin *et al.*, 2005).

**(iii) Residues in food and dietary intake**

Glyphosate residues have been measured in cereals, fruits and vegetables. Residues were detected in 50% of cereals, in Denmark in 2001a 9% in the European Union in 2009 (**Table 1.4.1c**). In the United Kingdom, food sampling for residues of glyphosate has concentrated mainly on cereals, including bread and flour. Glyphosate has been detected regularly and usually below the reporting limit (Pesticides Residues Committee, 2007, 2008, 2009, 2010). Six of eight samples of pieces of tofu (soy from Brazil) containing glyphosate with the highest level registered, 1.1 mg/kg (Pesticides Residues Committee, 2007).

**(iv) Household exposure**

In a survey of 246 California households, 14% were found to have at least one product containing glyphosate (Guha et al., 2013).

**(v) Biological markers**

Glyphosate concentrations in urine were analysed in urban populations in a Canadian and an European study (Aris & Leblanc, 2011; MLHB, 2013), and, in a rural population in Colombia (Aris & Leblanc, 2011; Varona *et al.*, 2009). Glyphosate concentrations were similar in Canadian and Colombian studies: 93.6 ng/ml and 130 µn/ml respectively (Varona *et al.*, 2009) but considerable higher than European 1.8 ng/ml (MLHB, 2013) (Table 1.4.1d).

**1.4.2 Exposure assessment**

PLENARY

36d

Exposure assessment methods in epidemiologic studies of glyphosate and cancer are discussed in Section 1.0.

## References

<jrn>Acquavella JF, Alexander BH, Mandel JS, Gustin C, Baker B, Chapman P, et al. (2004). Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study. Environ Health Perspect. 112(3):321–6.http://dx.doi.org/10.1289/ehp.6667 PMID:14998747</jrn>

<jrn>Aris A, Leblanc S (2011). Maternal and fetal exposure to pesticides associated to genetically modified foods in Eastern Townships of Quebec, Canada. Reprod Toxicol. 31(4):528–33.http://dx.doi.org/10.1016/j.reprotox.2011.02.004 PMID:21338670</jrn>

<jrn>Battaglin WA, Kolpin DW, Scribner EA, Kuivila KM, Sandstrom MW (2005). Glyphosate, Other Herbicides, and Transformation Products in Midwestern Streams, 20021. J Am Water Resour Assoc. 41(2):323–32. http://dx.doi.org/10.1111/j.1752-1688.2005.tb03738.x</jrn>

<jrn>Benbrook CM (2012). Impacts of genetically engineered crops on pesticide use in the U.S. – the first sixteen years. Environ Sci Europe. 24(1):24. http://dx.doi.org/10.1186/2190-4715-24-24</jrn>

<jrn>Borggaard OK, Gimsing AL (2008). Fate of glyphosate in soil and the possibility of leaching to ground and surface waters: a review. Pest Manag Sci. 64(4):441–56.http://dx.doi.org/10.1002/ps.1512 PMID:18161065</jrn>

<eref>Brüch W, Rosenborg AE, Johler RK, Gudmunsson L, Nielsen CB, Plauborg F, et al. (2013). The Danish pesticide leaching assessment programme. Monitoring results 1999–2012. Available from: *http://pesticidvarsling.dk/publ_result/index.html*, accessed 1 December 2014.</eref>

<jrn>Cantor KP, Blair A, Everett G, Gibson R, Burmeister LF, Brown LM, et al. (1992). Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota. Cancer Res. 52(9):2447–55. PMID:1568215</jrn>

<other>Centre de Toxicologie du Québec (1988). Etude de L'exposition professionelle des travaillerus forestiers exposed au glyphosate.</other>

<jrn>Chang FC, Simcik MF, Capel PD (2011). Occurrence and fate of the herbicide glyphosate and its degradate aminomethylphosphonic acid in the atmosphere. Environ Toxicol Chem. 30(3):548–55.http://dx.doi.org/10.1002/etc.431 PMID:21128261</jrn>

<jrn>Curwin BD, Hein MJ, Sanderson WT, Striley C, Heederik D, Kromhout H, et al. (2007). Urinary pesticide concentrations among children, mothers and fathers living in farm and non-farm households in iowa. Ann Occup Hyg. 51(1):53–65. http://dx.doi.org/10.1093/annhyg/mel062 PMID:16984946</jrn>

<jrn>De Roos AJ, Blair A, Rusiecki JA, Hoppin JA, Svec M, Dosemeci M, et al. (2005). Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environ Health Perspect. 113(1):49–54. http://dx.doi.org/10.1289/ehp.7340 PMID:15626647</jrn>

