# Exhibit 2

# 1. Exposure Data

## 1.1 Identification of the agent

### 1.1.1 Nomenclature

*Chem. Abstr. Serv. Reg. No.:* 1071-83-6 (acid), also relevant:

38 641-94-0 (glyphosate-isopropylamine salt)

40 465-66-5 (monoammonium salt)

69 254-40-6 (diammonium salt)

114 370-14-8 (unspecified ammonium salt)

34 494-03-6 (glyphosate-sodium)

81 591-87-3 (glyphosate-trimesium)

*Chem. Abstr. Name: N*-(phosphonomethyl)glycine

Preferred IUPAC Name: N/A

*Synonyms:* glyiphosate; glyphosate; glyphosate hydrochloride; glyphosate [calcium, copper (2+), dilithium, disodium, magnesium, monoammonium, monopotassium, monosodium, sodium, or zinc] salt

*Tradenames:* Glyphosate products are sold worldwide under several trade names, including Abundit Extra; Credit; Extreme; Glifonox; Glyphogan; Ground-Up; Rodeo; Roundup; Touchdown; Tragli; Wipe Out; Yerbimat (Bravo Ag) (Farm Chemicals International, 2014)

### 1.1.2 Structural and molecular formulae and relative molecular mass

O OH
H P
N—$H_2C$ OH
$CH_2$
HO—C
O

http://www.alanwood.net/pesticides/glyphosate.html

Molecular Formula C3H8NO5P

Relative molecular mass 169.073 082 g/mol

Additional chemical structure information is available in the PubChem Compound database (NCBI, 2015).

### 1.1.3 Chemical and physical properties of the pure substance

*Description:* Glyphosate acid is a colourless, odourless crystalline solid. It is formulated as a salt consisting of the deprotonated acid of glyphosate and a cation (isopropylamine, ammonium, or sodium), with more than one salt in some formulations. The isopropylamine salt is most commonly used in formulated products (FAO, 2010; Henderson *et al.*, 2010; IPCS, 1994).

*Solubility:* The acid is of medium solubility at 11.6 g/L in water (at 25 °C) and insoluble in common organic solvents such as acetone, ethanol, and xylene; the alkali-metal and amine salts are readily soluble in water (Tomlin, 2000).

*Volatility:* Vapour pressure, 9.8X10–8 mm Hg at 25 °C (negligible) (Tomlin, 2000);

*Stability:* Glyphosate is stable to hydrolysis in the range of pH 5 to pH 9 and relatively stable to photodegradation (FAO, 2000). Glyphosate is not readily hydrolysed or oxidized in the field

(Rueppel *et al.* 1977). Decomposes on heating, producing toxic fumes including nitrogen oxides and phosphorus oxides (IPCS, 2005).

*Reactivity:* Attacks iron and galvanized steel (IPCS, 2005).

*Octanol/water partition coefficient (P):* log P, $< -3.2$ (pH 2–5, 20 °C) (OECD method 107) (Tomlin, 2000).

*Henry's Law:* $< 2.1 \times 10^{-7}$ Pa m$^3$ mol$^{-1}$ (Tomlin, 2000).

*Conversion factor:* mg/m3 = 6.92 × ppm, assuming normal temperature (25 °C) and pressure (101 kPa).

### 1.1.4 Technical products and impurities

Glyphosate is formulated as an isopropylamine, ammonium, or sodium salt in water soluble concentrates and water soluble granules. Relevant impurities in glyphosate technical concentrates are formaldehyde (max. 1.3 g/kg), *N*-Nitrosoglyphosate (max 1 mg/kg), and *N*-nitroso-*N*-phosphonomethylglycine (FAO. 2000). Surfactants and sulfuric and phosphoric acids may be added to formulations of glyphosate, with type and concentration differing by formulation. A common surfactant present in the formulation sold as Roundup is polyoxyethylene amine (POEA)(IPCS, 1994).

## References

<bok>FAO (2000). Specifications and Evaluations For Plant Protection Products: GLYPHOSATE, N-(phosphonomethyl)glycine. Food and Agriculture Organization of the United Nations, 2000/2001 *http://www.fao.org/fileadmin/templates/agphome/documents/Pests_Pesticides/Specs/glypho01.pdf.*</bok>

Farm Chemicals International (2014). Diazinon – Product Detail. Retrieved from Crop Protection Database. Meister Media Worldwide, Willoughby, Ohio. Available from: http://www.farmchemicalsinternational.com/crop-protection-database/#//product/detail/203900/, accessed 2 February 2015.

<other>Henderson, A. M.; Gervais, J. A.; Luukinen, B.; Buhl, K.; Stone, D. (2010). Glyphosate Technical Fact Sheet; National Pesticide Information Center, Oregon State University Extension Services. Available from: http://npic.orst.edu/factsheets/glyphotech.pdf, accessed 2 February 2015.</other>

<bok>IPCS (International Programme on Chemical Safety) (2005). International Chemical Safety Card (ICSC) of Glyphosate (ICSC 0160). The international programme on chemical safety (IPCS). Available from: http://www.inchem.org/documents/icsc/icsc/eics0160.htm, accessed 2 February 2015.</bok>

NCBI (National Center for Biotechnology Information) (2015). PubChem Compound Database; CID= 3496, http://pubchem.ncbi.nlm.nih.gov/summary/summary.cgi?cid=3496 (accessed 5 March 2015)

<jrn>Rueppel ML, Brightwell BB, Schaefer J, Marvel JT (1977). Metabolism and degradation of glyphosphate in soil and water. J Agric Food Chem. 25(3):517–28. http://dx.doi.org/10.1021/jf60211a018 PMID:858844</jrn>

<edb> Tomlin CDS, editor. (2000). The Pesticide Manual: A World Compendium. 12th ed. British Crop Protection Council.</edb>

<other>IPCS (1994). Glyphosate (Environmental Health Criteria; 159). International Programme on Chemical Safety.WHO. Geneva.</other>