# Exhibit 3

**To:** Dana Loomis[LoomisD@iarc.fr]
**From:** Egeghy, Peter
**Sent:** Tue 4/21/2015 6:49:13 PM
**Subject:** RE: Glyphosate Section 1: references needed
Sanchis Glyphosate ELIZA 2011.pdf
Transparency Global Glyphosate Market.pdf
Glyphosate Facts.pdf
Europe and GMOs_Economist_2015.pdf
Freedonia Brochure.pdf

Hi Dana,

Thanks, doing fine and I hope you are too.

Yes, I've heard a little something about a certain pesticide company not being very happy with the classification of its product!

Sorry for the sloppiness in the references. Here is what I dug up as answers to your questions:

Q.1: The information about post-harvest treatments comes from the European Glyphosate Task Force (www.glyphosate.eu), a consortium of European agrichemical companies. The information appears on a website called "Glyphosate Facts: Transparency on safety aspects and use of glyphosate-containing herbicides in Europe," specifically on the webpage titled "…how is glyphosate used?" (updated 10 March 2014) available at http://www.glyphosate.eu/how-glyphosate-used

It is entirely appropriate to add "due to restrictions of glyphosate resistant crops." A good citation for that might be

Gently modified: The EU lifts its ban on GM crops. (2015, January 17). The Economist (print edition: Europe). Retrieved from http://www.economist.com/news/europe/21639578-eu-lifts-its-ban-gm-crops-gently-modified

Q.2: As I shared with Sandrine earlier today, I do not have access to that very expensive report. I relied on the press release from Transparency Market Research (http://www.transparencymarketresearch.com/pressrelease/glyphosate-market.htm) and rounded off the figure: "By volume, the global glyphosate market was 718.6 kilo tons in 2012."

I guess that technically the citation might be: Transparency Market Research. 2014. Global

Glyphosate Market Expected to Reach US$8.79 Billion in 2019. Posted 9 December 2014. Available: http://www.transparencymarketresearch.com/pressrelease/glyphosate-market.htm. Accessed: 21 April 2015.

Similarly, I do not have the Freedonia (2012) report either, but relied on a press release published by Farm Chemicals International at http://www.farmchemicalsinternational.com/markets/global-demand-for-agricultural-pesticides-to-approach-59-billion-in-2016/

Some of the information is also available in the excerpt featured on page 5 of the brochure available at http://www.freedoniagroup.com/brochure/28xx/2877smwe.pdf

Q.3: I recommend the following citation for non-derivation and ELIZA techniques: Sanchís J, Kantiani L, Llorca M, Rubio F, Ginebreda A, Fraile J, et al. 2012. Determination of glyphosate in groundwater samples using an ultrasensitive immunoassay and confirmation by on-line solid-phase extraction followed by liquid chromatography coupled to tandem mass spectrometry. Anal Bioanal Chem 402:2335-2345.

I do recommend keeping it in because these techniques are much simpler than those that require derivatization and are likely to gain in popularity.

Please let me know if I can provide anything else.

Thanks,

Pete

**From:** Dana Loomis [mailto:LoomisD@iarc.fr]
**Sent:** Tuesday, April 21, 2015 11:49 AM
**To:** Egeghy, Peter
**Subject:** Glyphosate Section 1: references needed

Hi Pete,

Hope you're doing well.  As you've probably heard, we've been having a lot of fun here since the

monograph meeting you missed.  We've already started post-meeting verification of the data, and with that I have a couple of questions about your drafts for Section 1 of the glyphosate monograph.

1. In Section 1.2a, you wrote "In Europe, however, "post-harvest treatments" are still the most commonly used management practice" without a reference.  Could you provide a reference for this, and can we also say "due to less widespread planting [or "due to restrictions"] of glyphosate resistant crops" (with an appropriate reference)?

2. A report from Transparency Market Research (2014) is cited twice in Section 1.2. We only have a web link to this report, which is very expensive.  If you have access to this report, can you provide copies of the relevant pages?  The latest draft is attached for reference.

3. In Section 1.3, you wrote "Chromatographic techniques that do not require derivatization and enzyme-linked immunosorbent assays (ELISA) are in development."  Can you supply a reference for this statement as well?  If not, I will delete it, as information about possible future techniques isn't essential.

Thanks

Dana