# Exhibit 4

| | |
|---|---|
| To: | Dana Loomis[LoomisD@iarc.fr] |
| From: | Egeghy, Peter |
| Sent: | Thur 4/30/2015 8:01:30 PM |
| Subject: | RE: Glyphosate regulations (former Section 1.5) |

Hi Dana,

Just like I said early on, when one tries to identify a reliable source for all of the supposed glyphosate bans, one finds that reality is often blurred by wishful thinking. Hope you didn't end up wasting too much time in the rabbit hole.

-Pete


**From:** Dana Loomis [mailto:LoomisD@iarc.fr]
**Sent:** Thursday, April 30, 2015 6:16 AM
**To:** Teresa Rodriguez; Egeghy, Peter; Hans Kromhout; Lin Fritschi
**Cc:** Kathryn Guyton
**Subject:** Re: Glyphosate regulations (former Section 1.5)


Dear Teresa,


Thanks for this very informative research.  So it seems that the ban of glyphosate in El Salvador remains a legislative proposal.


In consideration of the difficulty of establishing what has actually been done and the importance of avoiding the impression that the Working Group advocated any particular action, we have taken the liberty of revising the draft another time.  The revised version is attached for your consideration and comment.  Hans, can you provide a reference for the restrictions in the Netherlands?


Regards

Dana


**From:** Teresa Rodriguez <teresar66@gmail.com>
**Date:** Thursday, 30 April 2015 09:02
**To:** Dana Loomis <loomisd@iarc.fr>
**Cc:** "Egeghy, Peter" <Egeghy.Peter@epa.gov>, Lin Fritschi <lin.fritschi@curtin.edu.au>, Hans Kromhout <h.kromhout@uu.nl>

**Subject:** Re: Glyphosate regulations (former Section 1.5)

Dear Dana:

I received information to my contacts in El Salvador. The decree 473 was ratified by The Executive (President Mauricio Funes) only for 42 of the 53 pesticides. For glyphosate and other 10 pesticides The Legislative Assembly was requested to form a working group to review the evidence of toxicity. My contacts did not find any official document indicating if the ban of glyphosate was ratified or it is still pending (Attached is the document signed by President Funes). I am still waiting the decree in oficia form.

In my country, when the Legislative Assembly published a decree in any communication media, it automatically is considered a law and it can not be modified by the President. It was the reason why I thought that the news on the website of Legislative Assembly could be enough but it seems not to be the case in El Salvador.

Regards

**Dra. Teresa Rodríguez. Ph.D**

Directora

Centro de Investigación en Salud, Trabajo y Ambiente (CISTA)

Facultad de Ciencias Médicas/ UNAN-León

Complejo Docente de la Salud (Campus Médico), Edificio C
Telefax (505) 2311 6690

*El que quiere hacer algo conseguirá un medio, el que no, una excusa.* Stephen Dolley

2015-04-29 4:04 GMT-06:00 Dana Loomis <LoomisD@iarc.fr>:

Dear Teresa,

Thanks for this information. Does the citation below look appropriate for the legislative decree in El Salvador? I wasn't able to open the document, either, and a search for Decreto No. 473 only retreived a decree related to the armed forces, rather than pesticides.

Regards

Dana

República de El Salvador (2013). Assemblea Legislativa Decreto D.L. N° 473, 5 DE SEPTIEMBRE DE 2013. http://www.asamblea.gob.sv/noticias/archivo-de-noticias/asamblea-legislativa-aprueba-reformas-que-prohiben-pesticidas-que-danan-la-salud. Accessed 28 April 2015.

**From:** Teresa Rodriguez <teresar66@gmail.com>
**Date:** Tuesday, 28 April 2015 19:30
**To:** Dana Loomis <loomisd@iarc.fr>
**Cc:** "Egeghy, Peter" <Egeghy.Peter@epa.gov>, Lin Fritschi <lin.fritschi@curtin.edu.au>, Hans Kromhout <h.kromhout@uu.nl>
**Subject:** Re: Glyphosate regulations (former Section 1.5)

Dear Dana:

The decree is in the official website of the Legislative Assembly of El Salvador, but for some reason I could not open. I sent an e-mail to the documentation center requesting a copy and I am waiting for an answer.

