UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER TO MAINTAIN CONFIDENTIALITY OF UNFILED DISCOVERY DOCUMENTS** |

The Court, having reviewed the parties' positions in their Joint Letter Brief dated February 10, 2017, and for good cause shown, hereby **GRANTS** Monsanto Company's request and **ORDERS** that challenges to the confidentiality of documents produced in discovery shall not be brought until there is an identified litigation need to file the documents.  This Order applies to the confidentiality challenges that plaintiffs have already directed to Monsanto Company for which no planned Court filing has been identified.

Date: _____, 2017        _____
                                                          HONORABLE VINCE CHHABRIA
                                                          UNITED STATES DISTRICT COURT

**[PROPOSED] ORDER TO MAINTAIN CONFIDENTIALITY OF UNFILED DISCOVERY DOCUMENTS**