UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

The Court, having considered, pursuant to Civil Local Rules 79-5 and 7-11, Plaintiffs' February 8, 2017 Administrative Motion to File Under Seal and Monsanto Company's February 13, 2017 Response in Support of Plaintiffs' Administrative Motion to File Under Seal and Related Motion to Maintain Confidentiality, and for good cause shown, hereby **GRANTS** Monsanto's request and **ORDERS:**

A. Unless requested by the Court, documents produced in discovery shall not be filed as exhibits to motions or other filings regarding discovery or case management issues.

B. The Clerk of the Court is ordered to strike the unredacted version of Plaintiffs' Submission in Response to Pretrial Order No. 8 and the unredacted versions of the exhibits that accompany Plaintiffs' February 8, 2017 Administrative Motion to File Under Seal, ECF No. 132, from the docket.

C. **[Alternative requested relief to preceding paragraph]**
The following documents shall be maintained under seal until further order of the

Court:

    i. **Exhibit 4**: MONGLY 00977035-36. This document shall be maintained by the Court under seal.

    ii. **Exhibit 5**: MONGLY01228577. This document shall be maintained by the Court under seal.

    iii. **Exhibit 7**:

        1. MONGLY1192115. This document shall be maintained by the Court under seal.

        2. Deposition Transcript of Donna Farmer at 49:21-50:25; 51:22-52:12. These excerpts shall be maintained by the Court under seal.

    iv. **Exhibit 9**:

        1. MONGLY02054538-40. This document shall be maintained by the Court under seal.

        2. MONGLY03416927. This document shall be maintained by the Court under seal.

    v. **Exhibit 10**: MONGLY03410604 at 3410607. This document shall be maintained by the Court under seal.

    vi. **Exhibit 11**: MONGLY02145917. This document shall be maintained by the Court under seal.

    vii. **Exhibit 12**: MONGLY00977264. This document shall be maintained by the Court under seal.

    viii. **Exhibit 13**: MONGLY01009950. This document shall be maintained by the Court under seal.

    ix. **Plaintiffs' Submission in Response to Pretrial Order No. 8**. Plaintiffs filed their submission publicly with the exception of certain redactions, referring to and quoting from the above-listed exhibits. The unredacted copy of this document shall be maintained by the Court under seal.

| | |
|---|---|
| Date: _____, 2017 | _____ |
| | HONORABLE VINCE CHHABRIA |
| | UNITED STATES DISTRICT COURT |