AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:16-MD-02741-VC

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* JESUDOSS ROWLAND on *(date)* Feb 10, 2017, 12:22 pm.

[X]   I served the subpoena by delivering a copy to the named individual as follows: JESUDOSS ROWLAND.
_____   on *(date)* Fri, Feb 10 2017 AT 6:06 PM; or

[ ]   I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $

I declare under penalty of perjury that this information is true.

Date: 02/11/2017

_____
*Server's signature*

GARY JONES-RUSSELL
_____
*Printed name and title*

1801 18TH NW 2ND FLOOR, WASHINGTON , DC 20009
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 10, 2017, 6:06 pm EST at Home: 1721 ALLERFORD DR, HANOVER, MD 21076 received by JESUDOSS ROWLAND. Age: 65; Ethnicity: Middle Eastern; Gender: Male; Weight: 180; Height: 5'7"; Hair: Gray; Eyes: Brown;
A WITNESS FEE WAS PROVIDED IN THE AMOUNT OF $40.48