```
 1  BRIAN J. STRETCH (CABN 163973)
    United States Attorney
 2
    SARA WINSLOW (DCBN 457643)
 3  Chief, Civil Division

 4  RAVEN M. NORRIS (CABN 232868)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 436-6915
 7      FAX: (415) 436-6570
        Raven.Norris@usdoj.gov
 8
    Attorneys for United States of America
 9
```

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE No. 16-md-02741-VC<br><br>PLAINTIFFS' AND UNITED STATES' JOINT NOTICE OF CORRECTION REGARDING PLAINTIFF'S REPLY ASSERTION THAT THE UNITED STATES WAIVED PROCEDURAL OBJECTIONS IN THE JOINT STIPULATION SETTING BRIEFING SCHEDULE |

Counsel for Plaintiffs and Counsel for the United States respectfully file the instant notice of correction regarding assertions in Plaintiffs' Reply to the United States' Opposition to their Motion to Compel. Pursuant to the Joint Stipulation between Plaintiffs and the United States filed on January 19, 2017, the United States filed an Opposition to Plaintiffs' Motion on February 8, 2017. On February 10, 2017, Plaintiffs' filed a reply. In their reply, Plaintiffs' asserted on pages 5-6 that:

> In response, the United States and Plaintiffs negotiated and entered into a Stipulation regarding the briefing and hearing; as noted in that document, entered by the Court (Docket No. 119), "Counsel for the government requested until February 8, 2017 to file a response and … Plaintiffs' counsel agreed to the request for additional time…. Plaintiffs and the United States have further agreed that, if necessary, a hearing on this Motion shall be held with this Court on February 22, 2017" (now continued by Court to February 27, 2017). Claims of defect in notice or service have been effectively waived by the joint stipulation.

Plaintiffs' Reply, Docket No. 141 at pp. 5-6.  On February 13, 2017, counsel for the Government contacted Plaintiffs' counsel and requested that they withdraw this assertion because the stipulation between the parties specifically preserved the United States' procedural and substantive objections to the Motion to Compel.  *See* Joint Stipulation, Docket No. 113 at ¶ 8 ("Plaintiffs and the United States' agree that this Stipulation will not be considered an admission by any party and that the United States does not waive any procedural or substantive objections to the Motion.").  Plaintiffs' counsel agreed that the United States did not waive any procedural or substantive objections by filing the joint stipulation and agreed to withdraw the above assertion.  Accordingly, Plaintiffs and the United States now file the instant Notice of Correction advising the Court that Plaintiffs withdraw the argument contained in the above-cited paragraph on pages 5-6 of their reply.

Dated: February 17, 2017             Respectfully Submitted,

*/s/ Timothy Litzenberg*
TIMOTHY LITZENBERG
Attorney for Plaintiffs

Dated: February 17, 2017             Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

*/s/Raven M. Norris*
RAVEN M. NORRIS [1]
Assistant United States Attorney
Attorney for United States

---

[1] I, Raven M. Norris, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

JOINT NOTICE OF CORRECTION
CASE NO. 16-MD-02741-VC             2