

**W E I T Z**
**&**
**L U X E N B E R G**
A PROFESSIONAL CORPORATION
• LAW OFFICES •

700 BROADWAY • NEW YORK, NY 10003
TEL. 212-558-5500            FAX   212-344-5461
WWW.WEITZLUX.COM

February 17, 2017

**FILED VIA ECF**
Honorable Vince Chhabria
United States District Court, Northern District of California

  Re: Joint Request for Adjournment of the Depositions of Daniel Jenkins and Susan
  Martino-Catt – *In re Roundup Prod. Liab. Litig.*, No. 3:16-md-02741-VC

To the Honorable Vince Chhabria,

  The Court instructed the parties at the Case Management Conference on December 21, 2016 at Tr. 51:10-15; 21-23, to take certain depositions by the end of February.  With respect to two of those deponents -- Daniel Jenkins and Susan Martino-Catt -- the parties respectfully request that the deadline for taking their depositions be changed to March 31 because the Court's forthcoming rulings on pending matters may affect the need for and/or the scope of those depositions. This requested adjournment will not affect any of the other deadlines in the case.

           Respectfully submitted,

           */s/ Robin L. Greenwald*

           Robin L. Greenwald