Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA  22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No.  16-md-02741 |
| This Document Relates To All Actions | **WAGSTAFF DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Aimee H. Wagstaff, declare:

1.      I am a member of the executive committee of MDL 2741.  I make this declaration

in support of Plaintiffs' Administrative Motion to File Under Seal filed on February 17, 2017.  I

have personal knowledge of the facts stated herein and, if called as a witness, I could and would

- 1 -

1    competently testify thereto.

2          2.      Plaintiffs have conditionally filed under seal portions of **Plaintiffs' Reply in**

3    **Opposition to Administrative Motion to File Under Seal and Related Motion to Maintain**

4    **Confidentiality**, as well as the following **Exhibits**:

5          A.  **Exhibit 2** – September 30, 2016 letter from Rosemary Stewart, Esq. to Aimee

6              Wagstaff, Esq.

7          B.  **Exhibit 4** – Bates No. MONGLY 03557241

8

9          C.  **Exhibit 6** – Bates No. MONGLY 03563026

10   Monsanto designated Exhibits 2, 4, and 6 "Confidential" and Monsanto refuses to de-designate

11   same.

12        I declare under penalty of perjury that the foregoing is true and correct.

13   Executed this 17th day of February, 2017.

14

15                                    */s/ Aimee H. Wagstaff*
                                      Aimee H. Wagstaff

16

17

18

19

20

21

22

23

24

25

26

27

28
WAGSTAFF DECL. IN SUPPORT OF ADMIN. MOTION TO FILE UNDER SEAL
3:16-md-02741-VC

1

**ECF CERTIFICATION**

2          Pursuant to Civil Local Rule 5-1(i)(3), the filing attorney attests that she has obtained

3    concurrence regarding the filing of this document from the signatories to the document.

4

5          DATED: February 17, 2017                    */s/ Aimee Wagstaff*
                                                        ANDRUS WAGSTAFF, PC
                                                        Aimee H. Wagstaff, SBN 278480
6                                                       aimee.wagstaff@andruswagstaff.com
                                                        7171 West Alaska Drive
7                                                       Lakewood, CO  80226
                                                        Telephone: (303) 376-6360
8                                                       Facsimile: (303) 376-6361

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
WAGSTAFF DECL. IN SUPPORT OF ADMIN. MOTION TO FILE UNDER SEAL
3:16-md-02741-VC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

DATED: February 17, 2017

*/s/ Aimee Wagstaff*
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

- 4 -

WAGSTAFF DECL. IN SUPPORT OF ADMIN. MOTION TO FILE UNDER SEAL
3:16-md-02741-VC