UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No. 16-md-02741 |
| This Document Relates To All Actions | **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Having reviewed Plaintiff's Administrative Motion to File Under Seal and the Declaration of Aimee H. Wagstaff in support thereof, the Court ORDERS that:

Plaintiffs have conditionally filed under seal portions of **Plaintiffs' Reply in Opposition to Administrative Motion to File Under Seal and Related Motion to Maintain Confidentiality**, as well as the following **Exhibits**:

1. **Exhibit 2** – September 30, 2016 letter from Rosemary Stewart, Esq. to Aimee Wagstaff, Esq.

2. **Exhibit 4** – Bates No. MONGLY 03557241

3. **Exhibit 6** – Bates No. MONGLY 03563026

Such Portions of the Reply brief and Exhibits 2, 4, and 6 shall remain filed conditionally

1

under seal for four (4) days after the date they were originally filed conditionally under seal, pursuant to the Protective and Confidentiality Order in this case and Civil Local Rule 79-5(e).

Dated:_____

_____
Hon. Vince Chhabria
Judge of the United States District Court