# EXHIBIT 4



Confidential - Produced Subject to Protective Order

MONGLY03557241



Confidential - Produced Subject to Protective Order

MONGLY03557242



Confidential - Produced Subject to Protective Order