# EXHIBIT 6



Confidential - Produced Subject to Protective Order

MONGLY03563026



Confidential - Produced Subject to Protective Order



Confidential - Produced Subject to Protective Order

MONGLY03563028



Confidential - Produced Subject to Protective Order



Confidential - Produced Subject to Protective Order



Confidential - Produced Subject to Protective Order