# EXHIBIT 3

# EXHIBIT 3 A

# HERE WE GO AGAIN: DR. OZ AND GLYPHOSATE

We just watched the latest episode of Dr. Oz, and sadly, we weren't surprised by what we saw.  Just like he did <u>back in April</u>, Dr. Oz used the <u>IARC classification of glyphosate</u> in Category 2A to raise confusion and concern with his viewers.

4

2

12

Share

AUTHOR

Wes Matthews
<u>More</u> →

As a company, we're eager for folks to know more about how our products help farmers produce food in a more environmentally sustainable way.  We want folks to know that we take safety extremely seriously, and glyphosate has undergone rigorous safety evaluations by regulatory agencies around the

world.  Unfortunately, experience has shown us that with its current approach, the Dr. Oz program isn't the right place for these kinds of detailed and science-based discussions.

In fact, the Dr. Oz program didn't even reach out to us prior to filming this segment.  When we heard Dr. Oz was having another discussion about glyphosate, we reached out to offer background information and our perspective so that viewers could decide for themselves.  We'd like to share our point of view here as well.

Dr. Oz attempted to argue that the use of pesticides like glyphosate on herbicide-tolerant crops is a reason foods derived from GM crops should carry special labels.  We strongly disagree with this argument as well.  The use of chemical crop protection products is not limited to GM crops.  However, regardless of whether crop protection products will be used on GM or conventional crops, the products undergo detailed regulatory reviews for safety.

Glyphosate-based herbicides have a 40-year history of safe use.  This is backed up by more than <u>800 studies on glyphosate safety</u>, many conducted by independent researchers.  Regulatory agencies and scientific organizations, like the <u>U.S. EPA</u>, Health Canada and others, have reviewed all the key studies considered by IARC – and more – and arrived at the conclusion that glyphosate can be used safely when label instructions are followed.  <u>Numerous long-term studies</u> of glyphosate have concluded that glyphosate does not pose a cancer risk in humans.

In contrast, IARC took a very different approach and selectively included and interpreted data to classify glyphosate in Category 2A.  The IARC classification conflicts with the overwhelming consensus of regulatory agencies around the world and the findings of thee other WHO programs that have reviewed glyphosate safety.

We welcome your questions about glyphosate, GM crops or any

topic related to our business.  Feel free to share what's on your mind at discover.monsanto.com.  You can also learn more about glyphosate at Monsanto.com/glyphosate or GMOAnswers.com.

External sources on Glyphosate safety

Peer-reviewed scientific publications

- Regulatory Toxicology and Pharmacology. 31: 117-165. Gary M. Williams, Robert Kroes and Ian C. Munro (2000). Click here for a summary of the Williams' review.
- Reviews of Environmental Contamination and Toxicology. 167: 35-120. John P. Giesy, Stuart Dobson and Keith R. Solomon (2000).Click here for a summary of the Giesy review.
- An extensive collection of glyphosate-related publications is available here.

U.S. Environmental Protection Agency (EPA) review documents

- EPA Reregistration Eligibility Decision– Fact Sheet
- EPA, September 1993 / Full dossier

Worldwide governmental review documents

- Europe
- Commission working document– Review report for the active substance glyphosate / Finalized in the Standing Committee on Plant Health (June 2001)
- Germany
- Current, preliminary assessment of glyphosate by the BfR (July 2011)

Frequently Asked Questions on the Health Risk Assessment of Glyphosate (November 2011)

- FranceAFSSA-Statementon the substance glyphosate (add date)
- AustriaStatement about a study on toxicological effects of glyphosateBenachour N. and Seralini G.-E. (2009)

Information of the Austrian Agency for Health and Food Safety (AGES) on glyphosate

- AustraliaReview of the National Registration Authority(add date)

