Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055

Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 <br><br> Case No.  16-md-02741 <br><br> **ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| This Document Relates To All Actions | |

      Pursuant to Civil Local Rules 79-5 and 7-11 and the Protective and Confidentiality Order entered by the Court on December 9, 2016 ("Protective Order"), Plaintiffs hereby submit this Administrative Motion to File Under Seal. Pursuant to the Protective Order, "[w]hen a Party wishes to use a document that has been designated as confidential in support of a motion or other

filing with the court, it will move the Court to file the document under seal pursuant to Civil Local Rule 79-5… ." *See* Protective Order, ¶ 18.

### I. Plaintiffs Conditionally Lodge Under Seal Documents Designated as Confidential by Defendants.

Pursuant to Civil Local Rule 79-5(e), Plaintiffs hereby notify the Court that they have conditionally filed under seal documents which have been designated Confidential by Monsanto, or which contain or reference information so designated. Specifically, Plaintiffs have conditionally filed under seal supporting exhibits to Plaintiffs' positions relative to the production of additional custodial files by Monsanto Company as well as the production of fact witnesses Richard Garnett and Eric Haupfear for deposition testimony.

Civil Local Rule 79-5(e)(1) requires that where a submitting party seeks to file documents under seal pursuant to a confidential designation imposed by another party, the designating party must within four (4) days of the Administrative Motion to Seal, file a declaration establishing that the designated material should remain under seal.

This application is also based on the information set forth in the Declaration of Michael Miller in Support of this Administrative Motion to File Under Seal, filed concurrently herewith.

Dated: February 20, 2017

*/s/ Michael Miller*
Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055

*/s/ Robin L. Greenwald*
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

1
2
3
4
5
6
7
8
...
28

*/s/ Aimee Wagstaff*
Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

*Co-Lead Plaintiffs' Counsel*
*For MDL 2741*

## ECF CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), the filing attorney attest that he has obtained concurrence regarding the filing of this document from the signatories to the document.

DATED: February 20, 2017

/s/ Michael Miller
Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

DATED: February 20, 2017

*/s/ Michael Miller*
Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055