Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055

Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No.  16-md-02741 |
| This Document Relates To All Actions | **MILLER DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Michael Miller, declare:

1.    I am a member of the executive committee of MDL 2741.  I make this declaration in support of Plaintiffs' Administrative Motion to file Under Seal filed on February 20, 2017.  I have personal knowledge of the facts state herein and, if called as a witness, I could and would

1

MILLER DECL. IN SUPPORT OF ADMIN. MOTION TO FILE UNDER SEAL
3:16-md-02741-VC

competently testify thereto.

2. Plaintiffs have filed conditionally under seal supporting exhibits to Plaintiffs' positions relative to the production of additional custodial files by Monsanto Company as well as the production of fact witnesses Richard Garnett and Eric Haupfear for deposition testimony, as support of Plaintiffs' position through use of documents is by judicial order and the information is designated Confidential by Monsanto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of February, 2017.

*/s/ Michael Miller*
Michael Miller

**ECF CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filing attorney attest that he has obtained concurrence regarding the filing of this document from the signatories to the document.

DATED: February 20, 2017

/s/ Michael Miller
Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

DATED: February 20, 2017

/s/ Michael Miller
Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055