UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** <br><br> This Document Relates To All Actions | MDL No. 2741 <br><br> Case No. 16-md-02741 <br><br> **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Having reviewed Plaintiff's Administrative Motion to File Under Seal and the Declaration of Michael Miller in support thereof, the Court ORDERS that:

Plaintiffs' supporting exhibits to Plaintiffs' Position relative to the production of additional custodial files as well as the requested (but disputed) depositions of Richard Garnett and Eric Haupfear shall remain filed conditionally under seal for four (4) days after the date they were originally filed conditionally under seal, pursuant to the Protective and Confidentiality Order in this case and Civil Local Rule 79-5(e).

Dated:_____

Hon. Vince Chhabria
Judge of the United States District Court