UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| The document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 10: DENYING REQUEST TO CONTINUE DEPOSITIONS**<br><br>Re: Dkt. No. 147 |

The request to continue the deadline to depose Daniel Jenkins and Susan Martino-Catt is denied. The plaintiffs have not provided a meaningful explanation for their request, nor have they explained why they filed their request so late. If the parties wish to file a renewed request that includes a complete explanation, they may do so by 7 pm today.

**IT IS SO ORDERED.**

Dated: February 21, 2017

_____
VINCE CHHABRIA
United States District Judge