

**W E I T Z**
**&**
**L U X E N B E R G**
A  PROFESSIONAL  CORPORATION
• LAW OFFICES •

| | |
|---|---|
| **700 BROADWAY** • | **NEW YORK, NY 10003** |
| **TEL. 212-558-5500** | **FAX  212-344-5461** |
| | **WWW.WEITZLUX.COM** |

February 21, 2017

**FILED VIA ECF**
Honorable Vince Chhabria
United States District Court, Northern District of California

    Re: Joint Response to PTO 10– *In re Roundup Prod. Liab. Litig*., No. 3:16-md-02741-VC

Dear Judge Chhabria:

    The parties submit this letter in response to PTO No. 10.

    The parties submitted their respective briefs regarding Pretrial Order No. 8 on February 8, 2017.  The proposal to adjourn the deposition of Dan Jenkins came from Robert Johnston, counsel for Monsanto Company ("Monsanto"), on February 10, 2017:

> In light of Judge Chhabria's Pretrial Order No. 8 and the parties' respective briefs in response, we propose deferring Dan Jenkins' deposition until Judge Chhabria rules on whether plaintiffs' allegations as to purported flaws or biases in the EPA's evaluation of glyphosate safety are relevant to Phase I of the proceedings. . . .

See Exhibit 1 (setting forth Monsanto's reasons for suggesting the adjournment).

    Plaintiffs' counsel was occupied with other matters and responded to Mr. Johnston that afternoon, stating that we would discuss over the weekend and respond early the following week. On Tuesday, February 14, the undersigned wrote to counsel for Monsanto as follows:

> We will adjourn the deposition of Dan Jenkins as you suggest (although not for March 8). We believe that whether his deposition is necessary for this phase of the case should await the Court's ruling on the motion to compel the deposition of Jess Rowland.  And for the same reason, we believe we should adjourn the deposition of Susan Martino-Catt, currently scheduled for February 28.
>
> We are, however, under court direction to take these depositions by

> the end of this month. We should therefore inform the Court that the parties agree that these two depositions should be permitted to be taken in March 2017. We will draft a letter to send to the court.

See Exhibit 2 (setting forth reasons why Plaintiffs agreed to adjourn the deposition).

Monsanto's counsel requested an opportunity to review the letter request before sending to the Court. On February 15, the undersigned sent a draft letter to Monsanto's counsel. On February 16, Monsanto's counsel approved the letter with minor edits, which Plaintiffs accepted. On February 17, Plaintiffs' counsel sent the letter to the Court on behalf of both parties.

Plaintiffs do not believe they should be penalized for agreeing with Monsanto's proposal to adjourn the Jenkins deposition, and the parties' joint proposal that Ms. Martino-Catt's deposition also be adjourned for the same reason. Both parties seek to avoid the time and expense of potentially unnecessary depositions during this phase of the litigation. The remaining Group B deposition will be completed prior to the Court's original deadline and the continuation of the deposition cutoff for these two witnesses only will not impact any other deadlines in this case.

Respectfully submitted,

*Robin L. Greenwald*

Robin L. Greenwald