# EXHIBIT 1

## Greenwald, Robin

| | |
|---|---|
| **From:** | Johnston, Robert E. <RJohnston@Hollingsworthllp.com> |
| **Sent:** | Friday, February 10, 2017 4:37 PM |
| **To:** | 'aimee.wagstaff@andruswagstaff.com'; Greenwald, Robin; MMiller@millerfirmllc.com |
| **Cc:** | Hollingsworth, Joe G.; Lasker, Eric; Pigman, Heather |
| **Subject:** | Deposition of Dan Jenkins |

Counsel,

In light of Judge Chhabria's Pretrial Order No. 8 and the parties' respective briefs in response, we propose deferring Dan Jenkins' deposition until Judge Chhabria rules on whether plaintiffs' allegations as to purported flaws or biases in the EPA's evaluation of glyphosate safety are relevant to Phase I of the proceedings. We expect that Judge Chhabria will issue his ruling on or before February 27, in connection with his rulings on plaintiffs' motion to compel the deposition of Jess Rowland and Texas A&M's motion to quash the subpoena re: Ivan Russyn's documents regarding IARC working group 112.

In the event that Judge Chhabria determines that plaintiffs' allegations re EPA are relevant to Phase I, Mr. Jenkins is available for deposition on March 8. Please let us know if that date is acceptable.

Robert



**Robert E. Johnston**
Partner

D 202.898.5845 | RJohnston@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005
www.hollingsworthllp.com

This electronic message contains information from the law firm of Hollingsworth LLP, which may be confidential or privileged. The information is for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic transmission in error, please notify us immediately at (202) 898-5800.