# EXHIBIT 2

Case 3:16-md-02741-VC   Document 158-2   Filed 02/21/17   Page 2 of 4

## Greenwald, Robin

| | |
|---|---|
| From: | Greenwald, Robin |
| Sent: | Tuesday, February 14, 2017 6:02 PM |
| To: | Pigman, Heather; 'Aimee H. Wagstaff'; Johnston, Robert E. |
| Cc: | MMiller@millerfirmllc.com; Hollingsworth, Joe G.; Lasker, Eric; Robertson, Pearl; Jeffrey Travers |
| Subject: | RE: Deposition of Dan Jenkins |

Heather et al.,
We will adjourn the deposition of Dan Jenkins as you suggest (although not for March 8). We believe that whether his deposition is necessary for this phase of the case should await the Court's ruling on the motion to compel the deposition of Jess Rowland. And for the same reason, we believe we should adjourn the deposition of Susan Martino-Catt, currently scheduled for February 28.

We are, however, under court direction to take these depositions by the end of this month. We should therefore inform the Court that the parties agree that these two depositions should be permitted to be taken in March 2017. We will draft a letter to send to the court.
Thanks
Robin

---

**From:** Pigman, Heather [HPigman@Hollingsworthllp.com]
**Sent:** Tuesday, February 14, 2017 1:14 PM
**To:** 'Aimee H. Wagstaff'; Johnston, Robert E.
**Cc:** Greenwald, Robin; MMiller@millerfirmllc.com; Hollingsworth, Joe G.; Lasker, Eric
**Subject:** RE: Deposition of Dan Jenkins

Please let us know plaintiffs' position on this. Thanks.



**Heather A. Pigman**
Partner

D 202.898.5814 | HPigman@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005
www.hollingsworthllp.com

**From:** Aimee H. Wagstaff [mailto:aimee.wagstaff@andruswagstaff.com]
**Sent:** Friday, February 10, 2017 4:50 PM
**To:** Johnston, Robert E.
**Cc:** rgreenwald@weitzlux.com; MMiller@millerfirmllc.com; Hollingsworth, Joe G.; Lasker, Eric; Pigman, Heather
**Subject:** Re: Deposition of Dan Jenkins

Robert,

Let us caucus over the weekend and we will get back to you early next week on everything you propose in your e-mail, below.

Aimee

On Fri, Feb 10, 2017 at 2:37 PM, Johnston, Robert E. <RJohnston@hollingsworthllp.com> wrote:

1

Counsel,

In light of Judge Chhabria's Pretrial Order No. 8 and the parties' respective briefs in response, we propose deferring Dan Jenkins' deposition until Judge Chhabria rules on whether plaintiffs' allegations as to purported flaws or biases in the EPA's evaluation of glyphosate safety are relevant to Phase I of the proceedings. We expect that Judge Chhabria will issue his ruling on or before February 27, in connection with his rulings on plaintiffs' motion to compel the deposition of Jess Rowland and Texas A&M's motion to quash the subpoena re: Ivan Russyn's documents regarding IARC working group 112.

In the event that Judge Chhabria determines that plaintiffs' allegations re EPA are relevant to Phase I, Mr. Jenkins is available for deposition on March 8. Please let us know if that date is acceptable.

Robert



**Robert E. Johnston**
Partner

D 202.898.5845 | RJohnston@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005
www.hollingsworthllp.com

This electronic message contains information from the law firm of Hollingsworth LLP, which may be confidential or privileged. The information is for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic transmission in error, please notify us immediately at (202) 898-5800.

--
--

___

**Aimee H. Wagstaff, Esq. | Attorney at Law | *Andrus Wagstaff, PC***
***Licensed and Practicing in Colorado & California***
7171 West Alaska Drive | Lakewood, Colorado 80226
Direct - (720) 208-9414 | aimee.wagstaff@AndrusWagstaff.com
www.AndrusWagstaff.com

This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

This electronic message contains information from the law firm of Hollingsworth LLP, which may be confidential or privileged. The information is for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure,

copying, distribution or use of the contents of this message is prohibited. If you have received this electronic transmission in error, please notify us immediately at (202) 898-5800.