UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 11: EXTENDING DEPOSITION DEADLINE**<br>Re: Dkt. Nos. 147, 158 |

The parties' request to extend the deadline for the depositions of Daniel Jenkins and Susan Martino-Catt is granted. The depositions must take place no later than March 31, 2017.

**IT IS SO ORDERED.**

Dated: February 21, 2017

_____

VINCE CHHABRIA
United States District Judge