1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  | IN RE: ROUNDUP PRODUCTS      | MDL No. 2741 |
12  | LIABILITY LITIGATION         | Case No. 16-md-02741-VC |

13  | This document relates to:    | **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
14  | ALL ACTIONS                  |  |

15

16      The Court, having considered, pursuant to Civil Local Rules 79-5 and 7-11, Plaintiffs'

17  February 17, 2017 Administrative Motion to File Under Seal and Monsanto Company's February

18  21, 2017 Response in Support of Plaintiffs' Administrative Motion to File Under Seal, and for

19  good cause shown, hereby **GRANTS** Monsanto's request and **ORDERS:**

20      A. The Clerk of the Court is ordered to strike the unredacted version of Plaintiffs' Reply

21          in Opposition to Administrative Motion to File Under Seal, ECF No. 148-4, and the

22          unredacted versions of the exhibits that accompany Plaintiffs' February 17, 2017

23          Administrative Motion to File Under Seal, ECF Nos. 148-6 (Exhibit 2), 148-8 (Exhibit

24          4), 148-10 (Exhibit 6), from the docket.

25      **B. [Alternative requested relief to preceding paragraph]**

26          The following documents shall be maintained under seal until further order of the

27          Court:

28

- 1 -

[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO FILE UNDER SEAL

i. **Exhibit 2**: Sept. 30, 2016 Letter of Rosemary Stewart, Esq.  This document shall be maintained by the Court under seal.

ii. **Exhibit 4**: MONGLY03557241.  This document shall be maintained by the Court under seal.

iii. **Exhibit 6**: MONGLY03563026.  This document shall be maintained by the Court under seal.

iv. **Plaintiffs' Reply in Opposition to Administrative Motion to File Under Seal and Related Motion to Maintain Confidentiality**.  Plaintiffs filed their Reply publicly with the exception of certain redactions, referring to and quoting from the above-listed exhibits.  The unredacted copy of this document shall be maintained by the Court under seal.

Date: _____, 2017          _____
                                        HONORABLE VINCE CHHABRIA
                                        UNITED STATES DISTRICT COURT