UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 13:<br>HEARING ON MOTION TO COMPEL** |

At the upcoming hearing on the motion to compel the Rowland deposition, the parties should be prepared to discuss whether EPA and IARC conclusions are relevant to general causation. *See* Pretrial Order No. 8 (Dkt. No. 120). The parties should also be prepared to discuss all pending motions to seal.

**IT IS SO ORDERED.**

Dated: February 22, 2017

VINCE CHHABRIA
United States District Judge