UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| | **NOTICE OF APPEARANCE BY JEFFREY A. TRAVERS** |
| This document relates to: *Stevick et al v. Monsanto Company,* 3:16-cv-02341-VC *Sheppard et al v. Monsanto Company*, 3:16-cv-05650-VC *Ines Hernandez et al v. Monsanto Company,* 3:16-cv-05750-VC *Ruiz et al v. Monsanto Company,* 3:16-cv-05659-VC | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

    PLEASE TAKE NOTICE that Jeffrey A. Travers of the Miller Firm, LLC, hereby enters an appearance as counsel for Plaintiffs in the above-referenced actions. Please serve said counsel with all pleadings and notices in these actions.

    Jeffrey A. Travers
    The Miller Firm, LLC
    108 Railroad Ave.
    Orange, VA 22960
    Tel: (540) 672-4224
    Fax: (540) 672-3055

    Email: jtravers@millerfirmllc.com

DATED:  February 23, 2017                Respectfully submitted,

                                                /s/ Jeffrey A. Travers
                                                Jeffrey A. Travers

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Miller Firm LLC
108 Railroad Ave
Orange VA 22960
Ph 540 672 4224
F 540 672 3055

## CERTIFICATE OF SERVICE

    I, Jeffrey Travers, hereby certify that, on February 23, 2017, I electronically filed NOTICE OF APPEARANCE OF JEFFREY A. TRAVERS ON BEHALF OF PLAINTIFFS with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED:  February 23, 2017                    Respectfully submitted,

                                             /s/ Jeffrey A. Travers
                                             Jeffrey A. Travers
                                             The Miller Firm LLC
                                             108 Railroad Ave
                                             Orange VA 22960
                                             Ph 540 672 4224
                                             F 540 672 3055