UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 14: PLAINTIFFS' REQUEST FOR ADDITIONAL DISCOVERY**<br><br>Re: Dkt. No. 150-3 |

The plaintiffs' request is denied except as to Mark Martens. The parties will confer on document production for Martens and will include a proposed deadline in their March 2 case management statement. The Court expects document production to be compatible with the existing April 17, 2017 deposition cutoff.

**IT IS SO ORDERED.**

Dated: February 24, 2017

VINCE CHHABRIA
United States District Judge