UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

The Court, having considered, pursuant to Civil Local Rules 79-5 and 7-11, Plaintiffs' February 20, 2017 Administrative Motion to File Under Seal and Monsanto Company's February 24, 2017 Response in Support of Plaintiffs' Administrative Motion to File Under Seal, hereby **GRANTS** Monsanto Company's request and **ORDERS**:

A. The Clerk of the Court is ordered to strike from the docket the following exhibits to the parties' joint Case Management Statement ("CMS") (ECF No. 150-3):

    i. **Exhibit 6**: Full transcript of the deposition of Dr. Donna Farmer. Plaintiffs shall publicly re-file only the cover pages with the cited pages, with the following pages redacted: 151:1-173:16; 174:9-194:25; 287:25-288:6. Due to the apparent clerical error, in lieu of page 56, plaintiffs may file pages 64-65.

    ii. **Exhibit 27**: MONGLY0528669. Monsanto Company has asserted a privilege claim on this document.

   iii. **Exhibit 30**: Full transcript of the deposition of Dr. David Saltmiras.  Plaintiffs shall publicly refile only the cover pages with the cited pages, pages 250-251.

B.  The following documents shall be maintained under seal until further order of the Court:

  i. **Exhibit 1**: MONGLY01870235.  This document shall be maintained by the Court under seal.

  ii. **Exhibit 2**: MONGLY00905589.  This document shall be maintained by the Court under seal.

  iii. **Exhibit 3**: MONGLY00891769.  This document shall be maintained by the Court under seal.

  iv. **Exhibit 4**: MONGLY00878595.  This document shall be maintained by the Court under seal.

  v. **Exhibit 5**: MONGLY01314233.  This document shall be maintained by the Court under seal.

  vi. **Exhibit 6**: Dr. Farmer Dep. Transcript excerpts.  Addressed above.

  vii. **Exhibit 7**: MONGLY03734971.  This document shall be maintained by the Court under seal.

  viii. **Exhibit 8**: MONGLY00905534.  This document shall be maintained by the Court under seal.

  ix. **Exhibit 9**: MONGLY01839476.  This document shall be maintained by the Court under seal.

  x. **Exhibit 10**: MONGLY01377215.  This document shall be maintained by the Court under seal.

  xi. **Exhibit 13**: MONGLY04272196.  This document shall be maintained by the Court under seal.

  xii. **Exhibit 15**: MONGLY00666980.  This document shall be maintained by the Court under seal.

1  xiii.  **Exhibit 16**: MONGLY03771170.  This document shall be maintained by
2      the Court under seal.
3  xiv.  **Exhibit 17**: MONGLY06758730.  This document shall be maintained by
4      the Court under seal.
5  xv. **Exhibit 18**: MONGLY03549275.  This document shall be maintained by the
6      Court under seal.
7  xvi.  **Exhibit 19**: MONGLY03993451.  This document shall be maintained by
8      the Court under seal.
9  xvii.  **Exhibit 20**: MONGLY01041300.  This document shall be maintained by
10     the Court under seal.
11  xviii.  **Exhibit 21**: MONGLY03829270.  This document shall be maintained by
12      the Court under seal.
13  xix.  **Exhibit 22**: MONGLY04175012.  This document shall be maintained by
14      the Court under seal.
15  xx. **Exhibit 23**: MONGLY02111919.  This document shall be maintained by the
16      Court under seal.
17  xxi.  **Exhibit 24**: MONGLY02155592.  This document shall be maintained by
18      the Court under seal.
19  xxii.  **Exhibit 25**: MONGLY05190476.  For the April 4, 2013 12:57 PM email,
20      redact the paragraph beginning "Do we need…"  For the April 2, 2013 5:14
21      PM email, redact the paragraph beginning "In the unlikely event…"  The
22      unredacted version of this document shall be maintained by the Court under
23      seal.
24  xxiii.  **Exhibit 26**: MONGLY00535946.  This document shall be maintained by
25      the Court under seal.
26  xxiv.  **Exhibit 28**: MONGLY06414231.  This document shall be maintained by
27      the Court under seal.
28  xxv.  **Exhibit 29**: MONGLY06449761.  This document shall be maintained by

the Court under seal.

xxvi. **Exhibit 31**: MONGLY02155826. This document shall be maintained by the Court under seal.

xxvii. **Exhibit 32**: MONGLY02478386. This document shall be maintained by the Court under seal.

xxviii. **Exhibit 33**: MONGLY04683604. This document shall be maintained by the Court under seal.

xxix. **Exhibit 34**: MONGLY04380623. This document shall be maintained by the Court under seal.

xxx. **Exhibit 35**: MONGLY04685716. This document shall be maintained by the Court under seal.

C. **Case Management Statement of February 20, 2017**. Plaintiffs filed this CMS publicly with the exception of certain redactions, referring to and quoting from the above-listed exhibits, among others. The unredacted copy of this document shall be maintained by the Court under seal.

Date: _____, 2017         _____
                                                            HONORABLE VINCE CHHABRIA
                                                            UNITED STATES DISTRICT COURT