# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** February 24, 2017 | **Time:** 50 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case Nos.**: 16-md-02741-VC | **Case Name:** In re Roundup Products Liability Litigation | |

**Attorney for Plaintiff:** Robin Greenwald, Aimee Wagstaff, Leland Belew, Pearl Robertson, Jeffrey Travers, and Michael Miller

**Attorney for Defendant:** Joe Hollingsworth and Eric Lasker

**Deputy Clerk:** Kristen Melen          **FTR Recording:** 2:33- 3:23

# PROCEEDINGS:

Telephonic Conference - hearing held.

# ORDER AFTER HEARING:

# ORDER TO BE PREPARED BY:

[ ]     Plaintiff          [ ]     Defendant          [ X ]     Court