# Exhibit 1



**Michael J. Miller** – VA, MD, DC, PA
**Nancy Guy Miller** – MS
**Bruce D. Burtoff, M.D., J.D.** – VA, DC, FL, MS
**David J. Dickens** – VA, DC
**Jeffrey Travers** – VA
**Tayjes Shah** – PA, NJ
**Timothy Litzenburg** – VA
**Curtis G. Hoke** – CA
**Jeff T. Seldomridge** – VA, WV
**Adam R. Alb** – MO
**Shayne K. Hodge** – NJ, VA

**The Sherman Building**
**108 Railroad Avenue**
**Orange, Virginia 22960**

Nancy Leftwich, R.N.
Elisa A Dickson, RN, BSN, MS
Website: Millerfirmllc.com
Telephone:  (540) 672-4224
(866) 529-3323
Facsimile:  (540) 672-3055

February 11, 2017

Robert E. Johnson
Hollingsworth, LLP
1350 I Street, N.W.
Washington, DC 20005

Dear Counsel,

      Pre-trial Order 5 requires only that we provide you a list of the names of additional custodians for production of files.  It is only in the event that we cannot come to an agreement that we are required to include a detailed explanation for the Court in the Case Management Statement.  The detailed explanation is intended to assist Judge Chhabria in making a ruling; unlike Monsanto, Judge Chhabria  does not have the familiarity with your client and its employees.  See PTO 5 (providing that "**If the parties are unable to reach agreement about the custodians in Group E,** the February 16 case management statement must also include argument on that issue.")

      We presume that you made a good faith effort to determine the roles of the listed custodians and the contents of their files before objecting to the request on the basis that the files do not contain relevant, non-duplicative information.  Therefore, you must have sufficient knowledge about these custodians to have a meet-and-confer as to whether you will agree to the production of any of the files.  Nonetheless, we can briefly explain our rationale for selecting the requested custodians.  At that meet and confer, we request that you explain your reasoning for asserting that there is no non-duplicative material in these files.  If we cannot agree on the custodians, then we will file a detailed explanation and argument for Judge Chhabria.

      Lisa Flagg – As you are aware, Donna Farmer testified that the person most knowledgeable about the levels of impurities (including the carcinogens NNG and 1, 4 Dioxane) in Roundup would be Lisa Flagg.  Certainly the levels of carcinogens in Roundup are relevant to general causation and we do not have any custodial files from employees of the Quality Assurance Unit.

      Mark Martens – Dr, Martens was the chief toxicologist for Monsanto in Europe from at least 1994 to 2003.  As you are aware from the Dr. Farmer deposition, Dr. Martens was the main point of contact for Dr. Parry and other European experts and was essential to Monsanto's defense of glyphosate formulations.  You have not produced any custodial files from European toxicologists, even though they are relevant to general causation.

      Richard Dirks – ==Dr. Dirks was the chief toxicologist for Monsanto working on glyphosate through the 1980s and 1990s,  and then he became head of Regulatory Affairs in the late 1990s through==

February 11, 2017
Page 2

early 2000s.  We do not have any custodial files of toxicologists or regulatory affairs employees during those time periods.

T.J. Long – Dr. Long was also a toxicologist for Monsanto through the mid to late 1980s working on glyphosate, with a focus on the carcinogenicity studies in mice and rats.  Again, Plaintiffs have no custodial files of toxicologists who worked on these glyphosate issues in the 1980s.

Kimberley Hodge-Bell – Dr. Hodge-Bell is a current Monsanto toxicologist working on glyphosate related issues since 2008.  She frequently contributes to GMOanswers.com as an expert on glyphosate.  Among other things she is the point-person for dermal absorption studies conducted by third parties, an issue relevant to general causation.

Gary Klopf – Mr. Klopf is Team Lead, Chemistry and/or process Technology (2000-2010); Team Lead, Chemistry, Formulations & Delivery Technology (2010-2016).  Gary Klopf is the point of contact for the surfactant manufacturers, and he has been in charge of supporting Roundup through development of new surfactants.  We have no custodial files from employees involved in the research and development of surfactants.

Tracy Reynolds – Ms. Reynolds is the Current Regulatory Policy & Scientific Lead.  Ms. Reynolds is responsible for outreach to third parties and professional groups to promote the safety of glyphosate and influence the scientific community's opinion as to whether Roundup® causes cancer.

Eric Sachs – Mr. Sachs has been in charge of Scientific Outreach on Glyphosate related issues since 2005.  Among other things, he was involved in the retraction of the Seralini article.  He regularly contacts outside experts to ask them write articles about the safety of glyphosate to influence the scientific community's opinion as to whether Roundup® causes cancer.

Please let us know when you are available to meet-and-confer.

Very truly yours,

THE MILLER FIRM, LLC

/s/ Jeffrey Travers

Jeffrey Travers

: