UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to all cases. | **PLAINTIFFS' AMENDED NOTICE TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF SUSAN MARTINO-CATT** |

TO: Defendant **MONSANTO COMPANY** by and through its attorney of record Rosemary Stewart, Hollingsworth LLP, 1350 I Street NW, Washington, DC 20005.

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel, will take the videotaped deposition upon oral examination of **Susan Martino-Catt, Ph.D., on March 30, 2017 at 9:00 am CST at Husch Blackwell, 190 Carondelet Plaza, Suite 600, St. Louis, MO 63105**. The witness shall produce documents identified in **Exhibit A**, attached hereto, at least 48 hours prior to the deposition. The deposition will be taken before a person authorized by law to administer oaths, pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will continue day-to-day until the examination is completed.

DATED:   March 6, 2017         By:   /s/ Aimee H. Wagstaff
                                     Aimee H. Wagstaff
                                     Andrus Wagstaff, PC
                                     7171 W. Alaska Drive
                                     Lakewood, CO 80226
                                     Tel: 303-376-6360
                                     aimee.wagstaff@andruswagstaff.com
                                     *Co-Lead Counsel for Plaintiffs in MDL No. 2741*

# EXHIBIT A

## DEFINITIONS

All definitions and rules of instructions set forth in Fed. Rule Civ. P. 30 shall apply to all requests for information herein. To the extent a term commonly in use in the agricultural industry is not defined herein, it shall be understood consistent with the meaning commonly ascribed to that term in the agricultural industry.

1. "Concerning" means referring to, describing, evidencing, or constituting.

2. "Monsanto Company" refers to, without limitation, Monsanto Company and all business entities with which it is or has been affiliated, together with any predecessor, successor, parent, or subsidiary entity as well as any officer, director, employee, attorney, agent, or representative of any such other business entity previously described herein.

3. "Document" is synonymous in meaning and equal in scope to the usage of this term in Rule 34(a) of the Federal Rules of Civil Procedure and expressly includes writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations stored in any medium from which information can be obtained either directly or, if necessary, after translation by you into a reasonably usable form. A draft or non-identical copy is a separate document. *See* FR Civ P 34(a).

4. "Roundup Products" or "Roundup" refers to all formulations of Defendants' Roundup Products, including, but not limited to, Roundup Concentrate Poison Ivy and Tough Brush Killer 1, Roundup Custom Herbicide, Roundup D-Pak herbicide, Roundup Dry Concentrate, Roundup Export Herbicide, Roundup Fence & Hard Edger 1, Roundup Garden Foam Weed & Grass Killer, Roundup Grass and Weed Killer, Roundup Herbicide, Roundup Original 2k herbicide, Roundup Original II Herbicide, Roundup Pro Concentrate, Roundup Prodry Herbicide, Roundup Promax,

Roundup Quik Stik Grass and Weed Killer, Roundup Quikpro Herbicide, Roundup Rainfast Concentrate Weed & Grass Killer, Roundup Rainfast Super Concentrate Weed & Grass Killer, Roundup Ready-to-Use Extended Control Weed & Grass Killer 1 Plus Weed Preventer, Roundup Ready-to-Use Weed & Grass Killer, Roundup Ready-to-Use Weed and Grass Killer 2, Roundup Ultra Dry, Roundup Ultra Herbicide, Roundup Ultramax, Roundup VM Herbicide, Roundup Weed & Grass Killer Concentrate, Roundup Weed & Grass Killer Concentrate Plus, Roundup Weed & Grass killer Ready-to-Use Plus, Roundup Weed & Grass Killer Super Concentrate, Roundup Weed & Grass Killer1 Ready-to-Use, Roundup WSD Water Soluble Dry Herbicide Deploy Dry Herbicide, or any other glyphosate-based formulations developed, designed, distributed, licensed, manufactured, marketed or sold by Monsanto Company.

5. "And" or "or" shall be construed conjunctively or disjunctively as necessary to make the requests inclusive rather than exclusive. The use of the word "including" shall be construed to mean "without limitation."

6. Reference to the singular in any of these requests shall also include reference to the plural, and reference to the plural shall include reference to the singular.

7. All documents should be produced which are not subject to an objection and are known by, possessed or controlled by, or available to you, or your attorneys, representatives, or other agents. If responsive documents are withheld or redacted, you shall produce a privilege and/or redaction log pursuant to MDL 2741 agreements, MDL 2741 Orders, and the applicable law.

8. All documents are to be produced in their entirety, without abbreviation or redaction, including both front and back thereof, and all attachments or other matters affixed thereto.

9. These requests shall be deemed continuing so as to require further and supplemental production by you in the event you obtain or discover additional documents between the time responding to this subpoena and the time of any hearing or trial.

**DOCUMENT REQUESTS**

Please produce to Noticing Party the following documents at least 48 hours prior to your scheduled deposition:

1. Any and all documents, records, studies, information or other material reviewed by you in preparation for this deposition. If documents responsive to this request have been previously produced in MDL 2741, by Order of the Court, you can satisfy this request with a list of documents identified by Bates Label. If responsive documents have not been produced in MDL 2741, please produce a copy of the documents.

2. A copy of your most current *Curriculum Vitae*.

3. Your employment file at Monsanto Company.

4. Any and all documents in your possession, custody or control concerning Monsanto Company's Roundup® Products, glyphosate, glyphosate-containing herbicides, AMPA, or surfactants including but not limited to POEA. This includes but is not limited to e-mail correspondence. Request No. 4 is limited to documents not already produced in MDL 2741.

5. Your complete custodial file at Monsanto Company. Request No. 5 is limited to documents not already produced in MDL 2741.

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

DATED:    March 6, 2017    By:    /s/ Aimee H. Wagstaff
Aimee H. Wagstaff
Andrus Wagstaff, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: 303-376-6360
aimee.wagstaff@andruswagstaff.com
*Co-Lead Counsel for Plaintiffs in MDL No. 2741*