Lori E. Andrus (SBN 205816)
Jennie Lee Anderson (SBN 203586)
Leland H. Belew (SBN 293096)
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:     (415) 986-1400
Facsimile:     (415) 986-1474
lori@andrusanderson.com
jennie@andrusanderson.com
leland.belew@andrusanderson.com

Yvonne M Flaherty (*pro hac vice*)          Martin C. Calhoun
LOCKRIDGE GRINDAL NAUEN P.L.L.P.     HOLLINGSWORTH LLP
100 Washington Avenue S, Suite 2200     13501 I Street, NW
Minneapolis, MN 55401                   Washington, DC 20005
Telephone:     (612) 339-6900           Telephone:     (202) 898-5800
Facsimile:     (612) 339-0981           Facsimile:     (202) 682-1639
ymflaherty@locklaw.com                  mcalhoun@hollingsworthllp.com

*Attorneys for Plaintiffs*                  *Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL AND REFILING; PROPOSED ORDER** |
| This document relates to:<br><br>*Wooten v. Monsanto Co.*<br>Case No. 3:16-cv-06706 | |

Plaintiffs Karen Wooten, Harley Wooten III, and Timothy Wooten, individually and on behalf of the Estate of Harley Wooten, deceased (collectively herein "Plaintiffs") and Defendant Monsanto Company, by and through their undersigned counsel, stipulate and agree as follows:

1.  Plaintiffs commenced *Wooten v. Monsanto Co.,* Case No. 3:16-cv-06706, on November 18, 2016, in the Northern District of California;

2. According to the Complaint: Decedent Harley Wooten at all relevant times resided in the Central District of California, Plaintiffs Karen Wooten and Timothy Wooten at all relevant times resided in the Central District of California, and Plaintiff Harley Wooten III at all relevant times resided in the Eastern District of California.

ACCORDINGLY, the Parties STIPULATE and AGREE as follows:

1. Plaintiffs will voluntarily dismiss without prejudice *Wooten v. Monsanto Co.,* Case No. 3:16-cv-06706, and re-file this action in the Central District of California for transfer to MDL No. 2741 in the Northern District of California pursuant to 28 U.S.C. § 1407;

2. The subsequent filing of *Wooten v. Monsanto Co.* in the Central District of California will relate back to November 18, 2016, the date on which *Wooten v. Monsanto Co.,* Case No. 3:16-cv-06706, was initially commenced in the Northern District of California;

3. The Parties retain all rights, claims, and defenses regarding the statute of limitations that existed as of November 18, 2016 for all allegations, claims, and causes of action contained in *Wooten v. Monsanto Co.,* Case No. 3:16-cv-06706.

Dated:  March 6, 2017

ANDRUS ANDERSON LLP

By:  */s/ Lori E. Andrus*
        Lori E. Andrus

Lori E. Andrus (SBN 205816)
Jennie Lee Anderson (SBN 203586)
Leland H. Belew (SBN 293096)
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:   (415) 986-1400
Facsimile:    (415) 986-1474
lori@andrusanderson.com
jennie@andrusanderson.com
leland.belew@andrusanderson.com

2

STIPULATION FOR VOLUNTARY DISMISSAL
AND REFILING; PROPOSED ORDER

Case No. 3:16-cv-06706-VC

1

Dated:  March 6, 2017                    HOLLINGSWORTH LLP

2
                                         By: _/s/ Martin C. Calhoun_____
3                                             Martin C. Calhoun

4                                        Martin C. Calhoun
                                         HOLLINGSWORTH LLP
5                                        13501 I Street, NW
                                         Washington, DC  20005
6                                        Telephone:   (202) 898-5800
                                         Facsimile:    (202) 682-1639
7                                        mcalhoun@hollingsworthllp.com

8
                                         *Attorneys for Defendant Monsanto Company*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR VOLUNTARY DISMISSAL                    Case No. 3:16-cv-06706-VC
AND REFILING; PROPOSED ORDER