# TRANSCRIPT ORDER

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
CAND 435
(CAND Rev. 02/2015)

COURT USE ONLY
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Ursula Gbe |
| 2a. CONTACT PHONE NUMBER | (202) 789-3709 |
| 3. CONTACT EMAIL ADDRESS | ugbe@hollingsworthllp.com |
| 1b. ATTORNEY NAME (if different) | Joe G. Hollingsworth |
| 2b. ATTORNEY PHONE NUMBER | (202) 898-5800 |
| 3. ATTORNEY EMAIL ADDRESS | jhollingsworth@hollingsworthllp.com |
| 4. MAILING ADDRESS | Hollingsworth LLP, 1350 I Street NW, Washington, DC, 20005 |
| 5. CASE NAME | In re Roundup Products Liability Litigation |
| 6. CASE NUMBER | 3:16-md-2741-VC |

7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☑ FTR

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☑ NON-APPEAL   ☐ CIVIL   CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (If requesting less than full hearing, specify portion (e.g. witness or time)) |
|---|---|---|---|
| 03/08/2017 | VC | TC* | |

b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)

| | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) |
|---|---|---|---|---|---|
| Row 1 | ○ | ● | ○ | ○ | ○ |
| Row 2 | ○ | ○ | ○ | ○ | ○ |
| Row 3 | ○ | ○ | ○ | ○ | ○ |
| Row 4 | ○ | ○ | ○ | ○ | ○ |
| Row 5 | ○ | ○ | ○ | ○ | ○ |

c. DELIVERY TYPE (Choose one per line)

| | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|
| Row 1 | ○ | ○ | ● | ○ | ○ | ○ |
| Row 2 | ○ | ○ | ○ | ○ | ○ | ○ |
| Row 3 | ○ | ○ | ○ | ○ | ○ | ○ |
| Row 4 | ○ | ○ | ○ | ○ | ○ | ○ |
| Row 5 | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:
*Telephonic Further Case Management Conference

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE   /s/ Joe G. Hollingsworth

12. DATE   03/10/2017

DISTRIBUTION:   ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY

Clear Form