**WEITZ & LUXENBERG, PC**
Robin L. Greenwald (*pro hac vice*)
700 Broadway
New York, NY 10003
Tel:     212-558-5802
Email: rgreenwald@weitzlux.com

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 West Alaska Drive
Lakewood, CO 80226
Tel:     303-376-6360
Email: aimee.wagstaff@andruswagstaff.com

**THE MILLER FIRM, LLC**
Michael J. Miller (*pro hac vice*)
108 Railroad Ave
Orange, VA 22960
Tel:     540-672-4224
Email: mmiller@millerfirmllc.com

*Co-Lead Counsel for Plaintiffs*
*in MDL No. 2741*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

**TO THE COURT AND EACH PARTY AND THE ATTORNEY OF RECORD FOR EACH PARTY:**

Plaintiffs and their counsel lodge this Notice of Supplemental Authority in support of their Brief (ECF No. 133) submitted on February 8, 2017 and Oral Argument heard on February 27, 2017.  Attached hereto as Exhibit A is a copy of Judge Kristi Culver Kapetan's March 10, 2017 Law and Motion Minute Order from The Superior Court of California – County of Fresco, Case No. 16 CE CG 00183, which adopts in full Judge Kapetan's Tentative Ruling, dated January 27, 2017.  This ruling is relevant to the issues briefed and argued in Plaintiffs' responses to PTO 8.


Dated:  March 13, 2017                                Respectfully submitted,

                                                      /s/ Robin Greenwald
                                                      Robin Greenwald (*pro hac vice*)
                                                      rgreenwald@weitzlux.com
                                                      Weitz & Luxenberg
                                                      700 Broadway
                                                      New York, NY 10003

                                                      /s/ Aimee Wagstaff
                                                      Aimee Wagstaff (SBN 278480)
                                                      aimee.wagstaff@andruswagstaff.com
                                                      Andrus Wagstaff, P.C.
                                                      7171 West Alaska Drive
                                                      Lakewood, CO 80226

                                                      /s/ Mike Miller
                                                      Michael Miller (*pro hac vice*)
                                                      mmiller@millerfirmllc.com
                                                      The Miller Firm LLC
                                                      108 Railroad Ave
                                                      Orange, VA 22960

                                                      *Co-Lead Counsel for Plaintiffs*
                                                      *in MDL No. 2741*

NOTICE OF SUPPLEMENTAL AUTHORITY
16-MD-02741-VC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF SUPPLEMENTAL AUTHORITY
16-MD-02741-VC