## **CERTIFICATE OF SERVICE**

I certify that on March 13, 2017, a true and accurate copy of the foregoing Plaintiffs' Notice of Supplemental Authority was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                /s/ Robin L. Greenwald