## International Agency for Research on Cancer



**World Health Organization**

# STATUTE, RULES AND REGULATIONS

## Fourteenth Edition

Including amendments up to May 2014

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER

STATUTE

# CONTENTS

Page

**Establishment of an International Agency for Research on Cancer:
Resolution WHA 18.44 of the Eighteenth World Health Assembly** ......... 5

*Statute of the International Agency for Research on Cancer* ....................... 6

Objective ................................................................................................. 6

Functions ................................................................................................ 6

Participating States ................................................................................ 7

Structure ................................................................................................. 7

The Governing Council ........................................................................... 7

The Scientific Council ............................................................................. 8

Secretariat ............................................................................................... 8

Finance ................................................................................................... 9

Headquarters .......................................................................................... 9

Amendments ........................................................................................... 9

Entry into force ..................................................................................... 10

New Participating States ....................................................................... 10

Withdrawal from participation ............................................................. 10

*Rules of Procedure of the Governing Council of the International
Agency for Research on Cancer* ........................................................ 11

Membership and attendance ................................................................. 11

Credentials ............................................................................................ 11

Sessions ................................................................................................. 11

Agenda ................................................................................................... 12

Officers .................................................................................................. 12

Committees and working groups .......................................................... 13

Secretariat ............................................................................................. 13

Languages .............................................................................................. 14

Conduct of business .............................................................................. 14

Voting .................................................................................................... 17

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER

Page

Programme, budget and finance ............................................................... 19

Admission of New Participating States ..................................................... 20

Suspension and amendment of Rules of Procedure ................................. 20

General provisions .................................................................................... 20

*Rules of Procedure of the Scientific Council of the International Agency
    for Research on Cancer* ..................................................................... 21

Sessions ................................................................................................... 21

Agenda ..................................................................................................... 21

Officers ..................................................................................................... 22

Secretariat ............................................................................................... 22

Languages ................................................................................................ 22

Conduct of business ................................................................................ 22

Voting ....................................................................................................... 23

Suspension and amendment of Rules of Procedure ................................. 23

General provisions .................................................................................... 23

*Financial Regulations of the International Agency for Research on
    Cancer* .............................................................................................. 24

Applicability ............................................................................................. 24

Applicability of the Financial Regulations of the World Health Organization ........... 24

The budget ............................................................................................... 24

Provision of funds .................................................................................... 25

Funds ....................................................................................................... 25

Financial statements and audit ............................................................... 26

General provisions .................................................................................... 26

*Appendix 1*
*List of Participating States of the International Agency for Research on Cancer* ...... 27

## ESTABLISHMENT OF AN
## INTERNATIONAL AGENCY FOR RESEARCH ON CANCER

**Resolution WHA18.44 of the Eighteenth World Health Assembly**

The Eighteenth World Health Assembly,

Cognizant of Article 18 of the Constitution which provides, *inter alia,* that one of the functions of the Health Assembly shall be to establish such other institutions as it may consider desirable, with a view to promoting and carrying on research;

Considering that the Governments of the Federal Republic of Germany, France, Italy, the United Kingdom of Great Britain and Northern Ireland, and the United States of America have agreed to sponsor the creation and to participate in the functioning of an International Agency for Research on Cancer in accordance with the provisions of its Statute;

Considering that many governments have expressed their interest in the creation of such an Agency; and

Considering resolution WHA17.49 of the Seventeenth World Health Assembly,

DECIDES to establish an International Agency for Research on Cancer which shall carry on its functions in accordance with the provisions of its Statute (annexed).

*Twelfth plenary meeting, 20 May 1965*

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER

## STATUTE OF
## THE INTERNATIONAL AGENCY FOR RESEARCH ON CANCER[1]

### *Article I – Objective*

The objective of the International Agency for Research on Cancer shall be to promote international collaboration in cancer research. The Agency shall serve as a means through which Participating States and the World Health Organization, in liaison with the International Union against Cancer[2] and other interested international organizations, may cooperate in the stimulation and support of all phases of research related to the problem of cancer.

### *Article II – Functions*

In order to achieve its objectives, the Agency shall have the following functions:

1.   The Agency shall make provision for planning, promoting and developing research in all phases of the causation, treatment and prevention of cancer.

2.   The Agency shall carry out a programme of permanent activities. These activities shall include:

  (a) the collection and dissemination of information on epidemiology of cancer, on cancer research and on the causation and prevention of cancer throughout the world;

  (b) the consideration of proposals and preparation of plans for projects in, or in support of, cancer research; such projects should be designed to make the best possible use of any scientific and financial resources and special opportunities for studies of the natural history of cancer which may arise;

  (c) the education and training of personnel for cancer research.

3.   The Agency may arrange for the carrying out of special projects; however, such special projects shall be initiated only upon the specific approval of the Governing Council, based upon the recommendation of the Scientific Council.

4.   Such special projects may include:

  (a) activities complementary to the permanent programme;

  (b) the demonstration of pilot cancer prevention activities;

  (c) the encouragement of, and the giving of assistance to, research at the national level, if necessary by the direct establishment of research organizations.

5.   In carrying out its programme of permanent services or any special projects the Agency may collaborate with any other entity.

