Message
---

**From:** HEYDENS, WILLIAM F [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=230737]
**Sent:** 3/31/2016 11:34:45 PM
**To:** JENKINS, DANIEL J [AG/1920] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=813004]; HEERING, DAVID C [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=RECIPIENTS/cn=68681]; LISTELLO, JENNIFER J [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=533682]; REBMAN, JOHN [AG/1000] [/O=MONSANTO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JREBMc1a]
**Subject:** Re: EPA glyphosate questions


Dan, will folks from HE'D be at this meeting?

-------- Original Message --------

Subject: EPA glyphosate questions

From: "JENKINS, DANIEL J [AG/1920]" <daniel.j.jenkins@monsanto.com>

Date: Mar 31, 2016, 5:15 PM

To: "HEERING, DAVID C [AG/1000]" <david.c.heering@monsanto.com>,"HEYDENS, WILLIAM F [AG/1000]" <william.f.heydens@monsanto.com>,"LISTELLO, JENNIFER J [AG/1000]" <jennifer.j.listello@monsanto.com>,"REBMAN, JOHN [AG/1000]" <john.rebman@monsanto.com>


Dan Jenkins
US Agency Lead
Monsanto Company
202 383 2851 (o)
571 732 6575 (c)

Begin forwarded message:
**From:** "Nguyen, Khue" <Nguyen.Khue@epa.gov>
**Date:** March 31, 2016 at 5:27:43 PM EDT
**To:** "JENKINS, DANIEL J [AG/1920]" <daniel.j.jenkins@monsanto.com>
**Cc:** "Smith, Charles" <Smith.Charles@epa.gov>, "Anderson, Neil" <Anderson.Neil@epa.gov>, "Moriarty, Thomas" <Moriarty.Thomas@epa.gov>
**Subject: meeting next week**
Hi Dan,

I'm forwarding additional details from our human health folks about the meeting next week:

As part of Registration Review, the agency has been evaluating the extensive data that is available for glyphosate, including the IARC and EFSA reports on carcinogenicity. This has included a toxicological analysis consisting of a wide variety of experimental animal data and *in vitro* data from the guideline studies and from the scientific literature. In addition we are evaluating the

Confidential - Produced Subject to Protective Order                                                                                                                    MONGLY02054538

epidemiological database of about a dozen US and European studies.  In order to better characterize the significant toxicological and epidemiological data that is available for glyphosate in the registration review preliminary risk assessment, the agency has been attempting to determine changes over the last 20 or 30 years in the use of glyphosate products over time (i.e., which formulations have dominated the market).  EPA is also interested in how the inert compounds used in the major glyphosate products utilized in agricultural settings in the US and in Europe have changed over the last 20 or 30 years.  The agency is particularly interested in utilizing this data to help characterize any potential differences in the US and European glyphosate epidemiology studies (mid 1980s – early 2000s, see list below).  We would like to discuss this in more detail during next week's meeting.

List of glyphosate epidemiology studies:

De Roos, A. J., Blai r, A., Rusiecki, J. A., Hoppin, J. A., Svec, M., Dosemeci, M., Alavanja, M. C. (2005) . Cancer incidence among glyphosate-exposed
pesticide applicators in the Agricultural Health Study. *Environ Health Perspect, 113(1),* 49- 54.

De Roos, A. J., Zahm, S. H., Cantor, K. P., Weisenburger, D. D., Holmes, F. F., Burmeister, L. F., & Blair, A. (2003). Integrative assessment of multiple
pesticides as risk factors for non-Hodgkin's lymphoma among men. *Occup Environ Med,* 60(9), Ell.

Eriksson, M., Hardell, L., Carlberg, M., & Akerman, M. (2008). Pesticide exposure as risk factor for non-Hodgkin lymphoma including
histopathological subgroup analysis. *Int J Cancer, 123(7),* 1657-1663.

Hardell, L., Eriksson, M., & Nordstrom, M. (2002) . Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled
analysis of two Swedish case-control studies. *Leuk Lymphoma,* 43(5), 1043- 1049.

McDuffie, H. H., Pahwa, P., Mclaughlin, J. R., Spinelli, J. J., Fincham, S., Dosman, J. A., Choi, N. W. (2001) . Non-Hodgkin's lymphoma and specific
pesticide exposu res in men: cross -Canada study of pesticides and health. *Cancer Epidemiol Biomarkers Prev,* 10(11), 1155-1163.

Orsi, L., Delabre, L., Monnereau, A., Delval, P., Berthou, C., Fenaux, P., Clave!, J. (2009). Occupational exposure to pesticides and lymphoid
neoplasms among men: results of a French case-control study. *Occupational and Environmental Medicine,* 66(5), 291-298.

111 De Roos, A. J., Blai r, A., Rusiecki, J. A., Hoppin, J. A., Svec, M., Dosemeci, M., Alavanja, M. C. (2005). Cancer incidence among glyphosate-exposed
pesticide applicators in the Agricultural Health Study. *Environ Health Perspect, 113(1),* 49- 54.

De Roos, A. J., Zahm, S. H., Cantor, K. P., Weisenburger, D. D., Holmes, F. F., Burmeister, L. F., & Blair, A. (2003) . Integrative assessment of multiple
pesticides as risk factors for non-Hodgkin's lymphoma among men. *Occup Environ Med,* 60(9), Ell.

Eriksson, M., Hardell, L., Carlberg, M., & Akerman, M. (2008) . Pesticide exposure as risk factor for non-Hodgkin lymphoma including

histopathological subgroup analysis. *Int J Cancer,* 123(7), 1657-1663.

Hardell, L., Eriksson, M., & Nordstrom, M. (2002). Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled
analysis of two Swedish case-control studies. *Leuk Lymphoma,* 43(5), 1043- 1049.

McDuffie, H. H., Pahwa, P., Mclaughlin, J. R., Spinelli, J. J., Fincham, S., Dosman, J. A., Choi, N. W. (2001). Non-Hodgkin's lymphoma and specific
pesticide exposures in men: cross-Canada study of pesticides and health. *Cancer Epidemiol Biomarkers Prev,* 10(11), 1155-1163.

Orsi, L., Delabre, L., Monnereau, A., Delval, P., Berthou, C., Fenaux, P., Clave!, J. (2009) . Occupational exposure to pesticides and lymphoid
neoplasms among men: results of a French case-control study. *Occupational and Environmental Medicine,* 66(5), 291-298.

Let me know if you have any questions.

Thanks,


Khue Nguyen
Chemical Review Manager
Risk Management and Implementation Branch 1
Pesticide Re-evaluation Division
Office of Pesticide Programs, EPA
703-347-0248
Nguyen.khue@epa.gov

Confidential - Produced Subject to Protective Order

MONGLY02054540