| | |
|---|---|
| **Message** | |
| **From**: | WAKIMORI, HIROO [AG/5270] [/O=MONSANTO/OU=AP-5340-01/CN=RECIPIENTS/CN=155939] |
| **Sent**: | 6/1/2016 7:40:30 AM |
| **To**: | JACKSON - GHEISSARI, AMELIA ELIZABETH [AG/1920] [/O=MONSANTO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AEJACK196e]; Nguyen, Khue [Nguyen.Khue@epa.gov] |
| **CC**: | JENKINS, DANIEL J [AG/1920] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=813004]; Moriarty, Thomas [Moriarty.Thomas@epa.gov]; Anderson, Neil [Anderson.Neil@epa.gov]; Lowit, Anna [Lowit.Anna@epa.gov]; Smith, Charles [Smith.Charles@epa.gov]; GARNETT, RICHARD P [AG/5040] [/O=MONSANTO/OU=EA-5041-01/cn=Recipients/cn=107838]; LISTELLO, JENNIFER J [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=533682] |
| **Subject**: | RE: glyphosate TAC |

Hello Amelia,

TAC is OK for Monsanto to provide the English translation of the draft Assessment Report of Glyphosate by Food Safety Commission. The following links to the folder of Glyphosate draft Assessment Report in Japanese at Food Safety Commission site.

### 資料４：グリホサート農薬評価書（案）[PDF:4,121KB]

Monsanto started translation of these documents in late March and I have just received a draft translation. It will take at least a few more weeks for me to edit and finalize this 300 page document which covers all toxicology studies of 5 data sets. I will let you and all cc'd know when the translation is ready for your reading probably in the week of June 20th.

Thanks and regards,

Hiroo Wakimori

*****************************************************

Hiroo Wakimori

Chemistry Technical Lead, Asia

Monsanto Japan Limited

Kyobashi Souseikan 6F

2-5-18 Kyobashi, Chuo-ku

Tokyo 104-0031 JAPAN


+81-3-6264-4856(Work)

+81-3-3566-5411(Fax)

+81-80-2113-9417(Mobile)


E mail: hiroo.wakimori@monsanto.com


******************************************************


**From:** JACKSON - GHEISSARI, AMELIA ELIZABETH [AG/1920]
**Sent:** Wednesday, June 01, 2016 1:18 AM
**To:** Nguyen, Khue
**Cc:** JENKINS, DANIEL J [AG/1920]; Moriarty, Thomas; Anderson, Neil; Lowit, Anna; Smith, Charles; WAKIMORI, HIROO [AG/5270]; GARNETT, RICHARD P [AG/5040]; LISTELLO, JENNIFER J [AG/1000]
**Subject:** RE: glyphosate TAC


Dear Khue,


Dr Hiroo Wakimori in our Japan office will help you with the TAC studies.  Again, for those studies for which we are not the owners we can't do more than put you in touch with the owners.

Confidential - Produced Subject to Protective Order                                                                                          MONGLY03410605

Dr Wakimori will ask TAC if the English translation of Japan's Food Safety Commission (FSC) Assessment Report can be supplied to the EPA. The FSC Assessment Report is available on line only in Japanese. If OK with TAC, Dr Wakimori will provide the translation to you. Also, the JMPR will soon publish a detailed report of the recently completed Extraordinary Review which should contain a review of TAC studies.

If you want access to the full studies/TAC data, you may want to ask directly to the TAC group members for help. We can introduce the relevant TAC contact people (it would be company by company).


Hope this helps.

Dr Wakimori can be contacted on +81 3 6264 4856. He is also copied on this email.

Best wishes,

Amelia



Amelia Jackson-Gheissari PhD

International Regulatory Affairs Manager

Monsanto Company

1300 I Street , NW

Suite 450 East

Washington DC 20005



Office: +1 202 383 2847

Cell: +1 202 230 6733




**From:** Nguyen, Khue [mailto:Nguyen.Khue@epa.gov]
**Sent:** Monday, May 23, 2016 12:06 PM
**To:** JACKSON - GHEISSARI, AMELIA ELIZABETH [AG/1920]
**Cc:** JENKINS, DANIEL J [AG/1920]; Moriarty, Thomas; Anderson, Neil; Lowit, Anna; Smith, Charles
**Subject:** glyphosate

Confidential - Produced Subject to Protective Order                                                                                              MONGLY03410606

Hi Amelia,

Anna Lowit gave me your contact information, I hope you don't mind me emailing. I understand that you spoke briefly with Anna at the recent PPDC meeting about the possibility of getting European cancer data for glyphosate—particularly the data that EPA recently requested which were submitted to BfR. We were wondering if you've had a chance to look into this possibility? Is there someone over in Europe that we should contact?

Any insight or assistance you could provide would be greatly appreciated.

Thanks,

Khue Nguyen

Chemical Review Manager

Risk Management and Implementation Branch 1

Pesticide Re-evaluation Division

Office of Pesticide Programs, EPA

703-347-0248

Nguyen.khue@epa.gov

Confidential - Produced Subject to Protective Order