Message

| | |
|---|---|
| **From**: | GARNETT, RICHARD P [AG/5040] [/O=MONSANTO/OU=EA-5041-01/CN=RECIPIENTS/CN=107838] |
| **Sent**: | 10/10/2013 2:41:59 PM |
| **To**: | WAKIMORI, HIROO [AG/5270] [/O=MONSANTO/OU=AP-5340-01/CN=RECIPIENTS/CN=155939]; SALTMIRAS, DAVID A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=DASALT] |
| **CC**: | GUSTIN, CHRISTOPHE [AG/5040] [/O=MONSANTO/OU=EA-5041-01/CN=RECIPIENTS/CN=83930] |
| **Subject**: | TAC data and the GTF publication on chronic/carc studies |

David, Wakimori san,

We need to move on with finalising the chronics paper. Is the TAC situation possible to resolve in the near future? From the notes below it looks likely not to be. However, from an EU perspective we need to get the chronics paper published. Can we go ahead based on the data available from the GTF companies and  add TAC as an addendum at some time in the future if access cecomes possible?

What do you think?

Regards

Richard

- TAC now accepts Final Draft PWG Report on the kidney slides from TAC's 2 year rat study received from St.Louis.

In response to our request to share the full report of mouse carcinogenicity study conducted with TAC's material in order for us to include TAC's data in the publication on glyphosate and cancer risk, TAC

declined based on the lack of consensus among TAC members since FSC review is still underway and the original mouse data suggested some carcinogenic potential which was denied in the process of FSC

review.

Confidential - Produced Subject to Protective Order

MONGLY01009950