UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. 16-md-02741-VC |
| This document relates to:<br><br>16-cv-6706  *Wooten* | **ORDER DISMISSING INDIVIDUAL CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 180 |

   Pursuant to the parties' stipulation, *Wooten v. Monsanto Co.*, 16-cv-6706, is dismissed without prejudice.  The Clerk of Court will close the case.

   **IT IS SO ORDERED.**

Dated:  March 14, 2017

_____

VINCE CHHABRIA
United States District Judge