Message

| | |
|---|---|
| **From**: | HEYDENS, WILLIAM F [AG/1000] [/o=Monsanto/ou=NA-1000-01/cn=Recipients/cn=230737] |
| on behalf of | HEYDENS, WILLIAM F [AG/1000] |
| **Sent**: | 2/20/2015 12:43:14 PM |
| **To**: | JENKINS, DANIEL J [AG/1920] [daniel.j.jenkins@monsanto.com] |
| **Subject**: | EPA Folks going to IARC |

Dan,

I know that Tracey Reynolds has talked to you about this matter, but I wanted to give you a little more context.

The 2 EPA folks who will actually participate in the meeting are Peter P. Egeghy & Matthew T. Martin.  Peter is an 'Exposure' scientist and Matthew in Computational Tox in ORD in North Carolina.  I strongly suspect that neither of them know anything about glyphosate.

The 2 EPPA folks going as observers are Catherine Eiden & Jess Rowland.  Catherine is a Special Assistant in the Pesticide Re-evaluation Division, and we all know Jess.  They obviously know what the Agency has concluded about glyphosate.  But these two folks are observers and thus can only listen to what is said and speak if asked a question.  It would seem appropriate from the Agency's standpoint that all the EPA individuals sent to the meeting knew of the Agencies scientific/regulatory conclusions.

Bill

Confidential - Produced Subject to Protective Order