# EXHIBIT 2

September 30, 2016

**Hollingsworth**LLP

**_Via Electronic Mail_**

Aimee H. Wagstaff, Esq.
Andrus Wagstaff, PC
7171 W. Alaska Drive
Lakewood, CO 80226

Rosemary Stewart
dir 202 898 5888
rstewart@hollingsworthllp.com

CONFIDENTIAL; SUBJECT TO PROTECTIVE ORDER

Per your request, Defendant Monsanto Company ("Monsanto") has conducted a search for website domains it owns or controls. No such master list could be identified and, therefore, the below list was compiled for purposes of this litigation. Because different groups within Monsanto may own or control additional website domains, and due to the difficulty and expenditure of resources necessary to create this list, Monsanto cannot guarantee the completeness of this list and reserves the right to supplement or amend this list. Further, because plaintiff does not allege exposure to Roundup and/or glyphosate outside the United States, and due to the difficulty and burden that would be involved, the following list focuses on website domains for the United States. Monsanto also has not included website domains that it concluded do not address glyphosate or glyphosate-containing products. Further, the limited discussion of glyphosate or glyphosate-containing products on many of these sites appears to be cumulative or duplicative of previous productions from monsanto.com, monsantoblog.com, and discover.monsanto.com. In addition to the below list, while Monsanto does not own the website domain and does not concede control of the domain, Monsanto has contributed to the site gmoanswers.com from which Monsanto also has produced records in this litigation.

Website Domains: monsanto.com; monsantoblog.com; monsantoito.com; discover.monsanto.com; monsantohawaii.com; acceleronsas.com; aganytime.com; agseedselect.com; americasfarmers.com; corn-states.com; dekalb100yearsbook.com; fontanelle.com; genuity.com; goldcountryseed.com; hubnerseed.com; insectforecast.com; jungseedgenetics.com; krugerseed.com; lewishybrids.com; monsantoesolution.com; monsantoesolutions.com; monsantofund.org; npeedge.com; pre-serve.org; rea-hybrids.com; rounduppromax.com; roundupquikpro.com; roundupreadyplus.com; seminis.com; seminis-us.com; soybeans.com; specialtyhybrids.com; stoneseed.com; vistivegold.com; weedtool.com; channel.com

This disclosure does not concede relevancy or admissibility for any listed website domain or content therein.

Sincerely,

Rosemary Stewart

Rosemary Stewart
HOLLINGSWORTH LLP
Counsel to Defendant Monsanto Company