# EXHIBIT 4



# MEETING PRE-READ

| | |
|---|---|
| **Agenda Item:** | 13c |
| **Prepared by:** | W. Surman |
| **Date:** | 17 June 2016 |
| **Reviewed by:** | H. Minigh |
| **Status:** | DRAFT |
| **To:** | Plant Biotech Strategy Council |

**Title:**   IARC – Recent Developments and Industry Actions

**Executive Summary:**

The IARC classification linking several pesticides to human carcinogenicity has caused widespread media attention and continued calls on national regulators and retailers to ban the sale and use of crop protection products deemed probable carcinogens by IARC. There has been particular focus on the active substance glyphosate. Recently the WHO/FAO Joint Meeting on Pesticide Residues (JMPR) concluded glyphosate, diazinon and malathion are "unlikely to pose a carcinogenic risk to humans from exposure through the diet" in contrast to the 2015 assessment from IARC, which classified each of these compounds as a "probable" cause of cancer.

CropLife International has taken a series of measures to align the industry on its approach to IARC, made numerous requests for meetings with WHO/IARC, mobilized the scientific community to question the role of IARC, and encouraged increased reporting in the media to balance the debate. Specifically, CropLife International's outreach to media has sought to question the IARC classification process, clarify their mandate (hazard vs risk) and expose conflicts of interest within IARC's secretariat and body of experts.

The PBSC is requested to take note of the strategy and latest developments.

**Background:**

The [ HYPERLINK "http://www.iarc.fr/en/media-centre/pr/index.php" ] (IARC) is the specialized cancer agency of the World Health Organization (WHO). Its objective is to promote international collaboration in cancer research and to bring experts together to identify the causes of cancer so that preventive measures may be adopted. In April 2014 an IARC Advisory Group met to recommend topics for assessment in 2015–19 and pesticides were identified as a "high priority". [ HYPERLINK "http://monographs.iarc.fr/ENG/Publications/internrep/14-002.pdf" ] is a full list of crop protection products identified by IARC for review between 2015 and 2019.  The list includes Genetically Modified Organisms (GMOs).

The first meeting on pesticides was held in March 2015 when the IARC panel classified glyphosate and malathion to be "probably" carcinogenic to humans and parathion, and diazinon and tetrachlorvinphos to be "possibly" carcinogenic to humans. The second meeting on pesticides was held in June 2015 when the IARC panel classified DDT to be "probably" carcinogenic to humans, 2,4-D as "possibly" carcinogenic to humans and lindane as "carcinogenic to humans". In July 2015 IARC published the Monograph on glyphosate which provides details of how the panel reached its decision in March.

Confidential - Produced Subject to Protective Order                                MONGLY03557241

In light of the IARC classification on glyphosate, diazinon and malathion the WHO/FAO Joint Meeting on Pesticide Residues (JMPR) convened in May 2016 to re-evaluate these compounds and in contrast to IARC found they were "unlikely to pose a carcinogenic risk to humans from exposure through diet".

WHO published a useful explanatory [ HYPERLINK "http://www.who.int/features/qa/87/en/" ] on it's website, which said IARC's hazard identification helped inform the JMPR's risk assessment, and thus the two processes were "complementary". It said: *"Hazard identification – in particular, the IARC classification of substances in terms of their carcinogenicity – is the first step of the risk assessment process. Risk assessment for pesticide residues in food, as conducted by the Joint FAO/WHO Meeting on Pesticide Residues (JMPR), establishes a safe intake level after assessing the level of risk."*

Nevertheless, law makers have remained "confused", as highlighted by the recent politically-charged experience in the European Union where certain Member States have called to ban the use of glyphosate on health grounds, based in large part on IARC's classification. This was despite the European Food Safety Authority (EFSA) [ HYPERLINK "http://www.efsa.europa.eu/en/press/news/151112?utm_campaign=engagor&utm_content=engagor_MzgxOTgyMg%3D%3D&utm_medium=social&utm_source=twitter" ] of the active substance glyphosate which concluded glyphosate was "unlikely to pose a carcinogenic hazard to humans". Explaining how it reached a different conclusion, EFSA said it had "assessed more evidence including additional key studies that were not considered by IARC".

Outside of the crop protection industry IARC gained further headlines in October 2015 when it classified red meat as "probably carcinogenic" and processed meat as definitely carcinogenic. Contrary to the fallout of classifications on crop protection products there were no calls for these meat products to be banned. Instead, the WHO clarified that red meat should be part of a balanced diet, highlighting the confusion surrounding the true purpose of an IARC classification.

**CropLife International Strategy**

CropLife International is working with the global network to coordinate an ongoing strategy which includes the following measures:

Generating influencer commentary on IARC
- To challenge the credibility of IARC and increase awareness of the issues, CropLife International is working with issue management consultancy v-Fluence to generate proactive news/commentary articles published in relevant/influential spaces. The first phase of the strategy involved intelligence gathering on the IARC process, its personnel (secretariat and panel members) and overall methodology for making classifications. The second half of the strategy has involved intelligence sharing with a network of bloggers, commentators and journalists in order to expose inconsistencies, conflicts of interest and transparency issues. A number of positive articles have been published in recent months including articles in the Times of London ([ HYPERLINK "http://www.rationaloptimist.com/blog/pseudoscience/" ]), Reuters ([ HYPERLINK "http://www.reuters.com/investigates/special-report/health-who-iarc/" ]) and Daily Mail online ([

Confidential - Produced Subject to Protective Order        MONGLY03557242

HYPERLINK "http://www.dailymail.co.uk/wires/reuters/article-3545353/How-World-Health-Organizations-cancer-agency-confuses-consumers.html" ]). There has also been heightened activity on influential blogs including Science 2.0, Forbes, Genetic Literacy Project and Risk Monger. All articles have been pushed widely on social media channels through a wide network of industry commentators.

High level outreach to WHO
- CropLife International has requested several meetings with WHO Director General Margaret Chan to discuss IARC methodology and to ask for greater efforts to clarify the meaning of the IARC classifications, but so far no request has been accepted. However, in May 2016 WHO published a [ HYPERLINK "http://www.who.int/features/qa/87/en/" ] on its website to explain the important distinction between IARC's hazard identification and the JMPR's risk assessment.
- National associations in the global CropLife network have written to their government ministries using aligned messaging to explain that regulatory risk assessments must be the basis for decisions on pesticides, not hazard-based IARC classifications. National associations have also called on their governments to raise the issue with WHO to better educate regulators on the meaning of IARC's classifications.

Building credible 3rd party support
- CropLife International is supporting building relevant, independent non-commercial third party stakeholders (in particular toxicologists and academics) to create appropriate awareness of the impact of IARC classifications to global scientific and regulatory work. The goal is to have an independent written evaluation questioning the role and value of IARC within the scientific community.

Coordinating industry alignment
- CropLife International has enhanced its issue monitoring capabilities for IARC and will continue to produce updated Issue Alerts to ensure the global network remains fully aware and aligned on the issue as activists continue to capitalize on the classifications. The ad-hoc IARC group will also continue to share day-to-day information as the issue develops and to ensure rapid response to breaking news.

Confidential - Produced Subject to Protective Order                                                    MONGLY03557243