UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| | **PLAINTIFFS' NOTICE TO TAKE VIDEOTAPED DEPOSITION OF JOHN ACVUAVELLA, PHD.** |
| This document relates to: ALL ACTIONS | |

**PLAINTIFFS' NOTICE TO TAKE VIDEOTAPED DEPOSITION OF JOHN AQUAVELLA, PHD**

**TO:** Defendant **MONSANTO COMPANY** by and through its attorneys of record, Joe Hollingsworth, Eric Lasker, Hollingsworth LLP, 1350 I Street NW, Washington, DC 20005.

Please take notice that pursuant to Rule 30 and Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel, will take the videotaped deposition upon oral examination of **John Acquavella, PhD., at 9:00 a.m. on April 7, 2017 at Husch Blackwell,**

**169 Carondelet Plaza, St. Louis, MO 63105.**  The deposition will be taken before a person authorized by law to administer oaths, pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will continue day-to-day until the examination is completed.  The witness shall produce the documents identified in Exhibit A, at least 7 days before deposition.

DATED:  March 15, 2017                     Respectfully submitted,

/s Robin Greenwald, Michael Miller and Aimee Wagstaff
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5500
F 212-344-5461

Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange VA 22960
Ph 540 672 4224
F 540 672 3055

Aimee H. Wagstaff
Aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood CO 80226
Ph 720-255-7623

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 15, 2017 I electronically filed this Notice using the CM/ECF system which will send a notification of such filing to counsel of record.

/s/ Michael Miller

## EXHIBIT A
## DEFINITIONS

All definitions and rules of instructions set forth in Fed. Rule Civ. P. 30 shall apply to all requests for information herein. To the extent a term commonly in use in the agricultural industry is not defined herein, it shall be understood consistent with the meaning commonly ascribed to that term in the agricultural industry.

1. "Concerning" means referring to, describing, evidencing, or constituting.

2. "Monsanto Company" refers to, without limitation, Monsanto Company and all business entities with which it is or has been affiliated, together with any predecessor, successor, parent, or subsidiary entity as well as any officer, director, employee, attorney, agent, or representative of any such other business entity previously described herein.

3. "Document" is synonymous in meaning and equal in scope to the usage of this term in Rule 34(a) of the Federal Rules of Civil Procedure and expressly includes writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations stored in any medium from which information can be obtained either directly or, if necessary, after translation by you into a reasonably usable form. A draft or non-identical copy is a separate document. See FR Civ P 34(a).

4. "Roundup Products" or "Roundup" refers to all formulations of Defendants' Roundup Products, including, but not limited to, Roundup Concentrate Poison Ivy and Tough Brush Killer 1, Roundup Custom Herbicide, Roundup D-Pak herbicide, Roundup Dry Concentrate, Roundup Export Herbicide, Roundup Fence & Hard Edger 1, Roundup Garden Foam Weed & Grass Killer, Roundup Grass and Weed Killer, Roundup Herbicide, Roundup Original 2k herbicide, Roundup Original II Herbicide, Roundup Pro Concentrate, Roundup Prodry Herbicide, Roundup Promax, Roundup Quik Stik Grass and Weed Killer, Roundup Quikpro Herbicide, Roundup Rainfast Concentrate Weed & Grass Killer, Roundup Rainfast Super Concentrate Weed & Grass Killer, Roundup Ready-to-Use Extended Control Weed & Grass Killer 1 Plus Weed Preventer, Roundup Ready-to-Use Weed & Grass Killer, Roundup Ready-to-Use Weed and Grass Killer 2, Roundup Ultra Dry, Roundup Ultra Herbicide, Roundup Ultramax, Roundup VM Herbicide, Roundup Weed & Grass Killer Concentrate, Roundup Weed & Grass Killer Concentrate Plus, Roundup Weed & Grass killer Ready-to-Use Plus, Roundup Weed & Grass Killer Super Concentrate, Roundup Weed & Grass Killer1 Ready-to-Use, Roundup WSD Water Soluble Dry Herbicide Deploy Dry Herbicide, or any other glyphosate-based formulations developed, designed, distributed, licensed, manufactured, marketed or sold by Monsanto Company.

5. "And" or "or" shall be construed conjunctively or disjunctively as necessary to make the requests inclusive rather than exclusive. The use of the word "including" shall be construed to mean "without limitation."

6. Reference to the singular in any of these requests shall also include reference to the plural, and reference to the plural shall include reference to the singular.

7. All documents should be produced which are not subject to an objection and are known by, possessed or controlled by, or available to you, or your attorneys, representatives, or other agents.

8. All documents are to be produced in their entirety, without abbreviation or redaction, including both front and back thereof, and all attachments or other matters affixed thereto.

9. These requests shall be deemed continuing so as to require further and supplemental production by you in the event you obtain or discover additional documents between the time responding to this subpoena and the time of any hearing or trial

**DOCUMENT REQUESTS**

Please produce to Noticing Party the following documents at least 7 days prior to your scheduled deposition:

1. Any and all documents, records, studies, information or other material reviewed by you in preparation for this deposition.

2. A copy of your most current Curriculum Vitae.

3. Your employment file at Monsanto Company.

4. Any and all documents in your possession, custody or control concerning Monsanto Company's Roundup® Products, glyphosate, glyphosate-containing herbicides, AMPA, or surfactants including but not limited to POEA. This includes but is not limited to email correspondence.

5. Your complete custodial file at Monsanto Company

6. Any files or documents in your possession or control that post-date your employment with Monsanto that concern glyphosate, Roundup formulations, POEA or other surfactants, or document any work of any type done on behalf of Monsanto, its subsidiaries and employees, or CropLife America, Intertek, Cantox, Exponent, or any other third party that was in turn retained or remunerated by Monsanto or Croplife (including documentation of these agreements themselves and invoices, as well as substantive documents).