# EXHIBIT 1

CV, Mark A. Martens, [ PAGE ]

# CURRICULUM VITAE

## MARK A. MARTENS [PRIVATE]



### Past and current fields of expertise
- Experimental toxicology (i.e. analytical and biochemical toxicology, drug, pesticide and chenical metabolism, pharmacokinetics, skin and eye irritation, in-vitro toxicology).
- Hazard and risk assessment of chemicals, food contaminants and pesticides in the workplace, the environment and food and safety evaluation of genetically modified crops.
- Regulatory toxicology (i.e. classification and labelling of dangerous substances and preparations, new and existing products notification, market restrictions, food contact materials registration, pesticide registration).
- Forensic toxicology

### Education
Ph.D., University of Ghent (Belgium) school of Pharmacy, 1976.
Certification in haematology (cytology and haemostasis), University of Ghent, 1976.
Certification in clinical chemistry, University of Ghent, 1974.
Certification in industrial pharmacy, University of Ghent, 1973.
Certification in toxicological analysis applied in clinical and forensic toxicology, University of Ghent, 1972.
Certification in toxicological analysis of fytopharmaceutical products, University of Ghent, 1972.
M.S. in pharmacy, University of Ghent, 1972.

### Current and past professional memberships
Belgian Society of Pharmaceutical Sciences.
International Pharmacy Federation.
International Association of Forensic Toxicologists (TIAFT).
Flemish Chemical Society (VCV).
European Society of Toxicology (EUROTOX).
Belgian Society of Toxicology (BELTOX).
Belgian Environmental Mutagenesis Society (BEMS).
American Society of Toxicology (full membership since 1995).

### Current and previous positions
*Toxicology Director, Europe/Africa, Monsanto Technical Centre, Louvain-La-Neuev and Brussels, Belgium (1994-current).*
Regulatory toxicology and risk assessment support for the Chemical Group (before the spin off of the chemical business as Solutia) and Agricultural Group businesses and their

CV, Mark A. Martens, [ PAGE ]

operations in the Europe/Africa region. These activities include the gathering (i.e. literature search, Monsanto studies, and commissioning of toxicology studies in contract laboratories), selection and interpretation of health effects data within the European regulatory context and Monsanto internal liability procedures such as SDSs, poisoning assistance and environmental, safety and health risk assessments for products under development, registration and notification in the EU. Important projects were the risk assessment of existing chemical substances for the OECD and for the EU (rubber chemicals and water treatment chemicals), oestrogenicity and exposure assessment research for polymer modifier defence for OSPAR member countries, positioning of cancer classification issues of herbicides and rubber chemicals for the EU and registration defence of Monsanto's pesticides in EU member states and other countries of the Europe/Africa region. Contributions were made to GMO public acceptance by giving presentations and seminars on health safety assessment of GM plants to academia, scientific associations and consumer organisations.

*Assistant professor in toxicology, Public Health School, St Louis University, St Louis, MO, USA (1993-1994).*
The courses given were inflammatory effects of chemicals on skin and eyes and forensic toxicology.

*Manager, product toxicology, corporate toxicology, Monsanto WHQ, St Louis (1993-1994).*
Co-ordination of corporate product toxicology research and hazard assessment for the Chemical Group of Monsanto. Product toxicology work was comprised of data gathering on the toxicology of all Monsanto products, identification of data gaps and commissioning and management of toxicology studies, hazard and risk assessment. Important contributions were made to the redesign of the product stewardship organisation of the Chemical Group of Monsanto and the review of the environmental, safety and health assessment process for substances under development. Active toxicology defense of chloroacetanilide herbicides in the EU.

*Toxicology manager, corporate toxicology, Monsanto WHQ, St Louis (1992-1993).*
This function was occupied during the first part of my assignment at Monsanto WHQ in the USA. Co-ordination of special projects such as the investigation of a possible relationship between arthralgias and exposure to a maleic anhydride catalyst, active toxicology defence of alachlor and acetochlor in Europe and the design of human metabolism studies for non medicine chemicals in the USA.

*Toxicology manager, Europe, Monsanto Europe/Africa, Brussels, Belgium (1989-1992).*
Regulatory toxicology support for the Chemical and the Agricultural Groups of Monsanto Europe/Africa. The most important activities were toxicology defence of Monsanto products in the EU, SDS composition, labelling and classification of chemicals, internal liability procedures for new products under development, risk assessment and emergency response. An important contribution was made to the EU dangerous substances classification and labelling process through the CEFIC representation at the meetings of the EU working group on classification and labelling.

