# EXHIBIT 2



**FROM:**   Stephen G. Rogers – Cereon (2165)
(Name, Location, Phone)
[EMBED MSDraw \* MERGEFORMAT]
**DATE:**   JANUARY 3, 2002                **CC:**   B. D. Vineyard   O2B

**SUBJECT:**   Mark Martens Appointment to Fellow
**To:**   Jerry Hjelle
         Bill Heydens

The Fellow Program Nominations Promotions Review Committee has reviewed the nomination you have submitted and has recommended the appointment of Dr. Mark Martens to the position of Fellow in the Monsanto Fellow's Program.

We found Mark's key strengths to be:

- Broad toxicology expertise, ingenuity, persuasiveness and external recognition by scientific societies and regulators
- A "hands-on" scientist who develops the strong scientific basis for regulatory decisions and for maintaining key regulatory approvals
- Consistent delivery on key scientific issues which impact/protect Monsanto's bottom line with expected continued major technical contributions

We found that the most important contributions Mark has made to the organization in support of this recommendation to be:

- Co-developed method to use existing tox data to address risks of complex mixtures
- Prepared effective defense of BPP plasticizer such that a European scientist (Richard Scharpe) retracted a research paper shown to be flawed by work by Mark
- Developed the data to gain key EU scientific support that the reported genotoxicity of Roundup herbicide was due to secondary consequences unrelated to glyphosate, thereby preventing adverse effect on Roundup business
- Developed the scientific positioning for MON 13900 safeners
- Key to the European alachlor registration
- Lead the work for Alachlor reclassification

We look forward to Mark's participation and contributions to the Fellow Program in his continued role in Regulatory. His continued expertise and leadership will be critical to resolving regulatory issues for Monsanto's chemistry products in the future. In addition, we hope Mark will take advantage of his position in the Fellow Program to extend his impact to Monsanto's efforts in acceptance of biotechnology products in Europe.

Please feel free to share this information for coaching and to contact me if you have any questions.

Official notification will go by letter to the new Fellow's home next week.