# EXHIBIT 3

Message

| | |
|---|---|
| From: | FARMER, DONNA R [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=180070] |
| Sent: | 9/10/2001 5:40:14 PM |
| To: | GOLDSTEIN, DANIEL A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=527246] |
| Subject: | FW: Mutagenicity issue in Finland |

See note below from Bill Graham - hmhmhmhm he left me off the e-mail, suggested it be a limited number of people and that they have the opinions and the solutions in Europe. True enough until they get in trouble then come to us to bail them out......another reason my day is not going so well!!!

So if we are not going to use Dr. Parry - then why did Mark insist we develop a relationship with him? Mark was not managing that well and that almost landed us with Parry calling glyphosate genotoxic....so we had to do these additional studies to make him happy and if it had not been for Larry Kier we would be in dog.......

Donna

-----Original Message-----
| | |
|---|---|
| From: | MARTENS, MARK A [AG/5040] |
| Sent: | Monday, September 10, 2001 4:02 AM |
| To: | GRAHAM, WILLIAM [AG/5040]; JORGENSEN, AKSEL [AG/5150]; GARNETT, RICHARD P [AG/5040]; FARMER, DONNA R [AG/1000] |
| Subject: | RE: Mutagenicity issue in Finland |

Bill,

The BBA is not aware of our findings of the artefactual outcomes of ip injection. We could meet with authorities and explain. I would rather refer to dr Parry in a conversation with the authorities and not mobilise Parry to resolve an issue directly between us and authorities.

Regards, Mark.

-----Original Message-----
| | |
|---|---|
| From: | GRAHAM, WILLIAM [AG/5040] |
| Sent: | Friday, September 07, 2001 7:11 PM |
| To: | MARTENS, MARK A [AG/5040]; JORGENSEN, AKSEL [AG/5150]; GARNETT, RICHARD P [AG/5040] |
| Subject: | RE: Mutagenicity issue in Finland |

One of the problems with email - everyone can start running around looking for solutions.

Can we keep this to a limited number of people as we have the opinions and the solutions in Europe.

Bill

-----Original Message-----
| | |
|---|---|
| From: | FARMER, DONNA R [AG/1000] |
| Sent: | Friday, September 07, 2001 6:28 PM |
| To: | MARTENS, MARK A [AG/5040]; JORGENSEN, AKSEL [AG/5150]; GRAHAM, WILLIAM [AG/5040]; GARNETT, RICHARD P [AG/5040] |
| Cc: | ZETTERSTRAND, MATTIAS [AG/6055]; TOLL, JOHAN [Non-Pharmacia/6055]; HEYDENS, WILLIAM F [AG/1000] |
| Subject: | RE: Mutagenicity issue in Finland |

Mark/Aksel,

Once you find out what the authorities concerns are....would/could Dr. Parry interface with the authorities? Or how about the BBA as they did that whole review?

Donna

-----Original Message-----
| | |
|---|---|
| From: | MARTENS, MARK A [AG/5040] |
| Sent: | Friday, September 07, 2001 11:09 AM |
| To: | JORGENSEN, AKSEL [AG/5150]; GRAHAM, WILLIAM [AG/5040]; GARNETT, RICHARD P [AG/5040] |
| Cc: | ZETTERSTRAND, MATTIAS [AG/6055]; TOLL, JOHAN [Non-Pharmacia/6055]; HEYDENS, WILLIAM F [AG/1000]; FARMER, DONNA R [AG/1000] |
| Subject: | RE: Mutagenicity issue in Finland |

Dear all,

We know the Italian studies (with MON 35050) from Bolognesi and Peluso. The tests have been conducted with a glyphosate formulation containing a surfactant which is different from the one in "classic" Roundup i.e. alkylsulphate.  In these studies there were indications of oxidative damage to liver and kidney DNA after the intraperitoneal injection of mice. We conducted studies in the US where mice were injected with the same formulation (with and without glyphosate) and could demonstrate that the observed effects were not due to glyphosate but to the surfactant in combination with a vehicle (DMSO/olive oil) that caused the precipitation of the surfactant onto the liver and kidney capsules. All these results have been openly discussed with prof. Parry, an authority in the field of mutagenicity in the UK and who fully agrees with us that this finding is an artefactual effect and in no way demonstrates the mutagenicity of glyphosate. We are now preparing a publication to address the issue and I will also explain this in my presentation on the toxicology of surfactants at the Techdays2001 in Brussels.

Regards, Mark.

-----Original Message-----
**From:** JORGENSEN, AKSEL [AG/5150]
**Sent:** Friday, September 07, 2001 9:42 AM
**To:** GRAHAM, WILLIAM [AG/5040]; GARNETT, RICHARD P [AG/5040]; MARTENS, MARK A [AG/5040]
**Cc:** ZETTERSTRAND, MATTIAS [AG/6055]; TOLL, JOHAN [Non-Pharmacia/6055]
**Subject:** Mutagenicity issue in Finland

Now the mutagenicity discussion concerning Roundup is running again.
This time it is Finland.
From our Finish distributor, Kemira, I have got following message:

*"The most commonly used pesticide Roundup need to be reevaluated.*
*National*
*Product Control Agency for Welfare and Health requires Monsanto*
*more*
*information about possible genotoxic effects. Authorities do not*
*have any*
*possibilities for the own research.*
*According to an Italian study glyphosate is genotoxic.*
*NPCAWH will get more information about this topic from Monsanto.*
*At the end of January 2002 authorities will decide if they will*
*have data*
*enough to evaluate the genotoxic effects of Roundup.*
*In case the poison will be recognized genotoxic, NPCAWH will*
*suggest the ban*
*of the use of Roundup"."*

I will secure that we during today (or Monday), are getting the
information from the authorities concerning what they want from our
side, in order to be able to make their evaluation.
Most probably we have to make a meeting with the relevant people up
there in the nearest future.
I will keep you informed.

Aksel

Confidential - Produced Subject to Protective Order                                                                                        MONGLY00891770