# EXHIBIT 8

Message

| | |
|---|---|
| From: | HEYDENS, WILLIAM F [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=230737] |
| Sent: | 4/10/2001 6:09:25 PM |
| To: | JACOBS, ERIK [AG/5040] [erik.jacobs@monsanto.com]; MARTENS, MARK A [AG/5040] [mark.a.martens@monsanto.com]; MCKENNA, RUTH M [AG/5040] [ruth.m.mckenna@monsanto.com]; VAN BOSSUYT, ALFRED [AG/5035] [alfred.van.bossuyt@monsanto.com] |
| Subject: | RE: Propachlor sample request |

All,

Please don't do anything until we discuss this.  Data generated by academics has always been a major concern for us in the defense of our products.

As Ruth inquired below, what is the EU Aneuploidy project and why is Propachlor a candidate?  We need to understand what Prof. Parry wants to do (including protocol details, etc.), how it compares to standard genetic toxicology testing done for regulatory purposes, and consider the ramifications of a positive response on European and US registrations.

Bill

-----Original Message-----
From: JACOBS, ERIK [AG/5040]
Sent: Tuesday, April 10, 2001 11:18 AM
To: MARTENS, MARK A [AG/5040]; MCKENNA, RUTH M [AG/5040]; VAN BOSSUYT, ALFRED [AG/5035]
Cc: HEYDENS, WILLIAM F [FND/1000]
Subject: RE: Propachlor sample request

Mark I'll get this one out of the way. Fred can you prepare this sample request please, but please wait with sending till I've written a short covering letter to it which I will send to you first.

Mark would prof Parry need a 100g as you mentioned earlier or only 10 g?

THanks,

Erik

-----Original Message-----
From: MARTENS, MARK A [AG/5040]
Sent: dinsdag 10 april 2001 18:05
To: MCKENNA, RUTH M [AG/5040]; JACOBS, ERIK [AG/5040]
Cc: HEYDENS, WILLIAM F [FND/1000]
Subject: RE: Propachlor sample request

Ruth,

The advantages we can get from this are:
- there is a way to be informed about the results,
- we can deliver the sample as it is produced by us and hence don't have to cope with impure sample coming from elsewhere,
- we can keep prof Parry happy which will make him a good proponent of glyphosate.
If scientists decide to test chemicals we cannot stop them anyway, therefore, it is better to be informed on what they are doing and that they use samples of which we know the composition.

So please can you do the necessary to ship a 10.0 g sample to prof Parry together with the MSDS and the spec sheet.

Regards, Mark.

-----Original Message-----
From: MCKENNA, RUTH M [AG/5040]

Confidential - Produced Subject to Protective Order                                                            MONGLY00905534

```
Sent: Thursday, March 15, 2001 1:25 PM
To: MARTENS, MARK A [AG/5040]
Cc: JACOBS, ERIK [AG/5040]
Subject: RE: Propachlor sample request
```

Mark,
I also have no big issues but I think there are some other steps before sending material:
i) more info on EU Aneuploidy project and why Propachlor is even a candidate
ii you should inform the US colleagues (Bill,Joel and Chuck.
iii) do you want to send a summary of existing gentox and
iv) request to see protocol and to be kept informed of results.

What do you think

Ruth


```
-----Original Message-----
From: MARTENS, MARK A [AG/5040]
Sent: 15 March 2001 11:44
To: MCKENNA, RUTH M [AG/5040]
Cc: JACOBS, ERIK [AG/5040]
Subject: Propachlor sample request
Importance: High
```

Ruth,

Please find herewith a request from Prof Parry (mutagenicity expert of UK to obtain a sample of propachlor to do some aneuploidy testing.  This shouldn't constitute a problem.  Could you arrange for the shipment of say 100 g to Prof. Parry?

Regards, Mark.

```
-----Original Message-----
From: Parry J.M. [mailto:J.M.Parry@swansea.ac.uk]
Sent: Wednesday, March 14, 2001 6:57 PM
To: MARTENS, MARK A [AG/5040]
Subject: RE: NOT GLYPHOSATE
```

DEAR MARK
I WOULD BE GRATEFUL IF YOU COULD HELP ME OBTAIN A SAMPLE OF A HERBICIDE CALLED
PROPACHLOR ,2-CHLORO-N-ISOPROPYL ACETANILIDE FOR WHICH I UNDERSTAND MONSANTO HOLD THE ORIGINAL PATENT.
MY COLLEGUES IN THE EU ANEUPLOIDY PROJECT WISH TO EVALUATE THE POTENTIAL OF PROPACHLOR TO INDUCE ANEUPLOIDY IN CULTURED MAMMALIAN CELLS.IT IS ONE OF A GROUP OF HERBICIDES THAT WILL BE EVALUATED IN THE PROJECT.
BEST WISHES    JIM
```
-----Original Message-----
From: MARTENS, MARK A [AG/5040] [mailto:mark.a.martens@monsanto.com]
Sent: 27 February 2001 15:17 PM
To: 'Jim Parry'
Subject: BBA evaluation of the mutagenicity of glyphosate
```

Dear Jim,

First of all thank you for receiving us in your office and the interesting discussions on oxidative toxicity.  Please find herewith the evaluation that the German authorities (BBA) made of the glyphosate mutagenicity data that were submitted by all companies putting glyphosate on the market in the EU. This evaluation should be considered as confidential.

 <<BBAmutass.doc>>

As soon as the text for our SOT poster is final we will send it to you.

Confidential - Produced Subject to Protective Order                                                               MONGLY00905535

Regards, Mark.

Confidential - Produced Subject to Protective Order

MONGLY00905536