# EXHIBIT 11

Message

| | |
|---|---|
| **From**: | CUNNINGHAM, MICHAEL J [AG/5125] [/O=MONSANTO/OU=NA-5125-01/CN=RECIPIENTS/CN=13642] |
| **Sent**: | 9/23/2004 1:12:45 PM |
| **To**: | Sean Kirby [kirby@ProspectusAssociates.com]; FARMER, DONNA R [AG/1000]; JORDAN, TRISH L [AG/5125] [trish.l.jordan@monsanto.com]; 'Fairbrother, Jill' [Jill.Fairbrother@Scotts.com] |
| **CC**: | MAKI, ROY F [AG/5125]; CARR, KATHERINE H [AG/1000] |
| **Subject**: | FW: Vision Risks |

Hi,

This came to me via JD Irving.

Donna, do we have the counter argument for the N-nitro angle.

I remember seeing one somewhere.

Michael

-----Original Message-----
From: Brunsdon, Blake [mailto:brunsdon.blake@jdirving.com]
Sent: Thursday, September 23, 2004 9:08 AM
To: Mike Cunningham (michael.j.cunningham@monsanto.com)
Subject: Vision Risks


FYI...

        - Blake Brunsdon

-----Original Message-----
From: sust-mar-digest-owner@chebucto.ns.ca
[mailto:sust-mar-digest-owner@chebucto.ns.ca]
Sent: Wednesday, September 22, 2004 9:12 PM
To: sust-mar-digest@chebucto.ns.ca
Subject: sust-mar-digest V1 #206


sust-mar-digest       Wednesday, September 22 2004      Volume 01 : Number 206



In this week's Sustainable Maritimes (sust-mar) Digest:
sust-mar: Correction on risks of using Vision
sust-mar: Invitation to Join
sust-mar: Release of Greenpeace book, Halifax north end
sust-mar: Internship Position with ACIC
sust-mar: Sable Island: Uncertain Future?
sust-mar: Thursday Sept 23 - National Wilderness Advocates to meet in Halifax
sust-mar: Walk to School Week Oct. 4-8
sust-mar: job opportunity with Sierra Youth Coalition
***

------------------------------------------------------------------

Date: Fri, 10 Sep 2004 07:03:11 -0300
From: "Don Black" <dblack@chebucto.ns.ca>
Subject: sust-mar: Correction on risks of using Vision

Tip: Your message to SUST-MAR must be html-free.  So, BEFORE you hit SEND, please go to your "Format"
pull-down menu and select "Plain text."  Thanks!
_____
Dear Friends

I would like to correct a mistaken impression that might have been created by my previous note.

Confidential - Produced Subject to Protective Order

When I said: "It is absurd to speak of the "safety" of spreading chemicals in the environment when we have literally no idea what new compounds they may form with other chemicals they encounter, nor of the damage those new compounds may cause", I was thinking in the broadest sense.

In fact, scientists do know something about some specific compounds of glyphosate (the known active ingredient in Vision).

"The problem with glyphosate...is that it combines readily with nitrites, found in normal human saliva, to form an N-nitroso compound called N-nitrosoglyphosate. Although that particular compound has not been tested as a cancer-causing agent, over 75% of all other N-nitroso compounds so tested have been shown to cause cancer by way of tumour formation." (Dr. Ruth Shearer, consultant in genetic toxicology, quoted in the Chronicle Herald, 4 Aug 84).

And in its latest review of the scientific literature on glyphosate (1995), Health Canada notes that "Some concern has been expressed over the possibility that glyphosate could react with nitrite in the diet to form N-nitrosophosphonomethyl glycine (NPMG), a putative carcinogen."

So the federal government, through its labelling process, is applying the precautionary principle. It would be contrary to federal law to spray Vision on people (or waterways), because the intent of the labelling process is to absolutely minimize contact between the chemicals and humans, animals or fish.

