# EXHIBIT 13

-Monsanto

| DMEH CENTRAL FILES |

FROM
(NAME—LOCATION—PHONE)   Dept. of Medicine & Environmental Health

*In Master File*

T.J. Long, G2WD 4-8851

*Cf 25 AM*

DATE     : December 26, 1984

SUBJECT  : CP 76100:  Lifetime Carcinogenicity
           Study in Mice

REFERENCE : IR-77-223

TO       : *R.W. Street
           C2SC

cc:  E.E. Debus, C2SC
     V.C. Espenschied
     T.W. Fuhremann
     R.L. Harness, C2NA
     L.A. Suba, C2SC
     Toxdata

*file Review*
*Metabolite*

The accompanying report has been reviewed and
accepted.  A quality assurance review was performed
by International Research and Development
Corporation.  A summary of the methods and results
and an evaluation of the conclusions presented in
this report are summarized below.

METHODS

CP 76100 was administered by gavage as an aqueous
solution of the sodium salt to Charles River CD®-1
mice daily for 104 weeks.  Dosing was at a constant
volume of 10 ml/kg at dosage levels of 50, 150, and
500 mg/kg/day.  Seventy male and 70 female mice were
dosed at each level.  A control group of 70 mice of
each sex received a solution of NaCl (5.0 mg Na+/ml)
at the same dosing volume.  The concentration of
sodium in the control dosing solution was selected
to equal that received by the high dose group.

The mice were observed daily for mortality and
overt signs of toxicity.  A detailed physical
examination of each animal was performed weekly.
Individual body weights and food consumption
measurements were recorded weekly for the first 14
weeks and biweekly thereafter.  The following
hematological parameters were measured for 10
mice/sex/group at 12 and 24 months: hematocrit,
hemoglobin concentration, erythrocyte count, total
and differential leukocyte counts, platelet count,
and reticulocyte count.

Complete postmortem examinations were performed on
all animals dying spontaneously, sacrificed in
extremis, or sacrificed at the twelve month interim
and 24-month terminal sacrifice periods.  The
following  tissues were examined microscopically:
adrenals, brain, eyes and Harderian glands, gall
bladder, heart, esophagus, stomach, duodenum,
jejunum, ileum, large intestine, kidneys, urinary

*received report

MCB 0329812

IN-10-M (REV. 10/83)

Confidential - Produced Subject to Protective Order

MONGLY04272196

R.W. Street
December 26, 1984
page -2-

bladder, prostate, testes with epididymides,
ovaries, cervix uteri, liver, lung and mainstem
bronchi, lymph nodes, mammary gland, salivary glands,
sciatic nerve, pancreas, pituitary, skin, spinal
cord, spleen, thymus, trachea, thyroid/parathyroid,
sternum (bone marrow), and other tissues with
lesions.  In addition, 10 animals/sex/group were
examined microscopically as follows:  3 coronal
sections through the head which included the nasal
cavity, paranasal sinuses, tongue, oral cavity,
nasopharynx, and middle ear.

Tumor incidences were statistically analyzed by the
testing laboratory employing life table methods and
Chi-square analysis to assess differences between
control and treated groups.  Analysis for the
presence of a linear trend was performed both with
and without adjustment for time of death (life
table method).  In addition, Monsanto analyzed the
data for differences between group incidences by
the Fisher Exact test and for the presence of a
linear trend by the Cochran-Armitage test.

RESULTS

During the first twelve months of the study, mortal-
ity was higher in treated male mice as compared to
controls (See Table 1).  Percent mortality was 4.3,
7.1, 14.3, and 11.4% for the control, low, mid, and
high dose level males respectively.  For the remain-
der of the study, mortality was similar for control
and treated males.  At study termination, survival
for mid- and high-dose males was 6 and 10 percent
less than control, respectively.  For female mice,
survival was similar for all groups throughout the
study.  At study termination, survival in high dose
females was 5% lower than controls.  Body weight
and food consumption were similar for control and
treated mice throughout the study.  Although occa-
sional differences were statistically significant,
no consistent differences were observed.  No
treatment-related changes were observed in appear-
ance or behavior.

There were no test material related effects observed
in the hematological data for either sex at either
of the sampling periods.  Occasional differences
were observed between control and treated groups.
However, due to large variability, lack of dose-
response, and the absence of appropriate similar
findings in both sexes, none of these differences
were considered to be treatment related.  There were
no compound-related macroscopic or microscopic
changes observed during necropsy or during

MCE 0329813

Confidential - Produced Subject to Protective Order

MONGLY04272197

R.W. Street
December 26, 1984
page -3-

microscopic examination.  All changes observed were
considered to be spontaneous or incidental in nature
and commonly encountered lesions for mice of this
age, sex, and strain.

There were several statistically significant differ-
ences for underlined adjusted trend of life table data for some
tumors among males.  This included percent animals
with tumors, harderian gland adenoma, liver heman-
gioma and malignant lymphocytic lymphoma.  These
differences were considered to have resulted from
and reflected the pattern of earlier deaths in the
high dose animals.  This resulted in earlier dis-
covery of clinically silent tumors or the recording
of non life-threatening tumors when death occurred
early for other reasons.  The only statistically
significant differences in underlined unadjusted trend in any
group of tumors or individual tumors among males
were for malignant lymphocytic lymphoma and liver
hemagioma.  When analyzed by the Cochran-Armitage
test (Table 2), no linear trend was observed for
lymphocytic lymphoma.  Also, the combined incidence
for histiocytic plus lymphocytic lymphomas observed
for high dose males in this study (7%) falls within
the historical control range of this laboratory
(0-15%) for malignant lymphomas.  In addition, the
incidence of lymphocytic lymphomas in treated female
mice was significantly less than in control females
(Table 2).  There was a statistically significant
trend (Cochran-Armitage) for liver hemangioma.
However, since both benign and malignant tumors of
blood vessels are not unusual tumors in mice, the
low incidence observed in this study (2/70 males)
was not considered to be indicative of a treatment-
related effect.  The testing laboratory's historical
control range for this tumor in male CD-1 mice is
0-2.0%.

