# EXHIBIT 14

Message

| | |
|---|---|
| **From**: | FARMER, DONNA R [AG/1000] [/o=Monsanto/ou=NA-1000-01/cn=Recipients/cn=180070] |
| on behalf of | FARMER, DONNA R [AG/1000] |
| **Sent**: | 7/31/2015 5:33:46 PM |
| **To**: | 'John Acquavella' [acquajohn@gmail.com] |
| **Subject**: | RE: a question |
| **Attachments**: | NNG overview.docx |

Sorry

**From:** FARMER, DONNA R [AG/1000]
**Sent:** Friday, July 31, 2015 12:32 PM
**To:** 'John Acquavella'
**Subject:** RE: a question

John,

Attached is a summary written by Steve Wratten.

Yes it is nitrosable ... N-Nitroso-Glyphosate (NNG) is an impurity that arises via reaction of glyphosate with nitrosating agents during or after manufacture.

While we have no evidence to say it is a carcinogen (see attached) what we rely on globally is this:

"regulatory risk assessment (USEPA) has determined that even potent nitrosamine carcinogens would not be expected to create risk concerns if present in pesticides at levels of 1 ppm or lower. Therefore, as a general policy standard, regulators globally have accepted that nitrosamine impurities are unavoidable in some amine-based pesticides, and that they do not require special testing or risk assessment if the levels are at 1 ppm or lower. Monsanto therefore prefers to carefully control against NNG formation rather than to engage in scientific debate around its biological activity."

So in addition to this being our spec...when we went to get an FAO spec it was included:

http://www.fao.org/fileadmin/templates/agphome/documents/Pests_Pesticides/Specs/glypho01.pdf

Donna

**From:** John Acquavella [mailto:acquajohn@gmail.com]
**Sent:** Friday, July 31, 2015 11:56 AM
**To:** FARMER, DONNA R [AG/1000]
**Subject:** a question

Donna:

I am reviewing the Lee et al. paper for my subgroup meeting. It did not find any association for glyphosate and cancer. However, the paper had some text that struck me as speculative:

Of the 16 insecticides, four were nitrosatable (carbaryl, carbofuran, famphur, nicotine), whereas 10 of the 14 herbicides were nitrosatable (2,4,5-T, 2,4-D as dialkylamine salts, which are the source of nitrosamine contamination, atrazine, cyanazine, dicamba, EPTC, glyphosate, metolachlor, propachlor, trifluralin). Only five of the nitrosatable derivatives of the herbicides (2,4,5-T, 2,4-D, EPTC, glyphosate, trifluralin), but all four nitrosatable derivatives of the insecticides had evidence or were judged to be likely to be animal carcinogens

I guess the authors have a theory about nitrosatable derivatives of pesticides being the carcinogenic moiety. Is glyphosate really nitrosatable and is the related derivative judged likely to be an animal carcinogen as they say?

Regards,

John

Confidential - Produced Subject to Protective Order                                      MONGLY01185583