# EXHIBIT 15

# This document is to remain under seal pursuant to PTO #15, ECF No. 186