# EXHIBIT 16

Message

| | |
|---|---|
| From: | MACINNES, ALISON [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=AAMACI] |
| Sent: | 5/19/2014 7:01:07 PM |
| To: | KOCH, JOHN D [AG/1630] [/O=MONSANTO/OU=NA-1630-01/cn=Recipients/cn=147620]; ADAMS, STEPHEN A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=113797] |
| CC: | MENGEL, WAYNE A [AG/1630] [/O=MONSANTO/OU=NA-1630-01/cn=Recipients/cn=66837]; ADAMS, STEPHEN A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=113797]; FLAGG, LISA M [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=551087]; WINTERTON, GAGE [AG/1000] [/O=MONSANTO/OU=NA-1560-01/cn=Recipients/cn=131293] |
| Subject: | RE: MEA Salt scavenger to keep NNG low and plant test |

John,

Steve can make a better comment around the regulatory aspect of this question. As for the chemical questions I have some comments. We know that both sodium sulfite and ascorbic acid work when added as an ingredient to the premix formulation in controlling NNG. Sodium sulfite is not on the approved inerts list for food use. Steve is working to try and get this approval but it's not going to be a quick process. Ascorbic acid is approved for food use but we are having problems with the stability of the formulation – in particular the color of the final formulation. It should be green but the ascorbic acid is turning it brown on standing at RT in a couple of days. We are going to try other potential scavenger such as urea, phenol and sodium thiosulfate which are registered for food use. That testing will be completed in the next couple of months.

I also have a concern around adding sodium sulfite to the MEA salt. In talking to Andy Dyszlewski he said the sodium sulfite is only stable at neutral pH. In an acidic solution it starts to convert into sodium sulfate which does not control NNG. We are doing testing right now to see how long it survives in the MEA glyphosate but those results will also not be available for at least another 2 weeks. We are completing so much work around NNG that there is a real backlog in the number of samples we can run through the analytical system. The MEA glyphosate solutions made with the 85% MEA are taking priority over the other samples so that we can qualify a supplier for the plant test. I don't know that we will have all of the NNG data on the other samples in time to make a decision for the plant test in June.

Thanks,

Alison


**From:** KOCH, JOHN D [AG/1630]
**Sent:** Thursday, May 15, 2014 7:31 AM
**To:** MACINNES, ALISON [AG/1000]; ADAMS, STEPHEN A [AG/1000]
**Cc:** MENGEL, WAYNE A [AG/1630]; ADAMS, STEPHEN A [AG/1000]; FLAGG, LISA M [AG/1000]; WINTERTON, GAGE

Confidential - Produced Subject to Protective Order                                                                                                                    MONGLY03771170

[AG/1000]

**Subject:** MEA Salt scavenger to keep NNG low and plant test

Alison and Steve,

After we do our testing of all the MEA supplier we should have good a idea if we need scavenger addition to the MEA salt.

If we find out we have to add it to the salt then I want to incorporate this into the June plant test to make sure it works on the salt before we go railcar volumes of MEA.

The questions I have to make this happen are the following:

1 – If we go with sodium sulfite will we have regulatory approve by June to allow us to add this material? How long does this process take?

If not the sulfite then will we add the oxalic acid and maybe later switch? What kind of timing are we talking about to get permission to add either of these two materials?

2 – Do we know much of the sodium sulfite or oxalic acid needs to added to the salt and when do it need added (before, during or after the reaction step)?

3 – I need supplier information for both these materials so I can get SDS. Wayne – If you have this could you send it to me.

Thanks, John

Confidential - Produced Subject to Protective Order   MONGLY03771172