# EXHIBIT 19

**This document is to remain under seal pursuant to PTO #15, ECF No. 186**