# EXHIBIT 22

Message

| | |
|---|---|
| **From:** | WRIGHT, DANIEL R [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=179096] |
| **Sent:** | 3/29/2013 4:52:04 PM |
| **To:** | FARMER, DONNA R [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=180070]; PETERS, DAVID W [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=177914]; AHLERS, ERIN M [AG/1000] [/O=MONSANTO/OU=NA-1630-01/CN=RECIPIENTS/CN=172788] |
| **CC:** | REAVIS, PAULA FLUKE [AG-Contractor/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=PFREAV]; ADAMS, STEPHEN A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=113797]; KLOPF, GARY J [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=162545]; DYSZLEWSKI, ANDREW D [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=102676] |
| **Subject:** | RE: C-6330 surfactant question |
| **Attachments:** | RE: C-6330 surfactant question |

Donna,

I have **not** approached Huntsman. Since I am not directly involved in the use of any of their products at this time, it would be best if the people that have more direct conversations with them make that contact.

My assumption is that Andy Dyszlewski and/or Gary Klopf or someone in purchasing would approach Huntsman.

Just fyi, the new SDS is attached for C-6330.

Dan

**From:** FARMER, DONNA R [AG/1000]
**Sent:** Friday, March 29, 2013 11:47 AM
**To:** PETERS, DAVID W [AG/1000]; WRIGHT, DANIEL R [AG/1000]; AHLERS, ERIN M [AG/1000]
**Cc:** REAVIS, PAULA FLUKE [AG-Contractor/1000]; ADAMS, STEPHEN A [AG/1000]
**Subject:** RE: C-6330 surfactant question

Good work-thanks Dan. Just to clarify Dan you have also approached Huntsman and we are waiting to hear back?

Sent with Good (www.good.com)

-----Original Message-----
**From:** PETERS, DAVID W [AG/1000]
**Sent:** Thursday, March 28, 2013 05:49 PM Central Standard Time
**To:** WRIGHT, DANIEL R [AG/1000]; AHLERS, ERIN M [AG/1000]

Confidential - Produced Subject to Protective Order                                          MONGLY04175012

**Cc:** REAVIS, PAULA FLUKE [AG-Contractor/1000]; FARMER, DONNA R [AG/1000]
**Subject:** RE: C-6330 surfactant question

Dan,

Thanks for the update.  We will remove the Prop65 statement from the two L&G formulations that are pending based on the e-mail.  Please forward a copy of the SDS when you receive it.

Erin,

One down and one to go!  We will need something from Huntsman of a Safe Harbor conclusion on the on the AGM-550.

Best regards,

Dave

**From:** WRIGHT, DANIEL R [AG/1000]
**Sent:** Thursday, March 28, 2013 5:42 PM
**To:** PETERS, DAVID W [AG/1000]; AHLERS, ERIN M [AG/1000]
**Subject:** Fw: C-6330 surfactant question

FYI

**From:** Pope, David [mailto:David.Pope@akzonobel.com]
**Sent:** Thursday, March 28, 2013 05:24 PM
**To:** WRIGHT, DANIEL R [AG/1000]
**Subject:** RE: C-6330 surfactant question

Hello Dan,

Good news. Our regulatory group has decided that we are able to remove the EO amount from our MSDS. As soon as the updated MSDS is available I will send you a copy.

Best regards,

David Pope

(913) 339-8923


**From:** WRIGHT, DANIEL R (AG/1000) [mailto:daniel.r.wright@monsanto.com]
**Sent:** Wednesday, March 27, 2013 3:19 PM
**To:** Pope, David
**Subject:** RE: C-6330 surfactant question


David,

Any update on this?

Dan Wright


**From:** Pope, David [mailto:David.Pope@akzonobel.com]
**Sent:** Monday, March 25, 2013 12:56 PM
**To:** WRIGHT, DANIEL R [AG/1000]
**Cc:** KLOPF, GARY J [AG/1000]; PETERS, DAVID W [AG/1000]; Solarski, S. (Steve); HERMAN, GREGORY R [AG/1000]
**Subject:** RE: C-6330 surfactant question


Hi Dan,

We are checking to see if we can update our MSDS. I should have an answer soon.

Thanks,

David Pope

(913) 339-8923

Confidential - Produced Subject to Protective Order                                                                                                         MONGLY04175014

**From:** WRIGHT, DANIEL R (AG/1000) [mailto:daniel.r.wright@monsanto.com]
**Sent:** Wednesday, March 20, 2013 3:04 PM
**To:** Pope, David
**Cc:** KLOPF, GARY J (AG/1000); PETERS, DAVID W (AG/1000); Solarski, S. (Steve); HERMAN, GREGORY R (AG/1000)
**Subject:** RE: C-6330 surfactant question


Attached is a copy of the SDS we currently have on file. Perhaps this is an old SDS?

Dan


**From:** WRIGHT, DANIEL R [AG/1000]
**Sent:** Wednesday, March 20, 2013 3:03 PM
**To:** Pope, David
**Cc:** KLOPF, GARY J [AG/1000]; PETERS, DAVID W [AG/1000]; Solarski, S. (Steve); HERMAN, GREGORY R [AG/1000]
**Subject:** C-6330 surfactant question


David,

Monsanto uses the C-6330 surfactant in a number of our Lawn and Garden products. On the SDS for the product, it shows that the surfactant contains <0.001% ethylene oxide.

We have received a communication from our ESH staff that this will cause an issue for us in California by requiring us to show a Prop. 65 warning on our product labels if we continue to use this surfactant.

Is this level of EO an actual value that is measured or is this a value that is shown just to cover the possibility that there may be some free EO in the product?

If it is not an actual measured value is there some way that this can be removed from the SDS?

I recall in the past with Flomo TD20A that this product was steam stripped which removed both any residual dioxane and free EO. If Akzo-Nobel cnnot simply remove the ethylene oxide amount from the SDS, would it be possible to steam strip this product?

Confidential - Produced Subject to Protective Order                                                                                                    MONGLY04175015

Please call me to discuss.

Regards,

Dan Wright

Monsanto Company

314-694-5778

_____

This email has been scanned for Viruses and Spam. For more information
please contact your local Business Unit Information Security representative.

_____

This e-mail message may contain privileged and/or confidential information, and is intended to be received only by persons entitled
to receive such information. If you have received this e-mail in error, please notify the sender immediately. Please delete it and
all attachments from any servers, hard drives or any other media. Other use of this e-mail by you is strictly prohibited.

All e-mails and attachments sent and received are subject to monitoring, reading and archival by Monsanto, including its
subsidiaries. The recipient of this e-mail is solely responsible for checking for the presence of "Viruses" or other "Malware".
Monsanto, along with its subsidiaries, accepts no liability for any damage caused by any such code transmitted by or accompanying
this e-mail or any attachment.


The information contained in this email may be subject to the export control laws and regulations of the United States, potentially
including but not limited to the Export Administration Regulations (EAR) and sanctions regulations issued by the U.S. Department of
Treasury, Office of Foreign Asset Controls (OFAC).  As a recipient of this information you are obligated to comply with all
applicable U.S. export laws and regulations.


_____

This email has been scanned for Viruses and Spam. For more information
please contact your local Business Unit Information Security representative.

_____

Confidential - Produced Subject to Protective Order                                                                                       MONGLY04175016

Confidential - Produced Subject to Protective Order                                                                                                   MONGLY04175017