# EXHIBIT 26

| | |
|---|---|
| **Message** | |
| **From:** | SALTMIRAS, DAVID A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=DASALT] |
| **Sent:** | 11/14/2014 1:01:50 PM |
| **To:** | DRIESSENS, SARAH [AG/5040] [/O=MONSANTO/OU=EA-5041-01/cn=Recipients/cn=SSDRIE] |
| **CC:** | HODGE-BELL, KIMBERLY C [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=KCHODG]; MIDGLEY, BRIAN [AG/5040] [/O=MONSANTO/OU=EA-5035-01/cn=Recipients/cn=94169]; VERWAEST, KIM [AG/5035] [/O=MONSANTO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KVERW]; VON MEREY, GEORG [AG/5040] [/O=MONSANTO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GVONM]; WEBB, ELIZABETH G [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=EGWEBB]; REDING, MARIE ANNE [AG/5040] [/O=MONSANTO/OU=EA-5041-01/cn=Recipients/cn=21058]; WRIGHT, DANIEL R [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=179096]; KOCH, MICHAEL S [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=MSKOCH] |
| **Subject:** | Re: Summary of our call on dermal absorption studies |

Sarah,

Thank you for the clarification on which formulation you are moving forward. Kimberly will monitored the dermal absorption study. Please confirm which other tox studies you will need and and timelines with Elizabeth.

Thanks,

David

Sent from my iPhone

On Nov 14, 2014, at 2:30 AM, "DRIESSENS, SARAH [AG/5040]" <sarah.driessens@monsanto.com> wrote:
All,
We just made the decision on which formulation to go for, for our L&G future EU fast action gel.
**It will be MON 76904, containing 1% glyphosate and 1% Pelgargonic acid.**
Therefore from now, all studies which will be initiated from now, please do them with MON 76904.
There is no value to do any testing with MON 76903, this formulation will not be used in US neither. In addion South American countries like Argentina/Brazil, do not accept any bridging from other formulations, neither if they are worst case.
As tox testings were already done with MON 76903, we can use these in the dossier and argue this is a similar/worst case formulation, which will be accepted in EU.
Georg, can you keep me updated on when tests will start. Please make sure we do all the studies according to the new data requirements, as submission is forecasted end 2015, early 2016.
Thanks

Let me know if you have more questions.

Kind regards
Sarah

**From:** HODGE-BELL, KIMBERLY C [AG/1000]
**Sent:** Thursday, November 13, 2014 10:59 PM
**To:** MIDGLEY, BRIAN [AG/5040]; VERWAEST, KIM [AG/5035]
**Cc:** DRIESSENS, SARAH [AG/5040]
**Subject:** RE: Summary of our call on dermal absorption studies

Below are answers to your questions and clarification for the studies

1. DTL needs a GLP Certificate of Analysis for the test substance (glyphosate).
2. Due to the timelines, please also send the formulation components for (at least) MON 76829. This will avoid a delay in the study if any issues arise trying to incorporate glyphosate into the gel.
3. Please send the 5g of glyphosate and 5g of pelargonic acid as separate samples (not as one sample e.g., 5 g of MON XXXX + 5 g Pelargonic acid).
4. **Q: Sarah and/or Brian** have there been a decision on which formulation (MON 76903 or MON 76904) will be tested? If not, please let me know when you anticipate a decision will be made. Also, please keep in mind that if this study is delayed, we will potentially lose the slot at the lab thus delaying receipt of the final report.

*Best regards,*
*Kimberly*
(314) 694-8244 Phone
(314) 694-5071 Fax
<image001.jpg>


**From:** MIDGLEY, BRIAN [AG/5040]
**Sent:** Thursday, November 13, 2014 10:37 AM
**To:** VERWAEST, KIM [AG/5035]; HODGE-BELL, KIMBERLY C [AG/1000]
**Cc:** DRIESSENS, SARAH [AG/5040]
**Subject:** FW: Summary of our call on dermal absorption studies

Kim, as you may know a series of dermal penetration studies is about to start at DTL in the UK and they will need quite a few samples.
Can you please organize/request the shipment to DTL: here is the list of requirements (see also message below):

