# EXHIBIT 28

Message

| | |
|---|---|
| **From:** | GARNETT, RICHARD P [AG/5040] [/O=MONSANTO/OU=EA-5040-01/CN=RECIPIENTS/CN=107838] |
| **Sent:** | 9/23/2002 11:27:37 AM |
| **To:** | COCKBURN, ANDREW [AG/8050] [/O=MONSANTO/OU=EA-8050-01/cn=Recipients/cn=590682]; TENCALLA, FRANCESCA [AG/5040] [/O=MONSANTO/OU=EA-5040-01/CN=RECIPIENTS/CN=169392]; COYETTE, BRIGITTE [AG/5040] [/O=MONSANTO/OU=EA-5040-01/CN=RECIPIENTS/CN=94966]; REDING, MARIE ANNE [AG/5040] [/O=MONSANTO/OU=EA-5040-01/CN=RECIPIENTS/CN=21058]; MARTENS, MARK A [AG/5040] [/O=MONSANTO/OU=EA-5040-01/CN=RECIPIENTS/CN=21606]; BROECKAERT, FABRICE [AG/5040] [/O=MONSANTO/OU=EA-5040-01/CN=RECIPIENTS/CN=591489]; MEREGALLI, GIOVANNA [AG/5040] [/O=MONSANTO/OU=EA-5040-01/CN=RECIPIENTS/CN=609597] |
| **Subject:** | RE: Issues handling for glyphosate |

-----Original Message-----
**From:** GARNETT, RICHARD P [AG/5040]
**Sent:** 23 September 2002 10:45
**To:** COCKBURN, ANDREW [AG/8050]; TENCALLA, FRANCESCA [AG/5040]; COYETTE, BRIGITTE [AG/5040]; REDING, MARIE ANNE [AG/5040]; MARTENS, MARK A [AG/5040]; BROECKAERT, FABRICE [AG/5040]; MEREGALLI, GIOVANNA [AG/5040]
**Subject:** Issues handling for glyphosate

Herewith a summary of our meeting on 28 August (with apologies for the delay). Please review and send me your comments and amendments so that it can be circulated more widely. Thanks to everyone for their enthusiastic contributions.
regards richard

Background
There was a view that "issues" could be better handled. This had been highlighted by the French team with regard to the handling of the sea urchin paper in spring 2002.

Discussion
- there was some discussion on the sea urchin case. General agreement was that, in the end, it had been resolved satisfactorily but that, particularly in the early days, we had suffered because no-one had "picked up" the issue and driven the response.
- it was proposed that the Biotech FTO model could improve the process
  - reactive: one central coordinator to whom issues are sent and who organises the response (allocates to an expert, or creates a team, or "kills" the issue immediately
  - create position statements and simple journalistic issues summaries available on an intranet site; monthly output.
  - proactive: planned "outreach" to key influence groups and people
- most of the discussion was about improving the procedure

Actions
- RG was proposed as coordinator and filter for glyphosate issues in Europe, with Brigitte Coyette as back up and support.
  - formalise the issues handling process (which is largely in place but ad hoc)
  - create named, cross-functional team of experts and responsibilities.
  - inform countries and request they send in issues as they occur.
  - follow up with 3 questions for countries: current issues, future issues, key NGO activities
- Highlight what already exists  (ACTION: RG and team)
  - PSAS intranet site has details of responses to past issues (many of which repeat themselves)
  - poisons advice web site being developed
  - publicise existing "outreach" work (Pelfrene, Parry, Doll, EUROTOX, etc)
  - European Glyphosate Association (EGA) activities: Independent Expert Group (environmental impact);
- Initiate new outreach (ACTION: team and countries)
  - utilise the Saldman team in France?
  - GM replace FT on the UIPP ecotox group

- FB participate in French toxicology society
- EGA: further development into tox. and other issues?
- RG/team explore and prioritise other opportunities
- Formalise issues handling at country level (again largely in place but needs formalising)

Confidential - Produced Subject to Protective Order            MONGLY06414232