# EXHIBIT 29

Message

| | |
|---|---|
| **From**: | GARNETT, RICHARD P [AG/5040] [/O=MONSANTO/OU=EA-5041-01/CN=RECIPIENTS/CN=107838] |
| **Sent**: | 11/7/2008 5:36:14 PM |
| **To**: | GOLDSTEIN, DANIEL A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=527246]; SALTMIRAS, DAVID A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=DASALT]; MANNION, RHONDA M [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=226139]; OPHOFF, HOLGER [AG/5278] [/O=MONSANTO/OU=EA-5278-01/cn=Recipients/cn=548564] |
| **Subject**: | tallow amine situation in Germany - tox issues |

All,

I have been very remiss in not meeting a promise to Holger to set up a conf call to address this issue during this week. Can we do it next week please? Late afternoon/early evening on Monday/Tuesday (after 17.30 BE time) or Wednesday (after 18.00) would work for me.

To respond to the allegations from the BVL/BfR we suggest 4 areas of preparation:
1. Continue to try to get clarity on the incident of lung lesions in a forest worker
2. Epidemiology: summarise the data on exposures to tallow amine containing glyphosate products. As far as we are aware there are no incidents of lung lesions similar to that alleged in Germany
3. Toxicology: counter the allegation on synergistic effects of tallow amine with glyphosate
4. Protective equipment: in countries where we have drift spraying recommendations for Roundup, respiratory protection is required. This is not new. We can add this to the label in Germany if there are uses which require it. Ironically, we believe that the product involved may be from Cheminova, in which case there is no hazard warning on the label, unlike the irritant label for Roundup classic.

The goals are:
1. Protect tallow amine formulations
2. Protect formulations containing other surfactants, particularly etheramines which the BVL/BfR are already expressing some concern over
3. Regulation on the basis of risk as required by the legislation

Thanks and regards
Richard

Confidential - Produced Subject to Protective Order                                                                                                              MONGLY06449761