# EXHIBIT 30

Confidential - Subject to Protective Order

```
 1            UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA

 2

 3    IN RE: ROUNDUP          )

      PRODUCTS LIABILITY      )   MDL No. 2741

 4    LITIGATION              )

      _____  )   Case No.

 5    THIS DOCUMENT RELATES    )   16-md-02741-VC

      TO ALL CASES            )

 6

 7            TUESDAY, JANUARY 31, 2017

 8    CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

 9                   - - -

10            Videotaped deposition of David A.

11    Saltmiras, Ph.D., held at the offices of

12    HUSCH BLACKWELL, L.L.C., 190 Carondelet

13    Plaza, Suite 600, St. Louis, Missouri,

14    commencing at 9:03 a.m., on the above date,

15    before Carrie A. Campbell, Registered

16    Diplomate Reporter, Certified Realtime

17    Reporter, Illinois, California & Texas

18    Certified Shorthand Reporter, Missouri &

19    Kansas Certified Court Reporter.

20                   - - -

21

              GOLKOW TECHNOLOGIES, INC.

22       877.370.3377 ph | 917.591.5672 fax

                 deps@golkow.com

23

24

25
```

Confidential - Subject to Protective Order

1  highlighted.

2        Q.    Okay.  Let's move on.

3              Dr. Saltmiras, you described

4  dermal tracking through the kidneys.

5              Does that mean that you use

6  urine biomarkers to measure it?

7        A.    Dermal absorption does not

8  occur through the kidney.  I'm sorry.

9              Could you ask a question you're

10  trying to get the answer to perhaps?

11        Q.    Okay.  I'll read from the

12  record.  "Any glyphosate that is absorbed

13  through the skin is excreted extremely

14  rapidly as its filtered through the kidney

15  and urinated out."

16              Is that your position -- I

17  mean, is that correct?  Is that how you just

18  testified, or would you like to correct that?

19        A.    No, that's perfectly accurate

20  as to what I had said.  It is just the

21  question was unclear to me the way you had

22  posed it.

23        Q.    Okay.  But actually the --

24  you're aware that it's more appropriate to

25  measure -- the excretion is significantly

Confidential - Subject to Protective Order

1   more in the feces than in the urine for

2   dermal absorption of Roundup, right?

3              MR. COPLE:  Objection.  Lacks

4         foundation.

5              THE WITNESS:  There is no

6         scientific basis for saying that

7         glyphosate absorbed through the skin

8         is found in the feces.  That's utter

9         nonsense.  I don't know where you're

10        coming up with this.

11             (Saltmiras Exhibit 5-25 marked

12        for identification.)

13  QUESTIONS BY MR. LITZENBURG:

14        Q.    Well, sir, let's see what David

15  Saltmiras said at the beginning of his tenure

16  at Monsanto instead of in this deposition

17  room with me.

18             MR. COPLE:  Argumentative.

19        Object to counsel's prefatory remarks.

20  QUESTIONS BY MR. LITZENBURG:

21        Q.    25.  Copy for counsel.

22             And if you need time to review

23  it, let me know and we'll go off the record.

24        A.    Yes, I will need time to review

25  it because it's several pages long --