# EXHIBIT 32

| | |
|---|---|
| **Message** | |
| **From**: | HAUPFEAR, ERIC A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=177538] |
| **Sent**: | 12/20/2007 7:34:50 PM |
| **To**: | GRAHAM, JEFF A CROP [AG/1000] [jeff.a.crop.graham@monsanto.com]; GOLDSTEIN, DANIEL A [AG/1000] [daniel.a.goldstein@monsanto.com]; FARMER, DONNA R [AG/1000] [donna.r.farmer@monsanto.com] |
| **Subject**: | RE: Question re metallic ions in glyphosate |

Dan,

We could look back at old spectral results to see if any Sb was detected...however, if it was detected, since we never calibrated for Sb, we will not be able to provide a quantitative level, but just a qualitative "it was detected." To quantitate would then be to calibrate the method for Sb and run new samples.

Please advise if there are any steps you would like for us to take that would be useful.

Eric


-----Original Message-----
From: GRAHAM, JEFF A CROP [AG/1000]
Sent: Wednesday, December 19, 2007 2:54 PM
To: GOLDSTEIN, DANIEL A [AG/1000]; FARMER, DONNA R [AG/1000]; HAUPFEAR, ERIC A [AG/1000]
Subject: Re: Question re metallic ions in glyphosate

Eric Haupfear, who leads Process Chemistry, can answer your question.

Jeff
Jeffrey A. Graham
Monsanto Company - O2G
St. Louis, MO 63167
M:314-422-4088
O:314-694-6310

----- Original Message -----
From: GOLDSTEIN, DANIEL A [AG/1000]
To: GRAHAM, JEFF A CROP [AG/1000]; FARMER, DONNA R [AG/1000]
Sent: Wed Dec 19 14:36:30 2007
Subject: Question re metallic ions in glyphosate


   Jeff; some experimental work with antimony catalysis in glyphosate production (you probably know far more about this than I do) has raised a question about antimony in the final product.

   My own feeling, given what I know of elemental P sources, was that antimony was likely in our $PCl_3$, and this has been confirmed by the process chem folks, but there seem to be no data on antimony in final product.

   I know we have used rare earth and other isotopic metallic tracers in our products at some times in the past. If I recall, the analysis method used for these traces was ICP-MS. If this is the case, Sb certainly should have left a signal. Whether we bothered to record it or not, and/or whether the spec data would contain the answer if we look back at it, I have no idea.

   Any chance that we actually have the answer to this sitting in hand already??


   PLEASE NOTE:  NO decision has been made that we need to answer this question. If we happen to know, that is fine, but I am NOT suggesting analytical work be initiated on this….. Just thought we might have it.

                                                                                                            Dan


Daniel A. Goldstein, M.D.
Senior Science Fellow
Director, Medical Toxicology

Confidential - Produced Subject to Protective Order                                                    MONGLY02478386

Monsanto Company, A2NE
800 N. Lindbergh Blvd.
St Louis, MO  63167,  USA

Telephone:      314-694-6469
Facsimile:      314-694-5925
Mobile:         314-922-5845

Confidential - Produced Subject to Protective Order                                                                                           MONGLY02478387