# EXHIBIT 33

Message

| | |
|---|---|
| From: | HAUPFEAR, ERIC A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=177538] |
| Sent: | 2/20/2001 2:26:28 PM |
| To: | HAUPFEAR, ERIC A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=177538]; HERZIG, REED [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=211585]; KLOPF, GARY J [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=162545]; JORGENSON, AMY L [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=99614] |
| Subject: | RE: NNG in MON CR2 conc. |
| Importance: | High |

FYI... I mis-spoke below... the spec is actually 1 ppm (not 0.1 ppm).

Also, I wanted to ask everyone to please not forward the note below any further...

My opening sentence in my note below could be interpreted as more "alarming" than this really is (the problem of giving a sentence proper tone in an e-mail)... and I don't want to start or imply an unnecessary fire drill. This impurity is related to things that are coming into our system with the GI or with the W-building water supply rather than the process itself.

Really all we need to do is just monitor it over the next few weeks in our CR2 runs...

Eric

-----Original Message-----
From:       HAUPFEAR, ERIC A [AG/1000]
Sent:       Tuesday, February 20, 2001 7:59 AM
To:         HERZIG, REED [AG/1000]; KLOPF, GARY J [AG/1000]; JORGENSON, AMY L [AG/1000]
Subject:    RE: NNG in MON CR2 conc.
Importance: High

Thanks for the result... but actually this *IS NOT* a good result...

I'll run through the math...

Crystallizer Concentration = 0.26 ppm.

Flow from the Crystallizer Purge = ~50 ml/min x (1.1 gram/ml) = 55 gram/min

NNG Flow from Crystallizer = 0.26 ppm x $(1/10^6)$ x 55 gram/min = 0.0000143 gram/min
     (THE ABOVE REPRESENTS THE MAKE RATE OF NNG IN THE SYSTEM)

Total "Glyphosate" Produced (I am assuming this was when we were feeding 25% GI slurry to process) =
          50 ml/min x 1.1 gram/ml x 25% x (169/227) = 10.24 gram/min production rate

Concentration of NNG in Glyphosate: (0.0000143 / 10.24) = 1.4 ppm!! (Our spec is 0.1 ppm!!)

Now the question is whether or not this concentration is "abnormal" due to the harsh conditions, or if this result is an anomaly.

AMY: We should get a few of the recent 3/4 rate runs with real recycle analyzed for NNG.

Eric

-----Original Message-----
From:    HERZIG, REED [AG/1000]
Sent:    Monday, February 19, 2001 8:31 AM
To:      HAUPFEAR, ERIC A [AG/1000]; KLOPF, GARY J [AG/1000]
Subject: FW: NNG in MON CR2 conc.

Sorry about the initial scare.

Confidential - Produced Subject to Protective Order

Eric, let me know if you want to pursue analysis of other matrices.

Reed

-----Original Message-----
**From:** NORD, PAUL J [AG/1000]
**Sent:** Saturday, February 17, 2001 6:34 PM
**To:** NORD, PAUL J [AG/1000]; HERZIG, REED [AG/1000]
**Subject:** NNG in MON CR2 conc.

Reed,
    NNG in CR2 sample analyzed NBP 6913369 Atlas workbook # pjnord01-0215-0919
    The result looks good.  The NNG peak was sitting on top of a broad, high baseline shift that I have never seen before, which is what put detector peak off-scale for the first dilution.

| Sample Type | SAMPLE Lot/Sam# | Storage (other) | NNG (ppm) |
|---|---|---|---|
| CR2 conc. | process sam. | Final | 0.26 |

Paul

Confidential - Produced Subject to Protective Order

MONGLY04683605