Joe G. Hollingsworth (admitted *pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (admitted *pro hac vice*)
(elasker@hollingsworthllp.com)
Rosemary Stewart (admitted *pro hac vice*)
(rstewart@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant,*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: ALL ACTIONS | |

### NOTICE OF CHANGE IN COUNSEL

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that ROSEMARY STEWART, formerly of Hollingsworth LLP, hereby withdraws as attorney of record for Defendant Monsanto Company in this action. Counsel of record for Defendant otherwise remains unchanged.

| | |
|---|---|
| DATED: March 15, 2017 | Respectfully submitted, |
| | /s/  Rosemary Stewart |
| | Rosemary Stewart (admitted *pro hac vice*) |
| | (rstewart@hollingsworthllp.com) |
| | HOLLINGSWORTH LLP |
| | 1350 I Street, N.W. |
| | Washington, DC  20005 |
| | Telephone:  (202) 898-5800 |
| | Facsimile:   (202) 682-1639 |
| | |
| | *Attorneys for Defendant,* |
| | *MONSANTO COMPANY* |

- 2 -
NOTICE OF CHANGE IN COUNSEL
3:16-md-02741-VC