PAGES 1 - 9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE VINCE CHHABRIA

IN RE: ROUNDUP PRODUCTS            )
LIABILITY LITIGATION,              ) NO. C 16-2741 VC
                                   ) SAN FRANCISCO, CALIFORNIA
_____)

WEDNESDAY, MARCH 8, 2017

**TRANSCRIPT OF TELEPHONIC PROCEEDINGS OF THE OFFICIAL ELECTRONIC**

**SOUND RECORDING 10:06 A.M. - 10:15 A.M.**

**APPEARANCES**:

| | |
|---|---|
| **FOR PLAINTIFFS** | THE MILLER FIRM, LLC |
| | 108 RAILROAD AVENUE |
| | ORANGE, VIRGINIA 22960 |
| BY: | **MICHAEL J. MILLER, ESQUIRE** |
| | **JEFFREY A. TRAVERS, ESQUIRE** |
| | |
| | WEITZ AND LUXENBERG, P.C. |
| | 700 BROADWAY |
| | NEW YORK, NEW YORK 10003 |
| BY: | **ROBIN L. GREENWALD, ESQUIRE** |
| | **PEARL ROBERTSON, ESQUIRE** |
| | |
| | ANDRUS WAGSTAFF PC |
| | 6315 ASCOT DRIVE |
| | OAKLAND, CALIFORNIA 94611 |
| BY: | **KATHRYN M. FORGIE, ESQUIRE** |

(FURTHER APPEARANCES ON FOLLOWING PAGE)

*TRANSCRIBED BY: JOAN MARIE COLUMBINI, CSR #5435, RPR*
               *RETIRED OFFICIAL COURT REPORTER, USDC*

```
 1   (APPEARANCES CONTINUED):

 2   FOR PLAINTIFFS          ANDRUS WAGSTAFF, PC
                             7171 W. ALASKA DRIVE
 3                           LAKEWOOD, COLORADO 80226
                        BY:  DAVID WOOL, ESQUIRE
 4
                             BAUM HEDLUND ARISTEI AND GOLDMAN PC
 5                           12100 WILSHIRE BOULEVARD SUITE 950
                             LOS ANGELES, CALIFORNIA 90025-7106
 6                      BY:  MICHAEL LIN BAUM, ESQUIRE
                             PEDRAMM ESFANDIARY, ESQUIRE
 7
                             ANDRUS ANDERSON LLP
 8                           155 MONTGOMERY STREET
                             SUITE 900
 9                           SAN FRANCISCO, CALIFORNIA 94104
                        BY:  LELAND HUMPHREY BELEW, ESQUIRE
10
                             LUNDY, LUNDY SOILEAU & SOUTH, LLP
11                           501 BROAD ST.
                             P.O. BOX 3010
12                           LAKE CHARLES, LOUISIANA  70601
                        BY:  RUDY SOILEAU, ESQUIRE
13

14   FOR DEFENDANT MONSANTO  HOLLINGSWORTH LLP
     COMPANY:                1350 I STREET NW
15                           WASHINGTON, D.C. 20005
                        BY:  JOE HOLLINGSWORTH, ESQUIRE
16                           HEATHER PIGMAN, ESQUIRE

17

18

19

20

21

22

23

24

25
```

```
 1  WEDNESDAY, MARCH 8, 2017                              10:06 A.M.
 2  (TRANSCRIBER'S NOTE: DUE AT TIMES TO COUNSELS' FAILURE TO
 3  IDENTIFY THEMSELVES WHEN SPEAKING, CERTAIN SPEAKER
 4  ATTRIBUTIONS ARE BASED ON EDUCATED GUESS.)
 5                            ---O0O---
 6                           PROCEEDINGS
 7          **THE CLERK:**  CALLING CASE NO. 16-MD-2741, IN RE:
 8  ROUNDUP PRODUCT LIABILITY LITIGATION.
 9          COUNSEL, PLEASE STATE YOUR APPEARANCES FOR THE
10  RECORD.
11          **MS. GREENWALD:**  ROBIN GREENWALD FOR THE PLAINTIFFS.
12          **MR. MILLER:**  GOOD MORNING, YOUR HONOR.  MICHAEL
13  MILLER FOR PLAINTIFFS.
14          **MS. ROBERTSON:**  GOOD MORNING.  PEARL ROBERTSON FOR
15  PLAINTIFFS.
16          **MS. FORGIE:**  GOOD MORNING, YOUR HONOR.  KATHRYN
17  FORGIE FOR THE PLAINTIFFS.
18          **MR. BELEW:**  GOOD MORNING, LELAND BELEW FROM ANDRUS
19  ANDERSON FOR THE PLAINTIFFS.
20          **MR. SOILEAU:**  RUDY SOILEAU FOR THE PLAINTIFFS.
21          **THE COURT:**  COUNSEL, IT'S THE DEFENDANT'S TURN.
22  ANYONE FROM THE DEFENDANTS?
23          **MR. HOLLINGSWORTH:**  GOOD MORNING, YOUR HONOR.  THIS
24  IS JOE HOLLINGSWORTH FOR MONSANTO COMPANY.
25          **MS. PIGMAN:**  AND HEATHER PIGMAN FOR MONSANTO COMPANY.
```

