James G. O'Brien (SBN 308239)
ZOLL & KRANZ, LLC
6620 W. Central Avenue, Suite 100
Toledo, OH 43617
Tel.    (419) 841-9623
Fax    (419) 841-9719
Email   jim@toledolaw.com

*Counsel for Plaintiff Larry J. Faschingbauer*

Martin C. Calhoun (*pro hac vice*)
HOLLINGSWORTH LLP
13501 I Street, NW
Washington, DC 20005
Tel.(202) 898-5800
Fax (202) 682-1639
Email mcalhoun@hollingsworthllp.com

*Attorneys for Defendant Monsanto Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>LARRY J. FASCHINGBAUER v. MONSANTO COMPANY, as identified by this Court's case number: Civil Action No.   3:17-cv-659-VC | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Larry J. Faschingbauer and Defendant Monsanto Company, by and through their undersigned counsel, stipulate and agree as follows:

1.      Plaintiff commenced this action—*Faschingbauer v. Monsanto Company*, Case No. 3:17-cv-659—on February 9, 2017 in the Northern District of California.

2.      According to the Complaint, Plaintiff resided in Chippewa County, Wisconsin at all relevant times.  Chippewa County is in the Western District of Wisconsin.

ACCORDINGLY, the Parties STIPULATE and AGREE as follows:

1.     Plaintiffs stipulate to the voluntarily dismissal, without prejudice, of *Faschingbauer v. Monsanto Company*, Case No. 3:17-cv-659, and will re-file this action in the Western District of Wisconsin for transfer to MDL No. 2741 in the Northern District of California pursuant to 28 U.S.C. § 1407;

2.     The subsequent filing of *Faschingbauer v. Monsanto Company* in the Western District of Wisconsin will relate back to February 9, 2017, the date on which *Faschingbauer v. Monsanto Company*, Case No. 3:17-cv-659, was initially commenced in the Northern District of California; and,

3.     The Parties retain all rights, claims, and defenses regarding the statute of limitations that existed as of February 9, 2017 for all allegations, claims, and causes of action contained in *Faschingbauer v. Monsanto Company*, Case No. 3:17-cv-659.


March 23, 2017                    ZOLL & KRANZ, LLC

                                  By: */s/ James G. O'Brien*
                                  James G. O'Brien (SBN 308239)
                                  ZOLL & KRANZ, LLC
                                  6620 W. Central Ave., Suite 100
                                  Toledo, OH 43617
                                  Tel.    (419) 841-9623
                                  Fax     (419) 841-9719
                                  Email   jim@toledolaw.com

                                  *Counsel for Plaintiff Larry J. Faschingbauer*

March 23, 2017                    HOLLINGSWORTH LLP

                                  By: */s/ Martin C. Calhoun*
                                  Martin C. Calhoun (*pro hac vice*)
                                  HOLLINGSWORTH LLP
                                  13501 I Street, NW
                                  Washington, DC 20005
                                  Tel. (202) 898-5800
                                  Fax (202) 682-1639
                                  Email mcalhoun@hollingsworthllp.com

                                  *Attorneys for Defendant Monsanto Company*