James G. O'Brien (SBN 308239)
ZOLL & KRANZ, LLC
6620 W. Central Avenue, Suite 100
Toledo, OH  43617
Tel.   (419) 841-9623
Fax    (419) 841-9719
Email  jim@toledolaw.com

*Counsel for Plaintiffs Joseph E. Shipley and Margaret Shipley*

Martin C. Calhoun (*pro hac vice*)
HOLLINGSWORTH LLP
13501 I Street, NW
Washington, DC 20005
Tel. (202) 898-5800
Fax (202) 682-1639
Email mcalhoun@hollingsworthllp.com

*Attorneys for Defendant Monsanto Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>JOSEPH E. SHIPLEY, et al., v. MONSANTO COMPANY, as identified by this Court's case number:  Civil Action No. 3:17-cv-651-VC | **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Joseph E. Shipley and Margaret Shipley and Defendant Monsanto Company, by and through their undersigned counsel, stipulate and agree as follows:

1.      Plaintiffs commenced this action—*Shipley v. Monsanto Company*, Case No. 3:17-cv-651—on February 9, 2017 in the Northern District of California.

2.      According to the Complaint, Plaintiffs resided in Montgomery County, Iowa at all relevant times.  Montgomery County is in the Southern District of Iowa.

ACCORDINGLY, the Parties STIPULATE and AGREE as follows:

1.  Plaintiffs stipulate to the voluntarily dismissal, without prejudice, of *Shipley v. Monsanto Company*, Case No. 3:17-cv-651, and will re-file this action in the Southern District of Iowa for transfer to MDL No. 2741 in the Northern District of California pursuant to 28 U.S.C. § 1407;

2.  The subsequent filing of *Shipley v. Monsanto Company* in the Southern District of Iowa will relate back to February 9, 2017, the date on which *Shipley v. Monsanto Company*, Case No. 3:17-cv-651, was initially commenced in the Northern District of California; and,

3.  The Parties retain all rights, claims, and defenses regarding the statute of limitations that existed as of February 9, 2017 for all allegations, claims, and causes of action contained in *Shipley v. Monsanto Company*, Case No. 3:17-cv-651.

March 23, 2017

ZOLL & KRANZ, LLC

By: */s/ James G. O'Brien*
James G. O'Brien (SBN 308239)
ZOLL & KRANZ, LLC
6620 W. Central Ave., Suite 100
Toledo, OH 43617
Tel.   (419) 841-9623
Fax    (419) 841-9719
Email  jim@toledolaw.com

*Counsel for Plaintiffs Joseph E. Shipley and Margaret Shipley*

March 23, 2017

HOLLINGSWORTH LLP

By: */s/ Martin C. Calhoun*
Martin C. Calhoun (*pro hac vice*)
HOLLINGSWORTH LLP
13501 I Street, NW
Washington, DC 20005
Tel. (202) 898-5800
Fax (202) 682-1639
Email mcalhoun@hollingsworthllp.com

*Attorneys for Defendant Monsanto Company*