| | |
|---|---|
| 1 | **HOLLINGSWORTH LLP** |
| 2 | Joe G. Hollingsworth (*pro hac vice*)<br>Eric G. Lasker (*pro hac vice*) |
| 3 | 1350 I Street, N.W.<br>Washington, DC  20005 |
| 4 | Telephone:  202-898-5800<br>Facsimile:   202-682-1639 |
| 5 | Email: jhollingsworth@hollingsworthllp.com<br>           elasker@hollingsworthllp.com |
| 6 | *Attorneys for Defendant*<br>*MONSANTO COMPANY* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>*Weddel v. Monsanto Co.*,<br>Case No. 3:17-cv-00783-VC | |

**MONSANTO COMPANY'S**
**<u>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS</u>**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  March 28, 2017                                    Respectfully submitted,

<u>/s/ Joe G. Hollingsworth</u>
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*