UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| This document relates to: ALL ACTIONS | |

Pursuant to NDCal. Civil Local Rules 79-5 and 7-11, Plaintiffs hereby file this Administrative Motion to File under Seal.

## I. Action Requested

A ruling on whether the full, unredacted Plaintiffs' Motion to Strike Confidentiality Designation of Deposition of William Heydens, PhD., and its attachments, should be filed under seal.

## II. Reasons Supporting the Request

Pursuant to the Confidentiality Order in place for MDL 2741, any party wishing to use a document designated "confidential" in support of a motion must file an Administrative Motion such as this, to determine whether filing under seal is appropriate. Plaintiffs fully oppose such sealing for the reasons set forth in the substantive Motion, and based on the Court's strong admonitions on the subject but, in accordance with the Confidentiality Order and Monsanto's refusal to permit public filing yet again, are filing this Administrative Motion.

## III. **CONCLUSION.**

For the foregoing reasons, the Plaintiffs seek that the substantive Motion to Strike and its accompanying exhibits be unsealed by the Court, and said Motion also be granted.

DATED:  January 9, 2017					Respectfully submitted,

/s Robin Greenwald, Michael Miller and Aimee Wagstaff
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5500
F 212-344-5461

Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange VA 22960
Ph 540 672 4224
F 540 672 3055

Aimee Wagstaff
Aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood CO 80226
Ph 303-376-6360
F 303-376-6361

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2017 I electronically filed this Administrative Motion and using the CM/ECF system which will send a notification of such filing to counsel of record. I have separately served by e-mail the unredacted version of the Motion to Strike Confidentiality Designation on counsel for Monsanto.

/s/ Michael Miller

## DECLARATION PURSUANT TO CIVIL L.R. 7-11(a)

I, Michael Miller, declare:

1. I am a member of the executive committee of MDL 2741. I make this declaration in support of the above Administrative Motion to File Under Seal. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. The proposed filing quotes from and attaches the following documents, deemed "confidential" by Monsanto:
   William Heydens Deposition Transcript (Exhibit 6)
   William Heydens Deposition Exhibits (attached to underlying Motion as Exhibits 7-10)
   MONGLY00904753 (Exhibit 3)
   MONGLY00904754 (Exhibit 4)

N.B. the underlying motion seeks to remove confidentiality from the Heydens deposition and exhibits (Ex. 6-10) only; Exhibits 3 and 4 are intended to form the Court's decision on that Motion; however, as a matter of principle Plaintiffs oppose the ultimate sealing of those exhibits as well.

3. Plaintiffs have met and conferred in good faith with Defendants on the filing of these documents publicly and could not reach an agreement.

 I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of April 2017

/s/ Michael J Miller