UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE CONFIDENTIALITY DESIGNATION OF DEPOSITION OF WILLIAM HEYDENS PHD.** |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE CONFIDENTIALITY DESIGNATIONS OF DEPOSITION OF WILLIAM HEYDENS, PHD.

Having considered the papers and argument of counsel, it is hereby ORDERED as follows:

1. Plaintiff's Administrative Motion to File Under Seal is DENIED;

2. Plaintiffs' Motion to Strike Confidentiality Designations of Deposition of William Heydens, PhD. is GRANTED; and

3. Plaintiffs are to re-file each of the above in unredacted form, with the exhibits thereto, on the public docket within 7 days.

The Clerk is directed to send certified copies of this order to all counsel of record.

ENTER: this ___ day of _____ 2017.

_____

V. Chhabria, United States District Judge