

Erica T. Klenicki
dir 202 898 5836
eklenicki@hollingsworthllp.com

March 10, 2017

*Via Electronic and First-Class Mail*

Aimee H. Wagstaff, Esq.  
Andrus Wagstaff, PC  
7171 W. Alaska Drive  
Lakewood, CO 80226  

Robin Greenwald, Esq.  
Weitz & Luxenberg, P.C.  
700 Broadway  
New York, NY 10003

Michael J. Miller, Esq.  
The Miller Firm LLC  
The Sherman Building  
108 Railroad Ave.  
Orange, VA 22960

    Re:    MDL 2741; In re Roundup Products Liability Litigation  
              Confidentiality Designations for Farmer Transcripts

Dear Counsel:

    Pursuant to Paragraph 8 of the Protective and Confidentiality Order, we are maintaining the following confidentiality designations from William F. Heydens' deposition transcripts, taken on January 23 and 24, 2017:

    14:12-18:6

    18:7-23:19

    23:21-24:5

    29:24-49:18

    50:8-55:20

    63:9-64:24



Aimee H. Wagstaff, Esq.
Robin Greenwald, Esq.
Michael J. Miller, Esq.
March 10 2017
Page 2

      68:11-18

      69:23-79:22

      82:5-89:9

      91:7-106:22

      107:20-109:18

      110:25-118:6

      119:3-125:8

      125:23-152:18

      153:19-174:8

      177:14-178:23

      180:15-186:8

      187:4-201:15

      203:11-211:4

      215:18-237:12

      238:10-243:3

      251:20-254:4

      258:9-261:7

      264:16-276:17

      309:8-314:25



Aimee H. Wagstaff, Esq.
Robin Greenwald, Esq.
Michael J. Miller, Esq.
March 10 2017
Page 3

    318:3-321:23

    389:24-391:9

    394:11-396:25

    407:14-409:17

    412:6-420:15

    421:9-21

    455:8-23

    458:3-461:8

    463:8-467:3

Sincerely,

Erica T. Klenicki