

Erica T. Klenicki
dir 202 898 5836
eklenicki@hollingsworthllp.com

March 10, 2017

*Via Electronic and First-Class Mail*

Aimee H. Wagstaff, Esq.
Andrus Wagstaff, PC
7171 W. Alaska Drive
Lakewood, CO 80226

Robin Greenwald, Esq.
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003

Michael J. Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Ave.
Orange, VA 22960

    Re:    MDL 2741; In re Roundup Products Liability Litigation
              Confidentiality Designations for Farmer Transcripts

Dear Counsel:

    Pursuant to Paragraph 8 of the Protective and Confidentiality Order, we are maintaining the following confidentiality designations from William F. Heydens' deposition transcripts, taken on January 23 and 24, 2017:

    14:12-18:6

    18:7-23:19

    23:21-24:5

    29:24-49:18

    50:8-55:20

    63:9-64:24



Aimee H. Wagstaff, Esq.
Robin Greenwald, Esq.
Michael J. Miller, Esq.
March 10 2017
Page 2

68:11-18

69:23-79:22

82:5-89:9

91:7-106:22

107:20-109:18

110:25-118:6

119:3-125:8

125:23-152:18

153:19-174:8

177:14-178:23

180:15-186:8

187:4-201:15

203:11-211:4

215:18-237:12

238:10-243:3

251:20-254:4

258:9-261:7

264:16-276:17

309:8-314:25



Aimee H. Wagstaff, Esq.  
Robin Greenwald, Esq.  
Michael J. Miller, Esq.  
March 10 2017  
Page 3

318:3-321:23

389:24-391:9

394:11-396:25

407:14-409:17

412:6-420:15

421:9-21

455:8-23

458:3-461:8

463:8-467:3

Sincerely,

Erica T. Klenicki