UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 16-md-02741-VC <br><br> **PLAINTIFFS' AMENDED NOTICE TO TAKE VIDEOTAPED DEPOSITION OF JESUDOSS ROWLAND** |
| This document relates to: <br><br> ALL ACTIONS | |

**PLAINTIFFS' AMENDED NOTICE TO TAKE VIDEOTAPED DEPOSITION OF**

**JESUDOSS ROWLAND**

**TO: Defendant MONSANTO COMPANY** by and through its attorneys of record, Joe Hollingsworth, Eric Lasker, Hollingsworth LLP, 1350 I Street NW, Washington, DC 20005.

**TO: Jesudoss Rowland,** by and through his attorneys of record, Jon Jacobs, Jacobs LLC, 1100 New Hampshire Avenue, N.W. Suite 300 Washington, D.C. 20037; and Andrew Stewart, Vinson & Elkins, 2200 Pennsylvania Ave NW, Suite 500 West, Washington DC

Please take notice that pursuant to Rule 30 and Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel, will take the videotaped deposition upon oral examination of **Jesudoss Rowland** at Vinson & Elkins, 2200 Pennsylvania Ave NW, Suite 500 West, Washington DC 20037 on April 24, 2017 beginning at 12:00p.m. The deposition will be taken before a person authorized by law to administer oaths, pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will continue day-to-day until the examination is completed. The witness shall produce the documents identified in Exhibit A, at least 7 days before deposition. The subpoena served upon the EPA and Mr. Rowland is incorporated herein by reference; the date is superseded by this Notice and the scope of deposition may be altered by subsequent agreement with the United States of America or by Court Order.

DATED:  April 6, 2017                          Respectfully submitted,

/s Robin Greenwald, Michael Miller and
Aimee Wagstaff
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5500
F 212-344-5461

Michael Miller
mmiller@millerfirmllc.com

The Miller Firm LLC
108 Railroad Ave
Orange VA 22960
Ph 540 672 4224
F 540 672 3055

Aimee H. Wagstaff
Aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood CO 80226
Ph 720-255-7623

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2017 I electronically filed this Amended Notice using the CM/ECF system which will send a notification of such filing to counsel of record, and additionally served upon Mr. Rowland's personal counsel.

/s/ Michael Miller