1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  1350 I Street, N.W.
   Washington, DC  20005
3  Tel:     202-898-5800
   Fax:     202-682-1639
4  Email: jhollingsworth@hollingsworthllp.com

5  *Attorneys for Defendants*
   WILBUR-ELLIS COMPANY LLC and
6  WILBUR-ELLIS FEED, LLC

7

8                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
9

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Pennie*, *et al.*, *v. Monsanto Co.*, *et al.*, Case No. 3:17-cv-01711-VC | |

15         **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS**
           <u>**WILBUR-ELLIS COMPANY LLC AND WILBUR-ELLIS FEED, LLC**</u>
16

17  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

18         **PLEASE TAKE NOTICE** that Joe G. Hollingsworth, of HOLLINGSWORTH LLP,

19  hereby enters his first appearance in the above-captioned matter as counsel for defendants

20  WILBUR-ELLIS COMPANY LLC and WILBUR-ELLIS FEED, LLC, and respectfully requests

21  that all pleadings, notices, orders, correspondence, and other papers in connection with this

22  action be served upon him at the above address.

- 2 -

| | |
|---|---|
| 1 | DATED: April 6, 2017 | Respectfully submitted, |

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendants
WILBUR-ELLIS COMPANY LLC and
WILBUR-ELLIS FEED, LLC