1  **HOLLINGSWORTH LLP**
   Eric G. Lasker (*pro hac vice*)
2  1350 I Street, N.W.
   Washington, DC  20005
3  Tel:    202-898-5800
   Fax:    202-682-1639
4  Email: elasker@hollingsworthllp.com

5  *Attorneys for Defendants*
   *WILBUR-ELLIS COMPANY LLC and*
6  *WILBUR-ELLIS FEED, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Pennie*, *et al.*, *v. Monsanto Co.*, *et al.*, Case No. 3:17-cv-01711-VC | |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS**
**WILBUR-ELLIS COMPANY LLC AND WILBUR-ELLIS FEED, LLC**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Eric G. Lasker, of HOLLINGSWORTH LLP, hereby enters his first appearance in the above-captioned matter as counsel for defendants WILBUR-ELLIS COMPANY LLC and WILBUR-ELLIS FEED, LLC, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

| | |
|---|---|
| DATED: April 6, 2017 | Respectfully submitted, |

/s/ Eric G. Lasker
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendants
WILBUR-ELLIS COMPANY LLC and
WILBUR-ELLIS FEED, LLC