**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:   202-898-5800
Fax:   202-682-1639
Email: jhollingsworth@hollingsworthllp.com
           elasker@hollingsworthllp.com

*Attorneys for Defendants*
*WILBUR-ELLIS COMPANY LLC and*
*WILBUR-ELLIS FEED, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Pennie*, *et al.*, *v. Monsanto Co.*, *et al.*, Case No. 3:17-cv-01711-VC | |

**CORPORATE DISCLOSURE STATEMENT OF**
**WILBUR-ELLIS COMPANY LLC AND WILBUR-ELLIS FEED, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, defendants Wilbur-Ellis Company LLC and Wilbur-Ellis Feed, LLC make the following disclosures:

1. Wilbur-Ellis Company LLC is a wholly owned subsidiary of Wilbur-Ellis Holdings II, Inc., a Delaware corporation.

2. Wilbur-Ellis Feed, LLC is a wholly owned subsidiary of Wilbur-Ellis Holdings II, Inc., a Delaware corporation.

3. Wilbur-Ellis Holdings II, Inc. is a wholly owned subsidiary of Wilbur-Ellis Holdings, Inc., a Delaware corporation.

4. No publicly-traded company owns 10% or more of the stock of Wilbur-Ellis Company LLC or Wilbur-Ellis Feed, LLC.

| | |
|---|---|
| DATED: April 6, 2017 | Respectfully submitted,<br><br>/s/ Joe G. Hollingsworth<br>Joe G. Hollingsworth (*pro hac vice*)<br>(jhollingsworth@hollingsworthllp.com)<br>Eric G. Lasker (*pro hac vice*)<br>(elasker@hollingsworthllp.com)<br>HOLLINGSWORTH LLP<br>1350 I Street, N.W.<br>Washington, DC  20005<br>Telephone:  (202) 898-5800<br>Facsimile:  (202) 682-1639<br><br>Attorneys for Defendants<br>WILBUR-ELLIS COMPANY LLC and<br>WILBUR-ELLIS FEED, LLC |