**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:   202-898-5800
Fax:   202-682-1639
Email: jhollingsworth@hollingsworthllp.com
         elasker@hollingsworthllp.com

*Attorneys for Defendants*
*WILBUR-ELLIS COMPANY LLC and*
*WILBUR-ELLIS FEED, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Pennie*, *et al.*, *v. Monsanto Co.*, *et al.*, Case No. 3:17-cv-01711-VC | |

**CONSENT AND JOINDER OF WILBUR-ELLIS**
**COMPANY LLC AND WILBUR-ELLIS FEED, LLC TO REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446(b)(2)(A), defendants Wilbur-Ellis Company LLC and Wilbur-Ellis Feed, LLC hereby join and consent to removal, as filed by defendant Monsanto Company.

| | | |
|---|---|---|
| 1 | DATED:  April 6, 2017 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Joe G. Hollingsworth |
| | | Joe G. Hollingsworth (*pro hac vice*) |
| 4 | | (jhollingsworth@hollingsworthllp.com) |
| | | Eric G. Lasker (*pro hac vice*) |
| 5 | | (elasker@hollingsworthllp.com) |
| | | HOLLINGSWORTH LLP |
| 6 | | 1350 I Street, N.W. |
| | | Washington, DC  20005 |
| 7 | | Telephone:  (202) 898-5800 |
| | | Facsimile:  (202) 682-1639 |
| 8 | | |
| 9 | | Attorneys for Defendants |
| | | WILBUR-ELLIS COMPANY LLC and |
| 10 | | WILBUR-ELLIS FEED, LLC |

- 2 -

WILBUR-ELLIS' CONSENT AND JOINDER TO REMOVAL
3:16-md-02741-VC & 3:17-cv-01711-VC