Michael L. Baum (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner (SBN: 276023)
rbwisner@baumhedlundlaw.com
Pedram Esfandiary, Esq. (SBN 312569)
pesfandiary@baumhedlundlaw.com
**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel:  (310) 207-3233
Fax: (310) 820-7444

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Pennie*, *et al.*, *v. Monsanto Co.*, *et al.*,<br>Case No. 3:17-cv-01711-VC | MDL No. 02741<br><br>**NOTICE OF APPEARANCE OF PEDRAM ESFANDIARY ON BEHALF OF PLAINTIFFS** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Pedram Esfandiary of Baum Hedlund Aristei & Goldman, A Professional Corporation, hereby enters an appearance as counsel for Plaintiffs in the above-referenced action. Please serve said counsel with all pleadings and notices in this action.

Pedram Esfandiary
Baum Hedlund Aristei & Goldman, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel:  (310) 207-3233
Fax:  (310) 820-7444
Email: pesfandiary@baumhedlundlaw.com

Dated:  April 14, 2017                    **BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

                                          /s/ Pedram Esfandiary

**NOTICE OF APPEARANCE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pedram Esfandiary, Esq. (SBN 312569)
pesfandiary@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN 276023)
rbwisner@baumhedlundlaw.com
Michael L. Baum, Esq. (SBN 119511)
mbaum@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel:  (310) 207-3233
Fax:  (310) 820-7444

*Attorneys for Plaintiffs*

**NOTICE OF APPEARANCE**

**CERTIFICATE OF SERVICE**

    I, Pedram Esfandiary, hereby certify that, on April 14, 2017, I electronically filed NOTICE OF APPEARANCE OF PEDRAM ESFANDIARY ON BEHALF OF PLAINTIFFS with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                                /s/ Pedram Esfandiary
                                                Pedram Esfandiary