UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER TO STRIKE AND FOR PROTECTIVE ORDER, AND TO MAINTAIN CONFIDENTIALITY** |

The Court, having reviewed the parties' positions in Plaintiffs' Motion to Strike Confidentiality Designation of Deposition of William Heydens Ph.D., Monsanto Company's Motion to Strike and for Protective Order and Opposition to Plaintiffs' Motion, and the related filings of the parties, and for good cause shown, hereby **ORDERS** that (1) the Clerk of Court will strike the documents filed by plaintiffs under seal at Docket Entry 226 (inclusive of attachments thereto) and (2) plaintiffs will refrain from future confidentiality challenges that are not intended to advance this litigation.  Further, no confidentiality designations will be altered at this time, including for Dr. Heydens' deposition testimony and exhibits thereto.

Date: _____, 2017          _____
                                       HONORABLE VINCE CHHABRIA
                                       UNITED STATES DISTRICT COURT

- 1 -

**[PROPOSED] ORDER RE MONSANTO'S MOTION TO STRIKE, FOR PROTECTIVE RELIEF AND TO MAINTAIN CONFIDENTIALITY**