James E. Hooper, Jr.
**WHEELER TRIGG O'DONNELL LLP**
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Phone: (303) 244-1800
Fax: (303) 244-1879
hooper@wtotrial.com

*Attorney for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Tamburello v. Monsanto Company*, 16-02149 CO<br>*Abila v. Monsanto Company*, 16-02332 CO<br>*Carlock v. Monsanto Company*, 16-02334 CO | **NOTICE OF CHANGE IN COUNSEL** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

   PLEASE TAKE NOTICE THAT James E. Hooper, Jr., of Wheeler Trigg O'Donnell LLP, hereby enters his appearance as counsel for Defendant, Monsanto Company, in the above-referenced actions, substituting for Michiko A. Brown who is no longer with this firm. Counsel of record for the Defendant otherwise remains unchanged. Mr. Hooper will now be responsible for this suit, and shall be the attorney to receive all communications from the court and other parties at the address indicated below.

Dated:  April 18, 2017                         WHEELER TRIGG O'DONNELL LLP

                                    By:   *s/ James E. Hooper, Jr.*
                                          James E. Hooper, Jr.
                                          Attorneys for Defendant Monsanto Company

1
NOTICE OF CHANGE IN COUNSEL

**CERTIFICATE OF SERVICE**

    I, James E. Hooper, Jr., hereby certify that, on April 18, 2017, I electronically filed NOTICE OF ENTRY OF APPEARANCE with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*s/ James E. Hooper, Jr.*
James E. Hooper, Jr.
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Phone: (303) 244-1800
Fax: (303) 244-1879