UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 16-md-02741-VC |
| This document relates to: <br><br> ALL ACTIONS | **PRETRIAL ORDER NO. 16: ADDITIONAL DISCOVERY RE IARC** <br><br> Re: Dkt. No. 223 |

The plaintiffs will provide Monsanto with the documents it has requested from Dr. Jameson. This Order does not extend to the production of drafts or excerpts of drafts of Monograph 112. *See* 22 U.S.C. § 288a(b); *Garcia v. Sebelius*, 919 F. Supp. 2d 43, 46-47 (D.D.C. 2013). But neither the plaintiffs nor Monsanto will be permitted to rely in these proceedings on documents they have withheld from the other side.

Monsanto may subpoena Drs. Jameson and Ross for fact depositions, with those depositions to be taken no later than May 5, 2017.

**IT IS SO ORDERED.**

Dated: April 18, 2017

VINCE CHHABRIA
United States District Judge