UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 17: REDACTION OF IDENTIFYING INFORMATION**<br><br>Re: Dkt. No. 237 |

    Monsanto's request for an order imposing preemptive redaction is denied. Requests to file under seal will be considered on a case-by-case basis. If any party wishes to prevent the disclosure of sensitive information, it should make that request – with specific reference to the sealable information and a full explanation of the basis for sealing – in the supportive or responsive declarations required under the local rules. *See* Civil L.R. 79-5; Pretrial Order No. 15 (Dkt. No. 186) at 5.

    **IT IS SO ORDERED.**

Dated: April 18, 2017

_____
VINCE CHHABRIA
United States District Judge