

**Aimee H. Wagstaff, Esq.**
*Licensed in Colorado and California*
Aimee.Wagstaff@AndrusWagstaff.com

7171 W. Alaska Drive
Lakewood, CO 80226
Office: (303) 376-6360
Fax: (303) 376-63614
Website: www.AndrusWagstaff.com

April 19, 2017

**FILED VIA ECF**
Honorable Vince Chhabria
United States District Court,
Northern District of California

RE: Case No: 3:16-md-02741-VC, In re Roundup Products Liability Litigation

To the Honorable Vince Chhabria:

Yesterday, the Court entered PTO 16, which ordered the depositions of Drs. Jameson and Ross to be completed by May 5, 2017.

Within hours of receiving PTO 16, Plaintiffs' counsel contacted Monsanto's counsel and offered April 25, 26, 27, or 28 as deposition dates for Dr. Jameson. Throughout the course of this litigation, Monsanto and Monsanto's counsel have oft identified just one date for most Monsanto witnesses, to which, Plaintiffs' counsel have moved schedules to accommodate. Here, Plaintiffs offered four dates. Monsanto refused all four dates. Plaintiffs' deadline to serve expert reports is May 1, 2017. Typically, the days following service of expert reports in a case of this magnitude, are slow. As such, the week of May 1 has long been identified as ideal for our team to commit to other projects or tend to personal matters without disrupting the MDL 2741 schedule. Even so, given the unanticipated PTO 16 deadlines, we have made our team available to depose Dr. Ross the week of May 1 (which may require a supplementation of Plaintiffs' expert reports).

Furthermore, as previously represented to this Court and Monsanto, Dr. Jameson has been retained as an expert in this litigation. If Plaintiffs decide to designate Dr. Jameson as a testifying witness, his expert report is due May 1, 2017. Because this Court has only allowed a fact deposition at this time, it would be prejudicial to Plaintiffs for Monsanto to receive Dr. Jameson's expert report prior to conducting a fact witness deposition. This morning, Monsanto offered to discuss dates later than the week of May 1, this compromise will not do; and Plaintiffs' do not believe a time delay to conduct Dr. Jameson's deposition is within the intention of PTO 16, especially so given Plaintiffs' May 1 expert disclosure deadline.

In light of the above, Plaintiffs request the Court supplement PTO 16 to include one of the following:

1. Dr. Jameson is to be deposed pursuant to PTO 16 on April 25, 26, 27, or 28.
2. Any deposition of Dr. Jameson pursuant to PTO 16 conducted after Dr. Jameson has served an expert report in this matter will necessarily be deemed both a fact and expert witness deposition.

      The parties have met and conferred and are at an impasse. Given the tight deadlines of PTO 16, Plaintiffs' request judicial assistance and counsel are available for a forthwith teleconference with the Court at the Court's pleasure.

Dated: April 19, 2017                        Respectfully submitted,

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff, Esq.
ANDRUS WAGSTAFF, PC
7171 W. Alaska Dr.
Lakewood, CO 80226
Email: aimee.wagstaff@andruswagstaff.com

/s/ Robin Greenwald
WEITZ & LUXENBERG
700 Broadway
New York NY 10003
Email: rgreenwald@weitzlux.com

/s/ Michael Miller
THE MILLER FIRM LLC
108 Railroad Ave
Orange VA 22960
Email: mmiller@millerfirmllc.com