UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 16-md-02741-VC <br><br> **ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| This document relates to: <br><br> ALL ACTIONS | |

Pursuant to NDCal. Civil Local Rules 79-5 and 7-11, Plaintiffs hereby file this Administrative Motion to File under Seal.

### I.  Action Requested

A ruling on whether the unredacted Plaintiffs' Reply in Support of Motion to Strike Confidentiality of William Heydens Deposition, and its one exhibit, should be filed under seal.

### II.  Reasons Supporting the Request

Pursuant to the Confidentiality Order in place for MDL 2741, any party wishing to use a document designated "confidential" in support of a motion must file an Administrative Motion such as this, to determine whether filing under seal is appropriate. Plaintiffs fully oppose such sealing for the reasons set forth in the substantive Motion, and based on the Court's strong admonitions on the subject but, in accordance with the Confidentiality Order and Monsanto's refusal to date to ever permit any of its documents to be filed publicly, are filing this Administrative Motion.

### III.  **CONCLUSION.**

For the foregoing reasons, the Plaintiffs seek that the brief and its exhibit be unsealed by the Court, and that the underlying Motion also be granted.

DATED:  April 20, 2017				Respectfully submitted,

                                    /s Robin Greenwald, Michael Miller and Aimee Wagstaff
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5500
F 212-344-5461

Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange VA 22960
Ph 540 672 4224
F 540 672 3055

Aimee Wagstaff
Aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood CO 80226
Ph 303-376-6360
F 303-376-6361

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2017 I electronically filed this Administrative Motion using the CM/ECF system which will send a notification of such filing to counsel of record.

/s/ Michael Miller

## **DECLARATION PURSUANT TO CIVIL L.R. 7-11(a)**

I, Michael Miller, declare:

1. I am a member of the executive committee of MDL 2741. I make this declaration in support of the above Administrative Motion to File Under Seal. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. The proposed filing describes and attaches the following document, marked "confidential" by Monsanto:
MONGLY05014168 and attachment

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of April 2017.

/s/ Michael J Miller