UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>SABAS SANCHEZ, ET AL. V. MONSANTO COMPANY, as identified by this Court's case number:<br>Civil Action No.   3:17-cv-662-VC | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>[~~Proposed~~]<br>**Order Dismissing Case Without Prejudice** |

Pursuant to the Parties' Stipulation of Voluntary Dismissal Without Prejudice (Doc. 7), *Sanchez v. Monsanto Company*, Case No. 3:17-cv-662 is dismissed without prejudice. The Clerk of Court will close the case.

**SO ORDERED.**

April 20, 2017

_____
Hon. Vince Chhabria