UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 18: DEADLINE FOR ADDITIONAL DEPOSITION**<br><br>Re: Dkt. Nos. 244, 245 |

Dr. Jameson's fact deposition will take place no later than May 5, 2017. If the plaintiffs intend to designate Dr. Jameson as a testifying witness, his expert report will be due May 12, 2017.

**IT IS SO ORDERED.**

Dated: April 21, 2017

VINCE CHHABRIA
United States District Judge