Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Frances M. Phares, Esq. (LA #10388)
fphares@baumhedlundlaw.com
Pedram Esfandiary (SBN: 312569)
pesfandiary@baumhedlund.com
**BAUM HEDLUND, ARISTEI, & GOLDMAN, P.C.**
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

Nicholas R. Rockforte (LA #31305)
nrockforte@pbclawfirm.com
Christopher L. Coffin (LA #27902)
ccoffin@pbclawfirm.com
Jonathan E. Chatwin (LA #36410)
jchatwin@pbclawfirm.com
**PENDLEY, BAUDIN & COFFIN, LLP**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 355-0086
Facsimile:  (504) 523-0699

Robert F. Kennedy, Jr., Esq.
rkennedy@kennedymadonna.com
Kevin J. Madonna, Esq.
kmadonna@kennedymadonna.com
**KENNEDY & MADONNA, LLP**
48 Dewitt Mills Road
Hurley, New York 12443
Telephone:  (845) 481-2622
Facsimile:  (845) 230-3111

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Pennie, et al.*, v. *Monsanto Co., et al.*, Case No. 3:17-cv-01711-VC | MDL No. 02741<br><br>**DECLARATION OF PEDRAM ESFANDIARY IN SUPPORT OF MOTION TO REMAND THE CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA, PURSUANT TO 28 U.S.C. §1447(c)** |

I, Pedram Esfandiary, declare as follows:

1. I am an attorney licensed to practice in the State of California and admitted to practice before this Court. I am an attorney at the law firm of Baum, Hedlund, Aristei & Goldman, P.C., and counsel of record for Plaintiffs, Loretta Pennie, *et al*., ("Plaintiffs") in the above-referenced action. I make this declaration based on my personal knowledge, and, if called as a witness, I could and would testify competently to these matters.

2. This action includes individuals who suffer from Non-Hodgkin Lymphoma and other cancers.

3. Monsanto Company ("Monsanto"), with the consent of Wilbur-Ellis company, LLC and Wilbur-Ellis Feed, LLC, ("Wilbur Ellis"), removed Plaintiffs' lawsuit to federal court pursuant to 28 U.S.C. §§1331, 1441(a), 1442(a)(1), and 1367(a).

4. Attached hereto as "Exhibit A" is a true and correct copy of the Complaint, *Pennie, et al. v. Monsanto, et al.,* (Case No. RG17853420) originally filed in the Superior Court of the State of California, County of Alameda, on March 17, 2017.

5. Attached hereto as "Exhibit B," upon information and belief, is a true and correct copy of the Notice of Removal filed and served by Monsanto on March 28, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of April 2017, at Los Angeles, California.

                                            /s/ Pedram Esfandiary
                                            Pedram Esfandiary

**DECLARATION OF PEDRAM ESFANDIARY**

**CERTIFICATE OF SERVICE**

    I, Pedram Esfandiary, hereby certify that, on April 21, 2017, I electronically filed **DECLARATION OF PEDRAM ESFANDIARY IN SUPPORT OF MOTION TO REMAND THE CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA, PURSUANT TO 28 U.S.C. §1447(c)** with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                      /s/ Pedram Esfandiary
                                       Pedram Esfandiary