Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA  22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No.  16-md-02741 |
| This Document Relates To All Actions | **WAGSTAFF DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Aimee H. Wagstaff, declare:

1. I am a member of the executive committee of MDL 2741.  I make this declaration in support of Plaintiffs' Administrative Motion to File Under Seal filed on April 21, 2017.  I have personal knowledge of the facts stated herein and, if called as a witness, I could and would

1  competently testify thereto.

2      2.    Plaintiffs have filed conditionally under seal Plaintiffs' Motion to Compel the

3  Production of All Original and Re-Cut Slides of Kidney Tissue From Mice in BDN-77-420, as it

4  contains or references documents and information designated Confidential by Monsanto.

5  Plaintiffs also filed conditionally under seal Exhibits 1, 2, 3 and 4 to the Motion, as they have

6  been designated Confidential by Monsanto.

7      I declare under penalty of perjury that the foregoing is true and correct.

8  Executed this 21th day of April, 2017.

                           */s/ Aimee H. Wagstaff*
                            Aimee H. Wagstaff

**ECF CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

DATED: April 21, 2017

*/s/ Aimee Wagstaff*
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record. .

DATED: April 21, 2017

*/s/ Aimee Wagstaff*
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

- 4 -

WAGSTAFF DECL. IN SUPPORT OF ADMIN. MOTION TO FILE UNDER SEAL
3:16-md-02741-VC