UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 16-md-02741-VC |
|---|---|
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 19: ROWLAND DEPOSITION TOPICS** Re: Dkt. No. 259 |

This order reflects the Court's verbal ruling in the off-the-record conference call held on April 24, 2017. Mr. Rowland is ordered to answer questions about the identities of the companies for which he has done consulting work since leaving the EPA and questions eliciting a very general description of the projects he has worked on.

**IT IS SO ORDERED.**

Dated: April 24, 2017

VINCE CHHABRIA
United States District Judge