1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER TO STRIKE PLAINTIFFS' REPLY EXHIBIT 1 AND UNDREDACTED VERSION OF REPLY** |

The Court, having reviewed Monsanto Company's Motion to Strike Exhibit 1 to Plaintiffs' Reply in Support of "Plaintiffs' Motion to Strike Confidentiality Designation of Deposition of William Heydens PhD" ("Reply") and the unredacted version of that Reply, and the related filings of the parties, and for good cause shown, hereby **ORDERS** that the Clerk of Court will strike the documents filed by plaintiffs under seal at Docket Entry 246 (inclusive of attachments thereto).

Date: _____, 2017        _____
                                       HONORABLE VINCE CHHABRIA
                                       UNITED STATES DISTRICT COURT