UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| | MDL No. 2741 |
| This document relates to: *Pennie v. Monsanto Co.*, Case No. 3:17-cv-01711-VC | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S MOTION TO INCREASE PAGE LIMIT FOR OPPOSITION TO PLAINTIFFS' REMAND MOTION** |

Upon consideration of Monsanto Company's Motion to Increase Page Limit for Opposition to Plaintiffs' Remand Motion,

IT IS HEREBY ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that Monsanto Company shall be permitted to file an opposition of up to 25 pages in response to Plaintiffs' Remand Motion, ECF No. 252.

Date: _____, 2017       _____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT