UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 21: SERVICE OF MOTION TO COMPEL TESTIMONY**<br><br>Re: Dkt. No. 261-2 |

The Court will not consider the plaintiffs' motion to compel further testimony until the plaintiffs file a certificate attesting to service on Rowland. Rowland is not a party to this action, and his counsel is not counsel of record, so ECF service will not suffice.

Rowland's opposition will be due 7 days from the date service is effected. If Monsanto or the EPA intends to file an opposition, its deadline will be the same.

The plaintiffs must serve this Order on Rowland alongside their motion to compel.

**IT IS SO ORDERED.**

Dated: May 1, 2017

VINCE CHHABRIA
United States District Judge