UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No.  16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 22:**<br>**JAMESON AND ROSS DEPOSITIONS**<br><br>Re: Dkt. No. 263 |

In response to the plaintiffs' request for "immediate judicial assistance," the Court concludes that Monsanto may question Dr. Jameson for up to 6 hours of the total deposition time, and it may question Dr. Ross for up to 5.5 hours of the total deposition time.

The parties are discouraged from submitting individual discovery letters except where extraordinary circumstances prevent them from filing jointly.

**IT IS SO ORDERED.**

Dated:  May 1, 2017

_____

VINCE CHHABRIA
United States District Judge