UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| | **PLAINTIFFS' AMENDED CERTIFICATE OF SERVICE OF MOTION TO COMPEL TESTIMONY OF JESSUDOSS ROWLAND** |
| | **Date: May 25, 2017** |
| | **Time: 2:00pm** |
| | **Ctrm: 4, 17th floor** |
| | **Hon. Vince Chhabria** |
| This document relates to: ALL ACTIONS | |

I HEREBY CERTIFY that on May 2, 2017 I served this Motion, its accompanying Administrative Motion to Seal, and the Exhibits thereto on counsel for witness Jesudoss

Rowland via email; counsel agreed on May 1, 2017 to accept service rather than have Mr. Rowland served.

<u>/s/ Michael Miller</u>