William E. Lawler, III (admitted *pro hac vice*)
VINSON & ELKINS L.L.P.
2200 Pennsylvania Ave., NW
Suite 500 West
Washington, DC  20037
Telephone:  (202) 639-6676
Facsimile:  (202) 879-8876
wlawler@velaw.com

*Counsel for Non-Party Jesudoss Rowland*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**NOTICE OF APPEARANCE OF WILLIAM E. LAWLER, III FOR NON-PARTY JESUDOSS ROWLAND**<br><br>**Judge:  Honorable Vince Chhabria** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that William E. Lawler, III of the law firm VINSON & ELKINS L.L.P., who is admitted to practice and in good standing in the United States District Court for the District of Columbia, and is admitted *pro hac vice* in this litigation pursuant to the Court's  Pretrial Order No. 1 (Dkt. 2, dated October 6, 2016), hereby enters an appearance in the above-captioned case on behalf of non-party Jesudoss Rowland for the limited purpose of responding to discovery requests, and respectfully requests that all pleadings, notices, orders,

1 correspondence, and any other papers in connection with this action be served upon him at the above address.

Dated: May 2, 2017

Respectfully Submitted,

VINSON & ELKINS L.L.P.

By:  */s/ William E. Lawler*

William E. Lawler, III (admitted *pro hac vice*)
VINSON & ELKINS L.L.P.
2200 Pennsylvania Ave., NW
Suite 500 West
Washington, DC  20037
Telephone:  (202) 639-6676
Facsimile:  (202) 879-8876
wlawler@velaw.com

*Counsel for Non-Party Jesudoss Rowland*