1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO SEAL**<br><br>**Date:** May 25, 2017<br><br>**Time:** 2:00 p.m. (Pacific)<br><br>**Courtroom:** 4, 17th Floor<br><br>**Judge:** Honorable Vince Chhabria |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS'
MOTION TO FILE UNDER SEAL; Case No. 16-md-2741-VC

Plaintiffs, pursuant to Civil Local Rules 7-11 and 79-5, filed an Administrative Motion to File Under Seal portions of its Motion to Compel Responses from Deponent Jesudoss Rowland, ECF No. 261-1 (April 28, 2017) ("Motion to Compel") and related exhibits on April 28, 2017, ECF No. 261.

| Document | Designating Party | Redactions Sought (page:line) | Rationale |
|---|---|---|---|
| Motion to Compel, ECF No. 261-1 | Monsanto - Confidential | 2:11–13; 2:16–22; 3:21–22; 4–9 | These pages include citations to and quotations of testimony about Mr. Rowland's personal and professional life after he left the EPA. |
| Rowland Rough Transcript, ECF No. 261-3 | Monsanto - Confidential | 303:1–10; 304–12; 328:1–10; 329–42; 343:17–25[1] | These pages include testimony about Mr. Rowland's personal and professional life after he left the EPA. |
| Exhibit 3, ECF No. 261-4 | Unclear | Seal entirely | Plaintiffs did not provide non-party Jesudoss Rowland with an unsealed version of Exhibit 3. |

Non-party Jesudoss Rowland timely filed his responsive declaration required by Civil Local Rule 79-5(e)(1), and has sufficiently explained that all of the designated material is sealable. His request to redact or seal relevant documents was narrowly tailored. Accordingly, Plaintiffs' motion to file under seal is GRANTED IN PART and DENIED IN PART. Plaintiffs must file complying versions of the above-listed documents within 7 days of this order.

**IT IS SO ORDERED.**

Dated: _____

                                          HONORABLE VINCE CHHABRIA
                                          UNITED STATES DISTRICT JUDGE

---

[1] The rough transcript has two sets of page numbers. PDF page numbers, that are centered at the bottom of the page, are cited. Line numbers, however, correspond to the transcript page numbers (right aligned).