1  **WEITZ & LUXENBERG, P.C.**
   Robin L. Greenwald
2  700 Broadway
   New York, NY 10003
3  Tel: (212) 558-5802
   Fax: (646) 293-4921
4  Email: rgreenwald@weitzlux.com

5  **THE MILLER FIRM LLC**
   Michael Miller
6  108 Railroad Avenue
   Orange, Virginia 22960
7  Tel: (540) 672-4224
   Fax: (540) 672-3055
8  Email: mmiller@millerfirmllc.com

9  **ANDRUS WAGSTAFF, PC**
   Aimee H. Wagstaff (SBN 278480)
10 7171 W. Alaska Drive
   Lakewood, CO 80226
11 Tel: (303) 376-6360
   Fax: (303) 376-6361
12 Email: aimee.wagstaff@andruswagstaff.com

13 *Co-Lead Counsel for Plaintiffs*

14 **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
15 Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
16 Washington, DC  20005
   Tel: (202)-898-5800
17 Fax: (202)-682-1639
   Email: jhollingsworth@hollingsworthllp.com
18        elasker@hollingsworthllp.com

19 *Attorneys for Defendant*
   *MONSANTO COMPANY*

20
                    **UNITED STATES DISTRICT COURT**
21
                 **NORTHERN DISTRICT OF CALIFORNIA**
22

23 IN RE: ROUNDUP PRODUCTS            MDL No. 2741
   LIABILITY LITIGATION
24                                    Case No. 3:16-md-02741-VC

25 This document relates to:

26 ALL ACTIONS

27              __JOINT CASE MANAGEMENT STATEMENT__

28

The parties submit this Joint Case Management Statement in advance of the May 11, 2017 Case Management Conference ("CMC").

## I.   PENDING MOTIONS

Plaintiffs have two motions pending before the Court: Plaintiffs' Motion to Compel the Production of all Original and Re-cut Slides of Kidney Tissue from Mice in Study BDN-77-420 (ECF. No. 257) and Plaintiffs' Motion to Compel Responses from Jessudoss Rowland (ECF. No. 261). At the time of filing this Case Management Statement, responses to both motions are forthcoming, but not yet due.  Monsanto's opposition to ECF No. 257 is due May 5, 2017. Plaintiffs and Monsanto have agreed that Plaintiffs' reply, if any, will be filed on or before May 10, 2017.  Therefore, ECF No. 257 will be fully briefed as of the date of the CMC and counsel will be prepared to present argument at that time.

Plaintiffs' Position on the Motion to Compel Responses

from Jessudoss Rowland (ECF. No. 261)

Pursuant to PTO 19, Plaintiffs effectuated service on Mr. Rowland on May 2, 2017 (*See* ECF. No.269 (Certificate of Service)).  ECF. No. 261 was originally noticed for oral argument on May 25, 2017.  Mr. Rowland's counsel entered a notice of appearance on May 2, 2017 (*See* ECF. No. 275).  Any response or opposition to ECF No. 261 is due seven (7) days from service on Mr. Rowland, and Plaintiffs' reply will be filed on May 10, 2017.  Accordingly, Plaintiffs believe that ECF No. 261 will also be fully briefed as of the date of the CMC.  In an effort to conserve judicial resources, Plaintiffs will request to meet and confer with Mr. Rowland's counsel regarding argument of ECF No. 261 at the CMC.  Plaintiffs are mindful of the fact that ECF No. 261 was originally noticed for a May 25, 2017, hearing and will update the Court once they have conferred with Mr. Rowland's counsel.

## II.   OTHER ISSUES

Neither party has any other issues to discuss.

JOINT CASE MANAGEMENT STATEMENT
3:16-md-02741-VC

DATED: May 4, 2017

Respectfully submitted,

/s/ Robin Greenwald___
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph (212)-558-5500
F (212)-344-5461

/s/ Michael Miller
Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange VA 22960
Ph (540) 672 4224
F (540) 672 3055

/s/ Aimee Wagstaff
Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood, CO 80226
Ph (303)-376-6360
F (303-376)-6361

Co-Lead Counsel for Plaintiffs

DATED: May 4, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth___
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY