1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER TO STRIKE** |

     The Court, having reviewed the parties' positions regarding Plaintiffs' April 21, 2017 Administrative Motion to File Under Seal and Monsanto Company's May 5, 2017 Motion to Strike and Response to Plaintiffs' Administrative Motion, hereby **GRANTS** Monsanto Company's motion to strike the materials that plaintiffs provisionally filed under seal.


Date: _____, 2017       _____
                                      HONORABLE VINCE CHHABRIA
                                      UNITED STATES DISTRICT COURT