William E. Lawler, III (admitted *pro hac vice*)
VINSON & ELKINS L.L.P.
2200 Pennsylvania Ave., NW
Suite 500 West
Washington, DC  20037
Telephone:  (202) 639-6676
Facsimile:  (202) 879-8876
wlawler@velaw.com

*Counsel for Nonparty Jesudoss Rowland*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**NONPARTY JESUDOSS ROWLAND'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date:  May 25, 2017<br>Time:  2:00 p.m. (Pacific)<br>Courtroom:  4, 17th Floor<br>Judge:  Honorable Vince Chhabria |

MR. ROWLAND'S MOTION TO FILE UNDER SEAL; Case No. 16-md-2741-VC

PLEASE TAKE NOTICE that nonparty Jesudoss Rowland, pursuant to Civil Local Rules 7-11 and 79-5, files this Administrative Motion to File Under Seal, ECF No. 282 ("Mr. Rowland's Motion to Seal"), portions of Nonparty Jesudoss Rowland's Opposition To Plaintiffs' Motion To Compel Responses From Deponent Jesudoss Rowland, filed on May 9, 2017, ECF No. 282-1 ("Mr. Rowland's Opposition Brief").  Given that Monsanto Company designated information cited and quoted in Mr. Rowland's Opposition Brief as "Confidential" pursuant to the Court's Protective Order, ECF No. 64, Mr. Rowland is required to initially file that information in redacted form.  Civ. L.R. 79-5(e); Protective Order, ECF No. 64.  This motion is supported by a declaration from William E. Lawler, III, ECF. No. 282-4.

Mr. Rowland seeks to file the following documents in redacted form:

| Document | Designating Party | Redactions Sought (page:line) | Rationale |
|---|---|---|---|
| Mr. Rowland's Opposition Brief, ECF No. 282-1 | Monsanto - Confidential | Passim | These pages include citations to and quotations of Mr. Rowland's April 24, 2017 deposition. Monsanto designated the entire deposition as "Confidential." |

Pursuant to Civil Local Rule 79-5(e) and this Court's Protective Order, ECF No. 64, Monsanto Company must file the appropriate declaration and demonstrate that the designated information is sealable.  Assuming Monsanto demonstrates the information is in fact sealable, Mr. Rowland requests this Court grant his Administrative Motion to File Under Seal.

Dated:  May 9, 2017                                 Respectfully Submitted,

VINSON & ELKINS L.L.P.

By:   */s/ William E. Lawler*

William E. Lawler, III (admitted *pro hac vice*)
VINSON & ELKINS L.L.P.
2200 Pennsylvania Ave., NW
Suite 500 West
Washington, DC  20037

1
MR. ROWLAND'S MOTION TO FILE UNDER SEAL; Case No. 16-md-2741-VC

Telephone: (202) 639-6676
Facsimile: (202) 879-8876
wlawler@velaw.com

*Counsel for Nonparty Jesudoss Rowland*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2017, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system, which will send notification of such filing to the email addresses on the Electronic Mail Notice List.  Also on May 9, 2017, I caused an unredacted version of Mr. Rowland's Opposition Brief to be sent via electronic mail to TLitzenburg@MillerFirmLLC.com, NMiller@millerfirmllc.com, MMiller@millerfirmllc.com, JTravers@millerfirmllc.com, WCople@Hollingsworthllp.com, and ghollingsworth@Hollingsworthllp.com.

　　　　　　　　　　　　　　　　　　*/s/ William E. Lawler*_____
　　　　　　　　　　　　　　　　　　William E. Lawler, III

　　　　　　　　　　　　　　　　　　*Counsel for Nonparty Jesudoss Rowland*

2
MR. ROWLAND'S MOTION TO FILE UNDER SEAL; Case No. 16-md-2741-VC