William E. Lawler, III (admitted *pro hac vice*)
VINSON & ELKINS L.L.P.
2200 Pennsylvania Ave., NW
Suite 500 West
Washington, DC  20037
Telephone:  (202) 639-6676
Facsimile:  (202) 879-8876
wlawler@velaw.com

*Counsel for Non-Party Jesudoss Rowland*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br>MDL No. 2741 |
| This document relates to:<br><br>ALL ACTIONS | **DECLARATION OF WILLIAM E. LAWLER, III IN SUPPORT OF 1) NONPARTY JESUDOSS ROWLAND'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL RESPONSES FROM DEPONENT JESUDOSS ROWLAND AND 2) THE RELATED MOTION TO SEAL**<br><br>Date:  May 25, 2017<br>Time:  2:00 p.m. (Pacific)<br>Courtroom:  4, 17th Floor<br>Judge:  Honorable Vince Chhabria |

DECLARATION OF WILLIAM E. LAWLER, III IN SUPPORT OF MR. ROWLAND's OPPOSITION BRIEF AND RELATED MOTION TO SEAL; Case No. 16-md-2741-VC

I, William E. Lawler, III, hereby declare as follows based on my personal knowledge:

1. I am an active member in good standing of the bars of the District of Columbia and the State of Maryland. I am admitted *pro hac vice* in this litigation pursuant to the Court's Pretrial Order No. 1 (Oct. 6, 2016), ECF No. 2. I am an attorney with the law firm of Vinson & Elkins LLP, counsel of record for non-party Jesudoss Rowland.

2. I submit this Declaration in support of Nonparty Jesudoss Rowland's Opposition to Plaintiffs' Motion to Compel Responses From Deponent Jesudoss Rowland, filed on May 9, 2017, ECF No. 282-1 ("Mr. Rowland's Opposition Brief"), as required by Civil Local Rule 37-4, and in support of the accompanying Nonparty Jesudoss Rowland's Administrative Motion to File Under Seal, filed on May 9, 2017, ECF No. 282 ("Mr. Rowland's Motion to Seal"), as required by Civil Local Rule 79-5(e).

3. **Mr. Rowland's Opposition Brief**. To the best of my knowledge, Plaintiffs' counsel did not satisfy or attempt to satisfy their obligation to confer in good faith with Mr. Rowland prior to filing Plaintiffs' Motion to Compel Responses From Deponent Jesudoss Rowland, ECF 261-1 ("Plaintiffs' Motion to Compel"). At no point after Mr. Rowland's April 24, 2017 deposition and until the filing Plaintiffs' Motion to Compel, did Plaintiffs' counsel engage with me or any of my co-counsel in any good faith attempt to resolve their discovery dispute as required by Civil Local Rule 37-1(a). If fact, during this time period, the only communications that Mr. Rowland's counsel received from Plaintiffs' counsel were the attempted service and actual service of Plaintiffs' Motion to Compel.

4. Mr. Rowland requests that the Court order Plaintiffs' counsel to pay Mr. Rowland's reasonable fees related to the drafting of, filing of, and attendance of any conference or hearing related to:  1) the Lawler Declaration in Support of Plaintiffs' Motion to Seal, and 2) Mr. Rowland's Opposition brief and supporting documents. Given that the hearing on Plaintiffs' Motion to Compel has not yet occurred, it is not yet possible to provide the Court with the itemized list of costs and expenses provided for by Civil Local Rule 37-4(b). If the Court

1

DECLARATION OF WILLIAM E. LAWLER, III IN SUPPORT OF MR. ROWLAND'S OPPOSITION BRIEF AND RELATED MOTION TO SEAL; Case No. 16-md-2741-VC

awards reasonable costs, including attorney's fees, I will promptly submit an new declaration with the final itemized list of costs and fees.

5. As explained during Mr. Rowland's deposition colloquy with the Court, Mr. Rowland's post-retirement work is subject to three separate nondisclosure agreements. Mr. Rowland must comply with these agreements which prohibit him from releasing confidential information. These nondisclosure agreements also permit Mr. Rowland's clients to consider taking their own efforts to protect their confidential information.

6. **Mr. Rowland's Motion to Seal**. Monsanto Company designated Mr. Rowland's April 24, 2017 deposition as "Confidential," so <u>Monsanto Company is the designating party</u> for all redactions in Mr. Rowland's Opposition Brief. Monsanto Company must filed a responsive declaration as required by Civil Local Rule 79-5(e) and Pretrial Order No. 15, ECF No. 186, if it desires to keep Mr. Rowland's Opposition Brief redacted.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 9, 2017.

Washington, D.C.

_/s/ William E. Lawler, III_____

William E. Lawler, III

2
DECLARATION OF WILLIAM E. LAWLER, III IN SUPPORT OF MR. ROWLAND'S OPPOSITION BRIEF AND RELATED MOTION TO SEAL; Case No. 16-md-2741-VC