**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br>MDL No. 2741 |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING NONPARTY JESUDOSS ROWLAND'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date: May 25, 2017<br>Time: 2:00 p.m. (Pacific)<br>Courtroom: 4, 17th Floor<br>Judge: Honorable Vince Chhabria |

[PROPOSED] ORDER GRANTING MR. ROWLAND'S MOTION TO FILE UNDER SEAL;
Case No. 16-md-2741-VC

Nonparty Jesudoss Rowland, pursuant to Civil Local Rules 7-11 and 79-5, filed an Administrative Motion to File Under Seal, ECF No. 282 ("Mr. Rowland's Motion to Seal"), portions of Nonparty Jesudoss Rowland's Opposition To Plaintiffs' Motion To Compel Responses From Deponent Jesudoss Rowland, filed on May 9, 2017, ECF No. 282-1 ("Mr. Rowland's Opposition Brief"). Given that Monsanto Company designated information cited and quoted in Mr. Rowland's Opposition Brief as "Confidential" pursuant to the Court's Protective Order, ECF No. 64, Mr. Rowland was required to initially file that information in redacted form. Civ. L.R. 79-5(e).

| Document | Designating Party | Redactions Sought (page:line) | Rationale |
|---|---|---|---|
| Mr. Rowland's Opposition Brief, ECF No. 282-1 | Monsanto - Confidential | Passim | These pages include citations to and quotations of Mr. Rowland's April 24, 2017 deposition. Monsanto designated the entire deposition as "Confidential." |

Defendant Monsanto timely filed its responsive declaration as required by Civil Local Rule 79-5(e)(1) and has sufficiently explained that all of the designated material is sealable. Accordingly, nonparty Jesudoss Rowland's Administrative Motion to File Under Seal is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING MR. ROWLAND'S MOTION TO FILE UNDER SEAL;
Case No. 16-md-2741-VC