UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES OF JESUDOSS ROWLAND** |

# [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES OF JESUDOSS ROWLAND

Having considered the papers and argument of counsel, it is hereby ORDERED as follows:

1. Plaintiff's Motion is GRANTED; and Jesudoss Rowland is directed to sit for additional deposition questions within 30 days of entry, on the topics requested by Plaintiffs.

The Clerk is directed to send certified copies of this order to all counsel of record.

ENTER: this ___ day of _____ 2017.

_____

V. Chhabria, United States District Judge