1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br>ALL ACTIONS | **[PROPOSED] ORDER TO STRIKE** |

The Court, having reviewed the parties' positions regarding Plaintiffs' April 28, 2017 Administrative Motion to File Under Seal (ECF No. 261) and Monsanto Company's May 10, 2017 Motion to Strike and Response to Plaintiffs' Administrative Motion, hereby **GRANTS** Monsanto Company's Motion to Strike the materials that plaintiffs provisionally filed under seal. Plaintiffs may refile only the cited pages of the deposition transcript which shall include all redactions ordered in response to the declaration submitted by Mr. Rowland's counsel.

Date: _____, 2017      _____
                                    HONORABLE VINCE CHHABRIA
                                    UNITED STATES DISTRICT COURT

- 1 -