**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  202-898-5800
Facsimile:   202-682-1639
Email: jhollingsworth@hollingsworthllp.com
         elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to all cases. | |

**MONSANTO COMPANY'S ADMNINSTRATIVE MOTION
TO PRESENT ARGUMENT VIA TELEPHONE**

Monsanto brings this Administrate Motion requesting leave for Monsanto's counsel Joe G. Hollingsworth to argue the pending motion to compel production of animal tissue slides at today's Case Management Conference.  In accordance with this Court's order and standing rules, Mr. Hollingsworth intended to appear at today's conference in person.  However, due to weather and mechanical delays, Mr. Hollingsworth's flight from Washington, D.C. to San Francisco this morning was severely delayed.  Out of concern that he would not be in San Francisco in time for this afternoon's hearing, Mr. Hollingsworth deplaned and returned to his office in Washington, D.C.  Although the flight eventually did depart, it will not land in San Francisco until at least 3:00 PM, confirming that remaining onboard would have caused Mr. Hollingsworth to miss the hearing entirely.

Monsanto requests that Mr. Hollingsworth be permitted to present argument at today's Case Management Conference via telephone.  Eric Lasker, also counsel for

Monsanto Company, will be present in person in the courtroom.  Monsanto's counsel have conferred with Co-Lead Counsel for Plaintiffs and they have no objection to Mr. Hollingsworth's appearance via telephone.

DATED:  May 11, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*