**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:    202-682-1639
Email: jhollingsworth@hollingsworthllp.com
           elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |
| This document relates to: <br> ALL ACTIONS | |

**DECLARATION OF JOE G. HOLLINGSWORTH IN SUPPORT OF MONSANTO COMPANY'S ADMNINSTRATIVE MOTION TO PRESENT ARGUMENT VIA TELEPHONE**

I, Joe G. Hollingsworth, hereby declare as follows:

1. I am an attorney at law and am a member of the law firm of Hollingsworth LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Administrative Motion to Present Argument Via Telephone. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. In accordance with this Court's order and standing rules, I intended to appear at today's conference in person to argue the pending motion to compel production of animal tissue slides.

3. However, due to weather and mechanical delays, my flight from Washington, D.C. to San Francisco this morning was severely delayed. Out of concern that I would not be in San Francisco in time for this afternoon's hearing, I deplaned and returned to my office in

1  Washington, D.C.  Although the flight eventually did depart, it will not land in San Francisco
2  until at least 3:00 PM, confirming that remaining onboard would have caused me to miss most or
3  all of the hearing.
4      4.    Eric Lasker, also counsel for Monsanto Company, will be present in person in the
5  courtroom.
6      5.    Pursuant to Civil Local Rule 7-11, counsel for Monsanto Company has conferred
7  with Co-Lead Counsel for Plaintiffs.  Plaintiffs have no objection to my appearance by
8  telephone.
9      I hereby declare under penalty of perjury that the facts set forth herein are true and
10 correct.  Executed this 11th day of May, 2017.

    /s/ Joe G. Hollingsworth
    Joe G. Hollingsworth (*pro hac vice*)
    (jhollingsworth@hollingsworthllp.com)
    HOLLINGSWORTH LLP
    1350 I Street, N.W.
    Washington, DC  20005
    Telephone:  (202) 898-5800
    Facsimile:  (202) 682-1639

    Attorneys for Defendant
    MONSANTO COMPANY