1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11    IN RE: ROUNDUP PRODUCTS                    MDL No. 2741
      LIABILITY LITIGATION                       Case No. 3:16-md-02741-VC
12

13    This document relates to:                  **JOINT STIPULATION AND
                                                  [PROPOSED] ORDER GRANTING
14    ALL ACTIONS                                 MONSANTO COMPANY'S
                                                  ADMNINSTRATIVE MOTION TO
15                                                PRESENT ARGUMENT VIA
                                                  TELEPHONE**
16

17           Defendant Monsanto Company and Plaintiffs, by and through their respective counsel,

18    hereby stipulate as follows:

19           1.      On May 11, 2017, counsel for Monsanto Company conferred with plaintiffs'

20    counsel regarding Monsanto Company's Administrative Motion to Present Argument Via

21    Telephone, and plaintiffs' counsel indicated that they do not object to Monsanto's administrative

22    motion.

23           **THEREFORE, IT IS HEREBY STIPULATED** by and between Defendant Monsanto

24    Company and Plaintiffs that Monsanto Company's Administrative Motion to Present Argument

25    Via Telephone is unopposed.

26

27

28
                                                - 1 -
      STIPULATION AND [PROPOSED] ORDER GRANTING MONSANTO'S ADMIN. MOT. TO
                        PRESENT ARGUMENT VIA TELEPHONE

DATED: May 11, 2017            Respectfully submitted,

/s/ Michael Miller
Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange VA 22960
Ph 540 672 4224
F 540 672 3055

/s/ Aimee Wagstaff
Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood CO 80226
Ph 303-376-6360
F 303-376-6361

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5500
F 212-344-5461

*Co-Lead Counsel for Plaintiffs*

DATED: May 11, 2017            Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

- 2 -
STIPULATION AND [PROPOSED] ORDER GRANTING MONSANTO'S ADMIN. MOT. TO
PRESENT ARGUMENT VIA TELEPHONE

- 3 -

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

2

Monsanto Company's Administrative Motion to Present Argument Via Telephone is

3

hereby **GRANTED**.  Joe G. Hollingsworth, counsel for Defendant Monsanto Company, will be

4

permitted to present argument on the pending motion to compel production of animal tissue slides

5

at the May 11, 2017 Case Management Conference.

6

7

8

Date: _____, 2017          _____

9

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GRANTING MONSANTO'S ADMIN. MOT. TO
PRESENT ARGUMENT VIA TELEPHONE