UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | JOINT STIPULATION AND **DENYING** [~~PROPOSED~~] ORDER ~~GRANTING~~ MONSANTO COMPANY'S ADMNINSTRATIVE MOTION TO PRESENT ARGUMENT VIA TELEPHONE |

Defendant Monsanto Company and Plaintiffs, by and through their respective counsel, hereby stipulate as follows:

1. On May 11, 2017, counsel for Monsanto Company conferred with plaintiffs' counsel regarding Monsanto Company's Administrative Motion to Present Argument Via Telephone, and plaintiffs' counsel indicated that they do not object to Monsanto's administrative motion.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Defendant Monsanto Company and Plaintiffs that Monsanto Company's Administrative Motion to Present Argument Via Telephone is unopposed.

DATED: May 11, 2017                    Respectfully submitted,

/s/ Michael Miller
Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange VA 22960
Ph 540 672 4224
F 540 672 3055

/s/ Aimee Wagstaff
Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood CO 80226
Ph 303-376-6360
F 303-376-6361

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5500
F 212-344-5461

*Co-Lead Counsel for Plaintiffs*

DATED: May 11, 2017                    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

- 2 -

STIPULATION AND [PROPOSED] ORDER GRANTING MONSANTO'S ADMIN. MOT. TO PRESENT ARGUMENT VIA TELEPHONE

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

2      Monsanto Company's Administrative Motion to Present Argument Via Telephone is

3  hereby **GRANTED**.  Joe G. Hollingsworth, counsel for Defendant Monsanto Company, will be

4  permitted to present argument on the pending motion to compel production of animal tissue slides

5  at the May 11, 2017 Case Management Conference.

8  Date: __May 11_____, 2017    _____
    HONORABLE VINCE CHHABRIA
    UNITED STATES DISTRICT COURT



DENIED
Judge Vince Chhabria

- 3 -

STIPULATION AND [PROPOSED] ORDER GRANTING MONSANTO'S ADMIN. MOT. TO PRESENT ARGUMENT VIA TELEPHONE