UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** May 11, 2017 | **Time:** 1 hour 21 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case Nos.**: 16-md-02741-VC | **Case Name:** In re Roundup Products Liability Litigation | |

**Attorney for Plaintiff:** Aimee Wagstaff and Michael Miller

**Attorney for Defendant:** Eric Lasker

**Attorney for Jess Rowland:** William Lawler - by phone

**Attorney for EPA:** Raven Norris

**Deputy Clerk:** Kristen Melen                     **Reporter:** Jo Ann Bryce

PROCEEDINGS:

Further case management conference and motion hearing - hearing held.

ORDER AFTER HEARING:

Argument held re Jess Rowland deposition and motions to seal. Parties raised the concerns about turning over mice slides and the timing of expert reports. The Court will issue a ruling on all of the issues discussed today.

ORDER TO BE PREPARED BY:

[ ]     Plaintiff            [ ]     Defendant            [ X ]     Court

pg. 1