# EXHIBIT A-1

Cliff Gotaas Travel
1511 Francisco St
Bldg A
Torrance, CA  90501

Baum Hedlund Aristei Guilford & Downey
12100 Wilshire Blvd
Suite 950
Los Angeles CA  CA
Phone:  +1 (310) 207-3233
Fax:  +1 (310) 820-7444

Sale Invoice No: 62342
Date Issued: 5/12/2017
Agent: LT

| Traveler | Department | Depart Date | Return Date | Remarks | |
|---|---|---|---|---|---|
| Type | Ticket/Conf No | Airline/Vendor | | | Total Fare |
| From | To | Flight | A/L | Depart | Arrive |
| Wisner/Robert | | 5/12/2017 | | | |
| Service Fee | 0711808242 | Airlines Reporting Corp | | | 25.00 |
| Wisner/Robert | | 6/1/2017 | 6/1/2017 | | |
| Dom. Air | 8667368516 | Virgin America | | | 166.40 |
| LAX Los Angeles | SFO San Francisco | 925 | VX | 6/1/2017 7:00:00 AM | 6/1/2017 8:15:00 AM |
| SFO San Francisco | LAX Los Angeles | 928 | VX | 6/1/2017 2:20:00 PM | 6/1/2017 3:44:00 PM |

| Payments Applied To This Invoice | | | | | |
|---|---|---|---|---|---|
| AX 37-XXXX-4335 | Received | 5/12/2017 | Pymt For Inv #62342 | -166.40 | |
| AX 37-XXXX-4335 | Received | 5/12/2017 | Pymt For Inv #62342 | -25.00 | |
| | | | | -191.40 | |

Invoice Total:  191.40
Payment Total:  -191.40
Balance Due:  0.00

Cliff Gotaas Travel
1511 Francisco St
Bldg A
Torrance, CA  90501

Baum Hedlund Aristei Guilford & Downey
12100 Wilshire Blvd
Suite 950
Los Angeles CA  CA
Phone:  +1 (310) 207-3233
Fax:  +1 (310) 820-7444

Sale Invoice No: 62343
Date Issued: 5/12/2017
Agent: LT

| Traveler | Department | Depart Date | Return Date | Remarks | |
|---|---|---|---|---|---|
| Type | Ticket/Conf No | Airline/Vendor | | | Total Fare |
| From | To | Flight | A/L | Depart | Arrive |
| Esfandiary/Pedram | | 5/12/2017 | | | |
| Service Fee | 0711808243 | Airlines Reporting Corp | | | 25.00 |
| Esfandiary/Pedram | | 6/1/2017 | 6/1/2017 | | |
| Dom. Air | 8667368517 | Virgin America | | | 166.40 |
| LAX Los Angeles | SFO San Francisco | 925 | VX | 6/1/2017 7:00:00 AM | 6/1/2017 8:15:00 AM |
| SFO San Francisco | LAX Los Angeles | 928 | VX | 6/1/2017 2:20:00 PM | 6/1/2017 3:44:00 PM |
| Esfandiary/Pedram | | | | | |
| Misc. | | Virgin America | | | 40.00 |

| Payments Applied To This Invoice | | | | |
|---|---|---|---|---|
| AX 37-XXXX-1414 | Received | 5/12/2017 | Pymt For Inv #62343 | -166.40 |
| AX 37-XXXX-1414 | Received | 5/12/2017 | Pymt For Inv #62343 | -25.00 |
| AX 37-XXXX-1414 | Received | 5/12/2017 | Pymt For Inv #62343 | -40.00 |
| | | | | -231.40 |

Invoice Total:   231.40
Payment Total:  -231.40
Balance Due:      0.00