UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 23: MOTIONS TO COMPEL PRODUCTION AND ADDITIONAL TESTIMONY**<br><br>Re: Dkt. Nos. 255, 256, 257, 261 |

The motion to compel production of tissue slides is granted. *See* Dkt. No. 256-2. The parties must submit a protocol for production within 7 days of this Order. The parties should also meet and confer on the best means of reconciling this additional production with the expert discovery schedule. If necessary, the Court will entertain requests to continue *Daubert* briefing, with testimony and argument to take place in the week of December 4 or December 11 (but no later).

The motion to compel further testimony from Jess Rowland is denied for the reasons stated at the status conference. Rowland's request that the plaintiffs be ordered to redact additional information from their motion to compel testimony is denied.

With the exception of exhibits 2 and 3 of the motion to compel production, the plaintiffs must refile their administrative motions to file under seal in light of the discussion at the status conference. Exhibits 2 and 3 of the motion to compel production are not sealable and will be refiled in unredacted form. *See* Dkt. Nos. 255-5, 255-7; Civil L.R. 79-5(f).

**IT IS SO ORDERED.**

Dated: May 15, 2017

_____
VINCE CHHABRIA
United States District Judge