Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA  22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | |

**UNREDACTED VERSIONS OF PLAINTIFFS' EXHIBITS 2 AND 3
IN SUPPORT OF THEIR MOTION TO COMPEL THE PRODUCTION OF ALL
ORIGINAL AND RECUT SLIDES OF KIDNEY TISSUE FROM MICE IN
<u>STUDY BDN-77-420 PURSUANT TO PTO #23</u>**

1   Pursuant to the Court's Pretrial Order #23, entered on May 15, 2017 (ECF No. 297),
2   attached hereto are un-redacted versions of Exhibits 2 and 3 in support of Plaintiffs' Motion to
3   Compel the Production of all Original and Recut Slides of Kidney Tissue from Mice in Study BDN-
4   77-420, said Motion originally filed on April 21, 2017 (ECF No. 256-2).

6   Dated: May 16, 2017                               Respectfully Submitted,

8                                                     */s/ Aimee Wagstaff*
                                                      Aimee Wagstaff, SBN 278480
                                                      aimee.wagstaff@andruswagstaff.com
9                                                     7171 West Alaska Drive
                                                      Lakewood, CO  80226
10                                                    Telephone: (303) 376-6360
                                                      Facsimile:  (303) 376-6361

12                                                    *Co-Lead Plaintiffs' Counsel*
                                                      *For MDL 2741*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record. .

DATED: May 16, 2017

*/s/ Aimee Wagstaff*
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

- 3 -
UNREDACTED VERSIONS OF PLAINTIFFS' EXHIBITS 2 AND 3 TO ECF NO. 256-2
3:16-md-02741-VC