# EXHIBIT 2

**Monsanto**

| | | |
|---|---|---|
| FROM (NAME—LOCATION—PHONE) | Dept. of Medicine & Environmental Health | G.J. Levinskas, G2WF 4-8809 |
| DATE | April 3, 1985 | cc: G. Roush, Jr., M.D. |
| SUBJECT | | |
| REFERENCE | | |
| TO | T.F. Evans | |

The following item of information is in addition to those included in the current monthly report.

Senior management at EPA is reviewing a proposal to classify glyphosate as a class C "possible human carcinogen" because of kidney adenomas in male mice. Dr. Marvin Kuschner will review kidney sections and present his evaluation of them to EPA in an effort to persuade the agency that the observed tumors are not related to glyphosate.

George J. Levinskas

GJL/sfd

IN-10-M (REV. 10/83)

Confidential - Produced Subject to Protective Order

MONGLY04277789