# EXHIBIT 3

# Bio/dynamics Inc.

APR 9 1985

April 3, 1985

Dr. Marvin Kushner
64 East Gate Drive
Huntington, New York 11743

Re: 77-2061

Dear Dr. Kushner:

The enclosed shipment is being sent to you at the request of Dr. Tim Long of Monsanto. It contains slides of kidney sections from all animals on the referenced study. As indicated on the inventory records, a number of the slides also contain sections of urinary bladder.

If you have any questions concerning this shipment, please do not hesitate to contact me.

Sincerely,

*A. L. Knezevich*

Aleksandar L. Knezevich, Dr.Med.Vet.
Senior Vice-President, Pathology

nas
encls.
cc: Dr. Tim Long
    Dr. Ira W. Daly

P.O. Box 43 • East Millstone, New Jersey 08873 • (201) 873-2550 • Telex: 844597 • Cable: BIO/DYN

Confidential - Produced Subject to Protective Order           MONGLY04269049

Bio/dynamics Inc.

File: glyphosate
BD-77-420

## HISTOPATHOLOGY LABORATORY RECEIPT

COMPANY CODE/PROJECT NUMBER: __M-6   77-2061__
REPORT TITLE/COMPOUND: __A Chronic Feeding Study of Glyphosate in Mice__

DESCRIPTION: 5 Slide boxes containing 422 slides representing 399 animals from Groups I, II, III & IV (Term and UD's) Sections of Kidneys. Also included is a list of animals showing Kidneys with Urinary Bladders.

Purpose: Sponsors Request

COMMENTS: NOTE: Animal Number 1016 is missing per Report.

SHIPPED TO: Dr. Marvin Kuschner
VIA: Federal Express
AUTHORIZED BY: _____ for Bio/dynamics, Inc.
RECEIVED BY: [signature]
Date: 4/14/85

NOTE TO RECEIVER: Please sign and return this form to Bio/dynamics, Inc., Attention: Pathology Department.

NOTE TO PATHOLOGIST: All tissues required by protocol to have histopathological evaluation must be accounted for. If any tissues are missing, please contact the Pathology Department ext. 213 immediately.

Confidential - Produced Subject to Protective Order                                                MONGLY04269050