Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741 |
| This document relates to:<br><br>*Pennie v. Monsanto Co.*, Case No. 3:17-cv-01711-VC | **MONSANTO COMPANY'S MOTION FOR LEAVE TO FILE SHORT SUR-REPLY IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF REMAND** |

In accordance with Rule 7-3(d) of the Court's Local Rules, Monsanto Company ("Monsanto") hereby seeks leave to file a short sur-reply in response to Plaintiffs' Reply in Support of Remand ("Plaintiffs' Reply"), ECF No. 24-1.

Plaintiffs' Reply begins with a demonstrably false summary of Monsanto's removal arguments, asserting – without citation – that Monsanto removed this case "under the dubious claim that because the Environmental Protection Agency regulates glyphosate and Plaintiffs allege violations of state law (that, by definition, mirror violations of federal law), run-of-the-mill failure-to-warn cases transmute into novel state-federal claims requiring federal court disposition." Plaintiffs' Reply at 1.  Monsanto has not made such a "claim" and has not called this lawsuit (or any other Roundup® case removed from state court) a "run-of-the-mill failure-to-warn case[]."  Instead, Monsanto repeatedly argued that removal was proper based on Plaintiffs'

allegations of Monsanto-EPA collusion to maintain EPA approval for Monsanto's glyphosate-based herbicides and fraud on the EPA by Monsanto to achieve EPA approval for these herbicides, *see* Monsanto's Opposition to Plaintiffs' Motion to Remand the Case to State Court at 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, ECF No. 22 – and that such allegations are "exceedingly rare," *id*. at 4, "extraordinary," *id*. at 14, "highly unusual," *id*. at 5 n.2, and "materially different . . . than a run-of-the-mill personal injury lawsuit alleging state law claims in a complaint that mentions federal issues in passing," *id*.

    Plaintiffs' Reply also mischaracterizes other aspects of Monsanto's arguments; misrepresents this Court's Pretrial Order No. 15; and misleadingly cites outdated case law that has been superseded by more recent Supreme Court case law.

    To ensure that the Court is not led astray by Plaintiffs' Reply and to allow Monsanto to correct the record, the Court should grant Monsanto leave to file a short sur-reply.

    Before filing this motion, Monsanto's counsel spoke with Plaintiffs' counsel in an attempt to resolve this issue by agreement. Plaintiffs' counsel informed Monsanto's counsel that Plaintiffs "take no position" on Monsanto's request for leave to file a sur-reply.

DATED: May 18, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*