UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
|---|---|
| | MDL No. 2741 |
| This document relates to:<br><br>*Pennie v. Monsanto Co.*, Case No. 3:17-cv-01711-VC | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S MOTION FOR LEAVE TO FILE SHORT SUR-REPLY IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF REMAND** |

Upon consideration of Monsanto Company's Motion for Leave to File Short Sur-Reply in Response to Plaintiffs' Reply in Support of Remand,

IT IS HEREBY ORDERED that the motion is GRANTED.

Date: _____, 2017      _____
                                    HONORABLE VINCE CHHABRIA
                                    UNITED STATES DISTRICT COURT