UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
|---|---|
| | MDL No. 2741 |
| This document relates to: *Pennie v. Monsanto Co.*, Case No. 3:17-cv-01711-VC | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S MOTION TO CONTINUE UNILATERALLY-NOTICED HEARING DATE FOR PLAINTIFFS' REMAND MOTION** |

Upon consideration of Monsanto Company's Motion to Continue Unilaterally-Noticed Hearing Date for Plaintiffs' Remand Motion,

IT IS HEREBY ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that the hearing on Plaintiffs' Remand Motion shall be continued from June 1, 2017 until a date to be determined by the Court, after the Judicial Panel on Multidistrict Litigation has issued transfer rulings in the twelve Roundup® lawsuits that Monsanto Company removed from Missouri state court to the Eastern District of Missouri.

Date: _____, 2017         _____
                                    HONORABLE VINCE CHHABRIA
                                    UNITED STATES DISTRICT COURT