# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741 |
| | **[PROPOSED] ORDER REGARDING AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Having reviewed Plaintiffs' Administrative Motion to File Under Seal and the Declaration of Aimee H. Wagstaff in support thereof, and the May 22, 2017 Amendments thereto, the Court ORDERS that:

Plaintiffs' Motion to Compel the Production of All Original and Re-Cut Slides of Kidney Tissue From Mice in BDN-77-420, as well as Exhibits 1 and 4 to the Motion shall remain filed conditionally under seal for four (4) days after the date they were originally filed conditionally under seal, pursuant to the Protective and Confidentiality Order in this case and Civil Local Rule 79-5(e).

Dated:_____     _____
                                        Hon. Vince Chhabria
                                        Judge of the United States District Court