Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Frances M. Phares, Esq. (LA #10388)
fphares@baumhedlundlaw.com
Pedram Esfandiary (SBN: 312569)
pesfandiary@baumhedlund.com
**BAUM, HEDLUND, ARISTEI &
GOLDMAN, P.C.**
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

Nicholas R. Rockforte (LA #31305)
nrockforte@pbclawfirm.com
Christopher L. Coffin (LA #27902)
ccoffin@pbclawfirm.com
Jonathan E. Chatwin (LA #36410)
jchatwin@pbclawfirm.com
**PENDLEY, BAUDIN & COFFIN, LLP**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 355-0086
Facsimile:  (504) 523-0699

Robert F. Kennedy, Jr., Esq.
rkennedy@kennedymadonna.com
Kevin J. Madonna, Esq.
kmadonna@kennedymadonna.com
**KENNEDY & MADONNA, LLP**
48 Dewitt Mills Road
Hurley, New York 12443
Telephone:  (845) 481-2622
Facsimile:  (845) 230-3111

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 02741 |
| | **NOTICE OF SUPPLEMENTAL AUTHORITY** |
| THIS DOCUMENT RELATES TO: | |
| *Pennie*, *et al.*, *v. Monsanto Co.*, *et al.*, Case No. 3:17-cv-01711-VC | |

Plaintiffs bring to the Court's attention a recent decision by the Hon. Charles R. Breyer relating to the issue of remand, issued in the ongoing MDL litigation *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2672 (N.D. Cal.).

1    The decision is attached as Exhibit A.  Plaintiffs recognize that there are factual differences

2   between the *Volkswagen* and *Monsanto* cases and this decision is not binding on this Court.

3   However, Judge Breyer's ruling addresses several nearly-identical arguments raised by Monsanto

4   regarding federal jurisdiction based on federal question and, thus, bears upon Plaintiffs' pending

5   motion to remand.  Specifically, Judge Breyer explains that simply because a state claim implicates a

6   federal issue or EPA regulation, absent a showing that the federal issue is necessary, disputed, and

7   substantial, the state claim does not give rise to federal question jurisdiction.  The same applies here.

8   Dated:  May 23, 2017             **BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

9                                     /s/ Pedram Esfandiary

10                                   Pedram Esfandiary (SBN: 312569)
                                     pesfandiary@baumhedlund.com
11                                   R. Brent Wisner (SBN: 276023)
                                     rbwisner@baumhedlundlaw.com
12                                   Michael L. Baum, Esq. (SBN: 119511)
                                     mbaum@baumhedlundlaw.com
13                                   Frances M. Phares, Esq. (LA #10388)
                                     fphares@baumhedlundlaw.com
14                                   12100 Wilshire Blvd., Suite 950
                                     Los Angeles, CA 90025
15                                   Telephone:  (310) 207-3233
                                     Facsimile:  (310) 820-7444
16

17                                   **KENNEDY & MADONNA, LLP**
                                     Robert F. Kennedy, Jr., Esq.
18                                   rkennedy@kennedymadonna.com
                                     Kevin J. Madonna, Esq.
19                                   kmadonna@kennedymadonna.com
                                     48 Dewitt Mills Road
20                                   Hurley, New York 12443
                                     Telephone:  (845) 481-2622
21                                   Facsimile:  (845) 230-3111

22                                   **PENDELY, BAUDIN & COFFIN, LLP**
                                     Nicholas R. Rockforte (LA #31305)
23                                   nrockforte@pbclawfirm.com
                                     Christopher L. Coffin (LA #27902)
24                                   ccoffin@pbclawfirm.com
                                     Jonathan E. Chatwin (LA #36410)
25                                   jchatwin@pbclawfirm.com
                                     1515 Poydras Street, Suite 1400
26                                   New Orleans, LA 70112
                                     Telephone: (504) 355-0086
27                                   Facsimile:  (504) 523-0699

28
                                     Attorneys for Plaintiffs, *Pennie*, *et al.*, *v. Monsanto Co.*, *et al.*,
                                     Case No. 3:17-cv-01711-VC

                                          2
_____
                     **NOTICE OF SUPPLEMENTAL AUTHORITY**

1

## <u>CERTIFICATE OF SERVICE</u>

2

3

I, Pedram Esfandiary, hereby certify that, on May 23, 2017, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

4

5

/s/ Pedram Esfandiary
Pedram Esfandiary

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF SUPPLEMENTAL AUTHORITY**

1

**CERTIFICATE OF SERVICE**

2

3

     I, Pedram Esfandiary, hereby certify that, on May 23, 2017, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

4

5
                    /s/ Pedram Esfandiary
                    Pedram Esfandiary

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

**NOTICE OF SUPPLEMENTAL AUTHORITY**