UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>17-cv-1711 *Pennie* | **ORDER GRANTING MOTION FOR LEAVE TO FILE SURREPLY**<br>Re: Dkt. No. 303 |

Monsanto's request for leave to file a surreply is granted. In addition to the argument Monsanto wishes to present in response to the plaintiffs' reply, Monsanto should explain to what extent its grounds for removal would apply to any other state-court cases factually related to this MDL. The surreply should not exceed 10 pages and should be filed no later than May 29, 2017.

Hearing on the motion to remand is continued to June 15, 2017. The Court will consider Monsanto's request for a further continuance once briefing on the remand motion is complete.

**IT IS SO ORDERED.**

Dated: May 24, 2017

_____
VINCE CHHABRIA
United States District Judge