UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No.  16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 24: MODIFIED SCHEDULE FOR GENERAL CAUSATION PHASE**<br><br>Re: Dkt. Nos. 317, 320 |

The Court adopts the following schedule for the remainder of the general causation phase:

- Plaintiffs' additional or supplemental expert reports due:  **June 30, 2017**.

- Monsanto's expert reports due:  **July 31, 2017**.

- Plaintiffs' rebuttal expert reports due:  **August 18, 2017**.

- Close of expert discovery:  **September 22, 2017**.

- Monsanto's motion for summary judgment and *Daubert* motions (40 pages): **October 6, 2017**.

- Plaintiffs' opposition and cross-motions (70 pages):  **October 27, 2017**.

- Monsanto's reply and opposition to cross-motions (50 pages):  **November 10, 2017**.

- Plaintiffs' reply (20 pages):  **November 20, 2017**.

- Live testimony from expert witnesses begins:  **December 11, 2017**.

- Argument on summary judgment and *Daubert* motions:  **December 15, 2017**.

The Court is willing to take testimony in whatever order might help alleviate

Dr. Neugut's scheduling conflict.  However, if the plaintiffs remain concerned about the calendar, they should meet and confer with Monsanto on an appropriate means of accommodating Dr. Neugut's preexisting commitments.

If either side believes there should be a status conference between now and December, they should submit a request to put one on calendar.

**IT IS SO ORDERED.**

Dated:  May 26, 2017

_____
VINCE CHHABRIA
United States District Judge