UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION                                                                 MDL No. 2741

(SEE ATTACHED SCHEDULE)

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the actions on the attached schedule on May 9, 2017. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs filed a notice of opposition to the proposed transfers. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-19" filed on May 9, 2017, is LIFTED insofar as it relates to the actions on the attached schedule. The actions are transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Vince Chhabria.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                 MDL No. 2741

SCHEDULE A

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| DELAWARE | | | |
| DE | 1 | 17−00511 | Stutes v. Monsanto Company |
| DE | 1 | 17−00512 | Jernigan v. Monsanto Company |
| DE | 1 | 17−00513 | Curtsinger, et al., v. Monsanto Company |
| DE | 1 | 17−00516 | Frederick Curts v. Monsanto Company |
| DE | 1 | 17−00517 | Claire Van Horn, et al. v. Monsanto Company |
| DE | 1 | 17−00518 | Shechter v. Monsanto Company |
| DE | 1 | 17−00519 | Hagaman v. Monsanto Company |
| DE | 1 | 17−00520 | Richard Lax v. Monsanto Company |
| DE | 1 | 17−00521 | McIntosh v. Monsanto Company |
| DE | 1 | 17−00522 | Huskey v. Monsanto Company |
| DE | 1 | 17−00523 | Sanchez v. Monsanto Company |
| DE | 1 | 17−00524 | Saunders v. Monsanto Company |
| DE | 1 | 17−00525 | Gallagher v. Monsanto Company |
| DE | 1 | 17−00526 | Garvel v. Monsanto Company |
| DE | 1 | 17−00527 | Hartman, et al. v. Monsanto Company |
| DE | 1 | 17−00528 | McLeod v. Monsanto Company |
| DE | 1 | 17−00530 | Wimberley v. Monsanto Company |
| DE | 1 | 17−00531 | Freeman v. Monsanto Company |
| DE | 1 | 17−00532 | Dean v. Monsanto Company |
| DE | 1 | 17−00533 | Minando v. Monsanto Company |
| DE | 1 | 17−00534 | Zoller v. Monsanto Company |
| DE | 1 | 17−00535 | McMillon, et al. v. Monsanto Company |
| DE | 1 | 17−00536 | Deutsch, et al. v. Monsanto Company |
| DE | 1 | 17−00537 | Roberts v. Monsanto Company |