Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741<br><br>**MONSANTO COMPANY'S MOTION FOR FURTHER CONTINUANCE OF HEARING DATE FOR PLAINTIFFS' REMAND MOTION** |
| This document relates to:<br><br>*Pennie v. Monsanto Co.*, Case No. 3:17-cv-01711-VC | |

On May 24, 2017, in response to a continuance motion filed by Monsanto Company ("Monsanto"), the Court granted the motion in part by continuing the hearing on Plaintiffs' remand motion from June 1, 2017 (the date unilaterally noticed by Plaintiffs) to June 15, 2017 and stating that "[t]he Court will consider Monsanto's request for a further continuance once briefing on the remand motion is complete."  Order Granting Motion for Leave to File Surreply, ECF No. 30 ("May 24 Order").  In accordance with that order, Monsanto timely filed its surreply on May 29, 2017, so briefing on Plaintiffs' remand motion is now complete.

To the extent that it is contemplated or required by the Court's May 24 Order, Monsanto hereby seeks a further continuance of the hearing date for the remand motion. Specifically, Monsanto requests that the Court continue the June 15 hearing to a date to be determined by the Court after the Judicial Panel on Multidistrict Litigation has issued transfer rulings in the

1  Roundup® lawsuits that Monsanto removed from Missouri state court to the Eastern District of
2  Missouri.  Monsanto reiterates and incorporates by reference to the extent applicable here the
3  arguments previously asserted by Monsanto in briefing regarding its prior request for a
4  continuance of the hearing date – namely, Monsanto's Motion to Continue Unilaterally-Noticed
5  Hearing Date for Plaintiffs' Remand Motion, ECF No. 26, and Reply in Support, ECF No. 28.

7  DATED: June 5, 2017                          Respectfully submitted,

                                                /s/ Joe G. Hollingsworth
                                                Joe G. Hollingsworth (*pro hac vice*)
                                                (jhollingsworth@hollingsworthllp.com)
                                                Eric G. Lasker (*pro hac vice*)
                                                (elasker@hollingsworthllp.com)
                                                HOLLINGSWORTH LLP
                                                1350 I Street, N.W.
                                                Washington, DC  20005
                                                Telephone:  (202) 898-5800
                                                Facsimile:   (202) 682-1639

                                                *Attorneys for Defendant*
                                                *MONSANTO COMPANY*