UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741 |
| This document relates to:<br><br>*Pennie v. Monsanto Co.*, Case No. 3:17-cv-01711-VC | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S MOTION FOR FURTHER CONTINUANCE OF HEARING DATE FOR PLAINTIFFS' REMAND MOTION** |

Upon consideration of Monsanto Company's Motion for Further Continuance of Hearing Date for Plaintiffs' Remand Motion and any opposition thereto,

IT IS HEREBY ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that the hearing on Plaintiffs' remand motion shall be continued from June 15, 2017 to a date to be determined by the Court, after the Judicial Panel on Multidistrict Litigation has issued transfer rulings in the Roundup® lawsuits that Monsanto Company removed from Missouri state court to the Eastern District of Missouri.

Date: _____, 2017    _____
                                HONORABLE VINCE CHHABRIA
                                UNITED STATES DISTRICT COURT