Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Robert E. Johnston (*pro hac vice*)
(rjohnston@hollingsworthllp.com)
James M. Sullivan (*pro hac vice*)
(jsullivan@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC<br><br>MDL No. 2741 |
| This document relates to:<br><br>ALL ACTIONS | **MONSANTO COMPANY'S RESPONSE TO PLAINTIFFS' MAY 22, 2017 ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

In response to plaintiffs' May 22, 2017 Amended Administrative Motion to File Under Seal (ECF No. 316), Monsanto Company hereby provides notice that it does not request that the exhibits thereto remain under seal.  Specifically, and based on review of the courtesy copies plaintiffs' counsel provided, the Bates ranges to be filed by plaintiffs are MONGLY00246215-19, MONGLY00233278-82, and MONGLY00233286-87 (collectively Exhibit 1) as well as MONGLY00235488 (Exhibit 4).

DATED: June 6, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Robert E. Johnston (*pro hac vice*)
(rjohnston@hollingsworthllp.com)
James M. Sullivan (*pro hac vice*)
(jsullivan@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY

**MONSANTO CO.'S RESPONSE TO PLAINTIFFS' ADMIN. MOT. TO FILE UNDER SEAL - 16-md-02741-VC**