UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Pennie v. Monsanto Co.*, Case No. 3:17-cv-01711-VC | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741<br><br>**DENYING [PROPOSED] ORDER ~~GRANTING~~ MONSANTO COMPANY'S MOTION TO CONTINUE UNILATERALLY-NOTICED HEARING DATE FOR PLAINTIFFS' REMAND MOTION** |

Upon consideration of Monsanto Company's Motion to Continue Unilaterally-Noticed Hearing Date for Plaintiffs' Remand Motion,     **DENIED**

~~IT IS HEREBY ORDERED that the motion is GRANTED, and it is~~

~~FURTHER ORDERED that the hearing on Plaintiffs' Remand Motion shall be continued from June 1, 2017 until a date to be determined by the Court, after the Judicial Panel on Multidistrict Litigation has issued transfer rulings in the twelve Roundup® lawsuits that Monsanto Company removed from Missouri state court to the Eastern District of Missouri.~~

Date: __June 6_____, 2017    _____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

**DENIED**
*Judge Vince Chhabria*