UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741<br><br>~~[PROPOSED]~~ ORDER ~~GRANTING~~ **DENYING** MONSANTO COMPANY'S MOTION FOR FURTHER CONTINUANCE OF HEARING DATE FOR PLAINTIFFS' REMAND MOTION |
|---|---|
| This document relates to:<br><br>*Pennie v. Monsanto Co.*, Case No. 3:17-cv-01711-VC | |

Upon consideration of Monsanto Company's Motion for Further Continuance of Hearing Date for Plaintiffs' Remand Motion and any opposition thereto,

IT IS HEREBY ORDERED that the motion is ~~GRANTED~~ **DENIED**; ~~and it is~~

~~FURTHER ORDERED that the hearing on Plaintiffs' remand motion shall be continued from June 15, 2017 to a date to be determined by the Court, after the Judicial Panel on Multidistrict Litigation has issued transfer rulings in the Roundup® lawsuits that Monsanto Company removed from Missouri state court to the Eastern District of Missouri.~~

Date: June 6, 2017

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

*[DENIED stamp — Judge Vince Chhabria]*