UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 25: DENYING MOTION FOR LEAVE TO FILE UNDER SEAL**<br>Re: Dkt. Nos. 316, 327 |

The plaintiffs' motion for leave to file under seal is denied in its entirety. *See* Civil L.R. 79-5(f)(2). This terminates Dkt. Nos. 255, 261, 282, and 316.

**IT IS SO ORDERED.**

Dated: June 6, 2017

VINCE CHHABRIA
United States District Judge