Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA  22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 16-md-02741-VC |
| This document relates to: <br><br> ALL ACTIONS | |

**UNREDACTED VERSIONS OF PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF ALL ORIGINAL AND RECUT SLIDES OF KIDNEY TISSUE FROM MICE IN STUDY BDN-77-420 AND EXHIBITS 1 AND 4 PURSUANT TO PTO #25**

- 1 -

UNREDACTED VERSIONS OF PLAINTIFFS' MOTION TO COMPEL
AND EXHIBITS 1 AND 4 TO ECF NO. 255 AND 256
3:16-md-02741-VC

Pursuant to the Court's Pretrial Order #25, entered on June 6, 2017 (ECF No. 330), attached hereto are un-redacted versions of Plaintiffs' Motion to Compel the Production of all Original and Recut Slides of Kidney Tissue from Mice in Study BDN-77-420 and Exhibits 1 and 4 to said Motion originally filed on April 21, 2017 (ECF No. 256-2).

Dated: June 8, 2017                                            Respectfully Submitted,

*/s/ Aimee Wagstaff*
Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

*Co-Lead Plaintiffs' Counsel
For MDL 2741*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record. .

DATED: June 8, 2017

*/s/ Aimee Wagstaff*
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

- 3 -
UNREDACTED VERSIONS OF PLAINTIFFS' MOTION TO COMPEL
AND EXHIBITS 1 AND 4 TO ECF NO. 255 AND 256
3:16-md-02741-VC