Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741<br><br>**MONSANTO COMPANY'S ADMINISTRATIVE MOTION FOR LEAVE TO SUPPLEMENT THE RECORD REGARDING PLAINTIFFS' MOTION TO REMAND** |
| This document relates to:<br><br>*Pennie v. Monsanto Co.*, Case No. 3:17-cv-01711-VC | |

Monsanto Company ("Monsanto") hereby seeks leave to supplement the record regarding Plaintiffs' Motion to Remand the Case to the Superior Court of the State of California, County of Alameda, Pursuant to 28 U.S.C. § 1447(c), ECF No. 18, with two recent letters relevant to issues presented by the briefing on that motion.

Attached as Exhibit 1 is a letter from Representative Ted Lieu to the Inspector General of the Environmental Protection Agency ("EPA"), referring to this litigation and requesting an investigation into the allegations of collusion between EPA officials and Monsanto raised by plaintiffs.  *See* Letter from The Honorable Ted W. Lieu, United States House of Representatives, to Arthur Elkins, Jr., Inspector General, Environmental Protection Agency (May 19, 2017).  The EPA Inspector General's May 31, 2017 response confirming that the agency is conducting an inquiry into several agency glyphosate review-related matters is attached as Exhibit 2.  *See* Letter

from Arthur A. Elkins Jr., Inspector General, Environmental Protection Agency, to The Honorable Ted W. Lieu, United States House of Representatives (May 31, 2017).  Monsanto first learned of these letters through media coverage on June 6, 2017.  *See* Paul D. Thacker, *The EPA's Inspector General is Probing Whether an Agency Staffer Colluded With Monsanto*, Huffington Post (June 6, 2017), http://www.huffingtonpost.com/entry/epa-inspector-general-probing-collusion-with-monsanto_us_59372108e4b0aba888b99dca?ncid=inblnkushpmg00000009.  Had these letters been available when Monsanto filed its surreply, Monsanto would have cited them at page 2, in support of its argument that both removal grounds invoked by Monsanto, *see* 28 U.S.C. §§ 1331 & 1441(a); 28 U.S.C. § 1442(a)(1), are proper because Plaintiffs' allegations will require the Court to adjudicate whether EPA colluded with Monsanto to maintain regulatory approval for Monsanto's Roundup®-branded herbicides.

Before filing this motion, Monsanto's counsel conferred with Plaintiffs' counsel in an attempt to reach an agreement regarding this request.  Plaintiffs' counsel informed Monsanto's counsel that Plaintiffs oppose this motion.

DATED: June 9, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*