# Exhibit 1

TED W. LIEU
33RD DISTRICT, CALIFORNIA

COMMITTEE ON THE
JUDICIARY

COMMITTEE ON
FOREIGN AFFAIRS

236 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-3976

5055 WILSHIRE BOULEVARD, SUITE 310
LOS ANGELES, CA 90036
(310) 652-3095

1600 ROSECRANS AVENUE, 4TH FLOOR
MANHATTAN BEACH, CA 90266
(310) 321-7664

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0533

May 19, 2017

Mr. Arthur Elkins, Jr.
Inspector General
Environmental Protection Agency
Office of Inspector General
1200 Pennsylvania Avenue, N.W. (2410T)
Washington, DC 20460

Dear Mr. Elkins:

Thank you for your public service. I have deep concerns with the Environmental Protection Agency's registration review of the pesticide glyphosate, a potentially harmful chemical to humans. California recently declared glyphosate a carcinogen. Monsanto manufactures Roundup, which has glyphosate as its active ingredient. There are reports that an EPA employee may have colluded with Monsanto to conduct a biased review of glyphosate. I respectfully request that you conduct an investigation into whether there was misconduct between the EPA and Monsanto related to EPA's review of glyphosate.

Judge Vince Chhabria of the Northern District of California is presently hearing a case related to the liability of Monsanto regarding Roundup. On March 13, 2017, Judge Chhabria denied Monsanto's request to seal documents related to the EPA's review of glyphosate and the work of EPA official Jess Rowland. According to a subsequent New York *Times* article, the unsealed documents revealed that Monsanto was responsible for ghostwriting academic research on glyphosate. Further, they showed that Rowland had assured Monsanto that the Department of Health and Human Services would not conduct a pesticide review of glyphosate.

If these accounts are true, I believe they raise serious concerns about the legitimacy of the glyphosate registration review. As such, I urge you to conduct an investigation. Some questions that need to be addressed include the following:

- Are there any communications between EPA officials and Monsanto that show any potential wrongdoing on the part of EPA or Monsanto employees?
- Is there any evidence that EPA's registration review of glyphosate was biased, unfair, or lacking in scientific rigor?
- Did an EPA official state or suggest that EPA would prevent any review of glyphosate by the Department of Health and Human Services?

- What efforts, if any, are being taken to ensure the integrity of EPA's current glyphosate registration review?
- What is the current status of the EPA's glyphosate registration review?

Thank you for your time and consideration.

Sincerely,

*Ted W. Lieu*

Ted W. Lieu
Member of Congress