# Exhibit 2



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
WASHINGTON, D.C. 20460

THE INSPECTOR GENERAL

MAY 3 1 2017

The Honorable Ted W. Lieu
U.S. House of Representatives
Washington, D.C. 20515

Dear Representative Lieu:

Thank you for your May 19, 2017, letter to the U.S. Environmental Protection Agency (EPA's) Office of Inspector General (OIG) requesting an investigation into reports that an EPA employee may have colluded with Monsanto to conduct a biased review of glyphosate.

As you are aware, there is considerable public interest regarding allegations of such collusion. As a result, I have asked the EPA OIG Office of Investigations to conduct an inquiry into several agency glyphosate review-related matters. Your letter has been forwarded to the EPA OIG Office of Investigations for inclusion and consideration.

Following the completion of the review, we will notify your staff and prepare the appropriate response to your concerns.

We appreciate your interest in the work of the EPA OIG. If you have any questions regarding this or any other matter, please contact Alan Larsen, Counsel to the Inspector General, at (202) 566-2391.

Sincerely,

Arthur A. Elkins Jr.