UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
| | MDL No. 2741 |
| This document relates to: *Pennie v. Monsanto Co.*, Case No. 3:17-cv-01711-VC | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION FOR LEAVE TO SUPPLEMENT THE RECORD REGARDING PLAINTIFFS' MOTION TO REMAND** |

Upon consideration of Monsanto Company's Administrative Motion for Leave to Supplement the Record Regarding Plaintiffs' Motion to Remand,

IT IS HEREBY ORDERED that the motion is GRANTED.

Date: _____, 2017

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT