UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>17-cv-1711 *Pennie* | **ORDER REQUESTING SUPPLEMENTAL BRIEFING** |

The plaintiffs are ordered to file a supplemental brief addressing the following questions:

1. Whether the complaint's reference to a FIFRA violation amounts to assertion of a federal claim, and if so, whether renouncing the claim at this stage would justify remand. *See* Compl. (Dkt. No. 1-1) at ¶ 146.

2. Whether the state-law fraud claim is premised on a FIFRA violation, and if so, whether this would give rise to federal question jurisdiction under *Grable*. *See id.* at ¶¶ 218-220.

3. How concerns arising out of the complaint's reference to a FIFRA violation affect an otherwise compelling argument for shifting fees under 28 U.S.C. § 1447(c).

The plaintiffs' supplemental brief is due no later than 5 pm on June 12, 2017. Supplemental briefing from Monsanto is not required, but will be accepted until 10 am on June 13. If the Court intends to vacate hearing on the motion to remand, it will notify the parties on June 13.

**IT IS SO ORDERED.**

Dated: June 9, 2017

_____
VINCE CHHABRIA
United States District Judge