UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Pennie v. Monsanto Co.*, Case No. 3:17-cv-01711-VC | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741<br><br>**[PROPOSED] ORDER ~~GRANTING~~ DENYING MONSANTO COMPANY'S ADMINISTRATIVE MOTION FOR LEAVE TO SUPPLEMENT THE RECORD REGARDING PLAINTIFFS' MOTION TO REMAND** |

Upon consideration of Monsanto Company's Administrative Motion for Leave to Supplement the Record Regarding Plaintiffs' Motion to Remand,

IT IS HEREBY ORDERED that the motion is ~~GRANTED~~ DENIED.

Date: ___June 9___, 2017            _____
                                    HONORABLE VINCE CHHABRIA
                                    UNITED STATES DISTRICT COURT

*DENIED — Judge Vince Chhabria*

---

[PROPOSED] ORDER GRANTING MONSANTO'S ADMIN. MOT. FOR LEAVE TO SUPPLEMENT
3:16-md-02741-VC