# Exhibit 1

Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Pennie v. Monsanto Co.*, Case No. 3:17-cv-01711-VC | Case No. 3:16-md-02741-VC <br><br> MDL No. 2741 <br><br> **DECLARATION OF JOE G. HOLLINGSWORTH IN SUPPORT OF MONSANTO COMPANY'S SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' REMAND MOTION** <br><br> Hearing Date:  June 15, 2017 <br> Time:  10:00 a.m. |

HOLLLINGSWORTH DECLARATION ISO MONSANTO'S SUPPL. BRIEF (3:16-md-02741-VC)

1 | I, Joe G. Hollingsworth, hereby declare as follows:

2 | 1. I am an attorney at law and am a member of the law firm of Hollingsworth LLP, counsel for defendant Monsanto Company ("Monsanto"). I represent Monsanto in numerous Roundup® lawsuits and have done so from the beginning of the Roundup® litigation. I make this declaration in support of Monsanto's Supplemental Brief in Opposition to Plaintiffs' Remand Motion. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Plaintiffs' counsel initiated the Roundup® litigation in 2015 with a series of product liability lawsuits filed in various federal and state courts.

3. All of those complaints allege that glyphosate, the active ingredient in Roundup®-branded herbicides, causes cancer.

4. Monsanto has litigated on both fronts (federal and state court) since 2015, including pressing applicable federal defenses that arise from Roundup®-branded herbicides' status as products approved by and regulated by the United States Environmental Protection Agency ("EPA").

5. On September 12, 2016, EPA – re-stating its earlier assessments and pursuant to its regulatory authority and obligations under the Federal Insecticide, Fungicide, and Rodenticide Act ("FIFRA"), 7 U.S.C. § 136, *et seq.* – declared glyphosate "'not likely to be carcinogenic to humans' at doses relevant to human health risk assessment." U.S. Environmental Protection Agency Office of Pesticide Programs, *Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* at 141 (Sept. 12, 2016) ("EPA OPP Report"), https://www.regulations.gov/document?D=EPA-HQ-OPP-2016-0385-0094).

6. As part of the docket for the EPA OPP Report, EPA also made public an earlier analysis by EPA's 13-person Cancer Assessment Review Committee, chaired by long-time EPA veteran Jess Rowland, which likewise endorsed EPA's existing classification of glyphosate as "Not Likely to be Carcinogenic to Humans." Cancer Assessment Review Committee, Health Effects Division, Office of Pesticide Programs, U.S. Environmental Protection Agency, *Cancer Assessment Document – Evaluation of the Carcinogenic Potential of Glyphosate* at 10, 77 (Final

1  Report, Oct. 1, 2015) ("CARC Report"), https://www.regulations.gov/document?D=EPA-HQ-
2  OPP-2016-0385-0014).
3      7.  In February and March 2017, the *Pennie* Complaint was filed against Monsanto in
4  California state court (Alameda County), and fourteen Roundup® complaints were filed on behalf
5  of approximately 1,100 plaintiffs in Missouri state court (St. Louis City).  Those complaints
6  added a series of allegations directly attacking EPA and its officials, contending that EPA
7  officials had acted corruptly and in collusion with Monsanto to maintain federal regulatory
8  approval for Roundup®-branded herbicides in violation of FIFRA and related EPA regulations.

10      I hereby declare under penalty of perjury that the facts set forth herein are true and
11 correct.  Executed this 13th day of June, 2017.

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

*Attorneys for Defendant Monsanto Company*