1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  202-898-5800
4  Facsimile:   202-682-1639
Email: jhollingsworth@hollingsworthllp.com
5          elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| --- | --- |
11  | | Case No. 3:16-md-02741-VC |
12  | This document relates to:<br>*Linda O'Neil, et al. v. Monsanto Co.*,<br>Case No. 3:17-cv-03378-VC | |
13

14      **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

15        Pursuant to Federal Rule of Civil Procedure 7.1, defendant Monsanto Company

16  ("Monsanto") makes the following disclosures:

17        1.      Monsanto is not owned by any parent corporation.

18        2.      No publicly traded company owns 10% or more of the stock of Monsanto.

19  DATED:  June 13, 2017                Respectfully submitted,

20                                       /s/ Joe G. Hollingsworth
                                         Joe G. Hollingsworth (*pro hac vice*)
21                                       (jhollingsworth@hollingsworthllp.com)
                                         Eric G. Lasker (*pro hac vice*)
22                                       (elasker@hollingsworthllp.com)
                                         HOLLINGSWORTH LLP
23                                       1350 I Street, N.W.
                                         Washington, DC  20005
24                                       Telephone:  (202) 898-5800
                                         Facsimile:   (202) 682-1639
25

26                                       *Attorneys for Defendant*
                                         *MONSANTO COMPANY*
27

28