| | |
|---|---|
| 1 | **HOLLINGSWORTH LLP** |
| | Joe G. Hollingsworth (*pro hac vice*) |
| 2 | Eric G. Lasker (*pro hac vice*) |
| | 1350 I Street, N.W. |
| 3 | Washington, DC  20005 |
| | Telephone:  202-898-5800 |
| 4 | Facsimile:   202-682-1639 |
| | Email: jhollingsworth@hollingsworthllp.com |
| 5 |        elasker@hollingsworthllp.com |
| 6 | *Attorneys for Defendant* |
| | MONSANTO COMPANY |
| 7 | |

8   UNITED STATES DISTRICT COURT

9   NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| 11 | | Case No. 3:16-md-02741-VC |
| 12 | This document relates to: | |
| 13 | *William Setzer, et al. v. Monsanto Co.*, Case No. | |
| 14 | | |

15         **MONSANTO COMPANY'S**
16   <u>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**</u>

17         Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

18   named parties, there is no such interest to report.

19   DATED:  June 13, 2017                    Respectfully submitted,

20                                            <u>/s/ Joe G. Hollingsworth</u>
                                              Joe G. Hollingsworth (*pro hac vice*)
21                                            (jhollingsworth@hollingsworthllp.com)
                                              Eric G. Lasker (*pro hac vice*)
22                                            (elasker@hollingsworthllp.com)
23                                            HOLLINGSWORTH LLP
                                              1350 I Street, N.W.
24                                            Washington, DC  20005
                                              Telephone:  (202) 898-5800
25                                            Facsimile:   (202) 682-1639

26                                            *Attorneys for Defendant*
                                              MONSANTO COMPANY
27

28

---