# TRANSCRIPT ORDER

**Please use one form per court reporter.**
*CJA counsel please use Form CJA24*
*Please read instructions on next page.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 02/2015)

COURT USE ONLY
**DUE DATE:**

**1a. CONTACT PERSON FOR THIS ORDER:** Ursula Gbe
**2a. CONTACT PHONE NUMBER:** (202) 789-3709
**3. CONTACT EMAIL ADDRESS:** ugbe@hollingsworthllp.com

**1b. ATTORNEY NAME (if different):** Joe G. Hollingsworth
**2b. ATTORNEY PHONE NUMBER:** (202) 898-5800
**3. ATTORNEY EMAIL ADDRESS:** jhollingsworth@hollingsworthllp.com

**4. MAILING ADDRESS:** Hollingsworth LLP, 1350 I Street NW, Washington, DC 20005

**5. CASE NAME:** In re Roundup Products Liability Litigation
**6. CASE NUMBER:** 3:16-md-02741

**7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX):** ☒ FTR

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL  ☐ CRIMINAL
☒ NON-APPEAL  ☐ CIVIL
☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED**

a. HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (If requesting less than full hearing, specify portion (e.g. witness or time)) |
|---|---|---|---|
| 06/15/2017 | VC | MH* | |

b. SELECT FORMAT(S):

| | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) |
|---|---|---|---|---|---|
| | ○ | ● | ○ | ○ | ○ |

c. DELIVERY TYPE:

| ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ● | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**
*Motion Hearing

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** /s/ Joe G. Hollingsworth
**12. DATE:** 06/15/2017

**DISTRIBUTION:** ☐ COURT COPY  ☐ TRANSCRIPTION COPY  ☐ ORDER RECEIPT  ☐ ORDER COPY