Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant-Appellant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**MONSANTO COMPANY'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |
| This document relates to:<br><br>*Pennie v. Monsanto Co.*, Case No. 3:17-cv-01711-VC | |

## NOTICE OF APPEAL

Notice is hereby given that defendant Monsanto Company in the above named case, *Pennie v. Monsanto Company*, Case No. 3:17-cv-01711-VC (N.D. Cal.), hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order entered in this action on July 5, 2017 granting Plaintiffs' Motion to Remand to State Court, ECF No. 42.  The same Order was also entered as ECF No. 377 in *In re Roundup Products Liability Litigation*, Case No. 3:16-md-02741-VC (N.D. Cal.).

DATED: July 6, 2017                                        Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant-Appellant Monsanto Company*

## REPRESENTATION STATEMENT

As required by Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), the following is a list of all parties to the action and the information regarding their counsel:

**Defendant-Appellant**

Monsanto Company

**Counsel of Defendant-Appellant**

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
jhollingsworth@hollingsworthllp.com
Eric G. Lasker (*pro hac vice*)
elasker@hollingsworthllp.com
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

**Other Defendants**

Wilbur-Ellis Company LLC
Wilbur-Ellis Feed, LLC

**Counsel of Other Defendants**

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
jhollingsworth@hollingsworthllp.com
Eric G. Lasker (*pro hac vice*)
elasker@hollingsworthllp.com
1350 I Street, N.W.
Washington, DC 20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

- 2 -
MONSANTO COMPANY'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT
3:16-md-02741-VC & 3:17-cv-01711-VC

**Plaintiffs-Appellees**

Loretta I. Pennie
Pablo Aguero
Michael Allen
Kelly S. Baron
John Barton
Mark Barton
Maria Bedolla, individually and as successor to the Estate of David L. Bedolla, deceased
Jean E. Bevanmarquez
Mark J. Blackwelder
Donald E. Brenner
Deborah Brooks, individually and as successor in interest to the Estate of Dean D. Brooks, deceased
Denton L. Carender, Sr.
Frank Chavez
Gina E. Davis
Richard D'Souza
Randy A. Ferber
Gary W. Hall
Patricia Hamilton, individually and as successor in interest to the Estate of Bruce Hamilton, deceased
John S. Henderson
Phil P. Hernandez
Ann E. Hinshelwood
Steven Louis McCormick
Sheila Mitchell
Tammy Moreno, individually and as successor in interest to the Estate of Andrew D. Moreno, deceased
Anthony Prince Munoz
Timothy J. Parker
Carolyn J. Pierce
Joanne Marie Plummer
Gary C. Puckett
Paulette M. Randall
Rhoda B. Rathkamp
Parviz Rezazadeh
Douglas Smith
John S. Stratton
Steven M. Strohm
Cheryl Y. Thresher
George T. Watson
Mercy O. Solorio, individually and as successor in interest to the Estate of Estanislao Solorio, deceased
Jeff Ingram
Charles Vannoy
Carolyn McCray

**Counsel for Plaintiffs-Appellees**

**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**
Michael L. Baum (CA #119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner (CA #276023)
rbwisner@baumhedlundlaw.com
Frances M. Phares (LA #10388)
fphares@baumhedlundlaw.com
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA  90025
Telephone:  (310) 207-3233
Facsimile:   (310) 820-7444

**PENDLY, BAUDIN, & COFFIN, LLP**
Nicholas R. Rockforte (LA #31305)
nrockforte@pbclawfirm.com
Christopher L. Coffin (LA #27902)
ccoffin@pbclawfirm.com
Jonathan E. Chatwin (LA #36410)
jchatwin@pbclawfirm.com
1515 Poydras Street, Suite 1400
New Orleans, LA  70112
Telephone:  (504) 355-0086
Facsimile:   (504) 523-0699

**KENNEDY & MADONNA, LLP**
Robert F. Kennedy, Jr.
rkennedy@kennedymadonna.com
Kevin J. Madonna
kmadonna@kennedymadonna.com
48 Dewitt Mills Road
Hurley, NY  12443
Telephone:  (845) 481-2622
Facsimile:   (845) 230-3111

DATED:  July 6, 2017                              **HOLLINGSWORTH LLP**

By:*/s/ Joe G. Hollingsworth*
     Joe G. Hollingsworth

*Attorneys for Defendant-Appellant*
*Monsanto Company*

- 4 -
MONSANTO COMPANY'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT
3:16-md-02741-VC & 3:17-cv-01711-VC