UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 26:<br>PRE-TRANSFER MOTIONS** |

This Court recently received a number of individual cases in which motions were pending with the transferor court. The parties are advised that such motions will not be addressed unless renoticed post-transfer. If briefing on a pending motion is incomplete, the parties should reestablish a mutually agreeable schedule for completing their briefing in the course of renoticing the pending motion.

To the extent motion practice in any individual case transferred to this MDL remains stayed by order of the transferor court, the stay is lifted upon consolidation with the MDL.

**IT IS SO ORDERED.**

Dated: July 6, 2017

_____
VINCE CHHABRIA
United States District Judge