UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION        MDL No. 2741

(SEE ATTACHED SCHEDULE)

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
AND VACATING THE JULY 27, 2017, HEARING SESSION ORDER

A conditional transfer order was filed in the actions on the attached schedule on April 7, 2017. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that plaintiffs have withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-15" filed on April 7, 2017, is LIFTED insofar as it relates to these actions. The actions are transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Vince Chhabria.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 14, 2017, are VACATED insofar as they relate to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                MDL No. 2741

SCHEDULE CTO-15 – TAG-ALONG ACTIONS

**DIST  DIV.   C.A. NO.**       **CASE CAPTION**

MISSOURI EASTERN

    MOE   4      17-01111      Bates, et al. v. Monsanto Company, et al.
    MOE   4      17-01113      Salvaggio, et al. v. Monsanto Company, et al.
    MOE   4      17-01116      Feranec, et al. v. Monsanto Company, et al.