Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant-Appellant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**MONSANTO COMPANY'S NOTICE OF FILING NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |
|---|---|
| This document relates to:<br><br>*Pennie v. Monsanto Co.*, Case No. 3:17-cv-01711-VC | |

**NOTICE OF FILING**
**NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

Notice is hereby given that on July 6, 2017, defendant Monsanto Company filed its Notice of Appeal and Representation Statement ("Notice of Appeal") to the United States Court of Appeals for the Ninth Circuit from the Order entered in the Roundup® multidistrict litigation on July 5, 2017, granting Plaintiffs' Motion to Remand to State Court, *In re Roundup Products Liability Litigation*, Case No. 3:16-md-02741-VC (N.D. Cal.), ECF No. 377 ("Remand Order"). Notice of Appeal, ECF No. 378.  The same Remand Order was entered in the individual case, *Pennie v. Monsanto Company*, Case No. 3:17-cv-01711-VC (N.D. Cal.), ECF No. 42.  A copy of the Notice of Appeal — which explicitly references and was directed to the Remand Order entered in the individual *Pennie* case — is attached hereto as Exhibit 1.

DATED: July 11, 2017                                    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant-Appellant*
*Monsanto Company*