# EXHIBIT 1

1   Joe G. Hollingsworth (*pro hac vice*)
    (jhollingsworth@hollingsworthllp.com)
2   Eric G. Lasker (*pro hac vice*)
    (elasker@hollingsworthllp.com)
3   HOLLINGSWORTH LLP
    1350 I Street, N.W.
4   Washington, DC  20005
    Telephone:  (202) 898-5800
5   Facsimile:   (202) 682-1639
6
7   *Attorneys for Defendant-Appellant*
    *MONSANTO COMPANY*
8
9                   UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA

11  | IN RE: ROUNDUP PRODUCTS | Case No. 3:16-md-02741-VC |
    | LIABILITY LITIGATION | MDL No. 2741 |
12
13                                           **MONSANTO COMPANY'S**
                                             **NOTICE OF APPEAL AND**
14                                           **REPRESENTATION STATEMENT**

    This document relates to:
15
    *Pennie v. Monsanto Co.*, Case No. 3:17-cv-
16  01711-VC
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF APPEAL**

Notice is hereby given that defendant Monsanto Company in the above named case, *Pennie v. Monsanto Company*, Case No. 3:17-cv-01711-VC (N.D. Cal.), hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order entered in this action on July 5, 2017 granting Plaintiffs' Motion to Remand to State Court, ECF No. 42.  The same Order was also entered as ECF No. 377 in *In re Roundup Products Liability Litigation*, Case No. 3:16-md-02741-VC (N.D. Cal.).

DATED: July 6, 2017                              Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant-Appellant*
*Monsanto Company*

**REPRESENTATION STATEMENT**

As required by Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), the following is a list of all parties to the action and the information regarding their counsel:

**Defendant-Appellant**

Monsanto Company

**Counsel of Defendant-Appellant**

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
jhollingsworth@hollingsworthllp.com
Eric G. Lasker (*pro hac vice*)
elasker@hollingsworthllp.com
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

**Other Defendants**

Wilbur-Ellis Company LLC
Wilbur-Ellis Feed, LLC

**Counsel of Other Defendants**

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
jhollingsworth@hollingsworthllp.com
Eric G. Lasker (*pro hac vice*)
elasker@hollingsworthllp.com
1350 I Street, N.W.
Washington, DC 20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

**Plaintiffs-Appellees**

Loretta I. Pennie
Pablo Aguero
Michael Allen
Kelly S. Baron
John Barton
Mark Barton
Maria Bedolla, individually and as successor to the Estate of David L. Bedolla, deceased
Jean E. Bevanmarquez
Mark J. Blackwelder
Donald E. Brenner
Deborah Brooks, individually and as successor in interest to the Estate of Dean D. Brooks, deceased
Denton L. Carender, Sr.
Frank Chavez
Gina E. Davis
Richard D'Souza
Randy A. Ferber
Gary W. Hall
Patricia Hamilton, individually and as successor in interest to the Estate of Bruce Hamilton, deceased
John S. Henderson
Phil P. Hernandez
Ann E. Hinshelwood
Steven Louis McCormick
Sheila Mitchell
Tammy Moreno, individually and as successor in interest to the Estate of Andrew D. Moreno, deceased
Anthony Prince Munoz
Timothy J. Parker
Carolyn J. Pierce
Joanne Marie Plummer
Gary C. Puckett
Paulette M. Randall
Rhoda B. Rathkamp
Parviz Rezazadeh
Douglas Smith
John S. Stratton
Steven M. Strohm
Cheryl Y. Thresher
George T. Watson
Mercy O. Solorio, individually and as successor in interest to the Estate of Estanislao Solorio, deceased
Jeff Ingram
Charles Vannoy
Carolyn McCray

- 3 -

1   **Counsel for Plaintiffs-Appellees**

2   **BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**
3   Michael L. Baum (CA #119511)
    mbaum@baumhedlundlaw.com
4   R. Brent Wisner (CA #276023)
    rbwisner@baumhedlundlaw.com
5   Frances M. Phares (LA #10388)
    fphares@baumhedlundlaw.com
6   12100 Wilshire Boulevard, Suite 950
    Los Angeles, CA  90025
7   Telephone:  (310) 207-3233
    Facsimile:   (310) 820-7444
8

9   **PENDLY, BAUDIN, & COFFIN, LLP**
    Nicholas R. Rockforte (LA #31305)
10  nrockforte@pbclawfirm.com
    Christopher L. Coffin (LA #27902)
11  ccoffin@pbclawfirm.com
    Jonathan E. Chatwin (LA #36410)
12  jchatwin@pbclawfirm.com
    1515 Poydras Street, Suite 1400
13  New Orleans, LA  70112
    Telephone:  (504) 355-0086
14  Facsimile:   (504) 523-0699
15

16  **KENNEDY & MADONNA, LLP**
    Robert F. Kennedy, Jr.
17  rkennedy@kennedymadonna.com
    Kevin J. Madonna
18  kmadonna@kennedymadonna.com
    48 Dewitt Mills Road
19  Hurley, NY  12443
    Telephone:  (845) 481-2622
20  Facsimile:   (845) 230-3111
21

22
    DATED:  July 6, 2017                          **HOLLINGSWORTH LLP**
23

24
                                                  By:*/s/ Joe G. Hollingsworth*
25                                                     Joe G. Hollingsworth

26                                                *Attorneys for Defendant-Appellant*
                                                  *Monsanto Company*
27

28
                                      - 4 -
    MONSANTO COMPANY'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT
                    3:16-md-02741-VC & 3:17-cv-01711-VC