1  DAVID G. OTT (MO. BAR NO. 30449MO)
   JOHN F. COWLING (MO. BAR NO. 30929MO)
2  SCOTT T. JANSEN (MO. BAR NO. 57393MO)
   ARMSTRONG TEASDALE LLP
3  7700 Forsyth Blvd., Suite 1800
   St. Louis, Missouri 63105
4  Telephone:    314.621.5070
   Facsimile:     314.621.5065
5  dott@armstrongteasdale.com
   jcowling@armstrongteasdale.com
6  sjansen@armstrongteasdale.com

7  Attorneys for Defendants
   OSBORN & BARR COMMUNICATIONS, INC. and
8  OSBORN & BARR HOLDINGS, INC.

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11               **SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| 12 | Case No. 3:16-md-02741-VC |
| IN RE:  ROUNDUP PRODUCTS | MDL No. 2741 |
| 13  LIABILITY LITIGATION | |
| | **OSBORN & BARR DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |
| 14 | |
| 15  This document relates to: | **JURY TRIAL DEMANDED** |
| 16  *Montaigne, et al. v. Monsanto Co., et al.,* | **HEARING DATE:  August 31, 2017** |
| Case No. 3:17-cv-03756-VC | |
| 17 | **10:00 A.M.** |
| 18 | |

19         1.      Please take notice that this motion is set for hearing on August 31, 2017 at 10:00

20  a.m.

21         2.      Movants, Defendants Osborn & Barr Communications, Inc. and Osborn & Barr

22  Holdings, Inc., request the Court dismiss counts IV, V, VI and VII of Plaintiffs' Complaint,

23  which constitute all of the claims against them, because they fail to state a claim upon which

24  relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6).

25         3.      Movants submit their Memorandum in Support of this Motion, with their points

26  and authority, by separate brief pursuant to Civil L.R. 7-4.

27

28
                                         Respectfully submitted,
                                  -1-

1

2

Dated:  July 19, 2017

ARMSTRONG TEASDALE LLP

3

/S/ SCOTT T. JANSEN

By:   DAVID G. OTT

4

(Mo. Bar No. 30449MO)
JOHN F. COWLING

5

(Mo. Bar No. 30920MO)
SCOTT T. JANSEN

6

(Mo. Bar No. 57393MO)
7700 Forsythe Blvd., Ste. 1800

7

St. Louis, Missouri 63105
Telephone: (314) 621-5070

8

Facsimile:  (314) 621-5065

9

10

Attorneys for Defendants

11

OSBORN & BARR COMMUNICATIONS,
INC. and OSBORN & BARR HOLDINGS,

12

INC.

13

14

**CERTIFICATE OF SERVICE**

15

The undersigned hereby certifies that the foregoing was filed using the ECF system on

16

this 19th day of July, 2017.

17

18

/s/ Scott T. Jansen

19

20

21

22

23

24

25

26

27

28

Motion to Dismiss for Failure to State a Claim

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>This document relates to:<br><br>*Montaigne, et al. v. Monsanto Co., et al.,*<br>Case No. 3:17-cv-03756-VC | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING OSBORN & BARR COMMUNICATIONS, INC. AND OSBORN & BARR HOLDINGS, INC. MOTION TO DISMISS** |

Upon consideration of Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc.'s Motion to Dismiss,

IT IS HEREBY ORDERED that the motion is GRANTED; Counts IV, V, VI and VII of Plaintiffs' Complaint are dismissed as to Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc. for failure to state a claim upon which relief could be granted.

Date: _____, 2017        _____

HON. VINCE CHHABRIA
UNITED STATES DISTRICT COURT

-3-