DAVID G. OTT (MO. BAR NO. 30449MO)
JOHN F. COWLING (MO. BAR NO. 30929MO)
SCOTT T. JANSEN (MO. BAR NO. 57393MO)
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:   314.621.5070
Facsimile:    314.621.5065
dott@armstrongteasdale.com
jcowling@armstrongteasdale.com
sjansen@armstrongteasdale.com

Attorneys for Defendants
OSBORN & BARR COMMUNICATIONS, INC. and
OSBORN & BARR HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Cobb, et al. v. Monsanto Co., et al.*,<br>Case No. 3:17-cv-03749-VC | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**OSBORN & BARR DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>**JURY TRIAL DEMANDED**<br><br>**HEARING DATE:** August 31, 2017<br><br>10:00 A.M. |

1. Please take notice that this motion is set for hearing on August 31, 2017 at 10:00 a.m.

2. Movants, Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc., request the Court dismiss counts IV, V, VI and VII of Plaintiffs' Complaint, which constitute all of the claims against them, because they fail to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6).

3. Movants submit their Memorandum in Support of this Motion, with their points and authority, by separate brief pursuant to Civil L.R. 7-4.

-1-

Respectfully submitted,

Dated:  July 19, 2017                    ARMSTRONG TEASDALE LLP

By: /S/ SCOTT T. JANSEN
DAVID G. OTT
(Mo. Bar No. 30449MO)
JOHN F. COWLING
(Mo. Bar No. 30920MO)
SCOTT T. JANSEN
(Mo. Bar No. 57393MO)
7700 Forsythe Blvd., Ste. 1800
St. Louis, Missouri 63105
Telephone: (314) 621-5070
Facsimile:  (314) 621-5065

Attorneys for Defendants

OSBORN & BARR COMMUNICATIONS, INC. and OSBORN & BARR HOLDINGS, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the ECF system on this 19th day of July, 2017.

/s/ Scott T. Jansen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Cobb, et al. v. Monsanto Co., et al.*,<br>Case No. 3:17-cv-03749-VC | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING OSBORN & BARR COMMUNICATIONS, INC. AND OSBORN & BARR HOLDINGS, INC. MOTION TO DISMISS** |

Upon consideration of Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc.'s Motion to Dismiss,

IT IS HEREBY ORDERED that the motion is GRANTED; Counts IV, V, VI and VII of Plaintiffs' Complaint are dismissed as to Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc. for failure to state a claim upon which relief could be granted.

Date: _____, 2017      _____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT COURT