

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

July 14, 2017

| | |
|---|---|
| No.: | 17-16427 |
| D.C. Nos.: | 3:17-cv-01711-VC, |
| Short Title: | Loretta Pennie, et al v. Monsanto Company |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 14 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LORETTA I. PENNIE; PABLO AGUERO; MICHAEL J. ALLEN; KELLY S. BARON; JOHN BARTON; MARK BARTON; MARIA BEDOLLA, individually, and as successor in interest to the Estate of David L. Bedolla, deceased,; JEAN E. BEVANMARQUEZ; MARK J. BLACKWELDER; DONALD E. BRENNER; DEBORAH BROOKS, individually and as successor in interest to the Estate of Dean D. Brooks, deceased,; DENTON L. CARENDER; FRANK CHAVEZ; GINA E. DAVIS; RICHARD D'SOUZA; RANDY A. FERBER; GARY W. HALL; PATRICIA HAMILTON, individually and as successor in interest to the Estate of Bruce Hamilton, deceased; JOHN S. HENDERSON; PHIL P. HERNANDEZ; ANN E. HINSHELWOOD; STEVEN LOUIS MCCORMICK; SHEILA MITCHELL; TAMMY MORENO, individually and as successor in interest to the Estate of Andrew D. Moreno, deceased,; ANTHONY PRINCE MUNOZ; TIMOTHY J. PARKER; CAROLYN J. PIERCE; JOANNE MARIE PLUMMER; GARY C. PUCKETT; PAULETTE M. RANDALL; RHODA B. RATHKAMP; PARVIZ | No. 17-16427<br><br>D.C. Nos. 3:17-cv-01711-VC, U.S. District Court for Northern California, San Francisco<br><br>**TIME SCHEDULE ORDER** |

REZAZADEH; DOUGLAS SMITH; JOHN S. STRATTON; STEVEN M. STROHM; CHERYL Y. THRESHER; GEORGE T. WATSON; MERCY O. SOLORIO, individually and as successor in interest to the Estate of Estanislao Solorio, deceased; JEFF INGRAM; CHARLES VANNOY; CAROLYN MCCRAY,

        Plaintiffs - Appellees,

v.

MONSANTO COMPANY,

        Defendant - Appellant.

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Fri., July 21, 2017** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Thu., August 10, 2017** | Transcript shall be ordered. |
| **Mon., September 11, 2017** | Transcript shall be filed by court reporter. |
| **Fri., October 20, 2017** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Mon., November 20, 2017** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Ruben Talavera
        Deputy Clerk
        Ninth Circuit Rule 27-7