UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 21 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LORETTA I. PENNIE; et al.,

        Plaintiffs - Appellees,

v.

MONSANTO COMPANY,

        Defendant - Appellant.

No. 17-16427

D.C. Nos. 3:17-cv-01711-VC,
U.S. District Court for Northern
California, San Francisco

**ORDER**

The motion filed by the appellants on July 20, 2017 for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Marc Eshoo
Deputy Clerk
Ninth Circuit Rule 27-7