# Exhibit 2

**From:** Wisner, R. Brent [mailto:rbwisner@baumhedlundlaw.com]
**Sent:** Friday, July 07, 2017 1:47 PM
**To:** Rubin, Gary I.
**Cc:** Hollingsworth, Joe G.; Johnston, Robert E.; Lasker, Eric; Esfandiary, Pedram; Baum, Michael
**Subject:** RE: Your June 30, 2017, Letter

Gary,

I appreciate your willingness to meet-and-confer. That date works for me, however I am scheduled for a telephonic conference call with a Court at noon. Are you available to speak at 1 pm PT?

Best,

R. Brent Wisner, Esq.
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd, Suite 950
Los Angeles, CA 90025
Direct: 310-820-6294
Office: 310-207-3233
Fax: 310-820-7444
RBWisner@BaumHedlundLaw.com
www.BaumHedlundLaw.com



**********************************

CONFIDENTIALITY NOTICE -- This electronic mail message may contain confidential information belonging to the sender which is protected by the attorney-client and/or work product privilege. The information is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please purge the received information from your system and immediately notify the sender by telephone and by return e-mail. Thank you.

IRS DISCLAIMER: Communications from our firm may contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service standards (Circular 230), we are required to inform you that only formal, written tax opinions meeting the requirements of Circular 230 may be relied upon by taxpayers for the purpose of avoiding tax-related

penalties. Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code.

**From:** Rubin, Gary I. [mailto:GRubin@Hollingsworthllp.com]
**Sent:** Thursday, July 6, 2017 6:12 PM
**To:** Wisner, R. Brent <rbwisner@baumhedlundlaw.com>
**Cc:** Hollingsworth, Joe G. <jhollingsworth@hollingsworthllp.com>; Johnston, Robert E. <RJohnston@Hollingsworthllp.com>; Lasker, Eric <ELasker@Hollingsworthllp.com>
**Subject:** Your June 30, 2017, Letter

Mr. Wisner:

==I am writing to respond to your June 30, 2017, letter addressed to Joe Hollingsworth concerning the confidentiality of certain documents. We are available to discuss your letter on the afternoon of Thursday, July 13th. We propose noon your time. If this day and time works for you, I can send a dial in number. Thank you.==

Gary Rubin



**Gary I. Rubin**
Partner

D 202.898.5830 | GRubin@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005
www.hollingsworthllp.com

This electronic message contains information from the law firm of Hollingsworth LLP, which may be confidential or privileged. The information is for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic transmission in error, please notify us immediately at (202) 898-5800.