# Exhibit 4

**From:** Wisner, R. Brent [mailto:rbwisner@baumhedlundlaw.com]
**Sent:** Thursday, July 27, 2017 5:41 PM
**To:** Rubin, Gary I.
**Cc:** Aimee H. Wagstaff; Esfandiary, Pedram; Hollingsworth, Joe G.; Johnston, Robert E.; Lasker, Eric; Baum, Michael; Robin Greenwald
**Subject:** RE: Your June 30, 2017, Letter: Dial-in Information

Gary,

Following up from the meet-and-confer, we discussed the issue internally, and Plaintiffs have decided that we will not be filing a joint discovery letter with the Court concerning the confidentiality designations challenged in the June 30, 2017 letter.

Best,

R. Brent Wisner, Esq.
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd, Suite 950
Los Angeles, CA 90025
Direct: 310-820-6294
Office: 310-207-3233
Fax: 310-820-7444
RBWisner@BaumHedlundLaw.com
www.BaumHedlundLaw.com

*********************************

CONFIDENTIALITY NOTICE -- This electronic mail message may contain confidential information belonging to the sender which is protected by the attorney-client and/or work product privilege. The information is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please purge the received information from your system and immediately notify the sender by telephone and by return e-mail. Thank you.

IRS DISCLAIMER: Communications from our firm may contain or incorporate federal tax advice.  Under recently promulgated US Internal Revenue Service standards (Circular 230), we are required to inform you that only formal, written tax opinions meeting the requirements of