# Exhibit
# 6

**From:** Carey Gillam <carey@careygillam. com>
**Date:** August 1, 2017 at 4:16:07 AM CDT **To:** Charla Lord <Charla.Marie.Lord@ monsanto.com> **Subject: any comment?**

http://www.huffingtonpost.com/entry/newly-released-monsanto-papers-add-to-questions-of_us_597fc800e4b0d187a5968fbf?ncid=engmodushpmg00000003

This email and any attachments were sent from a Monsanto email account and may contain confidential and/or privileged information. If you are not the intended recipient, please contact the sender and delete this email and any attachments immediately. Any unauthorized use, including disclosing, printing, storing, copying or distributing this email, is prohibited. All emails and attachments sent to or from Monsanto email accounts may be subject to monitoring, reading, and archiving by Monsanto, including its affiliates and subsidiaries, as permitted by applicable law. Thank you.