# Exhibit 10

**From:** Rubin, Gary I.
**Sent:** Tuesday, August 01, 2017 1:28 PM
**To:** Wisner, R. Brent (rbwisner@baumhedlundlaw.com); Esfandiary, Pedram (pesfandiary@baumhedlundlaw.com); 'Aimee H. Wagstaff' (aimee.wagstaff@andruswagstaff.com); Robin Greenwald; 'Robertson, Pearl'; Michael Miller
**Cc:** Hollingsworth, Joe G.; Sullivan, James
**Subject:** Your release to the public of documents designated as confidential by Monsanto.

Mr. Wisner,

Pursuant to Local Rule 65-2(b), we are writing to set a time today to discuss with you our intention to seek extraordinary relief from the MDL Court based on your release to the public of 84 Monsanto documents that have been designated confidential under the terms of the Court's Protective Order. These are not public documents. They are and continue to be the property of Monsanto Company. Your action violates PTO 15 and 20.

Further, do not destroy or otherwise alter any of your firm's email or other correspondence whatsoever including (1) your internal emails and other correspondence concerning public entities such as the Huffington Post, the U.S. Right to Know, Carey Gillam, and any and all other media outlets, and (2) emails and other correspondence between you or other lawyers in your firm and/or the Plaintiff Steering Committee with public entities such as the Huffington Post, the U.S. Right to Know, Carey Gillam, and any and all other media outlets.

We propose 11:00a.m. your time for the call. Please let us know if that time works for you, or a suitable time as soon thereafter as possible. Thank you.

       Gary Rubin and Jim Sullivan