UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 27: REQUESTING RESPONSE TO EMERGENCY MOTION**<br><br>Re: Dkt. No. 416 |

The plaintiffs are ordered to file a response to Monsanto's application for emergency relief by Friday, August 4, 2017. The response should not exceed 10 pages. If Monsanto wishes to file a reply, it must do so by Monday, August 7, 2017. The reply should not exceed 5 pages.

A telephonic case management conference is scheduled for Wednesday, August 9, 2017 at 2:30 pm.

**IT IS SO ORDERED.**

Dated: August 2, 2017

VINCE CHHABRIA
United States District Judge