1  Michael L. Baum, Esq. (SBN: 119511)
   mbaum@baumhedlundlaw.com
2  R. Brent Wisner, Esq. (SBN: 276023)
   rbwisner@baumhedlundlaw.com
3  Pedram Esfandiary, Esq. (SBN: 312569)
   pesfandiary@baumhedlundlaw.com
4  **BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
   12100 Wilshire Blvd., Suite 950
5  Los Angeles, CA 90025
   Telephone: (310) 207-3233; Facsimile: (310) 820-7444
6
   *Attorneys for Plaintiffs*
7
   Joe G. Hollingsworth (*pro hac vice*)
8  (jhollingsworth@hollingsworthllp.com)
   Eric G. Lasker (*pro hac vice*)
9  (elasker@hollingsworthllp.com)
   HOLLINGSWORTH LLP
10 1350 I Street, N.W.
   Washington, DC  20005
11 Telephone: (202) 898-5800; Facsimile: (202) 682-1639

12 *Attorneys for Defendant MONSANTO COMPANY*

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
   |---|---|
   | This document relates to: | MDL No. 2741 |
   | *Sterling Bates, et al. v. Monsanto Co., et al.*, Case No. 3:17-cv-03941-VC; *Phillip Cobb, et al. v. Monsanto Co., et al.*, Case No. 3:17-cv-03749-VC; *Gerald R. Feranec, et al. v. Monsanto Co., et al.*, Case No. 3:17-cv-03942-VC; *Lonnie Harvey, et al. v. Monsanto Co., et al.*, Case No. 3:17-cv-03750-VC; *Thelma Lewis, et al. v. Monsanto Co., et al.*, Case No. 3:17-cv-03747-VC; *Howard Montaigne, et al. v. Monsanto Co., et al.*, Case No. 3:17-cv-03756-VC; *Jafurl Parks, et al. v. Monsanto Co., et al.*, Case No. 3:17-cv-03755-VC; *Joseph Robichaud, et al. v. Monsanto Co., et al.*, Case No. 3:17-cv-03757-VC; *Steve Salvaggio, et al. v. Monsanto Co., et al.*, Case No. 3:17-cv-04253-VC; *Patricia Turner, et al. v. Monsanto Co., et al.*, Case No. 3:17-cv-03746-VC; *Sherlene Ward, et al. v. Monsanto Co., et al.*, Case No. 3:17-cv-03748-VC | **JOINT STIPULATION AND** ~~PROPOSED~~ **ORDER REGARDING REMAND TO STATE COURT** |

JOINT STIPULATION AND PROPOSED ORDER RE REMAND TO STATE COURT (3:16-md-02741-VC)

Pursuant to Civil L.R. 7-12, Plaintiffs in the eleven above-captioned individual lawsuits and Defendant Monsanto Company ("Monsanto") hereby stipulate as follows and request entry of the proposed order set forth below:

### **RECITALS**

WHEREAS, Plaintiffs originally filed the eleven above-captioned individual lawsuits in the 22nd Judicial Circuit Court for the City of St. Louis, Missouri (collectively, "Missouri Lawsuits");

WHEREAS Monsanto removed the Missouri Lawsuits to the United States District Court for the Eastern District of Missouri in March 2017, based on federal question jurisdiction and the federal officer removal statute, 28 U.S.C. § 1442(a);

WHEREAS, Plaintiffs filed motions to remand the Missouri Lawsuits to the 22nd Judicial Circuit Court for the City of St. Louis, Missouri;

WHEREAS, Monsanto filed oppositions to Plaintiffs' remand motions in certain of the Missouri Lawsuits;

WHEREAS, Monsanto has not yet filed oppositions to Plaintiffs' remand motions in some of the Missouri Lawsuits due to stay orders entered by Eastern District of Missouri judges in those cases;

WHEREAS, the Judicial Panel on Multidistrict Litigation transferred the Missouri Lawsuits to this Court for consolidated and/or coordinated pretrial proceedings with other Roundup® lawsuits;

WHEREAS, Monsanto removed another Roundup® lawsuit, *Pennie, et al. v. Monsanto Co., et al.*, from California state court to this Court in March 2017;

WHEREAS, the bases for Monsanto's removal of the *Pennie* lawsuit – federal question jurisdiction and the federal officer removal statute, 28 U.S.C. § 1442(a) – are the same bases at issue in Monsanto's removals of the Missouri Lawsuits;

WHEREAS, on July 5, 2017, this Court granted plaintiffs' Motion to Remand to State Court in *Pennie, et al. v. Monsanto Co., et al.*, Case No. 3:17-cv-01711-VC (N.D. Cal.), ECF

No. 42; *In re Roundup Prods. Liab. Litig.*, Case No. 3:16-md-02741-VC (N.D. Cal.), ECF No. 377 ("*Pennie* Remand Order");

WHEREAS, Plaintiffs in the Missouri Lawsuits and Monsanto hereby agree that the holding in the *Pennie* Remand Order is transferable to the remand motions filed by Plaintiffs in the Missouri Lawsuits;

WHEREAS, Monsanto recognizes that the Court's reasoning set out in the *Pennie* Remand Order also requires remand of the Missouri Lawsuits and that any further objection to remand in these cases would be futile and waste the Court's and the parties' time and resources;

WHEREAS, in the interests of conserving judicial and litigants' time and resources, Plaintiffs and Monsanto hereby request that the Court enter the proposed order set forth below to remand the Missouri Lawsuits for the reasons addressed in the *Pennie* Remand Order.

## STIPULATION

THEREFORE, Plaintiffs in the eleven above-captioned individual lawsuits and Defendant Monsanto Company hereby stipulate that the *Pennie* Remand Order applies to the remand motions filed by Plaintiffs in the above-captioned lawsuits and request that the Court enter the proposed order set forth below to remand the above-captioned lawsuits to state court for the reasons set forth in the *Pennie* Remand Order, with the parties to bear their own costs and attorneys' fees.

DATED: July 31, 2017         Respectfully submitted,

/s/ R. Brent Wisner
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
Pedram Esfandiary, Esq. (SBN: 312569)
pesfandiary@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

   /S/ Jim Corrigan
James T. Corrigan
James D. O'Leary
Onder, Shelton, O'Leary & Peterson, LLC
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119


*Attorneys for Plaintiffs*


/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone: (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant Monsanto Company*

**[PROPOSED] ORDER**

Pursuant to the stipulation set forth above, it is hereby ordered that the eleven above-captioned individual lawsuits are remanded to the 22nd Judicial Circuit Court for the City of St. Louis, Missouri for the reasons addressed in the Court's Order Granting Motion to Remand, *Pennie, et al. v. Monsanto Co., et al.*, Case No. 3:17-cv-01711-VC (N.D. Cal.), ECF No. 42; *In re Roundup Prods. Liab. Litig.*, Case No. 3:16-md-02741-VC (N.D. Cal.), ECF No. 377, with the parties to bear their own costs and attorneys' fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATE: August 3, 2017                              _____
                                                  THE HONORABLE VINCE CHHABRIA
                                                  UNITED STATES DISTRICT JUDGE