**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC 20005
Telephone: 202-898-5800
Facsimile: 202-682-1639
Email: jhollingsworth@hollingsworthllp.com
　　　elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Ronnie L. Turner v. Monsanto Co.*, Case No. 3:17-cv-03979-VC | |

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is not owned by any parent corporation.

2. No publicly traded company owns 10% or more of the stock of Monsanto.

DATED: August 4, 2017　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Joe G. Hollingsworth
　　　　　　　　　　　　　　　　　　　　Joe G. Hollingsworth (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　(jhollingsworth@hollingsworthllp.com)
　　　　　　　　　　　　　　　　　　　　Eric G. Lasker (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　(elasker@hollingsworthllp.com)
　　　　　　　　　　　　　　　　　　　　HOLLINGSWORTH LLP
　　　　　　　　　　　　　　　　　　　　1350 I Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 898-5800
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 682-1639

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　*MONSANTO COMPANY*