**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In re: ROUNDUP PRODUCTS     )
       LIABILITY LITIGATION   )        MDL Docket No. 2741

**PROOF OF SERVICE**

I hereby certify that on August 4, 2017, I electronically filed the Notice of Potential Tag-Along with the Clerk of the Court, using the CM/ECF system which sent notification of such filing to all counsel of record.

                                      /s/ Jessica L. Richman

**PARKER WAICHMAN LLP**

Jessica L. Richman
6 Harbor Park Drive
Port Washington, NY 11050
Tel. (516) 723-4627
Fax (516) 723-4727
Email: jrichman@yourlawyer.com

*Attorneys for Plaintiff*