# EXHIBIT B



**Aimee H. Wagstaff, Esq.**
*Licensed in Colorado and California*
Aimee.Wagstaff@AndrusWagstaff.com

7171 W. Alaska Drive
Lakewood, CO 80226
Office: (303) 376-6360
Fax: (303) 376-63614
Website: www.AndrusWagstaff.com

May 8, 2017

<u>VIA E-Mail</u>
Heather Pigman, Esq, - hpigman@hollingsworthllp.com
James Sullivan, Esq. - jsullivan@hollingsworthllp.com

RE: <u>URGENT</u>—Challenging the Confidentiality of Documents Related to the California Office of Environmental Health Hazzard Assessment's Evaluation of a Safe Harbor for Glyphosate

Dear Heather & Jim,

Pursuant to the Court's December 9, 2016 (Dkt. 64) and March 13, 2017 (Dkt. 186) Orders, Plaintiffs formally challenge the confidentiality designations of the forty-two documents listed on **Exhibit A**. Our specific challenge to each designation is that none of the documents on **Exhibit A** contain confidential, proprietary, or trade secret information and therefore none of the documents warrant a confidentiality designation. As you know, the Office of Environmental Health Hazzard Assessment (OEHHA) is presently soliciting comments on a proposed regulatory amendment to Title 27 of the California Code of Regulations, Section 25705(b), establishing for a safe harbor for glyphosate exposure. Today was the deadline to request a hearing and the deadline to submit comments is May 22, 2017. Today, my law firm, as well as several other law firms, requested a hearing.

Because the MDL counsel represent dozens if not hundreds of California residents and citizens who have developed cancer as a result of Roundup and glyphosate exposure, we have a specific interest in accurately expressing our clients' views and interests to OEHHA. Additionally, throughout this litigation, Monsanto has raised issues about exposure levels and their relationship to general causation. While we do not necessarily agree that exposure level relates to general causation, Monsanto has claimed so and since OEHHA is expressing a regulatory view about that very issue, OEHHA's determination and comment period are potentially relevant to this phase of the litigation. Nonetheless, regardless of any relationship to general causation, due to the time-sensitive nature of OEHHA's determination—a determination that could potentially affect our clients' rights after the general causation phase—we have an obligation to present our client's interests on this important issue relating to public health.

The forty-two documents listed on **Exhibit A** all relate to the issues currently before OEHHA and they all are labeled, inappropriately, as Confidential. To present an accurate, balanced, and fair comment on our clients' behalf, we seek to submit these documents along with other commentary to inform OEHHA about issues it has not considered in evaluating the safe harbor level for glyphosate for the State of California. Since these documents do not contain any trade secrets and relate both to the primary focus of this MDL and an issue potentially affecting

the rights of plaintiffs, we ask that Monsanto immediately withdraw its improper confidentiality designations.

Please advise by **Wednesday, May 10, 2017 at 4:00 pm PDT** if Monsanto agrees to de-designate these forty-two documents. I am happy to go through each of these documents with you tomorrow if you would like to meet-and-confer on them, just let me know when and I will make myself available. If Monsanto refuses to withdraw the improper confidential designations, we will raise this issue with the Court and request an expedited briefing schedule on the confidentiality of these documents—prior to the expiration of the May 22, 2017 comment deadline.

