# Exhibit 4

| | |
|---|---|
| **From:** | Aimee H. Wagstaff <aimee.wagstaff@andruswagstaff.com> |
| **Sent:** | Wednesday, May 10, 2017 9:52 PM |
| **To:** | Pigman, Heather; Sullivan, James |
| **Cc:** | Hollingsworth, Joe G.; Lasker, Eric; Robin Greenwald; Michael Miller; Robertson, Pearl; David Wool; Kellie Johnson; Brent Wisner; Michael Baum; Aimee Wagstaff |
| **Subject:** | Re: Request to De-Designate - OEHHA Comment Period |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Today we learned that the comment period has been extended thirty days to June 22, 2017, so we have a little bit more breathing room to figure this out.  Continuing to hear nothing from any of you, I assume Monsanto will not lift the confidential designations on any of the documents.  As such, and given the extra time we now have, we will finalize our portion of the discovery letter and get it to you Friday or over the weekend.

See you tomorrow,

Aimee

On Tue, May 9, 2017 at 7:28 PM, Aimee H. Wagstaff <aimee.wagstaff@andruswagstaff.com> wrote:
Dear Heather and Jim,

Hearing nothing, I assume we need to seek judicial assistance. We are going to take our letter and turn it into a discovery letter and hope to file by Friday evening. I hope to get you our portion by tomorrow evening but the bases for our request is laid out in the letter I sent you yesterday so you can begin drafting your portion.

Thanks,

Aimee

Sent from my iPhone

On May 8, 2017, at 8:18 PM, Aimee H. Wagstaff <aimee.wagstaff@andruswagstaff.com> wrote:

> Dear Heather and Jim,
>
> Please see the attached letter and Exhibit A.   I am around all day tomorrow to discuss.
>
> Aimee
>
> --
> --
> _____
> **Aimee H. Wagstaff, Esq. | Attorney at Law | *Andrus Wagstaff, PC***
> ***Licensed and Practicing in Colorado & California***
>
> 7171 West Alaska Drive| Lakewood, Colorado 80226
> Direct - (720) 208-9414| aimee.wagstaff@AndrusWagstaff.com

1

www.AndrusWagstaff.com

This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

<Roundup Safe Harbor De-Designation Letter - 05.08.17.pdf>

<Roundup Safe Harbor De-Designation Letter - EXHIBIT A - 05.08.17.pdf>

--
--

_____

**Aimee H. Wagstaff, Esq. | Attorney at Law |** *Andrus Wagstaff, PC*
***Licensed and Practicing in Colorado & California***

7171 West Alaska Drive | Lakewood, Colorado 80226

Direct - (720) 208-9414 | aimee.wagstaff@AndrusWagstaff.com

www.AndrusWagstaff.com

This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.