# Exhibit 5

The New York Times | https://nyti.ms/2uir0Oq

BUSINESS DAY

# Monsanto Emails Raise Issue of Influencing Research on Roundup Weed Killer

By DANNY HAKIM   AUG. 1, 2017

Documents released Tuesday in a lawsuit against Monsanto raised new questions about the company's efforts to influence the news media and scientific research and revealed internal debate over the safety of its highest-profile product, the weed killer Roundup.

The active ingredient in Roundup, glyphosate, is the most common weed killer in the world and is used by farmers on row crops and by home gardeners. While Roundup's relative safety has been upheld by most regulators, a case in federal court in San Francisco continues to raise questions about the company's practices and the product itself.

The documents underscore the lengths to which the agrochemical company goes to protect its image. Documents show that Henry I. Miller, an academic and a vocal proponent of genetically modified crops, asked Monsanto to draft an article for him that largely mirrored one that appeared under his name on Forbes's website in 2015. Mr. Miller could not be reached for comment.

A similar issue appeared in academic research. An academic involved in writing research funded by Monsanto, John Acquavella, a former Monsanto employee, appeared to express discomfort with the process, writing in a 2015 email to a Monsanto executive, "I can't be part of deceptive authorship on a presentation or publication." He also said of the way the company was trying to present the authorship: "We call that ghost writing and it is unethical."

A Monsanto official said the comments were the result of "a complete misunderstanding" that had been "worked out," while Mr. Acquavella said in an email on Tuesday that "there was no ghostwriting" and that his comments had been related to an early draft and a question over authorship that was resolved.

The documents also show internal talk about Roundup's safety.

"If somebody came to me and said they wanted to test Roundup I know how I would react — with serious concern," one Monsanto scientist wrote in an internal email in 2001.

Monsanto said it was outraged by the documents' release by a law firm involved in the litigation.

"There is a standing confidentiality order that they violated," said Scott Partridge, vice president of global strategy for Monsanto. He said that while "you can't unring a bell," Monsanto would seek penalties on the firm.

"What you're seeing are some cherry-picked things that can be made to look bad," Mr. Partridge said. "But the substance and the science are not affected by this."

R. Brent Wisner, a partner at Baum, Hedlund, Aristei & Goldman, the firm that released the documents, said Monsanto had erred by not filing a required motion seeking continued protection of the documents. Monsanto said no such filing was necessary.

"Clearly Monsanto's lawyers made a mistake," Mr. Wisner said. "They didn't properly take action to preserve the confidentiality of these documents."

He added, "Now the world gets to see these documents that would otherwise remain secret."

Mr. Miller's 2015 article on Forbes's website was an attack on the findings of the International Agency for Research on Cancer, a branch of the World Health Organization that had labeled glyphosate a probable carcinogen, a finding disputed by other regulatory bodies. In the email traffic, Monsanto asked Mr. Miller if he would be interested in writing an article on the topic, and he said, "I would be if I could start from a high-quality draft."

The article appeared under Mr. Miller's name, and with the assertion that "opinions expressed by Forbes Contributors are their own." The magazine did not mention any involvement by Monsanto in preparing the article.

Mr. Miller did not respond to calls or a Twitter message asking for comment, and the Hoover Institution, where he is a fellow, could not reach him.

"That was a collaborative effort, a function of the outrage we were hearing from many people on the attacks on glyphosate," Mr. Partridge of Monsanto said. "This is not a scientific, peer-reviewed journal. It's an op-ed we collaborated with him on."

Forbes removed the story from its website on Wednesday and said that it ended its relationship with Mr. Miller amid the revelations.

"All contributors to Forbes.com sign a contract requiring them to disclose any potential conflicts of interest and only publish content that is their own original writing," Mia Carbonell, a Forbes spokeswoman, said in a statement. "When it came to our attention that Mr. Miller violated these terms, we removed his blog from Forbes.com and ended our relationship with him."

Mr. Miller's work has also appeared in the opinion pages of The New York Times.

"We have never paid Dr. Miller," said Sam Murphey, a spokesman for Monsanto. "Our scientists have never collaborated with Dr. Miller on his submissions to The New York Times. Our scientists have on occasion collaborated with Dr. Miller on other pieces."

James Dao, the Op-Ed editor of The Times, said in a statement, "Op-Ed contributors to The Times must sign a contract requiring them to avoid any conflict of interest, and to disclose any financial interest in the subject matter of their piece."

The documents also show that a debate outside Monsanto about the relative safety of glyphosate and Roundup, which contains other chemicals, was also taking place within the company.

In a 2002 email, a Monsanto executive said, "What I've been hearing from you is that this continues to be the case with these studies — Glyphosate is O.K. but the formulated product (and thus the surfactant) does the damage."

In a 2003 email, a different Monsanto executive tells others, "You cannot say that Roundup is not a carcinogen ... we have not done the necessary testing on the formulation to make that statement."

She adds, however, that "we can make that statement about glyphosate and can infer that there is no reason to believe that Roundup would cause cancer."

The documents also show that A. Wallace Hayes, the former editor of a journal, Food and Chemical Toxicology, has had a contractual relationship with Monsanto. In 2013, while he was

still editor, Mr. Hayes retracted a key study damaging to Monsanto that found that Roundup, and genetically modified corn, could cause cancer and early death in rats.

Mr. Hayes said in an interview that he had not been under contract with Monsanto at the time of the retraction and was paid only after he left the journal.

"Monsanto played no role whatsoever in the decision that was made to retract," he said. "It was based on input that I got from some very well-respected people, and also my own evaluation."

A version of this article appears in print on August 2, 2017, on Page B5 of the New York edition with the headline: Monsanto's Research Sway Is Seen in Disclosed Emails.

© 2017 The New York Times Company