**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** MDL No. 2741

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −31)**

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 115 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 08, 2017

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** MDL No. 2741

**SCHEDULE CTO−31 − TAG−ALONG ACTIONS**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ARIZONA | | | |
| AZ | 2 | 17−02394 | Goldberg et al v. Monsanto Company |
| AZ | 2 | 17−02395 | Hart et al v. Monsanto Company |
| AZ | 2 | 17−02396 | Johnson v. Monsanto Company |
| AZ | 2 | 17−02397 | Milbrandt v. Monsanto Company |
| AZ | 2 | 17−02398 | Surico et al v. Monsanto Company |
| AZ | 2 | 17−02399 | Thompson v. Monsanto Company |
| AZ | 2 | 17−02400 | Trayer et al v. Monsanto Company |
| AZ | 2 | 17−02401 | Watson et al v. Monsanto Company |
| AZ | 2 | 17−02402 | Mena v. Monsanto Company |
| AZ | 2 | 17−02403 | Dorman v. Monsanto Company |
| AZ | 2 | 17−02404 | Lehr v. Monsanto Company |
| AZ | 2 | 17−02405 | Rhodes et al v. Monsanto Company |
| AZ | 2 | 17−02412 | Poulson et al v. Monsanto Company |
| AZ | 2 | 17−02421 | Johnson v. Monsanto Company |
| AZ | 2 | 17−02424 | Hellwig et al v. Monsanto Company |
| AZ | 2 | 17−02425 | Wurz et al v. Monsanto Company |
| AZ | 3 | 17−08139 | Cantor v. Monsanto Company |
| AZ | 3 | 17−08140 | Norby v. Monsanto Company |
| AZ | 3 | 17−08142 | Buettner et al v. Monsanto Company |
| AZ | 3 | 17−08143 | Schmit et al v. Monsanto Company |
| AZ | 3 | 17−08144 | Thomas v. Monsanto Company |