Douglas W. Crandall, ISB No. 3962
CRANDALL LAW OFFICE
Sonna Building
910 W. Main Street, Suite 222
Boise, ID 83702
Telephone: (208) 343-1211
Facsimile:  (208) 336-2088
crandall_law@msn.com

Michelle R. Points, ISB No. 6224
POINTS LAW, PLLC
Sonna Building
910 W. Main Street, Suite 222
Boise, Idaho  83702
Telephone:  (208) 287-3216
Facsimile:  (208) 336-2088
mpoints@pointslaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONALD BLAKENEY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MONSANTO COMPANY,<br><br>　　　　　　Defendant. | Case No. MSS/3:17-00310<br>**MDL No. 2741**<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

TO:   CLERK OF THE ABOVE-ENTITLED COURT and ALL PARTIES AND COUNSEL OF RECORD:

The undersigned hereby stipulate and agree that Douglas W. Crandall of the firm of Crandall Law Offices, and Michelle R. Points of the firm Points Law, PLLC, 910 W. Main Street, Suite 222, Boise, Idaho 83702, have been substituted for John Raymond Tullos of the firm Tullos & Tullos, P.O. Box 74, 126 Main Street, Raleigh, MS  39153, as Attorney of Record for Plaintiff in the above-referenced action, and the Clerk of this Court is hereby

NOTICE OF SUBSTITUTION OF COUNSEL - 1

requested to make such entries as may be required to record such substitution, to remove John R. Tullos of the firm Tullos & Tullos from ECF service on this case, an replace that firm with ECF service to Crandall and Points respectively.

DATED this 2nd day of August, 2017.

CRANDALL LAW OFFICE

By:___/s/ Douglas W. Crandall_____
     Douglas W. Crandall

POINTS LAW, PLLC

By:___/s/ Michelle R. Points_____
    Michelle R. Points

TULLOS & TULLOS

By:___/s/ John R. Tullos_____
    John R. Tullos

NOTICE OF SUBSTITUTION OF COUNSEL - 2

## CERTIFICATE OF SERVICE

     I hereby certify that on the 2nd day of August, 2017, I filed the foregoing document electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                           /s/ Douglas W. Crandall
                                           Douglas W. Crandall