UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>17-cv-2142 *Smith* | **ORDER TERMINATING MOTION TO DISMISS**<br>Re: Dkt. No. 391 |

In light of the plaintiffs' Rule 41(a) notice, the motion to dismiss at Dkt. No. 391 is terminated.  *See* Dkt. No. 27, 17-cv-2142; *Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993). This also terminates the motion to dismiss filed in the member case.  *See* Dkt. No. 25, 17-cv-2142.  The hearing scheduled for August 31, 2017 is vacated.

**IT IS SO ORDERED.**

Dated:  August 10, 2017

VINCE CHHABRIA
United States District Judge