# EXHIBIT 4

From: **Wisner, R. Brent** <rbwisner@baumhedlundlaw.com>
Date: Thu, Jul 27, 2017 at 3:40 PM
Subject: RE: Your June 30, 2017, Letter: Dial-in Information
To: "Rubin, Gary I." <GRubin@hollingsworthllp.com>
Cc: "Aimee H. Wagstaff" <aimee.wagstaff@andruswagstaff.com>, "Esfandiary, Pedram" <pesfandiary@baumhedlundlaw.com>, "Hollingsworth, Joe G." <jhollingsworth@hollingsworthllp.com>, "Johnston, Robert E." <RJohnston@hollingsworthllp.com>, "Lasker, Eric" <ELasker@hollingsworthllp.com>, "Baum, Michael" <MBaum@baumhedlundlaw.com>, Robin Greenwald <rgreenwald@weitzlux.com>

Gary,

Following up from the meet-and-confer, we discussed the issue internally, and Plaintiffs have decided that we will not be filing a joint discovery letter with the Court concerning the confidentiality designations challenged in the June 30, 2017 letter.

Best,

R. Brent Wisner, Esq.

BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.

12100 Wilshire Blvd, Suite 950

Los Angeles, CA 90025

Direct: 310-820-6294

Office: 310-207-3233

Fax: 310-820-7444

RBWisner@BaumHedlundLaw.com

www.BaumHedlundLaw.com



**********************************

CONFIDENTIALITY NOTICE -- This electronic mail message may contain confidential information belonging to the sender which is protected by the attorney-client and/or work product privilege. The information is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please purge the received information from your system and immediately notify the sender by telephone and by return e-mail. Thank you.

IRS DISCLAIMER: Communications from our firm may contain or incorporate federal tax advice.  Under recently promulgated US Internal Revenue Service standards (Circular 230), we are required to inform you that only formal, written tax opinions meeting the requirements of Circular 230 may be relied upon by taxpayers for the purpose of avoiding tax-related penalties.  Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code.