**WEITZ & LUXENBERG, PC**
Robin L. Greenwald (*pro hac vice*)
700 Broadway
New York, NY 10003
Tel: 212-558-5802
Email: rgreenwald@weitzlux.com


*Co-Lead Counsel for Plaintiffs*
*in MDL No. 2741*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | |

**RESPONSE TO ORDER TO SHOW CAUSE**

Attached as Exhibit A is the Declaration of Robin L. Greenwald in response to the Court's Pretrial Order No. 28: Order to Show Cause (OTSC), dated August 9, 2017.

DATED:  August 14, 2017

Respectfully submitted,

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003

*Co-Lead Counsel for Plaintiffs in MDL No. 2741*