# EXHIBIT D

| | |
|---|---|
| **From:** | Rubin, Gary I. |
| **To:** | Esfandiary, Pedram |
| **Cc:** | Hollingsworth, Joe G.; Johnston, Robert E.; Lasker, Eric; Baum, Michael; Wisner, R. Brent; "Aimee H. Wagstaff" |
| **Subject:** | RE: Your June 30, 2017, Letter: Dial-in Information |
| **Date:** | Wednesday, July 12, 2017 7:13:08 AM |
| **Attachments:** | image004.png |

Thank you for your e-mail.  We plan to speak with you on Thursday, 1:00 p.m. your time.



**Gary I. Rubin**
Partner

D 202.898.5830 | GRubin@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005
www.hollingsworthllp.com

**From:** Esfandiary, Pedram [mailto:pesfandiary@baumhedlundlaw.com]
**Sent:** Monday, July 10, 2017 7:41 PM
**To:** Rubin, Gary I.
**Cc:** Hollingsworth, Joe G.; Johnston, Robert E.; Lasker, Eric; Baum, Michael; Wisner, R. Brent; 'Aimee H. Wagstaff'
**Subject:** RE: Your June 30, 2017, Letter: Dial-in Information

Mr. Rubin,

The date of our meet and confer (Thursday July 13) falls on the eve of the 14 day meet and confer deadline. Thus, we expect that you will have reviewed the challenges and determined which documents have been inappropriately designated confidential and which you still contend are confidential and why. To facilitate your review, please find attached the challenged documents chart with two additional columns where you may indicate your position with respect to each challenge. If you agree that a specific document will be de-designated, simply check the "Agree" box, or if you disagree with the challenge, please provide an explanation in the "Disagree" box. Please fill out the chart so that we can have an informal discussion about each document and decide how to proceed before expiration of the two week meet and confer period.

Best,

Pedram Esfandiary, Esq.
Associate Attorney
Baum, Hedlund, Aristei & Goldman, P.C.
12100 Wilshire Blvd., Ste. 950
Los Angeles, CA  90025
Tel: (310) 207-3233
Direct: (310) 820-6252
Fax: (310) 820-7444
PEsfandiary@BaumHedlundLaw.com
www.baumhedlundlaw.com



-------------------------------------
CONFIDENTIALITY NOTICE -- This electronic mail message may contain confidential information belonging to the sender which is protected by the attorney-client and/or work product privilege. The information is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please purge the received information from your system and immediately notify the sender by telephone and by return e-mail. Thank you.

IRS DISCLAIMER: Communications from our firm may contain or incorporate federal tax advice.  Under recently promulgated US Internal Revenue Service standards (Circular 230), we are required to inform you that only formal, written tax opinions meeting the requirements of Circular 230 may be relied upon by taxpayers for the purpose of avoiding tax-related penalties.  Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code.

**From:** Rubin, Gary I. [mailto:GRubin@Hollingsworthllp.com]
**Sent:** Monday, July 10, 2017 11:34 AM
**To:** Wisner, R. Brent <rbwisner@baumhedlundlaw.com>
**Cc:** Hollingsworth, Joe G. <jhollingsworth@hollingsworthllp.com>; Johnston, Robert E. <RJohnston@Hollingsworthllp.com>; Lasker, Eric <ELasker@Hollingsworthllp.com>; Esfandiary, Pedram <pesfandiary@baumhedlundlaw.com>; Baum, Michael <MBaum@BaumHedlundLaw.com>
**Subject:** RE: Your June 30, 2017, Letter: Dial-in Information

Here is the dial-in information:

Phone Number:  (202) 370-2600
 Conference ID: 925966
    Security Pin: 699689

**From:** Rubin, Gary I.
**Sent:** Friday, July 07, 2017 2:39 PM
**To:** 'Wisner, R. Brent'
**Cc:** Hollingsworth, Joe G.; Johnston, Robert E.; Lasker, Eric; Esfandiary, Pedram; Baum, Michael
**Subject:** RE: Your June 30, 2017, Letter

Yes.  1:00 p.m. PT on July 13th will work.  I will send a dial-in number early next week.  Thank you.

**From:** Wisner, R. Brent [mailto:rbwisner@baumhedlundlaw.com]
**Sent:** Friday, July 07, 2017 1:47 PM
**To:** Rubin, Gary I.
**Cc:** Hollingsworth, Joe G.; Johnston, Robert E.; Lasker, Eric; Esfandiary, Pedram; Baum, Michael
**Subject:** RE: Your June 30, 2017, Letter

Gary,

I appreciate your willingness to meet-and-confer.  That date works for me, however I am scheduled for a telephonic conference call with a Court at noon.  Are you available to speak at 1 pm PT?

Best,

R. Brent Wisner, Esq.
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd, Suite 950
Los Angeles, CA 90025
Direct: 310-820-6294
Office: 310-207-3233
Fax: 310-820-7444
RBWisner@BaumHedlundLaw.com
www.BaumHedlundLaw.com



**********************************

CONFIDENTIALITY NOTICE -- This electronic mail message may contain confidential information belonging to the sender which is protected by the attorney-client and/or work product privilege. The information is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please purge the received information from your system and immediately notify the sender by telephone and by return e-mail. Thank you.

IRS DISCLAIMER: Communications from our firm may contain or incorporate federal tax advice.  Under recently promulgated US Internal Revenue Service standards (Circular 230), we are required to inform you that only formal, written tax opinions meeting the requirements of Circular 230 may be relied upon by taxpayers for the purpose of avoiding tax-related penalties.  Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code.

**From:** Rubin, Gary I. [mailto:GRubin@Hollingsworthllp.com]
**Sent:** Thursday, July 6, 2017 6:12 PM
**To:** Wisner, R. Brent <rbwisner@baumhedlundlaw.com>
**Cc:** Hollingsworth, Joe G. <jhollingsworth@hollingsworthllp.com>; Johnston, Robert E. <RJohnston@Hollingsworthllp.com>; Lasker, Eric <ELasker@Hollingsworthllp.com>
**Subject:** Your June 30, 2017, Letter

Mr. Wisner:

    I am writing to respond to your June 30, 2017, letter addressed to Joe Hollingsworth concerning the confidentiality of certain documents.  We are available to discuss your letter on the afternoon of

Thursday, July 13th.  We propose noon your time.  If this day and time works for you, I can send a dial in number.  Thank you.

    Gary Rubin

This electronic message contains information from the law firm of Hollingsworth LLP, which may be confidential or privileged.  The information is for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited.  If you have received this electronic transmission in error, please notify us immediately at (202) 898-5800.

This electronic message contains information from the law firm of Hollingsworth LLP, which may be confidential or privileged.  The information is for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited.  If you have received this electronic transmission in error, please notify us immediately at (202) 898-5800.

This electronic message contains information from the law firm of Hollingsworth LLP, which may be confidential or privileged.  The information is for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited.  If you have received this electronic transmission in error, please notify us immediately at (202) 898-5800.