Jon D. Jacobs
Jacobs Law Firm PLLC
1100 New Hampshire Ave., NW
Suite 300
Washington, DC  20037
Telephone:  (703)7407986
jjacobs@jacobslf.com

*Co-counsel for Non-Party Jesudoss Rowland*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br>MDL No. 2741 |
| This document relates to:<br><br>ALL ACTIONS | **DECLARATION OF JON D. JACOBS IN SUPPORT OF NONPARTY JESUDOSS ROWLAND'S MOTION FOR ATTORNEYS' FEES**<br><br>Date:  Thursday, October 5, 2017<br>Time:  10:00 a.m. (Pacific Time)<br>Courtroom:  Courtroom 4, 17th Floor<br>Judge:  Honorable Vince Chhabria |

DECLARATION OF JON D. JACOBS IN SUPPORT OF MR. ROWLAND'S MOTION FOR ATTORNEYS' FEES; Case No. 16-md-2741-VC

I, Jon D. Jacobs, hereby declare as follows based on my personal knowledge:

1. I am an active member in good standing of the bar of the District of Columbia. I am admitted *pro hac vice* in this litigation pursuant to the Court's Pretrial Order No. 1 (Oct. 6, 2016), ECF No. 2. I am also admitted to practice in the United States District Court for the District of Columbia. I am the owner of the law firm of Jacobs Law Firm PLLC and co-counsel for non-party Jesudoss Rowland. William E. Lawler, III, an attorney with the law firm of Vinson & Elkins LLP ("V&E"), is co-counsel and the counsel of record for non-party Jesudoss Rowland.

2. I submit this Declaration in support of Nonparty Jesudoss Rowland's Motion for Attorneys' Fees, filed on this day ("Motion for Fees"), as required by Civil Local Rule 37-4.

3. As required by Civil Local Rule 37-4(b)(2), Mr. Lawler conferred by email with Mr. Michael Miller, Ms. Robin Greenwald, and Ms. Aimee Wagstaff, counsel for Plaintiffs, but was unsuccessful in resolving this issue.

4. **Jacobs Law Firm PLLC Reasonable Fees**. Jacobs Law Firm PLLC specializes in environmental litigation and EPA enforcement matters, making it well-positioned to represent Mr. Rowland. Jacobs Law Firm PLLC's work for Mr. Rowland has been primarily performed by attorneys in its Washington D.C. office, which is close to where Mr. Rowland lives. This allowed Mr. Jacobs and Ms. Greene to meet and work with Mr. Rowland in person.

a) **Jon D. Jacobs**: Mr. Jacobs is the founder and owner of the Jacobs Law Firm PLLC. He has over thirty years' experience as an attorney. He served as a civil and criminal enforcement attorney and manager at the U.S. Environmental Protection Agency for over 25 years. During that time he was also designated as a Special Assistant United States Attorney in the District of Columbia, Virginia, and Maryland. He has been in private practice since 2014 representing corporations, organizations, and individuals in a wide variety of difficult and sensitive matters. Mr. Jacobs' standard rate is $500 per hour.

1

DECLARATION OF JON D. JACOBS IN SUPPORT OF MR. ROWLAND'S MOTION FOR ATTORNEYS' FEES; Case No. 16-md-2741-VC

b) **Rosemary Greene**: Rosemary Greene is of counsel to Jacobs Law Firm PLLC. She previously served as Chief Litigation Counsel to Queen Anne's Conservation Association in Maryland, and as an associate attorney with the public interest firm of Meyer Glitzenstein & Eubanks in Washington, D.C. To date, her work has focused primarily on litigation of federal and state environmental, administrative, and open government matters. She has acted as lead and co-counsel on numerous matters, and has argued from the administrative level all the way up to the highest court of Maryland. Ms. Greene's standard rate is $385 per hour.

5. Hourly rates greater than the Jacobs Law Firm PLLC's hourly rates have been approved as reasonable in other civil cases in the Northern District of California. These cases were decided several years ago and during those intervening years, market rates in San Francisco have risen.

| Firm | Partner Rates | Associate Rates |
|---|---|---|
| Saverti Law Firm[1] | $960 | $465 – $600 |
| Prison Legal News[2] | $700 – $875 | $325 – $425 |
| Class counsel[3] | $475 – $950 | $300 – $490 |
| Rosen Bien & Galvan, LLP[4] | $560 – $800 | $285 – $510 |
| V&E's San Francisco Office | $750 – $1,150 | $550 – $845 |

6. **Staffing**. We staffed the case with an eye toward minimizing legal fees, delegating assignments to attorneys with lower billable rates when appropriate.

7. Mr. Rowland incurred attorney's fees and other expenses in responding to Plaintiffs' Motion to Compel and in preparing Mr. Rowland's Motion for Attorney's Fees. The

---

[1] *In re High-Tech Employee Antitrust Litigation*, No. 11-cv-02509, Docket Nos. 1073-3, 1112 at 16 (N.D. Cal. May 7, 2015).
[2] *Prison Legal News v. Schwarzenegger*, 608 F.3d 446, 455 (9th Cir. 2010).
[3] *Gutierrez v. Wells Fargo Bank, N.A.*, No. C 07-05923, 2015 WL 2438274, at *5 (N.D. Cal. May 21, 2015), *appeal dismissed* (Oct. 30, 2015).
[4] *Armstrong v. Brown*, 805 F. Supp. 2d 918, 920 (N.D. Cal. 2011).

2
DECLARATION OF JON D. JACOBS IN SUPPORT OF MR. ROWLAND'S MOTION FOR ATTORNEYS' FEES; Case No. 16-md-2741-VC

fees sought in this Motion do not reflect the total amount of work actually done in relation to Plaintiff's denied Motion to Compel, but instead reflect what we believe is a reasonable claim for fees under all relevant circumstances.

