# Vinson&Elkins

# Invoice

July 19, 2017

**Rowland, Jesudoss**
████████

**Client/Matter Number**  ROW736 64000
**Invoice Number**  25562126
**Billing Attorney**  Andrew R. Stewart

Re:   Rowland, Jesudoss Defense/Monsanto Multi District Litigation

**Fees for services posted through July 17, 2017:**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| ██ | ██ | ████████████████ | ██ | ██ |
| ██ | ██ | ████████████████ | ██ | ██ |
| ██ | ██ | ████████████████ | ██ | ██ |
| ██ | ██ | ████████████████ | ██ | ██ |
| ██ | ██ | ████████████████ | ██ | ██ |
| ██ | ██ | ████████████████ | ██ | ██ |
| ██ | ██ | ████████████████ | ██ | ██ |
| ██ | ██ | ████████████████ | ██ | ██ |
| ██ | ██ | ████████████████ | ██ | ██ |

I.R.S. NO. ████

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019     **Tel** +1.713.758.2222  **Fax** +1.713.758.2346   **www.velaw.com**



**V&E** Invoice

Rowland, Jesudoss   July 19, 2017   Page 11

**Client/Matter Number** ROW736 64000
**Invoice Number** 25562126
**Billing Attorney** Andrew R. Stewart

Re:   Rowland, Jesudoss Defense/Monsanto Multi District Litigation

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | ███ | | |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| 05/01/17 | WEL | Telephone conferences, correspondence and work regarding Motion to Compel and response to same. | 1.00 | 945.00 |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |

I.R.S. NO. ███

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222   **Fax** +1.713.758.2346   www.velaw.com

# V&E Invoice

Rowland, Jesudoss    July 19, 2017    Page 12

**Client/Matter Number** ROW736 64000
**Invoice Number** 25562126
**Billing Attorney** Andrew R. Stewart

Re:   Rowland, Jesudoss Defense/Monsanto Multi District Litigation

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ |
| 05/04/17 | WEL | Work, telephone conferences and correspondence regarding Response to Motion to Compel and possible factual support for same. | 2.50 | 2,362.50 |
| 05/04/17 | JCKE | Draft opposition brief. | 6.00 | 3,750.00 |
| █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ |
| 05/05/17 | JCKE | Draft opposition brief. | 8.80 | 5,500.00 |

I.R.S. NO. █

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          Tel +1.713.758.2222   Fax +1.713.758.2346   www.velaw.com

**V&E** 

**Rowland, Jesudoss**   July 19, 2017   Page 13

**Client/Matter Number**  ROW736 64000
**Invoice Number**  25562126
**Billing Attorney**  Andrew R. Stewart

Re:   Rowland, Jesudoss Defense/Monsanto Multi District Litigation

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| 05/08/17 | WEL | Work, telephone conferences and correspondence regarding opposition to Motion to Compel. | 2.50 | 2,362.50 |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |



I.R.S. NO. ▮

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019    **Tel** +1.713.758.2222   **Fax** +1.713.758.2346   www.velaw.com



**V&E**  Invoice

Rowland, Jesudoss   July 19, 2017   Page 14

**Client/Matter Number** ROW736 64000
**Invoice Number** 25562126
**Billing Attorney** Andrew R. Stewart

Re:   Rowland, Jesudoss Defense/Monsanto Multi District Litigation

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | ███████████ | | |
| 05/10/17 | WEL | Prepare for motion hearing; telephone conferences and correspondence with counsel; telephone conference with client regarding same ███ | 3.50 | 3,307.50 |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| 05/11/17 | WEL | Prepare for and attend hearing on Motion to Compel testimony; telephone conferences and correspondence with counsel regarding same; telephone conference with client regarding same. | 5.00 | 4,725.00 |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |

I.R.S. NO. ███

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019    **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  www.velaw.com



**V&E** Invoice

Rowland, Jesudoss   July 19, 2017   Page 18

**Client/Matter Number** ROW736 64000
**Invoice Number** 25562126
**Billing Attorney** Andrew R. Stewart

Re:   Rowland, Jesudoss Defense/Monsanto Multi District Litigation

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/12/17 | JCKE | Draft Lawler Declaration in support of Motion for Fees. | 1.00 | 625.00 |
| 06/13/17 | WEL | Work on motion for fees and sanctions; correspondence regarding same. | 1.30 | 1,228.50 |
| 06/13/17 | JCKE | Revise draft motion for fees or sanctions. | 3.00 | 1,875.00 |
| 06/14/17 | WEL | Work on Motion for fees/sanctions; telephone conferences and conferences regarding same. | 1.00 | 945.00 |
| 06/14/17 | JCKE | Update motion for fees and attached declaration with Bill Lawler's edits. | 1.00 | 625.00 |

I.R.S. NO. [redacted]

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019     **Tel** +1.713.758.2222   **Fax** +1.713.758.2346   www.velaw.com



# Invoice

**Rowland, Jesudoss**  July 19, 2017  Page 19

**Client/Matter Number** ROW736 64000
**Invoice Number** 25562126
**Billing Attorney** Andrew R. Stewart

Re:   Rowland, Jesudoss Defense/Monsanto Multi District Litigation

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | ███████████████ | | |
| ███ | ██ | ████████████████ | █ | █ |
| ███ | ██ | ████████████████ | █ | █ |
| ███ | ██ | ████████████████ | █ | █ |
| ███ | ██ | ████████████████ | █ | █ |
| ███ | ██ | ████████████████ | █ | █ |
| ███ | ██ | ████████████████ | █ | █ |
| 07/05/17 | WEL | Work regarding motion for fees; correspondence with plaintiffs' counsel regarding consultation about same; conference call with Jon Jacobs regarding same; correspondence regarding press inquiries. | 1.50 | 1,417.50 |
| ███ | ██ | ████████████████ | █ | █ |
| 07/06/17 | JCKE | Draft response to Plaintiffs' counsel regarding Jess Rowland's motion for fees. | 0.50 | 312.50 |
| ███ | ██ | ████████████████ | █ | █ |
| 0██ | ██ | ████████████████ | █ | █ |
| ███ | ██ | ████████████████ | █ | █ |
| ███ | ██ | ████████████████ | █ | █ |

I.R.S. NO. ███████

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019    **Tel** +1.713.758.2222  **Fax** +1.713.758.2346   www.velaw.com