| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Client | Attorney | Description of Services | Day Start | Time Start | Day End | Time End | Elapsed Time | Elapsed Minutes | TOTAL BILLING MINUTES | FEE ($) (rate = $500/hr) | Jon's Expenses | TOTAL CHARGES | Billing Duration in Minutes | Billing Duration in Hours | Rate | Amount | Category 1. Opposition Related 2. Motion for Fees 3. Hearing on Motion to Compel |
| 2 | Jess Rowland | Jon Jacobs | ■ | ■ | | | | | | | | | | | | | | |
| 3 | Jess Rowland | Jon Jacobs | ■ | | | | | | | | | | | | | | | ■ |
| 4 | Jess Rowland | Jon Jacobs | ■ | ■ | | | | | | | | | | | | | | ■ |
| 5 | Jess Rowland | Jon Jacobs | ■ | | | | | | | | | | | | | | | ■ |
| 6 | Jess Rowland | Jon Jacobs | conference calls with AStewart and client regarding next steps responding to Plaintiff's Motion to Compel Responses dated 4/28/2017 | Mon 5/1/2017 | 1:00:00 PM | Mon 5/1/2017 | 2:00:00 PM | 1:00 | 60 | 60 | 500 | 0 | 500 | 60 | 1 | 500 | 500 | 1 |
| 7 | Jess Rowland | Jon Jacobs | ■ | ■ | | | | | | | | | | | | | | ■ |
| 8 | Jess Rowland | Jon Jacobs | ■ | | | | | | | | | | | | | | | ■ |
| 9 | Jess Rowland | Jon Jacobs | ■ | ■ | | | | | | | | | | | | | | ■ |
| 10 | Jess Rowland | Jon Jacobs | ■ | | | | | | | | | | | | | | | ■ |
| 11 | Jess Rowland | Jon Jacobs | ■ | ■ | | | | | | | | | | | | | | ■ |
| 12 | Jess Rowland | Jon Jacobs | ■ | | | | | | | | | | | | | | | ■ |
| 13 | Jess Rowland | Jon Jacobs | ■ | ■ | | | | | | | | | | | | | | ■ |
| 14 | Jess Rowland | Jon Jacobs | ■ | ■ | | | | | | | | | | | | | | ■ |
| 15 | Jess Rowland | Jon Jacobs | review FRCP and local rules re: motions and responses; review draft declaration and redacted transcript; call with AStewart re: comments | Tue 5/2/2017 | 9:00:00 PM | Tue 5/2/2017 | 11:00:00 PM | 2:00 | 120 | 120 | 1000 | 0 | 1000 | 120 | 2 | 500 | 1000 | 1 |
| 16 | Jess Rowland | Jon Jacobs | ■ | | | | | | | | | | | | | | | 1 |
| 17 | Jess Rowland | Jon Jacobs | ■ | ■ | | | | | | | | | | | | | | 1 |
| 18 | Jess Rowland | Jon Jacobs | ■ | | | | | | | | | | | | | | | 1 |
| 19 | Jess Rowland | Jon Jacobs | ■ | | | | | | | | | | | | | | | 1 |
| 20 | Jess Rowland | Jon Jacobs | ■ | ■ | | | | | | | | | | | | | | 1 |
| 21 | Jess Rowland | Jon Jacobs | review emails regarding opposition to motion to compel, letters to former employer, case management briefing | Fri 5/5/2017 | 9:50:00 AM | Fri 5/5/2017 | 10:30:00 AM | 0:40 | 40 | 42 | 350 | 0 | 350 | 42 | 0.7 | 500 | 350 | 1 |
| 22 | Jess Rowland | Jon Jacobs | call with AStewart re: notification letters, revise letters, email letters to companies, | Fri 5/5/2017 | 10:30:00 AM | Fri 5/5/2017 | 12:00:00 PM | 1:30 | 90 | 90 | 750 | 0 | 750 | 90 | 1.5 | 500 | 750 | 1 |
| 23 | Jess Rowland | Jon Jacobs | ■ | ■ | | | | | | | | | | | | | | 1 |
| 24 | Jess Rowland | Jon Jacobs | draft history section of Opposition; email to team for comments | Sun 5/7/2017 | 3:00:00 PM | Sun 5/7/2017 | 7:30:00 PM | 4:30 | 270 | 270 | 2250 | 0 | 2250 | 270 | 4.5 | 500 | 2250 | 1 |
| 25 | Jess Rowland | Jon Jacobs | further revise draft Opposition; email to team for review | Sun 5/7/2017 | 9:20:00 PM | Sun 5/7/2017 | 10:40:00 PM | 1:20 | 80 | 84 | 700 | 0 | 700 | 84 | 1.4 | 500 | 700 | 1 |
| 26 | Jess Rowland | Jon Jacobs | review Section 7 database for ■ draft and send email to ■ re: producer verification; draft section of Opposition following review of orders and transcript. | Mon 5/8/2017 | 10:00:00 AM | Mon 5/8/2017 | 11:30:00 AM | 1:30 | 90 | 90 | 750 | 0 | 750 | 90 | 1.5 | 500 | 750 | |

| # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | Jess Rowland | Jon Jacobs | ■■■■■■■■■■ | | | | | | | | | | | | | | | |
| 28 | Jess Rowland | Jon Jacobs | review and notate deposition transcript; draft Opposition sections on motion to compel and deposition inserts; email to team for review | Mon 5/8/2017 | 1:20:00 PM | Mon 5/8/2017 | 7:10:00 PM | 5:50 | 350 | 354 | 2950 | 0 | 2950 | 354 | 5.9 | 500 | 2950 | 1 |
| 29 | Jess Rowland | Jon Jacobs | ■■■■■■■■■■ | | | | | | | | | | | | | | | |
| 30 | Jess Rowland | Jon Jacobs | ■■■■ | | | | | | | | | | | | | | | |
| 31 | Jess Rowland | Jon Jacobs | review latest draft of opposition for 11am conf. call with litigation team | Tue 5/9/2017 | 10:30:00 AM | Tue 5/9/2017 | 11:00:00 AM | 0:30 | 30 | 30 | 250 | 0 | 250 | 30 | 0.5 | 500 | 250 | 1 |
