1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**[PROPOSED] ORDER GRANTING NONPARTY JESUDOSS ROWLAND'S MOTION FOR ATTORNEYS' FEES**<br><br>Date: Thursday, October 5, 2017<br>Time: 10:00 a.m. (Pacific Time)<br>Courtroom: Courtroom 4, 17th Floor<br>Judge: Honorable Vince Chhabria |

Nonparty Jesudoss Rowland's Motion for Attorneys' Fees requests that this Court order Plaintiffs' counsel to reimburse Mr. Rowland for expenses he incurred, including attorney's fees, in responding to Plaintiffs' Motion to Compel Responses from Deponent Jesudoss Rowland, ECF No. 261-1 ("Motion to Compel").

The Court's Pretrial Order No. 23, ECF No. 297, denied Plaintiffs' Motion to Compel.  In addition, the Court finds that Plaintiffs' counsel have not met their burden of proving the Motion to Compel was substantially justified or that the award of the fees to Mr. Rowland would be unjust.  The Court also finds that Vinson & Elkins LLP and Jacobs Law Firm PLLC's attorneys fees—both the hourly rate and the hours worked—are reasonable in light of Plaintiffs' counsels' conduct.

THEREFORE IT IS ORDERED:

1. Pursuant to Rule 37(a)(5)(B), Mr. Rowland's motion is GRANTED; and
2. Attorneys Robin Greenwald, Michael Miller, and Aimee Wagstaff (signors of the Motion to Compel) and their respective law firms, jointly and severally, are ORDERED TO PAY Vinson & Elkins LLP in the amount of $45,995.
3. The check must be mailed to Vinson & Elkins LLP, c/o William E. Lawler, III, 2200 Pennsylvania Avenue NW, Suite 500 West, Washington, DC 20037-1701.
4. The check must be received within thirty calendar days of the entry of this Order.
5. Vinson & Elkins LLP will then remit $20,056 to Jacobs Law Firm PLLC.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER; Case No. 16-md-2741-VC