# Exhibit 1

Call Us | 800-827-0087

   

## Consumer Attorneys

Home    Practice Areas    About Us    Successes    Blog    News/Press

Contact   

# Monsanto Secret Documents



| Share This Page |     |

On June 30, 2017, attorneys from Baum, Hedlund, Aristei & Goldman, along with the leadership of the Roundup multidistrict litigation (MDL), challenged the protection of the documents below, in an effort to make them available to the public. In a meeting to discuss the matter, Monsanto told the plaintiffs' attorneys to "go away" and that the company would not voluntarily agree to de-designate any documents.

Pursuant to Paragraph 16.3 of the Protective Order in the MDL, Monsanto was required to file a motion seeking continued protection of those documents challenged by the Plaintiffs' June 30, 2017 letter within 30 days. In failing to file such motion within 30 days, i.e., July 31, 2017, Monsanto "automatically waive[s] the confidentiality designation for each challenged designation." *Id.* ¶ 16.3.  And, since Monsanto did not file any motion seeking continued protection of the documents, it waived confidentiality over them. The

## Monsanto Roundup Lawsuit Links

> Monsanto Roundup Lawsuit

> (en Español) Demanda Monsanto Roundup

> What is Glyphosate Herbicide

> Roundup Cancer Non-Hodgkin Lymphoma

> Non-Hodgkin's Lymphoma Symptoms

> Roundup Cancer Study

> WHO Glyphosate Cancer Study

> Monsanto Secret Documents

> The Monsanto Papers

> California Glyphosate Warning

> > Comment on Glyphosate to CA EPA

> Monsanto Roundup News

> Going Above & Beyond