# Exhibit 2

(Hearing) Monsanto MDL CMC (In Re Roundup Prods. Liability Lit)  11/16/2016  2:27:00 PM

```
 1                       Pages 1 - 163
 2               UNITED STATES DISTRICT COURT
 3              NORTHERN DISTRICT OF CALIFORNIA
 4        BEFORE THE HONORABLE VINCE CHHABRIA, JUDGE
 5   IN RE ROUNDUP PRODUCTS      )   MDL No. 2741
                                 )
 6   LIABILITY LITIGATION        )   Case No. 16-md-02741
     _____)
 7
                         San Francisco, California
 8                       Wednesday, November 16, 2016
 9                  TRANSCRIPT OF PROCEEDINGS
10   APPEARANCES:
11   For Plaintiffs:
                 ANDRUS WAGSTAFF
12               7171 West Alaska Drive
                 Lakewood, Colorado 80218
13          BY:  AIMEE WAGSTAFF, ESQUIRE
14               ANDRUS WAGSTAFF
                 6315 Ascot Drive
15               Oakland, California 94611
            BY:  KATHRYN MILLER FORGIE, ESQUIRE
16
17               WEITZ AND LUXENBERG, P.C.
                 700 Broadway
18               New York, New York 10003
            BY:  ROBIN L. GREENWALD, ESQUIRE
19
20   (Appearances continued on next page)
21
22
23   Reported By:  Katherine Powell Sullivan, CSR #5812, RPR, CRR
              Official Reporter - U.S. District Court
24
25
```

(Hearing) Monsanto MDL CMC (In Re Roundup Prods. Liability Lit)  11/16/2016  2:27:00 PM

1   vetted potential experts, consultants.

2        Mr. Jaffe, who is our ESI expert -- our consultant, we

3   have -- six of us, frankly, have been working seamlessly.

4        I think the three of us here -- Ms. Wagstaff and

5   Mr. Miller and I -- I think we were the ones who early on, sort

6   of, moved forward before some of the other firms.  And so I

7   think that early on we had a little more -- we had more cases

8   and we were more involved in the beginning.  And now I think

9   that the other three firms were -- were happy to have this

10  structure of 3 and 3.

11       But people like recognition that they are part of the

12  team.  I mean, it's the reality of our litigation, is having

13  some recognition by a court, by a federal court overseeing our

14  case that, I respect the six of you to move this case forward.

15       And if at any time we end up being a burden to Monsanto,

16  they can come to Your Honor, and we would understand that.  We

17  will work -- I pledge, and all of us pledge, that we will make

18  this a seamless process for Monsanto.  We've done it so far

19  over the past months since the JPML centralized the case before

20  Your Honor.

21       ==And if it turns out that it just isn't working and it's==

22  ==become a problem, I think all of us would agree that Monsanto==

23  ==can come back into court and say, Your Honor, those pledges==

24  ==they made in court didn't work.==

25       And I don't think any of us would -- I mean, obviously,