# Exhibit 6

BAYCOL,MASTER,MDL,PROTO,SPMSTR

# U.S. District Court
## U.S. District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:01−md−01431−MJD−SER

In Re: Baycol Prod, et al v. , et al
Assigned to: Chief Judge Michael J. Davis
Referred to: Magistrate Judge Steven E. Rau
Demand: $0
Case in other court: 04−02097
              USCA 8th Circuit, 08−03817
Cause: 28:1332 Diversity−Product Liability

Date Filed: 12/19/2001
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

| | | |
|---|---|---|
| 07/16/2003 | 3602 | STIPULATED ORDER ( Chief Mag. Judge Jonathan G. Lebedoff ) 1. Bayers Emergency Motion for Preservation of Documents is GRANTED. All members of the PSC, including their law firms and other employees or agents, are hereby ordered to preserve all correspondence, documents and records, including but not limited to electronic materials, relating to Raffaele Guarinillo or to the June 12, 2003 motion, purportedly seeking leave on behalf of Mr. Guarinillo to intervene for purposes of discovery pursuant to 28 U.S.C. Sect. 1728(a) and Federal Rule of Civil Proc. 24(b) (the "Motion"). 2. Bayer's Motion for Leave to Conduct Discovery into Potentially Sanctionable Conduct is GRANTED. All materials described in the preceding paragraph will be produced to Defendants by July 31, 2003, except those materials subject to a good−faith claim of privilege. Each communication, document or record subject to a good−faith claim of privilege shall be described in a detailed privilege log, which shall also be produced to Defendants by July 31, 2003. 3. Defendants will be entitled to take the deposition of Kenneth Moll to discover his knowledge and involvement in the development and filing of the Motion. His deposition notice shall be served by August 7, 2003, and the deposition completed by August 29, 2003. If the defendants, after taking the deposition of Mr. Moll and reviewing the documents produced pursuant to paragraph 2 above, believe other members of the PSC had significant involvement in the development of the Motion, they may serve deposition notices to such PSC members. If the PSC objects to any such deposition, the matter shall be resolved by Magistrate Judge Lebedoff. Entered July 15, 2003. [3593−1] 2 pg(s)(cc: all counsel) (HLL) (Entered: 07/21/2003) |