Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

Robert F. Kennedy, Jr., Esq.
rkennedy@kennedymadonna.com
Kevin J. Madonna, Esq.
kmadonna@kennedymadonna.com
**KENNEDY & MADONNA, LLP**
48 Dewitt Mills Road
Hurley, New York 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*McCall v. Monsanto Co.*, *et al.*,<br>Case No. 3:16-cv-05749-VC<br><br>*Johansing v. Monsanto Co.*, *et al.*,<br>3:16-cv-05751-VC | MDL No. 02741<br><br>**NOTICE OF APPEARANCE OF ROBERT F. KENNEDY, JR. ON BEHALF OF PLAINTIFFS** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Robert Francis Kennedy, Jr. of Kennedy & Madonna, LLP, hereby enters an appearance as counsel for Plaintiffs in the above-referenced actions. Please serve said counsel with all pleadings and notices in this action.

>Robert F. Kennedy, Jr., Esq.
>rkennedy@kennedymadonna.com
>**KENNEDY & MADONNA, LLP**
>48 Dewitt Mills Road
>Hurley, New York 12443
>Telephone: (845) 481-2622
>Facsimile: (845) 230-3111

Dated: August 23, 2017               **KENNEDY & MADONNA, LLP**

      /s/ Robert F. Kennedy, Jr.
Robert F. Kennedy, Jr. (NY Bar No. 1999994)
rkennedy@kennedymadonna.com

**NOTICE OF APPEARANCE**

|   |   |
|---|---|
| 1 | Kevin J. Madonna, Esq. |
| 2 | kmadonna@kennedymadonna.com |
|   | **KENNEDY & MADONNA, LLP** |
| 3 | 48 Dewitt Mills Road |
|   | Hurley, New York 12443 |
| 4 | Telephone: (845) 481-2622 |
|   | Facsimile: (845) 230-3111 |
| 5 | *Attorneys for Plaintiffs* |

**NOTICE OF APPEARANCE**

**CERTIFICATE OF SERVICE**

    I, Robert F. Kennedy, Jr., hereby certify that, on August 23, 2017, I electronically filed NOTICE OF APPEARANCE OF ROBERT F. KENNEDY, JR. ON BEHALF OF PLAINTIFFS with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                                 /s/ Robert F. Kennedy, Jr.
                                                 Robert F. Kennedy, Jr.