Michael J. Miller
The Miller Firm LLC
108 Railroad Ave.
Orange, VA 22960
Phone (540) 672-4224
Fax (540) 672-3055
mmiller@millerfirmllc.com

*MDL Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| | HEARING: October 5, 2017<br>TIME: 10:00 A.M.<br>Courtroom 4, 17th Floor, N.D.Cal.<br>San Francisco, California |
| This document relates to:<br><br>ALL ACTIONS | |

### ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Pursuant to Civil Local Rules 79-5 and 7-11 and the Protective and Confidentiality Order entered by the Court on December 9, 2016 ("Protective Order"), Plaintiffs hereby submit this Administrative Motion to File Under Seal. Pursuant to the Protective Order, "[w]hen a Party wishes to use a document that has been designated as confidential in support of a motion or other filing with the court, it will move the Court to file the document under seal pursuant to Civil Local Rule 79-5… ." See Protective Order, ¶ 18.

Pursuant to Civil Local Rule 79-5(e), Plaintiffs hereby notify the Court that they have conditionally filed under excerpts from the deposition of Jess Rowland's deposition which have been designated Confidential by Attorneys for Jess Rowland, or which contain or reference information so designated.

Civil Local Rule 79-5(e)(1) requires that where a submitting party seeks to file documents

under seal pursuant to a confidential designation imposed by another party, the designating party must within four (4) days of the Administrative Motion to Seal, file a declaration establishing that the designated material should remain under seal.

    This application is also based on the information set forth in the Declaration of Michael Miller in Support of this Administrative Motion to File Under Seal, filed concurrently herewith.

Dated: August 29, 2017                   Respectfully Submitted,

                                                <u>/s/ Michael J. Miller</u>

                                                Michael J. Miller  
                                                The Miller Firm LLC  
                                                108 Railroad Ave.  
                                                Orange, VA 22960  
                                                Phone (540) 672-4224  
                                                Fax (540) 672-3055  
                                                mmiller@millerfirmllc.com

                                                *Co-Lead Plaintiffs' Counsel*  
                                                *For MDL 2741*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

/s/ Michael J. Miller

Michael J. Miller
The Miller Firm LLC
108 Railroad Ave.
Orange, VA 22960
Phone (540) 672-4224
Fax (540) 672-3055
mmiller@millerfirmllc.com