Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No.  16-md-02741 |
| This Document Relates To All Actions | **MILLER DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Michael Miller, declare:

1.     I am a member of the executive committee of MDL 2741.  I make this declaration in support of Plaintiffs' Administrative Motion to file Under Seal filed on August 29, 2017.  I have personal knowledge of the facts state herein and, if called as a witness, I could and would competently testify thereto.

2.     Plaintiffs have filed conditionally under seal a supporting exhibit to Plaintiffs' opposition to Jess Rowland's Motion for Attorney fees, as support of Plaintiffs' opposition through use of document is by judicial order and the information is designated Confidential by

Jess Rowland's attorneys.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of August, 2017.

                                      */s/ Michael Miller*
                                      Michael Miller

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

DATED: August 29, 2017

*/s/ Michael Miller*
Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055