1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741 |
| This Document Relates To All Actions | [PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

Having reviewed Plaintiff's Administrative Motion to File Under Seal and the Declaration of Michael Miller in support thereof, the Court ORDERS that:

Plaintiffs' supporting exhibit to Plaintiffs' Opposition to Jess Rowland's Motion for Attorney Fees shall remain filed conditionally under seal for four (4) days after the date they were originally filed conditionally under seal, pursuant to the Protective and Confidentiality Order in this case and Civil Local Rule 79-5(e).

Dated:_____            _____
                                          Hon. Vince Chhabria
                                          Judge of the United States District Court