```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2

 3   IN RE: ROUNDUP              )
     PRODUCTS LIABILITY          )  MDL No. 2741
 4   LITIGATION                  )
                                 )  Case No.
                     _____ )
 5   THIS DOCUMENT RELATES       )  16-md-02741-VC
     TO ALL CASES                )
 6

 7            MONDAY, APRIL 24, 2017
 8     CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
 9                      - - -
10          Videotaped deposition of Jesudoss
11   Rowland, held at the offices of VINSON &
12   ELKINS LLP, 2200 Pennsylvania Avenue NW,
13   Suite 500, Washington, DC, commencing at
14   12:05 p.m., on the above date, before Carrie
15   A. Campbell, Registered Diplomate Reporter,
16   Certified Realtime Reporter, Illinois,
17   California & Texas Certified Shorthand
18   Reporter, Missouri & Kansas Certified Court
19   Reporter.
20                      - - -
              GOLKOW TECHNOLOGIES, INC.
21               877.370.DEPS
                deps@golkow.com
22
23
24
25
```





























