| | |
|---|---|
| Message | |
| From: | HODGE-BELL, KIMBERLY C [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=KCHODG] |
| Sent: | 7/1/2015 1:03:23 PM |
| To: | FARMER, DONNA R [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=180070]; WEBB, ELIZABETH G [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=EGWEBB] |
| CC: | KOCH, MICHAEL S [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=MSKOCH] |
| Subject: | FW: EDSP WoE |
| Attachments: | image002.jpg |

Donna,

I know you and Elizabeth are working on EDSP for Tox. See Mary's note below. Mary is the person Dan Jenkins recommended looking into for IARC consultation if needed.

Kimberly

**From:** Mary Manibusan [███████████████]
**Sent:** Tuesday, June 30, 2015 6:03 PM
**To:** HODGE-BELL, KIMBERLY C [AG/1000]
**Subject:** EDSP WoE

Hi Kimberly,

Please let me know if I can help in reviewing the EDSP weight of evidence assessments or help in thinking about some options for responding.

Thanks!

Confidential - Produced Subject to Protective Order

MONGLY01179968

Mary

Sent from my iPhone

On Mar 30, 2015, at 11:37 AM, HODGE-BELL, KIMBERLY C [AG/1000] <████████████████████████> wrote:

Mary,

It was great to meet you as well. Thank you for sharing a little bit about your background. I will share your email with the Toxicology Team and will not hesitate to contact you if your expertise is needed.

*Best regards,*

*Kimberly*

---

Kimberly Hodge-Bell, PhD, DABT

Senior Toxicologist

<image002.jpg>

Monsanto Company

800 North Lindbergh Boulevard

Mailcode - O2B

St. Louis, MO 63167

**From:** Mary Manibusan [████████████████████████
**Sent:** Monday, March 30, 2015 10:08 AM

Confidential - Produced Subject to Protective Order

MONGLY01179969

**To:** HODGE-BELL, KIMBERLY C [AG/1000]
**Subject:** SOT Meeting

Kimberly,

It was great to meet you at SOT and I really appreciated our discussion with Christian Strupp (ADAMA) on Weds. concerning IARC cancer classifications. As mentioned, I have recently joined Exponent's Center for Chemical Regulation and Food Safety from the USEPA. While in the Office of Pesticide Programs, I have had the opportunity to serve as lead toxicologist on a global pesticide review, co-chair the CARC with Jess Rowland and serve on multiple internal review committees. In addition, I had served as the Director of the EDSP and led the program across four Scientific Advisory Panel reviews in 2012. If I can offer any assistance to support Monsanto product registrations and registration reviews, please do not hesitate in contacting me.

Looking forward to working with you.

Mary

Mary Ko Manibusan, MPH

Senior Managing Scientist

Center for Chemical Regulation and Food Safety

Exponent, Inc.

███████████████
███████████████

████████

████████

████████

██████@███████

Confidential - Produced Subject to Protective Order

MONGLY01179970

website: www.exponent.com <http://www.exponent.com>

CONFIDENTIALITY NOTICE: This e-mail transmission (and the attachments accompanying it) is intended only for the use of the intended recipient and may contain confidential information belonging to the sender. If you are not the intended recipient, be aware that any disclosure, copying, dissemination, distribution or use of the contents of this e-mail transmission is strictly prohibited. If you have received this transmission in error, please promptly notify the sender by reply e-mail and then destroy all copies of the transmission.

This e-mail message may contain privileged and/or confidential information, and is
intended to be received only by persons entitled
to receive such information. If you have received this e-mail in error, please notify the
sender immediately. Please delete it and
all attachments from any servers, hard drives or any other media. Other use of this e-
mail by you is strictly prohibited.

All e-mails and attachments sent and received are subject to monitoring, reading and
archival by Monsanto, including its
subsidiaries. The recipient of this e-mail is solely responsible for checking for the
presence of "Viruses" or other "Malware".
Monsanto, along with its subsidiaries, accepts no liability for any damage caused by any
such code transmitted by or accompanying
this e-mail or any attachment.


The information contained in this email may be subject to the export control laws and
regulations of the United States, potentially
including but not limited to the Export Administration Regulations (EAR) and sanctions
regulations issued by the U.S. Department of
Treasury, Office of Foreign Asset Controls (OFAC). As a recipient of this information
you are obligated to comply with all
applicable U.S. export laws and regulations.