Service,Direction,Date,Content,Subject,Sender,Participants,Attachments,Date Read,Date Delivered,Failed

iMessage,Outgoing,2013-02-11 19:09:39 (UTC),I think Erin should be part of the meeting tomorrow w Phil. What do you think?,,Self,SUSAN MARTINO-CATT ( ▇ ), Self,0,,2013-02-11 19:09:42 (UTC),

iMessage,Incoming,2013-02-11 19:13:50 (UTC),Maybe-she sometimes shows up weird to Phil. Let me check with her to see if she wants to be included. Otherwise maybe we let the initial meeting go then draw her in for the follow ups that will happen?,,SUSAN MARTINO-CATT ( ▇ ),SUSAN MARTINO-CATT ( ▇ ), Self,0,2013-02-11 19:20:27 (UTC),,

iMessage,Outgoing,2013-02-11 19:25:41 (UTC),Well, its odd that the chem reg lead for gly, who also chairs rereg for the jgtf, is taking a backseat to sachs and soteres on an issue that could effect the terms of the registration. I'm afraid they'll own it from here fwd when they should be in a support role,,Self,SUSAN MARTINO-CATT ( ▇ ), Self,0,,2013-02-11 19:25:44 (UTC),

iMessage,Incoming,2013-02-11 19:32:54 (UTC),Ok. Agree with you on this, will include her from the start. ,,SUSAN MARTINO-CATT ( ▇ ),SUSAN MARTINO-CATT ( ▇ ), Self,0,2013-02-11 19:40:06 (UTC),,

iMessage,Outgoing,2013-03-05 18:42:23 (UTC), Jess doing a nice job at EPA,,Self,SUSAN MARTINO-CATT ( ▇ ), Self,0,,2013-03-05 18:42:24 (UTC),

SMS,Outgoing,2013-05-31 19:27:20 (UTC),FYI. We told usda that we have optimized gel based methods last week and sent them optimized conditions. ,,Self,PHILIP MILLER ( ▇ ), Self,0,,,

SMS,Outgoing,2013-06-05 15:42:25 (UTC),We have never had confirmation glyphosate was applied, or the conditions under which it was applied and the label language states wheat over 18" could be difficult to control,,Self,PHILIP MILLER ( ▇ ), Self,0,,,

SMS,Incoming,2013-06-05 16:28:37 (UTC),Yep,,PHILIP MILLER ( ▇ ),PHILIP MILLER ( ▇ ), Self,0,2013-06-05 16:33:15 (UTC),,

iMessage,Outgoing,2014-09-10 17:43:34 (UTC),I will likely get a letter from epa tomorrow re wrm stewardship for dicamba. Spoke 1x1 w jack h today for an hour. Hopefully we can catch up manana,,Self,SUSAN MARTINO-CATT ( ▇ ), Self,0,,2014-09-10 17:43:38 (UTC),

iMessage,Incoming,2014-09-10 17:44:32 (UTC),Ok. Your guy feel in this?,,SUSAN MARTINO-CATT ( ▇ ),SUSAN MARTINO-CATT ( ▇ ), Self,0,2014-09-10 17:49:01 (UTC),,

iMessage,Incoming,2014-09-10 17:44:32 (UTC),Guy,,SUSAN MARTINO-CATT ( ▇ ),SUSAN MARTINO-CATT ( ▇ ), Self,0,2014-09-10 17:49:01 (UTC),,

iMessage,Incoming,2014-09-10 17:44:32 (UTC),Gut-damned auto correct,,SUSAN MARTINO-CATT ( ▇ ),SUSAN MARTINO-CATT ( ▇ ), Self,0,2014-09-10 17:49:01 (UTC),,

iMessage,Outgoing,2014-09-10 17:52:10 (UTC),Prelude to come to jesus is my thought. Jack told me (it is not a surprise) that whatever is done on this matter for 2,4-d and dicamba will next be applied to glyphosate. Get ready for the protection of glyphosate to be a matter of public good...,,Self,SUSAN MARTINO-CATT ( ▇ ), Self,0,,2014-09-10 17:52:10 (UTC),

iMessage,Incoming,2014-09-10 17:53:04 (UTC),As we suspected. Sounds like they are locked and we won't be able to move. Hopefully it is something we can live with. Tried to listen to the webinar but our firewall is blocking access. ,,SUSAN MARTINO-CATT ( ▇ ),SUSAN MARTINO-CATT ( ▇ ), Self,0,2014-09-10 17:53:59 (UTC),,

iMessage,Outgoing,2014-10-20 14:28:15 (UTC),Jan 15th epa will not happen given comment periods and sequential process w usda,,Self,SUSAN MARTINO-CATT ( ▇ ), Self,0,,2014-10-20 14:28:19 (UTC),

iMessage,Incoming,2014-10-20 14:29:08 (UTC),Agreed-last I heard was mar so that must have meant with states. ,,SUSAN MARTINO-CATT ( ▇ ),SUSAN MARTINO-CATT ( ▇ ), Self,0,2014-10-20 15:20:53 (UTC),,

iMessage,Incoming,2014-10-20 14:29:41 (UTC),Not ideal, will have GLY and gluf,,SUSAN MARTINO-CATT ( ▇ ),SUSAN MARTINO-CATT ( ▇ ), Self,0,2014-10-20 15:20:53 (UTC),,

iMessage,Outgoing,2014-10-20 15:21:20 (UTC),You good w everything we've said?,,Self,SUSAN MARTINO-CATT ( ▇ ), Self,0,,2014-10-20 15:21:24 (UTC),

iMessage,Incoming,2014-10-20 15:24:03 (UTC),Yes excellent positioning-they are getting it. ,,SUSAN MARTINO-CATT ( ▇ ),SUSAN MARTINO-CATT ( ▇ ), Self,0,2014-10-20 15:37:37 (UTC),,

iMessage,Outgoing,2014-10-20 16:50:50 (UTC),Just spoke to Dan Kenny for the last 30 minutes. He's going to get a mtg set up. Good discussion re stewardship. He's checking on states. ,,Self,SUSAN MARTINO-CATT ( ), Self,0,,2014-10-20 16:50:53 (UTC),

iMessage,Incoming,2014-11-05 20:03:12 (UTC),I've been briefly scanning emails. I saw something come from McMaster on IARC and a separate message from Susan on IARC glyphosate (nothing to do with Dow), so just wanted to let you know to touch base with her if you have not already. ,,JENNIFER LISTELLO ( ),JENNIFER LISTELLO ( ( ), Self,0,2014-11-05 20:11:07 (UTC),,

iMessage,Outgoing,2014-11-05 20:11:04 (UTC),We need to talk. Where are you?,,Self,SUSAN MARTINO-CATT ( ), Self,0,,2014-11-05 20:11:04 (UTC),

