**To:** Jones, Jim[Jones.Jim@epa.gov]
**From:** Sterling, Sherry
**Sent:** Wed 5/20/2015 10:35:32 AM
**Subject:** RE: HHS

Jim – he is Dr. Patrick Breysse.  I have a general phone number, but it seems that everything there is closed until 8:00.  I will keep trying….


**From:** Jones, Jim
**Sent:** Tuesday, May 19, 2015 5:50 PM
**To:** Sterling, Sherry
**Subject:** Fwd: HHS


Sherry. Can you get me the contact info for the head of NCEH at CDC. I believe that person is responsible for atsdr. Thx

Sent from my iPhone

Begin forwarded message:

> **From:** "Housenger, Jack" <Housenger.Jack@epa.gov>
> **Date:** May 19, 2015 at 4:50:11 PM EDT
> **To:** "Jones, Jim" <Jones.Jim@epa.gov>
> **Subject: RE: HHS**
>
> Yes
>
> Jess checked with them
>
> They are
>
> It is on the agenda for the general
>
> It has been difficult to get information
>
>
> **From:** Jones, Jim
> **Sent:** Tuesday, May 19, 2015 4:33 PM
> **To:** Housenger, Jack
> **Subject:** Fwd: HHS

Monsanto thinks atsdr is doing a glyphosate
Assessment. Could you guys run that down?
Sent from my iPhone

Begin forwarded message:

> **From:** "DYKES, MICHAEL D [AG/1920]" <michael.d.dykes@monsanto.com>
> **Date:** May 19, 2015 at 3:28:05 PM EDT
> **To:** Jim Jones <jones.jim@epa.gov>
> **Subject: HHS**
>
> Jim
> We discussed briefly at the Ag Committee hearing the glyphosate review by the HHS
> Agency that was reviewing glyphosate and you were not aware of their review. Did
> you learn anything more about their efforts?
>
> Thank you
> Michael
>
> Sent from my iPhone
> This e-mail message may contain privileged and/or confidential information, and is intended to be received only by persons entitled
> to receive such information. If you have received this e-mail in error, please notify the sender immediately. Please delete it and
> all attachments from any servers, hard drives or any other media. Other use of this e-mail by you is strictly prohibited.
>
> All e-mails and attachments sent and received are subject to monitoring, reading and archival by Monsanto, including its
> subsidiaries. The recipient of this e-mail is solely responsible for checking for the presence of "Viruses" or other "Malware".
> Monsanto, along with its subsidiaries, accepts no liability for any damage caused by any such code transmitted by or accompanying
> this e-mail or any attachment.
>
>
> The information contained in this email may be subject to the export control laws and regulations of the United States, potentially
> including but not limited to the Export Administration Regulations (EAR) and sanctions regulations issued by the U.S. Department of
> Treasury, Office of Foreign Asset Controls (OFAC). As a recipient of this information you are obligated to comply with all
> applicable U.S. export laws and regulations.