# Vinson&Elkins

Andrew R. Stewart astewart@velaw.com
Tel +1 202 639 6720  Fax: 202 639 6604

April 17, 2017

**By Electronic Mail and FedEx**

Mr. Timothy Litzenburg, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

      Re:    Response to Plaintiffs' Request for Production of Documents: *In Re: Roundup Products Liability Litigation*, Case No. 3:16-md-02741-VC

Dear Timothy:

    Enclosed please find Mr. Rowland's response to the request for production of documents in the above-referenced matter set forth in "Attachment A to Subpoena for Jesudoss Rowland," modified as reflected in your email of March 21, 2017 to me and other counsel. The enclosures constitute the documents in Mr. Rowland's possession that are responsive to the foregoing request for production of documents.

    If you have any questions, please do not hesitate to contact me.

Sincerely,

Andrew R. Stewart

Enclosures

cc:    William Lawler, Esq., Vinson & Elkins LLP
        Jon Jacobs, Esq., Jacobs Law Firm PLLC
        Raven Norris, Esq., Assistant U.S. Attorney, Department of Justice
        William Cople, Esq., Hollingsworth LLC

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Beijing  Dallas  Dubai  Hong Kong  Houston  London  Moscow  New York
Palo Alto  Richmond  Riyadh  San Francisco  Taipei  Tokyo  Washington

2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037-1701
Tel +1 202 639 6500  Fax +1 202 639 6604  www.velaw.com

Jim Jones     5/17/16

Jess,

"I've heard through the grapevine that you are retiring. I'm sorry I will miss your party as I am on travel. Thank you so much for your service to the country and EPA. Your work has been vital in our efforts to ensure pesticide safety in the U.S. All the best — Jim Jones



**THE ADMINISTRATOR OF THE ENVIRONMENTAL PROTECTION AGENCY**

WASHINGTON D.C. 20460

May 28, 2016

Mr. Jesudoss C. Rowland
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

Dear Mr. Rowland:

I am delighted to convey my warmest congratulations on your retirement from the U.S. Environmental Protection Agency after 26 years of distinguished service to the American people.

During your EPA career you were an integral part of a vibrant, skilled, talented and creative work force. Striving every day to fulfill the agency's mission to protect public health and the quality of our environment, you made important, lasting contributions that will enable millions of citizens and future generations to lead healthier, safer and more productive lives.

Please know that you have our deepest gratitude for your hard work and your exceptional commitment to the EPA.

I have enclosed a special service citation so that you may proudly recall your many accomplishments and fondly remember the camaraderie of wonderful colleagues who join me now in wishing only the best for you.

It is my hope that you will enjoy good health and happiness for many years to come.

Sincerely,

Gina McCarthy

Enclosure

This paper is printed with vegetable-oil-based inks and is 100-percent postconsumer recycled material chlorine-free-processed and recyclable

From:
Dr. Tina Levine
Director,
Health Effects Divison
2005-2011

I am very grateful to Brenda May for letting me know about Jess's retirement party and for giving me an opportunity to send remarks. It's possible that many people at the party will have no idea who I am, so I will just say that I was Director of HED from about 2005 to my retirement in 2011. Of course, I knew Jess before that because he chaired the HIARC and I was a member for quite a while before I rejoined HED.

They say that Division Directors are the equivalent of Generals in the military in terms of government rank. Well, Jess has always been the soldier you want in your command – hard working, loyal, versatile, willing to do whatever it takes to ensure the success of your operation. I can't imagine how HED or OPP could have met the various deadlines imposed without him. I hope those deadlines are now behind you because otherwise it's going to be tough.

When FQPA imposed rigorous reassessment of tolerances and a process was developed to meet those goals, whom did they put in charge of the critical committee? Jess.

And the deadlines were met.

When the endocrine disruptor program heated up and another crazy set of deadlines for reassessment was imposed, who stepped up to the plate and did took the yeoman's share of the work – Jess.

I was no longer around, but I assume that, again, the deadlines were met.

As I worked through numerous adjustments to the way the division was organized and operated to try to improve efficiencies as resources shrank, I often turned to Jess to change his role or help out in some other way. He was always willing to do whatever it took to help the Division meet its obligations. And he made sure to take care of his people in the process

And he did all of this with humor. I sometimes cringed at the nicknames he came up with for people and worried that it might get him in trouble. But it was clear he did it out of love, and I think we all knew that and laughed with him. I, for one, loved his nickname for me. "Mama Tina."

I know that Jess and his wife are also very involved in the care of their grandchildren. I assume that they will continue to do that. I am happy that Jess is getting the opportunity to spend more of his time doing that instead of rushing to meet deadlines. Grandchildren are the best part of being a parent. I wish you all the best!

# United States Environmental Protection Agency

## SERVICE CITATION

PRESENTED TO

### Jesudoss C. Rowland

IN RECOGNITION OF 26 YEARS
OF DEDICATED SERVICE TO THE
CITIZENS OF THIS GREAT NATION,
THIS, THE 28TH DAY OF MAY, 2016, IN
WASHINGTON, D.C.

*Gina McCarthy, Administrator*