| | |
|---|---|
| 1 | **ANDRUS WAGSTAFF, PC** |
| 2 | Aimee H. Wagstaff (SBN 278480)<br>7171 W. Alaska Drive |
| 3 | Lakewood, CO 80226<br>Tel: (303) 376-6360 |
| 4 | Fax: (303) 376-6361<br>aimee.wagstaff@andruswagstaff.com |
| 5 | *Co-Lead Counsel for Plaintiffs* |
| 6 | **HOLLINGSWORTH LLP** |
| 7 | Joe G. Hollingsworth (*pro hac vice*)<br>Eric G. Lasker (*pro hac vice*) |
| 8 | Gary I. Rubin (*pro hac vice*)<br>1350 I Street, N.W. |
| 9 | Washington, DC  20005<br>Tel:     202-898-5800 |
| 10 | Fax:    202-682-1639<br>Email: jhollingsworth@hollingsworthllp.com |
| 11 | elasker@hollingsworthllp.com<br>grubin@hollingsworthllp.com |
| 12 | *Attorneys for Defendant* |
| 13 | *MONSANTO COMPANY* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | |

**<u>STIPULATED REQUEST FOR ORDER CHANGING TIME & [PROPOSED] ORDER</u>**

1  Pursuant to Local Rule 6-2 of the Local Rules for the Northern District of California,
2  Plaintiffs and Defendant, Monsanto Company ("Monsanto"), by and through their respective
3  counsel of record, jointly request the Court for a one-day extension of time to submit their
4  proposed Amended Protective and Confidentiality Order.  On August 24, 2017, the Court
5  ordered from the bench that the parties submit a proposed Amended Protective and
6  Confidentiality Order to the Court.  The Court ordered the parties to submit the proposed Order
7  by Wednesday, August 30, 2017.  As stated in the stipulation of the parties initially submitted to
8  the Court via email by Ms. Wagstaff on agreement of the parties:  "The parties have exchanged
9  drafts of the revised language, met and conferred, and are working to streamline or eliminate the
10 disputes on the revised language.  To that end, we request an additional day to file the proposed
11 revised Protective Order. We will detail any remaining disputes in a joint discovery letter
12 filed tomorrow as necessary."  This requested extension of time does not impact any other dates
13 in the Court's current schedule.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED** that:

The deadline for the parties to file the proposed Amended Protective and Confidentiality Order is extended to August 31, 2017.

Date: _____    _____
                                HONORABLE VINCE CHHABRIA
                                United States District Judge

DATED: August 30, 2017          Respectfully submitted,

                                /s/ Aimee Wagstaff
                                Aimee Wagstaff
                                aimee.wagstaff@andruswagstaff.com
                                Andrus Wagstaff, P.C.
                                7171 West Alaska Drive
                                Lakewood CO 80226
                                Ph 303-376-6360
                                F 303-376-6361


                                Co-Lead Counsel for Plaintiffs

DATED: August 30, 2017          Respectfully submitted,

                                /s/Gary I. Rubin
                                Joe G. Hollingsworth (*pro hac vice*)
                                (jhollingsworth@hollingsworthllp.com)
                                Eric G. Lasker (*pro hac vice*)
                                (elasker@hollingsworthllp.com)
                                Gary I. Rubin (*pro hac vice*)
                                (grubin@hollingsworthllp.com)
                                HOLLINGSWORTH LLP
                                1350 I Street, N.W.
                                Washington, DC  20005
                                Telephone:  (202) 898-5800
                                Facsimile:  (202) 682-1639

                                Attorneys for Defendant
                                MONSANTO COMPANY