1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   Gary I. Rubin (*pro hac vice*)
3  1350 I Street, N.W.
   Washington, DC  20005
4  Tel:     202-898-5800
   Fax:    202-682-1639
5  Email: jhollingsworth@hollingsworthllp.com
              elasker@hollingsworthllp.com
6              grubin@hollingsworthllp.com

7  *Attorneys for Defendant*
   *MONSANTO COMPANY*
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: ALL ACTIONS | Case No. 3:16-md-02741-VC |

### DECLARATION OF GARY I. RUBIN IN SUPPORT OF JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME

I, Gary I. Rubin, hereby declare as follows:

1. I am an attorney at law and am a member of the law firm of Hollingsworth LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of the parties' Stipulated Request for Order Changing Time. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters. I submit this Declaration in compliance with Local Civil Rule 6-2(a).

2. The parties jointly request a one-day extension of time to file their proposed Amended Protective and Confidentiality Order ("Order").

3. On August 24, 2017, the Court ordered from the bench that the parties submit a proposed Amended Protective and Confidentiality Order to the Court. The Court ordered the parties to submit the proposed Order by Wednesday, August 30, 2017. As stated in the stipulation of the parties initially submitted to the Court via email by Ms. Wagstaff on agreement

of the parties: "The parties have exchanged drafts of the revised language, met and conferred, and are working to streamline or eliminate the disputes on the revised language. To that end, we request an additional day to file the proposed revised Protective Order. We will detail any remaining disputes in a joint discovery letter filed tomorrow as necessary." Decl. Ex. 1.

    4.    This requested extension of time does not impact any other dates in the Court's current schedule. Previous time modifications in this litigation can be found at ECF Nos. 99, 297.

DATED: August 30, 2017                    Respectfully submitted,

                                                    /s/ Gary I. Rubin
                                                    Gary I. Rubin (*pro hac vice*)
                                                    (grubin@hollingsworthllp.com)
                                                    HOLLINGSWORTH LLP
                                                    1350 I Street, N.W.
                                                    Washington, DC  20005
                                                    Telephone:  (202) 898-5800
                                                    Facsimile:  (202) 682-1639

                                                    Attorney for Defendant
                                                    MONSANTO COMPANY