# Exhibit 1

| | |
|---|---|
| **From:** | Aimee H. Wagstaff <aimee.wagstaff@andruswagstaff.com> |
| **Sent:** | Wednesday, August 30, 2017 6:24 PM |
| **To:** | VCCRD@cand.uscourts.gov |
| **Cc:** | Rubin, Gary I.; Sullivan, James; Johnston, Robert E.; Robin Greenwald; Michael Miller; Kellie Johnson |
| **Subject:** | MDL 2741 - Revised Protective Order |

Dear Judge Chhabria,


In the August 24, 2017 Minute Order [ECF. 468], the Court ordered the Parties to file a revised Protective Order by today, August 30, 2017.  The Parties have exchanged drafts of the revised language, met and conferred, and are working to streamline or eliminate the disputes on the revised language.  To that end, we request an additional day to file the proposed revised Protective Order. We will detail any remaining disputes in a joint discovery letter filed tomorrow as necessary.


Thank you in advance for consideration of this extension,


Aimee



--
--
_____
**Aimee H. Wagstaff, Esq. | Attorney at Law | *Andrus Wagstaff, PC***
***Licensed and Practicing in Colorado & California***
7171 West Alaska Drive| Lakewood, Colorado 80226
Direct - (720) 208-9414| aimee.wagstaff@AndrusWagstaff.com
www.AndrusWagstaff.com

This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.