1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br>MDL No. 2741 |
|---|---|
| | **[PROPOSED] ORDER GRANTING IN PART PLAINTIFFS' MOTION TO FILE UNDER SEAL** |
| This document relates to:<br><br>ALL ACTIONS | Date:  October 5, 2017<br>Time:  10:00 a.m. (Pacific)<br>Courtroom:  4, 17th Floor<br>Judge:  Honorable Vince Chhabria |

[PROPOSED] ORDER GRANTING IN PART PLAINTIFFS' MOTION TO FILE UNDER SEAL; Case No. 16-md-2741-VC

Plaintiffs, pursuant to Civil Local Rules 7-11 and 79-5, filed an Administrative Motion to File Under Seal portions of its Opposition to Non-Party Jesudoss Rowland's Motion for Attorney Fees, ECF No. 479-4 ("Plaintiffs' Opposition") and 2) an excerpt from Jesudoss Rowland's Deposition Transcript, taken on April 24, 2017, ECF No. 479-6 ("Rowland Transcript Excerpt").

| Document | Designating Party | Redactions Sought (page:line) [1] | Rationale |
|---|---|---|---|
| Plaintiffs' Opposition, ECF No. 479-4 | Monsanto - Confidential | 3:11–14, 16, 18–21, 26–28; 4:1–3, 5, 25–28; 5:4, 7, 12–16; 11:27; 12:1–2, 4–6 | These pages include descriptions, statements, and quotations about Mr. Rowland's personal and professional life after he left the EPA, including the names of the companies he worked for and descriptions of the companies and work he performed. |
| Exhibit C, Rowland Transcript Excerpt, ECF No. 479-6 | Monsanto - Confidential | 247:10-11, 13, 15, 25; 248:9, 12–17; 249:8–9, 14–17, 20, 22; 250:3–5, 7–9, 11, 21; 251:3, 5–8, 23–24; 252:18–19, 21; 253:1, 14–15, 17, 23; 268:9, 20; 269:3, 13, 17–19, 21; 270:1, 5–7, 11–12, 17–18 | These pages include testimony about Mr. Rowland's personal and professional life after he left the EPA, including the names of the companies he worked for, descriptions of the companies and work he performed, and his fee structure. |

Non-party Jesudoss Rowland timely filed his responsive declaration required by Civil Local Rule 79-5(e)(1), and has sufficiently explained that all of the designated material is sealable. His request to redact relevant documents was narrowly tailored. Accordingly, Plaintiffs' motion to file under seal is GRANTED IN PART. Plaintiffs must file complying versions of the above-listed documents within 7 days of entry of this order.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

---

[1] Citations are to the final deposition transcript.

1