**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com

*Co-Lead Counsel for Plaintiffs*

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
Gary I. Rubin (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:    202-682-1639
Email: jhollingsworth@hollingsworthllp.com
           elasker@hollingsworthllp.com
           grubin@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | |

**STIPULATED REQUEST FOR ORDER CHANGING TIME & [~~PROPOSED~~] ORDER**

- 2 -

Pursuant to Local Rule 6-2 of the Local Rules for the Northern District of California, Plaintiffs and Defendant, Monsanto Company ("Monsanto"), by and through their respective counsel of record, jointly request the Court for a one-day extension of time to submit their proposed Amended Protective and Confidentiality Order.  On August 24, 2017, the Court ordered from the bench that the parties submit a proposed Amended Protective and Confidentiality Order to the Court.  The Court ordered the parties to submit the proposed Order by Wednesday, August 30, 2017.  As stated in the stipulation of the parties initially submitted to the Court via email by Ms. Wagstaff on agreement of the parties:  "The parties have exchanged drafts of the revised language, met and conferred, and are working to streamline or eliminate the disputes on the revised language.  To that end, we request an additional day to file the proposed revised Protective Order. We will detail any remaining disputes in a joint discovery letter filed tomorrow as necessary."  This requested extension of time does not impact any other dates in the Court's current schedule.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED** that:

The deadline for the parties to file the proposed Amended Protective and Confidentiality Order is extended to August 31, 2017.

Date: August 31, 2017

_____
HONORABLE VINCE CHHABRIA
United States District Judge

DATED: August 30, 2017                    Respectfully submitted,

/s/ Aimee Wagstaff
Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood CO 80226
Ph 303-376-6360
F 303-376-6361

Co-Lead Counsel for Plaintiffs

DATED: August 30, 2017                    Respectfully submitted,

/s/Gary I. Rubin
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Gary I. Rubin (*pro hac vice*)
(grubin@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY