1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:     202-898-5800
4  Facsimile:     202-682-1639
Email: jhollingsworth@hollingsworthllp.com
5          elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Suzanne Simpson et al. v. Monsanto Co. and John Does 1-50,* Case No. 3:17-cv-04847-VC | |

16  **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

17     Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

18  ("Monsanto") makes the following disclosures:

19     1.   Monsanto is not owned by any parent corporation.

20     2.   No publicly traded company owns 10% or more of the stock of Monsanto.

21  DATED:  September 1, 2017          Respectfully submitted,

22                                    /s/ Joe G. Hollingsworth
                                      Joe G. Hollingsworth (*pro hac vice*)
23                                    (jhollingsworth@hollingsworthllp.com)
                                      Eric G. Lasker (*pro hac vice*)
24                                    (elasker@hollingsworthllp.com)
                                      HOLLINGSWORTH LLP
25                                    1350 I Street, N.W.
                                      Washington, DC  20005
26                                    Telephone:    (202) 898-5800
                                      Facsimile:    (202) 682-1639
27
                                      *Attorneys for Defendant*
28                                    *MONSANTO COMPANY*