| | |
|---|---|
| 1 | **HOLLINGSWORTH LLP** |
| 2 | Joe G. Hollingsworth (*pro hac vice*) <br> Eric G. Lasker (*pro hac vice*) |
| 3 | 1350 I Street, N.W. <br> Washington, DC  20005 |
| 4 | Telephone:      202-898-5800 <br> Facsimile:       202-682-1639 |
| 5 | Email: jhollingsworth@hollingsworthllp.com <br>            elasker@hollingsworthllp.com |
| 6 | *Attorneys for Defendant* <br> *MONSANTO COMPANY* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Patricia Honaker et al. v. Monsanto Co. and John Does 1-50,* Case No. 3:17-cv-04842-VC | |

### **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is not owned by any parent corporation.

2. No publicly traded company owns 10% or more of the stock of Monsanto.

DATED:  September 1, 2017                                   Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:     (202) 898-5800
Facsimile:      (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*