UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 16-md-02741-VC |
|---|---|
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 29: ORDER WITHDRAWING ORDER TO SHOW CAUSE** |

In light of Baum Hedlund's notice that it is withdrawing from the Plaintiffs' Executive Committee following completion of the first phase of the litigation, Dkt. No. 474, the order to show cause issued August 9, 2017, Dkt. No. 442, is withdrawn. Baum Hedlund's request to strike various docket entries is denied.

**IT IS SO ORDERED.**

Dated: September 1, 2017

_____

VINCE CHHABRIA
United States District Judge