1  FULMER SILL, PLLC
2  Harrison C. Lujan (*pro hac vice*)
   1101 N. Broadway Avenue, Suite 102
3  Oklahoma City, OK  73103
   Phone/Fax:  (405) 510-0077
4  hlujan@fulmersill.com

5  Attorney for Plaintiffs

6

7

8                              UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10

| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.  2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Clarke et al v. Monsanto Company*, 3:17-cv-04824-VC | **NOTICE OF APPEARANCE OF HARRISON C. LUJAN** |

16  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

17       **PLEASE TAKE NOTICE** that Harrison C. Lujan, of FULMER SILL PLLC, hereby enters

18  his first appearance in the above-captioned matters as counsel for plaintiffs Wanda Clarke, Donald

19  Shepherd, and Esmeralda Hernandez, and respectfully requests that all pleadings, notices, orders,

20  correspondence, and other papers in connection with this action be served upon him at the address

21  above.

22  DATED:  September 5, 2017            Respectfully submitted,

23                                       /s/   Harrison C. Lujan
                                         FULMER SILL, PLLC
24                                       Harrison C. Lujan (*pro hac vice*)
                                         hlujan@fulmersill.com
25                                       1101 N. Broadway Avenue, Suite 102
                                         Oklahoma City, OK  73103
26                                       Phone/Fax:  (405) 510-0077

27                                       Attorney for Plaintiffs

28

                                         1

## CERTIFICATE OF SERVICE

    I, Harrison C. Lujan, hereby certify that, on September 5, 2017, I electronically filed NOTICE OF APPEARANCE BY HARRISON C. LUJAN, with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: September 5, 2017          /s/ *Harrison C. Lujan*
                                                   Harrison C. Lujan