FULMER SILL, PLLC
Jacob L. Rowe (*pro hac vice*)
1101 N. Broadway Avenue, Suite 102
Oklahoma City, OK 73103
Phone/Fax: (405) 510-0077
jrowe@fulmersill.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>*Clarke et al v. Monsanto Company*, 3:17-cv-04824-VC | **NOTICE OF APPEARANCE OF JACOB L. ROWE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Jacob L. Rowe, of FULMER SILL PLLC, hereby enters his first appearance in the above-captioned matters as counsel for plaintiffs Wanda Clarke, Donald Shepherd, and Esmeralda Hernandez, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the address above.

DATED: September 5, 2017            Respectfully submitted,

/s/   Jacob L. Rowe
FULMER SILL, PLLC
Jacob L. Rowe (*pro hac vice*)
jrowe@fulmersill.com
1101 N. Broadway Avenue, Suite 102
Oklahoma City, OK 73103
Phone/Fax: (405) 510-0077

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Jacob L. Rowe, hereby certify that, on September 5, 2017, I electronically filed NOTICE OF APPEARANCE BY JACOB L. ROWE, with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: September 5, 2017                /s/ *Jacob L. Rowe*
                                        Jacob L. Rowe