FULMER SILL, PLLC
Andrea R. Rust (*pro hac vice*)
1101 N. Broadway Avenue, Suite 102
Oklahoma City, OK  73103
Phone/Fax:  (405) 510-0077
arust@fulmersill.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.  2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Clarke et al v. Monsanto Company*, 3:17-cv-04824-VC | **NOTICE OF APPEARANCE OF ANDREA R. RUST** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

    **PLEASE TAKE NOTICE** that Andrea R. Rust, of FULMER SILL PLLC, hereby enters her first appearance in the above-captioned matters as counsel for plaintiffs Wanda Clarke, Donald Shepherd, and Esmeralda Hernandez, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the address above.

DATED:  September 5, 2017            Respectfully submitted,

                                                   /s/  Andrea R. Rust
                                                 FULMER SILL, PLLC
                                                 Andrea R. Rust (*pro hac vice*)
                                                 arust@fulmersill.com
                                                 1101 N. Broadway Avenue, Suite 102
                                                 Oklahoma City, OK  73103
                                                 Phone/Fax:  (405) 510-0077

                                                 Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    I, Andrea R. Rust, hereby certify that, on September 5, 2017, I electronically filed NOTICE OF APPEARANCE BY ANDREA R. RUST, with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: September 5, 2017         */s/ Andrea R. Rust*
                                              Andrea R. Rust