| | |
|---|---|
| 1 | Simone Fulmer (*pro hac vice*) |
| 2 | Harrison C. Lujan (*pro hac vice*) |
| | Jacob L. Rowe (*pro hac vice*) |
| 3 | Andrea R. Rust (*pro hac vice*) |
| | FULMER SILL PLLC |
| 4 | 1101 N. Broadway Ave., Suite 102 |
| | Oklahoma City, OK  73103 |
| 5 | Phone/Fax: (405) 510-0077 |
| | sfulmer@fulmersill.com |
| 6 | hlujan@fulmersill.com |
| | jrowe@fulmersill.com |
| 7 | arust@fulmersill.com |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.  2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Clarke et al v. Monsanto Company*,<br>3:17-cv-04824-VC | **NOTICE OF CHANGE OF ADDRESS AND CHANGE OF FIRM NAME** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please note our change of firm name, address, and emails in the above-styled case as noted below:

**Old Firm Name, Address, and Emails:**

FULMER GROUP PLLC
Simone Fulmer (*pro hac vice*)
sfulmer@fulmergrouplaw.com
Harrison C. Lujan (*pro hac vice*)
hlujan@fulmergrouplaw.com
Jacob L. Rowe (*pro hac vice*)
jrowe@fulmergrouplaw.com
Andrea R. Rust (*pro hac vice*)
andrea.rust@me.com
P.O. Box 2448

|   |   |
|---|---|
| 1 | 1101 N. Broadway Ave., Suite 102 |
| 2 | Oklahoma City, OK  73103<br>Phone/Fax: (405) 510-0077 |
| 3 |   |
| 4 | **<u>New Firm Name, Address, and Emails:</u>** |
| 5 | Simone Fulmer (*pro hac vice*)<br>sfulmer@fulmersill.com |
| 6 | Harrison C. Lujan (*pro hac vice*)<br>hlujan@fulmersill.com |
| 7 | Jacob L. Rowe (*pro hac vice*)<br>jrowe@fulmersill.com |
| 8 | Andrea R. Rust (*pro hac vice*)<br>arust@fulmersill.com |
| 9 | FULMER SILL PLLC<br>1101 N. Broadway Ave., Suite 102 |
| 10 | Oklahoma City, OK  73103<br>Phone/Fax: (405) 510-0077 |

Dated:    September 5, 2017            Respectfully submitted,

/s/ *Simone Fulmer*
   Simone Fulmer (*pro hac vice*)
   Harrison C. Lujan (*pro hac vice*)
   Jacob L. Rowe (*pro hac vice*)
   Andrea R. Rust (*pro hac vice*)
   FULMER SILL PLLC
   1101 N. Broadway Ave., Suite 102
   Oklahoma City, OK  73103
   Phone/Fax: (405) 510-0077
   sfulmer@fulmersill.com
   hlujan@fulmersill.com
   jrowe@fulmersill.com
   arust@fulmersill.com

***Attorneys for Plaintiffs Wanda Clarke, Donald Shepherd, Esmeralda Hernandez***

## CERTIFICATE OF SERVICE

I, Simone Fulmer, hereby certify that, on September 5, 2017, I electronically filed NOTICE OF CHANGE OF ADDRESS AND CHANGE OF FIRM NAME, with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED:  September 5, 2017            /s/   *Simone Fulmer*
                                                             Simone Fulmer