Matthew J. Sill (*pro hac vice*)
Katie Griffin (*pro hac vice*)
Tara Tabatabaie (*pro hac vice*)
FULMER SILL, PLLC
1101 N. Broadway Avenue, Suite 102
Oklahoma City, OK  73103
Phone/Fax: (405) 510-0077
msill@fulmersill.com
kgriffin@fulmersill.com
ttabatabaie@fulmersill.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.  2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Clarke et al v. Monsanto Company*,<br>3:17-cv-04824-VC | **NOTICE OF CHANGE OF ADDRESS AND CHANGE OF FIRM NAME** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please note our change of firm name, address, and emails in the above-styled case as noted below:

**Old Firm Name, Address, and Emails:**

Matthew J. Sill (*pro hac vice*)
matt@sill-law.com
Katie Griffin (*pro hac vice*)
katie@sill-law.com
Tara Tabatabaie (*pro hac vice*)
tara@sill-law.com
Sill Law Group PLLC
14005 N. Eastern Avenue
Edmond, OK  73013
Tel:  (405) 509-6300; Fax:  (405) 509-6268

**New Firm Name, Address, and Emails:**

FULMER SILL PLLC
Matthew J. Sill (*pro hac vice*)
msill@fulmersill.com
Katie Griffin (*pro hac vice*)
kgriffin@fulmersill.com
Tara Tabatabaie (*pro hac vice*)
ttabatabaie@fulmersill.com
1101 N. Broadway, Suite 102
Oklahoma City, OK  73103
Phone/Fax: (405) 510-0077

Dated:   September 6, 2017              Respectfully submitted,

/s/ *Matthew J. Sill*
Matthew J. Sill (*pro hac vice*)
Katie Griffin (*pro hac vice*)
Tara Tabatabaie (*pro hac vice*)
FULMER SILL, PLLC
1101 N. Broadway, Suite 102
Oklahoma City, OK  73103
Phone/Fax: (405) 510-0077
msill@fulmersill.com
kgriffin@fulmersill.com
ttabatabaie@fulmersill.com

***Attorneys for Plaintiffs Wanda Clarke, Donald Shepherd, Esmeralda Hernandez***

**CERTIFICATE OF SERVICE**

    I, Matthew J. Sill, hereby certify that, on September 6, 2017, I electronically filed NOTICE OF CHANGE OF ADDRESS AND CHANGE OF FIRM NAME, with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED:  September 6, 2017           /s/   Matthew J. Sill
                                              MATTHEW J. SILL