Yvonne M. Flaherty
Rosa S. Trembour
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
ymflaherty@locklaw.com
rstrembour@locklaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | Case No. 16-md-02741-VC<br><br>**NOTICE OF APPEARANCE** |

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

   PLEASE TAKE NOTICE that Rosa S. Trembour of the firm Lockridge Grindal Nauen P.L.L.P. hereby enters her appearance on behalf of plaintiffs in the above-captioned matter and requests that she be added to the electronic service list.

//

//

//

1

NOTICE OF APPEARANCE                                             16-MD-02741-VC

| | |
|---|---|
| Dated: September 7, 2017 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| | By:   */s/ Rosa S. Trembour*<br>Yvonne M. Flaherty<br>Rosa S. Trembour<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Ave. S., Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile:  (612) 339-0981<br>ymflaherty@locklaw.com<br>rstrembour@locklaw.com<br><br>*Attorneys for Plaintiff* |