1 **HOLLINGSWORTH LLP**
Ranjit S. Dhindsa (*pro hac vice*)
2 1350 I Street, N.W.
Washington, DC  20005
3 Tel:     202-898-5800
Fax:    202-682-1639
4 Email: rdhindsa@hollingsworthllp.com

5 *Attorney for Defendant*
*MONSANTO COMPANY*
6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: ALL ACTIONS | Case No. 3:16-md-02741-VC |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Ranjit S. Dhindsa, of HOLLINGSWORTH LLP, hereby enters his first appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

| | | |
|---|---|---|
| 1 | DATED: September 14, 2017 | Respectfully submitted, |
| 2 | | /s/ Ranjit S. Dhindsa |
| 3 | | Ranjit S. Dhindsa (*pro hac vice*) |
| | | (rdhindsa@hollingsworthllp.com) |
| 4 | | HOLLINGSWORTH LLP |
| | | 1350 I Street, N.W. |
| 5 | | Washington, DC  20005 |
| | | Telephone:  (202) 898-5800 |
| 6 | | Facsimile:  (202) 682-1639 |
| 7 | | Attorney for Defendant |
| 8 | | MONSANTO COMPANY |