UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 16-md-02741-VC |
|---|---|
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 31: NOTICE TO STATE COURT JUDGES** |

This is to notify all judges presiding over parallel litigation in state courts throughout the country that they are invited to participate in the *Daubert* hearings scheduled for the week of December 11, 2017. Any interested judge should contact Judge Chhabria to discuss the logistics of participation through his Courtroom Deputy, Kristen Melen, at vccrd@cand.uscourts.gov or (415) 522-4173.

The parties are ordered to provide a copy of this order to each state court judge who is currently assigned to a Participating Case as defined in Pretrial Order No. 12, Dkt. No. 161, or who gets assigned to a Participating Case between now and December 11, 2017. If a matter in a particular court has not been assigned to an individual judge, the parties must provide a copy of this order to the presiding judge of that court. The parties must file proof of service in this Court by October 9, 2017, describing their efforts to transmit copies of this order to the state court judges.

**IT IS SO ORDERED.**

Dated: September 20, 2017

VINCE CHHABRIA
United States District Judge