Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN DOTY, | MDL No. 2741 |
| Plaintiff, | Case No.  TXN/3:17-cv-01881 |
| v. | **NOTICE OF SUBTITUTION OF COUNSEL** |
| MONSANTO COMPANY, | |
| Defendant. | |

TO:   CLERK OF THE ABOVE-ENTTLED COURT and ALL PARTIES AND COUNSEL OF RECORD:

The undersigned hereby stipulate and agree the Aimee H. Wagstaff of the firm Andrus Wagstaff, PC, 7171 W. Alaska Drive, Lakewood, CO 80226, has been substituted for Cleve Doty of the Doty Firm, 701 Legacy Drive, Suite 1621, Plano, TX 75023, as Attorney of Record for Plaintiff in the above-referenced action, and the Clerk of this Court is hereby requested to make such entries as may be required to record such substitution, to remove Cleve Doty of the Doty Firm from ECF/service on this case, and replace that firm with ECF service to Andrus Wagstaff respectively.

Dated: September 22, 2017            Respectfully Submitted,

*/s/ Aimee H. Wagstaff*
Aimee H. Wagstaff, SBN 278480
ANDRUS WAGSTAFF, PC

aimee.wagstaff@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361

/s/ *Cleve Doty*
Cleve Doty
DOTY FIRM
clevedoty09@gmail.com
701 Legacy Drive, Ste. 1621
Plano, TX 75023
Tel: (817) 933-8521

- 2 -
NOTICE OF SUBSTITUTION OF COUNSEL
3:16-md-02741-VC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record. .

DATED: September 22, 2017

/s/ Aimee Wagstaff
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361