**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:	202-898-5800
Facsimile:	202-682-1639
Email: jhollingsworth@hollingsworthllp.com
	elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Frederick Johnson v. Monsanto Co.*, Case No. 3:17-cv-05160-VC | |

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1.	Monsanto is not owned by any parent corporation.

2.	No publicly traded company owns 10% or more of the stock of Monsanto.

DATED:  September 26, 2017	Respectfully submitted,

	/s/ Joe G. Hollingsworth
	Joe G. Hollingsworth (*pro hac vice*)
	(jhollingsworth@hollingsworthllp.com)
	Eric G. Lasker (*pro hac vice*)
	(elasker@hollingsworthllp.com)
	HOLLINGSWORTH LLP
	1350 I Street, N.W.
	Washington, DC  20005
	Telephone:	(202) 898-5800
	Facsimile:	(202) 682-1639

	*Attorneys for Defendant*
	*MONSANTO COMPANY*