<u>EXHIBIT B</u>

```
-----Original Message-----
From: Harris, Shelley
[mailto:Shelley.Harris@cancercare.on.ca]
Sent: Monday, September 25, 2017 12:23 PM
To: Weisenburger, Dennis <dweisenburger@coh.org>
Cc: Beane-Freeman, Laura (NIH/NCI) [E]
<freemala@mail.nih.gov>
Subject: RE: Roundup litigation - time sensitive request
Importance: High
```

Hi Dennis,

Thanks for letting me know.  I was not aware that Aaron had given them a draft.  It's our position that all drafts of the manuscript should be treated as confidential and not distributed outside of the authorship group.  Both Laura and I were asked on a number of occasions to share the draft with the USEPA for the glyphosate SAP meeting in 2016 - the position of NCI and CCO is that the manuscript is confidential until published and cannot be released.

Having said that, it is currently under review at the NCI and once approved (hopefully very soon), we are ready to submit if for publication ASAP.

I'm copying Laura to see if she can confirm this, get her input.  She may be in Australia for the ISEE meeting.

Shelley