Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Pedram Esfandiary, Esq. (SBN:312569)
pesfandiary@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

Robert F. Kennedy, Jr., Esq.
rkennedy@kennedymadonna.com
Kevin J. Madonna, Esq.
kmadonna@kennedymadonna.com
**KENNEDY & MADONNA, LLP**
48 Dewitt Mills Road
Hurley, New York 12443
Telephone:  (845) 481-2622
Facsimile:  (845) 230-3111

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 2741<br><br>**PROOF OF SERVICE**<br><br>Hon. Vince Chhabria |

Counsel for Plaintiffs hereby submit this proof of service pursuant to Pretrial Order No. 31 (ECF Dkt. 524). On September 21, 2017, undersigned counsel lodged a notice and attached a copy of PTO 31 with the following state court dockets:

1. *Bates v. Monsanto Co., et al.*, St. Louis Circuit Court, Case No. 1722-CC00796-01
2. *Feranec, et al. v. Monsanto Co., et al.*, St. Louis Circuit Court, Case No.1722-CC00799-01
3. *Salvaggio, et al. v. Monsanto Co., et al.*, St. Louis Circuit Court, Case No.1722-CC00746-01
4. *Sevier, et al. v. Monsanto Co., et al.*, St. Louis Circuit Court, Case No.1722-CC08672
5. *Pennie, et al. v. Monsanto Co., et al.*, Los Angeles Superior Court, Case No.RG17853420
6. *Scalise, et al. v. Monsanto Co., et al.*, Los Angeles Superior Court, Case No. 17CV02577

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED:  September 29, 2017 | Respectfully submitted, |
| 2 | | By:  /s/ R. Brent Wisner |
| 3 | | R. Brent Wisner, Esq. (SBN: 276023) |
| | | rbwisner@baumhedlundlaw.com |
| 4 | | Michael L. Baum, Esq. (SBN: 119511) |
| | | mbaum@baumhedlundlaw.com |
| 5 | | Pedram Esfandiary, Esq. (SBN:312569) |
| | | pesfandiary@baumhedlundlaw.com |
| 6 | | BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C. |
| | | 12100 Wilshire Blvd., Suite 950 |
| 7 | | Los Angeles, CA 90025 |
| | | Telephone:  (310) 207-3233 |
| 8 | | Facsimile:  (310) 820-7444 |

**CERTIFICATE OF SERVICE**

    I, R. Brent Wisner, hereby certify that, on September 29, 2017, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                  /s/ R. Brent Wisner
                                    R. Brent Wisner