UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **ORDER DENYING MONSANTO'S MOTION TO COMPEL AND TO REOPEN DR. WEISENBURGER'S DEPOSITION**<br><br>Re: Dkt. No. 533 |

Monsanto's motion to compel production and to reopen Dr. Weisenburger's deposition is denied.

**IT IS SO ORDERED.**

Dated: October 2, 2017

VINCE CHHABRIA
United States District Judge