**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
Heather A. Pigman (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:    202-682-1639
Email: jhollingsworth@hollingsworthllp.com
           elasker@hollingsworthllp.com
           mcalhoun@hollingsworthllp.com
           hpigman@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | |

**DECLARATION OF JOE G. HOLLINGSWORTH IN SUPPORT OF MONSANTO COMPANY'S *DAUBERT* AND SUMMARY JUDGMENT MOTION BASED ON FAILURE OF GENERAL CAUSATION PROOF**

I, Joe G. Hollingsworth, hereby declare as follows:

1.      I am an attorney at law and am a member of the law firm of Hollingsworth LLP, counsel for defendant Monsanto Company ("Monsanto").  I make this declaration in support of Monsanto's *Daubert* and Summary Judgment Motion Based on Failure of General Causation Proof.  I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2.      Annexed hereto as Exhibit 1 is a true and correct copy of a Letter from Robin Greenwald to Heather Pigman (May 16, 2017).

3.      Annexed hereto as Exhibit 2 is a true and correct copy of the Deposition of Christopher Portier (Sept. 5, 2017).

4. Annexed hereto as Exhibit 3 is a true and correct copy of the Deposition of Alfred Neugut (Aug. 7, 2017).

5. Annexed hereto as Exhibit 4 is a true and correct copy of the Deposition of Chadi Nabhan (Aug. 23, 2017).

6. Annexed hereto as Exhibit 5 is a true and correct copy of Expert Report of Charles Jameson (May 12, 2017).

7. Annexed hereto as Exhibit 6 is a true and correct copy of the Deposition of Charles Jameson (Sept. 21, 2017) (Expert Witness Deposition).

8. Annexed hereto as Exhibit 7 is a true and correct copy of the Transcript of Proceedings, MDL No. 2741 (N.D. Cal Feb. 24, 2017).

9. Annexed hereto as Exhibit 8 is a true and correct copy of the Amended Expert Report of Christopher Portier (May 1, 2017).

10. Annexed hereto as Exhibit 9 is a true and correct copy of the Expert Report of Beate Ritz (May 1, 2017).

11. Annexed hereto as Exhibit 10 is a true and correct copy of the Expert Report of Chadi Nabhan (April 28, 2017).

12. Annexed hereto as Exhibit 11 is a true and correct copy of the Expert Report of Alfred Neugut (April 28, 2017).

13. Annexed hereto as Exhibit 12 is a true and correct copy of the Expert Report of Dennis Weisenburger (April 21, 2017).

14. Annexed hereto as Exhibit 13 is a true and correct copy of the Deposition of Beate Ritz (Sept. 18, 2017).

15. Annexed hereto as Exhibit 14 is a true and correct copy of the Deposition of Charles Jameson (May 3, 2017) (Fact Witness Deposition).

16. Annexed hereto as Exhibit 15 is a true and correct copy of the Deposition of Matthew Ross (May 3, 2017).

17. Annexed hereto as Exhibit 16 is a true and correct copy of the Deposition of Dennis Weisenburger (Sept. 11, 2017).

18. Annexed hereto as Exhibit 17 is a true and correct copy of the Deposition of Aaron Blair (Mar. 20, 2017).

19. Annexed hereto as Exhibit 18 is a true and correct copy of the Expert Report of Lorelei Mucci (July 31, 2017).

20. Annexed hereto as Exhibit 19 is a true and correct copy of the Expert Report of Christopher Portier (June 27, 2017).

21. Annexed hereto as Exhibit 20 is a true and correct copy of a Letter from H. Pigman to R. Greenwald (Sept. 14, 2017).

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Executed this 6th day of October 2017.

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:   (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY