# Exhibit 1



**W E I T Z**
**&**
**L U X E N B E R G**

A   P R O F E S S I O N A L   C O R P O R A T I O N
•   L A W   O F F I C E S   •

**700 BROADWAY** • **NEW YORK, NY 10003**
**TEL. 212-558-5500**   **FAX  212-344-5461**
WWW.WEITZLUX.COM

May 16, 2017

Heather Pigman, Esq.
Hollingsworth LLP
1350 I Street, NW
Washington, DC 20005

    Re:   *In Re: Roundup Products Liability Litigation*, MDL No. 2741

Dear Heather:

    To follow up on our letter dated May 3, 2017, and to respond to your inquiry about our experts' specialties, we provide the below information:

    Dr. Jameson:  Toxicology
    Dr. Nabhan: Oncology and NHL
    Dr. Neugut:  Epidemiology
    Dr. Portier:  Toxicology
    Dr. Ritz: Epidemiology
    Dr. Weisenburger: Pathology and NHL

    Please contact me if you have any questions.

    Regards,

    *Robin L. Greenwald*

    Robin L. Greenwald

    Michael Miller
    The Miller Law Firm LLC

    Aimee Wagstaff
    Andrus Wagstaff, P.C.