# Exhibit 2

1              UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3      --------------------------X

4      IN RE: ROUNDUP PRODUCTS     MDL  No. 2741

5      LIABILITY LITIGATION        Case No.

6                                  16-md-02741-VC

7      --------------------------x

8      This document relates to:

9      ALL ACTIONS

10     --------------------------x

11

12       DEPOSITION OF CHRISTOPHER JUDE PORTIER, Ph.D.

13                New York, New York

14                September 5, 2017

15

16

17

18

19

20

21

22

23

24     Reported by: MARY F. BOWMAN, RPR, CRR

25     Job No: 128474

## Page 2

```
 1
 2
 3
 4                 September 5, 2017
 5                 9:04 a.m.
 6
 7
 8        Deposition of CHRISTOPHER JUDE
 9   PORTIER, Ph.D., held at the offices of
10   Weitz & Luxenberg, 700 Broadway, New York,
11   New York, before Mary F. Bowman, a
12   Registered Professional Reporter, Certified
13   Realtime Reporter, and Notary Public of the
14   State of New Jersey.
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1                   APPEARANCES:
 2
 3   WEITZ & LUXENBERG
 4   Attorneys for the Plaintiffs and the witness
 5      700 Broadway
 6      New York, NY 10003
 7   BY:  ROBIN GREENWALD, ESQ.
 8        PEARL ROBERTSON, ESQ.
 9        MAJA LUKIC, ESQ.
10        -and-
11   LUNDY LUNDY SOLEAU & SOUTH
12   Attorneys for Plaintiffs
13      501 Broad Street
14      Lake Charles, LA 70801
15   BY:  HUNTER LUNDY, ESQ.
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1                   APPEARANCES:
 2
 3   HOLLINGSWORTH
 4   Attorneys for Defendant, Monsanto
 5      1350 I Street Northwest
 6      Washington, DC 20005
 7   BY:  ERIC LASKER, ESQ.
 8        JOHN KALAS, ESQ.
 9
10
11   Also Present:
12      Robyn D. Buck, Esq., Monsanto
13      Michael Baum, Esq. (By telephone)
14      Pedram Esfandiary, Esq. (By telephone)
15      Matthew Smith, Videographer
16
17
18
19
20
21
22
23
24
25
```

## Page 5

```
 1                   INDEX:
 2   WITNESS        EXAM BY:        PAGE:
 3   C. Portier      Mr. Lasker      6, 376
 4                   Ms. Greenwald    366
 5
 6              EXHIBIT INDEX:
 7   NUMBER        DESCRIPTION       PAGE:
 8   Exhibit 15-1 document entitled, "IARC     13
 9        Monographs on Evaluation of
10        Carcinogenic Risks to Humans,"
11   Exhibit 15-2 document entitled,          13
12        "Discussion of Changes to
13        Draft Preamble,"
14   Exhibit 15-3 document entitled, "IARC     21
15        Monographs on Evaluation of
16        Carcinogenic Risks to Human,
17        Internal Report 6/001,"
18   Exhibit 15-4 e-mail chain, dated October  28
19        21, 2015,
20   Exhibit 15-5 report entitled, "Chem Daily 30
21        Text Project:  New Technology
22        Sheds Light on Chemicals in
23        Our Environment,"
24   Exhibit 15-6 IARC announcement, dated     33
25        July 16, 2014,
```

Page 6

1   Exhibit 15-7 IARC announcement, dated        34
2       October 7, 2014,
3   Exhibit 15-8 document entitled, "IARC        37
4       Monographs on the Evaluation
5       of Carcinogenic Risks to
6       Humans Preamble,
7   Exhibit 15-9 e-mail dated March 3, 2015,     40
8   Exhibit 15-10 e-mail dated March 4, 2015,    41
9   Exhibit 15-11 e-mail dated March 6, 2015,    43
10  Exhibit 15-12 handwritten notes dated        48
11      3/6/15,
12  Exhibit 15-13 e-mail dated March 11, 2015,   52
13  Exhibit 15-14 e-mail dated March 13, 2015,   57
14  Exhibit 15-15 printout from LobbyFacts,      60
15  Exhibit 15-16 e-mail chain dated             65
16      11/9/2015,
17  Exhibit 15-17 e-mail chain dated             68
18      November 11, 2015,
19  Exhibit 15-18 letter dated March 29, 2015,   71
20  Exhibit 15-19 letter dated November 27,      73
21      2015,
22  Exhibit 15-20 attachment to the expert       88
23      report,
24
25

Page 8

1                  EXHIBIT INDEX:
2   NUMBER          DESCRIPTION        PAGE:
3   Exhibit 15-28 document entitled,             156
4       "Principles for
5   Exhibit 15-29 article entitled, "Mouse       164
6   Exhibit 15-30 expert report of Christopher   181
7       J. Portier
8   Exhibit 15-31 Rebuttal Report of             184
9       Christopher J.Portier
10  Exhibit 15-32 Original Expert Report of      220
11      Dr. Christopher J. Portier
12  Exhibit 15-33 report entitled,               243
13      "Spontaneous Neoplastic
14      Lesions in the Crl:CD1 Mouse"
15  Exhibit 15-34 Charles River report dated     268
16      March of 1995,
17  Exhibit 15-35 e-mail chain dated June 7,     278
18      2017,
19  Exhibit 15-36 report entitled "NTP           326
20      historical controls, report
21      all routes and vehicles,
22      Wistar-Han rats, August 2016,
23  Exhibit 15-37German article,                 334
24  Exhibit 15-38 translation of German          334
25      article,

Page 7

1                  EXHIBIT INDEX:
2   NUMBER          DESCRIPTION        PAGE:
3   Exhibit 15-21 document entitled, "Oh         89
4       Brother, CropLife Questions,
5       Makeup of Glyphosate Panel,"
6   Exhibit 15-22 e-mail chain Bates stamped     106
7       EPAHQ6149,
8   Exhibit 15-23 e-mail chain Bates stamped     106
9       PORTIER0000055 through 61,
10  Exhibit 15-24 article from Horizons, dated   122
11      March 7, 2016 with attachment,
12  Exhibit 15-25 article entitled, "Re:         123
13      Tarazona et al.:  Glyphosate
14      toxicity and carcinogenicity:
15      a review of the scientific
16      basis of the European Union
17      assessment,"
18  Exhibit 15-26 article entitled, "The         127
19      glyphosate saga: an example of
20      influence of unsound science
21      and interest groups in public
22      health decision
23  Exhibit 15-27 curriculum vitae,              136
24
25

Page 9

1                  EXHIBIT INDEX:
2   NUMBER          DESCRIPTION        PAGE:
3   Exhibit 15-39 article entitled, "Key         349
4       Characteristics of Carcinogens
5       as a Basis for Organizing Data
6       on Mechanisms of
7       Carcinogenesis,"
8   Exhibit 15-40 article entitled,              358
9       "Biomonitoring of genotoxic
10      risk in agricultural workers
11      from five Colombian regions,"
12  Exhibit 15-41 notice of deposition,          365
13  Exhibit 15-42 letter dated August 29,        366
14      2017, with attachment,
15  Exhibit 15-43 screenshot from                373
16      LobbyFacts.eu,
17  Exhibit 15-44 screenshot from the EDF        375
18      website,
19  Exhibit 15-45 document entitled, "Monsanto   377
20      joins Environmental Defense
21      Fund, others, in Sustainable
22      Agriculture Coalition,"
23
24
25

Page 10

1        THE VIDEOGRAPHER:  This begins
2    media labeled No. 1 of the
3    video-recorded deposition of
4    Dr. Christopher Portier in the matter
5    of In re:  RoundUp Products Liability
6    Litigation, for the United States
7    District Court, Northern District of
8    California.
9        This deposition is being held at
10   700 Broadway in New York, New York on
11   September 5, 2017, at approximately
12   9:04 a.m.
13       My name is Matthew Smith for TSG
14   Reporting, Incorporated.  I'm the legal
15   video specialist.
16       The court reporter is Mary Bowman
17   in association with TSG Reporting.
18       Will counsel please introduce
19   yourself for the record.
20       (Whereupon counsel placed their
21   appearances on the audio record.  All
22   attorney appearances will be on the
23   final transcript).
24       THE VIDEOGRAPHER:  Thank you.
25   Will the court reporter please

Page 11

1    swear in the witness.
2    CHRISTOPHER PORTIER,
3        called as a witness by the parties,
4        having been duly sworn, testified as
5        follows:
6    EXAMINATION BY
7    MR. LASKER:
8        Q.   Good morning, Dr. Portier.
9        Dr. Portier, you served in May of
10   2005 as the chair of the IARC Science
11   Advisory Board that recommended amendments
12   to the preamble of the IARC monograph
13   series, correct?
14       A.   I'm not sure of the date.  But
15   the last time they did the preamble, I
16   served as the chair.  Actually, I was
17   cochair.
18       Q.   And the preamble is the document
19   that sets forth the methodology that IARC
20   working groups are required to follow in
21   reaching their carcinogenicity
22   classifications, correct?
23       A.   That is correct.
24       Q.   The group that you chaired
25   recommended a number of revisions to the

Page 12

1    monograph, correct?
2        MS. GREENWALD:  Objection, form.
3        A.   The group that IARC brought in,
4    advisors, recommended a few changes to the
5    preamble.
6        Q.   For example, the science advisory
7    board that you chaired recommended that
8    IARC place greater weight on mechanistic
9    data in reaching its cancer evaluations,
10   correct?
11       A.   The advisory group suggested that
12   the mechanism data that was now becoming
13   available was substantially different than
14   what it was when the first preamble was
15   written and they -- that the preamble
16   needed to be revised to take into account
17   modern mechanistic understanding of cancer.
18       Q.   One of the things, for example,
19   that your group recommended was that an
20   agent might be classified as possibly
21   carcinogenic to humans based solely on
22   strong mechanistic data, correct?
23       MS. GREENWALD:  Objection, form.
24       A.   I don't know.  I'd have to see
25   the document to be certain that's the case,

Page 13

1    and I'd have to see the previous document
2    to see that it wasn't in the previous
3    preamble.
4        MR. LASKER:  Let me -- actually,
5    let me mark both of these.
6        So we will mark as Exhibit 15-1
7    the report of the Science Advisory
8    Group from May of 2005.
9        (Exhibit 15-1, document entitled,
10   "IARC Monographs on Evaluation of
11   Carcinogenic Risks to Humans," marked
12   for identification, as of this date.)
13       MR. LASKER:  And then we will
14   mark as 15-2 a document that is labeled
15   "Discussion of Changes in the Draft
16   Preamble," which was prepared the same
17   time -- or following the Science
18   Advisory Board meeting.
19       (Exhibit 15-2, document entitled,
20   "Discussion of Changes to Draft
21   Preamble," marked for identification,
22   as of this date.)
23       Q.   Dr. Portier, just to clarify the
24   record, Exhibit 15-1 is the report that
25   your advisory group prepared for IARC,

1   correct?
2       MS. GREENWALD:  Objection, form.
3       A.   It does look like the report that
4   we prepared for IARC.
5       Q.   And on the second page of the
6   report, in the listing of the participants,
7   you are identified as the chair of this
8   advisory group, correct?
9       A.   That is correct.  The cochair got
10  ill, had to leave on the first date.
11  That's why I am listed as the only chair
12  and he is not listed.
13      Q.   If we look at -- and the question
14  was about the mechanistic data and some of
15  the recommendations of your committee.
16      If you could look at Exhibit
17  15-2, and particularly at page 7 -- I'm
18  sorry.
19      15-2 would be the changes,
20  Dr. Portier?
21      You're looking at 15-1?
22      A.   Yes.  Sorry.
23      Q.   15-2 is discussing some of the
24  changes following your advisory group
25  recommendations.

1       And on page 7, towards the bottom
2   of the page --
3       A.   Yes.
4       Q.   -- there is a paragraph that
5   starts, "The expert workshop recommended in
6   the consensus report."
7       Do you see that paragraph?
8       A.   Yes.
9       Q.   And then there is the sentence:
10      "Accordingly, the Advisory Group
11  recommended that an agent can be
12  characterized as possibly carcinogenic to
13  humans based solely on strong mechanistic
14  data."
15      Correct?
16      A.   That's what it says.
17      Q.   And that was one of the
18  recommendations of your advisory group?
19      A.   That's recommendation 12(d).
20      MS. GREENWALD:  Objection, form.
21      A.   So the advisory group cites the
22  paper by McGregor, et al., which had looked
23  at the presence or the ability to have data
24  on animal carcinogenicity studies for an
25  IARC monograph review, and McGregor

1   concluded that animal cancer bioassays were
2   being used less and less in looking at the
3   carcinogenicity of compounds and more and
4   more other types of mechanistic studies
5   were being used to supplant the need for a
6   two-year chronic animal carcinogenicity
7   study.
8       So that was the basis from which
9   the discussion went on to look at the rest
10  of it.
11      Q.   Dr. Portier, my question is a
12  simple one.
13      A.   I know.  I'm trying to find it in
14  here.
15      "Changing the preamble to reflect
16  this possibility, also taking into
17  account" ...
18      Yes, that's exactly what the
19  group said.
20      Q.   So the Science Advisory Board,
21  the chair recommended that the preamble be
22  amended to mechanistic data alone could
23  support a finding of possible
24  carcinogenicity, correct?
25      MS. GREENWALD:  Objection, form.

1       A.   There is more verbiage to it than
2   that.
3       Q.   But in effect, that was the
4   recommendation, correct?
5       MS. GREENWALD:  Objection, form.
6       A.   No, there is more verbiage to it
7   than that.  The verbiage deals with
8   extremely strong and strongest from other
9   relevant data could potentially be
10  classified by IARC in Group 2B.
11      Q.   OK.  I stand corrected.
12      A.   And to be clear, it says,
13  "Similarly, an agent for which there is
14  less than sufficient evidence from animal
15  studies."
16      That means you could have limited
17  evidence in animal studies, including
18  inadequate evidence, and strong evidence
19  from other relevant data could potentially
20  be classified in Group 2B.
21      So it's important that that is
22  linked with the strong data.  You can't do
23  it just because you have mechanistic data.
24      Q.   Understood.
25      Your advisory group also

1  recommended that the preamble be amended,
2  and if you want to look at pages 6 and 7 of
3  the document, Exhibit 15-2, Discussion of
4  Changes in Draft Preamble, your Science
5  Advisory Board also recommended that the
6  preamble be amended to allow for the
7  finding of sufficient evidence of
8  carcinogenicity in animals based on the
9  results in a single animal study, correct?
10       MS. GREENWALD:  Objection, form.
11   Q.  And that is on the bottom of
12  page 6, top of page 7.
13       MS. GREENWALD:  Objection, form.
14   A.  That is correct.
15       The previous preamble required
16  that you have positive results from studies
17  in two separate labs.  The new preamble
18  states that results in both sexes of a
19  single species in a GLP study can provide
20  sufficient evidence of carcinogenistic.
21       So you still have to have two
22  positive findings of the carcinogenicity
23  but they don't have to come from two
24  separate laboratories.
25   Q.  Your Science Advisory Board also

1  endorsed -- page 3 on the changes,
2  Exhibit 15 -- 15-2 -- also endorsed the use
3  of metanalyses to evaluate the human
4  epidemiological data, correct?
5   A.  Can you tell me where it is on
6  here?
7   Q.  Page 3, numeral 8 at the bottom.
8   A.  Oh, it's right there.
9       Yes.
10   Q.  And if you look at -- let me go
11  back to 15-1, which is a report.
12       Page 4 of 5 discusses the fact
13  that your group also reaffirmed the
14  preamble's guidance that IARC working
15  groups could only consider scientific
16  studies in the published literature or
17  publicly available reports from national
18  and international agencies, correct?
19       MS. GREENWALD:  Objection, form.
20   A.  Do you know which issue this is?
21   Q.  Page 4 and 5 in Exhibit 15-1 at
22  the bottom, it says, "Data from
23  monographs"?
24   A.  Yes.
25   Q.  And again, the question is that

1  your Science Advisory Board also reaffirmed
2  the preamble's guidelines that IARC working
3  groups could only consider scientific
4  studies in the published literature or
5  publicly available reports from national or
6  international agencies, correct?
7       MS. GREENWALD:  Objection, form.
8   A.  That is correct.
9   Q.  In December of --
10   A.  But I believe that was in the
11  previous preamble as well.  We are simply
12  agreeing with the previous preamble.
13   Q.  Correct.  That was the question.
14   A.  Actually, the only change we
15  changed from the previous preamble, what we
16  were changing there was we could use
17  government and international agency
18  documents provided they were publicly
19  available.
20       That was not in the previous
21  preamble.
22   Q.  Got it.
23       In December of 2005, you then
24  served on the advisory group that reviewed
25  and largely approved the recommendations

1  that had been made by your Science Advisory
2  Board, correct?
3       MS. GREENWALD:  Objection, form.
4   Q.  And I can show you the documents
5  if that would make it easier for your call.
6   A.  I certainly don't remember that.
7  Please.
8       MR. LASKER:  So this will be
9  Exhibit 15-3.
10       (Exhibit 15-3, document entitled,
11  "IARC Monographs on Evaluation of
12  Carcinogenic Risks to Human, Internal
13  Report 6/001," marked for
14  identification, as of this date.)
15   Q.  You can turn to the second
16  page -- third page, you will see your name
17  listed as part of the advisory group.
18   A.  Yes, but so were many of the
19  others who helped were on the first
20  advisory group.
21   Q.  Just so we have a clear record,
22  in December of 2005, you also served on the
23  advisory group that reviewed and largely
24  approved the recommendations made by your
25  earlier Science Advisory Board, correct?

Page 22

1       MS. GREENWALD:  Objection, form.
2    A.  There were several pieces to that
3 question.  Could you repeat it for me,
4 please.
5    Q.  In December of 2005, you served
6 on the advisory group that reviewed and
7 then approved the amendments to the
8 preamble, correct?
9    A.  In 2005, I served on two advisory
10 groups.  One made recommendations.  The
11 second one reviewed the new preamble to
12 make sure that it actually matched the
13 recommendations.
14    Q.  From 2013 to 2014, you served as
15 a visiting scientist at IARC, correct?
16    A.  From, I believe, October 2013
17 'til April, March 2014, yes.
18    Q.  What work were you doing for IARC
19 during this period?
20    A.  What work was I doing for IARC
21 during this period?
22    I did several things.  There was
23 some joint collaborations on looking at
24 genotoxicity due to a variety of chemicals
25 using proteomics, metabolomics and

Page 23

1 genomics.
2    I gave a seminar on genomics and
3 genomic issues and some network modeling
4 that allows you to pull up our genomic data
5 and gave talks on that.
6    We worked on a manuscript that
7 was recently published that looked at the
8 ten characteristics of carcinogenesis, so I
9 worked on that.
10    We were working on a review of
11 the model -- of the Monographs 100.  The
12 Monographs 100 reviewed all of the known
13 human carcinogens, and we had a couple of
14 questions we wanted to ask from the known
15 human carcinogens, such as how often do
16 cancer seen in the animal match the cancer
17 seen in humans?  And other issues along
18 those lines.  How many times do rats match
19 mice and how often is a mechanism tied to a
20 specific tumor in humans rather than any
21 tumor in humans?
22    So we were analyzing that data.
23 And then we were using that at the same
24 time to put together some guidance -- some
25 points for guidance for mechanistic work

Page 24

1 groups.
2    On the IARC monographs, when they
3 came in to look at mechanistic data, I
4 didn't end up putting those points
5 together.  That was done by IARC staff long
6 after I left.
7    Q.  Were you paid for your work as a
8 visiting scientist at IARC?
9    A.  IARC's visiting scientists are
10 reimbursed for their expenses while they're
11 in Lyon during that period of time.  And I
12 was reimbursed for those expenses; however,
13 they were reimbursement of expenses.  It
14 was not salary.
15    Q.  In April of 2014, you then served
16 as the chair of the IARC advisory committee
17 that designated glyphosate as a medium
18 priority for review for carcinogenicity,
19 correct?
20       MS. GREENWALD:  Objection to
21 form.
22    A.  In -- was it April of 2014 -- if
23 that's the correct date, I can't be
24 absolutely certain -- in April of 2014, I
25 chaired the IARC working group that looked

Page 25

1 at approximately 200 chemicals that were
2 nominated to the program by outside
3 individuals to see what priority should be
4 placed on evaluating those 200 compounds in
5 the next five years for the IARC.
6    Q.  And that group, among other
7 decisions it made, designated glyphosate as
8 a medium priority for review, correct?
9    A.  Yes, that group recommended
10 glyphosate for medium priority review.
11    Q.  Do you recall who asked you to
12 serve as the chair of that committee?
13    A.  I don't remember which member of
14 the staff was running that committee but
15 probably Kurt Straif, the head of the
16 program.
17    Q.  At the time you served as the
18 chair of this 2014 advisory committee, you
19 had been serving as well for over a year as
20 a senior scientist for the Environmental
21 Defense Fund, correct?
22    A.  I was working one day per week as
23 a senior contributing scientist with the
24 Environmental Defense Fund, yes.
25    Q.  The Environmental Defense Fund

Page 26

1  was founded in the late 1960s in connection
2  with concerns about a pesticide called DDT,
3  correct?
4       MS. GREENWALD:  Objection, form.
5       A.  I've never spent time looking at
6  the history of the Environmental Defense
7  Fund.  So I really have no idea.
8       I've heard the same story as you.
9       Q.  So your understanding is the
10  Environmental Defense Fund got started
11  around the issue of the pesticide DDT?
12       MS. GREENWALD:  Objection, form.
13       A.  Someone has told me that the
14  Environmental Defense Fund began from a
15  group of scientists on Long Island in New
16  York who were trying to get DDT, a terrible
17  environmental toxin, out of the -- out of
18  their water, out of their air.
19       Q.  And the Environmental Defense
20  Fund over the ensuing 50 years continued to
21  be active in opposing various pesticides,
22  correct?
23       MS. GREENWALD:  Objection, form.
24       A.  I have no knowledge of that.
25       Q.  During the same time that you

Page 27

1  were working with IARC in reviewing
2  glyphosate and other pesticides, you were
3  also working with the Environmental Defense
4  Fund in promoting a wristband project which
5  was seeking to measure human exposures to
6  pesticides and other chemicals, correct?
7       MS. GREENWALD:  Objection, form.
8       A.  I can't -- I do not know the
9  answer to that question.  The time frame is
10  the issue here.
11       Q.  So you do recall that you worked
12  with the Environmental Defense Fund on the
13  wristband project, correct?
14       A.  But I can't be certain such work
15  was done while I was also at IARC.
16       Q.  I understand.  I want to see if I
17  get a clear answer to this:  You do recall
18  working with the Environmental Defense Fund
19  on their wristband project, correct?
20       A.  I do recall advising them on
21  their wristband project, yes.
22       Q.  And the wristband project was
23  measuring human exposures to pesticides and
24  other chemicals, correct?
25       A.  It was measuring anything in the

Page 28

1  person's environment that adhered to the
2  latex -- the special latex that's on the
3  wristband, and then that was in turn
4  evaluated by GC mass spec to find out how
5  much of each of these the people had
6  encountered.
7       Q.  Again, the wristband project that
8  the Environmental Defense Fund conducted
9  and you advised on was measuring human
10  exposures to pesticides and other
11  chemicals, correct?
12       MS. GREENWALD:  Objection, asked
13  and answered.
14       A.  I don't really know if they had
15  pesticides on the list of chemicals they
16  measured.  I can remember some of them but
17  I can't remember exactly whether there were
18  pesticides on there.  But certainly, there
19  were chemicals on that list.
20       (Exhibit 15-4, e-mail chain,
21  dated October 21, 2015, marked for
22  identification, as of this date.)
23       Q.  Dr. Portier, I have provided you
24  with a copy of an e-mail exchange.  It
25  starts off as an e-mail exchange between

Page 29

1  you and Linda Birnbaum on October 21, 2015.
2  Correct?
3       A.  October 21, 2015, to Linda
4  Birnbaum at -- at NIEHS, yes.
5       Q.  For the record, who is Linda
6  Birnbaum?
7       A.  Linda Birnbaum is the director of
8  the National Institute of Environmental
9  Health Sciences and the director of the
10  National Toxicology Program, former
11  president of the Society of Toxicology, and
12  a lot of other big, important titles.
13       Q.  In this e-mail, you discuss two
14  issues with Dr. Birnbaum:  One dealing with
15  work you're doing for the Environmental
16  Defense Fund, and the second being work
17  that you're doing in connection with
18  glyphosate, correct?
19       MS. GREENWALD:  Objection, form.
20       A.  Could you ask the question again,
21  please.
22       Q.  Sure.
23       In your e-mail of October 21,
24  2015, you are discussing two issues:  One
25  is the work that you are doing for the

1  Environmental Defense Fund, and the second
2  is the work that you have been doing with
3  respect to glyphosate and a European
4  regulatory decision about cancer, correct?
5      MS. GREENWALD:  Objection, form.
6      A.   Why is there a blacked-out
7  section in this letter?  I don't understand
8  that.
9      Q.   This was a document that was
10 produced by the government and they blacked
11 it out.
12     A.   OK.
13          Anyway, the first paragraph deals
14 with the work I'm doing in Europe on
15 reregistration of glyphosate, which I find
16 fascinating, and the second part deals with
17 the work on wristbands with EDF.
18     MR. LASKER:  And then if we can
19 mark as Exhibit 15-5.
20     (Exhibit 15-5, report entitled,
21 "Chem Daily Text Project:  New
22 Technology Sheds Light on Chemicals in
23 Our Environment," marked for
24 identification, as of this date.)
25     Q.   And this Exhibit 15-5 is the

1  Environmental Defense Fund's report on its
2  wristband project, correct?
3      MS. GREENWALD:  Objection, form.
4      A.   Yes, I believe this is EDF's
5  report on their wristband testing project.
6      Q.   As reflected in this report, the
7  wristband project that you consulted on for
8  Environmental Defense Fund reported results
9  for detections of pesticides as -- if you
10 look at the second page, 12 different
11 pesticides as part of its analysis and the
12 findings of pesticides in 93 percent of the
13 participants, correct?
14     MS. GREENWALD:  Objection, form.
15     A.   This does then clarify that I
16 couldn't remember if there were pesticides,
17 but yes, obviously, there were pesticides
18 in here.  And that the pesticides were seen
19 in -- I have to look and find that
20 percentage.  I'm sorry.
21     Q.   The first page will show you the
22 percentage in the blocked-out, gray area in
23 the gray box.
24     A.   93 percent detected one or more
25 pesticides, that is correct.

1      Q.   Your affiliation with the
2  Environmental Defense Fund was not
3  disclosed in that April 2014 IARC advisory
4  committee report, correct?
5      MS. GREENWALD:  Objection, form.
6      A.   Again, could you repeat the
7  question.
8      Q.   Sure.
9          April 2014, you served as the
10 chair of the IARC advisory committee that
11 designated glyphosate as a medium priority?
12     A.   Correct.
13     Q.   Your affiliation with the
14 Environmental Defense Fund was not
15 disclosed in that IARC advisory committee
16 report, correct?
17     MS. GREENWALD:  Objection, form.
18     A.   The IARC advisory committee
19 report did not list -- well, I'd have to
20 look now.  I'd have to see a copy of the
21 report.  I'm sorry.
22     Q.   Do you recall whether IARC
23 knew -- at the time that you served as
24 chair of their advisory committee, do you
25 know if they knew of your work with the

1  Environmental Defense Fund?
2      A.   Yes.
3      Q.   Shortly after your advisory group
4  designated glyphosate as a medium priority,
5  IARC announced it would be convening a
6  working group to evaluate a number of
7  pesticides for -- to determine whether they
8  could be classified as carcinogens,
9  correct?
10     A.   I don't know.
11     MR. LASKER:  I'm going to mark
12 as -- we will make this the next two in
13 line, Exhibit 15-6 and 15-7, two
14 notices from IARC announcing upcoming
15 meetings, particularly meeting 112.
16          And for the record, I will
17 represent that these documents were
18 pulled off of IARC's website using
19 something called a Wayback Machine,
20 which allows you to actually date when
21 it appeared on the IARC website.
22          So the first document is dated
23 July 16, 2014, and the second is
24 October 7, 2014.
25     (Exhibit 15-6, IARC announcement,

Page 34

1   dated July 16, 2014, marked for
2   identification, as of this date.)
3       (Exhibit 15-7, IARC announcement,
4   dated October 7, 2014, marked for
5   identification, as of this date.)
6       MS. GREENWALD:  Which is which?
7       MR. LASKER:  July 16 is the 6,
8   and October 7 is the 7.  So
9   chronological order.
10      Q.   So just so we have the timing
11  correct, in April of 2014, your advisory
12  committee designated glyphosate as medium
13  priority, correct?
14      MS. GREENWALD:  Objection, form.
15      A.   In --
16      Q.   April of 2014.
17      A.   -- '14, the advisory group
18  recommended several compounds for high
19  priority and some for medium priority, of
20  which glyphosate is one of the products.
21      Q.   And in July of 2014, IARC
22  announced meeting 112, which was going to
23  be focused on organophosphate insecticides,
24  correct?
25      MS. GREENWALD:  Objection, form.

Page 35

1       A.   It appears from your Wayback
2   Machine review that that is the date which
3   IARC put up this notice that says, "Some
4   organophosphate insecticides, not
5   specifically glyphosate."
6       Q.   And then October 7, 2014, that
7   notice was amended and for meeting 112,
8   they now also include glyphosate to be
9   reviewed, correct?
10      MS. GREENWALD:  Objection, form.
11      A.   It appears that, from your
12  Wayback Machine, October 7, that that is
13  correct, that in October, IARC appended
14  herbicides to their organophosphate
15  insecticides review.
16          It is not uncommon for IARC to
17  group chemicals when they do reviews if the
18  chemicals have similar behavior or the
19  datasets for the chemicals come from
20  similar sources.
21          So because many people -- many of
22  the epidemiology studies were pesticides
23  and herbicides combined, it makes good
24  sense to do it here because you're
25  reviewing the same epidemiological studies.

Page 36

1       Q.   But just to be clear, glyphosate
2   is not an organophosphate insecticide,
3   correct?
4       A.   That is correct.
5       Q.   The working group 112, you
6   ultimately were asked to serve as an
7   invited specialist to this committee,
8   correct?
9       A.   I was asked to serve as an
10  invited specialist to this committee.  I
11  was asked -- yes.
12      Q.   Let me ask:  Did you ask to serve
13  on the committee or did somebody ask you to
14  serve on the committee?
15      A.   I was asked in the normal way
16  that IARC asks people to serve on these
17  committees, by an e-mail sent to me --
18  first, they call you and say, "Are you
19  interested?"  And then they send you an
20  e-mail.
21      Q.   Do you recall who asked you to
22  serve as an invited specialist for working
23  group 112?
24      A.   No.  I really don't recall.  It
25  could have been any member of the staff.

Page 37

1       Q.   An invited specialist is someone
2   whom IARC believes has critical knowledge
3   and experience on a matter but has real or
4   apparent conflicts of interest, correct?
5       MS. GREENWALD:  Objection, form.
6       A.   The definition of an "invited
7   specialist" is part of the preamble.  And
8   if what you have just said is a quote from
9   the preamble, then that would be correct.
10      Q.   Well, why don't we take a look at
11  the preamble then.
12      A.   I don't have it yet.
13      Q.   You are about to get it.
14      A.   I thought you had given it to me.
15          (Exhibit 15-8, document entitled,
16  "IARC Monographs on the Evaluation of
17  Carcinogenic Risks to Humans Preamble,
18  marked for identification, as of this
19  date.)
20      Q.   If you could look at page 4 of
21  the preamble, line 32 to 33 -- they are
22  nice enough to have line numbers for us.
23      A.   That is the definition.
24      Q.   So invited specialist is someone
25  who IARC believes has critical knowledge

Page 38

1   and expertise on the matter but who has a
2   real or apparent conflict of interest,
3   correct?
4        A.   That is what it says, that is
5   correct.
6        Q.   Your conflict of interest arose
7   because of your role with the Environmental
8   Defense Fund, correct?
9             MS. GREENWALD:  Objection, form.
10       A.   To be clear, it's a perceived
11  conflict of interest, not necessarily a
12  conflict of interest.  And they're very
13  clear here on the language that it have --
14  they talk about apparent or real.
15            In this case, it is a perception
16  that this is a conflict of interest.  But
17  yes, that was the perceived conflict of
18  interest that they were concerned about.
19       Q.   And you had that same conflict of
20  interest when you served as the chair of
21  the advisory committee that prioritized
22  glyphosate for evaluation, correct?
23            MS. GREENWALD:  Objection, form.
24       A.   The correct answer to the
25  question is no.

Page 39

1             And here is why that's the
2   correct answer to the question as you asked
3   it:  The 2014 meeting was an advisory
4   group, not a monograph meeting.  So it
5   doesn't work under the same rules as the
6   preamble.  So that's case No. 1.
7             But IARC does give you a form
8   that you have to fill out for potential
9   conflicts of interest for every meeting.
10            For that meeting, because it was
11  an advisory group, and because I was only
12  doing work with the Environmental Defense
13  Fund on issues related to air pollution and
14  climate change and hydraulic fracking, in
15  my opinion, I did not think it was a
16  conflict of interest, and therefore, I did
17  not list it.
18       Q.   And do you recall, sitting here
19  today, whether during that period in April
20  of 2014, you had begun consulting with the
21  Environmental Defense Fund on the wristband
22  project?
23       A.   I do not recall.
24       Q.   Aside from your role on the
25  advisory committee that prioritized

Page 40

1   glyphosate for review, had you reviewed the
2   science on glyphosate prior to being
3   appointed to working group 112?
4             MS. GREENWALD:  Objection to
5   form.
6        A.   Prior to being appointed to
7   working group 112, I had not looked at any
8   of the scientific evidence on the
9   carcinogenicity of glyphosate.
10       Q.   Let me show you an e-mail that we
11  received from one of the other working
12  group members.
13            MR. LASKER:  And we will mark
14  this as 15-9.
15            (Exhibit 15-9, e-mail dated March
16  3, 2015, marked for identification, as
17  of this date.)
18       A.   What is this?
19       Q.   This is an e-mail that is dated
20  March 3, 2015, which was the beginning of
21  the IARC 112 working group time period.
22       A.   OK.
23       Q.   The subject line is "E-mail
24  Subgroup 4," which is the subgroup on
25  mechanisms, correct?

Page 41

1        A.   That would usually -- yes, that
2   would be it.
3        Q.   And this is creating an e-mail
4   tree of the members on this subcommittee,
5   correct?
6        A.   That appears to be the case, yes.
7        Q.   And you were included as one of
8   the individuals working on subgroup 4 at
9   working group 112, correct?
10       A.   That is correct.
11       Q.   Were you assigned by IARC to work
12  with the mechanism subgroup?
13       A.   Yes, I was.
14       Q.   Were you tasked with preparing
15  any analyses before the actual physical
16  meeting in Lyon?
17       A.   No, I was not.
18       Q.   We have a couple of other e-mails
19  between the mechanistic subgroup members I
20  would like to ask you about.
21            (Exhibit 15-10, e-mail dated
22  March 4, 2015, marked for
23  identification, as of this date.)
24       Q.   This March 4, 2015 e-mail, again,
25  to members of subgroup 4, and you're

1   included, correct, as a recipient of this
2   e-mail?
3       A.   Yes, I'm included, and yes, it's
4   an e-mail to it appears to be subgroup 4
5   with a copy to Kate Guyton.
6       Q.   This March 4, 2015 e-mail to you
7   and the other mechanism folks attached an
8   early draft of Sections 4.6 and a summary
9   of 4.5 for each of the four chemicals being
10  reviewed, including glyphosate, correct?
11      MS. GREENWALD:  Objection, form.
12      A.   It seems to say that Section 4.6
13  in summary of 4.5, two- or-three sentence
14  summary, was attached.
15      Q.   And Dr. Martin is providing you
16  all with this summary to provide folks with
17  something to include in their respective
18  4.6 sections, correct?
19      MS. GREENWALD:  Objection, form.
20      A.   I don't know.
21      Q.   The last clause --
22      A.   Oh, I see, yes, Section 4.6 is
23  the summary of the Section 4 evaluation.
24      Q.   And were you working on one of
25  the 4.6 sections?

1       A.   No, I don't write any of the
2   sections in the IARC monograph.
3       MR. LASKER:  We also have a March
4   6, 2015 e-mail.  This will be
5   Exhibit 15-11.
6       (Exhibit 15-11, e-mail dated
7   March 6, 2015, marked for
8   identification, as of this date.)
9       Q.   And this is a -- this e-mail is
10  from Kathryn Guyton, and she is with the
11  IARC staff, correct?
12      A.   Uh-huh.  Yes.
13      Q.   And there is an e-mail to you and
14  other subgroup 4 working group folks again
15  talking about the work that the mechanistic
16  subgroup was doing during this period,
17  correct?
18      MS. GREENWALD:  Objection, form.
19      A.   It's a complicated question.
20      Q.   OK, I'm not sure it's complicated
21  but I'll ask it again.
22      This e-mail between you and the
23  other individuals working on the mechanism
24  subgroup was part of the work that was done
25  during that week on mechanisms at working

1   group 112, correct?
2       MS. GREENWALD:  Objection, form.
3       A.   This is an e-mail.  It deals with
4   the work of Section 4 during the IARC
5   monograph.
6       Q.   During the working group 112, did
7   you spend all of your time when the meeting
8   was not in plenary session with the
9   mechanism subgroup?
10      A.   No.
11      Q.   What other subgroups did you --
12  well, let me ask this:  Did you go from
13  different subgroup to different subgroup
14  during the meeting?
15      A.   No.  I spent a short period of
16  time with the animal carcinogenicity
17  subgroup.
18      Q.   Do you recall when that was?
19      A.   No, I do not recall.
20      Q.   Did they ask for you to help them
21  out or did you decide on your own to spend
22  some time with them?
23      A.   They asked for me to help them
24  out.
25      Q.   Do you recall what specifically

1   they asked you to help them with?
2       A.   Yes, I do.
3       Q.   What was that?
4       A.   The topic dealt with the, I
5   believe, kidney tumors in the Knezevich
6   and -- I forget the name of the authors --
7   rat study, and the question had to deal
8   with historical controls.
9       Q.   So just to be clear, is this a
10  Knezevich rat study or a Knezevich mouse
11  study?
12      A.   I guess Knezevich I'm hoping was
13  a mouse study and it's -- the mouse study.
14  Sorry.
15      There are so many studies, I get
16  confused.
17      Q.   Do you recall specifically what
18  their question was with respect to
19  historical controls?
20      A.   The question was did this tumor
21  appear to be significant because of the
22  historical control population that had been
23  identified, and then, also, where could
24  they get code to do a trend test on that
25  particular data.

Page 46

1   Q.   Did you provide them with the --
2  did you advise them as to where they could
3  find code to conduct a trend test on the
4  data?
5   A.   I gave them some suggestions of
6  where to look.  I was unaware of any place
7  where it could be found, if I recall -- if
8  I recall correctly.
9   Q.   Did you assist in calculating
10  the -- the trend test that appears for that
11  study in the IARC monograph?
12   MS. GREENWALD:  Objection, form.
13   A.   I'm not sure what you're asking
14  me.
15   Q.   The IARC --
16   A.   The p-value was obtained from a
17  program identified by one of the members in
18  either that subgroup or the mechanism
19  subgroup, and that person ran the code.
20   Q.   Do you recall who that was?
21   A.   I think it -- I'd have to see a
22  list of the authors of the monograph and I
23  could probably pull -- I'm terrible with
24  names -- I could probably pull it from the
25  list.

Page 47

1   Q.   Did you review the statistical
2  analysis after it was conducted?
3   A.   Yes, I did.
4   Q.   While you were at the monograph
5  meeting?
6   A.   Yes, I did.
7   Q.   And did you verify that that
8  analysis was conducted correctly?
9   MS. GREENWALD:  Objection, form.
10   A.   I verified that the approximate
11  p-value from the Armitage linear trend test
12  that was run in that analysis appeared to
13  be correct.
14   Q.   Did you understand at the time
15  that that was an approximate trend test?
16   MS. GREENWALD:  Objection, form.
17   A.   I did not know it either way.
18   Q.   Did you attend any of the plenary
19  suggestions that was conducted during that
20  week for working group 112?
21   A.   All of them.
22   Q.   And about midway through the
23  week, there was a -- there was a
24  presentation before the plenary in which
25  the subgroups provided their initial

Page 48

1  assessment of the data.
2   Do you recall that?
3   MS. GREENWALD:  Objection, form.
4   A.   At every IARC monograph meeting
5  about midweek there were presentations from
6  each of the working groups as to where they
7  are and where they think the decisions are
8  going.
9   Q.   Let me show you copies of some
10  handwritten notes that we received from
11  Dr. Matthew Ross from Mississippi State.
12   MR. LASKER:  And we will mark
13  this as next in line.  It's 15-12.
14   (Exhibit 15-12, handwritten notes
15  dated 3/6/15, marked for
16  identification, as of this date.)
17   Q.   Dr. Ross was a member of the
18  mechanism subgroup with you, correct?
19   MS. GREENWALD:  Objection, form.
20   A.   Dr. Ross was a member of the
21  mechanism subgroup.
22   Q.   Now, on the last page of these
23  notes, Dr. Ross has written some notes
24  about what was being said about glyphosate
25  at this meeting.  And --

Page 49

1   A.   Where is this?
2   Q.   This would be the last page, the
3  bottom half of the page.  Do you see
4  group 1, group 2, group 3, group 4, with
5  listings for glyphosate?
6   It's going to be the last page of
7  the document.
8   A.   Yes, I do see that.
9   Q.   And there are notes for
10  subgroup 1, which is for exposure data,
11  correct?
12   A.   Correct.
13   Q.   And there's a notation here,
14  "Detectable in water and food."
15   Do you recall that discussion?
16   MS. GREENWALD:  Objection, form.
17   A.   Not specifically.  But it is
18  normal.
19   Q.   And then there is a note for
20  subgroup 2 for human data, correct?
21   MS. GREENWALD:  Objection, form.
22   A.   There appears to be a note on
23  glyphosate in human data under group 2.
24   Q.   And Dr. Ross' notes indicate that
25  subgroup 2 stated that glyphosate was

Page 50

1  negative NHL, and then says, "Case control
2  glyph" with an arrow "NHL," and then a
3  notation, "AHS negative data," correct?
4       MS. GREENWALD: Objection, form.
5  A.   That's exactly what it says.
6  Q.   And "AHS" is referring to the
7  Agricultural Health Study, correct?
8       MS. GREENWALD: Objection, form.
9  A.   I can't presume that.
10  Q.   Do you recall whether there was
11  discussions at the Agricultural Health
12  Study during this working group meeting?
13  A.   Of course there were discussions
14  of the Agricultural Health Study during
15  this meeting.
16  Q.   With respect to group 3 --
17  subgroup 3, that is the animal subgroup,
18  correct?
19  A.   That is correct.  That's -- if
20  this note pertains to that, yes.
21  Q.   And Dr. Ross wrote down that the
22  animal subgroup said that the animal
23  carcinogenicity data for glyphosate was
24  limited to inadequate, correct?
25       MS. GREENWALD: Objection, form.

Page 51

1  A.   It -- he has written a note that
2  says, "Glyphosate - limited to inadequate."
3  Q.   "Limited" and "inadequate" are
4  both defined terms in the IARC preamble,
5  correct?
6  A.   For the animal data, yes.
7  Q.   Do you recall a presentation
8  during a plenary session in working
9  group 112 where the animal subgroup was
10  discussing the animal data for glyphosate
11  as being limited to inadequate?
12       MS. GREENWALD: Objection, form.
13  A.   I can't recall.
14  Q.   You don't recall one way or the
15  other?
16  A.   No.  This is a preliminary -- if
17  he is taking notes from the preliminary
18  meeting, it's just a preliminary meeting.
19  And so I have no clue as to -- I mean, it's
20  typical to have these discussions in
21  plenary midweek.
22  Q.   And just so the record is clear,
23  this would have been a presentation by the
24  animal subgroup after the period of time
25  that it had taken prior to the meeting to

Page 52

1  conduct their analysis and then after the
2  first few days of the subgroup meeting,
3  correct?
4       MS. GREENWALD: Objection, form.
5  A.   In a typical IARC monograph
6  meeting, midway through the week, the
7  animal group would have gone through each
8  of the papers together, discussed problems
9  with the paper, and were beginning to think
10  about where they would go with the call,
11  that is correct.
12  Q.   Do you recall yourself voicing
13  any objections to the animal group's
14  preliminary assessment of the glyphosate
15  data?
16  A.   At this point?
17  I might have -- I wouldn't have
18  voiced concern at their calling it
19  "limited."  But I might have voiced concern
20  at their interpretation of one or two of
21  the studies.
22  Q.   Let me show you another e-mail we
23  received from Dr. Ross.
24       (Exhibit 15-13, e-mail dated
25  March 11, 2015, marked for

Page 53

1  identification, as of this date.)
2  Q.   Dr. Portier, Exhibit 15-13 is an
3  e-mail from Ivan Rusyn initially to -- it
4  doesn't have a "To" line here but it is
5  discussing convening group 4 downstairs in
6  the first coffee break on March 9, 2015.
7       Do you recall attending a meeting
8  of group 4 -- March 9, just to refresh your
9  recollection, will be the second-to-last
10  day of the IARC working group meeting.
11       Do you recall attending a coffee
12  break meeting of the mechanism subgroup on
13  March 9, 2015?
14       MS. GREENWALD: Objection, form.
15  A.   There is no way I could recall a
16  small submeeting at an IARC monograph
17  meeting and whether I was in attendance or
18  not.
19  Q.   Do you recall discussions with
20  respect to whether or not glyphosate should
21  be classified as 2B or 2A under the IARC
22  classification scheme?
23  A.   Could you ask the question again?
24  I want to be clear I got that question
25  right.

Q.   Do you recall discussions during the working group meeting with members of group 4 as to whether or not glyphosate should be classified as 2B, possible carcinogen, or 2A, probable carcinogen?

A.   I was specifically not allowed to do that.

So the answer to that question is:  As an invited expert, I would have not encouraged in one way or the other on any of the -- any of the final listings, but I would have talked about the science and the interpretation of that science.

Q.   Would you have talked about whether or not the -- in your opinion, the mechanistic data was strong so as to allow -- and I recognize you wouldn't have continued in the next step -- but so as to allow under the preamble glyphosate to be moved from 2B to 2A?

MS. GREENWALD:  Objection to form.

A.   I specifically remember the discussions that group had relative to the strength of the evidence for mechanisms for

glyphosate, and I clearly remember keeping my mouth shut.  Because I was an invited specialist and that was my job.

Q.   Do you recall that as of March 9 -- so this would be three days after the notes we looked at from Dr. Ross -- the animal subgroup had -- was classifying the data -- the animal data as for glyphosate as limited?

MS. GREENWALD:  Objection, form.

A.   So IARC monographs are owned completely by the entire working group. And so the animal carcinogenicity working group would make a recommendation. However, the entire working group has to agree or conclude or concur with that recommendation.  Otherwise, it can change.

As you can see in this case, Ivan Rusyn had concerns about limited evidence in animals, but yes, up to March 9, it appears that the animal working group was going to recommend limited.

Q.   Just so I understand the process, the animal subgroup recommended that the animal data was limited, but the full

working group ultimately decided that the animal data was sufficient for glyphosate, is that correct?

MS. GREENWALD:  Objection, form.

A.   I can't be certain that's the way it actually worked.

Q.   You were at the meeting, do you recall that's how it worked?

A.   I don't recall.  I've seen cases where the entire working group has changed the recommendation in the plenary session before.  I can't remember.

Q.   Following the working group meeting, the working group's conclusions were published in an article in The Lancet, correct?

A.   Very brief summary, abstract more than anything else, yes.

Q.   Does IARC have an arrangement with The Lancet to publish abstracts of its meetings?

A.   Yes, they do.

Q.   This happens shortly after the meetings are concluded, correct?

A.   That is correct.

Q.   Just so I understand the process, this is not a peer-reviewed article that appears in The Lancet correct?

MS. GREENWALD:  Objection, form.

A.   I actually do not understand the way in which Lancet reviews this article. So I can't answer the question.

MR. LASKER:  Let me mark as next in line 15-14.

(Exhibit 15-14, e-mail dated March 13, 2015, marked for identification, as of this date.)

Q.   Here is an e-mail March 13, 2015 to you and other members of the working group from Kathryn Guyton asking for comments on the draft article that was to appear in Lancet about the working group 112 meeting, correct?

MS. GREENWALD:  Objection, form.

A.   This is an e-mail from Kathryn Guyton sending a draft of the document that will be going into Lancet Oncology and asking for these members of the working group to review it for clarity.

Q.   Do you recall if you reviewed the

Page 58

1  draft and provided any comments?
2     A.  I'm pretty certain I would have
3  read it.  I don't recall if I provided
4  comments.
5     Q.  You agree that your involvement
6  in the IARC working group on glyphosate had
7  the appearance of being a conflict of
8  interest, correct?
9         MS. GREENWALD:  Objection, form.
10        That's not his testimony.
11    A.  The fact is that IARC felt it was
12 a potential or a perceived conflict of
13 interest.  That is the fact.  My opinion
14 doesn't matter.
15    Q.  Well, my question though is about
16 your opinion.
17        You do agree that your
18 involvement in the IARC working group on
19 glyphosate has the appearance of being a
20 conflict of interest, correct?
21        MS. GREENWALD:  Objection.
22    A.  I'm having a tough time with the
23 question.  I've never really thought about
24 it.
25        Do I think I had a conflict of

Page 59

1  interest?  No.  But would others
2  potentially see it as a conflict of
3  interest?  Of course, yes.
4     Q.  So you do --
5     A.  Some others, not all others.
6  Some others.
7     Q.  So just to be clear, you do agree
8  that your participation in working group
9  112 on glyphosate has the appearance of
10 being a conflict of interest?
11        MS. GREENWALD:  Objection, form.
12    A.  As I said before, I agree with
13 the statement that some people would
14 perceive it as a conflict of interest.
15    Q.  A few months after IARC reached
16 its causation determination, the issue of
17 whether glyphosate can cause cancer was
18 considered by European regulators, correct?
19    A.  I am sorry, what was the first
20 part of that sentence?
21    Q.  Some months after IARC reached
22 its causation determination, the issue of
23 whether glyphosate can cause cancer was
24 considered by European regulators, correct?
25    A.  Specifically considered by the

Page 60

1  European Food Safety Authority.
2     Q.  You registered your company as a
3  lobbyist in Europe so you could lobby
4  against glyphosate reregistration, didn't
5  you?
6         MS. GREENWALD:  Objection, form.
7     A.  No, I did not.
8     Q.  Let's take this in steps.
9     A.  Sure.
10    Q.  You did lobby -- you did register
11 your company as a lobbyist in Europe,
12 correct?
13    A.  No, I did not.  At least as far
14 as they told me I did not.
15    Q.  Who is "they"?
16    A.  Go ahead and put it in and I'll
17 explain.
18        MR. LASKER:  This is
19 Exhibit 15-15.
20        (Exhibit 15-15, printout from
21 LobbyFacts, marked for identification,
22 as of this date.)
23    Q.  Dr. Portier, this is a document
24 put out by LobbyFacts EU, which notes that
25 your company, C. Portier Consultations, was

Page 61

1  at least thought to be registered, if not
2  registered, as a lobbyist in Europe in
3  connection with the reregistration decision
4  for glyphosate, correct?
5         MS. GREENWALD:  Objection, form.
6     A.  I -- there are so many parts to
7  that, I have no idea.
8         Would you like me to tell you
9  what this is?
10    Q.  Let me first go through the
11 document.
12        On the second page of the
13 document, it talks about a C. Portier
14 Consultations registration on EU
15 transparency register, and the issue was
16 registration of the pesticide glyphosate,
17 correct?
18    A.  It says something like that.

23    Q.  And at least according to this
24 source, your company was registered in
25 Europe to consult on a reregistration of

1  the pesticide glyphosate, correct?
2        MS. GREENWALD:  Objection, form.
3      A.   That is not my understanding.
4      Q.   What is your understanding?
5      A.   We were asked by the commissioner
6  of health -- four of the scientists who
7  participated in a -- who were coauthors of
8  a letter sent to the commissioner
9  concerning the quality of the review done
10  on glyphosate by the European Food Safety
11  Authority.
12        The commissioners' staff told us
13  that we could not -- we would have to
14  register to come in and talk to the
15  commissioner because everybody has to
16  register.  They gave us a particular space
17  to fill it in on the EC website.
18        I went to that spot, I filled
19  this in as they asked me to fill it in,
20  since I had to come up with a title for the
21  company, or -- because the thing wouldn't
22  take nothing in that spot, I called it C.
23  Portier Consultations, for lack of a better
24  term.
25        The day after I entered this, the

1  staffer called back and said, I have this
2  all wrong.  I'm sorry.  You can come see
3  the commissioner because all you want to
4  talk about is scientific issues.  You're
5  not lobbying on behalf of a company.
6  You're all academics.  You don't have to do
7  this, but I had already done it.
8      Q.   Just so I understand, you were
9  told by the staff European -- a staffer on
10  the European Commission --
11      A.   Yes.
12      Q.   -- that you didn't have to
13  register because you were not presenting
14  your views on behalf of any private entity,
15  is that correct?
16        MS. GREENWALD:  Objection, form.
17      A.   They -- they told us we were not
18  lobbyists and this list was for lobbyists,
19  and therefore, we did not need to register.
20  That was the crux of the conversation.
21      Q.   The reason you didn't have to
22  register is because you were not providing
23  information -- or you were not talking to
24  the European regulators on behalf of any
25  private -- other private entity, correct?

1        MS. GREENWALD:  Objection, form.
2      A.   I don't exactly know how to
3  answer that question because I don't know
4  what their rules specifically are.  All I
5  did was respond to what the staffer told me
6  I had to do.
7      Q.   In any event, after this
8  discussion, you then did appear and speak
9  with European Parliament, European
10  regulators, about glyphosate, correct?
11      A.   That's too complicated a question
12  for me to answer.
13        I met with very specific people.
14  The head of the -- the health commissioner
15  for European Commission and several of his
16  staff members.  I think one of them was a
17  regulator but I can't be absolutely
18  certain.
19        There was interaction on my part
20  with EU parliamentary members and there was
21  interaction on my part with other members
22  of parliament and conferences at various
23  other national authorities.
24      Q.   On early November of 2015, you
25  reached out to other members of the IARC

1  working group to help you in your
2  discussions with the European regulators,
3  correct?
4        MS. GREENWALD:  Objection, form.
5      A.   At some point before that letter
6  went out, I asked other scientists to --
7  who were interested to join me in writing
8  the letter.
9        MR. LASKER:  Let's mark this as
10  Exhibit 15-16.
11        (Exhibit 15-16, e-mail chain
12  dated 11/9/2015, marked for
13  identification, as of this date.)
14      Q.   Exhibit 15-16 at the bottom of
15  the first e-mail in the chain is an e-mail
16  that you sent to a number of other
17  scientists dated November 9, 2015 regarding
18  the EFSA review of glyphosate, correct?
19      A.   That appears to be what it is.
20        MS. GREENWALD:  Eric, the Bates
21  is cut off the bottom.  Do you know
22  what it is?  It doesn't appear on this
23  document.
24        MR. LASKER:  I don't.  We will
25  get that for you.  I don't have it.

1      MS. GREENWALD:  Thank you.
2      Q.   In this e-mail, you were telling
3  these other scientists that the European
4  Food Safety Agency was going to conclude
5  that glyphosate has no carcinogenic
6  potential, correct?
7      A.   I believe I read that, yes.
8      Q.   And you were telling these
9  individuals that this created two problems
10  in your view:  That it might weaken the
11  IARC monograph program, and suggest that
12  the IARC working group did not adequately
13  review all of the data, correct?
14      MS. GREENWALD:  Objection, form.
15      A.   No.
16      Q.   You stated and quoted
17  specifically then, that EFSA's
18  determination that glyphosate had no
19  carcinogenic potential created two
20  problems:  One that it weakens the strength
21  of the IARC monograph program to stimulate
22  change in how some of these agents are
23  reviewed and addressed.
24          And the second is that it
25  suggests we did not do our assessment

1  adequately and that had we seen all the
2  data they saw, they would have gotten -- we
3  would have gotten a different answer,
4  correct?
5      MS. GREENWALD:  Objection, form.
6      That wasn't what he testified.
7      A.   No, it was not read exactly, but
8  the point of my saying "no" before is you
9  said I said it would weaken the IARC
10  monograph program.
11      That's not what this says.  It
12  says it weakens the strength of the IARC
13  monograph program to stimulate change.
14  That's not weakening the program.
15      Q.   And then the second concern that
16  you had is that it would suggest that the
17  work that we did -- and by "we," you are
18  talking about working group 112, correct?
19      A.   Yes, I guess so.
20      Q.   That if we did not do our
21  assessment adequately, and if we had seen
22  all the data, we would have gotten a
23  different answer, correct?
24      A.   In fact, this suggestion was all
25  over, from EFSA, from PF4, from others as

1  well.
2      Q.   You state in your e-mail to these
3  scientists, "I do not intend to let this
4  happen."  Correct?
5      A.   I do not intend to let the
6  strength of the IARC monograph program to
7  stimulate change in how these agents are
8  reviewed happen, and I do not intend to let
9  it happen that people said we did our
10  estimate wrong.
11      Q.   On November 11, 2015, you sent a
12  follow-up e-mail to a broader group of
13  recipients, again raising the same concern
14  about the EFSA's conclusion that glyphosate
15  does not cause cancer, correct?
16      MS. GREENWALD:  Objection, form.
17      (Exhibit 15-17, e-mail chain
18  dated November 11, 2005, marked for
19  identification, as of this date.)
20      A.   OK, what is your question now?
21      Q.   On November 11, you sent a
22  follow-up e-mail to a broader group of
23  recipients, again raising concerns about
24  EFSA's conclusion that glyphosate did not
25  cause cancer, correct?

1      MS. GREENWALD:  Objection to
2  form.
3      A.   That would be incorrect.
4      I raised concerns about
5  scientific flaws in the BFR addendum.  I am
6  concerned that the serious flaws of the BFR
7  addendum, if not challenged, can continue
8  to be used by regulatory agencies to
9  dismiss critical science pertinent to
10  regulatory decisions.
11      Q.   You are asking this broader group
12  of scientists to join you in a letter to be
13  sent to the European regulators about
14  glyphosate, correct?
15      A.   That is correct.
16      MR. LASKER:  Why don't we take a
17  break?
18      MS. GREENWALD:  That's up to you.
19  Yeah, OK.
20      THE VIDEOGRAPHER:  The time is
21  10:19 a.m.  We're off the record.
22      (Recess.)
23      THE VIDEOGRAPHER:  The time is
24  10:34 a.m.  We are on the record.
25

1    BY MR. LASKER:
2        Q.   Dr. Portier, before the break, we
3    were talking about some e-mails that you
4    had sent to some scientists in November of
5    2015.
6            Do you recall that?
7        A.   Are you -- you're talking about
8    document 15-17?
9        Q.   Yes.  And 15-16.
10       A.   Could you read the question
11   again -- restate the question.
12       Q.   All I asked is we were talking
13   about e-mails that you had sent to
14   scientists --
15       A.   We were talking about these two
16   documents.
17       Q.   -- in November 2015.
18       A.   We were talking about these two
19   documents, correct.
20       Q.   As of the time you sent these
21   e-mails, you had been signed on as an
22   expert consultant for plaintiffs' counsel
23   in this litigation for more than seven
24   months, correct?
25           MS. GREENWALD:  Objection, form.

1        A.   I can't be certain of the exact
2    amount of time.
3            MR. LASKER:  Let's mark as the
4    next document in line, which is 15-18.
5            (Exhibit 15-18, letter dated
6    March 29, 2015, marked for
7    identification, as of this date.)
8        Q.   Dr. Portier, these are documents
9    that you produced to us in response to our
10   requests -- document requests for this
11   deposition.
12           And as set forth in this cover
13   letter, or this first letter, you signed an
14   engagement letter signing up as an expert
15   consultant with plaintiffs' counsel in this
16   litigation on March 29, 2015, correct?
17       A.   That is correct.
18       Q.   So that would be more than seven
19   months before?
20       A.   I just wasn't sure of the dates.
21   I'm sorry.
22       Q.   So this is about seven months or
23   so before you sent those e-mails out that
24   we were just looking at, correct?
25       A.   Probably, yeah.

1        Q.   You did not disclose in your
2    e-mail to these other scientists asking you
3    to join you in this letter the fact that
4    you were a paid consultant for plaintiffs'
5    counsel in this litigation, did you?
6            MS. GREENWALD:  Objection, form.
7        A.   The draft document has a -- what
8    is it at the end -- the manuscript has a
9    thing at the end that says if anybody has
10   any conflicts of interest, and that was
11   already, as far as I remember, in the
12   draft.
13           But the letter itself does not
14   disclose that.
15       Q.   Well, let's take this one step at
16   a time.
17           The e-mail that you sent to these
18   other scientists -- or the two e-mails you
19   sent to these other scientists asking them
20   to join you in this letter does not
21   disclose the fact that you had been working
22   as a paid consultant for plaintiffs'
23   counsel in the litigation, correct?
24       A.   The e-mail had an attachment.
25   The attachment was the draft of the letter.

1    I believe the attachment had the conflict
2    of interest to it on the draft, but I'm not
3    certain.
4        Q.   Let's look at the letter that you
5    actually sent.
6            MR. LASKER:  We will mark this as
7    Exhibit 15-19.
8            (Exhibit 15-19, letter dated
9    November 27, 2015, marked for
10   identification, as of this date.)
11       Q.   This is the letter that was
12   ultimately sent -- the open letter that was
13   sent by you and the individuals you had
14   asked to join you to
15   Commissioner Andriukaitis, European
16   Commission?
17       A.   Yes.
18       Q.   This November 27, 2015 letter
19   also does not disclose the fact that you
20   had signed on as a paid consultant with
21   plaintiffs' counsel in this litigation,
22   correct?
23       A.   That appears to be the case.
24       Q.   So neither the e-mails that you
25   sent to these other scientists asking you

1  to join you in the letter to the European
2  regulators or the letter you actually sent
3  to the European regulators in November of
4  2015, disclosed the fact that you had been
5  working with plaintiffs' counsel in this
6  litigation for over seven months, correct?
7      MS. GREENWALD:  Objection to
8  form.
9      A.   That is a complicated question.
10  Could you simplify it for me.
11      Q.   We will take it in parts.
12      The two e-mails that you sent in
13  November of 2015 to the scientists asking
14  you to join you in this letter to the
15  European regulators regarding glyphosate
16  does not disclose the fact that you had
17  been working as a private consultant for
18  plaintiffs' counsel in this litigation,
19  correct?
20      MS. GREENWALD:  Objection, form.
21      A.   Letter 15-17 and 15-16 do not say
22  that I'm consulting with these law firms.
23      Q.   And the open letter that you sent
24  to the European Commission on November 27,
25  2015, also does not disclose the fact that

1  you had been working for over seven months
2  as a paid consultant for plaintiffs'
3  counsel in this litigation, correct?
4      A.   That is correct.
5      Q.   You signed on as a private
6  consultant for plaintiffs' counsel nine
7  days -- within nine days of the publication
8  of The Lancet article announcing IARC's 2A
9  classification of glyphosate, correct?
10      A.   Where is the date of that again?
11      Q.   We can show that to you.
12      A.   Here it is, March 29 of 2015.
13      That appears to be the case.
14      Q.   When did you first speak with
15  plaintiffs' counsel about working with them
16  as an expert in this litigation?
17      A.   March 20 -- soon -- before March
18  29.
19      I was already working with
20  counsel --
21      Q.   OK, so when were you --
22      A.   -- on something different.
23      Q.   So when did you -- let's ask
24  that.
25      So this is with Mr. Lundy?

1      A.   I don't know to what degree my
2  discussions with them become confidential,
3  so I'm at a loss here.
4      Q.   I'm not going to ask you about
5  the actual substance of the conversations,
6  although that's a separate issue, not a
7  privilege issue, but my question right now
8  is dates.
9      When did you --
10      A.   So that was with Mr. Lundy, in
11  answer to your question.
12      Q.   And you had been working with
13  Mr. Lundy on other matters prior to March
14  2015, is that correct?
15      A.   As far as I recall, yes.
16      Q.   Were you -- for those other
17  matters, have you been disclosed as a
18  testifying expert in connection with those?
19      A.   I'm not a testifying expert in
20  those.
21      Q.   Do you know if your involvement
22  in that litigation has been publicly
23  disclosed?
24      A.   That I do not know.
25      Q.   How long prior to March 2015 had

1  you been working with Mr. Lundy?
2      A.   I don't know.  Maybe two months.
3      Q.   When do you recall -- and
4  obviously, it's going to be sometime --
5  would it be fair to say sometime between
6  March 20, when the IARC classification was
7  announced, and March 29, when you had a
8  conversation with Mr. Lundy about working
9  as an expert in the glyphosate litigation?
10      MS. GREENWALD:  Objection to
11  form.
12      A.   The answer is that's not correct.
13      Q.   When did you have your first
14  conversation with Mr. Lundy about working
15  as an expert for plaintiffs in glyphosate
16  litigation?
17      A.   Sometime prior to this agreement
18  here.  Maybe a few days.  I have no idea.
19      But the IARC monograph finding
20  was announced the day the monograph closed.
21  The publication was later.
22      Q.   Do you recall whether you had
23  your first conversation with Mr. Lundy
24  before or after The Lancet article was
25  published?

1     A.   No.
2     Q.   It could have been before, could
3  have been after, you don't recall?
4     A.   Don't recall.
5     Q.   Is the other matter that you are
6  working with or -- with Mr. Lundy related
7  to a -- and you don't have to identify the
8  substance, but a substance that has been
9  part of an IARC review for carcinogenistic?
10     A.   There have been many substances
11  for review by IARC for carcinogenicity,
12  this one included.
13     Q.   So the other work you're doing
14  for Mr. Lundy also involves an
15  IARC-reviewed substance, is that correct?
16     A.   That is correct.
17     Q.   You had -- in your retention
18  agreement on March 29, 2015, it notes that
19  you will be working both with Mr. Lundy and
20  with Ms. Greenwald for Weitz & Luxenberg,
21  correct?
22          And her name is specifically
23  mentioned on I think page 3 of the
24  agreement.
25     A.   Yes.

1     Q.   Have you worked with
2  Ms. Greenwald or her firm prior to this
3  time?
4     A.   No.
5     Q.   Just one other question with
6  respect to the other consulting work with
7  Mr. Lundy.
8          The other matter, is that -- does
9  that involve a substance for which you had
10  served on the IARC working group?
11     A.   Define "substance"?
12     Q.   The issue that you're consulting
13  with them -- the other issue that you are
14  consulting with, does that involve
15  exposures that were reviewed by IARC on a
16  working group that you were part of?
17     A.   Yes.
18     Q.   So pursuant to the terms of your
19  agreement with your March 29, 2015 letter,
20  your engagement with plaintiffs' counsel
21  began on March 29, 2015 and has continued
22  through to the present, correct?
23     A.   Yes.
24     Q.   You were paid a $5,000 retainer
25  by plaintiffs' counsel on or about March

1  29, 2015, correct?
2     A.   Correct.
3     Q.   You agreed in March 29 -- and
4  this is on page 3 of your engagement
5  letter -- to work under the exclusive
6  direction of three attorneys at the Lundy
7  Lundy law firm, and Robin Greenwald of
8  Weitz & Luxenberg, correct?
9          MS. GREENWALD:  Objection, form.
10     Q.   That's No. 6.
11          MS. GREENWALD:  Objection.
12     A.   No. 6 says I will be working
13  under the exclusive direction of Hunter
14  Lundy, Matthew Lundy and Kristie Hightower
15  with Lundy, Lundy, Soileau & South, and
16  Robin Greenwald with Weitz & Luxenberg.
17     Q.   You agreed on March 29, 2015 --
18  and this is No. 7 on -- numeral 7 on page
19  3 -- that any and all work product created
20  by you or on your behalf in whole or in
21  part during the course of this engagement
22  authorized by these attorneys shall be
23  considered a work for hire and the property
24  of the firms, correct?
25     A.   That is correct.

1     Q.   You agreed on March 29, 2015,
2  in -- on page 3, numeral 4, that you would
3  not do any other work related to glyphosate
4  outside the specifics of the litigation
5  without the written consent of the
6  plaintiffs' attorneys, correct?
7     A.   It says, "I will not accept any
8  RoundUp or glyphosate-related engagement
9  with any law firm that is party to RoundUp
10  and/or glyphosate-related litigation
11  without their written consent."
12     Q.   You also agreed on March 29,
13  2015 -- and this is on page 2 -- that you
14  would not disclose your work for
15  plaintiffs' counsel to media organizations,
16  trade journals, professional publications,
17  members of the public or other purported
18  experts, correct?
19          MS. GREENWALD:  Objection, form.
20     Q.   That's No. 3.
21          MS. GREENWALD:  Same objection.
22     A.   No. 3, sorry.
23          Now, your question again, please.
24     Q.   You agreed on March 29, 2015,
25  that you would not disclose your work for

Page 82

1   plaintiffs' counsel to media organizations,
2   trade journals, professional publications,
3   members of the public or other purported
4   experts, correct?
5       A.   Correct.
6       Q.   You agreed to retain the
7   plaintiffs' lawyers to represent you if
8   anyone sought to compel you to disclose
9   this information, correct?
10      A.   I believe that's what part C
11  says.
12      Q.   And you began billing plaintiffs'
13  counsel for your time as of -- and this is
14  the first invoice attached -- June 17,
15  2015, correct?
16      A.   Yes.
17      Q.   You had a meeting on June 17,
18  2015 with Mr. Lundy, and then a second
19  meeting with Mr. Lundy and Ms. Greenwald on
20  June 19, 2015, correct?
21      A.   That is correct.
22      Q.   On October 19, 2015, you sent
23  plaintiffs' counsel an invoice for your
24  work on their behalf from June of 2015 to
25  October of 2015, correct?

Page 83

1       A.   Yes.
2       Q.   And you have been working as a
3   paid consultant for plaintiffs' counsel
4   throughout the entire time that you have
5   had discussions with regulators in the
6   United States and in Europe about
7   glyphosate, correct?
8           MS. GREENWALD:  Objection, form.
9       A.   Again, I have to get that
10  question in my head here.
11          Since March 29, 2015, I have been
12  working with counsel.
13      Q.   So during the entire period of
14  time in which you have had conversations
15  with U.S. regulators and European
16  regulators about glyphosate, you have been
17  a retained expert for plaintiffs' counsel
18  in this litigation, correct?
19          MS. GREENWALD:  Objection, form.
20      A.   The e-mails, discussions and
21  everything else that I sent to the
22  regulators is not part of the work I have
23  done for this law firm.
24      Q.   That was not my question.
25      A.   OK, what was your question again.

Page 84

1       Q.   During the entire period of time
2   in which you have had conversations with
3   U.S. and European regulators about
4   glyphosate, you have been a paid consultant
5   for plaintiffs' counsel in this litigation,
6   correct?
7           MS. GREENWALD:  Objection, form.
8       A.   Yes.
9       Q.   Now, you attached to your expert
10  report some submissions that you have made
11  to European regulators and to the EPA in
12  the United States in opposition to the
13  decisions or findings by those agencies
14  that glyphosate does not cause cancer,
15  correct?
16      A.   The -- if I remember the letters
17  correctly, they are raising scientific
18  concerns about the way in which these
19  particular agencies reviewed the evidence
20  for glyphosate and cancer.
21      Q.   These submissions that you have
22  made to the regulators contain much of the
23  same scientific analyses that you have
24  included in your expert report in this
25  litigation in support of the plaintiffs,

Page 85

1   correct?
2           MS. GREENWALD:  Objection, form.
3       A.   I -- it's not correct.
4       Q.   So is it -- let me ask this:  In
5   your submissions to the European regulators
6   and U.S. regulators, you represented pooled
7   analyses of animal cancer bioassays,
8   correct?
9       A.   Yes, correct.
10      Q.   And you present those same pooled
11  analyses in your expert report in this
12  litigation, correct?
13          MS. GREENWALD:  Objection, form.
14      A.   No, not correct.
15      Q.   You have revised them over the
16  course of time, correct?
17          MS. GREENWALD:  Objection, form.
18      A.   I have revised the way in which I
19  do the pools analyses over time.
20      Q.   And you have submitted different
21  pooled analyses to the regulators over
22  time, correct?
23      A.   That is correct.
24      Q.   And you have submitted pooled
25  analyses also in your expert report,

Page 86

1  correct?
2      A.   That is correct.
3      Q.   And some of the pooled analyses
4  in your expert report you are continuing to
5  use in your submissions to the regulators,
6  correct?
7          MS. GREENWALD:  Objection to
8  form.
9      A.   That isn't correct.
10     Q.   You have not presented any of the
11 information from your -- any of your
12 analyses in the expert report to
13 regulators?
14     A.   You're proposing a sequence of
15 events that is not correct.
16     Q.   Not my question.
17     A.   I know it's not your question,
18 but the answer to the question has to do
19 with the sequence of the events.
20         Pooled analyses were done for my
21 letters to the regulators and others with
22 these data.
23         That was done prior to any expert
24 report I prepared for this litigation.
25     Q.   But both those pooled analyses

Page 87

1  were conducted after you had been retained
2  as a private expert for plaintiffs' counsel
3  in this litigation, correct?
4          MS. GREENWALD:  Objection, form.
5      A.   What was the term you used for
6  there?
7      Q.   Your pooled analyses that you
8  submitted to the U.S. and European
9  regulators were prepared after the time
10 that you signed on as a paid expert for
11 plaintiffs' counsel in this litigation,
12 correct?
13         MS. GREENWALD:  Objection, form.
14     A.   A paid consultant and/or expert,
15 yes.
16     Q.   The submissions that you made --
17 strike that.
18         In your submissions to these
19 regulators, the letters that you submitted,
20 you do not disclose your relationship with
21 plaintiffs' counsel as an expert in private
22 litigation against Monsanto, do you?
23         MS. GREENWALD:  Objection, form.
24     A.   I do not recall in my letters to
25 EPA whether I did such a thing.  I can't

Page 88

1  answer that part of it.
2          Clearly in the letter you have
3  given me, that was not in there.
4      Q.   The letter I gave you was the
5  European regulators, correct?
6      A.   The first letter I sent.
7          MR. LASKER:  Let's mark as
8  Exhibit 15-20.
9          (Exhibit 15-20, attachment to the
10 expert report, marked for
11 identification, as of this date.)
12     Q.   And this was one of the
13 attachments to your expert report in this
14 litigation and a submission that you made
15 to the EPA on October 4, 2016.
16     A.   OK.
17     Q.   You begin your submission to EPA
18 in October of 2016 with a disclaimer,
19 correct?
20     A.   This work was done with my own
21 research and on my own time.  Yes.
22     Q.   And you state -- you told the
23 EPA, and anyone else who was looking at
24 your submissions, that you had, quote,
25 received no reimbursement for any of these

Page 89

1  comments, correct?
2      A.   That's correct.
3      Q.   And during this same time period,
4  you were publicly proclaiming that, quote,
5  nobody has paid me a cent to do what I am
6  doing with glyphosate.  I have no conflict
7  whatsoever, correct?
8          MS. GREENWALD:  Objection, that
9  is not what this says.
10     Q.   Let's look at this document.
11         MR. LASKER:  We will mark this
12 15-21.
13         (Exhibit 15-21, document
14 entitled, "Oh Brother, CropLife
15 Questions, Makeup of Glyphosate Panel,"
16 marked for identification, as of this
17 date.)
18     Q.   Dr. Portier, this is an article
19 dated October 12, 2016, entitled, "Oh
20 Brother, CropLife Questions, Makeup of
21 Glyphosate Panel."
22         Do you see that?
23     A.   Yes, I do.
24     Q.   This is discussing the EPA's
25 evaluation of glyphosate, correct?

1      MS. GREENWALD:  Objection, form.
2      A.   This is an article by Steve
3  Davies discussing CropLife questioning the
4  makeup of the glyphosate panel.
5      Q.   On the second page of this
6  document, at the bottom of the page, there
7  is an -- you have been interviewed and
8  there's some various statements you have
9  made regarding glyphosate, correct, in the
10  panel?
11      A.   I'm sorry?
12      Q.   At the bottom of the second page,
13  there is various discussions, comments that
14  you have made to the reporter in connection
15  with this article, correct?
16      MS. GREENWALD:  Objection, form.
17      A.   This pertains to the work I did
18  part time for the Environmental Defense
19  Fund, and it's conceivable the reporter got
20  this quote out of context.
21      So I can't -- I can't tell you
22  whether certainly I got it or not.  I've
23  been misquoted many times.
24      Q.   The quote in this article that is
25  attributed to you in October of 2016 is,

1  "Nobody has paid me a cent to do what I am
2  doing with glyphosate," and "I have no
3  conflict of interest whatsoever," on the
4  bottom of the page.
5      Do you see that?
6      MS. GREENWALD:  Objection, form.
7      A.   That -- those two sentences are
8  on the bottom of the page.
9      Q.   Did you ever have any follow-up
10  discussion with this reporter telling him
11  you misquoted me?
12      A.   I have no problem -- probably
13  not.  I'd never do that.
14      Q.   Prior to your submissions to EPA
15  in October of 2016, you had, of course, in
16  fact, been paid by plaintiffs' counsel to
17  assist them in the glyphosate litigation
18  against Monsanto, correct?
19      A.   Prior to my submissions to EPA in
20  October of 2015 -- yes.
21      Q.   And as of October 2016, when you
22  were quoted in this article as telling the
23  world that you had no conflict whatsoever,
24  you, in fact, had been consulting with
25  plaintiffs' counsel in this litigation for

1  more than 18 months, correct?
2      MS. GREENWALD:  Objection,
3  assumes facts not in evidence and form.
4      Q.   You can answer.
5      MS. GREENWALD:  You can answer.
6  I have my objection on the record.
7      A.   Repeat the question now.
8      Q.   As of October '16 -- October
9  2016, when you were quoted in this article
10  as stating that you had no conflicts
11  whatsoever, you had, in fact, been
12  consulting with plaintiffs' counsel in the
13  glyphosate litigation against Monsanto for
14  more than 18 months, correct?
15      MS. GREENWALD:  Objection.  Same
16  objection as before.
17      A.   At the time this quote in this
18  article is written, I was working with
19  counsel, yes.
20      Q.   And had been working with them
21  for more than 18 month, correct?
22      MS. GREENWALD:  Same objection.
23      A.   That is correct.
24      Q.   And when you were quoted in this
25  article as saying nobody had paid you a

1  cent for what you are doing with
2  glyphosate, you had by that time sent
3  plaintiffs' counsel three separate invoices
4  for your glyphosate work in litigation
5  against Monsanto, correct?
6      MS. GREENWALD:  Objection, form.
7      A.   The work being referred to here
8  was the analyses and evaluations and
9  reading of the regulatory documents, for
10  which nobody paid me.
11      Q.   So it is your testimony that
12  plaintiffs' counsel did not pay you to
13  review the regulatory documents?
14      A.   They were paying me to provide
15  them with advice and consulting.  Until
16  they decided that I would be an expert
17  witness, there was nothing they were
18  requiring me to read or review except an
19  occasional paper they would send me.
20      Q.   Let me ask you to look at
21  Exhibit 15-18.  It is the retention
22  agreement and attached exhibits.
23      A.   Yes.
24      Q.   And if you look at page 7 of this
25  document, it's the invoice dated June 30,

1  2016, correct?
2      A.   Page 7?
3          June 30, 2016, there is here June
4  30, 2016.
5      Q.   And this invoice is four months
6  before you submitted -- had your submission
7  to the EPA, correct?
8      A.   Yes.
9      Q.   And in this invoice, you are
10  charging -- or you're billing plaintiffs'
11  counsel for your work in reading and
12  evaluating the EPA's glyphosate documents,
13  correct?
14      A.   That's what it says.  I stand
15  corrected from my previous statement.
16      Q.   So plaintiffs' counsel had paid
17  you to evaluate EPA's glyphosate document,
18  correct?
19      A.   That's what it appears to say.
20      Q.   And after being paid by
21  plaintiffs' counsel to evaluate the EPA
22  document, you then made submissions to EPA,
23  correct?
24      A.   But not the evaluation I made for
25  plaintiffs' counsel.

1      Q.   Dr. Portier, let me just ask the
2  question again.
3          Four months after being paid by
4  plaintiffs' counsel to evaluate the EPA's
5  glyphosate document --
6      A.   I submitted --
7      Q.   -- you made submissions to EPA
8  regarding your evaluation of their
9  assessment, correct?
10          MS. GREENWALD:  Objection, form.
11      A.   Four months after -- I provided
12  an evaluation of EPA's assessment to them,
13  correct.
14      Q.   As of -- just to go back to the
15  question that was pending, as of October of
16  2016, when you were quoted in this article
17  as stating that nobody had paid you a cent
18  for what you were doing with glyphosate,
19  you had by that time submitted three
20  separate invoices to plaintiffs' counsel
21  billing them for your work on glyphosate,
22  correct?
23          MS. GREENWALD:  Objection, form.
24      A.   The quote that was in that
25  newspaper article that says what you said

1  it said happened four months, I guess, or
2  so after my being paid by plaintiffs'
3  counsel to evaluate the EPA risk
4  assessment, that is correct.
5      Q.   And by that time, you had, in
6  fact, sent three separate invoices to
7  plaintiffs' counsel for your work in the
8  glyphosate litigation, correct?
9          MS. GREENWALD:  Objection, form.
10      A.   By what time again?
11      Q.   October of 2016?
12      A.   October 2016.
13          Yes, I had sent three invoices.
14      Q.   As of June 2017, which is the
15  last invoice we have, you have billed
16  plaintiffs' counsel somewhere over $160,000
17  for your work in preparing your analyses of
18  glyphosate, correct?
19          MS. GREENWALD:  Objection, form.
20      A.   I -- I have no idea what the
21  total is, but maybe.  It's a substantial
22  amount of money.
23      Q.   And since -- the last invoice we
24  have is dated, as I said, I guess it's June
25  18, 2017, through the time -- through June

1  13, 2017, and then we have a -- one invoice
2  for an airplane ticket.
3          You have continued to do work on
4  this litigation subsequent to June 13,
5  2017, correct?
6          You prepared your rebuttal
7  report?
8      A.   I've done work since then, that
9  is correct.
10      Q.   And I take it you have not yet
11  billed plaintiffs' counsel for that
12  additional work?
13      A.   Is that privileged?
14      Q.   No.
15      A.   No?
16          No, I have not.
17      Q.   Do you have an approximate amount
18  of time outstanding for your bill for
19  plaintiffs' counsel?
20      A.   Approximate?
21          No.  I mean, I have an exact
22  somewhere.
23      Q.   Have you done more than 20 hours
24  of work on your rebuttal report?
25      A.   Yeah.

1    Q.    Have you done more than 40 hours
2    of work on your rebuttal report?
3    A.    Maybe not.
4    Q.    So we have somewhere on the order
5    of another $15,000 maybe, or is it more?
6        You don't know?
7    A.    I don't know.  I don't really pay
8    much attention to it.
9    Q.    Pursuant to the expressed terms
10   of your engagement letter with plaintiffs'
11   counsel, the work that you did and that you
12   were paid for in evaluating the EPA
13   assessment of glyphosate is "work for hire
14   and the property of the plaintiffs' law
15   firms," correct?
16       MS. GREENWALD:  Objection to
17       form.
18   A.    Let me be clear:  I think there
19   is a mistake here -- and this is my
20   mistake, I should have pointed it out
21   earlier -- this is a different EPA
22   glyphosate document than the one that I was
23   complaining about in October.  This is a
24   different document.
25       This was a single, two-page

1    release from the Clark subgroup of EPA
2    about glyphosate that appeared, I think, in
3    March or June or April of 2016, whereas the
4    comments made later that year were on EPA's
5    draft risk assessment.
6    Q.    Let's go back to the June 30,
7    2016 e-mail.
8        You said this was reviewing a
9    two-page document?
10   A.    June 30 --
11   Q.    2016 invoice.
12   A.    It's a two- or three-page
13   technical document, yes.
14   Q.    You have billed plaintiffs'
15   counsel for 19 hours in reviewing that
16   document, is that correct?
17   A.    Yes.
18   Q.    So you spent 19 hours reviewing a
19   two-page document?
20       MS. GREENWALD:  Objection to
21       form.
22   A.    If you have the document, we can
23   look at that time, but it is a very
24   technical document.  It requires that you
25   go back and look at the animal experiment,

1    experimental evidence.  It required me
2    going back to look at the epidemiology
3    experimental evidence.  It takes time to
4    give a good scientific response.
5    Q.    So in connection with this work
6    and evaluating the EPA glyphosate document,
7    you spent 19 hours with -- doing an
8    extensive dive into the glyphosate science,
9    is that your testimony?
10       MS. GREENWALD:  Objection to
11       form.
12   A.    It's one memo.  I spent 19 hours
13   researching it.
14   Q.    And pursuant to the terms of your
15   engagement letter, this 19 hours you spent
16   in evaluating glyphosate and evaluating the
17   EPA, this EPA assessment was work for hire
18   and the property of plaintiffs' law firm,
19   correct?
20       MS. GREENWALD:  Objection, form.
21   A.    I lost you on that question.
22   Q.    Let's go back to the engagement
23   letter, the beginning of this document, and
24   on page 3, numeral 7, it says, any and all
25   work product created by you or on your

1    behalf in whole or in part during the
2    course of this engagement authorized by
3    this committee shall be considered a work
4    for hire and the property of the
5    plaintiffs' law firms, correct?
6    A.    This speaks of work product.  It
7    doesn't speak of knowledge gained.
8    Q.    Is the work that you were paid
9    for in evaluating EPA assessment of the 19
10   hours --
11   A.    That wasn't the EPA assessment.
12   It was a memo.
13   Q.    In evaluating, as you say in your
14   invoice, the EPA glyphosate document, that
15   is work for hire and intellectual property
16   of the plaintiff law firm, correct?
17       MS. GREENWALD:  Objection.
18       That's not his testimony.  He
19       asked and answered it.
20   A.    No.  The work product from that
21   would be the property of the law firm.
22   Q.    Is it your testimony that the 19
23   hours that you spent in assessing the
24   scientific data in connection with this EPA
25   document did not play any role whatsoever

1  in the submissions or the analyses that you
2  presented in your submissions to EPA and to
3  the European regulators?
4          MS. GREENWALD:  Objection, form.
5      A.   Intellectual knowledge gained in
6  any endeavor can obviously carry over into
7  the next endeavor.  I can't possibly give
8  you a "no" answer to such a question.
9          The work product from that
10  evaluation is the property of this firm and
11  it was subsequently given to them.
12      Q.   And the work product that your
13  evaluation, for which you were paid by
14  plaintiffs' law firm in or about June 2016,
15  that work also folded -- was folded into
16  the submissions that you provided to the
17  EPA and to the European regulators,
18  correct?
19          MS. GREENWALD:  Objection, form.
20      A.   No.
21      Q.   Is it your testimony that you did
22  not make use of any of the 19 hours of
23  evaluation that you conducted and were paid
24  for by plaintiffs' law firms in preparing
25  your submissions to the EPA and to the

1  European regulators?
2          MS. GREENWALD:  Objection, form.
3  Asked and answered.
4      A.   As I said before, intellectual
5  gains from reading documents play a role in
6  anything I ever write or do in the future.
7  Hence, I cannot say "no" to that question.
8      Q.   But in your submission to the
9  EPA, when you submitted your analysis, you
10  did not disclose the fact that you had been
11  paid by plaintiffs' counsel to review the
12  scientific data on glyphosate, correct?
13          MS. GREENWALD:  Objection, form.
14      A.   The document I submitted to EPA
15  about the scientific failures in their
16  evaluation of the scientific evidence for
17  glyphosate did not disclose that I worked
18  for plaintiffs' law firm.
19      Q.   You have been -- you have had a
20  number of conversations with individual EPA
21  officials behind the scenes about
22  glyphosate, correct?
23          MS. GREENWALD:  Objection, form.
24      A.   On what topic?
25      Q.   Glyphosate.

1          MS. GREENWALD:  Same objection.
2      A.   I have spoken with the EPA
3  officials on the glyphosate issue.
4      Q.   And you have had private e-mail
5  communications with Jim Jones about
6  glyphosate, correct?
7          MS. GREENWALD:  Objection, form.
8      A.   I have sent to Jim Jones
9  concern -- my concerns about glyphosate.
10      Q.   In private e-mail communications,
11  correct?
12          MS. GREENWALD:  Objection, form.
13      A.   It was to his EPA e-mail address,
14  which is not a private e-mail address.
15      Q.   Well, the e-mail that you sent
16  was not disclosed publicly.  You had a
17  private communication with Mr. Jones on
18  e-mail, correct?
19          MS. GREENWALD:  Objection, form,
20  asked and answered, argumentative.
21      A.   I -- she is right, I answered the
22  question.
23      Q.   So did you publicly disclose --
24  have you publicly disclosed your e-mail
25  communications with Jim Jones at EPA about

1  glyphosate?
2          MS. GREENWALD:  Objection, form.
3      A.   I think they did.
4      Q.   And is it your understanding that
5  every communication you have had with
6  Mr. Jones has been disclosed publicly?
7          MS. GREENWALD:  Objection, form.
8      A.   That I don't know.  But, of
9  course, you can FOIA them and you will know
10  which ones.
11      Q.   Have you had telephone
12  conversations with Mr. Jones about
13  glyphosate?
14      A.   Not that I recall.
15      Q.   Who is Jim Jones?
16      A.   He was the director of the office
17  of pesticides and toxic substances, the
18  assistant administrator at EPA.
19      Q.   How do you know Mr. Jones?
20      A.   I've known Mr. Jones for years.
21  I was a government official.  He was a
22  government official.  We were working on
23  environmental issues.  That's how I knew
24  him.
25      Q.   In your e-mail communications

1  with Mr. Jones, did you disclose to him the
2  fact that you were a paid expert for
3  plaintiffs' counsel in this litigation?
4      A.   I don't recall.
5          MR. LASKER:  Mark as
6  Exhibit 15-22 and 15-23 two e-mail
7  communications we have between you and
8  Mr. Jones and others at EPA.
9          (Exhibit 15-22, e-mail chain
10  Bates stamped EPAHQ6149, marked for
11  identification, as of this date.)
12          (Exhibit 15-23, e-mail chain
13  Bates stamped PORTIER0000055 through
14  61, marked for identification, as of
15  this date.)
16      Q.   Dr. Portier, Exhibit 15-22 and
17  15-23 are two e-mail exchanges, one dated
18  May of 2016, the other dated June of 2016,
19  that include e-mail communications between
20  you and Mr. Jones, correct?
21      A.   Which document are we talking
22  about?  Both of them?
23      Q.   Yes.
24      A.   The first document is from
25  Jones -- to Jones from me it appears, and

1  the second document is from Anna Lowit to
2  me but there is something further down.
3      Q.   If you go to the beginning of the
4  conversation, there's e-mail exchanges.  It
5  starts off with an e-mail exchange between
6  you and Jim Jones, and then some further
7  e-mail communications, correct?
8          MS. GREENWALD:  Objection, form.
9      A.   I don't know where the start of
10  that conversation is.  I'm sorry.
11      Q.   OK.  If you look at
12  Exhibit 15-23, I believe the first e-mail
13  in the chain, and it seems like we got it
14  here twice -- nope.  It goes back and
15  forth.
16          But the first chronological
17  e-mail that I see in this chain is an
18  e-mail at the very end of this on June 23,
19  2016, from you to Jim Jones correcting an
20  error in the table that you had, I guess,
21  sent to him, correct?
22          The very last page of the
23  document --
24      A.   I had an area 1 table that I had
25  to correct, new version attached, yes.

1      Q.   And you sent that to Mr. Jones on
2  June 23, 2016, correct?
3      A.   Yes.
4      Q.   And this is at the same time,
5  almost exactly the same time, that you
6  billed plaintiffs' counsel for the 19 hours
7  of work that you had conducted in
8  evaluating an EPA document on glyphosate,
9  correct?
10          MS. GREENWALD:  Objection, form.
11      A.   The dates are going to be close.
12      Q.   So in May of 2016, you spent 19
13  hours for plaintiffs' counsel reviewing an
14  EPA glyphosate document and were paid by
15  plaintiffs' counsel by that, and then in
16  June of 2016, you made a submission to EPA
17  with at least one table of an evaluation of
18  glyphosate, correct?
19      A.   I don't know.  Probably.
20      Q.   You produced this e-mail
21  communication -- at least the June 2016
22  e-mail communication in response to our
23  document requests, but we did not have the
24  assessment that you actually sent to EPA.
25          MR. LASKER:  So we would request

1  that that be produced.
2          MS. GREENWALD:  That was produced
3  all PowerPoints supplied by Chris
4  Portier were supplied to you guys.
5          MR. LASKER:  The PowerPoints,
6  yes.
7          MS. GREENWALD:  Correct.  That
8  would be --
9          MR. LASKER:  Is this a PowerPoint
10  presentation?
11          MS. GREENWALD:  PPTX is the root
12  of the document attached.
13          MR. LASKER:  Fair enough.  We
14  will figure that out.
15      Q.   Although -- so -- in any event,
16  in these communications -- e-mail
17  communications, and particularly the
18  communication in June of 2016, right after
19  you had been paid by plaintiffs' counsel to
20  evaluate an EPA document, you do not
21  disclose to Mr. Jones that you are a paid
22  consultant for plaintiffs' counsel in the
23  litigation, correct?
24          MS. GREENWALD:  Objection, form.
25      A.   In this e-mail right here, I do

1    not do that.  That is correct.
2       Q.   Do you recall other e-mail
3    communications that you had with Mr. Jones
4    during this period of time?
5       A.   I had at least one more, yes.
6       Q.   That has not been produced to us
7    in this litigation.
8           Do you still have copies of that
9    communication?
10      A.   If you didn't get it, I don't
11   have it.
12      Q.   Do you recall the substance of
13   this other e-mail communication with
14   Mr. Jones?
15      A.   It had to do with errors I saw in
16   the EFSA.  It contains much of the stuff I
17   was already sending to EFSA, along with
18   some linkage to problems with some of the
19   things the EPA had done including the memo.
20      Q.   So in June of 2016, you were
21   having a series of e-mails communications
22   with Mr. Jones at EPA based upon issues you
23   had identified through your paid work for
24   plaintiffs' counsel in this litigation,
25   correct?

1           MS. GREENWALD:  Objection, form.
2       A.   It's possible.
3       Q.   You do not have any recollection,
4    sitting here today, of ever disclosing to
5    Mr. Jones that you were working for
6    plaintiffs' counsel during this time
7    period, correct?
8       A.   I don't have a recollection of
9    disclosing or not disclosing.  I don't
10   really know.
11      Q.   You also had communications with
12   Ann Lowit at EPA, correct?
13      A.   Yes, that is correct, briefly.
14      Q.   And that would be in this e-mail
15   exchange?
16      A.   This e-mail exchange and then --
17   I don't know what else is in here.
18      Q.   Do you recall ever disclosing to
19   Ann Lowit that you were a paid consultant
20   with plaintiffs' counsel suing Monsanto?
21      A.   No, I don't recall.
22           MS. GREENWALD:  Objection, form.
23   Go on.
24      Q.   Do you recall having any other
25   conversations with any other EPA employees

1    about glyphosate?
2       A.   Did I have any conversations --
3    yes.
4       Q.   What other EPA employees did you
5    have conversations with about
6    glyphosate?
7       A.   I think his name is Steve
8    Johnson, who is in charge of the EPA
9    science advisory panel reviews.  I sent him
10   correspondence when I sent him my reviews.
11          Other EPA employees that I would
12   have spoken to?
13          I speak with Vincent Cogliano.
14   Sometimes, I might have spoken with him.
15      Q.   Do you recall disclosing to
16   either of these EPA officials the fact that
17   you were a paid consultant for plaintiffs'
18   counsel in this litigation?
19      A.   I don't know about Steve.  I
20   don't -- I don't think so.
21      Q.   Have you had any conversations
22   with Tom Burke?
23      A.   I've had lots of conversations
24   with Tom Burke.
25      Q.   About glyphosate?
25      A.   I don't recall.

1       Q.   Can you name for me the
2    individual -- individuals in the European
3    government regulators or government
4    officials with whom you have spoken about
5    glyphosate?
6       A.   There is no way I could remember
7    them all.  I'm terrible with names.  No.
8    I'm sorry.
9       Q.   Was it more than five people?
10      A.   Yes.
11      Q.   More than ten?
12      A.   I don't know.  I can't
13   distinguish between a regulator and a
14   politician in Europe.  So I have a
15   difficult time on working out an answer to
16   that question.
17      Q.   Do you recall disclosing to any
18   of those European officials that you were a
19   paid consultant for plaintiffs' counsel in
20   litigation against Monsanto?
21           MS. GREENWALD:  Objection to
22   form.
23      A.   Yes.
24      Q.   Was that in your e-mail -- in
25   your e-mail communications with them or in

Page 114

1 your private conversations?
2    A.   I don't know if I used that in my
3 e-mail to Andriukaitis, but it is the first
4 thing we discussed when I walked in his
5 door.
6    Q.   When was that?
7    A.   When we met -- whenever the first
8 time we met after I wrote that letter.  I
9 don't know the exact date.  I'm sorry.
10    Q.   In your -- you have -- remind me
11 now --
12    A.   Actually, I'll correct that.  I'm
13 sorry.
14       I told him that beforehand.  I
15 told his staffer, when we were on the phone
16 when she called to invite me, I said, I
17 have this linkage.  Is this a problem?
18       And they said, no.
19    Q.   You provided testimony in front of
20 of the European Commission, is that
21 correct, or you have been invited to?
22    A.   I provided testimony to the
23 German Bundestag, but I did not provide
24 testimony in front of the European
25 Parliament.

Page 115

1    Q.   In your testimony in Germany, did
2 you disclose that you were a paid
3 consultant for plaintiffs' counsel in this
4 litigation?
5    A.   I can't recall.
6    Q.   Have you worked with a group
7 called the "Health and Environmental
8 Alliance" in connection with their work on
9 glyphosate for registration in Europe?
10    A.   I have advised them now and then.
11 And they have advised me on issues.
12    Q.   We talked earlier about that
13 issue, about whether you should register as
14 a lobbyist or not register as a lobbyist.
15       In your conversation with the
16 European staffer about whether you should
17 register, did you disclose to him the fact
18 that you were a paid consultant for
19 plaintiffs' counsel in the glyphosate
20 litigation?
21       MS. GREENWALD:  Objection to
22    form.
23    A.   Yes.
24    Q.   There are a number of other
25 organizations that have reviewed glyphosate

Page 116

1 during this time period after IARC reaches
2 classification, correct?
3       MS. GREENWALD:  Objection to
4    form.
5    A.   A number of organizations have
6 reviewed the scientific literature on
7 glyphosate following IARC's review of the
8 literature for glyphosate.
9    Q.   And despite Europe's submissions
10 of various analyses, the European Food
11 Safety Agency has continued to reach a
12 conclusion that glyphosate does not pose a
13 risk for cancer, correct?
14       MS. GREENWALD:  Objection, form.
15    A.   That is correct.
16    Q.   And the European Chemical Agency,
17 ECA, has continued to conclude that
18 glyphosate does not pose a risk of cancer
19 in humans, correct?
20       MS. GREENWALD:  Objection, form.
21    A.   ECA has for the first time
22 concluded that glyphosate shows no risk for
23 cancer in humans.
24    Q.   The -- obviously, the German
25 regulators, who you spoke with, they have

Page 117

1 continued to conclude that glyphosate did
2 not pose a risk for cancer, correct?
3       MS. GREENWALD:  Objection, form.
4    A.   That's not correct.
5    Q.   The BFR has now concluded that
6 glyphosate causes cancer, is that your
7 testimony?
8       MS. GREENWALD:  Objection, form.
9    A.   There are more than one German
10 agency dealing with glyphosate.  BFR has
11 not changed their mind.
12    Q.   That glyphosate does not pose a
13 risk for cancer, correct?
14    A.   Correct.
15    Q.   The Canadian regulators have
16 concluded that glyphosate does not pose a
17 risk for cancer, correct?
18    A.   I don't know.
19    Q.   The World Health Organization,
20 JPMR, has concluded that glyphosate through
21 food does not pose a risk for cancer,
22 correct?
23       MS. GREENWALD:  Objection, form.
24    A.   I'd have to look at their
25 conclusion.  It's a little more detailed

1   and nuanced than that.
2       Q.   Your general understanding though
3   is that the JPMR in conducting its analysis
4   did not raise a concern that glyphosate
5   causes cancer, correct?
6           MS. GREENWALD:  Objection, form.
7       A.   Again, I would have to look at
8   JMPR's document and see.
9       Q.   The Japanese public health
10  regulators have concluded that glyphosate
11  does not cause cancer, correct?
12      A.   I have no idea.
13      Q.   The Australian public health
14  regulators have concluded that glyphosate
15  does not cause cancer, correct?
16      A.   I think I might have read a news
17  article on that, but other than that, I
18  have no idea.
19      Q.   The New Zealand public health
20  regulators have concluded that glyphosate
21  does not cause cancer, correct?
22      A.   I think so.  I got some
23  information from one group about that.  I
24  don't know if that's concluded or not.
25      Q.   You actually appeared in a radio

1   program in New Zealand urging the
2   regulators in New Zealand to find
3   glyphosate as a carcinogenic, didn't you?
4       A.   I might have.
5       Q.   In response to our document
6   request for this deposition, you produced a
7   series of slide decks for presentations
8   that you had given to various scientific
9   agencies, correct?
10          MS. GREENWALD:  Objection, form.
11      A.   I have produced a slide deck of
12  any -- exactly what you asked for, any
13  presentation I did on glyphosate.
14      Q.   And at each of those scientific
15  methods you presented some version of the
16  pooled analyses that you conducted on
17  glyphosate that are the same types of
18  analyses you were proffering in this
19  litigation, correct?
20          MS. GREENWALD:  Objection, form.
21      A.   They're not exactly the same.
22      Q.   They are the same type of pooled
23  analyses, correct?
24          And you have been revising them
25  as you have gone along, correct?

1           MS. GREENWALD:  Objection, form.
2       A.   There are pooled analyses in
3   these slides.
4       Q.   And some of those pooled
5   analyses, in fact, are exactly the same as
6   the analyses you have submitted in this
7   litigation, correct?
8           MS. GREENWALD:  Objection, form.
9       A.   The studies that went into the
10  pooled analyses are exactly the same as the
11  studies in this litigation.
12          The method by which I pooled them
13  and do a trend test of the overall response
14  from the pooled data is in the slides as
15  well as in this litigation.
16      Q.   Did you make a disclaimer --
17  well, first of all, none of your slide
18  decks themselves provide a written
19  disclaimer that you are working as an
20  expert for plaintiffs in glyphosate
21  litigation, correct?
22          MS. GREENWALD:  Objection, form.
23      A.   If you say so.  I haven't looked.
24      Q.   Did you make a disclaimer at the
25  beginning of each of these scientific

1   meetings when you presented this data that
2   you were a paid expert consultant for
3   plaintiffs' counsel in private litigation
4   against Monsanto?
5       A.   I can't be certain for every one
6   of them.
7       Q.   You have also given numerous
8   interviews to media outlets and various
9   bloggers commenting on glyphosate issues,
10  correct?
11          MS. GREENWALD:  Objection, form.
12      A.   I've done interviews with all
13  sorts of people on glyphosate issues.
14      Q.   And have you disclosed to each of
15  these media outlets your role as a paid
16  expert consultant for plaintiffs' counsel
17  in this litigation?
18      A.   I can't be certain.
19      Q.   Well, for example -- strike that.
20          You have also written a number of
21  commentaries about glyphosate in the
22  scientific press, correct?
23      A.   I've written two, I believe.
24      Q.   Well, let's look at one of the
25  first of those.

1  MR. LASKER: This is -- we will
2  mark this as --
3  MS. GREENWALD: 24.
4  MR. LASKER: So it is 15-24. I'm
5  sorry.
6  (Exhibit 15-24, article from
7  Horizons, dated March 7, 2016 with
8  attachment, marked for identification,
9  as of this date.) marked
10  Q. Dr. Portier, this is an article
11  you wrote for the Swiss science magazine
12  Horizons, in which you debated that the
13  head of the pesticides unit at the European
14  Food Safety Authority about the safety of
15  glyphosate, correct?
16  A. This article appeared in a Swiss
17  magazine called Horizons, and yes, there
18  was pro and con, and Jose Tarazona did the
19  con and I did the pro.
20  Q. This was March 2016, one year
21  after you had signed on as a paid
22  consultant -- paid expert for plaintiffs'
23  counsel in this litigation, correct?
24  MS. GREENWALD: Objection, form.
25  A. This is -- yeah, about a year.

1  Q. And in this article, there is
2  a -- you identify yourself as the former
3  director of the U.S. National Institute of
4  Environmental Health, correct?
5  A. I certainly would never have
6  identified myself as that. That's
7  incorrect.
8  Q. There is -- you do not have any
9  disclosure anywhere in this article about
10  the fact that you had been for a year a
11  paid expert for plaintiffs' counsel in
12  litigation against Monsanto, correct?
13  MS. GREENWALD: Objection, form.
14  A. There does not appear to be
15  anything on this page that suggests I am a
16  paid consultant for this law firm on
17  glyphosate issues.
18  Q. And let's look at, as 15-25 --
19  this is ...
20  (Exhibit 15-25, article entitled,
21  "Re: Tarazona et al.: Glyphosate
22  toxicity and carcinogenicity: a review
23  of the scientific basis of the European
24  Union assessment," marked for
25  identification, as of this date.)

1  Q. This is a reply that you
2  published in the journal "Archives of
3  Toxicology," correct?
4  A. This is a letter to the editor in
5  the journal "Archives of Toxicology."
6  Q. And in this letter you are again
7  addressing the European Union's assessment
8  of glyphosate and its difference with IARC
9  regarding glyphosate, correct?
10  A. I don't know if I was talking
11  about its difference with IARC. Give me a
12  moment, please.
13  No, I don't believe this was
14  discussing the differences with IARC. I
15  believe this was only discussing the
16  scientific problems with the EFSA
17  glyphosate risk assessment and pointing out
18  to the authors of that evaluation, that
19  they missed a number of positive rodent
20  findings.
21  Q. But this is a -- again, an
22  article or a letter that you had published
23  in the Archives of Toxicology presenting
24  your analysis of the glyphosate science,
25  correct?

1  MS. GREENWALD: Objection, form.
2  A. No. It is noting problems with
3  the EFSA risk assessment and some of the
4  analysis I have done for glyphosate.
5  Q. And this letter was submitted in
6  May of 2017, correct?
7  A. Probably, yes.
8  Q. As of this date, you had been
9  working as a paid expert for plaintiffs'
10  counsel for more than two years, correct?
11  MS. GREENWALD: Objection, form.
12  A. As of May 2017, I was working for
13  plaintiffs' counsel, correct.
14  Q. And you had billed plaintiffs'
15  counsel, and we can do the math, but
16  somewhere around $150,000 as of this date
17  for your work on glyphosate, correct,
18  plaintiffs' counsel?
19  A. I had billed them. That is
20  correct.
21  Q. And you do not disclose anywhere
22  in this letter to the editor in the journal
23  Archives of Toxicology the fact that you
24  were a paid expert for plaintiffs' counsel
25  in private litigation against Monsanto, do

1  you?
2       MS. GREENWALD:  Objection to
3  form.
4       A.   This journal doesn't ask for
5  that.  I don't know.
6       Q.   Dr. Portier --
7       A.   It's not on the document.
8       Q.   So just so the record is --
9       A.   To answer your question, it is
10 not on the document.
11      Q.   In your letter to the editor that
12 was published in Archives of Toxicology in
13 2017 -- in June of 2017, you do not
14 disclose the fact that you were -- you are
15 a paid expert for plaintiffs' counsel in
16 litigation against Monsanto, correct?
17      MS. GREENWALD:  Objection, form.
18      A.   In Exhibit 15-25, I do not
19 disclose that I was a paid consultant for
20 this law firm in this litigation.
21      Q.   In 2016, you made a presentation
22 about glyphosate to the Collegium
23 Ramazzini.
24      A.   No, I didn't make a presentation.
25      MR. LASKER:  Let's mark -- this

1  will be Exhibit 26.
2       (Exhibit 15-26, article entitled,
3  "The glyphosate saga: an example of
4  influence of unsound science and
5  interest groups in public health
6  decision making," marked for
7  identification, as of this date.)
8       A.   Yes.
9       Q.   This is -- Exhibit 15-26 is a
10 poster presentation that was presented --
11 it was called "Ramazzini Days."
12      What is Ramazzini Days?
13      A.   Ramazzini Days is something that
14 Ramazzini Institute holds once a year
15 where -- it is a scientific conference.
16      Q.   At this scientific conference,
17 there was a poster presentation regarding
18 glyphosate, and you are one of the
19 coauthors of that poster presentation,
20 correct?
21      MS. GREENWALD:  Objection, form.
22      A.   The document 15-26, I am one of
23 the coauthors.
24      Q.   That is a poster presentation
25 that was presented at Ramazzini Days,

1  correct?
2       MS. GREENWALD:  Objection, form.
3       A.   Yes, I guess.
4       Q.   And this presentation, you are
5  listed as an author along with five
6  individuals who are identified as Ramazzini
7  fellows, correct?
8       A.   One, two, three, four, five, that
9  is correct.
10      Q.   As of this date, you are not a
11 Ramazzini fellow, correct?
12      A.   As of this date, I am not -- I
13 was not a -- well, I don't know.  I
14 honestly don't know.
15      Q.   You have recently become
16 selected --
17      A.   I am a Ramazzini fellow --
18      Q.   OK.
19      A.   -- yes.
20      I guess by this date I wasn't
21 because I'm not listed as one.
22      Q.   So it was sometime in the last
23 year that you became a Ramazzini fellow, is
24 that fair?
25      A.   I would think so, yes.

1       Q.   And one of the other scientists
2  that you were -- that you're presenting
3  with here is Philip Landrigan, correct?
4       A.   That is correct.
5       MS. GREENWALD:  Objection to
6  form.
7       Q.   Philip Landrigan actually
8  assisted, helped you, in preparing that
9  open letter that you submitted to the
10 European regulators in November of 2015,
11 correct?
12      MS. GREENWALD:  Objection to
13 form.
14      A.   Philip Landrigan's name is on
15 that letter, I believe.  I would have to
16 check to make sure.
17      And yes, he did provide comments.
18      Q.   What other, if any,
19 collaborations have you had with Philip
20 Landrigan relating to glyphosate?
21      MS. GREENWALD:  Objection to
22 form.
23      A.   Probably a few things.  I can't
24 recall.
25      Q.   Have you consulted with

1  Dr. Landrigan about further research
2  relating to glyphosate?
3      A.   No.
4      Q.   Have you communicated with
5  Mr. Landrigan about European regulators'
6  assessment of glyphosate beyond the open
7  letter in November of 2015?
8          MS. GREENWALD:  Objection, form.
9      A.   Say it again, please.
10     Q.   Have you consulted with Philip
11 Landrigan about the European registration
12 of glyphosate apart from that letter in
13 November of 2015?
14         MS. GREENWALD:  Objection, form.
15     A.   So first, I don't consult with
16 Philip Landrigan.
17     Q.   Communicate?
18     A.   We collaborate or we communicate,
19 so --
20     Q.   That's a better word.
21     A.   -- let me make that clear.
22     Q.   So let me reask it.
23         Have you collaborated with Philip
24 Landrigan about glyphosate registration in
25 Europe outside of that November 2015 letter

1  that we have already discussed?
2      A.   Not that I recall.
3      Q.   Have you collaborated with Philip
4  Landrigan related to the EPA's assessment
5  of glyphosate?
6          MS. GREENWALD:  Objection to
7  form.
8      A.   Not that I recall.
9      Q.   Have you collaborated with
10 Mr. Landrigan about assessments of the
11 glyphosate science?
12         MS. GREENWALD:  Object to form.
13     A.   Mr. -- Dr. Landrigan is a
14 cosignatory of the open letter, and that
15 open letter discusses the science around
16 glyphosate.
17         So I guess the answer to that
18 question is yes.
19     Q.   You said you had a number of
20 other collaborations with Mr. -- with
21 Dr. Landrigan, if I understood correctly,
22 regarding glyphosate --
23     A.   No.
24     Q.   OK.
25     A.   Sorry, none.

1      Q.   In your poster presentation at
2  Ramazzini Days, in the conclusion, you
3  state that -- you talk about economically
4  motivated activities having influenced the
5  glyphosate science, correct?
6          MS. GREENWALD:  Objection, form.
7      A.   I should pay more attention to
8  what my coauthors write sometimes.
9          That is what it says.
10     Q.   You do not disclose anywhere in
11 this poster presentation your role as a
12 paid expert for plaintiffs' counsel in
13 private litigation against Monsanto, do
14 you?
15         MS. GREENWALD:  Objection, form.
16     A.   Not specific.  I list myself as
17 an environmental health consultant.
18     Q.   Again, just so the record is
19 clear, you do not disclose the fact that
20 you were a paid consultant for plaintiffs'
21 counsel in private litigation against
22 Monsanto?
23     A.   That is correct.
24     Q.   Now, you're -- the point you're
25 making in this poster presentation instead

1  is about what you characterize as an
2  improper influence of corporate money on
3  scientific research, is that correct?
4          MS. GREENWALD:  Objection, form.
5      A.   I don't --
6      Q.   In the conclusion?
7          MS. GREENWALD:  Same objection.
8      A.   That's what the -- I am sorry,
9  let's be clear.
10         First, I want to make something
11 clear:  You asked me if I made a
12 presentation to them.  Baur -- Xavier
13 Baur made the presentation.  I did not
14 attend this meeting.
15         Now, you just asked me -- if you
16 could repeat the question.
17     Q.   In the poster presentation -- and
18 you are a coauthor of the poster?
19     A.   Correct.
20     Q.   In the poster presentation, the
21 concern is being raised about potential
22 improper influence of corporate money on
23 scientific research, correct?
24         MS. GREENWALD:  Objection, form.
25     A.   That's one little bit at the tail

Page 134

1  end, correct.
2      Q.  And you and the other authors are
3  calling upon the Collegium Ramazzini to
4  take a stand against corporate funding of
5  scientific research --
6          MS. GREENWALD:  Objection to
7      form.
8      Q.  -- as part of this presentation,
9  correct?
10         MR. SNOO:  Objection to form.
11     A.  Actually, no.  We encouraged the
12  Collegium Ramazzini to again support an
13  IARC evaluation of carcinogenicity.
14     Q.  In the earlier paragraph, right
15  before where you are reading, you talk
16  about:
17         "Glyphosate is a one example of
18  inappropriate corporate influence of public
19  health regulation by the use of unsound
20  scientific reviews" --
21     A.  But your question said --
22     Q.  -- "and would call for increased
23  sensitivity, full transparency and
24  implementation of effective rules governing
25  decision-making bodies," correct?

Page 135

1          MS. GREENWALD:  Objection, form.
2      A.  But we are not calling for the
3  Ramazzini Institute to do that, or
4  Collegium Ramazzini, which was your
5  question to me.
6      Q.  So you are calling for scientists
7  more broadly, is that fair?
8          MS. GREENWALD:  Objection to
9      form.
10     Q.  Or regulators?
11         MS. GREENWALD:  Same objection.
12     A.  We are calling for an increased
13  sensitivity, full transparency and the
14  implementation of effective rules governing
15  decision-making bodies.  That's what we are
16  calling for.  That's what we said.
17     Q.  Am I correct in my understanding
18  then Collegium Ramazzini does not take
19  money from private corporations for its
20  scientific research?
21     A.  I have no idea.
22     Q.  During your time in government at
23  NTP, you worked on collaborative efforts
24  between the NTP and the Collegium
25  Ramazzini, correct?

Page 136

1      A.  I don't recall.
2          We certainly did some work with
3  them trying to help them improve their
4  cancer bioassays.  That I do recall.
5      Q.  And in your CV --
6          MR. LASKER:  And you can mark
7      that as 15-27.
8          (Exhibit 15-27, curriculum vitae,
9      marked for identification, as of this
10     date.)
11     Q.  If you look at the fifth page
12  under your U.S. Government service
13  activities, and it's about three-quarters
14  down the page under U.S. Government service
15  activities, you are listed as an organizer,
16  formal collaborative agreements between NTP
17  and Ramazzini Foundation from 2001 to 2006,
18  correct?
19     A.  That is correct.
20     Q.  And so for this five- or six-year
21  period then, the NTP and Ramazzini
22  Foundation were involved in collaborative
23  agreements relating to toxicological
24  studies?
25         MS. GREENWALD:  Objection, form.

Page 137

1      A.  It was more related to pathology
2  and the storage of data from toxicological
3  studies.
4      Q.  During this period, you were the
5  organizer of these agreements.
6          Did the Ramazzini Foundation
7  conduct any research for NTP?
8      A.  I don't believe they did.
9      Q.  During this period, did the
10  Ramazzini Foundation conduct any research
11  that was funded by the U.S. Government?
12         MS. GREENWALD:  Objection, form.
13     A.  They did get some funding from
14  NIEHS or NTP, but, boy, I cannot for the
15  life of me remember.  I think they got some
16  funding.
17     Q.  Are you aware that the Collegium
18  Ramazzini has announced that it will be
19  conducting studies on glyphosate with
20  respect to genotoxicity and oxidative
21  stress?
22     A.  Yes, I am aware of that.
23     Q.  Are you involved in that research
24  effort?
25     A.  No.

Page 138

1     Q.  Have you had any conversations
2 with the folks at Collegium Ramazzini about
3 that research?
4     A.  Yes.
5     Q.  What has been the nature of your
6 conversations?
7     A.  Part of it they were asking me to
8 join them and analyze their data at the
9 end.  I declined.
10     Part of it was just general
11 questions about the science and what's
12 already been done with glyphosate.
13     Q.  And in your conversation with
14 Collegium Ramazzini, did you disclose the
15 fact that you were a paid consultant for
16 plaintiffs' counsel in litigation against
17 Monsanto?
18     A.  It is the Ramazzini Institute.
19 They are different entities.
20     But yes, I did disclose to them.
21     Q.  Is that the reason that you
22 decided not to participate in their
23 scientific evaluation?
24     A.  Partly.  There are other reasons.
25     Q.  What were the other reasons?

Page 139

1     A.  I'm busy.  I'm retired.  They
2 wanted me to come down to Bologna and give
3 a talk and other things and I just wasn't
4 interested.
5     Q.  Dr. Portier, you have stated that
6 you do not believe that causality between
7 glyphosate formulations and NHL has been
8 demonstrated, correct?
9     MS. GREENWALD:  Objection, form.
10     A.  What I believe is written in the
11 expert report.
12     Q.  Well, let me just ask this
13 question:  It is true that you do not
14 believe that causality between glyphosate
15 formulations and NHL have been
16 demonstrated, correct?
17     MS. GREENWALD:  Objection, form.
18     A.  Causality is an interesting --
19 it's a spectrum, but if you're using
20 causality to mean 100 percent, absolutely
21 certain, then I would have concern.  But my
22 conclusion is it probably causes NHL.
23     Q.  Let's take a look next in line.
24 This is Exhibit 15-20.  It is already
25 marked.  So it's one of the exhibits in

Page 140

1 there.
2     A.  15-20?  Oh, boy.  I'm not good at
3 keeping things in order here.
4     Q.  This is your submission to EPA in
5 October of 2016, correct?
6     A.  Yeah, it looks like that.
7     Q.  And then on page 7, about
8 two-thirds down the page, you're talking
9 about whether there is an association
10 between glyphosate exposure and the risk of
11 non-Hodgkins lymphoma.
12     Do you see that, and that's what
13 starts the summary?
14     A.  Start with "Summary," and how far
15 do you want me to read?
16     Q.  First of all, I'm asking if you
17 see that section, which you obviously do.
18     The end of that paragraph, you
19 state, with regard to glyphosate in NHL,
20 "So is causality plausible here?  Yes,
21 absolutely.  Is it demonstrated?  No,
22 clearly not."
23     That was your statement, correct?
24     A.  If you could wait.
25     This is strictly discussing the

Page 141

1 epidemiology data, and the question was
2 whether the epidemiology data, by itself,
3 demonstrates causality, and the answer to
4 the question is no.
5     Q.  And that is your opinion,
6 correct?
7     MS. GREENWALD:  Objection, form.
8     A.  That is only for the epidemiology
9 data, and for the epidemiology data to
10 exhibit clear causality, it would have had
11 to be sufficient instead of limited in the
12 IARC review.
13     I still believe it's limited and
14 not sufficient by itself to demonstrate
15 causality.
16     Q.  OK, fair enough.
17     You are a proponent of a
18 principle called the "precautionary
19 principle," correct?
20     MS. GREENWALD:  Objection to
21 form.
22     A.  I have been in debates with
23 others on the precautionary principle where
24 I've had to choose one side or the other.
25     But I'm not a proponent and I

1   don't hate it.  I'm not clear on what it is
2   in the way it is applied.
3       Q.   Well, let me ask you this --
4   well, first of all, you were a member of a
5   group called "Critical Scientists
6   Switzerland," correct?
7       A.   Yes, I am.
8       Q.   And one of the goals of Critical
9   Scientists Switzerland is promoting the
10  precautionary principle, correct?
11      A.   I suppose it is, yes.
12      Q.   And in your assessment of
13  glyphosate, you have talked about public
14  protective decisions, correct?
15          MS. GREENWALD:  Objection, form.
16      A.   I have no idea -- I certainly do
17  talk about public protective science -- use
18  of science to protect the public.
19      Q.   And in respect specifically to
20  the glyphosate, and, for example, in your
21  submissions to EPA, you have called upon
22  them to apply this public protective
23  approach in their assessment of the
24  glyphosate science, correct?
25          MS. GREENWALD:  Objection, form.

1       A.   I don't recall that.  You would
2   have to show me.  I'm sorry.
3       Q.   So we are still on Exhibit 20.
4   And if we could look at page 11.
5           And here you're talking about
6   your comment on the rat studies, correct?
7       A.   That's what it says, yes.
8       Q.   And then the bottom of the page,
9   the second paragraph on the bottom, the
10  last line, you state that the public
11  protective decision in this case should be
12  to conclude these tumors arose as a
13  function of exposure to glyphosate,
14  correct?
15      A.   It's the purpose of EPA to
16  protect the public and they have to make
17  that decision, and in this case, they
18  should have included these tumors as a
19  function of exposure to glyphosate, yes.
20      Q.   Again, in your discussion with
21  EPA, you're calling upon them to apply this
22  protective approach in their assessment of
23  glyphosate, correct?
24          MS. GREENWALD:  Objection to
25      form.

1       A.   I'm calling them to conclude
2   these tumors arose as a function of
3   exposure to glyphosate.
4       Q.   Based upon the fact that EPA is
5   a --
6       A.   Public health agency.
7       Q.   And should therefore be applying
8   a public protective methodology, or a
9   methodology that is protective of the
10  public in making its assessments about
11  carcinogenicity, correct?
12          MS. GREENWALD:  Objection to
13      form.
14      A.   It's a long question but I
15  will -- I think you were reading way more
16  into this sentence than really is there.
17          They are a public health agency.
18  It's their job to protect the public.  The
19  correct decision here, the public-protected
20  decision, should be to conclude these
21  tumors arose as a function of exposure to
22  glyphosate.
23      Q.   And your understanding, when
24  there is -- if there is uncertainty in the
25  data but there is data that is suggestive,

1   for a regulator buying -- making a
2   public-protective decision, they should
3   lean in favor of binding an association, is
4   that fair to say?
5           MS. GREENWALD:  Objection to
6      form.
7       A.   No, I don't -- I don't believe
8   that is a general rule I would hold.
9           Having been a regulator myself,
10  it's -- there are many facets to making a
11  decision.  And you worry about public
12  health but decisions are complicated.
13      Q.   With respect to carcinogenicity,
14  you have also stated your belief that it is
15  glyphosate and not the surfactants in the
16  formulated products that are causing the
17  effects, correct?
18          MS. GREENWALD:  Objection to
19      form.
20      A.   I can tell you what I believe.
21          I believe that glyphosate has an
22  effect, and I believe the surfactants also
23  have an effect, but the effect seen in
24  human epidemiology is clearly partly due to
25  glyphosate.

1    Q.   You have also stated your belief,
2  with respect to carcinogenicity, that it is
3  glyphosate and not the surfactants in the
4  formulated products that are causing the
5  effects, correct?
6         MS. GREENWALD:  Objection, form
7     and asked and answered.
8     A.   There is a lot of evidence here.
9  So you have to break it down for me by the
10 type of evidence you want me to discuss.
11    Q.   We are going to provide you
12 with -- do you recall being interviewed
13 during one of the times that you went to
14 Europe to talk about the European Food
15 Safety Authority's assessment of
16 glyphosate?
17    A.   I've been interviewed dozens of
18 times.
19    Q.   During the break we will ask you
20 to listen to one of those interviews.
21        MS. GREENWALD:  Counsel, it has
22    to be on the record.  I'm not going to
23    have him look at something on a break.
24        That's not the way it works in
25    this litigation.  You guys have done it

1  against us --
2         MR. LASKER:  Well, we have had
3     our people review things during the
4     breaks so they could answer questions
5     after the break.
6         MS. GREENWALD:  Well, that's your
7     choice.
8         We have also had depositions
9     where we have taken a couple-minute
10    break and then your counsel holds it
11    against our time.
12        So if you want him to do it, we
13    will do it on the record during your
14    own time.
15        MR. LASKER:  We will get that
16    keyed up in a moment then.
17    Q.   In presenting your opinions in
18 your expert report, you have presented them
19 in the context of the Bradford Hill
20 criteria, correct?
21    A.   Yes.
22    Q.   And the question that a scientist
23 must answer under the Bradford Hill
24 criteria in deciding whether one can reach
25 a causation opinion is "Is there any other

1  way of explaining the set of facts before
2  us," correct?
3         MS. GREENWALD:  Objection, form.
4     A.   It's a paraphrase probably, or
5  something along those lines, but yes.
6     Q.   You agree that this is the
7  appropriate methodology to be followed in
8  reaching a causation opinion with respect
9  to glyphosate or glyphosate formulations
10 and non-Hodgkins lymphoma, correct?
11        MS. GREENWALD:  Objection to
12    form.
13    A.   The Bradford Hill criteria with
14 modifications have been accepted by many
15 authorities as the way to approach a
16 causality argument.
17    Q.   My question was about you though.
18 Do you agree that the appropriate
19 methodology to be followed in reaching a
20 causation opinion with respect to
21 glyphosate is the Bradford Hill criteria
22 including the question is there any other
23 way of explaining the set of facts before
24 us?
25        MS. GREENWALD:  Objection, form,

1  asked and answered.
2     A.   I think that quote is in my
3  expert report.  And the approach I took in
4  the expert report, I believe, is the
5  correct approach for glyphosate.
6     Q.   You still didn't answer my
7  question.
8         Do you believe the correct
9  approach, correct methodology in reaching a
10 causation opinion with respect to
11 glyphosate or glyphosate formulations and
12 NHL is to ask the question is there any
13 other way of explaining the set of facts
14 before us?
15        MS. GREENWALD:  Same objection,
16    form, and asked and answered.
17    A.   I believe that the approach I use
18 is the correct approach.  That's my answer.
19        That question is too simple.  The
20 approach is much more complicated.
21 Bradford Hill was just using it as a means
22 for people to understand the concept of
23 what he was trying to get through, but this
24 is -- the whole criteria is very
25 complicated and much greater than that one

1 sentence.
2    Q.   So in conducting your assessment
3 of the glyphosate science, has it been your
4 methodology to look to see whether there is
5 any other way of explaining the set of
6 facts before us?
7        MS. GREENWALD:  Objection, form.
8    A.   It's -- part of the Bradford Hill
9 criteria is -- the philosophy of Bradford
10 Hill is that question.
11        I didn't ask that question
12 specifically on every single piece of
13 evidence I looked at.
14    Q.   Did you ask that question with
15 respect to the glyphosate science as a
16 whole?
17        MS. GREENWALD:  Objection to
18 form.
19    A.   Glyphosate --
20    Q.   Science as a whole --
21        MS. GREENWALD:  Objection.
22    Q.   -- with respect to
23 carcinogenicity.
24    A.   As a whole?
25        MS. GREENWALD:  Same objection.

1    A.   Yes.
2    Q.   Dr. Portier, I would like to ask
3 you about -- let's go back to the question
4 of the interview that you've had, and we
5 will play for you -- this is a televised
6 interview that you had in Europe.
7        MR. LASKER:  And let's get this
8 so the court reporter can hear it.
9        MS. GREENWALD:  Do you have a
10 transcript of it?
11        MR. LASKER:  We have a thumb
12 drive.
13        MS. GREENWALD:  Do you have a
14 transcript?
15        MR. LASKER:  We don't have a
16 transcript.  We have a thumb drive.
17    A.   My hearing is not great.
18    Q.   Let's play the videotape.
19        That's you on the screen, right?
20
21    A.   Looks like it.
22        MS. GREENWALD:  And, Dr. Portier,
23 if you can't hear it, we should stop it
24 sooner than later.
25        MR. LASKER:  It's pretty short.

1        MS. GREENWALD:  I don't want to
2 play games here either.  So let's see
3 if you can hear it sufficiently, and
4 all of us, actually, in the room.
5        (Videotape plays.)
6        MS. GREENWALD:  I can't hear it.
7 So you have to start it over.
8        MR. LASKER:  Let's do this after
9 the break.
10        MS. GREENWALD:  We would also
11 like some authentication that this is
12 actually an accurate -- if you could
13 give us the link and we can look at it,
14 we'd just have some confirmation of
15 what it is.
16        MR. LASKER:  We can do that off
17 the record, and then we will put it on
18 the record, too.  That's fine.
19    Q.   Dr. Portier, when did you first
20 reach your conclusion that glyphosate
21 probably causes non-Hodgkins lymphoma in
22 humans?
23    A.   When did I first reach that
24 conclusion?
25        Well, I agreed with the IARC

1 monograph conclusion.  So I guess it was at
2 the end of the IARC monograph.
3    Q.   And then do you recall when you
4 first reviewed the data tables for the
5 various animal cancer bioassays that you
6 discuss in your report that were provided
7 with the Greim arbitration?
8    A.   Not really.  I can't say exactly
9 when I reviewed those supplemental tables.
10    Q.   Was it before or after the date
11 that you submitted the open letter to the
12 European regulators in November of 2015?
13    A.   I think it was probably after
14 that.
15    Q.   Was it before or after the date
16 that you submitted your evaluations or you
17 submitted -- provided submissions to EPA in
18 October of 2016?
19    A.   I can't be certain.
20    Q.   In your expert report, you
21 address the animal cancer bioassays under
22 the Bradford Hill criteria biological
23 plausibility, correct?
24        MS. GREENWALD:  Objection to
25 form.

Page 154

1    A.   I address it there and in two
2  other places, correct.
3    Q.   And you agree that animal cancer
4  bioassays are intended to test whether
5  glyphosate can cause cancer in mammals,
6  thus supporting the concept that
7  chemicals -- let me strike that.
8    It is your opinion as set forth
9  in your expert report that animal cancer
10  bioassays are intended to test whether
11  glyphosate can cause cancer in mammals,
12  thus supporting the concept that the
13  chemical could cause cancer in humans,
14  correct?
15    MS. GREENWALD:  Objection to
16  form.
17    A.   That is part of what I believe
18  from animal cancer studies.
19    There is a second part to that
20  because they can be, under certain
21  conditions, tumor specific for humans.
22    Q.   You would agree that an
23  evaluation of human health risks, sound
24  human data, whenever available, are
25  preferred to animal data, correct?

Page 155

1    MS. GREENWALD:  Objection, form.
2    A.   In any endeavor, looking at
3  mammalian health, the target population,
4  doing everything you can in the target
5  population that you -- things I can do in
6  the target population are important and
7  should be considered.  Things that I can't
8  do in the target populations, I will use
9  other scientific models to look at.
10    As a general rule, if I have the
11  exact same study and one is in humans and
12  one is in rodents, I'm going to take the
13  human one as more important.
14    Q.   And I think it is consistent with
15  what you just said, animal and in vitro
16  studies are particularly important for you
17  to supply evidence missing from human
18  studies, is that fair?
19    MS. GREENWALD:  Objection, form.
20    A.   In vitro?
21    Q.   Well, let's go with just animal
22  studies.
23    MS. GREENWALD:  Same objection.
24    Q.   Animal studies might provide
25  support for an assessment, but they are

Page 156

1  mainly used to supply evidence missing from
2  human studies, correct?
3    MS. GREENWALD:  Objection, form.
4    A.   No.
5    (Exhibit 15-28, document
6  entitled, "Principles for modeling
7  dose-response for risk assessment of
8  chemicals," marked for identification,
9  as of this date.)
10    A.   I didn't think anybody ever read
11  that document.
12    Q.   One thing that came out of this,
13  right?
14    A.   That's amazing.
15    Q.   So 15-28, this is a report of a
16  committee that you chaired on principles
17  for modeling dose-response for the risk
18  assessment of chemicals, correct?
19    A.   Did I chair it?
20    Q.   Or maybe you served on this
21  committee.  I don't remember who chaired,
22  frankly.
23    A.   I don't know either.
24    Q.   You worked on this committee,
25  correct?

Page 157

1    A.   I worked on this committee that
2  produced this report.  That is correct.
3    Q.   And on the beginning of this
4  report -- and I recognize it is a long
5  report, but on page Roman X at the
6  beginning, it is sort of the summary
7  section --
8    A.   Where?
9    Q.   It's Roman X.
10    A.   Yes.
11    Q.   And the final paragraph on that
12  page states:
13    "In the evaluation of human
14  health risks, sound human data whenever
15  available are preferred to animal data.
16  Animal and in vitro studies provide support
17  and are used mainly to supply evidence
18  missing from human studies."
19    Do you agree with that?
20    A.   No.  I realize I was on the
21  committee but I don't agree with the
22  statement.
23    Q.   There is also a statement in this
24  report at page 31, which is normal 31, not
25  Roman.  This is the end of the second full

1   paragraph under 4.6, the last sentence:
2       "For dose response analyses based
3   upon laboratory data using animals, there
4   is an additional problem of extrapolating
5   from animals to humans."
6       Do you agree with that statement?
7       MS. GREENWALD:  Objection, form.
8       A.   This has to do with calculating
9   risk --
10      Q.   And do you agree --
11      A.   -- and in the context of
12  calculating risk, that statement is
13  correct.
14      Q.   And page 34, Section 5.1 is a
15  statement:
16          "It has always been a challenge
17  to extrapolate from effects observed in
18  experimental animal bioassays to potential
19  effects in humans in order to protect
20  humans from potentially harmful chemical
21  exposures."
22          Do you agree with that statement?
23      A.   I'm trying to find it.
24      Q.   5.1, the first paragraph.
25      A.   OK.

1           Again, this has to do with risk,
2   not hazard.  And in the context of risk,
3   not hazard, this is indeed a true
4   statement.
5       Q.   There are certain mechanisms of
6   action with respect to rodent
7   carcinogenicity that do not apply to
8   humans, correct?
9       MS. GREENWALD:  Objection, form.
10      A.   There have been -- the mechanisms
11  apply to humans.  The components of the
12  mechanism don't exist in humans.
13          So there are cases where
14  chemicals have caused cancer in rodents and
15  the mechanism by which they do it does not
16  work in humans.
17      Q.   And there are differences between
18  rodents and humans -- strike that.
19          These differences between rodents
20  and humans can vary from one type of cancer
21  to another --
22      MS. GREENWALD:  Objection to
23  form.
24      Q.   -- is that fair to say?
25      MS. GREENWALD:  Objection form.

1       A.   As far as I know, there are only
2   three cases of how this happens, so I --
3   it -- in the three cases, there are
4   different mechanisms.
5       Q.   There are differences in
6   mechanisms of action between rats and mice,
7   and between different strains of mice and
8   rats, that will impact whether or not a
9   chemical could cause cancer in that animal,
10  correct?
11      A.   There are mechanisms which could
12  impact the degree to which the chemical
13  causes cancer in the animal.  Metabolism
14  could cause differences.  Many things.
15      Q.   And scientists actually use
16  different animal models to try and support
17  the concept that exposure to a chemical can
18  be linked to a specific type of cancer in
19  humans, correct?
20      MS. GREENWALD:  Objection to
21  form.
22      A.   Cancer -- there is numerous
23  models that are used to assess the
24  carcinogenic potential of chemicals in
25  mammals.

1       Q.   And different animal models will
2   be used for different types of cancer,
3   correct?
4       A.   I don't really know that that
5   statement is true.
6           Which -- different types of
7   cancer in humans?  Or different types of
8   cancer in the animals you're going to do
9   the study in?
10          I don't know the context of your
11  question.
12      Q.   Let's do it either way.
13          There are animal models that are
14  used to assess whether a substance can
15  cause a specific type of cancer in rodents,
16  correct?
17      A.   Yes.
18      Q.   And there are different rodent
19  models that are used to try and make an
20  assessment as to whether or not an exposure
21  can cause a certain type of cancer in
22  humans, correct?
23      MS. GREENWALD:  Objection, form.
24      A.   Not that I'm aware of as a
25  general screening tool.

Page 162

1    Q.   OK.  Moving -- so moving away
2  from a general screening tool -- let me
3  just back up.
4         So the cancer bioassays that we
5  are going to be discussing and you discuss
6  in your report are general screening
7  bioassays, correct?
8    A.   That is correct with the
9  exception of one of them.
10   Q.   And there are then other animal
11 models that are used subsequent to a
12 screening study that will focus on
13 potentially specific types of cancer,
14 correct?
15        MS. GREENWALD:  Objection, form.
16   A.   You are talking about in rodents?
17   Q.   Yes.
18   A.   After exposure to the chemical?
19        So let me see if I am -- I am
20 going to talk a little bit so I can get
21 this straight in my head.  Excuse me.
22        So the chemical gets done in a
23 screening and an animal in the screening
24 gets the tumor.  Why would a scientist move
25 from the, let's say, Wistar rat I saw a

Page 163

1  tumor in to a different animal when I'm
2  already getting tumors in the Wistar rats?
3         In answer to the question, I
4  don't think there are that many cases where
5  they switched off for a specific reason for
6  a specific tumor.
7    Q.   In your expert report, you cite
8  to a number of articles regarding the
9  current state of play with respect to
10 identifying rodent models that could be
11 used to analyze the possibility of NHL in
12 humans, correct?
13        MS. GREENWALD:  Objection to
14 form.
15   A.   I see what your question is
16 about.  Now, that's the difference.  OK.
17        The rodent models for NHL are
18 developed to get therapies for NHL for
19 humans.  They are not developed for the
20 purpose of identifying tumors that arise in
21 humans from exposure to chemicals.
22        They induce the NHL in the animal
23 and then try to fix it.
24   Q.   So with respect to mice, you cite
25 to a 2009 book chapter by Herbert Morse

Page 164

1  called "Mice models of human B lymphoid
2  neoplasm," correct?
3    A.   I believe I do.  Yes.
4         (Exhibit 15-29, article entitled,
5  "Mouse models of human B lymphoid
6  neoplasms," marked for identification,
7  as of this date.)
8    Q.   In this book chapter,
9  specifically at page 3 -- and this will be
10 on the left column at the end of the
11 column -- Dr. Morse states that
12 species-specific differences in the immune
13 system and molecular circuitry required for
14 transformation make it difficult to model
15 NHL in mice, correct?
16        MS. GREENWALD:  Objection, form.
17   A.   This is the last paragraph --
18        MS. GREENWALD:  I can find it for
19 you.
20   Q.   End of the --
21        MS. GREENWALD:  I found it.  It's
22 right here.
23   A.   "Could thus make it difficult to
24 model some human diseases in mice."
25        He is talking about genetically

Page 165

1  modified mice here, yes.
2    Q.   And Dr. Morse, if you turn to
3  page 2 and then carry over to page 3, one
4  of the issues that Dr. Morse notes is that
5  the murine leukemia virus can cause
6  lymphomas in mice through a mechanism that
7  has no direct parallel to NHL in humans,
8  correct?
9         MS. GREENWALD:  Objection, form.
10   A.   Everything he has written here is
11 correct.
12   Q.   So there are -- just to be clear,
13 so I'm clear, the murine leukemia virus can
14 cause lymphomas in mice through a mechanism
15 that has no direct parallels to NHL in
16 humans, correct?
17        MS. GREENWALD:  Objection, form.
18   A.   It's -- there is a parallel in
19 humans.  It just doesn't happen with that
20 virus in humans.
21   Q.   So what Dr. Morse says is these
22 contributions to disease pathogenesis --
23 that's the cause of disease in the mouse --
24 have no direct parallels in human B
25 lymphomas, correct?

Page 166

1        MS. GREENWALD:  Objection to
2   form.
3        A.   He is talking specifically about
4   the murine leukemia virus, but the
5   mechanism by which the murine leukemia
6   virus causes NHL in -- causes these B
7   lymphomas in the mice exist in humans.
8   It's just not activated by this particular
9   pathogen.
10       Q.   Dr. Morse also notes -- and this
11  is the first full paragraph on that left
12  column on page 3, starting "Second," that
13  there are significant differences between
14  mouse and human immune systems in their
15  development, structure, phenotype and
16  function?
17       A.   Correct.
18       Q.   And this is significant because
19  NHL in humans has been associated with
20  immune system disorders, correct?
21       MS. GREENWALD:  Objection, form.
22       A.   I'm not absolutely certain.
23       Q.   Are you not aware of an
24  association between HIV and non-Hodgkins
25  lymphoma?

Page 167

1        A.   Yes, I am.
2        Q.   So it is correct that HIV in
3   humans has been associated with immune
4   system disorders, correct?
5        MS. GREENWALD:  Objection, form.
6        A.   It is true that NHL in humans --
7   correct.
8        Q.   And there are significant
9   differences between mouse and humans'
10  immune systems, correct?
11       MS. GREENWALD:  Objection to
12  form.
13       A.   There are differences between
14  mouse and human immune systems, that is
15  correct.
16       Q.   And Dr. Morse further states,
17  that same paragraph, that the spleen is the
18  major secondary lymphoid organ in the
19  mouse, whereas lymph nodes fill that niche
20  in humans, correct?
21       A.   That I don't know.
22       Q.   You don't know one way or the
23  other?
24       A.   No.  I'm sorry.
25       Q.   And Dr. Morse also states in the

Page 168

1   following paragraph, starting "Finally,"
2   that the genetic and epigenetic alterations
3   required for neoplastic transformation
4   sometimes differ for mouse and human,
5   correct?
6        A.   They do sometimes differ, yes.
7        Q.   So when we are talking about
8   alterations, we are talking about genetic
9   changes that are required for cancer to
10  form, correct?
11       A.   Are you talking about epigenetic
12  and genetic?
13       Q.   Right.  So these are genetic and
14  epigenetic changes that are required for
15  cancer to occur, correct?
16       MS. GREENWALD:  Objection to
17  form.
18       A.   I'm not certain what he is saying
19  here because neoplastic transformation can
20  mean transformation of a carcinoma into a
21  metastatic tumor, it could mean
22  transformation from an adenoma to
23  carcinoma.
24       So I'm not exactly certain what
25  he is talking about here, but there are

Page 169

1   genetic and epigenetic alterations that are
2   required for both of those processes, and
3   sometimes they differ for mice and humans.
4        Q.   And it is also genetic and
5   epigenetic alterations that would be
6   required for a normal cell to be mutated
7   that would sometimes differ from mouse and
8   human, correct?
9        MS. GREENWALD:  Objection to
10  form.
11       A.   Sometimes differ, yes, correct.
12       Q.   And now Dr. Morse states in this
13  paper that you cite in your report that the
14  best-studied mouse strains -- and this is
15  on page 2 -- for potential use as models
16  for human B-cell lymphomas are the NFS.V
17  congenic mice and the AX -- I'm sorry --
18  AKXD recombinant inbred strains, correct?
19       MR. LASKER:  On the phone, can
20  you put your phone on mute?
21       Thank you.
22       Q.   I will state that again.
23       On page 2, Dr. Morse states that
24  the best-studied mouse strains for
25  potential uses --

1          MS. GREENWALD:  Hey, guys, if
2     you're not going to go on mute, we're
3     going to have to disconnect the line.
4     Q.    OK, we'll try that one more time.
5     Dr. Morse states that the
6     best-studied mouse strains for potential
7     use as models for human B-cell lymphomas
8     are the NFS.V plus congenic mice and AKXD
9     recombinant inbred strains, correct?
10         MS. GREENWALD:  Objection to
11    form.
12    A.    Technically, these are not
13    strains.  These are transgenic mouse
14    models.  They derive from certain strains.
15    I don't know what strains they derive from.
16         But he says these two mouse
17    entities or types are the best models.  He
18    would know.
19    Q.    Now, none of the glyphosate
20    studies that we are going to be talking
21    about were conducted in either of these
22    mice strains?
23    A.    Again, you are mistaken with what
24    this means.
25    Q.    I'm not asking what it means.

1     A.    No one would ever test in these
2     strains because these congenic and
3     transgenic mice all get NHL.  You could
4     never detect NHL or any type of tumor like
5     that if you use these because these are
6     not -- they have already been produced to
7     induce the tumors.
8     Q.    Can you cite to any -- again,
9     this is a document that you cited in your
10    expert report with respect to mouse models
11    for non-Hodgkins lymphoma.
12         Can you cite to any publication
13    that points to CD1 or Swiss Albino mice as
14    appropriate mouse models for human
15    non-Hodgkins lymphoma?
16         MS. GREENWALD:  Objection, form.
17    A.    For the production --
18    Q.    Yes.
19    A.    -- of lymphomas from exposure to
20    a chemical?
21    Q.    No.  Can you cite to any source
22    document, any published document, that
23    suggests that CD1 or Swiss Albino mice are
24    appropriate mouse models for assessing the
25    potential for a substance to cause NHL in

1     humans?
2          MS. GREENWALD:  Objection, form.
3     A.    No, probably not.
4          I -- I'm hesitating because the
5     problem is OECD says these mice, CD1 mice,
6     are good mice for studying chemicals for
7     producing cancer.  Hence, that document in
8     essence is recommending if you are going to
9     look for cancer, NHL is a cancer, then
10    that's the right model.
11         That's why I am hesitating.
12    That's not what he is talking about here,
13    but that's why I was hesitating.  Sorry.
14    Q.    But specifically, can you cite to
15    any publication that suggests that CD1 mice
16    or Swiss Albino mice are appropriate mouse
17    models for human non-Hodgkins lymphoma?
18         MS. GREENWALD:  Objection, form
19    and asked and answered.
20    A.    I just answered that.
21         I can point to OECD and their
22    guidance that this is an appropriate model
23    for screening for cancer, and NHL is a
24    cancer.
25    Q.    Beyond the OEC document talking

1     about cancers generally, can you point to
2     any document that is talking about
3     non-Hodgkins lymphoma in particular --
4          MS. GREENWALD:  Objection --
5     Q.    -- with respect to CD1 mice or
6     Swiss Albino mice?
7          MS. GREENWALD:  Objection to
8     form.  Asked and answered.
9     A.    I can't cite a single publication
10    for any cancer where a specific mouse model
11    is proposed to evaluate a chemical effect
12    to cause cancer because of the mouse model.
13         So the answer to your question is
14    I cannot cite anything specific to those
15    mouse models producing malignant lymphomas
16    and being the best model around.
17    Q.    Dr. Morse includes a chart in his
18    chapter on page 2 that identifies potential
19    parallel neoplasm or cancers in human and
20    mice, correct?
21    A.    Yes.
22    Q.    Dr. Morse does not suggest that
23    any tumors in mice other than certain
24    B-cell lymphomas would have a potential
25    relationship to the development of

1    non-Hodgkins lymphoma in humans, does it?
2         MS. GREENWALD:  Objection to
3    form.
4         A.   Yeah, you've lost me.  Sorry.
5         Q.   Dr. Morse does not suggest that
6    there are any types of tumors in mice other
7    than certain B-cell lymphomas that have a
8    parallel to NHL in humans?
9         MS. GREENWALD:  Objection, form.
10        A.   His article is about B-cell
11   lymphomas.  This table was all about B-cell
12   lymphomas.
13        Q.   Dr. Morse does not suggest, for
14   example, that there is any relationship
15   between venal tumors in mice and the
16   development of NHL in humans, correct?
17        A.   Renal tumors in mice?  Is that
18   what you were questioning me?
19        I didn't understand that at all.
20        Does he suggest that kidney
21   tumors would -- kidney tumors in the mouse
22   would predict or be directly related to
23   this tumor in humans?  No.
24        Q.   And would you -- with respect to
25   different types of tumors in different

1    organs, would you agree that evidence of
2    renal tumors in a mouse would not be
3    directly relevant to the development of
4    non-Hodgkins lymphomas in humans, correct?
5         MS. GREENWALD:  Objection to
6    form.
7         A.   I'm not sure.
8         We did a paper on this, and I
9    thought it came out recently, but I
10   can't -- I can't tell.
11        And we looked at whether this
12   tumor in this mouse seems to associate with
13   this tumor and this human.  And I don't
14   remember if that particular case popped out
15   or not.
16        So I can't answer the question
17   very well.  Sorry.
18        Q.   So if I understand correctly, you
19   have done an assessment of certain tumor
20   types in mice to determine whether or not
21   they are predictive of certain tumor types
22   in humans?
23        MS. GREENWALD:  Objection to
24   form.
25        A.   We have done a paper that looks

1    at all of the known human carcinogens from
2    the IARC list, 101 chemicals minus -- I
3    think it is about 86, 85 chemicals.
4         So these are chemicals that we
5    know they cause cancer in humans and we
6    know where they cause cancer in humans, so
7    each of them had cancer bioassays also
8    done -- well, some of them didn't, so we
9    had to throw those out.
10        But most of them had cancer
11   bioassays and so we could see what cancers
12   arose in animals, what cancers arose in
13   humans, and we could just look at the
14   frequency of agreement.
15        Q.   Are you aware of any published
16   article that conducts an analysis to test
17   whether the development of renal tumors in
18   mice is predictive of NHL in humans?
19        MS. GREENWALD:  Objection to
20   form.
21        A.   Um, no.
22        THE VIDEOGRAPHER:  I'm
23   approaching the end of the videotape.
24        MR. LASKER:  We will take a
25   break.

1         THE VIDEOGRAPHER:  The time is
2    12:32 p.m.  We are off the record.
3         (Luncheon recess)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1    AFTERNOON SESSION
2         1:20 p.m.
3         THE VIDEOGRAPHER:  The time is
4    1:20 p.m.  We are on the record.
5    BY MR. LASKER:
6    Q.   Good afternoon, Dr. Portier.
7    A.   I hope you enjoyed your lunch.
8    Q.   Wonderful.
9         Before the break, we were
10   discussing when you first looked at the
11   data tables for the animal cancer bioassays
12   that were provided with the Greim
13   publication.
14        Would I be correct in my
15   understanding that you would have reviewed
16   those data tables prior to your submission
17   to EPA in which you presented a pooled
18   analysis of the data from those animal
19   studies?
20        MS. GREENWALD:  Objection,
21   form.
22   A.   If I remember correctly, all of
23   the pooled analysis in the data I submitted
24   to EPA were the mouse lymphomas and the
25   hemangiosarcomas and the kidney tumors and

1    the answer to your question is no, I'd
2    probably not reviewed it before then
3    because all those came from EFSA review.
4    Q.   When you, in your pooling of data
5    with respect to -- let's actually show him
6    the October 4, 2016.  It has already been
7    marked.
8         It is 15-20, you can look at
9    15-20.
10        MS. GREENWALD:  They are not
11   all here.
12        THE WITNESS:  It's the bottom one
13   because I reordered them just now.
14   A.   Yes, OK.  Let's see what pooled
15   analyses I did.  OK, so EPA's -- I did not
16   pool the rat studies here.
17   Q.   So is it your recollection then
18   that you would have first reviewed or if we
19   were trying to get to the day where you
20   first reviewed the Greim supplement, it
21   would be at the time that you had pooled
22   analysis for some of the rat studies?
23   A.   That's when I seriously got into
24   looking at Greim's very carefully because
25   in order to do the pooling in any of these

1    studies, I have to pull in nonsignificant
2    findings from the other studies and none of
3    the regulatory agencies provide
4    nonsignificant findings.
5         So when I decided to pool the rat
6    studies, that's when I really had to dig in
7    there.
8    Q.   I don't know if we have three
9    copies of this now.
10        MR. LASKER:  Let's go off the
11   record for a minute.
12        THE VIDEOGRAPHER:  The time is
13   1:25 p.m.  We are off the record.
14        (Recess)
15        THE VIDEOGRAPHER:  The time is
16   1:27 p.m.  We are on the record.
17   Q.   Dr. Portier, you note in your
18   expert report that because of the large
19   number of evaluations that have been
20   done -- the large number of glyphosate
21   rodent studies that have been done, that
22   raises a concern that false positives could
23   be exaggerated, correct?
24   A.   Let me break down your sentence
25   for a second.  Exaggerated I think is the

1    wrong term.
2    Q.   Why don't we mark the revised
3    report.  This is next in line.
4         (Exhibit 15-30, expert report of
5    Christopher J. Portier marked for
6    identification, as of this date.)
7    Q.   Just for the record, Dr. Portier,
8    Exhibit 15-30 is your revised expert report
9    that was provided to us on or about
10   June 27, 2017, and on page 50 of your
11   report, that second paragraph, midway
12   through, you state, "Because of the large
13   number of evaluations done in an individual
14   animal carcinogenicity study, there is
15   concern that the false positive rates could
16   be exaggerated."  Correct?
17   A.   That's what I said.  Surprised I
18   used exaggerated.
19   Q.   Well, the point, in any event,
20   that you're making there is that if 20
21   evaluations are done and a finding is
22   deemed significant at a p-value of less
23   than .05, then you would expect that one of
24   those evaluations would report out as being
25   positive simply due to chance, correct?

1    MS. GREENWALD: Objection,
2  form.
3    A.   That's what I wrote and that is
4  correct.
5    Q.   So a false positive then is when
6  an individual test or trend meets the p
7  less than .05 standard, but it is, in fact,
8  due to chance rather than a carcinogenicity
9  effect of a tested compound, correct?
10    A.   A false positive is when there is
11  no effect and you falsely declare it's
12  positive either by statistical evaluation
13  or whatever.  That would be a false
14  positive.
15    Q.   And the point you're making here
16  and, in particular, you state, for example,
17  that there were -- on page 50, you list 329
18  total sites for rats and 16.5 that would be
19  expected.  Do you see that?
20    A.   That is correct.
21    Q.   And that again, that is the same
22  point you're making that you would expect 1
23  out of 20 of those tests to report with a p
24  less than .05 simply due to chance,
25  correct?

1    A.   Correct.
2    Q.   And the reason that complicates
3  the analysis of the glyphosate data is
4  because there are so many evaluations that
5  have been conducted in the animal studies,
6  correct?
7    MS. GREENWALD: Objection to
8  form.
9    A.   The problem of false positives
10  affects every study.  But where you have,
11  for example, with glyphosate, hundreds of
12  analyses that can be conducted, you're
13  going to be expecting to have a number of
14  findings p less than .05 simply due to
15  chance, correct.
16    MS. GREENWALD: Objection to
17  form.
18    A.   "Expectation" is the important
19  word there.  You expect to see it.  That
20  doesn't mean you necessarily saw it but you
21  do expect it.
22    Q.   So you're making the point here
23  on page 50 is you have 329 total sites as
24  you set forth on table 15 that could be
25  examined or in the rat studies, and from

1  that, by chance alone, you would expect 16
2  or 17 to report out with a p less than .05,
3  correct?
4    A.   I'm -- that's correct.  You know
5  this table changed --
6    Q.   I do understand that.  I
7  understand.
8    A.   Thank you.
9    Q.   You have further broken this
10  down, down test by sex and by strain to
11  look at what you would expect -- how many
12  trends you would expect to see with p less
13  than .05 by chance and then comparing them
14  to what you actually observe in the data,
15  correct?
16    A.   That is correct.
17    Q.   And let's pull out your rebuttal
18  report.  And we will mark this as 15-31.
19    (Exhibit 15-31, Rebuttal Report
20  of Christopher J.Portier marked for
21  identification, as of this date.)
22    Q.   And I think this statement is the
23  same in both your initial report and in
24  your rebuttal report, but it appears at
25  page 7 on your rebuttal report.

1    You are discussing the number of
2  trends that you see in the data or that you
3  report in the data as compared to the
4  number of trends that you would expect
5  simply by chance.  Correct?
6    MS. GREENWALD: Objection,
7  form.
8    A.   At the bottom of page 7, I
9  discussed the new modified table 15 which
10  discusses what we were discussing earlier.
11  Same table.
12    Q.   And what you state with respect
13  to the rats -- and I want to focus on that
14  now -- is with the exception of male
15  Sprague Dawley rats, the observed number of
16  tumors are at or near the expected number
17  for the different sex strain groups in
18  mice, correct?
19    A.   That's correct.
20    Q.   For female Sprague Dawley rats,
21  you observed the number of trends that
22  would be expected due to chance, correct?
23    A.   I believe so, yes.
24    Q.   For male Wistar rats, you found
25  or observed the number of trends p less

Page 186

1  than .05 that you expect to see due to
2  chance, correct?
3      A.   That is correct.
4      Q.    And for the male Wistar rats,
5  likewise, you observe the number of trends
6  of p less than .05 you would expect due to
7  chance, correct?
8      A.   That is correct.
9      Q.   But you nonetheless opine, based
10 upon your analysis, that the data shows
11 that glyphosate causes hepatocellular
12 adenomas and skin keratoacanthomas in male
13 Wistar rats and it causes mammary gland
14 adenomas and adenocarcinomas in female
15 Wistar rats, correct?
16     MS. GREENWALD:  Objection to
17  form.
18     A.   I don't know about opining, but I
19 certainly discuss those tumors and come to
20 a conclusion that they are probably caused
21 by glyphosate.
22     Q.   So your conclusion is that the
23 tumors that you identified for Wistar rats
24 that have trends less than .05, which is
25 the same number you would expect due to

Page 187

1  chance, is, in fact, evidence of causation,
2  correct?
3      MS. GREENWALD:  Objection to
4   form.
5      A.   In fact -- they are part of the
6  evaluation of causation.  The skin
7  keratoacanthomas were also seen in the
8  Sprague Dawley rats which is the reason I
9  did not decide that they were just random
10 chance and the mammary gland carcinomas and
11 adenomas and carcinomas, because it's the
12 same progression of tumor, there is greater
13 evidence that it remains.
14     So a decision to argue for a
15 positive finding is not just statistical.
16 It's also tied to the actual biology.
17     Q.   Well, Dr. Portier, that wasn't my
18 question.
19     You observed the number p less
20 than .05 trends for Wistar rats that would
21 be expected due solely to chance, correct?
22     MS. GREENWALD:  Objection,
23  asked and answered.
24     A.   I observed the same number as
25 expectation.

Page 188

1      Q.   Due to chance?
2      A.   Due to chance.
3      Q.   But your opinion is, in fact,
4  this is evidence that glyphosate caused
5  those tumors in those rats, correct?
6      MS. GREENWALD:  Objection,
7   form.
8      A.   What is "this"?  What is "this is
9  evidence"?
10     Q.   The trends that you observed of p
11 less than .0.5 for Wistar rats which are
12 the same trends you would expect to see due
13 to chance, in your opinion, is evidence
14 that glyphosate caused those tumors in
15 Wistar rats.  Correct?
16     MS. GREENWALD:  Objection,
17  form.
18     A.   It's part of the evidence.  Yes.
19     Q.   You reached your rat causation
20 opinions through the application of a
21 pooling methodology, correct?
22     A.   Yes, I did.
23     Q.   And you agreed that methods for
24 combining analyses of multiple animal
25 cancer bioassays are not available in the

Page 189

1  scientific literature, correct?
2      MS. GREENWALD:  Objection,
3   form.
4      A.   Say again.
5      Q.   You agree that methods for the
6  combined analysis of multiple animal cancer
7  bioassays are not available to the
8  scientific literature?
9      MS. GREENWALD:  Same
10  objection.
11     A.   I believe I wrote that, but it is
12 now incorrect.
13     Q.   At the time that you drafted your
14 revised expert report, it was your
15 understanding that methods for the combined
16 analysis of multiple animal cancer
17 bioassays are not available in the
18 scientific literature, correct?
19     A.   That is correct.
20     Q.   And because of that, you
21 developed the pooling methodology that you
22 used for the purposes of your glyphosate
23 analysis, correct?
24     A.   Oh, I can't take credit for
25 developing it, no.

1    Q.   Can you cite -- first of all,
2  have you ever published a paper in which
3  you used this pooling methodology that you
4  use in this case?
5    A.   I'd have to go back and look.
6  The pooling methodology is simply taking
7  information from multiple laboratories or
8  multiple experiments and putting it
9  together and doing one analysis, and I
10 believe I have, using the same technology,
11 taken data from multiple experiments and
12 done the analysis.
13       So I can't take credit for it,
14 nor can I say I never did it.
15   Q.   Let me ask you again.  Can you
16 cite to my -- first of all, have you ever
17 published a paper in which you use this
18 pooling methodology?
19       MS. GREENWALD:  Objection,
20   asked and answered.
21   A.   I think I have.
22   Q.   Can you cite to which paper that
23 is?
24   A.   I would have to go look at the
25 papers.

1    Q.   Can you cite, sitting here today,
2  to any published paper by any scientist
3  using this pooling methodology in analyzing
4  animal cancer bioassay data?
5    A.   Yes.
6    Q.   Which article?
7    A.   The someone asked me to look --
8  so Mike Dourson is going to be the new
9  assistant administrator for EPA and I was
10 asked to look at some of his papers and he
11 does it in two of his papers.
12   Q.   Can you say the name again?
13   A.   Mike Dourson, D-O-U-R-S-O-N.
14   Q.   Let's take a look at how you
15 applied the pooling methodology in this
16 case.
17       Now, we already talked about the
18 fact that you opine, based upon your
19 pooling analysis, that glyphosate causes
20 mammary gland tumors in female Wistar rats,
21 correct?
22   A.   Wistar rats, I think so, yes.
23   Q.   We can look at your expert report
24 at page 28.  And this is 15-30.  Starting
25 at page -- 15-30, you're talking about the

1  Brammer study.
2    A.   Yes.
3    Q.   And then you have on the next
4  page, 28 is Brammer, 30 is Suresh, and 31
5  is -- I'm sorry, it bounces around a little
6  bit.  32 is Wood, correct?
7    A.   Yes.
8    Q.   Those are the three studies in
9  Wistar rats, correct?
10   A.   Yes.
11   Q.   So in the Brammer study reported
12 on page 28, there were more mammary tumors
13 found in the female Wistar rats that were
14 not treated with glyphosate than were found
15 in any of the three treated groups
16 individually, correct?
17   A.   More mammary grand adenomas and
18 carcinomas in the control group than the
19 treated groups, yes.
20   Q.   And then the second Wistar study
21 is Suresh.  That's reported in page 30 of
22 your expert report, correct?
23   A.   Yes.
24   Q.   In that study, the data finds a
25 statistically significant inverse trend or

1  negative trend for mammary tumors with
2  increased doses of glyphosate, correct?
3        MS. GREENWALD:  Objection,
4    form.
5    A.   I don't actually know.  I just
6  see the p trend.  I don't know what the
7  slope was.
8    Q.   But the p-value, if you have a
9  p-value of .970 for a positive trend, that
10 translates also to a trend of .03 for a
11 negative trend.  That's the way the math
12 works, right?
13   A.   Probably.  I would want to look
14 at the statistic to be sure, but probably,
15 yes.
16   Q.   So with that understanding, the
17 Suresh study found an inverse trend, a
18 negative trend for mammary glands that
19 would be significant to p equals .03,
20 correct?
21       MS. GREENWALD:  Objection,
22   form.
23   A.   I am not sure.
24   Q.   The Suresh study found more
25 mammary gland tumors in the controls than

1    in the highest dose group, correct?
2        A.    That is correct.
3        Q.    And if the p trend for mammary
4    gland adenomas and carcinomas in Suresh is
5    an inverse trend, p equals .03, that would
6    mean that the incidence of mammary gland
7    tumors in female Wistar rats decreased as
8    the dose increased by a statistical
9    measure, correct?
10        MS. GREENWALD:  Objection,
11    form.
12        A.    Because of the high response in
13    the control, yes, that's probably the case.
14        Q.    The third study you have for
15    Wistar rats is the Wood study and that is a
16    study that found a -- you report a
17    statistically positive trend increasing
18    tumors for mammary gland tumors, correct?
19        A.    For mammary gland adenocarcinomas
20    and mammary gland adenocarcinomas and
21    adenomas combined.  Yes.
22        Q.    So for the three Wistar rat
23    studies for mammary tumors, we have one
24    study, the first one study we looked at, by
25    Brammer, where there were more tumors found

1    in the controls than in any of the treated
2    groups.
3        We have a second study by Suresh
4    that reported what appears to be a
5    statistically significant negative trend,
6    meaning less tumors, less mammary gland
7    tumors as the dose increases.  And we have
8    a third study that shows an increased trend
9    of more tumors with more dose.  Correct?
10        MS. GREENWALD:  Object to the
11    form.
12        A.    We have the Brammer study which
13    is negative; the Suresh study which is
14    negative; and the Wood study which is
15    positive.
16        Q.    Just to be clear again, the
17    Suresh study appears to be statistically
18    significant negative, correct?
19        A.    Correct.
20        Q.    Now, when you pooled these
21    studies together, and you report that -- I
22    think on page 33 -- when you pooled the
23    three studies together, you did not find
24    any increased risk of mammary tumors in
25    female Wistar rats, correct?

1        A.    OK, say the question again.
2        Q.    When you pooled the three Wistar
3    rat studies together, you did not find any
4    increased risk of mammary tumors in female
5    Wistar rats with treatment for glyphosate,
6    correct?
7        A.    Yes, I got a p-value well above
8    .05.
9        Q.    To reach your causation
10    opinion -- and you did reach an opinion
11    that glyphosate causes mammary tumors in
12    Wistar female rats.  We just talked about
13    that.  To reach that opinion, you removed
14    Suresh from your pooling analysis, correct?
15        MS. GREENWALD:  Objection to
16    form.
17        A.    First, I want to check the
18    conclusion.  So I'm very clear on what I
19    said.
20        Q.    On page 52, you state that
21    glyphosate causes mammary gland adenomas
22    and adenocarcinomas in female Wistar rats,
23    right?  That's your opinion in your expert
24    report, correct, Dr. Portier?
25        A.    Yes, yes.  It should have said

1    limited.  I'm sorry, that was a -- that was
2    a mistake.  That's in this paragraph on
3    page 33.
4        Q.    To reach your opinion to support
5    the idea that there is a causation with
6    mammary tumors in Wistar rats, you dropped
7    the Suresh study from your pooling analysis
8    completely, correct?
9        A.    I did a sensitivity analysis in
10    which I removed the one study that might
11    have not matched the other two.  And I did
12    a separate pooling.  That is correct.
13        Q.    So by removing the statistically
14    significant negative trend, decreasing
15    tumors with increasing glyphosate use, in
16    Suresh, you were able to pool the two other
17    studies to opine that there was a positive
18    trend for mammary tumors in Wistar rats
19    with glyphosate, correct?
20        MS. GREENWALD:  Objection to
21    form.
22        A.    When, with justification, I
23    removed the Suresh study, I could see a
24    significant finding; and, hence, I said
25    there was limited support for that tumor.

1  Q.  Well, you're stating that now.
2  A.  No, it's right there.
3  Q.  In your expert report?
4  A.  Page 33.
5  Q.  Page 52.
6  A.  Page 33, "Given the mixed results
7  for the pooling from this tumor, I conclude
8  there is limited support for the notion
9  that glyphosate can cause mammary gland
10  adenomas and adenocarcinomas in Wistar
11  rats."
12       I've already conceded that in the
13  final conclusion I should have used the
14  word "limited" for that tumor.
15  Q.  If you had instead removed the
16  Wood study from your analysis and pooled
17  instead the Suresh study and the Brammer
18  study, you would have reported a
19  statistically significant protective effect
20  of glyphosate against mammary tumors,
21  wouldn't you have?
22       MS. GREENWALD:  Objection,
23  form.
24  A.  That, I do not know.
25  Q.  You didn't conduct that

1  sensitivity analysis?
2  A.  I had no reason to believe the
3  Wood study was different from the Animoto
4  study, or whatever we are talking about.
5  Wood and -- Wood and Animoto was the two I
6  pooled, correct?  Wood and Brammer, Wood
7  and Brammer.
8       I had no reason to believe that
9  Wood was different than Brammer.  But I had
10  reason to believe that Suresh was different
11  than the other two.
12  Q.  With respect to mammary tumors,
13  what was your basis for concluding that
14  Suresh was different than Wood and Brammer?
15  A.  When a -- when a strain of
16  animals shows any tumor, whether it's the
17  adenocarcinomas or the liver tumors, at a
18  rate which is incredibly different than the
19  others, it suggests that the strains are
20  not -- they are not exactly operating the
21  same.
22       The hepatocellular adenomas
23  and carcinomas in the Suresh data set -- I
24  believe it was the hepatocellular adenomas
25  and carcinomas were substantially larger in

1  the control population, substantially, than
2  either of the other two studies.  That
3  raises a flag that suggests that those
4  studies are not replicates of each other
5  and one should be careful when combining
6  them.
7  Q.  In the mammary gland tumors, you
8  had, in the Wood study, eight out of 51
9  with tumors in the high dose group and that
10  is significantly different than what you
11  found in the other two studies, in Suresh
12  and Brammer, correct?
13       MS. GREENWALD:  Objection,
14  form.
15  A.  There were different doses.
16  That's -- they are not equivalent
17  connections and I don't know if they were
18  statistically significant or not.  They
19  were different.  There is no doubt about
20  it.
21  Q.  You used a similar pooling
22  methodology to reach your opinion that
23  glyphosate causes hepatocellular adenomas
24  in male Wistar rats, correct?
25  A.  I believe I did.

1  Q.  Neither the Suresh study or Wood
2  study found any increased incidence of
3  hepatocellular adenomas in male Wistar
4  rats, correct?
5  A.  OK, let's see here.  I was
6  looking at the wrong ones.  The first
7  paragraph under joint analysis.
8  Q.  It might be easier to look at the
9  tables, 28, 30 and 32.  Neither the Suresh
10  study nor the Wood study found any
11  increased incidence in hepatocellular
12  adenomas in male Wistar rats, correct?
13  A.  No statistically significant
14  increased incidence, that is correct.
15  Q.  And when you pooled the results
16  of the three Wistar rat studies, you
17  likewise did not find a positive trend for
18  hepatocellular adenomas, correct?
19  A.  I'm trying to find where I did
20  the pooling and talked about whether it is
21  significant or not.
22       I didn't pool all three studies.
23  I'm sorry, I didn't pool them here.  I
24  don't see an analysis of the pooled three
25  studies because the hepatocellular adenomas

1    seen in the Suresh study were 48 percent in
2    controls; whereas the other two studies,
3    the hepatocellular adenomas were down in
4    the 0 to 1 percent to 2 percent range.
5    Hence, pooling all three of them would be a
6    mistake from the start.  So I never even
7    bothered.
8        Q.   You reach your causation opinion
9    based on a pooling that dropped the Suresh
10   study out of the analysis, correct?
11       MS. GREENWALD:  Objection,
12   form and asked and answered.
13       A.   I didn't drop the Suresh -- I
14   didn't drop the Suresh out of the analysis,
15   I never put it at.
16       Q.   And in your discussion of that
17   analysis, or your reasoning there for not
18   including in your evaluation, the
19   hepatocellular adenomas, you state that, to
20   reject a finding based upon only one in
21   three being positive is the same as
22   rejecting a coin being fair if, in three
23   flips of the coin, the result is one head
24   and two tails, correct?
25       MS. GREENWALD:  Objection,

1    form.
2        A.   I do write that in here.
3        Q.   And you -- so you state that to
4    reject causation based upon the findings of
5    one positive trend and two null findings
6    for hepatocellular adenomas, then it is the
7    same as rejecting a coin as being fair if
8    in three flips of the coin, the result is
9    one head and two tails, correct?
10       A.   Yes.  The rest of it says you
11   can't -- it simply is not possible and
12   there is a better way to address these
13   findings.
14       Q.   And your pooling methodology for
15   the glyphosate animal studies then seeks to
16   determine whether the data is sufficient to
17   reject a finding of causation for
18   glyphosate and cancer in rodents, correct?
19       A.   No.  The pooling is there to
20   evaluate whether, for this tumor, having
21   seen a positive in one or two studies, does
22   that positive stay when you group it with
23   all the rest of the studies that it should
24   be appropriately grouped with.
25       Q.   And the analogy you are talking

1    about is rejecting a coin being fair,
2    correct?
3        MS. GREENWALD:  Objection to
4    the form.
5        A.   No, the rejection of a coin being
6    fair here is that it's impossible to do it
7    with only three flips.
8        Q.   Right.
9        A.   It's not that I can't reject a
10   coin being fair.  Of course I can if I do a
11   large enough sample size.
12       So it's the concept that you
13   can't do this that is being brought up
14   there.
15       Q.   In scientific analyses, you start
16   off with a null hypothesis and then you try
17   to reject that hypothesis, correct?  That's
18   the scientific methodology?
19       A.   Correct.  Well, you don't try to
20   reject the hypothesis.  If the data pops
21   that way, it rejects the hypothesis.
22       Q.   So for a coin toss, is the null
23   hypothesis that the coin is fair and you
24   are trying to reject that, correct?
25       MS. GREENWALD:  Objection,

1    form.
2        A.   If that's your hypothesis, yes.
3        Q.   For glyphosate and the animal
4    studies, the null hypothesis is that
5    glyphosate does not cause tumors, correct?
6        MS. GREENWALD:  Some
7    objection, form.
8        A.   The null hypothesis is that it
9    does not cause an increase in tumors, that
10   is correct.
11       Q.   And your assessment, though, is
12   looking to see whether the data is
13   sufficient to reject the possibility that
14   glyphosate does cause tumors, correct?
15       MS. GREENWALD:  Objection,
16   form.
17       A.   No, the test is to see whether
18   the rejection of the null hypothesis from
19   the one study is -- remains or is -- goes
20   away when I pool the data.
21       Q.   So you are pooling the data to
22   see if you can support -- strike that.
23       So you are pooling the data of
24   those two studies without the third study
25   to see if you can then reject the finding

1    in the third study, is that correct?
2          MS. GREENWALD:  Objection,
3    form, asked and answered.
4          A.   No.
5          Q.   You also exclude the Suresh study
6    from your pooling analysis to support your
7    opinion in your rebuttal report that there
8    is a suggestion that glyphosate causes
9    pituitary tumors in -- strike that.
10          I want to get that right.  Yes.
11   At page 6 of your rebuttal report, you also
12   exclude the Suresh study from your pooling
13   analysis to support your opinion that there
14   is a suggestion that glyphosate causes
15   pituitary tumors in female Sprague Dawley
16   rats, correct?
17          MS. GREENWALD:  Objection to
18   form.
19          A.   I did not include -- I don't know
20   if I did the three.  I don't think I --
21   I'm -- yes, that is -- I believe that's
22   correct.
23          Q.   Now, you used that same pooling
24   methodology to conclude that there was a
25   statistically significant positive trend

1    for skin keratoacanthomas in male Wistar
2    rats, correct?  And that's initially your
3    revised report at page 32.
4          A.   Page 32?
5          Q.   I'm sorry.  Page 31.
6          A.   That is correct.
7          Q.   So for skin keratoacanthomas,
8    pooling the Wood and Brammer studies alone
9    did not result in a statistically
10   significant positive trend for male Wistar
11   rats, correct?
12          A.   It resulted in a p-value for
13   trend of 0.053 which was barely not
14   statistically significant.
15          Q.   So for your skin keratoacanthoma
16   causation opinion, you did pool, include
17   the Suresh study in your pooling analysis
18   to come up with a statistically significant
19   finding, correct?
20          MS. GREENWALD:  Objection,
21   form.
22          A.   I believe I wasn't that marginal.
23   Let me look at my summary.
24          Q.   Page 35.
25          A.   I've got you.  I'm sorry, I'm

1    just checking my -- yes.  That must be what
2    I used in my table 8.
3          Q.   So you dropped or did not include
4    Suresh for your pooling methodology when it
5    resulted in a finding of no increased trend
6    for mammary glad or hepatocellular tumors,
7    but then included Suresh in your pooling
8    analysis to calculate a positive trend for
9    skin keratoacanthomas, correct?
10          MS. GREENWALD:  Objection to
11   form.
12          A.   No.
13          Q.   Did you not include Suresh in
14   your analysis for skin keratoacanthomas?
15          A.   In all of them, maybe all of them
16   except hepatocellular adenomas, I did
17   analyses with Suresh included and without
18   Suresh included.  All of those analyses
19   play a role in my decision about whether
20   this is a real tumor finding or a chance
21   tumor finding and how much support there
22   is.
23          Q.   And in your finding of a positive
24   trend, as you reported in your final
25   opinion, to find a positive trend for

1    mammary gland tumors and hepatocellular
2    adenomas, you used a pooling only of the
3    Wood and Brammer study, and to reach your
4    opinion with respect to keratoacanthomas,
5    you used a pooling of all three studies,
6    correct?
7          MS. GREENWALD:  Objection,
8    form.
9          A.   I used all of the analyses that
10   it had done to that time.
11          Q.   For mammary gland tumors and the
12   hepatocellular adenomas, to find a
13   statistically significant positive trend,
14   you found that only when you pooled just
15   the two studies, Brammer and Wood, correct?
16          A.   As I mentioned before, I saw an
17   almost statistically significant p equals
18   p.053 in the combined analysis.
19          I do not characterize it as
20   negative.  I characterize that as almost
21   significant.
22          Q.   Just to be clear, we are talking
23   about mammary gland tumors and
24   hepatocellular adenomas.  Is it your
25   testimony now that you found an almost

Page 210

```
 1    significant trend with those two tumors
 2    when you combined the three studies?  I
 3    think you are confusing it now for skin --
 4        A.   I am sorry, for skin
 5    keratoacanthomas.
 6        Q.   No, let me -- for mammary gland
 7    adenomas and hepatocellular adenomas -- I
 8    am sorry, for mammary gland tumors and for
 9    hepatocellular adenomas, you opined to a
10    statistically significant increased trend
11    by pooling just Wood and Brammer, correct?
12        MS. GREENWALD:  Objection,
13    form.
14        A.   For mammary gland adenomas and
15    adenocarcinomas combined.
16        Q.   And hepatocellular adenomas for
17    those two tumors, you reported a -- or you
18    opined to a statistically significant
19    increased trend by pooling Brammer and Wood
20    and not including Suresh, correct?
21        MS. GREENWALD:  Objection,
22    form.
23        A.   For those two tumors, I saw --
24    not for -- for hepatocellular adenomas, I
25    did not pool the three.  So I do not know
```

Page 211

```
 1    what the result of that pooling would be.
 2        When I pooled the two, yes, I saw
 3    significant p-value.  For that tumor.
 4        Q.   And for mammary gland tumors,
 5    when you pooled the three, you didn't see a
 6    statistically significant trend, but when
 7    you pooled the two, you did?
 8        A.   That is correct.
 9        Q.   And that was the basis for your
10    opinion with respect to mammary gland
11    tumors, correct?
12        MS. GREENWALD:  Objection,
13    form.
14        A.   That's the basis for my opinion
15    that there is limited support for the
16    notion that glyphosate can cause mammary
17    gland adenomas and adenocarcinomas in
18    Wistar rats.
19        Q.   And for skin keratoacanthomas,
20    where you report a statistically
21    significant trend on your table, that is
22    based upon the pooling all three of the
23    studies, correct, including Suresh?
24        A.   As I said before, it's based upon
25    everything that went on in that evaluation.
```

Page 212

```
 1        Q.   All three of the studies were
 2    pooled to get that statistically
 3    significant trend, correct?
 4        A.   No.  The statistically
 5    significant -- you're confusing my decision
 6    to say this is glyphosate-related with any
 7    given one test or not.  If you look through
 8    here, you will see is that there are
 9    subtleties involved in this.
10        In this case, when pooled with
11    the Suresh study, it was highly -- it was
12    highly -- no, it was statistically
13    significant for the keratoacanthomas, and
14    when it was not pooled, it was almost
15    statistically significant for the
16    keratoacanthomas.  Therefore, I decided
17    that there is a -- there is fire here and
18    there is probably something going on.  And
19    that's why I made the decision to say that
20    it was causal.
21        Q.   And you reported that trend as
22    statistically significant in your tables,
23    correct?
24        A.   In the table 8, I put three dots
25    for the triple.  I should have put one.
```

Page 213

```
 1        Q.   Let's look at your pooling
 2    methodology for Sprague Dawley rats in your
 3    rebuttal report and this is page 6.
 4        You opine that the Sprague Dawley
 5    rat study suggests a potential for
 6    glyphosate to cause adrenal cortical tumors
 7    in female rats, correct?  That's page 6.
 8        MS. GREENWALD:  Objection, form.
 9    Q.   Second paragraph, first full
10    paragraph on page 6, returning to table 2.
11    A.   So ask your question again,
12    please.
13        Q.   Through -- in your rebuttal
14    report, you opine that the Sprague Dawley
15    rat studies suggest a potential for
16    glyphosate to cause adrenal cortical tumors
17    in female rats, correct?
18        MS. GREENWALD:  Objection,
19    form.
20    A.   That is correct.
21    Q.   When you pooled the results for
22    the four Sprague Dawley studies, your
23    pooling methodology reported a
24    statistically significant negative trend
25    for glyphosate and adrenal cortical tumors,
```

1  correct?
2      A.   That is, I believe, correct.
3      Q.   So in other words, you found, by
4  pooling the studies, that there was a
5  decrease in the incidence of adrenal
6  cortical tumors with an increased dose of
7  glyphosate and that was statistically
8  significant, correct?
9      A.   No.  What I found was that the --
10  because of the hypothesis rates of this
11  tumor in Lankas, et al., 1981 and the lower
12  rates in the others, you end up with a
13  negative trend because of that high rate of
14  tumors.  And that's why you have the
15  negative trend.  I would never have called
16  that pooled analysis a negative trend
17  because it was clear to me that pooled
18  analysis was flawed.
19      Q.   OK.  But just to be clear, page
20  10 of your rebuttal expert report, you
21  present the data the -- your pooled
22  analyses for adrenal cortical carcinomas in
23  female Sprague Dawley rats -- correct?
24  Adrenal cortical carcinomas?
25      A.   I'm sorry, I'm kind of slow, yes,

1  I present that, yes.
2      Q.   In your original pooled analysis,
3  you have a p of .-- 0.997 which translates
4  to an inverse trend with a p of .003.
5  That's statistically significant, correct?
6      A.   For negative, it has a negative
7  trend.  That is correct.
8      Q.   And despite the fact that your
9  pooling analysis finds this statistically
10  significant inverse trend with p equal to
11  .003, your ultimate opinion is that these
12  studies suggest a potential for glyphosate
13  to cause adrenal cortical tumors, correct?
14      MS. GREENWALD:  Objection,
15  form.
16      A.   I concluded that because the
17  Lankas study is 26 months instead of 24 and
18  because the tumor rates seen in that study
19  far exceed the others, that it doesn't
20  belong in that pooled analysis and I made
21  my conclusion based upon pooling the other
22  three studies.
23      Q.   Well you talk about dropping the
24  Lankas Sprague Dawley study.  You used that
25  same approach to reach an opinion with

1  respect to kidney adenomas in male rats.
2  Correct?
3      MS. GREENWALD:  Objection,
4  form.
5      A.   Again, the Lankas study was 26
6  months and the rest were 24.  That is
7  reason to exclude it.
8      Q.   And, in fact, though, if you
9  looked at the four Sprague Dawley rat
10  studies and that would be on pages 26 to 27
11  of your expert report -- I am sorry.
12      A.   Wistar rats.  It starts on 24 --
13  anyway, OK.
14      Q.   So for Lankas, we were going to
15  talk about the kidney adenomas, you did not
16  find increased instance of kidney adenomas
17  with increased dose of glyphosate, correct?
18      A.   That is correct.
19      Q.   And then if we look at the Stout
20  and Reucker study, the second Sprague
21  Dawley study, it's a 24-month study you do
22  not find an increased incidence of kidney
23  adenomas with increased dose of glyphosate,
24  correct?
25      A.   That is correct.

1      Q.   If you look at the Atkinson study
2  which is the third study for kidney
3  adenomas in male Sprague Dawley rats, you
4  did not find an increased incidence of
5  kidney adenomas with increased exposure to
6  glyphosate, correct?
7      A.   That is correct.
8      Q.   So three of the four.  And in
9  fact, three of the four Sprague Dawley
10  studies did not find any kidney adenomas
11  whatsoever in either the middle or highest
12  glyphosate dose groups tested, correct?
13      A.   I'm looking for the fourth study.
14  I'm sorry.
15      Q.   The fourth study would be
16  table --
17      A.   Table 6, and I wanted to look at
18  that.
19      That would be correct.  Three of
20  the four did not have, by themselves, a
21  positive finding for this tumor.
22      Q.   Well, my question was a little
23  bit different.  Three of the four Sprague
24  Dawley studies did not find any kidney
25  adenomas whatsoever in either the high dose

1  or middle dose glyphosate group, correct?
2      A.   I believe that is correct.  This
3  is a very rare tumor.
4      Q.   But using your methodology, you
5  opined that that data proves that
6  glyphosate caused kidney adenomas in male
7  Sprague Dawley rats, correct?
8      A.   I believe that's what I said and
9  I believe that is the case, yes.
10     Q.   So now you dropped Lankas from
11 your analysis for adrenal cortical tumors
12 and kidney adenomas, but you highlight the
13 findings of Lankas with respect to other
14 tumors that were seen in that study?
15     A.   In the Lankas study.  Other
16 tumors that were seen in the Lankas study.
17     Q.   Yes.
18     A.   That is correct.
19     Q.   So for example, with thyroid
20 C-cell tumors in female rats and in testes
21 interstitial tumors in male rats, those
22 tumors were found in the Lankas study but
23 not found in the other three studies,
24 correct?
25     A.   That is correct.

1      Q.   And in your expert report, you
2  state that Lankas might be informative on
3  causation with respect to these tumor types
4  because there was a 26-month study while
5  the other three studies were for 24 months,
6  correct?
7      A.   That is correct.
8      Q.   You also opine, in your expert
9  report, that glyphosate causes thyroid
10 C-cell tumors in male Sprague Dawley rats,
11 correct?  You can look at page 52 if you
12 want.
13     A.   Thank you.
14 Thyroid C-cell adenomas and
15 carcinomas combined in male Sprague Dawley
16 rats.
17     Q.   So the answer is yes, you do
18 opine that glyphosate causes thyroid C-cell
19 tumors in male Sprague Dawley rats,
20 correct?
21     MS. GREENWALD:  Objection to
22 form.
23     A.   That's what it says, correct.
24     Q.   Now, let me mark for you your
25 initial expert report.  We will make this

1  32.
2          (Exhibit 15-32, Original Expert
3      Report of Dr. Christopher J. Portier
4      marked for identification, as of this
5      date.)
6      Q.   So Exhibit 32 is the expert
7  report you submitted in this case in May of
8  2017, correct?
9          I'll represent to you it was
10 May 1, unless there is some disagreement
11 there.
12          You revised this expert report in
13 your July report, correct?
14     A.   That is correct.
15     Q.   Now, at page 53 of your May --
16 your first expert report.  I'm sorry, not
17 53.  34, of your May 2017 expert report,
18 you're talking about the findings for
19 thyroid C-cell tumors, correct?
20     A.   That is correct.
21     Q.   And at that point in time, you
22 didn't have data from the Lankas study,
23 correct?
24     A.   That is correct.
25     Q.   And you concluded, based upon

1  your analysis of the three other studies,
2  that there was -- the evidence is weak that
3  glyphosate causes thyroid C-cell tumors in
4  male Sprague Dawley rats.  Correct?
5      A.   That is correct.
6      Q.   And if we go now to your revised
7  expert report, that same page on Exhibit --
8  page 34 on your revised expert report, here
9  you now have data from the Lankas study and
10 you note that pooling all four studies
11 yields a significant trend of p equals
12 .041.  Correct?
13     A.   I have to find it.  I'm sorry.
14          That appears to be correct.
15     Q.   So you're no longer saying that
16 the evidence is weak, correct?
17     A.   That is correct.  But --
18     Q.   And that is because you're now
19 including the Lankas study --
20     MS. GREENWALD:  He was
21 finishing a sentence.
22     A.   That is correct.  But you are
23 right, that is an error.  This should
24 remain weak.  This is -- this is not my
25 intention, I'm -- you have -- you're

1  correct.
2      Q.   So you are now opining that you
3  should not have included the Lankas study
4  in this pooling analysis?
5      A.   No, I should not have concluded
6  that this was evidence -- that it should
7  have been weak or limited evidence that
8  glyphosate causes thyroid C-cell tumors.  I
9  should have put that in there.
10     Q.   In your revised report, to reach
11  a statistically significant finding for
12  thyroid C-cell adenomas, you included the
13  Lankas study in your pooling methodology,
14  didn't you?
15         MS. GREENWALD:  Objection to
16     form.
17     A.   I had done both since I did it in
18  my previous one.  But here, it seems I
19  pooled all four.  That is correct.
20     Q.   You had pooled all three in your
21  May report and, then to reach a
22  statistically significant finding in your
23  July report, you pool all four, correct?
24         MS. GREENWALD:  Objection,
25     form.

1      A.   No, no.
2      Q.   You didn't pool all four studies
3  in your July expert report?
4      A.   I did, but I didn't do it to
5  achieve statistical significance.
6      Q.   In your rebuttal report, you also
7  discuss pooled analysis in Sprague Dawley
8  rats for skin keratoacanthomas and basal
9  cell tumors.  I think this is based on page
10  6 of your report.
11     A.   Which one are we looking at?
12     Q.   I am sorry, your rebuttal expert
13  report.  So this is 15-31.
14     A.   Page 6?
15     Q.   Yes.
16     A.   I -- OK, what are we looking at
17  here.
18     Q.   So you report that for skin
19  keratoacanthomas, you are reporting a
20  pooled finding of an increased trend for
21  increased skin keratoacanthomas for Sprague
22  Dawley rats, correct?  On page 6 of your
23  rebuttal report, on the bottom, the second
24  paragraph from the end.
25         Page 6, second paragraph from the

1  bottom, pooling the remaining new findings
2  in Sprague Dawley rats.  Do you see that?
3      A.   It seems that's what I did,
4  that's correct.
5      Q.   Which of the four Sprague Dawley
6  rat studies did you pool for your
7  positive -- reported positive reports in
8  skin keratoacanthomas?
9          MS. GREENWALD:  Objection to
10     form.
11     A.   It does not say.
12     Q.   I know it does not say.  That's
13  why I am asking you.
14     A.   I would have to go back.
15     Q.   Basel cell tumors, you also
16  report a pooled finding.  Which of the four
17  Sprague Dawley rat studies did you include
18  in your pooling analysis for basal cell
19  tumors?
20     A.   Again, I don't know.  I would
21  have to go back and look.
22     Q.   Basal cell tumors, those in mice
23  are the sames basal cell tumors in humans?
24  Is that a similar tumor?
25     A.   It's -- it arises from the same

1  place.
2      Q.   And basal cell tumors, as I know
3  all too well, in humans are generally
4  caused by exposure to sunlight, correct?
5          MS. GREENWALD:  Objection to
6     form.
7      A.   Can I go back to your previous
8  question about what was pooled and correct
9  that?
10     Q.   Sure.
11     A.   Thank you.  All four studies were
12  pooled for that evaluation.
13     Q.   Is that for both the evaluations?
14     A.   What was the skin
15  keratoacanthomas -- and what was the other
16  one?
17     Q.   Basal cell.
18     A.   Actually -- I did both poolings.
19  OK, like I did before, three and four.
20     Q.   Where is your --
21     A.   Table 2, page 10.
22     Q.   OK.  What is 3 and what's 4?
23     A.   So Lankas, Ekemoto, Atkinson and
24  Stout and Reucker is Sprague Dawley rats,
25  the first big block that's pooling all

Page 226

1  four. Oh, no, I didn't show the pooled
2  three here, I'm sorry.
3      Q.   You are looking Wistar rats I
4  think?
5      A.   I was looking at Wistar rats.
6      Q.   Just so the record is clear --
7      A.   I don't have anything here that
8  says when I pooled -- just one minute.
9          I don't say here when I pooled
10  only three instead of the four, so I can't
11  answer the question.
12      Q.   At least as reported in table 2,
13  you are relying upon a pooling analysis of
14  all four of the Sprague Dawley rat studies
15  including Lankas for those two tumor types?
16      A.   I can't answer the question.
17      Q.   Fair enough.
18      A.   I thought I could. Sorry.
19      Q.   Basal cell tumors, those are
20  caused primarily by exposure to the sun,
21  correct?
22          MS. GREENWALD: Object to
23      form.
24      A.   I don't know. Skin cancers
25  are -- certain skin cancers are caused

Page 227

1  primarily by the sun, but I don't know if
2  that is a basal cell -- is the same thing.
3      Q.   Do you know of any evidence or
4  can you cite to any publication that states
5  that an oral ingestion, eating study, of
6  any substance can result in a basal cell
7  tumor? Can cause a basal cell tumor?
8      A.   Probably. It's well known that
9  rats and mice, after they eat, lick their
10  skin, and so it's well known that you get
11  some degree of absorption on the skin in
12  these types of studies.
13      Q.   So your sense then would be to
14  the extent that there are skin tumors
15  reported in these studies that might be
16  attributed to the glyphosate, it would be
17  because of rats licking their skin?
18      A.   You couldn't rule it out. It
19  could be either one and to give you an
20  example, we saw an increase in skin tumors
21  from oral ingestion of dioxin.
22      Q.   And was that an oral gavage or a
23  feeding study?
24      A.   It was an unusual study. I just
25  don't remember. It was probably an oral

Page 228

1  gavage.
2      Q.   That would be a liquid ingestion
3  as opposed to a solid ingestion of the
4  chemical?
5      A.   Yes, and forced into the stomach
6  of the animal so it would not be licking
7  itself and putting it on the skin.
8      Q.   With respect to this potential
9  licking of the skin, you would not be able
10  to actually determine what the dose was for
11  any of the animals in these studies,
12  correct?
13          MS. GREENWALD: Objection,
14      form.
15      A.   You could figure out with some
16  degree of accuracy an estimate of how much
17  was going on the skin from studies people
18  have done in looking at the issue. Nobody
19  has done that, but you probably could.
20      Q.   But as of today, nobody has
21  conducted the study that would allow you to
22  determine what dose of glyphosate might
23  have been licked on to the skin of these
24  mice in the various treatment groups,
25  correct?

Page 229

1      A.   That is correct.
2      Q.   So you would not be able to come
3  up with any trend based upon dose of
4  glyphosate applied to the skin using these
5  studies, correct?
6      A.   No, that's not true. Almost
7  certainly the dose to the skin is going to
8  be concentration dependent because the
9  animals will, on average, all do the same
10  amount of grooming. And so as you double
11  the dose, you're going to probably double
12  the amount that gets on the skin. So I
13  could do a trend test for that.
14      Q.   Do you have any evidence of your
15  review of the studies that looked at the
16  grooming habits of these rats with respect
17  to whether the grooming habits were the
18  same across treatment groups?
19      A.   There is no evidence either way
20  in almost any study about grooming habits,
21  it's not recorded.
22      Q.   Let's turn to the mice, mouse
23  studies, mice studies, mouse studies.
24          You used the same pooling
25  methodology that you applied with the rat

Page 230

1  studies in reaching your causation opinions
2  in mice, correct?
3      A.  Yes.
4      Q.  In your rebuttal report -- again,
5  if you look at page 7, you state that the
6  observed findings of p less than .05 in
7  Swiss Albino mice, both male and female,
8  and female CD-1 mice would be consistent
9  with what would be expected due solely to
10 chance, correct?
11     A.  I'm not sure where you are
12 reading at.
13     Q.  At the bottom of page 7 in your
14 rebuttal report.  Yeah.
15     A.  Now, what's the question?
16     Q.  So you state in your rebuttal
17 expert report that the observed findings of
18 p less than 0.05 trends in Swiss Albino
19 mice, both male and female, and female CD-1
20 mice are consistent with what would be
21 expected due solely to chance, correct?
22         MS. GREENWALD:  Objection to
23     form.
24     A.  That's not what I said.
25     Q.  You state that in female CD-1

Page 231

1  mice and Swiss Albino mice, the expected
2  and observed numbers are approximately
3  equal, correct?
4      A.  That is for the expected and
5  observed number of p values less than 0.05,
6  that is correct.
7      Q.  Right.  Just to be clear then,
8  you state in your rebuttal expert report
9  that the observed findings of p less than
10 0.05 trends in Swiss Albino mice and female
11 CD-1 mice are consistent with what would be
12 expected due solely to chance, correct?
13         MS. GREENWALD:  Objection to
14     form.
15     A.  No, that's not what I wrote.  I
16 wrote what I wrote.  It says they are
17 approximately equal.  That is all it says.
18     Q.  So the number of observed trends
19 that you saw in female CD-1 mice and in
20 Swiss Albino mice are approximately equal
21 to what you would expect to see due to
22 chance, correct?
23         MS. GREENWALD:  Objection,
24     form, asked and answered.
25     A.  I answered it.

Page 232

1      Q.  Is that correct?
2          MS. GREENWALD:  Objection,
3  same two objections.
4      A.  I answered the question already.
5      Q.  I am going to ask it again
6  because I don't believe you did.
7          In female CD-1 mice and Swiss
8  Albino mice, the number of trends you would
9  expect to see due to chance and the number
10 of trends you, in fact, did see are
11 approximately equal, correct?
12         MS. GREENWALD:  Objection,
13     form.
14     A.  That is correct.
15     Q.  Now, based upon your pooling
16 methodology, you opine that glyphosate
17 causes a number of tumors in CD-1 mice,
18 correct?
19     A.  Due to the data I'm looking at,
20 which includes the pooling analysis and the
21 individual analysis and other things, I am
22 convinced that a number of tumors in the
23 CD-1 mouse are positive.
24     Q.  So your causation opinion with
25 respect to CD-1 mice is looking at four

Page 233

1  studies, correct?
2          MS. GREENWALD:  Objection,
3     form.
4      Q.  The four mouse studies?
5          MS. GREENWALD:  Objection,
6     form.
7      A.  There are four mouse studies that
8  were acceptable for use in the causation
9  evaluation, that is correct.
10     Q.  And two of the studies were 18
11 months in duration and two of them were 24
12 months in duration, correct?
13     A.  That is correct.
14     Q.  In your pooling analysis, you
15 conduct pooling of the two 18-month studies
16 and then you conduct pooling of the two
17 24-month studies and you also conduct
18 pooling of all four studies combined?
19         MS. GREENWALD:  Objection to
20     form.
21     A.  I don't know that I did all four
22 studies combined all the time, but I
23 probably pooled them all the time in all
24 four as well.
25     Q.  If your pooling methodology

59

Page 234

1  reported a positive trend for tumor type in
2  any one of those three pooled analyses, you
3  ultimately opined that the glyphosate
4  causes that type of tumor in CD-1 mice,
5  correct?
6        MS. GREENWALD:  Object to
7  form.
8        A.   No.
9        Q.   Are there any tumor types that
10  resulted in a positive trend in either the
11  18-month studies or 24-month study or the
12  four studies combined that you do not opine
13  was caused by glyphosate?
14        MS. GREENWALD:  Objection,
15  form.
16        A.   You've lost me a little bit
17  there.  I would have to look.  I'm sorry.
18  I'd have to look carefully.
19        My guess would be, looking at
20  it -- no, I'd have to look.  I'm sorry, I
21  can't guess.
22        Q.   Now, in connection with -- strike
23  that.
24        When you look at the 24-month
25  study through your pooling methodology, you

Page 235

1  did not find an increased trend for any
2  type of tumor in CD-1 mice, correct?
3        A.   I would have to look at it and
4  make sure of that.
5        Q.   So why don't we look at page 11
6  of your revised expert report.
7        A.   OK.
8        Q.   I am sorry, not your revised.
9  Your rebuttal.
10        A.   Rebuttal.
11        Q.   We were on the same page
12  physically and mentally.
13        A.   So looking at the mouse studies
14  here, none of them reached a level of
15  statistical significance.  That is correct.
16  They -- one of them is marginally, two of
17  them are marginally -- no.  One, one is
18  marginally significant.
19        Q.   For example, for malignant
20  lymphoma in male CD-1 mice, your pooling
21  methodology reports a positive trend when
22  the two 18-month studies were pooled,
23  correct?
24        A.   That is correct.
25        Q.   There is no positive trend when

Page 236

1  the two 24-month studies are pooled,
2  correct?
3        A.   That is correct.
4        Q.   And there is no positive trend
5  when all four studies are pooled, correct?
6        A.   It's a marginal trend, but it's
7  not statistically significant at the .05
8  level.
9        Q.   And you opine through this
10  analysis that the data establishes that
11  glyphosate causes malignant lymphoma in
12  male CD-1 mice, correct?
13        MS. GREENWALD:  Objection to
14  form.
15        A.   My opinion is glyphosate causes
16  malignant lymphoma in male CD-1 mice.
17        Q.   When you applied your pooling
18  methodology so the data on hemangiosarcomas
19  in male CD-1 mice from the two 24-month
20  studies, you likewise do not find an
21  increased trend, correct?
22        A.   It doesn't reach the level of
23  statistical significance, that is correct.
24        Q.   Now, in your expert report -- and
25  this is at page, your initial expert

Page 237

1  report, the revised one, 15-30, at page 48,
2  you suggest another approach in analyzing
3  those two studies for hemangiosarcomas and
4  first I want to make sure that you are on
5  page 48?
6        A.   Yes, I am.
7        Q.   The top for hemangiosarcomas in
8  male and pooling the two 18-month studies
9  and then pooling the two 24-month studies,
10  correct?
11        A.   That's correct.
12        Q.   And you note, again, pooling the
13  two 24-month studies did not result in a
14  statistically significant increased trend
15  for hemangiosarcomas, correct?
16        A.   That is correct.
17        Q.   Then you state if you were to
18  remove the findings in the high dose group
19  in one of the 24-month studies and then
20  pool the two 24-month studies without the
21  high dose group, then your pooling of the
22  24-month studies would be a statistically
23  significant increased trend, correct?
24        A.   I note that there is an aberrant
25  result in the highest dose of the Knezevich

Page 238

1  and Hogan study and I looked at the
2  sensitivity of the pooled analysis to
3  removal of that aberrant result.
4      Q.    And now if you followed the same
5  methodology and ignored the findings of
6  hemangiosarcoma in the highest dose group
7  of the highest dose group of the Atkinson
8  study or the Wood study your pooling
9  methodology would not have resulted in any
10 trend for hemangiosarcomas in the 18-month
11 study, correct?
12      MS. GREENWALD:  Objection to
13 form.
14      A.    That's possibly true, yes.
15      Q.    You also conducted you don't
16 present that data though in your expert
17 report?
18      A.    This is a -- this is the pooling
19 evaluation here.  There is reason -- that's
20 just simply an observation on my part.
21 That is all it is.  This is not used as
22 part of my overall evaluation.
23      Q.    It was important enough for you
24 to put it in your expert report?
25      A.    Because I did it.

Page 239

1      Q.    But you didn't do the same
2  analysis removing the high dose group from
3  either Atkinson or Wood studies, correct?
4      A.    I saw no reason to do it.
5      Q.    That would not have resulted in a
6  positive trend, would it have?
7      MS. GREENWALD:  Objection,
8  form, asked and answered.
9      A.    I do not know, but I saw no
10 reason to do it.
11      Q.    In fact, it would have removed a
12 trend that you wanted to rely upon,
13 wouldn't it?
14      MS. GREENWALD:  Objection,
15 asked and answered, form.
16      Q.    You don't know?
17      A.    I -- first, I don't know if it
18 would remove the trend.  Probably it would.
19 But that's not the point here.  The reason
20 for pooling -- for looking at it here is
21 the classic things you do.  It's a
22 sensitivity analysis to see how sensitive
23 the findings are to what appears to be an
24 aberrant result.  That was all that was
25 done here.  And it seemed to be very

Page 240

1  sensitive to that high dose point.
2      Q.    You conducted a historical trend
3  analysis for hemangiosarcomas in male mice
4  in the Sugimoto study, correct?  That's
5  page 42 of your initial or July 2017
6  report, 15-30.
7      A.    Yes, it starts on page 41.  OK.
8      Q.    So you calculated while the
9  concurrent control trend -- you calculated
10 that while the concurrent control trend
11 analysis for hemangiosarcomas in male mice
12 in Sugimoto is not statistically
13 significantly increased, you did find a
14 significant increase in your historical
15 trend analysis, correct?
16      A.    For hemangiosarcomas, the trend
17 test was marginally significant and
18 historical control evaluation was
19 significant.
20      Q.    That p trend, that p hist. trend
21 is listed as one of your statistically
22 significant trends in your table 15,
23 correct?
24      MS. GREENWALD:  Objection,
25 form.

Page 241

1      A.    Yes, that is correct.
2      Q.    Now, hemangiosarcomas are one of
3  those types of tumors that you have stated
4  must be combined as systemic tumors,
5  correct?
6      A.    Yes, that is correct.
7      Q.    So whether hemangiosarcomas in
8  the liver or kidney or in the spleen, for
9  the purposes of the trend analysis, they
10 are all grouped together, correct?
11      A.    No, they -- from what I
12 understand, they group it slightly
13 differently than that.  I'm sorry.  I have
14 to go and try to figure it out myself, but
15 I don't know exactly.
16      But they tend not to pool liver
17 and kidney hemangiosarcomas with the other
18 hemangiosarcomas, I think it has something
19 to do with the origin of the cells for the
20 hemangiosarcoma.
21      Q.    So is it your understanding then,
22 in reporting hemangiosarcomas, you would
23 separately analyze, for trend analysis,
24 liver and kidney -- I am sorry, which one
25 did you say it was?

Page 242

1    A.   I think it is liver and kidney,
2  but I would ask my pathologist first.  I
3  would trust him to tell me how to combine
4  these things.
5    Q.   For the Sugimoto study then, is
6  it your understanding that the
7  hemangiosarcomas that you found were not in
8  the liver or kidney?
9    A.   I don't honestly know.  I -- I
10 can't be absolutely certain.  You asked me
11 about systemic tumors and combining them.
12 But in this case, I have no clue.
13   Q.   So for the purposes of the
14 historical trend analysis then for the
15 Sugimoto study for hemangiosarcomas to find
16 a historical incidence of hemangiosarcomas
17 then, you would look at all the
18 hemangiosarcomas in controlled animals in
19 the historical database?
20   A.   That you -- yes, you look at all
21 the historical hemangiosarcomas in the
22 historical controlled database, that is
23 correct.
24   Q.   Now, you note in your report that
25 the historical control rate for

Page 243

1  hemangiosarcomas based on Giknis and
2  Clifford is zero out of 1424, correct?
3         Actually, you have two different
4  numbers.  Zero, 1424 on your footnote, and
5  I think you have zero out of 1149 in your
6  text.  One of those two, right?
7    A.   Yeah, it's one of those two.  I'm
8  sorry.
9    Q.   The key point that you're making
10 here is the fact that hemangiosarcomas was
11 never seen in historical controls should
12 strongly support any positive finding as in
13 the Sugimoto study as being significant
14 correct?
15   A.   Biologically significant, that is
16 correct.
17   Q.   Let's take a look at the Giknis
18 and Clifford report.
19        (Exhibit 15-33, report entitled,
20 "Spontaneous Neoplastic Lesions in the
21 Crl:CD1 Mouse" marked for
22 identification, as of this date.)
23   Q.   This is the source of your
24 information on historical control for
25 hemangiosarcomas, correct?

Page 244

1        MS. GREENWALD:  Objection to
2  form.
3    A.   This is the Giknis and Clifford
4  paper that I referenced, yes.
5    Q.   Let's take a look at table 5 on
6  page 21 and 22.  Actually, first of all,
7  just to set the stage, on page 5 of this
8  report they have a summary of the
9  individual studies and information,
10 correct?  So this identifies the 18-month
11 study and 24-month studies, correct?
12   A.   That is correct.
13   Q.   So studies 1 through 26, those
14 are the 18-month studies, correct?
15   A.   That -- yes, that is correct.
16   Q.   And those are the -- that's the
17 data set we would be looking at for this
18 historical control?
19   A.   I believe so, yes.
20   Q.   If we looked at pages 21 and 22,
21 this has the instance of neoplasm by study
22 for selected organs in males, correct?  So
23 these are the male historical database?
24 Historical controls?
25   A.   That is correct.

Page 245

1    Q.   And you, in coming up with your
2  statement that there were no
3  hemangiosarcomas in these historical
4  controls, you were looking at the whole
5  body, multiple organ line, third from the
6  bottom, correct?
7    A.   That is correct.
8    Q.   There is another line item for
9  hemangiosarcomas in the liver, correct?
10   A.   That is correct.
11   Q.   And there were, in fact, 12
12 historical control animals in the 18-month
13 studies with hemangiosarcomas in the liver,
14 correct?
15   A.   That is correct.
16   Q.   And again, you don't know with
17 Sugimoto whether the hemangiosarcomas were
18 in the liver or other organs, correct?
19        MS. GREENWALD:  Objection,
20 form.
21   A.   Typically it's whole body
22 hemangiosarcomas, but I can't be certain
23 exactly what they did.
24   Q.   So for determining what the
25 historical control instances of

1  hemangiosarcomas, we should be looking --
2  including these 12 hemangiosarcomas in the
3  liver, correct?
4          MS. GREENWALD: Objection,
5  form.
6      A.   No. I would not recommend that.
7  The typical pathological approach is whole
8  body hemangiosarcomas, and from my
9  understanding, that is what we were
10 analyzing.
11     Q.   And you would not include liver
12 hemangiosarcomas. Is that your
13 understanding?
14         MS. GREENWALD: Objection,
15 asked and answered.
16     A.   That is my understanding, but the
17 only way to verify that is if I have the
18 individual animal pathology data.
19     Q.   You don't have that for Sugimoto?
20     A.   Is that a Monsanto study? No, I
21 don't have it.
22     Q.   Are there any other organs where
23 hemangiosarcomas would not be included in
24 the historical control rate?
25     A.   You really have to ask that

1  question of the pathologist.
2      Q.   Let's look at table 3 in the
3  Giknis and Clifford report. And
4  specifically at page 12.
5          Now, this has data for all 46 of
6  the studies, it doesn't break it out, but
7  for the spleen, there are 28
8  hemangiosarcomas in these studies, correct?
9      A.   That's what it says.
10     Q.   Just to put this in context, page
11 9, they report the data for liver
12 hemangiosarcomas, correct?
13     A.   Yes, they do.
14     Q.   So there were 29 hemangiosarcomas
15 in the liver in the control animals in the
16 46 studies, correct?
17     A.   That's what it says.
18     Q.   And we know from table 5 that 12
19 of those were in the 18-month studies,
20 correct?
21     A.   Twelve of the 29 were in the
22 18-month studies, that is correct.
23     Q.   And with the spleen, we know we
24 have 29 hemangiosarcomas among all 46
25 studies, but we don't know how many of them

1  were in the 12-month study -- I'm sorry,
2  the 18-month study and how many were in the
3  24-month study, correct?
4      A.   That is correct.
5      Q.   Is it your -- to the extent that
6  there were spleen hemangiosarcomas in
7  18-month historical controls, should
8  that -- those hemangiosarcomas be included
9  in your historical control incidence for
10 Sugimoto?
11         MS. GREENWALD: Objection to
12 form.
13     A.   You would really have to ask a
14 pathologist.
15     Q.   So you don't know one way or the
16 other?
17     A.   I don't know one way or the other
18 what Sugimoto did. All I know, he
19 characterized it the way he characterized
20 it.
21     Q.   In the Giknis paper, Giknis and
22 Clifford paper also reports on
23 hemangiosarcomas in other tissues. It
24 reports hemangiosarcomas in the testes, in
25 the skin, in the pancreas, and in the lymph

1  nodes. And if you want you can go through
2  the page 11, 12, and 13, you will see
3  listings of the other hemangiosarcomas.
4          To the extent that those
5  hemangiosarcomas appeared in the 18-month
6  studies, do you know if those should be
7  included in your historical control rate
8  for Sugimoto?
9      A.   I can't know how many of those
10 appeared in the 18-month studies from this
11 document. So I can't -- I can't answer the
12 question in reality.
13     Q.   And so then would it be fair to
14 say that you, without additional
15 information that you do not have, cannot
16 state what the appropriate historical
17 control rate for hemangiosarcomas should be
18 for the Sugimoto study?
19         MS. GREENWALD: Objection,
20 form.
21     A.   No, I can tell you what is
22 characterized -- we can look up what OECD
23 requires for this tumor, for this
24 combination, if they require something for
25 this combination, and that could be looked

Page 250

1 at here assuming that Sugimoto followed
2 OECD guidelines.
3       I don't -- I know he followed the
4 OECD guidelines.  I just haven't looked at
5 the issue.
6     Q.   Do you know if the
7 hemangiosarcomas in Sugimoto were in the
8 liver or spleen or testes or the pancreas
9 or any other tissues where hemangiosarcomas
10 were found in the control animals?
11       MS. GREENWALD:  Objection,
12 asked and answered.
13     A.   The hemangiosarcomas were
14 characterized as whole body
15 hemangiosarcomas which is the same
16 characterization in this document for a
17 specific class of tumors.
18     Q.   I asked a different question.
19       Do you know if the
20 hemangiosarcomas in the Sugimoto study, the
21 two hemangiosarcomas, do you know in what
22 tissue of the animal they occurred?
23       MS. GREENWALD:  Objection,
24 form, asked and answered.
25     A.   Again, they were characterized as

Page 251

1 whole body hemangiosarcomas.  I do not know
2 what tissue they came in, but they fell in
3 that general category.
4     Q.   If they were in the liver --
5     A.   They wouldn't be a whole body
6 hemangiosarcoma.
7     Q.   That's your understanding?
8     A.   That's my understanding.  Since
9 Giknis and Clifford come from a contract
10 lab that does these types of things all the
11 time, I'm assuming that is a common
12 classification for a category of tumors,
13 multiorgan -- multiorgan hemangiosarcoma.
14     Q.   You separately opine that
15 glyphosate causes these hemangiomas in
16 female CD-1 mice, correct?
17       MS. GREENWALD:  Objection, form.
18     A.   The data supports a finding of me
19 hemangiomas in female whatever it was.
20     Q.   CD-1 mice?
21     A.   CD-1 mice.  I'm sorry there is so
22 many things here.
23     Q.   Let's walk through the findings
24 for this tumor type for the four CD-1 mouse
25 studies.  The first is Knezevich study,

Page 252

1 page 38 of your report.
2     A.   Page 38. Knezevich and Hogan.
3     Q.   So now we are talking about
4 hemangiomas in female CD-1 mice and the
5 first question is for the Knezevich study,
6 there was no finding of an increased trend
7 in hemangiomas in female CD-1 mice,
8 correct?
9     A.   That's correct.
10     Q.   In fact, the trend is above .5 so
11 it actually leans in the negative
12 direction, correct?
13       MS. GREENWALD:  Objection to
14 form.
15     A.   Hard to say.
16     Q.   The Atkinson study, and this is
17 reported on page 39, likewise does not find
18 evidence of an increased risk of hemangioma
19 in female CD-1 mice, correct?
20     A.   That is correct.
21     Q.   The Wood study on page 41,
22 likewise, does not find evidence of an
23 increased trend in hemangiomas in female
24 CD-1 mice, correct?
25     A.   The Wood study, given the

Page 253

1 historical controls, I would say it does
2 show --
3     Q.   On page 41?
4     A.   I don't have -- you're right,
5 you're right, my mistake.  There is no
6 significant trend here, positive trend.
7 That is correct.
8     Q.   So the one study in CD-1 mice
9 that you find with an increased trend and
10 what forms the basis of your pooled
11 analysis finding is the Sugimoto study
12 which you report on page 42, correct?
13     A.   The Fujimoto study when --
14     Q.   Sugimoto.
15     A.   Sugimoto, when combined with the
16 Wood, et al., study has a significant
17 increase in hemangiomas combined.  And then
18 the Wood study itself is also significant
19 for hemangiomas.
20     Q.   You mean the Sugimoto?
21     A.   Sugimoto, God.  Sorry, long day.
22     Q.   Three of the four CD-1 mice
23 studies do not find any evidence of an
24 increased risk of hemangiomas in CD-1
25 female mice, correct?

1    A.   The 24-month studies have to be
2  handled differently than the 18-month
3  studies.  So in the 18-month studies, you
4  have one positive study and one study
5  without a positive trend.
6        The study without the positive
7  trend has a lower exposure and the highest
8  exposure dose.  The study with the
9  positive trend has higher doses.
10        When you combine them together
11  with the doses and the responses, you
12  maintain a significant response.  That's
13  what the data tells you.
14    Q.   Dr. Portier, that was not my
15  question.
16        There are four CD-1 mouse
17  studies, correct?
18    A.   There are four CD-1 mouse
19  studies.
20    Q.   The two 24-month studies do not
21  report any positive trend with hemangiomas
22  in female mice, correct?
23    A.   That is correct.
24    Q.   The Wood 18-month does not find
25  any increased trend in hemangiomas in

1  female CD-1 mice, correct?
2    A.   It -- it found some, but not an
3  increase, that is correct.
4    Q.   So the only CD-1 mouse study that
5  found any increased trend of hemangiomas in
6  female CD-1 mice was the Sugimoto study,
7  right?
8    A.   That is correct.
9    Q.   And using -- if you had followed
10  that same methodology that you followed in
11  doing your sensitivity analysis for
12  hemangiosarcomas and you knocked off the
13  aberrant finding in that high dose group in
14  one of the studies, you would not have
15  found any increased trend for hemangiomas
16  in any of the CD-1 mice studies, correct?
17        MS. GREENWALD:  Objection,
18  form.
19    A.   If, individually, one study at a
20  time, I had knocked this off, then this
21  significant finding might go away probably.
22  No, it would go away, it would not be
23  there.
24    Q.   So if you followed the same
25  sensitivity analysis methodology that you

1  used for hemangiosarcomas, you could look
2  at the hemangiomas and conclude there was
3  no increased trend for hemangiomas,
4  correct?
5        MS. GREENWALD:  Objection to
6  form.
7    A.   That is not true.
8    Q.   Did you do a sensitivity analysis
9  knocking off the high dose group in
10  Sugimoto the way that you knocked out the
11  high group in Knezevich for
12  hemangiosarcomas?
13        MS. GREENWALD:  Objection to
14  form.
15    A.   I have done that analysis.  For
16  some of the presentations I had where the
17  regulatory agencies were saying that the
18  doses were too high.  And I believe I have
19  an example in there where there is -- well,
20  this is hemangiomas, they didn't have them
21  at the time.  I haven't done the analysis,
22  no.
23    Q.   You opine that glyphosate causes
24  kidney tumors in male CD-1 mice, correct?
25    A.   I believe, yes.  That is correct.

1    Q.   Now, neither of the 24-month CD-1
2  mouse studies reports a statistically
3  significant increased trend for kidney
4  tumors in male CD-1 mice, correct?
5    A.   OK, let's see.  That would be
6  tables 9 and 10.  Kidney hemangiomas,
7  kidney sarcomas, the 24-month studies?
8    Q.   Yes, that would be Knezevich and
9  Atkinson.
10    A.   Knezevich using historical
11  control test is significant.
12    Q.   We are going to go to concurrent
13  control.  We will get to historical control
14  in a second.
15        My question is with respect to
16  statistically significant trends which
17  would be p less than .05, neither of the
18  24-month CD-1 studies report a
19  statistically significant increased trend
20  for kidney tumors in male CD-1 mice,
21  correct?
22    A.   If significance is defined as
23  0.05, that is correct.
24    Q.   In its monograph for working
25  group 112, the IARC working group stated

1   that the finding for Knezevich was
2   statistically significant to the p equals
3   .05 level, correct?
4       A.   I'd have to look.  I'm sorry.
5       Q.   Do you recall that there was a
6   calculation that was conducted using the
7   approximate trend test?
8       A.   That, I do recall.  The decision
9   was twofold, but yes.
10      Q.   And the IARC monograph, the IARC
11  working group, using the approximate trend
12  test, reported that the findings for kidney
13  tumors in Knezevich was statistically
14  significant at p equals .05, correct?
15      A.   For the trend test, yes, that is
16  correct.
17      Q.   Your analysis now is that the
18  Knezevich study does not have a p less than
19  0.05 trend for kidney tumors, correct?
20          MS. GREENWALD:  Objection,
21      form.  That's not his testimony.
22      A.   It -- could you say it again?  I
23  don't know --
24      Q.   Your expert analysis now is that
25  the Knezevich study for renal tumors does

1   not report a p less than .05 finding,
2   correct?
3          MS. GREENWALD:  Same
4      objection.
5      A.   The p-value is reported in that
6   study from the exact test and that p-value
7   is not less than 0.05.  But I do report the
8   p-value.
9      Q.   Yes, I understand.
10         the -- you've been talking about
11  the historical trend analysis for
12  Knezevich, for renal tumors.  Just
13  mentioned that, correct?
14      A.   Correct.
15      Q.   And in your p hist. analysis for
16  the Knezevich study, you again rely upon
17  the data from that 2000 report by Giknis
18  and Clifford, correct?
19      A.   I would have to look.
20      Q.   It's page 37 of your --
21      A.   Give me a moment, please.
22          So 36 onward on to 37?
23      Q.   Yes.  We were talking about
24  historical control data and you use Giknis
25  and Clifford?

1      A.   That's not true.
2      Q.   I'm sorry.  Top of page 37, I am
3   reading, "I will use the study by Giknis
4   and Clifford 2000 since it best covers the
5   range of studies we have for CD-1 mice,
6   correct?
7      A.   It says that.  But before that,
8   it says, "These studies have virtually
9   identical rates for the important tumor
10  seen in CD-1 mice," which refers to not one
11  historical control but three.
12      Q.   OK, but for the purposes of your
13  historical trend analysis, for the
14  Knezevich and Hogan study, for kidney
15  adenomas and carcinomas, you used a
16  historical rate from Giknis and Clifford,
17  correct?
18      A.   That is for kidneys?
19          Yes, that is correct.
20      Q.   And you agree that in any
21  analysis using historical controls, the
22  data should be from studies in the same
23  time frame, for the same animal strain,
24  preferably from the same laboratory or same
25  supplier, and preferably reviewed by the

1   same pathologist, correct?
2          MS. GREENWALD:  Objection,
3      form.
4      A.   If possible.  And when possible,
5   that would be assuming that the historical
6   control data set is a valid and useful data
7   set, that would probably be the best
8   approach.
9      Q.   You also agree that historical
10  control data should be taken from studies
11  that are of the same duration as the study
12  in interest, correct?
13      A.   Where possible, absolutely.
14      Q.   And as a general matter, you
15  would expect a higher incidence of tumors
16  in historical controls as the duration of
17  the study increases, correct?
18      A.   On average, yes.
19      Q.   So all things being equal, you
20  would want to use 24-month study,
21  historical control data, to compare to a
22  24-month study, correct?
23      A.   All things being equal, yes, if
24  you could get it.
25          MS. GREENWALD:  When there is

Page 262

1    a natural breaking point, I need a
2    comfort break.
3         MR. LASKER:  This would be right
4    now is fine.
5         MS. GREENWALD:  I don't want
6    to -- is now OK?
7         MR. LASKER:  Now is perfectly
8    fine.
9         THE VIDEOGRAPHER:  The time is
10   3:03 p.m.
11        (Recess)
12        THE VIDEOGRAPHER:  The time is
13   3:18 p.m.  We are on the record.
14   BY MR. LASKER:
15        Q.   Dr. Portier, let's go back to
16   that Giknis and Clifford 2000 report.  It's
17   right on the top of your pile there.  Left
18   hand.  There it is.
19        And this, again, is the source of
20   the historical control data that you used
21   for your p-hist. analysis of the Knezevich
22   kidney tumor findings, correct?
23        A.   This is the source of the mean
24   historical control response that was
25   applied in the analysis that appears in the

Page 263

1    paper.
2         It's not the only historical
3    controls group I looked at.
4         Q.   But just to be clear, this is the
5    source of the data that you used for your
6    p-hist. analysis of the kidney tumors in
7    Knezevich, correct?
8         A.   That -- in the published
9    document, yes, that is correct.
10        Q.   Where did you get, by the way --
11   strike that.
12        The Charles River posts its
13   historical trend data on its website,
14   correct?  That's where you got this?
15        For example, this 2000 report is
16   right on their website, correct?
17        A.   Whatever it says in my references
18   is where I got this from.  It is a website.
19        Or does it even say?  Let's see.
20   Giknis and Clifford, which one is that?
21        But anyway, I believe it is their
22   website, that is correct.
23        Q.   So this report provides
24   historical control data, and it's on page 1
25   from 51 studies initiated between January

Page 264

1    1987 and December of 1996, correct?
2         That's by a common study
3    parameters on the top on page 1?
4         Page 1, common study parameters,
5    the 51 studies included?
6         A.   Oh, yes, there it is.  Thank you.
7         Q.   Were initiated between January
8    1987 and December of 1996, correct?
9         A.   That is correct.
10        Q.   So this is -- the Knezevich study
11   was a two-year study, completed report in
12   1983, so these studies in this 2000 report
13   for the historical control data were all
14   initiated maybe 6 to 16 years after the
15   Knezevich study, correct?
16        MS. GREENWALD:  Objection, form.
17        A.   They were after the Knezevich and
18   Hogan study, that is correct.
19        Q.   Between 6 and 16 years after,
20   correct?
21        A.   Probably, yes.
22        Q.   And if it was available, you
23   agree that it would be more reliable to use
24   historical control data for studies
25   conducted closer in time to Knezevich,

Page 265

1    correct?
2         MS. GREENWALD:  Objection, form.
3         A.   Not necessarily correct.
4         Q.   If you had a choice between
5    historical control data in CD-1 mice for
6    Charles River, for example, that was closer
7    in time to the Knezevich study, you would
8    like to look at that historical control
9    data, correct?
10        A.   I would look at it, but I would
11   have to evaluate whether I thought it was
12   better or worse than this particular
13   dataset.
14        Q.   Have you looked at any Charles
15   River data to determine whether they have
16   data on historical controls for a time
17   period closer to Knezevich?
18        A.   I didn't find them.
19        If I had, I would have used them
20   probably.
21        Q.   In fact, in your submission to
22   regulators --
23        A.   I will point out that the
24   regulators use this as well, as well as
25   your expert.

1    Q.   In your submission to regulators,
2  you have stated that attempting to compare
3  animals ranging over 16 years for
4  historical control data is inappropriate
5  because of the known drift in strains over
6  time, correct?
7    A.   I probably said something like
8  that, that is correct.
9    Q.   Now, the historical control data
10 that you use in your analysis, your p-hist.
11 analysis in your expert report is listed on
12 page 10 of the Giknis and Clifford paper,
13 1533, correct?
14   A.   What are we looking at here?
15   Q.   This is the kidney historical
16 control data.  It's the third tumor typed
17 down on page 10, kidney.
18   A.   I'm sorry, I have to make sure
19 that kidney is not one of the one where
20 they give the individual tumor incidence?
21 They do not.
22      Yes, that is it.
23   Q.   And if you look at this data, you
24 have .37 for kidney adenomas and .16 for
25 adenocarcinomas, total is .43.  And that

1  is, I believe, the historical control data
2  that you used for your p-hist. analysis or
3  the number that you use for your historical
4  controls, correct?
5    A.   I use .27 for the kidney
6  adenomas, .15 is what it says here for the
7  kidney carcinomas --
8    Q.   We will give you that one.
9    A.   -- and then the joint historical
10 rate is .44 percent.
11   Q.   Now, for this historical control
12 data, that would be a mix of 24-month and
13 18-month studies --
14   A.   That is correct.
15   Q.   -- from the Giknis paper?
16      So to the extent it includes the
17 18-month study -- well, you would agree if
18 you had the data broken down, it would be
19 more reliable to use historical control
20 data drawn solely from 24-month studies,
21 correct?
22      MS. GREENWALD:  Object to form.
23   A.   If the -- this is a 24-month
24 study, I would prefer to have 24 month only
25 historical controls.

1    Q.   Now, the Charles River website,
2  I've gone to that website and it does have
3  an earlier report.
4      MR. LASKER:  So let's mark that
5  as the next in line.
6      (Exhibit 15-34, Charles River
7  report dated March of 1995, marked for
8  identification, as of this date.)
9  spontaneous neoplastic lesions in the
10 CD-1BR mouse marked for identification,
11 as of this date.)
12   Q.   This is a report dated March 1995
13 prepared for Charles River Laboratory by
14 Dr. Lang, correct?
15   A.   That seems to be what it says.
16   Q.   If you look at page 4, it has a
17 listing of the different studies -- CD-1
18 mouse studies used to obtain historical
19 control data, correct?
20   A.   That is correct.
21   Q.   And there are ten 24-month
22 studies in CD-1 mice that were used in
23 generating historical control data,
24 correct?
25   A.   That is correct.

1    Q.   The ten studies were initiated
2  between 1981 and 1990, correct?
3    A.   No, 1983 --
4    Q.   Look at --
5    A.   I am sorry.  Yes, 1981 and 1990,
6  correct.
7    Q.   So these studies were initiated
8  between 1981 and 1990, correct?
9    A.   That is correct.
10   Q.   So this covers the time period of
11 Knezevich and then forward a period of
12 years, correct?
13   A.   That is correct.
14   Q.   And on page 23 of this report, we
15 have data broken down just for the 24-month
16 CD-1 mice studies, correct?
17   A.   This might not cover Knezevich.
18 I'm sorry, I want to correct my previous
19 answer.
20      It partially covers Knezevich,
21 but because of the length of time it takes
22 to run a study, Knezevich probably started
23 in 1979 or so.
24   Q.   These studies are closer in time
25 to Knezevich certainly than the studies in

1  the Giknis and Clifford 2000 report,
2  correct?
3      A.   Correct.
4      Q.   And on page 23, the Lang report
5  sets forth historical control data
6  specifically for the 24-month CD-1 mouse
7  studies, correct?
8      A.   That's what table C1 says.
9      Q.   And on page 24, they report the
10  historical control data for kidney tumors,
11  correct?
12      A.   Renal adenomas and renal cell
13  carcinomas are reported, that is correct.
14      Q.   And the historical control data
15  reported in these studies, 24-month
16  studies, closer to time to the Knezevich
17  study, report a mean historical control
18  rate for kidney tumors, adenomas and
19  carcinomas combined, of 2.3 percent,
20  correct?
21          MS. GREENWALD:  Objection, form.
22      A.   Maybe.  When you combine them,
23  you could have multiple adenomas and
24  carcinomas in the same animal, so you would
25  have -- the highest it would be would be

1  2.3 percent.  It could be as low as 1.34
2  percent for the combined.
3      Q.   The data that you used from the
4  2000 Giknis report to get your combined
5  data, you added the incidence from the
6  adenomas and the carcinomas in the 2000
7  Giknis and Clifford report.
8          We just went through that,
9  correct?
10      A.   Yes, I did it -- correct.
11      Q.   For this data, using the same
12  methodology that you used to come up with a
13  historical control rate for your Knezevich
14  paper, the historical control rate is
15  actually about five times greater than the
16  control rate that you used for your p-hist.
17  trend analysis, correct?
18      A.   It is 2.3 percent.
19      Q.   Compared to .42 or .44 percent,
20  correct?
21      A.   Right.  Yeah.
22      Q.   So the actual -- or I am sorry,
23  the historical control incidence of kidney
24  tumors -- the mean historical control
25  incidence from these 24-month studies

1  closer to time to Knezevich is more than
2  five times greater than the historical
3  control rate that you used for your p-hist.
4  trend analysis, correct?
5          MS. GREENWALD:  Objection, form.
6      A.   That were used by me and the EPA
7  and EFSA, and that is correct.
8      Q.   And to be fair, EPA and EFSA did
9  not conduct a p-hist. trend analysis,
10  correct?
11      A.   That is correct.
12      Q.   You are the only one who has
13  conducted a p-hist. trend analysis,
14  correct?
15          MS. GREENWALD:  Objection to
16  form.
17      A.   For these data, that is correct.
18      Q.   And the historical control rate
19  that you used to conduct that p-hist.
20  analysis is five times lower than the
21  historical control rate reported in this
22  Lang 1995 study that covers CD-1 mouse
23  studies of the same duration and closer in
24  time to the Knezevich study, correct?
25          MS. GREENWALD:  Objection, form.

1      A.   Yes, that's correct.
2      Q.   You also agree that the
3  historical control rates for kidney tumors
4  in CD-1 mice may not even apply to the
5  Knezevich study because additional sections
6  were taken of the kidney tumors in that
7  study, correct?
8      A.   I retract that statement
9  actually.  I thought about that when I was
10  rereading it.
11          The thing is the extra sections
12  produced nothing.  There were no new
13  tumors.  There were no new findings at all.
14  And so since it's still based upon the
15  original findings, I would say this
16  historical control set is applicable.
17      Q.   If there had been additional
18  sectioning of the -- first of all, when you
19  say you retract that statement, you are
20  retracting a statement that appears in your
21  expert report, correct?
22      A.   Whatever I'm doing, the statement
23  that says because of the taking of three
24  liver slices, these historical controls may
25  not be appropriate, I'm now saying I

1   believe these historical controls are
2   appropriate because the three extra
3   sections did not change anything.
4        Q.   So just so we are clear, in your
5   expert report, which is 1530 on page 37 --
6   so this is your expert report.
7        A.   Um-hm.
8        Q.   You state, with respect to your P
9   trend analysis for Knezevich for kidney
10  tumors, and it's about one-third down the
11  page:
12            "These historical control rates
13  may not apply to this analysis because a
14  reevaluation of the kidney tumors
15  considered additional sections and no
16  information is available on how additional
17  sections affect historical control rates in
18  this strain of mice.  Differences have been
19  seen in other settings."
20            Correct?
21       A.   That is correct.
22       Q.   And that is a statement that you
23  are now retracting today, correct?
24       A.   I'm certainly not retracting the
25  statement that says this has been seen in

1   other settings.  These historical -- what I
2   am retracting is "may not apply."
3        Q.   And for -- just so I understand,
4   the point that you were making in your
5   expert report is that if the historical
6   control animals had been -- there had been
7   additional sections taken of those animals,
8   there might have been additional tumors
9   found in those animals, correct?
10       A.   Correct.
11       Q.   And if you were then doing an
12  apples-to-apples comparison of studies with
13  similar numbers of sectioning, you would
14  want to compare the findings in Knezevich
15  after those multiple sections with
16  control -- historical controls after the
17  multiple sections, correct?
18            MS. GREENWALD:  Objection, form.
19       A.   If the multiple sections had
20  altered the numbers, I would want to do
21  that.  Failing to alter the numbers then
22  means that they are appropriate against the
23  original pathology, which is the final
24  pathology.  Therefore, they are
25  appropriate.

1        Q.   If it was the case that multiple
2   sections of historical control animals
3   found additional kidney tumors, is it your
4   testimony that those additional tumors
5   should not be considered as relevant
6   historical controls to the Knezevich study?
7        A.   You have lost me a little bit.
8   I'm sorry.
9        Q.   I'll say it again.
10            If the historical control
11  animals -- those studies where you got the
12  historical control data -- had undergone
13  additional sectioning and found additional
14  tumors -- you got that part?
15       A.   Um-hm.
16       Q.   In trying to identify what the
17  historical control rate was as compared to
18  the Knezevich study, would you have
19  considered those additional tumors found in
20  the historical control animals?
21       A.   I certainly would have looked at
22  it.
23       Q.   And that was the basis of your
24  original statement that you have in your
25  expert report as to why the historical

1   control rates that you have from Charles
2   River might not apply, because you don't
3   know that there was additional sectioning
4   of those animals, correct?
5            MS. GREENWALD:  Objection to
6   form.
7        A.   I assume -- in fact, I'm certain
8   that under OECD guidelines, there is
9   guidance on how to section kidney tumors.
10  And the kidney tumors that were done in
11  Giknis and Clifford were certainly done
12  under OEC guidelines because of the nature
13  of that laboratory.
14            The previous ones I don't know
15  about because it was earlier.  But they are
16  all done the same way.
17       Q.   And they are just -- there
18  wouldn't be additional sectioning?
19       A.   There wouldn't be additional
20  sectioning because they would be doing
21  whatever the guidelines say.
22       Q.   The 24-month Atkinson study --
23  and this is in your report at page 39 -- it
24  reports -- and you report in your expert
25  report -- a statistically significant

1  negative trend for kidney tumors in CD-1
2  mice with increased dose of glyphosate,
3  correct?
4       A.   Yes, I would guess that's the
5  case.
6       Q.   And the -- you recently told a
7  blogger by the name of Carey Gillam that
8  when the findings for renal tumors in these
9  two 24-month mouse studies, Knezevich and
10 Atkinson, are combined, there is a
11 statistically significant increased trend,
12 correct?
13          MS. GREENWALD:  Objection, form.
14      A.   I don't know.  I would have to
15 see.
16          (Exhibit 15-35, e-mail chain
17      dated June 7, 2017, marked for
18      identification, as of this date.)
19      Q.   For the record, Exhibit 15-35 is
20 an e-mail exchange that you provided to us
21 between you and Carey Gillam, correct?
22      A.   What's the question again?  I
23 finally got to read it.
24      Q.   You told Ms. Gillam in June of
25 2017 that when the results of these two

1  24-month mouse studies are combined, there
2  is a statistically significant increased
3  trend, correct?
4       A.   Correct, but I think that is
5  wrong.  I think I probably intended the two
6  18-month studies.
7       Q.   OK.
8       A.   Or she might have --
9       Q.   In looking at your revised
10 report -- and this is in connection -- just
11 to be clear, you're talking about the 1983
12 study, which is the Monsanto study,
13 correct?
14      A.   The first sentence is definitely
15 talking about the 1983 Knezevich and Hogan
16 study.
17      Q.   That is a 24-month study,
18 correct?
19      A.   That is a 24-month study.
20      Q.   That is the context in which you
21 are telling Carey Gillam that when the two
22 24-month studies are combined, meaning the
23 Monsanto study and the Atkinson study, the
24 kidney tumors are statistically
25 significant, correct?

1       A.   Yeah, that seems to be the case,
2  yes.  That's correct.
3       Q.   But that was a mistake, correct?
4       A.   That when they are combined, they
5  are marginally statistically significant,
6  not -- without the term "marginally," they
7  are just marginally statistically
8  significant.
9       Q.   They are not statistically
10 significant, correct?
11      A.   They are marginally statistically
12 significant.
13      Q.   Your statement to Ms. Gillam was
14 incorrect?
15      A.   It seems it's not as correct as I
16 would like it to be.
17      Q.   Now, with respect to the 18-month
18 studies, neither of the two 18-month CD-1
19 mouse studies are reported a statistically
20 significant increased trend for kidney
21 tumors against concurrent controls,
22 correct?
23      A.   That was a marginal statistical
24 increase in the Sugimoto study.
25      Q.   Correct, not statistically

1  significant at P equals .05, correct?
2       A.   That is correct.
3       Q.   The Wood study did not find
4  kidney tumors at any dose group, correct?
5       A.   That is correct.
6       Q.   And the Sugimoto study did not
7  find any kidney carcinomas at any dose
8  group, correct?
9       A.   It found kidney adenomas, that is
10 correct.
11      Q.   So just so we are clear, the
12 Sugimoto did not find any kidney carcinomas
13 at any dose group, correct?
14      A.   That is correct -- well, I don't
15 have kidney carcinomas here.  So I would
16 have to look back at the original study to
17 make sure there were none because I don't
18 have them here.
19      Q.   In your methodology, your goal at
20 least was to list kidney carcinomas
21 findings in all these studies, correct?
22          MS. GREENWALD:  Objection, form.
23 I missed that.  Sorry.
24      A.   Say the question again, please.
25      Q.   When you had kidney carcinomas

1  data for these studies -- these animal
2  studies, you reported that in these tables,
3  didn't you?
4      A.   When I had them, yes.
5      Q.   But now --
6      A.   In some of them, I'm not
7  absolutely certain.  The Atkinson, et al.,
8  study, I don't think they separated them at
9  all.  I don't think I had a chance to see
10  the difference.  So I can't answer the
11  question.
12          The intent for kidney tumors was
13  to talk about the combined -- if the
14  combined could be made.
15      Q.   But you actually report on kidney
16  adenomas and then you separately report on
17  kidney carcinomas and then you separately
18  report on kidney adenomas and carcinomas
19  combined?
20      A.   Because I had that from Knezevich
21  and Hogan.
22      Q.   So for the four CD-1 mouse
23  studies that you have one study finding a
24  statistically significant negative trend
25  for kidney tumors and no studies finding a

1  statistically significant positive trend,
2  correct?
3      A.   Marginally significant positive
4  trend.
5      Q.   I'll ask the question again.
6          From the four CD-1 mouse studies,
7  the P equals .05 is the statistical
8  significance.  You had one study finding a
9  statistically significant negative trend,
10  meaning less tumors with more glyphosate
11  for kidney tumors, and no studies finding a
12  statistically significant positive trend,
13  correct?
14      MS. GREENWALD:  Objection, form,
15      asked and answered.
16      A.   The overall evaluation included
17  both the trend test and the historical
18  controls, but yes, when just looking at the
19  trend test and not using anything to do
20  with the historical controls, there are two
21  marginal statistically significant findings
22  that are not at the .05 level.
23      Q.   And there is one finding at the
24  05 level, statistically significant,
25  showing a lower incidence of kidney tumors

1  with increased dosing of glyphosate.
2  That's the Atkinson study, correct?
3      A.   Let me look at it again.
4          Yup, that is probably significant
5  at the 05 level.
6      Q.   In your pooled analysis though,
7  you conclude that glyphosate causes kidney
8  tumors, correct?
9      MS. GREENWALD:  Objection, form.
10      A.   Kidney tumors?
11          So pooling the 18-month studies
12  is significant.  Pooling the 24-month
13  studies is marginally significant.  Pooling
14  all four is significant.  That is what I --
15  that is what it says.
16      Q.   What data did you use in this
17  pooled analysis?  Did you use data for
18  kidney adenomas, kidney carcinomas or for
19  both kidney adenomas and carcinomas
20  combined?
21      A.   It's for kidney tumors, which is
22  adenomas and/or carcinomas.
23      Q.   So for the Sugimoto study then,
24  where you had only data for adenomas, what
25  data did you use for the carcinomas to pool

1  for combined total?
2      MS. GREENWALD:  Objection, form.
3      A.   I'd have to go back to the
4  original Sugimoto study to be able to
5  address that, the Greim study.
6      Q.   But am I correct for the pooling,
7  you would want to put in -- assuming that
8  there were no kidney carcinomas in that
9  Sugimoto, you would want to include 0000
10  for the kidney carcinomas in your pooled
11  analysis for Sugimoto, correct?
12      MS. GREENWALD:  Objection, form.
13      A.   I didn't do a pooled analysis of
14  kidney carcinomas alone.  So I can't answer
15  the question because you -- I didn't do
16  such an analysis.
17      Q.   No, I'm talking about for
18  combined, when you do a combined analysis,
19  would you include the data for the kidney
20  carcinomas in that pooled analysis?
21      A.   Yes, I would.
22      Q.   Now, your pooling methodology for
23  renal tumors did result in what you have
24  described here today as marginally
25  significant -- a marginally significant

1    increased trend for renal tumors in the two
2    24-month studies, correct?
3         And if you look at page 11 of
4    your rebuttal report, where you have your
5    pooled analysis -- if you go in your
6    rebuttal report, you have the table.  It is
7    just a little bit easier to find.
8         Table 3 on page 11 of your
9    rebuttal report has all your pooled
10   analysis.
11      A.  OK.  Got it.
12      Q.  So for the two 24-month studies,
13   when you pooled them for kidney adenoma and
14   carcinoma, you report what you have been
15   describing as a marginally significant
16   increased trend, correct?
17      A.  For the 18-month studies?
18      Q.  No, the 24-month studies.
19      A.  24-month studies.
20         That is correct.
21      Q.  So based upon your pooling
22   methodology then, your opinion that the
23   renal tumors and the combined data for
24   Knezevich and Atkinson show an increased
25   trend of tumors, that's almost significant,

1    correct?
2         MS. GREENWALD:  Objection, form.
3      A.  The combined pooled analysis of
4    Atkinson and Knezevich, that shows a
5    marginally significant P value which is
6    almost significant, correct.
7      Q.  For an increased trend in tumors
8    with increased --
9      A.  For an increased trend in tumors.
10      Q.  If you can go to your report --
11   your initial report at page 38, so we can
12   look at the data.
13         For the Knezevich study, you have
14   1 tumor in the control animal, 0 in the
15   low-dose group, 1 out of 50 in the
16   high-dose group, and 3 out of 50 in the --
17   I'm sorry, let me state that again.
18         For Knezevich, for kidney adenoma
19   and carcinoma combined, you report 1 out of
20   49 tumors in the control animals, 0 out of
21   49 in the low-dose group, 1 out of 50 in
22   the mid-dose group, and 3 out of 50 in the
23   high-dose group, correct?
24      A.  That's what EPA reported, that's
25   correct.

1      Q.  And for the Atkinson study, which
2    is the next page, on 39, you have 2 out of
3    50 kidney adenomas and carcinomas in the
4    control animals, correct?
5      A.  That is correct.
6      Q.  You have 2 out of 50 in the low
7    dose, correct?
8      A.  That is correct.
9      Q.  You have 0 out of 50 in the mid
10   dose and 0 out of 50 in the high dose,
11   correct?
12      A.  That is correct.
13      Q.  And so if you look at these two
14   studies combined, you have 3 renal tumors
15   out of 99 control mice in the control
16   animals, correct?
17      A.  That's correct.
18      Q.  You have 2 renal tumors out of 99
19   in the low-dose groups, correct?
20      A.  Correct.
21      Q.  You have 1 renal tumor out of 100
22   in the mid-dose group, correct?
23      A.  These are terribly different
24   doses.  You can't just combine them that
25   way.  That's not how it's done.  I'm sorry.

1    Each individual group and its dose is fed
2    into the pooled analysis exactly like it is
3    in the study.
4         So the pooled analysis would have
5    1 out of 49 in control and 2 out of 50 in
6    control.  Then at a dose of 190 mgs per
7    kilo per day, it would be 0 out of 49.  At
8    102, it would be 2 out of 50.  At 298, it
9    would be 0 out of 50.  At 955, it would be
10   1 out of 50.  At 1,000, it would be 0 out
11   of 50.  And at 5,874, it would be 3 out of
12   50.
13      Q.  So the trend analysis then, if I
14   understand your testimony correctly, that
15   you conducted for the purposes of your
16   expert report here did a trend analysis
17   using each of the different dose levels as
18   a different point in the trend analysis
19   over the combined studies, is that correct?
20         MS. GREENWALD:  Objection, form.
21      A.  The individual doses are attached
22   to the chemical.  You don't just
23   haphazardly pool high and low dose.
24         If that's what you just said,
25   then that's correct.

1    Q.   Let me just be clear, in your
2  earlier submissions to EPA and to the
3  European regulators, you did combine doses
4  into a control, a low dose, a mid dose and
5  high dose for your trend analysis, correct?
6        MS. GREENWALD:  Objection, form.
7    A.   No, I didn't.  I combined them
8  into that form for an illustration of what
9  the dose response trend looked like,
10  because when you put the individual dose
11  response points up there, it's very
12  difficult to see a trend just simply
13  because of the nature of that type of data,
14  but by grouping doses that were close
15  together, you got a better chance.
16        The pictures also included a
17  confidence interval side to side and up and
18  down.
19    Q.   Let me make sure I'm clear on
20  your methodology.
21    A.   That's not what's here.
22    Q.   I understand that.
23        In your methodology, when you
24  submitted a pooled analysis to the EPA, did
25  you conduct your P analysis based upon 4

1  different combined dose groups or did you
2  conduct your pooled analysis based upon 8
3  or 16 or 12 different dose levels as the
4  case may be?
5        MS. GREENWALD:  Objection, form.
6    A.   The analyses submitted to EPA
7  included both simply for completeness.  The
8  individual dose group studies are the one
9  which are the clearest and correct way to
10  do this.
11    Q.   And just so I understand then,
12  for your pooled methodology, while you have
13  three tumors -- real tumors in control mice
14  in Knezevich and Atkinson and three tumors
15  in the high-dose group in Knezevich and
16  Atkinson, that data under your pooled
17  methodology results in an almost
18  statistically significant increased trend
19  in tumors with increased dose, correct?
20        MS. GREENWALD:  Objection, form.
21    A.   There are other doses in that
22  dose response range which all play a role
23  in the statistical significance of that
24  trend.  And all of those doses combined in
25  the pooled analysis gave a statistically

1  significant trend.
2        The reason it's statistically
3  significant is because the three out of
4  control are at low doses, which also have
5  very low response as well, and remember,
6  it's not 3 out of 50, 49 in control, or 99,
7  it's 1 and 2.  But they are matched with
8  other dose groups that are 0, 0, 2, 0, 0,
9  0, 0.  That pushes that down in the low
10  exposure range and the upper exposure range
11  picks up the trend.
12        That is why you see a
13  statistically significant trend.
14    Q.   And just so we are clear, if you
15  look at the different tumor levels in these
16  two studies, there were five renal tumors
17  found in the controls and the lowest dose
18  group studied, and that there were four
19  tumors found in the three highest dose
20  groups studies, correct?
21    A.   Again, over a very broad range,
22  that is a statement of fact.
23    Q.   So through your pooling
24  methodology with two studies where you have
25  5 tumors out of 200 in the lowest -- in the

1  controls at the lowest dose studied and 4
2  tumors out of 200, if you will, in the
3  highest doses studied, you have an almost
4  statistically significant increased trend,
5  is that correct?
6        MS. GREENWALD:  Objection, form.
7    A.   I'm sorry, you have -- you have
8  lost me.  What am I doing?
9        You're trying to make me pool
10  something new?
11    Q.   I'm not making you pool anything.
12  You have done the pool.
13        In pooling these two studies, you
14  have -- the data shows that you have 5
15  kidney tumors in the 150 animals where you
16  have control animals and the lowest dose
17  studied, correct?
18    A.   I have what appeared in the lower
19  dose groups, that is correct.
20    Q.   And so you have -- and you have 4
21  tumors out of 150 in the highest doses
22  studied?
23    A.   There are doses with 0, 0, 1 and
24  3.
25    Q.   I understand that.  But if you

1  look at the data combined and you're
2  pooling this data --
3      A.  I'm not going to look at the data
4  combined.  The data is what it is.  The
5  data is 0, 0, 1, 3.
6      Q.  It's actually 1, 0, 1, 3 --
7      A.  1, 0, 1, 3, whatever.
8      Q.  -- and 2, 2, 0, 0, correct?
9      A.  It is whatever it really is.  So
10  it is 1, 2, 2, 0, 1, 0, and 3.
11     Q.  And that distribution under your
12  pooling analysis results in an almost
13  statistically significant increased trend,
14  correct?
15         MS. GREENWALD:  Objection, form.
16     A.  That distribution under the use
17  of the scientifically verifiable and
18  methodologically sound Armitage linear
19  trend testing proportions shows a P value
20  which is statistically significant.
21         So does the analysis using the
22  logistic regression approach suggested by
23  your expert.
24     Q.  We can talk about that later
25  because our expert wouldn't agree to that.

1         Let's talk about -- I take it
2  that you have your code for your pooling
3  analysis -- various pooling analyses that
4  you conducted over time, correct?
5      A.  Let me correct something here.
6  You keep calling it "my pooling analysis."
7  The pooling analysis I did is the more
8  accurate statement.  Again, because I told
9  you Dourson has already done it, by all
10  technical reasons, I would have to
11  reference him now that I know it's there,
12  and so it should be his pooling algorithm,
13  not mine.
14         But the point is it is just the
15  pooling algorithm I used.
16     Q.  The pooling algorithm you used,
17  you still maintain that?
18     A.  Yes.
19     Q.  And has that pooling algorithm
20  changed over time for glyphosate?
21     A.  I'm going to try to break it down
22  to make it clear.
23         There is pooling of the data, and
24  then there is analysis of data by the
25  Armitage linear trend test, and then there

1  are three ways you can calculate P values
2  in the Armitage linear trend test.
3         So the choice of which datasets
4  to pool has not changed.  So the pooling
5  has not changed.  The analysis by the
6  Armitage linear trend test in proportions
7  has not changed.  The only thing that has
8  changed has been the way in which I
9  calculate the P values for those tests.
10     Q.  Understood.
11         The -- let's talk about the
12  modified table 15 in your rebuttal report.
13     A.  OK.
14     Q.  So your table 15 in your listing
15  of total sites, that is, as I understand
16  it, a calculation of the total sites for
17  which three or four tumors were found in
18  the glyphosate data, correct?
19     A.  With exception.  The rare tumors
20  in kidney and hemangiosarcomas are also
21  included in this table.
22     Q.  That wasn't my question.  My
23  question is the total sites column.
24     A.  The hemangiosarcomas only have
25  two tumors.

1      Q.  I understand that.
2      A.  I am sorry.
3      Q.  My question is, if you look at
4  modified table 15, you have a calculation
5  of total sites.
6         Do you see that?
7         And it's a column -- the fourth
8  column on modified table 15.
9      A.  Yes, I see it.
10     Q.  It has a footnote, footnote 1,
11  correct?
12     A.  Yes.
13     Q.  And total sites is based upon the
14  sites with three or more tumors, correct?
15         MS. GREENWALD:  Objection, form.
16     A.  Actually, it's described directly
17  in the text of the document.  On page 4
18  first full paragraph, this also includes
19  joint analyses and some room for joint
20  analyses and other things.
21     Q.  I understand that.
22         I'm looking again just at the
23  total sites column.
24     A.  Correct.
25     Q.  And you have a footnote that

Page 298

1    describes that the total sites are taken
2    from an analysis done by a Dr. Haseman,
3    correct?
4         MS. GREENWALD:  Objection, form.
5         A.   It's a suggestion from Dr. Joseph
6    Haseman in his EPA testimony.
7         Q.   And Dr. Haseman in his EPA
8    testimony is quantifying the number of
9    sites in the glyphosate data for which
10   three or more tumors were found, correct?
11        A.   He is quantifying the number of
12   sites which he felt would be relevant in a
13   statistical evaluation of how many sites
14   were actually evaluated in the study.
15        Q.   Well, for this column though he
16   is actually just doing an addition.  He's
17   adding up the number of sites for which
18   three or more tumors were found in this
19   column?
20        A.   No, in this column is me adding
21   up three or more tumors --
22        Q.   OK.
23        A.   -- and adding, like Dr. Haseman
24   did, some room for joint analyses of tumor
25   findings.

Page 299

1         Q.   Is it your testimony that the
2    total sites calculation that you use in
3    your report includes sites where less than
4    three tumors were found?
5         A.   Yes.
6         Q.   So that is your understanding of
7    table 15 for the total sites column?
8         MS. GREENWALD:  Objection to
9    form.
10        A.   Table 15 includes enough room to
11   cover all of the analyses that were done.
12        Q.   Well, that's -- I don't know what
13   "enough room" means.
14        A.   Enough numbers of tumors to
15   incorporate all of the analyses that are
16   relevant for these data.
17        Q.   To get these numbers that you
18   have listed here, you have a footnote that
19   states:
20             "Numbers of sites is based upon
21   suggestions by Dr. Haseman in his written
22   testimony to the EPA with female rats
23   modified for fewer sites with three or more
24   tumors.  Male mice, 10.5 sites.  Female
25   mice, 15 sites.  Male rats, 21.5 sites.

Page 300

1    And female rats, 26."
2             Correct?
3         A.   That's what the footnote says.
4         Q.   In Dr. Haseman's analysis, these
5    numbers, at least 10.5, 15 and 21.5, are
6    the numbers he calculated for tumors
7    with -- for sites with three or more
8    tumors, correct?
9         A.   That's not what he says as far as
10   I know.  He was just looking for sites that
11   would be likely.
12             But I'd have to see his EPA
13   testimony again to make sure that that is
14   the case.
15        Q.   OK.  So --
16        A.   That is -- that is probably what
17   he did.  That's probably the case.  I don't
18   know if he said it.
19        Q.   OK.  But you now testify that you
20   think it probably is the case that the
21   numbers in this table for total sites are
22   the number of sites for which three or more
23   tumors were found?
24        MS. GREENWALD:  Objection, form.
25        A.   The numbers in this table --

Page 301

1         Q.   For total sites.
2         A.   -- are consistent with what I
3    found in evaluating the numbers of sites
4    with three or more from the data in these
5    studies.
6         Q.   OK, fair enough.
7             The total sites then is used as
8    your -- as one of the -- well, total sites
9    is then used to calculate the expected
10   number of sites you would see at P less
11   than .05, correct?
12             If you take the total sites and
13   multiply it by .05, correct?
14        A.   Correct.
15        Q.   That's your expected number of
16   less than .05, which is the column on
17   table 15 right next to the total sites
18   column, correct?
19        A.   That is correct.
20        Q.   And you also use that total site
21   column -- total site number to calculate
22   the expected sites P less than .01,
23   correct?
24        MS. GREENWALD:  Objection, form.
25        A.   I used the total sites,

1  multiplied it by .01 to get the expected
2  less than .01 in that last column -- third
3  column -- third-from-last column.
4      I should note just for the record
5  while we are here, I have an addition
6  error.  I put 19 on both sexes for rats
7  when it is really 18.
8      Q.   And the --
9      A.   The sum is the same.
10     Q.   30 should be 29?
11     A.   No, the 30 is 30.  That 19 is
12 just wrong.
13     Q.   That should be 18?
14     A.   18.
15     Q.   So 11 and 6 equal 18?
16     A.   Let's see here.
17     Q.   If you have 11 male and 6 female,
18 you add up to 18?
19     A.   The 12 -- the first one is 12.
20 If I count the tumors themselves, 1, 2, 3,
21 4, 5, 6, 7, 8, 9, 10, 11, 12, and 1, 2, 3,
22 4 5, 6, it should be 18.
23     I don't know why the counts in
24 the tumors are incorrect for the rats.
25     Q.   OK.  So now for your observed

1  tumors, which you have next to your
2  expected, you also include trends that you
3  calculate based upon your p-hist. analysis,
4  correct?
5      A.   I'm sorry, say that again.
6      Q.   For your observed trends of less
7  than .05, and for less than .01, you use --
8  you report the numbers that you find for a
9  concurrent control trend test and also add
10 to that the numbers of -- that you observed
11 through your p-hist. analysis -- historical
12 trend analysis?
13     A.   No, of course not.  That would be
14 terribly methodologically flawed.
15     Q.   So is it your testimony then that
16 you do not include in your observed count
17 in table 15 findings that are only
18 significant based upon the historical trend
19 analysis?
20     A.   No, the -- this -- I should be
21 clear in the text, but I'll make it clear
22 now, what I'm putting in here is the P
23 value observed for the trend test, because
24 the correct control to use is the control
25 for the trend test, except in the cases of

1  very rare tumors, which are the two mouse
2  tumors we were talking about earlier, and
3  those P values are put in here from the
4  historical trend test, not from the typical
5  trend test.
6      Q.   So let me make sure I understand
7  correctly.
8      In your table 15, for your
9  expected, you have the number of tumors you
10 would expect based upon total sites with
11 three tumors or more, and then you have
12 your expected and then you have your
13 observed column, and your observed column
14 also includes tumors that you observed --
15 or trends that you observed based upon your
16 historical trend analysis, correct?
17     MS. GREENWALD:  Objection, form.
18     A.   I -- I'm -- I'm not understanding
19 the question.  It's --
20     Q.   OK.  Your -- through your
21 historical trend analysis --
22     A.   Let me try -- let me try
23 something --
24     Q.   Let me just ask the question this
25 way:  For your historical trend analysis,

1  for example, you calculated statistically
2  significant trends at two sites where there
3  are only two tumors, correct?
4      A.   Rare tumors at rare sites.
5      Q.   Right.  And those sites would not
6  be part of the total sites that you have
7  listed in your column on total sites
8  because there is only two tumors there,
9  correct?
10     A.   No.  This is not -- as I pointed
11 out before, this is for the typical types
12 of analyses that would be done.  Enough
13 extra counts were put in there to cover the
14 counts for the two rare tumors that we
15 looked at.
16     Q.   OK, let me go back to that,
17 because I'm misunderstanding.  I thought we
18 had established this.
19     In your total sites, footnote 1
20 shows how those total sites were calculated
21 based upon what Dr. Haseman had calculated.
22 Those were the sites for which three or
23 more tumors were found, correct?
24     A.   No --
25     MS. GREENWALD:  Objection, form.

1    A.    -- I'm sorry, that's not the
2    case.
3         If you look at table 1 in the
4    report -- in my rebuttal report, table 1
5    tells you how many tumors of each type were
6    in each -- were in each of the studies.
7    Q.    Right.  And you have each
8    individual site, and then for you total
9    sites, you also include combined tumors,
10   correct, where you had three or more tumors
11   in the combined data, correct?
12   A.    If they are even done or not
13   done.
14        But I have -- in this table, I
15   have more than -- I have somewhere around,
16   I believe, 100 more observe -- more -- I
17   have the possibility of 100 more
18   evaluations being done than the total
19   number of eval -- of sites with three or
20   more tumors.
21        So I've left 100 open spots for
22   analyses that might have been done rather
23   than just the three or more tumors.
24   Q.    Dr. Portier, the numbers that you
25   have in your report for total sites are

1    numbers that Dr. Haseman reported, correct,
2    that's where you got those numbers?
3         MS. GREENWALD:  Objection, form.
4    A.    With a modification, and those
5    numbers are very conservative.
6    Q.    The modification you made was to
7    reduce the number of sites for female rats
8    as -- from what Dr. Haseman had reported
9    and you made it lower, correct?
10   A.    Yes.
11   Q.    And Dr. Haseman --
12   A.    And I explained why I did that.
13   Q.    And Dr. Haseman, in adding up
14   those sites that you use, he added the
15   number of sites, either with individual or
16   combined analyses, that had three or more
17   tumors, correct?
18   A.    No, he was -- he was just roughly
19   looking at two of the -- three of the
20   studies, I believe -- I'd have to see his
21   writeup, if you have it.
22   Q.    Sitting here today, you don't
23   recall one way or the other whether those
24   total site numbers from Dr. Haseman that
25   you use in your table 15 were for sites

1    with three or more tumors?
2         MS. GREENWALD:  Objection, form,
3    asked and answered.
4    A.    I would have to see Dr. Haseman's
5    comments to be able to answer that question
6    for you.
7    Q.    Well, would you agree if those
8    numbers for total sites only include sites
9    with three or more tumors, for your
10   analysis, since you also looked at
11   historical trends and rare tumors, you
12   would have to provide some additional bump
13   up for the total sites to account for the
14   possibility of trends, the sites with fewer
15   than three tumors, correct?
16        MS. GREENWALD:  Objection, form.
17   A.    That bump up, as you put it, is
18   already incorporated in these sets of
19   numbers such that there are sufficient
20   numbers in each of the sex species groups
21   that I feel I've probably put a number in
22   here which is more than the number of
23   evaluations which were actually done.
24   Q.    OK.  And in your calculation of
25   your adjustment for p-hist. -- first of

1    all, in deciding which studies or tumor
2    sites to conduct historical analyses for,
3    you did not do historical analyses for all
4    rare tumors in these studies, correct?
5         MS. GREENWALD:  Objection, form.
6    A.    Yeah, I -- I don't -- I don't
7    understand the question.  I am sorry.
8    Q.    In deciding which tumor sites to
9    conduct a p-hist. analysis, you base that
10   on your review of where there were sites
11   that were -- where there had been one
12   finding of a statistically significant
13   trend in a concurrent control, correct?
14        MS. GREENWALD:  Objection, form.
15   A.    Yeah, I'm -- again, you have lost
16   me in the question.  I am sorry.
17   Q.    Let me ask this:  Through your
18   p-hist. analysis, you can calculate
19   statistically significant trends at sites
20   with one or two tumors, correct, for rare
21   tumors?
22   A.    An analysis using that approach
23   could potentially find a positive finding
24   for just two tumors, that is correct.
25        But the two I chose -- the

1  tumors -- let -- the tumors I chose to
2  evaluate were identified by regulatory
3  agencies as a concern because those tumors
4  were different than the historical
5  controls.
6        I didn't go back and look at
7  every single site and get historical
8  controls for every single site because I
9  didn't analyze every single site with two
10 tumors in it.  So that just -- it would
11 never have occurred except that this was
12 flagged already by the regulatory
13 community.
14    Q.  So in your --
15    A.  And I will add, because I still
16 don't understand -- I guess I don't have to
17 understand the relevance of your questions.
18    Q.  So for your historical trend
19 analysis, you didn't conduct -- you only
20 did historical trend analysis for tumors
21 that had been flagged as potential issues,
22 correct?
23      MS. GREENWALD:  Objection, form.
24    A.  I did -- for every tumor where
25 EPA or some other authority flagged it as

1  falling outside of the range of historical
2  controls, and arguing that it could go
3  away, I did the historical control analysis
4  to illustrate the importance of doing
5  something correct with historical controls.
6        However, as I say at the
7  beginning, the best control to use for any
8  of these studies is the concurrent control,
9  except in the case where there are rare
10 tumors.  So in those cases, I used the P
11 value from historical control for this
12 table that you're looking at.
13    Q.  If you were to determine the
14 number of P trends that you might find by
15 chance in a historical trend analysis of
16 rare tumors -- so you would have -- as you
17 have already testified, if you conduct 20
18 tests, you would find one by chance,
19 correct?
20      MS. GREENWALD:  Objection, form.
21    A.  You would not find any by trend
22 analysis.  I'm sorry, two -- two tumors --
23 I must have missed your question.
24    Q.  I'll ask it again.
25        For tumors where you can do

1  historical trend analysis, where you could
2  calculate a p-hist., the rare tumor, and
3  you have two tumors, so there's enough with
4  rare tumors, two tumors with a historical
5  trend analysis is enough to find a
6  historical -- to find a trend, correct?
7    A.  With the right historical control
8  dataset, yes.
9    Q.  And if you were to look at 20
10 rare tumors where you have historical
11 control data and run a p-hist. analysis,
12 you would expect by chance that one of them
13 would report a P less than .05, correct?
14      MS. GREENWALD:  Objection, form.
15    A.  No, I can't say that.  You're in
16 a realm of behavior of the statistical
17 methods that are dependent upon both the
18 historical control dataset and the
19 concurrent dataset, and to be quite honest,
20 I'd have to sit down and do some analyses
21 to figure out what this type of analysis
22 you are suggesting would be done.
23        But I don't understand why you're
24 suggesting the analysis because typically
25 you flag something as a rare tumor based

1  upon the advice of the pathologist
2  involved.
3    Q.  I understand.  But in your
4  table 15, you're comparing what you observe
5  to what would be expected by chance.
6        And what I'm trying to understand
7  is what you -- what number of sites you
8  would expect to see by chance for rare
9  tumors or through historical trend analysis
10 versus the number of trends you found with
11 a historical trend analysis?
12      MS. GREENWALD:  Objection, form.
13    A.  But this table, 15, is only for
14 the number of analyses done.  It's not --
15 not a theoretical number of analyses.  It
16 is for analyses done.
17    Q.  That may be why I misunderstood.
18        So your table 15 is comparing
19 only the analyses you did as total sites,
20 and then calculating an expected number of
21 sites and an observed number of
22 sites, is that correct?
23    A.  No.  It's calculating the number
24 of potential sites.
25        I didn't calculate exactly how

Page 314

1    many analyses I did.  I guess I can go and
2    do that but I haven't, because what you're
3    looking at is -- I looked at all the EFSA
4    studies and EPAs.
5        So it wouldn't be correct for me
6    to put in here the total sites that I
7    personally evaluated, because those other
8    documents guided me to sites, and those
9    other documents had evaluated sites in a
10   standard statistical way.  But they didn't
11   tell me how many they did.
12       So I technically can't give you
13   an exact number for the total sites.  This
14   is the way it is sometimes with practical
15   science.  What I can do is create a
16   logical, reasonable estimate for the total
17   sites that had been reviewed, had been
18   analyzed.  And that's what this is.
19       Q.   Just so I'm clear, if your total
20   sites number did not include the numbers
21   that would account for both individual
22   tumor types with three or more tumors for
23   adenomas and carcinomas and combined total
24   sites with three or more tumors and the
25   rare tumors for which you might find a

Page 315

1    statistically significant finding --
2        A.   The two rare tumors.
3        Q.   OK, so all of those
4    possibilities, for your modified table 15
5    to make sense, would have to add up to the
6    total sites that you have listed in your
7    total tumor sites?
8            MS. GREENWALD:  Objection to
9        form.
10       A.   Or in this case, I've been
11   conservative enough that I'm pretty certain
12   that total sites is larger than that number
13   of the sites that you have evaluated, which
14   makes it somewhat conservative.
15       Q.   And you can, in fact, just add up
16   the number of sites in these studies with
17   three or more tumors, correct, you have got
18   all the data?
19       A.   I've done that.
20       Q.   Have you looked at all the sites
21   combined and separately?
22       Because you report both of those
23   in your table.
24           MS. GREENWALD:  Objection, form.
25       Q.   So you have kidney adenomas,

Page 316

1    kidney carcinomas, kidney adenomas and
2    carcinomas combined?
3            MS. GREENWALD:  Objection to the
4        form.
5        A.   I've allowed sufficient numbers
6    in the total sites to cover those.
7        Q.   Have you added up all the sites
8    in the studies with adenomas more than
9    three, carcinomas more than three, and
10   adenomas and carcinomas combined more than
11   three?
12           MS. GREENWALD:  Objection to
13       form.
14       A.   You wouldn't always do the
15   combined analysis.  That's not standard
16   methodological practice in toxicology.  You
17   do the combined analysis only sometimes.
18       So adding up that number,
19   creating that number that you just made
20   up -- you just suggested would not reflect
21   the number of sites that would actually be
22   done.
23       Q.   Have you gone through the
24   exercise of adding up the sites that you
25   think should be combined so you actually

Page 317

1    have the total number of sites with
2    adenomas, with carcinomas, and adenomas and
3    carcinomas combined where you believe
4    that's appropriate?
5            MS. GREENWALD:  Objection to
6        form.
7        A.   You can't do that evaluation sort
8    of in isolation.  So no, I have not done
9    that.
10       Q.   So sitting here today, do you
11   know the total sites -- total number of
12   sites for which you could have done a trend
13   analysis for -- I'm sorry, for adenomas,
14   for carcinomas, and as you think it
15   appropriate, adenomas and carcinomas
16   combined in this dataset?
17           MS. GREENWALD:  Objection to
18       form.
19       A.   You can't -- again, you can't
20   look at it that way.  If carcinomas are
21   zero, for example, you would only do the
22   adenoma evaluation.  If adenomas are zero
23   and you have carcinomas, you would only do
24   the carcinoma evaluation.  There are other
25   similar situations where you do those site

Page 318

1  types of evaluations.
2       Unless I sat with EPA and they
3  gave me every test they did, or I sat with
4  EFSA and they told me every test they did,
5  I cannot figure that number out.  All I can
6  do is give you an approximation.
7       Q.   OK, I'm not asking about the
8  number of analyses that were done.  I'm
9  asking you about the number of analyses
10  that could be done, because that's what
11  your total sites column is, correct?
12       MS. GREENWALD:  Objection to
13  form.
14       A.   No, the total sites column should
15  be an estimate of the number of sites that
16  were done.  That is what it's attempting to
17  give you.
18       Q.   I understand.
19       MR. LASKER:  Let's take a break.
20       THE WITNESS:  I'm happy to go on.
21       Q.   In your report for female CD-1
22  mice, you have listed an observed trend
23  that you identify as "SL."
24       Do you see that?
25       It's on mice tumors P less than

Page 319

1  05.
2       A.   Mice tumors P less than 05 SL.
3  Yes.
4       Q.   And you have SL listed as skin
5  lymphoma?
6       A.   Yes, it is.
7       Q.   Now, I don't find any skin
8  lymphoma in any of the studies.  There was
9  a SL trend in the Knezevich study that you
10  report for spleen lymphomas.
11       A.   Oh, that's correct, that's the
12  splenic lymphomas.  Thank you.  Yes, that
13  is the splenic lymphomas.
14       Q.   You include spleen lymphomas as
15  one of your observed trends in your
16  table 15?
17       A.   It is an observed trend, that is
18  correct.
19       Q.   OK.
20       A.   That is correct.
21       Q.   Now, the spleen lymphomas, I
22  think in your rebuttal report, you state
23  should be combined with all the lymphomas
24  for a combined lymphoma number in doing a
25  statistical analysis?

Page 320

1       MS. GREENWALD:  Objection to
2  form.
3       A.   They're not -- they're not -- I'm
4  sorry, give me a minute to look this up,
5  please.
6       Splenic lymphosarcomas.  They are
7  not lymphomas.  They are lymphosarcomas.
8       Q.   So in your testimony,
9  lymphosarcomas do not need to be listed
10  with lymphomas?
11       I'm trying to understand.
12       A.   That's correct, you wouldn't
13  combine sarcomas with lymphomas.
14       Q.   Do you know how many
15  lymphosarcomas were analyzed in Knezevich,
16  given tissue types?
17       A.   By whom.
18       Q.   By the investigators in
19  Knezevich?
20       A.   I'm not able to see the full
21  report from them, so I wouldn't know that.
22       Q.   And you have the data table
23  from --
24       A.   But I don't have the report of
25  what analyses they did, therefore, I can't

Page 321

1  answer the questions.
2       Q.   You have data presented for a
3  number of different tissue type
4  lymphosarcomas in the Knezevich study,
5  correct?
6       A.   I have -- yes, I have data tables
7  that show lymphosarcomas in several
8  different tissues.
9       Q.   And in your response to
10  Dr. Corcoran, you testify that Dr. Corcoran
11  improperly calculated trend analyses
12  reporting out all of those different
13  lymphosarcoma sites and that they should be
14  combined in your opinion, correct?
15       MS. GREENWALD:  Object to form.
16       A.   I noted that he had done multiple
17  analyses about lymphosarcomas and there
18  only should be one lymphosarcoma analysis.
19  However, I can't do that myself but I did
20  report the one.
21       Q.   But the multiple lymphosarcoma
22  sites that are separately calculated, those
23  would not be separately listed as total
24  sites because the total sites in your
25  table 15 combines systemic tumors, correct?

1      MS. GREENWALD: Objection, form.
2    A.   They were listed in the total
3 site that Dr. Corcoran had done --
4    Q.   Not Dr. Corcoran's, I'm talking
5 about yours.
6    A.   Let me finish -- and the table 15
7 has one site for lymphosarcomas. One, it
8 takes up one site and it was evaluated, so
9 it is put into this table. And it had a P
10 value associated with it, which also goes
11 into this table.
12      This is a table of what
13 evaluations were done.
14    Q.   So the total sites column then
15 does not -- in table -- modified table 15
16 does not include the other lymphosarcomas
17 sites that were analyzed in the Knezevich
18 study, just the splenic lymphosarcoma,
19 correct?
20      MS. GREENWALD: Objection, form.
21    A.   In my table 1 on page 9 of the
22 rebuttal reports, the three-or-more-tumors
23 column only allows one spot for
24 lymphosarcomas. So when lymphosarcomas
25 were found, whether it was five organs or

1 one organ, I collapsed it down into a
2 single entry into this table.
3    Q.   So in the Knezevich study then,
4 for the purposes of your analysis, you have
5 one total site where there could be a
6 calculation conducted and one tumor site
7 being splenic lymphosarcoma where you
8 observed a trend, is that correct?
9    A.   That is -- for each study, there
10 is sufficient room for that type of
11 evaluation to be done, and in this case,
12 there was one evaluation of that type, and
13 that is included.
14    Q.   And the other however many other
15 sites that were evaluated are not included
16 in the total sites column?
17      MS. GREENWALD: Objection, form.
18    Q.   For lymphosarcoma. I'm sorry.
19      MS. GREENWALD: Same objection.
20    A.   I can't know that. I don't know
21 how many other sites were evaluated. As I
22 pointed out before, that information is not
23 available to me, so I can't answer the
24 question.
25    Q.   Just to be clear, the Knezevich

1 study is the Monsanto 1983 mouse study,
2 correct?
3    A.   The splenic lymphosarcomas?
4      The rows are the Knezevich and
5 Hogan study, that is correct.
6    Q.   So you have that full report --
7 study report, correct?
8    A.   I have that study report, but the
9 study report is presented with groups of --
10 the part I have is presented with groups of
11 animals by organ. So I -- it gives me the
12 numbers for spleen and gives me the numbers
13 for wherever, say, kidney.
14      But because this tumor can appear
15 quite often in multiple organs in the same
16 animal, and I'm interested in incidents, I
17 cannot back those numbers out and make the
18 correct -- what I would consider the
19 correct classification.
20    Q.   In your modified table 15, you
21 also include listing of four observed sites
22 for -- and these are actually as opposed to
23 the skin and bone.
24      You have four sites for skin
25 tumors. You have three, I think, skin

1 keratoacanthomas and one basal cell
2 carcinoma in your table for the rat
3 studies, correct?
4    A.   I have skin keratoacanthoma for
5 the rat studies, I have three, and one
6 basal cell, that is correct.
7    Q.   Now, let me show you -- you
8 talked about the NTP is sort of the gold
9 standard for these cancer bioassays,
10 correct?
11    A.   For the way they are done and the
12 way they are presented and the way they are
13 analyzed, that is correct.
14    Q.   And the NTP combines different
15 skin tumors into one category, correct?
16    A.   That I don't know for certain.
17      MR. LASKER: Let's mark this.
18    A.   Of course, NTP uses a different
19 strain of animals.
20    Q.   They use many different strains
21 of animals, but I'm talking about -- let me
22 ask you this: When NTP combines tumor
23 types, does it combine different tumor
24 types for different strains of animals?
25      So, for example, you --

1    A.   Oh, they might, yes, they might.
2    Q.   For skin tumors, do you know one
3  way or the other whether NTP combines tumor
4  types for any different type of rodent?
5    A.   No, I don't.
6         (Exhibit 15-36, report entitled
7    "NTP historical controls, report all
8    routes and vehicles, Wistar-Han rats,
9    August 2016, marked for identification,
10   as of this date.)
11   Q.   This is Wistar rats, and I'll
12 refer you to page 32 of this report.
13        MS. GREENWALD:  I am sorry, what
14 page?
15        MR. LASKER:  Page 32.
16   Q.   As reflected at least for this
17 rodent, the NTP combines I think it is
18 something like 12 different types of skin
19 tumors to report an overall combined
20 instance for skin tumors, correct?
21   A.   On the previous -- 12?
22        On the previous page, it gives
23 the individual historical control data for
24 basal cell adenoma or basal squamous tumor
25 benign, basal cell adenoma, basal squamous

1  benign or trichoepithelioma, basal cell
2  carcinoma, basal cell carcinoma with basal
3  squamous tumor, malignant or not otherwise
4  specified, and then it provides a category
5  for all of these things combined in one
6  table, yes --
7    Q.   For purposes of --
8    A.   -- and there is no skin
9  keratoacanthoma in this listing.
10   Q.   Actually, page 32, just so we are
11 clear, the listing -- the second listing
12 includes keratoacanthoma, correct?
13   A.   Yes, there it is, correct.
14   Q.   And that is grouped together with
15 basal cell or squamous cell carcinoma,
16 carcinoma, basal squamous tumors M or B,
17 basal cell adenomas, adenomas, papillomas,
18 squamous papillomas, keratoacanthoma and
19 trichoepithelioma, correct?
20   A.   That's correct.  It doesn't mean
21 they would analyze it that way, but that is
22 what's on this paper.
23   Q.   For the purposes of your total
24 site analysis -- or total site numbers in
25 modified table 15, did you have counts for

1  different sites for the skin or was skin
2  just one site for your total site
3  calculation?
4    A.   I'm sorry, when I counted up all
5  the numbers of tumors greater than three
6  tumors, it could easily have two skin sites
7  or three.
8    Q.   Do you recall right now whether
9  you had more than one skin site for your
10 total sites or not?
11   A.   I would have to go back to the
12 original tables and read through and see
13 how many of them were greater than three
14 and/or skin.
15        I don't have that recollection.
16 I can't remember that much detail on --
17 with so many numbers around.
18        MR. LASKER:  Now I would like to
19 take a break.  Thanks.
20        THE VIDEOGRAPHER:  The time is
21 4:36.  Off the record.
22        (Recess.)
23        THE VIDEOGRAPHER:  The time is
24 4:48 p.m.  We are on the record.
25

1  BY MR. LASKER:
2    Q.   Dr. Portier --
3    A.   Before you ask me a question,
4  during the break, I took the time to look
5  over this Charles River Laboratory document
6  you gave me.  And I would like to correct
7  my reaction to it a little bit on the
8  record.
9    Q.   Which document is that?
10   A.   15-34.
11        MR. LASKER:  Let's go off the
12 record for a second, just because I
13 want to find out if you are going to be
14 asking questions, but if you will, we
15 will save it.
16        THE VIDEOGRAPHER:  Did you say go
17 off the record?
18        MR. LASKER:  Yes.
19        THE VIDEOGRAPHER:  The time is
20 4:49 p.m.  We are off the record.
21        (Recess.)
22        THE VIDEOGRAPHER:  The time is
23 4:50 p.m.  We are on the record.
24        MS. GREENWALD:  I would like the
25 record to reflect Dr. Portier asked

Page 330

1  Mr. Lasker if he could have a minute or
2  two to clarify his answer to the
3  document 15-34, which he admitted
4  during his testimony before he had
5  never seen before, and during the
6  ten-minute break, Dr. Portier used that
7  to familiarize himself very briefly
8  with it.
9      He did not use that time at all
10 during the time Mr. Lasker was asking
11 him questions. He asked for one or two
12 minutes to clarify and correct his
13 answer, and Mr. Lasker right now is not
14 letting him do that.
15     MR. LASKER:  Just so the record
16 is clear, Dr. Portier will have the
17 opportunity to clarify that before the
18 end of the deposition here today.
19     MS. GREENWALD:  I have made my
20 peace.  He can do it on your time.
21     Q.   Dr. Portier, let's turn to your
22 opinions regarding mechanism of
23 carcinogenicity in your report.
24     You mentioned ten key
25 characteristics of carcinogens, and I think

Page 331

1  it is part of the Smith publication,
2  correct?
3      A.   That is correct.
4      Q.   And is it your opinion that there
5  is only sufficient evidence for glyphosate
6  with respect to two of those
7  characteristics, correct?
8      A.   I do not believe that is what I
9  said.
10     Q.   Let me look at your report on
11 page 53.
12     And on page 53 you're talking
13 about the ten characteristics of mechanisms
14 for carcinogenicity, correct?
15     And it's the top of the page
16 where you cite to Smith.
17     A.   That is correct.
18     Q.   And you say, "There is limited
19 evidence on glyphosate for most of the key
20 characteristics," but then you identify two
21 characteristics, genotoxicity and oxidative
22 stress, which you believe have sufficient
23 evidence, correct?
24     A.   To warrant a full review.  I
25 reviewed all of the other evidence but it's

Page 332

1  limited and not -- doesn't warrant a full
2  review.
3      Q.   OK, that's fine.
4      Now, you have stated that we
5  don't know for sure if glyphosate is
6  genotoxic, correct?
7      MS. GREENWALD:  Objection, form.
8      A.   Where would you -- where is this
9  in here?
10     Q.   First of all, that's a general
11 question and then I can do a follow-up.
12     But I want to know if you recall
13 having made the statement that we don't
14 know for sure if glyphosate is genotoxic?
15     MS. GREENWALD:  Objection, form,
16 and the witness asked you to please
17 identify where you think he made that
18 statement.
19     A.   I can't -- I -- my expert
20 statement is right here and I believe my
21 conclusions on genotoxicity are quite
22 clear.  So if you want to ask me about
23 that, please ask me about it.
24     Q.   Well, I'm asking you whether or
25 not you have made the statement "we don't

Page 333

1  know for sure if glyphosate is genotoxic."
2      If you don't recall, that is
3  fine.
4      MS. GREENWALD:  Objection, asked
5  and answered.  My objection stays the
6  same.
7      A.   I seriously don't recall.
8      Q.   OK.  Can you state here today
9  that you have not made the statement that
10 we do not know for sure if glyphosate is
11 genotoxic?
12     MS. GREENWALD:  Objection, asked
13 and answered, argumentative.
14     A.   I don't recall.  It's still the
15 answer.
16     Q.   Let's mark as -- I will have to
17 make this as two documents.  This is an
18 article that appeared in a German news
19 site, so we have had it translated.
20     So we will have the German
21 document as the next in line, and then the
22 English translation as 38?
23     MS. GREENWALD:  Can you please
24 tell us who translated it?
25     MR. LASKER:  It is set forth on

Page 334

1   the document.
2       MS. GREENWALD:  Was it a
3   certified translator?
4       MR. LASKER:  It is.  You will see
5   it in a second.
6       (Exhibit 15-37, German article,
7   marked for identification, as of this
8   date.)
9       (Exhibit 15-38, translation of
10  German article, marked for
11  identification, as of this date.)
12  Q.   So, Dr. Portier, 15-38, which
13  will be more useful for us to look at since
14  it is the translation to English -- first
15  of all, the record can reflect that it is a
16  certified English translation as set forth
17  on the bottom of page 1.
18      MS. GREENWALD:  So, Mr. Lasker,
19      if I can just ask for the record
20      whether this was a certified
21      translator.  I'm not seeing that
22      reference here, that she is a certified
23      translator.
24          She is certifying that she
25      translated it.  Is she a certified

Page 335

1   translator?
2       MR. LASKER:  We will get that
3   information for you if it is not on the
4   document.  I apologize right now.
5       MS. GREENWALD:  It's not.
6   Q.   Dr. Portier, in -- do you recall
7   being interviewed in July, which would be
8   about a month and a half ago, about the
9   European Union assessment of glyphosate?
10      MS. GREENWALD:  I just want to --
11      I'm objecting to all these questions.
12          You can answer them, but I'm
13      objecting to all the questions on the
14      grounds that we have no idea if this is
15      an accurate translation.
16      MR. LASKER:  That's fine.
17  A.   I was interviewed by Martin
18  Forter and Stephanie Fuchs.
19          I don't believe it was July 18.
20  I think it was before that.
21  Q.   OK, but then it would appear in
22  an article after you were interviewed, that
23  makes sense?
24  A.   Of course.
25  Q.   OK.  And if you can look at

Page 336

1   page 4 on the English translation, this
2   is -- just so the record is clear, and you
3   can look through this -- this document sets
4   forth a series of questions to you and your
5   answers on various issues with regard to
6   the EFSA and ACA review of glyphosate,
7   correct?
8       MS. GREENWALD:  You have to give
9       him a chance to look at this,
10      Mr. Lasker.
11  A.   Now, what is your question.
12  Q.   This -- in your interview with
13  Mr. Forter and Ms. Fuchs, they asked you a
14  series of questions, and you provided
15  answers.  That's normal interview format,
16  correct?
17      MS. GREENWALD:  Objection, form.
18  A.   In this case, they asked
19  questions, we had a discussion, that is
20  correct.
21  Q.   And one of the questions they
22  asked you, as reflected on page 4 of the
23  English translation, was is glyphosate
24  genotoxic, correct?
25      MS. GREENWALD:  Objection, form.

Page 337

1   A.   That is what they give -- your
2   translator has said what they say, and that
3   is what they say.
4       I can't tell you if they asked me
5   that question in this frame in the
6   interview.
7   Q.   And if you look at the -- well,
8   do you speak German?
9   A.   That still wouldn't solve the
10  problem because I don't know if they asked
11  me that question verbatim as they put it
12  here.
13  Q.   That's not my question.  My
14  question is:  Do you speak German?
15  A.   I speak some.
16      (German phrase.)
17  Q.   If you can also look at
18  Exhibit 15-37, the German article on the
19  bottom of page 3, there is a question that
20  I'm going to butcher in German, but it "Ist
21  Glyphosat genotoxisch?" is the question.
22      MS. GREENWALD:  Hold on.
23      Don't guess.  I said don't guess.
24          If he is not fluent in German, he
25      can't guess on what this means.

1    MR. LASKER:  OK.
2    A.   Again, the -- there is a
3  two-stage process here.  The first is did
4  they ask me the question?  And the second
5  is did your translator get it right from
6  what they wrote?
7        I can't tell you if they asked me
8  this question verbatim.  But I can tell you
9  that "Ist Glyphosate toxicisch" is the
10  question that they have -- you have
11  converted to English.
12    Q.   And the conversion "Is glyphosate
13  genotoxic" is an accurate translation of
14  that question, correct?
15    A.   That is correct.
16    Q.   The answer that they have -- you
17  can read it in German as well as in English
18  from you -- is, "We don't know for sure.
19  The data of 50 percent of the studies
20  argues for genotoxicity, 50 percent against
21  it."
22        First of all, do you see that
23  statement in the article?
24        MS. GREENWALD:  Object to form.
25    A.   I see it in the translation,

1  that's clear.  I have --
2    Q.   You have to turn the page for the
3  German.
4    A.   No, it's right here.  But I'm not
5  good enough in German to look at this.
6    Q.   Can you state, sitting here
7  today, that you did not state to this
8  reporter, in answer to the question "Is
9  glyphosate genotoxic," "We do not know for
10  sure"?
11        MS. GREENWALD:  Objection to
12  form.
13    A.   I can't tell you.  They could
14  have easily taken it out of context or
15  something along those lines.  I have no
16  idea.  What I -- I can't answer "yes" or
17  "no" to that question.
18    Q.   OK, so sitting here today, you
19  can't state that you didn't make this
20  statement, and you can't say that you did,
21  you just don't recall, correct?
22        MS. GREENWALD:  Objection, form.
23    A.   My current opinion on the
24  genotoxic data for glyphosate is in the
25  expert report.  This does not match what's

1  in the expert report.
2    Q.   I understand that.
3        Are you saying that you did not
4  say this in the interview or are you saying
5  you can't recall whether you said it?
6        MS. GREENWALD:  Objection, asked
7  and answered.
8    A.   It was answered.  I'm sorry, yes.
9  She is right.
10    Q.   Do you recall whether you said to
11  these reporters, we don't know for sure
12  whether glyphosate is genotoxic?
13        MS. GREENWALD:  Objection, asked
14  and answered now several times.
15    A.   I do not recall.
16    Q.   Do you recall whether you said,
17  in the interest of public health, we should
18  therefore classify glyphosate as genotoxic,
19  in my opinion?
20        MS. GREENWALD:  Objection, form.
21    A.   I cannot possibly answer the
22  question.  No.
23    Q.   You don't recall?
24    A.   Don't know.
25    Q.   You don't recall one way or the

1  other?
2    A.   No.  It was a long interview.  It
3  was over an hour.
4    Q.   The -- you do -- you agree that
5  just because a chemical can damage DNA,
6  that does not mean it will cause mutations,
7  correct?
8        MS. GREENWALD:  Objection, form.
9    A.   Say it again, please.
10    Q.   Just because a chemical can
11  damage DNA, that does not mean it will
12  cause mutations, you agree with that
13  statement, correct?
14        MS. GREENWALD:  Same objection.
15    A.   In general, that is correct.  I
16  would state it slightly different, but as a
17  general, broad sweep, that's good enough.
18    Q.   And just to be clear, if you can
19  look at your expert report on page 53, I
20  thought I quoted you, but maybe I did not.
21        Page 53 in your expert report on
22  genotoxicity, the second full paragraph
23  starting "Just because a chemical can
24  damage DNA does not mean it will cause
25  mutations," correct?

1    A.   Yeah.
2    Q.   That's your statement?
3    A.   That's my statement.
4    Q.   You agree with that, correct?
5    A.   I would have liked to have
6  written it slightly differently and more
7  nuanced, but that's good enough.
8    Q.   You agree that not all chemicals
9  are mutagens, correct?
10    A.   Who defines what the geno -- it's
11  going to depend on a lot of different
12  things.  Who's making the call, who's doing
13  the evaluations, et cetera.
14        But in looking at NTP studies
15  with NTP evaluations, not all genotoxic
16  substances cause tumors in male and female
17  rats and mice.
18    Q.   And just to be clear also, not
19  all chemicals that are reported to be
20  genotoxic are found to be mutagenic,
21  correct?
22    A.   Not all chemicals that are
23  reportedly genotoxic are found to be
24  mutagenic?
25        I can't answer that question.

1  It's too broad.  I'm sorry.
2    Q.   OK.  I am correct that if a
3  genotoxic chemical does not cause
4  mutations, then it cannot cause cancer
5  through a genotoxic mechanism, correct?
6    A.   The assays -- this is all
7  dependent upon what you look at.
8        The assays that are done for
9  mutations are very limited assays looking
10  at a very small number of genes and a very
11  small number of mutations.
12        So to answer your question, I can
13  answer it this way:  There are some
14  chemicals that are genotoxic that do not
15  appear to be positive in the toxicological
16  assays that have been done to evaluate
17  them.
18    Q.   I appreciate that.  I was trying
19  to ask a different question.  I didn't word
20  it correctly.
21        This is not in an individual
22  study that tests one way or another.  This
23  is a broader, mechanistic question.
24        If a substance is genotoxic but
25  it does not cause mutations, just as a

1  matter of fact, then it cannot cause cancer
2  through a genotoxic mechanism, correct?
3    A.   It can do it through a side -- to
4  really think it through -- through side
5  activities.
6        Genotoxic compounds are very
7  reactive.  They can damage other parts that
8  could lead to oxidative stress or other
9  things that will cause the mutations and
10  the cancers.
11        So it's complicated.
12    Q.   OK.  And again, I didn't word
13  this correctly, so I apologize, but for a
14  chemical to cause cancer through a
15  genotoxic mechanism, cause of action, it
16  would have to progress to a mutagen -- a
17  mutation -- I'm sorry -- correct?
18    A.   The -- in a theoretical sense, if
19  such a compound were not interacting with
20  anything else, then in a theoretical sense,
21  in a multi-stage model, you would expect a
22  mutation to occur.  If you could find it,
23  that may not be possible.  But you would
24  expect a mutation to occur.
25    Q.   And all of us sitting in this

1  room, we constantly have DNA damage to our
2  cells in the ordinary course, correct?
3        MS. GREENWALD:  Objection, form.
4    A.   All living organisms have repair
5  capacity and -- because they always have
6  problems with their DNA during replication.
7    Q.   And in the ordinary course, we
8  are having DNA damage in our cells probably
9  millions of times each day, correct?
10        MS. GREENWALD:  Objection, form.
11    A.   I couldn't give you an exact
12  number.
13        Certainly not millions of times
14  each day in each cell, because the DNA
15  damage only really has any value during the
16  time the cell replicates, and many of the
17  cells in humans simply don't replicate that
18  often.
19    Q.   Every time there is a replication
20  though, in the ordinary course, it is not
21  uncommon for there to be DNA damage,
22  correct?
23    A.   That is correct.
24    Q.   As you said, the human body has
25  repair mechanisms that respond to DNA

Page 346

1  damage so that it doesn't cause further
2  damage, correct?
3       MS. GREENWALD:  Objection, form.
4    A.   The body has DNA repair capacity
5  through several processes for different
6  types of DNA damage, yes.
7    Q.   And you would also agree that not
8  all chemicals that test positive for
9  mutagenicity cause cancer in humans,
10  correct?
11    A.   Not all chemicals that have been
12  tested for genotoxicity --
13    Q.   For mutagenicity.
14    A.   -- for mutagenicity, and the
15  evaluation is done by reputable groups,
16  like the NTP, then I wouldn't be surprised
17  if some of those that were mutagenic were
18  not also carcinogenic, but I couldn't give
19  you one right now.
20    Q.   Now, in your expert report, you
21  opine that the evidence is sufficient to
22  classify glyphosate as genotoxic, correct?
23    A.   Yes.
24    Q.   In your expert report, you do not
25  opine that the evidence is sufficient to

Page 347

1  classify glyphosate as a mutagen, correct?
2       MS. GREENWALD:  Objection, form.
3    A.   The -- there is -- the evidence
4  is insufficient to classify the mutagen
5  because of the reasons I gave earlier.
6       There aren't that many tests, and
7  they are very specific to very genes --
8  very few genes, not the entire human
9  genome.
10    Q.   And you do agree though that both
11  glyphosate and glyphosate formulations have
12  consistently tested negative in the Ames
13  mutagenistic test, correct?
14    A.   They have consistently with the
15  exception, I believe, of four studies --
16  but there were a lot of studies --
17  consistently tested negative for the
18  reverse mutation assay of a specific gene
19  in salmonella typhimurium.  So yes, the
20  Ames test.
21    Q.   And as you note in your expert
22  report, there is a wide diversity of
23  different types of genotoxicity tests,
24  correct?
25    A.   There are a wide diversity of

Page 348

1  tests looking at effects of chemical on the
2  gene, yes.
3    Q.   And you state in your report,
4  "Genotoxicity is a complicated area from
5  which to draw a conclusion due to the
6  diversity of studies available," correct?
7    A.   It is, yes.
8    Q.   And that is the case certainly
9  with glyphosate in your opinion, correct?
10       MS. GREENWALD:  Objection to
11  form.
12    A.   If I said it in here, you would
13  have to tell me where it is again.
14    Q.   I'm just asking you, would you
15  agree that for glyphosate, genotoxicity is
16  a complicated area from which to draw a
17  conclusion due to the diversity of studies
18  available?
19       MS. GREENWALD:  Objection to
20  form.
21    A.   In general, genotoxicity is
22  complicated to make decisions because there
23  are so many different possibilities of how
24  people do it.  They use different animals.
25  They use different cell lines.  They use

Page 349

1  different links of time for the exposure,
2  et cetera.
3       So that is a usual case.  I think
4  I said that here but I'm not certain so I
5  can't own up to that for this compound.
6    Q.   But whether or not you said it in
7  your expert report, you agree that that
8  applies to glyphosate, correct?
9    A.   Yes, when compared to something
10  like the animal cancer studies where you
11  have pretty much standardized designs on
12  everything.
13    Q.   Let me ask you about your
14  opinions with regard to oxidative stress.
15    A.   OK.
16    Q.   You agree that oxidative stress
17  is not unique to cancer induction, correct?
18       MS. GREENWALD:  Objection, form.
19    A.   Not unique to cancer induction.
20  I'm not sure what you mean.
21       MR. LASKER:  Let's mark the Smith
22  publication.
23       (Exhibit 15-39, article entitled,
24  "Key Characteristics of Carcinogens as
25  a Basis for Organizing Data on

1 Mechanisms of Carcinogenesis," marked
2 for identification, as of this date.)
3 A. Yes.
4 Q. And that paper -- this is a paper
5 you were coauthor on, correct?
6 A. Correct.
7 Q. And page 715, talking about
8 characteristic five induces oxidative
9 stress, correct?
10 A. Characteristic five induces
11 oxidative stress, that is correct.
12 Q. And you and your coauthor state,
13 about halfway through that first paragraph,
14 "Oxidative stress is not unique to cancer
15 induction," correct?
16 A. "And is associated with a number
17 of chronic diseases and pathological
18 conditions."
19 Yes. That is correct.
20 Q. And so -- and you agree with
21 that, correct?
22 A. That is correct.
23 Q. And the fact that a substance
24 causes oxidative stressor is bound to cause
25 oxidative stress in human cells in vitro,

1 or mammals in vitro, does not establish
2 that that substance can cause cancer,
3 correct?
4 MS. GREENWALD: Objection, form.
5 A. For any of the key
6 characteristics, seeing a key
7 characteristic does not establish that
8 that -- by itself does not establish that
9 that compound can cause cancer.
10 Q. So that would apply to oxidative
11 stress and to genotoxicity, correct?
12 A. That is correct.
13 Q. Can you cite to any scientific
14 publication or analysis that looks at the
15 percentage of substances that have been
16 shown to cause oxidative stress to see what
17 percentage of them have been shown to cause
18 cancer?
19 MS. GREENWALD: Objection, form.
20 A. Yes. We looked at it in the
21 paper that we just did on monograph 100,
22 but I have no idea if it is published yet
23 or not.
24 Q. In that same paper did you look
25 at scientific data that sets forth

1 noncarcinogens and look to see whether they
2 are reported to cause oxidative stress?
3 A. Noncarcinogens.
4 Q. Noncarcinogens.
5 A. This was known human carcinogens.
6 The entire analysis was known human
7 carcinogens.
8 And I'm not certain because it is
9 a separate analysis from the one I was
10 thinking of. I can't be certain it's only
11 the known human carcinogens.
12 Q. Are you aware of the fact that
13 there are medicines that are used to treat
14 cancer that cause oxidative stress?
15 A. Yes, I am.
16 Q. And oxidative stress has also
17 been recognized as potentially acting to
18 block carcinogenicity by inducing a -- I
19 say this apoptosis or cell death, correct?
20 MS. GREENWALD: Objection to
21 form.
22 A. At high enough levels, oxidative
23 stress in some cells will kill them through
24 an apoptotic or necrotic mechanism, but
25 different cells get different exposures so

1 it depends on the level of exposure as to
2 whether they get to that point.
3 Q. Oxidative stress is happening in
4 our body all the time, correct?
5 A. It's part of the energy system
6 that drives our ability to move.
7 Q. So exercise causes oxidative
8 stress, correct?
9 A. Of course.
10 Q. And having a cold would cause
11 oxidative stress, correct?
12 A. That's correct.
13 Q. Oxidative stress is happening all
14 the time in every cell in the human body
15 just through normal cell operations,
16 correct?
17 A. What you're measuring in these
18 studies is increased oxidative stress.
19 It's not yes, no. It's increased oxidative
20 stress.
21 Q. Well, just to be clear, exercise
22 causes an increase in oxidative stress,
23 correct?
24 A. Very marginally.
25 Q. And being sick can cause an

Page 354

1   increase in oxidative stress, correct?
2       A.   Very marginal for a very short
3   period of time.
4       Q.   And sunlight can cause an
5   increase in oxidative stress, correct?
6       A.   That I'm not so certain of but it
7   wouldn't surprise me.
8       Q.   What other non-exposure type
9   activities have caused an increase in
10  oxidative stress?
11      A.   I ---I don't quite recall.  I'd
12  have to consult a couple of good textbooks
13  or articles.
14      Q.   And the body has repair
15  mechanisms that are constantly responding
16  to cellular damage caused by oxidative
17  stress, correct?
18          MS. GREENWALD:  Objection, form.
19      A.   Not correct.  They are responding
20  to cellular damage regardless of the
21  source.
22      Q.   OK.  But they would -- in
23  responding to cellular damage, they would
24  respond to cellular damage caused by
25  oxidative stress, correct?

Page 355

1           MS. GREENWALD:  Objection, form.
2       A.   If that damage was aimed at DNA,
3   that is correct.
4       Q.   And you cite a number of studies
5   in your expert report that you cite as
6   support for your opinion that glyphosate
7   can cause oxidative stress, correct?
8       A.   I'm sorry.
9       Q.   You cite to a number of studies
10  in your expert report that you believe
11  support your opinion that glyphosate can
12  cause oxidative stress, correct?
13      A.   That's correct.
14      Q.   Have you conducted any analysis
15  to determine whether the concentrations of
16  glyphosate in those studies could ever
17  occur in human cells from the use of a
18  glyphosate-based herbicide?
19          MS. GREENWALD:  Objection, form.
20      A.   Me personally?  No.
21          Some of the studies did that.
22  But not me personally.
23      Q.   And is it your opinion that you
24  rely upon studies -- strike that.
25          Do you believe that some of the

Page 356

1   studies that you cite to have compared the
2   doses they use with the dose levels that
3   would occur in human cells from the use of
4   glyphosate-based herbicides?
5           MS. GREENWALD:  Objection, form.
6       A.   As I said, some of them I believe
7   might have done that.
8           The -- these are in vitro studies
9   we are talking about, right?
10      Q.   These are the studies you relied
11  upon.
12      A.   But you're asking me questions
13  about in vitro studies or are you asking me
14  questions about in vivo studies?
15          Because it actually makes a
16  difference.  They are both -- they are both
17  in there.
18      Q.   In your expert report -- let me
19  ask you this:  Whether in vitro or in vivo,
20  is it your recollection any of those
21  studies conducted an analysis to determine
22  whether the dose that they use is at a
23  level that is possible for the human cell
24  to have as a result of the use of a
25  glyphosate-based herbicide?

Page 357

1           MS. GREENWALD:  Objection, form.
2       A.   I already answered that.  I said
3   I thought some of them might have done that
4   and talked about how large it was compared
5   to humans.
6           But I can't be absolutely
7   certain.
8       Q.   In your assessment of
9   genotoxicity, you state in your expert
10  report that you give the heaviest weight to
11  the in vivo studies in humans, correct?
12          So there's three studies you talk
13  about, two by Paz-y-Mino and one by
14  Bolognesi, correct?
15          MS. GREENWALD:  Objection, form.
16      A.   The evaluation has different
17  language than that.  Because in the context
18  of just talking about the human studies,
19  the Bolognesi is the strongest, I think is
20  what I said, but I don't know if I said I
21  give the most weight.
22          I am sorry, you would have to
23  point it out in here.
24      Q.   In your revised report on
25  page 54, you state that seeing genotoxicity

Page 358

1　in humans is more important than seeing
2　genotoxicity in other mammals, which is
3　more important than seeing genotoxicity in
4　non-mammalian systems, correct?
5　　　A.　All else being equal, that is
6　correct.
7　　　Q.　As you said, the study in humans
8　that you believed to be the strongest study
9　is the Bolognesi study, correct?
10　　　A.　Correct, but that does not make
11　it the major weight of my determination.
12　　　Q.　I understand.
13　　　A.　OK.
14　　　Q.　And let's take a look at the
15　Bolognesi study.
16　　　　　MR. LASKER:　We will mark that
17　as...
18　　　　　(Exhibit 15-40, article entitled,
19　　　"Biomonitoring of genotoxic risk in
20　　　agricultural workers from five
21　　　Colombian regions," marked for
22　　　identification, as of this date.)
23　　　Q.　And just for the record, this is
24　the study you were talking about -- we were
25　just talking about just previously,

Page 359

1　correct?
2　　　A.　Yes, I believe it was.
3　　　Q.　The investigators in Bolognesi at
4　page 994, at the bottom of the second
5　column, state that, overall, these data
6　suggest that genotoxic damage associated
7　with glyphosate spraying as evidenced by
8　the NM test is small and appears to be
9　transient, correct?
10　　　　　MS. GREENWALD:　Objection, form.
11　That wasn't read right.
12　　　A.　Overall, these results suggest
13　that genotoxic -- I am sorry.
14　　　　　"Overall, these results suggest
15　that genotoxic damage associated with
16　glyphosate spraying as evidenced by the
17　micronucleus test is small and appears to
18　be transient" is what it says.
19　　　Q.　Do you agree with the Bolognesi
20　investigators' assessment of their study
21　and findings?
22　　　A.　I have to look to see the context
23　in which they're making the statement.
24　　　　　I'm not sure I agree with the
25　"small."

Page 360

1　　　Q.　The Bolognesi study on page 995,
2　the first column, about half the way down
3　that first paragraph, there is a sentence
4　that starts "Evidence indicates that the
5　genotoxic risk."
6　　　　　Do you see that?
7　　　A.　Um-hm.
8　　　Q.　The Bolognesi investigators
9　conclude from their study that evidence
10　indicates that the genotoxic risk
11　potentially associated with exposure to
12　glyphosate in the area where the herbicide
13　is applied for eradication of cocoa and
14　poppy is of low biological relevance.
15　　　　　Do you see that?
16　　　A.　I see it.
17　　　Q.　Do you agree with the Bolognesi
18　investigators' assessment, this assessment
19　of their study findings?
20　　　A.　I don't know how they could
21　possibly come to that conclusion.　So I
22　don't disagree or agree.　I can't imagine
23　where they got that from this data.
24　　　Q.　The Bolognesi investigators found
25　that there was no association between

Page 361

1　self-reported exposure to glyphosate and
2　in-transit genotoxic impacts, correct?
3　　　A.　Not correct.
4　　　Q.　Let's look at page 994.
5　　　A.　They -- they ask specific
6　questions about where you were when the
7　spraying occurred.　And so that's not
8　self-chosen exposure.　That's self-chosen
9　where were you.
10　　　Q.　Well, let's look actually at page
11　994 again.　The second column on the right,
12　the second paragraph from the bottom, the
13　sentence starts, "There was no significant
14　association between self-reported direct
15　contact with eradication sprays" --
16　　　A.　Which page are we on?
17　　　Q.　I'm sorry.　Page 994.
18　　　A.　Right hand --
19　　　Q.　Second column, second paragraph
20　from the bottom, it starts, "There was"?
21　　　A.　Yes, now I see it.　Sorry.　I was
22　second from the top.
23　　　Q.　The Bolognesi investigators
24　report that there was no significant direct
25　association between self-reported direct

1  contact with eradication sprays and
2  frequency of BNMN, correct?
3      A.   That's what they write, but
4  self-reported is an incorrect description
5  of what that was.
6      Q.   There was a -- on the preceding
7  page, 993, there is a table that -- table 4
8  presents their analysis for self-reported
9  exposure to the glyphosate sprays.
10         Do you see that?
11     A.   That's what it says in the title,
12 but what it is is a report of where you
13 sort of -- whether you had it in the air,
14 on your skin, or you entered the spraying
15 field.
16         That's not asking someone did you
17 think you were exposed to this, which would
18 be a self-reported exposure.  So not
19 exactly that.
20     Q.   In your understanding,
21 Bolognesi -- the Bolognesi study did not
22 conduct an analysis that asked individuals
23 if they were exposed to the glyphosate
24 spray?
25     A.   It's not here.  That's clear to

1  me.
2          And my understanding of this
3  study is these are the three things they
4  used, but had they asked the question, do
5  you think you were exposed?  People who ate
6  things from the field might have answered
7  yes.
8          So it's hard from this to jump to
9  self-exposure arguments.  But they -- they
10 do point out that it does not seem to be
11 correlated with these things.
12     Q.   And with respect to the analysis
13 of where they were located -- where the
14 individuals in this study were located, the
15 Bolognesi investigators looked at impacts
16 five days later after the alleged
17 spraying -- glyphosate spraying, and then
18 again four months later, correct?
19     A.   That is correct.  In certain
20 cities, not in all of them.
21     Q.   And the findings with respect to
22 genotoxic impacts do not continue or are
23 not present four months after the exposure,
24 correct?
25         MS. GREENWALD:  Objection, form.

1      A.   That would not be correct.
2      Q.   In the Narino Province, where
3  there was the highest spraying of
4  glyphosate, the findings four months after
5  the spraying was unchanged from before the
6  spraying, correct?
7      A.   In the Narino Province, that is
8  correct.
9      Q.   If a genotoxic effect does not
10 persist or is not present four months after
11 exposure, it's fair to say that cannot be a
12 cause of cancer, correct?
13         MS. GREENWALD:  Objection, form.
14     A.   Not correct.
15     Q.   So is it your testimony that if
16 there is a genotoxic impact that does not
17 result in genotoxic damage four months
18 after exposure, they can still lead to that
19 can cause cancer?
20         MS. GREENWALD:  Objection, form.
21         MR. LASKER:  I agree with that.
22 Actually, I'm going to state that
23 again.
24     Q.   If a chemical exposure does not
25 cause a genotoxic effect that persists for

1  four months, can that effect be a cause of
2  cancer?
3      A.   Yes.
4          And there is a chemical that's a
5  classic example of that in humans, but I
6  don't know it off the top of my tongue.
7          It's banned.  It was a drug.
8          MR. LASKER:  I am maybe done.  I
9  may have a chance to have him answer
10 that one question and a few more
11 things, but let's take a break and talk
12 to this guy.
13         THE VIDEOGRAPHER:  The time is
14 5:29 p.m.  We are off the record.
15         (Recess.)
16         THE VIDEOGRAPHER:  The time is
17 5:33 p.m.  We are on the record.
18         MR. LASKER:  I am going to mark
19 as 15-41 the notice of deposition for
20 Dr. Portier's deposition in this case.
21         (Exhibit 15-41, notice of
22 deposition, marked for identification,
23 as of this date.)
24 BY MR. LASKER:
25     Q.   And, Dr. Portier, there is

1   attached to this notice a list of document
2   requests, request for production of
3   documents, and you have produced some
4   documents here today.
5        MR. LASKER:  I'm going to mark
6   that.  That's what this is, 15-42, as
7   the documents that we received from
8   your counsel, Robin Greenwald, in
9   response to the notice of deposition.
10       (Exhibit 15-42, letter dated
11   August 29, 2017, with attachment,
12   marked for identification, as of this
13   date.)
14       MS. GREENWALD:  You didn't give
15   me a copy of that, did you?
16       No, I don't want them.  That
17   would kill too many trees.  No, no, no.
18   Q.   First question, and you can take
19   a moment to leaf through them if you need
20   to, but am I correct in my understanding
21   what we marked as Exhibit 15-42 are the
22   documents that you have that you believe
23   were responsive to the document requests
24   which have been marked as 15-41?
25       A.   If these are documents, they

1   are -- that were passed on to you, then
2   they are responsive.
3       Q.   And am I correct in my
4   understanding that, at least as far as you
5   believe, you do not have any other
6   documents that are responsive to our
7   document requests?
8       MS. GREENWALD:  Objection, form.
9       A.   As -- I don't know what's in
10  here, what they gave you.  So I can't
11  answer that question.
12      Q.   We have not received any
13  electronic data reflecting any of your work
14  product in preparing your various analyses
15  of glyphosate.
16      I take it you do have that data
17  somewhere, correct?
18      MS. GREENWALD:  Objection, form.
19      A.   By -- I'm not sure what you
20  mean --
21      Q.   You have files on your
22  computer --
23      A.   The data that I used is in this
24  expert report and the data was in
25  spreadsheets.

1       Q.   Do you have those spreadsheets in
2   your computer?
3       A.   Yes, I do.
4       Q.   And do you have the calculations
5   that you conducted on the data in your
6   computer?
7       A.   Probably some of them.  The
8   programs I use spit out an answer, I'd
9   write it down, but they weren't always
10  kept.
11      Q.   So you have some data and some
12  you have and others you don't have and you
13  don't know sitting here today?
14      MS. GREENWALD:  Objection, form.
15      A.   I have all of the data.  I can't
16  guarantee I have all the results of the
17  runs on the computer.
18      Q.   OK.
19      And which programs did you use in
20  conducting your analysis?
21      A.   MATLAB.
22      Q.   That was for all of your
23  analyses?
24      A.   No.  I used a program by the
25  German Cancer Research Center on animal

1   bioassays, the exact test, to check it
2   against the MATLAB program for the exact
3   test.  I wanted to make sure they were both
4   working right.
5       And did I use any other programs?
6       I -- I might have programmed one
7   or two things in the spreadsheet itself.
14      Q.   Is that a residence that you
15  maintain in the United States?
16      A.   Yes, it is.
17      Q.   Dr. Portier, you had wanted to
18  make a comment about the 1995 Charles River
19  report.
20      A.   That's correct.
21      Q.   Just for the record, what is the
22  exhibit number?  Because I don't remember
23  it.
24      A.   15-34.
25      So I have some concerns with this

1   one being the correct historical controls.
2   First, I don't know what a CRL CD-1 13R
3   mouse is and I can't find it.  So I'd have
4   to find out if that strain is relevant.
5          The 13R could indicate some sort
6   of genetic transformation or something, I
7   just don't know what it is.
8          The other problem in looking at
9   these, I realize these are fairly small
10  numbers of studies groups, and when you go
11  back to the beginning, it turns out this is
12  a companion paper to go with a different
13  paper that provides the historical control
14  database.
15         So I wouldn't use just this, I'd
16  need the companion paper that goes with it.
17         MR. LASKER:  I pass the witness
18  and reserve the remaining time.
19         MS. GREENWALD:  We are going to
20  go to your room.  And just we need one
21  minute.
22         THE VIDEOGRAPHER:  Off the record
23  at 5:38 p.m.  We are off the record.
24         (Recess.)
25         THE VIDEOGRAPHER:  The time is

1          5:53 p.m.  We are on the record.
2   EXAMINATION BY
3   MS. GREENWALD:
4      Q.   Good afternoon, Dr. Portier.  It
5   is now my turn to ask you a couple of
6   questions and we will call it a day.
7          I want to ask you one question --
8   just a couple of questions, the first one
9   being:  IARC does not use expert summary
10  articles, is that correct?
11     A.   That is correct.
12     Q.   Can you tell us why?
13     A.   Yes.  Expert summary reports
14  sometimes cannot cover the topic
15  completely.  It is always much better to go
16  to the source material and work with the
17  source material or the source report.
18         A good example of that is the
19  Greim study.  If all we had used was to
20  read the Greim study to talk about the
21  carcinogenicity of the 12 studies that were
22  included in the appendix of the Greim
23  report, we would have missed a lot of
24  tumors because Greim only had roughly half
25  or even maybe less than half of the total

1   tumors seen in these studies listed in his
2   report.
3          And what I mean by seen in these
4   studies is they had a positive Armitage
5   linear trend testing proportions, which is
6   the standard for how people analyze these
7   data.
8      Q.   OK.  Thank you.
9          In biomedical research, is it
10  generally accepted to perform sensitivity
11  analyses?
12     A.   Oh, definitely.  It's a -- it's a
13  common tool.  The tool is used to judge how
14  sensitive your finding is to slight
15  modifications.
16         We saw a good example of that
17  with the meta analysis -- meta analyses
18  that were done for this where certain
19  studies were added in, certain studies were
20  taken out, and you look at the overall
21  effect on that and then it gives you a
22  better chance for making the correct
23  judgment about whether you believe the
24  finding you're looking at is positive or
25  negative.

1          Sometimes it can make you more
2   confused but sometimes it can clarify
3   things for you.
4          In addition, any time you have
5   got something that you feel not only
6   doesn't -- not that it drives the result,
7   but that maybe shouldn't be included in the
8   evaluation, then you would do a sensitivity
9   analysis to exclude and -- you do both to
10  look and see how important that concept is,
11  and then if you find it's very important,
12  you have to decide which way was the most
13  important way to go.
14         So that's a normal technique in
15  biomedical research.
16         MS. GREENWALD:  Can I have an
17  exhibit, I think we are on.
18         (Exhibit 15-43, screen shot from
19  LobbyFacts.eu, marked for
20  identification, as of this date.)
21     Q.   I'm going to show you,
22  Dr. Portier, what I am marking as
23  Exhibit 15-43.
24         This is a two-page document that
25  we took off the internet today called

1   "LobbyFacts.eu."
2        And if you recall earlier today,
3   Mr. Lasker asked you questions about C.
4   Portier Consultation being a registered
5   lobbyist in the European Union.
6        Do you remember those questions?
7        A.  Yes, I do.
8        Q.  And I believe you testified --
9   and I'm going to ask you to explain it
10  again -- why you ever -- why you ever
11  registered in the first place with the EU?
12       A.  Because the staffer for the
13  commissioner of health at first thought in
14  order for us to talk to the commissioner of
15  health, we had to register as lobbyists,
16  but then after I think two days -- it
17  wasn't very long, a couple of days -- came
18  back and said, no, I got that wrong, you're
19  not representing anybody, you're
20  representing your academic background and
21  standards, and as such, it would be
22  inappropriate for you to do this.  So you
23  don't have to do it.
24       Q.  And what does 15-43 show?
25       A.  Under the little red triangle in

1   the top half of the page, it says,
2   organization not currently on the
3   register -- registration as it was on 21
4   December 2015.
5        Q.  And what do you understand that
6   to mean?
7        A.  They have taken the registration
8   off the register, which they told me they
9   would do.
10       Q.  That was as of the 21st of
11  December 2015, right?
12       A.  That's what it looks like, yes.
13       Q.  Now, Mr. Lasker also asked you
14  questions earlier about your consultation
15  with the Environmental Defense Fund,
16  correct?
17       A.  That's correct.
18       Q.  In fact, that was quite a bit of
19  the questions this morning, wasn't it?
20       A.  The --
21       Q.  Early in the morning.
22       A.  A lot of them, yes.
23       MS. GREENWALD:  I'm going to mark
24  15-44.
25       (Exhibit 15-44, screen shot from

1   the EDF website, marked for
2   identification, as of this date.)
3        Q.  And this is a from a blog that
4   was taken off of -- actually, Reuters.  Oh,
5   yeah, I'm so sorry, my eyesight is so bad,
6   forgive me.  It says, "Off the EDF
7   website."  It is a three-page printout from
8   the EDF website, and it is titled, "Growing
9   returns, a coalition of uncommon bedfellows
10  is bringing sustainable agriculture to
11  scale."
12       Do you see that?
13       A.  Yes, I do.
14       Q.  What is this article about?
15       A.  I'll have to take a look at it
16  real quick here.  Sorry.
17       Q.  Is this a description -- let me
18  ask a different question:  Is this a
19  description of work that Monsanto is
20  currently doing with the Environmental
21  Defense Fund?
22       A.  Yes, it appears to be.  It says,
23  "Founding members of the MRCC include
24  cargo, environmental potential, and General
25  Mills, Kellogg Company, Monsanto, PepsiCo,

1   and others.
2        Q.  And it actually talks about
3   partnership between Monsanto and the
4   Environmental Defense Fund, correct, on
5   page 2?
6        A.  Yes.
7        Q.  And the date of this article is
8   August 31, 2016, is that correct?
9        A.  Yes, it is.
10       Q.  And I'm going to show you one
11  more document.
12       MS. GREENWALD:  I'm marking it
13  15-45.
14       (Exhibit 15-45, document
15  entitled, "Monsanto joins Environmental
16  Defense Fund, others, in Sustainable
17  Agriculture Coalition," marked for
18  identification, as of this date.)
19       Q.  It is a one page document, and it
20  is taken from the Genetic Literacy Project.
21  And it is entitled, "Monsanto joins
22  Environmental Defense Fund, others, in
23  sustainable agriculture coalition."
24       Do you see that?
25       A.  Yes, I do.

Page 378

1    Q.   Dated September 1, 2016?
2    A.   Yes, I do -- yes, it does.
3    Q.   What is this?
4    A.   It looks like a news article
5  about the same Midwest Row Crop
6  Collaborative that the other one was on but
7  this is a news item on it.
8    Q.   It is also, again, talking about
9  Monsanto --
10   A.   Whatever Genetic Literacy Project
11  does.
12   Q.   Again, it's talking about
13  Monsanto's work with the Environmental
14  Defense Fund, is that correct?
15   A.   Yes, it is.
16      MS. GREENWALD:  OK, thank you.
17   Q.   Dr. Portier, can you pull out
18  15-32?
19      MR. LASKER:  That's the original
20   expert report with attachments?
21      MS. GREENWALD:  Yes.
22   Q.   If you can look at the
23  appendices, the first appendices, it is
24  entitled "Document 1."  It is sort of
25  towards the back?

Page 379

1    A.   Yes, I see it.
2    Q.   It says, "Difference in the
3  carcinogenic evaluation is glyphosate
4  between the international agency for
5  research on cancer (IARC) and the European
6  Food Safety Authority (EFSA)."  Do you see
7  that?
8    A.   Yes, I do.
9    Q.   What is the date of this article?
10   A.   August 2016, Volume 7, No. 8 in
11  the Journal of Epidemiology and Community
12  Health.
13   Q.   If you go to page 744 of that
14  article, please.
15      And if you look at -- there is a
16  loke a lock with an open key, and it says,
17  "Open access."
18      Do you see that?
19   A.   Yes, I do.
20   Q.   If you go right above that, it
21  says, "Competing interest."
22      Do you see that box?
23   A.   Yes, I do.
24   Q.   Isn't it the case in this
25  article, you and others provided

Page 380

1  information that you were providing advice
2  to a U.S. law firm involved in glyphosate
3  litigation?
4      "CJP also works part time for the
5   Environmental Defense Fund on issues not
6   related to pesticides."
7      Do you see that?
8    A.   Yes, that is correct.
9    Q.   Who is "CJP"?
10   A.   That is me, Christopher Jude
11  Portier.
12      And it refers to the initials
13  used in the author's list at the beginning
14  of the document, wherever that is.
15      But if you look at the authors
16  list in the beginning of the document, I'm
17  listed as Christopher J. Portier and I'm
18  the only CJP.
19      MS. GREENWALD:  Thank you,
20   Dr. Portier.  I don't have any other
21   questions.  I appreciate your patience
22   today.
23      MR. LASKER:  I have a couple of
24   follow-ups, but just a couple.
25          - - - -

Page 381

1  EXAMINATION BY
2  MR. LASKER:
3    Q.   The Greim publication included
4  supplemental tables with the data for all
5  of the tumors that were analyzed in each of
6  the animal studies -- or glyphosate cancer
7  bioassays, correct?
8    A.   No, not correct.  It contained
9  summarized data.
10   Q.   The supplemental materials
11  provided the data on tumor types and tumor
12  counts that you have used in your analyses
13  in this case, correct?
14   A.   For most of the analyses, that is
15  correct.
16   Q.   And every finding that you report
17  as showing significance can be obtained
18  from the supplemental data tables that were
19  provided with the Greim publication,
20  correct?
21      MS. GREENWALD:  Objection, form.
22   A.   The question I was asked by
23  counsel had to do with the use of expert
24  summary -- expert summaries, and so while
25  the data is there, the expert summary is

Page 382

1   the written words of Greim.
2       Q.   That's not my question.
3           The data tables that were
4   provided with the Greim publication in the
5   supplemental materials that were publicly
6   available contains all the data that you
7   would need to generate every one of the
8   calculations in your report --
9           MS. GREENWALD:  Objection, form.
10      Q.   -- except for historical
11  controls?
12          MS. GREENWALD:  Objection, form.
13      A.   Given six months -- and I'm going
14  to have to take some minor reservations,
15  because I can't be absolutely certain, but
16  given six months and that data, I could
17  have done what I wanted -- what I did here.
18      Q.   And that data became publicly
19  available because an author, a scientist at
20  Monsanto, who is a coauthor on the Greim
21  publication, and the other coauthors
22  published the Greim publication and made
23  those data tables available on the
24  internet, correct?
25          MS. GREENWALD:  Objection, form.

Page 383

1       A.   30 days before the IARC meeting,
2   that is correct.
3           MR. LASKER:  I have no further
4   questions.
5           THE VIDEOGRAPHER:  This concludes
6   today's deposition.  The time is 6:06
7   p.m.  We are off the record.
8
9   _____
10          CHRISTOPHER JUDE PORTIER, Ph.D.
11
12  Subscribed and sworn to
13  before me this      day
14  of MO        , 2017.
15
16  _____
17
18
19
20
21
22
23
24
25

Page 384

1
2               CERTIFICATE
    STATE OF NEW JERSEY )
3                       )ss:
    COUNTY OF UNION    )
4       I, MARY F. BOWMAN, a Registered
5   Professional Reporter, Certified
6   Realtime Reporter, and Notary Public
7   within and for the State of New Jersey,
8   do hereby certify:
9       That CHRISTOPHER JUDE PORTIER,
10  Ph.D., the witness whose deposition is
11  hereinbefore set forth, was duly sworn
12  by me and that such deposition is a
13  true record of the testimony given by
14  such witness.
15      I further certify that I am not
16  related to any of the parties to this
17  action by blood or marriage and that I
18  am in no way interested in the outcome
19  of this matter.
20      In witness whereof, I have
21  hereunto set my hand this 6th day of
22  September, 2017.
23
24  _____
            MARY F. BOWMAN, RPR, CRR
25

Page 385

1   NAME OF CASE:
2   DATE OF DEPOSITION:
3   NAME OF WITNESS:
4   Reason Codes:
5       1. To clarify the record.
6       2. To conform to the facts.
7       3. To correct transcription errors.
8   Page _____ Line _____ Reason _____
9   From _____ to _____
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
17  From _____ to _____
18  Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
23  From _____ to _____
24
25  _____

**A**

**aberrant (4)**
237:24 238:3 239:24
  255:13
**ability (2)**
15:23 353:6
**able (6)**
197:16 228:9 229:2
  285:4 308:5 320:20
**absolutely (10)**
24:24 64:17 139:20
  140:21 166:22
  242:10 261:13
  282:7 357:6 382:15
**absorption (1)**
227:11
**abstract (1)**
56:17
**abstracts (1)**
56:20
**aca (1)**
336:6
**academic (1)**
374:20
**academics (1)**
63:6
**accept (1)**
81:7
**acceptable (1)**
233:8
**accepted (2)**
148:14 372:10
**access (1)**
379:17
**account (4)**
12:16 16:17 308:13
  314:21
**accuracy (1)**
228:16
**accurate (4)**
152:12 295:8 335:15
  338:13
**achieve (1)**
223:5
**acting (1)**
352:17
**action (4)**
159:6 160:6 344:15
  384:17
**actions (1)**
1:9
**activated (1)**
166:8
**active (1)**
26:21
**activities (5)**

132:4 136:13,15
  344:5 354:9
**actual (4)**
41:15 76:5 187:16
  271:22
**add (5)**
302:18 303:9 310:15
  315:5,15
**added (4)**
271:5 307:14 316:7
  372:19
**addendum (2)**
69:5,7
**adding (6)**
298:17,20,23 307:13
  316:18,24
**addition (3)**
298:16 302:5 373:4
**additional (18)**
97:12 158:4 249:14
  273:5,17 274:15,16
  275:7,8 276:3,4,13
  276:13,19 277:3,18
  277:19 308:12
**address (8)**
61:22 104:13,14
  153:21 154:1
  203:12 285:5
  369:10
**addressed (1)**
66:23
**addressing (1)**
124:7
**adenocarcinomas (9)**
186:14 194:19,20
  196:22 198:10
  199:17 210:15
  211:17 266:25
**adenoma (6)**
168:22 286:13 287:18
  317:22 326:24,25
**adenomas (68)**
186:12,14 187:11
  192:17 194:4,21
  196:21 198:10
  199:22,24 200:23
  201:3,12,18,25
  202:3,19 203:6
  208:16 209:2,12,24
  210:7,7,9,14,16,24
  211:17 216:1,15,16
  216:23 217:3,5,10
  217:25 218:6,12
  219:14 222:12
  260:15 266:24
  267:6 270:12,18,23

271:6 281:9 282:16
  282:18 284:18,19
  284:22,24 288:3
  314:23 315:25
  316:1,8,10 317:2,2
  317:13,15,22
  327:17,17
**adequately (3)**
66:12 67:1,21
**adhered (1)**
28:1
**adjustment (1)**
308:25
**administrator (2)**
105:18 191:9
**admitted (1)**
330:3
**adrenal (8)**
213:6,16,25 214:5,22
  214:24 215:13
  218:11
**advice (3)**
93:15 313:1 380:1
**advise (1)**
46:2
**advised (3)**
28:9 115:10,11
**advising (1)**
27:20
**advisors (1)**
12:4
**advisory (39)**
11:11 12:6,11 13:7,18
  13:25 14:8,24 15:10
  15:18,21 16:20
  17:25 18:5,25 20:1
  20:24 21:1,17,20,23
  21:25 22:6,9 24:16
  25:18 32:3,10,15,18
  32:24 33:3 34:11,17
  38:21 39:3,11,25
  112:8
**affect (1)**
274:17
**affiliation (2)**
32:1,13
**afternoon (3)**
178:1,6 371:4
**agencies (9)**
19:18 20:6 69:8 84:13
  84:19 119:9 180:3
  256:17 310:3
**agency (8)**
20:17 66:4 116:11,16
  117:10 144:6,17
  379:4

agent (3)
12:20 15:11 17:13
**agents (2)**
66:22 68:7
**ago (1)**
335:8
**agree (38)**
55:16 58:5,17 59:7,12
  148:6,18 154:3,22
  157:19,21 158:6,10
  158:22 175:1 189:5
  260:20 261:9
  264:23 267:17
  273:2 294:25 308:7
  341:4,12 342:4,8
  346:7 347:10
  348:15 349:7,16
  350:20 359:19,24
  360:17,22 364:21
**agreed (8)**
80:3,17 81:1,12,24
  82:6 152:25 188:23
**agreeing (1)**
20:12
**agreement (6)**
77:17 78:18,24 79:19
  93:22 176:14
**agreements (3)**
136:16,23 137:5
**agricultural (5)**
9:10 50:7,11,14
  358:20
**agriculture (4)**
9:22 376:10 377:17
  377:23
**ahead (1)**
60:16
**ahs (2)**
50:3,6
**aimed (1)**
355:2
**air (3)**
26:18 39:13 362:13
**airplane (1)**
97:2
**akxd (2)**
169:18 170:8
**al (6)**
7:13 15:22 123:21
  214:11 253:16
  282:7
**albino (10)**
171:13,23 172:16
  173:6 230:7,18
  231:1,10,20 232:8
**algorithm (4)**

295:12,15,16,19
**alleged (1)**
363:16
**alliance (1)**
115:8
**allow (4)**
18:6 54:17,19 228:21
**allowed (2)**
54:6 316:5
**allows (3)**
23:4 33:20 322:23
**alter (1)**
275:21
**alterations (4)**
168:2,8 169:1,5
**altered (1)**
275:20
**amazing (1)**
156:14
**amended (1)**
16:22 18:1,6 35:7
**amendments (2)**
11:11 22:7
**ames (2)**
347:12,20
**amount (5)**
71:2 96:22 97:17
  229:10,12
**analogy (1)**
203:25
**analyses (62)**
41:15 84:23 85:7,11
  85:19,21,25 86:3,12
  86:20,25 87:7 93:8
  96:17 102:1 116:10
  119:16,18,23 120:2
  120:5,6,10 158:2
  179:15 183:12
  188:24 204:15
  208:17,18 209:9
  214:22 234:2 291:6
  295:3 297:19,20
  298:24 299:11,15
  305:12 306:22
  307:16 309:2,3
  312:20 313:14,15
  313:16,19 314:1
  318:8,9 320:25
  321:11,17 367:14
  368:23 372:11,17
  381:12,14
**analysis (156)**
31:11 47:2,8,12 52:1
  103:9 118:3 124:24
  125:4 176:16
  178:18,23 179:22

183:3 186:10 189:6
189:16,23 190:9,12
191:19 196:14
197:7,9 198:16
199:1 201:7,24
202:10,14,17 206:6
206:13 207:17
208:8,14 209:18
214:16,18 215:2,9
215:20 218:11
221:1 222:4 223:7
224:18 226:13
232:20,21 233:14
236:10 238:2 239:2
239:22 240:3,11,15
241:9,23 242:14
253:11 255:11,25
256:8,15,21 258:17
258:24 259:11,15
260:13,21 262:21
262:25 263:6
266:10,11 267:2
271:17 272:4,9,13
272:20 274:9,13
284:6,17 285:11,13
285:16,18,20 286:5
286:10 287:3 289:2
289:4,13,16,18
290:5,24,25 291:2
291:25 294:12,21
295:3,6,7,24 296:5
298:2 300:4 303:3
303:11,12,19
304:16,21,25
308:10 309:9,18,22
310:19,20 311:3,15
311:22 312:1,5,11
312:21,24 313:9,11
316:15,17 317:13
319:25 321:18
323:4 327:24
351:14 352:6,9
355:14 356:21
362:8,22 363:12
368:20 372:17
373:9
**analyze (6)**
138:8 163:11 241:23
310:9 327:21 372:6
**analyzed (5)**
314:18 320:15 322:17
325:13 381:5
**analyzing (4)**
23:22 191:3 237:2
246:10
**andriukaitis (2)**

73:15 114:3
**animal (68)**
15:24 16:1,6 17:14,17
18:9 23:16 44:16
50:17,22,22 51:6,9
51:10,24 52:7,13
55:7,8,13,21,24,25
56:2 85:7 99:25
153:5,21 154:3,9,18
154:25 155:15,21
155:24 157:15,16
158:18 160:9,13,16
161:1,13 162:10,23
163:1,22 178:11,18
181:14 183:5
188:24 189:6,16
191:4 203:15 205:3
228:6 246:18
250:22 260:23
270:24 282:1
287:14 324:16
349:10 368:25
381:6
**animals (31)**
18:8 55:20 158:3,5
161:8 176:12
199:16 228:11
229:9 242:18
245:12 247:15
250:10 266:3 275:6
275:7,9 276:2,11,20
277:4 287:20 288:4
288:16 293:15,16
324:11 325:19,21
325:24 348:24
**animoto (2)**
199:3,5
**ann (2)**
111:12,19
**anna (1)**
107:1
**announced (5)**
33:5 34:22 77:7,20
137:18
**announcement (4)**
5:24 6:1 33:25 34:3
**announcing (2)**
33:14 75:8
**answer (53)**
27:9,17 38:24 39:2
54:8 57:7 64:3,12
67:3,23 76:11 77:12
86:18 88:1 92:4,5
102:8 113:15 126:9
131:17 141:3 147:4
147:23 149:6,18

163:3 173:13
175:16 179:1
219:17 226:11,16
249:11 269:19
282:10 285:14
308:5 321:1 323:23
330:2,13 333:15
335:12 338:16
339:8,16 340:21
342:25 343:12,13
365:9 367:11 368:8
**answered (32)**
28:13 101:19 103:3
104:20,21 146:7
149:1,16 172:19,20
173:8 187:23
190:20 202:12
206:3 231:24,25
232:4 239:8,15
246:15 250:12,24
283:15 308:3 333:5
333:13 340:7,8,14
357:2 363:6
**answers (2)**
336:5,15
**anybody (3)**
72:9 156:10 374:19
**anyway (3)**
30:13 216:13 263:21
**apart (1)**
130:12
**apologize (2)**
335:4 344:13
**apoptosis (1)**
352:19
**apoptotic (1)**
352:24
**apparent (3)**
37:4 38:2,14
**appear (8)**
45:21 57:17 64:8
65:22 123:14
324:14 335:21
343:15
**appearance (3)**
58:7,19 59:9
**appearances (4)**
3:1 4:1 10:21,22
**appeared (9)**
33:21 47:12 99:2
118:25 122:16
249:5,10 293:18
333:18
**appears (23)**
35:1,11 41:6 42:4
46:10 49:22 55:21

57:3 65:19 73:23
75:13 94:19 106:25
184:24 195:4,17
221:14 239:23
262:25 273:20
359:8,17 376:22
**appended (1)**
35:13
**appendices (2)**
378:23,23
**appendix (1)**
371:22
**applestoapples (1)**
275:12
**applicable (1)**
273:16
**application (1)**
188:20
**applied (7)**
142:2 191:15 229:4
229:25 236:17
262:25 360:13
**applies (1)**
349:8
**apply (9)**
142:22 143:21 159:7
159:11 273:4
274:13 275:2 277:2
351:10
**applying (1)**
144:7
**appointed (2)**
40:3,6
**appreciate (2)**
343:18 380:21
**approach (15)**
142:23 143:22 148:15
149:3,5,9,17,18,20
215:25 237:2 246:7
261:8 294:22
309:22
**approaching (1)**
176:23
**appropriate (13)**
148:7,18 171:14,24
172:16,22 249:16
273:25 274:2
275:22,25 317:4,15
**appropriately (1)**
203:24
**approved (3)**
20:25 21:24 22:7
**approximate (6)**
47:10,15 97:17,20
258:7,11
**approximately (6)**

10:11 25:1 231:2,17
231:20 232:11
**approximation (1)**
318:6
**april (10)**
22:17 24:15,22,24
32:3,9 34:11,16
39:19 99:3
**arbitration (1)**
153:7
**archives (5)**
124:2,5,23 125:23
126:12
**area (5)**
31:22 107:24 348:4
348:16 360:12
**arent (1)**
347:6
**argue (1)**
187:14
**argues (1)**
338:20
**arguing (1)**
311:2
**argument (1)**
148:16
**argumentative (2)**
104:20 333:13
**arguments (1)**
363:9
**arises (1)**
224:25
**armitage (6)**
47:11 294:18 295:25
296:2,6 372:4
**arose (6)**
38:6 143:12 144:2,21
176:12,12
**arrangement (1)**
56:19
**arrow (1)**
50:2
**article (51)**
7:10,12,18 8:5,23,25
9:3,8 56:15 57:2,6
57:16 75:8 77:24
89:18 90:2,15,24
91:22 92:9,18,25
95:16,25 118:17
122:6,10,16 123:1,9
123:20 124:22
127:2 164:4 174:10
176:16 191:6
333:18 334:6,10
335:22 337:18
338:23 349:23

358:18 376:14
377:7 378:4 379:9
379:14,25
**articles (3)**
163:8 354:13 371:10
**aside (1)**
39:24
**asked (60)**
25:11 28:12 36:6,9,11
36:15,21 39:2 44:23
45:1 62:5,19 65:6
70:12 73:14 101:19
103:3 104:20
119:12 133:11,15
146:7 149:1,16
172:19 173:8
187:23 190:20
191:7,10 202:12
206:3 231:24 239:8
239:15 242:10
246:15 250:12,18
250:24 283:15
308:3 329:25
330:11 332:16
333:4,12 336:13,18
336:22 337:4,10
338:7 340:6,13
362:22 363:4 374:3
375:13 381:22
**asking (21)**
46:13 57:15,23 69:11
72:2,19 73:25 74:13
138:7 140:16
170:25 224:13
318:7,9 329:14
330:10 332:24
348:14 356:12,13
362:16
**asks (1)**
36:16
**assay (1)**
347:18
**assays (4)**
343:6,8,9,16
**assess (2)**
160:23 161:14
**assessing (2)**
101:23 171:24
**assessment (36)**
7:17 48:1 52:14 66:25
67:21 95:9,12 96:4
98:13 99:5 100:17
101:9,11 108:24
123:24 124:7,17
125:3 130:6 131:4
142:12,23 143:22

146:15 150:2
155:25 156:7,18
161:20 175:19
205:11 335:9 357:8
359:20 360:18,18
**assessments (2)**
131:10 144:10
**assigned (1)**
41:11
**assist (2)**
46:9 91:17
**assistant (2)**
105:18 191:9
**assisted (1)**
129:8
**associate (1)**
175:12
**associated (7)**
166:19 167:3 322:10
350:16 359:6,15
360:11
**association (7)**
10:17 140:9 145:3
166:24 360:25
361:14,25
**assume (1)**
277:7
**assumes (1)**
92:3
**assuming (4)**
250:1 251:11 261:5
285:7
**ate (1)**
363:5
**atkinson (16)**
217:1 225:23 238:7
239:3 252:16 257:9
277:22 278:10
279:23 282:7 284:2
286:24 287:4 288:1
291:14,16
**attached (9)**
42:7,14 82:14 84:9
93:22 107:25
109:12 289:21
366:1
**attachment (9)**
6:22 7:11 9:14 72:24
72:25 73:1 88:9
122:8 366:11
**attachments (2)**
88:13 378:20
**attempting (2)**
266:2 318:16
**attend (2)**
47:18 133:14

**attendance (1)**
53:17
**attending (2)**
53:7,11
**attention (2)**
98:8 132:7
**attorney (1)**
10:22
**attorneys (6)**
3:4,12 4:4 80:6,22
81:6
**attributed (2)**
90:25 227:16
**audio (1)**
10:21
**august (6)**
8:22 9:13 326:9
366:11 377:8
379:10
**australian (1)**
118:13
**authentication (1)**
152:11
**author (2)**
128:5 382:19
**authorities (2)**
64:23 148:15
**authority (5)**
60:1 62:11 122:14
310:25 379:6
**authoritys (1)**
146:15
**authorized (2)**
80:22 101:2
**authors (6)**
45:6 46:22 124:18
134:2 380:13,15
**available (17)**
12:13 19:17 20:5,19
154:24 157:15
188:25 189:7,17
264:22 274:16
323:23 348:6,18
382:6,19,23
**avenue (1)**
369:10,11
**average (2)**
229:9 261:18
**aware (6)**
137:17,22 161:24
166:23 176:15
352:12
**ax (1)**
169:17

---

**B**

---

**b (5)**
164:1,5 165:24 166:6
327:16
**back (24)**
19:11 63:1 95:14 99:6
99:25 100:2,22
107:14 151:3 162:3
190:5 224:14,21
225:7 262:15
281:16 285:3
305:16 310:6
324:17 328:11
370:11 374:18
378:25
**background (1)**
374:20
**bad (1)**
376:5
**banned (1)**
365:7
**barely (1)**
207:13
**basal (22)**
223:8 224:18,22,23
225:2,17 226:19
227:2,6,7 325:1,6
326:24,24,25,25
327:1,2,2,15,16,17
**base (1)**
309:9
**based (31)**
12:21 15:13 18:8
110:22 144:4 158:2
186:9 191:18 202:9
202:20 203:4
211:22,24 215:21
220:25 223:9 229:3
232:15 243:1
273:14 286:21
290:25 291:2
297:13 299:20
303:3,18 304:10,15
305:21 312:25
**basel (1)**
224:15
**basis (10)**
7:16 9:5 16:8 123:23
199:13 211:9,14
253:10 276:23
349:25
**bates (5)**
7:6,8 65:20 106:10,13
**baum (1)**
4:13
**baur (2)**
133:12,13

**bcell (6)**
169:16 170:7 173:24
174:7,10,11
**becoming (1)**
12:12
**bedfellows (1)**
376:9
**began (3)**
26:14 79:21 82:12
**beginning (11)**
40:20 52:9 100:23
107:3 120:25 157:3
157:6 311:7 370:11
380:13,16
**begins (1)**
10:1
**begun (1)**
39:20
**behalf (6)**
63:5,14,24 80:20
82:24 101:1
**behavior (2)**
313:8 312:16
**belief (2)**
145:14 146:1
**believe (63)**
20:10 22:16 31:4 45:5
66:7 73:1 82:10
107:12 121:23
124:13,15 129:15
137:8 139:6,10,14
141:13 145:7,20,21
145:22 149:4,8,17
154:17 164:3
185:23 189:11
190:10 199:2,8,10
199:24 200:25
206:21 207:22
214:2 218:2,8,9
232:6 244:19
256:18,25 263:21
267:1 274:1 306:16
307:20 317:3 331:8
331:22 332:20
335:19 347:15
355:10,25 356:6
359:2 366:22 367:5
372:23 374:8
**believed (1)**
358:8
**believes (2)**
37:2,25
**belong (1)**
215:20
**benign (2)**
326:25 327:1

**best (5)**
170:17 173:16 260:4
261:7 311:7
**beststudied (3)**
169:14,24 170:6
**better (7)**
62:23 130:20 203:12
265:12 290:15
371:15 372:22
**beyond (2)**
130:6 172:25
**bfr (4)**
69:5,6 117:5,10
**big (2)**
29:12 225:25
**bill (1)**
97:18
**billed (6)**
96:15 97:11 99:14
108:6 125:14,19
**billing (3)**
82:12 94:10 95:21
**binding (1)**
145:3
**bioassay (1)**
191:4
**bioassays (19)**
16:1 85:7 136:4 153:5
153:21 154:4,10
158:18 162:4,7
176:7,11 178:11
188:25 189:7,17
325:9 369:1 381:7
**biological (2)**
153:22 360:14
**biologically (1)**
243:15
**biology (1)**
187:16
**biomedical (2)**
372:9 373:15
**biomonitoring (2)**
9:9 358:19
**birnbaum (5)**
29:1,4,6,7,14
**bit (9)**
133:25 162:20 192:6
217:23 234:16
276:7 286:7 329:7
375:18
**blacked (1)**
30:10
**blackedout (1)**
30:6
**block (2)**
225:25 352:18

**blockedout (1)**
31:22
**blog (1)**
376:3
**blogger (1)**
278:7
**bloggers (1)**
121:9
**blood (1)**
384:17
**bnmn (1)**
362:2
**board (9)**
11:11 12:7 13:18
16:20 18:5,25 20:1
21:2,25
**bodies (2)**
134:25 135:15
**body (11)**
245:5,21 246:8
250:14 251:1,5
345:24 346:4 353:4
353:14 354:14
**bologna (1)**
139:2
**bolognesi (14)**
357:14,19 358:9,15
359:3,19 360:1,8,17
360:24 361:23
362:21,21 363:15
**bone (1)**
324:23
**book (2)**
163:25 164:8
**bothered (1)**
202:7
**bottom (24)**
15:1 18:11 19:7,22
49:3 65:14,21 90:6
90:12 91:4,8 143:8
143:9 179:12 185:8
223:23 224:1
230:13 245:6
334:17 337:19
359:4 361:12,20
**bounces (1)**
192:5
**bound (1)**
350:24
**bowman (5)**
1:24 2:11 10:16 384:4
384:24
**box (2)**
31:23 379:22
**boy (2)**
137:14 140:2

**bradford (8)**
147:19,23 148:13,21
149:21 150:8,9
153:22
**brammer (16)**
192:1,4,11 194:25
195:12 198:17
199:6,7,9,14 200:12
207:8 209:3,15
210:11,19
**break (21)**
53:6,12 69:17 70:2
146:9,19,23 147:5
147:10 152:9
176:25 178:9
180:24 247:6 262:2
295:21 318:19
328:19 329:4 330:6
365:11
**breaking (1)**
262:1
**breaks (1)**
147:4
**brief (1)**
56:17
**briefly (2)**
111:13 330:7
**bringing (1)**
376:10
**broad (4)**
3:13 292:21 341:17
343:1
**broader (4)**
68:12,22 69:11
343:23
**broadly (1)**
135:7
**broadway (3)**
2:10 3:5 10:10
**broken (3)**
184:9 267:18 269:15
**brother (3)**
7:4 89:14,20
**brought (2)**
12:3 204:13
**buck (1)**
4:12
**bump (2)**
308:12,17
**bundestag (1)**
114:23
**burke (2)**
112:21,23
**busy (1)**
139:1
**butcher (1)**

337:20
**buying (1)**
145:1

---

**C**

**c (7)**
5:3 60:25 61:13,20
62:22 82:10 374:3
**c1 (1)**
270:8
**calculate (9)**
208:8 296:1,9 301:9
301:21 303:3
309:18 312:2
313:25
**calculated (8)**
240:8,9 300:6 305:1
305:20,21 321:11
321:22
**calculating (5)**
46:9 158:8,12 313:20
313:23
**calculation (7)**
258:6 296:16 297:4
299:2 308:24 323:6
328:3
**calculations (2)**
368:4 382:8
**california (2)**
1:2 10:8
**call (6)**
21:5 36:18 52:10
134:22 342:12
371:6
**called (15)**
11:3 26:2 33:19 62:22
63:1 114:16 115:7
122:17 127:11
141:18 142:5,21
164:1 214:15
373:25
**calling (9)**
52:18 134:3 135:2,6
135:12,16 143:21
144:1 295:6
**canadian (1)**
117:15
**cancer (85)**
12:9,17 16:1 23:16,16
30:4 59:17,23 68:15
68:25 84:14,20 85:7
116:13,18,23 117:2
117:6,13,17,21
118:5,11,15,21
136:4 153:5,21
154:3,5,9,11,13,18

159:14,20 160:9,13
160:18,22 161:2,7,8
161:15,21 162:4,13
168:9,15 172:7,9,9
172:23,24 173:10
173:12 176:5,6,7,10
178:11 188:25
189:6,16 191:4
203:18 325:9 343:4
344:1,14 346:9
349:10,17,19
350:14 351:2,9,18
352:14 364:12,19
365:2 368:25 379:5
381:6
**cancers (7)**
173:1,19 176:11,12
226:24,25 344:10
**cant (74)**
17:22 24:23 27:8,14
28:17 50:9 51:13
56:5,12 57:7 64:17
71:1 87:25 90:21,21
102:7 113:12 115:5
121:5,18 129:23
151:23 152:6 153:8
153:19 155:7 173:9
175:10,10,16
189:24 190:13
203:11 204:9,13
226:10,16 234:21
242:10 245:22
249:9,11,11 282:10
285:14 288:24
312:15 314:12
317:7,19,19 320:25
321:19 323:20,23
328:16 332:19
337:4,25 338:7
339:13,16,19,20
340:5 342:25 349:5
352:10 357:6
360:22 367:10
368:15 370:3
382:15
**capacity (2)**
345:5 346:4
**carcinogen (2)**
54:5,5
**carcinogenesis (3)**
9:7 23:8 350:1
**carcinogenic (14)**
5:10,16 6:5 12:21
13:11 15:12 21:12
37:17 66:5,19 119:3
160:24 346:18

379:3
**carcinogenicity (27)**
7:14 11:21 15:24 16:3
16:6,24 18:8,22
24:18 40:9 44:16
50:23 55:13 78:11
123:22 134:13
144:11 145:13
146:2 150:23 159:7
181:14 182:8
330:23 331:14
352:18 371:21
**carcinogenistic (2)**
18:20 78:9
**carcinogens (10)**
9:4 23:13,15 33:8
176:1 330:25
349:24 352:5,7,11
**carcinoma (10)**
168:20,23 286:14
287:19 317:24
325:2 327:2,2,15,16
**carcinomas (42)**
187:10,11 192:18
194:4 199:23,25
214:22,24 219:15
260:15 267:7
270:13,19,24 271:6
281:7,12,15,20,25
282:17,18 284:18
284:19,22,25 285:8
285:10,14,20 288:3
314:23 316:1,2,9,10
317:2,3,14,15,20,23
**careful (1)**
200:5
**carefully (2)**
179:24 234:18
**carey (3)**
278:7,21 279:21
**cargo (1)**
376:24
**carry (2)**
102:6 165:3
**case (37)**
1:5 12:25 38:15 39:6
41:6 50:1 55:18
73:23 75:13 143:11
143:17 175:14
190:4 191:16
194:13 212:10
218:9 220:7 242:12
276:1 278:5 280:1
291:4 300:14,17,20
306:2 311:9 315:10
323:11 336:18

348:8 349:3 365:20
379:24 381:13
385:1
**cases (7)**
56:9 159:13 160:2,3
163:4 303:25
311:10
**category (4)**
251:3,12 325:15
327:4
**causal (1)**
212:20
**causality (9)**
139:6,14,18,20
140:20 141:3,10,15
148:16
**causation (19)**
59:16,22 147:25
148:8,20 149:10
187:1,6 188:19
196:9 197:5 202:8
203:4,17 207:16
219:3 230:1 232:24
233:8
**cause (60)**
59:17,23 68:15,25
84:14 118:11,15,21
154:5,11,13 160:9
160:14 161:15,21
165:5,14,23 171:25
173:12 176:5,6
198:9 205:5,9,14
211:16 213:6,16
215:13 227:7 341:6
341:12,24 342:16
343:3,4,25 344:1,9
344:14,15 346:1,9
350:24 351:2,9,16
351:17 352:2,14
353:10,25 354:4
355:7,12 364:12,19
364:25 365:1
**caused (12)**
159:14 186:20 188:4
188:14 218:6 225:4
226:20,25 234:13
354:9,16,24
**causes (29)**
117:6 118:5 139:22
152:21 160:13
166:6,6 186:11,13
191:19 196:11,21
200:23 206:8,14
219:9,18 221:3
222:8 232:17 234:4
236:11,15 251:15

256:23 284:7
350:24 353:7,22
**causing (2)**
145:16 146:4
**ccell (8)**
218:20 219:10,14,18
220:19 221:3 222:8
222:12
**cd1 (59)**
8:14 171:13,23 172:5
172:15 173:5 230:8
230:19,25 231:11
231:19 232:7,17,23
232:25 234:4 235:2
235:20 236:12,16
236:19 243:21
251:16,20,21,24
252:4,7,19,24 253:8
253:22,24 254:16
254:18 255:1,4,6,16
256:24 257:1,4,18
257:20 260:5,10
265:5 268:17,22
269:16 270:6
272:22 273:4 278:1
280:18 282:22
283:6 318:21 370:2
**cd1br (1)**
268:10
**cell (29)**
169:6 223:9 224:15
224:18,22,23 225:2
225:17 226:19
227:2,6,7 270:12
325:1,6 326:24,25
327:1,2,15,15,17
345:14,16 348:25
352:19 353:14,15
356:23
**cells (9)**
241:19 345:2,8,17
350:25 352:23,25
355:17 356:3
**cellular (4)**
354:16,20,23,24
**cent (4)**
89:5 91:1 93:1 95:17
**center (1)**
368:25
**certain (39)**
12:25 24:24 27:14
56:5 58:2 64:18
71:1 73:3 121:5,18
139:21 153:19
154:20 159:5
161:21 166:22

168:18,24 170:14
173:23 174:7
175:19,21 226:25
242:10 245:22
277:7 282:7 315:11
325:16 349:4 352:8
352:10 354:6 357:7
363:19 372:18,19
382:15
**certainly (14)**
21:6 28:18 90:22
123:5 136:2 142:16
186:19 229:7
269:25 274:24
276:21 277:11
345:13 348:8
**certificate (1)**
384:1
**certified (7)**
2:12 334:3,16,20,22
334:25 384:5
**certify (2)**
384:8,15
**certifying (1)**
334:24
**cetera (2)**
342:13 349:2
**chain (15)**
5:18 6:15,17 7:6,8
8:17 28:20 65:11,15
68:17 106:9,12
107:13,17 278:16
**chair (12)**
11:10,16 14:7,11
16:21 24:16 25:12
25:18 32:10,24
38:20 156:19
**chaired (5)**
11:24 12:7 24:25
156:16,21
**challenge (1)**
158:16
**challenged (1)**
69:7
**chance (32)**
181:25 182:8,24
183:15 184:1,13
185:5,22 186:2,7
187:1,10,21 188:1,2
188:13 208:20
230:10,21 231:12
231:22 232:9 282:9
290:15 311:15,18
312:12 313:5,8
336:9 365:9 372:22
**change (7)**

20:14 39:14 55:17
66:22 67:13 68:7
274:3
**changed (9)**
20:15 56:10 117:11
184:5 295:20 296:4
296:5,7,8
**changes (10)**
5:12 12:4 13:15,20
14:19,24 18:4 19:1
168:9,14
**changing (2)**
16:15 20:16
**chapter (3)**
163:25 164:8 173:18
**characteristic (3)**
350:8,10 351:7
**characteristics (9)**
9:4 23:8 330:25 331:7
331:13,20,21
349:24 351:6
**characterization (1)**
250:16
**characterize (3)**
133:1 209:19,20
**characterized (6)**
15:12 248:19,19
249:22 250:14,25
**charge (1)**
112:7
**charging (1)**
94:10
**charles (11)**
3:14 8:15 263:12
265:6,14 268:1,6,13
277:1 329:5 369:18
**chart (1)**
173:17
**check (3)**
129:16 196:17 369:1
**checking (1)**
208:1
**chem (2)**
5:20 30:21
**chemical (20)**
116:16 154:13 158:20
160:9,12,17 162:18
162:22 171:20
173:11 228:4
289:22 341:5,10,23
343:3 344:14 348:1
364:24 365:4
**chemicals (29)**
5:22 22:24 25:1 27:6
27:24 28:11,15,19
30:22 35:17,18,19

42:9 154:7 156:8,18
159:14 160:24
163:21 172:6 176:2
176:3,4 342:8,19,22
343:14 346:8,11
**choice (3)**
147:7 265:4 296:3
**choose (1)**
141:24
**chose (2)**
309:25 310:1
**chris (1)**
109:3
**christopher (14)**
1:12 2:8 8:6,9,11 10:4
11:2 181:5 184:20
220:3 380:10,17
383:10 384:9
**chronic (2)**
16:6 350:17
**chronological (2)**
34:9 107:16
**circuitry (1)**
164:13
**cite (20)**
163:7,24 169:13
171:8,12,21 172:14
173:9,14 190:1,16
190:22 191:1 227:4
331:16 351:13
355:4,5,9 356:1
**cited (1)**
171:9
**cites (1)**
15:21
**cities (1)**
363:20
**cjp (3)**
380:4,9,18
**clarify (7)**
13:23 31:15 330:2,12
330:17 373:2 385:5
**clarity (1)**
57:24
**clark (1)**
99:1
**class (1)**
250:17
**classic (2)**
239:21 365:5
**classification (6)**
53:22 75:9 77:6 116:2
251:12 324:19
**classifications (1)**
11:22
**classified (6)**

12:20 17:10,20 33:8
53:21 54:4
**classify (4)**
340:18 346:22 347:1
347:4
**classifying (1)**
55:7
**clause (1)**
42:21
**clear (47)**
17:12 21:21 27:17
36:1 38:10,13 45:9
51:22 53:24 59:7
98:18 130:21
132:19 133:9,11
141:10 142:1
165:12,13 195:16
196:18 209:22
214:17,19 226:6
231:7 263:4 274:4
279:11 281:11
290:1,19 292:14
295:22 303:21,21
314:19 323:25
327:11 330:16
332:22 336:2 339:1
341:18 342:18
353:21 362:25
**clearest (1)**
291:9
**clearly (4)**
55:1 88:2 140:22
145:24
**clifford (16)**
243:2,18 244:3 247:3
248:22 251:9
259:18,25 260:4,16
262:16 263:20
266:12 270:1 271:7
277:11
**climate (1)**
39:14
**close (2)**
108:11 290:14
**closed (1)**
77:20
**closer (7)**
264:25 265:6,17
269:24 270:16
272:1,23
**clue (2)**
51:19 242:12
**coalition (4)**
9:22 376:9 377:17,23
**coauthor (4)**
133:18 350:5,12

382:20
**coauthors (5)**
62:7 127:19,23 132:8
382:21
**cochair (2)**
11:17 14:9
**cocoa (1)**
360:13
**code (4)**
45:24 46:3,19 295:2
**codes (1)**
385:4
**coffee (2)**
53:6,11
**cogliano (1)**
112:12
**coin (9)**
202:22,23 203:7,8
204:1,5,10,22,23
**cold (1)**
353:10
**collaborate (1)**
130:18
**collaborated (3)**
130:23 131:3,9
**collaborations (3)**
22:23 129:19 131:20
**collaborative (4)**
135:23 136:16,22
378:6
**collapsed (1)**
323:1
**collegium (9)**
126:22 134:3,12
135:4,18,24 137:17
138:2,14
**colombian (2)**
9:11 358:21
**column (29)**
164:10,11 166:12
296:23 297:7,8,23
298:15,19,20 299:7
301:16,18,21 302:2
302:3,3 304:13,13
305:7 318:11,14
322:14,23 323:16
359:5 360:2 361:11
361:19
**combination (2)**
249:24,25
**combine (7)**
242:3 254:10 270:22
288:24 290:3
320:13 325:23
**combined (55)**
35:23 189:6,15

194:21 209:18
210:2,15 219:15
233:18,22 234:12
241:4 253:15,17
270:19 271:2,4
278:10 279:1,22
280:4 282:13,14,19
284:20 285:1,18,18
286:23 287:3,19
288:14 289:19
290:7 291:1,24
294:1,4 306:9,11
307:16 314:23
315:21 316:2,10,15
316:17,25 317:3,16
319:23,24 321:14
326:19 327:5
**combines (5)**
321:25 325:14,22
326:3,17
**combining (3)**
188:24 200:5 242:11
**come (12)**
18:23 35:19 62:14,20
63:2 139:2 186:19
207:18 229:2 251:9
271:12 360:21
**comfort (1)**
262:2
**coming (1)**
245:1
**comment (2)**
143:6 369:18
**commentaries (1)**
121:21
**commenting (1)**
121:9
**comments (8)**
57:16 58:1,4 89:1
90:13 99:4 129:17
308:5
**commission (5)**
63:10 64:15 73:16
74:24 114:20
**commissioner (8)**
62:5,8,15 63:3 64:14
73:15 374:13,14
**commissioners (1)**
62:12
**committee (23)**
14:15 24:16 25:12,14
25:18 32:4,10,15,18
32:24 34:12 36:7,10
36:13,14 38:21
39:25 101:3 156:16
156:21,24 157:1,21

**committees (1)**
36:17
**common (4)**
251:11 264:2,4
372:13
**communicate (2)**
130:17,18
**communicated (1)**
130:4
**communication (7)**
104:17 105:5 108:21
108:22 109:18
110:9,13
**communications (13)**
104:5,10,25 105:25
106:7,19 107:7
109:16,17 110:3,21
111:11 113:25
**community (2)**
310:13 379:11
**companion (2)**
370:12,16
**company (7)**
60:2,11,25 61:24
62:21 63:5 376:25
**compare (3)**
261:21 266:2 275:14
**compared (6)**
185:3 271:19 276:17
349:9 356:1 357:4
**comparing (3)**
184:13 313:4,18
**comparison (1)**
275:12
**compel (1)**
82:8
**competing (1)**
379:21
**complaining (1)**
98:23
**completed (1)**
264:11
**completely (3)**
55:12 197:8 371:15
**completeness (1)**
291:7
**complicated (11)**
43:19,20 64:11 74:9
145:12 149:20,25
344:11 348:4,16,22
**complicates (1)**
183:2
**components (1)**
159:11
**compound (4)**
182:9 344:19 349:5

351:9
**compounds (4)**
16:3 25:4 34:18 344:6
**computer (4)**
367:22 368:2,6,17
**con (2)**
122:18,19
**conceded (1)**
198:12
**conceivable (1)**
90:19
**concentration (1)**
229:8
**concentrations (1)**
355:15
**concept (6)**
149:22 154:6,12
160:17 204:12
373:10
**concern (11)**
52:18,19 67:15 68:13
104:9 118:4 133:21
139:21 180:22
181:15 310:3
**concerned (2)**
38:18 69:6
**concerning (1)**
62:9
**concerns (7)**
26:2 55:19 68:23 69:4
84:18 104:9 369:25
**conclude (12)**
55:16 66:4 116:17
117:1 143:12 144:1
144:20 198:7
206:24 256:2 284:7
360:9
**concluded (13)**
16:1 56:24 116:22
117:5,16,20 118:10
118:14,20,24
215:16 220:25
222:5
**concludes (1)**
383:5
**concluding (1)**
199:13
**conclusion (18)**
68:14,24 116:12
117:25 132:2 133:6
139:22 152:20,24
153:1 186:20,22
196:18 198:13
215:21 348:5,17
360:21
**conclusions (2)**

56:14 332:21
**concur (1)**
55:16
**concurrent (8)**
240:9,10 257:12
280:21 303:9
309:13 311:8
312:19
**conditions (2)**
154:21 350:18
**conduct (17)**
46:3 52:1 137:7,10
198:25 233:15,16
233:17 272:9,19
290:25 291:2 309:2
309:9 310:19
311:17 362:22
**conducted (23)**
28:8 47:2,8,19 87:1
102:23 108:7
119:16 170:21
183:5,12 228:21
238:15 240:2 258:6
264:25 272:13
289:15 295:4 323:6
355:14 356:21
368:5
**conducting (4)**
118:3 137:19 150:2
368:20
**conducts (1)**
176:16
**conference (2)**
127:15,16
**conferences (1)**
64:22
**confidence (1)**
290:17
**confidential (1)**
76:2
**confirmation (1)**
152:14
**conflict (19)**
38:2,6,11,12,16,17,19
39:16 58:7,12,20,25
59:2,10,14 73:1
89:6 91:3,23
**conflicts (4)**
37:4 39:9 72:10 92:10
**conform (1)**
385:6
**confused (2)**
45:16 373:2
**confusing (2)**
210:3 212:5
**congenic (3)**

169:17 170:8 171:2
**connection (10)**
26:1 29:17 61:3 76:18
90:14 100:5 101:24
115:8 234:22
279:10
**connections (1)**
200:17
**consensus (1)**
15:6
**consent (2)**
81:5,11
**conservative (3)**
307:5 315:11,14
**consider (3)**
19:15 20:3 324:18
**considered (9)**
59:18,24,25 80:23
101:3 155:7 274:15
276:5,19
**consistent (5)**
155:14 230:8,20
231:11 301:2
**consistently (3)**
347:12,14,17
**constantly (2)**
345:1 354:15
**consult (3)**
61:25 130:15 354:12
**consultant (25)**
70:22 71:15 72:4,22
73:20 74:17 75:2,6
83:3 84:4 87:14
109:22 111:19
112:16 113:19
115:3,18 121:2,16
122:22 123:16
126:19 132:17,20
138:15
**consultation (2)**
374:4 375:14
**consultations (4)**
60:25 61:14,20 62:23
**consulted (3)**
31:7 129:25 130:10
**consulting (8)**
39:20 74:22 79:6,12
79:14 91:24 92:12
93:15
**contact (2)**
361:15 362:1
**contain (1)**
84:22
**contained (1)**
381:8
**contains (2)**

110:16 382:6
**context (10)**
90:20 147:19 158:11
159:2 161:10
247:10 279:20
339:14 357:17
359:22
**continue (2)**
69:7 363:22
**continued (7)**
26:20 54:18 79:21
97:3 116:11,17
117:1
**continuing (1)**
86:4
**contract (1)**
251:9
**contributing (1)**
25:23
**contributions (1)**
165:22
**control (91)**
45:22 50:1 192:18
194:13 200:1 240:9
240:10,18 242:25
243:24 244:18
245:12,25 246:24
247:15 248:9 249:7
249:17 250:10
257:11,13,13
259:24 260:11
261:6,10,21 262:20
262:24 263:24
264:13,24 265:5,8
266:4,9,16 267:1,11
267:19 268:19,23
270:5,10,14,17
271:13,14,16,23,24
272:3,18,21 273:3
273:16 274:12,17
275:6,16 276:2,10
276:12,17,20 277:1
287:14,20 288:4,15
288:15 289:5,6
290:4 291:13 292:4
292:6 293:16 303:9
303:24,24 309:13
311:3,7,8,11 312:7
312:11,18 326:23
370:13
**controlled (2)**
242:18,22
**controls (33)**
8:20 45:8,19 193:25
195:1 202:2 243:11
244:24 245:4 248:7

253:1 260:21
261:16 263:3
265:16 267:4,25
273:24 274:1
275:16 276:6
280:21 283:18,20
292:17 293:1 310:5
310:8 311:2,5 326:7
370:1 382:11
**convening (1)**
33:5 53:5
**conversation (8)**
63:20 77:8,14,23
107:4,10 115:15
138:13
**conversations (13)**
76:5 83:14 84:2
103:20 105:12
111:25 112:2,5,20
112:22 114:1 138:1
138:6
**conversion (1)**
338:12
**converted (1)**
338:11
**convinced (1)**
232:22
**copies (3)**
48:9 110:8 180:9
**copy (4)**
28:24 32:20 42:5
366:15
**corcoran (3)**
321:10,10 322:3
**corcorans (1)**
322:4
**corporate (4)**
133:2,22 134:4,18
**corporations (1)**
135:19
**correct (884)**
11:13,22,23 12:1,10
12:22 14:1,8,9
15:15 16:24 17:4
18:9,14 19:4,18
20:6,8,13 21:2,25
22:8,15 24:19,23
25:8,21 26:3,22
27:6,13,19,24 28:11
29:2,18 30:4 31:2
31:13,25 32:4,12,16
33:9 34:11,13,24
35:9,13 36:3,4,8
37:4,9 38:3,5,8,22
38:24 39:2 40:25
41:5,9,10 42:1,10

42:18 43:11,17 44:1
47:13 48:18 49:11
49:12,20 50:3,7,18
50:19,24 51:5 52:3
52:11 56:3,16,24,25
57:3,18 58:8,20
59:18,24 60:12 61:4
61:17,21 62:1 63:15
63:25 64:10 65:3,18
66:6,13 67:4,18,23
68:4,15,25 69:14,15
70:19,24 71:16,17
71:24 72:23 73:22
74:6,19 75:3,4,9
76:14 77:12 78:15
78:16,21 79:22 80:1
80:2,8,24,25 81:6
81:18 82:4,5,9,15
82:20,21,25 83:7,18
84:6,15 85:1,3,8,9
85:12,14,16,22,23
86:1,2,6,9,15 87:3
87:12 88:5,19 89:1
89:2,7,25 90:9,15
91:18 92:1,14,21,23
93:5 94:1,7,13,18
94:23 95:9,13,22
96:4,8,18 97:5,9
98:15 99:16 100:19
101:5,16 102:18
103:12,22 104:6,11
104:18 106:20
107:7,21,25 108:2,9
108:18 109:7,23
110:1,25 111:7,12
111:13 114:12,21
116:2,13,15,19
117:2,4,13,14,17,22
118:5,11,15,21
119:9,19,23,25
120:7,21 121:10,22
122:15,23 123:4,12
124:3,9,25 125:6,10
125:13,17,20
126:16 127:20
128:1,7,9,11 129:3
129:4,11 132:5,23
133:3,19,23 134:1,9
134:25 135:17,25
136:18,19 139:8,16
140:5,23 141:6,19
142:6,10,14,24
143:6,14,23 144:11
144:19 145:17
146:5 147:20 148:2
148:10 149:5,8,9,18

153:23 154:2,14,25
156:2,18,25 157:2
158:13 159:8
160:10,19 161:3,16
161:22 162:7,8,14
163:12 164:2,15
165:8,11,16,25
166:17,20 167:2,4,7
167:10,15,20 168:5
168:10,15 169:8,11
169:18 170:9
173:20 174:16
175:4 178:14
180:23 181:16,25
182:4,9,20,25 183:1
183:6,15 184:3,4,15
184:16 185:5,18,19
185:22 186:2,3,7,8
186:15 187:2,21
188:5,15,21 189:1
189:18,19,23
191:21 192:6,9,16
192:22 193:2,20
194:1,2,9,18 195:9
195:18,19,25 196:6
196:14,24 197:8,12
197:19 199:6
200:12,24 201:4,12
201:14,18 202:10
202:24 203:9,18
204:2,17,19,24
205:5,10,14 206:1
206:16,22 207:2,6
207:11,19 208:9
209:6,15 210:11,20
211:8,11,23 212:3
212:23 213:7,17,20
214:1,2,8,23 215:5
215:7,13 216:2,17
216:18,24,25 217:6
217:7,12,19 218:1,2
218:7,18,24,25
219:6,7,11,20,23
220:8,13,14,19,20
220:23,24 221:4,5
221:12,14,16,17,22
222:1,19,23 223:22
224:4 225:4,8
226:21 228:12,25
229:1,5 230:2,10,21
231:3,6,12,22 232:1
232:11,14,18 233:1
233:9,12,13 234:5
235:2,15,23,24
236:2,3,5,12,21,23
237:10,11,15,16,23

238:11 239:3 240:4
240:15,23 241:1,5,6
241:10 242:23
243:2,14,16,25
244:10,11,12,14,15
244:22,25 245:6,7,9
245:10,14,15,18
246:3 247:8,12,16
247:20,22 248:3,4
251:16 252:8,9,12
252:19,20,24 253:7
253:12,25 254:17
254:22,23 255:1,3,8
255:16 256:4,24,25
257:4,21,23 258:3
258:14,16,19 259:2
259:13,14,18 260:6
260:17,19 261:1,12
261:17,22 262:22
263:7,9,14,16,22
264:1,8,9,15,18,20
265:1,3,9 266:6,8
266:13 267:4,14,21
268:14,19,20,24,25
269:2,6,8,9,12,13
269:16,18 270:2,3,7
270:11,13,20 271:9
271:10,17,20 272:4
272:7,10,11,14,17
272:24 273:1,7,21
274:20,21,23 275:9
275:10,17 277:4
278:3,12,21 279:3,4
279:13,18,25 280:2
280:3,10,15,22,25
281:1,2,4,5,8,10,13
281:14,21 283:2,13
284:2,8 285:6,11
286:2,16,20 287:1,6
287:23,25 288:4,5,7
288:8,11,12,16,17
288:19,20,22
289:19,25 290:5
291:9,19 292:20
293:5,17,19 294:8
294:14 295:4,5
296:18 297:11,14
297:24 298:3,10
300:2,8 301:11,13
301:14,18,19,23
303:4,24 304:16
305:3,9,23 306:10
306:11 307:1,9,17
308:15 309:4,13,20
309:24 310:22
311:5,19 312:6,13

313:22 314:5
315:17 318:11
319:11,18,20
320:12 321:5,14,25
322:19 323:8 324:2
324:5,7,18,19 325:3
325:6,10,13,15
326:20 327:12,13
327:19,20 329:6
330:12 331:2,3,7,14
331:17,23 332:6
336:7,16,20,24
338:14,15 339:21
341:7,13,15,25
342:4,9,21 343:2,5
344:2,17 345:2,9,22
345:23 346:2,10,22
347:1,13,24 348:6,9
349:8,17 350:5,6,9
350:11,15,19,21,22
351:3,11,12 352:19
353:4,8,11,12,16,23
354:1,5,17,19,25
355:3,7,12,13
357:11,14 358:4,6,9
358:10 359:1,9
361:2,3 362:2
363:18,19,24 364:1
364:6,8,12,14
366:20 367:3,17
369:20 370:1
371:10,11 372:22
375:16,17 377:4,8
378:14 380:8 381:7
381:8,13,15,20
382:24 383:2 385:7
**corrected (2)**
  17:11 94:15
**correcting (1)**
  107:19
**correctly (10)**
  46:8 47:8 84:17
    131:21 175:18
    178:22 289:14
    304:7 343:20
    344:13
**correlated (1)**
  363:11
**correspondence (1)**
  112:9
**cortical (8)**
  213:6,16,25 214:6,22
    214:24 215:13
    218:11
**cosignatory (1)**
  131:14

**couldnt (4)**
  31:16 227:18 345:11
    346:18
**counsel (77)**
  10:18,20 70:22 71:15
    72:5,23 73:21 74:5
    74:18 75:3,6,15,20
    79:20,25 81:15 82:1
    82:13,23 83:3,12,17
    84:5 87:2,11,21
    91:16,25 92:12,19
    93:3,12 94:11,16,21
    94:25 95:4,20 96:3
    96:7,16 97:11,19
    98:11 99:15 103:11
    106:3 108:6,13,15
    109:19,22 110:24
    111:6,20 112:17
    113:19 115:3,19
    121:3,16 122:23
    123:11 125:10,13
    125:15,18,24
    126:15 132:12,21
    138:16 146:21
    147:10 366:8 369:9
    381:23
**count (2)**
  302:20 303:16
**counted (1)**
  328:4
**counts (5)**
  302:23 305:13,14
    327:25 381:12
**county (1)**
  384:3
**couple (8)**
  23:13 41:18 354:12
    371:5,8 374:17
    380:23,24
**coupleminute (1)**
  147:9
**course (15)**
  50:13 59:3 80:21
    85:16 91:15 101:2
    105:9 204:10
    303:13 325:18
    335:24 345:2,7,20
    353:9
**court (5)**
  1:1 10:7,16,25 151:8
**cover (6)**
  71:12 269:17 299:11
    305:13 316:6
    371:14
**covers (4)**
  260:4 269:10,20

272:22
**create (1)**
314:15
**created (4)**
66:9,19 80:19 100:25
**creating (2)**
41:3 316:19
**credit (2)**
189:24 190:13
**criteria (7)**
147:20,24 148:13,21
149:24 150:9
153:22
**critical (5)**
37:2,25 69:9 142:5,8
**crl (3)**
8:14 243:21 370:2
**crop (1)**
378:5
**croplife (4)**
7:4 89:14,20 90:3
**crr (2)**
1:24 384:24
**crux (1)**
63:20
**current (2)**
163:9 339:23
**currently (2)**
375:2 376:20
**curriculum (2)**
7:23 136:8
**cut (1)**
65:21
**cv (1)**
136:5

**D**

**d (6)**
1:12 2:9 4:12 15:19
383:10 384:10
**daily (2)**
5:20 30:21
**damage (19)**
341:5,11,24 344:7
345:1,8,15,21 346:1
346:2,6 354:16,20
354:23,24 355:2
359:6,15 364:17
**data (178)**
9:5 12:9,12,22 14:14
15:14,23 16:22 17:9
17:19,22,23 19:4,22
23:4,22 24:3 45:25
46:4 48:1 49:10,20
49:23 50:3,23 51:6
51:10 52:15 54:16

55:8,8,25 56:2
66:13 67:2,22 86:22
101:24 103:12
120:14 121:1 137:2
138:8 141:1,2,9,9
144:25,25 153:4
154:24,25 157:14
157:15 158:3
178:11,16,18,23
179:4 183:3 184:14
185:2,3 186:10
190:11 191:4
192:24 199:23
203:16 204:20
205:12,20,21,23
214:21 218:5
220:22 221:9
232:19 236:10,18
238:16 244:17
246:18 247:5,11
251:18 254:13
259:17,24 260:22
261:6,6,10,21
262:20 263:5,13,24
264:13,24 265:5,9
265:15,16 266:4,9
266:16,23 267:1,12
267:18,20 268:19
268:23 269:15
270:5,10,14 271:3,5
271:11 272:17
276:12 282:1
284:16,17,24,25
285:19 286:23
287:12 290:13
291:16 293:14
294:1,2,3,4,5
295:23,24 296:18
298:9 299:16 301:4
306:11 312:11
315:18 320:22
321:2,6 326:23
338:19 339:24
349:25 351:25
359:5 360:23
367:13,16,23,24
368:5,11,15 372:7
381:4,9,11,18,25
382:3,6,16,18,23
**database (4)**
242:19,22 244:23
370:14
**dataset (5)**
265:13 312:8,18,19
317:16
**datasets (2)**

35:19 296:3
**date (63)**
11:14 13:12,22 14:10
21:14 24:23 28:22
30:24 33:20 34:2,5
35:2 37:19 40:17
41:23 43:8 48:16
53:1 57:12 60:22
65:13 68:19 71:7
73:10 75:10 88:11
89:17 106:11,15
114:9 122:9 123:25
125:8,16 127:7
128:10,12,20
136:10 153:10,15
156:9 164:7 181:6
184:21 220:5
243:22 268:8,11
278:18 326:10
334:8,11 350:2
358:22 365:23
366:13 373:20
376:2 377:7,18
379:9 385:2
**dated (44)**
5:18,24 6:1,7,8,9,10
6:12,13,15,17,19,20
7:10 8:15,17 9:13
28:21 33:22 34:1,4
40:15,19 41:21 43:6
48:15 52:24 57:10
65:12,17 68:18 71:5
73:8 89:19 93:25
96:24 106:17,18
122:7 268:7,12
278:17 366:10
378:1
**dates (3)**
71:20 76:8 108:11
**davies (1)**
90:3
**dawley (27)**
185:15,20 187:8
206:15 213:2,4,14
213:22 214:23
215:24 216:9,21
217:3,9,24 218:7
219:10,15,19 221:4
223:7,22 224:2,5,17
225:24 226:14
**day (12)**
25:22 53:10 62:25
77:20 179:19
253:21 289:7 345:9
345:14 371:6
383:13 384:21

**days (14)**
52:2 55:5 75:7,7
77:18 127:11,12,13
127:25 132:2
363:16 374:16,17
383:1
**dc (1)**
4:6
**ddt (3)**
26:2,11,16
**deal (1)**
45:7
**dealing (2)**
29:14 117:10
**deals (4)**
17:7 30:13,16 44:3
**dealt (1)**
45:4
**death (1)**
352:19
**debated (1)**
122:12
**debates (1)**
141:22
**december (8)**
20:9,23 21:22 22:5
264:1,8 375:4,11
**decide (3)**
44:21 187:9 373:12
**decided (5)**
56:1 93:16 138:22
180:5 212:16
**deciding (3)**
147:24 309:1,8
**decision (15)**
7:22 30:4 61:3 127:6
143:11,17 144:19
144:20 145:2,11
187:14 208:19
212:5,19 258:8
**decisionmaking (2)**
134:25 135:15
**decisions (7)**
25:7 48:7 69:10 84:13
142:14 145:12
348:22
**deck (1)**
119:11
**decks (2)**
119:7 120:18
**declare (1)**
182:11
**declined (1)**
138:9
**decrease (1)**
214:5

**decreased (1)**
194:7
**decreasing (1)**
197:14
**deemed (1)**
181:22
**defendant (1)**
4:4
**defense (30)**
9:20 25:21,24,25 26:6
26:10,14,19 27:3,12
27:18 28:8 29:16
30:1 31:1,8 32:2,14
33:1 38:8 39:12,21
90:18 375:15
376:21 377:4,16,22
378:14 380:5
**define (1)**
79:11
**defined (2)**
51:4 257:22
**defines (1)**
342:10
**definitely (2)**
279:14 372:12
**definition (2)**
37:6,23
**degree (4)**
76:1 160:12 227:11
228:16
**demonstrate (1)**
141:14
**demonstrated (3)**
139:8,16 140:21
**demonstrates (1)**
141:3
**depend (1)**
342:11
**dependent (3)**
229:8 312:17 343:7
**depends (1)**
353:1
**deposition (16)**
1:12 2:8 9:12 10:3,9
71:11 119:6 330:18
365:19,20,22 366:9
383:6 384:10,12
385:2
**depositions (1)**
147:8
**derive (2)**
170:14,15
**described (2)**
285:24 297:16
**describes (1)**
298:1

**describing (1)**
286:15
**description (7)**
5:7 7:2 8:2 9:2 362:4
376:17,19
**designated (5)**
24:17 25:7 32:11 33:4
34:12
**designs (1)**
349:11
**despite (2)**
116:9 215:8
**detail (1)**
328:16
**detailed (1)**
117:25
**detect (1)**
171:4
**detectable (1)**
49:14
**detected (1)**
31:24
**detections (1)**
31:9
**determination (4)**
59:16,22 66:18
358:11
**determine (9)**
33:7 175:20 203:16
228:10,22 265:15
311:13 355:15
356:21
**determining (1)**
245:24
**developed (3)**
163:18,19 189:21
**developing (1)**
189:25
**development (5)**
166:15 173:25 174:16
175:3 176:17
**didnt (39)**
24:4 60:4 63:12,21
110:10 119:3
126:24 149:6
150:11 156:10
174:19 176:8
198:25 201:22,23
202:13,14 211:5
220:22 222:14
223:2,4 226:1 239:1
256:20 265:18
282:3 285:13,15
290:7 310:6,9,19
313:25 314:10
339:19 343:19

344:12 366:14
**differ (5)**
168:4,6 169:3,7,11
**difference (6)**
124:8,11 163:16
282:10 356:16
379:2
**differences (10)**
124:14 159:17,19
160:5,14 164:12
166:13 167:9,13
274:18
**different (67)**
12:13 31:10 44:13,13
67:3,23 75:22 85:20
98:21,24 138:19
160:4,7,16 161:1,2
161:6,7,18 163:1
174:25,25 185:17
199:3,9,10,14,18
200:10,15,19
217:23 243:3
250:18 268:17
288:23 289:17,18
291:1,3 292:15
310:4 321:3,8,12
325:14,18,20,23,24
326:4,18 328:1
341:16 342:11
343:19 346:5
347:23 348:23,24
348:25 349:1
352:25,25 357:16
370:12 376:18
**differently (3)**
241:13 254:2 342:6
**difficult (4)**
113:15 164:14,23
290:12
**dig (1)**
180:6
**dioxin (1)**
227:21
**direct (5)**
165:7,15,24 361:14
361:25
**direction (3)**
80:6,13 252:12
**directly (3)**
174:22 175:3 297:16
**director (4)**
29:7,9 105:16 123:3
**disagree (1)**
360:22
**disagreement (1)**
220:10

**disclaimer (4)**
88:18 120:16,19,24
**disclose (24)**
72:1,14,21 73:19
74:16,25 81:14,25
82:8 87:20 103:10
103:17 104:23
106:1 109:21 115:2
115:17 125:21
126:14,19 132:10
132:19 138:14,20
**disclosed (9)**
32:3,15 74:4 76:17,23
104:16,24 105:6
121:14
**disclosing (6)**
111:4,9,9,18 112:14
113:17
**disclosure (1)**
123:9
**disconnect (1)**
170:3
**discuss (6)**
29:13 146:10 153:6
162:5 186:19 223:7
**discussed (4)**
52:8 114:4 131:1
185:9
**discusses (3)**
19:12 131:15 185:10
**discussing (13)**
14:23 29:24 51:10
53:5 89:24 90:3
124:14,15 140:25
162:5 178:10 185:1
185:10
**discussion (11)**
5:12 13:15,20 16:9
18:3 49:15 64:8
91:10 143:20
202:16 336:19
**discussions (11)**
50:11,13 51:20 53:19
54:1,24 65:2 76:2
83:5,20 90:13
**disease (2)**
165:22,23
**diseases (2)**
164:24 350:17
**dismiss (1)**
69:9
**disorders (2)**
166:20 167:4
**distinguish (1)**
113:13
**distribution (2)**

294:11,16
**district (4)**
1:1,2 10:7,7
**dive (1)**
100:8
**diversity (4)**
347:22,25 348:6,17
**dna (12)**
341:5,11,24 345:1,6,8
345:14,21,25 346:4
346:6 355:2
**document (92)**
1:8 5:8,11,14 6:3 7:3
8:3 9:19 11:18
12:25 13:1,9,14,19
18:3 21:10 30:9
33:22 37:15 49:7
57:21 60:23 61:11
61:13 65:23 70:8
71:4,10 72:7 89:10
89:13 90:6 93:25
94:17,22 95:5 98:22
98:24 99:9,13,16,19
99:22,24 100:6,23
101:14,25 103:14
106:21,24 107:1,23
108:8,14,23 109:12
109:20 118:8 119:5
126:7,10 127:22
156:5,11 171:9,22
171:22 172:7,25
173:2 249:11
250:16 263:9
297:17 329:5,9
330:3 333:21 334:1
335:4 336:3 366:1
366:23 367:7
373:24 377:11,14
377:19 378:24
380:14,16
**documents (19)**
20:18 21:4 33:17
70:16,19 71:8 93:9
93:13 94:12 103:5
314:8,9 333:17
366:3,4,7,22,25
367:6
**doesnt (15)**
39:5 53:4 58:14 65:22
101:7 126:4 165:19
183:20 215:19
236:22 247:6
327:20 332:1 346:1
373:6
**doing (27)**
22:18,20 29:15,17,25

30:2,14 39:12 43:16
78:13 89:6 91:2
93:1 95:18 100:7
155:4 190:9 255:11
273:22 275:11
277:20 293:8
298:16 311:4
319:24 342:12
376:20
**dont (161)**
12:24 18:23 21:6
25:13 28:14 30:7
33:10 36:24 37:10
37:12 42:20 43:1
51:14 56:9 58:3
63:6 64:2,3 65:24
65:25 69:16 76:1
77:2 78:3,4,7 98:6,7
98:7 105:8 106:4
107:9 108:19
110:10 111:8,9,17
111:21 112:18,19
112:19,25 113:12
114:2,9 117:18
118:24 124:10,13
126:5 128:13,14
130:15 133:5 136:1
137:8 142:1 143:1
145:7,7 151:15
152:1 156:21,23
157:21 159:12
161:4,10 163:4
167:21,22 170:15
175:13 180:8 181:2
186:18 193:5,6
200:17 201:24
204:19 206:19,20
224:20 226:7,9,24
227:1,25 232:6
233:21 235:5
238:15 239:16,17
241:15 242:9
245:16 246:19,21
247:25 248:15,17
250:3 253:4 258:23
262:5 277:2,14
278:14 281:14,17
282:8,9 289:22
299:12 300:17
302:23 307:22
309:6,6 310:16,16
312:23 319:7
320:24 323:20
325:16 326:5
328:15 332:5,13,25
333:2,7,14 335:19

337:10,23,23
338:18 339:21
340:11,23,24,25
345:17 354:11
357:20 360:20,22
365:6 366:16 367:9
368:12,13 369:22
370:2,7 374:23
380:20
**door (1)**
114:5
**dose (55)**
158:2 194:1,8 195:7,9
200:9 214:6 216:17
216:23 217:12,25
218:1 228:10,22
229:3,7,11 237:18
237:21,25 238:6,7
239:2 240:1 255:13
256:9 278:2 281:4,7
281:13 288:7,10,10
289:1,6,17,23 290:4
290:4,5,9,10 291:1
291:3,8,19,22 292:8
292:17,19 293:1,16
293:19 356:2,22
**doseresponse (2)**
156:7,17
**doses (16)**
193:2 200:15 254:9
254:11 256:18
288:24 289:21
290:3,14 291:21,24
292:4 293:3,21,23
356:2
**dosing (1)**
284:1
**dots (1)**
212:24
**double (2)**
229:10,11
**doubt (1)**
200:19
**dourson (4)**
191:8,13,13 295:9
**downstairs (1)**
53:5
**dozens (1)**
146:17
**dr (89)**
8:11 10:4 11:8,9
13:23 14:20 16:11
28:23 29:14 42:15
48:11,17,20,23
49:24 50:21 52:23
53:2 55:6 60:23

70:2 71:8 89:18
95:1 106:16 122:10
126:6 130:1 131:13
131:21 139:5 151:2
151:22 152:19
164:11 165:2,4,21
166:10 167:16,25
169:12,23 170:5
173:17,22 174:5,13
178:6 180:17 181:7
187:17 196:24
220:3 254:14
262:15 268:14
298:2,5,7,23 299:21
300:4 305:21
306:24 307:1,8,11
307:13,24 308:4
321:10,10 322:3,4
329:2,25 330:6,16
330:21 334:12
335:6 365:20,25
369:17 371:4
373:22 378:17
380:20
**draft (13)**
5:13 13:15,20 18:4
42:8 57:16,21 58:1
72:7,12,25 73:2
99:5
**drafted (1)**
189:13
**draw (2)**
348:5,16
**drawn (1)**
267:20
**drift (1)**
266:5
**drive (2)**
151:12,16
**drives (2)**
353:6 373:6
**drop (2)**
202:13,14
**dropped (4)**
197:6 202:9 208:3
218:10
**dropping (1)**
215:23
**drug (1)**
365:7
**due (22)**
22:24 145:24 181:25
182:8,24 183:14
185:22 186:1,6,25
187:21 188:1,2,12
230:9,21 231:12,21

232:9,19 348:5,17
**duly (2)**
11:4 384:11
**duration (5)**
233:11,12 261:11,16
272:23

---

**E**

**earlier (12)**
21:25 98:21 115:12
134:14 185:10
268:3 277:15 290:2
304:2 347:5 374:2
375:14
**early (3)**
42:8 64:24 375:21
**easier (3)**
21:5 201:8 286:7
**easily (2)**
328:6 339:14
**eat (1)**
227:9
**eating (1)**
227:5
**ec (1)**
62:17
**eca (2)**
116:17,21
**economically (1)**
132:3
**edf (5)**
9:17 30:17 376:1,6,8
**edfs (1)**
31:4
**editor (3)**
124:4 125:22 126:11
**effect (12)**
17:3 145:22,23,23
173:11 182:9,11
198:19 364:9,25
365:1 372:21
**effective (2)**
134:24 135:14
**effects (7)**
145:17 146:5 158:17
158:19 348:1
**effort (1)**
137:24
**efforts (1)**
135:23
**efsa (13)**
65:18 67:25 110:16
110:17 124:16
125:3 179:3 272:7,8
314:3 318:4 336:6
379:6

**efsas (3)**
66:17 68:14,24
**eight (1)**
200:8
**either (16)**
46:18 47:17 112:15
152:2 156:23
161:12 170:21
182:12 200:2
217:11,25 227:19
229:19 234:10
239:3 307:15
**ekemoto (1)**
225:23
**electronic (1)**
367:13
**email (84)**
5:18 6:7,8,9,12,13,15
6:17 7:6,8 8:17
28:20,24,25 29:13
29:23 36:17,20
40:10,15,19,23 41:3
41:21,24 42:2,4,6
43:4,6,9,13,22 44:3
52:22,24 53:3 57:10
57:13,20 65:11,15
65:15 66:2 68:2,12
68:17,22 72:2,17,24
99:7 104:4,10,13,14
104:15,18,24
105:25 106:6,9,12
106:17,19 107:4,5,7
107:12,17,18
108:20,22 109:16
109:25 110:2,13
111:14,16 113:24
113:25 114:3
278:16,20
**emails (10)**
41:18 70:3,13,21
71:23 72:18 73:24
74:12 83:20 110:21
**employees (3)**
111:25 112:4,10
**encountered (1)**
28:6
**encouraged (2)**
54:10 134:11
**endeavor (3)**
102:6,7 155:2
**endorsed (2)**
19:1,2
**energy (1)**
353:5
**engagement (9)**
71:14 79:20 80:4,21

81:8 98:10 100:15
100:22 101:2
**english (7)**
333:22 334:14,16
336:1,23 338:11,17
**enjoyed (1)**
178:7
**ensuing (1)**
26:20
**entered (2)**
62:25 362:14
**entire (8)**
55:12,15 56:10 83:4
83:13 84:1 347:8
352:6
**entities (2)**
138:19 170:17
**entitled (33)**
5:8,11,14,20 6:3 7:3
7:12,18 8:3,5,12,19
9:3,8,19 13:9,19
21:10 30:20 37:15
89:14,19 123:20
127:2 156:6 164:4
243:19 326:6
349:23 358:18
377:15,21 378:24
**entity (2)**
63:14,25
**entry (1)**
323:2
**environment (3)**
5:23 28:1 30:23
**environmental (37)**
9:20 25:20,24,25 26:6
26:10,14,17,19 27:3
27:12,18 28:8 29:8
29:15 30:1 31:1,8
32:2,14 33:1 38:7
39:12,21 90:18
105:23 115:7 123:4
132:17 375:15
376:20,24 377:4,15
377:22 378:13
380:5
**epa (67)**
84:11 87:25 88:15,17
88:23 91:14,19 94:7
94:21,22 95:7 96:3
98:12,21 99:1 100:6
100:17,17 101:9,11
101:14,24 102:2,17
102:25 103:9,14,20
104:2,13,25 105:18
106:8 108:8,14,16
108:24 109:20

110:19,22 111:12
111:25 112:4,7,10
112:15 140:4
142:21 143:15,21
144:4 153:17
178:17,24 191:9
272:6,8 287:24
290:2,24 291:6
298:6,7 299:22
300:12 310:25
318:2
**epahq6149 (2)**
7:7 106:10
**epas (9)**
89:24 94:12,17 95:4
95:12 99:4 131:4
179:15 314:4
**epidemiological (2)**
19:4 35:25
**epidemiology (8)**
35:22 100:2 141:1,2,8
141:9 145:24
379:11
**epigenetic (5)**
168:2,11,14 169:1,5
**equal (9)**
215:10 231:3,17,20
232:11 261:19,23
302:15 358:5
**equals (8)**
193:19 194:5 209:17
221:11 258:2,14
281:1 283:7
**equivalent (1)**
200:16
**eradication (3)**
360:13 361:15 362:1
**eric (2)**
4:7 65:20
**error (3)**
107:20 221:23 302:6
**errors (2)**
110:15 385:7
**esfandiary (1)**
4:14
**esq (9)**
3:7,8,9,15 4:7,8,12,13
4:14
**essence (1)**
172:8
**establish (3)**
351:1,7,8
**established (1)**
305:18
**establishes (1)**
236:10

**estimate (4)**
68:10 228:16 314:16
318:15
**et (8)**
7:13 15:22 123:21
214:11 253:16
282:7 342:13 349:2
**eu (7)**
9:16 60:24 61:14
64:20 373:19 374:1
374:11
**europe (11)**
30:14 60:3,11 61:2,25
83:6 113:14 115:9
130:25 146:14
151:6
**european (48)**
7:16 30:3 59:18,24
60:1 62:10 63:9,10
63:24 64:9,9,15
65:2 66:3 69:13
73:15 74:1,3,15,24
83:15 84:3,11 85:5
87:8 88:5 102:3,17
103:1 113:2,18
114:20,24 115:16
116:10,16 122:13
123:23 124:7
129:10 130:5,11
146:14 153:12
290:3 335:9 374:5
379:5
**europes (1)**
116:9
**eval (1)**
306:19
**evaluate (12)**
19:3 33:6 94:17,21
95:4 96:3 109:20
173:11 203:20
265:11 310:2
343:16
**evaluated (8)**
28:4 298:14 314:7,9
315:13 322:8
323:15,21
**evaluating (10)**
25:4 94:12 98:12
100:6,16,16 101:9
101:13 108:8 301:3
**evaluation (42)**
5:9,15 6:4 13:10
21:11 37:16 38:22
42:23 89:25 94:24
95:8,12 102:10,13
102:23 103:16

108:17 124:18
134:13 138:23
154:23 157:13
182:12 187:6
202:18 211:25
225:12 233:9
238:19,22 240:18
283:16 298:13
317:7,22,24 323:11
323:12 346:15
357:16 373:8 379:3
**evaluations (15)**
12:9 93:8 153:16
180:19 181:13,21
181:24 183:4
225:13 306:18
308:23 318:1
322:13 342:13,15
**event (3)**
64:7 109:15 181:19
**events (2)**
86:15,19
**everybody (1)**
62:15
**evidence (46)**
17:14,17,18,18 18:7
18:20 40:8 54:25
55:19 84:19 92:3
100:1,3 103:16
146:8,10 150:13
155:17 156:1
157:17 175:1 187:1
187:13 188:4,9,13
188:18 221:2,16
222:6,7 227:3
229:14,19 252:18
252:22 253:23
331:5,19,23,25
346:21,25 347:3
360:4,9
**evidenced (2)**
359:7,16
**exact (9)**
71:1 97:21 114:9
155:11 259:6
314:13 345:11
369:1,2
**exactly (18)**
16:18 28:17 50:5 64:2
67:7 108:5 119:12
119:21 120:5,10
153:8 168:24
199:20 241:15
245:23 289:2
313:25 362:19
**exaggerated (4)**

180:23,25 181:16,18
**exam (1)**
5:2
**examination (3)**
11:6 371:2 381:1
**examined (1)**
183:25
**example (22)**
7:19 12:6,18 121:19
127:3 134:17
142:20 174:14
182:16 183:11
218:19 227:20
235:19 256:19
263:15 265:6 305:1
317:21 325:25
365:5 371:18
372:16
**exceed (1)**
215:19
**exception (4)**
162:9 185:14 296:19
347:15
**exchange (6)**
28:24,25 107:5
111:15,16 278:20
**exchanges (2)**
106:17 107:4
**exclude (4)**
206:5,12 216:7 373:9
**exclusive (2)**
80:5,13
**excuse (1)**
162:21
**exercise (3)**
316:24 353:7,21
**exhibit (130)**
5:6,8,11,14,18,20,24
6:1,3,7,8,9,10,12,13
6:14,15,17,19,20,22
7:1,3,6,8,10,12,18
7:23 8:1,3,5,6,8,10
8:12,15,17,19,23,24
9:1,3,8,12,13,15,17
9:19 13:6,9,19,24
14:16 18:3 19:2,21
21:9,10 28:20 30:19
30:20,25 33:13,25
34:3 37:15 40:15
41:21 43:5,6 48:14
52:24 53:2 57:10
60:19,20 65:10,11
65:14 68:17 71:5
73:7,8 88:8,9 89:13
93:21 106:6,9,12,16
107:12 122:6

123:20 126:18
127:1,2,9 136:8
139:24 141:10
143:3 156:5 164:4
181:4,8 184:19
220:2,6 221:7
243:19 268:6
278:16,19 326:6
334:6,9 337:18
349:23 358:18
365:21 366:10,21
369:22 373:17,18
373:23 375:25
377:14
**exhibits (2)**
93:22 139:25
**exist (2)**
159:12 166:7
**expect (20)**
181:23 182:22 183:19
183:21 184:1,11,12
185:4 186:1,6,25
188:12 231:21
232:9 261:15
304:10 312:12
313:8 344:21,24
**expectation (2)**
183:18 187:25
**expected (18)**
182:19 185:16,22
187:21 230:9,21
231:1,4,12 301:9,15
301:22 302:1 303:2
304:9,12 313:5,20
**expecting (1)**
183:13
**expenses (3)**
24:10,12,13
**experience (1)**
37:3
**experiment (1)**
99:25
**experimental (3)**
100:1,3 158:18
**experiments (2)**
190:8,11
**expert (106)**
6:22 8:6,10 15:5 54:9
70:22 71:14 75:16
76:18,19 77:9,15
83:17 84:9,24 85:11
85:25 86:4,12,23
87:2,10,14,21 88:10
88:13 93:16 106:2
120:20 121:2,16
122:22 123:11

125:9,24 126:15
132:12 139:11
147:18 149:3,4
153:20 154:9 163:7
171:10 180:18
181:4,8 189:14
191:23 192:22
196:23 198:3
214:20 216:11
219:1,8,25 220:2,6
220:12,16,17 221:7
221:8 223:3,12
230:17 231:8 235:6
236:24,25 238:16
238:24 258:24
265:25 266:11
273:21 274:5,6
275:5 276:25
277:24 289:16
294:23,25 332:19
339:25 340:1
341:19,21 346:20
346:24 347:21
349:7 355:5,10
356:18 357:9
367:24 371:9,13
378:20 381:23,24
381:25
**expertise (1)**
38:1
**experts (2)**
81:18 82:4
**explain (2)**
60:17 374:9
**explained (1)**
307:12
**explaining (4)**
148:1,23 149:13
150:5
**exposed (3)**
362:17,23 363:5
**exposure (29)**
49:10 140:10 143:13
143:19 144:3,21
160:17 161:20
162:18 163:21
171:19 217:5 225:4
226:20 254:7,8
292:10,10 349:1
353:1 360:11 361:1
361:8 362:9,18
363:23 364:11,18
364:24
**exposures (6)**
27:5,23 28:10 79:15
158:21 352:25

**expressed (1)**
98:9
**extensive (1)**
100:8
**extent (4)**
227:14 248:5 249:4
267:16
**extra (3)**
273:11 274:2 305:13
**extrapolate (1)**
158:17
**extrapolating (1)**
158:4
**extremely (1)**
17:8
**eyesight (1)**
376:5

_____

**F**

**f (4)**
1:24 2:11 384:4,24
**facets (1)**
145:10
**fact (46)**
19:12 58:11,13 67:24
72:3,21 73:19 74:4
74:16,25 91:16,24
92:11 96:6 103:10
106:2 112:15
115:17 120:5
123:10 125:23
126:14 132:19
138:15 144:4 182:7
187:1,5 188:3
191:18 215:8 216:8
217:9 232:10
239:11 243:10
245:11 252:10
265:21 277:7
292:22 315:15
344:1 350:23
352:12 375:18
**facts (6)**
92:3 148:1,23 149:13
150:6 385:6
**failing (1)**
275:21
**failures (1)**
103:15
**fair (19)**
77:5 109:13 128:24
135:7 141:16 145:4
155:18 159:24
202:22 203:7 204:1
204:6,10,23 226:17
249:13 272:8 301:6

364:11
**fairly (1)**
370:9
**falling (1)**
311:1
**false (6)**
180:22 181:15 182:5
182:10,13 183:9
**falsely (1)**
182:11
**familiarize (1)**
330:7
**far (8)**
60:13 72:11 76:15
140:14 160:1
215:19 300:9 367:4
**fascinating (1)**
30:16
**favor (1)**
145:3
**fed (1)**
289:1
**feeding (1)**
227:23
**feel (2)**
308:21 373:5
**fell (1)**
251:2
**fellow (3)**
128:11,17,23
**fellows (1)**
128:7
**felt (2)**
58:11 298:12
**female (39)**
185:20 186:14 191:20
192:13 194:7
195:25 196:4,12,22
206:15 213:7,17
214:23 218:20
230:7,8,19,19,25
231:10,19 232:7
251:16,19 252:4,7
252:19,23 253:25
254:22 255:1,6
299:22,24 300:1
302:17 307:7
318:21 342:16
**fewer (2)**
299:23 308:14
**field (2)**
362:15 363:6
**fifth (1)**
136:11
**figure (5)**
109:14 228:15 241:14

312:21 318:5
**files (1)**
367:21
**fill (4)**
39:8 62:17,19 167:19
**filled (1)**
62:18
**final (6)**
10:23 54:11 157:11
198:13 208:24
275:23
**finally (2)**
168:1 278:23
**find (48)**
16:13 28:4 30:15
31:19 46:3 119:2
158:23 164:18
195:23 196:3
201:17,19 208:25
209:12 216:16,22
217:4,10,24 221:13
235:1 236:20
240:13 242:15
252:17,22 253:9,23
254:24 265:18
281:3,7,12 286:7
303:8 309:23
311:14,18,21 312:5
312:6 314:25 319:7
329:13 344:22
370:3,4 373:11
**finding (38)**
16:23 18:7 77:19
181:21 187:15
197:24 202:20
203:17 205:25
207:19 208:5,20,21
208:23 217:21
222:11,22 223:20
224:16 243:12
251:18 252:6
253:11 255:13,21
258:1 259:1 282:23
282:25 283:8,11,23
309:12,23 315:1
372:14,24 381:16
**findings (34)**
18:22 31:12 84:13
124:20 180:2,4
183:14 203:4,5,13
218:13 220:18
224:1 230:6,17
231:9 237:18 238:5
239:23 251:23
258:12 262:22
273:13,15 275:14

278:8 281:21
283:21 298:25
303:17 359:21
360:19 363:21
364:4
**finds (2)**
192:24 215:9
**fine (6)**
152:18 262:4,8 332:3
333:3 335:16
**finish (1)**
322:6
**finishing (1)**
221:21
**fire (1)**
212:17
**firm (13)**
79:2 80:7 81:9 83:23
100:18 101:16,21
102:10,14 103:18
123:16 126:20
380:2
**firms (5)**
74:22 80:24 98:15
101:5 102:24
**first (70)**
12:14 14:10 21:19
30:13 31:21 33:22
36:18 52:2 53:6
59:19 61:10 65:15
71:13 75:14 77:13
77:23 82:14 88:6
106:24 107:12,16
114:3,7 116:21
120:17 121:25
130:15 133:10
140:16 142:4
152:19,23 153:4
158:24 166:11
178:10 179:18,20
190:1,16 194:24
196:17 201:6 213:9
220:16 225:25
237:4 239:17 242:2
244:6 251:25 252:5
273:18 279:14
297:18 302:19
308:25 332:10
334:14 338:3,22
350:13 360:2,3
366:18 370:2 371:8
374:11,13 378:23
**five (15)**
9:11 25:5 113:9 128:5
128:8 136:20
271:15 272:2,20

292:16 322:25
350:8,10 358:20
363:16
**fix (1)**
163:23
**flag (2)**
200:3 312:25
**flagged (3)**
310:12,21,25
**flawed (2)**
214:18 303:14
**flaws (2)**
69:5,6
**flips (3)**
202:23 203:8 204:7
**fluent (1)**
337:24
**focus (2)**
162:12 185:13
**focused (1)**
34:23
**foia (1)**
105:9
**folded (2)**
102:15,15
**folks (4)**
42:7,16 43:14 138:2
**follow (1)**
11:20
**followed (8)**
148:7,19 238:4 250:1
250:3 255:9,10,24
**following (5)**
13:17 14:24 56:13
116:7 168:1
**follows (1)**
11:5
**followup (4)**
68:12,22 91:9 332:11
**followups (1)**
380:24
**food (9)**
49:14 60:1 62:10 66:4
116:10 117:21
122:14 146:14
379:6
**footnote (7)**
243:4 297:10,10,25
299:18 300:3
305:19
**forced (1)**
228:5
**forget (1)**
45:6
**forgive (1)**
376:6

**form (357)**
12:2,23 14:2 15:20
16:25 17:5 18:10,13
19:19 20:7 21:3
22:1 24:21 26:4,12
26:23 27:7 29:19
30:5 31:3,14 32:5
32:17 34:14,25
35:10 37:5 38:9,23
39:7 40:5 42:11,19
43:18 44:2 46:12
47:9,16 48:3,19
49:16,21 50:4,8,25
51:12 52:4 53:14
54:22 55:10 56:4
57:4,19 58:9 59:11
60:6 61:5 62:2
63:16 64:1 65:4
66:14 67:5 68:16
69:2 70:25 72:6
74:8,20 77:11 80:9
81:19 83:8,19 84:7
85:2,13,17 86:8
87:4,13,23 90:1,16
91:6 92:3 93:6
95:10,23 96:9,19
98:17 99:21 100:11
100:20 102:4,19
103:2,13,23 104:7
104:12,19 105:2,7
107:8 108:10
109:24 111:1,22
113:22 115:22
116:4,14,20 117:3,8
117:23 118:6
119:10,20 120:1,8
120:22 121:11
122:24 123:13
125:1,11 126:3,17
127:21 128:2 129:6
129:13,22 130:8,14
131:7,12 132:6,15
133:4,24 134:7,10
135:1,9 136:25
137:12 139:9,17
141:7,21 142:15,25
143:25 144:13
145:6,19 146:6
148:3,12,25 149:16
150:7,18 153:25
154:16 155:1,19
156:3 158:7 159:9
159:23,25 160:21
161:23 162:15
163:14 164:16
165:9,17 166:2,21

167:5,12 168:10,17
169:10 170:11
171:16 172:2,18
173:8 174:3,9 175:6
175:24 176:20
178:21 182:2 183:8
183:17 185:7
186:17 187:4 188:7
188:17 189:3 193:4
193:22 194:11
195:11 196:16
197:21 198:23
200:14 202:12
203:1 204:4 205:1,7
205:16 206:3,18
207:21 208:11
209:8 210:13,22
211:13 213:8,19
215:15 216:4
219:22 222:16,25
224:10 225:6
226:23 228:14
230:23 231:14,24
232:13 233:3,6,20
234:7,15 236:14
238:13 239:8,15
240:25 244:2
245:20 246:5
248:12 249:20
250:24 251:17
252:14 255:18
256:6,14 258:21
261:3 264:16 265:2
267:22 270:21
272:5,16,25 275:18
277:6 278:13
281:22 283:14
284:9 285:2,12
287:2 289:20 290:6
290:8 291:5,20
293:6 294:15
297:15 298:4 299:9
300:24 301:24
304:17 305:25
307:3 308:2,16
309:5,14 310:23
311:20 312:14
313:12 315:9,24
316:4,13 317:6,18
318:13 320:2
321:15 322:1,20
323:17 332:7,15
336:17,25 338:24
339:12,22 340:20
341:8 345:3,10
346:3 347:2 348:11

348:20 349:18
351:4,19 352:21
354:18 355:1,19
356:5 357:1,15
359:10 363:25
364:13,20 367:8,18
368:14 381:21
382:9,12,25
**formal (1)**
136:16
**format (1)**
336:15
**former (2)**
29:10 123:2
**forms (1)**
253:10
**formulated (2)**
145:16 146:4
**formulations (5)**
139:7,15 148:9
149:11 347:11
**forter (2)**
335:18 336:13
**forth (11)**
11:19 71:12 107:15
154:8 183:24 270:5
333:25 334:16
336:4 351:25
384:11
**forward (1)**
269:11
**found (42)**
46:7 164:21 185:24
192:13,14 193:17
193:24 194:16,25
200:11 201:2,10
209:14,25 214:3,9
218:22,23 242:7
250:10 255:2,5,15
275:9 276:3,13,19
281:9 292:17,19
296:17 298:10,18
299:4 300:23 301:3
305:23 313:10
322:25 342:20,23
360:24
**foundation (4)**
136:17,22 137:6,10
**founded (1)**
26:1
**founding (1)**
376:23
**four (50)**
42:9 62:6 94:5 95:3
95:11 96:1 128:8
213:22 216:9 217:8

217:9,20,23 221:10
222:19,23 223:2
224:5,16 225:11,19
226:1,10,14 232:25
233:4,7,18,21,24
234:12 236:5
251:24 253:22
254:16,18 282:22
283:6 284:14
292:18 296:17
324:21,24 347:15
363:18,23 364:4,10
364:17 365:1
**fourth (3)**
217:13,15 297:7
**fracking (1)**
39:14
**frame (3)**
27:9 260:23 337:5
**frankly (1)**
156:22
**frequency (2)**
176:14 362:2
**front (2)**
114:19,24
**fuchs (2)**
335:18 336:13
**fujimoto (1)**
253:13
**full (12)**
55:25 134:23 135:13
157:25 166:11
213:9 297:18
320:20 324:6
331:24 332:1
341:22
**function (5)**
143:13,19 144:2,21
166:16
**fund (29)**
9:21 25:21,24,25 26:7
26:10,14,20 27:4,12
27:18 28:8 29:16
30:1 31:8 32:2,14
33:1 38:8 39:13,21
90:19 375:15
376:21 377:4,16,22
378:14 380:5
**funded (1)**
137:11
**funding (3)**
134:4 137:13,16
**funds (1)**
31:1
**further (8)**
107:2,6 130:1 167:16

184:9 346:1 383:3
384:15
**future (1)**
103:6

### G

**gained (2)**
101:7 102:5
**gains (1)**
103:5
**games (1)**
152:2
**gavage (2)**
227:22 228:1
**gc (1)**
28:4
**gene (2)**
347:18 348:2
**general (14)**
118:2 138:10 145:8
155:10 161:25
162:2,6 251:3
261:14 332:10
341:15,17 348:21
376:24
**generally (3)**
173:1 225:3 372:10
**generate (1)**
382:7
**generating (1)**
268:23
**genes (3)**
343:10 347:7,8
**genetic (9)**
168:2,8,12,13 169:1,4
370:6 377:20
378:10
**genetically (1)**
164:25
**geno (1)**
342:10
**genome (1)**
347:9
**genomic (2)**
23:3,4
**genomics (2)**
23:1,2
**genotoxic (34)**
9:9 332:6,14 333:1,11
336:24 338:13
339:9,24 340:12,18
342:15,20,23 343:3
343:5,14,24 344:2,6
344:15 346:22
358:19 359:6,13,15
360:5,10 361:2

363:22 364:9,16,17
364:25
**genotoxicity (16)**
22:24 137:20 331:21
332:21 338:20
341:22 346:12
347:23 348:4,15,21
351:11 357:9,25
358:2,3
**genotoxisch (1)**
337:21
**german (18)**
8:24 114:23 116:24
117:9 333:18,20
334:6,10 337:8,14
337:16,18,20,24
338:17 339:3,5
368:25
**germany (1)**
115:1
**getting (1)**
163:2
**giknis (19)**
243:1,17 244:3 247:3
248:21,21 251:9
259:17,24 260:3,16
262:16 263:20
266:12 267:15
270:1 271:4,7
277:11
**gillam (5)**
278:7,21,24 279:21
280:13
**give (21)**
39:7 100:4 102:7
124:11 139:2
152:13 227:19
259:21 266:20
267:8 314:12 318:6
318:17 320:4 336:8
337:1 345:11
346:18 357:10,21
366:14
**given (12)**
37:14 88:3 102:11
119:8 121:7 198:6
212:7 252:25
320:16 382:13,16
384:13
**gives (4)**
324:11,12 326:22
372:21
**glad (1)**
208:6
**gland (22)**
186:13 187:10 191:20

193:25 194:4,6,18
194:19,20 195:6
196:21 198:9 200:7
209:1,11,23 210:6,8
210:14 211:4,10,17
**glands (1)**
193:18
**glp (1)**
18:19
**glyph (1)**
50:2
**glyphosat (1)**
337:21
**glyphosate (279)**
7:5,13,19 24:17 25:7
25:10 27:2 29:18
30:3,15 32:11 33:4
34:12,20 35:5,8
36:1 38:22 40:1,2,9
42:10 48:24 49:5,23
49:25 50:23 51:2,10
52:14 53:20 54:3,19
55:1,8 56:2 58:6,19
59:9,17,23 60:4
61:4,16 62:1,10
64:10 65:18 66:5,18
68:14,24 69:14
74:15 75:9 77:9,15
81:3 83:7,16 84:4
84:14,20 89:6,15,21
89:25 90:4,9 91:2
91:17 92:13 93:2,4
94:12,17 95:5,18,21
96:8,18 98:13,22
99:2 100:6,8,16
101:14 103:12,17
103:22,25 104:3,6,9
105:1,13 108:8,14
108:18 112:1,24
113:5 115:9,19,25
116:7,8,12,18,22
117:1,6,10,12,16,20
118:4,10,14,20
119:3,13,17 120:20
121:9,13,21 122:15
123:17,21 124:8,9
124:17,24 125:4,17
126:22 127:3,18
129:20 130:2,6,12
130:24 131:5,11,16
131:22 132:5
134:17 137:19
138:12 139:7,14
140:10,19 142:13
142:20,24 143:13
143:19,23 144:3,22

145:15,21,25 146:3
146:16 148:9,9,21
149:5,11,11 150:3
150:15,19 152:20
154:5,11 170:19
180:20 183:3,11
186:11,21 188:4,14
189:22 191:19
192:14 193:2 196:5
196:11,21 197:15
197:19 198:9,20
200:23 203:15,18
205:3,5,14 206:8,14
211:16 213:6,16,25
214:7 215:12
216:17,23 217:6,12
218:1,6 219:9,18
221:3 222:8 227:16
228:22 229:4
232:16 234:3,13
236:11,15 251:15
256:23 278:2
283:10 284:1,7
295:20 296:18
298:9 331:5,19
332:5,14 333:1,10
335:9 336:6,23
338:9,12 339:9,24
340:12,18 346:22
347:1,11,11 348:9
348:15 349:8 355:6
355:11,16 359:7,16
360:12 361:1 362:9
362:23 363:17
364:4 367:15 379:3
380:2 381:6
**glyphosatebased (3)**
355:18 356:4,25
**glyphosaterelated (3)**
81:8,10 212:6
**go (45)**
19:10 44:12 52:10
60:16 61:10 95:14
99:6,25 100:22
107:3 111:23 151:3
155:21 170:2
180:10 190:5,24
221:6 224:14,21
225:7 241:14 249:1
255:21,22 257:12
262:15 285:3 286:5
287:10 305:16
310:6 311:2 314:1
318:20 328:11
329:11,16 370:10
370:12,20 371:15

373:13 379:13,20
**goal (1)**
281:19
**goals (1)**
142:8
**god (1)**
253:21
**goes (4)**
107:14 205:19 322:10
370:16
**going (44)**
33:11 34:22 48:8 49:6
55:22 57:22 66:4
76:4 77:4 100:2
108:11 146:11,22
155:12 161:8 162:5
162:20 170:2,3,20
172:8 183:13 191:8
212:18 216:14
228:17 229:7,11
232:5 257:12 294:3
295:21 329:13
337:20 342:11
364:22 365:18
366:5 370:19
373:21 374:9
375:23 377:10
382:13
**gold (1)**
325:8
**good (13)**
11:8 35:23 100:4
140:2 172:6 178:6
339:5 341:17 342:7
354:12 371:4,18
372:16
**gotten (3)**
67:2,3,22
**governing (2)**
134:24 135:14
**government (10)**
20:17 30:10 105:21
105:22 113:3,3
135:22 136:12,14
137:11
**grand (1)**
192:17
**gray (2)**
31:22,23
**great (1)**
151:17
**greater (7)**
12:8 149:25 187:12
271:15 272:2 328:5
328:13
**greenwald (432)**

3:7 5:4 12:2,23 14:2
15:20 16:25 17:5
18:10,13 19:19 20:7
21:3 22:1 24:20
26:4,12,23 27:7
28:12 29:19 30:5
31:3,14 32:5,15
34:6,14,25 35:10
37:5 38:9,23 40:4
42:11,19 43:18 44:2
46:12 47:9,16 48:3
48:19 49:16,21 50:4
50:8,25 51:12 52:4
53:14 54:21 55:10
56:4 57:4,19 58:9
58:21 59:11 60:6
61:5 62:2 63:16
64:1 65:4,20 66:1
66:14 67:5 68:16
69:1,18 70:25 72:6
74:7,20 77:10 78:20
79:2 80:7,9,11,16
81:19,21 82:19 83:8
83:19 84:7 85:2,13
85:17 86:7 87:4,13
87:23 89:8 90:1,16
91:6 92:2,5,15,22
93:6 95:10,23 96:9
96:19 98:16 99:20
100:10,20 101:17
102:4,19 103:2,13
103:23 104:1,7,12
104:19 105:2,7
107:8 108:10 109:2
109:7,11,24 111:1
111:22 113:21
115:21 116:3,14,20
117:3,8,23 118:6
119:10,20 120:1,8
120:22 121:11
122:3,24 123:13
125:1,11 126:2,17
127:21 128:2 129:5
129:12,21 130:8,14
131:6,12 132:6,15
133:4,7,24 134:6
135:1,8,11 136:25
137:12 139:9,17
141:7,20 142:15,25
143:24 144:12
145:5,18 146:6,21
147:6 148:3,11,25
149:15 150:7,17,21
150:25 151:9,13,22
152:1,6,10 153:24
154:15 155:1,19,23

156:3 158:7 159:9
159:22,25 160:20
161:23 162:15
163:13 164:16,18
164:21 165:9,17
166:1,21 167:5,11
168:16 169:19 170:1
170:10 171:16
172:2,18 173:4,7
174:2,9 175:5,23
176:19 178:20
179:10 182:1 183:7
183:16 185:6
186:16 187:3,22
188:6,16 189:2,9
190:19 193:3,21
194:10 195:10
196:15 197:20
198:22 200:13
202:11,25 204:3,25
205:6,15 206:2,17
207:20 208:10
209:7 210:12,21
211:12 213:8,18
215:14 216:3
219:21 221:20
222:15,24 224:9
225:5 226:22
228:13 230:22
231:13,23 232:2,12
233:2,5,19 234:6,14
236:13 238:12
239:7,14 240:24
244:1 245:19 246:4
246:14 248:11
249:19 250:11,23
251:17 252:13
255:17 256:5,13
258:20 259:3 261:2
261:25 262:5
264:16 265:2
267:22 270:21
272:5,15,25 275:18
277:5 278:13
281:22 283:14
284:9 285:2,12
287:2 289:20 290:6
291:5,20 293:6
294:15 297:15
298:4 299:8 300:24
301:24 304:17
305:25 307:3 308:2
308:16 309:5,14
310:23 311:20
312:14 313:12
315:8,24 316:3,12

317:5,17 318:12
320:1 321:15 322:1
322:20 323:17,19
326:13 329:24
330:19 332:7,15
333:4,12,23 334:2
334:18 335:5,10
336:8,17,25 337:22
338:24 339:11,22
340:6,13,20 341:8
341:14 345:3,10
346:3 347:2 348:10
348:19 349:18
351:4,19 352:20
354:18 355:1,19
356:5 357:1,15
359:10 363:25
364:13,20 366:8,14
367:8,18 368:14
370:19 371:3
373:16 375:23
377:12 378:16,21
380:19 381:21
382:9,12,25
**greim (14)**
153:7 178:12 179:20
285:5 371:19,20,22
371:24 381:3,19
382:1,4,20,22
**greims (1)**
179:24
**grooming (4)**
229:10,16,17,20
**grounds (1)**
335:14
**group (113)**
11:24 12:3,11,19 13:8
13:25 14:8,24 15:10
15:18,21 16:19
17:10,20,25 19:13
20:24 21:17,20,23
22:6 24:25 25:6,9
26:15 33:3,6 34:17
35:17 36:5,23 39:4
39:11 40:3,7,12,21
41:9 43:14 44:1,6
47:20 49:4,4,4,4,23
50:12,16 51:9 52:7
53:5,8,10 54:2,3,24
55:12,14,15,21 56:1
56:10,13 57:15,18
57:24 58:6,18 59:8
65:1 66:12 67:18
68:12,22 69:11
79:10,16 115:6
118:23 142:5

192:18 194:1 200:9
203:22 218:1
237:18,21 238:6,7
239:2 241:12 254:8
255:13 256:9,11
257:25,25 258:11
263:3 281:4,8,13
287:15,16,21,22,23
288:22 289:1 291:8
291:15 292:18
**grouped (3)**
203:24 241:10 327:14
**grouping (1)**
290:14
**groups (27)**
7:21 11:20 19:15 20:3
22:10 24:1 48:6
52:13 56:14 127:5
185:17 192:15,19
195:2 217:12
228:24 229:18
288:19 291:1 292:8
292:20 293:19
308:20 324:9,10
346:15 370:10
**growing (1)**
376:8
**guarantee (1)**
368:16
**guess (17)**
45:12 67:19 96:1,24
107:20 128:3,20
131:17 153:1
234:19,21 278:4
310:16 314:1
337:23,23,25
**guidance (5)**
19:14 23:24,25
172:22 277:9
**guided (1)**
314:8
**guidelines (6)**
20:2 250:2,4 277:8,12
277:21
**guy (1)**
365:12
**guys (3)**
109:4 146:25 170:1
**guyton (4)**
42:5 43:10 57:15,21

---

**H**

**habits (3)**
229:16,17,20
**half (6)**
49:3 335:8 360:2

371:24,25 375:1
**halfway (1)**
350:13
**hand (3)**
262:18 361:18 384:21
**handled (1)**
254:2
**handwritten (3)**
6:10 48:10,14
**haphazardly (1)**
289:23
**happen (4)**
68:4,8,9 165:19
**happened (1)**
96:1
**happening (2)**
353:3,13
**happens (2)**
56:23 160:2
**happy (1)**
318:20
**hard (2)**
252:15 363:8
**harmful (1)**
158:20
**haseman (11)**
298:2,6,7,23 299:21
305:21 307:1,8,11
307:13,24
**hasemans (2)**
300:4 308:4
**hate (1)**
142:1
**havent (4)**
120:23 250:4 256:21
314:2
**hazard (2)**
159:2,3
**head (7)**
25:15 64:14 83:10
122:13 162:21
202:23 203:9
**health (26)**
7:22 29:9 50:7,11,14
62:6 64:14 115:7
117:19 118:9,13,19
123:4 127:5 132:17
134:19 144:6,17
145:12 154:23
155:3 157:14
340:17 374:13,15
379:12
**hear (4)**
151:8,23 152:3,6
**heard (1)**
26:8

26:8
**hearing (1)**
151:17
**heaviest (1)**
357:10
**held (2)**
2:9 10:9
**help (5)**
44:20,23 45:1 65:1
136:3
**helped (2)**
21:19 129:8
**hemangioma (1)**
252:18
**hemangiomas (16)**
251:15,19 252:4,7,23
253:17,19,24
254:21,25 255:5,15
256:2,3,20 257:6
**hemangiosarcoma (...**
238:6 241:20 251:6
251:13
**hemangiosarcomas ...**
178:25 236:18 237:3
237:7,15 238:10
240:3,11,16 241:2,7
241:17,18,22 242:7
242:15,16,18,21
243:1,10,25 245:3,9
245:13,17,22 246:1
246:2,8,12,23 247:8
247:12,14,24 248:6
248:8,23,24 249:3,5
249:17 250:7,9,13
250:15,20,21 251:1
255:12 256:1,12
296:20,24
**hepatocellular (20)**
186:11 199:22,24
200:23 201:3,11,18
201:25 202:3,19
203:6 208:6,16
209:1,12,24 210:7,9
210:16,24
**herbert (1)**
163:25
**herbicide (3)**
355:18 356:25 360:12
**herbicides (3)**
35:14,23 356:4
**hereinbefore (1)**
384:11
**hereunto (1)**
384:21
**hes (1)**
298:16

**hesitating (3)**
172:4,11,13
**hey (1)**
170:1
**high (17)**
34:18 194:12 200:9
214:13 217:25
237:18,21 239:2
240:1 255:13 256:9
256:11,18 288:10
289:23 290:5
352:22
**highdose (3)**
287:16,23 291:15
**higher (2)**
254:9 261:15
**highest (11)**
194:1 217:11 237:25
238:6,7 254:7
270:25 292:19
293:3,21 364:3
**highlight (1)**
218:12
**highly (2)**
212:11,12
**hightower (1)**
80:14
**hill (8)**
147:19,23 148:13,21
149:21 150:8,10
153:22
**hire (5)**
80:23 98:13 100:17
101:4,15
**hist (2)**
240:20 259:15
**historical (120)**
8:20 45:8,19,22 240:2
240:14,18 242:14
242:16,19,21,22,25
243:11,24 244:18
244:23,24 245:3,12
245:25 246:24
248:7,9 249:7,16
253:1 257:10,13
259:11,24 260:11
260:13,16,21 261:5
261:9,16,21 262:20
262:24 263:2,13,24
264:13,24 265:5,8
265:16 266:4,9,15
267:1,3,9,11,19,25
268:18,23 270:5,10
270:14,17 271:13
271:14,23,24 272:2
272:18,21 273:3,16

273:24 274:1,12,17
275:1,5,16 276:2,6
276:10,12,17,20,25
283:17,20 303:11
303:18 304:4,16,21
304:25 308:11
309:2,3 310:4,7,18
310:20 311:1,3,5,11
311:15 312:1,4,6,7
312:10,18 313:9,11
326:7,23 370:1,13
382:10
**history (1)**
26:6
**hiv (2)**
166:24 167:2
**hogan (7)**
238:1 252:2 260:14
264:18 279:15
282:21 324:5
**hold (2)**
145:8 337:22
**holds (2)**
127:14 147:10
**hollingsworth (1)**
4:3
**home (1)**
61:22
**honest (1)**
312:19
**honestly (2)**
128:14 242:9
**hope (1)**
178:7
**hoping (1)**
45:12
**horizons (4)**
7:10 122:7,12,17
**hour (1)**
341:3
**hours (12)**
97:23 98:1 99:15,18
100:7,12,15 101:10
101:23 102:22
108:6,13
**human (45)**
5:16 19:3 21:12 23:13
23:15 27:5,23 28:9
49:20,23 145:24
154:23,24 155:13
155:17 156:2
157:13,14,18 164:1
164:5,24 165:24
166:14 167:14
168:4 169:8,16
170:7 171:14

172:17 173:19
175:13 176:1
345:24 347:8
350:25 352:5,6,11
353:14 355:17
356:3,23 357:18
**humans (61)**
5:10 6:6 12:21 13:11
15:13 23:17,20,21
37:17 116:19,23
152:22 154:13,21
155:11 158:5,19,20
159:8,11,12,16,18
159:20 160:19
161:7,22 163:12,19
163:21 165:7,16,19
165:20 166:7,19
167:3,6,9,20 169:3
172:1 174:1,8,16,23
175:4,22 176:5,6,13
176:18 224:23
225:3 345:17 346:9
357:5,11 358:1,7
365:5
**hundreds (1)**
183:11
**hunter (2)**
3:15 80:13
**hydraulic (1)**
39:14
**hypothesis (10)**
204:16,17,20,21,23
205:2,4,8,18 214:10

———————————
             I
———————————
**iarc (96)**
5:8,14,24 6:1,3 11:10
11:12,19 12:3,8
13:10,25 14:4 15:25
17:10 19:14 20:2
21:11 22:15,18,20
24:2,5,8,16,25 25:5
27:1,15 32:3,10,15
32:18,22 33:5,14,21
33:25 34:3,21 35:3
35:13,16 36:16 37:2
37:16,25 39:7 40:21
41:11 43:2,11 44:4
46:11,15 48:4 51:4
52:5 53:10,16,21
55:11 56:19 58:6,11
58:18 59:15,21
64:25 66:11,12,21
67:9,12 68:6 77:6
77:19 78:9,11 79:10
79:15 116:1 124:8

124:11,14 134:13
141:12 152:25
153:2 176:2 257:25
258:10,10 371:9
379:5 383:1
**iarcreviewed (1)**
78:15
**iarcs (4)**
24:9 33:18 75:8 116:7
**id (20)**
12:24 13:1 32:19,20
46:21 91:13 117:24
179:1 190:5 234:18
234:20 258:4 285:3
300:12 307:20
312:20 354:11
368:8 370:3,15
**idea (12)**
26:7 61:7 77:18 96:20
118:12,18 135:21
142:16 197:5
335:14 339:16
351:22
**identical (1)**
260:9
**identification (46)**
13:12,21 21:14 28:22
30:24 34:2,5 37:18
40:16 41:23 43:8
48:16 53:1 57:12
60:21 65:13 68:19
71:7 73:10 88:11
89:16 106:11,14
122:8 123:25 127:7
136:9 156:8 164:6
181:6 184:21 220:4
243:22 268:8,10
278:18 326:9 334:7
334:11 350:2
358:22 365:22
366:12 373:20
376:2 377:18
**identified (8)**
14:7 45:23 46:17
110:23 123:6 128:6
186:23 310:2
**identifies (2)**
173:18 244:10
**identify (6)**
78:7 123:2 276:16
318:23 331:20
332:17
**identifying (2)**
163:10,20
**ignored (1)**
238:5

**ill (11)**
14:10 43:21 60:16
114:12 220:9 276:9
283:5 303:21
311:24 326:11
376:15
**illustrate (1)**
311:4
**illustration (1)**
290:8
**im (151)**
10:14 11:14 14:17
16:13 30:14 31:20
32:21 33:11 42:3
43:20 45:12 46:13
46:23 58:2,22 63:2
71:21 73:2 74:22
76:3,4,19 90:11
107:10 113:7,8
114:9,12 122:4
128:21 139:1,1
140:2,16 141:25
142:1 143:2 144:1
146:22 155:12
158:23 161:24
163:1 165:13
166:22 167:24
168:18,24 169:17
170:25 172:4 175:7
176:22 184:4 192:5
196:18 197:1
201:19,23 206:21
207:5,25,25 214:25
214:25 217:13,14
220:16 221:13,25
226:2 230:11
232:19 234:17,20
241:13 243:7 248:1
251:11,21 258:4
260:2 266:18
269:18 273:22,25
274:24 276:8 277:7
282:6 285:17
287:17 288:25
290:19 293:7,11
294:3 295:21
297:22 303:5,22
304:18,18 305:17
306:1 309:15
311:22 313:6
314:19 315:11
317:13 318:7,8,20
320:3,11,20 322:4
323:18 324:16
325:21 328:4
332:24 334:21

335:11,12 337:20
339:4 340:8 343:1
344:17 348:14
349:4,20 352:8
354:6 355:8 359:24
361:17 364:22
366:5 367:19
373:21 374:9
375:23 376:5
377:10,12 380:16
380:17 382:13
**imagine (1)**
360:22
**immune (6)**
164:12 166:14,20
167:3,10,14
**impact (3)**
160:8,12 364:16
**impacts (3)**
361:2 363:15,22
**implementation (2)**
134:24 135:14
**importance (1)**
311:4
**important (13)**
17:21 29:12 155:6,13
155:16 183:18
238:23 260:9 358:1
358:3 373:10,11,13
**impossible (1)**
204:6
**improper (2)**
133:2,22
**improperly (1)**
321:11
**improve (1)**
136:3
**inadequate (5)**
17:18 50:24 51:2,3,11
**inappropriate (3)**
134:18 266:4 374:22
**inbred (2)**
169:18 170:9
**incidence (15)**
194:6 201:2,11,14
214:5 216:22 217:4
242:16 248:9
261:15 266:20
271:5,23,25 283:25
**incidents (1)**
324:16
**include (20)**
35:8 42:17 106:19
206:19 207:16
208:3,13 224:17
246:11 285:9,19

303:2,16 306:9
308:8 314:20
319:14 322:16
324:21 376:23
**included (24)**
41:7 42:1,3 78:12
84:24 143:18 208:7
208:17,18 222:3,12
246:23 248:8 249:7
264:5 283:16
290:16 291:7
296:21 323:13,15
371:22 373:7 381:3
**includes (8)**
173:17 232:20 267:16
297:18 299:3,10
304:14 327:12
**including (10)**
17:17 42:10 110:19
148:22 202:18
210:20 211:23
221:19 226:15
246:2
**incorporate (1)**
299:15
**incorporated (2)**
10:14 308:18
**incorrect (6)**
69:3 123:7 189:12
280:14 302:24
362:4
**increase (10)**
205:9 227:20 240:14
253:17 255:3
280:24 353:22
354:1,5,9
**increased (55)**
134:22 135:12 193:2
194:8 195:8,24
196:4 201:2,11,14
208:5 210:10,19
214:6 216:16,17,22
216:23 217:4,5
223:20,21 235:1
236:21 237:14,23
240:13 252:6,18,23
253:9,24 254:25
255:5,15 256:3
257:3,19 278:2,11
279:2 280:20 284:1
286:1,16,24 287:7,8
287:9 291:18,19
293:4 294:13
353:18,19
**increases (2)**
195:7 261:17

**increasing (2)**
194:17 197:15
**incredibly (1)**
199:18
**index (5)**
5:1,6 7:1 8:1 9:1
**indicate (2)**
49:24 370:5
**indicates (2)**
360:4,10
**individual (17)**
103:20 113:2 181:13
182:6 232:21 244:9
246:18 266:20
289:1,21 290:10
291:8 306:8 307:15
314:21 326:23
343:21
**individually (2)**
192:16 255:19
**individuals (9)**
25:3 41:8 43:23 66:9
73:13 113:2 128:6
362:22 363:14
**induce (2)**
163:22 171:7
**induces (2)**
350:8,10
**inducing (1)**
352:18
**induction (3)**
349:17,19 350:15
**influence (5)**
7:20 127:4 133:2,22
134:18
**influenced (1)**
132:4
**information (12)**
63:23 82:9 86:11
118:23 190:7
243:24 244:9
249:15 274:16
323:22 335:3 380:1
**informative (1)**
219:2
**ingestion (4)**
227:5,21 228:2,3
**initial (6)**
47:25 184:23 219:25
236:25 240:5
287:11
**initially (2)**
53:3 207:2
**initials (1)**
380:12
**initiated (5)**

263:25 264:7,14
269:1,7
**insecticide (1)**
36:2
**insecticides (3)**
34:23 35:4,15
**instance (3)**
216:16 244:21 326:20
**instances (1)**
245:25
**institute (5)**
29:8 123:3 127:14
135:3 138:18
**insufficient (1)**
347:4
**intellectual (3)**
101:15 102:5 103:4
**intend (3)**
68:3,5,8
**intended (3)**
154:4,10 279:5
**intent (1)**
282:12
**intention (1)**
221:25
**interacting (1)**
344:19
**interaction (2)**
64:19,21
**interest (25)**
7:21 37:4 38:2,6,11
38:12,16,18,20 39:9
39:16 58:8,13,20
59:1,3,10,14 72:10
73:2 91:3 127:5
261:12 340:17
379:21
**interested (5)**
36:19 65:7 139:4
324:16 384:18
**interesting (1)**
139:18
**internal (2)**
5:17 21:12
**international (4)**
19:18 20:6,17 379:4
**internet (2)**
373:25 382:24
**interpretation (2)**
52:20 54:13
**interstitial (1)**
218:21
**interval (1)**
290:17
**interview (7)**
151:4,6 336:12,15

337:6 340:4 341:2
**interviewed (6)**
90:7 146:12,17 335:7
335:17,22
**interviews (3)**
121:8,12 146:20
**intransit (1)**
361:2
**introduce (1)**
10:18
**inverse (5)**
192:25 193:17 194:5
215:4,10
**investigators (8)**
320:18 359:3,20
360:8,18,24 361:23
363:15
**invite (1)**
114:16
**invited (9)**
36:7,10,22 37:1,6,24
54:9 55:2 114:21
**invoice (10)**
82:14,23 93:25 94:5,9
96:15,23 97:1 99:11
101:14
**invoices (6)**
93:3 95:20 96:6,13
369:8,9
**involve (2)**
79:9,14
**involved (5)**
136:22 137:23 212:9
313:2 380:2
**involvement (3)**
58:5,18 76:21
**involves (1)**
78:14
**island (1)**
26:15
**isnt (2)**
86:9 379:24
**isolation (1)**
317:8
**issue (14)**
19:20 26:11 27:10
59:16,22 61:15 76:6
76:7 79:12,13 104:3
115:13 228:18
250:5
**issues (16)**
23:3,17 29:14,24
39:13 63:4 105:23
110:22 115:11
121:9,13 123:17
165:4 310:21 336:5

380:5
**ist (2)**
337:20 338:9
**item (2)**
245:8 378:7
**ivan (2)**
53:3 55:18
**ive (20)**
26:5,8 56:9 58:23
90:22 97:8 105:20
112:22 121:12,23
141:24 146:17
198:12 207:25
268:2 306:21
308:21 315:10,19
316:5

_____
**J**

**j (7)**
8:7,9,11 181:5 184:20
220:3 380:17
**january (2)**
263:25 264:7
**japanese (1)**
118:9
**jersey (3)**
2:14 384:2,7
**jim (6)**
104:5,8,25 105:15
107:6,19
**jmprs (1)**
118:8
**job (3)**
1:25 55:3 144:18
**john (1)**
4:8
**johnson (1)**
112:7
**join (8)**
65:7 69:12 72:3,20
73:14 74:1,14 138:8
**joins (3)**
9:20 377:15,21
**joint (6)**
22:23 201:7 267:9
297:19,19 298:24
**jones (22)**
104:5,8,17,25 105:6
105:12,15,19,20
106:1,8,20,25,25
107:6,19 108:1
109:21 110:3,14,22
111:5
**jose (1)**
122:18
**joseph (1)**

298:5
**journal (5)**
124:2,5 125:22 126:4
379:11
**journals (2)**
81:16 82:2
**jpmr (2)**
117:20 118:3
**jude (5)**
1:12 2:8 380:10
383:10 384:9
**judge (1)**
372:13
**judgment (1)**
372:23
**july (11)**
5:25 33:23 34:1,7,21
220:13 222:23
223:3 240:5 335:7
335:19
**jump (1)**
363:8
**june (27)**
8:17 82:14,17,20,24
93:25 94:3,3 96:14
96:24,25 97:4 99:3
99:6,10 102:14
106:18 107:18
108:2,16,21 109:18
110:20 126:13
181:10 278:17,24
**justification (1)**
197:22

_____
**K**

**kalas (1)**
4:8
**kate (1)**
42:5
**kathryn (3)**
43:10 57:15,20
**keep (1)**
295:6
**keeping (2)**
55:1 140:3
**kellogg (1)**
376:25
**kept (1)**
368:10
**keratoacanthoma (5)**
207:15 325:4 327:9
327:12,18
**keratoacanthomas ...**
186:12 187:7 207:1,7
208:9,14 209:4
210:5 211:19

212:13,16 223:8,19
223:21 224:8
225:15 325:1
**key (8)**
9:3 243:9 330:24
331:19 349:24
351:5,6 379:16
**keyed (1)**
147:16
**kidney (81)**
45:5 174:20,21
178:25 216:1,15,16
216:22 217:2,5,10
217:24 218:6,12
241:8,17,24 242:1,8
256:24 257:3,6,7,20
258:12,19 260:14
262:22 263:6
266:15,17,19,24
267:5,7 270:10,18
271:23 273:3,6
274:9,14 276:3
277:9,10 278:1
279:24 280:20
281:4,7,9,12,15,20
281:25 282:12,15
282:17,18,25
283:11,25 284:7,10
284:18,18,19,21
285:8,10,14,19
286:13 287:18
288:3 293:15
296:20 315:25
316:1,1 324:13
**kidneys (1)**
260:18
**kill (2)**
352:23 366:17
**kilo (1)**
289:7
**kind (1)**
214:25
**knew (3)**
32:23,25 105:23
**knezevich (57)**
45:5,10,10,12 237:25
251:25 252:2,5
256:11 257:8,10
258:1,13,18,25
259:12,16 260:14
262:21 263:7
264:10,15,17,25
265:7,17 269:11,17
269:20,22,25
270:16 271:13
272:1,24 273:5

274:9 275:14 276:6
276:18 278:9
279:15 282:20
286:24 287:4,13,18
291:14,15 319:9
320:15,19 321:4
322:17 323:3,25
324:4
**knocked (3)**
255:12,20 256:10
**knocking (1)**
256:9
**know (114)**
12:24 16:13 19:20
27:8 28:14 32:25
33:10 42:20 47:17
64:2,3 65:21 76:1
76:21,24 77:2 86:17
98:6,7 105:8,9,19
107:9 108:19
111:10,17 112:18
113:12 114:2,9
117:18 118:24
124:10 126:5
128:13,14 156:23
160:1 161:4,10
167:21,22 170:15
170:18 176:5,6
180:8 184:4 186:18
193:5,6 198:24
200:17 206:19
210:25 224:12,20
225:2 226:24 227:1
227:3 233:21 239:9
239:16,17 241:15
242:9 245:16
247:18,23,25
248:15,17,18 249:6
249:9 250:3,6,19,21
251:1 258:23 277:3
277:14 278:14
295:11 299:12
300:10,18 302:23
317:11 320:14,21
323:20,20 325:16
326:2 332:5,12,14
333:1,10 337:10
338:18 339:9
340:11,24 357:20
360:20 365:6 367:9
368:13 370:2,7
**knowledge (5)**
26:24 37:2,25 101:7
102:5
**known (10)**
23:12,14 105:20

176:1 227:8,10
266:5 352:5,6,11
**kristie (1)**
80:14
**kurt (1)**
25:15

---

**L**

**la (1)**
3:14
**lab (1)**
251:10
**labeled (2)**
10:2 13:14
**laboratories (2)**
18:24 190:7
**laboratory (5)**
158:3 260:24 268:13
277:13 329:5
**labs (1)**
18:17
**lack (1)**
62:23
**lake (1)**
3:14
**lancet (8)**
56:15,20 57:3,6,17,22
75:8 77:24
**landrigan (12)**
129:3,7,20 130:1,5,11
130:16,24 131:4,10
131:13,21
**landrigans (1)**
129:14
**lang (3)**
268:14 270:4 272:22
**language (2)**
38:13 357:17
**lankas (18)**
214:11 215:17,24
216:5,14 218:10,13
218:15,16,22 219:2
220:22 221:9,19
222:3,13 225:23
226:15
**large (5)**
180:18,20 181:12
204:11 357:4
**largely (2)**
20:25 21:23
**larger (2)**
199:25 315:12
**lasker (79)**
4:7 5:3 11:7 13:4,13
21:8 30:18 33:11
34:7 40:13 43:3

48:12 57:8 60:18
65:9,24 69:16 70:1
71:3 73:6 88:7
89:11 106:5 108:25
109:5,9,13 122:1,4
126:25 136:6 147:2
147:15 151:7,11,15
151:25 152:8,16
169:19 176:24
178:5 180:10 262:3
262:7,14 268:4
318:19 325:17
326:15 328:18
329:1,11,18 330:1
330:10,13,15
333:25 334:4,18
335:2,16 336:10
338:1 349:21
358:16 364:21
365:8,18,24 366:5
370:17 374:3
375:13 378:19
380:23 381:2 383:3
**late (1)**
26:1
**latex (2)**
28:2,2
**law (15)**
74:22 80:7 81:9 83:23
98:14 100:18 101:5
101:16,21 102:14
102:24 103:18
123:16 126:20
380:2
**lawyers (1)**
82:7
**lead (2)**
344:8 364:18
**leaf (1)**
366:19
**lean (1)**
145:3
**leans (1)**
252:11
**leave (1)**
14:10
**left (5)**
24:6 164:10 166:11
262:17 306:21
**legal (1)**
10:14
**length (1)**
269:21
**lesions (3)**
8:14 243:20 268:9
**letter (50)**

6:19,20 9:13 30:7
62:8 65:5,8 69:12
71:5,13,13,14 72:3
72:13,20,25 73:4,8
73:11,12,18 74:1,2
74:14,21,23 79:19
80:5 88:2,4,6 98:10
100:15,23 114:8
124:4,6,22 125:5,22
126:11 129:9,15
130:7,12,25 131:14
131:15 153:11
366:10
**letters (4)**
84:16 86:21 87:19,24
**letting (1)**
330:14
**leukemia (4)**
165:5,13 166:4,5
**level (9)**
235:14 236:8,22
258:3 283:22,24
284:5 353:1 356:23
**levels (5)**
289:17 291:3 292:15
352:22 356:2
**liability (2)**
1:5 10:5
**lick (1)**
227:9
**licked (1)**
228:23
**licking (3)**
227:17 228:6,9
**life (1)**
137:15
**light (2)**
5:22 30:22
**liked (1)**
342:5
**likewise (5)**
186:5 201:17 236:20
252:17,22
**limited (21)**
17:16 50:24 51:2,3,11
52:19 55:9,19,22,25
141:11,13 197:1,25
198:8,14 211:15
222:7 331:18 332:1
343:9
**linda (4)**
29:1,3,5,7
**line (24)**
33:13 37:21,22 40:23
48:13 53:4 57:9
71:4 139:23 143:10

170:3 181:3 245:5,8
268:5 333:21 385:8
385:10,12,14,16,18
385:20,22
**linear (6)**
47:11 294:18 295:25
296:2,6 372:5
**lines (4)**
23:18 148:5 339:15
348:25
**link (1)**
152:13
**linkage (2)**
110:18 114:17
**linked (2)**
17:22 160:18
**links (1)**
349:1
**liquid (1)**
228:2
**list (14)**
28:15,19 32:19 39:17
46:22,25 63:18
132:16 176:2
182:17 281:20
366:1 380:13,16
**listed (20)**
14:11,12 21:17 61:19
128:5,21 136:15
240:21 266:11
299:18 305:7 315:6
318:22 319:4 320:9
321:23 322:2
369:10 372:1
380:17
**listen (1)**
146:20
**listing (7)**
14:6 268:17 296:14
324:21 327:9,11,11
**listings (3)**
49:5 54:11 249:3
**literacy (2)**
377:20 378:10
**literature (7)**
19:16 20:4 116:6,8
189:1,8,18
**litigation (56)**
1:5 10:6 70:23 71:16
72:5,23 73:21 74:6
74:18 75:3,16 76:22
77:9,16 81:4,10
83:18 84:5,25 85:12
86:24 87:3,11,22
88:14 91:17,25
92:13 93:4 96:8

97:4 106:3 109:23
110:7,24 112:17
113:20 115:4,20
119:19 120:7,11,15
120:21 121:3,17
122:23 123:12
125:25 126:16,20
132:13,21 138:16
146:25 380:3
**little (10)**
117:25 133:25 162:20
192:5 217:22
234:16 276:7 286:7
329:7 374:25
**liver (16)**
199:17 241:8,16,24
242:1,8 245:9,13,18
246:3,11 247:11,15
250:8 251:4 273:24
**living (1)**
345:4
**lobby (2)**
60:3,10
**lobbyfacts (6)**
6:14 9:16 60:21,24
373:19 374:1
**lobbying (1)**
63:5
**lobbyist (6)**
60:3,11 61:2 115:14
115:14 374:5
**lobbyists (3)**
63:18,18 374:15
**located (2)**
363:13,14
**lock (1)**
379:16
**logical (1)**
314:16
**logistic (1)**
294:22
**loke (1)**
379:16
**long (8)**
24:5 26:15 76:25
144:14 157:4
253:21 341:2
374:17
**longer (1)**
221:15
**look (110)**
14:3,13,16 16:9 18:2
19:10 24:3 31:10,19
32:20 37:10,20 46:6
73:4 89:10 93:20,24
99:23,25 100:2

107:11 117:24
118:7 121:24
123:18 136:11
139:23 143:4
146:23 150:4
152:13 155:9 172:9
176:13 179:8
184:11 190:5,24
191:7,10,14,23
193:13 201:8
207:23 212:7 213:1
216:19 217:1,17
219:11 224:21
230:5 234:17,18,20
234:24 235:3,5
242:17,20 243:17
244:5 247:2 249:22
256:1 258:4 259:19
265:8,10 266:23
268:16 269:4
281:16 284:3 286:3
287:12 288:13
292:15 294:1,3
297:3 306:3 310:6
312:9 317:20 320:4
329:4 331:10
334:13 335:25
336:3,9 337:7,17
339:5 341:19 343:7
351:24 352:1
358:14 359:22
361:4,10 372:20
373:10 376:15
378:22 379:15
380:15
**looked (26)**
15:22 23:7 24:25 40:7
55:6 120:23 150:13
175:11 178:10
194:24 216:9
229:15 238:1
244:20 249:25
250:4 263:3 265:14
276:21 290:9
305:15 308:10
314:3 315:20
351:20 363:15
**looking (37)**
14:21 16:2 22:23 26:5
71:24 88:23 155:2
179:24 201:6
205:12 217:13
223:11,16 226:3,5
228:18 232:19,25
234:19 235:13
239:20 244:17

245:4 246:1 266:14
279:9 283:18
297:22 300:10
307:19 311:12
314:3 342:14 343:9
348:1 370:8 372:24
**looks (6)**
140:6 151:21 175:25
351:14 375:12
378:4
**loss (1)**
76:3
**lost (6)**
100:21 174:4 234:16
276:7 293:8 309:15
**lot (6)**
29:12 146:8 342:11
347:16 371:23
375:22
**lots (1)**
112:22
**low (8)**
271:1 288:6 289:23
290:4 292:4,5,9
360:14
**lowdose (3)**
287:15,21 288:19
**lower (6)**
214:11 254:7 272:20
283:25 293:18
307:9
**lowest (4)**
292:17,25 293:1,16
**lowit (3)**
107:1 111:12,19
**lukic (1)**
3:9
**lunch (1)**
178:7
**luncheon (1)**
177:3
**lundy (22)**
3:11,11,15 75:25
76:10,13 77:1,8,14
77:23 78:6,14,19
79:7 80:6,7,14,14
80:15,15 82:18,19
**luxenberg (5)**
2:10 3:3 78:20 80:8
80:16
**lymph (2)**
167:19 248:25
**lymphoid (3)**
164:1,5 167:18
**lymphoma (15)**
140:11 148:10 152:21

166:25 171:11,15
172:17 173:3 174:1
235:20 236:11,16
319:5,8,24
**lymphomas (23)**
165:6,14,25 166:7
169:16 170:7
171:19 173:15,24
174:7,11,12 175:4
178:24 319:10,12
319:13,14,21,23
320:7,10,13
**lymphosarcoma (6)**
321:13,18,21 322:18
323:7,18
**lymphosarcomas (12)**
320:6,7,9,15 321:4,7
321:17 322:7,16,24
322:24 324:3
**lyon (2)**
24:11 41:16

_____

## M

**m (20)**
2:5 10:12 69:21,24
177:2 178:2,4
180:13,16 262:10
262:13 327:16
328:24 329:20,23
365:14,17 370:23
371:1 383:7
**machine (3)**
33:19 35:2,12
**magazine (2)**
122:11,17
**maintain (3)**
254:12 295:17 369:15
**maja (1)**
3:9
**major (2)**
167:18 358:11
**makeup (4)**
7:5 89:15,20 90:4
**making (15)**
127:6 132:25 144:10
145:1,10 181:20
182:15,22 183:22
243:9 275:4 293:11
342:12 359:23
372:22
**male (34)**
185:14,24 186:4,12
200:24 201:3,12
207:1,10 216:1
217:3 218:6,21
219:10,15,19 221:4

230:7,19 235:20
236:12,16,19 237:8
240:3,11 244:23
256:24 257:4,20
299:24,25 302:17
342:16
**males (1)**
244:22
**malignant (5)**
173:15 235:19 236:11
236:16 327:3
**mammalian (1)**
155:3
**mammals (5)**
154:5,11 160:25
351:1 358:2
**mammary (35)**
186:13 187:10 191:20
192:12,17 193:1,18
193:25 194:3,6,18
194:19,20,23 195:6
195:24 196:4,11,21
197:6,18 198:9,20
199:12 200:7 208:6
209:1,11,23 210:6,8
210:14 211:4,10,16
**manuscript (2)**
23:6 72:8
**march (48)**
6:7,8,9,12,13,19 7:11
8:16 22:17 40:15,20
41:22,24 42:6 43:3
43:7 52:25 53:6,8
53:13 55:4,20 57:11
57:13 71:6,16 75:12
75:17,17 76:13,25
77:6,7 78:18 79:19
79:21,25 80:3,17
81:1,12,24 83:11
99:3 122:7,20 268:7
268:12
**marginal (5)**
207:22 236:6 280:23
283:21 354:2
**marginally (15)**
235:16,17,18 240:17
280:5,6,7,11 283:3
284:13 285:24,25
286:15 287:5
353:24
**mark (28)**
13:5,6,14 30:19 33:11
40:13 48:12 57:8
65:9 71:3 73:6 88:7
89:11 106:5 122:2
126:25 136:6 181:2

184:18 219:24
268:4 325:17
333:16 349:21
358:16 365:18
366:5 375:23
**marked (51)**
13:11,21 21:13 28:21
30:23 34:1,4 37:18
40:16 41:22 43:7
48:15 52:25 57:11
60:21 65:12 68:18
71:6 73:9 88:10
89:16 106:10,14
122:8,9 123:24
127:6 136:9 139:25
156:8 164:6 179:7
181:5 184:20 220:4
243:21 268:7,10
278:17 326:9 334:7
334:10 350:1
358:21 365:22
366:12,21,24
373:19 376:1
377:17
**marking (2)**
373:22 377:12
**marriage (1)**
384:17
**martin (2)**
42:15 335:17
**mary (5)**
1:24 2:11 10:16 384:4
384:24
**mass (1)**
28:4
**match (3)**
23:16,18 339:25
**matched (3)**
22:12 197:11 292:7
**material (2)**
371:16,17
**materials (2)**
381:10 382:5
**math (2)**
125:15 193:11
**matlab (2)**
368:21 369:2
**matter (9)**
10:4 37:3 38:1 58:14
78:5 79:8 261:14
344:1 384:19
**matters (2)**
76:13,17
**matthew (4)**
4:15 10:13 48:11
80:14

mcgregor (2)
15:22,25
mdl (1)
1:4
mean (19)
51:19 97:21 139:20
168:20,21 183:20
194:6 253:20
262:23 270:17
271:24 327:20
341:6,11,24 349:20
367:20 372:3 375:6
meaning (3)
195:6 279:22 283:10
means (7)
17:16 149:21 170:24
170:25 275:22
299:13 337:25
measure (2)
27:5 194:9
measured (1)
28:16
measuring (4)
27:23,25 28:9 353:17
mechanism (20)
12:12 23:19 41:12
42:7 43:23 44:9
46:18 48:18,21
53:12 159:12,15
165:6,14 166:5
330:22 343:5 344:2
344:15 352:24
mechanisms (13)
9:6 40:25 43:25 54:25
159:5,10 160:4,6,11
331:13 345:25
350:1 354:15
mechanistic (14)
12:8,17,22 14:14
15:13 16:4,22 17:23
23:25 24:3 41:19
43:15 54:16 343:23
media (5)
10:2 81:15 82:1 121:8
121:15
medicines (1)
352:13
medium (7)
24:17 25:8,10 32:11
33:4 34:12,19
meeting (33)
13:18 33:15 34:22
35:7 39:3,4,9,10
41:16 44:7,14 47:5
48:4,25 50:12,15
51:18,25 52:2,6

53:7,10,12,17 54:2
56:7,14 57:18 82:17
82:19 133:14 383:1
meetings (4)
33:15 56:21,24 121:1
meets (1)
182:6
member (5)
25:13 36:25 48:17,20
142:4
members (15)
40:12 41:4,19,25
46:17 54:2 57:14,23
64:16,20,21,25
81:17 82:3 376:23
memo (3)
100:12 101:12 110:19
mentally (1)
235:12
mentioned (4)
78:23 209:16 259:13
330:24
met (3)
64:13 114:7,8
meta (2)
372:17,17
metabolism (1)
160:13
metabolomics (1)
22:25
metanalyses (1)
19:3
metastatic (1)
168:21
method (1)
120:12
methodological (1)
316:16
methodologically (2)
294:18 303:14
methodology (42)
11:19 144:8,9 148:7
148:19 149:9 150:4
188:21 189:21
190:3,6,18 191:3,15
200:22 203:14
204:18 206:24
208:4 213:2,23
218:4 222:13
229:25 232:16
233:25 234:25
235:21 236:18
238:5,9 255:10,25
271:12 281:19
285:22 286:22
290:20,23 291:12

291:17 292:24
methods (5)
119:15 188:23 189:5
189:15 312:17
mgs (1)
289:6
mice (94)
23:19 160:6,7 163:24
164:1,15,24 165:1,6
165:14 166:7 169:3
169:17 170:8,22
171:3,13,23 172:5,5
172:6,15,16 173:5,6
173:20,23 174:6,15
174:17 175:20
176:18 185:18
224:22 227:9
228:24 229:22,23
230:2,7,8,19,20
231:1,1,10,11,19,20
232:7,8,17,25 234:4
235:2,20 236:12,16
236:19 240:3,11
251:16,20,21 252:4
252:7,19,24 253:8
253:22,25 254:22
255:1,6,16 256:24
257:4,20 260:5,10
265:5 268:22
269:16 273:4
274:18 278:2
288:15 291:13
299:24,25 318:22
318:25 319:2
342:17
michael (1)
4:13
micronucleus (1)
359:17
mid (2)
288:9 290:4
middle (2)
217:11 218:1
middose (2)
287:22 288:22
midvale (2)
369:10,11
midway (3)
47:22 52:6 181:11
midweek (2)
48:5 51:21
midwest (1)
378:5
mike (2)
191:8,13
millions (2)

345:9,13
mills (1)
376:25
mind (1)
117:11
mine (1)
295:13
minor (1)
382:14
minus (1)
176:2
minute (5)
180:11 226:8 320:4
330:1 370:21
minutes (1)
330:12
misquoted (2)
90:23 91:11
missed (4)
124:19 281:23 311:23
371:23
missing (3)
155:17 156:1 157:18
mississippi (1)
48:11
mistake (6)
98:19,20 197:2 202:6
253:5 280:3
mistaken (1)
170:23
misunderstanding (1)
305:17
misunderstood (1)
313:17
mix (1)
267:12
mixed (1)
198:6
mo (1)
383:14
model (9)
23:11 164:14,24
172:10,22 173:10
173:12,16 344:21
modeling (3)
23:3 156:6,17
models (20)
155:9 160:16,23
161:1,13,19 162:11
163:10,17 164:1,5
169:15 170:7,14,17
171:10,14,24
172:17 173:15
modern (1)
12:17
modification (2)

307:4,6
modifications (2)
148:14 372:15
modified (10)
165:1 185:9 296:12
297:4,8 299:23
315:4 322:15
324:20 327:25
molecular (1)
164:13
moment (4)
124:12 147:16 259:21
366:19
money (4)
96:22 133:2,22
135:19
monograph (24)
11:12 12:1 15:25 39:4
43:2 44:5 46:11,22
47:4 48:4 52:5
53:16 66:11,21
67:10,13 68:6 77:19
77:20 153:1,2
257:24 258:10
351:21
monographs (11)
5:9,15 6:4 13:10
19:23 21:11 23:11
23:12 24:2 37:16
55:11
monsanto (27)
4:4,12 9:19 87:22
91:18 92:13 93:5
111:20 113:20
121:4 123:12
125:25 126:16
132:13,22 138:17
246:20 279:12,23
324:1 376:19,25
377:3,15,21 378:9
382:20
monsantos (1)
378:13
month (3)
92:21 267:24 335:8
months (27)
59:15,21 70:24 71:19
71:22 74:6 75:1
77:2 92:1,14 94:5
95:3,11 96:1 215:17
216:6 219:5 233:11
233:12 363:18,23
364:4,10,17 365:1
382:13,16
morning (3)
11:8 375:19,21

**morse (15)**
163:25 164:11 165:2
165:4,21 166:10
167:16,25 169:12
169:23 170:5
173:17,22 174:5,13
**motivated (1)**
132:4
**mouse (53)**
8:5,14 45:10,13,13
164:5 165:23
166:14 167:9,14,19
168:4 169:7,14,24
170:6,13,16 171:10
171:14,24 172:16
173:10,12,15
174:21 175:2,12
178:24 229:22,23
232:23 233:4,7
235:13 243:21
251:24 254:16,18
255:4 257:2 268:10
268:18 270:6
272:22 278:9 279:1
280:19 282:22
283:6 304:1 324:1
370:3
**mouth (1)**
55:2
**move (2)**
162:24 353:6
**moved (1)**
54:20
**moving (2)**
162:1,1
**mrcc (1)**
376:23
**multiorgan (2)**
251:13,13
**multiple (15)**
188:24 189:6,16
190:7,8,11 245:5
270:23 275:15,17
275:19 276:1
321:16,21 324:15
**multiplied (1)**
302:1
**multiply (1)**
301:13
**multistage (1)**
344:21
**murine (4)**
165:5,13 166:4,5
**mutagen (3)**
344:16 347:1,4
**mutagenic (3)**

342:20,24 346:17
**mutagenicity (3)**
346:9,13,14
**mutagenistic (1)**
347:13
**mutagens (1)**
342:9
**mutated (1)**
169:6
**mutation (4)**
344:17,22,24 347:18
**mutations (8)**
341:6,12,25 343:4,9
343:11,25 344:9
**mute (2)**
169:20 170:2

_____

**N**

**name (11)**
10:13 21:16 45:6
78:22 112:6 113:1
129:14 191:12
278:7 385:1,3
**names (2)**
46:24 113:7
**narino (2)**
364:2,7
**national (1)**
19:17 20:5 29:8,10
64:23 123:3
**natural (1)**
262:1
**nature (3)**
138:5 277:12 290:13
**near (1)**
185:16
**necessarily (3)**
38:11 183:20 265:3
**necrotic (1)**
352:24
**need (8)**
16:5 63:19 262:1
320:9 366:19
370:16,20 382:7
**needed (1)**
12:16
**negative (24)**
50:1,3 193:1,11,18
195:5,13,14,18
197:14 209:20
213:24 214:13,15
214:16 215:6,6
252:11 278:1
282:24 283:9
347:12,17 372:25
**neither (6)**

73:24 201:1,9 257:1
257:17 280:18
**neoplasm (3)**
164:2 173:19 244:21
**neoplasms (1)**
164:6
**neoplastic (5)**
8:13 168:3,19 243:20
268:9
**network (1)**
23:3
**never (12)**
26:5 58:23 91:13
123:5 171:4 190:14
202:6,15 214:15
243:11 310:11
330:5
**new (25)**
1:13,13 2:10,11,14
3:6 5:21 10:10,10
18:17 22:11 26:15
30:21 107:25
118:19 119:1,2
185:9 191:8 224:1
273:12,13 293:10
384:2,7
**news (4)**
118:16 333:18 378:4
378:7
**newspaper (1)**
95:25
**nfs (2)**
169:16 170:8
**nhl (25)**
50:1,2 139:7,15,22
140:19 149:12
163:11,17,18,22
164:15 165:7,15
166:6,19 167:6
171:3,4,25 172:9,23
174:8,16 176:18
**nice (1)**
37:22
**niche (1)**
167:19
**niehs (2)**
29:4 137:14
**nine (2)**
75:6,7
**nm (1)**
359:8
**nodes (2)**
167:19 249:1
**nominated (1)**
25:2
**noncarcinogens (3)**

352:1,3,4
**nonexposure (1)**
354:8
**nonhodgkins (10)**
140:11 148:10 152:21
166:24 171:11,15
172:17 173:3 174:1
175:4
**nonmammalian (1)**
358:4
**nonsignificant (2)**
180:1,4
**nope (1)**
107:14
**normal (7)**
36:15 49:18 157:24
169:6 336:15
353:15 373:14
**north (1)**
369:11
**northern (2)**
1:2 10:7
**northwest (1)**
4:5
**notary (2)**
2:13 384:6
**notation (2)**
49:13 50:3
**note (11)**
49:19,22 50:20 51:1
180:17 221:10
237:12,24 242:24
302:4 347:21
**noted (1)**
321:16
**notes (13)**
6:10 48:10,14,23,23
49:9,24 51:17 55:6
60:24 78:18 165:4
166:10
**notice (7)**
9:12 35:3,7 365:19,21
366:1,9
**notices (1)**
33:14
**noting (1)**
125:2
**notion (2)**
198:8 211:16
**november (19)**
6:18,20 64:24 65:17
68:11,18,21 70:4,17
73:9,18 74:3,13,24
129:10 130:7,13,25
153:12
**ntp (17)**

8:19 135:23,24
136:16,21 137:7,14
325:8,14,18,22
326:3,7,17 342:14
342:15 346:16
**nuanced (2)**
118:1 342:7
**null (6)**
203:5 204:16,22
205:4,8,18
**number (78)**
5:7 7:2 8:2 9:2 11:25
33:6 65:16 103:20
115:24 116:5
121:20 124:19
131:19 163:8
180:19,20 181:13
183:13 185:1,4,15
185:16,21,25 186:5
186:25 187:19,24
231:5,18 232:8,9,17
232:22 267:3 298:8
298:11,17 300:22
301:10,15,21 304:9
306:19 307:7,15
308:21,22 311:14
313:7,10,14,15,20
313:21,23 314:13
314:20 315:12,16
316:18,19,21 317:1
317:11 318:5,8,9,15
319:24 321:3
343:10,11 345:12
350:16 355:4,9
369:22
**numbers (33)**
37:22 231:2 243:4
275:13,20,21
299:14,17,20 300:5
300:6,21,25 301:3
303:8,10 306:24
307:1,2,5,24 308:8
308:19,20 314:20
316:5 324:12,12,17
327:24 328:5,17
370:10
**numeral (4)**
19:7 80:18 81:2
100:24
**numerous (2)**
121:7 160:22
**ny (1)**
3:6

_____

**O**

**object (7)**

131:12 195:10
226:22 234:6
267:22 321:15
338:24
**objecting (2)**
335:11,13
**objection (378)**
12:2,23 14:2 15:20
  16:25 17:5 18:10,13
  19:19 20:7 21:3
  22:1 24:20 26:4,12
  26:23 27:7 28:12
  29:19 30:5 31:3,14
  32:5,17 34:14,25
  35:10 37:5 38:9,23
  40:4 42:11,19 43:18
  44:2 46:12 47:9,16
  48:3,19 49:16,21
  50:4,8,25 51:12
  52:4 53:14 54:21
  55:10 56:4 57:4,19
  58:9,21 59:11 60:6
  61:5 62:3 63:16
  64:1 65:4 66:14
  67:5 68:16 69:1
  70:25 72:6 74:7,20
  77:10 80:9,11 81:19
  81:21 83:8,19 84:7
  85:2,13,17 86:7
  87:4,13,23 89:8
  90:1,16 91:6 92:2,6
  92:15,16,22 93:6
  95:10,23 96:9,19
  98:16 99:20 100:10
  100:20 101:17
  102:4,19 103:2,13
  103:23 104:1,7,12
  104:19 105:2,7
  107:8 108:10
  109:24 111:1,22
  113:21 115:21
  116:3,14,20 117:3,8
  117:23 118:6
  119:10,20 120:1,8
  120:22 121:11
  122:24 123:13
  125:1,11 126:2,17
  127:21 128:2 129:5
  129:12,21 130:8,14
  131:6 132:6,15
  133:4,7,24 134:6,10
  135:1,8,11 136:25
  137:12 139:9,17
  141:7,20 142:15,25
  143:24 144:12
  145:5,18 146:6

148:3,11,25 149:15
  150:7,17,21,25
  153:24 154:15
  155:1,19,23 156:3
  158:7 159:9,22,25
  160:20 161:23
  162:15 163:13
  164:16 165:9,17
  166:1,21 167:5,11
  168:16 169:9
  170:10 171:16
  172:2,18 173:4,7
  174:2,9 175:5,23
  176:19 178:20
  182:1 183:7,16
  185:6 186:16 187:3
  187:22 188:6,16
  189:2,10 190:19
  193:3,21 194:10
  196:15 197:20
  198:22 200:13
  202:11,25 204:3,25
  205:7,15 206:2,17
  207:20 208:10
  209:7 210:12,21
  211:12 213:8,18
  215:14 216:3
  219:21 222:15,24
  224:9 225:5 228:13
  230:22 231:13,23
  232:2,12 233:2,5,19
  234:14 236:13
  238:12 239:7,14
  240:24 244:1
  245:19 246:4,14
  248:11 249:19
  250:11,23 251:17
  252:13 255:17
  256:5,13 258:20
  259:4 261:2 264:16
  265:2 270:21 272:5
  272:15,25 275:18
  277:5 278:13
  281:22 283:14
  284:9 285:2,12
  287:2 289:20 290:6
  291:5,20 293:6
  294:15 297:15
  298:4 299:8 300:24
  301:24 304:17
  305:25 307:3 308:2
  308:16 309:5,14
  310:23 311:20
  312:14 313:12
  315:8,24 316:3,12
  317:5,17 318:12

320:1 322:1,20
  323:17,19 332:7,15
  333:4,5,12 336:17
  336:25 339:11,22
  340:6,13,20 341:8
  341:14 345:3,10
  346:3 347:2 348:10
  348:19 349:18
  351:4,19 352:20
  354:18 355:1,19
  356:5 357:1,15
  359:10 363:25
  364:13,20 367:8,18
  368:14 381:21
  382:9,12,25
**objections (2)**
52:13 232:3
**observation (1)**
238:20
**observe (4)**
184:14 186:5 306:16
  313:4
**observed (28)**
158:17 185:15,21,25
  187:19,24 188:10
  230:6,17 231:2,5,9
  231:18 302:25
  303:6,10,16,23
  304:13,13,14,15
  313:21 318:22
  319:15,17 323:8
  324:21
**obtain (1)**
268:18
**obtained (2)**
46:16 381:17
**obviously (5)**
31:17 77:4 102:6
  116:24 140:17
**occasional (1)**
93:19
**occur (5)**
168:15 344:22,24
  355:17 356:3
**occurred (3)**
250:22 310:11 361:7
**october (31)**
5:18 6:2 22:16 28:21
  29:1,3,23 33:24
  34:4,8 35:6,12,13
  82:22,25 88:15,18
  89:19 90:25 91:15
  91:20,21 92:8,8
  95:15 96:11,12
  98:23 140:5 153:18
  179:6

**oec (2)**
172:25 277:12
**oecd (6)**
172:5,21 249:22
  250:2,4 277:8
**office (3)**
61:19,20 105:16
**offices (1)**
2:9
**official (2)**
105:21,22
**officials (5)**
103:21 104:3 112:15
  113:4,18
**oh (13)**
7:3 19:8 42:22 89:14
  89:19 140:2 189:24
  226:1 264:6 319:11
  326:1 372:12 376:4
**ok (59)**
17:11 30:12 40:22
  43:20 68:20 69:19
  75:21 83:25 88:16
  107:11 128:18
  131:24 141:16
  158:25 162:1
  163:16 170:4
  179:14,15 196:1
  201:5 214:19
  216:13 223:16
  225:19,22 235:7
  240:7 257:5 260:12
  262:6 279:7 286:11
  296:13 298:22
  300:15,19 301:6
  302:25 304:20
  305:16 308:24
  315:3 318:7 319:19
  332:3 333:8 335:21
  335:25 338:1
  339:18 343:2
  344:12 349:15
  354:22 358:13
  368:18 372:8
  378:16
**once (1)**
127:14
**oncology (1)**
57:22
**ones (3)**
105:10 201:6 277:14
**onethird (1)**
274:10
**onward (1)**
259:22
**open (10)**

73:12 74:23 129:9
  130:6 131:14,15
  153:11 306:21
  379:16,17
**operating (1)**
199:20
**operations (1)**
353:15
**opine (14)**
186:9 191:18 197:17
  213:4,14 219:8,18
  232:16 234:12
  236:9 251:14
  256:23 346:21,25
**opined (4)**
210:9,18 218:5 234:3
**opining (2)**
186:18 222:2
**opinion (39)**
39:15 54:15 58:13,16
  141:5 147:25 148:8
  148:20 149:10
  154:8 188:3,13
  196:10,10,13,23
  197:4 200:22 202:8
  206:7,13 207:16
  208:25 209:4
  211:10,14 215:11
  215:25 232:24
  236:15 286:22
  321:14 331:4
  339:23 340:19
  348:9 355:6,11,23
**opinions (9)**
147:17 188:20 230:1
  330:22 349:14
**opportunity (1)**
330:17
**opposed (2)**
228:3 324:22
**opposing (1)**
26:21
**opposition (1)**
84:12
**oral (4)**
227:5,21,22,25
**order (6)**
34:9 98:4 140:3
  158:19 179:25
  374:14
**ordinary (3)**
345:2,7,20
**organ (4)**
167:18 245:5 323:1
  324:11
**organisms (1)**

**organization (2)**
117:19 375:2
**organizations (4)**
81:15 82:1 115:25
116:5
**organizer (2)**
136:15 137:5
**organizing (2)**
9:5 349:25
**organophosphate (4)**
34:23 35:4,14 36:2
**organs (6)**
175:1 244:22 245:18
246:22 322:25
324:15
**origin (1)**
241:19
**original (10)**
8:10 215:2 220:2
273:15 275:23
276:24 281:16
285:4 328:12
378:19
**orthree (1)**
42:13
**outcome (1)**
384:18
**outlets (2)**
121:8,15
**outside (4)**
25:2 81:4 130:25
311:1
**outstanding (1)**
97:18
**overall (8)**
120:13 238:22 283:16
326:19 359:5,12,14
372:20
**owned (1)**
55:11
**oxidative (30)**
137:20 331:21 344:8
349:14,16 350:8,11
350:14,24,25
351:10,16 352:2,14
352:16,22 353:3,7
353:11,13,18,19,22
354:1,5,10,16,25
355:7,12

**P**

**p (63)**
177:2 178:2,4 180:13
180:16 182:6,23
183:14 184:2
185:25 186:6

187:19 188:10
193:6,19 194:3,5
209:17,18 215:3,4
215:10 221:11
230:6,18 231:5,9
240:20,20 257:17
258:2,14,18 259:1
259:15 262:10,13
274:8 281:1 283:7
287:5 290:25
294:19 296:1,9
301:10,22 303:22
304:3 311:10,14
312:13 318:25
319:2 322:9 328:24
329:20,23 365:14
365:17 370:23
371:1 383:7
**page (167)**
5:2,7 7:2 8:2 9:2 14:5
14:17 15:1,2 18:12
18:12 19:1,7,12,21
21:16,16 31:10,21
37:20 48:22 49:2,3
49:6 61:12 78:23
80:4,18 81:2,13
90:5,6,12 91:4,8
93:24 94:2 100:24
107:22 123:15
136:11,14 140:7,8
143:4,8 157:5,12,24
158:14 164:9 165:3
165:3 166:12
169:15,23 173:18
181:10 182:17
183:23 184:25
185:8 191:24,25
192:4,12,21 195:22
196:20 197:3 198:4
198:5,6 206:11
207:3,4,5,24 213:3
213:7,10 214:19
219:11 220:15
221:7,8 223:9,14,22
223:25 225:21
230:5,13 235:5,11
236:25 237:1,5
240:5,7 244:6,7
247:4,10 249:2
252:1,2,17,21 253:3
253:12 259:20
260:2 263:24 264:3
264:4 266:12,17
268:16 269:14
270:4,9 274:5,11
277:23 286:3,8

287:11 288:2
297:17 322:21
326:12,14,15,22
327:10 331:11,12
331:15 334:17
336:1,22 337:19
339:2 341:19,21
350:7 357:25 359:4
360:1 361:4,10,16
361:17 362:7 375:1
377:5,19 379:13
385:8,10,12,14,16
385:18,20,22
**pages (3)**
18:2 216:10 244:20
**paid (48)**
24:7 72:4,22 73:20
75:2 79:24 83:3
84:4 87:10,14 89:5
91:1,16 92:25 93:10
94:16,20 95:3,17
96:2 98:12 101:8
102:13,23 103:11
106:2 108:14
109:19,21 110:23
111:19 112:16
113:19 115:2,18
121:2,15 122:21,22
123:11,16 125:9,24
126:15,19 132:12
132:20 138:15
**pancreas (2)**
248:25 250:8
**panel (6)**
7:5 89:15,21 90:4,10
112:8
**paper (25)**
15:22 52:9 93:19
169:13 175:8,25
190:2,17,22 191:2
244:4 248:21,22
263:1 266:12
267:15 271:14
327:22 350:4,4
351:21,24 370:12
370:13,16
**papers (4)**
52:8 190:25 191:10
191:11
**papillomas (2)**
327:17,18
**paragraph (26)**
15:4,7 30:13 134:14
140:18 143:9
157:11 158:1,24
164:17 166:11

167:17 168:1
181:11 197:2 201:7
213:9,10 223:24,25
297:18 341:22
350:13 360:3
361:12,19
**parallel (4)**
165:7,18 173:19
174:8
**parallels (2)**
165:15,24
**parameters (2)**
264:3,4
**paraphrase (1)**
148:4
**parliament (3)**
64:9,22 114:25
**parliamentary (1)**
64:20
**part (32)**
21:17 30:16 31:11
37:7 43:24 59:20
64:19,21 78:9 79:16
80:21 82:10 83:22
88:1 90:18 101:1
134:8 138:7,10
150:8 154:17,19
187:5 188:18
238:20,22 276:14
305:6 324:10 331:1
353:5 380:4
**partially (1)**
269:20
**participants (2)**
14:6 31:13
**participate (1)**
138:22
**participated (1)**
62:7
**participation (1)**
59:8
**particular (8)**
45:25 62:16 84:19
166:8 173:3 175:14
182:16 265:12
**particularly (4)**
14:17 33:15 109:17
155:16
**parties (2)**
11:3 384:16
**partly (2)**
138:24 145:24
**partnership (1)**
377:3
**parts (3)**
61:6 74:11 344:7

**party (1)**
81:9
**pass (1)**
370:17
**passed (1)**
367:1
**pathogen (1)**
166:9
**pathogenesis (1)**
165:22
**pathological (2)**
246:7 350:17
**pathologist (5)**
242:2 247:1 248:14
261:1 313:1
**pathology (4)**
137:1 246:18 275:23
275:24
**patience (1)**
380:21
**pay (3)**
93:12 98:7 132:7
**paying (1)**
93:14
**pazymino (1)**
357:13
**peace (1)**
330:20
**pearl (1)**
3:8
**pedram (1)**
4:14
**peerreviewed (1)**
57:2
**pending (1)**
95:15
**people (14)**
28:5 35:21 36:16
59:13 64:13 68:9
113:9 121:13 147:3
149:22 228:17
348:24 363:5 372:6
**pepsico (1)**
376:25
**perceive (1)**
59:14
**perceived (3)**
38:10,17 58:12
**percent (14)**
31:12,24 139:20
202:1,4,4 267:10
270:19 271:1,2,18
271:19 338:19,20
**percentage (4)**
31:20,22 351:15,17
**perception (1)**

38:15
**perfectly (1)**
262:7
**perform (1)**
372:10
**period (21)**
22:19,21 24:11 39:19
40:21 43:16 44:15
51:24 83:13 84:1
89:3 110:4 111:7
116:1 136:21 137:4
137:9 265:17
269:10,11 354:3
**persist (1)**
364:10
**persists (1)**
364:25
**person (1)**
46:19
**personally (3)**
314:7 355:20,22
**persons (1)**
28:1
**pertains (2)**
50:20 90:17
**pertinent (1)**
69:9
**pesticide (4)**
26:2,11 61:16 62:1
**pesticides (19)**
26:21 27:2,6,23 28:10
28:15,18 31:9,11,12
31:16,17,18,25 33:7
35:22 105:17
122:13 380:6
**pf4 (1)**
67:25
**ph (4)**
1:12 2:9 383:10
384:10
**phenotype (1)**
166:15
**philip (8)**
129:3,7,14,19 130:10
130:16,23 131:3
**philosophy (1)**
150:9
**phist (16)**
262:21 263:6 266:10
267:2 271:16 272:3
272:9,13,19 303:3
303:11 308:25
309:9,18 312:2,11
**phone (3)**
114:15 169:19,20
**phrase (1)**

337:16
**physical (1)**
41:15
**physically (1)**
235:12
**picks (1)**
292:11
**pictures (1)**
290:16
**piece (1)**
150:12
**pieces (1)**
22:2
**pile (1)**
262:17
**pituitary (2)**
206:9,15
**place (4)**
12:8 46:6 225:1
374:11
**placed (2)**
10:20 25:4
**places (1)**
154:2
**plaintiff (1)**
101:16
**plaintiffs (81)**
3:4,12 70:22 71:15
72:4,22 73:21 74:5
74:18 75:2,6,15
77:15 79:20,25 81:6
81:15 82:1,7,12,23
83:3,17 84:5,25
87:2,11,21 91:16,25
92:12 93:3,12 94:10
94:16,21,25 95:4,20
96:2,7,16 97:11,19
98:10,14 99:14
100:18 101:5
102:14,24 103:11
103:18 106:3 108:6
108:13,15 109:19
109:22 110:24
111:6,20 112:16
113:19 115:3,19
120:20 121:3,16
122:22 123:11
125:9,13,14,18,24
126:15 132:12,20
138:16 369:9
**plausibility (1)**
153:23
**plausible (1)**
140:20
**play (8)**
101:25 103:5 151:5

151:18 152:2 163:9
208:19 291:22
**plays (1)**
152:5
**please (17)**
10:18,25 21:7 22:4
29:21 81:23 124:12
130:9 213:12
259:21 281:24
320:5 332:16,23
333:23 341:9
379:14
**plenary (6)**
44:8 47:18,24 51:8,21
56:11
**plus (1)**
170:8
**point (22)**
52:16 65:5 67:8
132:24 172:21
173:1 181:19
182:15,22 183:22
220:21 239:19
240:1 243:9 262:1
265:23 275:4
289:18 295:14
353:2 357:23
363:10
**pointed (3)**
98:20 305:10 323:22
**pointing (1)**
124:17
**points (4)**
23:25 24:4 171:13
290:11
**politician (1)**
113:14
**pollution (1)**
39:13
**pool (19)**
179:16 180:5 197:16
201:22,23 205:20
207:16 210:25
222:23 223:2 224:6
237:20 241:16
284:25 289:23
293:9,11,12 296:4
**pooled (72)**
85:6,10,21,24 86:3,20
86:25 87:7 119:16
119:22 120:2,4,10
120:12,14 178:17
178:23 179:14,21
195:20,22 196:2
198:16 199:6
201:15,24 209:14

211:2,5,7 212:2,10
212:14 213:21
214:16,17,21 215:2
215:20 222:19,20
223:7,20 224:16
225:8,12 226:1,8,9
233:23 234:2
235:22 236:1,5
238:2 253:10 284:6
284:17 285:10,13
285:20 286:5,9,13
287:3 289:2,4
290:24 291:2,12,16
291:25
**pooling (85)**
179:4,25 188:21
189:21 190:3,6,18
191:3,15,19 196:14
197:7,12 198:7
200:21 201:20
202:5,9 203:14,19
205:21,23 206:6,12
206:23 207:8,17
208:4,7 209:2,5
210:11,19 211:1,22
213:1,23 214:4
215:9,21 221:10
222:4,13 224:1,18
225:25 226:13
229:24 232:15,20
233:14,15,16,18,25
234:25 235:20
236:17 237:8,9,12
237:21 238:8,18
239:20 284:11,12
284:13 285:6,22
286:21 292:23
293:13 294:2,12
295:2,3,6,7,12,25
295:16,19,23 296:4
**poolings (1)**
225:18
**pools (1)**
85:19
**popped (1)**
175:14
**poppy (1)**
360:14
**pops (1)**
204:20
**population (5)**
45:22 155:3,5,6 200:1
**populations (1)**
155:8
**portier (61)**
1:12 2:9 5:3 8:7,9,11

10:4 11:2,8,9 13:23
14:20 16:11 28:23
53:2 60:23,25 61:13
61:20 62:23 70:2
71:8 89:18 95:1
106:16 109:4
122:10 126:6 139:5
151:2,22 152:19
178:6 180:17 181:5
181:7 184:20
187:17 196:24
220:3 254:14
262:15 306:24
329:2,25 330:6,16
330:21 334:12
335:6 365:25
369:17 371:4
373:22 374:4
378:17 380:11,17
380:20 383:10
384:9
**portier0000055 (2)**
7:9 106:13
**portiers (1)**
365:20
**pose (6)**
116:12,18 117:2,12
117:16,21
**positive (50)**
18:16,22 124:19
181:15,25 182:5,10
182:12,14 187:15
193:9 194:17
195:15 197:17
201:17 202:21
203:5,21,22 206:25
207:10 208:8,23,25
209:13 217:21
224:7,7 232:23
234:1,10 235:21,25
236:4 239:6 243:12
253:6 254:4,5,6,9
254:21 283:1,3,12
309:23 343:15
346:8 372:4,24
**positives (2)**
180:22 183:9
**possibilities (2)**
315:4 348:23
**possibility (5)**
16:16 163:11 205:13
306:17 308:14
**possible (9)**
16:23 54:4 111:2
203:11 261:4,4,13
344:23 356:23

**possibly (6)**
12:20 15:12 102:7
238:14 340:21
360:21
**poster (10)**
127:10,17,19,24
132:1,11,25 133:17
133:18,20
**posts (1)**
263:12
**potential (20)**
39:8 58:12 66:6,19
133:21 158:18
160:24 169:15,25
170:6 171:25
173:18,24 213:5,15
215:12 228:8
310:21 313:24
376:24
**potentially (8)**
17:9,19 59:2 158:20
162:13 309:23
352:17 360:11
**powerpoint (1)**
109:9
**powerpoints (2)**
109:3,5
**pptx (1)**
109:11
**practical (1)**
314:14
**practice (1)**
316:16
**preamble (32)**
5:13 6:6 11:12,15,18
12:5,14,15 13:3,16
13:21 16:15,21 18:1
18:4,6,15,17 20:11
20:12,15,21 22:8,11
37:7,9,11,17,21
39:6 51:4 54:19
**preambles (2)**
19:14 20:2
**precautionary (3)**
141:18,23 142:10
**preceding (1)**
362:6
**predict (1)**
174:22
**predictive (2)**
175:21 176:18
**prefer (1)**
267:24
**preferably (2)**
260:24,25
**preferred (2)**

154:25 157:15
**preliminary (4)**
51:16,17,18 52:14
**prepared (7)**
13:16,25 14:4 86:24
87:9 97:6 268:13
**preparing (5)**
41:14 96:17 102:24
129:8 367:14
**presence (1)**
15:23
**present (8)**
4:11 79:22 85:10
214:21 215:1
238:16 363:23
364:10
**presentation (20)**
47:24 51:7,23 109:10
119:13 126:21,24
127:10,17,19,24
128:4 132:1,11,25
133:12,13,17,20
134:8
**presentations (3)**
48:5 119:7 256:16
**presented (12)**
86:10 102:2 119:15
121:1 127:10,25
147:18 178:17
321:2 324:9,10
325:12
**presenting (4)**
63:13 124:23 129:2
147:17
**presents (1)**
362:8
**president (1)**
29:11
**press (1)**
121:22
**presume (1)**
50:9
**pretty (4)**
58:2 151:25 315:11
349:11
**previous (14)**
13:1,2 18:15 20:11,12
20:15,20 94:15
222:18 225:7
269:18 277:14
326:21,22
**previously (1)**
358:25
**primarily (2)**
226:20 227:1
**principle (4)**

141:18,19,23 142:10
**principles (3)**
8:4 156:6,16
**printout (3)**
6:14 60:20 376:7
**prior (11)**
40:2,6 51:25 76:13,25
77:17 79:2 86:23
91:14,19 178:16
**prioritized (2)**
38:21 39:25
**priority (9)**
24:18 25:3,8,10 32:11
33:4 34:13,19,19
**private (17)**
63:14,25,25 74:17
75:5 87:2,21 104:4
104:10,14,17 114:1
121:3 125:25
132:13,21 135:19
**privilege (1)**
76:7
**privileged (1)**
97:13
**pro (2)**
122:18,19
**probable (1)**
54:5
**probably (39)**
25:15 46:23,24 71:25
91:12 108:19 125:7
129:23 139:22
148:4 152:21
153:13 172:3 179:2
186:20 193:13,14
194:13 212:18
227:8,25 228:19
229:11 233:23
239:18 255:21
261:7 264:21
265:20 266:7
269:22 279:5 284:4
300:16,17,20
308:21 345:8 368:7
**problem (7)**
91:12 114:17 158:4
172:5 183:9 337:10
370:8
**problems (7)**
52:8 66:9,20 110:18
124:16 125:2 345:6
**process (3)**
55:23 57:1 338:3
**processes (2)**
169:2 346:5
**proclaiming (1)**

89:4
**produced (12)**
30:10 71:9 108:20
109:1,2 110:6 119:6
119:11 157:2 171:6
273:12 366:3
**producing (2)**
172:7 173:15
**product (7)**
80:19 100:25 101:6
101:20 102:9,12
367:14
**production (2)**
171:17 366:2
**products (5)**
1:4 10:5 34:20 145:16
146:4
**professional (4)**
2:12 81:16 82:2 384:5
**proffering (1)**
119:18
**program (13)**
25:2,16 29:10 46:17
66:11,21 67:10,13
67:14 68:6 119:1
368:24 369:2
**programmed (1)**
369:6
**programs (3)**
368:8,19 369:5
**progress (1)**
344:16
**progression (1)**
187:12
**project (14)**
5:21 27:4,13,19,21,22
28:7 30:21 31:2,5,7
39:22 377:20
378:10
**promoting (2)**
27:4 142:9
**property (7)**
80:23 98:14 100:18
101:4,15,21 102:10
**proponent (2)**
141:17,25
**proportions (2)**
294:19 296:6 372:5
**proposed (1)**
173:11
**proposing (1)**
86:14
**protect (4)**
142:18 143:16 144:18
158:19
**protective (8)**

142:14,17,22 143:11
143:22 144:8,9
198:19
**proteomics (1)**
22:25
**proves (1)**
218:5
**provide (12)**
18:19 42:16 46:1
93:14 114:23
120:18 129:17
146:11 155:24
157:16 180:3
308:12
**provided (19)**
20:18 28:23 47:25
58:1,3 95:11 102:16
114:19,22 153:6,17
178:12 181:9
278:20 336:14
379:25 381:11,19
382:4
**provides (3)**
263:23 327:4 370:13
**providing (3)**
42:15 63:22 380:1
**province (2)**
364:2,7
**ps (1)**
184:12
**public (23)**
2:13 7:21 81:17 82:3
118:9,13,19 127:5
134:18 142:13,17
142:18,22 143:10
143:16 144:6,8,10
144:17,18 145:11
340:17 384:6
**publication (15)**
75:7 77:21 171:12
172:15 173:9
178:13 227:4 331:1
349:22 351:14
381:3,19 382:4,21
382:22
**publications (2)**
81:16 82:2
**publicly (11)**
19:17 20:5,18 76:22
89:4 104:16,23,24
105:6 382:5,18
**publicprotected (1)**
144:19
**publicprotective (1)**
145:2
**publish (1)**

56:20
published (16)
 19:16 20:4 23:7 56:15
 77:25 124:2,22
 126:12 171:22
 176:15 190:2,17
 191:2 263:8 351:22
 382:22
pull (6)
 23:4 46:23,24 180:1
 184:17 378:17
pulled (1)
 33:18
purported (2)
 81:17 82:3
purpose (2)
 143:15 163:20
purposes (8)
 189:22 241:9 242:13
 260:12 289:15
 323:4 327:7,23
pursuant (3)
 79:18 98:9 100:14
pushes (1)
 292:9
put (22)
 23:24 35:3 60:16,24
 152:17 169:20
 202:15 212:24,25
 222:9 238:24
 247:10 285:7
 290:10 302:6 304:3
 305:13 308:17,21
 314:6 322:9 337:11
putting (4)
 24:4 190:8 228:7
 303:22
pvalue (11)
 46:16 47:11 181:22
 193:8,9 196:7
 207:12 211:3 259:5
 259:6,8

_____

         Q
quality (1)
 62:9
quantifying (2)
 298:8,11
question (127)
 14:13 16:11 19:25
 20:13 22:3 27:9
 29:20 32:7 38:25
 39:2 43:19 45:7,18
 45:20 53:23,24 54:8
 57:7 58:15,23 64:3
 64:11 68:20 70:10

70:11 74:9 76:7,11
 79:5 81:23 83:10,24
 83:25 86:16,17,18
 92:7 95:2,15 100:21
 102:8 103:7 104:22
 113:16 126:9
 131:18 133:16
 134:21 135:5
 139:13 141:1,4
 144:14 147:22
 148:17,22 149:7,12
 149:19 150:10,11
 150:14 151:3
 161:11 163:3,15
 173:13 175:16
 179:1 187:18 196:1
 213:11 217:22
 225:8 226:11,16
 230:15 232:4 247:1
 249:12 250:18
 252:5 254:15
 257:15 278:22
 281:24 282:11
 283:5 285:15
 296:22,23 297:3
 304:19,24 308:5
 309:7,16 311:23
 323:24 329:3
 332:11 336:11
 337:5,11,13,14,19
 337:21 338:4,8,10
 338:14 339:8,17
 340:22 342:25
 343:12,19,23 363:4
 365:10 366:18
 367:11 371:7
 376:18 381:22
 382:2
questioning (2)
 90:3 174:18
questions (27)
 7:4 23:14 89:15,20
 138:11 147:4
 310:17 321:1
 329:14 330:11
 335:11,13 336:4,14
 336:19,21 356:12
 356:14 361:6 371:6
 371:8 374:3,6
 375:14,19 380:21
 383:4
quick (1)
 376:16
quite (5)
 312:19 324:15 332:21
 354:11 375:18

quote (8)
 37:8 88:24 89:4 90:20
 90:24 92:17 95:24
 149:2
quoted (6)
 66:16 91:22 92:9,24
 95:16 341:20

_____

         R
radio (1)
 118:25
raise (1)
 118:4
raised (2)
 69:4 133:21
raises (2)
 180:22 200:3
raising (3)
 68:13,23 84:17
ramazzini (25)
 126:23 127:11,12,13
 127:14,25 128:6,11
 128:17,23 132:2
 134:3,12 135:3,4,18
 135:25 136:17,21
 137:6,10,18 138:2
 138:14,18
ran (1)
 46:19
random (1)
 187:9
range (7)
 202:4 260:5 291:22
 302:10,21 311:1
ranging (1)
 266:3
rare (18)
 218:3 296:19 304:1
 305:4,4,14 308:11
 309:4,20 311:9,16
 312:2,4,10,25 313:8
 314:25 315:2
rat (21)
 45:7,10 143:6 162:25
 179:16,22 180:5
 183:25 188:19
 194:22 196:3
 201:16 213:5,15
 216:9 224:6,17
 226:14 229:25
 325:2,5
rate (16)
 199:18 214:13 242:25
 246:24 249:7,17
 260:16 267:10
 270:18 271:13,14

271:16 272:3,18,21
 276:17
rates (9)
 181:15 214:10,12
 215:18 260:9 273:3
 274:12,17 277:1
rats (71)
 8:22 23:18 160:6,8
 163:2 182:18
 185:13,15,20,24
 186:4,13,15,23
 187:8,20 188:5,11
 188:15 191:20,22
 192:9,13 194:7,15
 195:25 196:5,12,22
 197:6,18 198:11
 200:24 201:4,12
 206:16 207:2,11
 211:18 213:2,7,17
 214:23 216:1,12
 217:3 218:7,20,21
 219:10,16,19 221:4
 223:8,22 224:2
 225:24 226:3,5
 227:9,17 229:16
 299:22,25 300:1
 302:6,24 307:7
 326:8,11 342:17
reach (15)
 116:11 147:24 152:20
 152:23 196:9,10,13
 197:4 200:22 202:8
 209:3 215:25
 222:10,21 236:22
reached (5)
 59:15,21 64:25
 188:19 235:14
reaches (1)
 116:1
reaching (6)
 11:21 12:9 148:8,19
 149:9 230:1
reaction (1)
 329:7
reactive (1)
 344:7
read (13)
 58:3 66:7 67:7 70:10
 93:18 118:16
 140:15 156:10
 278:23 328:12
 338:17 359:11
 371:20
reading (7)
 93:9 94:11 103:5
 134:15 144:15

230:12 260:3
reaffirmed (2)
 19:13 20:1
real (6)
 37:3 38:2,14 208:20
 291:13 376:16
reality (1)
 249:12
realize (2)
 157:20 370:9
really (16)
 26:7 28:14 36:24
 58:23 98:7 111:10
 144:16 153:8 161:4
 180:6 246:25
 248:13 294:9 302:7
 344:4 345:15
realm (1)
 312:16
realtime (2)
 2:13 384:6
reask (1)
 130:22
reason (23)
 63:21 138:21 163:5
 183:2 187:8 199:2,8
 199:10 216:7
 238:19 239:4,10,19
 292:2 385:4,8,10,12
 385:14,16,18,20,22
reasonable (1)
 314:16
reasoning (1)
 202:17
reasons (4)
 138:24,25 295:10
 347:5
rebuttal (29)
 8:8 97:6,24 98:2
 184:17,19,24,25
 206:7,11 213:3,13
 214:20 223:6,12,23
 230:4,14,16 231:8
 235:9,10 286:4,6,9
 296:12 306:4
 319:22 322:22
recall (77)
 25:11 27:11,17,20
 32:22 36:21,24
 39:18,23 44:18,19
 44:25 45:17 46:7,8
 46:20 48:2 49:15
 50:10 51:7,13,14
 52:12 53:7,11,15,19
 54:1 55:4 56:8,9
 57:25 58:3 70:6

57:25 58:3 70:6
76:15 77:3,22 78:3
78:4 87:24 105:14
106:4 110:2,12
111:18,21,24
112:14,25 113:17
115:5 129:24 131:2
131:8 136:1,4 143:1
146:12 153:3 258:5
258:8 307:23 328:8
332:12 333:2,7,14
335:6 339:21 340:5
340:10,15,16,23,25
354:11 374:2
**received (6)**
40:11 48:10 52:23
88:25 366:7 367:12
**recess (8)**
69:22 177:3 180:14
262:11 328:22
329:21 365:15
370:24
**recipient (1)**
42:1
**recipients (2)**
68:13,23
**recognize (2)**
54:17 157:4
**recognized (1)**
352:17
**recollection (6)**
53:9 111:3,8 179:17
328:15 356:20
**recombinant (2)**
169:18 170:9
**recommend (2)**
55:22 246:6
**recommendation (5)**
15:19 17:4 55:14,17
56:11
**recommendations (7)**
14:15,25 15:18 20:25
21:24 22:10,13
**recommended (13)**
11:11,25 12:4,7,19
15:5,11 16:21 18:1
18:5 25:9 34:18
55:24
**recommending (1)**
172:8
**record (48)**
10:19,21 13:24 21:21
29:5 33:16 51:22
69:21,24 92:6 126:8
132:18 146:22
147:13 152:17,18

177:2 178:4 180:11
180:13,16 181:7
226:6 262:13
278:19 302:4
328:21,24 329:8,12
329:17,20,23,25
330:15 334:15,19
336:2 358:23
365:14,17 369:21
370:22,23 371:1
383:7 384:13 385:5
**recorded (1)**
229:21
**red (1)**
374:25
**reduce (1)**
307:7
**reevaluation (1)**
274:14
**refer (1)**
326:12
**reference (2)**
295:11 334:22
**referenced (1)**
244:4
**references (1)**
263:17
**referred (1)**
93:7
**referring (1)**
50:6
**refers (2)**
260:10 380:12
**reflect (4)**
16:15 316:20 329:25
334:15
**reflected (3)**
31:6 326:16 336:22
**reflecting (1)**
367:13
**refresh (1)**
53:8
**regard (3)**
140:19 336:5 349:14
**regarding (9)**
65:17 74:15 90:9 95:8
124:9 127:17
131:22 163:8
330:22
**regardless (1)**
354:20
**regions (2)**
9:11 358:21
**register (13)**
60:10 61:15 62:14,16
63:13,19,22 115:13

115:14,17 374:15
375:3,8
**registered (8)**
2:12 60:2 61:1,2,24
374:4,11 384:4
**registration (7)**
61:14,16 115:9
130:11,24 375:3,7
**regression (1)**
294:22
**regulation (1)**
134:19
**regulator (4)**
64:17 113:13 145:1,9
**regulators (43)**
59:18,24 63:24 64:10
65:2 69:13 74:2,3
74:15 83:5,15,16,22
84:3,11,22 85:5,6
85:21 86:5,13,21
87:9,19 88:5 102:3
102:17 103:1 113:3
116:25 117:15
118:10,14,20 119:2
129:10 130:5
135:10 153:12
265:22,24 266:1
290:3
**regulatory (9)**
30:4 69:8,10 93:9,13
180:3 256:17 310:2
310:12
**reimbursed (2)**
24:10,12
**reimbursement (2)**
24:13 88:25
**reject (9)**
202:20 203:4,17
204:9,17,20,24
205:13,25
**rejecting (3)**
202:22 203:7 204:1
**rejection (2)**
204:5 205:18
**rejects (1)**
204:21
**related (8)**
39:13 78:6 81:3 131:4
137:1 174:22 380:6
384:16
**relates (1)**
1:8
**relating (3)**
129:20 130:2 136:23
**relationship (3)**
87:20 173:25 174:14

**relative (1)**
54:24
**release (1)**
99:1
**relevance (2)**
310:17 360:14
**relevant (7)**
17:9,19 175:3 276:5
298:12 299:16
370:4
**reliable (2)**
264:23 267:19
**relied (1)**
356:10
**rely (3)**
239:12 259:16 355:24
**relying (1)**
226:13
**remain (1)**
221:24
**remaining (2)**
224:1 370:18
**remains (2)**
187:13 205:19
**remember (20)**
21:6 25:13 28:16,17
31:16 54:23 55:1
56:12 72:11 84:16
113:6 137:15
156:21 175:14
178:22 227:25
292:5 328:16
369:22 374:6
**remind (1)**
114:10
**removal (1)**
238:3
**remove (2)**
237:18 239:18
**removed (5)**
196:13 197:10,23
198:15 239:11
**removing (2)**
197:13 239:2
**renal (15)**
174:17 175:2 176:17
258:25 259:12
270:12,12 278:8
285:23 286:1,23
288:14,18,21
292:16
**reordered (1)**
179:13
**repair (4)**
345:4,25 346:4
354:14

**repeat (4)**
22:3 32:6 92:7 133:16
**replicate (1)**
345:17
**replicates (2)**
200:4 345:16
**replication (2)**
345:6,19
**reply (1)**
124:1
**report (210)**
5:17,20 6:23 8:6,8,10
8:12,15,19,20 13:7
13:24 14:3,6 15:6
19:11 21:13 30:20
31:1,5,6 32:4,16,19
32:21 84:10,24
85:11,25 86:4,12,24
88:10,13 97:7,24
98:2 139:11 147:18
149:3,4 153:6,20
154:9 156:15 157:2
157:4,5,24 162:6
163:7 169:13
171:10 180:18
181:3,4,8,11,24
182:23 184:2,18,19
184:23,24,25 185:3
189:14 191:23
192:22 194:16
195:21 196:24
198:3 206:7,11
207:3 211:20 213:3
213:14 214:20
216:11 219:1,9,25
220:3,7,12,13,16,17
221:7,8 222:10,21
222:23 223:3,6,10
223:13,18,23
224:16 230:4,14,17
231:8 235:6 236:24
237:1 238:17,24
240:6 242:24
243:18,19 244:8
247:3,11 252:1
253:12 254:21
257:18 259:1,7,17
262:16 263:15,23
264:11,12 266:11
268:3,7,12 269:14
270:1,4,9,17 271:4
271:7 273:21 274:5
274:6 275:5 276:25
277:23,24,25
279:10 282:15,16
282:18 286:4,6,9,14

287:10,11,19
289:16 296:12
299:3 303:8 306:4,4
306:25 312:13
315:22 318:21
319:10,22 320:21
320:24 321:20
324:6,7,8,9 326:6,7
326:12,19 330:23
331:10 339:25
340:1 341:19,21
346:20,24 347:22
348:3 349:7 355:5
355:10 356:18
357:10,24 361:24
362:12 367:24
369:19 371:17,23
372:2 378:20
381:16 382:8
**reported (27)**
1:24 31:8 192:11,21
195:4 198:18
208:24 210:17
212:21 213:23
224:7 226:12
227:15 234:1
252:17 258:12
259:5 270:13,15
272:21 280:19
282:2 287:24 307:1
307:8 342:19 352:2
**reportedly (1)**
342:23
**reporter (11)**
2:12,13 10:16,25
90:14,19 91:10
151:8 339:8 384:5,6
**reporters (1)**
340:11
**reporting (5)**
10:14,17 223:19
241:22 321:12
**reports (10)**
19:17 20:5 224:7
235:21 248:22,24
257:2 277:24
322:22 371:13
**represent (3)**
33:17 82:7 220:9
**represented (1)**
85:6
**representing (2)**
374:19,20
**reputable (1)**
346:15
**request (3)**

108:25 119:6 366:2
**requests (6)**
71:10,10 108:23
366:2,23 367:7
**require (2)**
249:24
**required (9)**
11:20 18:15 100:1
164:13 168:3,9,14
169:2,6
**requires (2)**
99:24 249:23
**requiring (1)**
93:18
**rereading (1)**
273:10
**reregistration (4)**
30:15 60:4 61:3,25
**research (14)**
88:21 130:1 133:3,23
134:5 135:20 137:7
137:10,23 138:3
368:25 372:9
373:15 379:5
**researching (1)**
100:13
**reservations (1)**
382:14
**reserve (1)**
370:18
**residence (1)**
369:14
**respect (37)**
30:3 45:18 50:16
53:20 79:6 137:20
142:19 145:13
146:2 148:8,20
149:10 150:15,22
159:6 163:9,24
171:10 173:5
174:24 179:5
185:12 199:12
209:4 211:10 216:1
218:13 219:3 228:8
229:16 232:25
257:15 274:8
280:17 331:6
363:12,21
**respective (1)**
42:17
**respond (3)**
64:5 345:25 354:24
**responding (3)**
354:15,19,23
**response (15)**
71:9 100:4 108:22

119:5 120:13 158:2
194:12 254:12
262:24 290:9,11
291:22 292:5 321:9
366:9
**responses (1)**
254:11
**responsive (3)**
366:23 367:2,6
**rest (4)**
16:9 203:10,23 216:6
**restate (1)**
70:11
**result (13)**
202:23 203:8 207:9
211:1 227:6 237:13
237:25 238:3
239:24 285:23
356:24 364:17
373:6
**resulted (5)**
207:12 208:5 234:10
238:9 239:5
**results (13)**
18:9,16,18 31:8 198:6
201:15 213:21
278:25 291:17
294:12 359:12,14
368:16
**retain (1)**
82:6
**retained (2)**
83:17 87:1
**retainer (1)**
79:24
**retention (2)**
78:17 93:21
**retired (1)**
139:1
**retract (2)**
273:8,19
**retracting (4)**
273:20 274:23,24
275:2
**returning (1)**
213:10
**returns (1)**
376:9
**reucker (2)**
216:20 225:24
**reuters (1)**
376:4
**reverse (1)**
347:18
**review (29)**
7:15 15:25 23:10

24:18 25:8,10 35:2
35:15 40:1 47:1
57:24 62:9 65:18
66:13 78:9,11 93:13
93:18 103:11 116:7
123:22 141:12
147:3 179:3 229:15
309:10 331:24
332:2 336:6
**reviewed (24)**
20:24 21:23 22:6,11
23:12 35:9 40:1
42:10 57:25 66:23
68:8 79:15 84:19
115:25 116:6 153:4
153:9 178:15 179:2
179:18,20 260:25
314:17 331:25
**reviewing (6)**
27:1 35:25 99:8,15,18
108:13
**reviews (5)**
35:17 57:6 112:8,9
134:20
**revised (16)**
12:16 85:15,18 181:2
181:8 189:14 207:3
220:12 221:6,8
222:10 235:6,8
237:1 279:9 357:24
**revising (1)**
119:24
**revisions (1)**
11:25
**right (46)**
19:8 53:25 76:7
104:21 109:18,25
134:14 151:19
156:13 164:22
168:13 172:10
193:12 196:23
198:2 204:8 206:10
221:23 231:7 243:6
253:4,5 255:7 262:3
262:17 263:16
271:21 301:17
305:5 306:7 312:7
328:8 330:13
332:20 335:4 338:5
339:4 340:9 346:19
356:9 359:11
361:11,18 369:4
375:11 379:20
**risk (26)**
9:10 96:3 99:5 116:13
116:18,22 117:2,13

117:17,21 124:17
125:3 140:10 156:7
156:17 158:9,12
159:1,2 195:24
196:4 252:18
253:24 358:19
360:5,10
**risks (8)**
5:10,16 6:5 13:11
21:12 37:17 154:23
157:14
**river (10)**
8:15 263:12 265:6,15
268:1,6,13 277:2
329:5 369:18
**robertson (1)**
3:8
**robin (4)**
3:7 80:7,16 366:8
**robyn (1)**
4:12
**rodent (8)**
124:19 159:6 161:18
163:10,17 180:21
326:4,17
**rodents (7)**
155:12 159:14,18,19
161:15 162:16
203:18
**role (8)**
38:7 39:24 101:25
103:5 121:15
132:11 208:19
291:22
**roman (3)**
157:5,9,25
**room (8)**
152:4 297:19 298:24
299:10,13 323:10
345:1 370:20
**root (1)**
109:11
**ross (8)**
48:11,17,20,23 49:24
50:21 52:23 55:6
**roughly (2)**
307:18 371:24
**roundup (4)**
1:4 10:5 81:8,9
**routes (2)**
8:21 326:8
**row (1)**
378:5
**rows (1)**
324:4
**rpr (2)**

1:24 384:24
**rule (3)**
145:8 155:10 227:18
**rules (4)**
39:5 64:4 134:24
135:14
**run (3)**
47:12 269:22 312:11
**running (1)**
25:14
**runs (1)**
368:17
**rusyn (2)**
53:3 55:19

**S**

**s (9)**
83:15 84:3 85:6 87:8
123:3 136:12,14
137:11 380:2
**safety (8)**
60:1 62:10 66:4
116:11 122:14,14
146:15 379:6
**saga (2)**
7:19 127:3
**salary (1)**
24:14
**salmonella (1)**
347:19
**sames (1)**
224:23
**sample (1)**
204:11
**sarcomas (2)**
257:7 320:13
**sat (2)**
318:2,3
**save (1)**
329:15
**saw (12)**
67:2 110:15 162:25
183:20 209:16
210:23 211:2
227:20 231:19
239:4,9 372:16
**saying (8)**
67:8 92:25 168:18
221:15 256:17
273:25 340:3,4
**says (50)**
15:16 17:12 19:22
35:3 38:4 50:1,5
51:2 61:18 67:11,12
72:9 80:12 81:7
82:11 89:9 94:14

95:25 100:24 132:9
143:7 165:21
170:16 172:5
203:10 219:23
226:8 231:16,17
247:9,17 260:7,8
263:17 267:6
268:15 270:8
273:23 274:25
284:15 300:3,9
359:18 362:11
375:1 376:6,22
379:2,16,21
**scale (1)**
376:11
**scenes (1)**
103:21
**scheme (1)**
53:22
**science (31)**
7:20 11:10 12:6 13:7
13:17 16:20 18:4,25
20:1 21:1,25 40:2
54:12,13 69:9 100:8
112:8 122:11
124:24 127:4
131:11,15 132:5
138:11 142:17,18
142:24 150:3,15,20
314:15
**sciences (1)**
29:9
**scientific (36)**
7:15 19:15 20:3 40:8
63:4 69:5 84:17,23
100:4 101:24
103:12,15,16 116:6
119:8,14 120:25
121:22 123:23
124:16 127:15,16
133:3,23 134:5,20
135:20 138:23
155:9 189:1,8,18
204:15,18 351:13
351:25
**scientifically (1)**
294:17
**scientist (8)**
22:15 24:8 25:20,23
147:22 162:24
191:2 382:19
**scientists (20)**
24:9 26:15 62:6 65:6
65:17 66:3 68:3
69:12 70:4,14 72:2
72:18,19 73:25

74:13 129:1 135:6
142:5,9 160:15
**screen (3)**
151:19 373:18 375:25
**screening (7)**
161:25 162:2,6,12,23
162:23 172:23
**screenshot (2)**
9:15,17
**seattle (1)**
369:11
**second (39)**
14:5 21:15 22:11
29:16 30:1,16 31:10
33:23 61:12 66:24
67:15 82:18 90:5,12
107:1 143:9 154:19
157:25 166:12
180:25 181:11
192:20 195:3 213:9
216:20 223:23,25
257:14 327:11
329:12 334:5 338:4
341:22 359:4
361:11,12,19,19,22
**secondary (1)**
167:18
**secondtolast (1)**
53:9
**section (9)**
30:7 42:12,22,23 44:4
140:17 157:7
158:14 277:9
**sectioning (6)**
273:18 275:13 276:13
277:3,18,20
**sections (14)**
42:8,18,25 43:2 273:5
273:11 274:3,15,17
275:7,15,17,19
276:2
**see (85)**
12:24 13:1,2 15:7
21:16 25:3 27:16
32:20 42:22 46:21
49:3,8 55:18 59:2
63:2 89:22 91:5
107:17 118:8
140:12,17 150:4
152:2 162:19
163:15 176:11
179:14 182:19
183:19 184:12
185:2 186:1 188:12
193:6 197:23 201:5
201:24 205:12,17

205:22,25 211:5
212:8 224:2 231:21
232:9,10 239:22
249:2 257:5 263:19
278:15 282:9
290:12 292:12
297:6,9 300:12
301:10 302:16
307:20 308:4 313:8
318:24 320:20
328:12 334:4
338:22,25 351:16
352:1 359:22 360:6
360:15,16 361:21
362:10 373:10
376:12 377:24
379:1,6,18,22 380:7
**seeing (5)**
334:21 351:6 357:25
358:1,3
**seeking (1)**
27:5
**seeks (1)**
203:15
**seen (20)**
23:16,17 31:18 56:9
67:1,21 145:23
187:7 202:1 203:21
215:18 218:14,16
243:11 260:10
274:19,25 330:5
372:1,3
**selected (2)**
128:16 244:22
**selfchosen (2)**
361:8,8
**selfexposure (1)**
363:9
**selfreported (6)**
361:1,14,25 362:4,8
362:18
**seminar (1)**
23:2
**send (2)**
36:19 93:19
**sending (2)**
57:21 110:17
**senior (2)**
25:20,23
**sense (6)**
35:24 227:13 315:5
335:23 344:18,20
**sensitive (3)**
239:22 240:1 372:14
**sensitivity (11)**
134:23 135:13 197:9

199:1 238:2 239:22
255:11,25 256:8
372:10 373:8
**sent (32)**
36:17 62:8 65:16
68:11,21 69:13 70:4
70:13,20 71:23
72:17,19 73:5,12,13
73:25 74:2,12,23
82:22 83:21 88:6
93:2 96:6,13 104:8
104:15 107:21
108:1,24 112:8,9
**sentence (11)**
15:9 42:13 59:20
144:16 150:1 158:1
180:24 221:21
279:14 360:3
361:13
**sentences (1)**
91:7
**separate (8)**
18:17,24 76:6 93:3
95:20 96:6 197:12
352:9
**separated (1)**
282:8
**separately (7)**
241:23 251:14 282:16
282:17 315:21
321:22,23
**september (5)**
1:14 2:4 10:11 378:1
384:22
**sequence (2)**
86:14,19
**series (5)**
11:13 110:21 119:7
336:4,14
**serious (1)**
69:6
**seriously (2)**
179:23 333:7
**serve (7)**
25:12 36:6,9,12,14,16
36:22
**served (14)**
11:9,16 20:24 21:22
22:5,9,14 24:15
25:17 32:9,23 38:20
79:10 156:20
**service (2)**
136:12,14
**serving (1)**
25:19
**session (4)**

session (4)
44:8 51:8 56:11 178:1
set (17)
71:12 148:1,23
149:13 150:5 154:8
183:24 199:23
244:7,17 261:6,7
273:16 333:25
334:16 384:11,21
sets (5)
11:19 270:5 308:18
336:3 351:25
settings (2)
274:19 275:1
seven (5)
70:23 71:18,22 74:6
75:1
sex (3)
184:10 185:17 308:20
sexes (2)
18:18 302:6
sheds (2)
5:22 30:22
short (3)
44:15 151:25 354:2
shortly (2)
33:3 56:23
shot (2)
373:18 375:25
shouldnt (1)
373:7
show (16)
21:4 31:21 40:10 48:9
52:22 75:11 143:2
179:5 226:1 253:2
286:24 321:7 325:7
373:21 374:24
377:10
showing (2)
283:25 381:17
shown (2)
351:16,17
shows (8)
116:22 186:10 195:8
199:16 287:4
293:14 294:19
305:20
shut (1)
55:2
sick (1)
353:25
side (5)
141:24 290:17,17
344:3,4
signed (6)
70:21 71:13 73:20

75:5 87:10 122:21
significance (7)
223:5 235:15 236:23
257:22 283:8
291:23 381:17
significant (102)
45:21 166:13,18
167:8 181:22
192:25 193:19
195:5,18 197:14,24
198:19 200:18
201:13,21 206:25
207:10,14,18
209:13,17,21 210:1
210:10,18 211:3,6
211:21 212:3,5,13
212:15,22 213:24
214:8 215:5,10
221:11 222:11,22
235:18 236:7
237:14,23 240:14
240:17,19,22
243:13,15 253:6,16
253:18 254:12
255:21 257:3,11,16
257:19 258:2,14
277:25 278:11
279:2,25 280:5,8,10
280:12,20 281:1
282:24 283:1,3,9,12
283:21,24 284:4,12
284:13,14 285:25
285:25 286:15,25
287:5,6 291:18
292:1,3,13 293:4
294:13,20 303:18
305:2 309:12,19
315:1 361:13,24
significantly (2)
200:10 240:13
signing (1)
71:14
similar (6)
35:18,20 200:21
224:24 275:13
317:25
similarly (1)
17:13
simple (2)
16:12 149:19
simplify (1)
74:10
simply (11)
20:11 181:25 182:24
183:14 185:5 190:6
203:11 238:20

290:12 291:7
345:17
single (9)
18:9,19 98:25 150:12
173:9 310:7,8,9
323:2
sit (1)
312:20
site (19)
301:20,21 306:8
307:24 310:7,8,9
317:25 322:3,7,8
323:5,6 327:24,24
328:2,2,9 333:19
sites (101)
182:18 183:23 296:15
296:16,23 297:5,13
297:14,23 298:1,9
298:12,13,17 299:2
299:3,7,20,23,24,25
299:25 300:7,10,21
300:22 301:1,3,7,8
301:10,12,17,22,25
304:10 305:2,4,5,6
305:7,19,20,22
306:9,19,25 307:7
307:14,15,25 308:8
308:8,13,14 309:2,8
309:10,19 313:7,19
313:21,21,24 314:6
314:8,9,13,17,20,24
315:6,7,12,13,16,20
316:6,7,21,24 317:1
317:11,12 318:11
318:14,15 321:13
321:22,24,24
322:14,17 323:15
323:16,21 324:21
324:24 328:1,6,10
sitting (9)
39:18 111:4 191:1
307:22 317:10
339:6,18 344:25
368:13
situations (1)
317:25
six (2)
382:13,16
sixyear (1)
136:20
size (1)
204:11
skin (47)
186:12 187:6 207:1,7
207:15 208:9,14
210:3,4 211:19

223:8,18,21 224:8
225:14 226:24,25
227:10,11,14,17,20
228:7,9,17,23 229:4
229:7,12 248:25
319:4,7 324:23,24
324:25 325:4,15
326:2,18,20 327:8
328:1,1,6,9,14
362:14
sl (4)
318:23 319:2,4,9
slices (1)
273:24
slide (3)
119:7,11 120:17
slides (2)
120:3,14
slight (1)
372:14
slightly (3)
241:12 341:16 342:6
slope (1)
193:7
slow (1)
214:25
small (7)
53:16 343:10,11
359:8,17,25 370:9
smith (5)
4:15 10:13 331:1,16
349:21
snoo (1)
134:10
society (1)
29:11
soileau (1)
80:15
soleau (1)
3:11
solely (7)
12:21 15:13 187:21
230:9,21 231:12
267:20
solid (1)
228:3
solve (1)
337:9
somebody (1)
36:13
somewhat (1)
315:14
soon (1)
75:17
sooner (1)
151:24

sorry (79)
14:18,22 31:20 32:21
45:14 59:19 63:2
71:21 81:22 90:11
107:10 113:8 114:9
114:13 122:5
131:25 133:8 143:2
167:24 169:17
172:13 174:4
175:17 192:5 197:1
201:23 207:5,25
210:4,8 214:25
216:11 217:14
220:16 221:13
223:12 226:2,18
234:17,20 235:8
241:13,24 243:8
248:1 251:21
253:21 258:4 260:2
266:18 269:5,18
271:22 276:8
281:23 287:17
288:25 293:7 297:2
303:5 306:1 309:7
309:16 311:22
317:13 320:4
323:18 326:13
328:4 340:8 343:1
344:17 355:8
357:22 359:13
361:17,21 376:5,16
sort (6)
157:6 317:7 325:8
362:13 370:5
378:24
sorts (1)
121:13
sought (1)
82:8
sound (3)
154:23 157:14 294:18
source (10)
61:24 171:21 243:23
262:19,23 263:5
354:21 371:16,17
371:17
sources (1)
35:20
south (2)
3:11 80:15
space (1)
62:16
speak (7)
64:8 75:14 101:7
112:12 337:8,14,15
speaks (1)

101:6
**spec (1)**
28:4
**special (1)**
28:2
**specialist (8)**
10:15 36:7,10,22 37:1
37:7,24 55:3
**species (2)**
18:19 308:20
**speciesspecific (1)**
164:12
**specific (15)**
23:20 64:13 132:16
154:21 160:18
161:15 162:13
163:5,6 173:10,14
250:17 347:7,18
361:5
**specifically (17)**
35:5 44:25 45:17
49:17 54:6,23 59:25
64:4 66:17 78:22
142:19 150:12
164:9 166:3 172:14
247:4 270:6
**specifics (1)**
81:4
**specified (1)**
327:4
**spectrum (1)**
139:19
**spend (2)**
44:7,21
**spent (8)**
26:5 44:15 99:18
100:7,12,15 101:23
108:12
**spit (1)**
368:8
**spleen (10)**
167:17 241:8 247:7
247:23 248:6 250:8
319:10,14,21
324:12
**splenic (6)**
319:12,13 320:6
322:18 323:7 324:3
**spoke (1)**
116:25
**spoken (4)**
104:2 112:11,13
113:4
**spontaneous (3)**
8:13 243:20 268:9
**spot (3)**

62:18,22 322:23
**spots (1)**
306:21
**sprague (27)**
185:15,20 187:8
206:15 213:2,4,14
213:22 214:23
215:24 216:9,20
217:3,9,23 218:7
219:10,15,19 221:4
223:7,21 224:2,5,17
225:24 226:14
**spray (1)**
362:24
**spraying (9)**
359:7,16 361:7
362:14 363:17,17
364:3,5,6
**sprays (3)**
361:15 362:1,9
**spreadsheet (1)**
369:7
**spreadsheets (2)**
367:25 368:1
**squamous (6)**
326:24,25 327:3,15
327:16,18
**ss (1)**
384:2
**staff (7)**
24:5 25:14 36:25
43:11 62:12 63:9
64:16
**staffer (6)**
63:1,9 64:5 114:15
115:16 374:12
**stage (1)**
244:7
**stamped (4)**
7:6,8 106:10,13
**stand (3)**
17:11 94:14 134:4
**standard (5)**
182:7 314:10 316:15
325:9 372:6
**standardized (1)**
349:11
**standards (1)**
374:21
**start (5)**
107:9 140:14 152:7
202:6 204:15
**started (2)**
26:10 269:22
**starting (4)**
166:12 168:1 191:24

341:23
**starts (9)**
15:5 28:25 107:5
140:13 216:12
240:7 360:4 361:13
361:20
**state (38)**
2:14 48:11 68:2 88:22
132:3 140:19
143:10 163:9
169:22 181:12
182:16 185:12
196:20 202:19
203:3 219:2 230:5
230:16,25 231:8
237:17 249:16
274:8 287:17
319:22 333:8 339:6
339:7,19 341:16
348:3 350:12 357:9
357:25 359:5
364:22 384:2,7
**stated (9)**
49:25 66:16 139:5
145:14 146:1 241:3
257:25 266:2 332:4
**statement (34)**
59:13 94:15 140:23
157:22,23 158:6,12
158:15,22 159:4
161:5 184:22 245:2
273:8,19,20,22
274:22,25 276:24
280:13 292:22
295:8 332:13,18,20
332:25 333:9
338:23 339:20
341:13 342:2,3
359:23
**statements (1)**
90:8
**states (15)**
1:1 10:6 18:18 83:6
84:12 157:12
164:11 167:16,25
169:12,23 170:5
227:4 299:19
369:15
**stating (3)**
92:10 95:17 198:1
**statistic (1)**
193:14
**statistical (14)**
47:1 182:12 187:15
194:8 223:5 235:15
236:23 280:23

283:7 291:23
298:13 312:16
314:10 319:25
**statistically (66)**
192:25 194:17 195:5
195:17 197:13
198:19 200:18
201:13 206:25
207:9,14,18 209:13
209:17 210:10,18
211:6,20 212:2,4,12
212:15,22 213:24
214:7 215:5,9
222:11,22 236:7
237:14,22 240:12
240:21 257:2,16,19
258:2,13 277:25
278:11 279:2,24
280:5,7,9,11,19,25
282:24 283:1,9,12
283:21,24 291:18
291:25 292:2,13
293:4 294:13,20
305:1 309:12,19
315:1
**stay (1)**
203:22
**stays (1)**
333:5
**step (2)**
54:18 72:15
**stephanie (1)**
335:18
**steps (1)**
60:8
**steve (3)**
90:2 112:6,18
**stimulate (3)**
66:21 67:13 68:7
**stomach (1)**
228:5
**stop (1)**
151:23
**storage (1)**
137:2
**story (1)**
26:8
**stout (2)**
216:19 225:24
**straif (1)**
25:15
**straight (1)**
162:21
**strain (7)**
184:10 185:17 199:15
260:23 274:18

325:19 370:4
**strains (15)**
160:7 169:14,18,24
170:6,9,13,14,15,22
171:2 199:19 266:5
325:20,24
**street (2)**
3:13 4:5
**strength (4)**
54:25 66:20 67:12
68:6
**stress (29)**
137:21 331:22 344:8
349:14,16 350:9,11
350:14,25 351:11
351:16 352:2,14,16
352:23 353:3,8,11
353:13,18,20,22
354:1,5,10,17,25
355:7,12
**stressor (1)**
350:24
**strictly (1)**
140:25
**strike (9)**
87:17 121:19 154:7
159:18 205:22
206:9 234:22
263:11 355:24
**strong (6)**
12:22 15:13 17:8,18
17:22 54:16
**strongest (3)**
17:8 357:19 358:8
**strongly (1)**
243:12
**structure (1)**
166:15
**studied (5)**
292:18 293:1,3,17,22
**studies (228)**
15:24 16:4 17:15,17
18:16 19:16 20:4
35:22,25 45:15
52:21 120:9,11
136:24 137:3,19
143:6 154:18
155:16,18,22,24
156:2 157:16,18
170:20 178:19
179:16,22 180:1,2,6
180:21 183:5,25
192:8 194:23
195:21,23 196:3
197:17 200:2,4,11
201:16,22,25 202:2

203:15,21,23 205:4
205:24 207:8 209:5
209:15 210:2
211:23 212:1
213:15,22 214:4
215:12,22 216:10
217:10,24 218:23
219:5 221:1,10
223:2 224:6,17
225:11 226:14
227:12,15 228:11
228:17 229:5,15,23
229:23,23 230:1
233:1,4,7,10,15,17
233:18,22 234:11
234:12 235:13,22
236:1,5,20 237:3,8
237:9,13,19,20,22
239:3 244:9,11,13
244:14 245:13
247:6,8,16,19,22,25
249:6,10 251:25
253:23 254:1,3,3,17
254:19,20 255:14
255:16 257:2,7,18
260:5,8,22 261:10
263:25 264:5,12,24
267:13,20 268:17
268:18,22 269:1,7
269:16,24,25 270:7
270:15,16 271:25
272:23 275:12
276:11 278:9 279:1
279:6,22 280:18,19
281:21 282:1,2,23
282:25 283:6,11
284:11,13 286:2,12
286:17,18,19
288:14 289:19
291:8 292:16,20,24
293:13 301:5 306:6
307:20 309:1,4
311:8 314:4 315:16
316:8 319:8 325:3,5
338:19 342:14
347:15,16 348:6,17
349:10 353:18
355:4,9,16,21,24
356:1,8,10,13,14,21
357:11,12,18
370:10 371:21
372:1,4,19,19 381:6
**study (195)**
16:7 18:9,19 45:7,10
45:11,13,13 46:11
50:7,12,14 155:11

161:9 162:12
181:14 183:10
192:1,11,20,24
193:17,24 194:14
194:15,16,24,24
195:3,8,12,13,14,17
197:7,10,23 198:16
198:17,18 199:3,4
200:8 201:1,2,10,10
202:1,10 205:19,24
206:1,5,12 207:17
209:3 212:11 213:5
215:17,18,24 216:5
216:20,21,21 217:1
217:2,13,15 218:14
218:15,16,22 219:4
220:22 221:9,19
222:3,13 227:5,23
227:24 228:21
229:20 234:11,25
238:1,8,8,11 240:4
242:5,15 243:13
244:11,21 246:20
248:1,2,3 249:18
250:20 251:25
252:5,16,21,25
253:8,11,13,16,18
254:4,4,6,8 255:4,6
255:19 258:18,25
259:6,16 260:3,14
261:11,17,20,22
264:2,4,10,11,15,18
265:7 267:17,24
269:22 270:17
272:22,24 273:5,7
276:6,18 277:22
279:12,12,16,17,19
279:23,23 280:24
281:3,6,16 282:8,23
283:8 284:2,23
285:4,5 287:13
288:1 289:3 298:14
319:9 321:4 322:18
323:3,9 324:1,1,5,7
324:8,9 343:22
358:7,8,9,15,24
359:20 360:1,9,19
362:21 363:3,14
371:19,20
**studying (1)**
172:6
**stuff (1)**
110:16
**subcommittee (1)**
41:4
**subgroup (31)**

40:24,24 41:8,12,19
41:25 42:4 43:14,16
43:24 44:9,13,13,17
46:18,19 48:18,21
49:10,20,25 50:17
50:17,22 51:9,24
52:2 53:12 55:7,24
99:1
**subgroups (2)**
44:11 47:25
**subject (1)**
40:23
**submeeting (1)**
53:16
**submission (9)**
88:14,17 94:6 103:8
108:16 140:4
178:16 265:21
266:1
**submissions (9)**
84:10,21 85:5 86:5
87:16,18 88:24
91:14,19 94:22 95:7
102:1,2,16,25 116:9
142:21 153:17
290:2
**submitted (19)**
85:20,24 87:8,19 94:6
95:6,19 103:9,14
120:6 125:5 129:9
153:11,16,17
178:23 220:7
290:24 291:6
**subscribed (1)**
383:12
**subsequent (2)**
97:4 162:11
**subsequently (1)**
102:11
**substance (13)**
76:5 78:8,8,15 79:9
79:11 110:12
161:14 171:25
227:6 343:24
350:23 351:2
**substances (4)**
78:10 105:17 342:16
351:15
**substantial (1)**
96:21
**substantially (3)**
12:13 199:25 200:1
**subtleties (1)**
212:9
**sufficient (15)**
17:14 18:7,20 56:2

141:11,14 203:16
205:13 308:19
316:5 323:10 331:5
331:22 346:21,25
**sufficiently (1)**
152:3
**suggest (12)**
66:11 67:16 173:22
174:5,13,20 213:15
215:12 237:2 359:6
359:12,14
**suggested (3)**
12:11 294:22 316:20
**suggesting (2)**
312:22,24
**suggestion (4)**
67:24 206:8,14 298:5
**suggestions (3)**
46:5 47:19 299:21
**suggestive (1)**
144:25
**suggests (7)**
66:25 123:15 171:23
172:15 199:19
200:3 213:5
**sugimoto (28)**
240:4,12 242:5,15
243:13 245:17
246:19 248:10,18
249:8,18 250:1,7,20
253:11,14,15,20,21
255:6 256:10
280:24 281:6,12
284:23 285:4,9,11
**suing (1)**
111:20
**sum (1)**
302:9
**summaries (1)**
381:24
**summarized (1)**
381:9
**summary (15)**
42:8,13,14,16,23
56:17 140:13,14
157:6 207:23 244:8
371:9,13 381:24,25
**sun (2)**
226:20 227:1
**sunlight (2)**
225:4 354:4
**supplant (1)**
16:5
**supplement (1)**
179:20
**supplemental (5)**

153:9 381:4,10,18
382:5
**supplied (2)**
109:3,4
**supplier (1)**
260:25
**supply (3)**
155:17 156:1 157:17
**support (17)**
16:23 84:25 134:12
155:25 157:16
160:16 197:4,25
198:8 205:22 206:6
206:13 208:21
211:15 243:12
355:6,11
**supporting (2)**
154:6,12
**supports (1)**
251:18
**suppose (1)**
142:11
**sure (32)**
11:14 22:12 29:22
32:8 43:20 46:13
60:9 71:20 129:16
175:7 193:14,23
225:10 230:11
235:4 237:4 266:18
281:17 290:19
300:13 304:6 332:5
332:14 333:1,10
338:18 339:10
340:11 349:20
359:24 367:19
369:3
**suresh (34)**
192:4,21 193:17,24
194:4 195:3,13,17
196:14 197:7,16,23
198:17 199:10,14
199:23 200:11
201:1,9 202:1,9,13
202:14 206:5,12
207:17 208:4,7,13
208:17,18 210:20
211:23 212:11
**surfactants (3)**
145:15,22 146:3
**surprise (1)**
354:7
**surprised (2)**
181:17 346:16
**sustainable (4)**
9:21 376:10 377:16
377:23

swear (1)
11:1
sweep (1)
341:17
swiss (12)
122:11,16 171:13,23
172:16 173:6 230:7
230:18 231:1,10,20
232:7
switched (1)
163:5
switzerland (2)
142:6,9
sworn (3)
11:4 383:12 384:11
system (4)
164:13 166:20 167:4
353:5
systemic (3)
241:4 242:11 321:25
systems (4)
166:14 167:10,14
358:4

**T**

table (62)
107:20,24 108:17
174:11 183:24
184:5 185:9,11
208:2 211:21
212:24 213:10
217:16,17 225:21
226:12 240:22
244:5 247:2,18
270:8 286:6,8
296:12,14,21 297:4
297:8 299:7,10
300:21,25 301:17
303:17 304:8 306:3
306:4,14 307:25
311:12 313:4,13,18
315:4,23 319:16
320:22 321:25
322:6,9,11,12,15,15
322:21 323:2
324:20 325:2 327:6
327:25 362:7,7
tables (14)
153:4,9 178:11,16
201:9 212:22 257:6
282:2 321:6 328:12
381:4,18 382:3,23
tail (1)
133:25
tails (2)
202:24 203:9

take (28)
12:16 37:10 60:8
62:22 69:16 72:15
74:11 97:10 134:4
135:18 139:23
155:12 176:24
189:24 190:13
191:14 243:17
244:5 295:1 301:12
318:19 328:19
358:14 365:11
366:18 367:16
376:15 382:14
taken (12)
51:25 147:9 190:11
261:10 273:6 275:7
298:1 339:14
372:20 375:7 376:4
377:20
takes (3)
100:3 269:21 322:8
talk (19)
38:14 62:14 63:4
132:3 134:15 139:3
142:17 146:14
162:20 215:23
216:15 282:13
294:24 295:1
296:11 357:12
365:11 371:20
374:14
talked (9)
54:12,14 115:12
142:13 191:17
196:12 201:20
325:8 357:4
talking (45)
43:15 63:23 67:18
70:3,7,12,15,18
106:21 124:10
140:8 143:5 162:16
164:25 166:3 168:7
168:8,11,25 170:20
172:12,25 173:2
191:25 199:4
203:25 209:22
220:18 252:3
259:10,23 279:11
279:15 285:17
304:2 322:4 325:21
331:12 350:7 356:9
357:18 358:24,25
378:8,12
talks (3)
23:5 61:13 377:2
tarazona (3)

7:13 122:18 123:21
target (4)
155:3,4,6,8
tasked (1)
41:14
technical (3)
99:13,24 295:10
technically (2)
170:12 314:12
technique (1)
373:14
technology (3)
5:21 30:22 190:10
telephone (3)
4:13,14 105:11
televised (1)
151:5
tell (15)
19:5 61:8 90:21
145:20 175:10
242:3 249:21
314:11 333:24
337:4 338:7,8
339:13 348:13
371:12
telling (5)
66:2,8 91:10,22
279:21
tells (2)
254:13 306:5
ten (6)
23:8 113:11 268:21
269:1 330:24
331:13
tend (1)
241:16
tenminute (1)
330:6
term (4)
62:24 87:5 181:1
280:6
terms (4)
51:4 79:18 98:9
100:14
terrible (3)
26:16 46:23 113:7
terribly (2)
288:23 303:14
test (40)
45:24 46:3,10 47:11
47:15 120:13 154:4
154:10 171:1
176:16 182:6
184:10 205:17
212:7 229:13
240:17 257:11

258:7,12,15 259:6
283:17,19 295:25
296:2,6 303:9,23,25
304:4,5 318:3,4
346:8 347:13,20
359:8,17 369:1,3
tested (5)
182:9 217:12 346:12
347:12,17
testes (3)
218:20 248:24 250:8
testified (4)
11:4 67:6 311:17
374:8
testify (2)
300:19 321:10
testifying (2)
76:18,19
testimony (25)
58:10 93:11 100:9
101:18,22 102:21
114:19,22,24 115:1
117:7 209:25
258:21 276:4
289:14 298:6,8
299:1,22 300:13
303:15 320:8 330:4
364:15 384:13
testing (3)
31:5 294:19 372:5
tests (7)
182:23 296:9 311:18
343:22 347:6,23
348:1
text (5)
5:21 30:21 243:6
297:17 303:21
textbooks (1)
354:12
thank (11)
10:24 66:1 169:21
184:8 219:13
225:11 264:6
319:12 372:8
378:16 380:19
thanks (1)
328:19
thats (151)
12:25 14:11 15:16,19
16:18 24:23 28:2
39:1,6 50:5,19 56:5
56:8 58:10 61:19
64:11 67:11,14
69:18 76:6 77:12
80:10 81:20 82:10
89:2 94:14,19

101:18 105:23
117:4 118:24 123:6
130:20 133:8,25
135:15,16 140:12
143:7 146:24 147:6
149:18 151:19
152:18 156:14
163:16 165:23
172:10,11,12,13
179:23 180:6
181:17 182:3 184:4
185:19 192:21
193:11 194:13
196:23 197:2
200:16 204:17
205:2 206:21 207:2
211:14 212:19
213:7 214:14 215:5
218:8 219:23 224:3
224:4,12 225:25
229:6 230:24
231:15 237:11
238:14,19 239:19
240:4 244:16 247:9
247:17 251:7,8
252:9 254:12
258:21 260:1
263:14 264:2 270:8
273:1 278:4 280:2
284:2 286:25
287:24,24 288:17
288:25 289:24,25
290:21 299:12
300:3,9,17 301:15
306:1 307:2 314:18
316:15 317:4
318:10 319:11,11
320:12 327:20
332:3,10 335:16
336:15 337:13
339:1 341:17 342:2
342:3,7 353:12
355:13 361:7,8
362:3,11,16,25
365:4 366:6 369:20
373:14 375:12,17
378:19 382:2
theoretical (3)
313:15 344:18,20
therapies (1)
163:18
theres (5)
49:13 90:8 107:4
312:3 357:12
theyre (6)
24:10 38:12 119:21

320:3,3 359:23
**thing (8)**
62:21 72:9 87:25
114:4 156:12 227:2
273:11 296:7
**things (27)**
12:18 22:22 110:19
129:23 139:3 140:3
147:3 155:5,7
160:14 232:21
239:21 242:4
251:10,22 261:19
261:23 297:20
327:5 342:12 344:9
363:3,6,11 365:11
369:7 373:3
**think (55)**
39:15 46:21 48:7 52:9
58:25 64:16 78:23
98:18 99:2 105:3
112:6,19 118:16,22
128:25 137:15
144:15 149:2
153:13 155:14
156:10 163:4 176:3
180:25 184:22
190:21 191:22
195:22 206:20
210:3 223:9 226:4
241:18 242:1 243:5
279:4,5 282:8,9
300:20 316:25
317:14 319:22
324:25 326:17
330:25 332:17
335:20 344:4 349:3
357:19 362:17
363:5 373:17
374:16
**thinking (1)**
352:10
**third (9)**
21:16 194:14 195:8
205:24 206:1 217:2
245:5 266:16 302:2
**thirdfromlast (1)**
302:3
**thought (11)**
37:14 58:23 61:1
175:9 226:18
265:11 273:9
305:17 341:20
357:3 374:13
**three (86)**
55:5 80:6 93:3 95:19
96:6,13 128:8 160:2

160:3 180:8 192:8
192:15 194:22
195:23 196:2
201:16,22,24 202:5
202:21,22 203:8
204:7 206:20 209:5
210:2,25 211:5,22
212:1,24 215:22
217:8,9,19,23
218:23 219:5 221:1
222:20 225:19
226:2,10 234:2
253:22 260:11
273:23 274:2
291:13,14 292:3,19
296:1,17 297:14
298:10,18,21 299:4
299:23 300:7,22
301:4 304:11
305:22 306:10,19
306:23 307:16,19
308:1,9,15 314:22
314:24 315:17
316:9,9,11 324:25
325:5 328:5,7,13
357:12 363:3
**threeormoretumor...**
322:22
**threepage (2)**
99:12 376:7
**threequarters (1)**
136:13
**throw (1)**
176:9
**thumb (2)**
151:11,16
**thyroid (8)**
218:19 219:9,14,18
220:19 221:3 222:8
222:12
**ticket (1)**
97:2
**tied (2)**
23:19 187:16
**time (103)**
11:15 13:17 23:24
24:11 25:17 26:5,25
27:9 32:23 40:21
44:7,16,22 47:14
51:24 58:22 69:20
69:23 70:20 71:2
72:16 79:3 82:13
83:4,14 84:1 85:16
85:19,22 87:9 88:21
89:3 90:18 92:17
93:2 95:19 96:5,10

96:25 97:18 99:23
100:3 108:4,5 110:4
111:6 113:15 114:8
116:1,21 135:22
147:11,14 170:4
177:1 178:3 179:21
180:12,15 189:13
209:10 220:21
233:22,23 251:11
255:20 256:21
260:23 262:9,12
264:25 265:7,16
266:6 269:10,21,24
270:16 272:1,24
295:4,20 328:20,23
329:4,19,22 330:9
330:10,20 345:16
345:19 349:1 353:4
353:14 354:3
365:13,16 370:18
370:25 373:4 380:4
383:6
**times (10)**
23:18 90:23 146:13
146:18 271:15
272:2,20 340:14
345:9,13
**timing (1)**
34:10
**tissue (4)**
250:22 251:2 320:16
321:3
**tissues (3)**
248:23 250:9 321:8
**title (2)**
62:20 362:11
**titled (1)**
376:8
**titles (1)**
29:12
**today (17)**
39:19 111:4 191:1
228:20 274:23
285:24 307:22
317:10 330:18
333:8 339:7,18
366:4 368:13
373:25 374:2
380:22
**todays (1)**
383:6
**told (14)**
26:13 60:14 62:12
63:9,17 64:5 88:22
114:14,15 278:6,24
295:8 318:4 375:8

**tom (2)**
112:21,23
**tongue (1)**
365:6
**tool (4)**
161:25 162:2 372:13
372:13
**top (9)**
18:12 237:7 260:2
262:17 264:3
331:15 361:22
365:6 375:1
**topic (3)**
45:4 103:24 371:14
**toss (1)**
204:22
**total (60)**
96:21 182:18 183:23
266:25 285:1
296:15,16,23 297:5
297:13,23 298:1
299:2,7 300:21
301:1,7,8,12,17,20
301:21,25 304:10
305:6,7,19,20 306:8
306:18,25 307:24
308:8,13 313:19
314:6,13,16,19,23
315:6,7,12 316:6
317:1,11,11 318:11
318:14 321:23,24
322:2,14 323:5,16
327:23,24 328:2,10
371:25
**tough (1)**
58:22
**toxic (1)**
105:17
**toxicisch (1)**
338:9
**toxicity (2)**
7:14 123:22
**toxicological (3)**
136:23 137:2 343:15
**toxicology (8)**
29:10,11 124:3,5,23
125:23 126:12
316:16
**toxin (1)**
26:17
**trade (2)**
81:16 82:2
**transcript (4)**
10:23 151:10,14,16
**transcription (1)**
385:7

**transformation (6)**
164:14 168:3,19,20
168:22 370:6
**transgenic (2)**
170:13 171:3
**transient (2)**
359:9,18
**translated (3)**
333:19,24 334:25
**translates (2)**
193:10 215:3
**translation (10)**
8:24 333:22 334:9,14
334:16 335:15
336:1,23 338:13,25
**translator (6)**
334:3,21,23 335:1
337:2 338:5
**transparency (3)**
61:15 134:23 135:13
**treat (1)**
352:13
**treated (4)**
192:14,15,19 195:1
**treatment (3)**
196:5 228:24 229:18
**tree (1)**
41:4
**trees (1)**
366:17
**trend (162)**
45:24 46:3,10 47:11
47:15 120:13 182:6
192:25 193:1,6,9,10
193:11,17,18 194:3
194:5,17 195:5,8
197:14,18 201:17
203:5 206:25
207:10,13 208:5,8
208:24,25 209:13
210:1,10,19 211:6
211:21 212:3,21
213:24 214:13,15
214:16 215:4,7,10
221:11 223:20
229:3,13 234:1,10
235:1,21,25 236:4,6
236:21 237:14,23
238:10 239:6,12,18
240:2,9,10,15,16,20
240:20 241:9,23
242:14 252:6,10,23
253:6,6,9 254:5,7,9
254:21,25 255:5,15
256:3 257:3,19
258:7,11,15,19

259:11 260:13
263:13 271:17
272:4,9,13 274:9
278:1,11 279:3
280:20 282:24
283:1,4,9,12,17,19
286:1,16,25 287:7,9
289:13,16,18 290:5
290:9,12 291:18,24
292:1,11,13 293:4
294:13,19 295:25
296:2,6 303:9,12,18
303:23,25 304:4,5
304:16,21,25
309:13 310:18,20
311:15,21 312:1,5,6
313:9,11 317:12
318:22 319:9,17
321:11 323:8 372:5
**trends (27)**
184:12 185:2,4,21,25
186:5,24 187:20
188:10,12 230:18
231:10,18 232:8,10
240:22 257:16
303:2,6 304:15
305:2 308:11,14
309:19 311:14
313:10 319:15
**triangle (1)**
374:25
**trichoepithelioma (2)**
327:1,19
**triple (1)**
212:25
**true (9)**
139:13 159:3 161:5
167:6 229:6 238:14
256:7 260:1 384:13
**trust (1)**
242:3
**try (10)**
160:16 161:19 163:23
170:4 204:16,19
241:14 295:21
304:22,22
**trying (13)**
16:13 26:16 136:3
149:23 158:23
179:19 201:19
204:24 276:16
293:9 313:6 320:11
343:18
**tsg (2)**
10:13,17
**tumor (62)**

23:20,21 45:20
154:21 162:24
163:1,6 168:21
171:4 174:23
175:12,13,19,21
187:12 197:25
198:7,14 199:16
203:20 208:20,21
211:3 214:11
215:18 217:21
218:3 219:3 224:24
226:15 227:7,7
234:1,4,9 235:2
249:23 251:24
260:9 262:22
266:16,20 287:14
288:21 292:15
298:24 309:1,4,8
310:24 312:2,25
314:22 315:7 323:6
324:14 325:22,23
326:3,24 327:3
381:11,11
**tumors (224)**
45:5 143:12,18 144:2
144:21 163:2,20
171:7 173:23 174:6
174:15,17,21,21,25
175:2 176:17
178:25 185:16
186:19,23 188:5,14
191:20 192:12
193:1,25 194:7,18
194:18,23,25 195:6
195:7,9,24 196:4,11
197:6,15,18 198:20
199:12,17 200:7,9
205:5,9,14 206:9,15
208:6 209:1,11,23
210:1,8,17,23 211:4
211:11 213:6,16,25
214:6,14 215:13
218:11,14,16,20,21
218:22 219:10,19
220:19 221:3 222:8
223:9 224:15,19,22
224:23 225:2
226:19 227:14,20
232:17,22 241:3,4
242:11 250:17
251:12 256:24
257:4,20 258:13,19
258:25 259:12
261:15 263:6
270:10,18 271:24
273:3,6,13 274:10

274:14 275:8 276:3
276:4,14,19 277:9
277:10 278:1,8
279:24 280:21
281:4 282:12,25
283:10,11,25 284:8
284:10,21 285:23
286:1,23,25 287:7,9
287:20 288:14,18
291:13,13,14,19
292:16,19,25 293:2
293:15,21 296:17
296:19,25 297:14
298:10,18,21 299:4
299:14,24 300:6,8
300:23 302:20,24
303:1 304:1,2,9,11
304:14 305:3,4,8,14
305:23 306:5,9,10
306:20,23 307:17
308:1,9,11,15 309:4
309:20,21,24 310:1
310:1,3,10,20
311:10,16,22,25
312:3,4,4,10 313:9
314:22,24,25 315:2
315:17 318:25
319:2 321:25
324:25 325:15
326:2,19,20 327:16
328:5,6 342:16
371:24 372:1 381:5
**turn (7)**
21:15 28:3 165:2
229:22 330:21
339:2 371:5
**turns (1)**
370:11
**twelve (1)**
247:21
**twice (1)**
107:14
**two (102)**
18:17,21,23 22:9
29:13,24 33:12,13
42:13 52:20 66:9,19
70:15,18 72:18
74:12 77:2 91:7
99:12 106:6,17
121:23 125:10
128:8 154:1 170:16
191:11 197:11,16
199:5,11 200:2,11
202:2,24 203:5,9,21
205:24 209:15
210:1,17,23 211:2,7

226:15 232:3
233:10,11,15,16
235:16,22 236:1,19
237:3,8,9,13,20
243:3,6,7 250:21
254:20 278:9,25
279:5,21 280:18
283:20 286:1,12
288:13 292:16,24
293:13 296:25
304:1 305:2,3,8,14
307:19 309:20,24
309:25 310:9
311:22,22 312:3,4
315:2 328:6 330:2
330:11 331:6,20
333:17 357:13
369:7 374:16
**twofold (1)**
258:9
**twopage (4)**
98:25 99:9,19 373:24
**twostage (1)**
338:3
**twothirds (1)**
140:8
**twoyear (2)**
16:6 264:11
**type (19)**
119:22 146:10 159:20
160:18 161:15,21
171:4 234:1,4 235:2
251:24 290:13
306:5 312:21 321:3
323:10,12 326:4
354:8
**typed (1)**
266:16
**types (28)**
16:4 119:17 161:2,6,7
162:13 170:17
174:6,25 175:20,21
219:3 226:15
227:12 234:9 241:3
251:10 305:11
314:22 318:1
320:16 325:23,24
326:4,18 346:6
347:23 381:11
**typhimurium (1)**
347:19
**typical (5)**
51:20 52:5 246:7
304:4 305:11
**typically (2)**
245:21 312:24

| **U** |
| --- |

**u (9)**
83:15 84:3 85:6 87:8
123:3 136:12,14
137:11 380:2
**uhhuh (1)**
43:12
**ultimate (1)**
215:11
**ultimately (4)**
36:6 56:1 73:12 234:3
**um (1)**
176:21
**umhm (3)**
274:7 276:15 360:7
**unaware (1)**
46:6
**uncertainty (1)**
144:24
**unchanged (1)**
364:5
**uncommon (3)**
35:16 345:21 376:9
**undergone (1)**
276:12
**understand (34)**
27:16 30:7 47:14
55:23 57:1,5 63:8
149:22 174:19
175:18 184:6,7
241:12 259:9 275:3
289:14 290:22
291:11 293:25
296:15 297:1,21
304:6 309:7 310:16
310:17 312:23
313:3,6 318:18
320:11 340:2
358:12 375:5
**understanding (24)**
12:17 26:9 62:3,4
105:4 118:2 135:17
144:23 178:15
189:15 193:16
241:21 242:6 246:9
246:13,16 251:7,8
299:6 304:18
362:20 363:2
366:20 367:4
**understood (3)**
17:24 131:21 296:10
**union (5)**
7:16 123:24 335:9
374:5 384:3
**unions (1)**
124:7

unique (3)
349:17,19 350:14
unit (1)
122:13
united (5)
1:1 10:6 83:6 84:12
369:15
unsound (3)
7:20 127:4 134:19
unusual (1)
227:24
upcoming (1)
33:14
upper (1)
292:10
urging (1)
119:1
use (52)
19:2 20:16 86:5
102:22 134:19
142:17 149:17
155:8 160:15
169:15 170:7 171:5
190:4,17 197:15
233:8 259:24 260:3
261:20 264:23
265:24 266:10
267:3,5,19 284:16
284:17,25 294:16
299:2 301:20 303:7
303:24 307:14,25
311:7 325:20 330:9
348:24,25,25
355:17 356:2,3,22
356:24 368:8,19
369:5 370:15 371:9
381:23
useful (2)
261:6 334:13
uses (2)
169:25 325:18
usual (1)
349:3
usually (1)
41:1

**V**

v (2)
169:16 170:8
valid (1)
261:6
value (6)
287:5 294:19 303:23
311:11 322:10
345:15
values (4)

231:5 296:1,9 304:3
variety (1)
22:24
various (12)
26:21 64:22 90:8,13
116:10 119:8 121:8
153:5 228:24 295:3
336:5 367:14
vary (1)
159:20
vehicles (2)
8:21 326:8
venal (1)
174:15
verbatim (2)
337:11 338:8
verbiage (3)
17:1,6,7
verifiable (1)
294:17
verified (1)
47:10
verify (2)
47:7 246:17
version (2)
107:25 119:15
versus (1)
313:10
video (1)
10:15
videographer (22)
4:15 10:1,24 69:20,23
176:22 177:1 178:3
180:12,15 262:9,12
328:20,23 329:16
329:19,22 365:13
365:16 370:22,25
383:5
videorecorded (1)
10:3
videotape (3)
151:18 152:5 176:23
view (1)
66:10
views (1)
63:14
vincent (1)
112:12
virtually (1)
260:8
virus (5)
165:5,13,20 166:4,6
visiting (3)
22:15 24:8,9
vitae (2)
7:23 136:8

vitro (8)
155:15,20 157:16
350:25 351:1 356:8
356:13,19
vivo (3)
356:14,19 357:11
voiced (2)
52:18,19
voicing (1)
52:12
volume (1)
379:10

**W**

wait (1)
140:24
walk (1)
251:23
walked (1)
114:4
want (29)
18:2 27:16 53:24 63:3
133:10 140:15
146:10 147:12
152:1 185:13
193:13 196:17
206:10 219:12
237:4 249:1 261:20
262:5 269:18
275:14,20 285:7,9
329:13 332:12,22
335:10 366:16
371:7
wanted (7)
23:14 139:2 217:17
239:12 369:3,17
382:17
warrant (2)
331:24 332:1
washington (2)
4:6 369:12
wasnt (12)
13:2 67:6 71:20
101:11 128:20
139:3 187:17
207:22 296:22
359:11 374:17
375:19
water (2)
26:18 49:14
way (51)
36:15 47:17 51:14
53:15 54:10 56:5
57:6 84:18 85:18
113:6 142:2 144:15
146:24 148:1,15,23

149:13 150:5
161:12 167:22
193:11 203:12
204:21 229:19
246:17 248:15,17
248:19 256:10
263:10 277:16
288:25 291:9 296:8
304:25 307:23
314:10,14 317:20
325:11,12,12 326:3
327:21 340:25
343:13,22 360:2
373:12,13 384:18
wayback (3)
33:19 35:1,12
ways (1)
296:1
weak (4)
221:2,16,24 222:7
weaken (2)
66:10 67:9
weakening (1)
67:14
weakens (2)
66:20 67:12
website (13)
9:18 33:18,21 62:17
263:13,16,18,22
268:1,2 376:1,7,8
wed (1)
152:14
week (5)
25:22 43:25 47:20,23
52:6
weight (4)
12:8 357:10,21
358:11
weitz (5)
2:10 3:3 78:20 80:8
80:16
went (7)
16:9 62:18 65:6 120:9
146:13 211:25
271:8
whats (8)
138:11 225:22 230:15
278:22 290:21
327:22 339:25
367:9
whatsoever (7)
89:7 91:3,23 92:11
101:25 217:11,25
whereof (1)
384:20
whos (2)

342:12,12
wide (2)
347:22,25
wistar (37)
162:25 163:2 185:24
186:4,13,15,23
187:20 188:11,15
191:20,22 192:9,13
192:20 194:7,15,22
195:25 196:2,5,12
196:22 197:6,18
198:10 200:24
201:3,12,16 207:1
207:10 211:18
216:12 226:3,5
326:11
wistarhan (2)
8:22 326:8
witness (13)
3:4 5:2 11:1,3 93:17
179:12 318:20
332:16 370:17
384:10,14,20 385:3
wonderful (1)
178:8
wood (27)
192:6 194:15 195:14
198:16 199:3,5,5,6
199:6,9,14 200:8
201:1,10 207:8
209:3,15 210:11,19
238:8 239:3 252:21
252:25 253:16,18
254:24 281:3
word (5)
130:20 183:19 198:14
343:19 344:12
words (2)
214:3 382:1
work (65)
22:18,20 23:25 24:7
27:14 29:15,16,25
30:2,14,17 32:25
39:5,12 41:11 43:15
43:24 44:4 67:17
78:13 79:6 80:5,19
80:23 81:3,14,25
82:24 83:22 88:20
90:17 93:4,7 94:11
95:21 96:7,17 97:3
97:8,12,24 98:2,11
98:13 100:5,17,25
101:3,6,8,15,20
102:9,12,15 108:7
110:23 115:8
125:17 136:2

159:16 367:13
371:16 376:19
378:13
**worked (11)**
23:6,9 27:11 56:6,8
79:1 103:17 115:6
135:23 156:24
157:1
**workers (2)**
9:10 358:20
**working (75)**
11:20 19:14 20:2
23:10 24:25 25:22
27:1,3,18 33:6 36:5
36:22 40:3,7,11,21
41:8,9 42:24 43:14
43:23,25 44:6 47:20
48:6 50:12 51:8
53:10 54:2 55:12,13
55:15,21 56:1,10,13
56:14 57:14,17,23
58:6,18 59:8 65:1
66:12 67:18 72:21
74:5,17 75:1,15,19
76:12 77:1,8,14
78:6,19 79:10,16
80:12 83:2,12 92:18
92:20 105:22 111:5
113:15 120:19
125:9,12 257:24,25
258:11 369:4
**works (3)**
146:24 193:12 380:4
**workshop (1)**
15:5
**world (2)**
91:23 117:19
**worry (1)**
145:11
**worse (1)**
265:12
**wouldnt (17)**
52:17 54:17 62:21
198:21 239:13
251:5 277:18,19
294:25 314:5
316:14 320:12,21
337:9 346:16 354:7
370:15
**wristband (11)**
27:4,13,19,21,22 28:3
28:7 31:2,5,7 39:21
**wristbands (1)**
30:17
**write (6)**
43:1 103:6 132:8

203:2 362:3 368:9
**writeup (1)**
307:21
**writing (1)**
65:7
**written (14)**
12:15 48:23 51:1 81:5
81:11 92:18 120:18
121:20,23 139:10
165:10 299:21
342:6 382:1
**wrong (7)**
63:2 68:10 181:1
201:6 279:5 302:12
374:18
**wrote (9)**
50:21 114:8 122:11
182:3 189:11
231:15,16,16 338:6

___ X ___

**x (5)**
1:3,7,10 157:5,9
**xavier (1)**
133:12

___ Y ___

**yeah (14)**
69:19 71:25 97:25
122:25 140:6 174:4
230:14 243:7
271:21 280:1 309:6
309:15 342:1 376:5
**year (7)**
25:19 99:4 122:20,25
123:10 127:14
128:23
**years (8)**
25:5 26:20 105:20
125:10 264:14,19
266:3 269:12
**yields (1)**
221:11
**york (8)**
1:13,13 2:10,11 3:6
10:10,10 26:16
**youre (52)**
14:21 29:15,17 35:24
41:25 46:13 63:4,6
70:7 78:13 79:12
86:14 94:10 129:2
132:24,24 139:19
140:8 143:5,21
161:8 170:2 181:20
182:15,22 183:12
183:22 191:25

198:1 212:5 220:18
221:15,18,25
229:11 243:9 253:4
253:5 279:11 293:9
294:1 311:12
312:15,23 313:4
314:2 331:12
353:17 356:12
372:24 374:18,19
**youve (4)**
151:4 174:4 234:16
259:10
**yup (1)**
284:4

___ Z ___

**zealand (3)**
118:19 119:1,2
**zero (5)**
243:2,4,5 317:21,22

___ 0 ___

**0 (33)**
188:11 202:4 207:13
215:3 230:18 231:5
231:10 257:23
258:19 259:7
287:14,20 288:9,10
289:7,9,10 292:8,8
292:8,8,9,9 293:23
293:23 294:5,5,6,7
294:8,8,10,10
**000 (5)**
79:24 96:16 98:5
125:16 289:10
**0000 (1)**
285:9
**001 (2)**
5:17 21:13
**003 (2)**
215:4,11
**01 (4)**
301:22 302:1,2 303:7
**03 (4)**
193:10,19 194:5
262:10
**04 (2)**
2:5 10:12
**041 (1)**
221:12
**05 (35)**
181:23 182:7,24
183:14 184:2,13
186:1,6,24 187:20
196:8 230:6,18
231:5,10 236:7

257:17,23 258:3,14
258:19 259:1,7
281:1 283:7,22,24
284:5 301:11,13,16
303:7 312:13 319:1
319:2
**053 (2)**
207:13 209:18
**06 (1)**
383:6

___ 1 ___

**1 (47)**
10:2 39:6 49:4,10
107:24 158:14,24
178:2,4 180:13,16
182:22 202:4
220:10 244:13
263:24 264:3,4
271:1 287:14,15,19
287:21 288:21
289:5,10,10 292:7
293:23 294:5,6,6,7
294:7,10,10 297:10
302:20,21 305:19
306:3,4 322:21
334:17 378:1,24
385:5
**10 (10)**
69:21,24 214:20
225:21 257:6
266:12,17 299:24
300:5 302:21
**100 (8)**
23:11,12 139:20
288:21 306:16,17
306:21 351:21
**10003 (1)**
3:6
**101 (1)**
176:2
**102 (1)**
289:8
**106 (2)**
7:6,8
**11 (16)**
6:12,16,18 52:25
65:12 68:11,18,21
143:4 235:5 249:2
286:3,8 302:15,17
302:21
**112 (17)**
33:15 34:22 35:7 36:5
36:23 40:3,7,21
41:9 44:1,6 47:20
51:9 57:18 59:9

67:18 257:25
**1149 (1)**
243:5
**12 (16)**
15:19 31:10 89:19
177:2 245:11 246:2
247:4,18 249:2
291:3 302:19,19,21
326:18,21 371:21
**122 (1)**
7:10
**123 (1)**
7:12
**127 (1)**
7:18
**128474 (1)**
1:25
**12month (1)**
248:1
**13 (8)**
5:8,11 6:13 57:11,13
97:1,4 249:2
**1350 (1)**
4:5
**136 (1)**
7:23
**13r (2)**
370:2,5
**14 (1)**
34:17
**1424 (2)**
243:2,4
**15 (30)**
6:11 19:2 48:15 98:5
183:24 185:9
240:22 267:6
296:12,14 297:4,8
299:7,10,25 300:5
301:17 303:17
304:8 307:25 313:4
313:13,18 315:4
319:16 321:25
322:6,15 324:20
327:25
**150 (3)**
125:16 293:15,21
**151 (7)**
5:8 13:6,9,24 14:21
19:11,21
**1510 (2)**
6:8 41:21
**1511 (3)**
6:9 43:5,6
**1512 (3)**
6:10 48:13,14
**1513 (3)**

6:12 52:24 53:2
**1514 (3)**
6:13 57:9,10
**1515 (3)**
6:14 60:19,20
**1516 (6)**
6:15 65:10,11,14 70:9
74:21
**1517 (4)**
6:17 68:17 70:8 74:21
**1518 (3)**
6:19 71:4,5 93:21
**1519 (3)**
6:20 73:7,8
**152 (8)**
5:11 13:14,19 14:17
14:19,23 18:3 19:2
**1520 (7)**
6:22 88:8,9 139:24
140:2 179:8,9
**1521 (3)**
7:3 89:12,13
**1522 (4)**
7:6 106:6,9,16
**1523 (5)**
7:8 106:6,12,17
107:12
**1524 (3)**
7:10 122:4,6
**1525 (4)**
7:12 123:18,20
126:18
**1526 (4)**
7:18 127:2,9,22
**1527 (3)**
7:23 136:7,8
**1528 (3)**
8:3 156:5,15
**1529 (2)**
8:5 164:4
**153 (3)**
5:14 21:9,10
**1530 (8)**
8:6 181:4,8 191:24,25
237:1 240:6 274:5
**1531 (4)**
8:8 184:18,19 223:13
**1532 (3)**
8:10 220:2 378:18
**1533 (3)**
8:12 243:19 266:13
**1534 (5)**
8:15 268:6 329:10
330:3 369:24
**1535 (3)**
8:17 278:16,19

**1536 (2)**
8:19 326:6
**1537 (2)**
334:6 337:18
**1537german (1)**
8:23
**1538 (3)**
8:24 334:9,12
**1539 (2)**
9:3 349:23
**154 (2)**
5:18 28:20
**1540 (2)**
9:8 358:18
**1541 (4)**
9:12 365:19,21
366:24
**1542 (4)**
9:13 366:6,10,21
**1543 (4)**
9:15 373:18,23
374:24
**1544 (3)**
9:17 375:24,25
**1545 (3)**
9:19 377:13,14
**155 (4)**
5:20 30:19,20,25
**156 (4)**
5:24 8:3 33:13,25
**157 (3)**
6:1 33:13 34:3
**158 (2)**
6:3 37:15
**159 (3)**
6:7 40:14,15
**16 (12)**
5:25 33:23 34:1,7
92:8 182:18 184:1
264:14,19 266:3,24
291:3
**160 (1)**
96:16
**164 (1)**
8:5
**16md02741vc (1)**
1:6
**17 (3)**
82:14,17 184:2
**18 (13)**
92:1,14,21 96:25
233:10 262:13
302:7,13,14,15,18
302:22 335:19
**181 (1)**
8:6

**184 (1)**
8:8
**18month (24)**
233:15 234:11 235:22
237:8 238:10
244:10,14 245:12
247:19,22 248:2,7
249:5,10 254:2,3,24
267:13,17 279:6
280:17,18 284:11
286:17
**19 (15)**
69:21 82:20,22 99:15
99:18 100:7,12,15
101:9,22 102:22
108:6,12 302:6,11
**190 (1)**
289:6
**1960s (1)**
26:1
**1979 (1)**
269:23
**1981 (4)**
214:11 269:2,5,8
**1983 (5)**
264:12 269:3 279:11
279:15 324:1
**1987 (2)**
264:1,8
**1990 (3)**
269:2,5,8
**1995 (5)**
8:16 268:7,12 272:22
369:18
**1996 (2)**
264:1,8

———— **2** ————

**2 (31)**
49:4,20,23,25 81:13
165:3 169:15,23
173:18 202:4
213:10 225:21
226:12 270:19
271:1,18 288:2,6,18
289:5,8 292:7,8
294:8,8,10,10
302:20,21 377:5
385:6
**20 (10)**
75:17 77:6 97:23
143:3 178:2,4
181:20 182:23
311:17 312:9
**200 (4)**
25:1,4 292:25 293:2

**2000 (8)**
259:17 260:4 262:16
263:15 264:12
270:1 271:4,6
**20005 (1)**
4:6
**2001 (1)**
136:17
**2005 (8)**
6:18 11:10 13:8 20:23
21:22 22:5,9 68:18
**2006 (1)**
136:17
**2009 (1)**
163:25
**2013 (2)**
22:14,16
**2014 (20)**
5:25 6:2 22:14,17
24:15,22,24 25:18
32:3,9 33:23,24
34:1,4,11,16,21
35:6 39:3,20
**2015 (64)**
5:19 6:7,8,9,12,13,16
6:19,21 28:21 29:1
29:3,24 40:16,20
41:22,24 42:6 43:4
43:7 52:25 53:6,13
57:11,13 64:24
65:12,17 68:11 70:5
70:17 71:6,16 73:9
73:18 74:4,13,25
75:12 76:14,25
78:18 79:19,21 80:1
80:17 81:1,13,24
82:15,18,20,22,24
82:25 83:11 91:20
129:10 130:7,13,25
153:12 375:4,11
**2016 (38)**
7:11 8:22 88:15,18
89:19 90:25 91:15
91:21 92:9 94:1,3,4
95:16 96:11,12 99:3
99:7,11 102:14
106:18,18 107:19
108:2,12,16,21
109:18 110:20
122:7,20 126:21
140:5 153:18 179:6
326:9 377:8 378:1
379:10
**2017 (22)**
1:14 2:4 8:18 9:14
10:11 96:14,25 97:1

97:5 125:6,12
126:13,13 181:10
220:8,17 240:5
278:17,25 366:11
383:14 384:22
**21 (11)**
5:14,19 28:21 29:1,3
29:23 244:6,20
299:25 300:5 375:3
**21st (1)**
375:10
**22 (2)**
244:6,20
**220 (1)**
8:10
**23 (4)**
107:18 108:2 269:14
270:4
**24 (8)**
122:3 215:17 216:6
216:12 219:5
233:11 267:24
270:9
**243 (1)**
8:12
**24month (39)**
216:21 233:17 234:11
234:24 236:1,19
237:9,13,19,20,22
244:11 248:3 254:1
254:20 257:1,7,18
261:20,22 267:12
267:20,23 268:21
269:15 270:6,15
271:25 277:22
278:9 279:1,17,19
279:22 284:12
286:2,12,18,19
**25 (1)**
180:13
**26 (6)**
127:1 215:17 216:5
216:10 244:13
300:1
**268 (1)**
8:15
**26month (1)**
219:4
**27 (8)**
6:20 73:9,18 74:24
180:16 181:10
216:10 267:5
**2741 (1)**
1:4
**278 (1)**
8:17

**28 (6)**
5:18 191:24 192:4,12
201:9 247:7
**29 (23)**
6:19 9:13 71:6,16
75:12,18 77:7 78:18
79:19,21 80:1,3,17
81:1,12,24 83:11
247:14,21,24
302:10 365:14
366:11
**298 (1)**
289:8
**2a (4)**
53:21 54:5,20 75:8
**2b (5)**
17:10,20 53:21 54:4
54:20

**3**

**3 (42)**
6:7,11 19:1,7 40:16
40:20 48:15 49:4
50:16,17 78:23 80:4
80:19 81:2,20,22
100:24 164:9 165:3
166:12 225:22
247:2 262:10,13
270:19 271:1,18
286:8 287:16,22
288:14 289:11
292:6 293:24 294:5
294:6,7,10 302:20
302:21 337:19
385:7
**30 (13)**
5:20 93:25 94:3,4
99:6,10 192:4,21
201:9 302:10,11,11
383:1
**31 (5)**
157:24,24 192:4
207:5 377:8
**32 (11)**
37:21 177:2 192:6
201:9 207:3,4 220:1
220:6 326:12,15
327:10
**326 (1)**
8:19
**329 (2)**
182:17 183:23
**33 (7)**
5:24 37:21 195:22
197:3 198:4,6
365:17

**334 (2)**
8:23,24
**34 (6)**
6:1 69:24 158:14
220:17 221:8 271:1
**349 (1)**
9:3
**35 (1)**
207:24
**358 (1)**
9:8
**36 (2)**
259:22 328:21
**365 (1)**
9:12
**366 (2)**
5:4 9:13
**37 (6)**
6:3 259:20,22 260:2
266:24 274:5
**373 (1)**
9:15
**375 (1)**
9:17
**376 (1)**
5:3
**377 (1)**
9:19
**38 (5)**
252:1,2 287:11
333:22 370:23
**39 (3)**
252:17 277:23 288:2

**4**

**4 (44)**
6:8 19:12,21 37:20
40:24 41:8,22,24,25
42:4,6,8,9,12,13,18
42:22,23,25 43:14
44:44 49:4 53:5,8
54:3 81:2 88:15
158:1 179:6 225:22
268:16 290:25
293:1,20 297:17
302:21,22 328:21
328:24 329:20,23
336:1,22 362:7
**40 (2)**
6:7 98:1
**41 (4)**
6:8 240:7 252:21
253:3
**42 (3)**
240:5 253:12 271:19
**4224 (1)**

369:10
**43 (2)**
6:9 266:25
**44 (2)**
267:10 271:19
**46 (3)**
247:5,16,24
**48 (5)**
6:10 202:1 237:1,5
328:24
**49 (6)**
287:20,21 289:5,7
292:6 329:20

**5**

**5 (29)**
1:14 2:4 10:11 19:12
19:21 42:9,13 79:24
158:14,24 182:18
188:11 244:5,7
247:18 252:10
289:11 292:25
293:14 299:24,25
300:5,5 302:21,22
365:14,17 370:23
371:1
**50 (22)**
26:20 181:10 182:17
183:23 287:15,16
287:21,22 288:3,6,9
288:10 289:5,8,9,10
289:11,12 292:6
329:23 338:19,20
**501 (1)**
3:13
**51 (3)**
200:8 263:25 264:5
**52 (4)**
6:12 196:20 198:5
219:11
**53 (7)**
220:15,17 331:11,12
341:19,21 371:1
**54 (1)**
357:25
**57 (1)**
6:13

**6**

**6 (35)**
5:3,17 6:9,11 18:2,12
21:13 34:7 42:8,12
42:18,22,25 43:4,7
48:15 80:10,12
158:1 206:11 213:3
213:7,10 217:17

223:10,14,22,25
264:14,19 302:15
302:17,21,22 383:6
**60 (1)**
6:14
**61 (2)**
7:9 106:14
**65 (1)**
6:15
**68 (1)**
6:17
**6th (1)**
384:21

**7**

**7 (27)**
6:2 7:11 8:17 14:17
15:1 18:2,12 33:24
34:4,8,8 35:6,12
80:18,18 93:24 94:2
100:24 122:7 140:7
184:25 185:8 230:5
230:13 278:17
302:21 379:10
**700 (3)**
2:10 3:5 10:10
**70801 (1)**
3:14
**71 (1)**
6:19
**715 (1)**
350:7
**73 (1)**
6:20
**744 (1)**
379:13

**8**

**8 (6)**
19:7 208:2 212:24
291:2 302:21
379:10
**85 (1)**
176:3
**86 (1)**
176:3
**874 (1)**
289:11
**88 (1)**
6:22
**89 (1)**
7:3

**9**

**9 (14)**
2:5 6:16 10:12 53:6,8

53:13 55:5,20 65:12
65:17 247:11 257:6
302:21 322:21
**93 (2)**
31:12,24
**955 (1)**
289:9
**970 (1)**
193:9
**99 (3)**
288:15,18 292:6
**993 (1)**
362:7
**994 (4)**
359:4 361:4,11,17
**995 (1)**
360:1
**997 (1)**
215:3