# Exhibit 3

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3   ----------------------------)

                                )

4   IN RE: ROUNDUP PRODUCTS      ) MDL  No. 2741

    LIABILITY LITIGATION         ) Case No. 16-md-02741-VC

5                                )

    ----------------------------)

6                                )

    This document relates to:    )

7                                )

    ALL ACTIONS                  )

8                                )

    ----------------------------)

9

10

11

12          VIDEOTAPED DEPOSITION OF

13          ALFRED NEUGUT, M.D., Ph.D.

14             New York, New York

15              August 7, 2017

16

17

18

19

20

21

22

23   Reported by:  BONNIE PRUSZYNSKI, RMR, RPR, CLR

24   JOB NO. 127893

25

August 7, 2017

9:01 A.M.

DEPOSITION OF ALFRED NEUGUT,
M.D., Ph.D., held at the offices of Weitz &
Luxenberg, P.C., 700 Broadway, New York, New York,
before Bonnie Pruszynski, a Registered Professional
Reporter, Registered Merit Reporter, Certified
Livenote Reporter, and Notary Public of the State
of New York.

I N D E X

WITNESS                                    PAGE
ALFRED NEUGUT, M.D., Ph.D.
Examination by Mr. Lasker            10
Examination by Mr. Travers          335
Examination by Mr. Lasker          347

E X H I B I T S

Exhibit 14-1 Deposition Notice and        11
     Document Request
Exhibit 14-2 Declaration of Alfred        13
     Neugut
Exhibit 14-3 February 17. 2017 Invoice,   13
     Neugut to Miller Firm
Exhibit 14-4 World Health Organization    20
     IARC Monographs on the
     Evaluation of Carcinogenic
     Risks to Humans, Myon, France,
     2006
Exhibit 14-5 Table of Studies             51
Exhibit 14-6 Expert Report of Albert      54
     Neugut, M.D., Ph.D.
Exhibit 14-7 Expert Report of Dr. Beate   59
     Ritz, M.D., Ph.D.

A P P E A R A N C E S:

THE MILLER FIRM
Attorneys for Plaintiffs
     108 Railroad Avenue
     Orange, Virginia 22960
BY:  JEFFREY TRAVERS, ESQ.
     -and-
WEITZ & LUXENBERG
     700 Broadway
     New York, New York 10003
BY:  PEARL ROBERTSON, ESQ.

HOLLINGSWORTH
Attorneys for Defendant Monsanto Company
     1350 I Street, N.W.
     Washington, D.C. 20005
BY:  ERIC LASKER, ESQ.
     GRANT HOLLINGSWORTH, ESQ.

Also Present:  Lem Lattimer, CLVS

Exhibit 14-8 ASCO-SEP Medical Oncology    65
     Self-Evaluation Program, Third
     Edition Excerpt
Exhibit 14-9 Etiology article,            88
     Meta-analysis: Use of combined
     oral contraceptive in the past
     ten years is associated with
     an increased risk for breast
     cancer, 1996 Nov-Dec
Exhibit 14-10 Cleveland Clinic Journal    94
     of Medicine, June 2008,
     Meta-analysis:  Its strengths
     and limitations
Exhibit 14-11 Expert Report of Dr.       111
     Dennis Weisenburger, M.D.
Exhibit 14-12 Environmental Health       121
     Perspectives, January 2005,
     Cancer Incidence among
     Glyphosate-Exposed Pesticide
     Applicators in the
     Agricultural Health Study
Exhibit 14-13 Pesticide exposure as risk 130
     factor for non-Hodgkin
     lymphoma including
     histopathological subgroup
     analysis

1    Exhibit 14-14 Cancer Epidemiology,      152
2       Biomarkers & Prevention by
3       McDuffie, et al
4    Exhibit 14-15 Cancer Bulletin, May 1,    194
5       1992, Pesticides and Other
6       Agricultural Risk Factors for
7       Non-Hodgkin's Lymphoma among
8       Men in Iowa and Minnesota
9    Exhibit 14-16 American Journal of        222
10      Epidemiology, Reported
11      Residential Pesticide use and
12      Breast Cancer Risk on Long
13      Island, New York
14   Exhibit 14-17 Exposure to Pesticides as  225
15      Risk Factor for Non-Hodgkin's
16      Lymphoma and Hair Cell
17      Leukemia:  Pooled Analysis of
18      Two Swedish Case-control
19      Studies
20   Exhibit 14-18 Integrative assessment of  229
21      multiple pesticides as risk
22      factors for non-Hodgkin's
23      lymphoma among men, Occup
24      Environ Med  2003
25

1    Exhibit 14-19 Non-Hodgkin's Lymphoma     235
       Among Asthmatics exposed to
2       Pesticides
3    Exhibit 14-20 An Evaluation of           244
4       Glyphosate Use and the Risk of
5       Non-Hodgkin Lymphoma Major
6       Histological Sub-Types in the
7       North American Pooled Project
8    Exhibit 14-21 Exponent, May 24, 2017     295
9       Meta-Analysis of Glyphosate
10      Use and Risk of Non-Hodgkin
11      Lymphoma
12   Exhibit 14-22 Section of Occupational    308
13      Medicine, Meeting January 14,
14      1965, The Environment and
15      Disease: association or
16      Causation?,
17   Exhibit 14-23 NIH Public Access, Impact  335
18      of Pesticide Exposure
19      Misclassification on estimates
20      of Relative Risks in the
21      Agricultural Health Study
22   Exhibit 14-24 An Updated Algorithm for   355
23      Estimation of Pesticide
24      Exposure Intensity in the
25      Agricultural Health Study

1       THE VIDEOGRAPHER:  This is the
2    start of media labeled number one of the
3    video recorded deposition of Dr. Alfred
4    Neugut in the matter of In re: Roundup
5    Products Litigation on August 7th, 2017,
6    at approximately 9:01 a.m.
7       My name is Lem Lattimer.  I'm the
8    legal video specialist from TSG
9    Reporting.  The court reporter is Bonnie
10   Pruszynski from TSG Reporting.
11      Counsels, please introduce
12   yourselves.
13      MR. LASKER:  Eric Lasker from
14   Hollingsworth LLP for Monsanto.
15      MR. HOLLINGSWORTH:  Grant
16   Hollingsworth from Hollingsworth LLP for
17   Monsanto.
18      MR. TRAVERS:  Jeff Travers from the
19   Miller Firm LLC for Dr. Neugut.
20      MS. ROBERTSON:  Pearl Robertson
21   with Weitz & Luxenberg for Dr. Neugut.
22      THE VIDEOGRAPHER:  Will the court
23   reporter please swear the witness in.
24      THE WITNESS:  I will affirm.
25

1    ALFRED NEUGUT, M.D., Ph.D.,
2       called as a witness, having been first
3       duly sworn, was examined and testified
4       as follows:
5    EXAMINATION
6    BY MR. LASKER:
7       Q.   Good morning, Dr. Neugut.  Let's
8    just jump right in.  I know you have been
9    through this process before, so I assume you
10   understand the deposition process and what we
11   will be doing for the next seven or eight
12   hours today.  Correct?  You are familiar with
13   that process?
14      A.   Yes.
15      MR. LASKER:  Let's mark as the
16   first exhibit the deposition notice and
17   document request.  This will be
18   Exhibit 14-1.
19      A.   Could I ask that you speak a little
20   louder?  It's actually --
21      Q.   Yeah, I will speak louder.  Thank
22   you.  And anytime, obviously -- anytime, if
23   you don't hear me, definitely let me know.
24   We want to make sure you understand the
25   questions that I am asking.

Page 10

1        (Exhibit 14-1, Deposition Notice
2    and Document Request marked for
3    identification, as of this date.)
4        Q.   For the record, Exhibit 14-1 is a
5    deposition notice for your deposition here
6    today.  And there is a list at the end,
7    request for production of certain types of
8    documents.
9        We have been provided by your
10   counsel with a copy of your CV and a copy of
11   some billing records.  But if you can review
12   the request for production and confirm that
13   you do not have any other documents that
14   would be responsive to these requests.
15       A.   No.  Everything that I had I sent
16   to Mr. Travers to forward to you.
17       Q.   And that would be your billing
18   records and your CV; correct?
19       A.   I sent him a copy of a lecture that
20   I gave to the Court on Science Day a few
21   months ago, so that also, I think.
22       Q.   Anything else?
23       A.   Off the top of my head, I'm not
24   recalling anything else that was responsive
25   to this.

Page 11

1        Q.   Okay.
2        MR. LASKER:  I am not sure if we
3    received those slides from you, although
4    I believe we have them.
5        MR. TRAVERS:  Yeah.  I sent Heather
6    an e-mail asking if she needed us to
7    resend them.
8        Q.   Dr. Neugut, just so I can be clear
9    starting off, am I correct in my
10   understanding that prior to being retained by
11   plaintiffs' counsel for purposes of this
12   litigation, you had not conducted any review
13   of the epidemiological literature with regard
14   to glyphosate and cancer?
15       A.   I don't believe so, not
16   specifically, no.
17       Q.   So, you had not looked at the
18   literature of NHL and glyphosate or cancer
19   and glyphosate?
20       A.   No.
21       Q.   So, it would be fair to say then
22   that you had not formed any opinion with
23   respect to any potential association between
24   glyphosate and NHL or cancer; correct?
25       A.   I didn't know anything about it.

Page 12

1        Q.   Let's mark as Exhibit 14-2 a
2    declaration that you had submitted early on
3    in this litigation.
4        (Exhibit 14-2, Declaration of
5    Alfred Neugut marked for identification,
6    as of this date.)
7        Q.   Dr. Neugut, first of all, can you
8    confirm that this is your signature on this
9    document?
10       A.   Yes.
11       Q.   And this is dated April 28, is that
12   2015 or 2016?
13       A.   It looks like 2016.
14       Q.   '16.
15       And this is a declaration that you
16   submitted setting forth your opinions as of
17   April 28, 2016, with respect to glyphosate
18   and cancer; correct?
19       A.   Yes.
20       Q.   I'm going to mark as Exhibit 14-3
21   one of the invoices that you provided for
22   your time as of February 17, 2017.
23       (Exhibit 14-3, February 17. 2017
24   Invoice, Neugut to Miller Firm marked for
25   identification, as of this date.)

Page 13

1        Q.   Dr. Neugut, can you identify
2    Exhibit 14-3 as an invoice that you submitted
3    with your time for services rendered in this
4    litigation as of February 17, 2017?
5        A.   Yes.
6        Q.   As of February 17, 2017, you had
7    spent ten hours of work in reviewing
8    documents and literature and having various
9    meetings with and preparing some documents
10   with plaintiffs' counsel; correct?
11       A.   I don't recall.  It is my first
12   bill.
13       Q.   As of this bill, if this bill is
14   accurate, as of February 2017, you had spent
15   ten hours of work on this litigation;
16   correct?
17       A.   As I say, I would have to see all
18   my bills to know how they are laid out.  I
19   don't have them in my head in terms of the
20   history of this litigation and my billing,
21   but if this is the first bill, then this
22   would sort of compile, although I might have
23   put time in previously unbilled prior to
24   taking the case.
25       Q.   Do you have any reason to believe,

Page 14

1    first of all, that your invoice for -- that
2    you have submitted to plaintiffs' counsel for
3    your time as of February 2017 would be
4    inaccurate?
5         MR. TRAVERS:  Objection, asked and
6    answered.
7         A.   Not inaccurate in the sense of what
8    I billed for my time working on the case on
9    behalf of plaintiffs.  But as I say, I
10   wouldn't have taken the case without
11   previously reviewing -- if I were asked to
12   take the case, I would have spent some time
13   on my own reviewing the literature, which I
14   would not have billed for.  So, I might
15   have -- I'm sure that I put some time into
16   reviewing the literature on glyphosate and
17   lymphoma before agreeing to act as a witness.
18        Q.   Do you recall, sitting here today,
19   how much time you spent reviewing literature
20   before you agreed to work with plaintiffs'
21   counsel in this case?
22        A.   I wouldn't have kept a record of
23   that, and this is a while ago, but it would
24   have been certainly on the order of a couple
25   or a few hours.

Page 15

1         Q.   Do you recall how much time you had
2    spent reviewing the literature as of the date
3    of your April 2016 declaration, which would
4    be approximately ten months, nine to ten
5    months before your first bill here?
6         A.   No.
7         Q.   Would it have been more than five
8    hours?
9         A.   It would have been -- again, I'm
10   reconstructing, going back to that time, but
11   my -- my assumption is that at the time, I
12   would not have taken -- my taking the case
13   was heavily based on the IARC review, and if
14   I had, I had read the IARC review, then -- I
15   don't know if I am a fast or a slow reader,
16   but it would have taken me a few hours to
17   read, and I would have based my opinion
18   heavily on that document, and I am assuming
19   that would have been a few hours.
20        But I don't know if I particularly
21   billed -- if my ten hours subsequently
22   included that review, those hours, or if that
23   was, as I say, part of my initial review
24   prior to even taking the case, for which I
25   didn't necessarily bill plaintiffs.

Page 16

1         Q.   Okay.  I think I understand then.
2    So, as of the time of this April 2017
3    declaration, you had reviewed the IARC
4    monograph; correct?
5         A.   I wouldn't have taken the case, I
6    think, absent that.
7         Q.   And it was subsequent to this
8    declaration that you then started reviewing
9    the underlying epidemiological literature in
10   preparing the report.
11        A.   I don't know the timing of that.
12   That would have been probably more in line
13   with -- well, what report are we talking
14   about now?
15        Q.   Your expert report in the MDL that
16   you submitted.
17        A.   That would be more in conjunction
18   with the timing for that, yes.
19        Q.   Okay.  So, the actual review of the
20   underlying studies, epidemiological studies,
21   would have taken place after your April 2016
22   declaration.
23        A.   Yes.
24        Q.   You state -- well, let me ask it
25   this way:  Is it your opinion, Dr. Neugut,

Page 17

1    that the IARC monograph classifying
2    glyphosate as a probable carcinogen in and of
3    itself provides a reliable scientific basis
4    for you to opine that glyphosate causes NHL
5    in humans?
6         A.   I think that the IARC reviews are
7    the most authoritative reviews in the field,
8    and I think as a starting point, yes, it's a
9    fair starting point, and unless there is a
10   strong reason to disbelieve them for some
11   reason, the answer is yes.
12        Q.   Just to be clear, in your
13   April 2016 declaration, at paragraph 16, you
14   state in the second paragraph that IARC's
15   assessment -- or second sentence of
16   paragraph 16 --
17        MR. TRAVERS:  Do you mean
18   paragraph --
19        MR. LASKER:  Let me start that
20   again.  I had the wrong number here.
21        Q.   In your April 2016 declaration,
22   paragraph six, the second sentence, you state
23   quote, "IARC's assessment on glyphosate
24   provides a reliable scientific basis for an
25   opinion that glyphosate does cause

1  non-Hodgkin's lymphoma in humans; correct?
2      A.   And we're talking about paragraph
3  six?
4      Q.   Yes.
5      A.   Yes.
6      Q.   And to be clear, in reaching your
7  opinion that is expressed in your expert
8  declaration in April 2016 that glyphosate
9  causes non-Hodgkin's lymphoma in humans, you
10 relied solely on the IARC monograph; correct?
11     A.   I would not say solely, but I would
12 say heavily.
13     Q.   You had not reviewed any of the
14 underlying literature at that time, though?
15     A.   I cannot recall.  My guess is, I
16 may have looked up one or two of the papers,
17 but heavily -- but predominantly, it was the
18 monograph itself.
19     Q.   Now, as a basis for your reliance
20 on the IARC monograph, you also state in
21 paragraph two of your April 2016 declaration,
22 the last sentence, that you would -- and I am
23 quoting from your declaration, "equate the
24 term 'probable' as used in the IARC monograph
25 as corresponding to my understanding of the

1  legal term 'within a reasonable degree of
2  medical certainty'"; correct?
3      A.   Yes, that's-- there I -- yes,
4  that's what I wrote.  Um-hum.
5      Q.   Now, IARC in its preamble states
6  that the term "probable" has no quantitative
7  significance.
8          MR. TRAVERS:  Objection.
9      Q.   Correct?
10         MR. TRAVERS:  Calls for a legal
11 conclusion.
12     A.   I don't know.
13     Q.   Have you ever reviewed the preamble
14 to the IARC monographs?
15     A.   Yes, but I don't recall offhand
16 that sentence, but --
17     Q.   Okay.
18         MR. LASKER:  Let's mark that as
19 Exhibit 14-4.
20         (Exhibit 14-4, World Health
21 Organization IARC Monographs on the
22 Evaluation of Carcinogenic Risks to
23 Humans, Myon, France, 2006 marked for
24 identification, as of this date.)
25     Q.   And Dr. Neugut, if I could direct

1  you -- and for the record, this is,
2  Exhibit 14-4 is the preamble to the IARC
3  monographs dated 2006, that had been marked
4  previously in this litigation, both by
5  plaintiffs' counsel and by Monsanto in
6  various depositions.
7          If I could direct you to page 22 of
8  the preamble.  And at this place in the
9  preamble, IARC is setting forth it various
10 classification schemes for -- for substances
11 that they analyze; correct?
12     A.   Yes.
13     Q.   And for group two -- we are going
14 to go through this.  Group one would be if an
15 agent is carcinogenic to humans according to
16 IARC; correct?
17     A.   Yes.
18     Q.   And for IARC, that category is used
19 when there is sufficient evidence of
20 carcinogenicity in humans; correct?
21     A.   Yes.
22     Q.   So, group two is a category for
23 substances that IARC defines as being either
24 probably carcinogenic or possibly
25 carcinogenic to humans; correct?

1      A.   Yes.
2      Q.   And in its preamble, IARC states,
3  and it's at lines 29 and 30 on page 22, that
4  the terms "probably carcinogenic" and
5  "possibly carcinogenic" have no quantitative
6  significance; correct?
7      A.   Correct.
8      Q.   And IARC also states in its
9  monograph that IARC may ident- -- let me
10 start that again.
11         IARC also states in its monograph
12 that IARC may identify cancer hazards even
13 when risks are very low with known patterns
14 of use or exposure; correct?
15     A.   I don't know where you are reading.
16     Q.   Do you know that?  You have
17 reviewed the monograph, haven't you?  You
18 said that you have.
19     A.   Yes.
20     Q.   And does that sound familiar to
21 you?
22     A.   Yes.
23     Q.   And just so we are clear, on page
24 two of the monograph, lines 22 through 24, in
25 the preamble, IARC states exactly that, makes

Page 22

1 exactly that point; correct?
2     A.   Yes.
3     Q.   You also state in your April 2016
4 report, and this is in paragraph six, the
5 first sentence, "In reviewing Monograph 112,
6 it is my opinion that IARC continued its
7 tradition of rigorous transparent analysis
8 and used a sound methodological approach when
9 reviewing the evidence on glyphosate."
10 Correct?
11     A.   Yes.
12     Q.   What investigation did you conduct
13 prior to signing this declaration to confirm
14 for yourself that the Working Group 112 in
15 its analysis of glyphosate had followed a
16 rigorous transparent analysis and followed a
17 sound methodological approach?
18     A.   Because I read through the report
19 carefully.
20     Q.   Did you do anything other than
21 reading the report in reaching this opinion?
22     A.   No.
23     Q.   What is your understanding of the
24 amount of time that the working group spent
25 in conducting its analysis of glyphosate

Page 23

1 prior to issuing its classification?
2     MR. TRAVERS:  Objection, calls for
3 speculation.
4     THE WITNESS:  Am I supposed to
5 answer?
6     Q.   Yes.
7     MR. TRAVERS:  If you can.
8     Q.   Unless he tells you not to answer,
9 you should answer the question.
10     A.   Well, the meetings run about a week
11 or more, but I mean, the preparation for the
12 meetings run weeks.
13     Q.   And so, it's your understanding
14 that the -- how much time then would you
15 understand the working group spent in
16 analyzing and evaluating glyphosate to reach
17 its classification?
18     A.   Weeks.
19     MR. TRAVERS:  Objection, calls for
20 speculation.
21     Q.   Now, you know an individual named
22 Dr. Aaron Blair?
23     A.   I don't think -- I cannot -- I
24 probably have met him at least once, like
25 years ago, but I don't know him.  We don't

Page 24

1 play stickball together.  But I mean, I
2 certainly know him by reputation.
3     Q.   Okay.  Dr. Blair has -- what is
4 your understanding of Dr. Blair's reputation?
5     A.   It's outstanding.
6     Q.   And Dr. Blair was the chairperson
7 of Working Group 112 that conducted this
8 analysis and evaluation of glyphosate;
9 correct?
10     A.   Yes.
11     Q.   And Dr. Blair was deposed in this
12 litigation about the IARC working group's
13 analysis; correct?
14     A.   Yes.
15     Q.   And you have read that deposition;
16 correct?
17     A.   Yes.
18     Q.   Dr. Blair testified specifically
19 with respect to the Working Group 112 and
20 glyphosate, that the working group only spent
21 one or two days total in analyzing whether
22 glyphosate can cause cancer; correct?
23     MR. TRAVERS:  Objection, misstates
24 his testimony.
25     A.   I don't recall offhand, but I do

Page 25

1 recall that it was only a couple of -- they
2 were evaluating several carcinogens at the
3 same time, so it was a limited amount of time
4 on glyphosate specifically.
5     MR. LASKER:  Just so we are clear,
6 because of the objection, let's mark as
7 Exhibit 14-4 -- I'm sorry, 14-5.  I
8 didn't mean to mess that up.  I don't
9 think we have to mark the declaration.
10 Let's just use this as an exhibit.
11     MR. TRAVERS:  Yeah.  Do you have a
12 copy?
13     MR. LASKER:  Yes.  We are not going
14 to mark this as an exhibit.  We will just
15 use this for the witness' reference.
16     Q.   So, if I could ask you to turn to
17 pages 115, or page 115, and this in the
18 minuscript version, so there is four pages
19 per page, but page 115, line 12 to line 16,
20 there was a question of Dr. Blair:
21     "So, you would have maybe a day or
22 two of analysis and evaluation that went
23 into the IARC working group
24 classification of glyphosate; correct?"
25     "Answer:  Roughly correct."

Page 26

1   Do you see that?
2   A.   Yes.
3   MR. TRAVERS:  Objection.  This
4   takes it out of context.
5   Q.   You have no reason to doubt
6   Dr. Blair's testimony?
7   A.   No.
8   Q.   And to provide context, if I could
9   ask you to look to page 114, lines 13 through
10   21, here Dr. Blair is being asked about that
11   time period prior to the working group
12   meeting; correct?
13   A.   So, it's -- it will take me a
14   minute to orient, if I can have that.
15   Q.   That's fine.
16   A.   Okay.  Your question?
17   Q.   And Dr. Blair on page 114 states
18   that while there was some assembling of data
19   tables prior to the working group meeting
20   during that one-week period, the evaluation
21   processes didn't start until the actual
22   working group meeting; correct?
23   A.   Yes.
24   Q.   And in fact, Dr. Blair resists the
25   suggestion that any analysis was done prior

Page 27

1   to that one-week meeting, doesn't he?
2   A.   I wouldn't know.
3   Q.   Well, he states at line eight, in
4   describing what happened beforehand, "Some of
5   the time it's just putting things in a table.
6   That's hardly an analysis, it's an assembly
7   of the data."  Correct?
8   MR. TRAVERS:  Objection.  I think
9   your previous question misstates his
10   testimony.
11   Q.   That's what Dr. Blair testifies;
12   correct?
13   A.   That's what he says.
14   Q.   And do you consider a one- to
15   two-day review of all of the scientific
16   evidence regarding glyphosate and cancer, and
17   that would be not only the epidemiology but
18   the animal studies and the genotox, to be a
19   rigorous analysis?
20   MR. TRAVERS:  Objection, misstates
21   his testimony.
22   A.   I would have no way of knowing.
23   Q.   Now, the IARC working group also
24   did not consider all of the glyphosate animal
25   carcinogenicity data during that one-week

Page 28

1   session because it did not have sufficient
2   time; correct?
3   MR. TRAVERS:  Objection, misstates
4   the evidence.
5   A.   I don't know.
6   Q.   Do you know Dr. Charles Jameson?
7   A.   No.
8   Q.   Dr. Jameson chaired the animal
9   cancer bioassay subcommittee on glyphosate
10   for the IARC working group.  Were you aware
11   of that?
12   A.   No.
13   Q.   Do you know that Dr. Jameson was
14   deposed in this litigation about his
15   subgroup's work in analyzing the animal data
16   for the IARC monograph?
17   A.   Do I know that he was deposed?
18   Q.   Yes.
19   A.   I don't think I have a specific
20   knowledge of that, no.
21   Q.   Let me show you Dr. Jameson's
22   deposition testimony.  We will be going back
23   to Dr. Blair's deposition testimony at some
24   point.  You can put that to the side for the
25   moment.

Page 29

1   MR. TRAVERS:  I'm just going to
2   object, because Dr. Neugut didn't review
3   or rely upon this deposition, so --
4   MR. LASKER:  I understand that, but
5   Dr. --
6   MR. TRAVERS:  He's not going to
7   have sufficient time to fully analyze
8   Dr. Jameson's testimony to accurately
9   answer questions.
10   MR. LASKER:  That -- I understand
11   that, but Dr. Neugut is the one who
12   offered an expert opinion that the IARC
13   working group had put in a -- what was
14   his words? -- rigorous analysis of the
15   glyphosate data, and to that extent, his
16   lack of knowledge of that process is
17   relevant.
18   Q.   Dr. Neugut, if I could direct you
19   to Dr. Jameson's testimony on page 191,
20   lines 12 to 24.  And -- whoops, I'm sorry.
21   Lines 12 to 24 on page 191,
22   Dr. Jameson is referring to the fact that
23   some data tables were provided to him at some
24   point at the meeting; correct?  And just to
25   be -- just to put this in context for you, on

Page 30

1    line 190 -- on page 190, line nine, these
2    were data tables with respect to underlying
3    study data for tumor counts of 14 cancer
4    bioassays on glyphosate.
5         And then we continue on to
6    page 191, where he is asked whether he had
7    access to those materials during the IARC
8    working group meeting.
9         Do you see that?
10   A.   Yes.
11   Q.   And on -- further down, starting at
12   line 25 on page 191, and then continuing on
13   to 192, line six, question:
14        "You did not then proceed to
15   actually review and look at the data that
16   was provided in those supplemental
17   tables; correct?"
18        And there is an objection, and then
19   the answer:
20        "There was -- the amount of data in
21   the tables was overwhelming, and it would
22   not have been possible to review those,
23   that data during the meeting."
24        Correct?
25   A.   Yes.

Page 31

1    Q.   Do you believe that having
2    insufficient time to consider all of the data
3    on the animal cancer bioassays for glyphosate
4    reflects a rigorous evaluation process?
5         MR. TRAVERS:  Objection, misstates
6    the testimony.
7    A.   I would have no way of being able
8    to characterize what he was able or not able
9    to evaluate at the meeting.  I mean, I think
10   the data that was described in the monograph
11   was consistent with, with the report of
12   carcinogenicity that came out of the report.
13   Q.   But just to be clear, in offering
14   your opinion in April 2016 that glyphosate
15   can cause NHL, in which you relied upon the
16   rigorous process that the working group
17   engaged in, you were not aware of the fact
18   that there was animal data tables that the
19   IARC working group did not review because
20   they didn't have time; correct?
21        MR. TRAVERS:  Objection, misstates
22   the testimony, and it's inconsistent with
23   IARC monographs.
24   A.   Certainly, I'm not aware of whether
25   they had or did not have data that wasn't

Page 32

1    available, and relied on what they did report
2    in their monograph and what they voted on as
3    part of their process, as part of their
4    normal process.
5    Q.   Now, Dr. Jameson, you talked about
6    the animal studies that IARC did discuss, and
7    there were four animal studies that are
8    discussed in the monograph as providing the
9    data upon which the working group relied in
10   reaching its conclusion or its classification
11   that glyphosate was a probable carcinogen;
12   correct?
13        MR. TRAVERS:  Wait.  Objection.
14   Wait.  You say "Dr. Jameson, you talked
15   about."  Do you mean, "Dr. Neugut, you
16   talked about the animal studies"?
17        MR. LASKER:  I'm sorry.  I will
18   start that again.  Thank you.
19   Q.   Dr. Neugut, you had previously in
20   one of your previous answers -- you can keep
21   that.
22        In one of your previous answers,
23   you said you relied upon what IARC described
24   in its monograph, what the working group
25   described in its monograph with respect to

Page 33

1    the animal studies; correct?
2    A.   Yes.
3    Q.   And the monograph relies upon four
4    animal studies as providing the data that
5    they used in reaching their classification;
6    correct?
7    A.   Yes.
8    Q.   Now, Dr. Jameson testified that the
9    IARC working group did not actually have the
10   study documents for those four animal
11   studies.
12        MR. TRAVERS:  Objection.
13   Q.   Are you aware of that?
14   A.   No.
15        MR. TRAVERS:  Misstates his
16   testimony.
17   Q.   Okay.  Let's have you look to
18   Dr. Jameson's deposition at page 279, lines
19   six to 16.  And here Dr. Jameson testifies
20   that IARC relied on summaries of the studies
21   provided by either EPA or JMPR as opposed to
22   the actual studies themselves; correct?
23   A.   I don't have the ability to absorb
24   this at this point, but it looks like that.
25   Q.   And Dr. Jameson also acknowledges,

Page 34

1  continuing on, on page 279, lines 17 through
2  24, that the scientists who prepared those
3  summaries at EPA or at the JMPR, which is
4  part of the World Health Organization, they
5  were the ones who had actually looked at the
6  underlying study documents; correct?
7      A.  I don't know where you are
8  referencing.
9      Q.  Lines -- page 279, line 17 through
10  24.
11      A.  Yes.
12      Q.  And those EPA and World Health
13  Organization scientists, in the very same
14  summaries upon which IARC relied, concluded
15  that the four studies at issue did not
16  provide evidence that glyphosate causes
17  cancer; correct?
18      MR. TRAVERS:  Objection, misstates
19  the evidence.
20      Q.  And if you want, I can direct you
21  to page 284, lines eight through 17, and why
22  don't we read that -- I will read that into
23  the record.  Question to Dr. Jameson:
24      "And with respect to all four of
25  these studies, the findings that IARC

Page 35

1  cited to as evidence in support of a
2  sufficient evidence of carcinogenicity in
3  animals, in all of those students, the
4  EPA or the JMPR had concluded that those
5  findings were not related to glyphosate;
6  correct?"
7      There is an objection.
8      "Answer:  That's what their
9  document indicated."
10      Correct.
11      MR. TRAVERS:  I'm going to object.
12  We don't know which EPA document this is
13  talking about.  There are several EPA
14  documents.
15      MR. LASKER:  Okay.  We are going to
16  just note for the record the speaking
17  objections and the sort of misinformed
18  objections --
19      MR. TRAVERS:  It's not misinformed.
20  It's just unclear what document.
21      MR. LASKER:  It may be unclear to
22  you.  It's very clear that there was some
23  testimony.  If you are going to continue
24  to make those sort of objections to every
25  question, we will have to seek relief

Page 36

1      from that.
2      MR. TRAVERS:  I mean, he just says
3  that -- he references a document.  We
4  were just -- we don't know what document
5  it is.
6      MR. LASKER:  Well, maybe you should
7  review the deposition testimony of
8  Dr. Jameson, but the testimony is very
9  clear.
10      MR. TRAVERS:  Well --
11      MR. LASKER:  Let me ask --
12      MR. TRAVERS:  Can you offer the
13  document so the witness knows which one
14  it refers to?
15  BY MR. LASKER:
16      Q.  If you're -- if -- Dr. Neugut,
17  starting on 283, line 14, directly before the
18  testimony I just read, Dr. Jameson is
19  confirming that this is, the discussion is
20  with respect to the four animal data -- four
21  animal studies that IARC relied upon in its
22  monograph; correct?
23      A.  By now I have forgotten the
24  question.  I'm sorry.  So --
25      Q.  From page 283, line 14, through

Page 37

1  284, line 17.
2      A.  Um-hum.
3      Q.  Dr. Jameson states that IARC's
4  conclusion was based upon a summary or review
5  document prepared, one by EPA and the other
6  by JMPR, and that is the question starting
7  line 283 on line 21, answering on 284, line
8  seven; correct?
9      A.  Yes.
10      MR. TRAVERS:  I have got the same
11  objection.
12      Q.  And from line eight -- page 284,
13  line eight to line 17, Dr. Jameson confirms
14  that in that review document that IARC relied
15  upon for those four studies, the EPA or the
16  JMPR concluded that the findings were not
17  related to glyphosate; correct?
18      MR. TRAVERS:  I have got the same
19  objection.
20      A.  Correct.
21      Q.  Dr. Neugut, is it your opinion that
22  for a scientist, relying upon a summary
23  document rather than the underlying study
24  itself reflects a rigorous review process?
25      A.  I don't know what Dr. Jameson

---

Page 38

1   relied upon, so I don't know, but I would say
2   it's better of course to rely on the original
3   data.
4       Q.   Do you agree, sitting here today,
5   with the IARC working group's assessment of
6   the epidemiological literature regarding
7   formulated glyphosate products and
8   non-Hodgkin's lymphoma?
9       A.   Specifically with regard only to
10  the epidemiologic data?
11      Q.   Yes.
12      A.   Yes.
13      Q.   The IARC working group on the
14  monograph concluded that the epidemiological
15  evidence associating glyphosate with
16  non-Hodgkin's lymphoma was limited; correct?
17      A.   Was limited, it's probably even a
18  little stronger than that, but it's on --
19  let's say it's on the stronger side of
20  limited, but I think limited is fair.
21      Q.   As defined by IARC again in that
22  preamble, the term "limited" means, quote, a
23  positive association has been observed
24  between exposure here to glyphosate and
25  non-Hodgkin's lymphoma, for which a causal

---

Page 39

1   interpretation is credible, but chance, bias
2   or confounding could not be ruled out with
3   reasonable confidence; correct?
4       A.   Purely on the basis of the
5   epidemiologic studies, without taking into
6   account, say, biology, toxicology, et cetera,
7   et cetera.
8       Q.   You agree with that assessment;
9   correct?
10      A.   Yes.
11      Q.   Now, the IARC working group had the
12  option and chose not to -- well, strike that.
13          The IARC working group concluded
14  that the epidemiological evidence did not
15  reach the level of being sufficient to
16  establish a causal relationship between
17  glyphosate and NHL; correct?
18      A.   I'm sorry.
19      Q.   The IARC working group determined
20  that the epidemiological evidence did not
21  reach the level where they could find it was
22  sufficient to show a causal relationship
23  between glyphosate and non-Hodgkin's --
24      A.   Purely on the basis of the
25  epidemiologic studies, without taking into

---

Page 40

1   account biology, et cetera, yes.
2       Q.   You agree that the epidemiology
3   alone is not sufficient to show a causal
4   relationship between glyphosate and
5   non-Hodgkin's lymphoma; is that correct?
6       A.   For -- for the purposes for which
7   they were evaluating it, I would say that's
8   correct.
9       Q.   The IARC working group also
10  concluded that there was not even limited
11  epidemiological evidence to associate
12  glyphosate with any other type of cancer;
13  correct?
14      A.   That adds to the causal
15  relationship.
16      Q.   I'm not sure I understood your
17  answer.  Maybe my question wasn't clear.
18          The IARC working group in
19  considering cancers other than non-Hodgkin's
20  lymphoma concluded that there was not even
21  limited evidence --
22      A.   Correct.
23      Q.   -- to support an association;
24  correct?
25      A.   Yes.

---

Page 41

1       Q.   And you agree with that; correct?
2       A.   Yes.
3       Q.   So, let's break down the three
4   qualifiers in the IARC -- in the definition
5   of "limited" that we have spoken about with
6   respect to the epidemiology.
7           So, when you talk about the fact
8   that chance could not be ruled out, with
9   respect to any epidemiological association
10  between glyphosate and non-Hodgkin's
11  lymphoma, that is addressing an issue that
12  epidemiologists deal with, with tests for
13  things like statistical significance;
14  correct?
15      A.   Part of it is statistical
16  significance, yes.
17      Q.   And the way that epidemiologists
18  try to rule out chance is, they look to see
19  whether the -- either the odds ratios or the
20  relative risks are above 1.0 and are
21  statistically significant; correct?
22      A.   Yes.
23      Q.   You would agree that for an
24  epidemiological study to be considered a
25  positive study with respect to a potential

Page 42

1  exposure and an outcome, that study must
2  report an odds ratio or relative risk that is
3  above 1.0 and is statistically significant;
4  correct?
5      A.   Statistical significance nowadays
6  is not really as much of a requirement as it
7  might have been in the past, so I would not
8  agree that it's totally mandated.
9      Q.   Okay.  Let me ask you, if I
10  could -- and let's mark -- we will mark this,
11  a deposition transcript, but this is
12  deposition testimony that you gave in the
13  Actos litigation in January of 2013.  Just to
14  set the -- to establish the precedent, you
15  served as an expert for the Miller firm, the
16  same plaintiffs' counsel here today, in
17  connection with the Actos litigation;
18  correct?
19      A.   Yes.
20      Q.   And you were deposed a number of
21  times in that litigation, just like you are
22  being deposed here today; correct?
23      A.   Yes.
24      Q.   So, I'm going to ask you about some
25  of your testimony in that litigation at

Page 43

1  various points today.
2      But if we could start just on your
3  January 7, 2013 deposition testimony, and in
4  particular, on page one -- I'm sorry, 233 of
5  your testimony.  And in particular, line nine
6  through line 13.  I think I asked this
7  question the exact same way here today, but
8  the question was asked of you, "When you say
9  a positive study, are you saying a study that
10  has an odds ratio relative risk of greater
11  than one and is statistically significant?"
12  And your answer is "yes"; correct?
13      A.   Yes.
14      Q.   And that is your -- you agree with
15  that testimony; correct?
16      A.   Yes.
17      Q.   Now, when a study does not show a
18  positive finding, it is considered -- well,
19  strike that.
20      There is also the possibility of a
21  negative study in which you have an odds
22  ratio or relative risk below 1.0 that is
23  not -- that is also statistically
24  significant; correct?
25      A.   Yes.

Page 44

1      Q.   So, when a study does not show a
2  positive or a negative finding, it is
3  considered a null study that has no finding;
4  correct?
5      A.   Or it's in a direction and not
6  quite statistically significant.
7      Q.   Let me ask you again.  We will be
8  switching from various testimony you have
9  offered in the past, but let's take the
10  October 22, 2014 testimony.  And I'm sorry, I
11  will be referring back and forth to some of
12  these, so we will just have to work our way
13  through that.
14      Here you go.
15      This is again testimony that you
16  provided in that other Actos litigation, on
17  October 22, 2014, and if I could turn you to
18  page, or refer you to page 117 -- I'm sorry,
19  page 113, lines 15 to 21, and just to give
20  you a reference point, this is a fairly long
21  answer that you are providing that starts on
22  page 111, but it continues to be your
23  testimony through page 113.
24      And there you state that, on line
25  17 through 19, "When a study does not show a

Page 45

1  positive finding, it is actually null.  It
2  has no finding."  Correct?
3      MR. TRAVERS:  Sorry, which page is
4  this on again?
5      MR. LASKER:  On page 113, from
6  lines 17 through 19.
7      Q.   Dr. Neugut, you testified that
8  "when a study does not show a positive
9  finding, it is actually null.  It has no
10  finding."  Correct?
11      A.   Yes.
12      Q.   And you agree with that; correct?
13      A.   Yes.
14      Q.   And you would not label an exposure
15  as being associated with an outcome unless
16  there is a finding of an increased risk that
17  is statistically significant; correct?
18      A.   That's correct.
19      Q.   Epidemiologists determine whether a
20  finding is statistically significant -- they
21  can do that in different ways.  One is based
22  upon a 95 percent confidence interval; is
23  that correct?
24      A.   Yes.
25      Q.   And a finding would be then

1  statistically significant in the positive
2  direction if the lower bound for the
3  95 percent confidence interval is greater
4  than 1.0; correct?
5      A.   Yes.
6      Q.   Epidemiologists can also measure
7  statistical significance with something
8  called a P value; correct?
9      A.   Yes.
10     Q.   And a study is statistically
11 significant if a P value is less than 0.05;
12 correct?
13     A.   Yes.
14     Q.   The size of a study can also impact
15 the ability, or can impact the ability of a
16 study to find a statistically significant
17 result; correct?
18     A.   Yes.
19     Q.   So, this is measured by what
20 epidemiologists refer to as power, the power
21 of a study; correct?
22     A.   Yes.
23     Q.   A study that has more power will be
24 better able to identify statistically
25 significant associations if they exist;

1  correct?
2      A.   Yes.
3      Q.   Epidemiologists generally give less
4  weight to studies that have lower power;
5  correct?
6      A.   I'm sorry, that didn't --
7      Q.   Say it again?  I will do it again.
8      A.   Yeah.
9      Q.   Epidemiologists, in evaluating a
10 study, would give it less weight if it has
11 low power; correct?
12     A.   Because you don't have the ability
13 to assess significance.
14     Q.   So yes --
15     A.   Yes.
16     Q.   -- low power means --
17     A.   Um-hum.
18     Q.   One way to measure, sort of a
19 shorthand way of measuring the power of a
20 study is to look at the width of the
21 confidence intervals; correct?
22     A.   Yes.
23     Q.   So, the narrower the confidence
24 interval, the greater the power of the study;
25 correct?

1      A.   Yes, but that's-- okay.  Yes, that
2  is -- that's sort of an a posteriori way of
3  looking at it, but yes.
4      Q.   You would agree that it's not
5  proper epidemiological methodology to measure
6  power based on the total number of
7  individuals who are in the study; correct?
8      A.   Can you rephrase that or give me
9  a better -- tell me what you mean exactly.
10     Q.   For example, if you have a
11 case-control study, and in that case-control
12 study there is a certain number of
13 individuals whose data is reviewed who had
14 the outcome of -- had the, let's say,
15 non-Hodgkin's lymphoma.  So, you have a
16 case-control study, and there is a certain
17 number of people who have non-Hodgkin's
18 lymphoma in the study.
19         With respect to any one exposure
20 measure --
21     A.   Yes.
22     Q.   -- it would not be appropriate to
23 determine the power of the study based upon
24 the number of individuals who were in the
25 study; correct?

1      A.   The power of the study is going to
2  be determined by both -- by -- really by the
3  number of endpoints, by the number of people
4  with the disease, but also by the number of
5  people who are likely to be exposed.
6      Q.   Right.
7          So, with respect to a study, if you
8  had 10,000 people in a study but only three
9  of them were exposed to the substance at
10 issue, the fact that there is 10,000 people
11 in the study wouldn't make it a powerful
12 study; correct?
13     A.   That's correct.
14     Q.   And it wouldn't be reasonable to
15 call a case-control study a big study and say
16 that it has more weight just because there is
17 a large number of individuals who start out
18 as potential cases in the study; correct?
19         MR. TRAVERS:  Objection, calls for
20 speculation.
21     A.   So, you would have to look at each
22 study and kind of assess it on a -- on its
23 own merits with regard to those parameters.
24     Q.   Okay.  But as a general matter, you
25 would want to look at the number of

1  individuals who are -- have the outcome and
2  have the exposure you are looking at to
3  determine power; correct?
4      A.   Yes.
5      Q.   It would not be a reasonable
6  methodology just to look at the number of
7  individuals in a case-control study that had
8  the outcome of interest; correct?
9      MR. TRAVERS:  Objection, asked and
10  answered.
11     A.   Yes.
12     Q.   Let me show you a table listing
13  some of the glyphosate epidemiological
14  studies.
15     (Exhibit 14-5, Table of Studies
16     marked for identification, as of this
17     date.)
18     MR. TRAVERS:  Who prepared this
19  table?
20     MR. LASKER:  We will address that
21  shortly, but I have some questions first.
22     MR. TRAVERS:  Can we --
23     Q.   Dr. Neugut --
24     MR. TRAVERS:  I object.
25     MR. LASKER:  You can object.  Your

1  objection is noted.
2      MR. TRAVERS:  I think it's
3  important to know who prepared the table
4  before answering questions about it.
5      MR. LASKER:  That's fine.
6      Q.   Dr. Neugut, there is a table, and
7  these are a listing of some of the studies, I
8  take it you are familiar with as well, with
9  respect to glyphosate and non-Hodgkin's
10  lymphoma; correct?
11     A.   Yes.
12     Q.   And this has a listing of various
13  studies with the number of cases in the study
14  identified; correct?
15     MR. TRAVERS:  I'm going to still
16  object.  We don't know where this table
17  comes from or the accuracy of the
18  members.
19     Q.   Dr. Neugut?
20     A.   That's fine.
21     Q.   Now, the table lists at the very
22  top, the study that is listed at the very top
23  of this table is the Cocco 2013 study;
24  correct?
25     A.   Yes.

1      Q.   And the table indicates that this
2  study included 1,869 individuals with
3  non-Hodgkin's lymphoma; correct?
4      MR. TRAVERS:  Same objection as to
5  the source of this table.
6      A.   Yes.
7      Q.   Now, it would not be fair, though,
8  to suggest from this table presentation that
9  Cocco is the most powerful study looking at
10  glyphosate and non-Hodgkin's lymphoma;
11  correct?
12     MR. TRAVERS:  Same objection to the
13  source of the table.
14     A.   Again, you would need to know the
15  likelihood of exposure.
16     Q.   Well, you know, in fact, that Cocco
17  was the least powerful of all of the studies
18  looking at glyphosate and non-Hodgkin's
19  lymphoma; correct?
20     A.   I don't have a good memory, and I
21  don't know -- I can't relate to each paper
22  without seeing it.
23     Q.   Okay.  Let's mark your expert
24  report, because this is in your expert
25  report.

1      MR. LASKER:  And we can make this,
2  I'm sorry, 14-6.
3      (Exhibit 14-6, Expert Report of
4      Albert Neugut, M.D., Ph.D. marked for
5      identification, as of this date.)
6      Q.   And you discuss the Cocco paper, I
7  believe it is on pages 16 and 17 of your
8  report.
9      A.   Um-hum, yes.
10     Q.   And you can refresh your
11  recollection, but specifically on page 17,
12  you talk about the -- the numbers of exposed
13  cases and controls and the power of the
14  study; correct?
15     A.   Yes.
16     Q.   And does this refresh your
17  recollection that this study that is listed
18  in the table 14-5 as the largest of the
19  studies in fact was the least powerful of all
20  the epidemiological studies looking at
21  glyphosate in non-Hodgkin's lymphoma?
22     A.   It didn't have much exposure,
23  correct.
24     Q.   The table listing of Exhibit 14-5,
25  which is based upon a total number of study

Page 54

1  subjects, by itself does not provide any
2  meaningful information regarding the relative
3  power of these glyphosate studies, does it?
4        MR. TRAVERS:  Objection, form.
5     A.   Well, you can judge the power by
6  the width of the 95 percent confidence
7  interval.
8     Q.   I understand.  But if you could
9  look to 14-5 in specific, the prior exhibit
10 that we had.
11    A.   14-5?
12    Q.   The table, I'm sorry.  Not your
13 report, the prior exhibit, which has this
14 table listed.
15       So, this table 14-5 does not
16 provide any meaningful information with
17 respect to the relative power of the
18 glyphosate epidemiological studies regarding
19 non-Hodgkin's lymphoma; correct?
20       MR. TRAVERS:  Objection to form.
21    A.   I suppose not.  It doesn't say
22 anything about it.
23    Q.   And you would not consider this to
24 be a methodologically sound approach for an
25 epidemiologist to take in analyzing the

Page 55

1  relative power of these studies; correct?
2     A.   I guess a priori it might have been
3  a good try, but if in fact the exposures are
4  rare, then it's -- you don't get a lot of
5  power from -- even from a large study.
6     Q.   So, for an epidemiologist who had
7  actually looked at the underlying studies and
8  understood the actual data, this would not be
9  a methodologically sound way to present the
10 data on these tables -- on these studies;
11 correct?
12       MR. TRAVERS:  Objection to form.
13    A.   The question doesn't make sense to
14 me, but -- so I can't answer the question.
15    Q.   Okay.  Let me restate the question
16 then.
17       An expert who had reviewed the --
18 an expert epidemiologist who reviewed the
19 underlying glyphosate literature would not
20 present data in this fashion to compare the
21 relative power of these studies; correct?
22       MR. TRAVERS:  Objection, calls for
23 speculation.
24    A.   I mean, it would be a -- it might
25 be one way to start, but it wouldn't

Page 56

1  necessarily be totally informative.
2     Q.   This table does not provide you
3  with any information as it's presented on the
4  relative power of these studies at all;
5  correct?
6     A.   It's not complete.
7     Q.   And an epidemiologist who presented
8  this table as an illustration of the relative
9  power of these studies would not be following
10 a reliable epidemiological methodology;
11 correct?
12       MR. TRAVERS:  Objection, calls for
13 speculation, and takes the document out
14 of context.
15    A.   I'm -- I don't know what an
16 epidemiologist would do.  I wouldn't be able
17 to assess power directly from this.  Power is
18 based on a number of factors that go beyond
19 the sample size.
20    Q.   Okay.  You said you wouldn't know
21 what an epidemiologist would -- you know, you
22 are an epidemiologist; correct?  You have
23 been trained in epidemiology?
24    A.   So, sample -- so power is not based
25 solely on the sample size.

Page 57

1     Q.   So, this table does not follow
2  standard epidemiological methodology of
3  looking at questions like power; correct?
4        MR. TRAVERS:  Objection, it takes
5  it out of context.
6     A.   It's not complete, I would say.
7     Q.   You would not present the data in
8  this way yourself; correct?
9     A.   It depends on what I wanted to show
10 to someone.
11    Q.   If you wanted to talk about the
12 relative power of a study, you would not
13 present the data this way; correct?
14    A.   It would be a beginning of showing
15 it, but it wouldn't be a totality.
16    Q.   But you would present other data if
17 you were trying to present the power of
18 studies; correct?
19    A.   That's correct.
20       MR. TRAVERS:  It's been about an
21 hour, if you want to take a break.
22       MR. LASKER:  Let's just put this
23 into context.
24    Q.   Dr. Neugut, you are aware that
25 plaintiffs retained another epidemiology

1  expert in this litigation; correct?
2      A.   You mean someone against me?
3      Q.   No.  Someone on the same side,
4  plaintiffs' counsel.
5      A.   Oh, plaintiffs.
6      Q.   Yes.
7      A.   I'm sorry.  Yes.
8      Q.   Dr. Ritz?
9      A.   Yes.
10      Q.   And I have shown --
11      MR. LASKER:  Let's mark this as
12  14-6?  7, sorry.
13      (Exhibit 14-7, Expert Report of Dr.
14  Beate Ritz, M.D., Ph.D. marked for
15  identification, as of this date.)
16      Q.   So, just to confirm, now, this is
17  Dr. Ritz's expert report that she submitted
18  in this litigation, and just to confirm, if
19  you could turn to page 15.
20      A.   Fifteen?
21      Q.   Of Dr. Ritz's expert report.  And
22  on the top of page 15, Dr. Ritz states, "In
23  reviewing the literature, the sample sizes,
24  and especially the number of cases, should be
25  noted because of their bearing on statistical

1  significance and the width of confidence
2  intervals."  Correct?
3      A.   Yes.
4      Q.   And she states, "Because many of
5  the smaller studies had suggestive findings
6  but wide confidence intervals, it is
7  particularly important to instead consider
8  pools and meta-analysis that summarize across
9  these smaller studies and not only provide a
10  much larger sample size but may allow us to
11  assess NHL subtypes with sufficient
12  precision."  Correct?
13      A.   Yes.
14      Q.   And then it states, "Here I show
15  the sample sizes of each human study of
16  glyphosate in non-Hodgkin's lymphoma";
17  correct?
18      A.   Yes.
19      Q.   And the table that Dr. Ritz then
20  presents in her expert report is the exact
21  same table that has been marked as
22  Exhibit 14-5; correct?
23      A.   Yes.
24      MR. LASKER:  We can take a break.
25      THE VIDEOGRAPHER:  The time is

1  10:06 a.m.  We are off the record.
2      (Recess taken.)
3      THE VIDEOGRAPHER:  The time is
4  10:15 a.m.  We are on the record.
5  BY MR. LASKER:
6      Q.   So, Dr. Neugut, let's go back to
7  the limited epidemiological evidence --
8      THE VIDEOGRAPHER:  Sir, is your
9  mike on?
10      MR. LASKER:  Oh, I'm sorry.  Let's
11  not go back.  Go back in a second.  Thank
12  you.
13      Q.   We were discussing -- I'm sorry.
14      MR. LASKER:  Is this good?
15      Q.   Dr. Neugut, we were discussing the
16  limited epidemiological evidence with respect
17  to glyphosate and non-Hodgkin's lymphoma, and
18  one of the other factors that you mentioned
19  is that bias and confounding could not be
20  excluded as an explanation for the findings
21  in those studies; correct?
22      A.   I don't believe I mentioned that,
23  but --
24      Q.   That is the definition of
25  "limited"; correct?  That bias and

1  confounding could not be ruled out as an
2  explanation for the findings; correct?
3      A.   So, again, we are now going along
4  with the IARC definition of -- you know, with
5  the IARC definition of "limited," yes.
6      Q.   And we talked about your -- your
7  testimony regarding the limited definition
8  of --
9      A.   Um-hum.
10      Q.   -- the glyphosate epidemiology;
11  correct?
12      A.   Purely on the basis of the
13  epidemiologic data.
14      Q.   Right.
15      A.   Correct, um-hum.
16      Q.   So, looking just at the
17  epidemiological data, bias and confounding
18  cannot be excluded as an explanation for the
19  findings in those studies; correct?
20      A.   Yes.
21      Q.   And these are additional and
22  separate concerns that are not addressed by
23  measures of statistical significance;
24  correct?
25      A.   I -- I would say that they are all

Page 62

1    intertwined and bound together.  It's hard
2    to --
3        Q.   Okay.
4        A.   To say -- it's hard to separate one
5    from the other.
6        Q.   Okay.  Let me restate --
7        A.   This is all a -- I think in
8    epidemiologic thinking, you can't so easily
9    take one thread and separate it from the
10   other threads.
11       Q.   Let me restate the question.
12       A calculation of statistical
13   significance does not answer the question
14   about whether the underlying study has issues
15   with bias or confounding; correct?
16       A.   Correct.
17       Q.   And a finding of a statistically
18   significant association by itself does not
19   mean that there is a cause and effect between
20   an exposure and the outcome of interest;
21   correct?
22       A.   Correct.
23       Q.   And that's because although a
24   statistical -- a statistically significant
25   association may exist, there is always the

Page 63

1    concern that the finding may reflect bias in
2    the way that the study was conducted or the
3    presence of confounding factors; correct?
4        A.   If we are talking about a single
5    study, yes, um-hum.
6        Q.   Confounding factors are factors
7    that are associated with both exposure and
8    the outcome, and therefore could lead to a
9    reported association that is not truly a
10   relationship between the two, exposure and
11   outcome; right?
12       A.   Yes.
13       Q.   When an epidemiological study is
14   conducted, it's therefore mandatory that the
15   study collect information on potential
16   confounders, so that the analysis can be
17   controlled to measure the -- to properly
18   measure the effect of the exposure of
19   interest; correct?
20       A.   "Mandatory" is a strong word.
21   "Desirable" I think would be a better word.
22       Q.   Okay.  Let's mark -- this may be
23   taking you back a ways, a little ways.
24            MR. LASKER:  Let's mark this as
25   14-8.

Page 64

1        (Exhibit 14-8, ASCO-SEP Medical
2    Oncology Self-Evaluation Program, Third
3    Edition Excerpt marked for
4    identification, as of this date.)
5        A.   That's going back to -- to --
6        Q.   Not too far.  I think this is 2014
7    or so.
8        A.   You could be reading the -- I'm up
9    to the sixth edition now.  You guys are out
10   of date.
11       Q.   It's hard to get these.
12       But in any event, just for the
13   record, chapter -- this is a book produced by
14   ASCO-SEP Medical Oncology Self-Evaluation
15   Program.  And this is, as you note, the third
16   edition, and I have copied here chapter one,
17   which is the chapter that you prepared on
18   epidemiology and prevention; correct?
19       A.   Yes.
20       Q.   And in this chapter, you discuss a
21   number of issues, including how to properly
22   evaluate epidemiological data; correct?
23       A.   Yes.
24       Q.   And on page five, you were
25   discussing the issue of confounding in

Page 65

1    connection with smoking and asbestos and lung
2    cancer, I believe.  In the middle of that
3    first column, the first full paragraph that
4    starts, "In analytical epidemiology,
5    observational studies are carried out."
6        Do you see that?
7        A.   Yes.
8        Q.   And at the end of that paragraph,
9    you state, last sentence, "It is mandatory in
10   a study that looks at this exposure and
11   outcome to collect smoking information so
12   that it can be statistically controlled and
13   the individual effects of asbestos exposure
14   can be appropriately measured."  Correct?
15       A.   Yes.
16       Q.   And so, there are circumstances in
17   which you agree that it is mandatory to
18   collect data on potential confounders;
19   correct?
20       A.   I think that that is true.  So,
21   again, are you asking me a question?
22       Q.   I just did.  I think that was a
23   question, and you are answering, yeah.
24       A.   So again, I mean, I think the
25   answer is contextual.  You know, let's say

Page 66

1  that the -- how mandatory it is, is a
2  contextual issue, and I would say if we are
3  talking about asbestos, smoking and lung
4  cancer, then where you have a risk factor
5  which has a relative risk of ten, then yes,
6  doing an asbestos study with lung cancer and
7  not taking into account cigarette smoking is
8  a very -- would be -- would be difficult --
9  or would be mandatory there or -- but that
10  doesn't mean that in every instance, you can
11  take into account every confounding factor.
12  That would be almost impossible in real life.
13  And so, that's why I say it's
14  desirable in many instances to take into
15  account confounders, and it's done to varying
16  degrees under different circumstances.  But
17  sure, one wants to take into account
18  confounders to the degree that it's possible.
19  Q.   Do you agree -- and we can go back
20  to his deposition testimony if you want, but
21  do you agree with Dr. Blair that there is
22  evidence of an increased risk of
23  non-Hodgkin's lymphoma in farmers that
24  existed prior to the introduction of
25  glyphosate?

Page 67

1  A.   Yes.
2  Q.   So, there is something going on
3  with farmers and their exposures that is
4  leading to an increased risk of non-Hodgkin's
5  lymphoma that we know for a fact is not
6  glyphosate; correct?
7  A.   Yes.
8  Q.   So, farming, to the extent that
9  glyphosate exposure is associated with
10  farming, which is a fair assumption; correct?
11  Farmers use glyphosate; correct?
12  A.   Yes.
13  Q.   So, farming or at last some other
14  farming exposures could be confounders of any
15  epidemiological analysis of glyphosate in
16  non-Hodgkin's lymphoma; correct?
17  A.   Yes.
18  Q.   For -- strike that.
19  So, you agree that it would be
20  mandatory or at least extremely desirable in
21  trying to reach an epidemiological finding
22  with respect to glyphosate and non-Hodgkin's
23  lymphoma to control for these potentially
24  confounding other farming exposures; correct?
25  MR. TRAVERS:  Objection, misstates

Page 68

1  his prior testimony.
2  A.   Well, to some degree by -- if it's
3  possible, yes.
4  Q.   So, for example, any
5  epidemiological analysis that is trying to
6  properly measure a potential association
7  between glyphosate and non-Hodgkin's lymphoma
8  should be adjusted to control for potential
9  confounding effects of exposures to other
10  pesticides; correct?
11  MR. TRAVERS:  Objection, calls for
12  speculation.
13  A.   Well, other pesticides that are
14  known to cause lymphoma.
15  Q.   And you, in fact, make that point a
16  number of places in your expert report, that
17  an epidemiological analysis of glyphosate and
18  non-Hodgkin's lymphoma should control for
19  exposures to these other pesticides; correct?
20  A.   To the degree that it's possible,
21  yes.
22  Q.   Now, there are standard
23  epidemiological methods that are used to try
24  and adjust for confounding; correct?
25  A.   Yes.

Page 69

1  Q.   So, there is -- one method is to do
2  some statistical analyses or regression
3  analyses to be able to adjust for exposures
4  to other risk factors; correct?
5  MR. TRAVERS:  Objection, compound
6  question.
7  A.   Yes.
8  Q.   Another method is to conduct a
9  stratified analysis; right?
10  A.   Define that.
11  Q.   Okay.  So, in a stratified
12  analysis, you compare -- you look at the odds
13  ratios of individuals with exposure to the
14  substance you are looking at, but not a
15  confounding exposure, and you also have a
16  measure that has it where they are exposed to
17  that substance and the other factor.  You
18  have one that doesn't have the confounding
19  and the other that does.  Correct?
20  A.   That could be done.
21  Q.   So, the -- we talked about
22  statistical significance.  We talked about
23  confounding.  The third issue that is raised
24  with respect to limited epidemiological
25  evidence is bias; correct?

Page 70

1    A.   I don't know.
2    Q.   Okay.  Let me go back.  The
3  definition of "limited" that we have talked
4  about for the epidemiological evidence in
5  this case, for glyphosate and non-Hodgkin's
6  lymphoma, cannot exclude the possibility of
7  bias; correct?
8    A.   Yes.
9    Q.   How would you define the concept of
10  bias in an epidemiological study?
11    A.   Every study has bias.
12    Q.   What is bias, just sort of the lay
13  perspective?
14    A.   Bias is a directional error.  There
15  are errors in every study.  We are human
16  beings, so every study, particularly in
17  humans, that is conducted, has errors
18  inherent in it.  Every study, observational
19  studies in particular.
20       So, the errors can be random or the
21  errors can be directional.  So, bias are
22  directional errors where there is -- where
23  the -- because of the nature of the error, it
24  gives a tilt to the estimate that you get for
25  the odds ratio, for the risk ratio, at the

Page 71

1  end.  It tends to give it a -- either a
2  positive or a negative result because of the
3  nature of the responses that the subjects
4  give.
5       I mean, the truth is error is bad,
6  but whether it's directional -- well, you can
7  smile, but error -- nondirectional error is
8  bad also, but biased error is worse than --
9  than non-biased error.
10    Q.   And biased error is what you
11  defined as a directional error.
12    A.   Right.
13    Q.   And a directional error means that
14  you have a reported odds ratio, a risk ratio
15  that is actually not reflective of the true
16  association, because it has been artificially
17  shifted in a certain direction, either higher
18  or lower; correct?
19    A.   Yes.
20    Q.   Now, in your expert report, you
21  discuss two study designs for observational
22  epidemiology, cohort and case-control
23  studies, that can be subject to different
24  types of biases; correct?
25    A.   Yes.

Page 72

1    Q.   Given the choice between these two
2  study designs, most people prefer cohort
3  studies, because the individuals in the study
4  are unbiased at the beginning of the study
5  when you get your data; correct?
6       MR. TRAVERS:  Objection, calls for
7  speculation.
8    A.   I would say that in general, one
9  prefers cohort studies to case-control
10  studies, for the reason you give, but the
11  reality is that the truth is, it's the
12  quality with which the studies are conducted
13  that in the end determine which one is really
14  the better one.
15    Q.   But just to confirm, as a general
16  matter, most people prefer a cohort study,
17  given the choice between the two, because
18  people are unbiased at the beginning of the
19  study when you get your data; correct?
20       MR. TRAVERS:  Objection, asked and
21  answered, calls for speculation.
22    A.   I would say that -- let's say that
23  cohort studies are preferred.  I'm not sure I
24  would agree with -- precisely with the reason
25  that you are giving, but the answer is that

Page 73

1  the cohort studies are generally preferred.
2    Q.   Okay.  Let's go back to your
3  January 7, 2013 deposition.  That should
4  still be in front of you.  It's going to be
5  one of these transcripts.  I think it's the
6  top one there.  Yeah.
7    A.   Did I misquote myself?
8    Q.   You disagreed with yourself a
9  little bit, but --
10       MR. TRAVERS:  Objection, move to
11  strike.
12    Q.   Let's look at page 174 in your
13  deposition.
14    A.   Is it -- is this the document?
15    Q.   The January 7 one, yeah.  It should
16  have January.
17    Page 174, lines seven through ten,
18  and I believe I quoted you correctly.  "Most
19  people prefer a cohort study, given the
20  choice between the two, mainly because the
21  people are unbiased at the beginning of the
22  study when you get your data."  Correct?
23       MR. TRAVERS:  Objection.  You
24  didn't read the full answer.
25    A.   So, yes.  No, I'm not disagreeing

Page 74

1 with what I said four years ago, but if you
2 are asking me as I sit here now why people
3 prefer a cohort to a case-control study,
4 there are other reasons.
5      Q.   What other reasons are there that
6 people prefer a cohort study to a
7 case-control study?
8      A.   I think it's more naturalistic --
9 it's more naturalistic.
10      Q.   That is because you are actually
11 following people over time to see outcomes?
12      A.   Just it's prospective.  I think
13 it's prospective as opposed to retrospective.
14      Q.   And given the choice between the
15 two study designs, a prospective study design
16 is --
17      A.   It's more natural.  It's the
18 natural order of life.
19      Q.   And as an epidemiologist, that is
20 preferable in the study design?
21      A.   Again, we are talking sort of do
22 you prefer apples or do you prefer pears, but
23 again, whether you like apples or pears, the
24 truth is, when you look at the fruit, the one
25 that has the bruises on it is the one you are

Page 75

1 not going to eat.  So, the quality of how you
2 carry out the study is ultimately -- a bad
3 cohort study is not as good as a good
4 case-control study, and vice-versa, you know.
5      Q.   We are going to look at the quality
6 of the studies.
7      A.   No, I understand, I'm sure we are.
8 But I'm saying that --
9      Q.   I want to make sure I got your full
10 answer, though, because you had stated that
11 there is testimony about cohort studies, the
12 individuals are unbiased at the beginning of
13 the study.
14      A.   Um-hum.
15      Q.   That was one.  And two, you
16 mentioned that cohort studies are more
17 naturalistic than case-control studies.  Are
18 there --
19      A.   Again, this brings up the issue of
20 temporality, but again, temporality is not
21 usually a major issue.
22      Q.   Okay.  So, with temporality, if I
23 understand correctly, a cohort study allows
24 you to make sure you have temporality, and a
25 case-control study, you can't be as certain.

Page 76

1 Is that correct?
2      A.   Temporality is very rarely -- I
3 would have to say uncommonly a major -- a
4 major concern.
5      Q.   Let's -- we will circle back to
6 that.  Let me just continue from your report.
7           In your report you mentioned that
8 the main difficulty with cohort design is
9 that they are expensive and time-consuming,
10 particularly with outcomes like cancer;
11 correct?
12      A.   Yes.
13      Q.   But as compared to a cohort study,
14 a case-control study is more susceptible to
15 bias; correct?
16      A.   They are both susceptible to bias,
17 just different biases.
18      Q.   Let's look at your expert report.
19      A.   I will say they are both
20 susceptible to error, just different error.
21      Q.   Your expert report, which I think
22 was 14-6.  It should be still in front of
23 you, Dr. Neugut.
24           MR. LASKER:  If you can give him
25      his expert report.

Page 77

1      Q.   It's 14-6.  They should be in
2 order.
3           No, you can keep it.  I have my own
4 copy.
5      A.   Sorry.
6      Q.   And just on page eight of your
7 expert report -- well, pages seven through
8 nine, you are comparing the cohort study
9 design to the case-control study design;
10 correct?
11      A.   Yes.
12      Q.   And at the bottom of page eight,
13 with respect to case-control studies, you
14 state that a disadvantage of case-control
15 studies, as compared to cohort studies, is
16 that they have an increased susceptibility to
17 bias; correct?
18      A.   Yes.
19      Q.   For example, one disadvantage of a
20 case-control study that you don't have with
21 cohort studies generally is the possibility
22 of recall bias; correct?
23      A.   Have less concern for recall bias,
24 yes.
25      Q.   So, recall bias occurs when cases,

1  for example, of NHL, people with NHL, are
2  more likely to recall prior exposures than
3  healthy controls that don't have the disease;
4  correct?
5      A.   Yes.
6      Q.   Recall bias is not an issue in
7  cohort studies because the study population
8  is followed prospectively and the
9  investigators gather the exposure information
10 prior to any cancer diagnosis.  I'll do it
11 again.
12          Recall bias is not an issue in
13 cohort studies because the study population
14 is followed prospectively and the
15 investigators gather exposure information
16 prior to any cancer diagnosis; correct?
17     A.   Recall bias is much less or not an
18 issue, yes.
19     Q.   It's not an issue at all; correct?
20     A.   Not in the way it is in a
21 case-control study, that's correct.
22     Q.   Case-control studies are also more
23 prone to selection bias than cohort studies;
24 correct?
25     A.   Yes.

1      Q.   Selection bias can occur when a
2  selection of individuals into a study is
3  based both on the disease status and their
4  exposure status; correct?
5      A.   I'm sorry, say that again.
6      Q.   Selection bias can occur when
7  selection of individuals into a study is
8  related both to their disease status and to
9  their exposure status.
10     A.   It's possible.
11     Q.   And with a case-control study, you
12 are specifically selecting subjects based
13 upon their disease status.  That's how you
14 choose the cases; correct?
15     A.   Yes.
16     Q.   So, that takes you halfway to where
17 you could have a selection bias problem;
18 right?  You have one of the --
19     A.   You have to talk louder.
20     Q.   That would take you halfway to
21 where you could have a selection bias
22 problem.  You are already selecting based
23 upon disease, so if there is anything in the
24 methodology that creates selection based upon
25 exposure, you have a selection bias issue;

1  correct?
2          MR. TRAVERS:  Objection, compound
3  question.
4      A.   I don't understand the point.
5      Q.   Okay.  If there is, in a
6  case-control study, some difference in the
7  selection of cases or controls that impact
8  the likelihood of exposure, that can
9  introduce a bias into the study; correct?
10         MR. TRAVERS:  Objection, calls for
11 speculation.
12     A.   Again, I'm not following the
13 question easily.
14     Q.   In a case-control study --
15     A.   Um-hum.
16     Q.   -- if there is some difference in
17 the selection method or the selection of
18 cases and controls that is associated with
19 the exposure of interest, that would create a
20 selection bias; correct?
21         MR. TRAVERS:  Objection, calls for
22 speculation.
23     A.   That would be -- that would be
24 extraordinarily uncommon, if I'm
25 understanding correctly what you are asking,

1  and I don't think it would be applicable in
2  this particular -- I don't think it would be
3  applicable in -- at least in the context of
4  what we are talking about.
5      Q.   Okay.  But if there was some
6  difference in the selection of cases or
7  controls in a cohort study that was
8  associated with the likelihood of exposure,
9  that would create a selection bias; correct?
10         MR. TRAVERS:  Objection, asked and
11 answered.
12     A.   Yes, it could, but as I say, I
13 don't think it would be relevant in the
14 context.  There might be exposures and
15 outcomes where that might play a role in a
16 case-control study -- we're talking now of
17 case-control studies or --
18     Q.   Um-hum.
19     A.   But I don't think that would be
20 applicable here.
21     Q.   If there was a difference in the
22 response rate for inclusion in the study
23 between cases and controls, in other words,
24 cases participate in a study at a higher
25 likelihood than controls, that can raise a

1  concern about selection bias; correct?
2      MR. TRAVERS:  Objection, calls for
3  speculation.
4      A.   Yes, but then you might not know
5  which way the -- again, the direction of the
6  arrow could go either way.
7      Q.   A cohort study -- strike that.
8      In your expert report, you talk
9  about two types of biases with -- that can
10  occur in a cohort study, and the first is
11  loss to follow-up; correct?
12      A.   Yes.
13      Q.   And one method -- and loss to
14  follow-up is, you are following them
15  prospectively and you want to know what
16  happens to them prospectively, and if ten
17  years from now you lose track of that person,
18  you can't track what happened to them, you
19  have a loss to follow-up; correct?
20      A.   Yes.
21      Q.   So, one method that epidemiologists
22  can use to reduce the problem of loss to
23  follow-up, is if they have another source of
24  information for outcomes, like a hospital
25  database or a Medicare database, to be able

1  to track the outcome of those individuals
2  prospectively; correct?
3      A.   In a large cohort study, you hope
4  you have such a database, but that is often
5  difficult with free living individuals.
6      Q.   But when you do have such a
7  database, and in particular the AHS study had
8  that, that addresses this concern of loss to
9  follow-up; correct?
10      A.   As long as the people stay in the
11  area where the registry is.
12      Q.   And with respect to the
13  Agricultural Health Study, that was the case,
14  in fact; they were able to continue to track
15  those individuals through the database?
16      A.   Yes.
17      Q.   You also state --
18      MR. TRAVERS:  I just want to --
19  just an objection.  When you say "AHS,"
20  are you referring to De Roos 2005 or --
21      MR. LASKER:  The Agricultural
22  Health study.  That would be De Roos 2005
23  as well, yes.  The study is the study.
24      MR. TRAVERS:  Well, it's two
25  different -- there are different phases

1  to the study.  I just want to -- just for
2  clarity, I just want to make sure
3  which --
4      MR. LASKER:  There is an overall
5  study, and there is lots and lots of
6  publications --
7      MR. TRAVERS:  Okay.
8      MR. LASKER:  -- which by design is
9  a study design.
10      A.   I'm referring to the --
11      Q.   De Roos 2005?
12      A.   Yes.
13      Q.   Okay.  You also state that cohort
14  studies may be subject to detection observer
15  bias.
16      A.   I'm sorry?
17      Q.   In your expert report, you say that
18  cohort studies may be subject to detection
19  observer bias.  What is that?
20      A.   I knew you were going to ask me
21  that.
22      Q.   If you don't know, that's fine.
23  This is mentioned in your expert report on
24  page eight; right?
25      A.   That -- it's basically the -- it's

1  the complement to what you -- we talked about
2  earlier with regard to the case-control
3  study, which is that the knowledge of the --
4  of the exposure affects the -- affects the
5  diagnosis subsequently.  So, it's sort of the
6  prospective equivalent of what you were
7  calling earlier -- what we were calling
8  earlier selection or diagnostic bias, that
9  knowing, for example, that someone was
10  exposed to -- to an exposure, might influence
11  how they are diagnosed subsequently.
12      Q.   That issue, detection observer
13  bias, is not a concern in the Agricultural
14  Health Study; correct?
15      A.   So, I was listing, you know,
16  potential biases.  To what degree it plays a
17  role in this particular -- this was a
18  theoretical, if you will, or general
19  discussion of cohort versus case-control
20  studies, and I wasn't specifically speaking
21  with regard to the Agricultural Health Study.
22  It was a general discussion of cohort versus
23  case-control studies.
24      Q.   Yeah, I understand that.
25      A.   Right.  So --

Page 86

1   Q.   I'm just trying to clarify that
2   that issue, detection --
3   A.   Right.  So --
4   Q.   Sorry.  Detection observer bias is
5   not a concern with the Agricultural Health
6   Study; correct?
7   A.   I would probably not rate it as a
8   major bias in the analysis of the outcomes.
9   Q.   It's not any bias.  I mean, there
10  is no issue of people being diagnosed with
11  non-Hodgkin's lymphoma based upon their
12  exposure; correct?
13       MR. TRAVERS:  Objection to form.
14  A.   I would doubt it.
15  Q.   Now, in its conclusion that the
16  epidemiological literature for glyphosate and
17  non-Hodgkin's lymphoma is limited, IARC also
18  considered an IARC meta-analysis of the
19  epidemiological studies; correct?
20  A.   Yes.
21  Q.   Now, you have never conducted or
22  published a meta-analysis yourself; correct?
23       MR. TRAVERS:  Objection, compound
24  question.
25  A.   Personally, I have not.  I think

Page 87

1   one of our fellows has done one now that is
2   sort of winding its way through the
3   literature, but for all intents and purposes,
4   the answer is no.
5   Q.   You do agree, though, that
6   meta-analyses usually do not substantially
7   alter one's understanding of the underlying
8   studies; correct?
9        MR. TRAVERS:  Objection, calls for
10  speculation.
11  A.   I don't know what that means.
12  Q.   Okay.  Let's mark as 14-9 an
13  article that you have published that I think
14  states exactly that.  Let's see if I am
15  right.
16       (Exhibit 14-9, Etiology article,
17  Meta-analysis: Use of combined oral
18  contraceptive in the past ten years is
19  associated with an increased risk for
20  breast cancer, 1996 Nov-Dec marked for
21  identification, as of this date.)
22  Q.   And Dr. Neugut, I'm handing you
23  a -- I think it was maybe a letter or an
24  editorial, I'm not sure how you describe
25  this -- that you prepared for the American

Page 88

1   College of Physicians entitled
2   "Meta-Analysis:  Use of combined oral
3   contraceptives in the past 10 years is
4   associated with an increased risk for breast
5   cancer."
6        MR. TRAVERS:  I just have one
7   question.  Is this just the abstract or
8   is there a full study?
9        MR. LASKER:  This is the full
10  document.  It's a commentary.
11       MR. TRAVERS:  Okay.
12  Q.   And on page three of your
13  commentary, or three of four, the first --
14  the second paragraph, I'm sorry, you state:
15  "As is usual for meta-analysis -- for
16  meta-analyses, the overall results do not
17  substantially alter one's understanding of
18  the previous studies."
19       And by "previous," you mean the
20  underlying studies, I take it; correct?
21  A.   Yes.
22  Q.   And you agree with that; correct?
23  A.   Yes.
24  Q.   And in particular, when
25  observational studies report small relative

Page 89

1   risks, less than 2.0, it's your view that
2   meta-analyses are probably as good as can be
3   done and suggest that there is not a greater
4   concern, or greater cause for concern;
5   correct?
6        MR. TRAVERS:  Objection, misstates
7   his commentary.
8   A.   Yes.
9   Q.   Just to be clear, my question was,
10  correct, you do believe that when
11  observational studies report small relative
12  risks, meta-analyses are probably as good as
13  can be done and suggest that there is not a
14  greater cause for concern; correct?
15  A.   Yes.
16  Q.   You have also cautioned, and
17  cautioned in this commentary, about reaching
18  causation opinions based upon statistically
19  significant findings below 2.0 in
20  meta-analyses; correct?
21  A.   Yes.
22  Q.   And in your opinion, we should
23  refer to such findings -- or strike that.
24       We should not refer to such
25  findings as small but statistically

Page 90

1 significant, but instead should state that
2 such findings are statistically significant
3 but small; correct?
4     A.   I would point out that this was
5 written 20 years ago.
6     Q.   That's why I am asking you today.
7     A.   And this is --
8     Q.   You agree --
9     A.   And this is an old -- you know, I
10 had hair then.
11     Q.   That's good to know.
12     A.   So --
13     Q.   I'm asking if you agree with that
14 statement today.
15     A.   I think -- so, I agree that with
16 smaller risk ratios, one has to exhibit more
17 caution, but I think that the field has moved
18 in that direction.  And by "the field," I am
19 referring to epidemiology in general.  And
20 that back in the 1990s, that there was more
21 caution with going below risk ratios of two,
22 and even legally, the Daubert -- if we are
23 talking about a Daubert hearing, the legal
24 field would have been more cautious below a
25 risk ratio of two.

Page 91

1         But now, risk ratios of 1.3 and 1.4
2 are taken seriously.  Many risk factors that
3 we take very seriously in public health are
4 really at that level of 1.3 and 1.4, and even
5 1.2, and we consider them significant
6 carcinogens and act on them in the public
7 health sphere.
8         So, I would say that -- that while
9 it is true that it's more difficult, it makes
10 it more difficult methodologically to
11 establish a risk in that range, and that's
12 why we are for the most part sitting here
13 talking about this risk ratio, but that
14 doesn't mean it's unimportant.  I would
15 disagree with my statement to the degree that
16 it's -- when I say statistically significant
17 but small, "small" doesn't mean unimportant.
18 "Small" means small and difficult to
19 establish with -- to the degree that we would
20 like to be comfortable and confident that
21 it's a true causal association.
22         It makes it more difficult
23 methodologically for us as epidemiologists
24 and scientists to be -- to establish it as a
25 probable carcinogen or a true or an absolute

Page 92

1 carcinogen, which is why -- why we are -- why
2 we are sitting here.
3     Q.   Just so I understand your prior
4 testimony, one of the factors that you
5 mentioned in your consideration of these
6 types of findings in meta-analysis is your
7 understanding of the changes in the Daubert
8 standard with respect to what courts are
9 looking for?
10     A.   No, I'm not making a legal -- I was
11 not trying to make a legal conclusion for you
12 guys.  That's your job.  I'm simply saying, I
13 recognize that -- I'm simply saying that even
14 in the legal field, the standard of what is
15 big and small, if I am understanding the
16 legal ramifications, has changed also in the
17 last 20 years.
18     Q.   There are certain guidelines that
19 have been set forth on how to conduct
20 meta-analyses; correct?
21     A.   Yes.
22     Q.   And you cite to such guidelines in
23 your expert report; correct?
24         MR. TRAVERS:  What page is that?
25         MR. LASKER:  Page nine.

Page 93

1     A.   Yes.
2     Q.   And in particular, you cite to an
3 article, and this is the third full paragraph
4 in the meta-analysis, in discussing how to
5 perform a meta-analysis, you cite to a --
6 guidelines prepared by Walker, Hernandez and
7 Kattan in 2008; correct?
8     A.   2008?
9     Q.   Yes.
10     A.   Um-hum.
11     Q.   Is that correct?
12     A.   Yes.
13     Q.   This is an article that you rely
14 upon as authoritative in providing guidelines
15 on proper approaches for meta-analyses;
16 correct?
17     A.   Yes.  Again, I don't do them
18 personally, but as a reference.
19         MR. LASKER:  Let's mark this paper
20 as 14-10.
21         (Exhibit 14-10, Cleveland Clinic
22 Journal of Medicine, June 2008,
23 Meta-analysis:  Its strengths and
24 limitations marked for identification, as
25 of this date.)

Page 94

1      Q.   Dr. Neugut, this is the guideline
2   article that you cite in your expert report
3   for meta-analyses; correct?
4      A.   Yes.
5      Q.   So, as one of the key points at the
6   beginning on this first page of the Walker
7   guidelines, one of the key points that is
8   stated right under the abstract, is that
9   there are many caveats in performing a valid
10  meta-analysis, and in some cases a
11  meta-analysis is not appropriate and the
12  results can be misleading.  Correct?
13     A.   Yes.
14     Q.   And you agree with that; correct?
15     A.   I suppose, yes.
16     Q.   And on page 436, there is a section
17  on randomized control trials versus
18  observational trials.
19     A.   I'm sorry, page?
20     Q.   436.  Do you see that?
21     A.   Yes.
22     Q.   And the Walker guidelines state
23  that some researchers believe that
24  meta-analysis -- meta-analyses should be
25  conducted only on randomized control trials;

Page 95

1   correct?
2      A.   Yes.
3      Q.   And that is because -- let's take a
4   step back and define, a randomized control
5   style -- a randomized control trial is a
6   different type of epidemiological study
7   where, for instance, in drug studies, where
8   they will have a placebo group and a control
9   group, and the investigators will provide the
10  medication to the subjects and actually have
11  a controlled study going forward; correct?
12          MR. TRAVERS:  I object to the
13      testimony of counsel.
14     A.   A randomized control trial is a
15  cohort study where the -- where the
16  investigators provide the exposure to the
17  subjects.
18     Q.   Okay.  So, let me make sure I
19  understand your testimony then.  Is it your
20  testimony that a randomized control trial is
21  a -- is a type of cohort study?
22     A.   Yes.  I mean it's a specialized
23  form.  It falls under -- there are only two
24  kinds of studies in epidemiology, cohort
25  studies and case-control studies.  A

Page 96

1   randomized trial is a specialized -- falls
2   under the rubric of cohort studies.  I
3   mean --
4      Q.   Okay.  Fair enough.
5      A.   But, I mean, it's an easy -- it's
6   an easier form of study to analyze, because
7   you have -- you are giving the exposure to
8   the individual or not giving the exposure to
9   the individual, rather than having it be
10  decided upon by subject choice or by, you
11  know, random -- by -- not random, but by --
12  well, by subject decision.
13     Q.   The concern that the Walker
14  guidelines are noting here with meta-analyses
15  outside of randomized control trials is that
16  observational trials are more prone to
17  confounding and bias errors than randomized
18  control trials; correct?
19     A.   I think they are saying that to
20  meta-analyze observational studies, there is
21  going to be heterogeneity between the
22  studies, so it makes it a little more
23  difficult or makes it more difficult to
24  combine them in a way where you can be
25  confident that the result that you get is not

Page 97

1   due to some -- something other than purely
2   the exposure and outcome relationship.
3      Q.   And there -- the meta-analysis
4   methodology does not allow for the
5   investigators to address problems of
6   confounding or bias in the underlying
7   studies; correct?
8      A.   In the usual meta-analysis, the
9   answer is, for the most part, no.  For the
10  most part, no.  Again, I'm not an expert in
11  meta -- I mean, I can read them, I can
12  analyze them, but for the most part, the
13  answer is no.
14     Q.   Okay.  Just to be clear for my
15  question, so the answer is no, in a
16  meta-analysis, you cannot fix problems of
17  bias or confounding in the underlying
18  studies.
19          MR. TRAVERS:  Objection, misstates.
20     A.   I don't want to misstate it.  I
21  mean, the truth is that generally speaking,
22  if you put together several studies, the
23  biases are going to dilute out presumably
24  over the -- over the several studies, and
25  it's probably not going to be as big a

1    problem as -- you know, as people think or as
2    one might presume.
3         You can't -- bias is omnipresent.
4    So, if you are going to start just throwing
5    around the word "bias," and say, "Bias, bias,
6    bias, the study sucks," then you can throw
7    out 90 percent of the epidemiology studies,
8    and then we know nothing about anything.
9         But you have to look at studies and
10   use judgment and common sense, and assess how
11   big the bias is, how important is the bias,
12   how well does the study address the bias, and
13   then put them together, and that's part of
14   the methodology of putting -- of doing a
15   meta-analysis, is to qualitatively assess
16   them as well.
17       Q.   Okay.  So, just so the record is
18   clear, if an underlying study has an issue
19   with recall bias --
20       A.   Every study has an issue with
21   recall bias.
22       Q.   I understand.  Let me ask the
23   question.
24       If an underlying study has a
25   problem with recall bias, the meta-analysis

1    methodology will not change that; correct?
2         MR. TRAVERS:  Objection, asked and
3    answered.
4        A.   Not necessarily, no, but then
5    again, you have to ask yourself how big is
6    the recall bias.  You have to ask yourself
7    why is it only in non-Hodgkin's lymphoma.
8    You have to ask yourself why -- you know,
9    how -- it's not enough to say recall bias,
10   the study can't be looked at.
11       Q.   I'm not -- that wasn't my question.
12   Mine is a methodological question, and we
13   will be discussing individual studies.  But
14   methodologically, a meta-analysis does not
15   provide any -- does not fix an underlying
16   recall bias in one of the underlying studies;
17   correct?
18           MR. TRAVERS:  Objection, asked and
19   answered.
20       A.   No, it does not.
21       Q.   And the meta-analysis would not fix
22   an underlying selection bias in any of the
23   studies, underlying studies; correct?
24       A.   No, it would not.
25       Q.   And a meta-analysis would not fix a

1    problem with confounding in any of the
2    underlying studies; correct?
3        A.   Not if the study itself did not
4    address it, no.
5        Q.   Now, another concern raised about
6    meta-analysis in these Walker guidelines, and
7    you mention it as well in your expert report,
8    is the issue of publication bias; correct?
9        A.   Yes.
10       Q.   And publication bias occurs where
11   investigators will not submit findings where
12   there is no showing of a statistically
13   significant result because those data are,
14   for whatever reason, perceived as being less
15   interesting; correct?
16           MR. TRAVERS:  Objection, misstates
17   the evidence.
18       A.   That is a little simplistic.  I
19   would say publication bias is more
20   complicated than that.
21       Q.   But the concern about publication
22   bias is that statistically significant
23   associations are published and findings that
24   are null are not published.  That would be a
25   publication bias; correct?

1           MR. TRAVERS:  Objection, asked and
2    answered.
3        A.   So, the entire epidemiology
4    methodologic system is set up to be
5    conservative, so that null findings are the
6    norm.  We don't want to find positive
7    findings.  The system is set up not to find
8    positive findings.  It's biased, for lack of
9    a better word, to avoid finding positive
10   findings.  Sort of like the legal system, you
11   don't want to find someone guilty, you want
12   everyone to be innocent unless they are
13   really guilty.
14       So, on some level that's how
15   epidemiology is constructed.  So, when you
16   have a positive finding, it's taken more
17   seriously than when you have a null finding.
18   So, on a certain level, publication follows
19   that -- that track or that scenario, so that
20   when you do have a positive finding, an
21   editor, a publisher, a reviewer takes a
22   positive finding as something that is more
23   significant than several negative findings or
24   null findings.  I don't mean negative, that
25   may have been null.

1    And so, so it's more important to
2  report positive findings.  So yes, there is
3  some bias towards publishing positive
4  findings, but that is how the system -- that
5  is not necessarily a, let's say a, a
6  criticism.  That is not necessarily a, a bad
7  thing in the literature.  That may be the way
8  it should be, that -- I mean, it wasn't
9  intended that everything should come out
10  50/50, you know, that 50 percent of the
11  studies should be null and 50 percent of the
12  studies should be positive.
13    But then again, some of the
14  publication bias is also that some studies
15  never reach -- there's publication bias in
16  other ways, that some studies, if you started
17  off and you wanted to recruit 200 patients
18  into your sample, and you ended up running
19  out of money after 100 people, so you never
20  finished your study, so those studies don't
21  get published either, because you only
22  reached 100, and so a half study -- half
23  studies don't get published either.  So, that
24  is part of publication bias also.
25    What happened to all those, you

1  know, incomplete -- there are incomplete
2  studies that are part of publication bias,
3  too.  There are all sorts of -- if you want
4  to call them biases that -- you know.
5    Q.  Well, just to be clear, because
6  "publication bias" is the term in your expert
7  report, and it's also in the Walker
8  guidelines that you cite to, just so I am
9  understanding the term correctly, publication
10  bias refers to the situation where positive
11  findings are published but null findings in
12  another study may not be published; correct?
13    A.  Publication bias refers to where
14  anything isn't published that could have
15  been, should have been, might have been
16  published.  Could be positive findings.  As I
17  say, if you didn't finish a positive study
18  and it never got published, or you dropped
19  dead before your successor could -- and so no
20  one ever picked up the study to submit it to
21  a journal, that is also publication bias.  It
22  goes both ways.
23    I suspect, as you say, more null
24  findings are not published than positive
25  findings, but it's also true that there

1  are -- I'm sure there are positive findings.
2  I have many papers that are sitting in my
3  computer on my hard drive that I thought were
4  the greatest studies ever done, and that have
5  been rejected by ten or 12 journals and that
6  are not published, and they are sitting there
7  gathering dust in my computer that, you know,
8  I think the world is waiting to see, and no
9  journal will publish them, and who knows?
10  You know, so, there is that bias, too.
11    Q.  Okay.  But specifically with
12  respect to this, the guidelines for
13  meta-analysis, the concern that you raise and
14  that Dr. Walker raises in his guidelines is
15  that positive findings may be published and
16  null findings may not be published; correct?
17    MR. TRAVERS:  Objection, misstates.
18    A.  That tends to be the way it goes.
19  Yes.
20    Q.  And the meta-analysis guidelines
21  you cite in your expert report state that,
22  quote, to ameliorate the effects of
23  publication bias on the results of
24  meta-analysis --
25    A.  I'm sorry.  Are you quoting me now

1  or you're quoting this?
2    Q.  I'm quoting your guidelines, and if
3  you want, it's on page 432.
4    MR. TRAVERS:  Objection.  They are
5  not his guidelines.
6    A.  You are quoting this.
7    Q.  Okay.  The Walker guidelines cited
8  in your expert report.  The meta-analysis
9  guidelines you cite in your expert report
10  state on page 432, and it's in the second
11  column, the third full paragraph, "to
12  ameliorate the effect of publication bias on
13  the results of meta-analysis, a serious
14  effort should be made to identify unpublished
15  studies."  Right?
16    A.  Yes.
17    Q.  And the same guidelines that you
18  cite in your expert report, on page 433,
19  state, in the border, "Exclusion of
20  non-published studies increases selection
21  bias."  Correct?
22    A.  Yes.
23    Q.  How can the exclusion of
24  non-published studies from meta-analysis
25  increase selection bias?

Page 106

1      A.   I'm sorry, say it again.
2      Q.   How can the exclusion of
3   non-published studies from a meta-analysis
4   increase selection bias?
5      A.   I suppose if you haven't included
6   every study, then you are -- you have to be
7   concerned that you are biasing the results
8   upward.
9      Q.   And these recommendations in the
10  Walker guidelines that you cite in your
11  expert report, they are consistent with lots
12  of other meta-analyses guidelines on how to
13  treat unpublished studies, aren't they?
14     A.   I don't know.
15     Q.   So, you have also written about the
16  use of time trends for the incidence of
17  specific cancers to provide some clues as to
18  potential causes of cancer; correct?
19     A.   I have?
20     Q.   Yes.
21     A.   I guess.
22     Q.   Well, let's go back to your chapter
23  on epidemiology and prevention in the
24  ASCO-SEP, and I didn't write the number on
25  this one.  Which is this?  14-8.

Page 107

1      A.   That is the ASCO-SEP?
2      Q.   Yes.
3          MR. TRAVERS:  And this is a 1996
4   article?
5          MR. LASKER:  No.  This is 2014,
6   maybe.  I don't know when this -- the
7   copyright is 2013.
8      Q.   That's it.  And on pages, I think
9   two and three, you are discussing some sort
10  of time trends that you -- to compare against
11  exposures to sort of get some clues as to
12  causation; correct?
13     A.   Yes, um-hum.
14     Q.   So, for example, you show how time
15  trends in lung cancer incidence can be traced
16  to increases and decreases in smoking;
17  correct?
18     A.   Yes.
19     Q.   And when you do a time trend
20  analysis for cancer, you need to account for
21  latency; correct?
22     A.   Oh, it depends, but depending on
23  the context, yes.
24     Q.   And generally, just so the record
25  is clear, the issue for latency is that for

Page 108

1   cancer, there is usually a period of years
2   after an exposure before cancer would be
3   developed and diagnosable; correct?
4      A.   Depends on what the exposure and
5   the outcome is.
6      Q.   But the concept of latency is that
7   there is some time period that elapses from
8   exposure until a cancer; correct?
9      A.   Yes.
10     Q.   And you would then be looking --
11  for time trend, you would be looking for
12  impacts on the cancer rate some years after
13  changes in the exposure incidence; correct?
14     A.   Again, it would depend on the
15  specific context that we are talking about.
16  It varies from -- every exposure and every
17  outcome has its own unique idiosyncratic
18  relationship.
19     Q.   Plaintiffs' expert Dr. Weisenburger
20  has, and he's an expert in this litigation
21  for plaintiffs, has opined that the latency
22  created for non-Hodgkin's lymphoma caused by
23  pesticide exposure would be on the order of
24  ten years or more.  Does that sound right to
25  you?

Page 109

1          MR. TRAVERS:  Objection.  Do you
2   have his report, if you are going to ask
3   about it?
4      Q.   First off, while we are getting the
5   report, out, let me ask you, does ten years
6   sound like a reasonable estimate of the
7   latency for non-Hodgkin's lymphoma following
8   pesticide exposure?
9      A.   I wouldn't have any basis on which
10  to make a judgment.
11     Q.   You have not looked at that
12  question?
13     A.   No.
14     Q.   You do agree that the issue of
15  latency is a significant factor in analyzing
16  epidemiological findings; correct?  For
17  cancer.
18     A.   Say the question again.
19     Q.   You do agree that this concept of
20  latency is an important issue to be aware of
21  in reviewing findings from epidemiological
22  studies of an exposure and an cancer outcome.
23     A.   I think if one has a specific
24  epidemiologic association and mechanism, then
25  the answer is yes.

1    Q.   And Dr. Weisenburger's report --
2        MR. LASKER:  Let's mark as -- what
3    did I say it was?  14-11.
4        (Exhibit 14-11, Expert Report of
5        Dr. Dennis Weisenburger, M.D. marked for
6        identification, as of this date.)
7    Q.   It's Dr. Weisenburger's report, and
8    we are marking pages one through six, because
9    that's the section in which he discusses the
10   issue of latency.
11       MR. TRAVERS:  I will object, that
12   it's not the full report.
13       MR. LASKER:  That's fine.
14   Q.   And on page five of his expert
15   report, Dr. Weisenburger is talking about the
16   issue of latency; correct?
17   A.   I'm on page five.  Can you point
18   out --
19   Q.   The whole paragraph on page five.
20   A.   The one that begins, "Only one
21   large cohort study"?
22   Q.   That's it.
23   A.   Can I have a moment to look at it?
24   Q.   You can.
25   A.   Okay.  What is the question?

1    Q.   So, Dr. Weisenburger in this
2    paragraph is talking about the issue of
3    latency for pesticide exposure and
4    non-Hodgkin's lymphoma; correct?
5    A.   Yes.
6    Q.   And Dr. Weisenburger talks about
7    6.7 years as perhaps being too short of a
8    time period to account for latency between
9    pesticide exposure and non-Hodgkin's
10   lymphoma; correct?
11   A.   In terms of latency?
12   Q.   Yes.
13   A.   Yes.
14   Q.   And he talks about various studies
15   and suggests a cutoff of ten years as being
16   the, you know, reasonable estimate of the
17   latency period for exposure to pesticide and
18   non-Hodgkin's lymphoma; correct?
19   A.   Yes.
20       MR. TRAVERS:  Objection, misstates
21   his opinion.
22   Q.   And do you have any reason to
23   disagree with Dr. Weisenburger's analysis of
24   this issue of latency?
25   A.   Do I have any reason to --

1    Q.   Disagree with Dr. Weisenburger's
2    analysis of latency.
3        MR. TRAVERS:  Objection, calls for
4    speculation.
5    A.   I have no basis on which to agree
6    or disagree.  It would depend on what --
7    whether one thinks that glyphosate is a tumor
8    initiator or a tumor promoter.  You know,
9    latency periods can be as short as one or two
10   years, depending on the exposure and the
11   outcome.
12       And I am not sure, even as I sit
13   here, what the actual mechanism is by
14   which -- that is not my expertise per se,
15   what the precise mechanism is by which
16   glyphosate causes non-Hodgkin's lymphoma
17   biologically, so I would have difficulty
18   characterizing the latency period, but I have
19   no reason to doubt his expertise.
20   Q.   So, just to be clear, you do not
21   have an expert opinion on the latency period
22   for glyphosate exposure and non-Hodgkin's
23   lymphoma?
24   A.   Correct.
25   Q.   And you do not have an expert

1    opinion that glyphosate is a tumor promoter;
2    correct?
3    A.   As opposed to an initiator?
4    Q.   Yes.
5    A.   Well, it wasn't shown to be a
6    mutagen, so I guess once it's not a mutagen
7    or -- I don't know -- as I said, I don't know
8    specifically its exact mechanism of how it's
9    causing -- how it is precisely causing
10   cancer.
11   Q.   So for a -- if we are doing a time
12   trend analysis of non-Hodgkin's lymphoma, if
13   Dr. Weisenburger is correct with a ten-year
14   latency period, we would want to look and see
15   how incidence of non-Hodgkin's lymphoma
16   changed ten years after exposures to
17   glyphosate?  Is that a correct understanding
18   of how the time trend analysis would work?
19       MR. TRAVERS:  Objection, compound
20   and misstates Dr. Weisenburger's
21   testimony.
22   A.   Are you talking now on a population
23   scale?
24   Q.   Yes.  Like the way you presented in
25   your chapter.

Page 114

1      A.   So, when I talk about it in my
2   chapter, we are talking about lifestyle
3   factors that are prevalent across an entire
4   population, like cigarette smoking or
5   postmenopausal women taking hormonal -- you
6   know, menopausal hormones, which is a very
7   widespread phenomenon.
8          If you are talking about exposures
9   where only a small fraction of the population
10  is actually exposed, and where the relative
11  risk is 1.2 or 1.3 or 1.4 -- let's say 1.3 or
12  1.4, then to see that impact on the -- you
13  know, on the population prevalence of
14  non-Hodgkin's lymphoma would require quite
15  a -- that would be rather -- rather profound.
16  I don't know if you would see it on a
17  population scale.
18     Q.   So, is it your understanding that
19  exposures to glyphosate in the population are
20  rare?
21     A.   No.  It's fairly common, but in
22  a -- in a selective portion of the
23  population.
24     Q.   And those would be sort of
25  agricultural populations?

Page 115

1      A.   Agricultural, gardeners, you know,
2   my wife, I don't know, but she's got tomato
3   plants now, but -- so, it may be profound.  I
4   don't know.  It's not my -- again, I am not
5   going to put myself up as an expert in that
6   regard, in how much the attributable risk is
7   going to be across the population.
8          I'm simply saying that if you want
9   to see a population effect, it has to be a
10  fairly prevalent -- it's not just -- it's
11  both the risk and the prevalence of exposure
12  that is significant in order to see a -- to
13  see a population-based time trend change, you
14  know.
15     Q.   Fair enough.
16     A.   In addition to the latency.  You
17  know, I mean then first latency will play a
18  role and you might have to wait -- again, if
19  he says ten years, you might have to wait ten
20  years to first see it show up.
21     Q.   Dr. Neugut, in your report, you --
22  your expert report, you note that
23  epidemiological studies use a multistep
24  process to establish causal inferences;
25  correct?

Page 116

1      A.   Yeah.
2          MR. TRAVERS:  What page?
3      Q.   Well, if you need to refer to your
4   expert report for this, it's at page six.
5          But first, principles of causal
6   inference are used to construct theories
7   which help us formulate testable hypotheses;
8   correct?
9      A.   Yes.
10     Q.   Epidemiologists then design studies
11  to test those causal hypotheses; correct?
12     A.   Yes.
13     Q.   And that is the definition of a
14  scientific method; right?  The formulation of
15  hypotheses and the testing of those
16  hypotheses to determine whether they can be
17  validated; correct?
18     A.   Yes.
19     Q.   And you also agree that a
20  hypothesis generally cannot be validated
21  based upon the results of any one
22  epidemiological study; correct?
23         MR. TRAVERS:  Objection, calls for
24  speculation.
25     A.   Any one single -- well, I'm sorry,

Page 117

1   say that question again.
2      Q.   You would agree that a hypothesis
3   generally cannot be validated based upon the
4   results of any one epidemiologic study.
5          MR. TRAVERS:  Same objection.
6      A.   You mean could there be one single
7   epidemiologic study which is so terrific or
8   so profoundly good that I could reach a
9   conclusion based solely on that?  The answer
10  is, there probably could be.
11     Q.   But as a general matter?
12     A.   But -- and there have been, so the
13  answer is, I don't agree with that statement,
14  but I think with -- with risk ratios like
15  this, and prevalences like this, this isn't
16  one of the contexts where that is probably
17  going to be true.
18     Q.   Okay.  So, in the context
19  particularly that we are dealing with here, a
20  scientist following the scientific method
21  would be formulating hypotheses, testing
22  those hypotheses to see if they could be
23  validated, and then testing those hypotheses
24  again to determine whether those findings are
25  replicated; correct?

1    A.   Yes.
2    Q.   Epidemiologist studies also --
3  strike that.
4         Epidemiological studies sometimes
5  will report out results that are not linked
6  to any preset hypothesis; correct?
7    A.   So, could you just define that a
8  little better for me?
9    Q.   So you -- epidemiological studies,
10 they can have a hypothesis that they are
11 designed to test.
12   A.   Right.
13   Q.   But they can also report out other
14 results that are not part of the original
15 hypothesis, but they have the data; correct?
16   A.   Yes.
17   Q.   And those types of studies are
18 often studies that report out a large number
19 of different potential associations relating
20 to different exposures; correct?
21        MR. TRAVERS:  Objection, calls for
22 speculation.
23   A.   Yes.
24   Q.   Those are often referred to as
25 exploratory studies; correct?

1    A.   Sometimes, yes.
2    Q.   And in those studies, the results
3  can generate future hypotheses that then must
4  be tested through studies that are designed
5  to test those hypotheses; correct?
6         MR. TRAVERS:  Objection, calls for
7  speculation.
8    A.   So, again, how much weight you put
9  on them really is again a contextual
10 question, but in general, I would probably
11 agree with what you are saying.
12        MR. LASKER:  And just in --
13 objection, calls for speculation, with an
14 expert witness I have never heard before.
15 All of his testimony is his opinion, none
16 of it is speculation, so I'm going to
17 object to your objection.
18        MR. TRAVERS:  Well, you are asking
19 for speculation.
20        MR. LASKER:  I'm asking for his
21 opinions.
22   Q.   So, just so I understand, when an
23 epidemiologist reviews the findings of an
24 epidemiological study, one question that must
25 be considered is whether the study was

1  designed -- let me state that again.
2         When an epidemiologist is analyzing
3  the finding of an epidemiological study, one
4  question that must be considered is whether
5  that study was designed to test the
6  hypothesis that is the subject of that
7  epidemiologist's inquiry; correct?
8         MR. TRAVERS:  Objections, calls for
9  speculation.
10   A.   Whether it was the primary
11 hypothesis?
12   Q.   Correct.
13   A.   Yes.
14   Q.   Okay.  Let's talk about the -- some
15 of the specific epidemiological studies you
16 mentioned in your expert report.  And let's
17 start with the De Roos study, 2005 De Roos
18 study.  There is two of them.
19        MR. LASKER:  We will mark that as
20 Exhibit 14-12.
21        (Exhibit 14-12, Environmental
22 Health Perspectives, January 2005, Cancer
23 Incidence among Glyphosate-Exposed
24 Pesticide Applicators in the Agricultural
25 Health Study marked for identification,

1  as of this date.)
2    Q.   And Dr. Neugut, we have already had
3  some brief mention of this study.  The
4  De Roos 2005 is part of a larger initiative
5  called the Agricultural Health Study;
6  correct?
7    A.   Yes.
8    Q.   And the Agricultural Health Study
9  is funded by the National Cancer Institute
10 and the National Institute of Environmental
11 Health Sciences in collaboration with EPA and
12 the National Institution of Occupational
13 Safety and Health; correct?
14   A.   Yes.
15   Q.   The AHS study is not funded by
16 private companies; correct?
17   A.   Not to my knowledge.
18   Q.   Monsanto does not fund the
19 Agricultural Health Study; correct?
20   A.   I don't think so.
21        MR. TRAVERS:  Objection, which -- I
22 think we have to be specific, because
23 there is one AHS study funded by
24 Monsanto.
25        MR. LASKER:  That's not correct.

Page 122

1      MR. TRAVERS:  It's from the AHS
2  cohort.
3      Q.   Dr. Neugut, specifically, De Roos
4  2005 was not funded by Monsanto; correct?
5      A.   I would have no idea, but not to my
6  knowledge.
7      Q.    The Agricultural Health Study, and
8  specifically De Roos -- well, the
9  Agricultural Health Study is the only
10 prospective cohort study that has looked for
11 a possible association between glyphosate and
12 cancer; correct?
13     A.   The only cohort study, yes.
14     Q.   Yes.
15         The Agricultural Health Study was
16 initiated to address some of the limitations
17 of case-control studies that had looked at
18 potential associations between farming
19 exposure and cancer; correct?
20         MR. TRAVERS:  Objection, calls for
21 speculation.
22     A.   I don't know, but I assume.
23     Q.   Okay.  Can you pull out Dr. Blair's
24 deposition testimony again.  It should still
25 be in front of you.  I think it's probably

Page 123

1  over there.
2         Dr. Blair is one of the initiators,
3  one of the original investigators for the
4  Agricultural Health Study; correct?
5      A.   He's a coworker.
6      Q.   And if I can refer you to
7  Dr. Blair's deposition testimony at page 94,
8  specifically, line -- page 94, lines six to
9  16, Dr. Blair testifies that the Agricultural
10 Health Study was initiated to address some of
11 the limitations of case-control studies that
12 had looked at potential associations between
13 farming exposures and cancers; correct?
14     A.   And his answer was, "It was
15 initiated and formed to provide a different
16 design to look at the same issue."
17     Q.   And then the next question:
18         "It was initiated at least in part
19 to address some of the limitations of
20 case controlled studies; correct?
21         "Answer:  Yes."
22     A.   Yes.
23     Q.   You have no reason to doubt that,
24 do you?
25     A.   No.

Page 124

1      Q.   The AHS study was initiated to
2  avoid the problem of recall bias in
3  case-control studies; correct?
4      A.   Yes.
5      Q.   The Agricultural Health Study also
6  was designed to avoid misclassification bias;
7  correct?
8      A.   Misclassification bias of what
9  type?
10     Q.   Misclassification of exposures.
11     A.   How did it do that?
12     Q.   By going to farmers that had better
13 recall and also periodic follow-up.
14         MR. TRAVERS:  Objection, move to
15 strike.
16     A.   So, you are saying it did not have
17 misclassification bias?  Misclassification
18 error?
19     Q.   I direct you to Dr. Blair's
20 deposition testimony at page 96, line two
21 through seven.
22     A.   To try and deal with issues of
23 misclassification.
24     Q.   Yes.
25         "The Agricultural Health Study was

Page 125

1  also designed to try and deal with issues
2  of misclassification of exposures by
3  going to farmers, who you testified
4  earlier had better recall, and also
5  periodic follow-up; correct?
6         Answer by Dr. Blair:  "Yes."
7      A.   I emphasize the word "tried."
8      Q.   You have no reason to believe
9  that that was part of the effort in the
10 design of the Agricultural Health Study;
11 correct?
12     A.   That was part of the --
13     Q.   Effort in the design of the
14 Agricultural Health Study.
15     A.   Effort?
16     Q.   You have no reason to doubt
17 Dr. Blair's testimony that --
18     A.   That was part of the effort?
19     Q.   Yes.
20     A.   Okay.  Fair enough.
21     Q.   Now, the Agricultural Health Study,
22 I think as you note in your report, includes
23 some 57,311 private and commercial
24 applicators who are licensed to apply
25 restricted-use pesticide at the time of

Page 126

1   enrollment into the study; correct?
2       A.   Yes.
3       Q.   And Dr. Neugut, I think it's going
4   to be easier for the videographer if you
5   could remove your hand --
6       A.   I apologize.
7       Q.   No problem.  I think the court
8   reporter is getting it, but --
9           MR. TRAVERS:  We have been going
10  over an hour.
11          MR. LASKER:  Do you want to take a
12  break?
13          MR. TRAVERS:  Yeah, before you get
14  into it.
15          MR. LASKER:  That's fine.
16          THE VIDEOGRAPHER:  The time is
17  11:35 a.m.  We are off the record.
18          (Recess taken.)
19          THE VIDEOGRAPHER:  The time is
20  11:41 a.m.  We are on the record.
21          THE WITNESS:  Thank you.
22  BY MR. LASKER:
23      Q.   Dr. Neugut, before the break, we
24  were talking about the Agricultural Health
25  Study.  The Agricultural Health Study focused

Page 127

1   on private and commercial applicators of
2   pesticide because they were likely to have
3   the highest levels of exposures to
4   pesticides; correct?
5       A.   Yes.
6       Q.   The hypothesis being tested in
7   De Roos 2005 was whether glyphosate exposure
8   was associated with cancer or cancer
9   subtypes; correct?
10      A.   Oh.  Yes.
11      Q.   And we will -- I'm going to turn to
12  some of the comments you have in your expert
13  report in a minute, but you would agree, I
14  take it, that De Roos 2005 does not provide
15  evidence that would validate the hypothesis
16  that glyphosate exposure causes non-Hodgkin's
17  lymphoma; correct?
18      A.   Yes.
19      Q.   And De Roos 2005 did not find an
20  association between glyphosate exposure and
21  non-Hodgkin's lymphoma either in its analysis
22  adjusted solely for age or in its analysis
23  controlling for other pesticides or other
24  potential confounders; correct?
25      A.   Correct.

Page 128

1       Q.   De Roos 2005 also does not find any
2   increased association with non-Hodgkin's
3   lymphoma with higher exposure levels to
4   glyphosate either measured by duration or
5   measured by duration and intensity of
6   exposure; correct?
7       A.   Correct.
8       Q.   The days of exposure to
9   glyphosate-based herbicides in the exposed
10  members in the Agricultural Health Study
11  cohort in De Roos 2005 was significantly
12  higher than any reported days of exposure in
13  the glyphosate case-control studies; correct?
14      A.   In the glyphosate --
15      Q.   Case-control studies.
16      A.   Yes.
17      Q.   The lowest exposure group in
18  De Roos 2005 had between one and 20 total
19  days of glyphosate exposure; correct?
20      A.   Yes.
21      Q.   The lowest exposure group in
22  De Roos 2005 includes individuals who would
23  be categorized in the highest exposure groups
24  in both McDuffie and the Eriksson 2008
25  studies; correct?

Page 129

1       A.   Yes.
2       Q.   The highest exposure group in the
3   Eriksson study was ten days or more; correct?
4           MR. TRAVERS:  Objection.  If we are
5   going to ask about specific studies, I
6   think we need the --
7       A.   I don't recall offhand.
8           MR. LASKER:  Okay.  Well, if you
9   want to refer to the study, we can do
10  that.
11          Mark this as 14-13.
12          (Exhibit 14-13, Pesticide exposure
13  as risk factor for non-Hodgkin lymphoma
14  including histopathological subgroup
15  analysis marked for identification, as of
16  this date.)
17      Q.   So, this is the Eriksson study
18  and -- a 2008 study, and at page 1659 in that
19  study --
20          MR. TRAVERS:  Sorry, do you have a
21  copy?
22          MR. LASKER:  I'm sorry, I didn't
23  include you?
24          MR. TRAVERS:  Or did you?
25          MR. LASKER:  Is that what's in your

## Page 130

1  hand?
2  MR. TRAVERS:  No.  This is De Roos.
3  MR. LASKER:  I'm sorry.
4  Q.   So table two of Eriksson shows that
5  their breakout for the low exposure group and
6  the high exposure group is ten days; correct?
7  A.   Yes.
8  Q.   So, the lowest exposure group in --
9  or the highest exposure group in the Eriksson
10  study included -- would be within the lowest
11  exposure group in De Roos 2005; correct?
12  A.   Well, maybe yes or maybe no.  It
13  could have been --
14  Q.   Partially.
15  A.   Overlapped it.
16  Q.   The highest exposure group in the
17  McDuffie study, and if you need to, I will
18  show you that study, was greater than two
19  days per year; correct?
20  A.   Yes.
21  MR. TRAVERS:  I'm going to object.
22  If we are going to ask about the specific
23  figures in a study, I think we need to --
24  Q.   If at any time, you need to refer
25  to a study, let me know.

## Page 131

1  A.   That one I remember.
2  Q.   Okay.  So, the middle exposure
3  group and the dose response analysis in
4  De Roos 2005, and this is the De Roos 2005
5  paper at 52, table three, that middle
6  exposure group had between 21 and 56 days of
7  exposure; correct?
8  A.   Yes.
9  Q.   And compared to this lowest dose
10  group, individuals with this higher duration
11  of glyphosate exposure had a
12  non-statistically significant 30 percent
13  lower risk of non-Hodgkin's lymphoma;
14  correct?
15  A.   Yes.
16  Q.   The highest exposure group in
17  De Roos 2005, in the dose-response analysis,
18  had between 57 and 2,678 days of glyphosate
19  exposure; correct?
20  A.   Yes.
21  Q.   So, there was at least one
22  individual in the De Roos 2005 study that had
23  the equivalent of more than seven years'
24  worth of daily glyphosate exposure; correct?
25  A.   Yes.

## Page 132

1  Q.   And compared to the lowest dose
2  group, the risk of non-Hodgkin's lymphoma in
3  this highest dose group, up to as much as
4  seven years of daily glyphosate exposure, was
5  also reduced; correct?
6  A.   Yes.
7  Q.   De Roos 2005 also analyzed
8  dose-response for glyphosate based upon the
9  intensity of glyphosate exposure; correct?
10  A.   Yes.
11  Q.   And De Roos 2005 calculated
12  intensity of exposure based upon factors like
13  how glyphosate was used and whether the
14  applicator used protective gear; correct?
15  A.   Yes.
16  Q.   None of the case-control studies in
17  the glyphosate literature included any
18  measure of the intensity of exposure to
19  glyphosate.
20  MR. TRAVERS:  Objection, misstates
21  evidence.
22  A.   None of the --
23  Q.   None of the case-control studies in
24  the glyphosate epidemiological literature
25  include any measure of the intensity of

## Page 133

1  exposure to glyphosate; correct?
2  MR. TRAVERS:  Same objection.
3  A.   I don't believe they do.
4  Q.   De Roos 2005 also reported that
5  there were lower risks of non-Hodgkin's
6  lymphoma with increased duration and
7  intensity of glyphosate exposure; correct?
8  A.   Yes.
9  Q.   There is no data anywhere in the
10  epidemiologic literature reporting a higher
11  risk of non-Hodgkin's lymphoma with greater
12  intensity exposures to glyphosate; correct?
13  MR. TRAVERS:  Objection, misstates
14  evidence.
15  A.   I'm sorry.
16  Q.   There is no data anywhere in the
17  epidemiologic literature reporting a higher
18  risk of non-Hodgkin's lymphoma with greater
19  intensity exposure to glyphosate; correct?
20  A.   Not to my knowledge.
21  Q.   So, there is no such data; correct?
22  MR. TRAVERS:  Objection, asked and
23  answered.
24  A.   Again, to my knowledge, no.
25  Q.   Now, in your expert report, you

1    identify four criticisms of De Roos 2005;
2    correct?  And we can go -- it's on your
3    report at pages 12 to 13.
4        A.    Yeah, I mean --
5        Q.    If you want to pull your report
6    out, we can walk through this.  And in your
7    report on page 12, you identify four
8    limitations in the De Roos 2005 paper;
9    correct?
10       A.    Yes.
11       Q.    I would like to talk with you a bit
12   about those criticisms.
13             First, I believe I am correct that
14   three of these criticisms relate in some way
15   to the length of follow-up in the study, and
16   when exposures to glyphosate would have
17   occurred in comparison to the development of
18   non-Hodgkin's lymphoma.  Correct?  Criticisms
19   one, two, and four?
20       A.    Yes, but -- well, four is more
21   complicated, but the one and two, you are
22   correct.
23       Q.    Okay.  Well, we will get to four in
24   a minute, and we will also get to one and two
25   in a minute.

1             Let's start with number three.  I
2    want to understand that one first.  I'm
3    putting those into one category and three in
4    the other.
5        A.    Okay.
6        Q.    So, with respect to your third
7    criticism, and this is set forth on page 13,
8    in this criticism you are, if I understand
9    correctly, raising the concern that there may
10   be an elevated risk of non-Hodgkin's lymphoma
11   in the control group due to exposure to
12   another pesticide; correct?
13       A.    As you stated earlier, farmers are
14   at elevated risk -- forget about why, whether
15   it's because of other pesticides, herbicides,
16   et cetera, farmers are at elevated risk of
17   lymphoma.  I mean, I think it's a good study
18   design to use farmers as the overall sample
19   population, mainly because it's a population
20   in which you are going to get a large number
21   of people exposed.  That's why it's a good
22   sample, you know, sample universe, but then
23   when you are looking for a risk ratio, you
24   are already starting off with a higher risk
25   in the unexposed group.

1        Q.    Well, correct, but there is no
2    differential with farmers.  There is farmers
3    in the numerator and there's farmers in the
4    denominator; correct?
5             MR. TRAVERS:  Objection.  I think
6    that misstates the study design.
7        A.    Yes, but it's harder to see a -- to
8    see an elevation when you are starting off
9    with a higher -- from a higher platform, or
10   it may be -- it may be harder to see an
11   elevation when you are starting off from a
12   higher platform.
13       Q.    Well, I'm a little bit confused
14   about that.  If you were, for example, to do
15   a study of -- an epidemiological study of
16   asbestos and smoking, to be able to do that
17   study, you might want to start off with a
18   full cohort of smokers and then look at
19   asbestos in the differential; right?
20       A.    You are right.
21       Q.    Having smokers be your entire
22   population doesn't undercut the study.  It
23   actually allows you to look at the exposure
24   you are interested in; right?
25       A.    It --

1        Q.    Dr. Neugut, is that correct?
2        A.    I'm thinking.
3        Q.    Okay.  No, continue.  I'm sorry.  I
4    didn't know if your mind was turning to
5    something else.
6        A.    So, even in the context of
7    multicausal phenomena, which is essentially
8    what we are in a sense talking about, it is
9    still a little harder to see elevated risk
10   ratios in that.  While yes, you can still
11   account for an elevated risk in the context
12   of other causes, like other herbicides or
13   other risk factors that farmers may have for
14   lymphoma, but it's still harder to see it on
15   top of that elevated risk than if you were in
16   a population where there was no elevated risk
17   of non-Hodgkin's lymphoma.
18       Q.    Well, all populations have
19   different risk factors that could impact an
20   outcome.  What you are trying to do in an
21   epidemiological study is -- and specifically
22   with glyphosate, is to tease out the
23   glyphosate impact; correct?
24       A.    Correct.
25       Q.    And in that context, you don't want

1    to have different -- you know, where you have
2    more farmers in the numerator and less
3    farmers in the denominator.
4        A.   No, that is true, but it's a
5    tradeoff of sorts.  You know, you also
6    have -- you're comparing high exposed to low
7    exposed, which is different than comparing
8    high exposed to unexposed.
9        Q.   Yes, I understand.  That is a
10   different issue, but not the issue we are
11   talking about on page 13 of your report.
12   Correct?
13       A.   No.
14       Q.   Okay.  So, specifically on page 13
15   of your report, this third criticism, though,
16   the concern you are mentioning is that the
17   control group, the individuals not exposed to
18   glyphosate, would have had exposures to other
19   pesticides, and specifically you mentioned
20   2,4-D; correct?
21       A.   Um-hum, yes.
22       Q.   And the point you are making there
23   is that 2,4-D might be associated with
24   non-Hodgkin's lymphoma.
25       A.   Yes.

1        Q.   And therefore, the cases, the
2    denominators that are in the -- in the risk
3    ratio, would have a higher incidence of
4    non-Hodgkin's lymphoma that is not
5    attributable to glyphosate; correct?
6        A.   Yes.
7        Q.   And the reason that would occur is,
8    as you hypothesize in your expert report, if
9    individuals -- individuals who use glyphosate
10   are less likely to use 2,4-D; correct?
11       A.   Okay.  Yes.
12       Q.   And that is because you would have
13   fewer 2,4-D exposure, less 2,4-D exposure in
14   the glyphosate-exposed individuals that could
15   push their risk up; correct?  As compared to
16   the cases.  Strike that.
17       A.   I don't know.
18       Q.   I will restate that.
19            The concern that you are raising in
20   your report is that if there are -- if there
21   is a difference in the incidence of exposure
22   to 2,4-D between the glyphosate exposed and
23   the glyphosate non-exposed, that would
24   potentially bias your outcome for the
25   glyphosate -- reported glyphosate risk ratio;

1    correct?
2        A.   Well, more if they are
3    misclassified between the two of them, but
4    yes.
5        Q.   And your concern here is that
6    because there are 2,4-D exposure --
7    53 percent of the control group has exposure
8    to 2,4-D, that can result in De Roos
9    reporting an underestimation of the true NHL
10   risk with respect to glyphosate; correct?
11   That's what you state in your report.
12       A.   Yes.
13       Q.   Now, you were able to determine
14   that 53.3 percent data point for the use of
15   2,4-D in controls from De Roos 2005; correct?
16   That's data you got from the De Roos study?
17       A.   I believe so.
18       Q.   Let's pull out the De Roos study
19   again.  That is page -- Exhibit 14-12, and
20   it's on page 50, table one, I believe.  And
21   the data point for never exposed to
22   glyphosate and exposure to 2,4-D is in that
23   first column of table one, towards the
24   bottom; correct?
25       A.   Yes.

1        Q.   And there it reports that
2    individuals never exposed to glyphosate,
3    53.3 percent of them were exposed to 2,4-D;
4    correct?
5        A.   Yes.
6        Q.   Now, directly to the right of that,
7    the second column reports the prevalence of
8    exposure to 2,4-D among individuals with the
9    lowest exposure level of glyphosate; correct?
10       A.   Yes.
11       Q.   And they actually had a higher
12   exposure rate to 2,4-D than those who were
13   never exposed; correct?
14       A.   Yes.
15       Q.   And in the highest exposure group
16   for glyphosate, the third column, those
17   individuals had an even higher exposure rate
18   to 2,4-D; correct?  85 percent?
19       A.   Um-hum, yes.
20       Q.   So, based upon the analysis in your
21   expert report, if 2,4-D was associated with
22   an increased risk in non-Hodgkin's lymphoma,
23   then that means that the effect reported by
24   De Roos for glyphosate would actually be an
25   overestimation of the NHL risk, not an

1  underestimation; correct?
2      A.   If 2,4-D is associated with
3  non-Hodgkin's lymphoma, correct.
4      Q.   So, your expert report analysis
5  here, your criticism number three was
6  incorrect; right?
7      A.   It's probably not a problem.
8      Q.   If I could ask you to turn back to
9  table one for De Roos 2005.  There is also
10  data on -- one, two, three, four, five, six,
11  seven, eight -- I think nine other
12  pesticides; correct?
13      A.   Yes.
14      Q.   And in every instance, with each
15  one of these pesticides, individuals who have
16  exposure to glyphosate also have higher
17  exposures to those other pesticides; correct?
18      A.   Yes.
19      Q.   And in every instance, individuals
20  with the highest level of exposure to
21  glyphosate have the highest level of exposure
22  to each of those other pesticides; correct?
23      A.   Yes.
24      Q.   And based upon your -- the analysis
25  you presented in your expert report, that

1  would also create a bias that could
2  artificially suggest a dose-response analysis
3  with glyphosate exposure; correct?
4      A.   Yes.
5      Q.   So, the results in the study, to be
6  clear, because exposure to glyphosate is
7  associated with higher exposures to other
8  pesticides, if you were to look simply at
9  exposure to glyphosate and not adjust for
10  exposures to other pesticides, you could find
11  an apparent dose-response that in fact was
12  due to confounding; correct?
13      A.   If they were associated with NHL,
14  yes.
15      Q.   Now, I want to move to some of your
16  other criticisms of the AHS study.  On
17  page 12 of your report, you talk about the
18  follow-up period for the De Roos study, a
19  median follow-up period of 6.7 years;
20  correct?
21      A.   Yes.
22      Q.   And just so I am clear, you weren't
23  stating here that De Roos 2005 only
24  considered exposures that took place a median
25  of 6.7 years prior to NHL diagnosis, are you?

1      A.   No.
2      Q.   The follow-up time is just the
3  number of years after AHS had gathered
4  information on prior exposures; correct?
5      A.   Had gathered --
6      Q.   Information on prior exposures.
7      A.   Yes.
8      Q.   At the time of -- that the AHS
9  gathered information on prior exposures, the
10  cohort on average had 15 years of prior
11  exposure; correct?
12      A.   I don't know, but I -- I believe
13  they certainly had exposure prior to the time
14  of entry.
15      Q.   You read Dr. -- again, Dr. Blair's
16  deposition.
17      A.   Yes.
18      Q.   Do you recall him testifying about
19  this?
20      A.   Yes.
21      Q.   And Dr. Blair testified that at the
22  time AHS gathered information at the
23  inception, the cohort on average had 15 years
24  of prior exposure; correct?
25      A.   I don't recall that it was on

1  average.  I know some had that much exposure.
2  I don't know the distribution.
3      Q.   Okay.  Why don't we look at
4  Dr. Blair's deposition testimony again.  And
5  this is at pages 96 -- page 96, lines 11 to
6  15.  If you can read that and see if that
7  refreshes your recollection.
8      A.   I'm sorry, the page?
9      Q.   Ninety-six.  And lines 11 through
10  15.
11          Does that refresh your recollection
12  that at the time that the AHS started
13  gathering information --
14      A.   Yes.
15      Q.   -- there is an average of 15 years
16  of prior exposure; correct?
17      A.   Yes.
18      Q.   And at the time that the
19  Agricultural Health Study gathered
20  information on the cohort's prior exposures,
21  which was over the mid 1990s, glyphosate had
22  been on the market for about 20 years or
23  more; correct?
24      A.   Yes.
25      Q.   So, the AHS study allows for a

1  sufficient latency period between exposure to
2  glyphosate and potential NHL; correct?
3      A.   Yes.
4      Q.   And the potential latency period in
5  the De Roos 2005 study is up to 27 years;
6  correct?
7      A.   Yes, I think -- yeah, I don't think
8  latency period is a major problem.
9      Q.   Now, your concern, if I understand
10 correctly, regarding the follow-up period in
11 the AHS study is that longer follow-up would
12 have resulted in more cases of non-Hodgkin's
13 lymphoma; correct?
14     A.   Yes.
15     Q.   And that relates back to this issue
16 about power; correct?  More cases of NHL
17 would give the study more power.
18     A.   Yes.
19     Q.   And that's also your point with
20 respect to the age of the cohort.  If the
21 cohort was older, then would have more cases
22 of NHL; correct?
23     A.   Yes.
24     Q.   Now, also, just to be clear, when
25 you state in your expert report the age of

1  the cohort, that is data that is based upon
2  the age at enrollment; correct?
3      A.   At study entry, yes.
4      Q.   So, the age of the cohort at the
5  time of the actual De Roos analysis would be
6  a median of 6.7 years older; correct?
7      A.   Sure.
8      Q.   So, the population at the time of
9  the 2005 De Roos paper, for purposes of the
10 analysis, would have been within that 50- to
11 55-year range that you state in your
12 report is where you see that exponential
13 increase in cancer incidence; correct?
14     A.   Well, "exponential" is a strong
15 word, but let's say where you see an
16 increase.
17     Q.   Okay.  I thought "exponential" was
18 your word.
19     A.   Oh.
20     Q.   On page 12, you state in your
21 report, "Ages" -- it's sort of towards the
22 bottom on page 12.  "Ages of 50 to 55 years,
23 when we see an exponential increase in cancer
24 incidence," about five or six lines from the
25 bottom.

1      A.   Then I guess it's a good word.
2      Q.   So, the age of the cohort at the
3  time of De Roos 2005 is right in that spot
4  where we are seeing that exponential
5  increase.
6      A.   But it's just starting at -- it's
7  still a young group.
8      Q.   But again, the issue is, you want
9  to get enough cases of NHL; correct?
10     A.   And there are too few to really
11 have enough power.
12     Q.   So, now the -- now, the NHL -- I'm
13 sorry.  The De Roos study 2005 has 92 cases
14 of non-Hodgkin's lymphoma; correct?
15     A.   Yes.
16     Q.   And the De Roos study in fact is
17 one of the most powerful epidemiologic
18 studies of glyphosate and non-Hodgkin's
19 lymphoma, isn't it?
20     A.   I don't know offhand, but does it
21 have the tightest confidence limits?
22     Q.   Well, let's look at your expert
23 report.  You have that information there,
24 don't you?
25         Have you -- let me ask this

1  question.  Have you looked to determine the
2  relative power of the De Roos 2005 study as
3  compared to the case-control studies for
4  glyphosate in non-Hodgkin's lymphoma?
5      A.   I haven't done power analyses on
6  them, but in the -- you know, the --
7      Q.   Can you state, sitting here today,
8  whether there is any case-control study that
9  is more powerful in answering the question
10 whether glyphosate is associated with
11 non-Hodgkin's lymphoma?
12     A.   We don't talk about statistical
13 power after a study is completed
14 a posteriori.  If you have a positive
15 finding, then that is a more powerful study.
16     Q.   Well, let me take a step back.
17         First of all, it's your criticism
18 here that the Agricultural Health Study does
19 not have sufficient power because of the
20 years of the follow-up and the age of the
21 cohort; correct?  That is your criticism.
22         MR. TRAVERS:  In.
23     A.   And that in part because the --
24 yes.
25     Q.   And in offering that criticism, you

1    do not know whether in fact the Agricultural
2    Health Study, De Roos 2005, is the most
3    powerful of all the epidemiologic studies to
4    answer the question of whether glyphosate
5    causes non-Hodgkin's lymphoma.
6        A.   I did not do a power analysis.
7        Q.   Let's look at -- you mentioned that
8    one way you can determine the power of a
9    study is by looking at the confidence
10   intervals and the range of the confidence
11   intervals.  We talked about that earlier;
12   right?
13       A.   Yes.
14       Q.   And in your expert report, you
15   actually provide information on that on
16   page 43, particularly where there is these
17   forest plots of the different studies;
18   correct?
19       A.   Yes.
20       Q.   And those forest plots, both the
21   forest plot from Schinasi and Leon and the
22   forest plot in Chang and Delzell, would allow
23   you to look and see the relative weight of
24   these different epidemiological studies and
25   the different power -- relative power;

1    correct?
2        A.   Yes.
3        Q.   And of the case-control studies,
4    the only case-control study that has -- is
5    reported in these forest plots as having
6    higher power than De Roos 2005 is the
7    McDuffie study; correct?
8        A.   Is what?
9        Q.   Is McDuffie.
10       A.   I'm sorry, is?
11       Q.   McDuffie.
12       A.   You are talking about in Chang and
13   Delzell?
14       Q.   Either one.
15       A.   Yes.
16       Q.   And the McDuffie study, the risk
17   ratio there is not adjusted for other
18   pesticides; correct?
19       A.   I don't know offhand.
20       Q.   Okay.  Should we go to McDuffie and
21   check that out?
22            MR. LASKER:  And this is 14-14.
23            (Exhibit 14-14, Cancer
24   Epidemiology, Biomarkers & Prevention by
25   McDuffie, et al marked for

1    identification, as of this date.)
2        Q.   And in particular, if you can look
3    at table three on page 1159 of McDuffie.  I'm
4    sorry, table three.  No, it's table two.
5    Sorry, table two.
6            And they have the odds ratio for
7    glyphosate of 1.2, which is the odds ratio
8    you report on in your expert report and on
9    page 43; correct?  About midway through the
10   table, the farthest to the right column.
11       A.   Okay.
12       Q.   And you can see that odds radio
13   adjusted footnote B; correct?
14       A.   Yes.
15       Q.   And the footnote on the bottom
16   explains what the odds ratio is adjusted for;
17   correct?
18       A.   Yes.
19       Q.   It's not adjusted for exposure to
20   other pesticides; correct?
21       A.   Yes.
22       Q.   So, of the odds ratios adjusted for
23   other pesticide exposure, De Roos 2005 is the
24   most powerful study that exists for
25   glyphosate and non-Hodgkin's lymphoma;

1    correct?
2        A.   I may or -- I don't know.  Perhaps.
3        Q.   Not perhaps.  You have the numbers
4    right here.  De Roos 2005 is the most
5    powerful study with respect to non-Hodgkin's
6    lymphoma and glyphosate adjusted for exposure
7    to other pesticides; correct?
8            MR. TRAVERS:  Objection, asked and
9    answered.
10       A.   Okay.  That may be.
11       Q.   It is; correct?
12            MR. TRAVERS:  Objection to the
13   testimony of counsel.
14       A.   Again, it's a little hard for me to
15   be definitive as I sit here now and trying to
16   make a decision in 30 seconds, in a minute,
17   but okay, I will agree.  But --
18       Q.   This is not something that you
19   considered in preparing your expert report
20   and your criticism of the Agricultural Health
21   Study.
22       A.   That doesn't mean -- whether it has
23   the most or the least, it doesn't have
24   adequate power.
25       Q.   And so then I take it your

1  testimony would be that none of the
2  case-control studies have adequate power.
3          MR. TRAVERS:  Objection.
4      Q.   Correct?
5          MR. TRAVERS:  Misstates the
6  testimony.
7      A.   Having power, having a positive
8  finding is -- a posteriori is really enough.
9  If you have a positive finding, the question
10  of whether you had statistic power up front
11  is really -- sort of begs the question.
12     Q.   So, is it your testimony then that
13  an epidemiologist would only consider the
14  power of a study if the finding of a study is
15  null?
16     A.   I would say that in designing a
17  study, you would be concerned about the
18  statistical power in designing the study, but
19  once you have a positive finding, the
20  question of how much power you had up front
21  is much less of a concern.
22     Q.   So, if a study has --
23     A.   Statistical power is -- statistical
24  power is a concern in the context of the null
25  find.

1      Q.   So, if you have a study with very
2  low power, very wide confidence intervals,
3  but it's a positive finding, it's your
4  testimony that you would not be concerned
5  about the power of the study in weighing the
6  importance of that study?
7      A.   I'm sorry, can you repeat the
8  question?
9      Q.   Sure.
10         If you have a study that reports a
11  positive finding with very, very wide
12  confidence intervals, a very low power study,
13  is it your testimony as an epidemiologist
14  that you are no longer concerned about the
15  power of that study?
16     A.   Of course you are.  Then you don't
17  have a positive finding.
18     Q.   No, no, let me strike that.  Let me
19  repeat it to make sure I am clear.
20         If you have a study that reports a
21  statistically significant result with very
22  wide confidence intervals, so it's a study
23  with very low power but a statistically
24  significant result, is it your testimony that
25  as an epidemiologist, you are no longer

1  concerned with the power of that study?
2          MR. TRAVERS:  Objection, asked and
3  answered.
4      A.   So, of course, if you are talking
5  about a sample size where you get down to the
6  level of six cases versus one, then you can
7  consider it, and an epidemiologist would use
8  his logic and his common sense, his or her
9  logic or common sense to evaluate the study
10  and all of that.
11         But the answer is, if you have a
12  positive finding and it's statistically
13  significant, then the consideration of
14  statistical power in the context of a
15  positive finding is less of a concern than it
16  is in the context of a null finding.
17         And the issue of statistical power
18  is an issue in the design of a study up front
19  and whether you should be doing the study in
20  the first place or whether you have enough
21  power to do the study and whether it's going
22  to give you the ability to define an outcome
23  with enough confidence that you are going to
24  get an answer.
25         If you end up with a null finding

1  and wide confidence limits, then you haven't
2  answered the question that you started out
3  with, which is basically what happened at
4  least in the first report, in this report
5  from 2005 with glyphosate.
6      Q.   Dr. Neugut, there is no
7  epidemiological study anywhere in the
8  literature which reports in its most fully
9  adjusted model a statistically significant
10  increased risk of non-Hodgkin's lymphoma with
11  glyphosate, is there?
12         MR. TRAVERS:  Objection, misstates
13  the evidence.
14     A.   I'm unaware when you go up to the
15  higher levels, maybe not with the ever/never
16  analyses, but I think in some of the
17  dose-responses, there are.  What about De
18  Roos 2003?
19     Q.   De Roos 2003 did not have a
20  dose-response -- the fully adjusted model,
21  which is set forth on page 43 of your report,
22  is not statistically significant.
23         MR. TRAVERS:  Move to strike
24  testimony of counsel.
25     Q.   That's correct; right?

Page 158

1  A.   Yes.
2  Q.   So, again, and you're talking about
3  dose-response analyses, the only
4  dose-response analysis anywhere in the
5  epidemiological literature for glyphosate and
6  non-Hodgkin's lymphoma adjusted for other
7  exposures is De Roos 2005; right?
8  A.   Yes.
9  MR. TRAVERS:  Objection, misstates
10  the evidence.
11  Q.   So it is correct to state --
12  A.   I'm sorry.  Say the last point
13  again before I say yes to that one.
14  Q.   The only dose-response analysis
15  adjusted for exposures to other pesticides
16  anywhere in the literature --
17  A.   Um-hum.
18  Q.   -- in the epidemiological
19  literature, is De Roos 2005; correct?
20  MR. TRAVERS:  Objection, misstates
21  evidence.
22  A.   I don't know, but it sounds right.
23  Q.   There is no odds ratio anywhere in
24  the epidemiological literature that reports
25  for glyphosate and non-Hodgkin's lymphoma an

Page 159

1  adjusted odds ratio positive association
2  statistically significant; correct?
3  MR. TRAVERS:  Objection, misstates
4  the evidence.
5  A.   Not that -- correct, for the
6  herbicides, for the -- um-hum.
7  Q.   So, going back now to the issue of
8  power, to the extent that you have a
9  criticism of power with respect to the
10  Agricultural Health Study, that same
11  criticism in your mind applies to all of the
12  case-control studies for glyphosate and
13  non-Hodgkin's lymphoma; correct?
14  A.   All of them have difficulties with
15  power, yes.  Non-Hodgkin's lymphoma is a rare
16  outcome, and glyphosate is -- in many of them
17  is an uncommon exposure, too.
18  Q.   So, let's look now at the -- I
19  think it's your -- I think it's your final
20  criticism, maybe your second.  Go back to
21  page 12 of your expert report.
22  So, your second criticism is
23  talking about the inability to determine
24  disease latency for NHL in the AHS cohort;
25  correct?

Page 160

1  A.   Yes.
2  Q.   And this is that concept that we
3  were talking about earlier, you want to have
4  some period of time that has passed between
5  the exposure and the outcome to account for
6  this latency period for the development of
7  the cancer; correct?
8  A.   Yes.
9  Q.   Okay.  And your criticism here is
10  that there might not be sufficient latency,
11  or there is not -- there is not a way to tell
12  whether there is latency between exposure and
13  diagnosis; correct?
14  A.   Yes.
15  Q.   Now, the De Roos 2005 study,
16  though, takes exposure data from that period
17  of 1993 to 1997; correct?  It considers
18  exposures back in that 1990s time period;
19  correct?
20  A.   Yes.
21  Q.   And so, there is in effect a lag
22  time in that study, because you are looking
23  at cancers that developed later in time than
24  the exposures, than the latest possible
25  exposure that you are looking at; correct?

Page 161

1  A.   I don't follow the question.
2  Q.   So, at the time of enrollment, we
3  had data for De Roos 2005 of exposures from
4  the mid '90s back; correct?
5  A.   Back?
6  Q.   Into history.  It could be as early
7  as whenever they first were exposed.
8  A.   I see.
9  Q.   So, your exposure period is mid
10  1970s to the mid 1990s.
11  A.   Yeah.
12  Q.   Correct?
13  And then you are looking at
14  non-Hodgkin's lymphomas that can develop as
15  late as December 31, 2001; correct?
16  A.   Yes.
17  Q.   And to deal with the issue of
18  latency, studies often will have this sort of
19  lag period where they are looking for
20  development of cancer at some period of time
21  after the period of exposure; correct?
22  A.   Yes.
23  Q.   That is what De Roos 2005 in effect
24  did; correct?
25  A.   How did they do it?

Page 162

1    Q.   By having exposures that were up to
2  the mid 1990s and having cancer
3  development --
4    A.   I see.
5    Q.   -- at that later date; correct?
6    A.   Yes.  I don't think the latency
7  thing is necessarily a problem here.
8    Q.   Okay.  So, criticism two in your
9  report is not really as much of an issues as
10 it might be otherwise.
11   A.   So, it will vary from -- depending
12 on the -- if you say -- if everyone truly had
13 15 years of exposure on average beforehand,
14 then latency is probably not going to be a
15 major problem.
16   Q.   Okay.  So, again, this is -- for
17 your criticism two, I just want to make sure
18 we are clear on your testimony.  The second
19 criticism you have of the AHS De Roos 2005
20 study in your report at 12, pages 12 to 13,
21 it's probably not a major concern; is that
22 fair?
23   A.   I won't speak for the Weisenburger,
24 but again, I will be -- you know, to my
25 knowledge, I will say I am agnostic on the

Page 163

1  subject.
2    Q.   Okay.  Let's talk about your final
3  criticism then, your fourth criticism of the
4  AHS study.  And this is -- you are dealing
5  here with non-differential exposure
6  misclassification, and I think your point,
7  your point here -- let me make sure I
8  understand your -- your criticism.
9        You state that intensity of
10 exposure to glyphosate was collected only for
11 enrollment from 1993 to 1997; correct?
12   A.   Yes.
13   Q.   And your concern here is that there
14 would have been a dramatic increase in the
15 intensity of exposure potentially after that
16 time period; correct?
17   A.   Well, I really have two concerns,
18 and I may not have stated it correctly here.
19 I think we have been talking primarily about
20 biases, but in a cohort study, you also
21 have -- in every study, you also have the
22 problem, as we said earlier, of
23 non-differential misclassification, and I
24 think there is probably enough
25 non-differential misclassification that it

Page 164

1  would have -- again, in the context of a null
2  study -- if a null study, again, because
3  epidemiologic analyses are conservative, they
4  mitigate against positive findings, so
5  non-differential misclassification attenuates
6  risk ratios, so, having a null finding could
7  easily arise from having significant
8  misclassification of exposure.
9    Q.   I have a few follow-ups on that.
10 First of all, let me make sure, you said
11 there are two issues here.  One is
12 non-differential misclassification.
13   A.   That's in the first place, from the
14 time of enrollment.
15   Q.   And the second one is intensity of
16 exposure.
17   A.   Well, but --
18   Q.   I'm just trying to understand if
19 those are the two.
20   A.   Those two.  One is that, in the
21 first place, when they filled out the
22 questionnaires at enrollment, that they
23 incorrectly stated their exposure.
24   Q.   Okay.  So that let me make sure I
25 understand this.  I just want to break out

Page 165

1  the two opinions, so I understand them.  The
2  first opinion is that there would have been
3  more intensity of exposure if they had
4  subsequent measure --
5    A.   More or less, or if they weren't
6  exposed to glyphosate and confused it with a
7  different --
8    Q.   Well --
9    A.   -- herbicide, or vice versa.
10       MR. TRAVERS:  You have to let him
11 finish answering.
12   Q.   Okay.  I just want to break it out.
13 You said there is two.
14   A.   So one is that -- so, when you fill
15 out -- when you are asked about were you
16 exposed to glyphosate, some people are going
17 to say no when it's a yes; some people are
18 going to say yes when it's a no.  That's not
19 recall bias, but just fill out the
20 questionnaire wrong.
21   Q.   I understand.
22   A.   So, in general on questionnaires
23 like that, there is a 10, 20 percent kind of
24 error.  If I ask you how much broccoli do you
25 eat, you know, you are not going to --

1    Q.   Well, I eat a lot of broccoli, but
2 I get your point.
3    A.   So, you are not going to fill it
4 out -- you are not going to be right about --
5 and that degree of misclassification, when we
6 are talking about a risk ratio of 1.3 or
7 something of that sort, is enough to -- to
8 nullify a -- a risk ratio in the realm of 1.3
9 or 1.4, again.  So, when you get -- again, as
10 I said, epidemiologic analysis is
11 conservative.  It -- errors generally
12 attenuate -- generally are biased towards
13 giving you a null finding.  So that kind of
14 an error or random misclassification --
15 again, this is not biased error, this is just
16 people are just making innocent errors in
17 filling out a form, that are random -- will
18 bias the error toward -- will bias the
19 estimate towards one.
20    Q.   So, I understand that point, and I
21 want to ask you questions about that, but I
22 want to make sure I am clear.  Is there any
23 other criticism that you were trying to
24 address in this paragraph four?
25    A.   If you filled out -- if you entered

1 the study in 1993 or 1994, something like
2 that, that your use of the -- of the
3 herbicide may have changed subsequently, and
4 that may have a change -- that may affect
5 your subsequent risk of developing the
6 disease.  I realize that there were -- I
7 think there were subsequent attempts to fill
8 out follow-up questionnaires to kind of
9 re- -- reestimate the -- to requantify the,
10 the -- I don't know, call it the true
11 exposure or the -- certainly if we are
12 talking about the intensity of exposure, we
13 are not talking now about never-ever, but say
14 the quantity, but that wasn't reflected, at
15 least in the De Roos 2005 paper.  If there
16 are subsequent analyses, then that may play a
17 role.
18    But again, if someone changed their
19 exposure pattern over time, that would be --
20 that would be something significant and may
21 be important in terms of their risk.
22    Q.   So let me just -- I'm going to take
23 each one of those in turn.
24    First of all, with respect to the
25 intensity of exposure of the 2005 cohort, we

1 do have the actual intensity data for that
2 cohort.  Whether they had other intense
3 exposures in the future after the enrollment
4 period, we do know the intensity of exposure
5 at the time of enrollment; correct?
6    A.   Yes.
7    Q.   So, we are able to, and in fact
8 De Roos 2005 does do an assessment of actual
9 intensities of exposure to determine whether
10 more intense exposures give rise to a greater
11 risk of non-Hodgkin's lymphoma; correct?
12    A.   Yes, but I believe there was
13 some -- as I mentioned here, I believe there
14 was some change in 1996 that actually, there
15 was some secular change that actually caused
16 a change in the overall use of Roundup, in
17 1996, in the middle of this study, that may
18 have made a more dramatic or may have
19 occasioned a more dramatic impact.
20    And how much it may or may not have
21 affected risk, I don't know.  I'm just
22 raising it as a potential issue.
23    Q.   Okay.  But just so I am clear,
24 the -- first of all, the fact that there was
25 a change in the use pattern in '96, '97 would

1 not alter the findings in De Roos 2005 with
2 respect to the analysis that they had and the
3 data they had that more intense exposures did
4 not increase the risk of non-Hodgkin's
5 lymphoma; correct?
6    MR. TRAVERS:  Objection, compound.
7    A.   I don't know.  I mean, it wouldn't
8 have -- I guess it depends on how much change
9 there was in the farmers, in the pesticide
10 applicators' use of the agents, you know, of
11 Roundup, and in the 6.7 years, it depends how
12 many cases you are getting subsequently and
13 what the latency period is.
14    It's a complicated issue.  We are
15 not talking about a lot of cases here either.
16 You know, change of a few subjects is going
17 to change -- change of a few cases, one way
18 or another, exposure and outcome, is going to
19 change the risk ratio fairly substantially.
20    Q.   And with respect to this latency
21 issue, the time period you are talking about
22 of -- after 1996, of a potential change in
23 the pattern of use of glyphosate, if
24 Dr. Weisenburger is correct with respect to
25 latency, that would be irrelevant to the

1    findings for De Roos 2005; correct?
2        A.   If Dr. Weisenburger is correct, you
3    mean with regard to a ten-year latency --
4        Q.   Yes.
5        A.   -- then yes, it would be irrelevant
6    to what I am saying.
7        Q.   And we will get to --
8        A.   It would be irrelevant for the
9    De Roos 2005 analysis.
10       Q.   We have also talked about, there is
11   a subsequent analysis, and we will get to
12   that in a moment.
13           With respect to the first point
14   about exposure and misclassification, that's,
15   if I understand correctly, an issue that
16   arises in every study that obtains exposure
17   data through questionnaire; correct?  There
18   is nothing unusual about --
19       A.   You mean like recall bias?
20       Q.   Well, no.  Here you are talking
21   about exposure misclassification.  Maybe I
22   misunderstood.  You not talking about recall
23   bias in --
24       A.   No.  But I'm saying that it arises
25   in every cohort study, like recall bias

1    arises in every case-control study?
2        Q.   No.  As in -- let's start that
3    again.  I will restate the question.
4            The issue that you talked about
5    with respect to exposure misclassification
6    would be an issue not only with De Roos 2005,
7    but every case-control study for glyphosate;
8    correct?  They are all based on
9    questionnaires.
10       A.   So, I am saying that if you are
11   going to start to throw around recall bias
12   for every case-control study, then you have
13   to throw around non-differential
14   misclassification for every cohort study.
15   But it's been assessed, and there is a paper
16   on it by Blair which assessed it and shows
17   that the degree of misclassification would
18   have been sufficient -- they estimated it to
19   some degree, and it suggests that it would
20   have been -- even a reasonable amount,
21   reasonable meaning even a, shall we say a --
22   what one would expect under normal
23   circumstances of everyone doing it correctly,
24   and doing even a decent quality, recruitment
25   of subjects, and everyone doing their best

1    filling out the questionnaires, that the
2    degree of misclassification was sufficient to
3    have attenuated a risk ratio in the -- in the
4    realm that we are talking about, to null.
5            That's why I was saying earlier,
6    when you get null findings, you have to be
7    very suspicious, that there -- that they're
8    not meaningful in a sense, that they're--
9    that they're-- that they arise out of errors
10   or out of -- that's why there's publication
11   bias and things like that.
12       Q.   Let me just make sure I understand
13   this concept of bias towards the null.  Now,
14   in the AHS study, when they looked at the
15   dose-response analysis, they were finding
16   risk ratios below 1.0 for the higher exposure
17   groups; correct?
18       A.   Yes.
19       Q.   So, a bias towards the null then
20   would mean that those risk ratios were
21   actually increased as compared to what they
22   would have been; correct?
23       A.   Yes.
24       Q.   So, the issue of differential
25   exposure misclassification for the

1    Agricultural Health Study would not have
2    lowered those odds ratios, it would have
3    increased them; correct?
4        A.   I'm -- I can't follow that logic.
5    That is too complicated for me to --
6        Q.   Okay.  Let me step back.  Maybe
7    it's the way I asked the question.  I will
8    frame it correctly.
9            In the De Roos 2005 paper, if there
10   was this non-differential exposure
11   misclassification, that would mean that the
12   odds ratios reported for that dose-response
13   below one were actually lower than the
14   reported numbers; correct?
15       A.   It would not solely be from
16   exposure misclassification.
17       Q.   Right.  But any differential --
18   non-differential error, including the
19   exposure misclassification error you identify
20   as your concern for the Agricultural Health
21   Study, would have increased those odds ratios
22   as reported in the De Roos 2005
23   dose-response; correct?
24       A.   Yes.
25       Q.   So, that is not a concern, then,

1  that the De Roos study is missing a positive
2  association. It's that the De Roos study
3  might be missing a negative association;
4  correct?
5      A.   That's getting too complicated for
6  me to -- again, to work out sitting here.
7      Q.   Okay. But it is correct then,
8  though, that in the AHS study, if there was
9  non-differential misclassification, including
10  non-differential exposure misclassification,
11  the risks of glyphosate in association with
12  non-Hodgkin's lymphoma would have been
13  overestimated; correct?
14      MR. TRAVERS:  Objection, asked and
15  answered.
16      A.   Would have been overestimated?  No,
17  it would have been -- it would have been
18  attenuated.  It would have been --
19      Q.   Or not?
20      A.   Why would it have been --
21      Q.   You're biasing  towards the null;
22  correct?  It's going closer to 1.0; correct?
23      A.   Yes.
24      Q.   The reported odds ratios were below
25  1.0; correct?

1      A.   Now we are getting into it, but --
2  so I -- it's getting too complicated to,
3  like, tease out now what that means in real
4  terms, so you are going to tell me that
5  glyphosate has a protective effect on -- we
6  should all be taking glyphosate so we don't
7  get lymphoma?
8      Q.   I'm trying to understand your
9  criticism, Dr. Neugut.
10      A.   It's really -- it's getting too
11  complex to -- you know, there are too many
12  variables involved in this and too many
13  assumptions to really make a -- to, as we sit
14  here, make a -- make a meaningful statement
15  about what a -- what a 0.9 means as opposed
16  to a 1.0, or whether it's just, you know,
17  within the bounds of statistical analysis.
18      Q.   Dr. Neugut, this is your criticism
19  number four on page 13 of your expert report.
20  And in your expert report, you state that
21  because of this non-differential exposure
22  misclassification, there could be a bias
23  towards the null, and that the reported
24  association between glyphosate and NHL would
25  be underestimated.

1      A.   Yes.
2      Q.   That's what you state in your
3  report.
4      A.   Absolutely.
5      Q.   If there is -- and in fact, we know
6  for a fact that there is, that the AHS study
7  in its dose-response analysis reports risk
8  ratios for the higher exposure groups below
9  1.0, a bias towards the null would be pushing
10  those numbers up, not down; correct?
11      MR. TRAVERS:  Objection, asked and
12  answered.
13      A.   The glyphosate analysis, as I
14  recall it, is still above 1.0 in the AHS
15  study for ever/never, and for most of the
16  exposure categories.  I don't think it really
17  comes out that --
18      Q.   Let's look back at 2005 De Roos.
19      MR. TRAVERS:  Eric, just whenever
20  you get a break in a subject, we have
21  got -- lunch is here.
22      MR. LASKER:  Yes.  Once we get
23  through this.
24      Q.   I just want to make sure we are
25  clear, because I thought we had discussed

1  this previously.  The -- on page 52 --
2      A.   I'm sorry.
3      Q.   -- of the De Roos study, 2005
4  study.
5      A.   Fifty-two?
6      Q.   Page 52.  The odds ratios for
7  glyphosate and non-Hodgkin's lymphoma, for
8  the two -- for the increased dose groups, as
9  you increase cumulative exposure, and as you
10  increase intensity-weighted exposure, those
11  odds ratios are below 1.0; correct?
12      A.   Yes, but --
13      Q.   If there is non-differential
14  misclassification, those numbers have been
15  biased upwards toward the null of 1.0;
16  correct?
17      A.   Yes.
18      Q.   Which means that the true
19  relationship between glyphosate and
20  non-Hodgkin's lymphoma as you increase dose
21  is an even lower odds ratio, a greater
22  reduced risk than is reported; correct?
23      MR. TRAVERS:  Objection, asked and
24  answered.
25      A.   So, I was referring to

1  misclassification in terms of being exposed
2  at all, not talking about the
3  misclassification, or classification of how
4  much intensity or how long people were
5  exposed.  I don't know -- I didn't think
6  through or analyze the exposure intensity
7  part of it, and I don't know how that would
8  affect the attenuation here.
9      Q.   Dr. Neugut, if there was
10  non-differential misclassification biasing
11  these numbers towards the null, as you
12  suggest would occur in your expert report,
13  for AHS -- for the De Roos 2005 paper, that
14  would have resulted in an overstatement or
15  overestimate of the odds ratio that increased
16  dose of exposure, not an underestimation;
17  correct?
18          MR. TRAVERS:  Objection, asked and
19      answered.
20      A.   Could you say the question again.
21      Q.   Sure.
22          If your -- again, we are talking
23  about your criticism of AHS, the De Roos
24  2005, your fourth criticism.  If there is
25  this non-differential exposure

1  misclassification, then --
2      A.   It's not my criticism.  It's Aaron
3  Blair's.  I'm just quoting a paper.  But go
4  ahead.
5      Q.   Okay.  Well, okay.  But is it not
6  your opinion in here?
7      A.   No, no, no.  The paper is good.
8      Q.   Okay.  So, your criticism then of
9  the AHS paper, of the De Roos 2005, is there
10  could be this non-differential exposure
11  misclassification, and if that in fact
12  occurred, the dose-response analysis that is
13  reported in the 2005 De Roos paper is
14  actually overestimating the risk of
15  glyphosate exposure for non-Hodgkin's
16  lymphoma, and not underestimating it;
17  correct?
18          MR. TRAVERS:  Objection,
19      mischaracterizes his testimony.  It's
20      asked and answered.
21      A.   It's overestimating?
22      Q.   You state in your expert report
23  that if there is a bias towards the null, the
24  association of exposure to glyphosate and
25  association with non-Hodgkin's lymphoma would

1  be underestimated, because there is a bias
2  towards the null, meaning the numbers have
3  been artificially pushed towards one.
4      A.   I'm looking at table two, not at
5  table three.
6      Q.   I know, but I am asking you about
7  table three.
8      A.   Well, I can't answer with regard to
9  the exposure.  That's not -- that's a
10  different categorization.
11      Q.   So, sitting here today, if there is
12  non-differential exposure misclassification,
13  you cannot state what biasing towards the
14  null would mean with respect to the numbers
15  reported in the 2005 De Roos paper?
16          MR. TRAVERS:  Objection, asked and
17      answered.
18      A.   That's correct.
19      Q.   So, with respect to the
20  dose-response analysis then in De Roos 2005,
21  am I correct in my understanding that you do
22  not have a criticism of that finding based
23  upon non-differential exposure
24  misclassification?
25      A.   Specifically, no.

1          MR. LASKER:  Why don't we take a
2      break here.
3          MR. TRAVERS:  Okay.
4          THE VIDEOGRAPHER:  The time is
5      12:47 p.m.  We are off the record.
6          (Luncheon recess taken.)

1          AFTERNOON SESSION
2          THE VIDEOGRAPHER:  The time is
3    1:50 p.m.  We are on the record.
4    BY MR. LASKER:
5          Q.    Dr. Neugut, good afternoon.
6          We talked previously about
7    Dr. Blair's deposition that you have read.
8    And you are aware from that deposition, I
9    take it, that there is a 2013 update of the
10   Agricultural Health Study data that contains
11   additional data for glyphosate and
12   non-Hodgkin's lymphoma; correct?
13         A.    Yes.
14         Q.    You have not offered any expert
15   opinion regarding that study in your expert
16   report; correct?
17         A.    Yes.
18         Q.    You are aware, though, that the
19   2013 AHS analysis included five years of
20   additional exposure data beyond the data in
21   De Roos 2005; correct?
22         MR. TRAVERS:  Objection,
23   mischaracterizes the study.
24         A.    I am aware that it exists.  Is that
25   what you are asking me?

1          Q.    No.  My question is, are you aware
2    that the 2013 analysis included five years of
3    additional exposure data beyond the data in
4    De Roos 2005?
5          MR. TRAVERS:  Same objection.
6          A.    What is -- am I aware of it?
7          Q.    I will ask the question again.
8          A.    I'm sorry.
9          Q.    You are aware that the 2013
10   analysis of the Agricultural Health Study
11   data includes five years of additional
12   exposure data beyond the data in De Roos
13   2005; correct?
14         A.    Yes.
15         Q.    You are also aware that the 2013
16   analysis had an additional seven years of
17   follow-up for non-Hodgkin's lymphoma;
18   correct?
19         MR. TRAVERS:  Objection,
20   mischaracterizes the study.
21         A.    I don't know the details, but I
22   know that it has additional follow-up.  I
23   don't know -- I couldn't quote you the
24   numbers, but --
25         Q.    Okay.  Let's take a look at

1    Dr. Blair's deposition testimony on this.
2    And if you have Dr. Blair's deposition before
3    you, pages -- on page 168.
4          A.    What page?
5          Q.    168.  And specifically lines six to
6    line 16.
7          And having reviewed Dr. Blair's
8    deposition testimony, does that refresh your
9    recollection that the 2013 AHS analysis had
10   an additional seven years of follow-up for
11   NHL beyond De Roos 2005?
12         A.    Yes.
13         Q.    The 2013 analysis of the AHS data
14   was three to four times larger than the
15   De Roos 2005 study; correct?
16         MR. TRAVERS:  Objection,
17   mischaracterizes the study.
18         A.    Can -- I don't know.  If it's in
19   Dr. Blair's testimony, then I read it at some
20   point, but --
21         Q.    Let me refer you to page 171,
22   specifically lines 21 through 24.  Dr. Blair
23   testifies here that the 2013 cohort study,
24   with results for glyphosate and non-Hodgkin's
25   lymphoma, is more than four times larger than

1    the De Roos 2005 study; correct?
2          A.    Yes.
3          Q.    The answer is yes.  You have no
4    reason to disagree with Dr. Blair on that;
5    correct?
6          A.    No.
7          Q.    The 2013 study, with even longer
8    follow-up, also analyzes applicators that had
9    even higher levels of cumulative exposure to
10   glyphosate than in De Roos 2005; correct?
11         A.    I believe so.
12         Q.    That goes to one of the issues you
13   had talked about in your report, about
14   additional years and different uses of
15   glyphosate and more intense exposures;
16   correct?
17         A.    I don't recall offhand, but yes,
18   I -- I don't recall.
19         Q.    And according -- Dr. Blair was one
20   of the listed investigators that prepared
21   that 2013 analysis; correct?
22         A.    I wouldn't know.
23         Q.    Dr. Blair testified -- well, let me
24   just state -- let me just ask this.  The
25   ever/never risk ratio for glyphosate and NHL

Page 186

1  in this larger 2013 AHS analysis was below
2  1.0.  It was around 0.9; correct?
3      A.  I don't know.
4      Q.  Let's look at Dr. Blair's testimony
5  on page 172, line 16 to line 24.
6      A.  Okay.
7      Q.  Dr. Blair reports that this 2013
8  analysis of the AHS data reported an
9  ever/never odds ratio or risk ratio for
10 glyphosate and non-Hodgkin's lymphoma of
11 approximately 0.9; correct?
12     MR. TRAVERS:  Objection, that
13 misstates his testimony.
14     A.  "Reports" means what?
15     Q.  Dr. Blair states --
16     MR. LASKER:  And if we are going to
17 have speaking objections, we can switch
18 you and you can be the witness, but
19 otherwise, please do not provide speaking
20 objections, counsel.
21     MR. TRAVERS:  Well, you can't
22 misrepresent --
23     MR. LASKER:  Dr. Neugut can respond
24 to the questions.  You cannot.
25     MR. TRAVERS:  I'm just giving

Page 187

1  reasonable objections.  You are
2  misstating the testimony.
3      MR. LASKER:  Well, if you continue,
4  we'll have a whole record of this --
5      MR. TRAVERS:  Okay, it's on the
6  record.
7      MR. LASKER:  And we can bring this
8  to the judge if you want, but your
9  objections have been ridiculous all day.
10     Q.  Dr. Neugut, once again, Dr. Blair
11 testifies that the ever/never ratio for
12 glyphosate and non-Hodgkin's lymphoma in this
13 larger 2013 AHS analysis was below 1.0,
14 approximately 0.9; correct?
15     MR. TRAVERS:  Objection, misstates
16 his testimony.  You can just read the
17 transcript.
18     A.  Yes, but obviously it's unpublished
19 and all of that, but -- yes.
20     Q.  But this 2013 study, just so the
21 record is clear, this 2013 AHS study reports
22 a risk ratio for glyphosate and non-Hodgkin's
23 lymphoma for ever/never use of below 1.0 at
24 around 0.9; correct?
25     A.  Yes.

Page 188

1      Q.  And Dr. Blair also reports that
2  there was in fact, in one of the
3  dose-response analyses, a statistically
4  significant negative finding for diffuse
5  large B-cell lymphoma; correct?
6      MR. TRAVERS:  What page is that?
7      A.  I don't recall.
8      Q.  I will refer you to page 195.
9      A.  195?
10     Q.  Yes.  And particularly lines nine
11 through 21.
12         The 2013 AHS data finds a
13 statistically significant negative
14 association between increased glyphosate
15 exposure and diffuse large B-cell lymphoma;
16 correct?
17     A.  Yes.
18     Q.  Now, the 2013 AHS analysis that
19 Dr. Blair testified to, that was attached as
20 an exhibit to Dr. Blair's deposition;
21 correct?
22     A.  I don't know.
23     Q.  You have reviewed Dr. Blair's
24 deposition; correct?
25     A.  Yes.

Page 189

1      Q.  Did you, in reading his deposition,
2  note that that study was marked as an exhibit
3  to the deposition?
4      A.  I don't notice things like that
5  when I read depositions.  I don't look at the
6  index.  I don't look at the supplements.
7      Q.  Well, in the testimony, as we are
8  going into the questions that you are
9  reading, it was marked as an exhibit.  You
10 saw that; correct?
11     MR. TRAVERS:  Objection, asked and
12 answered.
13     A.  As I said, I don't know that I did.
14     Q.  Have you ever looked at the 2013
15 AHS analysis?
16     A.  No.
17     Q.  Now, you have -- well, strike that.
18         I take it then you have no opinions
19 with regard to the methodology or the
20 findings in that 2013 AHS analysis.
21     A.  No.
22     Q.  Now, you previously -- well, let me
23 make sure the record is clear there.
24         Am I correct in my understanding
25 then that you don't have any opinions with

1  regard to the 2013 AHS analysis?
2      A.   It didn't play a role in my
3  opinions.
4      Q.   Now, you have previously, I think
5  we have discussed, been retained as an expert
6  witness by the same attorneys who are
7  representing the plaintiffs in this case;
8  correct?  In other litigation?
9      A.   Only for the Actos, I believe for
10  the Actos litigation.
11     Q.   And in that litigation, like in
12  this one, you were retained to provide an
13  opinion based upon epidemiologic evidence
14  that a substance, there it was a drug, caused
15  cancer; correct?
16     A.   Yes.
17     Q.   And in that litigation, you relied
18  upon a non-published, non-peer-reviewed
19  epidemiological study in support of your
20  opinion, didn't you?
21     A.   I don't recall.
22     Q.   Okay.  Let's go back to your
23  January 7, 2013 deposition, and it should be
24  in front of you.  Dr. Neugut, it looks like
25  this.

1          If I could direct you to page 157,
2  158, and you can, I think -- it starts on
3  page 157, line 20, to 158, line six.  You may
4  recall this -- well, you will recall this
5  better than I would.  I wasn't there.
6          But does this testimony refresh
7  your recollection --
8      A.   Which line, which page?
9      Q.   From page 157, line 20, through
10  158, line six.
11     A.   Yes.
12     Q.   Does that refresh your
13  recollection, Dr. Neugut, that in the Actos
14  litigation, where you were represented by the
15  same plaintiffs' counsel that you are
16  represented here today, in offering your
17  opinion as to whether exposure can cause
18  cancer, you relied upon a non-published,
19  non-peer-reviewed study?
20     A.   I wasn't aware at the time that it
21  wasn't published, I think, or I was in error
22  at the time, or I had some confusion about
23  it, as I say here.  This was a series.  It
24  was in the same context of a cohort study,
25  where this was the fourth, if I recall --

1  again, it's a while ago.  But if I recall, it
2  was the fourth follow-up from the same study,
3  and it was not -- I did not rely upon it in
4  actual litigation subsequently in any of the
5  testimony that I gave in any of the trials.
6      Q.   Just to be clear, Dr. Neugut, in
7  this deposition testimony we just reviewed,
8  you stated that you were going to be relying
9  upon the non-published, non-peer-reviewed
10  results of a nested case control, and your
11  answer was yes; correct?
12     A.   So I -- yes, it is, but I do not
13  recall in what way I did rely on it and how I
14  did or did not.
15     Q.   But just for the record, in other
16  litigation in which you were represented by
17  this same plaintiffs' counsel who represents
18  you here today, in which you were asked to
19  assess the epidemiology for exposure causing
20  cancer, you relied upon a non-published,
21  non-peer-reviewed study, and in this case,
22  you chose not even to look at the 2013 AHS
23  data; correct?
24     A.   Yes.
25     Q.   Let's take a look at some of the

1  case-control studies for the glyphosate and
2  non-Hodgkin's lymphoma.  One of those was a
3  study by Cantor in 1992; correct?
4      A.   I'm sorry, I am -- I was -- my mind
5  was wandering.
6      Q.   That's all right.  1992 Cantor
7  study.
8      A.   What about it?
9      Q.   That was one of the studies you
10  looked at in your analysis; correct?
11     A.   Yes.
12         MR. LASKER:  And let's mark the
13  Cantor study as Exhibit 14-15.
14         (Exhibit 14-15, Cancer Bulletin,
15  May 1, 1992, Pesticides and Other
16  Agricultural Risk Factors for
17  Non-Hodgkin's Lymphoma among Men in Iowa
18  and Minnesota  marked for identification,
19  as of this date.)
20     Q.   And for the record, this is the
21  Cantor 1992 study that you discussed in your
22  report; correct?
23     A.   Yes.
24     Q.   What was the testable hypothesis
25  for this study?

Page 194

1    A.   I'm sorry, ask your question again.
2    Q.   What was the testable hypothesis in
3 the Cantor 1992 study?
4    A.   What does "testable hypothesis"
5 mean?
6    Q.   Well, I was, I thought, taking that
7 from you.  You had described your methodology
8 for reviewing epidemiological studies, and
9 you talked about the fact that you first
10 formulated a hypothesis.
11    A.   You mean the primary hypothesis?
12    Q.   If that's what you meant.  Just to
13 make sure we are talking on the same page
14 here, in your expert report on -- let's see,
15 where was it?  Page six.  You talk about this
16 multistep process to establish causal
17 inferences; correct?
18    A.   Um-hum.
19    Q.   And so you -- you first formulate a
20 testable hypothesis, and then you design
21 studies to test the hypothesis; correct?
22    A.   Yes.
23    Q.   So, my question for you with
24 respect to Cantor 1992 is, what was the
25 testable hypothesis of that study?

Page 195

1    A.   I guess it was being a farmer, or
2 being a -- having a farming occupation, or
3 however you want to phrase the -- however you
4 want to phrase that.
5    Q.   Okay.  Would it be fair to say that
6 Cantor 1992 was not designed to test the
7 hypothesis whether glyphosate can cause
8 non-Hodgkin's lymphoma?
9    A.   Yes.  That was a secondary --
10 secondary aim, analysis, however you want to
11 phrase it.
12    Q.   Now, the Cantor study looks at
13 individuals who are diagnosed with
14 non-Hodgkin's lymphoma between 1980 and 1983;
15 correct?  And if you look at the methods
16 section for case selection on the first page.
17    A.   Yes.  Um-hum.
18    Q.   So, the cases of NHL in this study
19 were diagnosed somewhere between -- well,
20 certainly less than ten years after
21 glyphosate first became available for use in
22 the market; correct?
23    A.   Something less than that, yes.
24    Q.   Now, we talked earlier about
25 Dr. Ritz, and I believe her expert report is

Page 196

1 still in front of you.  Can you just pull out
2 Dr. Ritz's expert report.
3         It's thicker than that, about this
4 thick.
5    A.   Is this it?
6    Q.   No.  Maybe on the bottom.
7    A.   The very bottom.  I'm sorry.
8    Q.   Always the way.
9         So, Dr. Ritz, she is another expert
10 witness epidemiologist on behalf of
11 plaintiffs in this litigation; correct?
12    A.   Yes.
13    Q.   And if you could turn to page 18
14 and 19 of her report.  Dr. Ritz states that
15 "the findings of Cantor are less informative
16 because there was not sufficient time to
17 account for the latency of non-Hodgkin's
18 lymphoma."
19         Do you see that?
20    A.   Yes.
21    Q.   And she states that "one would like
22 to see a medium potential latency period of
23 at least ten years for an epidemiologic study
24 of glyphosate and non-Hodgkin's lymphoma to
25 be informative."  Correct?

Page 197

1    A.   Yes.
2    Q.   Do you agree with Dr. Ritz on that?
3    A.   I stated earlier that I am agnostic
4 with regard to the question of latency
5 period.  We have spoken earlier about
6 Weisenburger's opinion.  I don't know what
7 the latency period is, so I don't know the
8 answer.
9    Q.   Do you agree that this question of
10 latency period is important in analyzing what
11 one can glean from the Cantor 1992 study with
12 respect to glyphosate?
13    A.   If one knew what the latency
14 period -- if one knew what the mechanism is
15 of how glyphosate -- if one was -- one knew
16 definitively how glyphosate causes lymphoma,
17 so that one could definitively establish the
18 latency period, then yes, it would be very
19 important.  But otherwise, it's difficult to
20 be able to know how to apply it in this
21 instance.
22    Q.   If Dr. Weisenburger is correct that
23 the latency period is ten years for
24 glyphosate and non-Hodgkin's lymphoma, do you
25 agree with Dr. Ritz that that would mean that

1 the Cantor study is not informative with
2 respect to glyphosate and non-Hodgkin's
3 lymphoma?
4     A.   I would say that it would be
5 difficult to say how it would have enough
6 cases to be able -- how it would be
7 informative.
8     Q.   That's because the individuals in
9 the study would have been exposed too close
10 in time to their diagnosis for latency to
11 have occurred and for the exposure to have
12 been related to non-Hodgkin's lymphoma;
13 correct?
14     A.   It wouldn't have been impossible
15 for a few of them to have been, but for at
16 least for some -- for a large number of them,
17 it would have been probably not possible.
18     Q.   And in your expert report, you
19 state that Cantor had again low power because
20 there were only 26 cases of NHL with exposure
21 to glyphosate; correct?
22     A.   Yes.
23     Q.   And this goes back to our earlier
24 discussion.  The key number for power is the
25 number of individuals who were both exposed

1 and had the outcome of interest; correct?
2     A.   Yes.
3     Q.   And you believe that a study that
4 has only 26 individuals with exposure to
5 glyphosate and NHL does not have sufficient
6 power to provide reliable information
7 regarding any potential causal relationship
8 between glyphosate and non-Hodgkin's
9 lymphoma; right?
10         MR. TRAVERS:  Objection, misstates
11 his testimony.
12     A.   I didn't say that.
13     Q.   Let me make sure I understand your
14 testimony then.  Okay.  So let me -- let me
15 rephrase the question.
16         Do you believe that a study with
17 only 26 individuals with exposure to
18 glyphosate and NHL is severely limited in its
19 ability to provide information regarding any
20 potential causal relationship between
21 glyphosate and NHL?
22     A.   If you have a -- if you have a null
23 finding, then you have to -- then I think you
24 have to be limited in terms of how you
25 interpret a null finding in that context,

1 because you didn't have enough statistical
2 power to be able to find the positive
3 association.
4     Q.   With respect to power, is it your
5 opinion then that power only matters for a
6 finding of a positive association and doesn't
7 matter with respect to reaching an opinion
8 about a causal relationship?
9         MR. TRAVERS:  Objection, asked and
10 answered.
11     A.   That question doesn't make sense.
12     Q.   Okay.  Let me restate.
13         If a study is insufficiently
14 powered, in your opinion does that severely
15 limit your ability to reach a causal opinion
16 based upon that study?
17     A.   If a power is insufficiently -- if
18 a study is insufficiently powered, then you
19 have to interpret a null finding with extreme
20 caution or with -- or -- or not be able to
21 draw a -- not be able to draw a definitive
22 conclusion from it.  In other words, if there
23 was insufficient power to start with, and you
24 have a null finding, then you certainly are
25 limited in being able to conclude that there

1 is no positive association.
2     Q.   Okay.  I understand that, but I'm
3 asking the other direction as well.  Is it
4 fair to say that if a power -- if a study is
5 insufficiently powered, is it severely
6 limited in providing you with the type of
7 evidence that you would want to have as an
8 epidemiologist to reach a causation opinion?
9         MR. TRAVERS:  Objection, asked and
10 answered.
11     A.   I'm not sure that isn't saying the
12 same thing.  How is that question different?
13     Q.   The answer may be yes, but let me
14 just make sure I understand in my own mind.
15     A.   If I -- if I had an
16 insufficiently -- if I had a study that
17 a priori was -- had poor -- was small, so it
18 didn't have sufficient power in the first
19 place that I was happy doing it, but having
20 then conducted the study, I had a positive
21 association, I would still take the
22 positive -- I would still have to take the
23 positive association at least -- seriously,
24 and take it -- because, as I said in our
25 morning discussion, I think positive

1    associations always have to be at least
2    seriously entertained and analyzed,
3    because -- because the system, the structure
4    of epidemiologic and statistical analysis
5    militates against positive findings.
6          Of course, if the numbers are
7    really tiny, then you can take that into
8    consideration and say it's really so small,
9    that even though it's statistically
10   significant, that the numbers are so small,
11   I'm not going to really give it that much
12   credit, or maybe it's a statistical artifact
13   or maybe it's bias.
14         But that's why we are given brains,
15   and we are supposed to use our logic and our
16   judgment and our common sense, and that is
17   what epidemiology is all about.  Epidemiology
18   is the ultimate in judgment, causal
19   considerations, the application of logic,
20   common sense, and intelligence to taking data
21   and trying to analyze it, and to be able to
22   interpret what you find, because you will
23   never have pure, unadorned, perfect data
24   to -- well, you will almost never have pure,
25   absolute data that you can interpret without

1    having to use your brain to, to analyze.
2          So you have -- as with everything
3    else, you have to apply your, your logic and
4    thinking to what you see, and to come up with
5    the best interpretation you can.  Reasonable
6    people may reasonably disagree, as in every
7    other -- as in many other walks of life, but
8    in epidemiology, that is particularly a --
9    more so than in most other scientific
10   endeavors, that is a particularly crucial
11   part of what we do in our daily endeavors.
12        Q.   Dr. Neugut, let me ask the question
13   again, because I still don't understand the
14   answer.
15         Do you believe, if a study has
16   insufficient power, that that is a
17   significant limitation in your ability to use
18   that study to reach a causation opinion?
19        MR. TRAVERS:  Objection, asked and
20   answered.
21        A.   I think it certainly limits the
22   ability of the study to be able to give you a
23   correct answer.
24        Q.   Now, many of the other case-control
25   studies of glyphosate and non-Hodgkin's

1    lymphoma discussed in your report had even
2    less power than the Cantor study; correct?
3         A.   I would think so, yes.
4         Q.   The Hardell study in 2002, that has
5    less power than the Cantor study; correct?
6         A.   Yes.
7         Q.   The Cocco study, the Cocco,
8    C-O-C-C-O, study we looked at earlier, that
9    has less power than the Cantor study;
10   correct?
11        A.   Yes.
12        Q.   The Orsi study, that has less power
13   than the Cantor study; correct?
14        A.   Yes.
15        Q.   And the Eriksson study, that one,
16   let's look at that one, because that is a
17   little bit more involved.  I think I marked
18   that Exhibit 14-13, so you should have that
19   in front of you.  Exhibit 14-13.
20        A.   That's -- oh, I see.  That's
21   Eriksson?
22        Q.   Yes.  14-13.  Eriksson 2008, and
23   the information is -- can be determined from
24   table two for all exposures with glyphosate,
25   table two on page 1659.  That study involved

1    29 individuals with exposure to glyphosate
2    who had non-Hodgkin's lymphoma; correct?
3         A.   Yes.
4         Q.   And the Eriksson -- so that's -- I
5    think there is three more cases in Eriksson
6    than there was in Cantor 1992; correct?
7         A.   Yes.
8         Q.   The Eriksson study had only
9    18 controls, though; correct?
10        A.   Yes.  Exposed controls, you mean.
11   Or am I mischaracterizing it?
12        Q.   You're looking at the study.
13        A.   Am I looking at table two?
14        Q.   Yes.  18 exposed controls -- 18
15   controls for 29 cases; correct?
16        A.   This is the number of exposed cases
17   and number of exposed controls.
18        Q.   And in Cantor 1992, they actually
19   had, I believe, 49 controls.  Correct?  And
20   you can look back to that, if you need to.
21   Do you need to look back at the Cantor study
22   to confirm if they had 49 controls for
23   glyphosate?  It's on table six.
24        A.   Table six?
25        Okay.

1    Q.   And the power of a case-control
2  study is determined both by the number of
3  cases and the number of controls; right?
4    A.   Yes.
5    Q.   And so from this data, it appears
6  that Eriksson also had lower power than
7  Cantor with respect to glyphosate and
8  non-Hodgkin's lymphoma; correct?
9    A.   Which one has lower power?
10   Q.   Eriksson.
11   A.   A priori, yes.
12   Q.   Now, to put these numbers into
13 context, we have been talking about 26
14 exposed cases or 29 exposed cases, the
15 updated 2013 Agricultural Health Study
16 analysis, depending on which definition of
17 non-Hodgkin's lymphoma you used, was studying
18 between 250 and 350 individuals with exposure
19 to glyphosate and non-Hodgkin's lymphoma;
20 correct?
21   A.   Yes.
22   Q.   So, that is somewhere between ten
23 to maybe 13 times larger than any of these
24 case-control studies; correct?
25   A.   Well, the statistical power doesn't

1  exactly go by multiplication, but it's
2  larger, certainly.
3    Q.   Mathematically, it's ten to 13
4  times larger, the AHS 2013 study, than any of
5  these case-control studies --
6    A.   Yeah.
7    Q.   -- we talked about.
8    A.   Um-hum.
9    Q.   And the earlier De Roos 2005 study,
10 the published study that we talked about that
11 you have looked at, that had 92 individuals
12 with exposure to glyphosate and who had been
13 diagnosed with non-Hodgkin's lymphoma;
14 correct?
15   A.   Yes.
16   Q.   So, again, numerically, much larger
17 than these case-control studies; correct?
18   A.   Yes.
19   Q.   Now, the other comment you make in
20 your expert report about the Cantor study is
21 that it is also limited by the lack of
22 adjustment for other herbicides used in the
23 cohort.  And that's page 14 of your expert
24 report; correct?
25   A.   Yes.

1    Q.   And that's your opinion; correct?
2    A.   It's limited by that, yes.
3    Q.   And you have -- I think you
4  testified earlier that this lack of
5  adjustment for other exposures to pesticides
6  limits a study's ability to tell us anything
7  about the true association between glyphosate
8  and non-Hodgkin's lymphoma; correct?
9    A.   I didn't say "anything about."  I
10 said it limits our ability to tell us
11 precisely what's going on.
12   Q.   And as you already discussed --
13 strike that.
14       Well, as you already discussed, the
15 McDuffie study does not adjust for exposures
16 to other pesticides; correct?
17   A.   No.
18   Q.   It's correct that it doesn't;
19 right?  Let me restate that question, because
20 I gave you a double negative.
21       The McDuffie study does not adjust
22 for exposures to other herbicides or other
23 pesticides; correct?
24   A.   No, it does not.
25   Q.   And the Lee study, which you also

1  address in your expert report, it does not
2  adjust for exposures to other pesticides;
3  correct?
4    A.   Correct.
5    Q.   And the Eriksson study, except
6  for -- well, the Eriksson study in its
7  analysis of latency and its analysis of
8  dose-response and its analysis of NHL
9  subtypes, it does not adjust for exposures to
10 other pesticides; correct?
11   A.   Correct.
12   Q.   Now, let me just make sure I
13 understand the bases for your testimony that
14 the Cantor study -- and first of all, the
15 Cantor study reports an odds ratio for
16 glyphosate of 1.1 with confidence intervals
17 of 0.7 to 1.9; correct?
18       I'm not sure you are looking at the
19 right study, Dr. Neugut.  The Cantor study.
20   A.   Oh, I'm sorry.  Getting out of hand
21 here.  Cantor study.
22       What was the question, please?
23   Q.   The Cantor study reported an odds
24 ratio of 1.1 with confidence intervals of 0.7
25 to 1.9.

1    A.   Yes.
2    Q.   That is a null finding for
3  glyphosate and non-Hodgkin's lymphoma;
4  correct?
5    A.   Not an elevated finding, yes.
6    Q.   It's a null finding.
7    A.   Essentially.
8    Q.   And now you state here that -- in
9  your expert report, that this finding was not
10 adjusted for other pesticide exposures, but
11 Cantor adjusted for other high-risk
12 exposures; correct?
13       And if you could look at the Cantor
14 study at page 2448, at the top of the second
15 column.
16    A.   He adjusted for other risk factors,
17 if that's what you are asking.
18    Q.   Well, for other exposures that he
19 looked at in the study; correct?
20    A.   Yes.
21    Q.   And to the extent that any of --
22 and he looked at a number of different
23 pesticides and herbicides and insecticides in
24 this study; correct?  You can look to table
25 three and table four and table five and table

1  six.  And table seven, table eight.
2    A.   Yes.
3    Q.   And by a high-risk exposure,
4  Dr. Cantor means that he adjusted for any
5  exposure with an odds ratio above 1.5 when it
6  was adjusted solely for age and state of
7  residence; correct?
8    A.   Yes.
9    Q.   So, to the extent that the -- any
10 of these other pesticide exposures met that
11 criteria, Dr. Cantor did control for those
12 pesticide exposures; correct?
13    A.   Yes.
14    Q.   So, that limitation that you noted
15 in your expert report is actually -- for the
16 Cantor study, is actually incorrect; right?
17    A.   What limitation?
18    Q.   You state that there was a lack of
19 adjustments for other herbicides used by the
20 cohort, is the word you used in your expert
21 report.
22    A.   Did I make an error?
23    Q.   That is my question of you.  It's
24 on page 14 of your expert report.  I think
25 your expert report is up there.  And on the

1  top, page 13 to 14, you are talking about the
2  Cantor 1992 study.  At the very top of 13,
3  the last line in your discussion of Cantor,
4  you state that "interpretation of the results
5  is also limited by lack of adjustments for
6  other herbicides used by the cohort."
7  Correct?
8    A.   I guess I was referring
9  specifically to the one where he was using
10 the 26 versus -- that that specific analysis,
11 but perhaps in the other analyses --
12    Q.   Well, table -- we look at the
13 analysis on table six; correct?  In Cantor.
14    A.   I may have made an error.
15    Q.   Just so we are clear, the criticism
16 in your expert report of the Cantor study,
17 that it was limited by lack of adjustment for
18 other herbicides, that is incorrect.
19    A.   I missed that.
20    Q.   Let's turn to the McDuffie study.
21 And I think -- have we already marked this?
22 Yeah.  This was 14-14, so you have that
23 already in front of you.
24       And Dr. Neugut, the McDuffie study
25 also was not designed to test the hypothesis

1  that glyphosate might be associated with
2  non-Hodgkin's lymphoma; correct?
3    A.   Not specifically.
4    Q.   That would be a secondary finding
5  in the study; correct?
6    A.   I'm not sure that that is accurate.
7  I mean, it was to look at pesticides and
8  non-Hodgkin's lymphoma.  I mean, and if you
9  say that glyphosate was one of them -- I
10 don't think glyphosate was particularly the
11 one that they were targeting, but they were
12 looking at pesticides in general.
13    Q.   Well, McDuffie in their study
14 actually specifically discusses -- and I will
15 refer you to page 1161.
16    A.   11 --
17    Q.   1161.
18    A.   61, um-hum.
19    Q.   And this is in the second column of
20 the text on that page, the full bottom
21 paragraph on the right side, full complete
22 paragraph that starts, "We reported results,"
23 on the right-hand column.
24    A.   Um-hum.
25    Q.   And the authors of the McDuffie

1 paper themselves describe their analyses in
2 this study as exploratory; correct?
3     A.   And so?
4     Q.   I'm just asking if it's correct
5 that this was an exploratory study.  We
6 talked about that before.
7     A.   That's -- that may or may not be
8 true, but that may -- their aim may have been
9 to do a study to look at exploratory -- to do
10 an exploratory study.
11     Q.   Right.  No, I'm not -- I just want
12 to make sure I understand.  The McDuffie
13 study with respect to glyphosate was an
14 exploratory study.
15     A.   That's -- yes.  I mean, they may
16 not have had a specific villain in mind when
17 they were looking -- when they were setting
18 up the study, to say this particular agent is
19 what we are primarily focused on.  We are
20 looking in general at pesticides and
21 lymphoma, and here is a list, and we will
22 look at all of them and see what pops up
23 associated or not associated with lymphoma.
24     Q.   Right.  That's what we were talking
25 about earlier this morning, that there are

1 epidemiological studies that are exploratory
2 studies, and then there are -- that are not
3 actually testing hypotheses, but they are
4 generating additional hypotheses.  Correct?
5     A.   Yes.
6     Q.   Now, in the -- in your expert
7 report discussing McDuffie, you state, on
8 page 14, that the McDuffie odds ratio of 1.2
9 was adjusted for high-risk exposures.  That
10 is on page 14 of your report.
11     A.   Yes.
12     Q.   And so, this is the type of
13 adjustment we were just discussing about
14 with -- in the Cantor study; correct?
15     A.   Yes.
16     Q.   Now, in fact, the McDuffie study
17 did not adjust for high-risk exposures, did
18 it?
19     A.   No.
20     Q.   So that's another mistake in your
21 report?
22     A.   Okay.
23     Q.   Yes?
24     A.   Yes.
25     Q.   In its most adjusted odds ratio,

1 McDuffie adjusted for medical variables, age
2 and study area; correct?
3     A.   Family history, but -- is that what
4 you mean by "medical variables"?
5     Q.   Yes.  Yes.
6     A.   Um-hum.
7     Q.   And that is set forth on table two
8 in the odds ratio of 1.2 that you mentioned
9 in your expert report for glyphosate;
10 correct?
11     A.   Yes.
12     Q.   Why would an epidemiologist, in
13 this case Dr. McDuffie, adjust for medical
14 variables like family history of cancer or
15 specific medical conditions?
16     A.   Well, family history may or may not
17 be related to risk of lymphoma.  I mean,
18 conditions tend to run in families, so, if
19 you had a family history of lymphoma, you may
20 be at increased risk of getting a lymphoma,
21 so that is a fair variable to adjust for.
22     Q.   You agree with Dr. McDuffie then
23 that to try and zero in on whether there is a
24 true association for pesticide exposure and
25 non-Hodgkin's lymphoma, you would want to

1 adjust for medical variables like family
2 history and these medical conditions?
3     A.   Certain medical conditions that may
4 or may not be related to risk of -- of
5 getting lymphoma, yes.
6     Q.   So, just so I am clear then, do you
7 believe that Dr. McDuffie's adjustment of her
8 findings for medical variables like family
9 history of cancer, and the specific
10 conditions she lays out, improves the
11 reliability of the findings in her study?
12     A.   At worst, it doesn't hurt it.  At
13 best, maybe it improves it.
14     Q.   Now, in your report, you point to
15 an analysis of odds ratios for, I think less
16 than or equal to two days per year and
17 greater than two days per year.  Do you
18 recall that?
19     A.   We are talking now still about
20 McDuffie?
21     Q.   Yes.
22     A.   Yes, I believe so.
23     Q.   And you rely on these findings from
24 McDuffie in your expert report as evidence of
25 a dose-response in support of your Bradford

Page 218

1  Hill analysis; correct?
2      A.   Yes.
3      Q.   Now, this analysis of less than or
4  equal to two days versus greater than two
5  days exposure for glyphosate, in McDuffie,
6  that was not adjusted for exposures to other
7  pesticides; correct?
8      A.   Correct.
9      Q.   And as we were talking about this
10 morning, in the De Roos 2005 study, if that
11 finding in De Roos 2005 is correct that there
12 is greater exposures to other pesticides at
13 greater levels of glyphosate exposure, then
14 the failure to adjust for other pesticide
15 exposures could confound and create an
16 artificial appearing dose-response that
17 doesn't exist; correct?
18     A.   Could or could not.  I don't know.
19     Q.   So, it's certainly possible that
20 confounding could artificially increase the
21 reported odds ratios for high exposure to
22 glyphosate in the McDuffie study; correct?
23     A.   I would really not be able to say.
24     Q.   The -- now, the analysis in
25 McDuffie that you cite as evidence for

Page 219

1  dose-response was not even adjusted for those
2  other medical variables and family history
3  that we just discussed; correct?
4      A.   Yes.
5      Q.   The analysis in McDuffie for
6  dose-response also does not take into account
7  duration of exposure; correct?
8      A.   Correct.
9      Q.   So, if there was an individual who
10 used glyphosate twice a year, let's say, for
11 each of ten years, they would be categorized
12 in the low exposure group with 20 cumulative
13 days of exposure; correct?
14     A.   I'm sorry, I missed -- I didn't
15 follow the last question.
16     Q.   If there is an individual in
17 McDuffie who had used glyphosate every year
18 for ten years two times a year, they would be
19 in the low exposure group; correct?
20     A.   Yes.
21     Q.   And they would have 20 days of
22 cumulative exposure; correct?
23     A.   Yes.
24     Q.   If there was another individual who
25 used glyphosate for only one year but used it

Page 220

1  on three different occasions, they would be
2  characterized in McDuffie as high exposure;
3  correct?
4      A.   Yes.
5      Q.   So under McDuffie, you could have
6  in your dose-response analysis someone with
7  three days of exposure being classified as
8  high exposure and someone with 20 days of
9  cumulative exposure being classified as low
10 exposure; correct?
11     A.   Yes.
12     Q.   And in your own epidemiological
13 research, when you have looked at pesticides
14 and you've looked at dose-response, you have
15 actually -- you looked at cumulative
16 exposure, not per time period exposure;
17 correct?
18     A.   Have I done pesticide exposure?
19     Q.   In your -- in your research, in
20 your epidemiological research, when you do a
21 study like this, when you are doing a
22 dose-response analysis, you look at
23 cumulative exposure; correct?
24     A.   Sometimes you do, sometimes -- I
25 mean, you know, you never know what is the

Page 221

1  right -- what is the right way to analyze
2  dose and dose-response.  Sometimes you do
3  cumulative, sometimes you do it other ways.
4      MR. LASKER:  Let's mark as
5  Exhibit 14-16...
6      (Exhibit 14-16, American Journal of
7  Epidemiology, Reported Residential
8  Pesticide use and Breast Cancer Risk on
9  Long Island, New York marked for
10 identification, as of this date.)
11     Q.   And Dr. Neugut, Exhibit 14-16 is
12 one of the epidemiological studies that you
13 conducted; correct?
14     A.   Jesus Christ.  Don't put that in
15 the record.
16     Q.   She can't do that, unfortunately.
17 She has to take everything down.
18     Dr. Neugut, Exhibit 14-16 is one of
19 the studies that you were an investigator on;
20 correct?
21     A.   Yes.
22     Q.   Looking at pesticide exposure and
23 the potential risk of breast cancer; correct?
24     A.   Yes.  Yes.
25     Q.   And in this study, you conducted a

1  dose-response analysis; correct?
2      A.   Yes.
3      Q.   And you used cumulative exposure as
4  your measure for dose-response; correct?
5      A.   Yes.
6      Q.   And we in fact know, going back to
7  the glyphosate findings in McDuffie, that if
8  one were to look at cumulative exposure,
9  there is no increased risks in the high
10 exposure group; correct?
11         MR. TRAVERS:  Objection,
12     misclassifies, or mischaracterizes the
13     study.
14     A.   I'm sorry, can you repeat the
15 question?
16     Q.   We know in fact that for the
17 McDuffie data, because the McDuffie data has
18 now been analyzed further by the North
19 American Pooled Project, that when you look
20 at cumulative exposure, there is no evidence
21 of increased risk of non-Hodgkin's lymphoma
22 with glyphosate; correct?
23         MR. TRAVERS:  Objection,
24     mischaracterizes the studies.
25     A.   I don't know that study.

1      Q.   You don't know the North American
2  Pooled Project study?
3      A.   No.  I haven't looked at it.
4      Q.   Well, we will talk about that in a
5  moment.
6         Now, in your expert report, you
7  also note that McDuffie had a low response
8  rate; correct?
9      A.   Yes.
10     Q.   And McDuffie had a 67 percent
11 response rate among cases and only a 48
12 percent response rate among controls;
13 correct?
14     A.   Yes.
15     Q.   And that is -- that differential
16 goes back to one of the potential concerns we
17 discussed this morning about potential
18 selection bias; correct?
19     A.   Yes.
20     Q.   So that's an issue with the De Roos
21 study as well; correct?
22     A.   It's an issue, but I would say --
23     Q.   I'm sorry, let me go back.
24         This issue of selection bias is an
25 issue of concern for McDuffie, the McDuffie

1  study; correct?
2      A.   Yeah, although I would say that in
3  the studies of that type, it's not as big a
4  differential as it may sound.  I mean, you
5  get differentials like that in case-control
6  studies.  But yes, it's an issue.
7      Q.   And the goal of the case-control
8  study is not to have this sort of a
9  differential in your response rates between
10 cases and controls; correct?
11     A.   Correct.
12     Q.   Let's talk about the Hardell study.
13 So this is a study -- Exhibit 14-17.
14         (Exhibit 14-17, Exposure to
15     Pesticides as Risk Factor for
16     Non-Hodgkin's Lymphoma and Hair Cell
17     Leukemia:  Pooled Analysis of Two Swedish
18     Case-control Studies marked for
19     identification, as of this date.)
20     Q.   And Dr. Neugut, this is, I think,
21 one of the studies that we spoke about
22 earlier that had very low power to analyze a
23 question of an association between glyphosate
24 and non-Hodgkin's lymphoma; correct?
25     A.   Yes.

1      Q.   And that is because there were only
2  eight cases and eight controls, I think, in
3  this study.
4      A.   I don't remember the exact number,
5  but it was a very small number.
6      Q.   Now, when Hardell -- Hardell has in
7  his analysis, he has a multivariate analysis
8  that he presents in this study; correct?
9      A.   Yes.
10     Q.   What confounders did Hardell adjust
11 for in his multivariate analysis?
12     A.   I think he adjusted for exposure to
13 other herbicides or pesticides.
14     Q.   Where do you see that in
15 Dr. Hardell's study?
16     A.   "When risk estimates for different
17 pesticides are analyzed" --
18     Q.   What page are you on?
19     A.   1045.  The first paragraph.
20     Q.   In 1045?
21     A.   Top paragraph.
22     Q.   Okay.
23     A.   "When risk estimates for different
24 pesticides were analyzed, only subjects with
25 no pesticide exposure were taken as unexposed

Page 226

1   whereas subjects exposed to other pesticides
2   were disregarded."
3         I'm assuming that means they were
4   excluded from analysis.
5       Q.   They were excluded from the
6   definition of "unexposed."
7       A.   I am not exactly sure what he
8   means, but --
9       Q.   What Dr. Hardell is stating here,
10  and this is a methodology that carries
11  through in all the Swedish studies, is that
12  their definition of "unexposed" excluded not
13  only individuals unexposed to glyphosate, but
14  individuals unexposed to any pesticide;
15  correct?
16      A.   Correct.  That's a different way
17  of -- that's a different way of adjusting for
18  herbicide exposure.
19      Q.   Well, if you are taking out
20  information from the controls so that the
21  cases have exposures to glyphosate and
22  exposures to other herbicides, but the
23  controls don't have exposure to any
24  pesticides --
25      A.   No.  I would assume then, you have

Page 227

1   to take them out of both groups.
2       Q.   But it's not -- there is -- is
3   there anywhere where it's stated that they
4   take that out of both groups?
5       A.   Kind of ambiguous.
6       Q.   If in fact the Swedish case-control
7   studies defined unexposed so that there was
8   no exposure to any pesticide and allowed
9   other exposures, exposures to other
10  pesticides to occur with the glyphosate
11  exposed cases, that would be a methodological
12  flaw in the study; correct?
13      A.   Probably, yes.
14      Q.   That would make it impossible to
15  actually adjust for the potential impact of
16  other exposures; correct?
17      A.   Yes.
18      Q.   Now, the Hardell study pools the
19  findings from two other case-control studies,
20  an earlier study by Hardell and a study by --
21  I don't know if I am getting this correctly.
22  Is it Nordstrom?  Is that correct?
23  Dr. Neugut?
24      A.   I'm sorry?
25      Q.   The Hardell study 2002 pools the

Page 228

1   findings from two earlier case control
2   studies, one by Hardell and Eriksson and one
3   by Nordstrom; correct?
4       A.   I'm sorry, I was still -- I was
5   still in the middle of this one.
6       Q.   No, we're still with Hardell.
7       A.   Yeah.
8       Q.   The Hardell study, Exhibit 14-17,
9   pools the data from two earlier case-control
10  studies, one by Hardell and Eriksson and one
11  by Nordstrom; correct?
12      A.   Yes, um-hum.
13      Q.   And you do not discuss those
14  earlier case-control studies in your expert
15  report; correct?
16      A.   Right.
17      Q.   Is it fair to say once you pool
18  those studies into a larger study, it's the
19  later pooled study that provides all the data
20  relevant to a causation theme?
21      A.   Yes.
22      Q.   Let's turn to De Roos 2003, which
23  is the De Roos case-control study.  And this
24  would be Exhibit 14-18.
25         (Exhibit 14-18, Integrative

Page 229

1   assessment of multiple pesticides as risk
2   factors for non-Hodgkin's lymphoma among
3   men, Occup Environ Med  2003 marked for
4   identification, as of this date.)
5       Q.   And the De Roos paper pools all of
6   the -- all of the prior North American -- I'm
7   sorry, U.S.-based case-control studies that
8   looked at glyphosate and non-Hodgkin's
9   lymphoma; correct?
10      A.   Yes.
11      Q.   And this De Roos study has -- 2003
12  case-control study, has the same latency
13  issue or problem that Dr. Ritz identified
14  with respect to the Cantor study; correct?
15      A.   You mean that the cases were
16  diagnosed between '83 and '86?
17      Q.   Well, if we look at the data from
18  the De Roos study, and it's on page -- table
19  two, page four of nine, and you will have to
20  actually look back at the study population,
21  because there are three different studies
22  that are pooled there.
23      A.   Um-hum.
24      Q.   But if you look at page one and
25  two, you will see the three different

1    populations, and when they were diagnosed.
2    Correct?
3        A.   Yes.
4        Q.   And so for Iowa and Minnesota and
5    Kansas, those exposures were between 1979 and
6    1983; correct?
7        A.   Yes.
8        Q.   And if you look at table two in
9    the -- and that is -- just to step back, that
10   is the problem that Dr. Ritz was highlighting
11   in the Cantor study; correct?  Those dates of
12   exposure?
13       A.   I don't recall what she was
14   highlighting, but that is an issue, yes.
15       Q.   And if you look at table two in
16   De Roos 2003, the case control study, and you
17   look at the data that was included in the
18   analysis for the pesticides, roughly
19   82.6 percent of the cases would have been
20   diagnosed with non-Hodgkin's lymphoma between
21   1979 and 1983; correct?
22       A.   Yes.
23       Q.   And so, those exposures, those
24   cases, again, at the very earliest, the very
25   earliest, still could not have been exposed

1    to glyphosate more than nine years prior to
2    their diagnosis; correct?
3        A.   Yes.
4        Q.   And so that did not come close to
5    the median ten-year latency period that
6    Dr. Ritz opined would be necessary to look
7    for a potential association between
8    glyphosate and non-Hodgkin's lymphoma;
9    correct?
10       A.   Yes.
11           MR. TRAVERS:  Objection, misstates
12   Dr. Ritz's testimony.
13       Q.   And the remaining 17.4 percent of
14   the cases were diagnosed between June 1983
15   and June 1986; correct?
16       A.   Are you talking about the Kansas
17   cases or --
18       Q.   Yes.  I'm sorry, the Nebraska
19   cases.
20       A.   The Nebraska cases.
21       Q.   Let me just confirm, so that the
22   record is clear, you can go back and look at
23   the study populations.  And once you look at
24   that, am I correct in my understanding that
25   the remaining 17.4 percent of cases were

1    diagnosed between June 1983 and June 1986?
2        A.   Yes.
3        Q.   So, even for these Nebraska cases,
4    they would not have had a median ten-year
5    latency period to examine with respect to
6    glyphosate and non-Hodgkin's lymphoma;
7    correct?
8        A.   They would have had just barely ten
9    years.
10       Q.   That would have been the maximum,
11   not the median; correct?
12       A.   It's hard for me to figure out, but
13   if it was starting in '74 -- right?  '75,
14   '74?
15       Q.   Let's say -- we can talk about '74
16   or '75.  I don't think it matters for this
17   question.
18       A.   Um-hum.
19       Q.   If the question is whether or not
20   there would be a median of ten years --
21       A.   Oh, I see.
22       Q.   -- of latency, which Dr. Ritz
23   identified --
24       A.   So, I guess it would be about eight
25   years, seven or eight years.

1        Q.   Eight years would be maximum.
2        A.   Okay.
3        Q.   Correct?
4        A.   Yes.
5        Q.   It wouldn't be a ten-year median
6    latency, even for that smaller --
7        A.   Yes.
8        Q.   -- population; correct?
9        A.   Yes.
10       Q.   Now, de Roos 2003 --
11       A.   And again, I'm not subscribing to
12   the ten-year -- I told you, I'm personally
13   not --
14       Q.   You're agnostic.
15       A.   I'm agnostic on the latency period.
16       Q.   I understand.
17       A.   But I respect my colleagues.
18       Q.   Now, De Roos in the 2003 study
19   presents results for a logistic and a
20   hierarchal regression analysis; correct?
21       A.   Yes.
22       Q.   And those analyses are described on
23   page two of the De Roos 2003 study; correct?
24   The left-hand column, middle of the page
25   talks about statistical analyses?

Page 234

1    A.   Yes.
2    Q.   And as explained in that
3  statistical analysis section, De Roos
4  controlled for other pesticide exposures in
5  the hierarchal regression analysis; correct?
6    A.   Yes.
7    Q.   Did not -- De Roos did not control
8  for these other pesticide exposures in the
9  logistic regression analysis; correct?
10   A.   No.
11   Q.   Again, the answer is unclear from
12 my question.  Is it correct that Dr. De Roos
13 did not control for the other pesticide
14 exposures in the logistic analysis?
15   A.   That's correct.
16   Q.   Let's move on to the Lee study.
17     MR. LASKER:  And this will be
18   Exhibit 14-19.
19     (Exhibit 14-19, Non-Hodgkin's
20   Lymphoma Among Asthmatics exposed to
21   Pesticides  marked for identification, as
22   of this date.)
23   Q.   So, Lee, the Lee study likewise
24 uses pooled data from the same case-control
25 studies in the United States; correct?

Page 235

1    A.   Yes.
2    Q.   So, Lee would have the same latency
3  issue as Cantor and De Roos 2003; correct?
4    A.   Yes.
5    Q.   The odds ratio I think you have
6  already noted for Lee for glyphosate was not
7  adjusted for exposure to other pesticides;
8  correct?
9    A.   Yes.
10   Q.   Now, in your report, you discuss
11 the fact that there was odds ratios provided
12 for glyphosate for non-asthmatics and then
13 for asthmatics; correct?  Page 15 of your
14 expert report.
15   A.   Yes.
16   Q.   And there are different point
17 estimates of 1.4 and 1.2 that were found in
18 that study, but you state that there was no
19 evidence or no indication of an effect
20 modification in that study; correct?
21   A.   Yes.
22   Q.   So, the fact that you have point
23 estimates of odds ratios that are different,
24 that in and of itself, just a different
25 number, doesn't provide you with an

Page 236

1  indication of a true difference; correct?
2    A.   Yes.
3    Q.   What sort of analysis would you
4  need to see to determine whether there has
5  been an actual meaningful difference between
6  two different groups in a study?
7    A.   Well, there is an analysis called
8  effect modification, which is some kind of --
9  I'm not a statistician, but that analyzes for
10 whether the two analyses are statistically
11 different from each other.  It's basically
12 looking at whether subgroups differ from each
13 other, and whether the fact that being
14 asthmatic would somehow make you more or
15 less, or being not asthmatic would somehow
16 make you somehow respond differently, let's
17 say, to an herbicide than being not --
18 than -- whether having asthma somehow plays a
19 role in your susceptibility to the exposure
20 vis-a-vis the outcome.
21   Q.   So, if I understand correctly, as
22 an epidemiologist, when you see different
23 point estimates for different groups that are
24 being studied, to determine whether that is a
25 meaningful difference, you would like to see

Page 237

1  some sort of statistical analysis to see if
2  they are -- those two groups are
3  statistically significantly different;
4  correct?
5    A.   Correct.
6    Q.   Okay.  I would like to refer you
7  back again to Dr. Ritz's report, at pages 15
8  to 16.
9    A.   Dr. Ritz's report?
10   Q.   Yes.
11   A.   Which page?
12   Q.   Pages 15 and 16.  And at these
13 pages in Dr. Ritz's report, she is discussing
14 the findings of, as I call it, the North
15 American Pooled Project; correct?
16   A.   You mean on the bottom of 15?
17   Q.   And over to -- and continuing on to
18 page 16.
19   A.   Okay.
20   Q.   Now, the North American Pooled
21 Project was also discussed in Dr. Blair's
22 deposition, which you read; correct?
23   A.   Yes.
24   Q.   And the North American Pooled
25 Project pooled the data from all of the

1 case-control studies in the United States and
2 Canada; correct?
3     A.   I believe so, yes.
4     Q.   So, the North American Pooled
5 Project contains all the data that is in
6 De Roos 2003 and then also the data in
7 McDuffie 2000; correct?
8     A.   McDuffie --
9     Q.   2001.
10     A.   Yes.
11     Q.   So, just like we talked about
12 earlier with Hardell, the NAPP analysis now
13 is a later study that pools all the data from
14 the earlier case-control studies, and that's
15 the study that you can look to for the most
16 up-to-date data from all those studies.
17 Correct?
18     A.   I wouldn't know.
19     Q.   As a general matter, if it is in --
20 strike that.
21     If it is correct that the North
22 American Pooled Project has pooled the data
23 from the De Roos 2003 and McDuffie 2001
24 study, then that study would provide the most
25 fulsome information and would be the study

1 that you would look to for any conclusions
2 from all of those case-control studies;
3 correct?
4     A.   Again, I -- since I haven't looked
5 at it and I don't know what it exactly did, I
6 wouldn't know.
7     Q.   Okay.  Well I'm not talking
8 about -- let me just back up.
9     So, we already talked about the
10 Hardell study and the fact that that pooled
11 two earlier studies, and so in your analysis,
12 you looked at the later pooled analysis from
13 Hardell 2002; correct?
14     A.   Yes.
15     Q.   And if in fact, and I will ask you
16 to assume, but you have read Dr. Blair's
17 deposition as well, the NAPP pooled the data
18 in De Roos 2003 and McDuffie 2001, then you
19 would look to that NAPP data for the -- to
20 analyze the full set of case-control
21 information from the North American
22 case-control studies; correct?
23     A.   I'm sorry, say that last question
24 again.
25     Q.   Okay.  So, if it is correct, as

1 Dr. Blair testified, that the North American
2 Pooled Project pooled all the data from
3 McDuffie 2001 and De Roos 2003, then you
4 would no longer look at those earlier
5 studies, you would look at the pooled
6 analysis in the North American Pooled
7 Project, to determine whether that data
8 provides evidence of an association between
9 glyphosate and NHL; correct?
10     A.   Since you are telling me this out
11 of a context that I don't know, I -- I --
12 it's difficult for me to answer the question
13 with any degree of confidence.
14     Q.   As a methodological question,
15 though, just so I am clear, when you have a
16 case-control study that pools data from
17 earlier case-control studies, you look at
18 that later pooled analysis; correct?  That's
19 what you did in your report; correct?
20     A.   That's what I did for those
21 particular studies.  Whether I would do it
22 for this other study, I don't know.
23     Q.   Do you agree with Dr. Ritz, and
24 maybe you just don't have an opinion, that
25 the findings in the North American Pooled

1 Project are relevant to the causation
2 analysis for glyphosate and non-Hodgkin's
3 lymphoma?
4     A.   I have no way of knowing, since I
5 haven't looked at it, evaluated it or
6 assessed it.  Aside from what I read in the
7 transcript from Dr. Blair, I think, I really
8 don't have any knowledge or information about
9 it.
10     Q.   You are aware that the findings
11 from the North American Pooled Project have
12 been presented at a number of scientific
13 conferences; correct?
14     A.   I know they were presented at the
15 one meeting.  I don't know that they keep
16 repeating the same data at different
17 meetings.  That is not usually considered
18 kosher.
19     Q.   And why is it not considered kosher
20 to keep --
21     A.   To keep presenting the same data
22 over and over again?
23     Q.   Yes.
24     A.   It's like, you know -- I guess
25 that's like repeat publications, you know.  I

1  mean, I'm not criticizing them. I'm simply
2  saying, you know, you don't usually publish
3  the same thing over and over again. Repeat
4  publications.
5      There may be different meetings
6  where, you know, under different
7  circumstances, where, with modifications, you
8  know, and updates, different analyses are
9  included, updated, variations.
10     I'm not criticizing other
11 scientists. I'm simply saying you wouldn't
12 just repeat -- you wouldn't do the same thing
13 several times at different places. That
14 would be -- you know, it would be like -- I
15 don't know what word to use. It would be --
16 it would be like publishing the same thing
17 two different places. You would get two
18 publications out of one, you know.
19     Q.  So, in her expert report, Dr. Ritz
20 only discusses the odds ratios found by the
21 NAPP before it adjusted for the use of other
22 pesticides; correct?
23     A.  Shall I read her paragraph? Is
24 that --
25     Q.  You don't know one way or the

1  other?
2      A.  The question is, what does she say?
3      Q.  The question is what she reported,
4  whether she reported adjusted odds ratios or
5  unadjusted odds ratios for other pesticide
6  exposures.
7      MR. ADLER: You mean Dr. Ritz?
8      MR. LASKER: Dr. Ritz.
9      A.  So, I can't tell. She doesn't say.
10 She doesn't say what it's adjusted for.
11     Q.  Let's -- I'm going to have you take
12 a look at the next exhibit in line, and this
13 was --
14     MR. LASKER: We will mark this as
15 Exhibit 14-20.
16     (Exhibit 14-20, An Evaluation of
17 Glyphosate Use and the Risk of
18 Non-Hodgkin Lymphoma Major Histological
19 Sub-Types in the North American Pooled
20 Project marked for identification, as of
21 this date.)
22     Q.  And Dr. Neugut, this is a slide
23 presentation that was marked as an exhibit in
24 Dr. Blair's deposition, and I believe you
25 read his testimony about the data presented

1  with respect to this study. Correct?
2      A.  A while ago, but yes.
3      Q.  And if I could ask you to turn
4  to -- and I will represent to you that this
5  slide deck is for the same conference, the
6  ISEE conference in Brazil, that Dr. Ritz is
7  discussing in her expert report. On page 15,
8  she talks about the presentation of ISEE.
9      Do you see that?
10     A.  Yes.
11     Q.  So, the -- on the ninth --
12 unfortunately, they are not numbered. If you
13 could count nine pages into the slide
14 presentation, there is a data table of
15 glyphosate use and NHL risks.
16     Do you see that?
17     A.  It's two-sided.
18     Q.  It's open, pointing up. Right
19 there?
20     A.  This one?
21     Q.  Yeah.
22     MR. TRAVERS: Eric, just to
23 clarify, do you recall which exhibit this
24 was from the Blair deposition?
25     MR. LASKER: I do not, I'm sorry.

1      Q.  This table presents an ever/never
2  overall odds ratio for glyphosate and NHL;
3  correct? Both for NHL in total and for
4  various subtypes; correct?
5      MR. TRAVERS: I'm just going to
6  object. He hasn't relied on this for his
7  expert opinion and hasn't previously
8  reviewed any of this data.
9      A.  What he said.
10     Q.  Okay. Just so I am clear, I know
11 you haven't looked at this before, but I'm
12 asking you, the data presented there --
13     A.  Yes.
14     Q.  -- is from the North American
15 Pooled Project for glyphosate use and NHL
16 risks overall and for various subtypes;
17 correct?
18     A.  Yes.
19     Q.  And for the overall odds ratio,
20 they present one odds ratio that is not
21 adjusted for other pesticide exposures;
22 correct? That is ORA.
23     A.  Yes.
24     Q.  And then another odds ratio, or
25 ORB, that is adjusted for the use of 2,4-D,

1  dicamba and malathion; correct?
2      A.   Yes.
3      Q.   For ever/never use, the odds ratio
4  for glyphosate and non-Hodgkin's lymphoma,
5  after adjusting for exposure to 2,4-D,
6  dicamba and malathion, is 1.13 and it is not
7  statistically significant; correct?
8      A.   Yes.
9      Q.   So, the NAPP, for its adjusted odds
10 ratio, pooling all the case-control data from
11 North America, had a null finding for
12 ever/never glyphosate use and non-Hodgkin's
13 lymphoma; correct?
14     A.   Had a positive but null finding,
15 yes.
16     Q.   We talked earlier about your
17 definition of "positive."  Under your
18 definition we talked about this morning, the
19 North American Pooled Project, pooling all of
20 the data from the De Roos 2003 and the
21 McDuffie 2001 study, adjusted for use of
22 other pesticides, had a null finding for
23 glyphosate and non-Hodgkin's lymphoma;
24 correct?
25         MR. TRAVERS:  Objection, misstates

1  his prior testimony.
2      Q.   That's correct?
3      A.   Yes.
4      Q.   If you could turn to -- and this is
5  the slide that is the third slide from the
6  end of the entire deck, so go to the end of
7  the slide deck and count sort of three from
8  the end.  You will see another table.  It
9  says "Proxies versus Self-Respondents."  It
10 looks, Dr. Neugut, like this.  Just go to
11 very end of the study, and then count back.
12 There you go.  Do you see that?
13         So, here we see the results of the
14 North American Pooled Project for this
15 dose-response analysis, and they have
16 duration, they have frequency, and they have
17 lifetime days; correct?
18     A.   Yes.
19     Q.   So, the frequency is the measure
20 that McDuffie reported just for Canada, and
21 now we have the full pooled dataset.
22 McDuffie reported frequency in her study;
23 correct?
24     A.   McDuffie reported --
25     Q.   Frequency, days per year.

1      A.   Yes.
2      Q.   We now have, with the North
3  American Pooled Project pooling all of that
4  data together, we have information on
5  cumulative exposures, which multiplies
6  frequency by duration; correct?
7      A.   Yes.
8      Q.   So, that doesn't have the potential
9  misclassification issue for dose-response
10 that we talked about in McDuffie; correct?
11     A.   Correct.
12     Q.   And when you look at the complete
13 pooled data from McDuffie and from De Roos
14 2003, for this cumulative exposure
15 measurement, glyphosate does not show
16 evidence of a dose-response; correct?
17     A.   Which line are you looking at?
18     Q.   The bottom line, lifetime days.
19 That would be cumulative exposure; correct?
20 Duration times frequency.
21     A.   Yes.  It doesn't show, um-hum.
22     Q.   So, just to be clear, the complete
23 data pooled from McDuffie and from De Roos
24 2003 for cumulative exposure to glyphosate,
25 does not provide evidence of a dose-response;

1  correct?
2      A.   I wouldn't go that far.  I mean,
3  you have the frequency showing -- showing a
4  relationship.
5      Q.   Again, let me -- let me state the
6  question again.
7          You have -- you have duration, you
8  have frequency, and you have lifetime days;
9  correct?
10     A.   Yes.
11     Q.   And lifetime days, that is a
12 cumulative exposure measure of the type that
13 you used in that study in Long Island;
14 correct?
15     A.   So, you know, you don't know what
16 is the right association or the right -- the
17 variable to use in any given analysis.  To
18 say because you did it in that study in 2006,
19 that's what you should be doing in this study
20 in 2017, or that they should be doing with a
21 different outcome, that's-- that's foolish.
22     Q.   Let me ask this question, and let's
23 see if I can get a clear answer.
24          For cumulative exposure --
25     A.   Hmm?

1     Q.   For cumulative exposure --
2     A.   Right.
3     Q.   -- the complete pool of data from
4  McDuffie and from De Roos 2003 does not show
5  evidence of a dose-response for glyphosate
6  and non-Hodgkin's lymphoma; correct?
7     A.   So, cumulative exposure as measured
8  this way, and as they analyzed it here, and
9  as I am not seeing in a fully published
10  report that is peer reviewed in a journal,
11  and as I am not having the ability to analyze
12  it carefully, then yes, as you are showing it
13  to me in this table, you are correct.  But to
14  say that this is the be all and end all of
15  everything is not -- not fair.
16     Q.   Just to be clear, the North
17  American Pooled Project pooled together all
18  the data from McDuffie and from De Roos 2003;
19  correct?
20     A.   I don't know.  I told you I haven't
21  had a chance to look at it, and you are
22  giving it to me now for the first time to
23  look at in a slide like this.  I didn't even
24  get to hear the speaker say it out loud or go
25  to Brazil.  So, to -- you know.

1     Q.   Dr. Neugut, you did have the
2  opportunity to read Dr. Blair's deposition
3  testimony when he talked about these
4  findings; correct?
5     A.   But they weren't published, and I
6  didn't consider them in my report.
7     Q.   You had the opportunity to review
8  these findings, if you wanted to.  They were
9  exhibits to Dr. Blair's deposition.
10     A.   They weren't published.
11     Q.   You considered unpublished data for
12  these plaintiffs' attorneys, as an expert
13  witness --
14     A.   I told you that was under other
15  circumstances and a different context.  To
16  bring it now into this is a different issue.
17  Here we are considering a different question
18  under different circumstances.
19     Q.   And you made a decision not to
20  consider the data in the North American
21  Pooled Project or in the 2013 AHS analysis
22  after reading Dr. Blair's deposition, but
23  without actually yourself looking at the
24  data; correct?
25     A.   Yes.

1     Q.   So, after reviewing Dr. Blair's
2  deposition and his testimony of the findings
3  of those -- of the North American Pooled
4  Project and the 2013 AHS data --
5     A.   Wait.  I'm sorry.  You are
6  mischaracterizing my statement.  I didn't
7  look at the answers and then say I'm not
8  going to include it.  A priori, I didn't
9  include anything that wasn't published.
10        The fact that he then happened to
11  then -- I happened to then read his
12  transcript, and in his transcript there was a
13  characterization or description of
14  unpublished data didn't then come into --
15  didn't then -- I didn't then say, oh, look at
16  that, I'm now not going to include that
17  because it either bears on or doesn't bear
18  on.  The decision up front was not to include
19  unpublished data, up front.
20     Q.   Were you aware prior to reading
21  Dr. Blair's deposition that there was
22  additional data from the Agricultural Health
23  Study?
24     A.   No.
25     Q.   Were you aware prior to reading

1  Dr. Blair's deposition that there was
2  additional data that had been presented in
3  scientific --
4     A.   No, I wasn't aware of the NAPP
5  study.
6     Q.   -- conferences from the North
7  American Pooled Project?
8     A.   No, I was not, but as I said in my
9  report, my takeoff for this entire evaluation
10  was from the original IARC study, and I have
11  tried to follow the -- take that as my --
12     Q.   I understand.
13     A.   My, shall we say takeout point, and
14  to follow the guidelines of IARC and to stick
15  more or less closely or reasonably to, to
16  whatever their characterization has been, and
17  I have -- and -- and if things have been
18  published subsequent to that, that's been
19  fair to include, and I have reviewed whatever
20  publications, et cetera, have emanated
21  subsequent to that, peer-reviewed, et cetera.
22        But I have followed the IARC
23  guidelines, and I state that in my -- I
24  believe somewhere in my report, or say
25  something to that effect, and I have stuck to

1    that, and --
2       Q.   That wasn't clear to me, so let
3    me --
4       A.   And I have been -- I believe I have
5    tried to be consistent with that.  If
6    subsequently there were other unpublished
7    things, and I -- it is stated specifically in
8    my report, and I -- I believe, and I have
9    tried to adhere to that, and if you want to
10   say that in a different litigation, that
11   wasn't the rules or that I in one particular
12   unpublished thing -- again, as I say, I
13   believe that was an error on my part, because
14   I misunderstood that particular follow-up
15   study, but that's a different issue.
16          But -- but in general, I think
17   peer-reviewed published things should be, you
18   know, the name of the game.
19      Q.   Let me just make sure I understand
20   your testimony then, because I didn't
21   appreciate this.
22          Am I correct then in my -- let me
23   just ask the question.  Am I correct then in
24   my understanding, Dr. Neugut, that in
25   assessing the epidemiological evidence for

1    this case, for glyphosate and non-Hodgkin's
2    lymphoma, you followed the methodology that
3    is used by IARC?
4       A.   I don't want to say I got 17 people
5    together and put them in a room and, you
6    know, talked to them that way.
7       Q.   Fair enough.
8       A.   But I tried to adhere -- since I --
9    I believe that they are the most
10   authoritative and reasonable way to do this,
11   they were certainly the takeoff point.  They
12   were what initially, shall I say, convinced
13   me or persuaded me that glyphosate and NHL
14   had an association, and I have tried -- at
15   least insofar as trying to subsequently form
16   opinions in this case, since IARC was the
17   original platform from which this all
18   emanated, I have tried to adhere to their
19   criteria and methodologies for establishing,
20   I guess what I would consider to be public
21   policy, as well as judgments with regard to
22   this issue.
23      Q.   Okay.  So just -- that's fair.  So,
24   I understand then that for your expert
25   opinion in this case, you have, in analyzing

1    the epidemiological literature, sought to
2    adhere to the preamble and the guidelines as
3    to how that data would be considered by IARC;
4    correct?
5       A.   Yes.  I mean, if I may have
6    deviated or made a few mistakes along the
7    way, a couple of mistakes, you know, in
8    interpreting a couple of the papers, that is
9    on my head, but -- and if I -- I may make
10   errors.  I'm human, too.  But then, that's on
11   me, but -- but I have tried to follow that
12   methodology, because I think it is a
13   reasonable one, and I think it's a correct
14   one for public policy.
15      Q.   Okay.  And for other cases, where
16   you were not starting off with an IARC
17   monograph, you employed a different
18   methodology for reaching a causation opinion
19   from epidemiological studies.  Is that fair?
20      A.   Not necessarily.  I mean, as I say,
21   I am not sure in the Actos case that I didn't
22   make an error with regard to the particular
23   instance where you pointed it out.  I think I
24   misread -- I think I may have
25   mischaracterized the follow-up data there.  I

1    think I thought -- there was a fourth
2    follow-up, and I think I thought, given how
3    it was presented to me, I thought it was
4    actually a publication.
5           If you would have seen -- I mean,
6    this is a couple of years ago.  I believe
7    that the way the fourth -- that was the
8    fourth follow-up to a large cohort study, and
9    I believe the way it was presented to me, it
10   looked to me like a publication, and I
11   believe at the time I thought it was actually
12   a publication.
13          But putting that aside, I don't
14   know that I was -- that I actually had a
15   different attitude at the time, but it may
16   well be that under other circumstances, I
17   might use a different approach, depending on
18   the context or the circumstances and whatever
19   it might demand in a certain case.
20      Q.   And let's just take it outside of
21   litigation altogether.  When you are doing an
22   epidemiological analysis as part of your
23   independent scientific research, do you
24   follow the IARC methodology then, or do you
25   have other methodologies that you use for

Page 258

1    your independent assessments?
2        A.   It depends on the context.  Again,
3    for the purposes of public policy, and where
4    you are making true public health or issues
5    that affect standard of care, public people,
6    public health, et cetera, then I think you
7    have to adhere strictly to peer -- the IARC
8    rules and public policy, peer-reviewed
9    things.
10       If I am sitting around trying to
11   decide how to do my next study, then I can
12   have more informality and look at things that
13   are not necessarily published.  When I am
14   talking to my peers or to my schleppers or
15   to -- you know, to my students, and we are
16   looking at someone down the hall has data, so
17   obviously that is not published, and we are
18   looking at someone's data from down the hall,
19   to look at, so then I have -- I am entitled
20   to do whatever I want to do, but then I am
21   not also publishing it in the public sphere
22   necessarily.
23       But occasionally, of course, you do
24   publish -- even in peer-reviewed
25   publications, you might publish something and

Page 259

1    say it's un- ---
2        Q.   Referring to unpublished data?
3        A.   You may refer to unpublished data,
4    but then you say that it is, but then it
5    doesn't carry the same weight.  It doesn't
6    carry the same weight, and it's subject to
7    criticism, and you can never be certain about
8    it, and it doesn't have the same veracity or
9    the same, you know, confidence, et cetera.
10       And as I have said, I have had my
11   own articles.  You know, I once thought I had
12   the solution to colon cancer, you know, which
13   got turned down by 12 journals in a row, and
14   before I finally got through my head that it
15   really was wrong.
16       MR. LASKER:  Well, that's -- we are
17   running out of tape, so why don't we take
18   a break here, because the tape is going
19   to run out, and if it's not being taped,
20   it doesn't actually count.
21       So, let's take a break and we'll
22   start again.
23       THE VIDEOGRAPHER:  The time is
24   3:36 p.m.  We are off the record.
25       (Recess taken.)

Page 260

1        THE VIDEOGRAPHER:  The time is
2    3:42 p.m.  We are on the record.
3    BY MR. LASKER:
4        Q.   Dr. Neugut, I just want to follow
5    up on something you said before we went on
6    the break.  I first want to put my microphone
7    on, and then I'm going to say it again.
8        Before we took a break, you were
9    talking about reaching or conducting
10   assessments for public policy, public health
11   issues; correct?  I think that was one of the
12   things you mentioned.  Where you are trying
13   to reach an assessment for public health
14   determination, you would follow the IARC
15   criteria; correct?
16       A.   Yes.
17       Q.   And part of this public health
18   analysis that you are doing is intended to
19   provide a level of precaution for
20   populations; correct?
21       A.   Yes.
22       Q.   And there is something called the
23   precautionary principle.  You are familiar
24   with that?
25       A.   No.

Page 261

1        Q.   Now, you also, though, in other
2    contexts would do an assessment of a
3    potential causal inference where you are not
4    looking at a public health question, but you
5    are trying to zero in on a scientific
6    assessment of what the true answer is, as
7    opposed to what it might be; correct?
8        A.   Possibly.
9        Q.   When you are conducting an
10   assessment of the epidemiological literature
11   for this other purpose, for a scientific
12   assessment, to dig down and be able to reach
13   a scientific as opposed to a public health
14   conclusion, you might have a different
15   methodology that you would use.  Is that fair
16   to say?
17       A.   Possibly.
18       Q.   With respect to the -- I just have
19   one more question on --
20       A.   I might add to that, that we are
21   not in a scientific context here either.
22   Here we are -- we are in a legal context, and
23   the rules for the law are different than the
24   rules for science.  And I am not a lawyer.
25       But, for example, you know, when --

1  when IARC says that something is a probable
2  carcinogen, that is well beyond what would be
3  legalese, in my -- in my unexpert opinion,
4  that would be well beyond what would be
5  sufficient to define a causal association for
6  legal purposes.  So, if we are going to start
7  fooling around with definitions of different
8  causal definitions, based on different
9  contexts, then you are going to have to
10  change -- you are going to have to define
11  what context we are standing in, to be able
12  to define what are the rules by which we are
13  going to play the game.
14      Q.   Okay.  And it would be fair then
15  for me to understand that you have followed a
16  methodology in this case that is not a
17  methodology that would be as -- what one
18  would do for purposes of science, but is one
19  that you -- in your understanding, is
20  sufficient for purposes of the legal question
21  in this case.  Is that fair?
22      A.   I would say, if anything, it's
23  more -- it's more rigorous than would be
24  necessary for legal purposes, because again,
25  the IARC rules are -- in my understanding,

1  are beyond -- are more stringent than legal
2  rules.
3      Q.   And that understanding has --
4      A.   That's my understanding, not as a
5  lawyer, as a, I don't know, scientist or
6  academic.
7      Q.   And that understanding has helped
8  determine how you approached the question
9  of -- in your analysis of the epidemiological
10  literature for this case.
11      A.   I am approaching it from that
12  perspective here.  Again, whether that
13  applies or does not apply for your purposes
14  or for their purposes, or in the context of
15  cases when they come up in subsequent
16  litigation, is different, and if
17  modifications will then be necessary in terms
18  of how to use unpublished data or things like
19  that, it -- because we'll then be in a
20  different context or different framework,
21  that may or may not be necessary or
22  reasonable.
23      Q.   Understood.
24      So, I just want to finish up,
25  though, on the NAPP slide deck, which is

1  Exhibit 14-20, because we were looking at the
2  third page from the end, this proxies versus
3  self-respondents, and there was another
4  column here that I want to ask you about,
5  because they have the results for proxy and
6  self-respondents, and then they have a
7  separate column that is self-respondents
8  only.  Do you see that?
9      A.   Yes.
10      Q.   And do you agree with Dr. Blair,
11  and he testified to this in his deposition,
12  we can look at it if you would like, that in
13  epidemiological analyses, information
14  provided by cases are generally considered
15  more reliable than information provided by
16  proxies?
17      A.   Yes.
18      Q.   So, when the NAPP investigators
19  focused on the data without proxies and cases
20  only, or the pooled data from McDuffie and
21  De Roos 2003, they found an ever-never odds
22  ratio for glyphosate and non-Hodgkin's
23  lymphoma of 0.95; correct?
24      A.   Yes.
25      Q.   And so, this most reliable odds

1  ratio for ever-never use of glyphosate from
2  the U.S. and Canadian case-control studies is
3  to the left, if you will, of the null finding
4  or below 1.0; correct?
5      MR. TRAVERS:  Objection to form.
6      A.   Well, you know, you give up
7  something when you -- that's true, but you're
8  also -- it means you have more empty spaces,
9  too.  You have more unanswered -- I don't
10  know that -- again, as I said before, I don't
11  know this data.  I'm not looking at tables.
12  That means there is going to be more empty
13  boxes in your -- there are going to be more
14  non-respondents in both the cases -- in the
15  cases and the controls, so you have given up
16  something as well.
17      Q.   Power.  You have given up some
18  power; correct?
19      A.   It goes beyond power.  It goes --
20  again, we were talking before about random
21  classification.  You have empty cells.
22  It's -- there is -- nothing is free.
23      Q.   But as between proxy and
24  self-respondent data, and self-respondent
25  data alone, you can have, at least with

Page 266

1    respect to the information reported, more
2    confidence in the data that is reported by
3    the respondents; correct?
4        A.   The validity of the data is better.
5        Q.   And you are aware that the North
6    American Pooled Project has published in the
7    peer-reviewed literature its findings for the
8    U.S. and Canadian case-control studies for
9    glyphosate and multiple myeloma; correct?
10       A.   I know they published some of their
11   results.  I don't know offhand specifically
12   which.  I will take your word for it.
13       Q.   And you are aware that the
14   Agricultural Health Study has also published
15   its findings, updated findings, for other
16   types of pesticides and non-Hodgkin's
17   lymphoma; correct?
18       A.   Yes.
19       Q.   And sitting here today, you cannot
20   say that any of the methodologies that were
21   used in the 2013 AHS data that we discussed,
22   or in this North American Pooled Project
23   slide deck that we just discussed for
24   glyphosate and non-Hodgkin's lymphoma,
25   differs from the methodologies that were used

Page 267

1    in these peer-reviewed published studies;
2    correct?
3        A.   Correct.
4        Q.   Let's look at the Eriksson study.
5    I know we have looked at it before, but I
6    have a few more questions.
7        A.   Eriksson?
8        Q.   Eriksson, and I don't know what
9    number that is.  14-13.
10           Now, this is also, like the
11   McDuffie study, an exploratory analysis;
12   correct?
13       A.   Exploratory meaning that they did
14   not start off with a particular specific
15   pesticide or herbicide in mind to test, if
16   that's what you mean.
17       Q.   Correct.
18       A.   Is that what you mean?
19       Q.   Yes.
20       A.   Yes.
21       Q.   And in your expert report, you
22   state that the odds ratios in this study were
23   adjusted to account for possible confounding
24   from use of other pesticides; correct?  It's
25   page 16 of your report, if that helps.

Page 268

1        A.   Yes.
2        Q.   Now, in fact, the only adjusted
3    odds ratio -- the only odds ratio that is
4    reported in Eriksson that was controlled for
5    the bounding by other pesticides is that
6    single table seven on page 1661 of the study;
7    correct?  Where they have the multivariate
8    findings.
9        A.   Yes.
10       Q.   So, none of the other odds ratios
11   reported in Eriksson, other than that
12   multivariate odds ratio reported in table
13   seven, are adjusted for confounding by other
14   pesticides; correct?
15       A.   That's correct.
16       Q.   And if I could direct you to page
17   1658, in the left-hand column, all the way to
18   the bottom, when they are talking about their
19   statistical methods.  Do you see that?
20       A.   Yes.
21       Q.   And the last three lines on that
22   column, in the univariate analysis, and that
23   is the analysis that they use in presenting
24   all the other odds ratios in this report;
25   correct?

Page 269

1        A.   Yes.
2        Q.   In the univariate analysis,
3    different pesticides were analyzed
4    separately, and the unexposed category
5    consisted of subjects that were unexposed to
6    all included pesticides.
7            Do you see that?
8        A.   Yes.
9        Q.   That was the same issue we saw in
10   the Hardell 2002 study; correct?
11       A.   I don't recall, but okay.
12       Q.   And that is, as you testified with
13   respect to Hardell, a methodological flaw,
14   because it prevents any analysis that
15   accounts for other pesticide exposures;
16   correct?
17       A.   I'm not following.
18       Q.   If the unexposed category is
19   defined as individuals unexposed to all
20   included pesticides, and the exposed category
21   for glyphosate can include individuals with
22   glyphosate exposures who were also exposed to
23   other pesticides, that is a methodological
24   flaw in the study; correct?
25       A.   Why?

Page 270

1    Q.   Because in a case-control study,
2  you are trying to pull populations of exposed
3  individuals from the same population.  You
4  want to have the controls be from the same
5  population as the cases; correct?
6    A.   But that's not a flaw in the study.
7  That is simply the reality of the universe
8  and of people in the population.  I mean,
9  people are exposed or they are unexposed.
10   Q.   Well, I understand that.  But if
11 you are defining "unexposed" to exclude
12 individuals with exposures to other
13 pesticides, and you are not doing that for
14 the cases --
15   A.   Then that would mean then that --
16 so, so that essentially what you are saying
17 then is, if I may analogize, if you want
18 to -- let's say we took asbestos and
19 cigarette smoking and lung cancer --
20   Q.   Sure?
21   A.   -- as an analogy, and I said I
22 wanted to know what the effect of asbestos
23 was on lung cancer, but I wanted to control
24 for tobacco use, so I could only take
25 cigarette smokers, I would have to have

Page 271

1  everybody be a smoker both in the case group
2  and the control group, because if I had
3  someone who wasn't exposed to cigarette
4  smoking, I wouldn't know what to do with
5  them.
6    Q.   No, I think it would be a little
7  bit --
8        MR. TRAVERS:  He is still talking,
9  I think.
10   A.   No, I was finished.
11   Q.   It would be a little bit different,
12 I guess.  If you were to do a study of
13 asbestos and tobacco, smokers, and you had
14 for your exposed group individuals with
15 exposure to asbestos who might be exposed to
16 cigarettes, but for your unexposed group you
17 excluded anybody who had exposure to
18 cigarettes, as a definition, that would be a
19 problem; correct?
20   A.   I don't agree.  I mean, I think the
21 best you can do is, you can put the exposures
22 in everybody's way.  You know, you can take a
23 group where everyone has got an equal chance
24 of being exposed to all the exposures.
25 That's the way to do a -- that's the, shall

Page 272

1  we say, the methodologically appropriate and
2  sound way to do it.
3    Q.   Okay.
4    A.   As opposed to, let's say, taking
5  people who live on -- in the 10021 area code,
6  where they are never going to see, you know,
7  herbicides in any meaningful way, as the
8  control group for farmers, so to speak.  So,
9  you want to take everybody, let's say, being
10 a farmer, where everybody has an equal chance
11 of being exposed to herbicides.
12        Now, it may well turn out that in
13 one particular farmer or that some group of
14 farmers isn't going to use herbicides,
15 because they are organic --
16   Q.   Understood, understood.
17   A.   -- or something like that.  So,
18 that's fine.  They're still -- they're still
19 fine.  They're still in the thing.  To say
20 that therefore, they are screwing up your
21 study in some methodological way is not fair.
22 That's -- if that's what you are implying,
23 then --
24   Q.   No.  I think you are
25 misunderstanding me.

Page 273

1    A.   Then I am misunderstanding you.
2    Q.   Let's go back to this.
3        The statement in the Eriksson study
4  is that for the unexposed category, for the
5  unexposed group --
6    A.   Unexposed to herbicides.
7    Q.   Well, the unexposed for glyphosate
8  would be unexposed to glyphosate; correct?
9    A.   But I think here they are talking
10 about unexposed to any pesticide.
11   Q.   Right.
12        So, each of the different
13 pesticides was analyzed separately, so you
14 look at a group that was exposed to that
15 pesticide, and you are looking at, as your
16 unexposed group, an individual that is not
17 exposed to any pesticides.  So, there you
18 have farmers --
19   A.   But he is a farmer and he chose not
20 to be exposed.  That was his -- that's life.
21 That's his lifestyle or whatever choice.
22   Q.   Well, no, I understand if they
23 happen to have somebody who is not exposed.
24 That is one thing.  But here, in order to be
25 part of the analysis, they define "unexposed"

1  as requiring that there is no exposure to
2  other pesticides; correct?  That's what
3  Eriksson is stating here.
4       A.   The unexposed were not exposed to
5  other pesticides, yes.
6       Q.   Any pesticides.
7       A.   Any pesticides, right.
8       Q.   So, that would be taking a
9  non-farmer and putting them in the exposed
10  group --
11       A.   No.
12       Q.   -- and having a farmer in the
13  exposed group.
14       A.   I don't agree.  It would be taking,
15  as I said, a farmer who wasn't exposed to
16  pesticides.  Well, I don't know.  What was
17  the control group?  Maybe I am -- maybe I am
18  misunderstanding what the control group is
19  here.
20       Q.   Well, let me --
21       A.   Oh, I see.  These are just general
22  population controls.  Okay.  So, these are
23  people who are not exposed to any pesticides,
24  yeah.
25       Q.   If the analysis or case-control

1  study allows for exposure to other pesticides
2  when you are measuring, let's say glyphosate,
3  as an exposed case, you can have somebody who
4  is exposed to glyphosate and also exposed to
5  2,4-D and malathion, but for your control --
6  for your unexposed, I'm sorry, you are not
7  allowing them to be counted if they have
8  exposures to any pesticide.  Then your
9  unexposed population now is not the same
10  population as your exposed population;
11  correct?  You are drawing from different
12  populations now.
13       A.   So, but you are allowed to do that
14  as long as you create the same condition for
15  both the cases and the controls.  So,
16  therefore, you could specify that, if you
17  also specify that the case group cannot be
18  exposed to any other herbicide.
19       Q.   If you define "unexposed," though,
20  as not allowing for exposures to any other
21  pesticides at all --
22       A.   Except for glyphosate.
23       Q.   No.  The unexposed would be none.
24  The exposed group would have glyphosate and
25  others.

1       A.   And no other herbicide.
2       Q.   Okay.  So, if the exposed group is
3  glyphosate and no other pesticide --
4       A.   Correct.
5       Q.   -- and the unexposed group is no
6  pesticide, that's fine.
7       A.   Correct.  That's legal.  That's,
8  that's -- that is -- wrong word.  That's --
9       Q.   Allowed.
10       A.   Allowed.
11       Q.   If the exposed group, though, is
12  exposure to glyphosate and other pesticides,
13  then it would not be proper to --
14       A.   Correct.
15       Q.   -- define "unexposed" as having no
16  pesticide exposures.
17       A.   Absolutely right.
18       Q.   And if that's what was done in the
19  Eriksson study, that would be a flaw.
20       A.   Right.  And, you know, recognizing
21  that you're -- what word would I use --
22  manipulating or playing with the data to some
23  degree or -- and since, as you said at the
24  beginning when we picked up this paper, this
25  is an exploratory study, the term -- that is

1  precisely what an exploratory study is all
2  about.  It allows you to explore to see
3  what's going on and to do sort of the
4  subgroup analyses to see what happens if you
5  do this or if you do that, as long as you
6  adhere to some reasonable guidelines to make
7  everything kind of logical and
8  commonsensical, and not be too biased, if you
9  will, in terms of how you play the data or
10  play the subgroups against each other.
11       Q.   And so, for all of the analyses
12  that are reported in Eriksson, other than
13  that one multivariate analysis on table
14  seven, they have used this methodological
15  design that you need to keep in mind and
16  might be okay for an exploratory analysis; is
17  that correct?
18       A.   I think that's fair, yes.  Wait.
19  Are we still in -- wait.  Is this the first
20  one?
21       Q.   Eriksson two thousand and --
22       A.   Yes.
23       Q.   -- eight.
24       But in analyzing Eriksson 2008, you
25  would also want to be aware of the fact that

Page 278

1  because of the way they defined the unexposed
2  population, that that creates an issue as far
3  as how you can actually analyze the findings
4  in the study; correct?
5      A.   You can interpret, I would say.
6      Q.   Why don't we just put that aside.
7  Let's start that again, and maybe you can
8  just put your wallet --
9      A.   I'm cool, I'm cool.  I'm sorry.
10     Q.   So, for Eriksson 2008, because of
11 this fact, that they defined unexposed alone
12 as not having exposure to any other
13 pesticides, that -- that fact has to be taken
14 into account in how you interpret all of the
15 data reported in that study; correct?
16     A.   All the data?
17     Q.   Other than the multivariate
18 analysis on table seven.
19     A.   That is one analysis, and again, as
20 long as they apply the same rules to both the
21 cases and the controls, they can do whatever
22 they like, or that would be a legitimate
23 analysis, and then you -- as I told you
24 earlier, in epidemiology you have the freedom
25 to do whatever you like, as long as it has

Page 279

1  logic, common sense, and intellectual
2  validity to it.
3          Someone else may think it's silly.
4  They are welcome to think whatever they like.
5  And you can interpret or not, and think it
6  reasonable or not think it reasonable, that
7  you are free -- that you are -- that's
8  your -- that's your freedom, you know, to do.
9      Q.   Just so the record is clear,
10 though, in the Eriksson study, the only
11 analysis that does not define "unexposed" as
12 being unexposed to all pesticides is that one
13 data point in table seven for the
14 multivariate analysis.  All of the other data
15 presented in that table uses this
16 experimental approach of defining "unexposed"
17 as unexposed to all pesticides; correct?
18         MR. TRAVERS:  Objection to form,
19     asked and answered.
20     A.   So in table two, when they do the
21 ten days versus greater than ten days, that
22 is excluding anyone with any other herbicide
23 exposure?
24     Q.   Yeah.  If you look at the
25 univariate analysis on table seven, you can

Page 280

1  actually cross-reference.  You will see that
2  the univariate odds ratios in table seven,
3  and the univariate is where they do the
4  analysis defining "unexposed" that way --
5      A.   Okay.
6      Q.   -- they match up.  Correct?
7      A.   All right.
8      Q.   So, I am correct that for all of
9  the analyses other than the one multivariate
10 analysis on table seven, Eriksson uses this
11 sort of exploratory methodology in which they
12 define "unexposed" as unexposed to all other
13 pesticides; correct?
14     A.   Yes, but --
15     Q.   And that's okay for an exploratory
16 analysis.  Isn't that your testimony?
17     A.   And it may well turn out that that
18 is, as I say -- depending on how you want to
19 think or how you want to analyze it, that may
20 be -- maybe this is the smartest analysis or
21 the best analysis.  It depends on how -- how
22 you think through how glyphosate operates or
23 how one -- I mean, if you are concerned about
24 confounding by other herbicide, then perhaps
25 taking all the herbicides out of the picture

Page 281

1  in this way is the smartest.  I'm not saying
2  it is or it isn't.  I'm saying at least that
3  is one approach to how to analyze the data
4  that addresses that question, and see what
5  the answer is, is one way to address that
6  issue.
7      Q.   Just to be clear, we are not taking
8  all the other pesticides out, because the
9  exposed population, exposed to glyphosate,
10 also has exposures to other pesticides;
11 correct?
12     A.   If they did that, then I would say
13 it wasn't a legitimate analysis.  I mean, as
14 I said, if you are going to take it out of
15 the control -- whatever you do to the
16 case-control group, you have to do to the
17 case group.  You have to be consistent
18 between cases and controls.
19     Q.   And between exposed and unexposed
20 with respect to other pesticides; correct?
21     A.   So again, here, this is a
22 case-control study.
23     Q.   Right.
24     A.   So, again, whatever you do to the
25 cases, you have to do to the controls.

Page 282

1    Q.  Right.
2    A.  So, if you are taking all herbicide
3  exposures aside from glyphosate out of the
4  picture, you have to do it to both groups.
5    Q.  And with respect to the --
6    A.  Aside from glyphosate.
7    Q.  And if you are doing that, by the
8  same token, if you are taking all the other
9  pesticide exposures out of the unexposed
10  group in this study, you would need to take
11  all those other pesticide exposures out of
12  the exposed group for your analysis; correct?
13    A.  Yes, but that wouldn't be the way
14  you would -- I would say in a case-control
15  study, you wouldn't -- that wouldn't be the
16  logical way to approach it.
17    Q.  Right.
18    A.  I mean, you might get that as the
19  out -- that might be the way it would end up,
20  but that wouldn't be the way you would
21  logically approach it.
22    Q.  Okay.  So, it wouldn't be logical
23  to define -- if you are going to have
24  exposed -- allow for exposure to other
25  pesticides, it wouldn't be logical for your

Page 283

1  unexposed to an individual pesticide to
2  exclude all other pesticides; correct?
3    A.  No.
4    Q.  Okay.  So, with respect to the
5  Eriksson study, the odds ratios, all the
6  other odds ratios that are reported, except
7  for this hierarchal odds ratio, are also --
8  they are not adjusted for smoking or drinking
9  or any other lifestyle factors; correct?
10    A.  No.
11    Q.  They are only adjusted for age, sex
12  and year of diagnosis; correct?
13    A.  Age, sex, year of -- yes.
14    Q.  And virtually every one of the
15  approximately 20 different pesticides that
16  Eriksson looked at is reported to have
17  unadjusted odds ratios above 1.0; right?
18    A.  So, are we now back in table two or
19  table --
20    Q.  All of the tables.
21    A.  Huh?
22    Q.  All of the tables.
23    A.  Yes.
24    Q.  Is it your testimony that every one
25  of, looks like maybe 20 or more different

Page 284

1  herbicides and insecticides and rodenticides
2  and fungicides that are looked at in
3  Eriksson 2008 cause non-Hodgkin's lymphoma?
4    A.  I'm not addressing these other
5  agents, so I don't have testimony regarding
6  them.
7    Q.  Is it your opinion, based upon the
8  Eriksson study, based upon the findings of
9  that study, that all of the -- every one of
10  these 20 or so different herbicides,
11  insecticides, rodenticides and fungicides
12  cause non-Hodgkin's lymphoma?
13    A.  DDT probably does.  So, if we are
14  going to add by analogy to the Bradford Hill
15  criteria -- I won't do that, but the answer
16  is, you know, I don't know, but it's not --
17    Q.  Let me ask you this, Dr. Neugut.
18  When a study uniformly reports odds ratios in
19  excess of 1.0, for every exposure that it
20  reports out, without controlling for
21  confounding, that points to the possibility
22  of a systematic bias in the study, doesn't
23  it?
24    A.  Yes.
25    Q.  And --

Page 285

1    A.  It points to a concern.  I mean,
2  you know, again, if everything -- if all the
3  exposures are related to each other in some
4  significant way, or if most of them are, they
5  don't all have to be, but if most of them
6  are, then it's not totally inconceivable that
7  they do elevate some risk.
8    But the answer is yes, generally
9  speaking, that the -- that's what is referred
10  to as specificity in the Bradford Hill
11  criteria, and it would -- it should raise a
12  concern that it's not purely -- that it's
13  not -- that it's not -- well, that it's not a
14  causal association, that there is something
15  else going on that is methodological or
16  statistical rather than causal.
17    Q.  If there is confounding by other
18  pesticide exposures, it's impossible from
19  this study results to identify any one of the
20  studied pesticides, including glyphosate, as
21  having a true association with non-Hodgkin's
22  lymphoma; correct?
23    A.  Say that question again.
24    Q.  If there is confounding by other
25  pesticide exposures, it's impossible from

1  this study to identify any one of
2  individually studied pesticides, including
3  glyphosate, as having a true association with
4  non-Hodgkin's lymphoma; correct?
5      A.   I would not worry about confounding
6  here.  That is not -- or at least that would
7  not be my -- I don't know that that would be
8  the issue I would be concerned about.  I
9  mean, the --
10     Q.   What issue would you be concerned
11 about?
12     A.   We have already said these are
13 farmers.  Farmers have a higher risk of
14 lymphoma than the general population.  The
15 control group is the general population.  So,
16 you are seeing a slight increase in, if you
17 want to call it an occupational risk, then --
18 so, this is -- this is an occupational risk
19 ratio.  You are seeing that farmers have an
20 elevated risk of lymphoma.
21     Over and above that, the question
22 is, do herbicides, within the farming group,
23 or within the farmers, also convey an
24 additional risk ratio over and above being a
25 farmer.  So, that is a question that the

1  study can address over and above.
2      Q.   But this study, because of its
3  design, can't provide you with that answer;
4  correct?
5      A.  Because?
6      Q.   Because everything is above one in
7  the study, so you can't actually
8  differentiate any finding with respect to a
9  specific pesticide; correct?
10     A.   Well, you can see if the risk ratio
11 for specific subgroups are higher than they
12 are for the over -- for the overall group.
13 If farmers exposed to glyphosate have a
14 higher risk than farmers not exposed to
15 glyphosate, I would worry about glyphosate.
16 If -- again, we are talking about an
17 exploratory study.  If, if -- if there is a
18 dose -- if people who have five times the
19 amount of glyphosate as compared to those who
20 have one-tenth the amount of glyphosate, have
21 a higher risk than those --
22     Q.   I understand.  Sure.
23     A.   -- then, as I said before, you have
24 to apply your thinking and your logic and
25 your common sense to looking at the data.

1  That's why it's called exploratory or -- and
2  all of that, to see what makes sense within
3  the data.
4      Q.   But specifically with the Eriksson
5  2008 study, because of what we are seeing
6  with elevated odds ratios, and if you look at
7  table seven, glyphosate is in the middle, I
8  guess, of the different pesticides, as far as
9  the reported odds ratios, because of this
10 systemic bias in the Eriksson study, it's
11 impossible to reach any conclusion with
12 respect to glyphosate; correct?
13     MR. TRAVERS:  Objection to the
14 compound question.
15     A.   I would say that with this paper in
16 general, I would be -- I might be concerned
17 about all of these things, you know.
18     Q.   Okay.
19     A.   These are pretty high risk -- we
20 are already getting up into higher risk
21 ratios than I might expect purely from biases
22 alone.
23     Q.   How about with respect to when you
24 have every finding above 1.0, so you have
25 evidence of a systemic bias in the study,

1  it's impossible to reach a conclusion with
2  respect to any individual exposure reported
3  out of this study; correct?
4      A.   I would say that that would be true
5  of any -- I would have said that before I did
6  the study, or it would have been impossible
7  to reach a conclusion before I did the study
8  no matter what I found.
9      Q.   Because it's an exploratory study?
10     A.   Correct.
11     Q.   Now, with respect to the analysis
12 here of latency, there is analysis of
13 exposures for the categories of one to ten
14 years, and then there is a category of
15 greater than ten years; correct?  And that is
16 reported, I believe, on -- where is this
17 document?  Page 1659.  1658 and 1659.
18     A.   Yes.
19     Q.   But for -- and they report here, or
20 Eriksson reports here on MCPA, 2,4,5-T,
21 2,4-D, and glyphosate; correct?  In this
22 analysis.
23     A.   The question is what?
24     Q.   The Eriksson paper reports results
25 in this latency analysis for glyphosate, for

1  MCPA, and for 2,4,5-T and 2,4-D; correct?
2      A.   Yes.
3      Q.   But for MCPA, 2,4,5-T and 2,4-D,
4  there were no exposed cases in that one- to
5  ten-year latency period; correct?  That's on
6  the top of page 1659.
7      A.   Yeah.
8      Q.   So, we know for these pesticides at
9  least that they could not have confounded the
10  results for glyphosate within one to ten
11  years of diagnosis; correct?
12      A.   Okay.  Yes.  Um-hum.
13      Q.   And the glyphosate odds ratio for
14  that one- to ten-year latency period was
15  1.11.  That's not even remotely close to
16  statistical significance.  That is a null
17  result; correct?
18      A.   Yes.
19      Q.   Now, for the latency period of
20  greater than ten years, the glyphosate odds
21  ratios reported by Eriksson could be
22  confounded by exposures to MCPA, 2,4,5-T and
23  2,4-D; correct?
24      A.   Yes.
25      Q.   And in your expert report, you note

1  in particular that MCPA is commonly used
2  together with glyphosate; correct?
3      A.   Yes.
4      Q.   Eriksson reported an odds ratio for
5  MCPA of 2.81 for that greater than ten-year
6  latency period, which is higher than the
7  unadjusted odds ratio reported for glyphosate
8  for that same greater than ten-year period;
9  correct?
10      A.   Yes.
11      Q.   And it's impossible to tell from
12  Eriksson whether the odds ratio for
13  glyphosate, if it had been controlled for the
14  use of MCPA, would be elevated at all for
15  greater than ten years latency; correct?
16      A.   Yes.
17      Q.   Now, in your expert report, you
18  also point to the dose-response analysis in
19  the Eriksson study for glyphosate; correct?
20      A.   Yes.
21      Q.   And this -- again, this
22  dose-response analysis reported by Eriksson
23  is not controlled or not adjusted for
24  potential confounding by exposure to other
25  pesticides; correct?

1      A.   Correct.
2      Q.   And if the data from De Roos 2005
3  is correct in showing higher exposure levels
4  to other pesticides with higher exposure
5  level to glyphosate, the finding of increased
6  odds ratios at higher exposure levels of
7  glyphosate could be an artifact due to
8  confounding; correct?
9      A.   Could be.
10      Q.   And Eriksson also does not report
11  any -- does not conduct any analysis to
12  determine whether the findings for glyphosate
13  exposure of less than ten days are
14  statistically different than the finding for
15  glyphosate, the odds ratio of greater than
16  ten days; correct?
17      A.   I mean that's -- the numbers are
18  really too small to do anything
19  statistically, to address what you just said.
20      Q.   And going back to what we were
21  discussing earlier, with respect to the Lee
22  study, which had those two different odds
23  ratios or point estimates.
24      A.   Right.
25      Q.   There is really no way to tell from

1  the glyphosate -- or from the data in
2  Eriksson whether there is any meaningful
3  difference between the reported odds ratios
4  for less than ten days exposure as opposed to
5  greater than ten days exposure of glyphosate;
6  correct?
7      A.   No, but I mean, you can't
8  statistically confirm it.
9      Q.   And just like you said in the Lee
10  paper, when you can't statistically
11  differentiate the two groups.  It's not
12  appropriate to say, as an epidemiologist,
13  that you have shown that they are actually
14  different; correct?
15      A.   You can't say with definitiveness.
16      Q.   Let's talk about the meta-analysis,
17  and you talk about those on page 17.
18      First of all, the -- each of those
19  meta-analyses that were presented, and this
20  would be both Schinasi and the Chang and
21  Delzell 2016 paper, they limited their
22  analyses only to the most updated and
23  comprehensive analysis of each epidemiology
24  study population; correct?
25      A.   Yes.

1    Q.   Now, you are aware, are you not,
2  that Chang and Delzell have updated their
3  meta-analysis to include the data from the
4  2013 Agricultural Health Study and from the
5  NAPP study; right?
6    A.   I'm aware of it, but I haven't seen
7  the -- I don't believe I have seen it.
8    Q.   Were you not provided with the 2017
9  Chang and Delzell meta-analysis that was
10 provided to your counsel with Monsanto's
11 expert reports?
12   A.   I didn't read Monsanto's expert
13 reports.
14   Q.   So, you have not looked at the
15 Chang and Delzell study that is cited in
16 those reports?
17   A.   No.
18        MR. LASKER:  Let me mark as the
19 next exhibit in line, 14-21.
20        (Exhibit 14-21, Exponent, May 24,
21 2017 Meta-Analysis of Glyphosate Use and
22 Risk of Non-Hodgkin Lymphoma marked for
23 identification, as of this date.)
24   Q.   And Dr. Neugut, if you look to page
25 seven of this document, Exhibit 14-21, this

1  is --
2    A.   I'm sorry, where am I looking?
3    Q.   Page seven.
4    A.   Page seven.
5    Q.   This is analysis by Dr. Chang and
6  Dr. Delzell; correct?
7    A.   Yes.
8    Q.   And if you look on page four, at
9  the very top, they state that for purposes of
10 this analysis, they are using "the same
11 meta-analysis statistical methods as
12 described in our publication Chang and
13 Delzell, 2016."  Correct?
14   A.   Yes.
15   Q.   And that is the meta-analysis that
16 you cite to in your expert report; correct?
17   A.   Yes.
18   Q.   Now, plaintiffs' -- Dr. Ritz,
19 plaintiffs' other epidemiology expert, stated
20 in her expert report, and we can go back to
21 her report, Dr. Ritz's report, at page 15 and
22 16, I believe.  She is talking about the NAPP
23 data again.
24   A.   Um-hum.
25   Q.   And on the -- on page 16, she notes

1  that the NAPP data were not included in any
2  of the meta-analyses.  Do you see that?
3    A.   Are you in the middle of 16 or --
4    Q.   Sort of the top, maybe one-third of
5  the way down.  The bottom of that last
6  carryover paragraph, the final sentence.
7    A.   Up here or down here?
8    Q.   Right up here, the top paragraph.
9  At the very end, it says, "The study results
10 were published in 2014, and as such were not
11 included in any of the meta-analysis."
12 Correct?
13   A.   The study results of the NAPP is
14 she referring to?
15   Q.   Yes.  Well, you should confirm that
16 for yourself, because that's what is
17 discussed on page 15 and 16, but that is my
18 understanding.  I want to make sure that is
19 your understanding as well of Dr. Ritz's --
20   A.   Okay.  Yes, okay.
21   Q.   So, Dr. Ritz is pointing to the
22 fact that, as we have discussed, using the
23 methodology for meta-analyses that was used
24 in the studies and was used both by Schinasi
25 and Chang and Delzell, you would use the most

1  recent updated complete dataset for the
2  meta-analysis; correct?
3    A.   Yes.
4    Q.   And so the NAPP dataset then would
5  be used as the pooled analysis as compared to
6  the De Roos 2003 and the McDuffie 2001
7  studies; correct?
8    A.   Yes.
9    Q.   And if the NAPP data -- and let me
10 actually go back to Exhibit 14-21 for you.
11 That is the 2017 meta-analysis.  If you go
12 back -- if you can go to the pages, page nine
13 and page ten.
14   A.   That is in the Exponent section?
15   Q.   Yes.  In Chang and Delzell, 2017.
16        Pages nine and ten list all of the
17 epidemiological studies that we have been
18 discussing today, with the number one,
19 Alavanja 2013, being the 2013 AHS data.
20 Number two is the De Roos 2003, which is the
21 De Roos case-control study.  Are you with me?
22   A.   Yeah, I just found it.  Alavanja,
23 De Roos.
24   Q.   And then number three is De Roos
25 2005 AHS study; correct?

1    A.   Yes.
2    Q.   Number four is Eriksson 2008.
3    A.   Um-hum.
4    Q.   Number five is Hardell 2002.
5    A.   Yes.
6    Q.   Number six is Hohenadel, and
7  Hohenadel did an analysis of -- another
8  analysis of McDuffie; correct?  The same data
9  set.  Correct?
10    A.   Yes.
11    Q.   McDuffie 2001; correct?
12    A.   Yes.
13    Q.   Orsi 2009?
14    A.   Um-hum.
15    Q.   And then number nine is Pahwa,
16  et al, 2015, and that is the NAPP data;
17  correct?
18    A.   Yes.
19    Q.   And so they then conduct, using the
20  same methodology as they did in the 2016
21  meta-analysis that you cite in your report,
22  they do meta-analysis looking at these
23  different studies and considering different
24  studies for -- to determine what the
25  meta-relative risk is with those different

1  studies; correct?  And they identify which
2  studies they are including in the
3  meta-analyses; correct?
4    A.   Yes.
5    Q.   So, for their model 26, if you can
6  look at that, that's on page 11, using their
7  same meta-analysis methodology that they used
8  for the 2016 publication, and they are
9  looking here now at studies three, four,
10  five, eight and nine, so they have used the
11  NAPP data in place of De Roos 2003 and
12  McDuffie, but then continuing to use the 2005
13  Agricultural Health Study data; correct?
14    A.   Yes.
15    Q.   So, if you were to use the NAPP and
16  substitute that for -- for De Roos 2003 and
17  McDuffie per the -- per the normal
18  methodology for a meta-analysis, you find
19  that there is a meta-relative risk of 1.2
20  that is not statistically significant;
21  correct?
22    A.   Yes.
23    Q.   And if you look at model 21 of
24  their meta-analyses, this is the finding if
25  you were to use both the 2013 Agricultural

1  Health Study data and the NAPP data and then
2  all of the other studies that you analyzed;
3  correct?
4    A.   I'm not -- are we talking about --
5    Q.   Model 21.
6    A.   Back here?
7    Q.   And you should reference it back,
8  so what they have done in this analysis, if I
9  understand it correctly, but you should
10  correct me if I am wrong, is that they used
11  the updated AHS analysis from 2013 in place
12  of the 2005 analysis, and they have used the
13  pooled analysis for the North American Pooled
14  Project in place of the studies that were
15  pooled into that study, McDuffie and De Roos;
16  correct?
17    A.   To be honest, I'm -- it's a little
18  difficult for me to absorb all of this as I
19  sit here.
20    Q.   The reported finding at least, and
21  I understand that you have not had a chance
22  to look at this -- well, let me strike that.
23        I understand that you haven't
24  looked at this, but the analysis, as reported
25  by Chang and Delzell, 2017, for a

1  meta-analysis, when you look at the most
2  updated AHS data and the most recent pooled
3  data from North America, and in combination
4  with the rest of the glyphosate epidemiology,
5  your meta-relative risk is 1.0 with a
6  confidence interval of 0.86 to 1.2; correct?
7    A.   Yes.
8    Q.   And that is a null finding for the
9  meta-analysis; correct?
10    A.   Yes.
11    Q.   And that finding that Chang and
12  Delzell report is consistent with what
13  Dr. Blair testified that he would expect a
14  meta-analysis to show, using that updated AHS
15  data and updated Pooled Project data;
16  correct?  In his deposition testimony.
17    A.   Yes.
18    Q.   So, this 2017 meta-analysis finding
19  of Chang and Delzell with the most updated
20  epidemiological data does not provide
21  evidence of an association between glyphosate
22  and non-Hodgkin's lymphoma; correct?
23        MR. TRAVERS:  Objection to form.
24    A.   I don't know that it does or it
25  doesn't.  Again, I am not -- I haven't

1  incorporated it into my opinion and am not --
2  and you are putting into it data that I am
3  not including in my opinion, and so, if you
4  are asking me to form my opinion based on it,
5  I am not willing to.
6      Q.   And that's because you are
7  following the methodology prescribed by IARC;
8  correct?
9      A.   Plus this is also not peer reviewed
10 or published or -- and it's including data
11 that wasn't itself peer reviewed or
12 published.
13     Q.   And we went through this before,
14 but are you aware of any guidelines -- I know
15 your -- the meta-analysis guidelines that you
16 cite to in your report talk about using
17 unpublished data in the meta-analysis.  Are
18 you aware of any guidelines for meta-analysis
19 that state you should not consider
20 unpublished studies in a meta-analysis?
21     A.   So, you run the risk of -- what
22 about the study that they didn't include?
23     Q.   Let me -- let me ask the question
24 again, and let me see if I have an answer.
25         Are you aware of any guidelines for

1  meta-analyses that state that you should not
2  consider unpublished studies in your
3  meta-analysis?
4      A.   No.
5      Q.   Let me turn to pages 17 to 20 of
6  your expert report.
7      A.   I'm sorry, where?
8      Q.   Seventeen to 20 of your expert
9  report.  And this is where you are dealing
10 with toxicity studies and mechanisms, and I
11 think this may be a quick line of questions,
12 but I want to make sure.
13         The type of evidence that you are
14 presenting on pages 17 through 20, this is
15 dealing with toxicological studies; correct?
16     A.   Oh, this isn't --
17     Q.   In your report, your own report
18 again.  Sorry.
19     A.   I'm sorry.  I'm looking at the
20 Dr. Ritz report.
21     Q.   Let's go back again.  In your
22 report, on pages 17 to 20, you are reporting
23 on certain toxicity studies; correct?
24     A.   Yes.
25     Q.   And am I correct in my

1  understanding that you have basically taken
2  this data from the IARC, IARC monograph?
3      A.   Primarily.  I mean, some of it may
4  have come also from some of Portier's stuff
5  or from other sources of a similar ilk.
6      Q.   But it would be fair to say that
7  this type of cited data is outside of your
8  expertise as an epidemiologist?
9      A.   It's not what I deal with on a
10 daily basis, but I am familiar with this sort
11 of data, and certainly to the degree of being
12 able to incorporate it into, say, biological
13 plausibility arguments, and I have a Ph.D. in
14 chemical carcinogenesis, so, you know, at
15 least going back, I have a fairly good
16 familiarity with this sort of data, at least
17 fundamental.  I don't work in a lab anymore,
18 and I wouldn't want to, but -- but I
19 understand it fair enough.  But it's not
20 primarily what I deal with.
21     Q.   Okay.  And would I be correct in my
22 understanding that you haven't actually read
23 any of the toxicity studies or mechanistic
24 studies for glyphosate?
25     A.   I did read a couple of them, just

1  there were one or two that I probably went
2  back and did read.  But I did not -- I did
3  not certainly do the literature review and
4  then summarize it here.
5      Q.   And you have not, for purposes of
6  your opinion here, you don't purport to have
7  done an expert analysis of the toxicity data
8  or the mechanistic data.  You are deferring
9  to other experts for that; correct?
10     A.   That's correct.
11     Q.   Let's talk about your Bradford Hill
12 analysis.  And that is -- I believe it starts
13 on page 20.
14         Now, Bradford Hill, we talk about
15 Bradford Hill criteria.  Bradford Hill is not
16 a location, it's actually a person; right?
17     A.   It's actually what?
18     Q.   A person.  There is a Sir Bradford
19 Hill; correct?
20     A.   Austin Bradford Hill.
21     Q.   Austin Bradford Hill, right.
22         And he came up with these criteria
23 for causation in a speech or presentation
24 that he gave in 1965; correct?
25     A.   Yes.

1    Q.   And that is the source of the
2  Bradford Hill, what we know as the Bradford
3  Hill criteria; correct?
4    A.   Yes.
5    Q.   And in that seminal article laying
6  out his criteria, Sir Bradford Hill stated
7  that you should not even consider the
8  criteria he specifies for determining whether
9  or not there is causation unless you first
10  have a statistically significant finding that
11  cannot be explained by confounding or bias;
12  correct?
13    A.   It's a long time from 1965 to 2017.
14  I mean, so, you know, that's like saying, you
15  know, we are still doing what George
16  Washington told us to do, and then based on
17  that is how we are now interpreting the
18  Constitution.
19    Q.   Okay.  There's two -- well, that is
20  a separate issue that I am not going to go
21  into.  But let's just make sure I understand
22  the answer to my question.
23    A.   Yes.
24    Q.   Because I think you are answering a
25  different question.

1    So, Bradford Hill, when he set
2  forth his criteria, it was his statement that
3  you should not go move on to consider those
4  other criteria unless you first have
5  epidemiological findings that are
6  statistically significant, positive findings
7  that cannot be explained by confounding or
8  bias; correct?
9    A.   I don't recall.  I mean, I'm not
10  going to tell you I read the paper yesterday.
11    Q.   You might not be surprised to learn
12  that we are going to be looking at the paper
13  right now.  Expect nothing different.
14    A.   Here we go down memory lane.
15    MR. LASKER:  14-22.
16    (Exhibit 14-22, Section of
17  Occupational Medicine, Meeting January
18  14, 1965, The Environment and Disease:
19  association or Causation?, marked for
20  identification, as of this date.)
21    Q.   And this is in fact the president's
22  address by Sir Bradford Hill that sets forth
23  the Bradford Hill criteria; correct?
24    A.   Yes.
25    Q.   And in the second column on the

1  first page in 295, Sir Bradford Hill, in
2  introducing his -- these criteria that we
3  will be discussing, states, "As a predicate,
4  our observations reveal an association
5  between two variables perfectly clearcut and
6  beyond what we would care to attribute to the
7  play of chance."  Correct?
8    A.   Yes.
9    Q.   So, for Sir Bradford Hill, for --
10  under his analysis, the first threshold
11  question is:  Do you have a statistically
12  significant finding; correct?
13    A.   Yes.
14    Q.   And also, that you have a clearcut
15  finding that would not be explained by bias
16  or confounding; correct?
17    A.   Yes.
18    Q.   And then you would move on to the
19  criteria that he lays out and you lay out in
20  your expert report; correct?
21    A.   Yes.
22    Q.   Let's move on then to -- well,
23  strike that.
24    I'm correct in my understanding
25  that you did not apply that predicate

1  requirement for your decision then to
2  consider the Bradford Hill criteria; is that
3  fair?
4    A.   I think Bradford Hill would be
5  absolutely appalled that about 90 percent of
6  the causal things that are now commonplace in
7  modern epidemiology, if he were to apply
8  those criteria 50 years after the statement.
9  He was working with regard to tobacco and
10  lung cancer, where the relative risk is ten
11  to 20, and would have been totally -- I
12  think, you know, wouldn't have had any
13  concept of thinking about risk ratios in even
14  the two to three range, much less in the
15  under two range, to be able to talk about
16  such issues, if he wouldn't be able to read a
17  modern epidemiology textbook.
18    So, to apply his -- this from 1965
19  to now, to make it some kind of criterion for
20  how to approach causal thinking, I mean,
21  certainly if this were true, we wouldn't have
22  to even be sitting here talking, but that's
23  out of -- it's so out of date --
24    Q.   Let me just break this down,
25  because you are using the Bradford Hill

1    criteria in your expert report; correct?
2        A.    I'm not -- I mean, that's like
3    saying I'm using Koch's postulates for
4    figuring out whether someone has an infection
5    with tuberculosis bacillus.
6        Q.    My guess is that's not going to be
7    meaningful to anybody who listens to this, so
8    let me ask the question again.
9            You are using -- Bradford Hill in
10   this paper lays out various criteria for
11   making a causation assessment; correct?
12       A.    Yes.
13       Q.    And you follow that methodology and
14   look at the same criteria in making your
15   causation assessment; correct?
16       A.    Yes.
17       Q.    But in making your assessment in
18   this case, you do not require as a predicate,
19   the way Sir Bradford Hill would, that you
20   start off with a statistically significant
21   increased risk that cannot be attributed to
22   chance or -- to confounding or bias; correct?
23       A.    I think in modern epidemiology,
24   it's not necessarily required, and I will
25   base it on the -- the meta-analysis that says

1    that there is an elevated association.
2        Q.    Let me just make sure I understand
3    your testimony.  With respect to the Bradford
4    Hill criteria, you are -- you do not consider
5    there to be, or maybe you do, but in
6    conducting your analysis, am I correct in my
7    understanding that you do not believe you
8    need to have a statistically significant
9    increased risk that cannot be attributed to
10   confounding or bias, to then consider the
11   Bradford Hill criteria?
12       A.    You would never know, you can never
13   know ever whether something is causal or not
14   with 100 percent surety.  That is the whole
15   point.  So, when -- what would be causal or
16   not?
17       Q.    Well, I think we are missing each
18   other.  I'm asking a simple question here.
19           In applying the Bradford Hill
20   criteria in this case, am I correct that you
21   did not require for -- before reaching the
22   criteria, the -- that you start off, as Sir
23   Bradford Hill states in his setting forth of
24   the methodology, with an association that is
25   statistically significant, positive, that

1    cannot be explained by confounding and bias.
2        A.    That doesn't exist.
3        Q.    Okay.  So am I correct then that
4    you do not believe that you need to have an
5    observation that reveals an association
6    between two variables that is perfectly
7    clearcut and beyond what we would care to
8    attribute to the play of chance before
9    considering the Bradford Hill criteria?
10           MR. TRAVERS:  Objection, asked and
11       answered.
12       A.    If there were a statistical
13   association between two variables that could
14   not be explained by bias or confounding, then
15   it would almost -- you almost wouldn't have
16   to have the Bradford Hill criteria to discuss
17   it further.
18           It's -- secondly, the Bradford Hill
19   criteria are not criteria in the sense of
20   requirements.  They are guidelines in the
21   sense of how to approach thinking about
22   causality.  Whether you are quoting some
23   speech of his, the point is that they're --
24   they're guidelines for how to think, how to
25   think about causality, not how -- they are

1    not rules that are required, you have to have
2    this, you have to have that, you have to have
3    a third thing.
4            Some, they -- are judgment
5    criteria, rules of judgment that we apply in
6    thinking about whether the association
7    between an exposed -- putative association
8    and outcome are associated with each other,
9    that I can evaluate -- you can evaluate or
10   some other -- your expert can evaluate, and
11   we can agree or disagree about.
12       Q.    But just so I am clear, because
13   it's a pretty long answer, you do not
14   consider in your approach to the Bradford
15   Hill criteria, you do not believe that you
16   would need to have this association between
17   two variables that are perfectly clearcut and
18   beyond what we care to attribute to the play
19   of chance before then going to the criteria
20   laid out.  Is that correct?
21           MR. TRAVERS:  Objection, asked and
22       answered.
23       A.    I think they need to have an
24   association -- a putative association or a
25   suspected association between an exposure and

Page 314

1 an outcome, where there may or may not be the
2 possibility of bias or confounding, and I am
3 evaluating whether bias or confounding are
4 playing a role or whether causality or some
5 other association or some other factor is
6 leading to the association.
7     Q.   So, your methodology then in
8 applying the Bradford Hill criteria, at least
9 to that extent, is different than the
10 methodology that Dr. Bradford Hill would have
11 followed.  Is that fair to say?
12     A.   Different than Dr. Bradford Hill
13 would have applied in 1965.
14     Q.   Correct?
15     A.   Possibly.
16     Q.   Now, with respect to these
17 criteria, the first Bradford Hill criteria
18 you discuss in your expert report is
19 temporality; correct?
20     A.   Yes.
21     Q.   And you state in your expert report
22 that there is no doubt that this criteria was
23 met with the glyphosate epidemiology;
24 correct?
25     A.   Yes.

Page 315

1     Q.   But as we discussed earlier, with
2 respect to cancer epidemiology, temporality
3 also has to consider latency issues; correct?
4     A.   Does it?
5     Q.   Well, that's a question to you.  If
6 there is a latent disease, like cancer, and
7 you are trying to determine whether an
8 exposure is in the proper time frame to be a
9 causal association -- for a causal
10 association to be --
11     A.   Well, since I don't -- again, since
12 I am agnostic on the subject of latency,
13 latency to me is not a key issue here
14 personally.  Again, Dr. Weisenburger or
15 Dr. Ritz can address it in their own rules.
16         To me, the question is, did
17 glyphosate exposure precede the onset of
18 non-Hodgkin's lymphoma.  That's what
19 temporality means to me.  And I think in at
20 least all the studies that I am seeing, that
21 was -- that was pretty clearcut.
22     Q.   Okay.  Well, if I -- just if I
23 understand correctly, and I understand you
24 have said you are agnostic on the issue of
25 latency, which means you don't -- you haven't

Page 316

1 formed an opinion one way or the other on
2 latency; correct?
3     A.   With regard to how long the latency
4 needs to be.
5     Q.   Right.
6         So, depending on the answer to that
7 question of latency, for non-Hodgkin's
8 lymphoma and glyphosate, temporality may be
9 satisfied or it may not be satisfied for some
10 of the glyphosate epidemiology; correct?
11     A.   The question is whether there is --
12 if there is an association between glyphosate
13 and non-Hodgkin's lymphoma -- the question is
14 whether there is an association between
15 glyphosate and non-Hodgkin's lymphoma.  If
16 there is an association between the two, then
17 either glyphosate precedes non-Hodgkin's
18 lymphoma, or non-Hodgkin's lymphoma precedes
19 glyphosate.
20         So either glyphosate is -- now,
21 from all the studies that we seem to have
22 been reading, people, as you yourself have
23 pointed out, and for most of the studies,
24 15 years, ten years, five years, whatever,
25 glyphosate exposure preceded the onset of the

Page 317

1 disease.  Now, if there is an association,
2 indeed it seems like that would be consistent
3 with the causal association.
4         Our other interpretation or Plan B
5 would be to say that getting a lymphoma makes
6 you want to have glyphosate.  Monsanto could
7 have another remedy, could have another use
8 for using Roundup to give to people who have
9 lymphoma, if that's their preference, but the
10 arrow has to go one way or the other.  It's
11 either glyphosate precedes lymphoma, or
12 lymphoma precedes glyphosate.
13     Q.   Dr. Neugut, to be clear, what you
14 are purporting to try to do with Bradford
15 Hill is answer the question of causation, not
16 association; right?
17     A.   Association, I think what Bradford
18 Hill was saying, or what you were
19 interpreting in his paragraph earlier, is
20 that there -- that the -- that to address the
21 question of causality, first there has to be
22 an association between the exposure and the
23 outcome.
24     Q.   And then you look at temporality as
25 one of the factors.

1    A.   Then you look at these criteria to
2  see what the interpretation of the
3  association is, whether it's causal or
4  confounding or bias or some other -- or
5  whether the arrow goes in the opposite
6  direction, protopathic bias or something of
7  that sort.
8    Q.   With respect to temporality for
9  cancer outcome, for it to support a
10  conclusion of causation, you would want to
11  consider latency; isn't that fair?
12    A.   Yes, but since latency can be
13  anything or can be -- I don't see that it's
14  an issue in this particular case.
15    Q.   When you did your breast cancer
16  epidemiological research, if you were looking
17  at somebody and they said I used pesticides
18  yesterday and then today I went to the
19  doctor -- the first time I used it, and today
20  I went to the doctor and they diagnosed me
21  with breast cancer, would you say that
22  temporality had been met for that exposure?
23    A.   Of course not.  But now you are
24  talking about something absurd.
25    Q.   Okay.  So, it's not just the case

1  that exposure has to be before the diagnosis.
2  It has to be before the diagnosis in the
3  proper time frame for latency; correct?
4    A.   I think in this particular
5  instance, with regard to glyphosate and
6  lymphoma, I think the criteria is fairly
7  straightforward.
8    Q.   And you say that without having any
9  opinion one way or the other on what the
10  latency period is.
11    A.   If it's more than a couple of
12  years, then I think that that is a fair
13  statement.  The ambiguity with regard to
14  temporality in most cancer epidemiology
15  studies arises in the context of physiologic
16  phenomena, not in the context of external
17  exposures.
18    So, I mean, when you are talking
19  about something like weight loss, where you
20  don't know if someone lost weight because
21  they had the disease or if the weight loss
22  somehow led to the disease, you can have
23  ambiguity with regard to what the direction
24  of the arrow is, if the two are associated
25  with each other.  So, there you can have

1  ambiguity.
2    If you are talking about being
3  exposed to cigarette smoking and lung cancer,
4  so either you are going to say that the
5  cigarette smoking causes the lung cancer, or
6  you are going to say that having lung cancer
7  makes you -- cigarette smoking makes someone
8  with lung cancer feel better when they smoke,
9  so you have your choice of which way to
10  interpret the association between the two.
11    So, on some level, if you want to
12  say that glyphosate follows -- glyphosate
13  exposure follows having a lymphoma, that may
14  be your interpretation of the association
15  between the two.  But I don't think that is
16  the logical, or that is not what seems to
17  arise from the various case-control and
18  cohort studies here.
19    Q.   Dr. Neugut, that wasn't what I
20  said, and I am not sure why we are
21  miscommunicating here.
22    For purposes of cancer, when you
23  are looking at epidemiological studies, and
24  we have already discussed the fact that
25  cancer epidemiology studies will include

1  things like lag time; correct?
2    A.   Yes.
3    Q.   In the analysis, and a variety of
4  different analyses, in cancer epidemiology in
5  particular, to make sure that you have taken
6  into account --
7    A.   Yes.  Yes.
8    Q.   -- latency; correct?
9    MR. TRAVERS:  Objection.
10    A.   But latency can be as little as a
11  year.
12    Q.   I understand that.  But for you,
13  for glyphosate and non-Hodgkin's lymphoma,
14  you don't have an opinion about what the
15  latency is.  It could be a year, it could be
16  ten years, you don't know.  Is that your
17  testimony?
18    A.   That's correct, but --
19    Q.   And --
20    A.   But the key thing is that the
21  exposure to glyphosate was more than a year
22  prior to the development of lymphoma.
23    Q.   Or more than ten years prior.
24    A.   Or more than ten years, fine.  I'm
25  happy with that, too.

1    Q.    And if that were the criteria, that
2   the exposure of glyphosate for temporality
3   has to be more than ten years before
4   exposure, then at least for De Roos 2003, we
5   don't have temporality that has been
6   satisfied; correct?
7             MR. TRAVERS:  Objection, asked and
8   answered.
9    A.    Disagree.
10    Q.    There are no exposures in the
11   De Roos or -- study, or that would have
12   exposures more than ten years before
13   diagnosis.
14    A.    Temporality is not a question of
15   whether latency applies.  Temporality is a
16   question of does the cause precede the
17   effect.  As long as the glyphosate exposure
18   is prior to the disease, temporality is met.
19    Q.    Let's talk about the next criteria
20   you mention, which is -- Bradford Hill
21   criteria, which is consistency; correct?
22    A.    Correct.
23    Q.    And this is -- now, again, Sir
24   Bradford Hill in his assessment, when he was
25   talking about consistency, he was looking to

1   consistency across studies finding
2   statistically significant results; correct?
3    A.    Yes.
4    Q.    You do not define in your
5   methodology "consistency" that way; is that
6   correct?
7    A.    The modern epidemiologic -- in
8   modern epidemiology, statistical significance
9   isn't considered essential.
10    Q.    That is not my question.  In your
11   application of the Bradford Hill criteria,
12   you are defining "consistency" differently
13   than Bradford Hill did; correct?
14             MR. TRAVERS:  Objection, asked and
15   answered.
16    A.    I don't know how he exactly defined
17   it, but I would assume that he was more
18   strict about statistical significance.
19    Q.    And you have stated in your report,
20   as a basis for your conclusion that there is
21   consistency in the epidemiological studies,
22   that all of the reported odds ratios --
23             (Telephone interruption.)
24    A.    Sorry.
25    Q.    I will start again.

1             You have stated in your report that
2   you believe the criteria for consistency is
3   be met, because the reported odds ratios in
4   each -- all of the reported odds ratios in
5   the epidemiological literature that you
6   reviewed were above 1.0; correct?
7    A.    Yes.
8    Q.    Now, first of all, that would not
9   include the dose-response analysis in the
10   2005 De Roos study; correct?
11    A.    In the --
12    Q.    The 2005 De Roos study, the
13   dose-response analysis, the highest exposures
14   were below 1.0 for the odds ratio; correct?
15   So that finding in De Roos 2005 is
16   inconsistent.
17    A.    Okay.
18    Q.    Is that correct?
19    A.    Yes.
20    Q.    And in order for you to also reach
21   the conclusion -- well, strike that.
22             Your conclusion that all of the
23   odds ratios are above 1.0 is based upon your
24   analysis following the IARC methodology and
25   not considering the updated Agricultural

1   Health Study data; correct?
2    A.    Yes.
3    Q.    And it also doesn't consider the
4   self-respondent data that we looked at for
5   the North American Pooled Project; correct?
6    A.    Yes.
7    Q.    And if those analyses are
8   considered, there is no consistency among the
9   epidemiological studies; correct?
10             MR. TRAVERS:  Objection,
11   mischaracterizes.
12    A.    I don't know.
13    Q.    Well, there would be then the AHS
14   study, updated study that's below 1.0;
15   correct?
16    A.    So, again, I don't know the quality
17   of the study or whether to consider it or how
18   to consider it.
19    Q.    I understand.
20    A.    So, I am not going to give credit
21   to a study that I don't know anything about
22   or that I don't know much about.
23    Q.    But just to understand your
24   consistency analysis, and I understand you
25   can't opine, you didn't look at the AHS 2013,

1 you didn't look at the NAPP data, but I'm
2 just understanding your definition of
3 "consistency."
4        If we were to consider the updated
5 AHS data from 2013, that has an odds ratio of
6 0.9, so that would be below 1.0; correct?
7        MR. TRAVERS:  Objection, assumes
8 facts not in evidence.
9     A.    Yes.
10     Q.    And we would have the Orsi study,
11 which is exactly 1.0; correct?
12     A.    Yes.
13     Q.    And we would have the NAPP data,
14 which is either just above 1.0, if we include
15 proxy respondents, or just below 1.0, if we
16 only look at self-respondents; correct?
17     A.    Yes.
18     Q.    And then we would have the Swedish
19 case-control study, the Eriksson study, which
20 would be slightly above 1.0; correct?
21     A.    Um-hum.  Yes.
22     Q.    So those data points, if those were
23 the correct data points, and I understand you
24 have not reviewed some of them, but those
25 data points would not be consistent; correct?

1     A.    Might or might not be.  Again, I
2 haven't looked at them, so I am not willing
3 to opine on that.
4     Q.    But we would have some above one,
5 some below one, some directly at one;
6 correct?
7     A.    Um-hum.
8     Q.    Yes?
9     A.    Yes.
10     Q.    And we already talked about
11 dose-response.  We talked about biological
12 plausibility, and biological plausibility, I
13 take it you defer to the toxicologists;
14 correct?
15     A.    To the degree that I am able to
16 opine, I think it seems decent to me, but I
17 would defer.
18     Q.    And then the final criteria you
19 discuss is strength of association; correct?
20 In your expert report, that is the final
21 criteria you mentioned.
22     A.    Don't I mention specificity?
23     Q.    You may mention specificity.  You
24 say that is not important.
25     A.    I don't?

1     Q.    Okay.  Well, we will talk about
2 specificity then.
3        In your opinion, you believe -- let
4 me see if I am correct.  It's your opinion
5 that glyphosate has not been associated with
6 any cancer other than non-Hodgkin's lymphoma;
7 correct?
8     A.    That is specificity?
9     Q.    Well, I'm asking this question.
10     A.    Or is that strength?
11     Q.    Is it your opinion that glyphosate
12 and glyphosate-based herbicides have not been
13 shown to be a cause of any type of cancer
14 other than non-Hodgkin's lymphoma?
15     A.    That's my sense of the literature,
16 yes.
17     Q.    So, if glyphosate or
18 glyphosate-based herbicides causes any
19 cancer, it would be non-Hodgkin's lymphoma.
20 That is the only --
21     A.    Based on the literature as I have
22 read it to date, yes.  I mean, obviously,
23 everything I am saying today is based on --
24     Q.    Your review.
25     A.    -- what I have read until today.

1 If anything changes --
2     Q.    Right, I understand that.
3        But you looked at, for example, the
4 IARC monograph, and they reviewed other types
5 of cancer as well, and you agree that there
6 is no association shown there between
7 glyphosate and those other types of cancer,
8 correct, besides NHL?
9     A.    Yes.
10     Q.    So, then for you, is it -- am I
11 correct in my understanding that you think
12 specificity has been met because if it causes
13 any cancer, it only causes non-Hodgkin's
14 lymphoma?
15     A.    Yes.
16     Q.    You would agree that there are lots
17 of other causes for non-Hodgkin's lymphoma,
18 though; correct?
19     A.    I don't know lots.  I mean, I have
20 trouble thinking of more than a few, but I
21 don't know how many would apply generally,
22 but --
23     Q.    Non-Hodgkin's lymphoma, certainly
24 it's not a signature disease for glyphosate;
25 correct.  Like mesothelioma or -- and

1  asbestos.
2      A.   I don't know how to answer that
3  question.
4      Q.   Okay.  Well, that's fair.
5           Is it your opinion that
6  non-Hodgkin's lymphoma may be a signature
7  disease for glyphosate?
8      A.   I don't know what a signature
9  disease means.
10     Q.   Ah, okay.  You would agree that
11 there are lots of other causes for
12 non-Hodgkin's lymphoma, either known or
13 unknown, besides glyphosate; correct?
14     A.   I think most lymphoma is
15 unexplained.
16     Q.   So, you can't say that if you see
17 NHL, you would think that it would have to be
18 glyphosate; correct?
19     A.   No, that's correct.
20     Q.   All right.  So then the -- you are
21 correct, the fifth, I think, of the criteria,
22 you talk about analogy, which you say is not
23 applicable, and then specificity.  But before
24 that, you talk about strength; correct?
25     A.   Yes.

1      Q.   And that in fact is the first
2  criteria that Dr. Bradford Hill, or Sir
3  Bradford Hill discusses, correct, in his
4  criteria?
5      A.   I didn't follow his order.
6      Q.   That's fine.
7           And with respect to strength, you
8  are pointing to that range of 1.3 to 1.5;
9  correct?
10     A.   Yes.
11     Q.   And that is based upon that earlier
12 meta-analyses that you not take into account
13 the 2013 AHS data or the NAPP data; correct?
14     A.   It did not take into account the
15 follow-up AHS data, correct.
16     Q.   Now, with respect to that, that --
17 those numbers, 1.3 to 1.5, you would agree
18 that that is not a very convincing number
19 with respect to strength; correct?
20     A.   Call it modest to moderate.
21     Q.   You would agree it did not provide
22 a strong push towards causality; correct?
23     A.   It's not an overwhelming number,
24 no.
25     Q.   In fact, I think you have testified

1  in other cases that that 1.3 to 1.5 is, I
2  think the term you used was bupkis; right?
3      A.   Have I used that expression?
4      Q.   You've used that expression with
5  respect to 1.3 to 1.5, haven't you?
6      A.   I don't know.  But as I say, it's
7  not a large number.
8      Q.   So, 1.3 to 1.5 is not what you
9  would -- well, strike that.
10          When you have a number like 1.3 to
11 1.5, you would have concerns that those
12 findings can be explained by something other
13 than causation, such as bias and confounding;
14 correct?
15     A.   I would have that concern for even
16 larger numbers, but -- so, again, the number
17 that you see, we are talking about
18 ever/never, generally we are talking about
19 ever/never.  You know, when you see a number
20 like that number, there is also the issue of
21 dose-response.  So that means there are those
22 who are more exposed and therefore
23 potentially have higher risk.  So that may
24 reflect a subgroup that might have a
25 significantly higher risk within it, but on

1  the whole, it's a modest risk.
2      Q.   I mean, we have talked about
3  dose-response.  We can go back to that.  That
4  is a separate criteria for Bradford Hill;
5  correct?
6      A.   Yes.
7      Q.   But as far as the strength criteria
8  is concerned, it would be fair to say that
9  even with your understanding of the
10 glyphosate literature, that is not a
11 particularly powerful finding for that
12 criteria for Bradford Hill; correct?
13     A.   It's not a number that would --
14 that would build your confidence that this
15 was a -- that there was a causal
16 relationship.  It's enough, it's -- what do
17 they say -- it's sufficient, but not -- but
18 not something that would add to your -- add
19 to your confidence that there were a causal
20 association.
21          MR. LASKER:  Why don't we take a
22 break now?  I'm just going to look and
23 see what more questions I have.
24          MR. TRAVERS:  Yeah, sure.
25          THE VIDEOGRAPHER:  The time is

1    5:12 p.m.  We are off the record.
2    (Recess taken.)
3    THE VIDEOGRAPHER:  The time is
4    5:27 p.m.  We are on the record.
5    MR. LASKER:  Dr. Neugut, I have no
6    further questions.  Thank you very much.
7    THE WITNESS:  Oh, thank you.
8    MR. TRAVERS:  Excellent.
9    I have just got a few follow-up
10   questions.  Let's see.  Do we have
11   exhibit stickers?
12   I want to enter as an exhibit, this
13   is the Blair paper from 2011.
14   MR. LASKER:  So what number is
15   this?
16   MR. TRAVERS:  14-23.
17   (Exhibit 14-23, NIH Public Access,
18   Impact of Pesticide Exposure
19   Misclassification on estimates of
20   Relative Risks in the Agricultural Health
21   Study marked for identification, as of
22   this date.)
23   EXAMINATION
24   BY MR. TRAVERS:
25   Q.    And do you recognize this paper,

1    Dr. Neugut?
2    A.  Yes.
3    Q.    And this paper deals with the
4    non-differential misclassification bias; is
5    that correct?
6    A.  Yes.
7    Q.    And this paper authored by -- and
8    you see that Aaron Blair is the lead author
9    on this paper; correct?
10   A.  Yes.
11   Q.    And it's referencing the AHS study
12   cohort?
13   A.  Yes.
14   Q.    And I would just like to refer you
15   to the conclusion of this paper, and page
16   six.  You have been there.
17   The last paragraph on page six, it
18   states, "We draw several conclusions from our
19   methodological work in the AHS.  First, the
20   accuracy of reporting of pesticide use by
21   farmers is comparable to that for many other
22   factors commonly assessed by questionnaire
23   for epidemiological studies."
24   MR. LASKER:  I lost track.  Where
25   are you?

1    MR. TRAVERS:  Sorry.  The last
2    paragraph, page six.
3    MR. LASKER:  Okay.  Starting,
4    "First, the accuracy."
5    MR. TRAVERS:  Yeah.
6    MR. LASKER:  Okay.
7    BY MR. TRAVERS:
8    Q.    Then it goes on to say, "Second,
9    except in situations where exposure
10   estimation is quite accurate, i.e.,
11   correlations of .7 or greater with true
12   exposure, and true relative risk of 3.0 or
13   more, pesticide misclassification may
14   diminish risk estimates to such an extent
15   that no association is obvious, which
16   indicates false negative findings might be
17   common."
18   Do you see that?
19   A.  Yes.
20   Q.    And with that bias in the AHS
21   study, how would that affect the findings on
22   glyphosate from the De Roos 2005 study?
23   A.    Well, since we are talking about a
24   relative risk in a range of 1.3 or -- or
25   theoretically, a relative risk in the range

1    of 1.3 to 1.5, and misclassification error,
2    then it would be very easy, based on the
3    degree of misclassification error that they
4    are talking about, for that kind of a risk
5    ratio to be attenuated and to disappear in
6    this study, which is basically what they
7    are -- what they are describing.
8    Q.    So, if there is a negative
9    finding --
10   A.    A null finding.
11   Q.    Okay.  And you said you read the
12   deposition of Aaron Blair; correct?
13   A.  Yes.
14   Q.    And do you recall he is an author
15   of the NAPP abstract?
16   A.  Yes.
17   Q.    And he is a lead investigator on
18   the AHS, AHS study?
19   A.  Yes.
20   Q.    And it was still his opinion as the
21   chair of the IARC working group that
22   glyphosate was a probable human carcinogen;
23   correct?
24   MR. LASKER:  Objection to form.
25   A.  Yes.

1    Q.    And do you recall at the end of his
2  deposition, he stated that his opinion had
3  not changed at all after questioning by
4  defense counsel?  Do you recall that?
5    A.    I recall that.
6    Q.    And does Aaron Blair's testimony
7  support your -- or support your opinion that
8  Roundup can cause cancer in humans?
9    A.    Yes.
10   Q.    And after the almost seven hours of
11  questioning, do you stand by the conclusion
12  in your expert report?
13   A.    Yes.
14   Q.    Okay.  I would like to get
15  Exhibit 14-21, and this is the memo by
16  Exponent, the updated meta-analysis.
17        MR. LASKER:  Excuse me just a
18  second.
19   Q.    And is Exponent a peer-reviewed
20  journal?
21   A.    Exponent is a company, to my
22  knowledge.
23   Q.    And you are not aware of this paper
24  being submitted for peer review?
25   A.    I don't know anything about it.

1    Q.    And I would like to ask, if you
2  could, to read footnotes one and two.  You
3  don't have to read them out loud.  If you can
4  review footnotes one and two.
5    A.    On the first page?
6    Q.    Yes.
7    A.    Okay.
8    Q.    And if you recall from earlier in
9  the testimony, this -- this memo to
10  Hollingsworth, or this meta-analysis, the
11  only updated information was the unfinished
12  draft manuscript of the 2013 AHS study and
13  the abstract from the NAPP study; correct?
14   A.    Yes.
15        MR. LASKER:  Objection to form,
16  misstates the document.
17   Q.    And reviewing footnotes one or two,
18  can you tell who provided those documents to
19  Chang and Delzell?
20   A.    Mr. Lasker.
21   Q.    And generally, when you are
22  conducting a scientific study that you would
23  submit for peer review, if you are going to
24  update a study, would you rely solely on data
25  provided by an attorney you are consulting

1  for?
2    A.    Not commonly.
3    Q.    Okay.  Go back to Aaron Blair's
4  deposition.  If you could go -- if you could
5  go to page 206.
6    A.    206?
7    Q.    Yes.  If you go to line 20,
8  Mr. Lasker asked of Aaron Blair:
9        "But just so the record is clear,
10     IARC was not relying upon the most
11     updated analysis that you are aware from
12     the AHS data with respect to glyphosate
13     and non-Hodgkin's lymphoma; correct?"
14        And then Aaron Blair answers:
15     "Now you present it as if the
16     analysis were completed.  Analyses were
17     done, manuscripts are in description, but
18     the work wasn't finished, which means
19     it's incomplete, and that you don't want
20     to be reporting on, and we didn't."
21        Does that support your decision not
22  to rely upon the 2013 unpublished manuscript?
23   A.    Yes.  You know, data that is not
24  peer reviewed or published is not peer
25  reviewed or published.  You don't know why

1  it's not.  It might not have been finished,
2  might not have been accepted by the journal,
3  it might not have been in good shape.  You
4  have no idea why it's not published.
5    Q.    I just want to clarify, when you
6  reference -- we talked a lot about the AHS
7  study.  But when you reference the AHS study
8  in your report, what are you referring to?
9    A.    2005 paper.
10   Q.    Okay.  And I would just like -- if
11  you have got your report, I would like to go
12  to page three.
13        MR. LASKER:  Just a moment.  Page
14  three?
15        MR. TRAVERS:  Yes.
16   Q.    And at the top, it says you were
17  asked to review the scientific literature on
18  glyphosate and glyphosate-based formulations
19  and to provide an opinion to a reasonable
20  degree of medical and scientific certainty as
21  to whether glyphosate and glyphosate-based
22  formulations can cause non-Hodgkin's
23  lymphoma; correct?
24   A.    Yes.
25   Q.    If you were to do a literature

1  review for scientific journals, say like the
2  Lancet, would you rely on unpublished,
3  unpeer-reviewed data?
4      A.   I might under certain circumstances
5  report a fact or a bit of information, citing
6  it as un- -- unpublished, but -- but as a --
7  almost as a -- more in the context of a bit
8  of information, not in the context
9  necessarily of, say, in a data table or
10  something of that sort.  So, I might express
11  an opinion by someone or -- that is not
12  published, or a factoid, but I don't think I
13  would express data per se that was not
14  published.
15      Q.   And in your report, you also talk
16  about meta-analyses, and there are
17  meta-analyses in the IARC report as well;
18  correct?
19      A.   Yes.
20      Q.   Those are in fact statistically
21  significant; correct?
22      A.   Yes.
23      Q.   Okay.  And in the -- and also in
24  your report, you note that McDuffie shared an
25  odds ratio, a statistically significant odds

1  ratio of 2.12 for people who used glyphosate
2  greater than two days per year; correct?
3      A.   Yes.
4      Q.   And Eriksson showed an odds ratio
5  of 2.36 for people who used glyphosate longer
6  than ten years; correct?
7      MR. LASKER:  Objection to form.
8      A.   Yes.
9      MR. LASKER:  I don't think that's
10  what you meant to say.  More than ten
11  years?
12      MR. TRAVERS:  Who used glyphosate
13  longer than ten years.
14      MR. LASKER:  Is that what he says
15  in his report?  Where are you reading?
16      MR. TRAVERS:  Page 22.
17      MR. LASKER:  Hmm.  Okay.  It is
18  what he has in his report.
19      Q.   And you have worked -- you have
20  worked with the Miller Firm before on the
21  Actos case; correct?
22      A.   Yes.
23      Q.   Have you ever worked for defendants
24  as an expert?
25      A.   Yes.

1      Q.   What percentage of cases would you
2  say are for defendant -- that you take are
3  for defendants compared to plaintiffs?
4      A.   Nowadays, I do about two-thirds
5  plaintiff and about a third defendant.
6      Q.   All right.  Have you ever turned
7  down -- have you ever turned down cases from
8  plaintiffs' firms?
9      A.   Sure.  And from Miller.
10      Q.   And defense counsel showed you an
11  article from 1965 by Bradford Hill.  Let's
12  see.  Has the application of Bradford Hill
13  been modified at all from 1965 to present
14  time?
15      MR. LASKER:  Objection to form.
16      A.   I mean, I don't want to say it's
17  been modified in terms of its skeletal
18  structure, but the interpretation of the
19  nomenclature and the, the intent or the --
20  the interpretation of the criteria that are
21  there have certainly been modified and
22  adapted and adjusted over the years.  They
23  are not the same as they were in 1965.
24      I mean, remarkably, it's actually
25  retained its -- the nomenclature has actually

1  stayed more or less the same as -- for
2  50 years, but the words don't necessarily --
3  are not applied -- the terminology and the
4  applications are not applied in the same way
5  now as they were 50 years ago.
6      Q.   And that would be, what you are
7  saying would be, that would be the general
8  consensus of the scientific community?
9      MR. LASKER:  Objection to form.
10      A.   Sure.  I would think so, yes.
11      Q.   Would you -- do you agree with the
12  following statement?  Would you -- I'm sorry.
13      Would you agree that IARC is a
14  well-regarded international public health
15  agency?
16      A.   Sure.
17      Q.   Would you agree that when IARC
18  monographs are available, they are generally
19  recognized as authoritative?
20      A.   The ones on carcinogenesis, yes.
21      Q.   Let's see.  And would you agree
22  that IARC is one of the most well-respected
23  and prestigious scientific bodies?
24      MR. LASKER:  Objection to form.
25      A.   When you say "most," you sort of

1  have to have a concluding phrase.
2      Q.   Would you agree that IARC is a
3  well-respected and prestigious scientific
4  body?
5      A.   Yes.
6           MR. TRAVERS:  Those are all the
7  questions I have got.
8  EXAMINATION
9  BY MR. LASKER:
10     Q.   Just a few follow-ups, Dr. Neugut.
11          You do state in your expert report
12  that Eriksson showed, on page 22, an odds
13  ratio for -- of 2.36 for people who were --
14  used glyphosate longer than ten years.  Does
15  Eriksson actually report that data?  Because
16  I don't remember that from the glyphosate
17  study.
18     A.   What page are you on?
19     Q.   In your report, page 22, you say
20  that Eriksson showed an odds ratio of 2.36
21  for people who used glyphosate longer than
22  ten years.  You were asked that by
23  plaintiffs' counsel and agreed that's what
24  Eriksson found.  It's on page 22, under
25  strength of association.

1      A.   If I said it, then I must have
2  thought it.
3      Q.   Okay.  I believe, and you can --
4  you can correct me if I am wrong, that at
5  least the number you are citing there is
6  greater than ten days, not ten years, from
7  Eriksson's report, and this is table two.
8      A.   You are right.  It's greater than
9  ten days.  I apologize, it's an error.
10     Q.   Just so we are clear, that is a
11  mistake in your expert report.
12     A.   Um-hum.
13     Q.   And that 2.36 number that we -- for
14  greater than ten days, that is the number
15  that we were talking about previously that
16  you agreed there is no measure or indication
17  that that is statistically different than the
18  odds ratio for less than ten days; correct?
19     A.   There is no number for that, but
20  yes, it's larger.
21     Q.   So, we don't know if -- we don't
22  have any statistical indication from this
23  study from Eriksson that there is a greater
24  odds ratio with greater exposure, because we
25  don't have that statistical analysis;

1  correct?
2      A.   Right.
3      Q.   With respect to the 2013 AHS study,
4  did you rely upon anything that Dr. Blair
5  said in his deposition in deciding not to
6  consider or not to even look at that data?
7      A.   What's the -- oh, the AHS
8  follow-up?
9      Q.   Yes.
10     A.   No.
11     Q.   With respect to -- plaintiffs'
12  counsel asked you about the Chang and Delzell
13  2017 analysis, and he pointed out that the
14  AHS 2013 analysis and the NAPP analysis were
15  provided to Exponent by myself.
16          Now, just to be clear, you agree
17  that I did not create that data; correct?
18     A.   You did not --
19     Q.   Create that data.
20     A.   I assume not.
21     Q.   And you have read Dr. Blair's
22  deposition.  You know that this was data that
23  Dr. Blair had in his files; correct?
24     A.   Yes.
25     Q.   And this was data that Dr. Blair

1  did not disclose to IARC; correct?
2      A.   Yes.
3      Q.   And this is data that Dr. Blair did
4  not disclose to the EPA; correct?
5      A.   I don't recall offhand about EPA,
6  but -- I don't know about that.  I don't
7  recall.
8      Q.   And there was no way for
9  investigators who were conducting a
10  meta-analysis prior to the deposition of
11  Dr. Blair, where this data became public, for
12  any investigator at IARC or elsewhere doing a
13  meta-analysis to include that 2013 data or
14  the NAPP data; correct?
15     A.   Correct.
16     Q.   With respect to Exhibit 14-23,
17  which is the paper, the Blair paper on
18  exposure misclassification, plaintiffs'
19  counsel asked you a couple of questions about
20  that.  Do you recall?
21     A.   Which document?
22     Q.   This would be Exhibit 14-23, and it
23  is a paper by Blair entitled "Impact of
24  pesticide exposure misclassification on
25  estimates of relative risks in the

1    Agricultural Health Study." Correct?
2      A.   Yes.
3      Q.   And this study again is referring
4 to the possibility of misclassification
5 biasing results towards the null; correct?
6      A.   I wouldn't use the word "biasing."
7 I would say --
8      Q.   Shifting towards the null.
9      A.   Okay.
10      Q.   And as we discussed previously, if
11 the reported odds ratio is below 1.0, then
12 this type of exposure misclassification would
13 bump those numbers up a little bit.
14        MR. TRAVERS: Objection.
15      Q.   And if it's above 1.0, this type of
16 exposure misclassification might lower it.
17 Correct?
18        MR. TRAVERS: Objection.
19      A.   Yes.
20        MR. TRAVERS: Asked and answered,
21 mischaracterizes his previous testimony.
22      Q.   And with respect to the
23 Agricultural Health Study, to the extent that
24 there are odds ratios reported for glyphosate
25 and non-Hodgkin's lymphoma below 1.0, the

1 type of exposure misclassification that is
2 discussed in the Blair paper would bump those
3 numbers up; correct?
4        MR. TRAVERS: Objection, asked and
5 answered, mischaracterizes previous
6 testimony.
7      A.   A misclassification error would
8 work on the opposite side as well.
9      Q.   It would work in both directions.
10      A.   Yes.
11      Q.   And in fact, in this paper, at
12 page 11, they have tables that show that if
13 the risk ratio is below one, this
14 misclassification would -- would tend to
15 increase those numbers to make them higher;
16 correct?
17      A.   Yes.
18      Q.   And so, with the Agricultural
19 Health Study, both the 2005 study for their
20 dose-response and the 2013 analysis for all
21 of its findings, they reported odds ratios
22 for glyphosate and non-Hodgkin's lymphoma
23 that were below 1.0; correct?
24      A.   Yes.
25      Q.   So, the impact of this

1 misclassification, if it occurred, to -- for
2 those numbers in the AHS studies for
3 glyphosate and non-Hodgkin's lymphoma would
4 actually push those numbers up; correct?
5      A.   Yes.
6      Q.   The Blair paper, the 2011 paper,
7 Exhibit 14-23, also states that if the
8 relative risks are -- the true relative risk
9 is 1.0, misclassification -- the
10 misclassification that they are discussing
11 here does not actually impact the results at
12 all; correct?
13      A.   That's correct.
14      Q.   And the other finding in this paper
15 is that the attempt to make some measurement
16 of intensity of exposure, which is what is
17 done in the Agricultural Health Study, does
18 improve the study as compared to just asking
19 whether or not an individual had used or been
20 exposed to pesticide in the past; correct?
21      A.   I'm sorry, say that one again.
22      Q.   That the Blair 2011 paper reports
23 that when they look to their intensity
24 measure in the Agricultural Health Study,
25 intensity of exposure, that did correlate

1 with exposure levels better than simply
2 asking the individual whether they had been
3 exposed or not; correct?
4      A.   I don't recall that, but -- I don't
5 recall seeing that.
6      Q.   Well, take a look to the last page,
7 is actually where you were being asked
8 questions by plaintiffs' counsel, on page
9 six. And it is right where he stopped off on
10 his questioning of you.
11        It states, "Third, it appears that
12 an algorithm that incorporates several
13 exposure determinants into an estimate of
14 exposure intensity predicts urinary levels
15 better than the individual exposure
16 determinants considered here and would result
17 in less attenuation of relative risk
18 estimates." Correct?
19      A.   Yes.
20      Q.   One of the findings in this
21 analysis by Blair is that the AHS, through
22 using an algorithm to try to estimate
23 intensity of exposure, does reduce this
24 potential bias as compared to studies that
25 don't include an intensity measure; correct?

Page 354

1    A.   Yes.
2    Q.   And the case-control studies that
3  we talked about for glyphosate, none of them
4  included any algorithm to try and assess
5  intensity of exposure; correct?
6    A.   I don't think any of them did, no.
7    Q.   The Blair paper in 2011, that
8  resulted in modifications for the algorithm
9  for intensity that was used in agricultural
10  study analyses going forward; correct?
11    A.   I don't know.
12         MR. LASKER:  Let's mark as
13  Exhibit -- I'm sorry.
14         (Exhibit 14-24, An Updated
15    Algorithm for Estimation of Pesticide
16    Exposure Intensity in the Agricultural
17    Health Study marked for identification,
18    as of this date.)
19    Q.   This is a 2011 paper by Coble,
20  et al, including Dr. Blair as well, "An
21  updated algorithm for estimation of pesticide
22  exposure intensity in the Agricultural Health
23  Study."  Correct?
24    A.   Yes.
25    Q.   And it states in this abstract that

Page 355

1  an algorithm developed to estimate pesticide
2  exposure intensity for use in epidemiological
3  analyses was revised based on data from two
4  exposure monitoring studies; correct?
5    A.   Yes.  But I am -- it's a little
6  hard for me to absorb.  This is a pretty
7  complicated paper.  It's a little hard for me
8  to sit here and absorb here now.
9    Q.   Okay.  But it does appear, and I
10  recognize that you have not reviewed this in
11  connection with reaching your opinion, but it
12  does appear that in response to some of the
13  analyses that were in the paper we looked at,
14  14-23, there was an update in the algorithm
15  for the Agricultural Health Study for
16  intensity of exposure; correct?
17    A.   Perhaps.  I don't know, and I don't
18  know for what particular exposures, and in
19  particular, I don't know whether it applies
20  to glyphosate in particular or not.
21    Q.   And with respect to -- and let's --
22  I don't think we marked it, but I think we
23  are going to have to now.  The 2013
24  Agricultural Health Study analyses, do you
25  know whether or not that analysis used the

Page 356

1  algorithm that was being discussed in the
2  paper you cited, 14-23, or the updated
3  algorithm that was derived subsequently?
4    A.   I don't know anything about the
5  2013 analysis.
6    Q.   Okay.  If in fact the 2013 analysis
7  used an updated algorithm cited here in the
8  Coble paper, that would at least potentially
9  address some of the issues that you raised
10  with respect to the Blair 2011 paper;
11  correct?
12    A.   Again, I would have to beg off on
13  that.  I don't know.
14    Q.   Okay.
15               (Continued on next page
16  with witness jurat.)

Page 357

1         MR. LASKER:  I have no further
2  questions.  We are done.
3         THE VIDEOGRAPHER:  The time is
4  6 p.m.  We are off the record.
5               oOo
6    I,  ALFRED NEUGUT, M.D., , the witness
7  herein, do hereby certify that the foregoing
8  testimony of the pages of this deposition to be a
9  true and correct transcript, subject to the
10  corrections, if any, shown on the attached page.
11    _____
12
13  Subscribed and sworn to before me this
14  _____day of _____,_____.
15  _____
16    NOTARY PUBLIC

Page 358

```
 1   STATE OF NEW YORK  )     Pg.  of  Pgs.
 2   COUNTY OF NEW YORK )
 3        I wish to make the following changes
 4   for the following reasons:
 5   PAGE  LINE
 6   ____  ____  CHANGE:_____
 7              REASON:_____
 8   ____  ____  CHANGE:_____
 9              REASON:_____
10   ____  ____  CHANGE:_____
11              REASON:_____
12   ____  ____  CHANGE:_____
13              REASON:_____
14   ____  ____  CHANGE:_____
15              REASON:_____
16   ____  ____  CHANGE:_____
17              REASON:_____
18   ____  ____  CHANGE:_____
19              REASON:_____
20   ____  ____  CHANGE:_____
21              REASON:_____
22   ____  ____  CHANGE:_____
23              REASON:_____
24        _____
                 ALFRED NEUGUT, M.D.,
25
```

Page 359

```
 1        C E R T I F I C A T E
 2   STATE OF NEW YORK    )
 3                : SS.
 4   COUNTY OF NEW YORK   )
 5
 6
 7        I, BONNIE PRUSZYNSKI, a Notary
 8   Public with and for the State of New York,
 9   do hereby certify:
10        That ALFRED NEUGUT, M.D., , the witness
11   whose deposition is hereinbefore set forth,
12   was duly sworn by me and that such deposition
13   is a true record of the testimony given by
14   the witness.
15        I further certify that I am not related
16   to any of the parties to this action by
17   blood or marriage, and that I am in no way
18   interested in the outcome of this matter.
19        IN WITNESS WHEREOF, I have hereunto
20   set my hand this 7th of August, 2017.
21
22        _____
23             Bonnie Pruszynski
24
25
```

| | | | | |
|---|---|---|---|---|
| **A** | **act (2)** | 152:13,16,19,22 | 116:19 117:2,13 | 335:19 336:20 |

**A**

**aaron (8)**
23:22 179:2 335:8
337:12 338:6 340:3
340:8,14

**ability (12)**
33:23 46:15,15 47:12
156:22 199:19
200:15 203:17,22
208:6,10 250:11

**able (26)**
31:7,8,8 46:24 56:16
69:3 82:25 83:14
136:16 140:13
168:7 197:20 198:6
200:2,20,21,25
202:21 203:22
218:23 261:12
262:11 304:12
309:15,16 327:15

**absent (1)**
16:6

**absolute (2)**
91:25 202:25

**absolutely (3)**
176:4 276:17 309:5

**absorb (4)**
33:23 300:18 355:6,8

**abstract (5)**
88:7 94:8 337:15
339:13 354:25

**absurd (1)**
318:24

**academic (1)**
263:6

**accepted (1)**
341:2

**access (3)**
7:17 30:7 334:17

**account (17)**
39:6 40:1 66:7,11,15
66:17 107:20 111:8
137:11 160:5
196:17 219:6
267:23 278:14
321:6 331:12,14

**accounts (1)**
269:15

**accuracy (3)**
51:17 335:20 336:4

**accurate (3)**
13:14 213:6 336:10

**accurately (1)**
29:8

**acknowledges (1)**
33:25

**act (2)**
14:17 91:6

**action (1)**
359:16

**actions (1)**
1:7

**actos (8)**
42:13,17 44:16 190:9
190:10 191:13
256:21 343:21

**actual (10)**
16:19 26:21 33:22
55:8 112:13 147:5
168:1,8 192:4 236:5

**adapted (1)**
344:22

**add (4)**
261:20 284:14 333:18
333:18

**addition (1)**
115:16

**additional (13)**
61:21 182:11,20
183:3,11,16,22
184:10 185:14
215:4 252:22 253:2
286:24

**address (16)**
50:20 97:5 98:12
100:4 122:16
123:10,19 166:24
209:1 281:5 287:1
292:19 307:22
315:15 317:20
356:9

**addressed (1)**
61:22

**addresses (2)**
83:8 281:4

**addressing (2)**
41:11 284:4

**adds (1)**
40:14

**adequate (2)**
153:24 154:2

**adhere (6)**
254:9 255:8,18 256:2
258:7 277:6

**adjust (14)**
68:24 69:3 143:9
208:15,21 209:2,9
215:17 216:13,21
217:1 218:14
225:10 227:15

**adjusted (39)**
68:8 127:22 151:17

152:13,16,19,22
153:6 157:9,20
158:6,15 159:1
210:10,11,16 211:4
211:6 215:9,25
216:1 218:6 219:1
225:12 235:7
242:21 243:4,10
245:21,25 246:9,21
267:23 268:2,13
283:8,11 291:23
344:22

**adjusting (2)**
226:17 246:5

**adjustment (5)**
207:22 208:5 212:17
215:13 217:7

**adjustments (2)**
211:19 212:5

**adler (1)**
243:7

**affect (4)**
167:4 178:8 258:5
336:21

**affirm (1)**
8:24

**afternoon (2)**
182:1,5

**age (12)**
127:22 146:20,25
147:2,4,11 148:2
149:20 211:6 216:1
283:11,13

**agency (1)**
345:15

**agent (2)**
20:15 214:18

**agents (2)**
169:10 284:5

**ages (2)**
147:21,22

**agnostic (6)**
162:25 197:3 233:14
233:15 315:12,24

**ago (9)**
10:21 14:23 23:25
74:1 90:5 192:1
244:2 257:6 345:5

**agree (49)**
38:4 39:8 40:2 41:1
41:23 42:8 43:14
45:12 48:4 65:17
66:19,21 67:19
72:24 87:5 88:22
90:8,13,15 94:14
109:14,19 112:5

116:19 117:2,13
119:11 127:13
153:17 197:2,9,25
216:22 240:23
264:10 271:20
274:14 313:11
329:5,16 330:10
331:17,21 345:11
345:13,17,21 346:2
348:16

**agreed (3)**
14:20 346:23 347:16

**agreeing (1)**
14:17

**agricultural (56)**
5:20 6:6 7:21,25
83:13,21 85:13,21
86:5 114:25 115:1
120:24 121:5,8,19
122:7,9,15 123:4,9
124:5,25 125:10,14
125:21 126:24,25
128:10 145:19
149:18 150:1
153:20 159:10
173:1,20 182:10
183:10 193:16
206:15 252:22
266:14 294:4
299:13,25 324:25
334:20 350:1,23
351:18 352:17,24
354:9,16,22 355:15
355:24

**ah (1)**
330:10

**ahead (1)**
179:4

**ahs (64)**
83:7,19 121:15,23
122:1 124:1 143:16
144:3,8,22 145:12
145:25 146:11
159:24 162:19
163:4 172:14 174:8
176:6,14 178:13,23
179:9 182:19 184:9
184:13 186:1,8
187:13,21 188:12
188:18 189:15,20
190:1 192:22 207:4
251:21 252:4
266:21 297:19,25
300:11 301:2,14
325:13,25 326:5
331:13,15 335:11

335:19 336:20
337:18,18 339:12
340:12 341:6,7
348:3,7,14 352:2
353:21

**aim (2)**
195:10 214:8

**al (4)**
6:3 151:25 298:16
354:20

**alavanja (2)**
297:19,22

**albert (2)**
4:21 53:4

**alfred (10)**
1:13 2:13 4:3,11 8:3
9:1 12:5 357:6
358:24 359:10

**algorithm (12)**
7:22 353:12,22 354:4
354:8,15,21 355:1
355:14 356:1,3,7

**allow (4)**
59:10 97:4 150:22
282:24

**allowed (4)**
227:8 275:13 276:9
276:10

**allowing (2)**
275:7,20

**allows (5)**
75:23 136:23 145:25
275:1 277:2

**alter (3)**
87:7 88:17 169:1

**altogether (1)**
257:21

**ambiguity (3)**
319:13,23 320:1

**ambiguous (1)**
227:5

**ameliorate (2)**
104:22 105:12

**america (2)**
246:11 301:3

**american (30)**
6:9 7:7 87:25 221:6
222:19 223:1 229:6
237:15,20,24 238:4
238:22 239:21
240:1,6,25 241:11
243:19 245:14
246:19 247:14
248:3 250:17
251:20 252:3 253:7
266:6,22 300:13

325:5
**amount (6)**
22:24 25:3 30:20
171:20 287:19,20
**analogize (1)**
270:17
**analogy (3)**
270:21 284:14 330:22
**analyses (26)**
69:2,3 149:5 157:16
158:3 164:3 167:16
188:3 212:11 214:1
233:22,25 236:10
242:8 264:13 277:4
277:11 280:9
293:22 321:4 325:7
340:16 354:10
355:3,13,24
**analysis (166)**
5:25 6:17 22:7,15,16
22:25 24:8,13 25:22
26:25 27:6,19 29:14
63:16 67:15 68:5,17
69:9,12 86:8 107:20
111:23 112:2
113:12,18 127:21
127:22 129:15
131:3,17 141:20
142:4,24 143:2
147:5,10 150:6
158:4,14 166:10
169:2 170:9,11
172:15 175:17
176:7,13 179:12
180:20 182:19
183:2,10,16 184:9
184:13 185:21
186:1,8 187:13
188:18 189:15,20
190:1 193:10
195:10 202:4
206:16 209:7,7,8
212:10,13 217:15
218:1,3,24 219:5
220:6,22 222:1
224:17 225:7,7,11
226:4 230:18
233:20 234:3,5,9,14
236:3,7 237:1
238:12 239:11,12
240:6,18 241:2
247:15 249:17
251:21 257:22
260:18 263:9
267:11 268:22,23
269:2,14 273:25

274:25 277:13,16
278:18,19,23
279:11,14,25 280:4
280:10,16,20,21
281:13 282:12
289:11,12,22,25
291:18,22 292:11
293:23 295:5,10
297:5 298:7,8 300:8
300:11,12,13,24
305:7,12 308:10
311:6 321:3 324:9
324:13,24 325:24
340:11,16 347:25
348:13,14,14
351:20 353:21
355:25 356:5,6
**analytical (1)**
65:4
**analyze (14)**
20:11 29:7 96:6 97:12
178:6 202:21 203:1
221:1 224:22
239:20 250:11
278:3 280:19 281:3
**analyzed (9)**
132:7 202:2 222:18
225:17,24 250:8
269:3 273:13 300:2
**analyzes (2)**
185:8 236:9
**analyzing (9)**
23:16 24:21 28:15
54:25 109:15 120:2
197:10 255:25
277:24
**animal (14)**
27:18,24 28:8,15 31:3
31:18 32:6,7,16
33:1,4,10 36:20,21
**animals (1)**
35:3
**answer (51)**
17:11 23:5,8,9 25:25
29:9 30:19 35:8
40:17 43:12 44:21
55:14 62:13 65:25
72:25 73:24 75:10
87:4 97:9,13,15
109:25 117:9,13
123:14,21 125:6
150:4 156:11,24
180:8 185:3 192:11
197:8 201:13
203:14,23 234:11
240:12 249:23

261:6 281:5 284:15
285:8 287:3 302:24
306:22 313:13
316:6 317:15 330:2
**answered (28)**
14:6 50:10 72:21
81:11 99:3,19 101:2
133:23 153:9 156:3
157:2 174:15
176:12 177:24
178:19 179:20
180:17 189:12
200:10 201:10
203:20 279:19
312:11 313:22
322:8 323:15
350:20 351:5
**answering (6)**
37:7 51:4 65:23 149:9
165:11 306:24
**answers (4)**
32:20,22 252:7
340:14
**anybody (2)**
271:17 310:7
**anymore (1)**
304:17
**anytime (2)**
9:22,22
**apologize (2)**
126:6 347:9
**appalled (1)**
309:5
**apparent (1)**
143:11
**appear (2)**
355:9,12
**appearing (1)**
218:16
**appears (2)**
206:5 353:11
**apples (2)**
74:22,23
**applicable (4)**
81:1,3,20 330:23
**application (3)**
202:19 323:11 344:12
**applications (1)**
345:4
**applicator (1)**
132:14
**applicators (6)**
5:19 120:24 125:24
127:1 169:10 185:8
**applied (3)**
314:13 345:3,4

**applies (4)**
159:11 263:13 322:15
355:19
**apply (11)**
125:24 197:20 203:3
263:13 278:20
287:24 308:25
309:7,18 313:5
329:21
**applying (2)**
311:19 314:8
**appreciate (1)**
254:21
**approach (11)**
22:8,17 54:24 257:17
279:16 281:3
282:16,21 309:20
312:21 313:14
**approached (1)**
263:8
**approaches (1)**
93:15
**approaching (1)**
263:11
**appropriate (4)**
48:22 94:11 272:1
293:12
**appropriately (1)**
65:14
**approximately (5)**
8:6 15:4 186:11
187:14 283:15
**april (11)**
12:11,17 15:3 16:2,21
17:13,21 18:8,21
22:3 31:14
**area (3)**
83:11 216:2 272:5
**arent (1)**
106:13
**arguments (1)**
304:13
**arises (4)**
170:16,24 171:1
319:15
**arrow (4)**
82:6 317:10 318:5
319:24
**article (9)**
5:3 87:13,16 93:3,13
94:2 107:4 306:5
344:11
**articles (1)**
259:11
**artifact (2)**
202:12 292:7

**artificial (1)**
218:16
**artificially (4)**
71:16 143:2 180:3
218:20
**asbestos (11)**
65:1,1,36 6:3,6 136:16
136:19 270:18,22
271:13,15 330:1
**ascosep (5)**
5:1 64:1,14 106:24
107:1
**aside (5)**
241:6 257:13 278:6
282:3,6
**asked (41)**
14:5,11 26:10 30:6
43:6,8 50:9 72:20
81:10 99:2,18 101:1
133:22 153:8 156:2
165:15 173:7
174:14 176:11
177:23 178:18
179:20 180:16
189:11 192:18
200:9 201:9 203:19
279:19 312:10
313:21 322:7
323:14 340:8
341:17 346:22
348:12 349:19
350:20 351:4 353:7
**asking (20)**
9:25 11:6 65:21 74:2
80:25 90:6,13
119:18,20 180:6
182:25 201:3
210:17 214:4
245:12 302:4
311:18 328:9
352:18 353:2
**assembling (1)**
26:18
**assembly (1)**
27:6
**assess (8)**
47:13 49:22 56:17
59:11 98:10,15
192:19 354:4
**assessed (4)**
171:15,16 241:6
335:22
**assessing (1)**
254:25
**assessment (16)**
6:20 17:15,23 38:5

39:8 168:8 229:1
260:13 261:2,6,10
261:12 310:11,15
310:17 322:24
**assessments (2)**
258:1 260:10
**associate (1)**
40:11
**associated (21)**
5:6 45:15 63:7 67:9
80:18 81:8 87:19
88:4 127:8 138:23
141:21 142:2 143:7
143:13 149:10
213:1 214:23,23
313:8 319:24 328:5
**associating (1)**
38:15
**association (72)**
7:15 11:23 38:23
40:23 41:9 62:18,25
63:9 68:6 71:16
91:21 109:24
122:11 127:20
128:2 159:1 174:2,3
174:11 175:24
179:24,25 188:14
200:3,6 201:1,21,23
208:7 216:24
224:23 231:7 240:8
249:16 255:14
262:5 285:14,21
286:3 301:21
307:19 308:4 311:1
311:24 312:5,13
313:6,7,16,24,24,25
314:5,6 315:9,10
316:12,14,16 317:1
317:3,16,17,22
318:3 320:10,14
327:19 329:6
333:20 336:15
346:25
**associations (6)**
46:25 100:23 118:19
122:18 123:12
202:1
**assume (6)**
9:9 122:22 226:25
239:16 323:17
348:20
**assumes (1)**
326:7
**assuming (2)**
15:18 226:3
**assumption (2)**

15:11 67:10
**assumptions (1)**
175:13
**asthma (1)**
236:18
**asthmatic (2)**
236:14,15
**asthmatics (3)**
7:1 234:20 235:13
**attached (2)**
188:19 357:10
**attempt (1)**
352:15
**attempts (1)**
167:7
**attenuate (1)**
166:12
**attenuated (3)**
172:3 174:18 337:5
**attenuates (1)**
164:5
**attenuation (2)**
178:8 353:17
**attitude (1)**
257:15
**attorney (1)**
339:25
**attorneys (4)**
3:4,15 190:6 251:12
**attributable (2)**
115:6 139:5
**attribute (3)**
308:6 312:8 313:18
**attributed (2)**
310:21 311:9
**august (4)**
1:15 2:8 8:5 359:20
**austin (2)**
305:20,21
**author (2)**
335:8 337:14
**authored (1)**
335:7
**authoritative (4)**
17:7 93:14 255:10
345:19
**authors (1)**
213:25
**available (3)**
32:1 195:21 345:18
**avenue (1)**
3:5
**average (5)**
144:10,23 145:1,15
162:13
**avoid (3)**

101:9 124:2,6
**aware (28)**
28:10 31:17,24 33:13
57:24 109:20 182:8
182:18,24 183:1,6,9
183:15 191:20
241:10 252:20,25
253:4 266:5,13
277:25 294:1,6
302:14,18,25
338:23 340:11

---

**B**

**b (3)**
4:8 152:13 317:4
**bacillus (1)**
310:5
**back (51)**
15:10 28:22 44:11
60:6,11,11 63:23
64:5 66:19 70:2
73:2 76:5 90:20
95:4 106:22 142:8
146:15 149:16
159:7,20 160:18
161:4,5 173:6
176:18 190:22
198:23 205:20,21
222:6 223:16,23
229:20 230:9
231:22 237:7 239:8
247:11 273:2
283:18 292:20
295:20 297:10,12
300:6,7 303:21
304:15 305:2 333:3
340:3
**bad (4)**
71:5,8 75:2 102:6
**barely (1)**
232:8
**base (1)**
310:25
**based (39)**
15:13,17 37:4 45:21
48:6,23 53:25 56:18
56:24 79:3,12,22,24
86:11 89:18 116:21
117:3,9 132:8,12
141:20 142:24
147:1 171:8 180:22
190:13 200:16
229:7 262:8 284:7,8
302:4 306:16
324:23 328:21,23
331:11 337:2 355:3

**bases (1)**
209:13
**basically (5)**
84:25 157:3 236:11
304:1 337:6
**basis (10)**
17:3,24 18:19 39:4,24
61:12 109:9 112:5
304:10 323:20
**bcell (2)**
188:5,15
**bear (1)**
252:17
**bearing (1)**
58:25
**bears (1)**
252:17
**beate (2)**
4:23 58:14
**beg (1)**
356:12
**beginning (7)**
57:14 72:4,18 73:21
75:12 94:6 276:24
**begins (1)**
110:20
**begs (1)**
154:11
**behalf (2)**
14:9 196:10
**beings (1)**
70:16
**believe (47)**
11:4,15 13:25 31:1
53:7 60:22 65:2
73:18 89:10 94:23
125:8 133:3 134:13
140:17,20 144:12
168:12,13 185:11
190:9 195:25 199:3
199:16 203:15
205:19 217:7,22
238:3 243:24
253:24 254:4,8,13
255:9 257:6,9,11
289:16 294:7
295:22 305:12
311:7 312:4 313:15
324:2 328:3 347:3
**best (5)**
171:25 203:5 217:13
271:21 280:21
**better (14)**
38:2 46:24 48:9 63:21
72:14 101:9 118:8
124:12 125:4 191:5

266:4 320:8 353:1
353:15
**beyond (12)**
56:18 182:20 183:3
183:12 184:11
262:2,4 263:1
265:19 308:6 312:7
313:18
**bias (118)**
39:1 60:19,25 61:17
62:15 63:1 69:25
70:7,10,11,12,14,21
76:15,16 77:17,22
77:23,25 78:6,12,17
78:23 79:1,6,17,21
79:25 80:9,20 81:9
82:1 84:15,19 85:8
85:13 86:4,8,9
96:17 97:6,17 98:3
98:5,5,5,6,11,11,12
98:19,21,25 99:6,9
99:16,22 100:8,10
100:19,22,25 102:3
102:14,15,24 103:2
103:6,10,13,21
104:10,23 105:12
105:21,25 106:4
124:2,6,8,17 139:24
143:1 165:19
166:18,18 170:19
170:23,25 171:11
172:11,13,19
175:22 176:9
179:23 180:1
202:13 223:18,24
284:22 288:10,25
306:11 307:8
308:15 310:22
311:10 312:1,14
314:2,3 318:4,6
332:13 335:4
336:20 353:24
**biased (7)**
71:8,10 101:8 166:12
166:15 177:15
277:8
**biases (8)**
71:24 76:17 82:9
85:16 97:23 103:4
163:20 288:21
**biasing (6)**
106:7 174:21 178:10
180:13 350:5,6
**big (6)**
49:15 92:15 97:25
98:11 99:5 224:3

**bill (6)**
13:12,13,13,21 15:5
15:25
**billed (3)**
14:8,14 15:21
**billing (3)**
10:11,17 13:20
**bills (1)**
13:18
**bioassay (1)**
28:9
**bioassays (2)**
30:4 31:3
**biological (3)**
304:12 327:11,12
**biologically (1)**
112:17
**biology (2)**
39:6 40:1
**biomarkers (2)**
6:2 151:24
**bit (9)**
73:9 134:11 136:13
204:17 271:7,11
342:5,7 350:13
**blair (49)**
23:22 24:3,6,11,18
25:20 26:10,17,24
27:11 66:21 123:2,9
125:6 144:21
171:16 184:22
185:4,19,23 186:7
186:15 187:10
188:1,19 240:1
241:7 244:24
264:10 301:13
334:13 335:8
337:12 340:8,14
348:4,23,25 349:3
349:11,17,23 351:2
352:6,22 353:21
354:7,20 356:10
**blairs (30)**
24:4 26:6 28:23
122:23 123:7
124:19 125:17
144:15 145:4 179:3
182:7 184:1,2,7,19
186:4 188:20,23
237:21 239:16
243:24 251:2,9,22
252:1,21 253:1
338:6 340:3 348:21
**blood (1)**
359:17
**bodies (1)**

345:23
**body (1)**
346:4
**bonnie (5)**
1:23 2:16 8:9 359:7
359:23
**book (1)**
64:13
**border (1)**
105:19
**bottom (12)**
77:12 140:24 147:22
147:25 152:15
196:6,7 213:20
237:16 248:18
268:18 296:5
**bound (2)**
46:2 62:1
**bounding (1)**
268:5
**bounds (1)**
175:17
**boxes (1)**
265:13
**bradford (47)**
217:25 284:14 285:10
305:11,14,15,15,18
305:20,21 306:2,2,6
307:1,22,23 308:1,9
309:2,4,25 310:9,19
311:3,11,19,23
312:9,16,18 313:14
314:8,10,12,17
317:14,17 322:20
322:24 323:11,13
331:2,3 333:4,12
344:11,12
**brain (1)**
203:1
**brains (1)**
202:14
**brazil (2)**
244:6 250:25
**break (15)**
41:3 57:21 59:24
126:12,23 164:25
165:12 176:20
181:2 259:18,21
260:6,8 309:24
333:22
**breakout (1)**
130:5
**breast (8)**
5:7 6:12 87:20 88:4
221:8,23 318:15,21
**brief (1)**

121:3
**bring (2)**
187:7 251:16
**brings (1)**
75:19
**broadway (2)**
2:15 3:10
**broccoli (2)**
165:24 166:1
**bruises (1)**
74:25
**build (1)**
333:14
**bulletin (2)**
6:4 193:14
**bump (2)**
350:13 351:2
**bupkis (1)**
332:2

---
**C**

**c (5)**
2:15 3:1,17 359:1,1
**calculated (1)**
132:11
**calculation (1)**
62:12
**california (1)**
1:2
**call (6)**
49:15 103:4 167:10
237:14 286:17
331:20
**called (6)**
9:2 46:8 121:5 236:7
260:22 288:1
**calling (2)**
85:7,7
**calls (20)**
19:10 23:2,19 49:19
55:22 56:12 68:11
72:6,21 80:10,21
82:2 87:9 112:3
116:23 118:21
119:6,13 120:8
122:20
**canada (2)**
238:2 247:20
**canadian (2)**
265:2 266:8
**cancer (79)**
5:8,17 6:1,4,12 11:14
11:18,24 12:18
21:12 24:22 27:16
28:9 30:3 31:3
34:17 40:12 65:2

66:4,6 76:10 78:10
78:16 87:20 88:5
106:18 107:15,20
108:1,2,8,12 109:17
109:22 113:10
120:22 121:9
122:12,19 127:8,8
147:13,23 151:23
160:7 161:20 162:2
190:15 191:18
192:20 193:14
216:14 217:9 221:8
221:23 259:12
270:19,23 309:10
315:2,6 318:9,15,21
319:14 320:3,5,6,8
320:22,25 321:4
328:6,13,19 329:5,7
329:13 338:8
**cancers (4)**
40:19 106:17 123:13
160:23
**cant (19)**
52:21 55:14 62:8
75:25 82:18 98:3
99:10 173:4 180:8
186:21 221:16
243:9 287:3,7 293:7
293:10,15 325:25
330:16
**cantor (39)**
193:3,6,13,21 194:3
194:24 195:6,12
196:15 197:11
198:1,19 204:2,5,9
204:13 205:6,18,21
206:7 207:20
209:14,15,19,21,23
210:11,13 211:4,11
211:16 212:2,3,13
212:16 215:14
229:14 230:11
235:3
**carcinogen (6)**
17:2 32:11 91:25 92:1
262:2 337:22
**carcinogenesis (2)**
304:14 345:20
**carcinogenic (7)**
4:17 19:22 20:15,24
20:25 21:4,5
**carcinogenicity (4)**
20:20 27:25 31:12
35:2
**carcinogens (2)**
25:2 91:6

**care (4)**
258:5 308:6 312:7
313:18
**carefully (2)**
22:19 250:12
**carried (1)**
65:5
**carries (1)**
226:10
**carry (3)**
75:2 259:5,6
**carryover (1)**
296:6
**case (36)**
1:4 13:24 14:8,10,12
14:21 15:12,24 16:5
70:5 83:13 123:20
190:7 192:10,21
195:16 216:13
228:1 230:16 255:1
255:16,25 256:21
257:19 262:16,21
263:10 271:1 275:3
275:17 281:17
310:18 311:20
318:14,25 343:21
**casecontrol (81)**
6:18 48:11,11,16
49:15 50:7 71:22
72:9 74:3,7 75:4,17
75:25 76:14 77:9,13
77:14,20 78:21,22
79:11 80:6,14 81:16
81:17 85:2,19,23
95:25 122:17
123:11 124:3
128:13,15 132:16
132:23 149:3,8
151:3,4 154:2
159:12 171:1,7,12
193:1 203:24 206:1
206:24 207:5,11
224:5,7,18 227:6,19
228:9,14,23 229:7
229:12 234:24
238:1,14 239:2,20
239:22 240:16,17
246:10 265:2 266:8
270:1 274:25
281:16,22 282:14
297:21 320:17
326:19 354:2
**cases (62)**
49:18 51:13 53:13
58:24 77:25 79:14
80:7,18 81:6,23,24

94:10 139:1,16
146:12,16,21 148:9
148:13 156:6
169:12,15,17
195:18 198:6,20
205:5,15,16 206:3
206:14,14 223:11
224:10 225:2
226:21 227:11
229:15 230:19,24
231:14,17,19,20,25
232:3 256:15
263:15 264:14,19
265:14,15 270:5,14
275:15 278:21
281:18,25 290:4
332:1 344:1,7
**categories (2)**
176:16 289:13
**categorization (1)**
180:10
**categorized (2)**
128:23 219:11
**category (8)**
20:18,22 135:3 269:4
269:18,20 273:4
289:14
**causal (30)**
38:25 39:16,22 40:3
40:14 91:21 115:24
116:5,11 194:16
199:7,20 200:8,15
202:18 261:3 262:5
262:8 285:14,16
309:6,20 311:13,15
315:9,9 317:3 318:3
333:15,19
**causality (5)**
312:22,25 314:4
317:21 331:22
**causation (16)**
7:16 89:18 107:12
201:8 203:18
228:20 241:1
256:18 305:23
306:9 307:19
310:11,15 317:15
318:10 332:13
**cause (15)**
17:25 24:22 31:15
62:19 68:14 89:4,14
191:17 195:7 284:3
284:12 322:16
328:13 338:8
341:22
**caused (3)**

108:22 168:15 190:14
**causes (15)**
17:4 18:9 34:16
106:18 112:16
127:16 137:12
150:5 197:16 320:5
328:18 329:12,13
329:17 330:11
**causing (3)**
113:9,9 192:19
**caution (3)**
90:17,21 200:20
**cautioned (2)**
89:16,17
**cautious (1)**
90:24
**caveats (1)**
94:9
**cell (2)**
6:16 224:16
**cells (1)**
265:21
**certain (12)**
10:7 48:12,16 71:17
75:25 92:18 101:18
217:3 257:19 259:7
303:23 342:4
**certainly (16)**
14:24 24:2 31:24
144:13 167:11
195:20 200:24
203:21 207:2
218:19 255:11
304:11 305:3
309:21 329:23
344:21
**certainty (2)**
19:2 341:20
**certified (1)**
2:17
**certify (3)**
357:7 359:9,15
**cetera (8)**
39:6,7 40:1 135:16
253:20,21 258:6
259:9
**chair (1)**
337:21
**chaired (1)**
28:8
**chairperson (1)**
24:6
**chance (11)**
39:1 41:8,18 250:21
271:23 272:10
300:21 308:7

310:22 312:8
313:19
**chang (15)**
150:22 151:12 293:20
294:2,9,15 295:5,12
296:25 297:15
300:25 301:11,19
339:19 348:12
**change (23)**
99:1 115:13 167:4
168:14,15,16,25
169:8,16,17,17,19
169:22 262:10
358:6,8,10,12,14,16
358:18,20,22
**changed (5)**
92:16 113:16 167:3
167:18 338:3
**changes (4)**
92:7 108:13 329:1
358:3
**chapter (7)**
64:13,16,17,20
106:22 113:25
114:2
**characterization (2)**
252:13 253:16
**characterize (1)**
31:8
**characterized (1)**
220:2
**characterizing (1)**
112:18
**charles (1)**
28:6
**check (1)**
151:21
**chemical (1)**
304:14
**choice (7)**
72:1,17 73:20 74:14
96:10 273:21 320:9
**choose (1)**
79:14
**chose (3)**
39:12 192:22 273:19
**christ (1)**
221:14
**cigarette (8)**
66:7 114:4 270:19,25
271:3 320:3,5,7
**cigarettes (2)**
271:16,18
**circle (1)**
76:5
**circumstances (9)**

65:16 66:16 171:23
242:7 251:15,18
257:16,18 342:4
**cite (13)**
92:22 93:2,5 94:2
103:8 104:21 105:9
105:18 106:10
218:25 295:16
298:21 302:16
**cited (6)**
35:1 105:7 294:15
304:7 356:2,7
**citing (2)**
342:5 347:5
**clarify (3)**
86:1 244:23 341:5
**clarity (1)**
84:2
**classification (8)**
20:10 23:1,17 25:24
32:10 33:5 178:3
265:21
**classified (2)**
220:7,9
**classifying (1)**
17:1
**clear (42)**
11:8 17:12 18:6 21:23
25:5 31:13 35:22
36:9 40:17 89:9
97:14 98:18 103:5
107:25 112:20
143:6,22 146:24
155:19 162:18
166:22 168:23
176:25 187:21
189:23 192:6
212:15 217:6
231:22 240:15
245:10 248:22
249:23 250:16
254:2 279:9 281:7
313:12 317:13
340:9 347:10
348:16
**clearcut (5)**
308:5,14 312:7
313:17 315:21
**cleveland (2)**
5:9 93:21
**clinic (2)**
5:9 93:21
**close (3)**
198:9 231:4 290:15
**closely (1)**
253:15

**closer (1)**
174:22
**clr (1)**
1:23
**clues (2)**
106:17 107:11
**clvs (1)**
3:21
**coble (2)**
354:19 356:8
**cocco (7)**
51:23 52:9,16 53:6
204:7,7,8
**code (1)**
272:5
**cohort (61)**
71:22 72:2,9,16,23
73:1,19 74:3,6 75:3
75:11,16,23 76:8,13
77:8,15,21 78:7,13
78:23 81:7 82:7,10
83:3 84:13,18 85:19
85:22 95:15,21,24
96:2 110:21 122:2
122:10,13 128:11
136:18 144:10,23
146:20,21 147:1,4
148:2 149:21
159:24 163:20
167:25 168:2
170:25 171:14
184:23 191:14
207:23 211:20
212:6 257:8 320:18
335:12
**cohorts (1)**
145:20
**collaboration (1)**
121:11
**colleagues (1)**
233:17
**collect (3)**
63:15 65:11,18
**collected (1)**
163:10
**college (1)**
88:1
**colon (1)**
259:12
**column (15)**
65:3 105:11 140:23
141:7,16 152:10
210:15 213:19,23
233:24 264:4,7
268:17,22 307:25
**combination (1)**

301:3
**combine (1)**
96:24
**combined (3)**
5:4 87:17 88:2
**come (6)**
102:9 203:4 231:4
252:14 263:15
304:4
**comes (2)**
51:17 176:17
**comfortable (1)**
91:20
**comment (1)**
207:19
**commentary (4)**
88:10,13 89:7,17
**comments (1)**
127:12
**commercial (2)**
125:23 127:1
**common (9)**
98:10 114:21 156:8,9
202:16,20 279:1
287:25 336:17
**commonly (3)**
291:1 335:22 340:2
**commonplace (1)**
309:6
**commonsensical (1)**
277:8
**community (1)**
345:8
**companies (1)**
121:16
**company (2)**
3:15 338:21
**comparable (1)**
335:21
**compare (3)**
55:20 69:12 107:10
**compared (12)**
76:13 77:15 131:9
132:1 139:15 149:3
172:21 287:19
297:5 344:3 352:18
353:24
**comparing (3)**
77:8 138:6,7
**comparison (1)**
134:17
**compile (1)**
13:22
**complement (1)**
85:1
**complete (7)**

56:6 57:6 213:21
248:12,22 250:3
297:1
**completed (2)**
149:13 340:16
**complex (1)**
175:11
**complicated (7)**
100:20 134:21 169:14
173:5 174:5 175:2
355:7
**compound (6)**
69:5 80:2 86:23
113:19 169:6
288:14
**comprehensive (1)**
293:23
**computer (2)**
104:3,7
**concept (6)**
70:9 108:6 109:19
160:2 172:13
309:13
**concern (30)**
63:1 76:4 77:23 82:1
83:8 85:13 86:5
89:4,4,14 96:13
100:5,21 104:13
135:9 138:16
139:19 140:5 146:9
154:21,24 156:15
162:21 163:13
173:20,25 223:25
285:1,12 332:15
**concerned (10)**
106:7 154:17 155:4
155:14 156:1
280:23 286:8,10
288:16 333:8
**concerns (4)**
61:22 163:17 223:16
332:11
**conclude (1)**
200:25
**concluded (7)**
34:14 35:4 37:16
38:14 39:13 40:10
40:20
**concluding (1)**
346:1
**conclusion (17)**
19:11 32:10 37:4
86:15 92:11 117:9
200:22 261:14
288:11 289:1,7
318:10 323:20

324:21,22 335:15
338:11
**conclusions (2)**
239:1 335:18
**condition (1)**
275:14
**conditions (5)**
216:15,18 217:2,3,10
**conduct (5)**
22:12 69:8 92:19
292:11 298:19
**conducted (11)**
11:12 24:7 63:2,14
70:17 72:12 86:21
94:25 201:20
221:13,25
**conducting (6)**
22:25 260:9 261:9
311:6 339:22 349:9
**conference (2)**
244:5,6
**conferences (2)**
241:13 253:6
**confidence (24)**
39:3 45:22 46:3 47:21
47:23 54:6 59:1,6
148:21 150:9,10
155:2,12,22 156:23
157:1 209:16,24
240:13 259:9 266:2
301:6 333:14,19
**confident (2)**
91:20 96:25
**confirm (10)**
10:12 12:8 22:13
58:16,18 72:15
205:22 231:21
293:8 296:15
**confirming (1)**
36:19
**confirms (1)**
37:13
**confound (1)**
218:15
**confounded (2)**
290:9,22
**confounders (7)**
63:16 65:18 66:15,18
67:14 127:24
225:10
**confounding (41)**
39:2 60:19 61:1,17
62:15 63:3,6 64:25
66:11 67:24 68:9,24
69:15,18,23 96:17
97:6,17 100:1

143:12 218:20
267:23 268:13
280:24 284:21
285:17,24 286:5
291:24 292:8
306:11 307:7
308:16 310:22
311:10 312:1,14
314:2,3 318:4
332:13
**confused (2)**
136:13 165:6
**confusion (1)**
191:22
**conjunction (1)**
16:17
**connection (3)**
42:17 65:1 355:11
**consensus (1)**
345:8
**conservative (3)**
101:5 164:3 166:11
**consider (26)**
27:14,24 31:2 54:23
59:7 91:5 154:13
156:7 251:6,20
255:20 302:19
303:2 306:7 307:3
309:2 311:4,10
313:14 315:3
318:11 325:3,17,18
326:4 348:6
**consideration (3)**
92:5 156:13 202:8
**considerations (1)**
202:19
**considered (16)**
41:24 43:18 44:3
86:18 119:25 120:4
143:24 153:19
241:17,19 251:11
256:3 264:14 323:9
325:8 353:16
**considering (5)**
40:19 251:17 298:23
312:9 324:25
**considers (1)**
160:17
**consisted (1)**
269:5
**consistency (10)**
322:21,25 323:1,5,12
323:21 324:2 325:8
325:24 326:3
**consistent (7)**
31:11 106:11 254:5

281:17 301:12
317:2 326:25
**constitution (1)**
306:18
**construct (1)**
116:6
**constructed (1)**
101:15
**consulting (1)**
339:25
**contains (2)**
182:10 238:5
**context (34)**
26:4,8 29:25 56:14
57:5,23 81:3,14
107:23 108:15
117:18 137:6,11,25
154:24 156:14,16
164:1 191:24
199:25 206:13
240:11 251:15
257:18 258:2
261:21,22 262:11
263:14,20 319:15
319:16 342:7,8
**contexts (3)**
117:16 261:2 262:9
**contextual (3)**
65:25 66:2 119:9
**continue (6)**
30:5 35:23 76:6 83:14
137:3 187:3
**continued (2)**
22:6 356:15
**continues (1)**
44:22
**continuing (4)**
30:12 34:1 237:17
299:12
**contraceptive (2)**
5:5 87:18
**contraceptives (1)**
88:3
**control (29)**
67:23 68:8,18 94:17
94:25 95:4,5,8,14
95:20 96:15,18
135:11 138:17
140:7 192:10
211:11 228:1
230:16 234:7,13
270:23 271:2 272:8
274:17,18 275:5
281:15 286:15
**controlled (8)**
63:17 65:12 95:11

123:20 234:4 268:4
291:13,23
**controlling (2)**
127:23 284:20
**controls (28)**
53:13 78:3 80:7,18
  81:7,23,25 140:15
  205:9,10,14,15,17
  205:19,22 206:3
  223:12 224:10
  225:2 226:20,23
  265:15 270:4
  274:22 275:15
  278:21 281:18,25
**convey (1)**
286:23
**convinced (1)**
255:12
**convincing (1)**
331:18
**cool (2)**
278:9,9
**copied (1)**
64:16
**copy (6)**
10:10,10,19 25:12
  77:4 129:21
**copyright (1)**
107:7
**correct (787)**
9:12 10:18 11:9,24
  12:18 13:10,16 16:4
  18:1,10 19:2,9
  20:11,16,20,25 21:6
  21:7,14 22:1,10
  24:9,13,16,22 25:24
  25:25 26:12,22 27:7
  27:12 28:2 29:24
  30:17,24 31:20
  32:12 33:1,6,22
  34:6,17 35:6,10
  36:22 37:8,17,20
  38:16 39:3,9,17
  40:5,8,13,22,24
  41:1,14,21 42:4,18
  42:22 43:12,15,24
  44:4 45:2,10,12,17
  45:18,23 46:4,8,12
  46:17,21 47:1,5,11
  47:21,25 48:7,25
  49:12,13,18 50:3,8
  51:10,14,24 52:3,11
  52:19 53:14,23
  54:19 55:1,11,21
  56:5,11,22 57:3,8
  57:13,18,19 58:1

59:2,12,17,22 60:21
60:25 61:2,11,15,19
61:24 62:15,16,21
62:22 63:3,19 64:18
64:22 65:14,19 67:6
67:10,11,16,24
68:10,19,24 69:4,19
69:25 70:7 71:18,24
72:5,19 73:22 76:1
76:11,15 77:10,17
77:22 78:4,16,19,21
78:24 79:4,14 80:1
80:9,20 81:9 82:1
82:11,19 83:2,9
85:14 86:6,12,19,22
87:8 88:20,22 89:5
89:10,14,20 90:3
92:20,23 93:7,11,16
94:3,12,14 95:1,11
96:18 97:7 99:1,17
99:23 100:2,8,15,25
103:12 104:16
105:21 106:18
107:12,17,21 108:3
108:8,13 109:16
110:16 111:4,10,18
112:24 113:2,13,17
115:25 116:8,11,17
116:22 117:25
118:6,15,20,25
119:5 120:7,12
121:6,13,16,19,25
122:4,12,19 123:4
123:13,20 124:3,7
125:5,11 126:1
127:4,9,17,24,25
128:6,7,13,19,25
129:3 130:6,11,19
131:7,14,19,24
132:5,9,14 133:1,7
133:12,19,21 134:2
134:9,13,18,22
135:12 136:1,4
137:1,23,24 138:12
138:20 139:5,10,15
140:1,10,15,24
141:4,9,13,18 142:1
142:3,12,17,22
143:3,12,20 144:4
144:11,24 145:16
145:23 146:2,6,13
146:16,22 147:2,6
147:13 148:9,14
149:21 150:18
151:1,7,18 152:9,13
152:17,20 153:1,7

153:11 154:4
157:25 158:11,19
159:2,5,13,25 160:7
160:13,17,19,25
161:4,12,15,21,24
162:5 163:11,16
168:5,11 169:5,24
170:1,2,17 171:8
172:17,22 173:3,14
173:23 174:4,7,13
174:22,22,25
176:10 177:11,16
177:22 178:17
179:17 180:18,21
182:12,16,21
183:13,18 184:15
185:1,5,10,16,21
186:2,11 187:14,24
188:5,16,21,24
189:10,24 190:8,15
192:11,23 193:3,10
193:22 194:17,21
195:15,22 196:11
196:25 197:22
198:13,21 199:1
203:23 204:2,5,10
204:13 205:2,6,9,15
205:19 206:8,20,24
207:14,17,24 208:1
208:8,16,18,23
209:3,4,10,11,17
210:4,12,19,24
211:7,12 212:7,13
213:2,5 214:2,4
215:4,14 216:2,10
218:1,7,8,11,17,22
219:3,7,8,13,19,22
220:3,10,17,23
221:13,20,23 222:1
222:4,10,22 223:8
223:13,18,21 224:1
224:10,11,24 225:8
226:15,16 227:12
227:16,22 228:3,11
228:15 229:9,14
230:2,6,11,21 231:2
231:9,15,24 232:7
232:11 233:3,8,20
233:23 234:5,9,12
234:15,25 235:3,8
235:13,20 236:1
237:4,5,15,22 238:2
238:7,17,21 239:3
239:13,22,25 240:9
240:18,19 241:13
242:22 244:1 245:3

245:4,17,22 246:1,7
246:13,24 247:2,17
247:23 248:6,10,11
248:16,19 249:1,9
249:14 250:6,13,19
251:4,24 254:22,23
256:4,13 260:11,15
260:20 261:7
264:23 265:4,18
266:3,9,17 267:2,3
267:12,17,24 268:7
268:14,15,25
269:10,16,24 270:5
271:19 273:8 274:2
275:11 276:4,7,14
277:17 278:4,15
279:17 280:6,8,13
281:11,20 282:12
283:2,9,12 285:22
286:4 287:4,9
288:12 289:3,10,15
289:21 290:1,5,11
290:17,23 291:2,9
291:15,19,25 292:1
292:3,8,16 293:6,14
293:24 295:6,13,16
296:12 297:2,7,25
298:8,9,11,17 299:11
299:3,13,21 300:3
300:10,16 301:6,9
301:16,22 302:8
303:15,23,25
304:21 305:9,10,19
305:24 306:3,12
307:8,23 308:7,12
308:16,20,24 310:1
310:11,15,22 311:6
311:20 312:3
313:20 314:14,19
314:24 315:3 316:2
316:10 319:3 321:1
321:8,18 322:6,21
322:22 323:2,6,13
324:6,10,14,18
325:1,5,9,15 326:6
326:11,16,20,23,25
327:6,14,19 328:4,7
329:8,11,18,25
330:13,18,19,21,24
331:3,9,13,15,19,22
332:14 333:5,12
335:5,9 337:12,23
339:13 340:13
341:23 342:18,21
343:2,6,21 347:4,18
348:1,17,23 349:1,4

349:14,15 350:1,5
350:17 351:3,16,23
352:4,12,13,20
353:3,18,25 354:5
354:10,23 355:4,16
356:11 357:9
**corrections (1)**
357:10
**correctly (14)**
73:18 75:23 80:25
  103:9 135:9 146:10
  163:18 170:15
  171:23 173:8
  227:21 236:21
  300:9 315:23
**correlate (1)**
352:25
**correlations (1)**
336:11
**corresponding (1)**
18:25
**couldnt (1)**
183:23
**counsel (21)**
10:10 11:11 13:10
  14:2,21 20:5 42:16
  58:4 95:13 153:13
  157:24 186:20
  191:15 192:17
  294:10 338:4
  344:10 346:23
  348:12 349:19
  353:8
**counsels (1)**
8:11
**count (4)**
244:13 247:7,11
  259:20
**counted (1)**
275:7
**counts (1)**
30:3
**county (2)**
358:2 359:4
**couple (8)**
14:24 25:1 256:7,8
  257:6 304:25
  319:11 349:19
**course (6)**
38:2 155:16 156:4
  202:6 258:23
  318:23
**court (5)**
1:1 8:9,22 10:20
  126:7
**courts (1)**

92:8
**coworker (1)**
123:5
**create (7)**
80:19 81:9 143:1
218:15 275:14
348:17,19
**created (1)**
108:22
**creates (2)**
79:24 278:2
**credible (1)**
39:1
**credit (2)**
202:12 325:20
**criteria (51)**
211:11 255:19 260:15
284:15 285:11
305:15,22 306:3,6,8
307:2,4,23 308:2,19
309:2,8 310:1,10,14
311:4,11,20,22
312:9,16,19,19
313:5,15,19 314:8
314:17,17,22 318:1
319:6 322:1,19,21
323:11 324:2
327:18,21 330:21
331:2,4 333:4,7,12
344:20
**criterion (1)**
309:19
**criticism (30)**
102:6 135:7,8 138:15
142:5 149:17,21,25
153:20 159:9,11,20
159:22 160:9 162:8
162:17,19 163:3,3,8
166:23 175:9,18
178:23,24 179:2,8
180:22 212:15
259:7
**criticisms (5)**
134:1,12,14,18
143:16
**criticizing (2)**
242:1,10
**crossreference (1)**
280:1
**crucial (1)**
203:10
**cumulative (19)**
177:9 185:9 219:12
219:22 220:9,15,23
221:3 222:3,8,20
248:5,14,19,24

249:12,24 250:1,7
**cutoff (1)**
111:15
**cv (2)**
10:10,18

---

**D**

**d (24)**
1:13,13 2:14,14 3:17
4:1,3,3,22,22,24,24
5:14 9:1,1 53:4,4
58:14,14 110:5
304:13 357:6
358:24 359:10
**daily (4)**
131:24 132:4 203:11
304:10
**data (184)**
26:18 27:7,25 28:15
29:15,23 30:2,3,15
30:20,23 31:2,10,18
31:25 32:9 33:4
36:20 38:3,10 48:13
55:8,10,20 57:7,13
57:16 61:13,17
64:22 65:18 72:5,19
73:22 100:13
118:15 133:9,16,21
140:14,16,21
142:10 147:1
160:16 161:3 168:1
169:3 170:17
182:10,11,20,20
183:3,3,11,12,12
184:13 186:8
188:12 192:23
202:20,23,25 206:5
222:17,17 228:9,19
229:17 230:17
234:24 237:25
238:5,6,13,16,22
239:17,19 240:2,7
240:16 241:16,21
243:25 244:14
245:8,12 246:10,20
248:4,13,23 250:3
250:18 251:11,20
251:24 252:4,14,19
252:22 253:2 256:3
256:25 258:16,18
259:2,3 263:18
264:19,20 265:11
265:24,25 266:2,4
266:21 276:22
277:9 278:15,16
279:13,14 281:3

287:25 288:3 292:2
293:1 294:3 295:23
296:1 297:9,19
298:8,16 299:11,13
300:1,1 301:2,3,15
301:15,20 302:2,10
302:17 304:2,7,11
304:16 305:7,8
325:1,4 326:1,5,13
326:22,23,25
331:13,13,15
339:24 340:12,23
342:3,9,13 346:15
348:6,17,19,22,25
349:3,11,13,14
355:3
**database (5)**
82:25,25 83:4,7,15
**dataset (3)**
247:21 297:1,4
**date (29)**
10:3 12:6,25 15:2
19:24 50:17 53:5
58:15 64:4,10 87:21
93:25 110:6 121:1
129:16 152:1 162:5
193:19 221:10
224:19 229:4
234:22 243:21
294:23 307:20
309:23 328:22
334:22 354:18
**dated (2)**
12:11 20:3
**dates (1)**
230:11
**daubert (3)**
90:22,23 92:7
**day (4)**
10:20 25:21 187:9
357:14
**days (33)**
24:21 128:8,12,19
129:3 130:6,19
131:6,18 217:16,17
218:4,5 219:13,21
220:7,8 247:17,25
248:18 249:8,11
279:21,21 292:13
292:16 293:4,5
343:2 347:6,9,14,18
**ddt (1)**
284:13
**de (120)**
83:20,22 84:11
120:17,17 121:4

122:3,8 127:7,14,19
128:1,11,18,22
130:2,11 131:4,4,17
131:22 132:7,11
133:4 134:1,8 140:8
140:15,16,18
141:24 142:9
143:18,23 146:5
147:5,9 148:3,13,16
149:2 150:2 151:6
152:23 153:4
157:17,19 158:7,19
160:15 161:3,23
162:19 167:15
168:8 169:1 170:1,9
171:6 173:9,22
174:1,2 176:18
177:3 178:13,23
179:9,13 180:15,20
182:21 183:4,12
184:11,15 185:1,10
207:9 218:10,11
223:20 228:22,23
229:5,11,18 230:16
233:10,18,23 234:3
234:7,12 235:3
238:6,23 239:18
240:3 246:20
248:13,23 250:4,18
264:21 292:2 297:6
297:20,21,23,24
299:11,16 300:15
322:4,11 324:10,12
324:15 336:22
**dead (1)**
103:19
**deal (6)**
41:12 124:22 125:1
161:17 304:9,20
**dealing (4)**
117:19 163:4 303:9
303:15
**deals (1)**
335:3
**december (1)**
161:15
**decent (2)**
171:24 327:16
**decide (1)**
258:11
**decided (1)**
96:10
**deciding (1)**
348:5
**decision (6)**
96:12 153:16 251:19

252:18 309:1
340:21
**deck (5)**
244:5 247:6,7 263:25
266:23
**declaration (15)**
4:11 12:2,4,15 15:3
16:3,8,22 17:13,21
18:8,21,23 22:13
25:9
**decreases (1)**
107:16
**defendant (3)**
3:15 344:2,5
**defendants (2)**
343:23 344:3
**defense (2)**
338:4 344:10
**defer (2)**
327:13,17
**deferring (1)**
305:8
**define (15)**
69:10 70:9 95:4 118:7
156:22 262:5,10,12
273:25 275:19
276:15 279:11
280:12 282:23
323:4
**defined (7)**
38:21 71:11 227:7
269:19 278:1,11
323:16
**defines (1)**
20:23
**defining (4)**
270:11 279:16 280:4
323:12
**definitely (1)**
9:23
**definition (14)**
41:4 60:24 61:4,5,7
70:3 116:13 206:16
226:6,12 246:17,18
271:18 326:2
**definitions (2)**
262:7,8
**definitive (2)**
153:15 200:21
**definitively (2)**
197:16,17
**definitiveness (1)**
293:15
**degree (17)**
19:1 66:18 68:2,20
85:16 91:15,19

166:5 171:17,19
172:2 240:13
276:23 304:11
327:15 337:3
341:20
**degrees (1)**
66:16
**delzell (15)**
150:22 151:13 293:21
294:2,9,15 295:6,13
296:25 297:15
300:25 301:12,19
339:19 348:12
**demand (1)**
257:19
**dennis (2)**
5:14 110:5
**denominator (2)**
136:4 138:3
**denominators (1)**
139:2
**depend (2)**
108:14 112:6
**depending (7)**
107:22 112:10 162:11
206:16 257:17
280:18 316:6
**depends (7)**
57:9 107:22 108:4
169:8,11 258:2
280:21
**deposed (5)**
24:11 28:14,17 42:20
42:22
**deposition (58)**
1:12 2:13 4:9 8:3 9:10
9:16 10:1,5,5 24:15
28:22,23 29:3 33:18
36:7 42:11,12 43:3
66:20 73:3,13
122:24 123:7
124:20 144:16
145:4 182:7,8 184:1
184:2,8 188:20,24
189:1,3 190:23
192:7 237:22
239:17 243:24
244:24 251:2,9,22
252:2,21 253:1
264:11 301:16
337:12 338:2 340:4
348:5,22 349:10
357:8 359:11,12
**depositions (2)**
20:6 189:5
**derived (1)**

356:3
**describe (2)**
87:24 214:1
**described (6)**
31:10 32:23,25 194:7
233:22 295:12
**describing (2)**
27:4 337:7
**description (2)**
252:13 340:17
**design (17)**
74:15,20 76:8 77:9,9
84:8,9 116:10
123:16 125:10,13
135:18 136:6
156:18 194:20
277:15 287:3
**designed (8)**
118:11 119:4 120:1,5
124:6 125:1 195:6
212:25
**designing (2)**
154:16,18
**designs (3)**
71:21 72:2 74:15
**desirable (1)**
63:21 66:14 67:20
**details (1)**
183:21
**detection (5)**
84:14,18 85:12 86:2,4
**determinants (2)**
353:13,16
**determination (1)**
260:14
**determine (18)**
45:19 48:23 50:3
72:13 116:16
117:24 140:13
149:1 150:8 159:23
168:9 236:4,24
240:7 263:8 292:12
298:24 315:7
**determined (4)**
39:19 49:2 204:23
206:2
**determining (1)**
306:8
**develop (1)**
161:14
**developed (3)**
108:3 160:23 355:1
**developing (1)**
167:5
**development (5)**
134:17 160:6 161:20

162:3 321:22
**deviated (1)**
256:6
**diagnosable (1)**
108:3
**diagnosed (11)**
85:11 86:10 195:13
195:19 207:13
229:16 230:1,20
231:14 232:1
318:20
**diagnosis (12)**
78:10,16 85:5 143:25
160:13 198:10
231:2 283:12
290:11 319:1,2
322:13
**diagnostic (1)**
85:8
**dicamba (2)**
246:1,6
**didnt (36)**
11:25 15:25 25:8
26:21 29:2 31:20
47:6 53:22 73:24
103:17 106:24
129:22 137:4 178:5
190:2,20 199:12
200:1 201:18 208:9
219:14 250:23
251:6 252:6,8,14,15
252:15 254:20
256:21 294:12
302:22 325:25
326:1 331:5 340:20
**differ (1)**
236:12
**difference (9)**
80:6,16 81:6,21
139:21 236:1,5,25
293:3
**different (81)**
45:21 66:16 71:23
76:17,20 83:25,25
95:6 118:19,20
123:15 137:19
138:1,7,10 150:17
150:24,25 165:7
180:10 185:14
201:12 210:22
220:1 225:16,23
226:16,17 229:21
229:25 235:16,23
235:24 236:6,11,22
236:23 237:3
241:16 242:5,6,8,13

242:17 249:21
251:15,16,17,18
254:10,15 256:17
257:15,17 261:14
261:23 262:7,8
263:16,20,20 269:3
271:11 273:12
275:11 283:15,25
284:10 288:8
292:14,22 293:14
298:23,23,25
306:25 307:13
314:9,12 321:4
347:17
**differential (7)**
136:2,19 172:24
173:17 223:15
224:4,9
**differentials (1)**
224:5
**differentiate (2)**
287:8 293:11
**differently (2)**
236:16 323:12
**differs (1)**
266:25
**difficult (12)**
66:8 83:5 91:9,10,18
91:22 96:23,23
197:19 198:5
240:12 300:18
**difficulties (1)**
159:14
**difficulty (2)**
76:8 112:17
**diffuse (2)**
188:4,15
**dig (1)**
261:12
**dilute (1)**
97:23
**diminish (1)**
336:14
**direct (7)**
19:25 20:7 29:18
34:20 124:19 191:1
268:16
**direction (8)**
44:5 46:2 71:17 82:5
90:18 201:3 318:6
319:23
**directional (2)**
70:14,21,22 71:6,11
71:13
**directions (1)**
351:9

**directly (4)**
36:17 56:17 141:6
327:5
**disadvantage (2)**
77:14,19
**disagree (8)**
91:15 111:23 112:1,6
185:4 203:6 313:11
322:9
**disagreed (1)**
73:8
**disagreeing (1)**
73:25
**disappear (1)**
337:5
**disbelieve (1)**
17:10
**disclose (2)**
349:1,4
**discuss (9)**
32:6 53:6 64:20 71:21
228:13 235:10
312:16 314:18
327:19
**discussed (19)**
32:8 176:25 190:5
193:21 204:1
208:12,14 219:3
223:17 237:21
266:21,23 296:17
296:22 315:1
320:24 350:10
351:2 356:1
**discusses (4)**
110:9 213:14 242:20
331:3
**discussing (14)**
60:13,15 64:25 93:4
99:13 107:9 215:7
215:13 237:13
244:7 292:21
297:18 308:3
352:10
**discussion (6)**
36:19 85:19,22
198:24 201:25
212:3
**disease (18)**
7:15 49:4 78:3 79:3,8
79:13,23 159:24
167:6 307:18 315:6
317:1 319:21,22
322:18 329:24
330:7,9
**disregarded (1)**
226:2

**distribution (1)**
145:2
**district (2)**
1:1,2
**doctor (2)**
318:19,20
**document (22)**
1:6 4:10 9:17 10:2
   12:9 15:18 35:9,12
   35:20 36:3,4,13
   37:5,14,23 56:13
   73:14 88:10 289:17
   294:25 339:16
   349:21
**documents (8)**
10:8,13 13:8,9 33:10
   34:6 35:14 339:18
**doesnt (30)**
27:1 54:21 55:13
   66:10 69:18 91:14
   91:17 136:22
   153:22,23 200:6,11
   206:25 208:18
   217:12 218:17
   235:25 243:9,10
   248:8,21 252:17
   259:5,5,8,20 284:22
   301:25 312:2 325:3
**doing (18)**
9:11 66:6 98:14
   113:11 156:19
   171:23,24,25
   201:19 220:21
   249:19,20 257:21
   260:18 270:13
   282:7 306:15
   349:12
**dont (191)**
9:23 11:15 13:11,19
   15:15,20 16:11
   19:12,15 21:15
   23:23,25,25 24:25
   25:8 28:5,19 33:23
   34:7,22 35:12 36:4
   37:25 38:1 47:12
   51:16 52:20,21 55:4
   56:15 60:22 70:1
   77:20 78:3 80:4
   81:1,2,13,19 84:22
   87:11 93:17 97:20
   101:6,11,24 102:20
   102:23 106:14
   107:6 113:7,7
   114:16 115:2,4
   117:13 121:20
   122:22 129:7 133:3

137:25 139:17
   144:12,25 145:2,3
   146:7 148:20,24
   149:12 151:19
   153:2 155:16
   158:22 161:1 162:6
   167:10 168:21
   169:7 175:6 176:16
   178:5,7 181:1
   183:21,23 184:18
   185:17,18 186:3
   188:7,22 189:4,5,6
   189:13,25 190:21
   197:6,7 203:13
   213:10 218:18
   221:14 222:25
   223:1 225:4 226:23
   227:21 230:13
   232:16 239:5
   240:11,22,24 241:8
   241:15 242:2,15,25
   249:15 250:20
   255:4 257:13
   259:17 263:5 265:9
   265:10 266:11
   267:8 269:11
   271:20 274:14,16
   278:6 284:5,16
   285:5 286:7 294:7
   301:24 304:17
   305:6 307:9 315:11
   315:25 318:13
   319:20 320:15
   321:14,16 322:5
   323:16 325:12,16
   325:21,22 327:22
   327:25 329:19,21
   330:2,8 332:6
   333:21 338:25
   339:3 340:19,25
   342:12 343:9
   344:16 345:2
   346:16 347:21,21
   347:25 349:5,6,6
   353:4,4,25 354:6,11
   355:17,17,19,22
   356:4,13
**dose (9)**
131:3,9 132:1,3 177:8
   177:20 178:16
   221:2 287:18
**doseresponse (39)**
131:17 132:8 143:2
   143:11 157:20
   158:3,4,14 172:15
   173:12,23 176:7

179:12 180:20
   188:3 209:8 217:25
   218:16 219:1,6
   220:6,14,22 221:2
   222:1,4 247:15
   248:9,16,25 250:5
   291:18,22 324:9,13
   327:11 332:21
   333:3 351:20
**doseresponses (1)**
157:17
**double (1)**
208:20
**doubt (6)**
26:5 86:14 112:19
   123:23 125:16
   314:22
**dr (205)**
4:23 5:13 8:3,19,21
   9:7 11:8 12:7 13:1
   16:25 19:25 23:22
   24:3,4,6,11,18
   25:20 26:6,10,17,24
   27:11 28:6,8,13,21
   28:23 29:2,5,8,11
   29:18,19,22 32:5,14
   32:15,19 33:8,18,19
   33:25 34:23 36:8,16
   36:18 37:3,13,21,25
   45:7 50:23 51:6,19
   57:24 58:8,13,17,21
   58:22 59:19 60:6,15
   66:21 76:23 87:22
   94:1 104:14 108:19
   110:1,5,7,15 111:1
   111:6,23 112:1
   113:13,20 115:21
   121:2 122:3,23
   123:2,7,9 124:19
   125:6,17 126:3,23
   137:1 144:15,15,21
   145:4 157:6 169:24
   170:2 175:9,18
   178:9 182:5,7 184:1
   184:2,7,19,22 185:4
   185:19,23 186:4,7
   187:10 188:1,19,20
   188:23 190:24
   191:13 192:6
   195:25 196:2,9,14
   197:2,22,25 203:12
   209:19 211:4,11
   212:24 216:13,22
   217:7 221:11,18
   224:20 225:15

226:9 227:23
   229:13 230:10
   231:6,12 232:22
   234:12 237:7,9,13
   237:21 239:16
   240:1,23 241:7
   242:19 243:7,8,22
   243:24 244:6
   247:10 251:1,2,9,22
   252:1,21 253:1
   254:24 260:4
   264:10 284:17
   294:24 295:5,6,18
   295:21 296:19,21
   301:13 303:20
   314:10,12 315:14
   315:15 317:13
   320:19 331:2 334:5
   335:1 346:10 348:4
   348:21,23,25 349:3
   349:11 354:20
**draft (1)**
339:12
**dramatic (3)**
163:14 168:18,19
**draw (3)**
200:21,21 335:18
**drawing (1)**
275:11
**drinking (1)**
283:8
**drive (1)**
104:3
**dropped (1)**
103:18
**drug (2)**
95:7 190:14
**due (4)**
97:1 135:11 143:12
   292:7
**duly (2)**
9:3 359:12
**duration (9)**
128:4,5 131:10 133:6
   219:7 247:16 248:6
   248:20 249:7
**dust (1)**
104:7

_____

E

**e (7)**
3:1,1 4:1,8 336:10
   359:1,1
**earlier (34)**
85:2,7,8 125:4 135:13
   150:11 160:3

163:22 172:5
   195:24 197:3,5
   198:23 204:8 207:9
   208:4 214:25
   224:22 227:20
   228:1,9,14 238:12
   238:14 239:11
   240:4,17 246:16
   278:24 292:21
   315:1 317:19
   331:11 339:8
**earliest (2)**
230:24,25
**early (2)**
12:2 161:6
**easier (2)**
96:6 126:4
**easily (3)**
62:8 80:13 164:7
**easy (2)**
96:5 337:2
**eat (3)**
75:1 165:25 166:1
**edition (4)**
5:2 64:3,9,16
**editor (1)**
101:21
**editorial (1)**
87:24
**effect (13)**
62:19 63:18 105:12
   115:9 141:23
   160:21 161:23
   175:5 235:19 236:8
   253:25 270:22
   322:17
**effects (3)**
65:13 68:9 104:22
**effort (5)**
105:14 125:9,13,15
   125:18
**eight (17)**
9:11 27:3 34:21 37:12
   37:13 77:6,12 84:24
   142:11 211:1 225:2
   225:2 232:24,25
   233:1 277:23
   299:10
**either (20)**
20:23 33:21 41:19
   71:1,17 82:6 102:21
   102:23 127:21
   128:4 151:14
   169:15 252:17
   261:21 316:17,20
   317:11 320:4

326:14 330:12
**elapses (1)**
108:7
**elevate (1)**
285:7
**elevated (12)**
135:10,14,16 137:9
  137:11,15,16 210:5
  286:20 288:6
  291:14 311:1
**elevation (2)**
136:8,11
**email (1)**
11:6
**emanated (2)**
253:20 255:18
**emphasize (1)**
125:7
**employed (1)**
256:17
**empty (3)**
265:8,12,21
**endeavors (2)**
203:10,11
**ended (1)**
102:18
**endpoints (1)**
49:3
**engaged (1)**
31:17
**enrollment (8)**
126:1 147:2 161:2
  163:11 164:14,22
  168:3,5
**enter (1)**
334:12
**entered (1)**
166:25
**entertained (1)**
202:2
**entire (5)**
101:3 114:3 136:21
  247:6 253:9
**entitled (2)**
88:1 258:19 349:23
**entry (2)**
144:14 147:3
**environ (2)**
6:24 229:3
**environment (2)**
7:14 307:18
**environmental (3)**
5:15 120:21 121:10
**epa (11)**
33:21 34:3,12 35:4,12
  35:13 37:5,15

121:11 349:4,5
**epidemiologic (18)**
38:10 39:5,25 61:13
  62:8 109:24 117:4,7
  133:10,17 148:17
  150:3 164:3 166:10
  190:13 196:23
  202:4 323:7
**epidemiological (72)**
11:13 16:9,20 38:6,14
  39:14,20 40:11 41:9
  41:24 48:5 50:13
  53:20 54:18 56:10
  57:2 60:7,16 61:17
  63:13 64:22 67:15
  67:21 68:5,17,23
  69:24 70:4,10 86:16
  86:19 95:6 109:16
  109:21 115:23
  116:22 118:4,9
  119:24 120:3,15
  132:24 136:15
  137:21 150:24
  157:7 158:5,18,24
  190:19 194:8 215:1
  220:12,20 221:12
  254:25 256:1,19
  257:22 261:10
  263:9 264:13
  297:17 301:20
  307:5 318:16
  320:23 323:21
  324:5 325:9 335:23
  355:2
**epidemiologist (21)**
54:25 55:6,18 56:7,16
  56:21,22 74:19
  118:2 119:23 120:2
  154:13 155:13,25
  156:7 196:10 201:8
  216:12 236:22
  293:12 304:8
**epidemiologists (11)**
41:12,17 45:19 46:6
  46:20 47:3,9 82:21
  91:23 116:10 120:7
**epidemiology (37)**
6:1,10 27:17 40:2
  41:6 56:23 57:25
  61:10 64:18 65:4
  71:22 90:19 95:24
  98:7 101:3,15
  106:23 151:24
  192:19 202:17,17
  203:8 221:7 278:24
  293:23 295:19

301:4 309:7,17
310:23 314:23
315:2 316:10
319:14 320:25
321:4 323:8
**equal (4)**
217:16 218:4 271:23
  272:10
**equate (1)**
18:23
**equivalent (2)**
85:6 131:23
**eric (4)**
3:18 8:13 176:19
  244:22
**eriksson (54)**
128:24 129:3,17
  130:4,9 204:15,21
  204:22 205:4,5,8
  206:6,10 209:5,6
  228:2,10 267:4,7,8
  268:4,11 273:3
  274:3 276:19
  277:12,21,24
  278:10 279:10
  280:10 283:5,16
  284:3,8 288:4,10
  289:20,24 290:21
  291:4,12,19,22
  292:10 293:2 298:2
  326:19 343:4
  346:12,15,20,24
  347:23
**erikssons (1)**
347:7
**error (28)**
70:14,23 71:5,7,7,8,9
  71:10,11,13 76:20
  76:20 124:18
  165:24 166:14,15
  166:18 173:18,19
  191:21 211:22
  212:14 254:13
  256:22 337:1,3
  347:9 351:7
**errors (10)**
70:15,17,20,21,22
  96:17 166:11,16
  172:9 256:10
**especially (1)**
58:24
**esq (4)**
3:7,12,18,19
**essential (1)**
323:9
**essentially (3)**

137:7 210:7 270:16
**establish (8)**
39:16 42:14 91:11,19
  91:24 115:24
  194:16 197:17
**establishing (1)**
255:19
**estimate (7)**
70:24 109:6 111:16
  166:19 353:13,22
  355:1
**estimated (1)**
171:18
**estimates (11)**
7:19 225:16,23
  235:17,23 236:23
  292:23 334:19
  336:14 349:25
  353:18
**estimation (4)**
7:23 336:10 354:15
  354:21
**et (12)**
6:3 39:6,7 40:1
  135:16 151:25
  253:20,21 258:6
  259:9 298:16
  354:20
**etiology (2)**
5:3 87:16
**evaluate (6)**
31:9 64:22 156:9
  313:9,9,10
**evaluated (1)**
241:5
**evaluating (5)**
23:16 25:2 40:7 47:9
  314:3
**evaluation (9)**
4:17 7:3 19:22 24:8
  25:22 26:20 31:4
  243:16 253:9
**event (1)**
64:12
**evernever (2)**
264:21 265:1
**everybody (3)**
271:1 272:9,10
**everybodys (1)**
271:22
**evidence (41)**
20:19 22:9 27:16 28:4
  34:16,19 35:1,2
  38:15 39:14,20
  40:11,21 60:7,16
  66:22 69:25 70:4

100:17 127:15
132:21 133:14
157:13 158:10,21
159:4 190:13 201:7
217:24 218:25
222:20 235:19
240:8 248:16,25
250:5 254:25
288:25 301:21
303:13 326:8
**exact (4)**
43:7 59:20 113:8
  225:4
**exactly (9)**
21:25 22:1 48:9 87:14
  207:1 226:7 239:5
  323:16 326:11
**examination (6)**
4:4,5,6 9:5 334:23
  346:8
**examine (1)**
232:5
**examined (1)**
9:3
**example (9)**
48:10 68:4 77:19 78:1
  85:9 107:14 136:14
  261:25 329:3
**excellent (1)**
334:8
**excerpt (2)**
5:2 64:3
**excess (1)**
284:19
**exclude (3)**
70:6 270:11 283:2
**excluded (6)**
60:20 61:18 226:4,5
  226:12 271:17
**excluding (1)**
279:22
**exclusion (3)**
105:19,23 106:2
**excuse (1)**
338:17
**exhibit (94)**
4:9,11,13,15,20,21,23
  5:1,3,9,13,15,21 6:1
  6:4,9,14,20 7:1,3,8
  7:12,17,22 9:16,18
  10:1,4 12:1,4,20,23
  13:2 19:19,20 20:2
  25:7,10,14 50:15
  53:3,24 54:9,13
  58:13 59:22 64:1
  87:16 90:16 93:21

110:4 120:20,21
129:12 140:19
151:23 188:20
189:2,9 193:13,14
204:18,19 221:5,6
221:11,18 224:13
224:14 228:8,24,25
234:18,19 243:12
243:15,16,23
244:23 264:1
294:19,20,25
297:10 307:16
334:11,12,17
338:15 349:16,22
352:7 354:13,14
**exhibits (1)**
251:9
**exist (4)**
46:25 62:25 218:17
312:2
**existed (1)**
66:24
**exists (2)**
152:24 182:24
**expect (4)**
171:22 288:21 301:13
307:13
**expensive (1)**
76:9
**experimental (1)**
279:16
**expert (112)**
4:21,23 5:13 16:15
18:7 29:12 42:15
52:23,24 53:3 55:17
55:18 58:1,13,17,21
59:20 68:16 71:20
76:18,21,25 77:7
82:8 84:17,23 92:23
94:2 97:10 100:7
103:6 104:21 105:8
105:9,18 106:11
108:19,20 110:4,14
112:21,25 115:5,22
116:4 119:14
120:16 127:12
133:25 139:8
141:21 142:4,25
146:25 148:22
150:14 152:8
153:19 159:21
175:19,20 178:12
179:22 182:14,15
190:5 194:14
195:25 196:2,9
198:18 207:20,23

209:1 210:9 211:15
211:20,24,25
212:16 215:6 216:9
217:24 223:6
228:14 235:14
242:19 244:7 245:7
251:12 255:24
267:21 290:25
291:17 294:11,12
295:16,19,20 303:6
303:8 305:7 308:20
310:1 313:10
314:18,21 327:20
338:12 343:24
346:11 347:11
**expertise (3)**
112:14,19 304:8
**experts (1)**
305:9
**explained (7)**
234:2 306:11 307:7
308:15 312:1,14
332:12
**explains (1)**
152:16
**explanation (3)**
60:20 61:2,18
**exploratory (17)**
118:25 214:2,5,9,10
214:14 215:1
267:11,13 276:25
277:1,16 280:11,15
287:17 288:1 289:9
**explore (1)**
277:2
**exponent (7)**
7:8 294:20 297:14
338:16,19,21
348:15
**exponential (5)**
147:12,14,17,23
148:4
**exposed (74)**
7:1 49:5,9 53:12
69:16 85:10 114:10
128:9 135:21 138:6
138:7,8,17 139:22
140:21 141:2,3,13
161:7 165:6,16
178:1,5 198:9,25
205:10,14,16,17
206:14,14 226:1
227:11 230:25
234:20 269:20,22
270:2,9 271:3,14,15
271:24 272:11

273:14,17,20,23
274:4,9,13,15,23
275:3,4,4,10,18,24
276:2,11 281:9,9,19
282:12,24 287:13
287:14 290:4 313:7
320:3 332:22
352:20 353:3
**exposure (265)**
5:21 6:14 7:18,24
21:14 38:24 42:1
45:14 48:19 50:2
52:15 53:22 62:20
63:7,10,18 65:10,13
67:9 69:13,15 78:9
78:15 79:4,9,25
80:8,19 81:8 85:4
85:10 86:12 95:16
96:7,8 97:2 108:2,4
108:8,13,16,23
109:8,22 111:3,9,17
112:10,22 115:11
122:19 127:7,16,20
128:3,6,8,12,17,19
128:21,23 129:2,12
130:5,6,8,9,11,16
131:2,6,7,11,16,19
131:24 132:4,9,12
132:18 133:1,7,19
135:11 136:23
139:13,13,21 140:6
140:7,22 141:8,9,12
141:15,17 142:16
142:20,21 143:3,6,9
144:11,13,24 145:1
145:16 146:1
152:19,23 153:6
159:17 160:5,12,16
160:25 161:9,21
162:13 163:5,10,15
164:8,16,23 165:3
167:11,12,19,25
168:4,9 169:18
170:14,16,21 171:5
172:16,25 173:10
173:16,19 174:10
175:21 176:8,16
177:9,10 178:6,16
178:25 179:10,15
179:24 180:9,12,23
182:20 183:3,12
185:9 188:15
191:17 192:19
198:11,20 199:4,17
205:1 206:18
207:12 211:3,5

216:24 218:5,13,21
219:7,12,13,19,22
220:2,7,8,9,10,16
220:16,18,23
221:22 222:3,8,10
222:20 224:14
225:12,25 226:18
226:23 227:8
230:12 235:7
236:19 246:5
248:14,19,24
249:12,24 250:1,7
271:15,17 274:1
275:1 276:12
278:12 279:23
282:24 284:19
289:2 291:24 292:3
292:4,6,13 293:4,5
313:25 315:8,17
316:25 317:22
318:22 319:1
320:13 321:21
322:2,4,17 334:18
336:9,12 347:24
349:18,24 350:12
350:16 351:1
352:16,25 353:1,13
353:14,15,23 354:5
354:16,22 355:2,4
355:16
**exposures (90)**
55:3 67:3,14,24 68:9
68:19 69:3 78:2
81:14 107:11
113:16 114:8,19
118:20 123:13
124:10 125:2 127:3
133:12 134:16
138:18 142:17
143:7,10,24 144:4,6
144:9 145:20 158:7
158:15 160:18,24
161:3 162:1 168:3
168:10 169:3
185:15 204:24
208:5,15,22 209:2,9
210:10,12,18
211:10,12 215:9,17
218:6,12,15 226:21
226:22 227:9,9,16
230:5,23 234:4,8,14
243:6 245:21 248:5
269:15,22 270:12
271:21,24 275:8,20
276:16 281:10
282:3,9,11 285:3,18

216:24 218:5,13,21

285:25 289:13
290:22 319:17
322:10,12 324:13
355:18
**express (2)**
342:10,13
**expressed (1)**
18:7
**expression (2)**
332:3,4
**extent (8)**
29:15 67:8 159:8
210:21 211:9 314:9
336:14 350:23
**external (1)**
319:16
**extraordinarily (1)**
80:24
**extreme (1)**
200:19
**extremely (1)**
67:20

---

**F**

**f (1)**
359:1
**fact (44)**
26:24 29:22 31:17
41:7 49:10 52:16
53:19 55:3 67:5
68:15 83:14 143:11
148:16 150:1 168:7
168:24 176:5,6
179:11 188:2 194:9
215:16 222:6,16
227:6 235:11,22
236:13 239:10,15
252:10 268:2
277:25 278:11,13
296:22 307:21
320:24 331:1,25
342:5,20 351:11
356:6
**factoid (1)**
342:12
**factor (9)**
5:22 6:15 66:4,11
69:17 109:15
129:13 224:15
314:5
**factors (20)**
6:6,22 56:18 60:18
63:3,6,6 69:4 91:2
92:4 114:3 132:12
137:13,19 193:16
210:16 229:2 283:9

317:25 335:22
**facts (1)**
  326:8
**failure (1)**
  218:14
**fair (31)**
  11:21 17:9 38:20 52:7
  67:10 96:4 115:15
  125:20 162:22
  195:5 201:4 216:21
  228:17 250:15
  253:19 255:7,23
  256:19 261:15
  262:14,21 272:21
  277:18 304:6,19
  309:3 314:11
  318:11 319:12
  330:4 333:8
**fairly (6)**
  44:20 114:21 115:10
  169:19 304:15
  319:6
**falls (2)**
  95:23 96:1
**false (1)**
  336:16
**familiar (5)**
  9:12 21:20 51:8
  260:23 304:10
**familiarity (1)**
  304:16
**families (1)**
  216:18
**family (7)**
  216:3,14,16,19 217:1
  217:8 219:2
**far (5)**
  64:6 249:2 278:2
  288:8 333:7
**farmer (7)**
  195:1 272:10,13
  273:19 274:12,15
  286:25
**farmers (25)**
  66:23 67:3,11 124:12
  125:3 135:13,16,18
  136:2,2,3 137:13
  138:2,3 169:9 272:8
  272:14 273:18
  286:13,13,19,23
  287:13,14 335:21
**farming (9)**
  67:8,10,13,14,24
  122:18 123:13
  195:2 286:22
**farthest (1)**

152:10
**fashion (1)**
  55:20
**fast (1)**
  15:15
**february (7)**
  4:13 12:22,23 13:4,6
  13:14 14:3
**feel (1)**
  320:8
**fellows (1)**
  87:1
**fewer (1)**
  139:13
**field (5)**
  17:7 90:17,18,24
  92:14
**fifteen (1)**
  58:20
**fifth (1)**
  330:21
**fiftytwo (1)**
  177:5
**figure (1)**
  232:12
**figures (1)**
  130:23
**figuring (1)**
  310:4
**files (1)**
  348:23
**fill (4)**
  165:14,19 166:3
  167:7
**filled (2)**
  164:21 166:25
**filling (2)**
  166:17 172:1
**final (5)**
  159:19 163:2 296:6
  327:18,20
**finally (1)**
  259:14
**find (12)**
  39:21 46:16 101:6,7
  101:11 127:19
  128:1 143:10
  154:25 200:2
  202:22 299:18
**finding (69)**
  43:18 44:2,3 45:1,2,9
  45:10,16,20,25
  62:17 63:1 67:21
  101:9,16,17,20,22
  120:3 149:15 154:8
  154:9,14,19 155:3

155:11,17 156:12
  156:15,16,25 164:6
  166:13 172:15
  180:22 188:4
  199:23,25 200:6,19
  200:24 210:2,5,6,9
  213:4 218:11
  246:11,14,22 265:3
  287:8 288:24 292:5
  292:14 299:24
  300:20 301:8,11,18
  306:10 308:12,15
  323:1 324:15
  333:11 337:9,10
  352:14
**findings (67)**
  34:25 35:5 37:16 59:5
  60:20 61:2,19 89:19
  89:23,25 90:2 92:6
  100:11,23 101:5,7,8
  101:10,23,24 102:2
  102:4 103:11,11,16
  103:24,25 104:1,15
  104:16 109:16,21
  117:24 119:23
  164:4 169:1 170:1
  172:6 189:20
  196:15 202:5 217:8
  217:11,23 222:7
  227:19 228:1
  237:14 240:25
  241:10 251:4,8
  252:2 266:7,15,15
  268:8 278:3 284:8
  292:12 307:5,6
  332:12 336:16,21
  351:21 353:20
**finds (1)**
  188:12
**fine (10)**
  26:15 51:5 84:22
  110:13 126:15
  272:18,19 276:6
  321:24 331:6
**finish (3)**
  103:17 165:11 263:24
**finished (4)**
  102:20 271:10 340:18
  341:1
**firm (6)**
  3:3 4:14 8:19 12:24
  42:15 343:20
**firms (1)**
  344:8
**first (55)**
  9:2,16 12:7 13:11,21

14:1 15:5 22:5
  50:21 65:3,3 82:10
  88:13 94:6 109:4
  115:17,20 116:5
  134:13 135:2
  140:23 149:17
  156:20 157:4 161:7
  164:10,13,21 165:2
  167:24 168:24
  170:13 194:9,19
  195:16,21 201:18
  209:14 225:19
  250:22 260:6
  277:19 293:18
  306:9 307:4 308:1
  308:10 314:17
  317:21 318:19
  324:8 331:1 335:19
  336:4 339:5
**five (15)**
  15:7 64:24 110:14,17
  110:19 142:10
  147:24 182:19
  183:2,11 210:25
  287:18 298:4
  299:10 316:24
**fix (4)**
  97:16 99:15,21,25
**flaw (5)**
  227:12 269:13,24
  270:6 276:19
**focused (3)**
  126:25 214:19 264:19
**follow (12)**
  57:1 161:1 173:4
  219:15 253:11,14
  256:11 257:24
  260:4,14 310:13
  331:5
**followed (8)**
  22:15,16 78:8,14
  253:22 255:2
  262:15 314:11
**following (12)**
  56:9 74:11 80:12
  82:14 109:7 117:20
  269:17 302:7
  324:24 345:12
  358:3,4
**follows (4)**
  9:4 101:18 320:12,13
**followup (27)**
  82:11,14,19,23 83:9
  124:13 125:5
  134:15 143:18,19
  144:2 146:10,11

149:20 167:8
  183:17,22 184:10
  185:8 192:2 254:14
  256:25 257:2,8
  331:15 334:9 348:8
**followups (2)**
  164:9 346:10
**fooling (1)**
  262:7
**foolish (1)**
  249:21
**footnote (2)**
  152:13,15
**footnotes (3)**
  339:2,4,17
**foregoing (1)**
  357:7
**forest (5)**
  150:17,20,21,22
  151:5
**forget (1)**
  135:14
**forgotten (1)**
  36:23
**form (18)**
  54:4,20 55:12 86:13
  95:23 96:6 166:17
  255:15 265:5
  279:18 301:23
  302:4 337:24
  339:15 343:7
  344:15 345:9,24
**formed (3)**
  11:22 123:15 316:1
**formulate (2)**
  116:7 194:19
**formulated (2)**
  38:7 194:10
**formulating (1)**
  117:21
**formulation (1)**
  116:14
**formulations (2)**
  341:18,22
**forth (11)**
  12:16 20:9 44:11
  92:19 135:7 157:21
  216:7 307:2,22
  311:23 359:11
**forward (3)**
  10:16 95:11 354:10
**found (6)**
  235:17 242:20 264:21
  289:8 297:22
  346:24
**four (26)**

25:18 32:7 33:3,10
34:15,24 36:20,20
37:15 74:1 88:13
134:1,7,19,20,23
142:10 166:24
175:19 184:14,25
210:25 229:19
295:8 298:2 299:9
**fourth (7)**
163:3 178:24 191:25
192:2 257:1,7,8
**fraction (1)**
114:9
**frame (3)**
173:8 315:8 319:3
**framework (1)**
263:20
**france (2)**
4:18 19:23
**free (3)**
83:5 265:22 279:7
**freedom (2)**
278:24 279:8
**frequency (8)**
247:16,19,22,25
248:6,20 249:3,8
**front (12)**
73:4 76:22 122:25
154:10,20 156:18
190:24 196:1
204:19 212:23
252:18,19
**fruit (1)**
74:24
**full (13)**
65:3 73:24 75:9 88:8
88:9 93:3 105:11
110:12 136:18
213:20,21 239:20
247:21
**fully (4)**
29:7 157:8,20 250:9
**fulsome (1)**
238:25
**fund (1)**
121:18
**fundamental (1)**
304:17
**funded (4)**
121:9,15,23 122:4
**fungicides (2)**
284:2,11
**further (6)**
30:11 222:18 312:17
334:6 357:1 359:15
**future (2)**

119:3 168:3

_____
**G**
_____
**game (2)**
254:18 262:13
**gardeners (1)**
115:1
**gather (2)**
78:9,15
**gathered (5)**
144:3,5,9,22 145:19
**gathering (2)**
104:7 145:13
**gear (1)**
132:14
**general (18)**
49:24 72:8,15 85:18
85:22 90:19 117:11
119:10 165:22
213:12 214:20
238:19 254:16
274:21 286:14,15
288:16 345:7
**generally (15)**
47:3 73:1 77:21 97:21
107:24 116:20
117:3 166:11,12
264:14 285:8
329:21 332:18
339:21 345:18
**generate (1)**
119:3
**generating (1)**
215:4
**genotox (1)**
27:18
**george (1)**
306:15
**getting (13)**
109:4 126:8 169:12
174:5 175:1,2,10
209:20 216:20
217:5 227:21
288:20 317:5
**give (16)**
44:19 47:3,10 48:8
71:1,4 72:10 76:24
146:17 156:22
168:10 202:11
203:22 265:6 317:8
325:20
**given (10)**
72:1,17 73:19 74:14
202:14 249:17
257:2 265:15,17
359:13

**gives (1)**
70:24
**giving (6)**
72:25 96:7,8 166:13
186:25 250:22
**glean (1)**
197:11
**glyphosate (301)**
7:4,9 11:14,18,19,24
12:17 14:16 17:2,4
17:23,25 18:8 22:9
22:15,25 23:16 24:8
24:20,22 25:4,24
27:16,24 28:9 29:15
30:4 31:3,14 32:11
34:16 35:5 37:17
38:7,15,24 39:17,23
40:4,12 41:10 50:13
51:9 52:10,18 53:21
54:3,18 55:19 59:16
60:17 61:10 66:25
67:6,9,11,15,22
68:7,17 70:5 86:16
112:7,16,22 113:1
113:17 114:19
122:11 127:7,16,20
128:4,13,14,19
131:11,18,24 132:4
132:8,9,13,17,19,24
133:1,7,12,19
134:16 137:22,23
138:18 139:5,9,22
139:23,25,25
140:10,22 141:2,9
141:16,24 142:16
142:21 143:3,6,9
145:21 146:2
148:18 149:4,10
150:4 152:7,25
153:6 157:5,11
158:5,25 159:12,16
163:10 165:6,16
169:23 171:7
174:11 175:5,6,24
176:13 177:7,19
179:15,24 182:11
184:24 185:10,15
185:25 186:10
187:12,22 188:14
193:1 195:7,21
196:24 197:12,15
197:16,24 198:2,21
199:5,8,18,21
203:25 204:24
205:1,23 206:7,19
207:12 208:7

209:16 210:3 213:1
213:9,10 214:13
216:9 218:5,13,22
219:10,17,25 222:7
222:22 224:23
226:13,21 227:10
229:8 231:1,8 232:6
235:6,12 240:9
241:2 243:17
244:15 245:2,15
246:4,12,23 248:15
248:24 250:5 255:1
255:13 264:22
265:1 266:9,24
269:21,22 273:7,8
275:2,4,22,24 276:3
276:12 280:22
281:9 282:3,6
285:20 286:3
287:13,15,15,19,20
288:7,12 289:21,25
290:10,13,20 291:2
291:7,13,19 292:5,7
292:12,15 293:1,5
294:21 301:4,21
304:24 314:23
315:17 316:8,10,12
316:15,17,19,20,25
317:6,11,12 319:5
320:12,12 321:13
321:21 322:2,17
328:5,11,17 329:7
329:24 330:7,13,18
333:10 336:22
337:22 340:12
341:18,21 343:1,5
343:12 346:14,16
346:21 350:24
351:22 352:3 354:3
355:20
**glyphosatebased (5)**
128:9 328:12,18
341:18,21
**glyphosateexposed ...**
5:18 120:23 139:14
**go (41)**
20:14 44:14 56:18
60:6,11,11 66:19
70:2 73:2 82:6
106:22 134:2
151:20 157:14
159:20 179:3
190:22 207:1
223:23 231:22
247:6,10,12 249:2
250:24 273:2

295:20 297:10,11
297:12 303:21
306:20 307:3,14
317:10 333:3 340:3
340:4,5,7 341:11
**goal (1)**
224:7
**goes (9)**
103:22 104:18 185:12
198:23 223:16
265:19,19 318:5
336:8
**going (94)**
12:20 15:10 20:13
25:13 28:22 29:1,6
35:11,15,23 42:24
49:1 51:15 61:3
64:5 67:2 73:4 75:1
75:5 84:20 90:21
95:11 96:21 97:23
97:25 98:4 109:2
115:5,7 117:17
119:16 124:12
125:3 126:3,9
127:11 129:5
130:21,22 135:20
156:21,23 159:7
162:14 165:16,18
165:25 166:3,4
167:22 169:16,18
171:11 174:22
175:4 186:16 189:8
192:8 202:11
208:11 222:6
243:11 245:5 252:8
252:16 259:18
260:7 262:6,9,10,13
265:12,13 272:6,14
277:3 281:14
282:23 284:14
285:15 292:20
304:15 306:20
307:10,12 310:6
313:19 320:4,6
325:20 333:22
339:23 354:10
355:23
**good (17)**
9:7 52:20 55:3 60:14
75:3,3 89:2,12
90:11 117:8 135:17
135:21 148:1 179:7
182:5 304:15 341:3
**grant (2)**
3:19 8:15
**greater (30)**

**greater (30)**
43:10 46:3 47:24 89:3
89:4,14 130:18
133:11,18 168:10
177:21 217:17
218:4,12,13 279:21
289:15 290:20
291:5,8,15 292:15
293:5 336:11 343:2
347:6,8,14,23,24
**greatest (1)**
104:4
**group (81)**
20:13,14,22 22:14,24
23:15 24:7,19,20
25:23 26:11,19,22
27:23 28:10 29:13
30:8 31:16,19 32:9
32:24 33:9 38:13
39:11,13,19 40:9,18
95:8,9 128:17,21
129:2 130:5,6,8,9
130:11,16 131:3,6
131:10,16 132:2,3
135:11,25 138:17
140:7 141:15 148:7
219:12,19 222:10
271:1,2,14,16,23
272:8,13 273:5,14
273:16 274:10,13
274:17,18 275:17
275:24 276:2,5,11
281:16,17 282:10
282:12 286:15,22
287:12 337:21
**groups (13)**
24:12 38:5 128:23
172:17 176:8 177:8
227:1,4 236:6,23
237:2 282:4 293:11
**guess (14)**
18:15 55:2 106:21
113:6 148:1 169:8
195:1 212:8 232:24
241:24 255:20
271:12 288:8 310:6
**guideline (1)**
94:1
**guidelines (29)**
92:18,22 93:6,14 94:7
94:22 96:14 100:6
103:8 104:12,14,20
105:2,5,7,9,17
106:10,12 253:14
253:23 256:2 277:6
302:14,15,18,25

312:20,24
**guilty (2)**
101:11,13
**guys (2)**
64:9 92:12

**— H —**

**h (1)**
4:8
**hair (3)**
6:16 90:10 224:16
**half (2)**
102:22,22
**halfway (2)**
79:16,20
**hall (2)**
258:16,18
**hand (4)**
126:5 130:1 209:20
359:20
**handing (1)**
87:22
**happen (1)**
273:23
**happened (6)**
27:4 82:18 102:25
157:3 252:10,11
**happens (2)**
82:16 277:4
**happy (2)**
201:19 321:25
**hard (8)**
62:1,4 64:11 104:3
153:14 232:12
355:6,7
**hardell (19)**
204:4 224:12 225:6,6
225:10 226:9
227:18,20,25 228:2
228:6,8,10 238:12
239:10,13 269:10
269:13 298:4
**hardells (1)**
225:15
**harder (4)**
136:7,10 137:9,14
**hasnt (2)**
245:6,7
**havent (16)**
21:17 106:5 149:5
157:1 223:3 239:4
241:5 245:11
250:20 294:6
300:23 301:25
304:22 315:25
327:2 332:5

**hazards (1)**
21:12
**head (4)**
10:23 13:19 256:9
259:14
**health (69)**
4:15 5:15,20 7:21,25
19:20 34:4,12 83:13
83:22 85:14,21 86:5
91:3,7 120:22,25
121:5,8,11,13,19
122:7,9,15 123:4,10
124:5,25 125:10,14
125:21 126:24,25
128:10 145:19
149:18 150:2
153:20 159:10
173:1,20 182:10
183:10 206:15
252:22 258:4,6
260:10,13,17 261:4
261:13 266:14
294:4 299:13 300:1
325:1 334:20
345:14 350:1,23
351:19 352:17,24
354:17,22 355:15
355:24
**healthy (1)**
78:3
**hear (2)**
9:23 250:24
**heard (1)**
119:14
**hearing (1)**
90:23
**heather (1)**
11:5
**heavily (4)**
15:13,18 18:12,17
**held (1)**
2:14
**help (1)**
116:7
**helped (1)**
263:7
**helps (1)**
267:25
**herbicide (10)**
165:9 167:3 226:18
236:17 267:15
275:18 276:1
279:22 280:24
282:2
**herbicides (22)**
128:9 135:15 137:12

159:6 207:22
208:22 210:23
211:19 212:6,18
225:13 226:22
272:7,11,14 273:6
280:25 284:1,10
286:22 328:12,18
**hereinbefore (1)**
359:11
**hereunto (1)**
359:19
**hernandez (1)**
93:6
**hes (3)**
29:6 108:20 123:5
**heterogeneity (1)**
96:21
**hierarchal (3)**
233:20 234:5 283:7
**high (8)**
130:6 138:6,8 218:21
220:2,8 222:9
288:19
**higher (33)**
71:17 81:24 128:3,12
131:10 133:10,17
135:24 136:9,9,12
139:3 141:11,17
142:16 143:7 151:6
157:15 172:16
176:8 185:9 286:13
287:11,14,21
288:20 291:6 292:3
292:4,6 332:23,25
351:15
**highest (11)**
127:3 128:23 129:2
130:9,16 131:16
132:3 141:15
142:20,21 324:13
**highlighting (2)**
230:10,14
**highrisk (4)**
210:11 211:3 215:9
215:17
**hill (47)**
218:1 284:14 285:10
305:11,14,15,15,19
305:20,21 306:2,3,6
307:1,22,23 308:1,9
309:2,4,25 310:9,19
311:4,11,19,23
312:9,16,18 313:15
314:8,10,12,17
317:15,18 322:20
322:24 323:11,13

331:2,3 333:4,12
344:11,12
**histological (2)**
7:6 243:18
**histopathological (2)**
5:24 129:14
**history (9)**
13:20 161:6 216:3,14
216:16,19 217:2,9
219:2
**hmm (2)**
249:25 343:17
**hohenadel (2)**
298:6,7
**hollingsworth (7)**
3:14,19 8:14,15,16,16
339:10
**honest (1)**
300:17
**hope (1)**
83:3
**hormonal (1)**
114:5
**hormones (1)**
114:6
**hospital (1)**
82:24
**hour (2)**
57:21 126:10
**hours (10)**
9:12 13:7,15 14:25
15:8,16,19,21,22
338:10
**huh (1)**
283:21
**human (4)**
59:15 70:15 256:10
337:22
**humans (10)**
4:18 17:5 18:1,9
19:23 20:15,20,25
70:17 338:8
**hurt (1)**
217:12
**hypotheses (11)**
116:7,11,15,16
117:21,22,23 119:3
119:5 215:3,4
**hypothesis (19)**
116:20 117:2 118:6
118:10,15 120:6,11
127:6,15 193:24
194:2,4,10,11,20,21
194:25 195:7
212:25
**hypothesize (1)**

139:8

**I**

**iarc (80)**
4:16 15:13,14 16:3
17:1,6 18:10,20,24
19:5,14,21 20:2,9
20:16,18,23 21:2,8
21:9,11,12,25 22:6
24:12 25:23 27:23
28:10,16 29:12 30:7
31:19,23 32:6,23
33:9,20 34:14,25
36:21 37:14 38:5,13
38:21 39:11,13,19
40:9,18 41:4 61:4,5
86:17,18 253:10,14
253:22 255:3,16
256:3,16 257:24
258:7 260:14 262:1
262:25 302:7 304:2
304:2 324:24 329:4
337:21 340:10
342:17 345:13,17
345:22 346:2 349:1
349:12
**iarcs (3)**
17:14,23 37:3
**idea (2)**
122:5 341:4
**ident (1)**
21:9
**identification (24)**
10:3 12:5,25 19:24
50:16 53:5 58:15
64:4 87:21 93:24
110:6 120:25
129:15 152:1
193:18 221:10
224:19 229:4
234:21 243:20
294:23 307:20
334:21 354:17
**identified (3)**
51:14 229:13 232:23
**identify (10)**
13:1 21:12 46:24
105:14 134:1,7
173:19 285:19
286:1 299:1
**idiosyncratic (1)**
108:17
**ilk (1)**
304:5
**ill (1)**
78:10

**illustration (1)**
56:8
**im (149)**
8:7 10:23 12:20 14:15
15:9 25:7 29:1,20
31:24 32:17 35:11
36:24 39:18 40:16
42:24 43:4 44:10,18
47:6 51:15 53:2
54:12 56:15 58:7
60:10,13 64:8 72:23
73:25 75:7,8 79:5
80:12,24 84:10,16
86:1 87:22,24 88:14
90:13 92:10,12,13
94:19 97:10 99:11
104:1,25 105:2
106:1 110:17 115:8
116:25 119:16,20
127:11 129:22
130:3,21 133:15
135:2 136:13 137:2
137:3 145:8 148:12
151:10 152:3 155:7
157:14 158:12
164:18 167:22
168:21 170:24
173:4 175:8 177:2
179:3 180:4 183:8
186:25 193:4 194:1
196:7 201:2,11
202:11 209:18,20
213:6 214:4,11
219:14 222:14
223:23 226:3
227:24 228:4 229:6
231:18 233:11,12
233:15 236:9 239:7
239:23 242:1,1,10
242:11 243:11
244:25 245:5,11
252:5,7,16 256:10
260:7 265:11
269:17 275:6 278:9
278:9,9 281:1,2
284:4 294:6 295:2
300:4,17 303:7,19
303:19 307:9
308:24 310:2,3
311:18 321:24
326:1 328:9 333:22
345:12 352:21
354:13
**impact (13)**
7:17 46:14,15 80:7
114:12 137:19,23

168:19 227:15
334:18 349:23
351:25 352:11
**impacts (1)**
108:12
**implying (1)**
272:22
**importance (1)**
155:6
**important (9)**
51:3 59:7 98:11 102:1
109:20 167:21
197:10,19 327:24
**impossible (9)**
66:12 198:14 227:14
285:18,25 288:11
289:1,6 291:11
**improve (1)**
352:18
**improves (2)**
217:10,13
**inability (1)**
159:23
**inaccurate (2)**
14:4,7
**inception (1)**
144:23
**incidence (10)**
5:17 106:16 107:15
108:13 113:15
120:23 139:3,21
147:13,24
**include (15)**
129:23 132:25 252:8
252:9,16,18 253:19
269:21 294:3
302:22 320:25
324:9 326:14
349:13 353:25
**included (14)**
15:22 52:2 106:5
130:10 132:17
182:19 183:2
230:17 242:9 269:6
269:20 296:1,11
354:4
**includes (3)**
125:22 128:22 183:11
**including (11)**
5:23 64:21 129:14
173:18 174:9
285:20 286:2 299:2
302:3,10 354:20
**inclusion (1)**
81:22
**incomplete (3)**

103:1,1 340:19
**inconceivable (1)**
285:6
**inconsistent (2)**
31:22 324:16
**incorporate (1)**
304:12
**incorporated (1)**
302:1
**incorporates (1)**
353:12
**incorrect (3)**
142:6 211:16 212:18
**incorrectly (1)**
164:23
**increase (14)**
105:25 106:4 147:13
147:16,23 148:5
163:14 169:4 177:9
177:10,20 218:20
286:16 351:15
**increased (23)**
5:7 45:16 66:22 67:4
77:16 87:19 88:4
128:2 133:6 141:22
157:10 172:21
173:3,21 177:8
178:15 188:14
216:20 222:9,21
292:5 310:21 311:9
**increases (2)**
105:20 107:16
**independent (2)**
257:23 258:1
**index (1)**
189:6
**indicated (1)**
35:9
**indicates (2)**
52:1 336:16
**indication (4)**
235:19 236:1 347:16
347:22
**individual (15)**
23:21 65:13 96:8,9
99:13 131:22 219:9
219:16,24 273:16
283:1 289:2 352:19
353:2,15
**individually (1)**
286:2
**individuals (41)**
48:7,13,24 49:17 50:1
50:7 52:2 69:13
72:3 75:12 79:2,7
83:1,5,15 128:22

131:10 138:17
139:9,9,14 141:2,8
141:17 142:15,19
195:13 198:8,25
199:4,17 205:1
206:18 207:11
226:13,14 269:19
269:21 270:3,12
271:14
**infection (1)**
310:4
**inference (2)**
116:6 261:3
**inferences (2)**
115:24 194:17
**influence (1)**
85:10
**informality (1)**
258:12
**information (30)**
54:2,16 56:3 63:15
65:11 78:9,15 82:24
144:4,6,9,22 145:13
145:20 148:23
150:15 199:6,19
204:23 226:20
238:25 239:21
241:8 248:4 264:13
264:15 266:1
339:11 342:5,8
**informative (5)**
56:1 196:15,25 198:1
198:7
**inherent (1)**
70:18
**initial (1)**
15:23
**initially (1)**
255:12
**initiated (5)**
122:16 123:10,15,18
124:1
**initiative (1)**
121:4
**initiator (2)**
112:8 113:3
**initiators (1)**
123:2
**innocent (2)**
101:12 166:16
**inquiry (1)**
120:7
**insecticides (3)**
210:23 284:1,11
**insofar (1)**
255:15

**instance (7)**
66:10 95:7 142:14,19
197:21 256:23
319:5
**instances (1)**
66:14
**institute (2)**
121:9,10
**institution (1)**
121:12
**insufficient (3)**
31:2 200:23 203:16
**insufficiently (5)**
200:13,17,18 201:5
201:16
**integrative (2)**
6:20 228:25
**intellectual (1)**
279:1
**intelligence (1)**
202:20
**intended (2)**
102:9 260:18
**intense (4)**
168:2,10 169:3
185:15
**intensities (1)**
168:9
**intensity (31)**
7:24 128:5 132:9,12
132:18,25 133:7,12
133:19 163:9,15
164:15 165:3
167:12,25 168:1,4
178:4,6 352:16,23
352:25 353:14,23
353:25 354:5,9,16
354:22 355:2,16
**intensityweighted (1)**
177:10
**intent (1)**
344:19
**intents (1)**
87:3
**interest (5)**
50:8 62:20 63:19
80:19 199:1
**interested (2)**
136:24 359:18
**interesting (1)**
100:15
**international (1)**
345:14
**interpret (8)**
199:25 200:19 202:22
202:25 278:5,14

279:5 320:10
**interpretation (8)**
39:1 203:5 212:4
317:4 318:2 320:14
344:18,20
**interpreting (3)**
256:8 306:17 317:19
**interruption (1)**
323:23
**intertwined (1)**
62:1
**interval (5)**
45:22 46:3 47:24 54:7
301:6
**intervals (10)**
47:21 59:2,6 150:10
150:11 155:2,12,22
209:16,24
**introduce (2)**
8:11 80:9
**introducing (1)**
308:2
**introduction (1)**
66:24
**investigation (1)**
22:12
**investigator (3)**
221:19 337:17 349:12
**investigators (10)**
78:9,15 95:9,16 97:5
100:11 123:3
185:20 264:18
349:9
**invoice (4)**
4:13 12:24 13:2 14:1
**invoices (1)**
12:21
**involved (3)**
175:12 204:17,25
**iowa (3)**
6:8 193:17 230:4
**irrelevant (3)**
169:25 170:5,8
**isee (2)**
244:6,8
**island (3)**
6:13 221:9 249:13
**isnt (10)**
103:14 117:15 148:19
201:11 272:14
280:16 281:2
303:16 318:11
323:9
**issue (64)**
34:15 41:11 49:10
64:25 66:2 69:23

75:19,21 78:6,12,18
78:19 79:25 85:12
86:2,10 98:18,20
100:8 107:25
109:14,20 110:10
110:16 111:2,24
123:16 138:10,10
146:15 148:8
156:17,18 159:7
161:17 168:22
169:14,21 170:15
171:4,6 172:24
223:20,22,24,25
224:6 229:13
230:14 235:3 248:9
251:16 254:15
255:22 269:9 278:2
281:6 286:8,10
306:20 315:13,24
318:14 332:20
**issues (12)**
62:14 64:21 124:22
125:1 162:9 164:11
185:12 258:4
260:11 309:16
315:3 356:9
**issuing (1)**
23:1

**J**
**jameson (15)**
28:6,8,13 29:22 32:5
32:14 33:8,19,25
34:23 36:8,18 37:3
37:13,25
**jamesons (4)**
28:21 29:8,19 33:18
**january (10)**
5:16 7:13 42:13 43:3
73:3,15,16 120:22
190:23 307:17
**jeff (1)**
8:18
**jeffrey (1)**
3:7
**jesus (1)**
221:14
**jmpr (5)**
33:21 34:3 35:4 37:6
37:16
**job (2)**
1:24 92:12
**journal (9)**
5:9 6:9 93:22 103:21
104:9 221:6 250:10
338:20 341:2

**journals (3)**
104:5 259:13 342:1
**judge (2)**
54:5 187:8
**judgment (6)**
98:10 109:10 202:16
202:18 313:4,5
**judgments (1)**
255:21
**jump (1)**
9:8
**june (6)**
5:10 93:22 231:14,15
232:1,1
**jurat (1)**
356:16

**K**
**kansas (2)**
230:5 231:16
**kattan (1)**
93:7
**keep (6)**
32:20 77:3 241:15,20
241:21 277:15
**kept (1)**
14:22
**key (5)**
94:5,7 198:24 315:13
321:20
**kind (9)**
49:22 165:23 166:13
167:8 227:5 236:8
277:7 309:19 337:4
**kinds (1)**
95:24
**knew (4)**
84:20 197:13,14,15
**know (201)**
9:8,23 11:25 13:18
15:15,20 16:11
19:12 21:15,16
23:21,25 24:2 27:2
28:5,6,13,17 34:7
35:12 36:4 37:25
38:1 51:3,16 52:14
52:16,21 56:15,20
56:21 61:4 65:25
67:5 70:1 75:4 82:4
82:15 84:22 85:15
87:11 90:9,11 96:11
98:1,8 99:8 102:10
103:1,4 104:7,10
106:14 107:6
111:16 112:8 113:7
113:7 114:6,13,16

115:1,2,4,14,17
122:22 130:25
135:22 137:4 138:1
138:5 139:17
144:12 145:1,2
148:20 149:6 150:1
151:19 153:2
158:22 162:24
165:25 167:10
168:4,21 169:7,10
169:16 175:11,16
176:5 178:5,7 180:6
183:21,22,23
184:18 185:22
186:3 188:22
189:13 197:6,7,20
218:18 220:25,25
222:6,16,25 223:1
227:21 238:18
239:5,6 240:11,22
241:14,15,24,25
242:2,6,8,14,15,18
242:25 245:10
249:15,15 250:20
250:25 254:18
255:6 256:7 257:14
258:15 259:9,11,12
261:25 263:5 265:6
265:10,11 266:10
266:11 267:5,8
270:22 271:4,22
272:6 274:16
276:20 279:8
284:16,16 285:2
286:7 288:17 290:8
301:24 302:14
304:14 306:2,14,15
309:12 311:12,13
319:20 321:16
323:16 325:12,16
325:21,22 329:19
329:21 330:2,8
332:6,19 338:25
340:23,25 347:21
348:22 349:6
354:11 355:17,18
355:19,25 356:4,13
**knowing (3)**
27:22 35:9 241:4
**knowledge (10)**
28:20 29:16 85:3
121:17 122:6
133:20,24 162:25
241:8 338:22
**known (3)**
21:13 68:14 330:12

**knows (2)**
36:13 104:9
**kochs (1)**
310:3
**kosher (2)**
241:18,19

———————
**L**

**lab (1)**
304:17
**label (1)**
45:14
**labeled (1)**
8:2
**lack (7)**
29:16 101:8 207:21
   208:4 211:18 212:5
   212:17
**lag (3)**
160:21 161:19 321:1
**laid (2)**
13:18 313:20
**lancet (1)**
342:2
**lane (1)**
307:14
**large (11)**
49:17 55:5 83:3
   110:21 118:18
   135:20 188:5,15
   198:16 257:8 332:7
**larger (13)**
59:10 121:4 184:14
   184:25 186:1
   187:13 206:23
   207:2,4,16 228:18
   332:16 347:20
**largest (1)**
53:18
**lasker (93)**
3:18 4:4,6 8:13,13 9:6
   9:15 11:2 17:19
   19:18 25:5,13 29:4
   29:10 32:17 35:15
   35:21 36:6,11,15
   45:5 50:20,25 51:5
   53:1 57:22 58:11
   59:24 60:5,10,14
   63:24 76:24 83:21
   84:4,8 88:9 92:25
   93:19 107:5 110:2
   110:13 119:12,20
   120:19 121:25
   126:11,15,22 129:8
   129:22,25 130:3
   151:22 176:22

181:1 182:4 186:16
   186:23 187:3,7
   193:12 221:4
   234:17 243:8,14
   244:25 259:16
   260:3 294:18
   307:15 333:21
   334:5,14 335:24
   336:3,6 337:24
   338:17 339:15,20
   340:8 341:13 343:7
   343:9,14,17 344:15
   345:9,24 346:9
   354:12 357:1
**late (1)**
161:15
**latency (74)**
107:21,25 108:6,21
   109:7,15,20 110:10
   110:16 111:3,8,11
   111:17,24 112:2,9
   112:18,21 113:14
   115:16,17 146:1,4,8
   159:24 160:6,10,12
   161:18 162:6,14
   169:13,20,25 170:3
   196:17,22 197:4,7
   197:10,13,18,23
   198:10 209:7
   229:12 231:5 232:5
   232:22 233:6,15
   235:2 289:12,25
   290:5,14,19 291:6
   291:15 315:3,12,13
   315:25 316:2,3,7
   318:11,12 319:3,10
   321:8,10,15 322:15
**latent (1)**
315:6
**latest (1)**
160:24
**lattimer (2)**
3:21 8:7
**law (1)**
261:23
**lawyer (2)**
261:24 263:5
**lay (2)**
70:12 308:19
**laying (1)**
306:5
**lays (3)**
217:10 308:19 310:10
**lead (3)**
63:8 335:8 337:17
**leading (2)**

67:4 314:6
**learn (1)**
307:11
**lecture (1)**
10:19
**led (1)**
319:22
**lee (8)**
208:25 234:16,23,23
   235:2,6 292:21
   293:9
**left (1)**
265:3
**lefthand (2)**
233:24 268:17
**legal (15)**
8:8 19:1,10 90:23
   92:10,11,14,16
   101:10 261:22
   262:6,20,24 263:1
   276:7
**legalese (1)**
262:3
**legally (1)**
90:22
**legitimate (2)**
278:22 281:13
**lem (2)**
3:21 8:7
**length (1)**
134:15
**leon (1)**
150:21
**letter (1)**
87:23
**leukemia (2)**
6:17 224:17
**level (12)**
39:15,21 91:4 101:14
   101:18 141:9
   142:20,21 156:6
   260:19 292:5
   320:11
**levels (9)**
127:3 128:3 157:15
   185:9 218:13 292:3
   292:6 353:1,14
**liability (1)**
1:4
**licensed (1)**
125:24
**life (4)**
66:12 74:18 203:7
   273:20
**lifestyle (3)**
114:2 273:21 283:9

**lifetime (4)**
247:17 248:18 249:8
   249:11
**likelihood (4)**
52:15 80:8 81:8,25
**likewise (1)**
234:23
**limit (1)**
200:15
**limitation (3)**
203:17 211:14,17
**limitations (6)**
5:12 93:24 122:16
   123:11,19 134:8
**limited (26)**
25:3 38:16,17,20,20
   38:22 40:10,21 41:5
   60:7,16,25 61:5,7
   69:24 70:3 86:17
   199:18,24 200:25
   201:6 207:21 208:2
   212:5,17 293:21
**limits (5)**
148:21 157:1 203:21
   208:6,10
**line (39)**
16:12 25:19,19 27:3
   30:1,1,12,13 34:9
   36:17,25 37:1,7,7,7
   37:12,13,13 43:5,6
   44:24 123:8 124:20
   184:6 186:5,5 191:3
   191:3,8,9,10 212:3
   243:12 248:17,18
   294:19 303:11
   340:7 358:5
**lines (20)**
21:3,24 26:9 29:20,21
   33:18 34:1,9,21
   44:19 45:6 73:17
   123:8 145:5,9
   147:24 184:5,22
   188:10 268:21
**linked (1)**
118:5
**list (3)**
10:6 214:21 297:16
**listed (4)**
51:22 53:17 54:14
   185:20
**listens (1)**
310:7
**listing (5)**
50:12 51:7,12 53:24
   85:15
**lists (1)**

51:21
**literature (35)**
11:13,18 13:8 14:13
   14:16,19 15:2 16:9
   18:14 38:6 55:19
   58:23 86:16 87:3
   102:7 132:17,24
   133:10,17 157:8
   158:5,16,19,24
   256:1 261:10
   263:10 266:7 305:3
   324:5 328:15,21
   333:10 341:17,25
**litigation (29)**
1:4 8:5 11:12 12:3
   13:4,15,20 20:4
   24:12 28:14 42:13
   42:17,21,25 44:16
   58:1,18 108:20
   190:8,10,11,17
   191:14 192:4,16
   196:11 254:10
   257:21 263:16
**little (18)**
9:19 38:18 63:23 73:9
   96:22 100:18 118:8
   136:13 137:9
   153:14 204:17
   271:6,11 300:17
   321:10 350:13
   355:5,7
**live (1)**
272:5
**livenote (1)**
2:18
**living (1)**
83:5
**llc (1)**
8:19
**llp (2)**
8:14,16
**location (1)**
305:16
**logic (8)**
156:8,9 173:4 202:15
   202:19 203:3 279:1
   287:24
**logical (5)**
277:7 282:16,22,25
   320:16
**logically (1)**
282:21
**logistic (3)**
233:19 234:9,14
**long (14)**
6:12 44:20 83:10

178:4 221:9 249:13
275:14 277:5
278:20,25 306:13
313:13 316:3
322:17
**longer (9)**
146:11 155:14,25
185:7 240:4 343:5
343:13 346:14,21
**look (9)**
26:9 30:15 33:17
41:18 47:20 49:21
49:25 50:6 54:9
69:12 73:12 74:24
75:5 76:18 98:9
110:23 113:14
123:16 136:18,23
143:8 145:3 148:22
150:7,23 152:2
159:18 176:18
183:25 186:4 189:5
189:6 192:22,25
195:15 204:16
205:20,21 210:13
210:24 212:12
213:7 214:9,22
220:22 222:8,19
229:17,20,24 230:8
230:15,17 231:6,22
231:23 238:15
239:1,19 240:4,5,17
243:12 248:12
250:21,23 252:7,15
258:12,19 264:12
267:4 273:14
279:24 288:6
294:24 295:8 299:6
299:23 300:22
301:1 310:14
317:24 318:1
325:25 326:1,16
333:22 348:6
352:23 353:6
**looked (36)**
11:17 18:16 34:5 55:7
99:10 109:11
122:10,17 123:12
149:1 172:14
189:14 193:10
204:8 207:11
210:19,22 220:13
220:14,15 223:3
229:8 239:4,12
241:5 245:11
257:10 267:5
283:16 284:2

294:14 300:24
325:4 327:2 329:3
355:13
**looking (43)**
48:3 50:2 52:9,18
53:20 57:3 61:16
69:14 92:9 108:10
108:11 135:23
150:9 160:22,25
161:13,19 180:4
205:12,13 209:18
213:12 214:17,20
221:22 236:12
248:17 251:23
258:16,18 261:4
264:1 265:11
273:15 287:25
295:2 298:22 299:9
303:19 307:12
318:16 320:23
322:25
**looks (7)**
12:13 13:24 65:10
190:24 195:12
247:10 283:25
**lose (1)**
82:17
**loss (7)**
82:11,13,19,22 83:8
319:19,21
**lost (2)**
319:20 335:24
**lot (4)**
55:4 166:1 169:15
341:6
**lots (6)**
84:5,5 106:11 329:16
329:19 330:11
**loud (2)**
250:24 339:3
**louder (3)**
9:20,21 79:19
**low (14)**
21:13 47:11,16 130:5
138:6 155:2,12,23
198:19 219:12,19
220:9 223:7 224:22
**lower (10)**
46:2 47:4 71:18
131:13 133:5
173:13 177:21
206:6,9 350:16
**lowered (1)**
173:2
**lowest (7)**
128:17,21 130:8,10

131:9 132:1 141:9
**lunch (1)**
176:21
**luncheon (1)**
181:6
**lung (11)**
65:1 66:3,6 107:15
270:19,23 309:10
320:3,5,6,8
**luxenberg (3)**
2:15 3:9 8:21
**lymphoma (177)**
5:23 6:7,16,23 7:1,5
7:11 14:17 18:1,9
38:8,16,25 40:5,20
41:11 48:15,18
51:10 52:3,10,19
53:21 54:19 59:16
60:17 66:23 67:5,16
67:23 68:7,14,18
70:6 86:11,17 99:7
108:22 109:7 111:4
111:10,18 112:16
112:23 113:12,15
114:14 127:17,21
128:3 129:13
131:13 132:2 133:6
133:11,18 134:18
135:10,17 137:14
137:17 138:24
139:4 141:22 142:3
146:13 148:14,19
149:4,11 150:5
152:25 153:6
157:10 158:6,25
159:13,15 168:11
169:5 174:12 175:7
177:7,20 179:16,25
182:12 183:17
184:25 186:10
187:12,23 188:5,15
193:2,17 195:8,14
196:18,24 197:16
197:24 198:3,12
199:9 204:1 205:2
206:8,17,19 207:13
208:8 210:3 213:2,8
214:21,23 216:17
216:19,20,25 217:5
222:21 224:16,24
229:2,9 230:20
231:8 232:6 234:20
241:3 243:18 246:4
246:13,23 250:6
255:2 264:23
266:17,24 284:3,12

285:22 286:4,14,20
294:22 301:22
315:18 316:8,13,15
316:18,18 317:5,9
317:11,12 319:6
320:13 321:13,22
328:6,14,19 329:14
329:17,23 330:6,12
330:14 340:13
341:23 350:25
351:22 352:3
**lymphomas (1)**
161:14

**M**

**m (26)**
1:13 2:9,14 4:3,22,24
5:14 8:6 9:1 53:4
58:14 60:1,4 110:5
126:17,20 181:5
182:3 259:24 260:2
334:1,4 357:4,6
358:24 359:10
**main (1)**
76:8
**major (9)**
7:5 75:21 76:3,4 86:8
146:8 162:15,21
243:18
**making (7)**
92:10 138:22 166:16
258:4 310:11,14,17
**malathion (3)**
246:1,6 275:5
**mandated (1)**
42:8
**mandatory (7)**
63:14,20 65:9,17 66:1
66:9 67:20
**manipulating (1)**
276:22
**manuscript (2)**
339:12 340:22
**manuscripts (1)**
340:17
**mark (23)**
9:15 12:1,20 19:18
25:6,9,14 42:10,10
52:23 58:11 63:22
63:24 87:12 93:19
110:2 120:19
129:11 193:12
221:4 243:14
294:18 354:12
**marked (32)**
10:2 12:5,24 19:23

20:3 50:16 53:4
58:14 59:21 64:3
87:20 93:24 110:5
120:25 129:15
151:25 189:2,9
193:18 204:17
212:21 221:9
224:18 229:3
234:21 243:20,23
294:22 307:19
334:21 354:17
355:22
**market (2)**
145:22 195:22
**marking (1)**
110:8
**marriage (1)**
359:17
**match (1)**
280:6
**materials (1)**
30:7
**mathematically (1)**
207:3
**matter (8)**
8:4 49:24 72:16
117:11 200:7
238:19 289:8
359:18
**matters (2)**
200:5 232:16
**maximum (2)**
232:10 233:1
**mcduffie (62)**
6:3 128:24 130:17
151:7,9,11,16,20,25
152:3 208:15,21
212:20,24 213:13
213:25 214:12
215:7,8,16 216:1,13
216:22 217:20,24
218:5,22,25 219:5
219:17 220:2,5
222:7,17,17 223:7
223:10,25,25 238:7
238:8,23 239:18
240:3 246:21
247:20,22,24
248:10,13,23 250:4
250:18 264:20
267:11 297:6 298:8
298:11 299:12,17
300:15 342:24
**mcduffies (1)**
217:7
**mcpa (7)**

289:20 290:1,3,22
291:1,5,14
**mdl (2)**
1:4 16:15
**mean (78)**
17:17 23:11 24:1 25:8
31:9 32:15 36:2
48:9 55:24 58:2
62:19 65:24 66:10
71:5 86:9 88:19
91:14,17 95:22 96:3
96:5 97:11,21
101:24 102:8
115:17 117:6 134:4
135:17 153:22
169:7 170:3,19
172:20 173:11
180:14 194:5,11
197:25 205:10
213:7,8 214:15
216:4,17 220:25
224:4 229:15
237:16 242:1 243:7
249:2 256:5,20
257:5 267:16,18
270:8,15 271:20
280:23 281:13
282:18 285:1 286:9
292:17 293:7 304:3
306:14 307:9
309:20 310:2
319:18 328:22
329:19 333:2
344:16,24
**meaning (3)**
171:21 180:2 267:13
**meaningful (9)**
54:2,16 172:8 175:14
236:5,25 272:7
293:2 310:7
**means (20)**
38:22 47:16 71:13
87:11 91:18 141:23
175:3,15 177:18
186:14 211:4 226:3
226:8 265:8,12
315:19,25 330:9
332:21 340:18
**meant (2)**
194:12 343:10
**measure (17)**
46:6 47:18 48:5,20
63:17,18 68:6 69:16
132:18,25 165:4
222:4 247:19
249:12 347:16

352:24 353:25
**measured (5)**
46:19 65:14 128:4,5
250:7
**measurement (2)**
248:15 352:15
**measures (1)**
61:23
**measuring (2)**
47:19 275:2
**mechanism (5)**
109:24 112:13,15
113:8 197:14
**mechanisms (1)**
303:10
**mechanistic (2)**
304:23 305:8
**med (2)**
6:24 229:3
**media (1)**
8:2
**median (8)**
143:19,24 147:6
231:5 232:4,11,20
233:5
**medical (14)**
5:1 19:2 64:1,14
216:1,4,13,15 217:1
217:2,3,8 219:2
341:20
**medicare (1)**
82:25
**medication (1)**
95:10
**medicine (4)**
5:10 7:13 93:22
307:17
**medium (1)**
196:22
**meeting (11)**
7:13 26:12,19,22 27:1
29:24 30:8,23 31:9
241:15 307:17
**meetings (5)**
13:9 23:10,12 241:17
242:5
**members (2)**
51:18 128:10
**memo (2)**
338:15 339:9
**memory (2)**
52:20 307:14
**men (4)**
6:8,23 193:17 229:3
**menopausal (1)**
114:6

**mention (5)**
100:7 121:3 322:20
327:22,23
**mentioned (13)**
60:18,22 75:16 76:7
84:23 92:5 120:16
138:19 150:7
168:13 216:8
260:12 327:21
**mentioning (1)**
138:16
**merit (1)**
2:17
**merits (1)**
49:23
**mesothelioma (1)**
329:25
**mess (1)**
25:8
**met (7)**
23:24 211:10 314:23
318:22 322:18
324:3 329:12
**meta (1)**
97:11
**metaanalyses (20)**
87:6 88:16 89:2,12,20
92:20 93:15 94:3,24
96:14 106:12
293:19 296:2,23
299:3,24 303:1
331:12 342:16,17
**metaanalysis (59)**
5:4,11 7:9 59:8 86:18
86:22 87:17 88:2,15
92:6 93:4,5,23
94:10,11,24 97:3,8
97:16 98:15,25
99:14,21,25 100:6
104:13,20,24 105:8
105:13,24 106:3
293:16 294:3,9,21
295:11,15 296:11
297:2,11 298:21,22
299:7,18 301:1,9,14
301:18 302:15,17
302:18,20 303:3
310:25 338:16
339:10 349:10,13
**metaanalyze (1)**
96:20
**metarelative (3)**
298:25 299:19 301:5
**method (7)**
69:1,8 80:17 82:13,21
116:14 117:20

**methodologic (1)**
101:4
**methodological (11)**
22:8,17 99:12 227:11
240:14 269:13,23
272:21 277:14
285:15 335:19
**methodologically (6)**
54:24 55:9 91:10,23
99:14 272:1
**methodologies (4)**
255:19 257:25 266:20
266:25
**methodology (30)**
48:5 50:6 56:10 57:2
79:24 97:4 98:14
99:1 189:19 194:7
226:10 255:2
256:12,18 257:24
261:15 262:16,17
280:11 296:23
298:20 299:7,18
302:7 310:13
311:24 314:7,10
323:5 324:24
**methods (4)**
68:23 195:15 268:19
295:11
**microphone (1)**
260:6
**mid (5)**
145:21 161:4,9,10
162:2
**middle (8)**
65:2 131:2,5 168:17
228:5 233:24 288:7
296:3
**midway (1)**
152:9
**mike (1)**
60:9
**militates (1)**
202:5
**miller (7)**
3:3 4:14 8:19 12:24
42:15 343:20 344:9
**mind (7)**
137:4 159:11 193:4
201:14 214:16
267:15 277:15
**mine (1)**
99:12
**minnesota (3)**
6:8 193:18 230:4
**minuscript (1)**
25:18

**minute (5)**
26:14 127:13 134:24
134:25 153:16
**mischaracterized (1)**
256:25
**mischaracterizes (9)**
179:19 182:23 183:20
184:17 222:12,24
325:11 350:21
351:5
**mischaracterizing (2)**
205:11 252:6
**misclassification (54)**
7:19 124:6,8,10,17,17
124:23 125:2 163:6
163:23,25 164:5,8
164:12 166:5,14
170:14,21 171:5,14
171:17 172:2,25
173:11,16,19 174:9
174:10 175:22
177:14 178:1,3,10
179:1,11 180:12,24
248:9 334:19 335:4
336:13 337:1,3
349:18,24 350:4,12
350:16 351:1,7,14
352:1,9,10
**misclassified (1)**
140:3
**misclassifies (1)**
222:12
**miscommunicating ...**
320:21
**misinformed (2)**
35:17,19
**misleading (1)**
94:12
**misquote (1)**
73:7
**misread (1)**
256:24
**misrepresent (1)**
186:22
**missed (2)**
212:19 219:14
**missing (3)**
174:1,3 311:17
**misstate (1)**
97:20
**misstates (29)**
24:23 27:9,20 28:3
31:5,21 33:15 34:18
67:25 89:6 97:19
100:16 104:17
111:20 113:20

132:20 133:13
136:6 154:5 157:12
158:9,20 159:3
186:13 187:15
199:10 231:11
246:25 339:16
**misstating (1)**
187:2
**mistake (2)**
215:20 347:11
**mistakes (2)**
256:6,7
**misunderstanding (3)**
272:25 273:1 274:18
**misunderstood (2)**
170:22 254:14
**mitigate (1)**
164:4
**model (5)**
157:9,20 299:5,23
300:5
**moderate (1)**
331:20
**modern (5)**
309:7,17 310:23
323:7,8
**modest (2)**
331:20 333:1
**modification (2)**
235:20 236:8
**modifications (3)**
242:7 263:17 354:8
**modified (3)**
344:13,17,21
**moment (5)**
28:25 110:23 170:12
223:5 341:13
**money (1)**
102:19
**monitoring (1)**
355:4
**monograph (23)**
16:4 17:1 18:10,18,20
18:24 21:9,11,17,24
22:5 28:16 31:10
32:2,8,24,25 33:3
36:22 38:14 256:17
304:2 329:4
**monographs (6)**
4:16 19:14,21 20:3
31:23 345:18
**monsanto (8)**
3:15 8:14,17 20:5
121:18,24 122:4
317:6
**monsantos (2)**

294:10,12
**months (3)**
10:21 15:4,5
**morning (6)**
9:7 201:25 214:25
218:10 223:17
246:18
**move (8)**
73:10 124:14 143:15
157:23 234:16
307:3 308:18,22
**moved (1)**
90:17
**multicausal (1)**
137:7
**multiple (3)**
6:21 229:1 266:9
**multiplication (1)**
207:1
**multiplies (1)**
248:5
**multistep (2)**
115:23 194:16
**multivariate (8)**
225:7,11 268:7,12
277:13 278:17
279:14 280:9
**mutagen (2)**
113:6,6
**myeloma (1)**
266:9
**myon (2)**
4:18 19:23

_____

**N**
**n (3)**
3:1,16 4:1
**name (2)**
8:7 254:18
**named (1)**
23:21
**napp (25)**
238:12 239:17,19
242:21 246:9 253:4
263:25 264:18
294:5 295:22 296:1
296:13 297:4,9
298:16 299:11,15
300:1 326:1,13
331:13 337:15
339:13 348:14
349:14
**narrower (1)**
47:23
**national (3)**
121:9,10,12

**natural (2)**
74:17,18
**naturalistic (3)**
74:8,9 75:17
**nature (2)**
70:23 71:3
**nebraska (2)**
231:18,20 232:3
**necessarily (12)**
15:25 56:1 99:4 102:5
102:6 162:7 256:20
258:13,22 310:24
342:9 345:2
**necessary (4)**
231:6 262:24 263:17
263:21
**need (16)**
52:14 107:20 116:3
129:6 130:17,23,24
205:20,21 236:4
277:15 282:10
311:8 312:4 313:16
313:23
**needed (1)**
11:6
**needs (1)**
316:4
**negative (11)**
43:21 44:2 71:2
101:23,24 174:3
188:4,13 208:20
336:16 337:8
**nested (1)**
192:10
**neugut (74)**
1:13 2:13 4:3,12,14
4:22 8:4,19,21 9:1,7
11:8 12:5,7,24 13:1
16:25 19:25 29:2,11
29:18 32:15,19
36:16 37:21 45:7
50:23 51:6,19 53:4
57:24 60:6,15 76:23
87:22 94:1 115:21
121:2 122:3 126:3
126:23 137:1 157:6
175:9,18 178:9
182:5 186:23
187:10 190:24
191:13 192:6
203:12 209:19
212:24 221:11,18
224:20 227:23
243:22 247:10
251:1 254:24 260:4
284:17 294:24

317:13 320:19
334:5 335:1 346:10
357:6 358:24
359:10
**never (26)**
86:21 102:15,19
103:18 119:14
140:21 141:2,13
157:15 176:15
185:25 186:9
187:11,23 202:23
202:24 220:25
245:1 246:3,12
259:7 272:6 311:12
311:12 332:18,19
**neverever (1)**
167:13
**new (14)**
1:14,14 2:15,15,19
3:11,11 6:13 221:9
358:1,2 359:2,4,8
**nhl (35)**
11:18,24 17:4 31:15
39:17 59:11 78:1,1
140:9 141:25
143:13,25 146:2,16
146:22 148:9,12
159:24 175:24
184:11 185:25
195:18 198:20
199:5,18,21 209:8
240:9 244:15 245:2
245:3,15 255:13
329:8 330:17
**nih (2)**
7:17 334:17
**nine (14)**
15:4 30:1 43:5 77:8
92:25 142:11
188:10 229:19
231:1 244:13
297:12,16 298:15
299:10
**ninetysix (1)**
145:9
**ninth (1)**
244:11
**nomenclature (2)**
344:19,25
**nonasthmatics (1)**
235:12
**nonbiased (1)**
71:9
**nondifferential (18)**
163:5,23,25 164:5,12
171:13 173:10,18

174:9,10 175:21
177:13 178:10,25
179:10 180:12,23
335:4
**nondirectional (1)**
71:7
**nonexposed (1)**
139:23
**nonfarmer (1)**
274:9
**nonhodgkin (6)**
5:22 7:5,10 129:13
243:18 294:22
**nonhodgkins (149)**
6:7,15,22 7:1 18:1,9
38:8,16,25 39:23
40:5,19 41:10 48:15
48:17 51:9 52:3,10
52:18 53:21 54:19
59:16 60:17 66:23
67:4,16,22 68:7,18
70:5 86:11,17 99:7
108:22 109:7 111:4
111:9,18 112:16,22
113:12,15 114:14
127:16,21 128:2
131:13 132:2 133:5
133:11,18 134:18
135:10 137:17
138:24 139:4
141:22 142:3
146:12 148:14,18
149:4,11 150:5
152:25 153:5
157:10 158:6,25
159:13,15 161:14
168:11 169:4
174:12 177:7,20
179:15,25 182:12
183:17 184:24
186:10 187:12,22
193:2,17 195:8,14
196:17,24 197:24
198:2,12 199:8
203:25 205:2 206:8
206:17,19 207:13
208:8 210:3 213:2,8
216:25 222:21
224:16,24 229:2,8
230:20 231:8 232:6
234:19 241:2 246:4
246:12,23 250:6
255:1 264:22
266:16,24 284:3,12
285:21 286:4
301:22 315:18

316:7,13,15,17,18
321:13 328:6,14,19
329:13,17,23 330:6
330:12 340:13
341:22 350:25
351:22 352:3
**nonpeerreviewed (4)**
190:18 191:19 192:9
192:21
**nonpublished (7)**
105:20,24 106:3
190:18 191:18
192:9,20
**nonrespondents (1)**
265:14
**nonstatistically (1)**
131:12
**nordstrom (3)**
227:22 228:3,11
**norm (1)**
101:6
**normal (3)**
32:4 171:22 299:17
**north (29)**
7:7 222:18 223:1
229:6 237:14,20,24
238:4,21 239:21
240:1,6,25 241:11
243:19 245:14
246:11,19 247:14
248:2 250:16
251:20 252:3 253:6
266:5,22 300:13
301:3 325:5
**northern (1)**
1:2
**notary (3)**
2:18 357:16 359:7
**note (8)**
35:16 64:15 115:22
125:22 189:2 223:7
290:25 342:24
**noted (4)**
51:1 58:25 211:14
235:6
**notes (1)**
295:25
**notice (5)**
4:9 9:16 10:1,5 189:4
**noting (1)**
96:14
**novdec (2)**
5:8 87:20
**nowadays (2)**
42:5 344:4
**null (47)**

44:3 45:1,9 100:24
101:5,17,24,25
102:11 103:11,23
104:16 154:15,24
156:16,25 164:1,2,6
166:13 172:4,6,13
172:19 174:21
175:23 176:9
177:15 178:11
179:23 180:2,14
199:22,25 200:19
200:24 210:2,6
246:11,14,22 265:3
290:16 301:8
337:10 350:5,8
**nullify (1)**
166:8
**number (59)**
8:2 17:20 42:20 48:6
48:12,17,24 49:3,3
49:4,17,25 50:6
51:13 53:25 56:18
58:24 64:21 68:16
106:24 118:18
135:1,20 142:5
144:3 175:19
198:16,24,25
205:16,17 206:2,3
210:22 225:4,5
235:25 241:12
267:9 297:18,20,24
298:2,4,6,15 331:18
331:23 332:7,10,16
332:19,20 333:13
334:14 347:5,13,14
347:19
**numbered (1)**
244:12
**numbers (20)**
53:12 153:3 173:14
176:10 177:14
178:11 180:2,14
183:24 202:6,10
206:12 292:17
331:17 332:16
350:13 351:3,15
352:2,4
**numerator (2)**
136:3 138:2
**numerically (1)**
207:16

———————————

**O**

**object (10)**
29:2 35:11 50:24,25
51:16 95:12 110:11

119:17 130:21
245:6
**objection (123)**
14:5 19:8 23:2,19
24:23 25:6 26:3
27:8,20 28:3 30:18
31:5,21 32:13 33:12
34:18 35:7 37:11,19
49:19 50:9 51:1
52:4,12 54:4,20
55:12,22 56:12 57:4
67:25 68:11 69:5
72:6,20 73:10,23
80:2,10,21 81:10
82:2 83:19 86:13,23
87:9 89:6 97:19
99:2,18 100:16
101:1 104:17 105:4
109:1 111:20 112:3
113:19 116:23
117:5 118:21 119:6
119:13,17 121:21
122:20 124:14
129:4 132:20 133:2
133:13,22 136:5
153:8,12 154:3
156:2 157:12 158:9
158:20 159:3 169:6
174:14 176:11
177:23 178:18
179:18 180:16
182:22 183:5,19
184:16 186:12
187:15 189:11
199:10 200:9 201:9
203:19 222:11,23
231:11 246:25
265:5 279:18
288:13 301:23
312:10 313:21
321:9 322:7 323:14
325:10 326:7
337:24 339:15
343:7 344:15 345:9
345:24 350:14,18
351:4
**objections (8)**
35:17,18,24 120:8
186:17,20 187:1,9
**observation (1)**
312:5
**observational (8)**
65:5 70:18 71:21
88:25 89:11 94:18
96:16,20
**observations (1)**

308:4
**observed (1)**
38:23
**observer (4)**
84:14,19 85:12 86:4
**obtains (1)**
170:16
**obvious (1)**
336:15
**obviously (4)**
9:22 187:18 258:17
328:22
**occasionally (1)**
258:23
**occasioned (1)**
168:19
**occasions (1)**
220:1
**occup (2)**
6:23 229:3
**occupation (1)**
195:2
**occupational (5)**
7:12 121:12 286:17
286:18 307:17
**occur (6)**
79:1,6 82:10 139:7
178:12 227:10
**occurred (4)**
134:17 179:12 198:11
352:1
**occurs (2)**
77:25 100:10
**october (2)**
44:10,17
**odds (84)**
41:19 42:2 43:10,21
69:12 70:25 71:14
152:6,7,12,16,22
158:23 159:1 173:2
173:12,21 174:24
177:6,11,21 178:15
186:9 209:15,23
211:5 215:8,25
216:8 217:15
218:21 235:5,11,23
242:20 243:4,5
245:2,19,20,24
246:3,9 264:21,25
267:22 268:3,3,10
268:12,24 280:2
283:5,6,7,17 284:18
288:6,9 290:13,20
291:4,7,12 292:6,15
292:22 293:3
323:22 324:3,4,14

324:23 326:5
342:25,25 343:4
346:12,20 347:18
347:24 350:11,24
351:21
**offer (1)**
36:12
**offered (3)**
29:12 44:9 182:14
**offering (3)**
31:13 149:25 191:16
**offhand (8)**
19:15 24:25 129:7
148:20 151:19
185:17 266:11
349:5
**offices (1)**
2:14
**oh (13)**
58:5 60:10 107:22
127:10 147:19
204:20 209:20
232:21 252:15
274:21 303:16
334:7 348:7
**okay (120)**
11:1 16:1,19 19:17
24:3 26:16 33:17
35:15 42:9 48:1
49:24 52:23 55:15
56:20 62:3,6 63:22
69:11 70:2 73:2
75:22 80:5 81:5
84:7,13 87:12 88:11
95:18 96:4 97:14
98:17 104:11 105:7
110:25 117:18
120:14 122:23
125:20 129:8 131:2
134:23 135:5 137:3
138:14 139:11
145:3 147:17
151:20 152:11
153:10,17 160:9
162:8,16 163:2
164:24 165:12
168:23 173:6 174:7
179:5,5,8 181:3
183:25 186:6 187:5
190:22 195:5
199:14 200:12
201:2 205:25
215:22 225:22
233:2 237:6,19
239:7,25 245:10
255:23 256:15

262:14 269:11
272:3 274:22 276:2
277:16 280:5,15
282:22 283:4
288:18 290:12
296:20,20 304:21
306:19 312:3
315:22 318:25
324:17 328:1 330:4
330:10 336:3,6
337:11 338:14
339:7 340:3 341:10
342:23 343:17
347:3 350:9 355:9
356:6,14
**old (1)**
90:9
**older (2)**
146:21 147:6
**omnipresent (1)**
98:3
**once (8)**
23:24 113:6 154:19
176:22 187:10
228:17 231:23
259:11
**oncology (3)**
5:1 64:2,14
**ones (4)**
34:5 87:7 88:17
345:20
**onetenth (1)**
287:20
**onethird (1)**
296:4
**oneweek (3)**
26:20 27:1,25
**onset (2)**
315:17 316:25
**ooo (1)**
357:5
**open (1)**
244:18
**operates (1)**
280:22
**opine (4)**
17:4 325:25 327:3,16
**opined (2)**
108:21 231:6
**opinion (52)**
11:22 15:17 16:25
17:25 18:7 22:6,21
29:12 31:14 37:21
89:22 111:21
112:21 113:1
119:15 165:2 179:6

182:15 190:13,20
191:17 197:6 200:5
200:7,14,15 201:8
203:18 208:1
240:24 245:7
255:25 256:18
262:3 284:7 302:1,3
302:4 305:6 316:1
319:9 321:14 328:3
328:4,11 330:5
337:20 338:2,7
341:19 342:11
355:11
**opinions (8)**
12:16 89:18 119:21
165:1 189:18,25
190:3 255:16
**opportunity (2)**
251:2,7
**opposed (8)**
33:21 74:13 113:3
175:15 261:7,13
272:4 293:4
**opposite (2)**
318:5 351:8
**option (1)**
39:12
**ora (1)**
245:22
**oral (3)**
5:5 87:17 88:2
**orange (1)**
3:6
**orb (1)**
245:25
**order (8)**
14:24 74:18 77:2
108:23 115:12
273:24 324:20
331:5
**organic (1)**
272:15
**organization (4)**
4:15 19:21 34:4,13
**orient (1)**
26:14
**original (5)**
38:2 118:14 123:3
253:10 255:17
**orsi (3)**
204:12 298:13 326:10
**outcome (29)**
42:1 45:15 48:14 50:1
50:8 62:20 63:8,11
65:11 83:1 97:2
108:5,17 109:22

112:11 137:20
139:24 156:22
159:16 160:5
169:18 199:1
236:20 249:21
313:8 314:1 317:23
318:9 359:18
**outcomes (5)**
74:11 76:10 81:15
82:24 86:8
**outside (3)**
96:15 257:20 304:7
**outstanding (1)**
24:5
**overall (8)**
84:4 88:16 135:18
168:16 245:2,16,19
287:12
**overestimate (1)**
178:15
**overestimated (2)**
174:13,16
**overestimating (2)**
179:14,21
**overestimation (1)**
141:25
**overlapped (1)**
130:15
**overstatement (1)**
178:14
**overwhelming (2)**
30:21 331:23

---

**P**

**p (12)**
2:15 3:1,1 46:8,11
181:5 182:3 259:24
260:2 334:1,4 357:4
**page (144)**
4:2 20:7 21:3,23
25:17,19,19 26:9,17
29:19,21 30:1,6,12
33:18 34:1,9,21
36:25 37:12 43:4
44:18,18,19,22,23
45:3,5 53:11 58:19
58:22 64:24 73:12
73:17 77:6,12 84:24
88:12 92:24,25 94:6
94:16,19 105:3,10
105:18 110:14,17
110:19 116:2,4
123:7,8 124:20
129:18 134:7 135:7
138:11,14 140:19
140:20 143:17

145:5,8 147:20,22
150:16 152:3,9
157:21 159:21
175:19 177:1,6
184:3,4,21 186:5
188:6,8 191:1,3,8,9
194:13,15 195:16
196:13 204:25
207:23 210:14
211:24 212:1
213:15,20 215:8,10
225:18 229:18,19
229:24 233:23,24
235:13 237:11,18
244:7 264:2 267:25
268:6,16 289:17
290:6 293:17
294:24 295:3,4,8,21
295:25 296:17
297:12,13 299:6
305:13 308:1
335:15,17 336:2
339:5 340:5 341:12
341:13 343:16
346:12,18,19,24
351:12 353:6,8
356:15 357:10
358:5
**pages (20)**
25:17,18 53:7 77:7
107:8 110:8 134:3
145:5 162:20 184:3
237:7,12,13 244:13
297:12,16 303:5,14
303:22 357:8
**pahwa (1)**
298:15
**paper (49)**
52:21 53:6 93:19
131:5 134:8 147:9
167:15 171:15
173:9 178:13 179:3
179:7,9,13 180:15
214:1 229:5 276:24
288:15 289:24
293:10,21 307:10
307:12 310:10
334:13,25 335:3,7,9
335:15 338:23
341:9 349:17,17,23
351:2,11 352:6,6,14
352:22 354:7,19
355:7,13 356:2,8,10
**papers (3)**
18:16 104:2 256:8
**paragraph (26)**

17:13,14,16,18,22
18:2,21 22:4 65:3,8
88:14 93:3 105:11
110:19 111:2
166:24 213:21,22
225:19,21 242:23
296:6,8 317:19
335:17 336:2
**parameters (1)**
49:23
**part (25)**
15:23 32:3,3 34:4
41:15 91:12 97:9,10
97:12 98:13 102:24
103:2 118:14 121:4
123:18 125:9,12,18
149:23 178:7
203:11 254:13
257:22 260:17
273:25
**partially (1)**
130:14
**participate (1)**
81:24
**particular (23)**
43:4,5 70:19 81:2
83:7 85:17 88:24
93:2 152:2 214:18
240:21 254:11,14
256:22 267:14
272:13 291:1
318:14 319:4 321:5
355:18,19,20
**particularly (11)**
15:20 59:7 70:16
76:10 117:19
150:16 188:10
203:8,10 213:10
333:11
**parties (1)**
359:16
**passed (1)**
160:4
**patients (1)**
102:17
**pattern (3)**
167:19 168:25 169:23
**patterns (1)**
21:13
**pearl (2)**
3:12 8:20
**pears (2)**
74:22,23
**peer (8)**
250:10 258:7 302:9
302:11 338:24

339:23 340:24,24
**peerreviewed (7)**
253:21 254:17 258:8
258:24 266:7 267:1
338:19
**peers (1)**
258:14
**people (37)**
48:17 49:3,5,8,10
72:2,16,18 73:19,21
74:2,6,11 78:1
83:10 86:10 98:1
102:19 135:21
165:16,17 166:16
178:4 203:6 255:4
258:5 270:8,9 272:5
274:23 287:18
316:22 317:8 343:1
343:5 346:13,21
**perceived (1)**
100:14
**percent (19)**
45:22 46:3 54:6 98:7
102:10,11 131:12
140:7,14 141:3,18
165:23 223:10,12
230:19 231:13,25
309:5 311:14
**percentage (1)**
344:1
**perfect (1)**
202:23
**perfectly (3)**
308:5 312:6 313:17
**perform (1)**
93:5
**performing (1)**
94:9
**period (44)**
26:11,20 108:1,7
111:8,17 112:18,21
113:14 143:18,19
146:1,4,8,10 160:4
160:6,16,18 161:9
161:19,20,21
163:16 168:4
169:13,21 196:22
197:5,7,10,14,18,23
220:16 231:5 232:5
233:15 290:5,14,19
291:6,8 319:10
**periodic (2)**
124:13 125:5
**periods (1)**
112:9
**person (3)**

82:17 305:16,18
**personally (4)**
86:25 93:18 233:12
315:14
**perspective (2)**
70:13 263:21
**perspectives (2)**
5:16 120:22
**persuaded (1)**
255:13
**pesticide (55)**
5:18,21 6:11 7:18,23
108:23 109:8 111:3
111:9,17 120:24
125:25 127:2
129:12 135:12
152:23 169:9
210:10 211:10,12
216:24 218:14
220:18 221:8,22
225:25 226:14
227:8 234:4,8,13
243:5 245:21
267:15 269:15
273:10,15 275:8
276:3,6,16 282:9,11
283:1 285:18,25
287:9 334:18
335:20 336:13
349:24 352:20
354:15,21 355:1
**pesticides (84)**
6:5,14,21 7:2 68:10
68:13,19 127:4,23
135:15 138:19
142:12,15,17,22
143:8,10 151:18
152:20 153:7
158:15 193:15
208:5,16,23 209:2
209:10 210:23
213:7,12 214:20
218:7,12 220:13
224:15 225:13,17
225:24 226:1,24
227:10 229:1
230:18 234:21
235:7 242:22
246:22 266:16
267:24 268:5,14
269:3,6,20,23
270:13 273:13,17
274:2,5,6,7,16,23
275:1,21 276:12
278:13 279:12,17
280:13 281:8,10,20

282:25 283:2,15
285:20 286:2 288:8
290:8 291:25 292:4
318:17
**pg (1)**
358:1
**pgs (1)**
358:1
**ph (9)**
1:13 2:14 4:3,22,24
9:1 53:4 58:14
304:13
**phases (1)**
83:25
**phenomena (2)**
137:7 319:16
**phenomenon (1)**
114:7
**phrase (4)**
195:3,4,11 346:1
**physicians (1)**
88:1
**physiologic (1)**
319:15
**picked (2)**
103:20 276:24
**picture (2)**
280:25 282:4
**place (10)**
16:21 20:8 143:24
156:20 164:13,21
201:19 299:11
300:11,14
**placebo (1)**
95:8
**places (3)**
68:16 242:13,17
**plaintiff (1)**
344:5
**plaintiffs (27)**
3:4 11:11 13:10 14:2
14:9,20 15:25 20:5
42:16 57:25 58:4,5
108:19,21 190:7
191:15 192:17
196:11 251:12
295:18,19 344:3,8
346:23 348:11
349:18 353:8
**plan (1)**
317:4
**plants (1)**
115:3
**platform (3)**
136:9,12 255:17
**plausibility (3)**

304:13 327:12,12
**play (11)**
24:1 81:15 115:17
167:16 190:2
262:13 277:9,10
308:7 312:8 313:18
**playing (2)**
276:22 314:4
**plays (2)**
85:16 236:18
**please (4)**
8:11,23 186:19
209:22
**plot (2)**
150:21,22
**plots (3)**
150:17,20 151:5
**plus (1)**
302:9
**point (33)**
17:8,9 22:1 28:24
29:24 33:24 44:20
68:15 80:4 90:4
110:17 138:22
140:14,21 146:19
158:12 163:6,7
166:2,20 170:13
184:20 217:14
235:16,22 236:23
253:13 255:11
279:13 291:18
292:23 311:15
312:23
**pointed (3)**
256:23 316:23 348:13
**pointing (3)**
244:18 296:21 331:8
**points (8)**
43:1 94:5,7 284:21
285:1 326:22,23,25
**policy (5)**
255:21 256:14 258:3
258:8 260:10
**pool (2)**
228:17 250:3
**pooled (48)**
6:17 7:7 222:19 223:2
224:17 228:19
229:22 234:24
237:15,20,24,25
238:4,22,22 239:10
239:12,17 240:2,2,5
240:6,18,25 241:11
243:19 245:15
246:19 247:14,21
248:3,13,23 250:17

250:17 251:21
252:3 253:7 264:20
266:6,22 297:5
300:13,13,15 301:2
301:15 325:5
**pooling (3)**
246:10,19 248:3
**pools (7)**
59:8 227:18,25 228:9
229:5 238:13
240:16
**poor (1)**
201:17
**pops (1)**
214:22
**population (30)**
78:7,13 113:22 114:4
114:9,13,17,19,23
115:7,9 135:19,19
136:22 137:16
147:8 229:20 233:8
270:3,5,8 274:22
275:9,10,10 278:2
281:9 286:14,15
293:24
**populationbased (1)**
115:13
**populations (7)**
114:25 137:18 230:1
231:23 260:20
270:2 275:12
**portiers (1)**
304:4
**portion (1)**
114:22
**positive (48)**
38:23 41:25 43:9,18
44:2 45:1,8 46:1
71:2 101:6,8,9,16
101:20,22 102:2,3
102:12 103:10,16
103:17,24 104:1,15
149:14 154:7,9,19
155:3,11,17 156:12
156:15 159:1 164:4
174:1 200:2,6 201:1
201:20,22,23,25
202:5 246:14,17
307:6 311:25
**possibility (6)**
43:20 70:6 77:21
284:21 314:2 350:4
**possible (10)**
30:22 66:18 68:3,20
79:10 122:11
160:24 198:17

218:19 267:23
**possibly (5)**
20:24 21:5 261:8,17
314:15
**posteriori (3)**
48:2 149:14 154:8
**postmenopausal (1)**
114:5
**postulates (1)**
310:3
**potential (29)**
11:23 41:25 49:18
63:15 65:18 68:6,8
85:16 106:18
118:19 122:18
123:12 127:24
146:2,4 168:22
169:22 196:22
199:7,20 221:23
223:16,17 227:15
231:7 248:8 261:3
291:24 353:24
**potentially (5)**
67:23 139:24 163:15
332:23 356:8
**power (83)**
46:20,20,23 47:4,11
47:16,19,24 48:6,23
49:1 50:3 53:13
54:3,5,17 55:1,5,21
56:4,9,17,17,24
57:3,12,17 146:16
146:17 148:11
149:2,5,13,19 150:6
150:8,25,25 151:6
153:24 154:2,7,10
154:14,18,20,23,24
155:2,5,12,15,23
156:1,14,17,21
159:8,9,15 198:19
198:24 199:6 200:2
200:4,5,17,23 201:4
201:18 203:16
204:2,5,9,12 206:1
206:6,9,25 224:22
265:17,18,19
**powered (3)**
200:14,18 201:5
**powerful (11)**
49:11 52:9,17 53:19
148:17 149:9,15
150:3 152:24 153:5
333:11
**preamble (9)**
19:5,13 20:2,8,9 21:2
21:25 38:22 256:2

**precaution (1)**
260:19
**precautionary (1)**
260:23
**precede (2)**
315:17 322:16
**preceded (1)**
316:25
**precedent (1)**
42:14
**precedes (4)**
316:17,18 317:11,12
**precise (1)**
112:15
**precisely (4)**
72:24 113:9 208:11
277:1
**precision (1)**
59:12
**predicate (3)**
308:3,25 310:18
**predicts (1)**
353:14
**predominantly (1)**
18:17
**prefer (7)**
72:2,16 73:19 74:3,6
74:22,22
**preferable (1)**
74:20
**preference (1)**
317:9
**preferred (2)**
72:23 73:1
**prefers (1)**
72:9
**preparation (1)**
23:11
**prepared (8)**
34:2 37:5 50:18 51:3
64:17 87:25 93:6
185:20
**preparing (3)**
13:9 16:10 153:19
**prescribed (1)**
302:7
**presence (1)**
63:3
**present (10)**
3:21 55:9,20 57:7,13
57:16,17 245:20
340:15 344:13
**presentation (5)**
52:8 243:23 244:8,14
305:23
**presented (13)**

56:3,7 113:24 142:25
241:12,14 243:25
245:12 253:2 257:3
257:9 279:15
293:19
**presenting (3)**
241:21 268:23 303:14
**presents (4)**
59:20 225:8 233:19
245:1
**preset (1)**
118:6
**presidents (1)**
307:21
**prestigious (2)**
345:23 346:3
**presumably (1)**
97:23
**presume (1)**
98:2
**pretty (4)**
288:19 313:13 315:21
355:6
**prevalence (3)**
114:13 115:11 141:7
**prevalences (1)**
117:15
**prevalent (2)**
114:3 115:10
**prevention (4)**
6:2 64:18 106:23
151:24
**prevents (1)**
269:14
**previous (7)**
27:9 32:20,22 88:18
88:19 350:21 351:5
**previously (11)**
13:23 14:11 20:4
32:19 177:1 182:6
189:22 190:4 245:7
347:15 350:10
**primarily (4)**
163:19 214:19 304:3
304:20
**primary (2)**
120:10 194:11
**principle (1)**
260:23
**principles (1)**
116:5
**prior (34)**
11:10 13:23 15:24
22:13 23:1 26:11,19
26:25 54:9,13 66:24
68:1 78:2,10,16

92:3 143:25 144:4,6
144:9,10,13,24
145:16,20 229:6
231:1 247:1 252:20
252:25 321:22,23
322:18 349:10
**priori (4)**
55:2 201:17 206:11
252:8
**private (3)**
121:16 125:23 127:1
**probable (7)**
17:2 18:24 19:6 32:11
91:25 262:1 337:22
**probably (21)**
16:12 20:24 21:4
23:24 38:17 86:7
89:2,12 97:25
117:10,16 119:10
122:25 142:7
162:14,21 163:24
198:17 227:13
284:13 305:1
**problem (16)**
79:17,22 82:22 98:1
98:25 100:1 124:2
126:7 142:7 146:8
162:7,15 163:22
229:13 230:10
271:19
**problems (2)**
97:5,16
**proceed (1)**
30:14
**process (11)**
9:9,10,13 29:16 31:4
31:16 32:3,4 37:24
115:24 194:16
**processes (1)**
26:21
**produced (1)**
64:13
**production (2)**
10:7,12
**products (3)**
1:4 8:5 38:7
**professional (1)**
2:16
**profound (2)**
114:15 115:3
**profoundly (1)**
117:8
**program (3)**
5:1 64:2,15
**project (26)**
7:7 222:19 223:2

237:15,21,25 238:5
238:22 240:2,7
241:1,11 243:20
245:15 246:19
247:14 248:3
250:17 251:21
252:4 253:7 266:6
266:22 300:14
301:15 325:5
**promoter (2)**
112:8 113:1
**prone (2)**
78:23 96:16
**proper (5)**
48:5 93:15 276:13
315:8 319:3
**properly (3)**
63:17 64:21 68:6
**prospective (5)**
74:12,13,15 85:6
122:10
**prospectively (5)**
78:8,14 82:15,16 83:2
**protective (2)**
132:14 175:5
**protopathic (1)**
318:6
**provide (25)**
26:8 34:16 54:1,16
56:2 59:9 95:9,16
99:15 106:17
123:15 127:14
150:15 186:19
190:12 199:6,19
235:25 238:24
248:25 260:19
287:3 301:20
331:21 341:19
**provided (14)**
10:9 12:21 29:23
30:16 33:21 44:16
235:11 264:14,15
294:8,10 339:18,25
348:15
**provides (4)**
17:3,24 228:19 240:8
**providing (5)**
32:8 33:4 44:21 93:14
201:6
**proxies (4)**
247:9 264:2,16,19
**proxy (3)**
264:5 265:23 326:15
**pruszynski (5)**
1:23 2:16 8:10 359:7
359:23

**public (23)**
2:18 7:17 91:3,6
255:20 256:14
258:3,4,5,6,8,21
260:10,10,13,17
261:4,13 334:17
345:14 349:11
357:16 359:8
**publication (22)**
100:8,10,19,21,25
101:18 102:14,15
102:24 103:2,6,9,13
103:21 104:23
105:12 172:10
257:4,10,12 295:12
299:8
**publications (6)**
84:6 241:25 242:4,18
253:20 258:25
**publish (4)**
104:9 242:2 258:24
258:25
**published (37)**
86:22 87:13 100:23
100:24 102:21,23
103:11,12,14,16,18
103:24 104:6,15,16
191:21 207:10
250:9 251:5,10
252:9 253:18
254:17 258:13,17
266:6,10,14 267:1
296:10 302:10,12
340:24,25 341:4
342:12,14
**publisher (1)**
101:21
**publishing (3)**
102:3 242:16 258:21
**pull (5)**
122:23 134:5 140:18
196:1 270:2
**pure (2)**
202:23,24
**purely (6)**
39:4,24 61:12 97:1
285:12 288:21
**purport (1)**
305:6
**purporting (1)**
317:14
**purpose (1)**
261:11
**purposes (14)**
11:11 40:6 87:3 147:9
258:3 262:6,18,20

262:24 263:13,14
295:9 305:5 320:22
**push (3)**
139:15 331:22 352:4
**pushed (1)**
180:3
**pushing (1)**
176:9
**put (17)**
13:23 14:15 28:24
29:13,25 57:22
97:22 98:13 115:5
119:8 206:12
221:14 255:5 260:6
271:21 278:6,8
**putative (2)**
313:7,24
**putting (6)**
27:5 98:14 135:3
257:13 274:9 302:2

_____
**Q**
**qualifiers (1)**
41:4
**qualitatively (1)**
98:15
**quality (5)**
72:12 75:1,5 171:24
325:16
**quantitative (1)**
19:6
**quantitive (1)**
21:5
**quantity (1)**
167:14
**question (105)**
23:9 25:20 26:16 27:9
30:13 34:23 35:25
36:24 37:6 40:17
43:7,8 55:13,14,15
62:11,13 65:21,23
69:6 80:3,13 86:24
88:7 89:9 97:15
98:23 99:11,12
109:12,18 110:25
117:1 119:10,24
120:4 123:17 149:1
149:9 150:4 154:9
154:11,20 155:8
157:2 161:1 171:3
173:7 178:20 183:1
183:7 194:1,23
197:4,9 199:15
200:11 201:12
203:12 208:19
209:22 211:23

219:15 222:15
224:23 232:17,19
234:12 239:23
240:12,14 243:2,3
249:6,22 251:17
254:23 261:4,19
262:20 263:8 281:4
285:23 286:21,25
288:14 289:23
302:23 306:22,25
308:11 310:8
311:18 315:5,16
316:7,11,13 317:15
317:21 322:14,16
323:10 328:9 330:3
**questioning (3)**
338:3,11 353:10
**questionnaire (3)**
165:20 170:17 335:22
**questionnaires (5)**
164:22 165:22 167:8
171:9 172:1
**questions (17)**
9:25 29:9 50:21 51:4
57:3 166:21 186:24
189:8 267:6 303:11
333:23 334:6,10
346:7 349:19 353:8
357:2
**quick (1)**
303:11
**quite (3)**
44:6 114:14 336:10
**quote (4)**
17:23 38:22 104:22
183:23
**quoted (1)**
73:18
**quoting (7)**
18:23 104:25 105:1,2
105:6 179:3 312:22

_____
**R**
**r (2)**
3:1 359:1
**radio (1)**
152:12
**railroad (1)**
3:5
**raise (3)**
81:25 104:13 285:11
**raised (3)**
69:23 100:5 356:9
**raises (1)**
104:14
**raising (3)**

135:9 139:19 168:22
**ramifications (1)**
92:16
**random (6)**
70:20 96:11,11
166:14,17 265:20
**randomized (9)**
94:17,25 95:4,5,14,20
96:1,15,17
**range (8)**
91:11 147:11 150:10
309:14,15 331:8
336:24,25
**rare (3)**
55:4 114:20 159:15
**rarely (1)**
76:2
**rate (8)**
81:22 86:7 108:12
141:12,17 223:8,11
223:12
**rates (1)**
224:9
**ratio (68)**
42:2 43:10,22 70:25
70:25 71:14,14
90:25 91:13 135:23
139:3,25 151:17
152:6,7,16 158:23
159:1 166:6,8
169:19 172:3
177:21 178:15
185:25 186:9,9
187:11,22 209:15
209:24 211:5 215:8
215:25 216:8 235:5
245:2,19,20,24
246:3,10 264:22
265:1 268:3,3,12
283:7 286:19,24
287:10 290:13
291:4,7,12 292:15
324:14 326:5 337:5
342:25 343:1,4
346:13,20 347:18
347:24 350:11
351:13
**ratios (47)**
41:19 69:13 90:16,21
91:1 117:14 137:10
152:22 164:6
172:16,20 173:2,12
173:21 174:24
176:8 177:6,11
217:15 218:21
235:11,23 242:20

243:4,5 267:22
268:10,24 280:2
283:5,6,17 284:18
288:6,9,21 290:21
292:6,23 293:3
309:13 323:22
324:3,4,23 350:24
351:21
**reach (15)**
23:16 39:15,21 67:21
102:15 117:8
200:15 201:8
203:18 260:13
261:12 288:11
289:1,7 324:20
**reached (1)**
102:22
**reaching (10)**
18:6 22:21 32:10 33:5
89:17 200:7 256:18
260:9 311:21
355:11
**read (34)**
15:14,17 22:18 24:15
34:22,22 36:18
73:24 97:11 144:15
145:6 182:7 184:19
187:16 189:5
237:22 239:16
241:6 242:23
243:25 251:2
252:11 294:12
304:22,25 305:2
307:10 309:16
328:22,25 337:11
339:2,3 348:21
**reader (1)**
15:15
**reading (10)**
21:15 22:21 64:8
189:1,9 251:22
252:20,25 316:22
343:15
**real (2)**
66:12 175:3
**reality (2)**
72:11 270:7
**realize (1)**
167:6
**really (22)**
42:6 49:2 72:13 91:4
101:13 119:9
148:10 154:8,11
162:9 163:17
175:10,13 176:16
202:7,8,11 218:23

241:7 259:15
292:18,25
**realm (2)**
166:8 172:4
**reason (24)**
13:25 17:10,11 26:5
72:10,24 100:14
111:22,25 112:19
123:23 125:8,16
139:7 185:4 358:7,9
358:11,13,15,17,19
358:21,23
**reasonable (17)**
19:1 39:3 49:14 50:5
109:6 111:16
171:20,21 187:1
203:5 255:10
256:13 263:22
277:6 279:6,6
341:19
**reasonably (2)**
203:6 253:15
**reasons (3)**
74:4,5 358:4
**recall (56)**
13:11 14:18 15:1
18:15 19:15 24:25
25:1 77:22,23,25
78:2,6,12,17 98:19
98:21,25 99:6,9,16
124:2,13 125:4
129:7 144:18,25
165:19 170:19,22
170:25 171:11
176:14 185:17,18
188:7 190:21 191:4
191:4,25 192:1,13
217:18 230:13
244:23 269:11
307:9 337:14 338:1
338:4,5 339:8 349:5
349:7,20 353:4,5
**recalling (1)**
10:24
**received (1)**
11:3
**recess (5)**
60:2 126:18 181:6
259:25 334:2
**recognize (3)**
92:13 334:25 355:10
**recognized (1)**
345:19
**recognizing (1)**
276:20
**recollection (7)**

53:11,17 145:7,11
184:9 191:7,13
**recommendations (1)**
106:9
**reconstructing (1)**
15:10
**record (30)**
10:4 14:22 20:1 34:23
35:16 60:1,4 64:13
98:17 107:24
126:17,20 181:5
182:3 187:4,6,21
189:23 192:15
193:20 221:15
231:22 259:24
260:2 279:9 334:1,4
340:9 357:4 359:13
**recorded (1)**
8:3
**records (2)**
10:11,18
**recruit (1)**
102:17
**recruitment (1)**
171:24
**reduce (2)**
82:22 353:23
**reduced (2)**
132:5 177:22
**reestimate (1)**
167:9
**refer (14)**
44:18 46:20 89:23,24
116:3 123:6 129:9
130:24 184:21
188:8 213:15 237:6
259:3 335:14
**reference (6)**
25:15 44:20 93:18
300:7 341:6,7
**references (1)**
36:3
**referencing (2)**
34:8 335:11
**referred (2)**
118:24 285:9
**referring (11)**
29:22 44:11 83:20
84:10 90:19 177:25
212:8 259:2 296:14
341:8 350:3
**refers (3)**
36:14 103:10,13
**reflect (2)**
63:1 332:24
**reflected (1)**

167:14
**reflective (1)**
71:15
**reflects (2)**
31:4 37:24
**refresh (6)**
53:10,16 145:11
184:8 191:6,12
**refreshes (1)**
145:7
**regard (18)**
11:13 38:9 49:23 85:2
85:21 115:6 170:3
180:8 189:19 190:1
197:4 255:21
256:22 309:9 316:3
319:5,13,23
**regarding (10)**
27:16 38:6 54:2,18
61:7 146:10 182:15
199:7,19 284:5
**registered (2)**
2:16,17
**registry (1)**
83:11
**regression (4)**
69:2 233:20 234:5,9
**rejected (1)**
104:5
**relate (2)**
52:21 134:14
**related (8)**
35:5 37:17 79:8
198:12 216:17
217:4 285:3 359:15
**relates (2)**
1:6 146:15
**relating (1)**
118:19
**relationship (13)**
39:16,22 40:4,15
63:10 97:2 108:18
177:19 199:7,20
200:8 249:4 333:16
**relative (28)**
7:20 41:20 42:2 43:10
43:22 54:2,17 55:1
55:21 56:4,8 57:12
66:5 88:25 89:11
114:10 149:2
150:23,25 309:10
334:20 336:12,24
336:25 349:25
352:8,8 353:17
**relevant (4)**
29:17 81:13 228:20

241:1
**reliability (1)**
217:11
**reliable (6)**
17:3,24 56:10 199:6
264:15,25
**reliance (1)**
18:19
**relied (14)**
18:10 31:15 32:1,9,23
33:20 34:14 36:21
37:14 38:1 190:17
191:18 192:20
245:6
**relief (1)**
35:25
**relies (1)**
33:3
**rely (10)**
29:3 38:2 93:13 192:3
192:13 217:23
339:24 340:22
342:2 348:4
**relying (3)**
37:22 192:8 340:10
**remaining (2)**
231:13,25
**remarkably (1)**
344:24
**remedy (1)**
317:7
**remember (3)**
131:1 225:4 346:16
**remotely (1)**
290:15
**remove (1)**
126:5
**rendered (1)**
13:3
**repeat (6)**
155:7,19 222:14
241:25 242:3,12
**repeating (1)**
241:16
**rephrase (1)**
48:8 199:15
**replicated (1)**
117:25
**report (173)**
4:21,23 5:13 16:10,13
16:15 22:4,18,21
31:11,12 32:1 42:2
52:24,25 53:3,8
54:13 58:13,17,21
59:20 68:16 71:20
76:6,7,18,21,25

77:7 82:8 84:17,23
88:25 89:11 92:23
94:2 100:7 102:2
103:7 104:21 105:8
105:9,18 106:11
109:2,5 110:1,4,7
110:12,15 115:21
115:22 116:4 118:5
118:13,18 120:16
125:22 127:13
133:25 134:3,5,7
138:11,15 139:8,20
140:11 141:21
142:4,25 143:17
146:25 147:12,21
148:23 150:14
152:8,8 153:19
157:4,4,21 159:21
162:9,20 175:19,20
176:3 178:12
179:22 182:16
185:13 193:22
194:14 195:25
196:2,14 198:18
204:1 207:20,24
209:1 210:9 211:15
211:21,24,25
212:16 215:7,10,21
216:9 217:14,24
223:6 228:15
235:10,14 237:7,9
237:13 240:19
242:19 244:7
250:10 251:6 253:9
253:24 254:8
267:21,25 268:24
289:19 290:25
291:17 292:10
295:16,20,21,21
298:21 301:12
302:16 303:6,9,17
303:17,20,22
308:20 310:1
314:18,21 323:19
324:1 327:20
338:12 341:8,11
342:5,15,17,24
343:15,18 346:11
346:15,19 347:7,11
**reported (52)**
1:23 6:10 63:9 71:14
128:12 133:4
139:25 141:23
151:5 173:12,14,22
174:24 175:23
177:22 179:13

180:15 186:8
209:23 213:22
218:21 221:7 243:3
243:4 247:20,22,24
266:1,2 268:4,11,12
277:12 278:15
283:6,16 288:9
289:2,16 290:21
291:4,7,22 293:3
300:20,24 323:22
324:3,4 350:11,24
351:21
**reporter (6)**
2:17,17,18 8:9,23
126:8
**reporting (8)**
8:9,10 133:10,17
140:9 303:22
335:20 340:20
**reports (20)**
141:1,7 155:10,20
157:8 158:24 176:7
186:7,14 187:21
188:1 209:15
284:18,20 289:20
289:24 294:11,13
294:16 352:22
**represent (1)**
244:4
**represented (3)**
191:14,16 192:16
**representing (1)**
190:7
**represents (1)**
192:17
**reputation (2)**
24:2,4
**requantify (1)**
167:9
**request (5)**
4:10 9:17 10:2,7,12
**requests (1)**
10:14
**require (3)**
114:14 310:18 311:21
**required (2)**
310:24 313:1
**requirement (2)**
42:6 309:1
**requirements (1)**
312:20
**requiring (1)**
274:1
**research (5)**
220:13,19,20 257:23
318:16

**researchers (1)**
94:23
**resend (1)**
11:7
**residence (1)**
211:7
**residential (2)**
6:11 221:7
**resists (1)**
26:24
**respect (72)**
11:23 12:17 24:19
30:2 32:25 34:24
36:20 41:6,9,25
48:19 49:7 51:9
54:17 60:16 67:22
69:24 77:13 83:12
92:8 104:12 135:6
140:10 146:20
153:5 159:9 167:24
169:2,20,24 170:13
171:5 180:14,19
194:24 197:12
198:2 200:4,7 206:7
214:13 229:14
232:5 233:17 244:1
261:18 266:1
269:13 281:20
282:5 283:4 287:8
288:12,23 289:2,11
292:21 311:3
314:16 315:2 318:8
331:7,16,19 332:5
340:12 348:3,11
349:16 350:22
355:21 356:10
**respond (2)**
186:23 236:16
**respondents (2)**
266:3 326:15
**response (7)**
81:22 131:3 223:7,11
223:12 224:9
355:12
**responses (1)**
71:3
**responsive (2)**
10:14,24
**rest (1)**
301:4
**restate (7)**
55:15 62:6,11 139:18
171:3 200:12
208:19
**restricteduse (1)**
125:25

**result (9)**
46:17 71:2 96:25
100:13 140:8
155:21,24 290:17
353:16
**resulted (3)**
146:12 178:14 354:8
**results (27)**
88:16 94:12 104:23
105:13 106:7
116:21 117:4 118:5
118:14 119:2 143:5
184:24 192:10
212:4 213:22
233:19 247:13
264:5 266:11
285:19 289:24
290:10 296:9,13
323:2 350:5 352:11
**retained (5)**
11:10 57:25 190:5,12
344:25
**retrospective (1)**
74:13
**reveal (1)**
308:4
**reveals (1)**
312:5
**review (24)**
10:11 11:12 15:13,14
15:22,23 16:19
27:15 29:2 30:15,22
31:19 36:7 37:4,14
37:24 251:7 305:3
328:24 338:24
339:4,23 341:17
342:1
**reviewed (21)**
16:3 18:13 19:13
21:17 48:13 55:17
55:18 184:7 188:23
192:7 245:8 250:10
253:19 302:9,11
324:6 326:24 329:4
340:24,25 355:10
**reviewer (1)**
101:21
**reviewing (14)**
13:7 14:11,13,16,19
15:2 16:8 22:5,9
58:23 109:21 194:8
252:1 339:17
**reviews (3)**
17:6,7 119:23
**revised (1)**
355:3

**ridiculous (1)**
187:9
**right (71)**
9:8 49:6 61:14 63:11
69:9 71:12 79:18
84:24 85:25 86:3
87:15 94:8 105:15
108:24 116:14
118:12 136:19,20
136:24 141:6 142:6
148:3 150:12
152:10 153:4
157:25 158:7,22
166:4 173:17 193:6
199:9 206:3 208:19
209:19 211:16
213:21 214:11,24
221:1,1 228:16
232:13 244:18
249:16,16 250:2
273:11 274:7
276:17,20 280:7
281:23 282:1,17
283:17 292:24
294:5 296:8 305:16
305:21 307:13
316:5 317:16 329:2
330:20 332:2 344:6
347:8 348:2 353:9
**righthand (1)**
213:23
**rigorous (8)**
22:7,16 27:19 29:14
31:4,16 37:24
262:23
**rise (1)**
168:10
**risk (118)**
5:7,21 6:6,12,15,21
7:4,10 42:2 43:10
43:22 45:16 66:4,5
66:22 67:4 69:4
70:25 71:14 87:19
88:4 90:16,21,25
91:1,2,11,13 114:11
115:6,11 117:14
129:13 131:13
132:2 133:11,18
135:10,14,16,23,24
137:9,11,13,15,16
137:19 139:2,15,25
140:10 141:22,25
151:16 157:10
164:6 166:6,8 167:5
167:21 168:11,21
169:4,19 172:3,16

172:20 176:7
177:22 179:14
185:25 186:9
187:22 193:16
210:16 216:17,20
217:4 221:8,23
222:21 224:15
225:16,23 229:1
243:17 285:7
286:13,17,18,20,24
287:10,14,21
288:19,20 294:22
298:25 299:19
301:5 302:21
309:10,13 310:21
311:9 332:23,25
333:1 336:12,14,24
336:25 337:4
351:13 352:8
353:17
**risks (15)**
4:18 7:20 19:22 21:13
41:20 89:1,12 133:5
174:11 222:9
244:15 245:16
334:20 349:25
352:8
**ritz (23)**
4:24 58:8,14,22 59:19
195:25 196:9,14
197:2,25 229:13
230:10 231:6
232:22 240:23
242:19 243:7,8
244:6 295:18
296:21 303:20
315:15
**ritzs (9)**
58:17,21 196:2
231:12 237:7,9,13
295:21 296:19
**rmr (1)**
1:23
**robertson (3)**
3:12 8:20,20
**rodenticides (2)**
284:1,11
**role (7)**
81:15 85:17 115:18
167:17 190:2
236:19 314:4
**room (1)**
255:5
**roos (120)**
83:20,22 84:11
120:17,17 121:4

122:3,8 127:7,14,19
128:1,11,18,22
130:2,11 131:4,4,17
131:22 132:7,11
133:4 134:1,8 140:8
140:15,16,18
141:24 142:9
143:18,23 146:5
147:5,9 148:3,13,16
149:2 150:2 151:6
152:23 153:4
157:18,19 158:7,19
160:15 161:3,23
162:19 167:15
168:8 169:1 170:1,9
171:6 173:9,22
174:1,2 176:18
177:3 178:13,23
179:9,13 180:15,20
182:21 183:4,12
184:11,15 185:1,10
207:9 218:10,11
223:20 228:22,23
229:5,11,18 230:16
233:10,18,23 234:3
234:7,12 235:3
238:6,23 239:18
240:3 246:20
248:13,23 250:4,18
264:21 292:2 297:6
297:20,21,23,24
299:11,16 300:15
322:4,11 324:10,12
324:15 336:22
**roughly (2)**
25:25 230:18
**roundup (6)**
1:4 8:4 168:16 169:11
317:8 338:8
**row (1)**
259:13
**rpr (1)**
1:23
**rubric (1)**
96:2
**rule (1)**
41:18
**ruled (3)**
39:2 41:8 61:1
**rules (11)**
254:11 258:8 261:23
261:24 262:12,25
263:2 278:20 313:1
313:5 315:15
**run (5)**
23:10,12 216:18

259:19 302:21
**running (2)**
102:18 259:17

_____

**S**

**s (5)**
3:1 4:8 229:7 265:2
266:8
**safety (1)**
121:13
**sample (11)**
56:19,24,25 58:23
59:10,15 102:18
135:18,22,22 156:5
**satisfied (3)**
316:9,9 322:6
**saw (2)**
189:10 269:9
**saying (23)**
43:9 75:8 92:12,13
96:19 115:8 119:11
124:16 170:6,24
171:10 172:5
201:11 242:2,11
270:16 281:1,2
306:14 310:3
317:18 328:23
345:7
**says (9)**
27:13 36:2 115:19
247:9 262:1 296:9
310:25 341:16
343:14
**scale (2)**
113:23 114:17
**scenario (1)**
101:19
**schemes (1)**
20:10
**schinasi (3)**
150:21 293:20 296:24
**schleppers (1)**
258:14
**science (3)**
10:20 261:24 262:18
**sciences (1)**
121:11
**scientific (20)**
17:3,24 27:15 116:14
117:20 203:9
241:12 253:3
257:23 261:5,11,13
261:21 339:22
341:17,20 342:1
345:8,23 346:3
**scientist (3)**

37:22 117:20 263:5
**scientists (4)**
34:2,13 91:24 242:11
**screwing (1)**
272:20
**se (2)**
112:14 342:13
**second (16)**
17:14,15,22 60:11
88:14 105:10 141:7
159:20,22 162:18
164:15 210:14
213:19 307:25
336:8 338:18
**secondary (3)**
195:9,10 213:4
**secondly (1)**
312:18
**seconds (1)**
153:16
**section (7)**
7:12 94:16 110:9
195:16 234:3
297:14 307:16
**secular (1)**
168:15
**see (74)**
13:17 26:1 30:9 41:18
65:6 74:11 87:14
94:20 104:8 113:14
114:12,16 115:9,12
115:13,20 117:22
136:7,8,10 137:9,14
145:6 147:12,15,23
150:23 152:12
161:8 162:4 194:14
196:19,22 203:4
204:20 214:22
225:14 229:25
232:21 236:4,22,25
237:1 244:9,16
247:8,12,13 249:23
264:8 268:19 269:7
272:6 274:21 277:2
277:4 280:1 281:4
287:10 288:2 296:2
302:24 318:2,13
328:4 330:16
332:17,19 333:23
334:10 335:8
336:18 344:12
345:21
**seeing (8)**
52:22 148:4 250:9
286:16,19 288:5
315:20 353:5

**seek (1)**
35:25
**seen (3)**
257:5 294:6,7
**selecting (2)**
79:12,22
**selection (24)**
78:23 79:1,2,6,7,17
79:21,24,25 80:7,17
80:17,20 81:6,9
82:1 85:8 99:22
105:20,25 106:4
195:16 223:18,24
**selective (1)**
114:22
**selfevaluation (3)**
5:1 64:2,14
**selfrespondent (3)**
265:24,24 325:4
**selfrespondents (5)**
247:9 264:3,6,7
326:16
**seminal (1)**
306:5
**sense (16)**
14:7 55:13 98:10
137:8 156:8,9 172:8
200:11 202:16,20
279:1 287:25 288:2
312:19,21 328:15
**sent (3)**
10:15,19 11:5
**sentence (7)**
17:15,22 18:22 19:16
22:5 65:9 296:6
**separate (6)**
61:22 62:4,9 264:7
306:20 333:4
**separately (2)**
269:4 273:13
**series (1)**
191:23
**serious (1)**
105:13
**seriously (5)**
91:2,3 101:17 201:23
202:2
**served (1)**
42:15
**services (1)**
13:3
**session (2)**
28:1 182:1
**set (12)**
42:14 92:19 101:4,7
135:7 157:21 216:7

239:20 298:9 307:1
359:11,20
**sets (1)**
307:22
**setting (4)**
12:16 20:9 214:17
311:23
**seven (25)**
9:11 37:8 73:17 77:7
124:21 131:23
132:4 142:11
183:16 184:10
211:1 232:25 268:6
268:13 277:14
278:18 279:13,25
280:2,10 288:7
294:25 295:3,4
338:10
**seventeen (1)**
303:8
**severely (3)**
199:18 200:14 201:5
**sex (2)**
283:11,13
**shape (1)**
341:3
**shared (1)**
342:24
**shes (1)**
115:2
**shifted (1)**
71:17
**shifting (1)**
350:8
**short (2)**
111:7 112:9
**shorthand (1)**
47:19
**shortly (1)**
50:21
**show (18)**
28:21 39:22 40:3
43:17 44:1,25 45:8
50:12 57:9 59:14
107:14 115:20
130:18 248:15,21
250:4 301:14
351:12
**showed (4)**
343:4 344:10 346:12
346:20
**showing (6)**
57:14 100:12 249:3,3
250:12 292:3
**shown (6)**
58:10 113:5 293:13

328:13 329:6
357:10
**shows (2)**
130:4 171:16
**side (5)**
28:24 38:19 58:3
213:21 351:8
**signature (4)**
12:8 329:24 330:6,8
**significance (14)**
19:7 21:6 41:13,16
42:5 46:7 47:13
59:1 61:23 62:13
69:22 290:16 323:8
323:18
**significant (48)**
41:21 42:3 43:11,24
44:6 45:17,20 46:1
46:11,16,25 62:18
62:24 89:19 90:1,2
91:5,16 100:13,22
101:23 109:15
115:12 131:12
155:21,24 156:13
157:9,22 159:2
164:7 167:20 188:4
188:13 202:10
203:17 246:7 285:4
299:20 306:10
307:6 308:12
310:20 311:8,25
323:2 342:21,25
**significantly (3)**
128:11 237:3 332:25
**signing (1)**
22:13
**silly (1)**
279:3
**similar (1)**
304:5
**simple (1)**
311:18
**simplistic (1)**
100:18
**simply (8)**
92:12,13 115:8 143:8
242:1,11 270:7
353:1
**single (4)**
63:4 116:25 117:6
268:6
**sir (10)**
60:8 305:18 306:6
307:22 308:1,9
310:19 311:22
322:23 331:2

**sit (6)**
74:2 112:12 153:15
175:13 300:19
355:8
**sitting (12)**
14:18 38:4 91:12 92:2
104:2,6 149:7 174:6
180:11 258:10
266:19 309:22
**situation (1)**
103:10
**situations (1)**
336:9
**six (24)**
17:22 18:3 22:4 30:13
33:19 110:8 116:4
123:8 142:10
147:24 156:6 184:5
191:3,10 194:15
205:23,24 211:1
212:13 298:6
335:16,17 336:2
353:9
**sixth (1)**
64:9
**size (5)**
46:14 56:19,25 59:10
156:5
**sizes (2)**
58:23 59:15
**skeletal (1)**
344:17
**slide (9)**
243:22 244:5,13
247:5,5,7 250:23
263:25 266:23
**slides (1)**
11:3
**slight (1)**
286:16
**slightly (1)**
326:20
**slow (1)**
15:15
**small (15)**
88:25 89:11,25 90:3
91:17,17,18,18
92:15 114:9 201:17
202:8,10 225:5
292:18
**smaller (4)**
59:5,9 90:16 233:6
**smartest (2)**
280:20 281:1
**smile (1)**
71:7

**smoke (1)**
320:8
**smoker (1)**
271:1
**smokers (4)**
136:18,21 270:25
271:13
**smoking (13)**
65:1,11 66:3,7 107:16
114:4 136:16
270:19 271:4 283:8
320:3,5,7
**solely (8)**
18:10,11 56:25 117:9
127:22 173:15
211:6 339:24
**solution (1)**
259:12
**somebody (3)**
273:23 275:3 318:17
**someones (1)**
258:18
**sorry (64)**
25:7 29:20 32:17
36:24 39:18 43:4
44:10,18 45:3 47:6
53:2 54:12 58:7,12
60:10,13 77:5 79:5
84:16 86:4 88:14
94:19 104:25 106:1
116:25 109:23
130:3 133:15 137:3
145:8 148:13
151:10 152:4,5
155:7 158:12 177:2
183:8 193:4 194:1
196:7 209:20
219:14 222:14
223:23 227:24
228:4 229:7 231:18
239:23 244:25
252:5 275:6 278:9
295:2 303:7,18,19
323:24 336:1
345:12 352:21
354:13
**sort (29)**
13:22 35:17,24 47:18
48:2 70:12 74:21
85:5 87:2 101:10
107:9,11 114:24
147:21 154:11
161:18 166:7 224:8
236:3 237:1 247:7
277:3 280:11 296:4
304:10,16 318:7

342:10 345:25
**sorts (2)**
103:3 138:5
**sought (1)**
256:1
**sound (9)**
21:20 22:8,17 54:24
55:9 108:24 109:6
224:4 272:2
**sounds (1)**
158:22
**source (4)**
52:5,13 82:23 306:1
**sources (1)**
304:5
**spaces (1)**
265:8
**speak (4)**
9:19,21 162:23 272:8
**speaker (1)**
250:24
**speaking (6)**
35:16 85:20 97:21
186:17,19 285:9
**specialist (1)**
8:8
**specialized (2)**
95:22 96:1
**specific (16)**
28:19 54:9 106:17
108:15 109:23
120:15 121:22
129:5 130:22
212:10 214:16
216:15 217:9
267:14 287:9,11
**specifically (24)**
11:16 24:18 25:4 38:9
53:11 79:12 85:20
104:11 113:8 122:3
122:8 123:8 137:21
138:14,19 180:25
184:5,22 212:9
213:3,14 254:7
266:11 288:4
**specificity (7)**
285:10 327:22,23
328:2,8 329:12
330:23
**specifies (1)**
306:8
**specify (2)**
275:16,17
**speculation (21)**
23:3,20 49:20 55:23
56:13 68:12 72:7,21

80:11,22 82:3 87:10
112:4 116:24
118:22 119:7,13,16
119:19 120:9
122:21
**speech (2)**
305:23 312:23
**spent (8)**
13:7,14 14:12,19 15:2
22:24 23:15 24:20
**sphere (2)**
91:7 258:21
**spoke (1)**
224:21
**spoken (2)**
41:5 197:5
**spot (1)**
148:3
**ss (1)**
359:3
**stand (1)**
338:11
**standard (5)**
57:2 68:22 92:8,14
258:5
**standing (1)**
262:11
**start (22)**
8:2 17:19 21:10 26:21
32:18 43:2 49:17
55:25 98:4 120:17
135:1 136:17 171:2
171:11 200:23
259:22 262:6
267:14 278:7
310:20 311:22
323:25
**started (4)**
16:8 102:16 145:12
157:2
**starting (13)**
11:9 17:8,9 30:11
36:17 37:6 135:24
136:8,11 148:6
232:13 256:16
336:3
**starts (5)**
44:21 65:4 191:2
213:22 305:12
**state (48)**
2:18 16:24 17:14,22
18:20 22:3 44:24
65:9 77:14 83:17
84:13 88:14 90:1
94:22 104:21
105:10,19 120:1

140:11 146:25
147:11,20 149:7
158:11 163:9
175:20 176:2
179:22 180:13
185:24 198:19
210:8 211:6,18
212:4 215:7 235:18
249:5 253:23
267:22 295:9
302:19 303:1
314:21 346:11
358:1 359:2,8
**stated (14)**
75:10 94:8 135:13
163:18 164:23
192:8 197:3 227:3
254:7 295:19 306:6
323:19 324:1 338:2
**statement (10)**
90:14 91:15 117:13
175:14 252:6 273:3
307:2 309:8 319:13
345:12
**states (24)**
1:1 19:5 21:2,8,11,25
26:17 27:3 37:3
58:22 59:4,14 87:14
186:15 196:14,21
234:25 238:1 308:3
311:23 335:18
352:7 353:11
354:25
**stating (3)**
143:23 226:9 274:3
**statistic (1)**
154:10
**statistical (33)**
41:13,15 42:5 46:7
58:25 61:23 62:12
62:24 69:2,22
149:12 154:18,23
154:23 156:14,17
175:17 200:1 202:4
202:12 206:25
233:25 234:3 237:1
268:19 285:16
290:16 295:11
312:12 323:8,18
347:22,25
**statistically (47)**
41:21 42:3 43:11,23
44:6 45:17,20 46:1
46:10,16,24 62:17
62:24 65:12 89:18
89:25 90:2 91:16

100:12,22 155:21
155:23 156:12
157:9,22 159:2
188:3,13 202:9
236:10 237:3 246:7
292:14,19 293:8,10
299:20 306:10
307:6 308:11
310:20 311:8,25
323:2 342:20,25
347:17
**statistician (1)**
236:9
**status (5)**
79:3,4,8,9,13
**stay (1)**
83:10
**stayed (1)**
345:1
**step (4)**
95:4 149:16 173:6
230:9
**stick (1)**
253:14
**stickball (1)**
24:1
**stickers (1)**
334:11
**stopped (1)**
353:9
**straightforward (1)**
319:7
**stratified (2)**
69:9,11
**street (1)**
3:16
**strength (7)**
327:19 328:10 330:24
331:7,19 333:7
346:25
**strengths (2)**
5:11 93:23
**strict (1)**
323:18
**strictly (1)**
258:7
**strike (18)**
39:12 43:19 67:18
73:11 82:7 89:23
118:3 124:15
139:16 155:18
157:23 189:17
208:13 238:20
300:22 308:23
324:21 332:9
**stringent (1)**

263:1
**strong (4)**
17:10 63:20 147:14
331:22
**stronger (2)**
38:18,19
**structure (2)**
202:3 344:18
**stuck (1)**
253:25
**students (2)**
35:3 258:15
**studied (3)**
236:24 285:20 286:2
**studies (207)**
4:20 6:19 16:20,20
27:18 32:6,7,16
33:1,4,11,20,22
34:15,25 36:21
37:15 39:5,25 47:4
50:14,15 51:7,13
52:17 53:19,20 54:3
54:18 55:1,7,10,21
56:4,9 57:18 59:5,9
60:21 61:19 65:5
70:19 71:23 72:3,9
72:10,12,23 73:1
75:6,11,16,17 77:13
77:15,15,21 78:7,13
78:22,23 81:17
84:14,18 85:20,23
86:19 87:8 88:18,20
88:25 89:11 95:7,24
95:25,25 96:2,20,22
97:7,18,22,24 98:7
98:9 99:13,16,23,25
100:2 102:11,12,14
102:16,20,23 103:2
104:4 105:15,20,24
106:3,13 109:22
111:14 115:23
116:10 118:2,4,9,17
118:18,25 119:2,4
120:15 122:17
123:11,20 124:3
128:13,15,25 129:5
132:16,23 148:18
149:3 150:3,17,24
151:3 154:2 159:12
161:18 193:1,9
194:8,21 203:25
206:24 207:5,17
215:1,2 221:12,19
222:24 224:3,6,18
224:21 226:11
227:7,19 228:2,10

228:14,18 229:7,21
234:25 238:1,14,16
239:2,11,22 240:5
240:17,21 256:19
265:2 266:8 267:1
296:24 297:7,17
298:23,24 299:1,2,9
300:2,14 302:20
303:2,10,15,23
304:23,24 315:20
316:21,23 319:15
320:18,23,25 323:1
323:21 325:9
335:23 352:2
353:24 354:2 355:4
**study (509)**
5:20 7:21,25 30:3
33:10 34:6 37:23
41:24,25 42:1 43:9
43:9,17,21 44:1,3
44:25 45:8 46:10,14
46:16,21,23 47:10
47:20,24 48:7,11,12
48:16,18,23,25 49:1
49:7,8,11,12,15,15
49:18,22 50:7 51:13
51:22,23 52:2,9
53:14,17,25 55:5
57:12 59:15 62:14
63:2,5,13,15 65:10
66:6 70:10,11,15,16
70:18 71:21 72:2,3
72:4,16,19 73:19,22
74:3,6,7,15,15,20
75:2,3,4,13,23,25
76:13,14 77:8,9,20
78:7,13,21 79:2,7
79:11 80:6,9,14
81:7,16,22,24 82:7
82:10 83:3,7,13,22
83:23,23 84:1,5,9
85:3,14,21 86:6
88:8 95:6,11,15,21
96:6 98:6,12,18,20
98:24 99:10 100:3
102:20,22 103:12
103:17,20 106:6
110:21 116:22
117:4,7 119:24,25
120:3,5,17,18,25
121:3,5,8,15,19,23
122:7,9,10,13,15
123:4,10 124:1,5,25
125:10,14,21 126:1
126:25,25 128:10
129:3,9,17,18,19

130:10,17,18,23,25
131:22 134:15
135:17 136:6,15,15
136:17,22 137:21
140:16,18 143:5,16
143:18 145:19,25
146:5,11,17 147:3
148:13,16 149:2,8
149:13,15,18 150:2
150:9 151:4,7,16
152:24 153:5,21
154:14,14,17,18,22
155:1,5,6,10,12,15
155:20,22 156:1,9
156:18,19,21 157:7
159:10 160:15,22
162:20 163:4,20,21
164:2,2 167:1
168:17 170:16,25
171:1,7,12,14
172:14 173:1,21
174:1,2,8 176:6,15
177:3,4 182:10,15
182:23 183:10,20
184:15,17,23 185:1
185:7 187:20,21
189:2 190:19
191:19,24 192:2,21
193:3,7,13,21,25
194:3,25 195:12,18
196:23 197:11
198:1,9 199:3,16
200:13,16,18 201:4
201:16,20 203:15
203:18,22 204:2,4,5
204:7,8,9,12,13,15
204:25 205:8,12,21
206:2,15 207:4,9,10
207:20 208:15,21
208:25 209:5,6,14
209:15,19,19,21,23
210:14,19,24
211:16 212:2,16,20
212:24 213:5,13
214:2,5,9,10,13,14
214:18 215:14,16
216:2 217:11
218:10,22 220:21
221:25 222:13,25
223:2,21 224:1,8,12
224:13 225:3,8,15
227:12,18,20,20,25
228:8,18,19,23
229:11,12,14,18,20
230:11,16 231:23
233:18,23 234:16

234:23 235:18,20
236:6 238:13,15,24
238:24,25 239:10
240:16,22 244:1
246:21 247:11,22
249:13,18,19
252:23 253:5,10
254:15 257:8
258:11 266:14
267:4,11,22 268:6
269:10,24 270:1,6
271:12 272:21
273:3 275:1 276:19
276:25 277:1 278:4
278:15 279:10
281:22 282:10,15
283:5 284:8,9,18,22
285:19 286:1 287:1
287:2,7,17 288:5,10
288:25 289:3,6,7,9
291:19 292:22
293:24 294:4,5,15
296:9,13 297:21,25
299:13 300:1,15
302:22 322:11
324:10,12 325:1,14
325:14,17,21
326:10,19,19
334:21 335:11
336:21,22 337:6,18
339:12,13,22,24
341:7,7 346:17
347:23 348:3 350:1
350:3,23 351:19,19
352:17,18,24
354:10,17,23
355:15,24
**studying (1)**
206:17
**studys (1)**
208:6
**stuff (1)**
304:4
**style (1)**
95:5
**subcommittee (1)**
28:9
**subgroup (4)**
5:24 129:14 277:4
332:24
**subgroups (4)**
28:15 236:12 277:10
287:11
**subject (11)**
71:23 84:14,18 96:10
96:12 120:6 163:1

176:20 259:6
315:12 357:9
**subjects (10)**
54:1 71:3 79:12 95:10
95:17 169:16
171:25 225:24
226:1 269:5
**submit (3)**
100:11 103:20 339:23
**submitted (7)**
12:2,16 13:2 14:2
16:16 58:17 338:24
**subscribed (1)**
357:13
**subscribing (1)**
233:11
**subsequent (9)**
16:7 165:4 167:5,7,16
170:11 253:18,21
263:15
**subsequently (9)**
15:21 85:5,11 167:3
169:12 192:4 254:6
255:15 356:3
**substance (4)**
49:9 69:14,17 190:14
**substances (2)**
20:10,23
**substantially (3)**
87:6 88:17 169:19
**substitute (1)**
299:16
**subtypes (7)**
7:6 59:11 127:9 209:9
243:19 245:4,16
**successor (1)**
103:19
**sucks (1)**
98:6
**sufficient (19)**
20:19 28:1 29:7 35:2
39:15,22 40:3 59:11
146:1 149:19
160:10 171:18
172:2 196:16 199:5
201:18 262:5,20
333:17
**suggest (5)**
52:8 89:3,13 143:2
178:12
**suggestion (1)**
26:25
**suggestive (1)**
59:5
**suggests (2)**
111:15 171:19

**summaries (3)**
33:20 34:3,14
**summarize (2)**
59:8 305:4
**summary (2)**
37:4,22
**supplemental (1)**
30:16
**supplements (1)**
189:6
**support (8)**
35:1 40:23 190:19
217:25 318:9 338:7
338:7 340:21
**suppose (3)**
54:21 94:15 106:5
**supposed (2)**
23:4 202:15
**sure (49)**
9:24 11:2 14:15 40:16
66:17 72:23 75:7,9
75:24 84:2 87:24
95:18 104:1 112:12
147:7 155:9,19
162:17 163:7
164:10,24 166:22
172:12 176:24
178:21 189:23
194:13 199:13
201:11,14 209:12
209:18 213:6
214:12 226:7
254:19 256:21
270:20 287:22
296:18 303:12
306:21 311:2
320:20 321:5
333:24 344:9
345:10,16
**surety (1)**
311:14
**surprised (1)**
307:11
**susceptibility (2)**
77:16 236:19
**susceptible (3)**
76:14,16,20
**suspect (1)**
103:23
**suspected (1)**
313:25
**suspicious (1)**
172:7
**swear (1)**
8:23
**swedish (5)**

6:18 224:17 226:11
227:6 326:18
**switch (1)**
186:17
**switching (1)**
44:8
**sworn (3)**
9:3 357:13 359:12
**system (5)**
101:4,7,10 102:4
202:3
**systematic (1)**
284:22
**systemic (2)**
288:10,25

**T**

**t (3)**
4:8 359:1,1
**table (73)**
4:20 27:5 50:12,15,19
51:3,6,16,21,23
52:1,5,8,13 53:18
53:24 54:12,14,15
56:2,8 57:1 59:19
59:21 130:4 131:5
140:20,23 142:9
152:3,4,4,5,10
180:4,5,7 204:24,25
205:13,23,24
210:24,25,25,25
211:1,1 212:12,13
216:7 229:18 230:8
230:15 244:14
245:1 247:8 250:13
268:6,12 277:13
278:18 279:13,15
279:20,25 280:2,10
283:18,19 288:7
342:9 347:7
**tables (11)**
26:19 29:23 30:2,17
30:21 31:18 55:10
265:11 283:20,22
351:12
**take (50)**
14:12 26:13 44:9 51:8
54:25 57:21 59:24
62:9 66:11,14,17
79:20 88:20 91:3
95:3 126:11 127:14
149:16 153:25
167:22 181:1 182:9
183:25 189:18
192:25 201:21,22
201:24 202:7 219:6

221:17 227:1,4
243:11 253:11
257:20 259:17,21
266:12 270:24
271:22 272:9
281:14 282:10
327:13 331:12,14
333:21 344:2 353:6
**taken (16)**
14:10 15:12,16 16:5
16:21 60:2 91:2
101:16 126:18
181:6 225:25
259:25 278:13
304:1 321:5 334:2
**takeoff (2)**
253:9 255:11
**takeout (1)**
253:13
**takes (6)**
26:4 56:13 57:4 79:16
101:21 160:16
**talk (26)**
41:7 53:12 57:11
79:19 82:8 114:1
120:14 134:11
143:17 149:12
163:2 194:15 223:4
224:12 232:15
293:16,17 302:16
305:11,14 309:15
322:19 328:1
330:22,24 342:15
**talked (30)**
32:5,14,16 61:6 69:21
69:22 70:3 85:1
150:11 170:10
171:4 182:6 185:13
194:9 195:24 207:7
207:10 214:6
238:11 239:9
246:16,18 248:10
251:3 255:6 327:10
327:11 333:2 341:6
354:3
**talking (62)**
16:13 18:2 35:13 63:4
66:3 74:21 81:4,16
90:23 91:13 108:15
110:15 111:2
113:22 114:2,8
126:24 137:8
138:11 151:12
156:4 158:2 159:23
160:3 163:19 166:6
167:12,13 169:15

169:21 170:20,22
172:4 178:2,22
194:13 206:13
212:1 214:24
217:19 218:9
231:16 239:7
258:14 260:9
265:20 268:18
271:8 273:9 287:16
295:22 300:4
309:22 318:24
319:18 320:2
322:25 332:17,18
336:23 337:4
347:15
**talks (4)**
111:6,14 233:25
244:8
**tape (2)**
259:17,18
**taped (1)**
259:19
**targeting (1)**
213:11
**tease (2)**
137:22 175:3
**telephone (1)**
323:23
**tell (10)**
48:9 160:11 175:4
208:6,10 243:9
291:11 292:25
307:10 339:18
**telling (1)**
240:10
**tells (1)**
23:8
**temporality (18)**
75:20,20,22,24 76:2
314:19 315:2,19
316:8 317:24 318:8
318:22 319:14
322:2,5,14,15,18
**ten (58)**
5:6 13:7,15 15:4,4,21
66:5 73:11 82:16
87:18 104:5 108:24
109:5 111:15
113:16 115:19,19
129:3 130:6 195:20
196:23 197:23
206:22 207:3
219:11,18 232:8,20
279:21,21 289:13
289:15 290:10,20
291:15 292:13,16

293:4,5 297:13,16
309:10 316:24
321:16,23,24 322:3
322:12 343:6,10,13
346:14,22 347:6,6,9
347:14,18
**tend (2)**
216:18 351:14
**tends (2)**
71:1 104:18
**tenyear (10)**
113:13 170:3 231:5
232:4 233:5,12
290:5,14 291:5,8
**term (8)**
18:24 19:1,6 38:22
103:6,9 276:25
332:2
**terminology (1)**
345:3
**terms (10)**
13:19 21:4 111:11
167:21 175:4 178:1
199:24 263:17
277:9 344:17
**terrific (1)**
117:7
**test (8)**
116:11 118:11 119:5
120:5 194:21 195:6
212:25 267:15
**testable (6)**
116:7 193:24 194:2,4
194:20,25
**tested (2)**
119:4 127:6
**testified (14)**
9:3 24:18 33:8 45:7
125:3 144:21
185:23 188:19
208:4 240:1 264:11
269:12 301:13
331:25
**testifies (5)**
27:11 33:19 123:9
184:23 187:11
**testifying (1)**
144:18
**testimony (81)**
24:24 26:6 27:10,21
28:22,23 29:8,19
31:6,22 33:16 35:23
36:7,8,18 42:12,25
43:3,5,15 44:8,10
44:15,23 61:7 66:20
68:1 75:11 92:4

95:13,19,20 113:21
119:15 122:24
123:7 124:20
125:17 145:4
153:13 154:1,6,12
155:4,13,24 157:24
162:18 179:19
184:1,8,19 186:4,13
187:2,16 189:7
191:6 192:5,7
199:11,14 209:13
231:12 243:25
247:1 251:3 252:2
254:20 280:16
283:24 284:5
301:16 311:3
321:17 338:6 339:9
350:21 351:6 357:8
359:13
**testing (4)**
116:15 117:21,23
215:3
**tests (1)**
41:12
**text (1)**
213:20
**textbook (1)**
309:17
**thank (6)**
9:21 32:18 60:11
126:21 334:6,7
**thats (126)**
19:3,4 26:15 27:6,11
27:13 35:8 40:7
45:18 48:1,2 49:13
51:5 57:19 62:23
64:5 66:13 78:21
79:13 84:22 90:6,11
91:11 92:12 98:13
101:14 107:8 110:9
110:13,22 121:25
126:15 135:21
140:11,16 146:19
157:25 164:13
165:18 170:14
172:5,10 174:5
176:2 180:9,9,18
193:6 194:12 198:8
202:14 204:20,20
205:4 207:23 208:1
210:17 214:7,15,24
215:20 223:20
226:16,17 234:15
238:14 240:18,20
241:25 247:2
249:19,21,21

253:18 254:15
255:23 256:10
259:16 263:4 265:7
267:16 268:15
270:6 271:25,25
272:18,22,22
273:20,21 274:2
276:6,7,7,8,8,18
277:18 279:7,8
280:15 285:9 288:1
290:5,15 292:17
296:16 299:6 302:6
305:10 306:14
309:22 310:2,6
315:5,18 317:9
321:18 325:14
328:15 330:4,19
331:6 343:9 346:23
352:13
**theme (1)**
228:20
**theoretical (1)**
85:18
**theoretically (1)**
336:25
**theories (1)**
116:6
**theres (4)**
102:15 136:3 172:10
306:19
**theyre (8)**
172:7,8,9 272:18,18
272:19 312:23,24
**thick (1)**
196:4
**thicker (1)**
196:3
**thing (11)**
102:7 162:7 201:12
242:3,12,16 254:12
272:19 273:24
313:3 321:20
**things (14)**
27:5 41:13 172:11
189:4 253:17 254:7
254:17 258:9,12
260:12 263:18
288:17 309:6 321:1
**think (130)**
10:21 16:1,6 17:6,8
23:23 25:9 27:8
28:19 31:9 38:20
43:6 51:2 62:7
63:21 64:6 65:20,22
65:24 73:5 74:8,12
76:21 81:1,2,13,19

86:25 87:13,23
90:15,17 96:19 98:1
104:8 107:8 109:23
117:14 121:20,22
122:25 125:22
126:3,7 129:6
130:23 135:17
136:5 142:11 146:7
146:7 157:16
159:19,19 162:6
163:6,19,24 167:7
176:16 178:5 190:4
191:2,21 199:23
201:25 203:21
204:3,17 205:5
208:3 211:24
212:21 213:10
217:15 224:20
225:2,12 232:16
235:5 241:7 254:16
256:12,13,23,24
257:1,2 258:6
260:11 271:6,9,20
272:24 273:9
277:18 279:3,4,5,6
280:19,22 303:11
306:24 309:4,12
310:23 311:17
312:24,25 313:23
315:19 317:17
319:4,6,12 320:15
327:16 329:11
330:14,17,21
331:25 332:2
342:12 343:9
345:10 354:6
355:22,22
**thinking (9)**
62:8 137:2 203:4
287:24 309:13,20
312:21 313:6
329:20
**thinks (1)**
112:7
**third (14)**
5:1 64:2,15 69:23
93:3 105:11 135:6
138:15 141:16
247:5 264:2 313:3
344:5 353:11
**thought (10)**
104:3 147:17 176:25
194:6 257:1,2,3,11
259:11 347:2
**thousand (1)**
277:21

thread (1)
62:9
threads (1)
62:10
three (29)
41:3 49:8 88:12,13
107:9 131:5 134:14
135:1,3 142:5,10
152:3,4 180:5,7
184:14 205:5
210:25 220:1,7
229:21,25 247:7
268:21 297:24
299:9 309:14
341:12,14
threshold (1)
308:10
throw (3)
98:6 171:11,13
throwing (1)
98:4
tightest (1)
148:21
tilt (1)
70:24
time (81)
12:22 13:3,23 14:3,8
14:12,15,19 15:1,10
15:11 16:2 18:14
22:24 23:14 25:3,3
26:11 27:5 28:2
29:7 31:2,20 59:25
60:3 74:11 106:16
107:10,14,19 108:7
108:11 111:8
113:11,18 115:13
125:25 126:16,19
130:24 144:2,8,13
144:22 145:12,18
147:5,8 148:3 160:4
160:18,22,23 161:2
161:20 163:16
164:14 167:19
168:5 169:21 181:4
182:2 191:20,22
196:16 198:10
220:16 250:22
257:11,15 259:23
260:1 306:13 315:8
318:19 319:3 321:1
333:25 334:3
344:14 357:3
timeconsuming (1)
76:9
times (9)
42:21 184:14,25

206:23 207:4
219:18 242:13
248:20 287:18
timing (2)
16:11,18
tiny (1)
202:7
tobacco (3)
270:24 271:13 309:9
today (20)
9:12 10:6 14:18 38:4
42:16,22 43:1,7
90:6,14 149:7
180:11 191:16
192:18 266:19
297:18 318:18,19
328:23,25
token (1)
282:8
told (5)
233:12 250:20 251:14
278:23 306:16
tomato (1)
115:2
top (15)
10:23 51:22,22 58:22
73:6 137:15 210:14
212:1,2 225:21
290:6 295:9 296:4,8
341:16
total (5)
24:21 48:6 53:25
128:18 245:3
totality (1)
57:15
totally (4)
42:8 56:1 285:6
309:11
toxicity (4)
303:10,23 304:23
305:7
toxicological (1)
303:15
toxicologists (1)
327:13
toxicology (1)
39:6
traced (1)
107:15
track (6)
82:17,18 83:1,14
101:19 335:24
tradeoff (1)
138:5
tradition (1)
22:7

trained (1)
56:23
transcript (6)
42:11 187:17 241:7
252:12,12 357:9
transcripts (1)
73:5
transparent (2)
22:7,16
travers (179)
3:7 4:5 8:18,18 10:16
11:5 14:5 17:17
19:8,10 23:2,7,19
24:23 25:11 26:3
27:8,20 28:3 29:1,6
31:5,21 32:13 33:12
33:15 34:18 35:11
35:19 36:2,10,12
37:10,18 45:3 49:19
50:9,18,22,24 51:2
51:15 52:4,12 54:4
54:20 55:12,22
56:12 57:4,20 67:25
68:11 69:5 72:6,20
73:10,23 80:2,10,21
81:10 82:2 83:18,24
84:7 86:13,23 87:9
88:6,11 89:6 92:24
95:12 97:19 99:2,18
100:16 101:1
104:17 105:4 107:3
109:1 110:11
111:20 112:3
113:19 116:2,23
117:5 118:21 119:6
119:18 120:8
121:21 122:1,20
124:14 126:9,13
129:4,20,24 130:2
130:21 132:20
133:2,13,22 136:5
149:22 153:8,12
154:3,5 156:2
157:12,23 158:9,20
159:3 165:10 169:6
174:14 176:11,19
177:23 178:18
179:18 180:16
181:3 182:22 183:5
183:19 184:16
186:12,21,25 187:5
187:15 188:6
189:11 199:10
200:9 201:9 203:19
222:11,23 231:11
244:22 245:5

246:25 265:5 271:8
279:18 288:13
301:23 312:10
313:21 321:9 322:7
323:14 325:10
326:7 333:24 334:8
334:16,24 336:1,5,7
341:15 343:12,16
346:6 350:14,18,20
351:4
treat (1)
106:13
trend (5)
107:19 108:11 113:12
113:18 115:13
trends (3)
106:16 107:10,15
trial (4)
95:5,14,20 96:1
trials (7)
94:17,18,25 96:15,16
96:18 192:5
tried (8)
125:7 253:11 254:5,9
255:8,14,18 256:11
trouble (1)
329:20
true (27)
65:20 71:15 91:9,21
91:25 103:25
117:17 138:4 140:9
167:10 177:18
208:7 214:8 216:24
236:1 258:4 261:6
265:7 285:21 286:3
289:4 309:21
336:11,12 352:8
357:9 359:13
truly (2)
63:9 162:12
truth (4)
71:5 72:11 74:24
97:21
try (9)
41:18 55:3 68:23
124:22 125:1
216:23 317:14
353:22 354:4
trying (17)
57:17 67:21 68:5 86:1
92:11 137:20
153:15 164:18
166:23 175:8
202:21 255:15
258:10 260:12
261:5 270:2 315:7

tsg (2)
8:8,10
tuberculosis (1)
310:5
tumor (4)
30:3 112:7,8 113:1
turn (14)
25:16 44:17 58:19
127:11 142:8
167:23 196:13
212:20 228:22
244:3 247:4 272:12
280:17 303:5
turned (3)
259:13 344:6,7
turning (1)
137:4
twice (1)
219:10
two (91)
6:18 18:16,21 20:13
20:22 21:24 24:21
25:22 63:10 71:21
72:1,17 73:20 74:15
75:15 82:9 83:24
90:21,25 95:23
107:9 112:9 120:18
124:20 130:4,18
134:19,21,24 140:3
142:10 152:4,5
162:8,17 163:17
164:11,19,20 165:1
165:13 177:8 180:4
204:24,25 205:13
216:7 217:16,17
218:4,4 219:18
224:17 227:19
228:1,9 229:19,25
230:8,15 233:23
236:6,10 237:2
239:11 242:17,17
277:21 279:20
283:18 292:22
293:11 297:20
305:1 306:19 308:5
309:14,15 312:6,13
313:17 316:16
319:24 320:10,15
339:2,4,17 343:2
347:7 355:3
twoday (1)
27:15
twosided (1)
244:17
twothirds (1)
344:4

**type (14)**
40:12 95:6,21 124:9
201:6 215:12 224:3
249:12 303:13
304:7 328:13
350:12,15 351:1
**types (8)**
10:7 71:24 82:9 92:6
118:17 266:16
329:4,7

**U**

**u (3)**
229:7 265:2 266:8
**ultimate (1)**
202:18
**ultimately (1)**
75:2
**umhum (33)**
19:4 37:2 47:17 53:9
61:9,15 63:5 75:14
80:15 81:18 93:10
107:13 138:21
141:19 158:17
159:6 194:18
195:17 207:8
213:18,24 216:6
228:12 229:23
232:18 248:21
290:12 295:24
298:3,14 326:21
327:7 347:12
**un (2)**
259:1 342:6
**unadjusted (3)**
243:5 283:17 291:7
**unadorned (1)**
202:23
**unanswered (1)**
265:9
**unaware (1)**
157:14
**unbiased (4)**
72:4,18 73:21 75:12
**unbilled (1)**
13:23
**unclear (3)**
35:20,21 234:11
**uncommon (2)**
80:24 159:17
**uncommonly (1)**
76:3
**undercut (1)**
136:22
**underestimated (2)**
175:25 180:1

**underestimating (1)**
179:16
**underestimation (3)**
140:9 142:1 178:16
**underlying (20)**
16:9,20 18:14 30:2
34:6 37:23 55:7,19
62:14 87:7 88:20
97:6,17 98:18,24
99:15,16,22,23
100:2
**understand (57)**
9:10,24 16:1 23:15
29:4,10 54:8 75:7
75:23 80:4 85:24
92:3 95:19 98:22
119:22 135:2,8
138:9 146:9 163:8
164:18,25 165:1,21
166:20 170:15
172:12 175:8
199:13 201:2,14
203:13 209:13
214:12 233:16
236:21 253:12
254:19 255:24
262:15 270:10
273:22 287:22
300:9,21,23 304:19
306:21 311:2
315:23,23 321:12
325:19,23,24
326:23 329:2
**understanding (31)**
11:10 18:25 22:23
23:13 24:4 80:25
87:7 88:17 92:7,15
103:9 113:17
114:18 180:21
189:24 231:24
254:24 262:19,25
263:3,4,7 296:18,19
304:1,22 308:24
311:7 326:2 329:11
333:9
**understood (5)**
40:16 55:8 263:23
272:16,16
**unexpert (1)**
262:3
**unexplained (1)**
330:15
**unexposed (42)**
135:25 138:8 225:25
226:6,12,13,14
227:7 269:4,5,18,19

270:9,11 271:16
273:4,5,6,7,8,10,16
273:25 274:4 275:6
275:9,19,23 276:5
276:15 278:1,11
279:11,12,16,17
280:4,12,12 281:19
282:9 283:1
**unfinished (1)**
339:11
**unfortunately (2)**
221:16 244:12
**uniformly (1)**
284:18
**unimportant (2)**
91:14,17
**unique (1)**
108:17
**united (3)**
1:1 234:25 238:1
**univariate (2)**
268:22 269:2 279:25
280:2,3
**universe (2)**
135:22 270:7
**unknown (1)**
330:13
**unpeerreviewed (1)**
342:3
**unpublished (17)**
105:14 106:13 187:18
251:11 252:14,19
254:6,12 259:2,3
263:18 302:17,20
303:2 340:22 342:2
342:6
**unusual (1)**
170:18
**update (3)**
182:9 339:24 355:14
**updated (22)**
7:22 206:15 242:9
266:15 293:22
294:2 297:1 300:11
301:2,14,15,19
324:25 325:14
326:4 338:16
339:11 340:11
354:14,21 356:2,7
**updates (1)**
242:8
**uptodate (1)**
238:16
**upward (1)**
106:8
**upwards (1)**

177:15
**urinary (1)**
353:14
**use (60)**
5:4 6:11 7:4,10 21:14
25:10,15 67:11
82:22 87:17 88:2
98:10 106:16
115:23 135:18
139:9,10 140:14
156:7 167:2 168:16
168:25 169:10,23
187:23 195:21
202:15 203:1,17
221:8 242:15,21
243:17 244:15
245:15,25 246:3,12
246:21 249:17
257:17,25 261:15
263:18 265:1
267:24 268:23
270:24 272:14
276:21 291:14
294:21 296:25
299:12,15,25 317:7
335:20 350:6 355:2
**uses (4)**
185:14 234:24 279:15
280:10
**usual (2)**
88:15 97:8
**usually (5)**
75:21 87:6 108:1
241:17 242:2

**V**

**valid (1)**
94:9
**validate (1)**
127:15
**validated (4)**
116:17,20 117:3,23
**validity (2)**
266:4 279:2
**value (2)**
46:8,11
**variable (2)**
216:21 249:17
**variables (11)**
175:12 216:1,4,14
217:1,8 219:2 308:5
312:6,13 313:17
**variations (1)**
242:9
**varies (1)**
108:16

**variety (1)**
321:3
**various (11)**
13:8 20:6,9 43:1 44:8
51:12 111:14 245:4
245:16 310:10
320:17
**vary (1)**
162:11
**varying (1)**
66:15
**veracity (1)**
259:8
**versa (1)**
165:9
**version (1)**
25:18
**versus (9)**
85:19,22 94:17 156:6
212:10 218:4 247:9
264:2 279:21
**vice (1)**
165:9
**viceversa (1)**
75:4
**video (2)**
8:3,8
**videographer (15)**
8:1,22 59:25 60:3,8
126:4,16,19 181:4
182:2 259:23 260:1
333:25 334:3 357:3
**videotaped (1)**
1:12
**view (1)**
89:1
**villain (1)**
214:16
**virginia (1)**
3:6
**virtually (1)**
283:14
**visavis (1)**
236:20
**voted (1)**
32:2

**W**

**w (1)**
3:16
**wait (7)**
32:13,14 115:18,19
252:5 277:18,19
**waiting (1)**
104:8
**walk (1)**

134:6
**walker (9)**
93:6 94:6,22 96:13
100:6 103:7 104:14
105:7 106:10
**walks (1)**
203:7
**wallet (1)**
278:8
**wandering (1)**
193:5
**want (64)**
9:24 34:20 49:25
57:21 66:20 75:9
82:15 83:18 84:1,2
97:20 101:6,11,11
103:3 105:3 113:14
115:8 126:11 129:9
134:5 135:2 136:17
137:25 143:15
148:8 160:3 162:17
164:25 165:12
166:21,22 176:24
187:8 195:3,4,10
201:7 214:11
216:25 254:9 255:4
258:20 260:4,6
263:24 264:4 270:4
270:17 272:9
277:25 280:18,19
286:17 296:18
303:12 304:18
317:6 318:10
320:11 334:12
340:19 341:5
344:16
**wanted (6)**
57:9,11 102:17 251:8
270:22,23
**wants (1)**
66:17
**washington (2)**
3:17 306:16
**wasnt (20)**
31:25 40:17 85:20
99:11 102:8 113:5
167:14 191:5,20,21
252:9 253:4 254:2
254:11 271:3
274:15 281:13
302:11 320:19
340:18
**way (66)**
16:25 27:22 31:7
41:17 43:7 44:12
47:18,19 48:2 55:9

55:25 57:8,13 63:2
78:20 82:5,6 87:2
96:24 102:7 104:18
113:24 134:14
150:8 160:11
169:17 173:7
192:13 196:8 221:1
226:16,17 241:4
242:25 250:8 255:6
255:10 256:7 257:7
257:9 268:17
271:22,25 272:2,7
272:21 278:1 280:4
281:1,5 282:13,16
282:19,20 285:4
292:25 296:5
310:19 316:1
317:10 319:9 320:9
323:5 345:4 349:8
359:17
**ways (6)**
45:21 63:23,23
102:16 103:22
221:3
**week (1)**
23:10
**weeks (2)**
23:12,18
**weighing (1)**
155:5
**weight (10)**
47:4,10 49:16 119:8
150:23 259:5,6
319:19,20,21
**weisenburger (12)**
5:14 108:19 110:5,15
111:1,6 113:13
162:23 169:24
170:2 197:22
315:14
**weisenburgers (6)**
110:1,7 111:23 112:1
113:20 197:6
**weitz (3)**
2:14 3:9 8:21
**welcome (1)**
279:4
**wellregarded (1)**
345:14
**wellrespected (2)**
345:22 346:3
**went (6)**
25:22 260:5 302:13
305:1 318:18,20
**whats (4)**
129:25 208:11 277:3

348:7
**whereof (1)**
359:19
**whoops (1)**
29:20
**wide (5)**
59:6 155:2,11,22
157:1
**widespread (1)**
114:7
**width (3)**
47:20 54:6 59:1
**wife (1)**
115:2
**willing (2)**
302:5 327:2
**winding (1)**
87:2
**wish (1)**
358:3
**witness (20)**
4:2 8:23,24 9:2 14:17
23:4 25:15 36:13
119:14 126:21
186:18 190:6
196:10 251:13
334:7 356:16 357:6
359:10,14,19
**women (1)**
114:5
**wont (2)**
162:23 284:15
**word (14)**
63:20,21 98:5 101:9
125:7 147:15,18
148:1 211:20
242:15 266:12
276:8,21 350:6
**words (4)**
29:14 81:23 200:22
345:2
**work (12)**
13:7,15 14:20 28:15
44:12 113:18 174:6
304:17 335:19
340:18 351:8,9
**worked (3)**
343:19,20,23
**working (30)**
14:8 22:14,24 23:15
24:7,12,19,20 25:23
26:11,19,22 27:23
28:10 29:13 30:8
31:16,19 32:9,24
33:9 38:5,13 39:11
39:13,19 40:9,18

309:9 337:21
**world (5)**
4:15 19:20 34:4,12
104:8
**worry (2)**
286:5 287:15
**worse (1)**
71:8
**worst (1)**
217:12
**worth (1)**
131:24
**wouldnt (33)**
14:10,22 16:5 27:2
49:11,14 55:25
56:16,20 57:15
109:9 169:7 185:22
198:14 233:5
238:18 239:6
242:11,12 249:2
271:4 282:13,15,15
282:20,22,25
304:18 309:12,16
309:21 312:15
350:6
**write (1)**
106:24
**written (2)**
90:5 106:15
**wrong (6)**
17:20 165:20 259:15
276:8 300:10 347:4
**wrote (1)**
19:4

_____
                **X**
_____
**x (2)**
4:1,8

_____
                **Y**
_____
**yeah (24)**
9:21 11:5 25:11 47:8
65:23 73:6,15 85:24
116:1 126:13 134:4
146:7 161:11 207:6
212:22 224:2 228:7
244:21 274:24
279:24 290:7
297:22 333:24
336:5
**year (14)**
130:19 217:16,17
219:10,17,18,25
247:25 283:12,13
321:11,15,21 343:2
**years (75)**

5:6 23:25 74:1 82:17
87:18 88:3 90:5
92:17 108:1,12,24
109:5 111:7,15
112:10 113:16
115:19,20 131:23
132:4 143:19,25
144:3,10,23 145:15
145:22 146:5 147:6
147:22 149:20
162:13 169:11
182:19 183:2,11,16
184:10 185:14
195:20 196:23
197:23 219:11,18
231:1 232:9,20,25
232:25 233:1 257:6
289:14,15 290:11
290:20 291:15
309:8 316:24,24,24
319:12 321:16,23
321:24 322:3,12
343:6,11,13 344:22
345:2,5 346:14,22
347:6
**yesterday (2)**
307:10 318:18
**york (14)**
1:14,14 2:15,15,19
3:11,11 6:13 221:9
358:1,2 359:2,4,8
**young (1)**
148:7
**youre (9)**
36:16 105:1 138:6
158:2 174:21
205:12 233:14
265:7 276:21
**youve (2)**
220:14 332:4

_____
                **Z**
_____
**zero (2)**
216:23 261:5

_____
                **0**
_____
**0 (48)**
41:20 42:3 43:22 46:4
46:11 89:1,19
172:16 174:22,25
175:15,16 176:9,14
177:11,15 186:2,2
186:11 187:13,14
187:23,24 209:17
209:24 264:23
265:4 283:17

284:19 288:24
301:5,6 324:6,14,23
325:14 326:6,6,11
326:14,15,20
336:12 350:11,15
350:25 351:23
352:9
**000 (2)**
49:8,10
**01 (2)**
2:9 8:6
**05 (1)**
46:11
**06 (1)**
60:1

---

**1**

**1 (82)**
6:4 41:20 42:3 43:22
46:4 52:2 91:1,1,4,4
91:5 114:11,11,11
114:11,12 152:7
166:6,8,9 172:16
174:22,25 175:16
176:9,14 177:11,15
182:3 186:2 187:13
187:23 193:15
209:16,16,17,24,24
209:25 211:5 215:8
216:8 235:17,17
246:6 265:4 283:17
284:19 288:24
290:15 299:19
301:5,6 324:6,14,23
325:14 326:6,11,14
326:15,20 331:8,8
331:17,17 332:1,1,5
332:5,8,8,10,11
336:24 337:1,1
350:11,15,25
351:23 352:9
**10 (7)**
4:4 49:8,10 60:1,4
88:3 165:23
**100 (3)**
102:19,22 311:14
**10003 (1)**
3:11
**10021 (1)**
272:5
**1045 (2)**
225:19,20
**108 (1)**
3:5
**11 (9)**
4:9 126:17,20 145:5,9

213:16 290:15
299:6 351:12
**111 (2)**
5:13 44:22
**112 (4)**
22:5,14 24:7,19
**113 (3)**
44:19,23 45:5
**114 (2)**
26:9,17
**115 (3)**
25:17,17,19
**1159 (1)**
152:3
**1161 (2)**
213:15,17
**117 (1)**
44:18
**12 (16)**
25:19 29:20,21 104:5
134:3,7 143:17
147:20,22 159:21
162:20,20 181:5
259:13 334:1 343:1
**121 (1)**
5:15
**127893 (1)**
1:24
**13 (14)**
4:11,13 26:9 43:6
134:3 135:7 138:11
138:14 162:20
175:19 206:23
207:3 212:1 246:6
**130 (1)**
5:21
**1350 (1)**
3:16
**14 (11)**
7:13 30:3 36:17,25
207:23 211:24
212:1,2 215:8,10
307:18
**141 (4)**
4:9 9:18 10:1,4
**1410 (3)**
5:9 93:20,21
**1411 (3)**
5:13 110:3,4
**1412 (4)**
5:15 120:20,21
140:19
**1413 (7)**
5:21 129:11,12
204:18,19,22 267:9
**1414 (4)**

6:1 151:22,23 212:22
**1415 (3)**
6:4 193:13,14
**1416 (5)**
6:9 221:5,6,11,18
**1417 (4)**
6:14 224:13,14 228:8
**1418 (3)**
6:20 228:24,25
**1419 (3)**
7:1 234:18,19
**142 (3)**
4:11 12:1,4
**1420 (4)**
7:3 243:15,16 264:1
**1421 (6)**
7:8 294:19,20,25
297:10 338:15
**1422 (3)**
7:12 307:15,16
**1423 (8)**
7:17 334:16,17
349:16,22 352:7
355:14 356:2
**1424 (2)**
7:22 354:14
**143 (4)**
4:13 12:20,23 13:2
**144 (5)**
4:15 19:19,20 20:2
25:7
**145 (9)**
4:20 25:7 50:15 53:18
53:24 54:9,11,15
59:22
**146 (6)**
4:21 53:2,3 58:12
76:22 77:1
**147 (2)**
4:23 58:13
**148 (4)**
5:1 63:25 64:1 106:25
**149 (3)**
5:3 87:12,16
**15 (18)**
44:19 58:19,22 60:4
144:10,23 145:6,10
145:15 162:13
235:13 237:7,12,16
244:7 295:21
296:17 316:24
**152 (1)**
6:1
**157 (3)**
191:1,3,9
**158 (3)**

191:2,3,10
**16 (17)**
12:14 17:13,16 25:19
33:19 53:7 123:9
184:6 186:5 237:8
237:12,18 267:25
295:22,25 296:3,17
**1658 (2)**
268:17 289:17
**1659 (5)**
129:18 204:25 289:17
289:17 290:6
**1661 (1)**
268:6
**168 (2)**
184:3,5
**16md02741vc (1)**
1:4
**17 (21)**
4:13 12:22,23 13:4,6
34:1,9,21 37:1,13
44:25 45:6 53:7,11
231:13,25 255:4
293:17 303:5,14,22
**171 (1)**
184:21
**172 (1)**
186:5
**174 (2)**
73:12,17
**18 (4)**
196:13 205:9,14,14
**19 (3)**
44:25 45:6 196:14
**190 (2)**
30:1,1
**191 (4)**
29:19,21 30:6,12
**192 (1)**
30:13
**194 (1)**
6:4
**195 (2)**
188:8,9
**1965 (9)**
7:14 305:24 306:13
307:18 309:18
314:13 344:11,13
344:23
**1970s (1)**
161:10
**1979 (2)**
230:5,21
**1980 (1)**
195:14
**1983 (5)**

195:14 230:6,21
231:14 232:1
**1986 (2)**
231:15 232:1
**1990s (5)**
90:20 145:21 160:18
161:10 162:2
**1992 (12)**
6:5 193:3,6,15,21
194:3,24 195:6
197:11 205:6,18
212:2
**1993 (3)**
160:17 163:11 167:1
**1994 (1)**
167:1
**1996 (6)**
5:8 87:20 107:3
168:14,17 169:22
**1997 (2)**
160:17 163:11

---

**2**

**2 (44)**
89:1,19 91:5 114:11
131:18 138:20,23
139:10,13,13,22
140:6,8,15,22 141:3
141:8,12,18,21
142:2 152:7 215:8
216:8 235:17
245:25 246:5 275:5
289:20,21 290:1,1,3
290:3,22,23 291:5
299:19 301:6 343:1
343:5 346:13,20
347:13
**20 (21)**
4:15 90:5 92:17
128:18 145:22
165:23 191:3,9
219:12,21 220:8
283:15,25 284:10
303:5,8,14,22
305:13 309:11
340:7
**200 (1)**
102:17
**2000 (1)**
238:7
**20005 (1)**
3:17
**2001 (8)**
161:15 238:9,23
239:18 240:3
246:21 297:6

298:11
**2002 (5)**
 204:4 227:25 239:13
 269:10 298:4
**2003 (26)**
 6:24 157:18,19
 228:22 229:3,11
 230:16 233:10,18
 233:23 235:3 238:6
 238:23 239:18
 240:3 246:20
 248:14,24 250:4,18
 264:21 297:6,20
 299:11,16 322:4
**2005 (81)**
 5:16 83:20,22 84:11
 120:17,22 121:4
 122:4 127:7,14,19
 128:1,11,18,22
 130:11 131:4,4,17
 131:22 132:7,11
 133:4 134:1,8
 140:15 142:9
 143:23 146:5 147:9
 148:3,13 149:2
 150:2 151:6 152:23
 153:4 157:5 158:7
 158:19 160:15
 161:3,23 162:19
 167:15,25 168:8
 169:1 170:1,9 171:6
 173:9,22 176:18
 177:3 178:13,24
 179:9,13 180:15,20
 182:21 183:4,13
 184:11,15 185:1,10
 207:9 218:10,11
 292:2 297:25
 299:12 300:12
 324:10,12,15
 336:22 341:9
 351:19
**2006 (4)**
 4:19 19:23 20:3
 249:18
**2008 (12)**
 5:10 93:7,8,22 128:24
 129:18 204:22
 277:24 278:10
 284:3 288:5 298:2
**2009 (1)**
 298:13
**2011 (6)**
 334:13 352:6,22
 354:7,19 356:10
**2013 (49)**

42:13 43:3 51:23 73:3
 107:7 182:9,19
 183:2,9,15 184:9,13
 184:23 185:7,21
 186:1,7 187:13,20
 187:21 188:12,18
 189:14,20 190:1,23
 192:22 206:15
 207:4 251:21 252:4
 266:21 294:4
 297:19,19 299:25
 300:11 325:25
 326:5 331:13
 339:12 340:22
 348:3,14 349:13
 351:20 355:23
 356:5,6
**2014 (5)**
 44:10,17 64:6 107:5
 296:10
**2015 (2)**
 12:12 298:16
**2016 (16)**
 12:12,13,17 15:3 16:2
 16:21 17:13,21 18:8
 18:21 22:3 31:14
 293:21 295:13
 298:20 299:8
**2017 (21)**
 1:15 2:8 4:13 7:8 8:5
 12:22,23 13:4,6,14
 14:3 249:20 294:8
 294:21 297:11,15
 300:25 301:18
 306:13 348:13
 359:20
**206 (2)**
 340:5,6
**21 (8)**
 26:10 37:7 44:19
 131:6 184:22
 188:11 299:23
 300:5
**22 (9)**
 20:7 21:3,24 44:10,17
 343:16 346:12,19
 346:24
**222 (1)**
 6:9
**225 (1)**
 6:14
**229 (1)**
 6:20
**22960 (1)**
 3:6
**233 (1)**

43:4
**235 (1)**
 7:1
**24 (9)**
 7:8 21:24 29:20,21
 34:2,10 184:22
 186:5 294:20
**244 (1)**
 7:3
**2448 (1)**
 210:14
**25 (1)**
 30:12
**250 (1)**
 206:18
**26 (6)**
 198:20 199:4,17
 206:13 212:10
 299:5
**27 (2)**
 146:5 334:4
**2741 (1)**
 1:4
**279 (3)**
 33:18 34:1,9
**28 (2)**
 12:11,17
**283 (3)**
 36:17,25 37:7
**284 (4)**
 34:21 37:1,7,12
**29 (4)**
 21:3 205:1,15 206:14
**295 (2)**
 7:8 308:1

_____
**3**
**3 (19)**
 91:1,4 114:11,11
 140:14 141:3 166:6
 166:8 259:24 260:2
 331:8,17 332:1,5,8
 332:10 336:12,24
 337:1
**30 (3)**
 21:3 131:12 153:16
**308 (1)**
 7:12
**31 (1)**
 161:15
**311 (1)**
 125:23
**335 (2)**
 4:5 7:17
**347 (1)**
 4:6

**35 (1)**
 126:17
**350 (1)**
 206:18
**355 (1)**
 7:22
**36 (5)**
 259:24 343:5 346:13
 346:20 347:13

_____
**4**
**4 (12)**
 91:1,4 114:11,12
 166:9 231:13,25
 235:17 289:20
 290:1,3,22
**41 (1)**
 126:20
**42 (1)**
 260:2
**43 (3)**
 150:16 152:9 157:21
**432 (2)**
 105:3,10
**433 (1)**
 105:18
**436 (2)**
 94:16,20
**47 (1)**
 181:5
**48 (1)**
 223:11
**49 (2)**
 205:19,22
**4d (23)**
 138:20,23 139:10,13
 139:13,22 140:6,8
 140:15,22 141:3,8
 141:12,18,21 142:2
 245:25 246:5 275:5
 289:21 290:1,3,23

_____
**5**
**5 (10)**
 211:5 331:8,17 332:1
 332:5,8,11 334:1,4
 337:1
**50 (11)**
 102:10,10,10,11
 140:20 147:10,22
 182:3 309:8 345:2,5
**51 (1)**
 4:20
**52 (3)**
 131:5 177:1,6
**53 (3)**

140:7,14 141:3
**54 (1)**
 4:21
**55 (1)**
 147:22
**55year (1)**
 147:11
**56 (1)**
 131:6
**57 (2)**
 125:23 131:18
**59 (1)**
 4:23
**5t (4)**
 289:20 290:1,3,22

_____
**6**
**6 (7)**
 111:7 143:19,25
 147:6 169:11
 230:19 357:4
**61 (1)**
 213:18
**65 (1)**
 5:1
**67 (1)**
 223:10
**678 (1)**
 131:18

_____
**7**
**7 (15)**
 1:15 2:8 43:3 58:12
 73:3,15 111:7
 143:19,25 147:6
 169:11 190:23
 209:17,24 336:11
**700 (2)**
 2:15 3:10
**74 (3)**
 232:13,14,15
**75 (2)**
 232:13,16
**7th (2)**
 8:5 359:20

_____
**8**
**81 (1)**
 291:5
**82 (1)**
 230:19
**83 (1)**
 229:16
**85 (1)**
 141:18
**86 (2)**

229:16 301:6
**869 (1)**
52:2
**88 (1)**
5:3

---

**9**

**9 (10)**
2:9 8:6 175:15 186:2
  186:11 187:14,24
  209:17,25 326:6
**90 (2)**
98:7 309:5
**90s (1)**
161:4
**92 (2)**
148:13 207:11
**94 (3)**
5:9 123:7,8
**95 (4)**
45:22 46:3 54:6
  264:23
**96 (4)**
124:20 145:5,5
  168:25
**97 (1)**
168:25