<eref>Diamond GL, Durkin PR (1997). United States Department of Agriculture. Effects of Surfactants on the Toxicitiy of Glyphosate, with Specific Reference to RODEO. Available from: [illegible], accessed 28 February 2015.</eref>

<jrn>Dill GM (2005). Glyphosate-resistant crops: history, status and future. Pest Manag Sci. 61(3):219–24. http://dx.doi.org/10.1002/ps.1008 PMID:15662720</jrn>

<jrn>Dosemeci M, Alavanja MC, Rowland AS, Mage D, Zahm SH, Rothman N, et al. (2002). A quantitative approach for estimating exposure to pesticides in the Agricultural Health Study. Ann Occup Hyg. 46(2):245–60. http://dx.doi.org/10.1093/annhyg/mef011 PMID:12074034</jrn>

PLENARY

<eref>EFSA (European Food Safety Agency) (2009). 2007 Annual Report on Pesticide Residues according to Article 32 of Regulation (EC) No 396/2005. Available from: *http://www.efsa.europa.eu/en/efsajournal/pub/305r.htm*, accessed 1 November 2014.</eref>

<other>EPA (1993). Re-registration elegibility decision (RED) glyphosate EPA-738-R-93–014. Washington (DC): U.S. Environmental Protection Agency, Office of Pesticide Programs and Toxic substances. </other>

<eref>EPA (2009). Edition of the Drinking Water Standards for health and Advisories EPA 822-R-09–011 Office of water US Environmental Protection Agency Washington, DC. Available from: [illegible] , accessed 18 October 2014.</eref>

<eref>European Union (1998). Council directive 98/83/EC on the quality of drinking water intended for human consumption. Available at: [illegible]</eref>

<jrn>Flower KB, Hoppin JA, Lynch CF, Blair A, Knott C, Shore DL, et al. (2004). Cancer risk and parental pesticide application in children of Agricultural Health Study participants. Environ Health Perspect. 112(5):631–5. http://dx.doi.org/10.1289/ehp.6586 PMID:15064173</jrn>

<jrn>Granby K, Vahl M (2001). Investigation of the herbicide glyphosate and the plant growth regulators chlormequat and mepiquat in cereals produced in Denmark. Food Addit Contam. 18(10):898–905.http://dx.doi.org/10.1080/02652030119594 PMID:11569770</jrn>

<jrn>Guha N, Ward MH, Gunier R, Colt JS, Lea CS, Buffler PA, et al. (2013). Characterization of residential pesticide use and chemical formulations through self-report and household inventory: the Northern California Childhood Leukemia study. Environ Health Perspect. 121(2):276–82. PMID:23110983</jrn>

<jrn>Hori Y, Fujisawa M, Shimada K, Hirose Y (2003). Determination of the herbicide glyphosate and its metabolite in biological specimens by gas chromatography-mass spectrometry. A case of poisoning by roundup herbicide. J Anal Toxicol. 27(3):162–6. http://dx.doi.org/10.1093/jat/27.3.162 PMID:12731658</jrn>

<eref>Humphries D, Byrtus G, Anderson AM (2005). Atmospheric deposition, soils and surface waters.. Water Research User Group Alberta Environment. Available from: *http://environment.gov.ab.ca/info/library/6444.pdf*, accessed 13 November 2014.</eref>

<jrn>Jauhiainen A, Räsänen K, Sarantila R, Nuutinen J, Kangas J (1991). Occupational exposure of forest workers to glyphosate during brush saw spraying work. Am Ind Hyg Assoc J. 52(2):61–4.http://dx.doi.org/10.1080/15298669191364334 PMID:2011980</jrn>

<jrn>Johnson PD, Rimmer DA, Garrod AN, Helps JE, Mawdsley C (2005). Operator exposure when applying amenity herbicides by all-terrain vehicles and controlled droplet applicators. Ann Occup Hyg. 49(1):25–32. PMID:15596423</jrn>

<jrn>Kolpin DW, Thurman EM, Lee EA, Meyer MT, Furlong ET, Glassmeyer ST (2006). Urban contributions of glyphosate and its degradate AMPA to streams in the United States. Sci Total Environ. 354(2–3):191–7.http://dx.doi.org/10.1016/j.scitotenv.2005.01.028 PMID:16398995</jrn>

<jrn>Lavy TL, Cowell JE, Steinmetz JR, Massey JH (1992). Conifer seedling nursery worker exposure to glyphosate. Arch Environ Contam Toxicol. 22(1):6–13.http://dx.doi.org/10.1007/BF00213295 PMID:1554254</jrn>

<jrn>McQueen H, Callan AC, Hinwood AL (2012). Estimating maternal and prenatal exposure to glyphosate in the community setting. Int J Hyg Environ Health. 215(6):570–6. http://dx.doi.org/10.1016/j.ijheh.2011.12.002 PMID:22261298</jrn>