In the follow link is the news about the decree in the oficial page of the Legislative Assembly of El Salvador, perhaps it could be enough in the case that I do not recieve the document.

http://www.asamblea.gob.sv/noticias/archivo-de-noticias/asamblea-legislativa-aprueba-reformas-que-prohiben-pesticidas-que-danan-la-salud

The decree number is: D.L. Nº 473, 5 DE SEPTIEMBRE DE 2013

Regards

**Dra. Teresa Rodríguez. Ph.D**

Directora

Centro de Investigación en Salud, Trabajo y Ambiente (CISTA)

Facultad de Ciencias Médicas/ UNAN-León

Complejo Docente de la Salud (Campus Médico), Edificio C
Telefax (505) 2311 6690

*El que quiere hacer algo conseguirá un medio, el que no, una excusa.* Stephen Dolley

2015-04-28 10:52 GMT-06:00 Dana Loomis <LoomisD@iarc.fr>:

> Dear All,
>
> In the attached, I have added Lin's suggested lines as well as the actions Hans and Teresa described in the Netherlands and El Salvador. However, after discussion here, I believe the material about actions taken after the monograph meeting (e.g., France) or potential actions reported subsequently should be deleted and I've also taken the liberty of making those changes.
>
> Please take a look and let the group (and me) know your thoughts about whether this should go into the monograph as it is, with further changes, or not at all. If it is to be used, we will need references for the actions taken in El Salvador and the Netherlands. Unfortunately the copy of the El Salvador decree on an activist web site probably isn't sufficiently official.

Best

Dana


**From:** <Egeghy>, Peter <Egeghy.Peter@epa.gov>
**Date:** Tuesday, 28 April 2015 16:52
**To:** Lin Fritschi <lin.fritschi@curtin.edu.au>, Dana Loomis <loomisd@iarc.fr>
**Cc:** Teresa Rodriguez <teresar66@gmail.com>, Hans Kromhout <h.kromhout@uu.nl>
**Subject:** RE: Glyphosate regulations (former Section 1.5)


Thanks Lin,

I like your version much better than mine!

Thanks,

Pete


**From:** Lin Fritschi [mailto:lin.fritschi@curtin.edu.au]
**Sent:** Tuesday, April 28, 2015 1:57 AM
**To:** Peter Egeghy; Dana Loomis
**Cc:** Teresa Rodriguez; Hans Kromhout; Egeghy, Peter
**Subject:** RE: Glyphosate regulations (former Section 1.5)


Thanks Peter

Excellent work separating the wheat from the chaff.  See attached for a minor suggested change from me.


**From:** Peter Egeghy [mailto:peter.egeghy@gmail.com]
**Sent:** Tuesday, 28 April 2015 11:42 AM
**To:** Dana Loomis
**Cc:** Teresa Rodriguez; Hans Kromhout; Lin Fritschi; Egeghy, Peter
**Subject:** Re: Glyphosate regulations (former Section 1.5)


Hello Everyone,

It appears that while the blogosphere is abundant with reports of glyphosate being banned by this country or that country, finding concrete evidence of such bans (at least on a scale above municipalities) is quite difficult, suggesting that those claims are little more than wishful thinking. I've drafted a paragraph, it may be a little long, so feel free to edit as you wish. I focused on bans and restrictions and did not include anything about occupational exposure limits.

Thanks,

Pete

On Mon, Apr 27, 2015 at 9:16 AM, Dana Loomis <LoomisD@iarc.fr> wrote:

Dear All,

Thanks for your responses (below) to this question. It seems we missed some information that should be included. Would one of you be willing to write a paragraph or 2 on regulation of glyphosate similar to the ones for other agents in this volume? The write-up for malathion is appended below as an example for Pete and Teresa, who may not have seen these.

Dana

—

Approval of malathion in the European Union market was revoked in 2008 after it was deemed to not meet stricter standards for health and environmental safety, but in 2010 the EU Member States voted to again allow malathion end-use products to be registered for use in the EU Member States for the control of insect pests in agricultural crops (Annex I to Directive 91/414/EEC). In six European countries, (Austria, Czech Republic, France, Poland, Romania, Slovakia) malathion has been re-authorized at the national level and is in progress in Bulgaria and Italy (European Pesticides database (ec.europa.eu/sanco_pesticides/public/index.cfm?event=activesubstance.detail&language=EN&selectedID=1525, accessed 4 March 2015). Occupational exposure limits for malathion ranging from 1 mg/m3 to 15 mg/m3 have been established in several countries (AFI, 2015).