Report of the Australian Pesticides and Veterinary Medicines Authority (APVMA) of the Earth Open Source study "Roundup and birth defects: Is the public being kept in the dark?"
Regulatory update: APVMA sees no need to revise the current Australian Acceptable Daily Intake (ADI).
World Health Organization (WHO) review documents
• WHO environmental health criteria of glyphosate (1994)
• Joint FAO/WHO evaluation (2004 Part II—Toxicology) with information on the acceptable daily intake of glyphosate (ADI)
• WHO Drinking Water Guidelines for glyphosate and AMPA
Other review documents
A glyphosate summary is available online at EXTOXNET, a cooperative effort of University of California-Davis, Oregon State University, Michigan State University, Cornell University and the University of
Idaho.http://ace.ace.orst.edu/info/extoxnet/pips/ghindex.html

# EXHIBIT 3 B

# ADDRESSING RECENT LITIGATION ON GLYPHOSATE

Glyphosate-based herbicides have a 40-year history of safe use.  Glyphosate has been the subject of more than 800 different health and safety studies, and no regulatory agency in the world considers glyphosate to be a carcinogen.  However, after the classification of glyphosate by IARC in Category 2A in March 2015, plaintiffs' attorneys in the United States began soliciting plaintiffs for potential lawsuits.  These attorneys are attempting to tie the IARC classification to individual cases of cancer, and they're running ads to recruit plaintiffs in local newspapers and on the radio.  At this time, one individual lawsuit is pending.

3

0

0

Tags: human health, IARC, Safety Studies

AUTHOR

M.

More →

While we're sympathetic to individuals experiencing health problems, including those alleged by the plaintiffs in this case, we believe that glyphosate is safe for human health when used as labeled and that this suit is without merit.  Decades of experience within agriculture and regulatory reviews using the most extensive worldwide human health databases ever compiled on an agricultural product contradict the claims in the suit which will be vigorously defended.

A number of resources are available to answer questions about glyphosate and its history of safe use.  We invite you to review the resources below.  If you don't see find an answer to your question, feel free to ask us at discover.monsanto.com.

EXHIBIT 3 C

# HAVE YOU HEARD THAT GLYPHOSATE CAUSES CANCER?

By Robb Fraley, Executive Vice President & Chief Technology Officer

14

1

28

AUTHOR



M.

More →

Have you heard that glyphosate causes cancer?

You may have also heard recently that red meat causes cancer.

If you have, it's because last year, a group called the International Agency for Research on Cancer (IARC), decided both are "probable" carcinogens. Coming from a group with ties to the World Health Organization, the attention – and, unfortunately, the

found that at least 61 of those scientists served on monograph working groups that considered their own scientific research."

I encourage anyone with concerns about <u>glyphosate</u> safety to read the Reuters special report and consider that IARC's classification is inconsistent with the overwhelming consensus of regulatory authorities around the world, who have <u>assessed</u> all the studies examined by IARC – and many more.

Indeed, while IARC's erroneous classification of glyphosate has attracted media attention and been used repeatedly as a scare tactic by activists, regulators around the world continue to support the safe use of glyphosate. In just the 13 months since IARC classified glyphosate, regulatory authorities in Europe, Canada, Japan and Australia have publicly reaffirmed that glyphosate does not cause cancer.

Unfortunately, much of this important context has been missing from the media coverage around IARC's classification of glyphosate, which is a shame because IARC reports not only create unnecessary confusion with consumers, but they also fuel efforts by activist groups to mislead the public with shoddy science.

In late May, IARC will convene again – this time to evaluate the potential carcinogenic risks of coffee and other hot beverages. Hopefully this time around there will be more conversation about what an IARC classification really means.

"If I say the world is round and someone else says it's flat, that's worth reporting. But you might also want to report on a bunch of scientific evidence that seems to support the notion that the world is round." – President Obama

# EXHIBIT 3 D

# MONSANTO'S CONTINUED CONCERNS ABOUT IARC GLYPHOSATE CLAIMS

By Scott Partridge, Monsanto Vice President
Global Strategy

1

1

5

Tags: cancer, Glyphosate, IARC, Monsanto, RoundUp

AUTHOR

Nick Weber

More →

At Monsanto, I work with many teams that research and develop products to help farmers, and ultimately, consumers, every day. These teams rely on the science to guide their decision-making, and they adhere to the rigorous regulatory processes established by governments around the world to bring our products to market. Recently, glyphosate, the main ingredient in Monsanto's Roundup agricultural herbicides, has been under attack by a French-based group called the International Agency for Research on Cancer (IARC). Its activities have raised a lot of questions, which we

intend to explore further.