---

[1] Pursuant to its Articles III and XI, the Statute entered into force on 15 September 1965, by which date five of the States that took the initiative in proposing the International Agency for Research on Cancer had given the undertaking referred to in Article III. Amendments adopted by the Seventh, Ninth, Twenty-Seventh, Thirty-First, Fiftieth and Fifty-Third Governing Councils (resolutions GC/7/R5, GC/9/R13, GC/27/R14, GC/31/R7, GC/50/R15 and GC/53/R9) came into force on 19 May 1970, 23 May 1972, 15 May 1986, 17 May 1990, 24 May 2008 and 24 May 2011 respectively, and are incorporated in the present text.

[2] As from August 2010, full English name became "Union for International Cancer Control" (UICC).

STATUTE

*Article III – Participating States*

Any Member of the World Health Organization may, subject to the provisions of Article XII, participate actively in the Agency by undertaking, in a notification to the Director-General of the World Health Organization, to observe and apply the provisions of this Statute. In this Statute, Members which have made such a notification are termed "Participating States".

*Article IV – Structure*

The Agency shall comprise:

    (a)  the Governing Council;

    (b)  the Scientific Council;

    (c)  the Secretariat.

*Article V – The Governing Council*

1.  The Governing Council shall be composed of one representative of each Participating State and the Director-General of the World Health Organization, who may be accompanied by alternates or advisers.

2.  Each member of the Governing Council shall have one vote.

3.  The Governing Council shall:

    (a)  adopt the budget;

    (b)  adopt financial regulations;

    (c)  control expenditure;

    (d)  decide on the size of the Secretariat;

    (e)  elect its officers;

    (f)  adopt its own rules of procedure.

4.  The Governing Council, after considering the recommendations of the Scientific Council, shall:

    (a)  adopt the programme of permanent activities;

    (b)  approve any special project;

    (c)  decide upon any supplementary programme.

5.  Decisions of the Governing Council under subparagraphs (a) and (b) of paragraph 3 of this Article shall be made by a two-thirds majority of its members who are representatives of Participating States.

6.  Decisions of the Governing Council shall be taken by a simple majority of members present and voting, except as otherwise provided in this Statute. A majority of members shall constitute a quorum.

7.  The Governing Council shall meet in ordinary session at least once in each year. It may also meet in extraordinary session at the request of one-third of its members.

8.  The Governing Council may appoint subcommittees and working groups.

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER

---

*Article VI – The Scientific Council*

1.    The Scientific Council shall be composed of highly qualified scientists, selected on the basis of their technical competence in cancer research and allied fields. Members of the Scientific Council are appointed as experts and not as representatives of Participating States.

2.    Each Participating State may nominate up to two experts for membership in the Scientific Council and, if a Participating State makes such a nomination, the Governing Council shall appoint one of them.

3.    In identifying experts to be considered for appointment to the Scientific Council, Participating States shall take into account advice to be provided by the Chairperson of the Scientific Council and the Director of the Agency concerning the expertise required on the Scientific Council at the time of those appointments.

4.    Members of the Scientific Council shall serve for a term of four years. Should a member not complete a term, a new appointment shall be made for the remainder of the term to which the member would have been entitled, in accordance with paragraph 5.

5.    When a vacancy arises on the Scientific Council, the Participating State that nominated the departing member may nominate up to two experts to replace that member in accordance with paragraphs 2 and 3. Any member leaving the Scientific Council, other than a member appointed for a reduced term, may be reappointed only after at least one year has elapsed.

6.    The Scientific Council shall be responsible for:

    (a)  adopting its own rules of procedure;

    (b)  the periodical evaluation of the activities of the Agency;

    (c)  recommending programmes of permanent activities and preparing special projects for submission to the Governing Council;

    (d)  the periodical evaluation of special projects sponsored by the Agency;

    (e)  reporting to the Governing Council, for consideration at the time that body considers the programme and budget, upon the matters dealt with in subparagraphs (b), (c) and (d) above.

*Article VII – Secretariat*

1.    Subject to the general authority of the Director-General of the World Health Organization, the Secretariat shall be the administrative and technical organ of the Agency. It shall in addition carry out the decisions of the Governing Council and the Scientific Council.

2.    The Secretariat shall consist of the Director of the Agency and such technical and administrative staff as may be required.

3.    The Director of the Agency shall be selected by the Governing Council. The appointment shall be effected by the Director-General of the World Health Organization on such terms as the Governing Council may determine.

4.    The staff of the Agency shall be appointed in a manner to be determined by agreement between the Director-General of the World Health Organization and the Director of the Agency.

STATUTE

5.  The Director of the Agency shall be the chief executive officer of the Agency. He shall be responsible for:

(a) preparing the future programme and the budget estimates;

(b) supervising the execution of the programme and the scientific activities;

(c) directing administrative and financial matters.

6.  The Director of the Agency shall submit a report on the progress of the Agency and the budget estimates for the next financial year to each Participating State and to the Director-General of the World Health Organization, which shall be distributed to reach them at least thirty days before the regular annual meeting of the Governing Council.

## Article VIII – Finance

1.  The administrative services and permanent activities of the Agency shall be financed by annual contributions by each Participating State.

2.  These annual contributions shall be due on 1 January of each year and must be paid not later than 31 December of that year.