*Head of the department of toxicology, Institute of Hygiene and Epidemiology, Brussels, Belgium (1984-1989).*

Confidential - Produced Subject to Protective Order                                                    MONGLY01870236

CV, Mark A. Martens, [ PAGE ]

I founded this department and developed it into a national centre for toxicology advice to the Belgian government and to the EU. The main activities of this department were regulatory toxicology and experimental toxicology. For regulatory toxicology, advice was given on dossiers for the registration of pesticides and pesticide formulations and premarketing notification for all new chemicals put on the EU market via Belgium. The department was actively involved in all EU regulatory development work in the area of dangerous substances and preparations. The experimental work consisted primarily of acute toxicity, in-vitro and in-vivo mutagenicity, skin and eye irritation and in-vitro toxicology. The experimental research was directed toward the validation and development of new testing methods mostly under contract with the EU.

As head of the department I was member of the Dangerous Substances Committee, member of the Registration Committee for Pesticide Formulations and invited expert at the Supreme Health Council, expert to the cabinet of the minister of health for all policy issues regarding dangerous substances and member of the Scientic Advisory Committee for Toxicology and Ecotoxicology of the EU.

*Head of the toxicology information centre, Institute of Hygiene and Epidemiology, Brussels (1980-1984).*
This department was the growing core for the toxicology department described above. The most important activities were the development of a database for toxicological information on chemicals in collaboration with the EU and the UNEP (IRPTC), the elaboration of data sheets for the EU labelling programmme and the development of computerised expert programmes such as the automatic health hazards labelling system (used by EU as a basis for the development of its own expert programme).

*National inspector for the accreditation of clinical biology laboratories, Institute of Hygiene and Epidemiology, Brussels, Belgium (1979-1980).*
This function consisted of the further elaboration of the Belgian accreditation system for clinical laboratories and to perform inspections to judge clinical biology laboratories on their quality and compliance with accreditation requirements.

*Head of the department of mass spectrometry and drug metabolism, Continental Pharma, Brussels, Belgium (1976-1979).*
The identification by GC-MS of intermediate products in chemical synthesis in the discovery of new drugs and the study of the pharmacokinetics and metabolism of new drugs. Studies were performed on rats, mice, rabbits and Rhesus monkeys. As head of the department I was member of the Scientific Council of the company to give advice on the registration strategy of newly developed drugs in the UK, France, Germany, The Netherlands, Italy, Spain and Japan.

*Assistant professor in toxicology, school of pharmacy, University of Ghent, Belgium (1972-1976).*
Beside the PhD work assistance to the lecturing programmes of forensic, clinical and analytical toxicology to students of the last year M.S pharmacy, industry pharmacy, hospital pharmacy, clinical biology and criminology. I was also responsible for the toxicological analyses to be performed for the emergency unit of the University hospital and for the medical examiner of the district of Ghent.

Confidential - Produced Subject to Protective Order   MONGLY01870237

CV, Mark A. Martens, [ PAGE ]

*Resident in the analytical laboratory for intoxication emergencies at night, department of toxicology, University of Ghent, Belgium (1971-1972).*
This last year pharmacy student residency work consisted of the analysis of drugs and chemicals in blood, urine and gastric content of intoxicated patients admitted in the university hospital of the state university at Ghent.