How could such contact happen? What I saw in 1984 was field workers being unconcerned with personal contact or spillage of Roundup (Vision at a lower concentration), and people being sprayed, as if to demonstrate the government assertion at the time that the product was "safe".

I saw provincial regulations so written that helicoptors were permitted to continue spraying for up to half an hour after wind speeds were known to exceed maximum allowable levels, which in turn allowed drift of the chemicals on neighbouring lands, the workers, and the observer group, which included DNR employees.

I saw totally inadequate signage to warn people that the spray had taken place, or that the chemical would remain active for up to two weeks on berries the community was accustomed to picking in the clearcut.

I saw inadequate buffer areas around streams that were increased through public pressure, then violated by the drift, and no account taken of the machine tracks and erosion that would allow the active chemical, well-bonded to clay soils, to be carried downstream into neighbouring properties, wells and waterways in any heavy rainfall for weeks following the spraying.

In other words, following the Monsanto marketing strategy of falsely claiming the "safety" of these chemicals, our government of-the-day was directly increasing the risk to the health of humans and other forms of life. Again, the trust necessary for responsible government evaporates when government promotes an industry agenda over sound precautionary public health policy.

Thanks to everyone who responded to my first note on this. Anne Rogal points out that Stora now much more than just a "Swedish" corporation. Its head office is in Helsinki, Finland, its international office is in London, U.K. with head office functions in Stockholm, Sweden.

More to come. Cheers.

Don Black
Bluedoor.chebucto.net

_____

Did a friend forward this to you?  Join sust-mar yourself!
Just send 'subscribe sust-mar' to mailto:majordomo@chebucto.ca

-----------------------------

Date: Sun, 5 Sep 2004 09:19:52 -0400
From: "William Myers" <wmyers@alternatives.org>
Subject: sust-mar: Invitation to Join

Confidential - Produced Subject to Protective Order

MONGLY00925906

Tip: Your message to SUST-MAR must be html-free.  So, BEFORE you hit SEND, please go to your "Format"
pull-down menu and select "Plain text."  Thanks!
_____

Alternatives Federal Credit Union is pleased to invite you to join our ongoing email discussion listserve
on Community Development Banking.

Since 1994, this list has served practitioners including Community Development Credit Unions, CD Banks,
CDCs, CD Loan Funds, and non-profits involved in support.  The discussions have ranged from the practical
(construction, mortgage, and small business lending; job opportunities, conferences, fundraising) to
legislative (CRA, HMDA, and CDFI) to the cutting edge (micro-loan funds, peer lending, local currency,
targeting social impact).

"The best Community Development Banking resource in Cyberspace."

CommunityDevelopmentBanking-L is an active, free, ongoing email resource of Cornell Community and Rural
Development Institute and Alternatives Federal Credit Union.

You may subscribe at our web subscription address,
HTTP://www.alternatives.org/cdblist.htm   You'll get a welcome message with
list rules and instructions.  Then you'll start getting EMail postings from the list.

ARCHIVES are stored at http://www.lightlink.com/cdb-l/

Please refer any questions to
Bill Myers, List Moderator
WMyers@alternatives.org


- ---
<html><font size=1>[This E-mail <a href="http://www.cayugacomputers.com/ccvds.html">scanned for
viruses</a> 09/05/2004 09:19:39]</font></html>

_____
Did a friend forward this to you?  Join sust-mar yourself!
Just send 'subscribe sust-mar' to mailto:majordomo@chebucto.ca

------------------------------

Date: Fri, 17 Sep 2004 09:53:04 -0300 (ADT)
From: Martin Willison <willison@dal.ca>
Subject: sust-mar: Release of Greenpeace book, Halifax north end

Tip: Your message to SUST-MAR must be html-free.  So, BEFORE you hit SEND, please go to your "Format"
pull-down menu and select "Plain text."  Thanks!
_____
   This message is in MIME format.  The first part should be readable text,
   while the remaining parts are likely unreadable without MIME-aware tools.
   Send mail to mime@docserver.cac.washington.edu for more info.