Similarly, for female mice there were several
significant differences for underlined adjusted trend of life
table data.  These included alveolar bronchiolar
carcinoma, malignant lymphocytic lymphoma, malignant
histiocytic lymphoma and ovarian adenoma.  For
alveolar bronchiolar, carcinoma there was no statis-
tically significant trend for underlined unadjusted data or
when analyzed by the Cochran-Armitage test (Table
2).  In addition, the high dose incidence (6%) was
lower than the mean historical control incidence
(7.2%) for the testing laboratory.  The unadjusted
trend was statistically significant for histiocytic
and for lymphocytic lymphomas.  However, the trend
for lymphocytic lymphomas was negative and was,
therefore, not an adverse treatment effect.  The
trend for histiocytic lymphoma was not statistically

MCE 0329814

Confidential - Produced Subject to Protective Order

MONGLY04272198

R.W. Street
December 26, 1984
page -4-

significant however for male mice when analyzed
by the Cochran-Armitage test (Table 2). Also, in
high-dose males the incidence of histiocytic
lymphomas was less than in the concurrent control
group. The combined incidences of these two tumors
in female mice at the high dose level (17%) was less
than that for concurrent controls (23%) and was
within the testing laboratory's historical control
range (3.3-27.0%) for malignant lymphomas. The
incidence of ovarian adenomas in the high dose group
(4%) was well within the laboratory's historical
control range (0-18%). Additionally, no statis-
tically significant trend was observed for
unadjusted data or when analyzed by the Cochran-
Armitage test (Table 2). Finally, none of the tumor
incidences observed in female mice were elevated
when compared to control incidences by the Fisher
Exact test.

In summary, none of the tumors observed in this
study were considered to be the result of treatment
with CP 76100.

CONCLUSIONS

Treatment of male and female mice with CP 76100 by
gavage at dosages of 50, 150, and 500 mg/kg/day
elicited no treatment-related changes in
appearance, behavior, body weight, food consumption,
hematological parameters, or macroscopic and micro-
scopic pathology. Mortality was increased in
treated male mice during the first twelve months of
treatment. For the remainder of the study, mortal-
ity was similar for control and treated males.
Mortality for control and treated female mice was
similar throughout the study.

Under the conditions of this study, CP 76100 was not
considered to be carcinogenic in mice at dosages up
to and including 500 mg/kg/day.

*Timothy J. Long*

Timothy J. Long, PhD
Senior Product Toxicologist
Monsanto Company
Department of Medicine and
    Environmental Health

/jb

MCE  0329815

Confidential - Produced Subject to Protective Order                    MONGLY04272199

R.W. Street
December 26, 1984
page -5-

Table 1.  Mortality

|                    | Months: | Cumulative Mortality (%)* | | |
|--------------------|---------|------|------|------|
|                    |         | 12   | 18   | 24   |
| Dosage-(mg/kg/day) |         |      |      |      |
| 0 male             |         | 4.3  | 14.3 | 32.8 |
| female             |         | 5.8  | 13.0 | 39.1 |
| 50 male            |         | 7.1  | 12.8 | 32.8 |
| female             |         | 8.7  | 13.0 | 42.0 |
| 150 male           |         | 14.3 | 21.4 | 38.6 |
| female             |         | 7.1  | 14.3 | 42.8 |
| 500 male           |         | 11.4 | 21.4 | 42.8 |
| female             |         | 7.1  | 15.7 | 44.3 |

*Figures do not include animals sacrificed at the
12-month interim and 24-month terminal sacrifices.

MCE  0329816

Confidential - Produced Subject to Protective Order                                    MONGLY04272200

R.W. Street
December 26, 1984
page -6-

Table 2.   Incidence of Neoplastic Lesions

| Dosage (mg/kg/day) | % Incidence | | | | Linear[1] Trend |
| | 0 | 50 | 150 | 500 | |
|---|---|---|---|---|---|
| **Animals with Tumors (%)** | | | | | |
| Male | 40 | 50 | 47 | 51 | No |
| Female | 52 | 55 | 48 | 50 | No |
| **Total Animals with Benign Tumors** | | | | | |
| Male | 21 | 36* | 33 | 29 | No |
| Female | 26 | 23 | 22 | 28 | No |
| **Total Animals with Malignant Tumors** | | | | | |
| Male | 23 | 26 | 20 | 29 | No |
| Female | 36 | 39 | 34 | 26 | No |
| **Harderian Gland Adenoma** | | | | | |
| Male | 6 | 9 | 7 | 13 | No |
| Female | 4 | 6 | 7 | 4 | No |
| **Liver Hemangioma** | | | | | |
| Male | 0 | 0 | 0 | 3 | Yes |
| Female | 0 | 0 | 0 | 0 | No |
| **Liver Adenoma** | | | | | |
| Male | 3 | 9 | 6 | 7 | No |
| Female | 3 | 2 | 0 | 1 | No |
| **Liver Total Tumors** | | | | | |
| Male | 21 | 26 | 16 | 29 | No |
| Female | 17 | 20 | 17 | 13 | No |
| **Alveolar Bronchiolar Carcinoma** | | | | | |
| Male | 1 | 3 | 3 | 1 | No |
| Female | 1 | 1 | 4 | 6 | No |
| **Lung Total Tumors** | | | | | |
| Male | 21 | 26 | 27 | 18 | No |
| Female | 20 | 28 | 26 | 24 | No |

MCE  0329817

Confidential - Produced Subject to Protective Order                    MONGLY04272201

R.W. Street
December 26, 1984
page -7-

| Dosage (mg/kg/day) | 0 | 50 | 150 | 500 | Linear[1] Trend |
|---|---|---|---|---|---|
| Lymphoreticular lymphoma-<br>lymphocytic | | | | | |
| Male | 0 | 6 | 3 | 7* | No |
| Female | 20 | 16 | 7* | 7* | Yes |
| Lyphoreticular lymphoma-<br>histiocytic | | | | | |
| Male | 3 | 4 | 4 | 0 | No |
| Female | 3 | 1 | 7 | 10 | Yes |
| Ovarian Adenoma | | | | | |
| Female | 0 | 1 | 4 | 4 | No |

*Statistically different from controls ($p \leq 0.05$) by Fisher
 Exact Test

[1]Cochran-Armitage test for linear trend ($p \leq 0.05$).

MCE   0329818

Confidential - Produced Subject to Protective Order                                    MONGLY04272202

# Monsanto

DEPARTMENT OF MEDICINE &
ENVIRONMENTAL HEALTH

Monsanto Company
800 N. Lindbergh Boulevard
St. Louis, Missouri 63167
Phone: (314) 694-1000

November 9, 1984

Dale E. Johnson, PhD
International Research and
  Development Corporation
500 Main Street
Mattawan, Michigan   49071

> RE:  Lifetime Carcinogenicity Study with CP 76100
>      in Mice (IR-77-223)

Dear Dale,

As a follow-up to our telephone conversation several weeks ago,
I want to reemphasize the need to finalize this report before the
end of 1984.  Back as early as June, 1984 this report was supposed
to have been in final form, but several issues still remain un-
resolved.  In particular, the following items were pointed out
to you in our last conversation:

1)   Pages 15 and 16 (Vol. 1) - In the mortality tables, the
     reported mortality for high dose males and mid dose females
     for the 12-24 month period do not agree with the numbers
     reported for this period in Table 1, pgs. 25-30.