MON 76829 – hi-load gel:
- 50 ml of blank formulation  - contains all of the formulation ingredients except the test substance (**Q: I'm not sure what kind of gel will form without the MON 78623**)
- 5 g of MON 78623
- If blank formulation is not feasible then 50 ml or g of each formulation component

MON 79346 – Picante:
- 50 ml of blank formulation  - contains all of the formulation ingredients except the test substance (**Q: Sarah does this means no glyphosate and no pelargonic acid?**)
- 5 g of MON 0139 + 5 g Pelargonic acid

- <!--[if !supportLists]--><!--[endif]-->If blank formulation is not feasible then 50 ml or g of each formulation component

MON 79632 – 360 Cayenne:
- <!--[if !supportLists]--><!--[endif]-->50 ml of blank formulation - contains all of the formulation ingredients except the test substance
- <!--[if !supportLists]--><!--[endif]-->5 g of MON 78623
- <!--[if !supportLists]--><!--[endif]-->If blank formulation is not feasible then 50 ml or g of each formulation component

MON 76258 – Roundup gel (with Kathon biocide):
- <!--[if !supportLists]--><!--[endif]-->50 ml of blank formulation - contains all of the formulation ingredients except the test substance (**Q: I'm not sure what kind of gel will form without the MON 0139**)
- <!--[if !supportLists]--><!--[endif]-->5 g of MON 0139
- <!--[if !supportLists]--><!--[endif]-->If blank formulation is not feasible then 50 ml or g of each formulation component

MON 76903 or MON 76904 – fast acting gel: (**Q: Sarah, please indicate which product + supply composition**)
- <!--[if !supportLists]--><!--[endif]-->50 ml of blank formulation - contains all of the formulation ingredients except the test substance (**Q: Sarah does this means no glyphosate and no pelargonic acid?**)
- <!--[if !supportLists]--><!--[endif]-->5 g of MON 0139 + 5 g Pelargonic acid (**I'm assuming it's based on MON 0139**)
- <!--[if !supportLists]--><!--[endif]-->If blank formulation is not feasible then 50 ml or g of each formulation component

All samples need the following information
- <!--[if !supportLists]--><!--[endif]-->Storage requirements
- <!--[if !supportLists]--><!--[endif]-->Recipe + instructions to make the FP (from blank + active as well as from scratch using all components)
- <!--[if !supportLists]--><!--[endif]-->CoA with expiry date (**Q: Kimberley can you confirm that this needs to be a GLP CoA, it looks to me like a non-GLP CoA would be ok**)

The attachment states on page 14 "Please note that it is a requirement of GLP that each test substance and reference substance should be appropriately identified (and signed/dated) with: name; batch number; purity; composition; concentration; expiry date and storage conditions. Please use the name that is to appear in the study report. Alternative names and reference numbers should be avoided."

Let's discuss if this is not clear.
Brian.


**From:** HODGE-BELL, KIMBERLY C [AG/1000]
**Sent:** Thursday, November 06, 2014 12:24 AM
**To:** MIDGLEY, BRIAN [AG/5040]; DRIESSENS, SARAH [AG/5040]; REDING, MARIE ANNE [AG/5040]
**Cc:** WEBB, ELIZABETH G [AG/1000]; SALTMIRAS, DAVID A [AG/1000]; FLUZIN, AUDREY [AG/5040]; VERWAEST, KIM [AG/5035]
**Subject:** RE: Summary of our call on dermal absorption studies

Brian,

Below is a standard list of requirements from DTL for **each** sample (see page 9 in the attachment):

- 50ml of blank material. This contains all the components of the concentrate formulation(s) in the correct proportions except the test substance.
- 5g of unlabelled test substance
- 50ml sample of each of these components (if no blank material available).
- Storage requirements including whether the test material should be stored below a particular temperature or at ambient laboratory temperature.
- Certificate of Analysis for the test substance
- Details of the 'recipe' detailing mixing instructions, including any specific processes, including if they need heating at any stage etc.
- Details of any required dilutions of the test substance (note: large dilutions may compromise detection limits due to the inability to incorporate sufficient radioactivity into the dose applied.)
- It is a GLP requirement that the expiry (or reanalysis) date and the storage conditions are documented on the test substance container. This will only be required for unlabelled active ingredients and ready to use or reference formulations.