1  **THE COURT:** OKAY. SO IT LOOKS LIKE THERE IS
2  RELATIVELY LITTLE TO DISCUSS TODAY, VERY LITTLE TO DISCUSS
3  TODAY. DID YOU ALL GET THE DEPOSITION SCHEDULED FOR
4  ACQUAVELLA?
5  **MR. MILLER:** YOUR HONOR, THIS IS MIKE MILLER, IF I
6  CAN? WE'VE BEEN WORKING TOGETHER. I THINK JOHN ACQUAVELLA IS
7  ON VACATION. ANTICIPATING WHEN THE DEFENDANTS CAN GET AHOLD OF
8  HIM, THEY'LL GET BACK TO ME WITH A DATE. THEY PROVIDED ONE
9  DATE WHICH WAS NOT AVAILABLE. I'M SURE WE'LL GET IT WORKED
10 OUT.
11 **THE COURT:** OKAY. AND THEN THAT LEAVES DR. MARTIN'S.
12 I'VE READ THE SUBMISSIONS OF THE PARTIES, AND I AM INCLINED TO
13 ALLOW THE PLAINTIFFS TO TAKE GO AHEAD AND TAKE MR. MARTIN'S
14 DEPOSITION. YOU KNOW, I THINK IT'S CLOSE QUESTION, BUT I WANT
15 TO SORT OF BREAK THE TIE IN FAVOR OF ALLOWING THE DISCOVERY.
16 AND GIVEN THE CIRCUMSTANCES, IT DOESN'T SEEM PRACTICAL TO WAIT
17 UNTIL THE PLAINTIFFS HAVE RECEIVED THE DOCUMENTS. SO I'M GOING
18 TO ALLOW MR. MARTIN'S DEPOSITION TO BE TAKEN AND BEFORE THE --
19 BEFORE THE DISCOVERY CUTOFF.
20 IS THERE ANYTHING ELSE THAT WE CAN -- AND I ASSUME
21 THAT DOES IT, RIGHT? THAT'S IT WITH RESPECT TO -- THERE SHOULD
22 BE NO MORE DISPUTES OR ISSUES WITH RESPECT TO DOCUMENT
23 CUSTODIANS AND NO MORE DISPUTES OR ISSUES WITH RESPECT TO
24 DEPOSITIONS; IS THAT RIGHT?
25 **MR. MILLER:** I THINK FOR FACT WITNESSES, YOUR

1  HONOR -- THIS IS MIKE MILLER AGAIN, AND I THINK THAT'S PROBABLY
2  TRUE. ROBIN?
3          **MS. GREENWALD:** I AGREE, YOUR HONOR, YES, AND MIKE,
4  ABSOLUTELY.
5          **THE COURT:** OKAY. SO IS THERE ANYTHING ELSE THAT I
6  CAN DO FOR YOU ALL?
7          **MR. MILLER:** NO, YOUR HONOR.
8          **THE COURT:** ALL RIGHT.
9          **UNIDENTIFIED SPEAKER:** I DON'T THINK SO.
10         **THE COURT:** I'M SORRY?
11         **UNIDENTIFIED SPEAKER:** THANK YOU FOR ACCOMMODATING US
12  TODAY, VERY MUCH.
13         **THE COURT:** OH, NO PROBLEM.
14         COUPLE OTHER THINGS. ONE, I SHOULD HAVE A RULING FOR
15  YOU ON ALL OF THE PENDING ISSUES WE'VE BEEN DISCUSSING ABOUT
16  EPA RELEVANCE, ROLAND DEPOSITION, MOTION TO QUASH, SEALING, ET
17  CETERA, I'LL HAVE THAT OUT FOR YOU SHORTLY, ALMOST CERTAINLY
18  THIS WEEK.
19         AND THEN DO WE HAVE ANOTHER CASE MANAGEMENT
20  CONFERENCE OR STATUS CONFERENCE SCHEDULED RIGHT NOW?
21         **UNIDENTIFIED SPEAKER:** I THINK WE HAVE TO SCHEDULE
22  ONE.
23         **THE COURT:** OKAY. WHEN -- WHEN SHOULD WE HAVE THE
24  NEXT STATUS CONFERENCE?
25         **UNIDENTIFIED SPEAKER:** SHOULD WE DO IT RIGHT AT THE