Sincerely,

ANDRUS WAGSTAFF, PC

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff

*MDL 2714, Plaintiffs' Co-Lead Counsel*

**CC via E-mail:** Robin Greenwald, Esq, Michael Miller, Esq.
Eric Lasker, Esq., Joe Hollingsworth, Esq.

2

# EXHIBIT A

| No. | Description | Bates |
|-----|-------------|-------|
|  | **Dermal/Exposure Internal Documents** | |
| 1 | 1/16/2011 Email from Richard Garnet regarding Glyphosate Repeat Dose ADME | MONGLY06731019-1022 |
| 2 | 1/31/2011 email from Kevan Richardson regarding Glyphosate EU Re-Reg | MONGLY01160109 |
| 3 | 11/1/1983 report re: Glyphosate Plasma and Bone Marrow Levels Following Intraperitoneal Injection | MONGLY04268319-9324 |
| 4 | 11/12/2008 email from Christopher Gustin regarding Comparison of GLY Monkey studies | MONGLY02155826-5831 |
| 5 | 4/11/1983 report re: Elimination and Dermal Penetration in Monkey's, MA-081-349 (Report attached) | MONGLY01330781-0783; Report – MONGLY02142251-265 |
| 6 | 7/4/2008 email from William Graham regarding Modeling of Plasma levels | MONGLY02285700 |
| 7 | 11/24/2003 email from Donna Farmer regarding Agitation against Roundup- "cannot say that Roundup is not a carcinogen." | MONGLY00922458-2460 |
| 8 | Surfactant Issue Analysis | MONGLY01700591-0592 |
| 9 | Ethylene Glycol in glyphosate | MONGLY01745304 |
| 10 | 3/8/2002 Email regarding in Vitro dermal study - - - - Monsanto response to the concern of the Slovenian authorities on the composition of the Plant Protection Product MON 79376 (360 g/l glyphosate) and the surfactant MON 59117 (CAS n6847896-6) | MONGLY06409924-9927  MONGLY02817577-7584 |
| 11 | Email from Richard Garnett re: MON 59117 GI tract study; "more glyphosate absorption than expected." | MONGLY06424476-4478 |
| 12 | 4/25/2000 email from Stephen Wratten re; Glyphosate dermal penetration | MONGLY03735338-5339 |
| 13 | 4/2/2002 email from William Heydens re: TNO dermal penetration studies: new issues and topics for the conf. call of Tuesday 2, April | MONGLY03738295 |
| 14 | 4/5/2002 email from Stephen Wratten regarding TNO dermal penetration studies | MONGLY03737014-7016 |
| 15 | 8/21/2002 email from Fabrice Broeckaert re: TNO Draft report | MONGLY00888421-8422 |
| 16 | 6/14/2002 fax from Johan Van Burgsteden re: Study 4478, Unaudited draft report | MONGLY00888353-8388 |
| 17 | The UK Predictive Operator Exposure Model (POEM) | MONGLY06293737 |
| 18 | Glyphosate acid – In Vitro Absorption through Abraded Rabbit Sin using C-glyphosate | MONGLY01284534 -4570 |

| 19 | 9/15/2009 email from Christophe Gustin regarding nude mouse model | MONGLY02804480 -4482 |
|----|------------------------------------------------------------------|----------------------|
| 20 | 8/23/2011 email from Christophe Gustin regarding Dermal penetration study argumentation for applicability to MON 79991 | MONGLY04107778- 7779 |
| 21 | 4/10/2003 email from Richard Garnett regarding Glyphosate penetration through gloves | MONGLY06401072-1075 |
| 22 | 10/29/1988 letter from EPA to Monsanto regarding Glyphosate products request for postponement of additional requirements for protective clothing | MONGLY00223577-3581 |
| 23 | 1/23/2015 Acquavella stating that other ingredients in roundup are relevant for judging glyphosate | ACQUAVELLAPROD00008909 |
| 24 | 8/14/2003 email from Fabrice Broeckaert regarding K salt of glyphosate by inhalation | MONGLY06722565-2566 |
| 25 | 6/17/2001 email from Richard Garnett regarding droplet sizes for Rup formulations | MONGLY06388557-8558 |
| 26 | 8/11/2003 email from Mark Martens regarding K-salt of Glyphosate | MONGLY06722561-2564 |
| 27 | 10/19/2009 email from David Saltmiras re: Manuscript: Toxicokinetics of Glyphosate & AMPA in rats | MONGLY02159396-9399 |
| 28 | Exposure Estimate refinements | MONGLY05795088-5124 |
| 29 | Absorption, Distribution and Excretion Study Summaries | MONGLY01526625-6647 |
| 30 | Summary of NSRL Data | MONGLY03099501 |
| 31 | NSRL Levels | MONGLY01529788 |
| 32 | NSRL Calculations | MONGLY01307561 |
| 33 | Meeting with OEHHA | MONGLY02914477 |
| 34 | CLH Report | MONGLY02319393 |
| 35 | Chronic Dietary Assessment (Glyphosate Exposure Assessment for Prop 65) | MONGLY03682041 |
| | **Microbiota/Shikimate Pathway** | |
| 36 | Discussion of raising AOEL ("careful not create new issues") | MONGLY04188925 |
| 37 | 1/3/2013 Email from Gary Hartnell- "surfactant can have effect" | MONGLY02811375 |
| 38 | 1/4/2013 Response to Shehata- discussing various issues of gut microbiota | MONGLY02246128 |
| 39 | 6/8 2000- lack of knowledge about microflora | MONGLY01140172 |
| 40 | 2/27/97- Donna Farmer admits to effect of glyphosate on mammalian cells in culture | MONGLY00976696 |
| 41 | 3/10/2005- Issues with effects on shikimate pathway | MONGLY00923951 |
| 42 | 4/15/2015- Goldstein on gut microbes | MONGLY00901786 |