8. In support of our request for our fee request, we are submitting redacted invoices. V&E and the Jacobs Law Firm PLLC have assisted Mr. Rowland on issues unrelated to the denied Motion to Compel. The time entries that form the basis for the fee request are shown, but entries for other work has been redacted.

9. The Jacobs Law Firm PLLC's standard fee arrangement for its partners is $500 per hour and $385 per hour for its senior associate attorneys (the "Regular Rate"). The Jacobs Law Firm PLLC agreed to charge Mr. Rowland a discounted rate of $250 and $150 per hour (the "Reduced Rate"), respectively, due to Mr. Rowland's financial situation and also being a fellow former career U.S. Environmental Protection Agency employee. However, Mr. Rowland and the Jacobs Law Firm PLLC agreed that if the firm were to recover court-awarded attorney fees, costs, and other expenses at a rate exceeding the Reduced Rate, then the Jacobs Law Firm PLLC would be entitled to payment at the hourly billable rate up to the Regular Rate.

10. A true and correct copy of Jacobs Law Firm PLLC's redacted invoice for fees for services performed in this matter is attached as Exhibit 2.[5]

11. **Opposition Brief and Related Documents**. In opposing Plaintiffs' Motion to Compel, we drafted an opposition brief and related documents. Because our brief cited information designated "Confidential" by Monsanto, it was accompanied by a motion to seal, declaration in support of sealing, and proposed order.

---

[5] The redacted V&E and Jacobs Law Firm PLLC invoices (Exhibits 1 and 2, respectively) are attached for the limited purpose of supporting Mr. Rowland's Motion for Fees. Aside from presenting the text of certain time entries, Mr. Rowland does not waive any applicable rights, privileges, or defenses.

3
DECLARATION OF JON D. JACOBS IN SUPPORT OF MR. ROWLAND'S MOTION FOR ATTORNEYS' FEES; Case No. 16-md-2741-VC

12. The work performed included legal research, identifying relevant portions of the factual record, drafting and revising the pleadings, communicating and coordinating amongst the attorneys at V&E and the Jacobs Law Firm, and communicating with our client. Work was performed by attorneys with lower billable rates where appropriate.

| Name | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Jon Jacobs | Owner | $500 | 19 | $9,500 |
| Rosemary Greene | Of Counsel | $385 | 10.4 | $4,004 |
| | | | | **$13,504** |

13. I have reviewed the fees charged in this matter and I believe they are reasonable. I note that a significant amount of work was required because Plaintiffs' counsel cited no cases or court rules in support of their Motion to Compel. As a result, we had to develop and describe all the relevant legal arguments without having the sort of legal reference points that would normally be expected. Costs would have been lower if Plaintiffs' Counsel had cited cases and court rules.

14. **Prepare for and Attend Hearing on Motion to Compel**. I helped Mr. Lawler prepare for the hearing on May 11, 2017 regarding the Motion to Compel. Preparation included reviewing and analyzing Plaintiffs' Reply Brief and outlining possible legal and factual issues for the hearing. I then attended the hearing itself by telephone.

| Name | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Jon Jacobs | Owner | $500 | 5.1 | $2,550 |

15. I appreciate that the Court allowed Mr. Lawler to attend the hearing by telephone in an effort to reduce costs. I have reviewed the fees charged in this matter and I believe that they are reasonable.

16. **Motion for Fees and Related Documents**. Given that Plaintiffs' counsels' baseless Motion to Compel was denied, Mr. Lawler filed Mr. Rowland's Motion for Fees, a supporting declaration, and a proposed order to help him recoup a portion of the financial burden on him in this case.

4
DECLARATION OF JON D. JACOBS IN SUPPORT OF MR. ROWLAND'S MOTION FOR ATTORNEYS' FEES; Case No. 16-md-2741-VC

17. The work performed included legal research, identifying relevant portions of the factual record, drafting and revising the pleadings, communicating and coordinating amongst the attorneys at V&E and the Jacobs Law Firm, and communicating with our client. Work was performed by attorneys with lower billable rates where appropriate.

18. As required by Civil Local Rule 37-4(b)(2), Mr. Lawler had a number of email exchanges with Plaintiffs' counsel to try to resolve this fee request before bringing the motion to the Court's attention. These efforts were unsuccessful. We did, however, agree to a proposed hearing date.

| Name | Title | Rate | Hours | Total |
| --- | --- | --- | --- | --- |
| Jon Jacobs | Owner | $500 | 4 | $2,000 |
| Rosemary Greene | Of Counsel | $385 | 5.2 | $2,002 |
| | | | | **$4,002** |

19. I have reviewed the fees charged in this matter and I believe they are reasonable.

20. The total fees sought by Mr. Rowland are $45,995: $20,056 of the attorney's fees are derived from Jacobs Law Firm PLLC's work on this matter. The total fees sought are not necessarily the full amount of fees actually incurred on this matter. I am willing to provide further information related to either the attorney rates or hours worked if requested by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2017.

Washington, D.C.

*/s/ Jon D. Jacobs*

Jon D. Jacobs
Jacobs Law Firm PLLC
Suite 300
Washington, DC  20037
Telephone:  (703)740-7986
jjacobs@jacobslf.com

*Co-counsel for Non-Party Jesudoss Rowland*

5
DECLARATION OF JON D. JACOBS IN SUPPORT OF MR. ROWLAND'S MOTION FOR ATTORNEYS' FEES; Case No. 16-md-2741-VC