| 32 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 33 | Jess Rowland | Jon Jacobs | ■■■■■■■■■■ | | | | | | | | | | | | | | | |
| 34 | Jess Rowland | Jon Jacobs | ■■■■■■■■■■ | | | | | | | | | | | | | | | |
| 35 | Jess Rowland | Jon Jacobs | prep for Motion to Compel hearing | Wed 5/10/2017 | 4:00:00 PM | Wed 5/10/2017 | 4:30:00 PM | 0:30 | 30 | 30 | 250 | 0 | 250 | 30 | 0.5 | 500 | 250 | 3 |
| 36 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 37 | Jess Rowland | Jon Jacobs | ■■■■■■■■■■ | | | | | | | | | | | | | | | |
| 38 | Jess Rowland | Jon Jacobs | ■■■■■■■■■■ | | | | | | | | | | | | | | | |
| 39 | Jess Rowland | Jon Jacobs | prepare bullets on the Section 7 database; confirm coverage with EPA/WCED attorney; send to trial team | Thu 5/11/2017 | 9:50:00 AM | Thu 5/11/2017 | 10:40:00 AM | 0:50 | 50 | 54 | 450 | 0 | 450 | 54 | 0.9 | 500 | 450 | 3 |
| 40 | Jess Rowland | Jon Jacobs | conf. call with RNorris/DOJ and Bill Lawler re: hearing procedure and arguments | Thu 5/11/2017 | 11:30:00 AM | Thu 5/11/2017 | 12:00:00 PM | 0:30 | 30 | 30 | 250 | 0 | 250 | 30 | 0.5 | 500 | 250 | 3 |
| 41 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 42 | Jess Rowland | Jon Jacobs | premeet for hearing on motion to compel response | Thu 5/11/2017 | 4:30:00 PM | Thu 5/11/2017 | 5:00:00 PM | 0:30 | 30 | 30 | 250 | 0 | 250 | 30 | 0.5 | 500 | 250 | 3 |
| 43 | Jess Rowland | Jon Jacobs | hearing on motion to compel response | Thu 5/11/2017 | 5:00:00 PM | Thu 5/11/2017 | 6:30:00 PM | 1:30 | 90 | 90 | 750 | 0 | 750 | 90 | 1.5 | 500 | 750 | 3 |
| 44 | Jess Rowland | Jon Jacobs | debrief with WLawler and AStewart; send out emails; call client | Thu 5/11/2017 | 6:30:00 PM | Thu 5/11/2017 | 7:00:00 PM | 0:30 | 30 | 30 | 250 | 0 | 250 | 30 | 0.5 | 500 | 250 | 3 |
| 45 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 46 | Jess Rowland | Jon Jacobs | ■■■■■■■■■■ | | | | | | | | | | | | | | | |
| 47 | Jess Rowland | Jon Jacobs | call with client re: hearing on motion to compel; next steps | Fri 5/12/2017 | 11:10:00 AM | Fri 5/12/2017 | 11:20:00 AM | 0:10 | 10 | 12 | 100 | 0 | 100 | 12 | 0.2 | 500 | 100 | 3 |
| 48 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 49 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 50 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 51 | Jess Rowland | Jon Jacobs | ■■■■■■■■■■ | | | | | | | | | | | | | | | |
| 52 | Jess Rowland | Jon Jacobs | ■■■■■■■■■■ | | | | | | | | | | | | | | | |
| 53 | Jess Rowland | Jon Jacobs | ■■■■■■■■■■ | | | | | | | | | | | | | | | |
| 54 | Jess Rowland | Jon Jacobs | review hearing transcript; ■■■ | Wed 5/17/2017 | 3:30:00 PM | Wed 5/17/2017 | 4:00:00 PM | 0:30 | 30 | 30 | 250 | 0 | 250 | 30 | 0.5 | 500 | 250 | 3 |
| 55 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 56 | Jess Rowland | Jon Jacobs | ■■■■■■■■■■ | | | | | | | | | | | | | | | |
| 57 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 58 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 59 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 60 | Jess Rowland | Jon Jacobs | ■■■■■■■■■■ | | | | | | | | | | | | | | | |

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ███████ | | | | | | | | | | | | | | ███ | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Client | Attorney | Description of Services | Day Start | Time Start | Day End | Time End | Elapsed Time (hours & mins) | Elapsed Minutes | TOTAL BILLING MINUTES | FEE ($) (rate = $500/hr) | Jon's Expenses | TOTAL CHARGES | Billing Duration in Minutes | Billing Duration in Hours | Rate | Amount | Category 1. Opposition Related 2. Motion for Fees 3. Hearing on Motion to Compel |