iMessage,Incoming,2014-11-05 20:11:41 (UTC),Walking back to my office. There in 5,,SUSAN MARTINO-CATT ( ),SUSAN MARTINO-CATT ( ), Self,0,2014-11-05 20:12:22 (UTC),,

iMessage,Outgoing,2014-11-05 20:11:57 (UTC),Way ahead. She and I spoke this morning and already have set up a meeting to discussion ,,Self,JENNIFER LISTELLO ( ), Self,0,2014-11-05 20:22:24 (UTC),2014-11-05 20:11:58 (UTC),

iMessage,Incoming,2014-11-06 12:47:30 (UTC),When was Dicamba submitted for approval in the US?,,MICHAEL DYKES ( ( ),MICHAEL DYKES ( ), Self,0,2014-11-06 12:59:51 (UTC),,

iMessage,Outgoing,2014-11-06 13:00:18 (UTC),At usda?,,Self,MICHAEL DYKES ( ( ), Self,0,,2014-11-06 13:00:18 (UTC),

iMessage,Outgoing,2014-11-06 13:02:49 (UTC),If so, July 2010,,Self,MICHAEL DYKES ( ( ), Self,0,,2014-11-06 13:02:50 (UTC),

iMessage,Incoming,2014-11-06 13:05:04 (UTC),I am speaking to growers and I want to say that Dicamba has been pending approval in the US since XXX date,,MICHAEL DYKES ( ),MICHAEL DYKES ( ( ), Self,0,2014-11-06 13:06:40 (UTC),,

iMessage,Outgoing,2014-11-06 13:05:28 (UTC),EPA was April 2010,,Self,MICHAEL DYKES ( ( ), Self,0,,2014-11-06 13:05:29 (UTC),

iMessage,Outgoing,2014-11-06 13:05:44 (UTC),This is all for soybean ,,Self,MICHAEL DYKES ( ), Self,0,,2014-11-06 13:05:44 (UTC),

iMessage,Outgoing,2014-11-06 13:06:34 (UTC),Cotton was July 2012 to usda,,Self,MICHAEL DYKES ( ), Self,0,,2014-11-06 13:06:35 (UTC),

iMessage,Incoming,2014-11-06 13:07:12 (UTC),Thank you,,MICHAEL DYKES ( ),MICHAEL DYKES ( ), Self,0,2014-11-06 13:08:26 (UTC),,

iMessage,Outgoing,2014-11-06 13:07:31 (UTC),Soybean is 4.5 years at usda and cotton is 2.5,,Self,MICHAEL DYKES ( ), Self,0,,2014-11-06 13:07:32 (UTC),

iMessage,Outgoing,2014-11-06 13:10:00 (UTC),You got it. Might want to tell them we're going to need their support for glyphosate...We're in for a tough ride,,Self,MICHAEL DYKES ( ( ), Self,0,,2014-11-06 13:10:02 (UTC),

iMessage,Incoming,2014-11-06 13:11:28 (UTC),It. Has to be registered by when?,,MICHAEL DYKES ( ( ),MICHAEL DYKES ( ), Self,0,2014-11-06 13:12:13 (UTC),,

iMessage,Incoming,2014-11-06 13:11:28 (UTC),It is global also?,,MICHAEL DYKES ( ( ),MICHAEL DYKES ( ), Self,0,2014-11-06 13:12:21 (UTC),,

iMessage,Outgoing,2014-11-06 13:15:02 (UTC),Glyphosate is going through reregistration for all of its uses in the US Canada Japan Brazil and Europe. These will likely all be wrapping up in around 12-18 months. Domestically they will be taking a hard look at endangered species and WRM.,,Self,MICHAEL DYKES ( ( ), Self,0,,2014-11-06 13:15:03 (UTC),

iMessage,Outgoing,2014-11-06 13:17:11 (UTC),We'll need their strong voices to combat the activists that are already well organized for this and have been meeting with EPA. They smell blood and their circling. An initial public comment period will happen within the next couple of months at EPA ,,Self,MICHAEL DYKES ( ( ), Self,0,,2014-11-06 13:17:20 (UTC),

iMessage,Incoming,2014-11-06 13:43:28 (UTC),I will raise these points. Thank you,,MICHAEL DYKES ( ),MICHAEL DYKES ( ( ), Self,0,2014-11-06 14:03:17 (UTC),,

iMessage,Outgoing,2014-11-11 22:50:38 (UTC),Hey. Thought we made progress today. Thought the meetings went well but the follow up and staying on top of it is the challenge, particularly for glyphosate. Thanks again for the hospitality :-),,Self,SUSAN MARTINO-CATT ( ), Self,0,,2014-11-11