<eref>MLHB (Medical Laboratory Bremen) (2013). Determination of Glyphosate residues in human urine samples from 18 European countries. Available At: https://www.foeeurope.org/sites/default/files/glyphosate_studyresults_june12.pdf [Accessed November 24, 2014].</eref>

5

<eref>Monsanto (2011). Technology Use Guide 2010. Available At: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ [Accessed February 25, 2015)</eref>

<eref>Pesticides Residues Committee (2007). Pesticides Residues Monitoring Report. Fourth quarter report 2006. Available at: *http://www.pesticides.gov.uk/guidance/industries/pesticides/advisory-groups/PRiF/PRC-Pesticides-Residues-Commitee/PRC Results and Reports/PRC Reports by Year/pesticide-residue-committee-prc-2006* [Consulted Novembre 2, 2014).</eref>

<eref>Pesticides Residues Committee (2008). Pesticides Residues Monitoring Report. Fourth quarter report 2007 Available at: *http://www.pesticides.gov.uk/guidance/industries/pesticides/advisory-groups/PRiF/PRC-Pesticides-Residues-Commitee/PRC Results and Reports/PRC Reports by Year/pesticides-residues-committee-prc-reports-2007* [Consulted November 2, 2014).</eref>

<eref>Pesticides Residues Committee (2009). Pesticides Residues Monitoring Report. Fourth quarter report 2008. Avalilable at: *http://www.pesticides.gov.uk/guidance/industries/pesticides/advisory-groups/PRiF/PRC-Pesticides-Residues-Commitee/PRC Results and Reports/PRC Reports by Year/pesticide-residues-committee-prc-reports-2009.htm?wbc_purpose=Ba* [Consulted November 2, 2014).</eref>

<eref>Pesticides Residues Committee (2010). Pesticides Residues Monitoring Report. Fourth quarter report 2009. Avalilable at: *http://www.pesticides.gov.uk/guidance/industries/pesticides/advisory-groups/PRiF/PRC-Pesticides-Residues-Commitee/PRC Results and Reports/PRC Reports by Year/pesticide-residues-committee-prc-reports-2010*. [Consulted November 2, 2014).</eref>

<jrn>Simonsen L, Fomsgaard IS, Svensmark B, Spliid NH (2008). Fate and availability of glyphosate and AMPA in agricultural soil. *J Environ Sci Health B.* 43(5):365–75. http://dx.doi.org/10.1080/03601230802062000 PMID:18576216</jrn>

<jrn>Solomon KR, Anadón A, Carrasquilla G, Cerdeira AL, Marshall J, Sanin LH (2007). Coca and poppy eradication in Colombia: environmental and human health assessment of aerially applied glyphosate. *Rev Environ Contam Toxicol.* 190:43–125. http://dx.doi.org/10.1007/978-0-387-36903-7_2 PMID:17432331</jrn>

<jrn>Talbot AR, Chen ZL, Goo TS, Huang JS, Wang SH, Shiaw MH, et al. (1991). Plasma levels and hemodynamics in acute glyphosate poisoning. *Ann Emerg Med.* 20(10):1087. http://dx.doi.org/10.1016/S0196-0644(05)81375-7</jrn>

<jrn>Varona M, Henao GL, Díaz S, Lancheros A, Murcia A, Rodríguez N, et al. (2009). Evaluación de los efectos del glifosato y otros plaguicidas en la salud humana en zonas objeto del programa de erradicación de cultivos ilícitos. [Effects of aerial applications of the herbicide glyphosate and insecticides on human health]. *Biomedica.* 29(3):456–75. [Article in Spanish] http://dx.doi.org/10.7705/biomedica.v29i3.16 PMID:20436997</jrn>

<jrn>Wester RC, Melendres J, Sarason R, McMaster J, Maibach HI (1991). Glyphosate skin binding, absorption, residual tissue distribution, and skin decontamination. *Fundam Appl Toxicol.* 16(4):725–32. http://dx.doi.org/10.1016/0272-0590(91)90158-Z PMID:1884912</jrn>

<jrn>Williams GM, Kroes R, Munro IC (2000). Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans. *Regul Toxicol Pharmacol.* 31(2 Pt 1):117–65. http://dx.doi.org/10.1006/rtph.1999.1371 PMID:10854122</jrn>

<jrn>Zouaoui K, Dulaurent S, Gaulier JM, Moesch C, Lachâtre G (2013). Determination of glyphosate and AMPA in blood and urine from humans: about 13 cases of acute intoxication. *Forensic Sci Int.* 226(1–3):e20–5. http://dx.doi.org/10.1016/j.forsciint.2012.12.010 PMID:23291146</jrn>

# PLENARY