**From:** Teresa Rodriguez <teresar66@gmail.com>
**Date:** Monday, 27 April 2015 12:53
**To:** Dana Loomis <loomisd@iarc.fr>
**Cc:** Hans Kromhout <h.kromhout@uu.nl>, Lin Fritschi <lin.fritschi@curtin.edu.au>
**Subject:** Re: Glyphosate regulations (former Section 1.5)

Dear Dana:

I did a review of publications of Nicaraguan Ministry of Agriculture and I found no information about ban or restriction of glyphosate's uses in Nicaragua.

El Salvador banned the glyphosate in September 2013 due to its association with the epidemic of chronic kidney disease (CKD) in Central America. The copy of the legislative decree is in:
http://www.rap-al.org/news_files/DECRETO%205.08.13.pdf

I read that Sri Lanka banned the use of glyphosate by the CKD in March 2014, but later they retracted.

http://sustainablepulse.com/2014/05/13/sri-lanka-lifts-ban-sale-glyphosate/#.VT4UIyF_Oko

Regards

**Dra. Teresa Rodríguez. Ph.D**

Directora

Centro de Investigación en Salud, Trabajo y Ambiente (CISTA)

Facultad de Ciencias Médicas/ UNAN-León

Complejo Docente de la Salud (Campus Médico), Edificio C
Telefax (505) 2311 6690

*El que quiere hacer algo conseguirá un medio, el que no, una excusa.* Stephen Dolley

HI Dana

I don't remember us doing anything formal on this. I suspect we looked up the various OEL databases and found nothing so presumably it was only recently banned.

Someone told me about the banning in Nicaragua but I seem to remember the ban was overturned quite rapidly after it was instituted. I sent some emails about the Dutch banning during the meeting but Hans noted the ban was only for private individuals so we didn't write anything.

Regards

Lin\

**From:** Kromhout, J. (Hans) [mailto:h.kromhout@uu.nl]
**Sent:** Friday, 24 April 2015 7:06 PM
**To:** 'Dana Loomis'; Lin Fritschi; Teresa Rodriguez
**Subject:** RE: Glyphosate regulations (former Section 1.5)

Hi Dana,

I read a lot of things on glyphosate after the meeting with bans all over the place, see for instance this paper:

http://www.theguardian.com/cities/2015/apr/21/glyphosate-probably-carcinogenic-pesticide-why-cities-use-it

A good overview of when and where it was regulated would require quite some work. I definitely did not write about it prior to the meeting.

Best, Hans

2015-04-23 10:35 GMT-06:00 Dana Loomis <LoomisD@iarc.fr>:

Dear Hans, Dear Lin,

I'm reviewing Section 1 of the draft monograph on glyphosate and I don't find anything about regulations. Surely we must have had something, although there are no OELs. Apparently several countries have already banned or restricted it, including The Netherlands. http://sustainablepulse.com/2014/04/04/dutch-parliament-bans-glyphosate-herbicides-non-commercial-use/#.VTkeiVzMfA4.  I read elsewhere the Nicaragua has also banned it.

If nothing was written for the meeting, I think we should add a paragraph, provided that more reliable information sources can be found.

Dana

-------------------------------------------------------------------------------------------
This message and its attachments are strictly confidential. If you are not
the intended recipient of this message, please immediately notify the sender
and delete it. Since its integrity cannot be guaranteed, its content cannot
involve the sender's responsibility. Any misuse, any disclosure or publication
of its content, either whole or partial, is prohibited, exception made of
formally approved use.
-------------------------------------------------------------------------------------------

---------------------------------------------------------------------------------------------
*This message and its attachments are strictly confidential. If you are not the intended recipient of this message, please immediately notify the sender and delete it. Since its integrity cannot be guaranteed, its content cannot involve the sender's responsibility. Any misuse, any disclosure or publication of its content, either whole or partial, is prohibited, exception made of formally approved use.*
---------------------------------------------------------------------------------------------

---------------------------------------------------------------------------------------------
*This message and its attachments are strictly confidential. If you are not the intended recipient of this message, please immediately notify the sender and delete it. Since its integrity cannot be guaranteed, its content cannot involve the sender's responsibility. Any misuse, any disclosure or publication of its content, either whole or partial, is prohibited, exception made of formally approved use.*
---------------------------------------------------------------------------------------------