A 40-Year History of Safe Use

Glyphosate has been called the most important herbicide developed in the post- World War II era.  For over 40 years, the EPA – and all other regulatory and scientific agencies worldwide who have reviewed glyphosate – have concluded that glyphosate does not pose a cancer risk to humans.  Many of these reviews were completed in the last few months.  In April 2015, the Canadian Pest Management Regulatory Authority concluded that "glyphosate is unlikely to pose a human cancer risk."  In November 2015, the European Food Safety Authority concluded that "glyphosate is unlikely to pose a carcinogenic hazard to humans."  And in March 2016, the Food Safety Commission of Japan concluded, "No neurotoxicity, carcinogenicity, reproductive effect, teratogenicity or genotoxicity was observed."

IARC's Flawed Report, and Reactions from Scientists and Regulators

In March 2015, a non-governmental French-based group called the International Agency for Research on Cancer ("IARC") reported that it had performed its own review of some glyphosate literature.  During its one-week review process, the group, by its own admission, ignored much of the vast content and numerous studies used by governmental regulatory agencies and scientists over the past four decades to rigorously assess the safety of glyphosate.  Instead, the IARC group selected a subset of information for review, including reports that were self-authored by IARC's own members, and studies that had been soundly discredited by other scientists.  Following IARC's abbreviated and subjective review of a portion of the literature, the group reached a flawed conclusion, claiming glyphosate is "a probable carcinogen."  Members of the IARC panel then mounted an aggressive publicity and lobbying campaign to convince others, even though their conclusion contradicted the findings of all the

other scientists and global regulatory agencies that have addressed the issue, including three other entities within the World Health Organization.

Given the obvious flaws in its process, the IARC report has spurred much direct criticism from global regulatory agencies and scientific experts, who have confirmed that the scientific evidence does not support IARC's conclusions; and other prominent scientists have claimed IARC even misrepresented their work altogether.  For example, the German Rapporteur Member State for the glyphosate re-evaluation in the EU discredited the IARC claims in a 122 page, study-by-study assessment of the IARC work, and concluded "the weight of evidence suggests that there is no carcinogenic risk related to the intended herbicidal uses and, in addition no hazard classification for carcinogenicity is warranted for glyphosate according to the CLP criteria."  And Dr. Keith Solomon, a renowned scientist in this area that was cited by IARC, left no doubt about their misuse of his work, stating, "They (IARC) got this totally wrong. They said the study showed there was a relationship…. It's certainly a different conclusion than the one we came to."

EPA's Cancer Assessment Review Committee Report

Most recently, the EPA added its weight to the debate, with an 87-page "Final Report" from the EPA's own Cancer Assessment Review Committee ("CARC") on April 29, 2016.  The EPA's scientists thoroughly reviewed the mutagenicity studies, toxicology studies and epidemiology studies (including, among others, the Department of Health and Human Service's large, prospective Agricultural Health Study), with a particular focus on those studies that IARC found persuasive.  The EPA specifically addressed and rejected each of the lines of evidence used by IARC, and reaffirmed the safety of glyphosate.  The EPA's Final Report, like those from other agencies around the world, used sound science and a rigorous process to set the record straight

on the safety of glyphosate.

Questions about IARC and the harm it is causing to public policy
The controversial IARC claims continue to create unfounded
confusion, public fear, and wasted resources.  In large part, this is
due to the aggressive publicity and lobbying campaign initiated by
IARC scientists, who are trying to convince regulators to replace
the body of well-established science with IARC's flawed findings
and biased perspectives.  This is creating needlessly misinformed
debate, undermining public policy, and harming affected
industries that depend on thorough and accurate scientific
assessments.

The publications and tactics of IARC and its members about
glyphosate raise many serious questions about their purposes
and processes.  And while pretending to operate under a banner
of science, they abuse and ultimately undermine the fundamental
public trust placed in our scientific institutions.  Given the
importance of these issues to the public, to farmers, to our
industry, and to the thousands of real scientists and public health
officials working hard every day to fulfill their mission, we intend to
find answers to the numerous questions surrounding IARC… and
we will share what we learn.  But from what we've seen thus far,
the IARC efforts have little to do with science or public health.