3.  The level or levels of annual contributions shall be determined by the Governing Council.

4.  Any decision to change the level or levels of annual contributions shall require a two-thirds majority of the members of the Governing Council who are representatives of Participating States.

5.  A Participating State which is in arrears in the payment of its annual contribution shall have no vote in the Governing Council if the amount of its arrears equals or exceeds the amount of contributions due from it for the preceding financial year.

6.  The Governing Council may establish a working capital fund and decide its amount.

7.  The Governing Council shall be empowered to accept grants or special contributions from any individual, body or government.

The special projects of the Agency shall be financed from such grants or special contributions.

8.  The funds and assets of the Agency shall be accounted for separately from the funds and assets of the World Health Organization and administered in accordance with the financial regulations adopted by the Governing Council.

## Article IX – Headquarters

The site of the Headquarters of the Agency shall be determined by the Governing Council.

## Article X – Amendments

Except as provided in Article VIII, paragraph 4, amendments to this Statute shall come into force when adopted by the Governing Council by a two-thirds majority of its members who are representatives of Participating States and accepted by the World Health Assembly.

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER

*Article XI – Entry into force*

The provisions of this Statute shall enter into force when five of the States which took the initiative in proposing the International Agency for Research on Cancer have given the undertaking referred to in Article III to observe and apply the provisions of the present Statute.

*Article XII – New Participating States*

After the entry into force of this Statute, any State Member of the World Health Organization may be admitted as a Participating State, provided that:

    (a)  the Governing Council, by a two-thirds majority of its members who are representatives of Participating States, considers that the State is able to contribute effectively to the scientific and technical work of the Agency;

    (b)  and thereafter, the State gives the undertaking referred to in Article III.

*Article XIII – Withdrawal from participation*

A Participating State may withdraw from participation in the operation of the Agency by notifying the Director-General of the World Health Organization of its intention to withdraw. Such a notification shall take effect six months after its receipt by the Director-General of the World Health Organization.

RULES OF PROCEDURE OF THE GOVERNING COUNCIL

---

**RULES OF PROCEDURE OF THE GOVERNING COUNCIL
OF THE INTERNATIONAL AGENCY FOR RESEARCH ON CANCER[3]**

## MEMBERSHIP AND ATTENDANCE

### Rule 1

The Governing Council shall, in accordance with Article V, paragraph 1, of the Statute of the International Agency for Research on Cancer (hereinafter referred to as the "Agency"), be composed of and be attended by a representative of each Participating State and the Director-General of the World Health Organization or a person designated by him for this purpose. They may be accompanied by alternates and advisers.

### Rule 2

Subject to the terms of any relevant agreement, representatives of intergovernmental organizations with which the Organization has established effective relations under Article 70 of the Constitution may be invited to participate without vote in the deliberations of meetings of the Governing Council, with respect to items in which they have an interest. Representatives of non-governmental organizations in official relations with the Organization may be invited to participate in the deliberations of the Governing Council in accordance with the Principles Governing Relations between WHO and Non-governmental Organizations[4].

## CREDENTIALS

### Rule 3

Each Participating State shall communicate to the Director of the Agency the name of its representative as well as of any alternate and adviser before each session of the Governing Council.

## SESSIONS

### Rule 4

The Governing Council shall hold at least one regular session a year. It shall determine at each session the time and place of its next session.

Notices convening the Governing Council shall be sent by the Director of the Agency, at least six weeks before the commencement of a regular session, to Participating States, to the Director-General and to the organizations referred to in Rule 2 invited to be represented at the session.

---

[3] Text adopted by the Governing Council at its first session (23–24 September 1965) and amended at its Thirteenth, Twenty-Third and Thirty-Eighth sessions (resolutions GC/13/R3, GC/23/R12 and GC/38/R6).
[4] Reproduced in **Basic Documents** of the World Health Organization.

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER

### Rule 5

The Director of the Agency shall also convene the Governing Council at the request of one-third of its members. The request shall be addressed to him in writing and shall state the reason for the request. In this case, the Governing Council shall be convened within thirty days following receipt of the request.

The agenda of such a session shall be limited to the questions having necessitated that session.

### Rule 6

The meetings of the Governing Council shall be held in private unless the Governing Council decides otherwise.

## AGENDA

### Rule 7

The provisional agenda of each session shall be drawn up by the Director of the Agency in consultation with the Chairman. It shall be dispatched with the notice of convocation to be sent in accordance with Rule 4 or Rule 5, as the case may be.

### Rule 8

Except in the case of sessions convened under Rule 5, the provisional agenda of each session shall include, *inter alia*:

(a) all items the inclusion of which has been prescribed by the World Health Assembly or by the Executive Board;

(b) all items the inclusion of which has been prescribed by the Governing Council at a previous session;

(c) any item proposed by a Participating State or by the Director-General;

(d) any item proposed by the Scientific Council;

(e) any item proposed by the Director of the Agency.

### Rule 9

Except in the case of sessions convened under Rule 5, the Director of the Agency may, in consultation with the Chairman, include any question suitable for the agenda which may arise between the dispatch of the provisional agenda and the opening day of the session in a supplementary agenda which the Governing Council shall examine together with the provisional agenda.