### *International representations*

Belgian delegate at the EU for the Directives on the classification of paints and varnishes (1980-1982).
Belgian delegate at the EU for the Directive on the classification of solvents (1980-1983).
Belgian delegate at the EU for the development of the official toxicology testing guidelines (Annex V of the EU Directive on dangerous substances) (1980-1989).
Expert of the EU for the development of the Directive on the classification of dangerous preparations (1982-1988).
Chairman of the Council of the EU meetings on the classification and labelling of dangerous substances and preparations (1987).
Belgian delegate at the EU for the development of the labelling guide (Annex VI of the EU Directive on dangerous substances) (1981-1983).
Belgian delegate at the IPCS meeting for the development of the Environmental Health Criteria documents on tetrachloroethylene, dichloromethane, and epichlorohydrine (1983).
Belgian delegate at the IPCS meeting for the EHC working programme (1984, 1987).
Belgian delegate at the IPCS meeting for the development of the Environmental Health Criteria documents on ethylene oxide and propylene oxide (1985).
Belgian delegate at the Management Committee and the Chemicals Group of OECD, including the high level meeting in 1982 as advisor to the Minister of Health (1981-1984).
Belgian delegate at all the EU meetings on the classification and labelling of dangerous substances (1984-1989).
Belgian delegate at the WHO/EUR meeting on the prioritisation of air pollutants (1984).
Member of the IRPTC working groups for the development of the IRPTC dangerous chemicals database (1985-1986).
Belgian delegate at the OECD working group for the adaptation of test methods in acute toxicology(1986).
Member of the EU working group for the development of alternative test methods for skin irritation (1987-1988).
Belgian delegate at the IPCS steering group for the development of the International Chemical Safety Card (ICSC) system (1986).
Belgian delegate at the EU steering committee for the reactivation of toxicological research in Europe(1987).
Belgian delegate at the OECD meeting on existing chemicals (1987).
Host and rapporteur of the IPCS working group for the ICSC project (1988).
Member of the Scientific Advisory Committee on Toxicology and Ecotoxicology of the EU (1988-1989).
Member of the ECETOC (European chemical industry centre for toxicology and ecotoxicology) task force on skin irritation (1988-1989).
Member of the CEFIC toxicology working group of the plasticizers sector group, ECPI (1989-1997).
Chairman of the ECETOC task force on pharmacokinetics and metabolism (1991-1992).

Confidential - Produced Subject to Protective Order                                                                                      MONGLY01870238

CV, Mark A. Martens, [ PAGE ]

CEFIC representative at the EU for all the meetings on the classification and labelling of chemicals (1990-1992).
ECETOC representative at the IARC meeting on mechanisms of carcinogenicity (1991).
CEFIC representative at the meeting of the OECD clearing house on harmonisation of classification systems (1992).
Member of the AIHC (USA) working group on the international harmonisation of carcinogenicity risk assessment (1993-1994).
WTR (World Association of the Rubber Chemicals Industry) representative at the EU meetings on classification and labelling of dangerous substances (1994-1997).
CEFIC representative at the EU meetings on the informatics of EUCLID, EU database on hazards of existing chemicals (1995).
Member of the CEFIC working group on the product information aspects (PIA) (1995-1997).
Member of the CEFIC working group on the international harmonisation of classification systems (1995-1997).
Chairman of the CEFIC subgroup on the international harmonisation of classification on the basis of acute toxicity (1995-1997).
Member of the CEFIC subgroup on the international harmonisation of classification on the basis of chronic toxicity, reproductive toxicity and carcinogenicity (1995-1997).
AIHC representative at the IARC monograph meeting on carbon black and nitroaromatics (1995).
Member of the ECETOC task force on reproductive toxicology (1996-1999).
ECPI representative of a CESIO task force to inform OSPAR member states on the progress made in phthalate oestrogenicity research (1996).
Member of the ECETOC task force on endocrine modulation (1997-).
Member of the ECPA toxicology expert group (1998-).
Chairman of the ECPA toxicology subgroup on safety assessment of GM foods and feeds (1999-).

*Patents*
Patent holder of US patent for the invention of a new medicine no 4,639,468 of 01/27/1987: Derivatives of glycinamide, their preparation and their use.

*Publications (full text)*
GLC - determination of cantharidin in post-mortem samples.
Martens F., Martens M., Van der Auwera C. and Heyndrickx A.
Bulletin of the International Association of Forensic Toxicologists, 10, 3 (1974).

Toxicological analysis of human biological material after dimethoate poisoning.
Martens, M., Martens F. and Heyndrickx A.
Mededelingen Faculteit van de Landbouwwetenschappen, 39, 2 (1974).

Systematic identification of unknown drugs in powder form by means of U.V.-spectrometry in forensic toxicology.
Martens, M. Martens F., Maenhout P. and Heyndrickx A.
Analytical Chemistry, 47, (3), 458 (1975).

Systematische identificatie van onbekende farmaceutische vormen door middel van hun morfologische kenmerken.

Confidential - Produced Subject to Protective Order
MONGLY01870239

Martens M. Heyndrickx A. en Van Den Broecke O.
Farmaceutisch tijdschrift voor België, 2, 85 (1975).