- ---2119368396-613127408-1095425584=:174544
Content-Type: TEXT/PLAIN; CHARSET=iso-8859-1
Content-ID: <Pine.A41.3.95.1040917094601.174544G@is.dal.ca>

From: Michael T. Hamm

Join Bookmark and Raincoast Books for an evening with Rex Weyler, author of the newly published work
"Greenpeace: How a Group of Ecologists, Journalists and Visionaries Changed the World."

Wednesday, 6th October, 7:30 p.m.

Halifax North Public Library
2285 Gottigen Street
Halifax, Nova Scotia
490-5723

For further information, please contact Bookmark at the phone
number or email address listed below.

Bookmark II
5686 Spring Garden Road
Halifax, Nova Scotia

Confidential - Produced Subject to Protective Order

MONGLY00925907

```
B3J 1H5
Phn/Fax: (902) 423-0419
E-mail:     bookmark@hfx.eastlink.ca


- ---2119368396-613127408-1095425584=:174544--
_____
Did a friend forward this to you?  Join sust-mar yourself!
Just send 'subscribe sust-mar' to mailto:majordomo@chebucto.ca


------------------------------

Date: Fri, 17 Sep 2004 15:38:08 -0300
From: Jennifer Sloot <info@acic-caci.org>
Subject: sust-mar: Internship Position with ACIC

Tip: Your message to SUST-MAR must be html-free.  So, BEFORE you hit SEND, please go to your "Format"
pull-down menu and select "Plain text."  Thanks!
_____
```

Through a partnership with the NGO Coalition for the Environment, the Atlantic Council for International Cooperation (ACIC) would like to fill an internship position, which focuses climate change and the environment.

The Atlantic Council for International Cooperation is a unique coalition of Atlantic Canadian organizations working on international development and cooperation issues, working together to achieve sustainable global development in a peaceful and healthy environment, with social justice, human dignity, and participation for all.

ACIC supports its members in development and developmental education through collective leadership, networking, information, training and coordination, and represents their interests when dealing with government and others. With your organization, we now have 40 members, including national organizations and grassroots organizations from across the Atlantic Provinces.

ACIC has been working with NGOCE over the past two years in building its capacity, through an exchange of tools and experience including administrative tools, human resource management techniques, and public engagement tools and resources.

NGOCE is coalition of organizations in Calabar, Cross River State, Nigeria, that has a mandate to develop and support projects that counteract the threat to the biological and cultural diversity and natural resources that sustain the environment while advocating for the sustainable use and equitable distribution of benefits to the people who depend on these resources.

Project Description:
NGOCE and ACIC are partnering to provide each other with tools for increasing their capacity to serve their coalition members. The young professional will assist with transferring knowledge, skills, and tools between NGOCE and ACIC to improve the environmental education services of both organizations.


Job description

Canadian component:

The young professional will be involved with all aspects of the daily operations of the Atlantic Council for International Cooperation (ACIC),
including:

- -Assisting in coordinating a Climate Change public engagement event;
- -Conducting research into climate change and energy efficiency;
- -Promoting ACIC workshops and activities through the media;
- -Networking with members to encourage participation in ACIC's projects;
- -Newsletter editing and layout (Special Climate Change Edition); and,
- -Professional development workshop organization.


Overseas component:

The young professional will transfer skills learned at ACIC and through their educational training to assist NGOCE build its membership base and environmental services:

- -Working with NGOCE's members in environmental education and building awareness;
- -Networking with members to assess avenues in which information can be exchanged;
- -Facilitating partnership development of member organizations;
- -Conducting research into environmental issues, including bush-meat trade and baseline work on renewable energy potentials in communities; and,
- -Newsletter editing and layout.

Confidential - Produced Subject to Protective Order                                                        MONGLY00925908

Qualifications:

CIDA requires the intern:
- -Be aged 30 or under;
- -Be a Canadian citizen or landed immigrant able to work in Canada;
- -Be currently under or unemployed;
- -Have not previously worked outside Canada in a paid, career-related position;
- -Be a graduate of a college or university; and,
- -Have not previously participated in another Internship Program funded by the Government of Canada's Youth Employment Strategy (YES).