2)   Several discrepancies between statements in sections 3a
     and 3b (Vol. 1, pg. 19) and data in Appendix I (trend and
     homogeneity analyses).

3)   Page 20 (Vol. 1) - The entire first paragraph, beginning
     with line 3 (..."This falls within the range...") has
     numerous transpositions and does not make sense as written.

4)   Table 13 (Vol. 1, page 142) - The total number of female
     control mice with neoplasia (reported as 35) does not
     agree with the number reported in Appendix G (36).

Please address these issues so that we can get a final report
issued within the month.  If you still have further questions,
please call me.  As this report has been long, long overdue for
completion, I'm sure we would all like to see it completed
immediately.

Sincerely,

Timothy J. Long

MCE   0329819

Timothy J. Long, PhD
Senior Product Toxicologist

bcc:  T. W. Fuhremann
      F. R. Johannsen

dli

Confidential - Produced Subject to Protective Order

MONGLY04272203

# Monsanto

TRIP REPORT

DEPT. OF MEDICINE AND ENVIRONMENTAL HEALTH      No. _____

BY: _____ T.J. Long          SECTION: Toxicology _____

TRIP DATE: ___5/24-25/84___      SHEET __1__ OF __1__

**LOCATION VISITED**

International Research & Development Corporation (IRDC)
Mattawan, Michigan

**IN ATTENDANCE**

Dale Johnson
Barry Benson   - (IRDC)
Ward Ritter
QA Staff

T. Long
C. Russell
M. Chatel   - (Monsanto)
S. Haag
A. Uelner

**PURPOSE**

To finalize the long overdue report on the lifetime carcinogenicity study in mice with CP 76100, tour the laboratory facilities and familiarize myself with IRDC data packages.

**REPORT SUMMARY & CONCLUSIONS**

Following an extensive audit of the lifetime carcinogenicity study with CP 76100 in mice (IR-77-223) by Monsanto's quality assurance unit, numerous errors were detected in the pathology data package. This meeting was intended to resolve these issues and finalize the report. Although most of our concerns had adequately been addressed, several minor issues will require resolution by the pathologist. In the next several weeks a final draft report will be submitted to staff toxicology for final approval. It appeared that a good deal of effort had been extended by IRDC staff to resolve all issues of concern.

Discussions with Dale Johnson and the manager of acute studies were held to assess IRDC's ability to run acute toxicity and irritation screens (ODES), DOT skin corrosivity tests and skin sensitization studies with guinea pigs. The acute toxicity testing facilities were also toured. IRDC appears to be well equipped and staffed to give us reliable data and quite rapid report turn around time. Copies of generic protocols for our review will be forthcoming.

**REPORT DISTRIBUTION**

T.W. Fuhremann
F.R. Johannsen
G.J. Levinskas
A.F. Uelner
R.W. Street

MCE   0329820

PREPARED BY   T.J. Long

DATE   6/4/84

Confidential - Produced Subject to Protective Order

MONGLY04272204

**Monsanto**  DEPT. OF MEDICINE AND ENVIRONMENTAL HEALTH   | *TRIP REPORT*  No. _____

BY: _____ F.R. Johannsen _____ SECTION: __Toxicology__

TRIP DATE: __April 14-15, 1982__ PAGE ___1___ OF _____

| LOCATION VISITED |
|---|
| International Research & Development Corp.<br>Mattawan, Michigan |

**IN ATTENDANCE**

James L. Schardein (IRDC)

Fred R. Johannsen

**PURPOSE**

See Report Summary & Conclusions

**REPORT SUMMARY & CONCLUSIONS**

1. A draft report of study IR-81-229, rat teratology study with DMAC, was reviewed as was some raw data on fetal malformations. The final report will be issued in the next 2 weeks following final Q.A. review.

2. An incomplete draft of the 2-generation rat reproduction study (IR-79-358) with Maleic Anhydride was reviewed. Histopathology compilation was, as yet, incomplete. A final draft report will be issued about July 30, 1982 for this study. In lieu of what appears to have been more histopathology done on this study than indicated by protocol or protocol amendment, it is suggested that R.D. Short follow up on final cost projections with IRDC upon receipt of the final draft report. Plans should be made to review raw data from this study at the next scheduled visit at IRDC.

3. The following are scheduled dates of issuance of final drafts for each of the following studies:

    a. Lifetime chronic mouse study with CP 76100 (IR-77-223)

        Histopath finished - Oct. 1982
        Draft report - Feb. 1983

**REPORT DISTRIBUTION**

R.C. Dirks       R.B. Oleson
T.W. Fuhremann   J.H. Senger
P.H. Hobson      R.D. Short
G.J. Levinskas   A.F. Uelner
D.P. McFadden

MCE  0329821

_____ PREPARED BY   4/21/82 DATE

G-4077

Confidential - Produced Subject to Protective Order   MONGLY04272205

Trip Report (IRDC)
Page (2)

    b.  21-day rabbit dermal with MON 2139 (IR-80-009)

          Final report - April 30, 1982

    c.  21-day rabbit dermal with AVADEX® BW (IR-81-316)

          Draft report - June 15, 1982

    d.  Rat teratology with MON 4606 (IR-81-344)

          Draft report - May 28, 1982

    e.  Rat reproduction study with MON 097 (IR-80-053)

          $F_o$ interim report - May 14, 1982
          $F_o$ audited report - Aug. 3, 1982

    f.  Rat teratology with Propachlor (IR-81-264)

          Draft report - June 15, 1982

/dlj

MCE   0329822

Confidential - Produced Subject to Protective Order

Monsanto

MAR 18 1982

FROM
(NAME—LOCATION—PHONE)      Dept. of Medicine & Environmental Health  S.M. Haag-G2WC

DATE          : March 16, 1982                    cc:  T. W. Fuhremann  - G2WD
                                                       F. B. Oleson     - G2WD
SUBJECT       : Dosing Solution Analysis for           D. B. Sharp      - U2E
                IRD 77-223 - Lifetime Carcin-
REFERENCE     : ogenicity Study in Mice with      File
                CP 76100
TO            : S. Dubelman - U2C


Findings from the DMEH Quality Assurance review of the
analytical data package for IRD 77-223 have been pre-
viously summarized in memos dated November 5, 1980 and
February 10, 1982.