Also, please see pages 14-17 for the instructions to ship materials to DTL.


*Best regards,*
*Kimberly*
(314) 694-8244 Phone
(314) 694-5071 Fax
<image001.jpg>


**From:** MIDGLEY, BRIAN [AG/5040]
**Sent:** Tuesday, November 04, 2014 10:48 AM
**To:** HODGE-BELL, KIMBERLY C [AG/1000]; DRIESSENS, SARAH [AG/5040]; REDING, MARIE ANNE [AG/5040]
**Cc:** WEBB, ELIZABETH G [AG/1000]; SALTMIRAS, DAVID A [AG/1000]; FLUZIN, AUDREY [AG/5040]; VERWAEST, KIM [AG/5035]
**Subject:** RE: Summary of our call on dermal absorption studies

Kimberly, Sarah, as discussed last week – we can ship formulation and ingredient samples to DTL but we need to get clear on sample sizes. Do we already have an idea of what quantities DTL requires?  In previous trials we shipped 1g to 100g depending on what the samples was – but we worked this out with DTL.
For each formulation below I think we need to send:
- Sample of each formulation ingredient
- Sample of a blank formulation (with active substance missing)
- Sample of the formulation – does this need a GLP COA?

Re the GLP COA – this can take some time and needs to be set up ASAP. The COA may arrive after the start of the study. Can we already prioritize the products below to get things moving? Or do we have some time?

Best regards, Brian.


**From:** DRIESSENS, SARAH [AG/5040]
**Sent:** Friday, October 31, 2014 3:52 PM

**To:** MIDGLEY, BRIAN [AG/5040]; HODGE-BELL, KIMBERLY C [AG/1000]; REDING, MARIE ANNE [AG/5040]
**Cc:** WEBB, ELIZABETH G [AG/1000]; SALTMIRAS, DAVID A [AG/1000]; FLUZIN, AUDREY [AG/5040]
**Subject:** RE: Summary of our call on dermal absorption studies


Thanks, Brian,

For MON 76258 we just need to make sure we do the test with the new Biocide. We are in the process of applying a minor change to biocide Kathon, Since we are not 100% sure this will be accepted I suggest you first start with the other formulations, in the next 2-3 months we will have a better view on this
So the Priority list become
MON 76829 – hi-load gel ASAP request from authorities
MON 79346 – Picante for post annex I renewal
MON 79632 – 360 Cayenne for post annex I renewal
MON 76258 – Roundup gel (minor change biocide ongoing, make sure we do the test with the correct biocide) for post annex I renewal
MON 76903 or MON 76904 for new submission end 2015

Kind regards Sarah



**From:** MIDGLEY, BRIAN [AG/5040]
**Sent:** Tuesday, October 28, 2014 6:54 PM
**To:** HODGE-BELL, KIMBERLY C [AG/1000]; DRIESSENS, SARAH [AG/5040]; REDING, MARIE ANNE [AG/5040]
**Cc:** WEBB, ELIZABETH G [AG/1000]; SALTMIRAS, DAVID A [AG/1000]
**Subject:** RE: Summary of our call on dermal absorption studies

Kimberly, sorry for the delay please find attached composition sheets for:

MON 76829 – hi-load gel
MON 76258 – Roundup gel
MON 79346 – Picante
MON 79632 – 360 Cayenne
I think you also need the composition of MON 79603 – but I don't have this.

Sarah, did I miss any others?

Best regards, Brian.

**From:** HODGE-BELL, KIMBERLY C [AG/1000]
**Sent:** Monday, October 27, 2014 10:07 PM
**To:** MIDGLEY, BRIAN [AG/5040]; DRIESSENS, SARAH [AG/5040]; REDING, MARIE ANNE [AG/5040]
**Cc:** WEBB, ELIZABETH G [AG/1000]; SALTMIRAS, DAVID A [AG/1000]
**Subject:** RE: Summary of our call on dermal absorption studies

Hello Brian,

As you may already know, I am the St. Louis point of contact for the dermal absorption studies. Today, we received the signed authorization letter from DTL and we are now ready to start working with them on protocols and study details. Please let me know the status of the full composition of the formulation and organizing the shipment for all samples (including glyphosate acid) per the actions items from Sarah's email below.