1  END OF THE CLOSE OF DISCOVERY MAYBE?  I DON'T KNOW WHAT OTHER
2  PEOPLE'S THOUGHT IS.  WE HAVE A LOT TO DO BETWEEN NOW AND
3  APRIL 17TH.  SO IT MIGHT MAKE SENSE TO DO IT RIGHT AFTER THAT.
4  MIKE, JOE, WHAT DO YOU THINK?
5          **UNIDENTIFIED SPEAKER:**  WE'RE AGREEABLE TO SOMETHING
6  IN THE NEIGHBORHOOD OF POST APRIL 7TH.
7          **THE COURT:**  THAT'S FINE WITH ME.  I MEAN, YOU ALL ARE
8  NOT SHY PEOPLE, AND IF YOU NEED TO -- YOU KNOW, SOMETHING --
9  YOU KNOW, IF YOU HAVE SOME PROBLEM THAT YOU NEED MY
10 INTERVENTION FOR, YOU CAN ALWAYS, YOU KNOW -- YOU KNOW, HASTILY
11 ARRANGE A STATUS CONFERENCE OR SOMETHING LIKE THAT.
12         BUT IF -- SHORT OF THAT, IF YOU WANT TO FOCUS ON
13 GETTING DONE ALL THE THINGS YOU NEED TO GET DONE BEFORE THE
14 CUTOFF, THAT'S FINE, AND WE CAN JUST SCHEDULE A STATUS
15 CONFERENCE AFTER THE CUTOFF.
16         I MEAN, I GUESS ONE QUESTION IS, YOU KNOW, IS A
17 STATUS CONFERENCE RIGHT AFTER THE CUTOFF NECESSARY?  WE COULD
18 PUT IT ON CALENDAR, AND YOU ALL COULD -- YOU KNOW, IF WHEN THE
19 TIME COMES, YOU ALL WILL JUST SAY, YOU KNOW -- IF YOU ALL ARE
20 IN A POSITION TO SAY, NO, WE'RE JUST READY TO DO OUR BRIEFS NOW
21 AND, YOU KNOW, DO OUR -- I GUESS, DEPOSE EXPERTS AND STUFF, AND
22 WE'LL SEE YOU IN OCTOBER, THAT'S FINE, TOO.
23         SO SHOULD WE DO THAT?  SHOULD WE PUT SOMETHING ON
24 CALENDAR FOR LATE APRIL WITH THE UNDERSTANDING THAT YOU CAN
25 TAKE IT OFF IF THERE'S NOTHING TO DISCUSS?

```
 1              UNIDENTIFIED SPEAKER:  THAT MAKES SENSE TO ME, YOUR
 2   HONOR.  THAT SOUNDS GOOD.
 3              THE COURT:  OKAY.  KRISTIN, WHEN SHOULD WE HAVE IT?
 4   I THINK WHETHER IT'S -- KRISTIN WAS ASKING WHETHER IT WILL BE
 5   IN PERSON OR OVER THE TELEPHONE, AND I THINK THAT WILL
 6   DEPEND -- WE'LL SCHEDULE IT FOR IN PERSON AS OF NOW.  BUT,
 7   AGAIN, IF IT'S SIMILAR TO THIS STATUS CONFERENCE AND YOU DECIDE
 8   THAT YOU WANT TO CONVERT IT TO TELEPHONIC, THAT WILL BE FINE,
 9   TOO, BUT LET'S SET IT FOR IN PERSON FOR NOW.
10              THE CLERK:  (INDISCERNIBLE.)
11              THE COURT:  SURE.
12              THE CLERK:  (INDISCERNIBLE).
13              THE COURT:  YEAH, WE SHOULD BE WRAPPING UP A JURY
14   TRIAL THEN.  SO KRISTIN IS SUGGESTING WE DO IT THE AFTERNOON OF
15   THE 27TH OF APRIL.
16              MR. MILLER:  THAT WORKS FOR MIKE MILLER ANYWAY, YOUR
17   HONOR.  ROBIN, IS THAT GOOD?
18              MS. GREENWALD:  YES.  WORKS GREAT, YOUR HONOR.  THANK
19   YOU.
20              MR. HOLLINGSWORTH:  YOUR HONOR, THE 27TH -- SORRY.
21   THIS IS JOE HOLLINGSWORTH.  THE 27TH IS ONE DATE THAT SEVERAL
22   OF US WOULD NOT BE ABLE TO MAKE HERE.
23              THE COURT:  OKAY.
24              MR. HOLLINGSWORTH:  I GUESS THE 26TH WOULDN'T BE VERY
25   GOOD EITHER.  WE COULD GO TO THE FOLLOWING WEEK OR THE PREVIOUS
```