| 2 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 3 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 4 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 5 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 6 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 7 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 8 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 9 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 10 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 11 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 12 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 13 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 14 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 15 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 16 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 17 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 18 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 19 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 20 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 21 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 22 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 23 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 24 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |
| 25 | Jess Rowland | Jon Jacobs | ■■■■■ | | | | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Jess Rowland | Jon Jacobs | ▇▇▇ | | | | | | | | | | | | | | | |
| 27 | Jess Rowland | Jon Jacobs | ▇▇▇ | | | | | | | | | | | | | | | |
| 28 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 29 | Jess Rowland | Jon Jacobs | ▇▇▇ | | | | | | | | | | | | | | | |
| 30 | Jess Rowland | Jon Jacobs | ▇▇▇ | | | | | | | | | | | | | | | |
| 31 | Jess Rowland | Jon Jacobs | ▇▇▇ | | | | | | | | | | | | | | | |
| 32 | Jess Rowland | Jon Jacobs | ▇▇▇ | | | | | | | | | | | | | | | |
| 33 | Jess Rowland | Jon Jacobs | ▇▇▇ | | | | | | | | | | | | | | | |
| 34 | Jess Rowland | Jon Jacobs | complete review of JKeeney draft petition; review RGreene draft petition; | Thu 6/8/2017 | 5:10 PM | Thu 6/8/2017 | 7:10 PM | 2:00 | 120.00 | 120.00 | 1000.00 | | 1000.00 | 120.00 | 2.00 | 500 | 1000.00 | 2 |
| 35 | Jess Rowland | Jon Jacobs | ▇▇▇ | | | | | | | | | | | | | | | |
| 36 | Jess Rowland | Jon Jacobs | ▇▇▇ | | | | | | | | | | | | | | | |
| 37 | Jess Rowland | Jon Jacobs | ▇▇▇ | | | | | | | | | | | | | | | |
| 38 | Jess Rowland | Jon Jacobs | ▇▇▇ | | | | | | | | | | | | | | | |
| 39 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 40 | Jess Rowland | Jon Jacobs | ▇▇▇ | | | | | | | | | | | | | | | |
| 41 | Jess Rowland | Jon Jacobs | ▇▇▇ | | | | | | | | | | | | | | | |
| 42 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 43 | Jess Rowland | Jon Jacobs | ▇▇▇ | | | | | | | | | | | | | | | |
| 44 | Jess Rowland | Jon Jacobs | review emails re: motion for fees and sanctions; review motion and draft comments | Thu 6/22/2017 | 5:30 PM | Thu 6/22/2017 | 7:00 PM | 1:30 | 90.00 | 90.00 | 750.00 | | 750.00 | 90.00 | 1.50 | 500 | 750.00 | 2 |
| 45 | Jess Rowland | Jon Jacobs | ▇▇▇ | | | | | | | | | | | | | | | |
| 46 | Jess Rowland | Jon Jacobs | ▇▇▇ | | | | | | | | | | | | | | | |
| 47 | Jess Rowland | Jon Jacobs | ▇▇▇ | | | | | | | | | | | | | | | |
| 48 | Jess Rowland | Jon Jacobs | ▇▇▇ | | | | | | | | | | | | | | | |
| 49 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 50 | Jess Rowland | Jon Jacobs | ▇▇▇ | | | | | | | | | | | | | | | |
| 51 | Jess Rowland | Jon Jacobs | ▇▇▇ | | | | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | Jess Rowland | Jon Jacobs | review draft order, motion for fees, and Lawler declaration | Thu 6/29/2017 | 1:50 PM | Thu 6/29/2017 | 2:20 PM | 0:30 | 30.00 | 30.00 | 250.00 | | 250.00 | 30.00 | 0.50 | 500 | 250.00 | 2 |
| 53 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 54 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 55 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 56 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 57 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 58 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 59 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 60 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 61 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 62 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 63 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 64 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 65 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 66 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 67 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 68 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 69 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 70 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 71 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 72 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 73 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 74 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 75 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 76 | Jess Rowland | Jon Jacobs | | | | | | | | | | | | | | | | |