22:50:40 (UTC),
iMessage,Incoming,2014-11-11 22:52:55 (UTC),Thanks for making the trip. Good discussions and progress. Will have to push on GLY as not a broad appreciation of the bigger picture. I think a project plan with details helps. Dicamba is exhausting, will work the story more for your conversation with jones. Thanks again for making the kind day trip-hope flight home is uneventful. ,,SUSAN MARTINO-CATT ( ( ▮ ),SUSAN MARTINO-CATT ( ( ▮ ), Self,0,2014-11-11 22:54:25 (UTC),,
iMessage,Incoming,2014-12-16 19:16:32 (UTC),Glyphosate reg review at EPA. Are you working on this too? Our team has been asked to help and details are in short supply so far. Would you have some quick insights? Thanks. ,,Ann Aquillo ( ( ▮ ),Ann Aquillo ( ( ▮ ), Self,0,2014-12-16 19:39:31 (UTC),,
iMessage,Incoming,2014-12-16 19:16:58 (UTC),Maybe we could quickly catch up via phone? ,,Ann Aquillo ( ( ▮ ),Ann Aquillo ( ( ▮ ), Self,0,2014-12-16 19:39:31 (UTC),,
iMessage,Outgoing,2014-12-16 19:43:27 (UTC),Yep currently chairing the joint glyphosate task force. On calls until 5 today do you have time tomorrow? Happy to give you any details you need,,Self,Ann Aquillo ( ( ▮ ), Self,0,2014-12-16 19:54:13 (UTC),2014-12-16 19:43:28 (UTC),
iMessage,Incoming,2014-12-16 19:54:21 (UTC),Great. Let's talk tomorrow. ,,Ann Aquillo ( ▮ ),Ann Aquillo ( ( ▮ ), Self,0,2014-12-16 21:58:21 (UTC),,
iMessage,Outgoing,2015-01-08 03:17:54 (UTC),Have Ray read 79-82. He'll get it immediately. This is about both biotech and chemistry. Both usda and epa.,,Self,TRACEY REYNOLDS ( (314) 550-1612 ), Self,0,,2015-01-08 03:17:55 (UTC),
iMessage,Outgoing,2015-01-08 03:18:02 (UTC),I'll make time,,Self,TRACEY REYNOLDS ( ▮ , Self,0,,2015-01-08 03:18:02 (UTC),
iMessage,Outgoing,2015-01-08 03:19:47 (UTC),Phil understood and now you do too. It works you up. Now we have to kick some ass. Time for you to do a dance off against ronin.,,Self,TRACEY REYNOLDS ( ▮ ), Self,0,,2015-01-08 03:19:47 (UTC),
iMessage,Incoming,2015-01-08 03:20:09 (UTC),True fact ,,TRACEY REYNOLDS ( ▮ ),TRACEY REYNOLDS ( ▮ ), Self,0,2015-01-08 03:20:32 (UTC),2015-01-08 03:20:32 (UTC),
iMessage,Outgoing,2015-01-08 03:20:32 (UTC), ,,Self,TRACEY REYNOLDS ▮ ), Self,0,,2015-01-08 03:20:32 (UTC),
iMessage,Outgoing,2015-01-08 03:20:32 (UTC),<Attachment - image/jpeg>,,Self,TRACEY REYNOLDS ( ▮ ), Self,1,,2015-01-08 03:20:32 (UTC),
iMessage,Incoming,2015-01-08 03:22:40 (UTC),They keep pounding the voluntary and unenforceable,,TRACEY REYNOLDS ( (314) 550-1612 ),TRACEY REYNOLDS ( ( ▮ Self,0,,,
iMessage,Outgoing,2015-01-08 03:24:48 (UTC), They know otherwise it could prevent from getting a listing. They thought ahead...,,Self,TRACEY REYNOLDS ( ( ▮ ), Self,0,,2015-01-08 03:24:48 (UTC),
iMessage,Incoming,2015-01-08 03:24:48 (UTC),Hard to get around that,,TRACEY REYNOLDS ( ( ▮ ),TRACEY REYNOLDS ( ( ▮ ), Self,0,,,
iMessage,Outgoing,2015-01-08 03:26:56 (UTC),Yep, but don't need to if we have a good program and the time for it to work. In the mean time get state administered plans that preserve FTO per 4(d) and fight against any notion that ge/gly caused the problem and require massive buffers and warnings on labels for killing butterflies,,Self,TRACEY REYNOLDS ( ( ▮ ), Self,0,,2015-01-08 03:26:56 (UTC),
iMessage,Incoming,2015-03-14 19:21:55 (UTC),Just had IARC call. Have you discussed this with Bradberry (sp?),,JENNIFER LISTELLO ( ▮ ),JENNIFER LISTELLO ( ( ▮ ), Self,0,2015-03-14 19:32:42 (UTC),,
iMessage,Incoming,2015-03-14 19:22:30 (UTC),Is there anyone we can get to in EPA?,,JENNIFER LISTELLO ( ▮ ),JENNIFER LISTELLO ( ▮ ), Self,0,2015-03-14 19:32:42 (UTC),,
iMessage,Outgoing,2015-03-14 19:34:43 (UTC),I sent him an email. He's somewhat familiar w IARC will talk to him Monday. Re EPA: I've called them 5 times on this issue and dykes has called them to. They're not going to be proactive.,,Self,JENNIFER LISTELLO ( ▮ ), Self,0,,2015-03-14 19:34:43 (UTC),
iMessage,Incoming,2015-03-14 19:38:08 (UTC),Have we asked them for the documents they were given for the mtg?,,JENNIFER LISTELLO ( ▮ ),JENNIFER LISTELLO ( ▮ ),

Confidential - Produced Subject to Protective Order

Self,0,,2015-03-14 20:27:40 (UTC),,
iMessage,Outgoing,2015-03-14 20:27:44 (UTC),Yes,,Self,JENNIFER LISTELLO ( (
Self,0,,2015-03-14 20:27:45 (UTC),
iMessage,Outgoing,2015-03-30 18:13:17 (UTC),Ill be at hyatt at 4:15...,,Self,CHRISTINA LAWRENCE (
Self,0,,2015-03-30 18:13:18 (UTC),
iMessage,Incoming,2015-03-30 18:16:29 (UTC),Ok for how long, time for a drink?,,CHRISTINA LAWRENCE ( ( ),CHRISTINA LAWRENCE ( ( ), Self,0,2015-03-30 18:16:36 (UTC),,
iMessage,Outgoing,2015-03-30 18:17:03 (UTC),Yep. I'm at epa now for glyphosate ,,Self,CHRISTINA LAWRENCE ( ( Self,0,,2015-03-30 18:17:04 (UTC),
iMessage,Incoming,2015-04-03 05:27:12 (UTC),Dutch parliament and round up issue no bueno ,,Allen Tunstall ( ),Allen Tunstall ( ( ), Self,0,2015-04-03 12:02:08 (UTC),,
iMessage,Outgoing,2015-04-03 12:04:37 (UTC),Yeah its no bueno, but don't care about the dutch. Roundup doesn't cause cancer. IARC also declared being a barber, using cell phones, and alchohol cause cancer too. They're a joke,,Self,Allen Tunstall ( ( ), Self,0,,2015-04-03 12:04:37 (UTC),
SMS,Outgoing,2015-05-14 01:52:26 (UTC),Well, let me explain: ICABR is an association of bioeconomists. They are looking for someone to speak to how EPA does risk assessments. Part of what they are looking at is the economic impact of decisions like IARC. The meeting is in 1 mo in the amalfi coast of italy and they will pay the speakers expenses. You would be great but you're on Monsantos payroll so that won't due for ICABR. They need a response very soon. Can you think of anyone else?,,Self,Steven Bradbury ( ( ), Self,0,,,
SMS,Incoming,2015-05-14 02:14:57 (UTC),Ok. I'd feel comfortable touching base with lois in a few days. Just know a difficult time right now. One other possibility would be debbie edwards. ,,Steven Bradbury ( ( ),Steven Bradbury ( ( ), Self,0,2015-05-14 02:56:55 (UTC),,
iMessage,Outgoing,2015-05-28 14:25:33 (UTC),I think I've got your panel member for IARC. Spoke to Mary- she's perfect wants to go and can pending some details i need your help with ,,Self,ERIC SACHS ( ), Self,0,2015-05-28 14:27:05 (UTC),2015-05-28 14:26:15 (UTC),
iMessage,Outgoing,2015-05-28 14:25:44 (UTC),Call me as soon as possible ,,Self,ERIC SACHS ( ( ), Self,0,2015-05-28 14:27:05 (UTC),2015-05-28 14:26:17 (UTC),
iMessage,Outgoing,2015-05-28 14:25:44 (UTC),Call me as soon as possible ,,Self,ERIC SACHS ( ( ), Self,0,2015-05-28 14:27:05 (UTC),2015-05-28 14:26:17 (UTC),
iMessage,Outgoing,2015-05-28 14:26:02 (UTC),Will be tied up in meetings soon ,,Self,ERIC SACHS ( ( ), Self,0,2015-05-28 14:27:05 (UTC),2015-05-28 14:26:19 (UTC),
iMessage,Outgoing,2015-05-28 14:26:02 (UTC),Will be tied up in meetings soon ,,Self,ERIC SACHS ( ), Self,0,2015-05-28 14:27:05 (UTC),2015-05-28 14:26:19 (UTC),
iMessage,Incoming,2015-05-28 14:29:38 (UTC),I am on the company plane bound for Mexico. Let's go with Mary. I will notify the program Committee. Please send any questions via email. ,,ERIC SACHS ( ( ),ERIC SACHS ( ( ), Self,0,2015-05-28 14:32:45 (UTC),,
iMessage,Incoming,2015-05-28 14:29:38 (UTC),I am on the company plane bound for Mexico. Let's go with Mary. I will notify the program Committee. Please send any questions via email. ,,ERIC SACHS ( ( ),ERIC SACHS ( ( ), Self,0,2015-05-28 14:32:45 (UTC),,
iMessage,Incoming,2015-06-08 21:46:37 (UTC),Hey. Wanted to follow up with you on the CLA IARC meeting?,,JENNIFER LISTELLO ( ( ),JENNIFER LISTELLO ( ( ), Self,0,2015-06-08 21:46:54 (UTC),2015-06-08 21:46:54 (UTC),
iMessage,Outgoing,2015-06-08 21:47:35 (UTC), im attending it this thursday w James. what's up? sorry i missed our 1x1 today,,,,,,,
iMessage,Incoming,2015-06-08 21:47:48 (UTC),Can you do a quick call,,JENNIFER LISTELLO ( ( ),JENNIFER LISTELLO ( ( ), Self,0,,,
iMessage,Outgoing,2015-06-08 22:01:46 (UTC),eating dinner with the kids. is this urgent?,,,,,,,
iMessage,Incoming,2015-06-08 22:02:44 (UTC),No. Can you please contact me tomorrow it is re the email I sent this morning at 10:41a,,JENNIFER LISTELLO ( ( ),JENNIFER LISTELLO ( ( ), Self,0,,,
iMessage,Outgoing,2015-06-08 22:26:57 (UTC),Ok,,Self,JENNIFER LISTELLO ( ( ), Self,0,,2015-06-08 22:28:22 (UTC),
iMessage,Outgoing,2015-06-18 14:19:42 (UTC),Got john to agree to talk about how we might work