It is my hope that sound science and rigorous regulatory
processes will continue to guide our public health debates and
policies.

Originally published May 12, 2016 by Nick Weber

EXHIBIT 3 E

# MONSANTO RESPONDS TO MISLEADING NEW YORK TIMES GMO ARTICLE

We were disappointed to read this weekend's piece on GMO crops in the New York Times ("Doubts About the Promised Bounty of Genetically Modified Crops").  The reporter chose to cherry-pick data to argue that GMOs have failed to provide significant benefits, especially yield increases, to farmers in the United States.  The reporter's arguments were misinformed– and overlooked the perspectives of millions of farmers in the United States, India, South America and elsewhere in the world, who have chosen to plant GMOs over the past two decades.

1.4K

1

179

Share

Tags: GMO benefits, GMOs, New York Times
AUTHOR

Nick Weber
More →
We were especially disappointed because we engaged with this reporter on multiple occasions over several months to provide interviews, background information and recommendations of third-party experts and resources.  Much of this context was omitted from the article.  As a result, the article may create unfortunate confusion and concern among consumers who are unfamiliar with modern agricultural practices.

As we told the reporter on multiple occasions, analyzing yield trends across geographies is complex because agronomic characteristics, maturity rates and other factors have to be taken into consideration.  Making comparisons across very broad geographies – such as the United States and Europe – is especially difficult.  Focusing on a comparison between smaller regions allows for better control of those variables and a more accurate comparison.

For instance, in a new analysis on the Huffington Post, Monsanto's Chief Technology Officer, Dr. Robb Fraley, analyzes yield trends between the Canadian province of Ontario and the country of France.  These two regions are agronomically similar.  The big difference?  GMOs are common in Ontario but not used in France.  From 1997 to 2015, corn yields increased in Ontario by 51 percent, while French yields only grew about 10.5 percent.

Importantly, while this increase is significant, yield improvement is only one of the many benefits GMOs offer to modern agriculture.  Let's look more broadly at those benefits.

The article completely overlooked the benefits of GMOs for farmers in the developing world – an area where this new technology is truly changing lives, particularly when it comes to food security.  According to Qaim and Kouser (2013), access to insect-resistant GMO cotton in India has increased family incomes and improved calorie consumption significantly.  Indeed, because of access to GMOs, food insecurity among Indian cotton-producing households has fallen by 15 to 20 percent.

GMOs and other modern agricultural tools have also helped accelerate the adoption of practices such as conservation tillage and no-till, which helps increase carbon sequestration in soil.  Brookes and Barfoot (2016) calculated that in 2014 alone, conservation tillage enabled by glyphosate-tolerant GMO corn and soybean removed 22.4 billion kilograms of carbon dioxide from the atmosphere.  That's the equivalent of taking 10 million cars off the road for a year.  That benefit alone should make headlines.

The article also made misleading claims regarding the use of pesticides on GMOs.  Brookes and Barfoot also report that GMOs have reduced pesticide spraying from 1996 to 2015 by 8.2 percent.

In addition, despite the article's alarmist language about pesticide safety, it is important to note that all pesticides registered for use in the United States have undergone rigorous health and safety evaluations by the U.S. Environmental Protection Agency (EPA).  These assessments ensure that pesticides can be used safely according to their label instructions, whether they are being used on GMOs, conventional or organic crops.

It's easy for anyone to cherry-pick numbers to make a misleading argument.  But it's impossible to argue with the real-world benefits both large and smallholder farmers have seen around the world.  As a company, we are committed to delivering new tools and innovations to growers to help nourish our world in a more

sustainable way.  We believe GMOs are one important tool, among many, that will help feed our growing world.  We invite readers of the Times piece to dig deeper than the headlines and explore the benefits of GMOs for themselves.  A great place to start is at discover.monsanto.com or GMOAnswers.com. Here's a running list of links to responses by farmers, academics and others who are providing accurate information and setting the record straight on misinformation in the article as well.