## OFFICERS

### Rule 10

The Governing Council shall elect as its officers a Chairman, a Vice-Chairman and a Rapporteur from among the representatives of the Participating States each year at a regular session convened under Rule 4. The officers shall hold office until their successors are elected.

RULES OF PROCEDURE OF THE GOVERNING COUNCIL

*Rule 11*

In addition to exercising the powers which are conferred upon him elsewhere by these Rules, the Chairman shall declare the opening and closing of each meeting of the Governing Council, shall direct the discussions, ensure observance of these Rules, accord the right to speak, put questions and announce decisions. He shall rule on points of order and, subject to these Rules, shall control the proceedings at any meeting and shall maintain order thereat. The Chairman may, in the course of the discussion of any item, propose to the Governing Council the limitation of the time to be allowed to each speaker or the closure of the list of speakers.

*Rule 12*

If the Chairman is unable to preside at a meeting or any part thereof, the Vice-Chairman shall preside. The same procedure shall be followed when the Chairman is unable to attend a session of the Governing Council.

*Rule 13*

If the Chairman is unable to act between sessions, the Vice-Chairman shall act in his place.

COMMITTEES AND WORKING GROUPS

*Rule 14*

The Governing Council may establish within its organization committees or working groups for the study of, and report on, any item on its agenda.

SECRETARIAT

*Rule 15*

The Director of the Agency shall be *ex-officio* the Secretary of the Governing Council and of any of its committees or working groups. He may delegate these functions.

*Rule 16*

The Director of the Agency shall report to the Governing Council on the technical, administrative and financial implications, if any, of all agenda items submitted to the Governing Council.

*Rule 17*

The Director of the Agency, or a member of the Secretariat designated by him, may at any time, make either oral or written statements concerning any question under consideration.

*Rule 18*

The Secretariat shall prepare minutes of the meetings in the working languages and shall distribute them to the representatives as soon as possible after the close of the meeting to which they relate.

Representatives shall inform the Secretariat in writing of any corrections they wish to have made within such period of time as shall be indicated by the Director of the Agency.

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER

### Rule 19

All resolutions, recommendations and other important decisions of the Governing Council, as well as the minutes of the Governing Council, shall be communicated by the Director of the Agency to all Participating States and to the Director-General.

## LANGUAGES

### Rule 20

English and French shall be the working languages of the Governing Council.

### Rule 21

Speeches made in either of the working languages shall be interpreted into the other working language and Russian. Speeches made in Russian shall be interpreted into both working languages.

### Rule 22

Any representative may speak in a language other than the working languages and Russian. In this case he shall himself provide for interpretation into one of the working languages. Interpretation into the other languages by interpreters of the Secretariat may be based on the interpretation provided by the representative.

## CONDUCT OF BUSINESS

### Rule 23

A majority of the members of the Governing Council shall constitute a quorum.

### Rule 24

No representative may address the Governing Council without having previously obtained the permission of the Chairman. The Chairman shall call upon speakers in the order in which they signify their desire to speak. The Chairman may call a speaker to order if his remarks are not relevant to the subject under discussion.

### Rule 25

A representative may at any time request his alternate to speak and vote on his behalf on any question. Upon the request of the representative or his alternate, the Chairman may allow an adviser to speak but the latter shall not have the right to vote.

### Rule 26

During the discussion of any matter, a representative may rise to a point of order, and the point of order shall be immediately decided by the Chairman. A representative may appeal against the ruling of the Chairman in which case the appeal shall immediately be put to the vote. A representative rising to a point of order may not speak on the substance of the matter under discussion but on the point of order only.

RULES OF PROCEDURE OF THE GOVERNING COUNCIL

*Rule 27*

During the course of a debate, the Chairman may announce the list of speakers and, with the consent of the Governing Council, declare the list closed. He may, however, accord the right of reply to any member if in his opinion a speech delivered after he has declared the list closed makes it desirable.

*Rule 28*

The following motions shall have precedence in the following order over all other proposals or motions before the meeting, except a point of order:

    (a) to suspend the meeting;

    (b) to adjourn the meeting;

    (c) to adjourn the debate on the item under discussion; and

    (d) for the closure of the debate on the item under discussion.

*Rule 29*

Subject to Rule 28, any motion calling for a decision on the competence of the Governing Council to adopt a proposal submitted to it shall be put to the vote before a vote is taken on the proposal in question.

*Rule 30*

During the discussion on any matter, a representative may move the suspension or the adjournment of the meeting. Such motions shall not be debated but shall immediately be put to a vote.

For the purpose of these Rules "suspension of the meeting" means the temporary cessation of the business of the meeting and "adjournment of the meeting" the termination of all business until another meeting is called.

*Rule 31*

During the discussion of any matter, a representative may move the adjournment of the debate on the item under discussion. In addition to the proposer of the motion, one speaker may speak in favour of and one against the motion, after which the motion to adjourn the debate shall be immediately put to the vote.

*Rule 32*

A representative may at any time move the closure of the debate on the item under discussion, whether or not any other representative has signified his wish to speak. If request is made for permission to speak against closure, it may be accorded to not more than two speakers, after which the motion shall be immediately put to the vote. If the Governing Council decides in favour of closure, the Chairman shall declare the debate closed. The Governing Council shall thereafter vote only on the one or more proposals moved before the closure.