Analysis of paraquat in aqueous solutions by pyrolysis gaschromatography.
Martens M. and Heyndrickx A.
Journal de pharmacie de Belgique, 5, 444 (1974).

Determination of paraquat in urine by pyrolysis gaschromatography.
Martens M. and Heyndrickx A.
Journal de Pharmacie de Belgique, 5, 449 (1974).

The analysis of paraquat in biological samples by means of combined gaschromatography - mass fragmentography.
Martens M., Van Peteghem C. and Heyndrickx A.
Mededelingen Faculteit Landbouwwetenschappen, 40(2), 1149 (1975).

Determination of pyrithyldione in highly purified post-mortem samples by selective extraction method and GC-analysis on a OV 225-column.
Martens F., Martens M., Demeter J. and Heyndrickyx A.
Journal of Pharmaceutical Sciences, 65, (9), 1393 (1976).

The significance of the RbBr-NFID, equipped with a gate electrode in the analysis of halogenated dithiocarbamate derivatives.
Martens F., Martens M., Soylemezoglu T. and Heyndrickx A.
Journal of Chromatography, 140, 86 (1977).

Analysis of paraquat in 1 ml blood samples by means of GC-NFID.
Martens M., Martens F. and Heyndrickx A.
Clinical Toxicology, Proceeding of the 18th EST-meeting, W.A.
Duncan, ed., Excerpta Medica, Amsterdam, 1977, p. 183.

Toxicologie en behandeling van paraquatintoxicaties.
Martens M. en Heyndrickx A.
Farmaceutisch Tijdschrift voor België 55 (1), 61 (1978).

Mass spectral characterisation of the glucuronic acid conjugate of a metabolite of suloctidil in the Rhesus monkey.
Martens, M., Roncucci R., Simon M. J., Debast K. and Lambelin G.
European Journal of Drug Metabolism and Pharmacokinetics, (4), 223 (1978).

The determination of CP 751 S in rat plasma by means of mass fragmentography.
Martens M., Claeys M., Roncucci R., Roba J., De Leenheer and Roncucci eds., Elsevier Scientific publishing Cy, Amsterdam 1978, p. 379.

Identification of the metabolites of suloctidil in human plasma.
Martens M., Cautreels W., Roncucci R., Debast K. and Lambelin G.
Quantitative Mass Spectrometry in Life Science II, De Leenheer and Roncucci eds., Elsevier Scientific publishing Cy, Amsterdam, 1978, p. 323.

CV, Mark A. Martens, [ PAGE ]

Isolation and identification of the chloroform soluble urinary metabolites of suloctidil in man.
Roncucci R., Cautreels W., Martens M., Gillet C., Debast K. and Lambelin G.
Recent Developments in Mass Spectrometry in Biochemistry and Medicine, vol. II, A. Frigerio, Plenum Publishing Corp.,New York (1979).

Are stable sulphenic acids possible metabolites of suloctidil?
Cautreels W., Martens M., Roncucci R., Gillet G., Debast K. and Lambelin G.
Recent Developments in Mass Spectrometry in Biochemistry and Medicine, vol. II, A. Frigerio, Plenum Publishing Corp., New York (1979) p. 85.

A computer programme for the labelling of dangerous substances.
Jacobs, G., Martens M. and Hulsen L.
"Safe Use of Solvents", proceedings of the International Symposium on the Safe Use of Solvents, University of Sussex, Brighton, U.K, A. J. Collings and S. G. Luxon eds., Academic Press, London (1982).

Toepassing van een informatiesysteem voor het opstellen van waterkwaliteitsnormen.
Martens M., Aerts J., Jacobs G. en Hulsen L.
Water, (12), 181 (1983).

Accidental Environmental pollution of a residential quarter of Kortrijk by a chromic trioxide aerosol.
Beernaert H., Vandermijnsbrugge F. and Martens M.
Bulletin of Environmental contamination and Toxicology, 33, 163 (1984).

Some thoughts on a possible regulatory approach at EEC level on the classification and labelling of dangerous preparations.
Martens M., Mosselmans G., Fumero S., Jacobs G. and Lafontaine A.
Regulatory Toxicology and Pharmacology 4, 145 (1984).

Simple reversed-phase high performance liquid chromatographic determination of antipyrine in rabbit plasma for pharmacokinetic studies.
De Beer J., Jacobs G. and Martens M.
Journal of Chromatography, Biomedical applications, 307, 475 (1984).