The ideal candidate will have:
- -Familiarity with ACIC's and NGOCE's goals and programs;
- -Interest in international cooperation and sustainable development;
- -Experience in organizational management and coordination;
- -Proven skills in project management;
- -Ability to prioritize and effectively handle many demands;
- -Proven computer skills including MS Word, MS Publisher, MS Access, e-mail, internet, and spreadsheet development, all within a PC environment;
- -Attention to detail;
- -Flexibility in work projects;
- -Ability to take initiative;
- -Excellent communication skills, both oral and written;
- -Must be available to travel and work on a few evenings and week-ends;
- -Previous travel or overseas study experience, especially in Africa, would be an asset;
- -Flexibility in work and living environments; and,
- -Fluency in English and French would be a strong asset.

For further information, please see www.acic-caci.org

APPLICATIONS DUE BY: 5:00 pm Friday, September 24, 2004

Applicants should electronically provide a covering letter, highlighting their qualifications for this position, along with a resume and 3 references.

Please send resumes to:
Jennifer Sloot

Atlantic Council for International Cooperation

Email: info@acic-caci.org

We thank all candidates for their application. Unfortunately, only those under consideration will be contacted.

_____

WE'VE MOVED!
Atlantic Council for International Cooperation /
Conseil atlantique pour la coopération internationale
PO Box 27025, 5595 Fenwick Street
Halifax, NS/N.-É. Canada, B3H 4M8
Tel/Tél: (902) 431-2311 Fax/Téléc: (902) 431-2311
E-mail/Courriel: info@acic-caci.org
http://www.acic-caci.org

_____

Did a friend forward this to you?  Join sust-mar yourself!
Just send 'subscribe sust-mar' to mailto:majordomo@chebucto.ca

------------------------------

Date: Sun, 19 Sep 2004 16:45:02 -0300 (ADT)
From: Mark Butler <ar427@chebucto.ns.ca>
Subject: sust-mar: Sable Island: Uncertain Future?

Tip: Your message to SUST-MAR must be html-free.  So, BEFORE you hit SEND, please go to your "Format" pull-down menu and select "Plain text."  Thanks!
_____

Confidential - Produced Subject to Protective Order                                          MONGLY00925909

Sable Island: Uncertain Future?

Who's looking after Sable Island? Zoe Lucas, biologist, will be giving a slide presentation on Sable Island and the important role that the Island's Station and staff play in the conservation of this utterly unique place. A panel discussion focusing on the uncertain future of the Station will follow Zoe's presentation. The event is taking place in the Sobey Building, Saint Mary's University on October 5 from 7-9. Mark it in your calendar. Brought to you by the Environmental Studies Program, Saint Mary's University, The Green Horse Society, and the Ecology Action Centre. For more information on Sable Island check out www.greenhorsesociety.com or call the Ecology Action Centre at 902-429-2202 (Mark Butler)


- ----- End forwarded message -----


_____
Did a friend forward this to you?  Join sust-mar yourself!
Just send 'subscribe sust-mar' to mailto:majordomo@chebucto.ca

------------------------------

Date: Mon, 20 Sep 2004 15:50:05 -0300
From: Karen Potter <coordinator@cpawsns.org>
Subject: sust-mar: Thursday Sept 23 - National Wilderness Advocates to meet in Halifax

Tip: Your message to SUST-MAR must be html-free.  So, BEFORE you hit SEND, please go to your "Format" pull-down menu and select "Plain text."  Thanks!
_____
CPAWS-NS invites the public to join us on Thursday September 23 for the National AGM of the Canadian Parks and Wilderness Society (CPAWS). CPAWS-NS is proud to host members and staff from eleven chapters, nationwide, for the first gathering of CPAWS on the east coast. This is a great opportunity to hear from influential conservation leaders and wilderness advocates from coast to coast to coast!