The deficiencies noted are not of sufficient magnitude
to preclude confirmation that animals were dosed as
specified in the protocol and the technical aspects of
the analysis appear to be correct, with ample QC samples
to validate methodology.  We do not know, however, what
impact the deficiencies cited would have on the conclu-
sions reached in a regulatory agency audit.


                                    S. M. Haag

cac

MCE   0329823

IN - 10 (REV. 8/77)
Confidential - Produced Subject to Protective Order                    MONGLY04272207

Monsanto

FROM (NAME, LOCATION, PHONE)                     Dept. of Medicine & Environmental Health   R. C. Dirks - G2WD, 4-8818

DATE: March 15, 1982

SUBJECT: Diet Analysis--Lifetime Toxicity Study in Mice with CP 76100

REFERENCE: IR-77-223; MAPC Job/Project #7163, Report #MSL-1893

TO *R. W. Street - C2SL

cc: E. E. Debus - C2SC
T. W. Fuhremann - G2WD
E. C. Spurrier - C2NA
Toxdata

The accompanying report contains the results of the stability and dosing solution analyses of the sodium salt of N-Nitrosoglyphosate (CP 76100) for the referenced study. Analyses were performed by the Research Division of Monsanto Agricultural Products Company (MAPC). A review of the data and an evaluation of the conclusions presented in this report are summarized below.

Methods

The test material, CP 76100, was supplied to International Research and Development Corporation by MAPC in the appropriate concentrations (5, 15, and 50 mg/ml) for dosing the test groups. Before submission, accuracy of the test concentrations were verified by MAPC-Research. To ensure that correct dosage levels were maintained, samples of the CP 76100 test solutions were assayed periodically by MAPC-Research throughout the study.

Results

Results of the test solution analyses showed that N-Nitrosoglyphosate (CP 76100) remained stable in all three test concentrations for the duration of the study. The average amount of CP 76100 found in all test solutions was 98.8, 93.7, and 116.9% of target concentrations for weeks 1-3, 52-54, and 103-105, respectively.

Conclusion

On the basis of these studies, it is concluded that the target concentrations of CP 76100 were accurately prepared and the test solutions were stable for the duration of the study. Therefore, assuming adequate dosing procedures, each animal received a dose of test material within ±10% of the target dose throughout the study.

*Richard C. Dirks*

Richard C. Dirks

/cld

MCE   0329824

*Receives report

IN-10M (REV. 2/78)

Confidential - Produced Subject to Protective Order                    MONGLY04272208



(Distel Analysis)

# Monsanto

<u>MAPC Research - St. Louis</u>
(CO./DIV./DEPT./LOCATION)

<u>Final</u> _____ REPORT
(TYPE OF REPORT)

REPORT NO.: MSL-1893

JOB/PROJECT NO.: 7163

DATE: October 20, 1981

TITLE: ANALYSIS OF DIET SOLUTIONS IN THE CP 76100 LIFE-TIME TOXICITY STUDY IN MICE CONDUCTED BY INTERNATIONAL RESEARCH AND DEVELOPMENT CORP., MATTAWAN, MICHIGAN

AUTHORS: C. M. Lottman

WORK DONE BY: C. M. Lottman

GROUP LEADER: S. Dubelman

ABSTRACT: A CP76100, life-time toxicity study in mice was conducted by International Research and Development Corp., Mattawan, Michigan (401-075). Analysis of a representative number of samples of diet solutions shows that CP76100 was stable throughout the duration of the study and that the concentrations of diet solutions actually received by the test animals corresponded closely to protocol. Control diet solutions were found to contain less than <0.01 mg/ml of CP76100 the sensitivity of our method. All samples were analyzed by high pressure liquid chromatography with a post-column Griess reaction detection system.

©Monsanto Company 1981

MCE   0329825

# C O M P A N Y   C O N F I D E N T I A L

This document is the property of Monsanto Company and the recipient is responsible for its safekeeping and disposition. It contains CONFIDENTIAL INFORMATION which must not be reproduced, revealed to unauthorized persons or sent outside the Company without proper authorization.

R-1088(B)

R-1088(A)

REPT. NO.: MSL-1893   COPY NO.: 15

AUTHORS: C. M. Lottman
TITLE: ANALYSIS OF DIET SOLUTIONS IN THE CP76100 LIFE-TIME TOXICITY STUDY IN MICE CONDUCTED BY INTERNATIONAL RESEARCH AND DEVELOPMENT CORP., MATTAWAN, MICHIGAN

Confidential - Produced Subject to Protective Order

# DISTRIBUTION

| COPY NUMBER | | | ABSTRACT ONLY | | |
|---|---|---|---|---|---|
| 1 | D. B. Sharp | U2E | H. A. Schneiderman | D1W |
| 2 | F. S. Serdy/R. A. Conkin/ | C2SC | J. T. Marvel | C2NA |
| | G. A. Edwards/S. L. Kimball/ | | A. J. Speziale | T1K |
| | R. W. Street | | J. C. Barnett | U1D |
| 3-5 | Technical Reports Library | R2C | E. E. Debus | C2SC |
| 6 | R. Lauer | U2D | R. J. Kaufman | U3E |
| 7 | S. Dubelman | U2C | K. W. Ratts | T4A |
| 8 | D. H. Campbell | U2C | M. L. Rueppel | U3E |
| 9 | D. D. Arras | U2D | R. M. Sacher | T1K |
| 10 | J. A. Kloek/R. K. Beasley/ | U2E | J. A. Stephens | R4A |
| | H. C. Berk/J. W. Worley | | H. C. Stanley | E1NA |
| 11 | J. M. Malik/W. R. Purdum/ | U2E | G. F. Sieckman | E1NA |
| | H. Singh/E. J. Breaux | | E. C. Spurrier | C2NA |
| 12 | R. M. Kramer | 5050 | D. M. Collins | C3NA |
| 13 | J. A. Miles | 5270 | P. E. Rogers | C3SB |
| 14 | H. W. Frazier | 5040 | | |
| 15 | T. W. Fuhremann | G2WD | | |
| 16 | Extra | | | |

MCE 0329826

# COMPANY CONFIDENTIAL

This report has been assigned to you. When it is no longer needed, you are responsible for returning it to:

Central Reports Library - R2C

If you transfer it to anyone else, please let your librarian know, so the records can be changed.