*Best regards,*
*Kimberly*

---

Kimberly Hodge-Bell, PhD, DABT
Senior Toxicologist
<image001.jpg>
Monsanto Company
800 North Lindbergh Boulevard
Mailcode - O2B
St. Louis, MO 63167
(314) 694-8244 Phone
(314) 694-5071 Fax

**From:** DRIESSENS, SARAH [AG/5040]
**Sent:** Friday, October 10, 2014 2:24 AM
**To:** WEBB, ELIZABETH G [AG/1000]; RATLIFF, PAUL G [AG/1000]; MIDGLEY, BRIAN [AG/5040]; HODGE-BELL, KIMBERLY C [AG/1000]; SALTMIRAS, DAVID A [AG/1000]; WRIGHT, DANIEL R [AG/1000]
**Cc:** REDING, MARIE ANNE [AG/5040]
**Subject:** RE: Summary of our call on dermal absorption studies

All,
First of all, thank you for your presence at the call. Let me summarize on what we decided and the next steps forward:

Background:
A Dermal absorption study for high load gel is needed because of a pending request from 2 authorities (UK, Denmark) in a zonal evaluation process in EU. If we use the default value we do not pass the risk assessment.

Status L&G products and composition
-MON 76829 contains 72 g/L glyphosate K salt. Registration in EU, Australia, South Africa of MON 76829 is expected in Dec 2015. Launch therefore is foreseen in FY2017.
-MON 76903 or MON 76904 (to be decided based on field trial results) submission foreseen Dec 2015 in EU, South Africa, Australia. Contains 2 actives: glyphoate 7,5 g ae /L IPA salt and Pelargonic acid (resp. 13.6 and 9,1 g ae/L). Launch after FY2018
-MON 76258 is the commercial gel in EU, Australia, contains 7,2 g ae/L IPA salt
- MON 79346 is the commercial RTU it contains 7,2 g ae/L glyphosate IPA salt and 20,4 g ae/L Pelargonic acid (pure). MON 79346 represents a worst case for our main RTU in EU MON 76610 (7,2 g ae/L glyphosate IPA salt and 10,2 g ae/L Pelargonic acid (pure))
MON 79632 is an Ag formulation. 360 g ae/L glyhosate K salt.

What and when:

It was decided that we would do the study with the formulation for which a zonal dossier was submitted in EU: **MON 76829**.
A minor change of MON 76829 to MON 76886 will be submitted to authorities after receiving registration of MON 76829.
Dermal absorption studies with other formulations (MON 76258, MON 79632 MON 79346 and MON 76903 or MON 76904) needed for post annex I renewal dossiers will be done later on but before Feb 2015.

A draft report of the dermal absorption with MON 76829 will be available in March 15, a final report in April 15. This will be communicated to the authorities.

<u>Next steps, actions</u>
-Elisabeth needs to discuss protocol and study details (gel specifics) with Brian and the lab, (Next week)
-Brian to organize shipment via Antwerp for all samples except fast action gel (MON 76903 or MON 76904) (in the coming weeks)
- Brian to send the around the full compositions of the formulations which will be tested
-Sarah to let the team know, which fast action gel based on field trial results: MON 76903 or MON 76904 will be used for submission in EU, Australia and South Africa and therefore which formulation should be tested (before mid December). - Afterwards sample shipment of MON 76903 or MON 76904 should be organized from US or from Antwerp if by then Antwerp still has access to the new polymer.

Let me know if I need to add something.

Thanks Sarah

**From:** RATLIFF, PAUL G [AG/1000]
**Sent:** Thursday, October 09, 2014 5:05 PM
**To:** DRIESSENS, SARAH [AG/5040]
**Subject:** Summary

Sarah,
Who would be best to summarize the activity we discussed this morning? I would like to know:
- <!--[if !supportLists]--><!--[endif]-->Mon number
- <!--[if !supportLists]--><!--[endif]-->Study to be conducted
- <!--[if !supportLists]--><!--[endif]-->Timing of the study (start and finish)
- <!--[if !supportLists]--><!--[endif]-->Launch timing of formula


Is that something you could put together?

Paul

Confidential - Produced Subject to Protective Order                                                                                         MONGLY05359552