1    WEEK.
2         **THE COURT:** YEAH.  KRISTIN WAS SUGGESTING THE 20TH,
3    LIKE THE -- ACTUALLY, THE 20TH WOULD BE OKAY BECAUSE WE ALL
4    LIKELY WOULD NOT BE IN TRIAL ON THE 20TH.  YEAH, SO THE 20TH
5    WOULD WORK.  THE AFTERNOON OF THE 20TH?
6         **MS. GREENWALD:** I CAN'T BE THERE, BUT MR. MILLER CAN
7    BE THERE, HOPEFULLY, AND SO I DON'T THINK WE ALL HAVE TO BE
8    THERE.  SO I DON'T WANT TO HOLD ANYTHING UP.
9         **MR. MILLER:** YOUR HONOR, IF I COULD SUGGEST -- THIS
10   IS MIKE MILLER -- PROBABLY THE WEEK OF MAY 1ST, BECAUSE IT MAY
11   BE MORE PRODUCTIVE.  OUR EXPERT REPORTS ARE DUE MAY 1, AND IF
12   THERE'S LOGISTICAL ISSUES, THAT CERTAINLY WOULD BE A TOPIC OF
13   DISCUSSION.
14        **THE COURT:** YEAH.  WHAT?
15        **THE CLERK:** (INDISCERNIBLE.)
16        **THE COURT:** WHAT TIME IS THE MOTION SCHEDULED FOR?
17        **THE CLERK:** (INDISCERNIBLE.)
18        **THE COURT:** 10:00?  LET'S DO IT ON FRIDAY AFTERNOON.
19   LET'S DO THIS ON FRIDAY AFTERNOON.  ALTHOUGH IF -- IF WE DECIDE
20   THAT MOTION CAN BE DECIDED ON THE PAPERS, I MIGHT NOT BE HERE
21   THAT DAY, ACTUALLY.  SO...
22        YEAH.  WHAT ABOUT THE AFTERNOON OF MAY 11TH?
23        **MR. MILLER:** THAT'S OKAY WITH US, YOUR HONOR.  ROBIN?
24        **MS. GREENWALD:** MM-HMM, IT WOULD WORK.
25        **MR. MILLER:** JOE.

```
 1            MR. HOLLINGSWORTH:  YES, THAT LOOKS GOOD FOR US, YOUR
 2   HONOR.
 3            THE COURT:  ALL RIGHT.  AFTERNOON OF MAY 11TH.  I
 4   KNOW THAT IT'S GENERALLY PREFERRABLE FOR YOU ALL TO DO THESE IN
 5   THE MORNING, BUT MY TRIAL SCHEDULE HAS BLOWN UP.  I MEAN, I'VE
 6   GOT, BASICALLY, TRIAL BACK TO BACK TO BACK FOR THE NEXT SEVERAL
 7   MONTHS.  SO THIS ONE WILL HAVE TO BE IN THE AFTERNOON.  SO
 8   WE'LL DO MAY 11TH AT 2:00 O'CLOCK.
 9            UNIDENTIFIED SPEAKER:  VERY WELL, YOUR HONOR.  THANK
10   YOU.
11            MS. GREENWALD:  THANK YOU.
12            THE COURT:  ALL RIGHT.  THANKS VERY MUCH.
13            UNIDENTIFIED SPEAKER:  THANK YOU, YOUR HONOR.
14            UNIDENTIFIED SPEAKER:  THANKS VERY MUCH.
15            THE COURT:  BYE.
16            (PROCEEDINGS ADJOURNED AT 10:15)
17
18
19
20
21
22
23
24
25
```

|   |   |
|---|---|
| 1 | **CERTIFICATE OF TRANSCRIBER** |

    I CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY, OF THE ABOVE PAGES OF THE OFFICIAL ELECTRONIC SOUND RECORDING PROVIDED TO ME BY THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OF THE PROCEEDINGS TAKEN ON THE DATE AND TIME PREVIOUSLY STATED IN THE ABOVE MATTER.

    I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR, RELATED TO, NOR EMPLOYED BY ANY OF THE PARTIES TO THE ACTION IN WHICH THIS HEARING WAS TAKEN; AND, FURTHER, THAT I AM NOT FINANCIALLY NOR OTHERWISE INTERESTED IN THE OUTCOME OF THE ACTION.

*jmcolumbini*

JOAN MARIE COLUMBINI

MARCH 23, 2017