| 77 | | | | | | | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Client | Atty | Description of Services | Date Start | Time Start | Time End | Dur. | Time Unit | Dur. Hours | Rate | Amount |
| 2 | Rowland | RG | Additional research on fee recovery options | 5/2/2017 | 10:45 | 11:49 | 1.1 | hours | 1.1 | 385 | 423.5 |
| 3 | Rowland | RG | Phone call re: new motion to compel; research | 5/5/2017 | 4:04 | 4:19 | 0.3 | hours | 0.3 | 385 | 115.5 |
| 4 | Rowland | RG | Research re: fee recovery (2nd motion to compel) | 5/7/2017 | 11:46 | 1:38 | 1.9 | hours | 1.9 | 385 | 731.5 |
| 5 | Rowland | RG | Call re: opposition to 2nd motion to compel | 5/8/2017 | 12:54 | 1:05 | 0.2 | hours | 0.2 | 385 | 77 |
| 6 | Rowland | RG | Call re: opposition to 2nd motion to compel | 5/8/2017 | 3:51 | 3:54 | 0.1 | hours | 0.1 | 385 | 38.5 |
| 7 | Rowland | RG | Research re: fee recovery (2nd motion to compel) | 5/8/2017 | 11:15 | 12:26 | 1.2 | hours | 1.2 | 385 | 462 |
| 8 | Rowland | RG | Review record incl. Touhy grant/denial; pretrial discovery motions/orders; review opposition drafts | 5/8/2017 | 1:24 | 3:50 | 2.4 | hours | 2.4 | 385 | 924 |
| 9 | Rowland | RG | ███████ | | | | | | | | ███ |
| 10 | Rowland | RG | Additional work on opposition motion Rule 45 section; comments on other sections | 5/8/2017 | 6:00 | 7:54 | 1.9 | hours | 1.9 | 385 | 731.5 |
| 11 | Rowland | RG | Additional research Rule 45 vs. Rule 37 | 5/8/2017 | 7:54 | 8:30 | 0.6 | hours | 0.6 | 385 | 231 |
| 12 | Rowland | RG | ███████ | | | | | | | | ███ |
| 13 | Rowland | RG | Call re: opposition to 2nd motion to compel | 5/8/2017 | 5:29 | 5:34 | 0.1 | hours | 0.1 | 385 | 38.5 |
| 14 | Rowland | RG | Conference Call re: opposition (incl. VE attys) | 5/9/2017 | 11:00 | 11:35 | 0.6 | hours | 0.6 | 385 | 231 |
| 15 | Rowland | RG | ███████ | ███████ | | | | | | | |
| 16 | Rowland | RG | Conference call re fee recovery, sanctions | 5/24/2017 | 11:00 | 11:30 | 0.5 | Hours | 0.5 | 385 | 192.5 |
| 17 | Rowland | RG | ███████ | | | | | | | | ███ |
| 18 | Rowland | RG | Review 5/11/17 transcript | 5/27/2017 | 4:33 | 5:00 | 0.5 | Hours | 0.5 | 385 | 192.5 |
| 19 | Rowland | RG | ███████ | ███████ | | | | | | | ███ |

|    | A       | B  | C                                                                                                                    | D        | E     | F     | G   | H     | I   | J   | K      |
|----|---------|----|----------------------------------------------------------------------------------------------------------------------|----------|-------|-------|-----|-------|-----|-----|--------|
| 20 | Rowland | RG | █████████                                                                                                            |          |       |       |     |       |     |     | █████  |
| 21 | Rowland | RG | Emails re: fee petition                                                                                              | 6/2/2017 | 11:15 | 11:18 | 0.1 | Hours | 0.1 | 385 | 38.5   |
| 22 | Rowland | RG | Work on draft petition for fees/sanctions — additional research; summarize arguments sections; intro/background; related emails | 6/4/2017 | 11:30 | 3:38  | 4.1 | Hours | 4.1 | 385 | 1578.5 |
| 23 | Rowland | RG | █████████                                                                                                            | █████████|       |       |     |       |     |     | █████  |
| 24 | Rowland | RG | █████████████████████████████████████████████████████████████                                                         |          |       |       |     |       |     |     | █████  |
| 25 |         |    |                                                                                                                      |          |       |       |     |       |     | ████| █████  |