Confidential - Produced Subject to Protective Order

MONGLY03293248

together on changing IARC communication ,,Self,ERIC SACHS ( (314) 637-7650 ), Self,0,2015-06-18 14:20:00 (UTC),2015-06-18 14:19:46 (UTC),
iMessage,Incoming,2015-06-18 14:28:46 (UTC),Your presentation was powerful, showing the consequences and exposing the need for IARC to communicate more effectively so not to needlessly scare people and diminish the benefits of glyphosate and other pesticides that already undergo a risk assessment. ,,ERIC SACHS ( ( ),ERIC SACHS ( Self,0,2015-06-18 14:44:07 (UTC),,
iMessage,Outgoing,2015-06-18 14:47:37 (UTC),Thanks. It really struck john. He had no idea and expressed concern upon finding how it is being used against GM,,Self,ERIC SACHS ( ( ), Self,0,2015-06-18 14:48:16 (UTC),2015-06-18 14:47:38 (UTC),
iMessage,Incoming,2015-06-18 14:49:35 (UTC),That is a positive concession though surprising. I'm glad he is willing to continue the dialogue. ,,ERIC SACHS ( ( ),ERIC SACHS ( ), Self,0,2015-06-18 15:03:26 (UTC),,
SMS,Outgoing,2015-06-21 22:17:54 (UTC),Hi Mary- do you know folks at ATSDR in HHS?,,Self,Mary Manibusan ( ( ), Self,0,,,
iMessage,Incoming,2015-06-21 22:36:31 (UTC),Yes. Where specifically?,,Mary Manibusan ( ( ),Mary Manibusan ( ), Self,0,2015-06-21 22:36:56 (UTC),2015-06-21 22:36:56 (UTC),
iMessage,Incoming,2015-06-21 22:37:24 (UTC),On Tox Profiles?,,Mary Manibusan ( ),Mary Manibusan ( ), Self,0,,,
iMessage,Outgoing,2015-06-21 22:37:33 (UTC),yep,,Self,Mary Manibusan ( ( ), Self,0,2015-06-21 22:37:34 (UTC),2015-06-21 22:37:34 (UTC),
iMessage,Incoming,2015-06-21 22:37:56 (UTC),It's been a while but I can...,,Mary Manibusan ( ),Mary Manibusan ( ( ), Self,0,,,
iMessage,Incoming,2015-06-21 22:38:59 (UTC),Sweetheart - I know lots of people. You can count of me.,,Mary Manibusan ( ( ),Mary Manibusan ( ( ), Self,0,,,
iMessage,Outgoing,2015-06-21 22:39:14 (UTC),we're trying to do everything we can to keep from having a domestic IARC occur w this group. may need your help...,,Self,Mary Manibusan ( ( ), Self,0,2015-06-21 22:39:31 (UTC),2015-06-21 22:39:14 (UTC),
iMessage,Outgoing,2015-06-21 22:40:03 (UTC),good, let's talk this week. I'll have m admin set something up. I'll share some info, you tell me what you think we might be able to do, who you may know, etc ok?,,Self,Mary Manibusan ( ), Self,0,2015-06-21 22:40:05 (UTC),2015-06-21 22:40:05 (UTC),
iMessage,Incoming,2015-06-21 22:40:48 (UTC),Got it.,,Mary Manibusan ( ( ),Mary Manibusan ( ( ), Self,0,2015-06-21 22:49:34 (UTC),2015-06-21 22:49:34 (UTC),
iMessage,Incoming,2015-07-23 16:33:08 (UTC),Yep, this conversation is a good example. The roadmap for wrm is set so our time needs to be how do we fit Gly in. This is an odd conversation. ,,SUSAN MARTINO-CATT ( ( ),SUSAN MARTINO-CATT ( ( ), Self,0,2015-07-23 16:38:57 (UTC),2015-07-23 16:38:57 (UTC),
iMessage,Outgoing,2015-08-18 16:11:16 (UTC),Embargoed until 5 pm tomorrow New England Journal of Medicine- "gmos, herbicides and public health". Focuses first on IARC and its conclusions for 2,4-d and glyphosate. Then, that gmos could still pose human health concerns, followed by concerns re weed resistance. The authors say "the science and the risk assessment supporting the enlist duo decision are flawed", etc. I'm sure you'll get calls.,Heads up: Article coming out,Self,Jack Housenger ( ), Self,0,,2015-08-18 16:11:17 (UTC),
iMessage,Incoming,2015-08-26 20:06:59 (UTC),They have concerns about our MON/Scotts relationship which allows for Scotts to come in with their own RoundUp branded products which may not necessarily be glyphosate based,,JAMES NYANGULU ),JAMES NYANGULU ( ( ), Self,0,2015-08-26 20:38:08 (UTC),,
iMessage,Incoming,2015-08-26 20:07:50 (UTC),Possible confusion in market place? Need to get details of deal with Scotts ,,JAMES NYANGULU ( ( ),JAMES NYANGULU ( ( ), Self,0,2015-08-26 20:38:08 (UTC),,
iMessage,Outgoing,2015-08-26 20:43:04 (UTC),Do you have any time today or tomorrow to talk about EPA? I am very concerned.,,Self,TY VAUGHN ( ( ), Self,0,2015-08-26 21:49:05 (UTC),2015-08-26 20:43:06 (UTC),
iMessage,Incoming,2015-08-27 00:13:38 (UTC),Does tomorrow am work? I'm in Ottawa so on your time