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER

*Rule 33*

A representative may move that parts of a proposal or of an amendment shall be voted on separately. If objection is made to the request for division, the motion for division shall be voted upon. Permission to speak on the motion for division shall be given only to two speakers in favour and two speakers against. If the motion for division is carried, those parts of the proposal or of the amendment which are separately approved shall subsequently be put to the vote as a whole. If all operative parts of the proposal or the amendment have been rejected, the proposal or the amendment shall be considered to have been rejected as a whole.

*Rule 34*

When an amendment to a proposal is moved, the amendment shall be voted on first. When two or more amendments are moved to a proposal, the Governing Council shall first vote on the amendment deemed by the Chairman to be furthest removed in substance from the original proposal and then on the amendment next removed therefrom, and so on, until all the amendments have been put to the vote. Where, however, the adoption of one amendment necessarily implies the rejection of another amendment, the latter amendment shall not be put to the vote. If one or more amendments are adopted, the amended proposal shall then be voted upon.

A motion is considered an amendment to a proposal, if it merely adds to, deletes from, or revises part of that proposal. A motion which constitutes a substitution for a proposal shall be considered as a proposal.

*Rule 35*

If two or more proposals are moved, the Governing Council shall first vote on the proposal deemed by the Chairman to be furthest removed in substance from the proposal first presented and then on the proposal next removed therefrom, and so on, until all the proposals have been put to the vote, unless the result of a vote on a proposal makes unnecessary any other voting on the proposal or proposals still outstanding.

*Rule 36*

A motion may be withdrawn by its proposer at any time before voting on it has commenced, provided that the motion has not been amended, or, if amended, that the proposer of the amendment agrees to the withdrawal. A motion thus withdrawn may be reintroduced by any representative.

*Rule 37*

When a proposal has been adopted or rejected, it may not be reconsidered at the same session unless the Governing Council, by a two-thirds majority of the representatives present and voting, so decides. Permission to speak on a motion to reconsider shall be accorded only to two speakers opposing the motion, after which it shall be immediately put to the vote.

RULES OF PROCEDURE OF THE GOVERNING COUNCIL

## VOTING

### Rule 38

Subject to the provisions of the Statute of the Agency, each member of the Governing Council shall have one vote. For the purpose of these Rules, the phrase "representatives present and voting" means representatives casting a valid affirmative or negative vote. Representatives abstaining from voting are considered as not voting.

### Rule 39

Except as otherwise provided in the Statute of the Agency or in these Rules, decisions of the Governing Council shall be taken by a simple majority of the representatives present and voting.

### Rule 40

The Governing Council shall normally vote by show of hands, except that any representative may request a roll call, which shall then be taken in the English or French alphabetical order of the names of the Participating States in alternate years. The name of the Participating State to vote first shall be determined by lot. The vote of each representative participating in any roll call shall be inserted in the record of the meeting.

### Rule 41

After the Chairman has announced the beginning of voting, no representative shall interrupt the voting except on a point of order in connexion with the actual conduct of voting.

### Rule 42

Elections shall normally be held by secret ballot. However, except as concerns the selection of the Director of the Agency, if the number of candidates for elective office does not exceed the number of offices to be filled, no ballot shall be required and such candidates shall be declared elected. Where ballots are required, two tellers appointed by the Chairman from among the representatives shall assist in the counting of votes. The selection of the Director of the Agency shall be decided by secret ballot in accordance with Rule 46.

### Rule 43

In addition to the cases provided for elsewhere by these Rules, the Governing Council may decide to vote on any matter by secret ballot provided that no secret ballot may be taken on budgetary questions.

A decision under this Rule by the Governing Council whether or not to vote by secret ballot may only be taken by a show of hands; if the Governing Council has decided to vote on a particular question by secret ballot, no other mode of voting may be requested or decided upon.

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER

---

*Rule 44*

Subject to the provisions of Rule 46, when only one elective place is to be filled and no candidate obtains in the first ballot the majority required, a second ballot shall be taken which shall be restricted to the two candidates obtaining the largest number of votes; if, in the second ballot, the votes are equally divided, the Chairman shall decide between the candidates by drawing lots.

*Rule 45*

When two or more elective places are to be filled at one time under the same conditions, those candidates obtaining, in the first ballot, the majority required shall be elected. If the number of candidates obtaining such majority is less than the number of persons or representatives to be elected, there shall be additional ballots to fill the remaining places, the ballots being restricted to the candidates obtaining the greatest number of votes in the previous ballot to a number not more than twice the places remaining to be filled.

*Rule 46*

1.   Not less than six months before the opening of a session of the Governing Council during which the Director of the Agency has to be selected, the Director-General of the World Health Organization shall inform each Member State of the Organization of the vacancy of the post.

2.   Any Member State of the Organization may propose one or more candidates, attaching to each proposal a curriculum vitae. Proposals with curriculum vitae may also be submitted directly by individuals. Proposals shall be addressed to the Director-General of the World Health Organization so as to reach him not less than twelve weeks before the opening of the Session. If he has so requested, the Director of the Agency holding office may be a candidate without having to be proposed.