Selecting optimum dosage volumina for eye irritation tests in the rabbit.
Jacobs G., Martens M. and De Beer J.
Ocular and Cutaneous Toxicology, 6 (2), 109 (1987).

Evaluation of the test method for skin irritation as prescribed by OECD and EEC.
Jacobs G. and Martens M.
Ocular and Cutaneous Toxicology, 6, (3), 215 (1987).

Proposal of limit concentrations for skin irritation within the context of a new EEC-Directive on the classification and labelling of preparations.
Jacobs G. and Martens M.
Regulatory Pharmacology and Toxicology, 7. 370 (1987).

Confidential - Produced Subject to Protective Order

CV, Mark A. Martens, [ PAGE ]

Validation of the uridine uptake inhibition assay in cultured human hepatoma cells.
Dierickx P. and Martens M.
Belg. Arch. Soc. Gen. Hyg., Arbeidsgen, en Ger., 44, 470 (1987).

Evaluation of the in-vitro uridine uptake inhibition assay in comparison with the in-vivo eye irritation test as prescribed by the EC.
Jacobs G., Dierickx P and Martens M.
ATLA, 15, 290 (1988).

An objective method for evaluation of in-vivo eye irritation.
Jacobs G. and Martens M.
Food and Chemical Toxicology, 27, (4), 255, (1989).

Enucleated eye test: comparison between ultrasonic and optic pachometer.
Jacobs G and Martens M.
Toxicology In-vitro, 2 (4), (1988).

Mixture risk assessment - A case study of Monsanto experiences.
Nair R., Dudek R., Grothe D., Johannsen F., Lamb I., Martens M., Sherman J. and Stevens, M.
Food and Chemical Toxicology, 34, 1139 (1996).

An evaluation of the carcinogenic potential of the herbicide alachlor to man.
Heydens W., Wilson A., Kier L., Lau H., Thake D. and Martens M.
Human and Experimental Toxicology, 18, 363 (1999).

Human ocular effects from self-reported exposures to Roundup herbicides.
Acquavella J., Weber J., Cullen M., Cruz O., Martens M., Holden L., Riordan S., Thompson M. and Farmer D.
Human and Experimental Toxicology, 18, 479 (1999).

Pneumonitis and herbicide exposure
Goldstein D.A., Johnson G., Farmer D., Martens M.A., Ford J.E. and Cullen M.R.
Chest, 116(4), 1139-40 (1999)

Safety evaluation of genetically modified foods.
Martens M.
Int. Arch. Occup. Environ. Health, 73, Suppl. S14-8 (2000)

An assessment of in vivo estrogenic activity of butyl benzyl phthalate and its principal mammalian metabolites.
Brady A.M., Moffat G.J., Hall M.G., Martens F.K., Martens M.A. and Nair R.
Toxic Substance Mechanisms, 19, 1-24 (2000)

*Abstracts of posters or presentations*
The toxicological analysis of paraquat in post-mortem samples by means of pyrolysis GC-MS
Martens M.

Confidential - Produced Subject to Protective Order                                                     MONGLY01870242

CV, Mark A. Martens, [ PAGE ]

Proceedings of the international symposium of TIAFT, Ghent, Belgium (1976).

Metabolic fate of suloctidil in Rhesus monkeys and humans.
Roncucci R., Simon M. J., Martens M., Debast K. and Lambelin G.
Proceedings of the Nationaal Congres van het Genootschap voor Farmaceutische Wetenschappen, Wilrijk, Belgium (1977).

The GC-MS-analysis of unchanged suloctidil in plasma and urine.
Martens M. Roncucci R., Debast K. and Lambelin G.
Proceedings of the 4th International Symposium on Mass Spectrometry in Biochemistry and Medicine, Riva del Garda, Italy (1977).

Ex-vivo platelet anti-aggregating activity of suloctidil after I.V.-administration in man.
Roncucci R., Lansen L., Scheen A., Luyckx A. Martens M., Delwaide P., Van Stalle F. and Lambelin G.
Abstract, "5th International Congress on Thromboembolism", Bologna, Italy (1978).

Identification of the water soluble metabolites of suloctidil in Rhesus monkey and in man.
Martens M., Cautreels W., Debast K. and Roncucci R.
Abstract, symposium on conjugation reactions in drug biotransformation, Turku, Finland, A Aitio ed., Elsevier Biomedical Press, Amsterdam (1978).