Thursday, September 23, 2004
Weldon Law Building, Room 105
Dalhousie University
6061 University Avenue

6:30 pm AGM
Please join us to hear from our leading conservationists, including Harvey Locke!

7:30 pm Guest Speaker Dr. Jon Lien
Dr. Lien is an Honorary Research Professor in the Biopsychology Programme and the Ocean Sciences Centre at Memorial University of Newfoundland. Currently he Chairs the Minister's Advisory Council on Oceans for the Department of Fisheries and Oceans. He is a past member of the Fisheries Resources Conservation Council in Canada.

For over twenty years he has led the Whale Research Group at Memorial University of Newfoundland that works closely with the Department of Fisheries and Oceans in managing cetaceans in the region. He was responsible for the Entrapment Assistance Programme that operated throughout the Province and helped both the animals and the fishermen with by-catch problems. Currently his research involves evaluation of the impact of whale watching on both animals and people, and estimating fecundity in populations of several species of cetaceans.

Dr. Lien will be discussing how ocean conservation is linked with community survival.

8:30 pm Reception
Following Dr. Lien's talk, CPAWS-NS is hosting a reception to allow for an opportunity to mingle with our guests from across the country

All are welcome. Hope to see you there!

For more information, visit www.cpawsns.org  phone 446-4155


_____
Did a friend forward this to you?  Join sust-mar yourself!
Just send 'subscribe sust-mar' to mailto:majordomo@chebucto.ca

------------------------------

Date: Tue, 21 Sep 2004 14:59:51 -0300
From: Janet Barlow <asrts@ecologyaction.ca>
Subject: sust-mar: Walk to School Week Oct. 4-8

Confidential - Produced Subject to Protective Order                                                                      MONGLY00925910

Tip: Your message to SUST-MAR must be html-free. So, BEFORE you hit SEND, please go to your "Format"
pull-down menu and select "Plain text." Thanks!
_____
WALK TO SCHOOL WEEK: OCTOBER 4 TO 8

Lace up your sneakers for Walk to School Week from October 4 to 8! Join millions of students, teachers,
parents and community members around the world as they walk for the environment, health, physical
activity and safety. Register at www.goforgreen.ca/asrts, asrts@ecologyaction.ca or (902) 442-5055.

- -30-

For more information, contact Janet Barlow at:

Active & Safe Routes to School
c/o Ecology Action Centre
1568 Argyle Street, Suite 31
Halifax, NS  B3J 2B3
Tel: (902) 442-5055
Fax: (902) 422-6410
asrts@ecologyaction.ca
www.ecologyaction.ca

International Walk to School Week is a component of Active & Safe Routes to School, which encourages the
use of active modes of transportation to and from school, such as walking or cycling. It is a national Go
for Green program coordinated in Nova Scotia by the Ecology Action Centre in partnership with the Nova
Scotia Office of Health Promotion, Sport and Recreation Division.

_____
Did a friend forward this to you?  Join sust-mar yourself!
Just send 'subscribe sust-mar' to mailto:majordomo@chebucto.ca

------------------------------

Date: Wed, 15 Sep 2004 12:25:24 -0300
From: "Emily McMillan" <emilym@sierraclub.ca>
Subject: sust-mar: job opportunity with Sierra Youth Coalition

Tip: Your message to SUST-MAR must be html-free. So, BEFORE you hit SEND, please go to your "Format"
pull-down menu and select "Plain text." Thanks!
_____
JOB OPPORTUNITY

Regional Project Coordinator OPPORTUNITIES
Sustainable Campuses
Sierra Youth Coalition EMPLOYMENT

- --PLEASE CIRCULATE--

Job Classification:          Student Positions
                             Late September 2004 to April 2005 part-time
Position Title:              Atlantic Regional Coordinator,
Sustainable Campuses
Application Deadline:        September 20th, 2004
Wage:                        $12.50/hour

The Sierra Youth Coalition is looking to hire a Regional Coordinator for the Atlantic provinces.  This
individual will be integral in spreading the tremendous successes of the Greening the Ivory Towers
project.  The ideal candidate is a motivated, inspired and knowledgeable student, has been active in the
sustainable campuses movement, and has previous experience with SYC programs.  As this is a demanding
project with huge rewards it is desired that successful applicants not have a full/heavy course load.