R-1088(C) (REV. 1/80)

Confidential - Produced Subject to Protective Order

MONGLY04272210

# TABLE OF CONTENTS

Page

I.   Introduction.................................. 1

II.  Conclusions.................................. 1

III. Materials and Methods........................ 1

     A.  Sampling................................. 1
     B.  Analysis................................. 1

IV.  Results and Discussion....................... 2

V.   Appendix A - Analytical Method with Typical
                  Chromatograms.................. 7

     Appendix B - Source of Raw Data - Notebook
                  References..................... 20

     Appendix C - Project Cost Estimate.......... 21

MCE   0329827

Confidential - Produced Subject to Protective Order                                    MONGLY04272211

## I.   INTRODUCTION

Chemical assays of diet preparations used in animal toxicity studies are required to confirm that pesticide levels being administered to test animals actually correspond to proposed concentrations throughout the term of the study.

A life-time study in mice with CP76100, the sodium salt of N-nitrosoglyphosate (N-nitroso-N-phosphonomethyl-glycine), was conducted by International Research and Development Corp.  Test solutions of CP76100 were supplied by MAPC in appropriate concentrations for dosing the test groups.  The administration of test solutions was carried out by IRDC.  Samples of the CP76100 test solutions were assayed periodically throughout the study by MAPC-Research.

## II.   CONCLUSIONS

HPLC analysis of the diet solutions demonstrate that CP76100, the sodium salt of N-nitrosoglyphosate, was stable throughout the duration of the study and that test solutions were on an average of 102.4% of proposed levels.

## III.   MATERIALS AND METHODS

### A.   Sampling

Once a week, IRDC removed aliquots from CP76100 control, 5.0 mg/ml, 15.0 mg/ml, and 50.0 mg/ml test solutions and sent them to MAPC for analysis.

### B.   Analysis

The test solutions were analyzed by diluting samples to give a concentration between 3-4 micrograms per milliliter and injecting 40 microliters into a high pressure liquid chromatograph fitted with a post-column Griess reactor and a UV detector (546 nm).

Peak heights of samples were measured by electronic integration and compared via computer to a calibration curve made from appropriate standards of CP76976. (N-Nitrosoglyphosate, free acid)

HPLC data were corrected to give CP76100 equivalents and the concentration of original solutions were

©Monsanto Company 1981

MCE   0329828

Confidential - Produced Subject to Protective Order

MONGLY04272212

2.

calculated using the appropriate dilution factors.
Controls were injected without dilution.  Results
for controls were < 0.01 milligrams per milliliter,
the sensitivity of our method.

Details of the method are presented in Appendix A.

## IV.   RESULTS AND DISCUSSION

Assay results for the CP76100 diet solutions are pre-
sented in Table I.  Samples from the control level
(NaCl 5.0 mg/ml) were free of CP76100 (<0.01 mg/ml).

Samples from the 50 mg/kg/day level averaged 102.6% of
expected, 150 mg/kg/day level averaged 102.7% of
expected, and 500 mg/kg/day level averaged 101.8% of
expected.

Results for stock solutions are summarized in Table II.
Stock solutions averaged 99.1% of expected.

These results indicate that the CP76100 diet solutions
were stable throughout the term of the toxicity study
and that correct dose levels were maintained.

MCE  0329829

Confidential - Produced Subject to Protective Order

MONGLY04272213

3.

Table I

CP76100 DIET MONITORING PROGRAM

LIFE-TIME TOXICITY STUDY IN MICE

IRDC 401-075

| Week No. | Date | Test Level Analyzed mg/kg/day | Dose Level Analyzed mg/ml | Found mg/ml Control | Dosing Sample | % of Planned Concentration Found |
|---|---|---|---|---|---|---|
| 1 | 8/2/79 | 50.0 | 5.0 | <0.01 | 4.8 | 96.0 |
| 4 | 8/23/79 | " | " | " | 5.2 | 104.0 |
| 7 | 9/13/79 | " | " | " | 4.5 | 90.0 |
| 8 | 9/20/79 | " | " | " | 4.7 | 94.0 |
| 11 | 10/11/79 | " | " | " | 5.1 | 102.0 |
| 14 | 11/1/79 | " | " | " | 5.0 | 100.0 |
| 17 | 11/22/79 | " | " | " | 4.97 | 99.4 |
| 20 | 12/13/79 | " | " | " | 5.0 | 100.0 |
| 23 | 1/3/80 | " | " | " | 4.9 | 98.0 |
| 26 | 1/24/80 | " | " | " | 5.1 | 102.0 |
| 29 | 2/14/80 | " | " | " | 5.1 | 102.0 |
| 32 | 3/6/80 | " | " | " | 5.0 | 100.0 |
| 36 | 4/3/80 | " | " | " | 4.7 | 94.0 |
| 39 | 4/24/80 | " | " | " | 5.2 | 104.0 |
| 42 | 5/15/80 | " | " | " | 5.2 | 104.0 |
| 48 | 6/26/80 | " | " | " | 5.2 | 104.0 |
| 51 | 7/17/80 | " | " | " | 5.3 | 106.0 |
| 54 | 8/7/80 | " | " | " | 4.75 | 95.0 |
| 57 | 8/28/80 | " | " | " | 4.75 | 95.0 |
| 60 | 9/18/80 | " | " | " | 4.82 | 96.4 |
| 63 | 10/9/80 | " | " | " | 5.4 | 108.0 |
| 66 | 10/30/80 | " | " | " | 5.2 | 104.0 |
| 69 | 11/20/80 | " | " | " | 5.1 | 102.0 |
| 72 | 12/11/80 | " | " | " | 5.2 | 104.0 |
| 75 | 1/1/81 | " | " | " | 5.3 | 106.0 |
| 78 | 1/22/81 | " | " | " | 4.9 | 98.0 |
| 81 | 2/12/81 | " | " | " | 5.1 | 102.0 |
| 84 | 3/5/81 | " | " | " | 4.9 | 98.0 |
| 87 | 3/26/81 | " | " | " | 5.2 | 104.0 |
| 90 | 4/16/81 | " | " | " | 5.0 | 100.0 |
| 93 | 5/7/81 | " | " | " | 5.3 | 106.0 |
| 96 | 5/28/81 | " | " | " | 5.8 | 116.0 |
| 99 | 6/18/81 | " | " | " | 5.8 | 116.0 |
| 102 | 7/9/81 | " | " | " | 6.0 | 120.0 |
| 105 | 7/30/81 | " | " | " | 6.0 | 120.0 |
| | | | | Average | 5.13 | 102.6% |

MCE   0329830

Confidential - Produced Subject to Protective Order                                          MONGLY04272214

4.