Confidential - Produced Subject to Protective Order

zone. 745?,,TY VAUGHN ( ),TY VAUGHN ( ), Self,0,2015-08-27 00:13:43 (UTC),2015-08-27 00:13:43 (UTC),

iMessage,Outgoing,2015-08-27 00:18:12 (UTC),Ah forgot you were up there. Yes that's fine. I think we need to talk about a political level EPA strategy and then try to build a consensus plan w Michael on several fronts: crw3, Dicamba, glyphosate, resistance mgt...we're not in good shape and we need to make plan,,Self,TY VAUGHN ( ), Self,0,2015-08-27 00:34:14 (UTC),2015-08-27 00:18:14 (UTC),

iMessage,Outgoing,2015-09-01 23:45:29 (UTC),Michael and I spoke for over an hour today. He gets where I'm coming from now re the need for a jones strategy. Jones commented how bad things are re gmos. This perception helps drive his policies, which are precautionary, driven by optics and becoming more european. This leads to some negative predictions as to what we should expect re glyphosate, crw resistance management, etc. i have several thoughts on how we can approach.,,Self,TY VAUGHN ( ( ), Self,0,2015-09-01 23:45:30 (UTC),2015-09-01 23:45:29 (UTC),

iMessage,Outgoing,2015-09-23 14:49:07 (UTC),Dr Oz is airing a segment tomorrow on glyphosate safety ,,Self,Jack Housenger ( ( ), Self,0,,2015-09-23 14:49:08 (UTC),

iMessage,Outgoing,2015-09-23 14:49:47 (UTC),Had my guy call and leave a message for Anne Overstreet,,Self,Jack Housenger ( ( ), Self,0,,2015-09-23 14:49:48 (UTC),

iMessage,Outgoing,2015-09-23 14:50:12 (UTC),We will be posting a statement as soon as it airs.,,Self,Jack Housenger ( ), Self,0,,2015-09-23 14:50:19 (UTC),

iMessage,Outgoing,2015-09-23 14:50:47 (UTC),Cancer and IARC will come up,,Self,Jack Housenger ( ( ), Self,0,,2015-09-23 14:50:53 (UTC),

iMessage,Outgoing,2015-09-23 16:26:36 (UTC),Spoke to EPA: is going to conclude that IARC is wrong. So is EFSA. EPA should be coming out in the first or second week of October ,,Self,TY VAUGHN ( ), Self,0,2015-09-23 17:07:25 (UTC),2015-09-23 16:26:38 (UTC),

iMessage,Outgoing,2015-09-23 16:26:52 (UTC),On the phone w heering, jen, etc,,Self,TY VAUGHN ( ( ), Self,0,2015-09-23 17:07:25 (UTC),2015-09-23 16:26:53 (UTC),

iMessage,Incoming,2015-09-23 19:30:06 (UTC),Have you spoken to Susan,,TINA BHAKTA ( ),TINA BHAKTA ( ), Self,0,2015-09-23 20:12:17 (UTC),2015-09-23 20:12:17 (UTC),

iMessage,Incoming,2015-09-23 19:55:51 (UTC),That's great news Dan!,,TY VAUGHN ( ( ),TY VAUGHN ( ( ), Self,0,2015-09-23 20:12:24 (UTC),2015-09-23 20:12:24 (UTC),

iMessage,Incoming,2015-09-23 19:55:57 (UTC),Jen caught me up,,TY VAUGHN ( ),TY VAUGHN ( ( ), Self,0,2015-09-23 20:12:24 (UTC),2015-09-23 20:12:24 (UTC),

iMessage,Outgoing,2015-09-23 20:12:31 (UTC),Okay ,,Self,TY VAUGHN ( ), Self,0,2015-09-23 20:36:00 (UTC),2015-09-23 20:12:32 (UTC),

iMessage,Outgoing,2015-09-24 01:59:24 (UTC),You aware that dr oz is talking about glyphosate and labeling tomorrow? Gave EPA a heads up,,Self,MICHAEL DYKES ( ( ), Self,0,,2015-09-24 01:59:25 (UTC),

iMessage,Incoming,2015-09-24 02:02:31 (UTC),Yes I reported on Dr Oz earlier this week,,MICHAEL DYKES ( ( ),MICHAEL DYKES ( ( Self,0,2015-09-24 02:02:42 (UTC),2015-09-24 02:02:42 (UTC),

iMessage,Outgoing,2015-09-24 02:03:41 (UTC),Ok good. Have a good night ,,Self,MICHAEL DYKES ( ), Self,0,,2015-09-24 02:03:44 (UTC),

iMessage,Incoming,2015-09-24 02:04:29 (UTC),You too Dan! Let me know what you learn from EPA. I share you view on Max. ,,MICHAEL DYKES ( ( ),MICHAEL DYKES ( ( ), Self,0,2015-09-24 02:09:25 (UTC),2015-09-24 02:09:25 (UTC),

iMessage,Outgoing,2015-09-30 14:37:50 (UTC),Spoke to epa re gly:,,Self,TY VAUGHN ( ( ), Self,0,2015-09-30 14:38:10 (UTC),2015-09-30 14:37:50 (UTC),

iMessage,Outgoing,2015-09-30 14:38:19 (UTC),Jones is being briefed next then release PRA (still October),,Self,TY VAUGHN ( ( ), Self,0,2015-09-30 14:38:19 (UTC),2015-09-30 14:38:19 (UTC),

iMessage,Outgoing,2015-09-30 14:38:34 (UTC),They will publish full iarc anaylysis,,Self,TY VAUGHN ( ), Self,0,2015-09-30 14:38:34 (UTC),2015-09-30 14:38:34 (UTC),

iMessage,Outgoing,2015-09-30 14:38:50 (UTC),They feel they aligned efsa on phone call,,Self,TY VAUGHN ), Self,0,2015-09-30 14:38:50 (UTC),2015-09-30 14:38:50 (UTC),

iMessage,Outgoing,2015-09-30 14:39:11 (UTC),Pushed them to make sure atsdr is aligned, said they would,,Self,TY VAUGHN ( ( ), Self,0,2015-09-30 14:39:12 (UTC),2015-09-30 14:39:12