3.   Not less than ten weeks before the opening of the Session, the Director-General of the World Health Organization shall send to each Participating State copies of all proposals, and their attachments, received within the period specified, and shall indicate whether or not the person holding office is a candidate.

4.   If only one or no proposal has been received by the Director-General of the World Health Organization in time for transmission to Participating States in accordance with this Rule, he will inform the Participating States within the period specified in the preceding paragraph. In these cases, during its Session, the Governing Council shall itself establish a list of candidates composed of the names proposed by the representatives present, to which the curricula vitae should be attached. The same procedure will also be followed by the Governing Council in cases where the post of Director of the Agency falls vacant within the period of six months laid down in paragraph 1 of this Rule.

RULES OF PROCEDURE OF THE GOVERNING COUNCIL

5.   The selection of the Director of the Agency shall take place at a closed meeting of the Governing Council. The Governing Council shall elect a person by secret ballot from among the candidates proposed. If, in the first ballot, no candidate obtains the majority, additional ballots shall be taken and the candidate who obtains the least number of votes shall be eliminated at each ballot. If the number of candidates is reduced to two and there is a tie between these two candidates after three further ballots, the procedure established by this paragraph shall be recommenced. In this event the Governing Council may propose additional candidates.

6.   The name of the person so selected shall be submitted to the Director-General of the World Health Organization to permit him to effect the appointment on such terms as the Governing Council may determine. The term of office of the Director of the International Agency for Research on Cancer shall be five years, and he or she shall be eligible for reappointment once only.

## PROGRAMME, BUDGET AND FINANCE
### Rule 47

The Governing Council shall:

(a)  review the programme of permanent activities, approve any special project and decide upon any supplementary programme;

(b)  consider the report of the Director of the Agency on the development of the programme and the scientific activities of the Agency;

(c)  adopt the budget authorizing expenditure for the next budgetary period after consideration of the budget estimates prepared by the Director of the Agency and the Scientific Council's recommendations on the programme;

(d)  consider and approve supplementary estimates for the current budgetary period if and as necessary;

(e)  examine the report of the auditor on the annual accounts of receipts and expenditures for the preceding financial year and take such action thereon as may be appropriate;

(f)  consider the report of the Director of the Agency on the payment of the contributions of Participating States.

### Rule 48

No proposal for a review of the annual contributions of Participating States under Article VIII, paragraph 4, of the Statute of the Agency shall be placed on the agenda unless it has been communicated to Participating States at least ninety days before the opening of the session.

### Rule 49

Except in so far as there is an express provision to the contrary in the Financial Regulations of the Agency, the procedure for the consideration of financial matters shall be governed by these Rules.

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER

## ADMISSION OF NEW PARTICIPATING STATES

### *Rule 50*

Applications made by Members of the World Health Organization for admission as Participating States in the Agency shall be addressed to the Director-General and shall be transmitted immediately to Participating States and the Director of the Agency.

Any such application shall be placed on the agenda of the next session of the Governing Council provided the application reaches the Director-General at least ninety days before the opening of such session.

### *Rule 51*

The approval by the Governing Council of any request for admission as a Participating State shall be immediately communicated to the State which has submitted it. Such state, in accordance with Article XII of the Statute of the Agency, may then give the undertaking referred to in Article III of the Statute of the Agency by means of a formal notification addressed to the Director-General and shall become a Participating State from the date of the receipt of such notification by the Director-General.

## SUSPENSION AND AMENDMENT OF RULES OF PROCEDURE

### *Rule 52*

Subject to the provisions of the Statute of the Agency, any of the foregoing Rules may be suspended provided that at least forty-eight hours' notice of the proposal for such suspension has been given to the Chairman and communicated by him to the representatives twenty-four hours before the meeting at which the proposal is to be submitted. If, however, on the advice of the Chairman, the Governing Council is unanimously in favour of such a proposal, it may adopt it immediately and without notice.

### *Rule 53*

Amendments of these Rules may be adopted by the Governing Council provided that notice of a proposed amendment is given in writing to Participating States or their representatives at least thirty days before the meeting at which the proposal is to be submitted.

## GENERAL PROVISIONS

### *Rule 54*

The Governing Council may at its discretion apply such Rules of Procedure of the World Health Assembly as it may deem appropriate to particular circumstances for which provision does not exist in these Rules.

## RULES OF PROCEDURE OF THE SCIENTIFIC COUNCIL
## OF THE INTERNATIONAL AGENCY FOR RESEARCH ON CANCER[5]

### SESSIONS
*Rule 1*

The Scientific Council shall hold sessions at least once a year and as often as necessary by notice sent by the Director of the Agency to its members and to the Director-General of the World Health Organization. At least eight weeks' notice shall be given before the date of the opening of the session, unless a matter of great urgency is involved.

*Rule 2*

The Director of the Agency shall also convene the Scientific Council at the request of one-third of its members provided that the Agency has sufficient financial provision for so doing and that the Director judges that he cannot meet the wishes of the Scientific Council satisfactorily other than through the holding of an additional meeting. The request shall be addressed to him in writing and shall state the reason for the request. Subject to the foregoing the Scientific Council shall be convened within thirty days following receipt of the request. The agenda of such a session shall be limited to the questions having necessitated that session.

*Rule 3*

The meetings of the Scientific Council shall be held in private unless the Scientific Council decides otherwise.