Quantitative analysis of (±) erythro-1- (thiochroman-6-yl)-2-octyl-amino-1-propanol in human body fluids by capillary GC-MS.
Cautreels W., Martens M., Debast K. and Roncucci R.
Poster, 8th International Mass Spectrometry Conference, Oslo, Norway (1979).

Comparative study of the time course of ex-vivo antiaggregating activity and pharmacokinetic parameters of suloctidil after I.V.-administration in man.
Roncucci R., Lansen J., Scheen A., Luyckx A., Martens M., Delwaide P., Van Stalle, F. and Lambelin, G.
Thrombosis and Haemostasis, 42(91), 473, abstract no 1158, 7th International Congress on Thrombosis and Haemostasis, London (1979).

Korte termijntesten voor de opsporing van mutagene en/of kankerverwekkende eigenschappen van scheikundige stoffen in de Belgische en de Europese wetgeving.
Martens M.
Report of F.G.W.O.-contactgroep, Institute of Pathology, University of Liege (1982).

Evaluation critique de l'essai d'irritation de la peau chez le lapin tel que prescrit par la Directive 79/831/CEE relative à la classification, l'étiquetage et l'emballage des produits dangereux.
Jacobs G. et Martens M.
Poster "Congrès Annuel de Recherche Dermatologique", Brussels, Belgium (1985).

ISOTOX, an information system on toxic chemicals.
Aerts J., Bonnyns E., Jacobs G., Roosels D. and Martens M.
1st International Workshop on Databanks in Occupational Health, Varese, Italy (1986).

Confidential - Produced Subject to Protective Order                                                                      MONGLY01870243

CV, Mark A. Martens, [ PAGE ]

Drainage kinetics of sodium fluorescein in the rabbit eye.
Jacobs G., Martens M. and De Beer,J.
"III World Congress of the World Federation of Associations of Clinical Toxicology and Poison Control Centres, Brussels, Belgium (1986).

Management of Information on Toxic Chemicals.
Bonnyns E., Aerts J., Jacobs G., Roosels D. and Martens M.
Proceedings of the MOHI-Conference, Manchester, U.K. (1987).

Accidental chemical injury to the eye: a survey in collaboration with the Belgian ophthalmologists.
Mostin M., Tissot B., Jacobs G. and Martens M.
Proceedings of the 1st scientific meeting of the Belgian Society of Toxicology, Brussels, Belgium (1989).

A comparison of animal skin irritation data with human cutaneous blood flow results.
Castellazzi A., Jacobs G. and Martens M.
Proceedings of the 1st scientific meeting of the Belgian Society of Toxicology, Brussels, Belgium (1989).

Validation of the enucleated eye test against the in vivo eye irritation test in rabbits.
Jacobs G. and Martens M.
Proceedings of the 1st scientific meeting of the Belgian Society of Toxicology, Brussels, Belgium (1989).

Effects of chemicals in the rabbit eye and their interrelationships.
Jacobs G. and Martens M.
Proceedings of the 1st scientific meeting of the Belgian Society of Toxicology, Brussels, Belgium (1989).

Up-and-down method as an alternative to the EC-method for acute toxicity testing.
Bonnyns E., Delcour M.P. and Martens M.
Proceedings of the 1st scientific meeting of the Belgian Society of Toxicology, Brussels, Belgium (1989).

Overview of experimental methods in cutaneous toxicology.
Martens M.
Proceedings of the 3rd meeting of the Belgian Society of Toxicology, Liege, Belgium (1991).

Les études mécanistiques dans l'evaluation toxicologique, l'exemple de l'Alachlore.
Martens M, Wilson A, Li A., Kier L., Heydens W. and Ward D.
Proceedings, French Toxicology Society meeting, Tours, France (1992).

Example of a health risk assessment: The hypothetical compound Clopil.
Martens M.
Proceedings, Risk Assessment Seminar of the American Occupational Health Conference, Atlanta, GA, USA (1993).

Confidential - Produced Subject to Protective Order                                                                                          MONGLY01870244

CV, Mark A. Martens, [ PAGE ]

Epidemiologic studies of morbidity and mortality among Alachlor manufacturing workers.
Acquavella J., Ireland B., Leet T., Anne M., Farrell T. and Martens M.
Proceedings, XII Joint CIGR, IAAMRH, IUFRO International Symposium on Health and Ergonomic Aspects of Safe Use of Chemicals in Agriculture and Forestry, Kiev, Ukrain (1993).