Project Overview:

The Sustainable Campuses project is currently one of SYC's main focus areas. The project seeks to
inspire, inform, train, and support Canadian students in the pursuit of social and environmental change
through their campus. The Sustainable Campuses project aims to promote a systematic approach to change in
campus practices. It promotes students' efforts to work within the systems of their educational
institutions in order to create permanent, institutionalized mechanisms to ensure sustainability.

In 2003, the Sierra Youth Coalition launched an innovative project to assist students, faculty and
administration in increasing the sustainability of Canadian post-secondary institutions through improved

understanding of their ecological, economical and social impacts. That is the goal of Greening the Ivory Towers: Academia to Action.

This project uses Canada's first academically developed Campus Sustainability Assessment Framework (CSAF) to assist universities in accurately understanding their socio-economic and environmental impacts. The CSAF was designed to offer support, resources and assistance in developing solutions that address overarching structural problems in society, as well as striving to facilitate institutional and lifestyle changes.

Responsibilities:

1)      To work closely with a minimum of 3 campuses at implementing the Greening the Ivory Towers project;
2)      To recruit volunteers to help oversee the project on each campus;
3)      To train campus community members of conducting audits, setting processes and strategic planning;
4)      Outreach to participants within and outside the current Sustainable Campuses Network;
5)      Report regularly to National Coordinator and participate consistently on Regional Coordinator calls;
6)      Network with regional groups as a representative of the Sierra Youth Coalition;
7)      Attend Regional Coordinator Training in Ottawa between Aug. 29th - Sept. 2nd;
8)      Attend the Sierra Youth Coalition Sustainable Campuses Conference between Sep. 30th - Oct. 3rd.

Preferred Qualifications:
Ø      Possess knowledge of campus sustainability initiatives and the Sierra Youth Coalitions programs;
Ø      Bilingual (french/english) will be required in some regions;
Ø      Strong writing and research skills;
Ø      Ability work in flexible work environment;
Ø      Ability to work independently but also as part of a team;
Ø      Ability to learn quickly;
Ø      Strong organizational and project coordination skills;


For more information please view the Sierra Youth Coalition website: www.syc-cjs.org/gitp

IT IS PREFERRED THAT CANDIDATES SEND THEIR CV, COVER LETTER AND A SHORT WRITING SAMPLE ELECTRONICALLY! (to help save paper) Put Sustainable Campuses CV in the subject area and email to fernando@syc-cjs.org

Suite 412 - 1 Nicholas Street, Ottawa, Ontario, K1N 7B7
(613) 241-1615, 1-888-790-7393; FAX: (613) 241-2292

SYC is an equal opportunity employer and encourages applications from members of minority groups.

Emily McMillan
Director, Sierra Club of Canada - Atlantic Canada Chapter
1657 Barrington St., Suite 502
Halifax, NS, B3J 2A1
emilym@sierraclub.ca
Phone: 902-444-3113
Fax: 902-444-3116
www.sierraclub.ca/atlantic

One Earth...One Chance
Become a member today - Online!  Visit: https://www.sierraclub.ca/national/getinvolved/join.php

_____
Did a friend forward this to you?  Join sust-mar yourself!
Just send 'subscribe sust-mar' to mailto:majordomo@chebucto.ca

-----------------------------

End of sust-mar-digest V1 #206
******************************

Did a friend forward this to you? Join sust-mar yourself!
Just send 'subscribe sust-mar' to mailto:majordomo@chebucto.ca

Confidential - Produced Subject to Protective Order

MONGLY00925912