Table I (continued)

CP76100 DIET MONITORING PROGRAM

LIFE-TIME TOXICITY STUDY IN MICE

IRDC 401-075

| Week No. | Date | Test Level Analyzed mg/kg/day | Dose Level Analyzed mg/ml | Found mg/ml Control | Dosing Sample | % of Planned Concentration Found |
|---|---|---|---|---|---|---|
| 2 | 8/9/79 | 150.0 | 15.0 | <0.01 | 14.95 | 99.7 |
| 5 | 8/30/79 | " | " | " | 15.10 | 100.7 |
| 9 | 9/27/79 | " | " | " | 14.5 | 96.7 |
| 12 | 10/18/79 | " | " | " | 15.1 | 100.7 |
| 15 | 11/8/79 | " | " | " | 15.3 | 102.0 |
| 18 | 11/29/79 | " | " | " | 14.95 | 99.7 |
| 21 | 12/20/79 | " | " | " | 14.0 | 93.3 |
| 24 | 1/10/80 | " | " | " | 15.0 | 100.0 |
| 27 | 1/31/80 | " | " | " | 15.3 | 102.0 |
| 30 | 2/21/80 | " | " | " | 15.8 | 105.3 |
| 33 | 3/13/80 | " | " | " | 14.9 | 99.3 |
| 34 | 3/20/80 | " | " | " | 14.5 | 96.7 |
| 37 | 4/10/80 | " | " | " | 16.8 | 112.0 |
| 40 | 5/1/80 | " | " | " | 15.1 | 100.7 |
| 43 | 5/22/80 | " | " | " | 14.8 | 98.7 |
| 46 | 6/12/80 | " | " | " | 16.1 | 107.3 |
| 49 | 7/3/80 | " | " | " | 14.9 | 99.3 |
| 52 | 7/24/80 | " | " | " | 14.4 | 96.0 |
| 55 | 8/14/80 | " | " | " | 16.0 | 107.0 |
| 61 | 9/25/80 | " | " | " | 15.5 | 103.3 |
| 64 | 10/16/80 | " | " | " | 15.8 | 105.3 |
| 67 | 11/6/80 | " | " | " | 15.8 | 105.3 |
| 70 | 11/27/80 | " | " | " | 15.4 | 102.7 |
| 73 | 12/18/80 | " | " | " | 15.4 | 102.7 |
| 76 | 1/8/81 | " | " | " | 14.5 | 96.7 |
| 79 | 1/29/81 | " | " | " | 15.2 | 101.3 |
| 82 | 2/19/81 | " | " | " | 15.1 | 100.7 |
| 85 | 3/12/81 | " | " | " | 14.8 | 98.7 |
| 88 | 4/2/81 | " | " | " | 15.1 | 100.7 |
| 91 | 4/23/81 | " | " | " | 15.1 | 100.7 |
| 94 | 5/14/81 | " | " | " | 16.4 | 109.3 |
| 97 | 6/4/81 | " | " | " | 17.6 | 117.3 |
| 100 | 6/25/81 | " | " | " | 18.0 | 120.0 |
| 103 | 7/16/81 | " | " | " | 17.7 | 118.0 |
| | | | | Average | 15.4 | 102.7% |

MCE 0329831

Confidential - Produced Subject to Protective Order

MONGLY04272215

Table I (continued)

CP76100 DIET MONITORING PROGRAM

LIFE-TIME TOXICITY STUDY IN MICE

IRDC 401-075

| Week No. | Date | Test Level Analyzed mg/kg/day | Dose Level Analyzed mg/ml | Found mg/ml Control | Dosing Sample | % of Planned Concentration Found |
|---|---|---|---|---|---|---|
| 3 | 8/16/79 | 500.0 | 50.0 | <0.01 | 50.4 | 100.8 |
| 6 | 9/6/79 | " | " | " | 46.7 | 93.4 |
| 10 | 10/4/79 | " | " | " | 50.1 | 100.2 |
| 13 | 10/25/79 | " | " | " | 48.3 | 96.6 |
| 16 | 11/15/79 | " | " | " | 49.5 | 99.0 |
| 19 | 12/6/79 | " | " | " | 48.9 | 97.8 |
| 22 | 12/27/79 | " | " | " | 49.2 | 98.4 |
| 25 | 1/17/80 | " | " | " | 50.3 | 100.6 |
| 28 | 2/7/80 | " | " | " | 51.0 | 102.0 |
| 31 | 2/28/80 | " | " | " | 49.4 | 98.8 |
| 35 | 3/27/80 | " | " | " | 49.1 | 98.2 |
| 38 | 4/17/80 | " | " | " | 50.3 | 100.6 |
| 41 | 5/8/80 | " | " | " | 51.5 | 103.0 |
| 44 | 5/29/80 | " | " | " | 53.0 | 106.0 |
| 47 | 6/19/80 | " | " | " | 54.3 | 108.6 |
| 50 | 7/10/80 | " | " | " | 52.8 | 105.6 |
| 53 | 7/31/80 | " | " | " | 45.0 | 90.0 |
| 55 | 8/14/80 | " | " | " | 52.7 | 105.0 |
| 56 | 8/21/80 | " | " | " | 46.7 | 93.4 |
| 59 | 9/11/80 | " | " | " | 48.3 | 96.7 |
| 62 | 10/2/80 | " | " | " | 51.2 | 102.4 |
| 65 | 10/23/80 | " | " | " | 53.1 | 106.2 |
| 68 | 11/13/80 | " | " | " | 50.6 | 101.2 |
| 71 | 12/4/80 | " | " | " | 50.9 | 101.8 |
| 74 | 12/25/80 | " | " | " | 53.0 | 106.0 |
| 77 | 1/15/81 | " | " | " | 46.9 | 93.8 |
| 80 | 2/5/81 | " | " | " | 52.4 | 104.8 |
| 83 | 2/26/81 | " | " | " | 51.0 | 102.0 |
| 86 | 3/19/81 | " | " | " | 48.5 | 97.0 |
| 89 | 4/9/81 | " | " | " | 51.0 | 102.0 |
| 92 | 4/30/81 | " | " | " | 52.2 | 104.4 |
| 95 | 5/21/81 | " | " | " | 53.4 | 106.8 |
| 98 | 6/4/81 | " | " | " | 56.3 | 112.6 |
| 101 | 7/2/81 | " | " | " | 57.6 | 115.2 |
| 104 | 7/23/81 | " | " | " | 56.4 | 112.8 |
| | | | | Average | 50.9 | 101.8% |

MCE   0329832

Confidential - Produced Subject to Protective Order

MONGLY04272216

6.