(UTC),
iMessage,Outgoing,2015-09-30 14:39:34 (UTC),They're looking into getting a contact at cdc for me re bio monitoring ,,Self,TY VAUGHN ( ( ), Self,0,2015-09-30 14:39:35 (UTC),2015-09-30 14:39:36 (UTC),
iMessage,Outgoing,2015-09-30 14:39:44 (UTC),Listello has been informed,,Self,TY VAUGHN ( ), Self,0,2015-09-30 14:39:45 (UTC),2015-09-30 14:39:45 (UTC),
iMessage,Incoming,2015-09-30 14:41:14 (UTC),Great update from them. Quite puzzling when they are willing to rapidly even aggressively  help on this but seem just the opposite in other areas ,,TY VAUGHN ( ),TY VAUGHN ( Self,0,2015-09-30 14:41:14 (UTC),,
iMessage,Outgoing,2015-09-30 14:42:19 (UTC),Problem is when it hits the political level (and then the political level says its not me...),,Self,TY VAUGHN ( ( ), Self,0,2015-09-30 14:46:40 (UTC),2015-09-30 14:42:19 (UTC),
iMessage,Incoming,2015-10-01 20:35:56 (UTC),Any news on glyphosate posting time ?,,PHILIP MILLER ( ),PHILIP MILLER ( ( ), Self,0,2015-10-01 20:35:56 (UTC),,
iMessage,Outgoing,2015-10-01 20:37:43 (UTC),Yes spoke to epa yesterday. Several positive updates, but still saying October. When exactly this month is a function of jim jones who just requested to be briefed before released,,Self,PHILIP MILLER ( ( ), Self,0,,2015-10-01 20:37:44 (UTC),
iMessage,Incoming,2015-10-01 20:38:05 (UTC),Okay,,PHILIP MILLER ( ( ),PHILIP MILLER ( ( ), Self,0,2015-10-01 20:38:05 (UTC),,
iMessage,Outgoing,2015-10-01 20:38:48 (UTC),Remember that atsdr said it would render its view in October as well...,,Self,PHILIP MILLER ( ( ), Self,0,,2015-10-01 20:38:49 (UTC),
iMessage,Outgoing,2015-10-01 20:39:26 (UTC),Told epa to please reach out and keep them aligned,,Self,PHILIP MILLER ( ( Self,0,,2015-10-01 20:39:27 (UTC),
iMessage,Incoming,2015-10-01 20:39:56 (UTC),Keep trying to get i tel into Arafat,,PHILIP MILLER ( ),PHILIP MILLER ( ( ), Self,0,2015-10-01 20:40:12 (UTC),,
iMessage,Incoming,2015-10-01 20:40:04 (UTC),Astdr ,,PHILIP MILLER ( ,PHILIP MILLER ( ( ), Self,0,2015-10-01 20:40:12 (UTC),,
iMessage,Outgoing,2015-10-01 20:41:26 (UTC),Interesting mistype! Redacted Redacted Self,PHILIP MILLER ( ( ), Self,0,,2015-10-01 20:41:27 (UTC),
iMessage,Incoming,2015-10-01 20:41:52 (UTC), Redacted ,PHILIP MILLER ( (314) 308-4319 ),PHILIP MILLER ( ( ), Self,0,2015-10-01 20:42:46 (UTC),,
iMessage,Outgoing,2015-10-01 20:43:21 (UTC), Redacted Self,PHILIP MILLER ( ( ), Self,0,,2015-10-01 20:43:21 (UTC),
iMessage,Outgoing,2015-10-12 19:08:48 (UTC),spoke to Ty: he said you were inquiring about our meeting w Jack.  Just want to make sure you knew that i tried to get a meeting w Jack but he can't meet when you're in town.  Told Karen this which is why she then worked w Michael and you now have office 1x1s on Friday. I can try to get us together w Susan Lewis, but if you can get a mtg w Jones through Michael that would be key. Reason being- besides being the gatekeeper on dicamba he's sitting on the release of the glyphosate risk assessment as well.,,,,,,,
SMS,Outgoing,2015-10-19 11:58:20 (UTC),Hey no meeting today but i will be sending you an early draft of a glyphosate public interest document to discuss next week,,Self,Steven Bradbury ( ( ), Self,0,,,
SMS,Incoming,2015-10-19 12:09:00 (UTC),Ok. Next week Monday I chair an all day IA resistance management plan meeting and all day tuesday a monarch meeting. Wed and thursday monarch meetings continue and thursday afternoon and Friday at KU for meetings.  Will let you know possible windows wed during the day for a call. Or else maybe a night call on wed . Meanwhile can get  you written comments.,,Steven Bradbury ( ( ),Steven Bradbury ( ( ), Self,0,2015-10-19 12:18:47 (UTC),,
SMS,Outgoing,2015-10-19 12:21:15 (UTC),ok sounds good.  also if fda was doing glyphosate residue monitoring do you know who or (even where in the agency) might be doing this?,,Self,Steven Bradbury ( ( ), Self,0,,,
SMS,Incoming,2015-10-19 12:57:10 (UTC),Back when ... office of food safety within center of food safety and applied nutrition within office of foods and veterinary medicine would be the lowest to highest levels of management I dealt with on residue issues. Director of office of foods and vet med equivalent to EPA AA level.,,Steven Bradbury ( ( ),Steven Bradbury ( ( ), Self,0,2015-10-19 13:59:51 (UTC),,

iMessage,Outgoing,2015-10-26 19:20:54 (UTC),Yeesh. Honestly, if there's something i truly need to do differently i want to hear it. I'm very disappointed that he simply can't tell me himself and instead sends emails to Phil. BTW word is out (CLA) that gly pra is coming out mid November. Jack and i spoke last Friday and he said the same. ,,Self,TY VAUGHN ( ( ), Self,0,2015-10-26 20:01:55 (UTC),2015-10-26 19:20:56 (UTC),

iMessage,Outgoing,2015-10-29 19:44:43 (UTC),Yeah, i need to work on that. Yes I think you may need to be there. Spoke to EPA this morning: gly PRA is targeted for release on the 10th.,,Self,TY VAUGHN ( ( ), Self,0,2015-10-29 20:30:28 (UTC),2015-10-29 19:44:45 (UTC),