### AGENDA
*Rule 4*

The provisional agenda of each session shall be drawn up by the Director of the Agency after consultation with the Chairman. It shall be despatched with the notice of convocation sent in accordance with Rule 1.

*Rule 5*

Except in the case of sessions convened under Rule 2, the provisional agenda of each session shall include, *inter alia:*
- (a) all items the inclusion of which has been prescribed by the Scientific Council at a previous session;
- (b) any item proposed by the Governing Council;
- (c) any item proposed by a Participating State or the Director-General;
- (d) any item proposed by a member of the Scientific Council;
- (e) any item proposed by the Director of the Agency.

---

[5] Text approved by the Scientific Council in April 1966 and amended in February 1967.

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER

*Rule 6*

The Director of the Agency may, in consultation with the Chairman, include any question suitable for the agenda which may arise between the despatch of the provisional agenda and the opening day of the session in a supplementary agenda which the Scientific Council shall examine together with the provisional agenda.

OFFICERS

*Rule 7*

The Scientific Council shall elect at the end of each session a Chairman and a Vice-Chairman from among its members. These officers shall hold office until their successors are elected. A rapporteur may be appointed at each session.

SECRETARIAT

*Rule 8*

The Director of the Agency shall be *ex officio* the Secretary of the Scientific Council and of any of its committees or working groups. He may delegate these functions.

*Rule 9*

The Secretariat shall, if necessary, prepare summary records of the meetings in the working languages and shall distribute them to the members of the Scientific Council as soon as possible after the close of the meeting to which they relate.

LANGUAGES

*Rule 10*

The working languages of the Scientific Council shall be English and French. Speeches made in Spanish or Russian shall be interpreted into both working languages; speeches made in either of the working languages shall be interpreted into the other working language and into Spanish and Russian.

CONDUCT OF BUSINESS

*Rule 11*

A majority of the members of the Scientific Council shall constitute a quorum.

*Rule 12*

The Rules of Procedure of the Governing Council concerning the powers of the Chairman and the conduct of the business shall apply *mutatis mutandis* to the Scientific Council.

RULES OF PROCEDURE OF THE SCIENTIFIC COUNCIL

VOTING

*Rule 13*

### (a) **Scientific questions**

Purely scientific questions shall not be submitted to a vote. If the members of the Scientific Council cannot agree, each shall be entitled to express his personal opinion and to state the reasons therefore in an individual or group report.

### (b) **Other questions**

Questions which are not purely scientific may be submitted to a vote which shall follow the same procedure as that laid down in the Rules of Procedure of the Governing Council.

SUSPENSION AND AMENDMENT OF RULES OF PROCEDURE

*Rule 14*

Subject to the provisions of the Statute of the Agency the Scientific Council may decide to suspend the application of any of the foregoing Rules provided that at least 24 hours' notice of the proposal for such suspension has been given to its members or that the Scientific Council is unanimously in favour of such a proposal.

*Rule 15*

The Scientific Council may amend these Rules in the course of a session provided that notice of a proposed amendment is given in writing to its members at least eight weeks before the meeting at which the proposal is to be submitted.

GENERAL PROVISIONS

*Rule 16*

In addition to the cases provided for elsewhere by these Rules, the Scientific Council may at its discretion apply such Rules of Procedure of the Governing Council as it may deem appropriate to particular circumstances for which provision does not exist in the Rules of Procedure of the Scientific Council.

FINANCIAL REGULATIONS

---

# FINANCIAL REGULATIONS OF
## THE INTERNATIONAL AGENCY FOR RESEARCH ON CANCER[6]

### *Article I – Applicability*

1.1 The Regulations shall govern the financial administration of the International Agency for Research on Cancer (hereinafter referred to as the "Agency").

### *Article II – Applicability of the Financial Regulations of the World Health Organization*

2.1 The Financial Regulations of the World Health Organization shall govern the financial policies, practices and administration of the Agency except as provided in the Statute and in the following Articles.

### *Article III – The Budget*

3.1 The Director of the Agency (hereinafter referred to as the "Director") shall prepare the programme and the budget estimates covering the programme of permanent activities; the Director may also prepare supplementary programmes and special projects and the cost estimates and method of financing relating to such supplementary programmes and any special projects. The programme and budget estimates covering the permanent activities and the cost estimates regarding any supplementary programme or any special project shall be prepared in the manner prescribed by the Governing Council and shall be accompanied by such information, annexes or explanatory statements as the Director may deem necessary. The budget estimates shall be presented in euros.

3.2 All programme and budget estimates relating to the permanent activities, to supplementary programmes or special projects shall be submitted by the Director to the Scientific Council which shall consider their programme aspects and submit its recommendations thereon to the Governing Council through the Director. This material shall be submitted to the Scientific Council in sufficient time to permit transmission by the Director of its recommendations together with all appropriate documentation to reach each Participating State and the Director-General of WHO at least thirty days before the meeting of the Governing Council at which the budget is to be considered.

3.3 The Director of the Agency shall be authorized to transfer credits between sections of the budget subject to such conditions as the Governing Council may determine.