Comparison of benchmark doses (BMD) with no-observed-adverse-effect levels (NOAELs) and low-observed-adverse-effect levels (LOAELs) for selected subchronic toxicity studies conducted by Monsanto.
Ekuta J., Martens M., Stevens M and Nair R.
Proceedings of the American Society of Toxicology, The Toxicologist, 14(1), 401, abs no 1588 (1994).

Comparison of BMD with NOAEL and LOAEL values derived from subchronic toxicity studies.
Nair R., Stevens M., Martens M. and Ekuta J.
Proceedings of the European Society of Toxicology, Archives of Toxicology, Suppl. 17, 44 (1994).

Chairman of the European Society of Toxicology symposium on bench mark dose (BMD), Basle, Switserland (1994).
Martens M.
Proceedings of the European Society of Toxicology, Archives of Toxicology, Suppl. 17, 35 (1994).

Screening and ranking of health hazards in environmental stewarship programs.
Stevens M., Nair R., Martens M., Kimerle R. and Noble R.
Proceedings of the American Society of Toxicology, The Toxicologist, 15(1), 34, abs no 186 (1995).

Risico-evaluatie van bestrijdingsmiddelen voor de gezondheid van de mens.
Martens M.
Proceedings of the KVIV (Royal Flemmish Engineering Society), Antwerp (1997).

Safety assessment of transgenic foods.
Martens M.
XXXVI European Congress of Toxicology, Aarhus, Denmark (1997)

Saftey assessment of transgenic crops.
Martens M.
Proceedings of the conference on "Efficacy and Safety of Biotechnology Products", Royal Irish Academy, Dublin, Ireland (1998).

The critical comparison of several approaches of exposure assessment in the risk assessment of pesticide applicators: the example of alachlor.
Martens M., Gustin C. and McKenna R.

Confidential - Produced Subject to Protective Order  MONGLY01870245

CV, Mark A. Martens, [ PAGE ]

Proceedings of the WHO/ILO/IAAMRH conference "Evironmental, occupational health and safety in agriculture on the boundary of two millenia", Kiev, Ukrain (1998).

Confidential - Produced Subject to Protective Order
MONGLY01870246

CV, Mark A. Martens, [ PAGE ]

Evaluatie van allergene effecten in de praktijk.
Martens M.
Proceedings of the symposium "Biotechnologie en Voedselallergie", Sichting Consument en Biotechnologie en de Nederlandse Voeselallergie Stichting, Amsterdam, The Netherlands (1998)

Lack of developmental/reproductive effects with low concentrations of butyl benzyl phthalate in drinking water in rats.
Nair R., Jekat F., Waalkens-Berendsen D., Eiben R., Barter R. and Martens M.
Proceedings of the American Society of Toxicology meeting, New Orelans, LA, USA (1999)

Lack of effects on male reproductive parameters in rats by perinatal diethylstilboestrol (DES) exposure at maternally toxic levels in drinking water.
Jekat F., Waechter J., Nair R., Breslin W., Waalkens-Berendsen D., Barter R., Dimond S., Butala, J., Cagen S., Joiner R., Martens, M., Shiotsuka R. and Veenstra G.
Proceedings of the American Society of Toxicology meeting, New Orelans, LA, USA (1999)

Philosophy of the hazard assessment of GM foods.
Martens M.A.
Proceedings of the International Symposium : « Human exposure to pesticide residues, natural toxins and GMOs », Brighton, 13 November 2000, p57.

Glyphosate formulations are not genotoxic: mechanistic investigations of published findings
Heydens W.F., Hotz K.J., Farmer D.R., Kier L.D., Martens M.A. and Wilson A.G.E.
Abstract, Proceedings of the American Society of Toxicology, San Francisco, March 2001.

Safety assessment of novel foods and GM foods in particular
Martens, M.A.
Abstract, Proceedings of the annual meeting of the German Environmental Mutagenesis Society (GUM), Karlsruhe, 25-28 September 2001.

Aperçu général des méthodes expérimentales pour la détection de la modulation endocrinienne chez les maamifères
Martens, M.A.
Abstract, 2 ième Jounées Internationales de Toxicologie Hospitalière, Liège, 25-26 October 2001.

Confidential - Produced Subject to Protective Order    MONGLY01870247