Table II

SUMMARY OF ANALYSES OF CP76100 STOCK SOLUTIONS

LIFE-TIME TOXICITY STUDY IN MICE

IRDC 401-075

| Date | Lot No. | CP76100 mg/ml | Assay mg/ml | % Expected |
|------|---------|---------------|-------------|------------|
| 7/24/79 | 1496821 | 0 | 0 | |
| 9/25/79 | '' | 0 | 0 | |
| 3/20/79 | '' | 0 | 0 | |
| 5/27/80 | '' | 0 | 0 | |
| 11/10/80 | '' | 0 | 0 | |
| 3/18/81 | 1949010 | | | |
| | | | | |
| 7/24/79 | 1496821 | 5.0 | 4.7 | 94.0 |
| 9/25/79 | '' | '' | 4.6 | 92.0 |
| 3/20/79 | '' | '' | 4.95 | 99.0 |
| 5/27/80 | '' | '' | 5.1 | 102.0 |
| 11/10/80 | '' | '' | 5.1 | 102.0 |
| 3/18/81 | 1949010 | '' | 5.2 | 104.0 |
| | | Average | 4.94 | 98.8% |
| | | | | |
| 7/24/79 | 1496821 | 15.0 | 13.8 | 92.0 |
| 9/25/79 | '' | '' | 14.1 | 94.0 |
| 3/30/79 | '' | '' | 15.1 | 101.0 |
| 5/27/80 | '' | '' | 15.3 | 102.0 |
| 11/10/80 | '' | '' | 15.4 | 102.7 |
| 3/18/81 | 1949010 | '' | 15.2 | 101.0 |
| | | Average | 14.8 | 98.7% |
| | | | | |
| 7/24/79 | 1496821 | 50.0 | 47.9 | 95.8 |
| 9/25/79 | '' | '' | 49.4 | 98.8 |
| 3/30/79 | '' | '' | 47.8 | 95.6 |
| 5/27/80 | '' | '' | 51.9 | 103.8 |
| 11/10/80 | '' | '' | 51.4 | 102.8 |
| 3/18/81 | 1949010 | '' | 51.4 | 102.8 |
| | | Average | 49.96 | 99.9% |

MCE   0329833

Confidential - Produced Subject to Protective Order

MONGLY04272217

7.

## V.   APPENDIX A

Analytical Method With Typical Chromatograms

MCE   0329834

Confidential - Produced Subject to Protective Order                                    MONGLY04272218

ANALYTICAL METHOD
FOR
CP76100
IN
TOXICOLOGY DIET SOLUTIONS

## SCOPE

The analytical procedure given determines levels of CP76100 (sodium salt of N-nitrosoglyphosate) in aqueous solutions used for dosing animals in toxicology studies.

## SUMMARY

The analytical method described is for the chemical assay of solutions of CP76100 used in toxicology studies. The procedure consists of diluting a sample of diet solution to give an appropriate concentration for assay by high pressure liquid chromatography with post-column Griess Reaction and detection by UV absorption.

## SENSITIVITY

0.25 microgram per ml.

## APPARATUS AND EQUIPMENT

Volumetric flasks and pipettes in the usual range of sizes.

Gelman Acrodisc  disposable filter assembly 0.45 μm pore size.

Filter paper, 47 mm diameter 0.22 μm, Millipore Cat. No. GSWPO4700.

## REAGENTS

A.   Analytical Standards

Weigh and dissolve 0.1000 g of N-nitrosoglyphosate (CP76976) in 1000 ml of filtered deionized water. This concentrate contains 100 micrograms of CP76976 per milliliter. Subsequent dilutions of this concentrate are made as follows:

MCE  0329835

Confidential - Produced Subject to Protective Order

MONGLY04272219

| Milliliters Concentrate | Standard Dilution | Concentration Micrograms per ml |
|---|---|---|
| 1.0 | 100.0 | 1.0 |
| 2.0 | 100.0 | 2.0 |
| 3.0 | 100.0 | 3.0 |
| 5.0 | 100.0 | 5.0 |

HPLC standard solutions and dilutions are made with deionized water filtered through a 0.22 $\mu$ filter.

CP76976 solutions will decompose when exposed to UV light; therefore, precautions should be taken to avoid exposure to light such as storing in amber bottles under refrigeration.


PROCEDURE

Aliquots of CP76100 diet solutions are diluted appropriately to produce an analytical sample of 3 to 4 $\mu$g/ml concentration. A portion of this sample is filtered through a Gelman Acrodisc disposable filter assembly (0.45 $\mu$m pore size).


HPLC GRIESS POST COLUMN REACTOR SYSTEM

N-nitrosoglyphosate (CP76976) may be analyzed by using a high pressure liquid chromatograph interfaced with a detector specific for those compounds which hydrolyze in dilute acid to give nitrite. The detector is based on the use of the Griess reagent and the components needed for the construction of this detection system are outlined below. A general schematic and flow diagram is presented in Figure 1 while subsequent Figures 2-4 present detailed assembly diagrams for the areas labeled A, B and C in Figure 1. Several general comments concerned with the assembly and maintenance of this detection system are also presented.

A.  Equipment and Supplies

Waters 6000A pump

Waters U6K injector (for manual injection) or Varian 8500 autosampler.

Waters Model 440 absorption detector fitted with a 546 nm filter.

Spectrum 1021 Filter Amplifier

MCE  0329836

Confidential - Produced Subject to Protective Order

Technicon Proportioning pump I.

Technicon heating bath (105-A-101-01, 37$^{\circ}$ C) modified by placing heating element under control of a Therm-O-Watch model L7-600.

Pump tube (Technicon 116-0549P03) 0.05 ml/min - Orange/Blue - one required.

Pump tube (Technicon 116-0549P06) 0.23 ml/min - Orange/White - three required.

Pump tube (Technicon 116-0549P08) 0.42 ml/min - Orange/Orange - two required.

Pump tube (Technicon 116-0549P11) 1.00 ml/min - Grey/Grey - one required - several extra pieces are useful for sleeving 1/16" teflon and stainless steel tubing.

Cactus "HS" Connector (Technicon 116-0207-05) - one required.

"A10" Connector (Technicon 116-B034-01) - two required.

"PT4" Connector (Technicon 116-B038-01) - one required.

Mixing Coils (Technicon 116-0127-04) - two required.

Heating Bath Coil [Technicon 105-1128-02 (inner) or 105-1123-02 (outer)] - one required.

C3 Debubbler (Technicon 116-0202P03) - one required.

Pulse Suppressor (Technicon 116-B044P02) - two required.

N5 Nipples (Technicon 116-0002P01) - seven required.

N8 Nipples (Technicon 116-0003P01) - thirteen required.

N13 Nipples (Technicon 116-0061P01) - two required.

Tubing, Acid Flex (Technicon 116-0529P02) - two feet- used for sleeving all bath exit connections.