iMessage,Incoming,2015-10-30 19:45:14 (UTC),Okay please brief DYKES and DC office on Dicamba and change in Glyphosate release timing. Seems holland may be having conversations on hill as part of standard briefing ,,PHILIP MILLER ( ( ),PHILIP MILLER ( ( Self,0,2015-10-30 19:49:45 (UTC),2015-10-30 19:49:45 (UTC),

iMessage,Incoming,2015-11-04 15:53:37 (UTC),What do we know about glyphosate posting. DYKES said he was hearing something different than next week but sensed he was dated,,PHILIP MILLER ( ( ),PHILIP MILLER ( ( ), Self,0,2015-11-04 16:32:24 (UTC),,

iMessage,Outgoing,2015-11-04 16:32:19 (UTC),Just landed will try to call in when i can,,Self,SUSAN MARTINO-CATT ( ( ), Self,0,,2015-11-04 16:32:19 (UTC),

iMessage,Incoming,2015-11-04 16:34:51 (UTC),Ok,,SUSAN MARTINO-CATT ( ( ),SUSAN MARTINO-CATT ( Self,0,2015-11-04 16:35:45 (UTC),,

iMessage,Outgoing,2015-11-04 16:35:31 (UTC),He and I spend yesterday and left him a message this morning: jack and i spoke Monday and he said it may be later now but wasn't specific (i.e. Its being decided at the political level). Told Michael yesterday he needs to push on jim. They are briefing gina's science advisor tomorrow. Provided some info for the briefing to help when we push to release sooner,,Self,PHILIP MILLER ( ( ), Self,0,,2015-11-04 16:35:32 (UTC),

iMessage,Outgoing,2015-11-06 18:27:19 (UTC),Do you know anything about Gina McCarthy testifying soon at senate ag re glyphosate? ,,Self,MICHAEL DYKES ( ( ), Self,0,,2015-11-06 18:27:21 (UTC),

iMessage,Incoming,2015-11-06 18:48:54 (UTC),No,,MICHAEL DYKES ( ( ),MICHAEL DYKES ( ( ), Self,0,2015-11-06 18:50:46 (UTC),,

iMessage,Outgoing,2015-11-06 18:52:44 (UTC),Jack just mentioned something about it...not sure if we was confusing something but might want to look into it ,,Self,MICHAEL DYKES ( ( ), Self,0,,2015-11-06 18:52:46 (UTC),

iMessage,Outgoing,2015-11-13 17:15:27 (UTC),Need to fill you in on latest on gly and also crw3 b4 your meeting w jim. We definitely need you to follow up on crw3 as well. Had a lengthy mtg w jack, bill jordan and DAS today and then they met w Jim right after ,,Self,MICHAEL DYKES ( ( ), Self,0,,2015-11-13 17:15:30 (UTC),

iMessage,Incoming,2015-11-17 18:32:56 (UTC),Dan- who was the woman at EPA that presented with you in Italy this past summer? Is she someone who has any influence over the process at EPA re gly?,,TY VAUGHN ( ( ),TY VAUGHN ( ( ), Self,0,2015-11-17 19:18:19 (UTC),,

iMessage,Outgoing,2015-11-17 19:19:51 (UTC),Mary Manibusan. She's ex EPA and no she cannot influence the process. Mary is a toxicology consultant that works for exponent. ,,Self,TY VAUGHN ( ( ), Self,0,2015-11-17 19:23:38 (UTC),2015-11-17 19:19:53 (UTC),

iMessage,Outgoing,2015-11-17 19:25:15 (UTC),According to bradbury, What we need to do is get some key Democrats on the hill to start calling jim. This helps in several ways: focuses on gly and gets him to move; shoots across his bow generally that he's being watched which is needed on several fronts and finally sets the stage for possible hearings. I laid this all out yesterday w Michael before our call and he agreed ,,Self,TY VAUGHN ( ( ), Self,0,2015-11-17 19:25:15 (UTC),2015-11-17 19:25:16 (UTC),

iMessage,Incoming,2015-11-25 22:13:03 (UTC),I want to talk to you about dicamba and mai. You around Friday? ,,Jack Housenger ( ( ),Jack Housenger ( ( Self,0,2015-11-25 23:15:12 (UTC),,

SMS,Incoming,2015-11-25 22:15:23 (UTC),FRM:Notification,,,,,,

SMS,Incoming,2015-11-25 22:35:59 (UTC), ,,Julie Jenkins ( ( ),Julie Jenkins ( ( ), Self,0,2015-11-25 23:15:38 (UTC),,

iMessage,Outgoing,2015-11-25 23:15:27 (UTC),Yes- what time?,,Self,Jack Housenger (