---

[6] Text adopted by the Governing Council at its first session (23–24 September 1965) and amended at its Thirteenth, Fifteenth, Nineteenth, Thirty-Eighth, Forty-Third, Forty-Eighth, Fifty-Third, Fifty-Fourth and Fifty-Sixth sessions (resolutions GC/13/R3, GC/15/R5, GC/19/R6, GC/38/R8, GC/43/R7, GC/48/R6, GC/53/R8, GC/54/R7 and GC/56/R5).

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER

*Article IV – Provision of Funds*

4.1  The appropriations for the administrative services and permanent activities of the Agency shall be financed by the annual contributions of each Participating State. These contributions shall be assessed in euros.

4.2  The annual contributions shall be due on the first day of January of each year and must be paid not later than 31 December of that year; any Participating State which has not paid its contribution by that date shall be considered to be in arrears.

4.3  New Participating States admitted under the provisions of Article III of the Statute shall be required to pay one third of a full contribution in the first year of membership from which the amount due to the Working Capital Fund shall be appropriated, two thirds of a full contribution in the second year of membership and 100% of a full contribution in the third and following years of membership.

*Article V – Funds*

5.1  There shall be established a General Fund for the purpose of accounting for the expenditures of the Agency. The contributions paid by members under Regulation 4.1 and any advances from the Working Capital Fund to finance general expenditures shall be credited to the General Fund.

5.2  There shall be established a Working Capital Fund in an amount and for purposes to be determined from time to time by the Governing Council. The source of moneys of the Working Capital Fund shall be the amounts appropriated from the contributions of Participating States or sums transferred from the Governing Council Special Fund. The amounts to be appropriated or transferred shall be determined by the Governing Council.

5.3  Pending the receipt of statutory annual contributions to the budget, appropriations may be temporarily financed from the Working Capital Fund or, if the cash balance of the Working Capital Fund is inadequate, by internal borrowing from other available cash resources of the Agency, excluding Trust Funds. The source of such interim financing shall be reimbursed as soon as and to the extent that income is available for that purpose. Any balances of internal loans outstanding at the end of the financial period shall be reported to the Governing Council.

5.4  Income from investments of the Working Capital Fund shall be credited to miscellaneous income.

5.5  There shall be established a Governing Council Special Fund to which shall be credited any budgetary surpluses, the unbudgeted contributions of new Participating States and miscellaneous income. The cash balances of this account as at 31 December of each year shall be used for purposes to be decided by the Governing Council from time to time by a two-thirds majority of its members who are representatives of Participating States.

FINANCIAL REGULATIONS

5.6 In accordance with Article VIII, paragraph 7, of the Statute, the Governing Council may accept grants or special contributions from any individual, body or government. Where such grants or special contributions are specifically earmarked by the donor for financing a special project or projects, the Governing Council shall decide on acceptance after having received the advice of the Scientific Council. Such funds shall be accounted for separately. The interest earned on such funds will be credited to miscellaneous income.

## Article VI – Financial Statements and Audit

6.1 Financial statements shall be prepared annually in accordance with International Public Sector Accounting Standards, together with such other information as may be necessary to indicate the current financial position of the Agency. The report shall be submitted annually for the approval of the Governing Council. The financial statements shall be presented in euros. The accounting records may, however, be kept in such currencies as the Director, IARC may deem necessary.

6.2 Audits of the accounts of the Agency shall be carried out by the internal as well as external auditors of the World Health Organization in accordance with their respective terms of reference. The external auditor shall report to the Governing Council on the annual accounts.

## Article VII – General Provisions

7.1 These Regulations shall be effective as of the date of their approval by the Governing Council, and may be amended only by the Governing Council.

7.2 The Financial Rules of the World Health Organization shall be applicable to the financial and budgetary operations of the Agency, except as modified by the Statute or the Financial Regulations of the Agency. Any exceptions which may be necessary to meet the requirements of the Agency shall be subject to the approval of the Governing Council.

7.3 A Participating State which withdraws from participation in the operation of the Agency under the provisions of Article XIII of the Statute shall be required to pay the full amount of its contributions up to and including the year in which the withdrawal becomes effective.

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER

**Appendix 1**

**PARTICIPATING STATES OF THE
INTERNATIONAL AGENCY FOR RESEARCH ON CANCER
(as at 13 May 2015)**

**Effective date of membership**

| | |
|---|---|
| Australia | 23 September 1965 |
| Austria | 16 May 2008 |
| Belgium | 19 October 1970 |
| Brazil | 16 May 2013 |
| Canada | 1 January 1982 |
| Denmark | 4 May 1990 |
| Finland | 29 April 1986 |
| France | 15 September 1965 |
| Germany | 15 September 1965 |
| India | 18 May 2006 |
| Ireland | 10 May 2007 |
| Italy | 15 September 1965 |
| Japan | 12 May 1972 |
| Morocco | 13 May 2015 |
| Netherlands | 27 April 1967 |
| Norway | 29 April 1987 |
| Qatar | 16 May 2013 |
| Republic of Korea | 18 May 2006 |
| Russian Federation | 23 September 1965 |
| Spain | 15 May 2003 |
| Sweden | 3 May 1979 |
| Switzerland | 4 May 1990 |
| Turkey | 13 May 2011 |
| United Kingdom of Great Britain and Northern Ireland | 15 September 1965 |
| United States of America | 15 September 1965 |