Tubing, Polyethylene (Technicon 116-0454-01) - two feet - used for sleeving all glass/glass and all glass/N5 connections.

Tubing weights (Technicon 116-0454-01).

MCE   0329837

Tubing, Tygon 1/6" i.d. x 1/8" o.d. - enough for reagent lines from bottles to pump tube connections.

Tubing, Teflon - 3 mm i.d. x 1/16" o.d. - six feet - for cooling bath.

Beaker (2 liter) filled with water to serve as a cooling bath.

Glass tubing.

B.   Reagents

Brij 35, 6% Solution (Fisher CS-285-2 diluted 1-5).

Hydrobromic Acid, 24% Solution (Mallinckrodt 0410 diluted 1-2).

Methanol LC grade.

Potassium dihydrogen phosphate.  HPLC grade.

Phosphoric Acid, concentrated.  HPLC grade.

N-1-napthylethylene diamine dihydrochloride (NED) (Fisher Scientific N-30), 0.1% solution in distilled water.

Sulfanilamide (Aldrich S652-5), 1% solution in 10% HCl.

Technicon Wetting Agent (Technicon T21-0332) - 1 ml/liter.

C.   Buffer Solution Preparation

Prepare 0.07 M potassium dihydrogen phosphate ($KH_2PO_4$) by dissolving 38.1 g in four liters of 17.5% (v/v) methanol/deionized water.  This solution is allowed to cool to room temperature and then is adjusted to pH 2.2 with concentrated phosphoric acid.  Normal HPLC degassing procedures are followed as the solution is filtered through an 0.22 μm millipore filter.

D.   HPLC Conditions

| | |
|---|---|
| Column: | Partisil SAX, 25 cm x 4.6 mm i.d. |
| Column Temperature: | Ambient |
| Buffer Flow Rate: | 1.5 ml/min |
| Pressure: | ∿1500 psi |

MCE  0329838

Confidential - Produced Subject to Protective Order

### E.   General Comments

During the construction of all sleeved glass/glass and glass/N5 nipple connections the glass should be moistened with 2 drops of cyclohexanone to insure a good seal.  Every effort should be made to have the pieces which are being connected to be butted together.

After the system has been constructed all lines should be conditioned by pumping an 0.01% Technicon wetting solution through them for 4-6 hours followed by a distilled water rinse for an equal period of time.

When starting turn all pumps and the detector on for 30 minutes prior to use.  If an air bubble becomes trapped in the detector cell it can be removed by disconnecting the line from the cell to the AAI pump and alternately drawing and forcing liquid through the cell with a syringe containing water until the bubble is removed.  Distilled water or a dilute Brij solution should be pumped through the detector system for 30 minutes prior to turning the autoanalyzer pump off.  It is advised that all pump tubes be replaced at one week intervals.

### F.   Quantitation

Sample quantitation is based on the relative peak height or peak area of the sample to standard peak heights or areas across the range of expected sample concentrations.

### G.   Reference

Singer, G.M.; Singer, S.S. and Schmidt, D.G.; J. Chromatogr., 133 (1977) 59-66.

## CALCULATIONS

Quantitation of analytical samples is done by interpolation from a standard calibration curve of peak area or peak height versus CP76976 concentration in micrograms per milliliter.

Because the HPLC standards are made of CP76976 (M.W. 198.08) and the diet solutions contain CP76100 (M.W. 220.07), the sodium salt of CP76976, HPLC data must be corrected to give the equivalent CP76100 concentrations.  Thus,

CP76976 conc. x 1.111 = CP76100 conc.

MCE 0329839

Confidential - Produced Subject to Protective Order

13.

When HPLC data are converted to CP76100 equivalents, the concentration of the original CP76100 diet solution is calculated by multiplication by the appropriate dilution factor.



Confidential - Produced Subject to Protective Order

MONGLY04272224

# Figure 1

# GENERAL N-NITROSO DETECTOR SCHEMATIC



Confidential - Produced Subject to Protective Order

MCE 0329841

MONGLY04272225



**Figure 2**

# Detailed Section A of General Schematic
## (Manifold to Heater)



SL =1/4" OD x 1/6" ID Tygon tubing
    1/2" long connects glass to nipple
    or to glass.
N5 =Technicon N5 nipple (116-0002-P)
N1S=Technicon N13 nipple (116-0061-P)

Confidential - Produced Subject to Protective Order

MONGLY04272226

## Figure 3

# Detailed Section B of General Schematic
# (Heating and Cooling Area)



From Mixing Coil

SL

See Insert Below

**AutoAnalyzer I Heating Bath with** DC550 oil temperature controlled at 91°C with Therm-O-Watch

**2 ℓ** water cooling bath containing 6' of 1/8" X 3mm ID Teflon tubing

MCE 0329843



Acid

Cooling Coil

Flex

3/4" sleeve of acid flex tubing with N5 nipple to 2" of 0.051 ID (G/G) Technicon pump tube sleeved to 1/8" X 3 mm ID Teflon tubing.

**SL=1/4" OD X 1/8" ID Tygon** tubing 1/2" long connects glass to nipple or to glass.

16.

Confidential - Produced Subject to Protective Order

MONGLY04272227

## Figure 4

## Detailed Section C of General Schematic
## (Debubbler and Detector Areas)



C3  = Technicon C3 debubbler (116-0202P03)
G/G = Technicon 0.05" id tubing
N5  = Technicon N5 nipple (116-0002-P01)
N8  = Technicon N8 nipple (116-0003-P01)
PD  = Technicon pulse suppressor (116-B044-P02)
SL  = 1/4" OD x 1/8" ID Tygon tubing
      1/2" long connects glass to glass
SS1 = 1/8" x 0.01" ID x 2" long SS
      tubing for detector cell entry line
SS2 = 1/8" x 0.02" ID x 6" long SS
      tubing for detector cell exit line

# CP76100 DIET MONITOR

0.25 µg/ml Std.

Control
Diet Solution



MCE   0329845

Confidential - Produced Subject to Protective Order

19.

## CP76100 DIET MONITOR



15.0 mg/ml                    5.0 standard

MCE  0329846

Confidential - Produced Subject to Protective Order                    MONGLY04272230

20.

## VI. APPENDIX B

All analytical data on CP76100 can be found in Monsanto notebooks 1503401 and 1889301.

MCE   0329847

Confidential - Produced Subject to Protective Order

MONGLY04272231

21.

## VII.   APPENDIX C

Project Cost Estimate

CML        3 man-months

pg

MCE    0329848

Confidential - Produced Subject to Protective Order

MONGLY04272232