Confidential - Produced Subject to Protective Order

), Self,0,,2015-11-25 23:15:30 (UTC),
iMessage,Outgoing,2015-11-25 23:27:43 (UTC),Can we add glyphosate for the trifecta?,,Self,Jack Housenger ( ( ), Self,0,,2015-11-25 23:27:53 (UTC),
iMessage,Incoming,2015-11-26 00:05:10 (UTC),Yes. How bout 10? I'll be driving south. ,,Jack Housenger ( ( ),Jack Housenger ( ( ), Self,0,2015-11-26 00:18:24 (UTC),,
iMessage,Incoming,2015-11-27 16:36:34 (UTC),Thanks for the update. DAS patent claiming dicamba synergy with GLY or 2,4-d? ,,SUSAN MARTINO-CATT ( ),SUSAN MARTINO-CATT ( ), Self,0,2015-11-27 16:36:41 (UTC),2015-11-27 16:36:41 (UTC),
iMessage,Outgoing,2015-11-27 16:36:46 (UTC),Gly,,Self,SUSAN MARTINO-CATT ( ( ), Self,0,,2015-11-27 16:36:47 (UTC),
iMessage,Incoming,2015-11-27 16:40:26 (UTC),Yes, but with dicamba or 2,4-d?,,SUSAN MARTINO-CATT ( ( ),SUSAN MARTINO-CATT ( ( ), Self,0,,,
iMessage,Outgoing,2015-11-27 16:41:21 (UTC),Dicamba+gly is synergistic ,,Self,SUSAN MARTINO-CATT ( ( ), Self,0,,2015-11-27 16:41:21 (UTC),
iMessage,Outgoing,2015-11-27 16:41:32 (UTC),According to Dow patent,,Self,SUSAN MARTINO-CATT ( ( ), Self,0,,2015-11-27 16:41:33 (UTC),
iMessage,Incoming,2015-11-28 00:11:37 (UTC),Dan- do I understand this right...dad had a patent for gly and dicamba. Not gly and 24d? I'm trying to catch up but have been traveling. I thought last week it was a gly and 24d patent and was an issue for enlist. You note from jack said gly and dicamba  And just want to make sure I have this straight. Hope your break was still good despite the EPA!,,TY VAUGHN ( ( ),TY VAUGHN ( ( ), Self,0,2015-11-28 00:12:05 (UTC),2015-11-28 00:12:05 (UTC),
iMessage,Outgoing,2015-11-28 00:14:09 (UTC),My break has been great and I hope yours has been too. Yes Jack said DAS has a patent that mentions synergy for Dicamba + gly. I asked him twice. Maybe he confused things, not sure.,,Self,TY VAUGHN ( ( ), Self,0,2015-11-28 00:32:58 (UTC),2015-11-28 00:14:10 (UTC),
iMessage,Incoming,2015-11-28 00:34:13 (UTC),Well I'm happy you haven't been tied up too much with jack ! This is odd. Bc das withdrew the 24d gly patent. ,,TY VAUGHN ( ( ),TY VAUGHN ( ( ) Self,0,2015-11-28 00:56:46 (UTC),,
iMessage,Outgoing,2015-11-28 00:58:33 (UTC),Yes we discussed that as well but w/drawal is too little too late.,,Self,TY VAUGHN ( ( ), Self,0,2015-11-28 01:10:08 (UTC),2015-11-28 00:58:35 (UTC),
iMessage,Incoming,2015-12-02 19:11:01 (UTC),We need to share with EPA political and career staff they need to get glyphosate PRA out now they are losing credibility,,PHILIP MILLER ( ( ),MICHAEL DYKES ( ( ), PHILIP MILLER ( ( ), TY VAUGHN ( , JEREMY STUMP ), Self,0,2015-12-02 19:59:50 (UTC),,
iMessage,Incoming,2015-12-02 19:11:41 (UTC),Cbs news asked Hugh today if glyphosate causes cancer  Let them know they are failing their duty to the public ,,PHILIP MILLER ( ( ),MICHAEL DYKES ( ( ), PHILIP MILLER ( ( ), TY VAUGHN ( ( ), JEREMY STUMP ( ( ), Self,0,2015-12-02 19:59:50 (UTC),,
iMessage,Outgoing,2015-12-02 20:01:37 (UTC),Speaking to Jack in about an hour. We are in a meeting now working on drafting a response. Speaking to scientist tomorrow morning ,,Self,MICHAEL DYKES ( PHILIP MILLER ( ( ), TY VAUGHN ( ( ), JEREMY STUMP ), Unknown, Self,0,,,
iMessage,Incoming,2015-12-03 20:03:48 (UTC),It's Melissa Duncan. Do we know for a fact that Portier has been into EPA on glyphosate?, , Self,0,2015-12-03 21:01:37 (UTC),,
iMessage,Incoming,2015-12-18 22:22:57 (UTC),Spoke to Jeff as he called me and max said EPA told him a non target plant study would be needed to show no synergy.,,TINA BHAKTA ( ( ),SUSAN MARTINO-CATT ( ( ), TINA BHAKTA ( ), TY VAUGHN ( ), Self,0,2015-12-18 23:38:01 (UTC),2015-12-18 23:38:01 (UTC),
iMessage,Incoming,2015-12-18 22:23:06 (UTC),Between Dicamba and glyphosate,,TINA BHAKTA ( ),SUSAN MARTINO-CATT ( ( ), TINA BHAKTA ( ), TY VAUGHN ( ), Self,0,2015-12-18 23:38:01 (UTC),2015-12-18 23:38:01 (UTC),
iMessage,Incoming,2015-12-18 22:25:50 (UTC),Ugh....had thought this is where they would go! Probably part if the data DAS has to take it off the table for enlist. Will work this with the team after break to see

what we can do quickly. ,,SUSAN MARTINO-CATT ( (           ),SUSAN MARTINO-CATT ( (           ), TINA BHAKTA ( (           ), TY VAUGHN ( (           ), Self,0,2015-12-18 23:38:01 (UTC),2015-12-18 23:38:01 (UTC),

iMessage,Outgoing,2016-01-04 20:01:10 (UTC),You available tomorrow afternoon?,,Self,Phil Perry (           ), Self,0,,2016-01-04 20:01:14 (UTC),

iMessage,Outgoing,2016-01-04 20:02:39 (UTC),Want to provide glyphosate download after mtg w jim jones tomorrow. ,,Self,Phil Perry ( (           ), Self,0,,2016-01-04 20:02:40 (UTC),

iMessage,Outgoing,2016-01-13 14:33:53 (UTC),Had to get off grast early to run to a meeting. Excellent detailed rebuttal to portier and iarc this morning by efsa. Really takes iarc apart as well as portiers letter.,,Self,TY VAUGHN ( (           ), Self,0,2016-01-13 14:35:07 (UTC),2016-01-13 14:33:56 (UTC),

iMessage,Outgoing,2016-01-27 14:21:18 (UTC),Ok, good chance our all day gly mtg will end early ,,Self,TRACEY REYNOLDS ( (           ), Self,0,,2016-01-27 14:21:18 (UTC),

iMessage,Incoming,2016-02-23 14:31:41 (UTC),Today show just said fda is gonna start testing to see if roundup is found in food,,Julie Jenkins (           ,Julie Jenkins (           ), Self,0,2016-02-23 14:32:35 (UTC),,

iMessage,Incoming,2016-02-26 16:20:05 (UTC),Hi Dan. Are you available for a few minutes to talk to Jen and the glyphosate strategy team please,,AMELIA JACKSON - GHEISSARI (           ),AMELIA JACKSON - GHEISSARI ( (           ), Self,0,2016-02-26 19:31:50 (UTC),,

iMessage,Outgoing,2016-03-10 19:34:43 (UTC),http://www.bloomberg.com/news/articles/2016-03-10/monsanto-s-roundup-could-get-whacked-by-european-regulators?cmpid=yhoo.headline,,Self,Julie Jenkins ( (           Self,0,,2016-03-10 19:34:46 (UTC),

iMessage,Incoming,2016-03-10 19:41:29 (UTC),Your name was in Bloomberg! ,,Julie Jenkins (           ),Julie Jenkins (           ), Self,0,2016-03-10 19:46:17 (UTC),,

iMessage,Outgoing,2016-03-10 19:46:37 (UTC),Yeah, but don't love it,,Self,Julie Jenkins ( (           ), Self,0,,2016-03-10 19:46:39 (UTC),

iMessage,Incoming,2016-03-10 19:47:14 (UTC),It wasn't too negative,,Julie Jenkins (           ),Julie Jenkins (           ), Self,0,2016-03-10 21:55:32 (UTC),,

iMessage,Outgoing,,sorry i missed our 1x1 today",,Self,JENNIFER LISTELLO (           ), Self,0,,2015-06-08 21:47:35 (UTC),