# Exhibit 11

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No.  16-md-02741-VC |
| This document relates to: <br><br> ALL ACTIONS | |

**EXPERT REPORT OF ALFRED I. NEUGUT, MD, PHD**

**IN SUPPORT OF GENERAL CAUSATION
ON BEHALF OF PLAINTIFFS**

**Expert Report on Glyphosate and Non-Hodgkin Lymphoma**

Alfred I. Neugut, MD, PhD

## I.    Qualifications

I am currently the Myron M. Studner Professor of Cancer Research and Professor of Medicine and Epidemiology at Columbia University, and Associate Director for Population Sciences for the Herbert Irving Comprehensive Cancer Center at Columbia. I am also the Director of Junior Faculty Development for the Department of Epidemiology at the Mailman School of Public Health, overseeing about 30 assistant professors.

I am a medical oncologist with a particular interest in gastrointestinal tract cancers, especially colorectal and gastric cancers. Under the auspices of Columbia's Medical Scientist Training Program, I received my MD and a Ph.D. in Pathobiology in 1977. My PhD was in the laboratory of Dr. I. Bernard Weinstein, an authority in chemical carcinogenesis, and I studied growth control of cancer cells in vitro. I then trained in Internal Medicine at the Albert Einstein College of Medicine and fellowship in Medical Oncology at Memorial Sloan-Kettering Cancer Center.

I returned to Columbia for an M.P.H. in Epidemiology in 1983, and then joined the faculty at Columbia with appointments in Medicine and Epidemiology. My research has centered on cancer epidemiology and prevention. I initiated a series of important studies focused on risk factors for the occurrence and recurrence of colorectal adenomatous polyps (adenomas). These studies extended into the use and yield of colonoscopy and fecal occult blood testing for routine screening and diagnosis. An editorial I wrote in 1988 was the first to suggest the use of colonoscopy for routine screening of asymptotic adults, a common practice now. My second major research focus was the occurrence of second malignancies, especially the impact of radiation therapy. I was also the co-PI of the Long Island Breast Cancer Study Project which investigated the high rate of breast cancer on Long Island and generated over 100 papers on environmental risk factors and breast cancer.

At the present time, a significant amount of my research is centered on studying quality of care in the use of chemotherapy and radiotherapy for cancer in the elderly and others. My group has found significant effects of age, race/ethnicity, as well as financial status and the level of co-payments in leading to lower quality care and decreased adherence to prescribed chemotherapy and hormonal therapy. I currently also have several projects ongoing in South Africa on the effect of HIV infection on cancer outcomes.

I have published over 500 peer reviewed chapters and papers. I have received over $50 million in funding from the National Cancer Institute, American Cancer Society, Department of Defense, and various foundations. I have led two NCI-funded training grants for predoctoral and postdoctoral trainees for over 25 years that have trained over 80 trainees who are now in various academic, government and industrial positions; I have also mentored over 15 K or K equivalent junior faculty award recipients. I am a recent recipient of the Distinguished Achievement Award of the American Society of Preventive Oncology. I have served on innumerable government grant review committees. My Curriculum Vitae is attached as Attachment A.

I have been asked to review the scientific literature on glyphosate and glyphosate-based formulations and to provide an opinion to a reasonable degree of medical and scientific certainty as to whether glyphosate and glyphosate-based formulations can cause non-Hodgkin lymphoma.

This review took as its takeoff the IARC report of 2015, and reviewed the studies and materials cited in that report. Further literature searches were conducted following up references in the key publications cited in the IARC report and a search conducted for any publications published subsequent to the IARC report. See References Section. We also reviewed the EPA (2016) report, the European Food Safety Authority (2015) report and the commentary by Portier (2015). In addition, I reviewed the transcripts of deposition of Aaron Blair of NIEHS, Donna Farmer of Monsanto and John Acquavella of Monsanto. With the exception of the deposition transcripts this would be the general approach utilized if one were doing a literature review for a scientific publication. More details are given in the text.

My assistant, Ayana K. April Sanders, MPH, a doctoral student in the Department of Epidemiology at Columbia University's Mailman School of Public Health, assisted with the tasks described above, compilation of the tables, and some of the writing. I reviewed all of the studies, and all opinions, analyses and conclusions are mine and mine alone.

## II.   Cancer Epidemiology

Epidemiology is the study of disease in populations, including its distribution, determinants, natural history, and survival. Rather than the individual patient, its perspective is that of public health. The traditional focus and goal of cancer epidemiology has been the determination of the incidence and mortality rates of cancer in different populations and subgroups, as well as the identification of risk factors for the purpose of disease prevention and control through primary prevention and screening interventions.

Much of epidemiology involves the assessment of cancer risk. A person can be at increased risk of cancer because of extrinsic or intrinsic factors, or a mix thereof.

■      Extrinsic influences are factors outside of the individual's own body, such as environmental pollutants, cultural/lifestyle habits, medication use, infectious factors, and diet.

■      Intrinsic influences are factors unique to each person, such as genetics.

From an epidemiologic perspective, an etiologic agent or risk factor is anything that increases the probability that an individual will develop the disease. These risk factors can include demographic characteristics (e.g., increasing age or race/ethnicity) or lifestyle and behavioral factors, such as smoking. They also include endogenous factors, such as genetic mutations that have been identified as predisposing a person for a disease, such as a deleterious *BRCA1* or *BRCA2* mutation. Most cancers undoubtedly arise from a combination of genetic and exogenous factors that interact to define certain demographic patterns.

## III.   Cancer characteristics

My report focuses on characteristics which are specific or idiosyncratic or more relevant to cancer as opposed to other areas of epidemiology (infectious disease, cardiovascular, psychiatric, etc).

3

a. Epidemiologists start with a definition of cancer which is a synonym for those diseases which involve malignancy (in contrast to being benign). While there may be various characteristics or ways in which to define this phenomenon, a good general definition would be that it is a disease in which the cell loses control of growth and proliferation. Benign cells or growths will stop growing when they reach some boundaries or limits, but malignant cells know no such limits and, in theory, will divide and proliferate forever. In many or most circumstances this is also associated with more rapid growth than in a normal cell, but this is not necessary – the defining characteristic is loss of growth control.

b. As a corollary to the above, cancers are all generally potentially fatal. This is because if you allow uncontrolled growth of a tumor (a growth) to proceed for an unlimited amount of time, it will ultimately reach a size where it will kill the host in some fashion, either because the size of the tumor (or tumors) will compete with the normal cells of the body for nutrition and oxygen, and malignant cells are always better than normal cells at this so the normal cells and tissues will starve to death (a phenomenon known as cachexia in terminal cancer patients). An alternative way in which people die from cancer is that the tumors block vital organs or passageways or replace normal functioning organs so one dies from organ failure. The tumor may be so slow growing that you would not die from it till you are very elderly and you may die from a different disease beforehand, but the point is that all malignant cancers, by definition are potentially fatal.

c. Cancer is a disease of the cell, i.e., in general, the pathophysiologic problem arises within the cell of origin as opposed to being a disease of an organ or system. All other diseases are pathological problems of deterioration or inflammation or infection or some other disorder arising in the organ or in a system – the pancreas, the lung, the heart, the cardiovascular system, the immune system, etc. A cancer may arise in the context of an organ problem, e.g., liver cancer arising in the context of liver cirrhosis, but the cancer itself is a disorder of the liver cell.

d. Cancer cells are basically aberrant normal cells. That is, a cancer cell can retain initially many of the characteristics of the cell of origin. As it gets more aggressive or more advanced, it becomes less and less like the original normal cell.

e. From a public health and population perspective, individual cancers are uncommon, even rare. The four most common cancers in the US – breast, prostate, colorectal, lung - all occur at an age and sex-adjusted rate of about one case per 1000 population/year. From an epidemiologic perspective, this makes the use of cohort studies or intervention trials extremely difficult and expensive and indeed, such studies are uncommon. As described below, to get sufficient endpoints in such a study even with one of these "more common" cancers, one would need to follow tens of thousands of people for years.  For other cancers, which are much less common, the use of cohort studies or intervention trials are

extremely uncommon and difficult to undertake and difficult to interpret unless risk ratios are very strong.

f.  The latency period for a cancer can be very long, often on the order of decades. This exacerbates the problem of the use of cohort and intervention trials as described in the prior paragraph. There are, however, both tumor initiators and tumor promoters, the latter of which are short term carcinogens which can raise the risk of a cancer within very short time frames, even within a year or two. This is particularly true when looking at the hematopoietic malignancies.

g.  More so than for most diseases, the diagnosis for malignant diseases is pathology-dependent, and hence highly accurate. Indeed, because it depends on histology and pathology, the subclassification of most tumors is also highly accurate. Thus to the degree that an epidemiologic study is trying to ascertain the association between a given exposure and a given disease, the width of the 95% confidence interval (i.e., the uncertainty with which one measures the association between the two variables) is increased by the uncertainty by which one estimates the presence of the exposure and the uncertainty by which one ascertains the presence of the disease. At least for studies of cancer, in most studies, more so than for most diseases, the definition and ascertainment of the disease is highly valid.

h.  There are two major histologic types of cells or tissues – epithelial tissue and connective tissue. Malignancies of epithelial tissue are referred to as carcinomas, while malignancies of connective tissue are referred to as sarcomas. Both blood and lymphocytes fall under the rubric of connective tissue and hence malignancies of blood (leukemias) and malignancies of lymphocytes (either leukemias or lymphomas) are under the general category of sarcomas.

## IV.  Lymphoma

a.  Lymphocytes are a type of white blood cell which constitute part of the immune system. There are two major types of lymphocytes. B cells are cells which respond to antigens and ultimately mature into plasma cells which make antibodies, while T cells have other functions, such as being killer cells (directly attacking foreign invaders and toxins). Lymphocytes both circulate in the blood stream, where they constitute about 15-25% of circulating white blood cells, and are concentrated in lymph nodes along the lymphatic system. These are located in contiguity with every organ and act as drainage or sewage systems for each organ in terms of disposal of toxins or invading microorganisms and are often the first sites of local metastasis.

b.  Lymphocytes can become malignant in different phases and ways. Lymphocytes that are circulating in the blood stream that become malignant form lymphocytic leukemias. Lymphocytes in lymph nodes that become malignant form lymphomas, either Hodgkin lymphoma or non-Hodgkin lymphoma (NHL).

Plasma cells that become malignant (and emit antibodies) constitute the malignant cell of multiple myeloma.

c.  The large majority of NHL arise from B cells as opposed to T cells but there are multiple varieties of NHL based on histology, precise cell of origin, genetic mutations                        or                        oncogenes                        present.


## V.    Basics of Causation in Epidemiology

Epidemiologic studies use a multi-step process to establish causal inferences. First, principles of causal inference are used to construct our theories, which then help us to formulate testable hypotheses. We then design studies to test causal hypotheses as rigorously as possible. The objective of an epidemiologic study is to obtain a valid and precise estimate of the frequency of a disease or of the effect of an exposure on the occurrence of a disease in the source population of the study (Rothman, 2008).  Epidemiologic studies ask 'is there a statistical association between the exposure and outcome?'

In analytic epidemiology, observational studies are carried out to ascertain whether associations exist between an exposure and an outcome. Although a statistical association may exist between the two, there is always concern that this may reflect bias in the way the study was conducted or the presence of confounding factors. Confounding factors are factors associated with both the exposure and the outcome and can lead to an observed association, which is not truly a relationship between the two. For example, a study may show that asbestos workers have an elevated risk of lung cancer compared with the general population. However, one must be concerned that asbestos workers may be heavier smokers than other individuals in the general population and cigarette smoking is associated with lung cancer risk; thus, smoking may confound the observed association. Therefore, it is important in a study that looks at this exposure and outcome to collect smoking information so that it can be statistically controlled and the individual effect of asbestos exposure can be appropriately measured.


Multicausality (aka multifactorial): Certainly it is well known and well accepted that virtually every disease or condition can and does have multiple causes and its etiology can be spoken of as a multicausal phenomenon. Some of these causes are obvious and can be thought of as almost trivial (though they are not really trivial) such as age or gender. For example, virtually all epithelial malignancies (known as carcinomas) occur in adults and are usually age-dependent. Thus age is a risk factor for most carcinomas. Being a female is a risk factor or cause for female specific cancers, like ovarian cancer, which sounds trivial, but it is also a major risk factor for breast cancer, which can occur in males.

What is important to appreciate about the multicausal nature of disease is that all the causes contribute to the probability or risk of the disease occurring and thus any or all can be important in a given individual in whom they are present. Thus if one has a 60 year old obese male who is hypertensive, has a chronic elevated cholesterol, smokes cigarettes, is sedentary, and has a family history of coronary heart disease, and he develops a myocardial infarction (heart

attack), one may ask: What caused his heart attack? The correct answer is that all of these factors did and theoretically, if one removed any one of them from his past history, he might not have developed the disease. This is not to say, they were all equally contributory – how much they each contributed may vary and would be a function of the risk ratio associated with that particular exposure.

A common example of where this multicausal phenomenon occurs is in situations that address the question of whether asbestos exposure causes lung cancer. Many people with significant asbestos exposure in asbestos mines or other occupational settings have also been cigarette smokers, obviously a well-known lung carcinogen, and the argument has been made that the tobacco was responsible for the cancer, not the asbestos exposure. The correct causal analysis of this scenario would be that certainly the cigarette smoking contributed significantly to the development of the lung cancer, but that the asbestos exposure contributed significantly as well.

## VI.    Types of Epidemiologic Studies

### a.  Cohort and Case-control Studies

Epidemiologic observational studies fall into two broad categories: cohort studies and case-control studies. Participants in cohort studies are categorized based on their exposure and then followed to determine whether the outcome develops differently in the exposed and unexposed groups. Case-control studies enroll participants who have the outcome or disease under study, in addition to a control group of healthy participants. Both groups are then assessed for exposure. Both types of studies have their advantages and disadvantages. In both types, one must try to avoid bias or directional error. For example, in a case-control study, a patient with cancer may be inclined to give a positive answer more frequently than a control participant to a question regarding smoking history—this is referred to as recall bias.

As a general rule, cohort studies are preferred when the exposure is uncommon and the outcome is common, while case-control studies are preferable with uncommon outcomes. Since the incidence of most cancers, even the most common ones, is relatively low, case-control studies usually are used in cancer research. Their disadvantage is that they are often ambiguous on the temporal relationship between the exposure and the cancer. If you compare 100 patients with colon cancer to 100 patients without colon cancer for their intake of saturated fat, it can be unclear whether a decreased intake in the cases is related to the disease or preceded the disease. In a cohort study, where the exposure is ascertained before the subjects have developed the cancer, one can be more confident that any observed association preceded the development of disease.

### Advantages to a Cohort Study

- Results can be used to calculate incidence

7

- Results can be used to calculate prevalence
- Efficient for studying common diseases
- Can study multiple diseases/outcomes
- Ensures temporality
- Study time varying covariates
- Reduces some types of selection bias and recall bias

**Disadvantages to a Cohort Study**

- Expensive
- Time consuming
- Cohort studies can be ineffective for studying rare diseases, particularly when follow up time is short.
- Requires prohibitively large sample size to detect occurrence of rare diseases
- Loss to follow-up is a types of selection bias
- Information bias is detection/observer bias (as opposed to recall bias)

A case-control study is a design where two groups, known as cases and controls, are selected based on the presence and absence, respectively, of a disease/outcome of interest. The groups are then queried about various exposures that may have been a source of disease. Associations between exposures and outcomes are measured using odds ratios, which estimate the relative risk. There are several types of case-control studies that vary depending on whether the study is designed within a designated cohort or not within a designated cohort. Sampling must be independent of exposure otherwise selection bias can be a problem. As long as we sample independent of exposure for our classic case-control study, we should have a valid design to address our research question. Controls are selected as a representative sample of the population that gave rise to the cases

**Advantages of classic case-control studies**

- Efficient for studying rare diseases (requires smaller sample than cohort study)
- Relatively fast
- Reduces the problem of follow-up bias
- Better able to deal with long latency periods
- Relatively inexpensive

**Disadvantages of classic case-control studies**

- Cannot calculate prevalence
- Inefficient for rare exposures
- Can only study one outcome
- Increased susceptibility to bias

8

1. Sampling assumptions (selection bias)
   - It is crucial to select cases and controls before gathering any information about exposures
2. Recall/information bias (potential error in recalling exposure
   - Case-patients may recall events differently than control patients

b. Meta-Analyses

Meta-analysis is a method for summarizing epidemiologic and other scientific evidence. "Meta-analysis [that] refers to the analysis of analyses…the statistical analysis of a large collection of analysis results from individual studies for the purpose of integrating findings. It connotes a rigorous alternative to the causal, narrative discussion of research studies which typify our attempts to make sense of the rapidly expanding literature…" (Glass, 1976). A meta-analysis is a statistical analysis that combines the results of multiple scientific studies.

The basic tenet behind meta-analyses is that there is a common truth behind all conceptually similar scientific studies, but which has been measured with a certain error within individual studies. The aim then is to use approaches from statistics to derive a pooled estimate closest to the unknown common truth based on how this error is perceived. In essence, all existing methods yield a weighted average from the results of the individual studies and what differs is the manner in which these weights are allocated and also the manner in which the uncertainty is computed around the point estimate thus generated. In addition to providing an estimate of the unknown common truth, meta-analysis has the capacity to contrast results from different studies and identify patterns among study results, sources of disagreement among those results, or other interesting relationships that may come to light in the context of multiple studies (Rothman, Greenland, & Lash, 2008).

A key benefit of this approach is the aggregation of information leading to a higher statistical power and more robust point estimates than is possible from the measure derived from any individual study. However, in performing a meta-analysis, an investigator must make choices which can affect the results, including deciding how to search for studies, selecting studies based on a set of objective criteria, dealing with incomplete data, analyzing the data, and accounting for or choosing not to account for publication bias (Walker, Hernandez, & Kattan, 2008).

Meta-analyses are often, but not always, important components of a systematic review procedure. For instance, a meta-analysis may be conducted on several clinical trials of a medical treatment, in an effort to obtain a better understanding of how well the treatment works. Here it is convenient to follow the terminology used by the Cochrane Collaboration (Van Tulder, Furlan, Bombardier, Bouter, & Group, 2003), and use "meta-analysis" to refer to statistical methods of combining evidence, leaving other aspects of 'research synthesis' or 'evidence synthesis', such as combining information from qualitative studies, for the more general context of systematic reviews.

9

We conduct meta-analyses to summarize published literature to create a more objective summary of literature than narrative reviews and produce a quantitative statistic demonstrating the estimate average effect of all of the available data. Meta-analyses also increase statistical power of the collection of studies, which results in a more precise estimate of effect size. Finally, conducting meta-analyses of observational studies can help to identify possible heterogeneity between studies.

**Steps in Conducting a Meta-Analysis**
- Identify objective and hypotheses
- Define outcome, exposure, population
- Formulate study inclusion criteria
- Formulate search strategy
- Extract data
- Assess study quality
- Estimate summary effect
    - Use published estimates [1] for each included study (RR-Risk Ratio/Relative Risk, OR-Odds Ratio, HR-Hazard Ratio)
    - Convert results to a common scale, if needed (z-transformation (standardization), log-transformation)
    - Combine estimates of effect using a <u>weighted average of individual estimates</u> to estimate summary effect (Fixed or Random Effects)

        Fixed effects assume that all studies are estimating the same underlying effect size (i.e., true effect) and that the variability between studies is due to sampling of people within each study. Random effects allow the studies to have different underlying effect, which vary around a mean over all studies and allows variation between studies as well as within studies.

        Selecting the correct statistical model (fixed or random effects) is critically important in a meta-analysis. If one cannot assume that all studies are sampled from the same population, then a random-effects model should be implemented for the meta-analysis. In fact, the random-effects model should be the logical starting point of a meta-analysis with the assumption that the true effect size may or may not vary from study to study and a fixed-effects model can follow as a form          of          sensitivity          analysis.

---

[1] Measures of relative effect express the outcome in one group relative to that in the other. For all measures of relative effect, a value of 1 indicates that the estimated effects are the same for both comparative groups.
Risk ratio (aka relative risk; RR): the ratio of the risk of event in the two groups
Odds ratio (OR): the ratio of the odds of an event in two groups.
Hazard ratio (HR): the ratio of the hazard rates in the two groups.

There are two types of ways to summarize scientific evidence: 1) systematic review – meta-analysis of <u>published</u> data - and 2) pooled analysis – meta-analysis of <u>individual</u> level data.

**Comparison of Meta-analyses and Pooled Analyses: Data Management/Analysis**

| Meta-Analyses | Pooled Analyses |
|---|---|
| Generally no contact with original study | Investigators of each study agrees to participate |
| Retrieve publication and extract data of interest<br>-Study design<br>-Population<br>-Exposure, confounders<br>-Risk estimates, confidence intervals | Obtain primary data<br>-Outcomes<br>-Exposures<br>-Confounders |
| Check data abstracted for errors | Check primary data for errors |
| Differences in exposure, covariates, and contrasts across studies | Calculate risk estimates from primary data |
| | More standardized definitions for exposures, covariates, and contrasts across studies |
| | Standardize formatting of data |
| Check whether results are heterogeneous<br>Check summary estimates, if appropriate<br>Conduct sensitivity analyses | |

## VII.    Review of Studies

### a.    Cohort Study (See Table 1)

**De Roos et al. (2005)** evaluated the association between exposure to glyphosate and cancer incidence on the Agricultural Health Study (AHS) cohort (A. J. De Roos et al., 2005).

Methods & Results
Population Description: The AHS is a prospective cohort study in Iowa and North Carolina, which includes 57, 311 private and commercial applicators who were licensed to apply restricted-use pesticides at the time of enrollment into the study. Recruitment of the applicators occurred between 1993 and 1997. Members of the AHS cohort were matched to cancer registry files in Iowa and North Caroline for case identification and to state death registries and the National Death Index to ascertain vital statistics.

Outcome Assessment: Incident cancers were identified for the time period from the date of enrollment (1993-1997) until December 31, 2001 and were coded according to the *International Classification of Disease*, 9th Revision (ICD-9). Cohort members who moved from the state were censored in the year they left.

The prevalence of ever-use of glyphosate was 75.5% (> 97% of users were men). In this analysis, exposure to glyphosate was defined as: (a) ever personally mixed or applied products containing glyphosate; (b) cumulative lifetime days of use, or "cumulative exposure days" (years of use × days/year, categorized in tertiles among users: 1-20, 21-56, 57-2,678)); and (c) intensity-weighted cumulative exposure days (years of use × days/year × estimated intensity level, categorized in tertiles: 0.1-79.5, 79.6-337.1, 337.2-18, 241). Poisson regression was used to estimate exposure–response relations between exposure to glyphosate and incidence of all cancers combined, and incidence of 12 cancer types: lung, melanoma, multiple myeloma, and non-Hodgkin lymphoma as well as oral cavity, colon, rectum, pancreas, kidney, bladder, prostate, and leukemia (results not tabulated). Exposure to glyphosate was not associated with all cancers combined (RR, 1.0; 95% CI, 0.9–1.2; 2088 cases). For non-Hodgkin lymphoma, the relative risk was 1.2 (95% CI, 0.7–1.9; 92 cases) when adjusted for age, and was 1.1 (95% CI, 0.7–1.9) when adjusted for multiple confounders (age, smoking, other pesticides, alcohol consumption, family history of cancer, and education); in analyses by cumulative exposure-days and intensity-weighted exposure-days, the relative risks were less than 1.0 in the highest tertiles. In summary, there was no association between glyphosate exposure and all cancer incidence or most of the specific cancer subtypes that were evaluated, including NHL. The strength of this analysis was the use of a large cohort with specific assessment of glyphosate and semi-quantitative exposure assessment. The De Roos et al. (2005) report demonstrates several major limitations that hinder the inferences made by the report: (1) a short follow up period of the cohort that does not allow for a meaningful evaluation of cancer risk; (2) the inability to determine disease latency in relation to glyphosate exposure and the risk of NHL; (3) using a comparison groups that is at an elevated risk of NHL; and (4) a potential for differential exposure misclassification.

(1) Short follow-up period: Participants who were licensed restricted use pesticide applicators were only enrolled in the study cohort from 1993-1997. Participants were followed to 2001, making the follow-up period for this data to range from 4-8 years. The report showed that the median follow-up period for this group was 6.7 years. Another important factor is that participants in the cohort were generally young with 46% being <50 years of age at the time of enrollment. These statistics suggest that the cohort may be too young to adequately evaluate cancer risk. Cancer epidemiology shows us that cancer incidence does not substantially increase until the ages of 50-55 years when we see an exponential increase in cancer incidence (Cancer Research UK, 2016). Thus, the study would have needed to follow this particular cohort for a much longer period of time in order to adequately evaluate cancer, and specifically NHL, risk from glyphosate exposure.

(2) Inability to determine disease latency period for NHL in AHS cohort: To determine the latency period between exposure to glyphosate and the onset of detectable NHL, the

investigators would have had to not only collect information on exposure to glyphosate, but also the time period of the initial exposure. Determining the latency period of the outcome is important in recognizing whether there is a meaningful increased risk in disease in a population because we can use that knowledge to rule out other causes of the disease.

(3) Elevated risk of NHL in control group: In comparison to the cases, it is expected that the control group used in the analysis for "ever/never" exposure to glyphosate would have an elevate risk for NHL. Evidence for this determination includes the following: A) Farmers who were licensed to use restricted-use pesticides comprise 91% of the controls in the De Roos et al., 2005 study. Several studies have demonstrated a significant increased risk of NHL in farmers (Morton et al., 2014; Orsi et al., 2009). B.) Factors considered a risk for increased likelihood of NHL in farmers was tested in the Hardell et al. (L, Hardell, Eriksson, & Nordstrom, 2002) study that ultimately found that the exposure to "all herbicides" is a risk factor for NHL, OR=1.75, 95% CI: 1.26-2.41. Theoretically, if farmers had not adopted glyphosate as an herbicide they were likely to use other herbicides and hence have an increased risk of NHL. C) Finally, and most specifically, the majority of the control group (53.3%) in De Roos et al. (2005) was exposed to 2,4-D, an herbicide with carcinogenic potential. The meta-analysis conducted by Schinasi and Leon (2014) indicated a NHL meta-risk of 1.40 (95% CI: 1.0-1.9) for 2,4-D exposure. IARC recently classified 2, 4-D as possibly carcinogenic to humans (category 2b). Therefore, the effect estimate reported by De Roos et al. (2005) would be an underestimate of the NHL risk in the "ever/never" glyphosate exposure analysis.

(4) Non-differential Exposure Misclassification

Intensity of exposure to glyphosate was collected only at enrollment from 1993 – 1997. Yet, with the movement of agriculture to genetically engineered crops in 1996, participants already using glyphosate would have a dramatic increase in their intensity of exposure. By not collecting follow-up data on exposure status the analysis of exposure to glyphosate and association with NHL would be underestimated.

**b.    Case-control Studies (See Table 1)**

**Cantor et al. (1992)** conducted a case-control study of incident non-Hodgkin lymphoma (NHL) in 622 white men compared to 1245 population-based controls in Iowa and Minnesota (Cantor et al., 1992). The study measured the risk of NHL associated with farming occupation and specific agricultural exposures. Men who ever farmed had a relative increased risk of NHL than non-farmers (OR=1.2, 95% CI: 1.0-1.5) independent of crop or animal types. Men who ever handled glyphosate also showed a slight increased risk of NHL, but the association was not statistically significant (OR=1.1, 95% CI: 0.7-1.9) when adjusted for vital status, age, state, cigarette smoking status, family history of lymphohaemotapoietic cancer, high-risk occupations and high-risk exposures. A major strength of this analysis was that it used a large population-based sample in a farming community. However, the study had significant limitations. Specifically, there was low power to assess the risk of NHL with glyphosate with only 26 cases of NHL.

Interpretation of the results is also limited by lack of adjustment for other herbicides used by the cohort.

**McDuffie et al. (2001)** conducted a multisite population-based incident case-control design conducted in six Canadian provinces (McDuffie et al., 2001). The study investigated the associations between exposure to specific herbicides and NHL. A total of 517 male cases and 1506 controls were interviewed by phone. The risk of NHL was observed to be elevated but not statistically significant for men exposed to glyphosate [51 exposed cases (OR=1.26, 95% CI:0.87-1.81; adjusted for age and province) and (OR=1.20, 95% CI: 0.83-1.74; adjusted for age, province, high-risk exposure)]. In a frequency analysis of exposure to glyphosate, men with > 2 days of exposure per year had an increased risk of NHL (OR=2.12, 95% CI: 1.20-3.73; 23 exposed cases; adjusted for age and province) compared to those with ≤ 2 days of exposure. Overall, this study is strengthened by using a large population-based sample, but there was a low response rate, albeit having a non-differential effect on the reported estimates when respondents were compared to non-respondents.

**Hardell et al. (2002)** conducted a pooled analysis on two case-control studies in Sweden (Lennart Hardell, Eriksson, & Nordström, 2002), one of NHL (originally reported in (L. Hardell & Eriksson, 1999)) and another on hairy cell leukemia (HCL), a rare subtype of (originally reported in (Nordstrom, Hardell, Magnuson, Hagberg, & Rask-Andersen, 1998)). The pooled analysis of NHL and HCL was based on 515 cases and 1141 controls. In univariate analysis, glyphosate increased the risk of NHL and HCL (OR=3.04; 95% CI: 1.08-8.52; 8 exposed cases). After accounting for study, study area and vital status in multivariate analysis, the odds of disease due to exposure to glyphosate decreased to 1.85 (95% CI: 0.55-6.20). Although using the pooled analysis contributed to an overall stronger power for analysis, agent-specific exposures had minimal cases. The exposure frequency was low for glyphosate and limited the power to test the effect of the exposure.

**De Roos et al. (2003)** used pooled data from three case-control studies on NHL conducted in the 1980s in Nebraska (Zahm et al., 1990), Kansas (Hoar et al., 1986), and Iowa and Minnesota (Cantor et al., 1992) to examine pesticide exposure in farming as a risk factor for NHL among men (A. De Roos et al., 2003). The pooled sample population included 870 cases and 2,569 controls – the majority of cases (n=650) and controls (n=1933) were included for the analysis of 47 pesticides controlling for potential confounding by other pesticides. Logistic regression and hierarchical regression models (which provides more conservative estimates compared to logistic regression due to adjusting estimates based on prior evidence, from past IARC or EPA reports, that any of the 47 pesticides may cause *any type of cancer*) were used in data analysis and all models were adjusted for age, study site, and other pesticides. Reported use of glyphosate, as well as several individual pesticides, was associated with increased incidence of NHL. In the logistic regression model based on 36 cases, the odds ratios for association between exposure to glyphosate and NHL were 2.1 (95% CI: 1.1-4.0) and 1.6 (95% CI: 0.9-2.8) in hierarchical regression models. The pooled population used in this analysis was a considerable strength compared to single-population empirical studies limited by small cases sizes. Additionally, the study was population based. De Roos et al (2003) did

14

include an advanced methodological technique (hierarchical regression) for accounting for multiple exposures by adjusting for estimates based on prior distributions for the pesticide effects. However, this hierarchical regression method has limited scientific merit since the adjustments are based on prior evidence of factors that may cause any cancer and not specifically NHL, and the opinions of carcinogenicity of each pesticide can change over time. Therefore, the modeling is subject to the opinions on carcinogenicity at the time of analysis (i.e., the opinions about the carcinogenic potential of glyphosate and other herbicides in the late 1980's and early 1990's) and the result would likely be different from current opinions. Thus, the conservative odds ratios of the hierarchical regression may not be an accurate portrayal of the association between glyphosate and NHL and would limit how to interpret the findings of the hierarchical regression.

**Lee et al. (2004)** evaluated whether asthma acts as an effect modifier of the association between pesticide exposure and NHL (Lee, Cantor, Berzofsky, Zahm, & Blair, 2004). The study was conducted using a pooled analysis of population-based case-control studies in Iowa, Minnesota and Nebraska. The sample included both men and women; 872 cases with NHL from 1980 to 1986 and 2,381 frequency-matched controls. In-person interviews were conducted to collect exposure information on pesticide use and history of asthma. A total of 177 subjects (45 cases, 132 controls) reported having been told by a clinician that they had asthma. Asthmatics had a non-significantly lower risk of NHL than non-asthmatics (OR=0.5, 95% CI; 0.2-1.4), and there was no main effect of pesticide exposure (OR=1.0, 95% CI: 0.8-1.2). Overall, those with a history of asthma typically had large odds ratios associated with exposure to pesticides than subjects without a history of asthma. Among non-asthmatics, the odds ratio associated with glyphosate use was 1.4 (95% CI: 0.98-2.1; 54 exposed cases) and 1.2 (95% CI: 0.4-3.3; 6 exposed cases) for asthmatics when compared to non-asthmatic non-exposed farmers. There was no indication of effect modification, such that the main effect does not vary based on asthma status.

In a Swedish-based study, **Eriksson et al (2008)** reported the results of a population based case-control study of exposure to pesticides as a risk factor for non-Hodgkin lymphoma (Eriksson, Hardell, Carlberg, & Akerman, 2008). Men and women ages 18-74 years were included during December 1, 1999 to April 30, 2002. Incident cases of NHL were recruited from the University Hospitals in Lund, Linköping, Örebro and Umeå and controls were age and sex matched from the national population registry. Exposure to different agents was assessed by questionnaire. In total, 910 (91%) cases and 1016 (92%) controls participated in the study. Latency period calculations and multivariable analyses included agents with statistically significant increased odds ratios (OR) or with an OR > 1.5 and at least 10 exposed subjects. The odds of NHL for exposure to glyphosate was 2.02 (95% CI: 1.10-3.71) in univariate analysis and 1.51 (95% CI: 0.77-2.94) in a multivariable analysis. When considering exposure for more than 10n days per year, the OR was 2.36 (95% CI: 1.04-5.37). With a latency period of > 10 years, the odds ratio for exposure to glyphosate was 2.26 (95% CI: 1.16-4.40). Exposure to glyphosate was associated with increased odds for lymphoma subtypes and elevated odds of B-cell lymphoma (OR=1.87, 95% CI: 0.998-3.51) and the subcategory of small lymphocytic

lymphoma/chronic lymphocytic leukemia (OR=3.35, 95% CI: 1.42-7.89). Strengths of this study include having a population-based case-control study investigation, the ability to study different NHL subtypes and high response rate of cases and controls. Additionally, Eriksson et al. (2008) is one of the only studies to demonstrate elevated risk for glyphosate exposure in relation to several categories of NHL and evaluate the rick of NHL related to latency period. Limitations to interpreting the results derive from self-reported exposure assessment and possible confounding from use of other pesticides including MCPA – another herbicide that is commonly used together with glyphosate – but these were controlled for in the analysis. More so, it is expected that any residual confounding would result in an underestimation of the effect of a single pesticide. Given that the results demonstrated increased risk suggests there being a causal relationship despite confounding.

**Orsi et al. (2009)** reported the results of a hospital-based case-control study conducted in six clinics in France between 2000 and 2004 (Orsi et al., 2009). The study population included men and women aged 20-75 years and controls of the same age and sex as the cases were recruited in the same hospital – most were patients in the orthopedic and rheumatologically departments during the study period. In-person interviews and expert review of cases were used to evaluate pesticide exposure. The analysis included 491 cases (95.7% response rate; 244 cases of NHL, 87 cases of Hodgkin lymphoma, 104 cases of lymphoproliferative syndrome, and 56 cases of multiple myeloma) and 56 cases 456 age- and sex-matched controls. The study had a good response rate for the participants, but it enrolled hospital-based rather than population-based cases and controls. This could induce selection bias depending on whether individuals with high exposure to herbicide/pesticides, like glyphosate, (i.e., farmers) were more or less likely be hospitalized than the average person in the population that gave rise to the cases. A key limitation is that there was a small sample of participants reporting exposure to glyphosate thus limiting the power of the analysis to test for a true effect of glyphosate on any of the outcomes.

**Cocco et al. (2013)** reported on a pooled analysis of case-control studies conducted in six European countries between 1998-2004 (EPILYMPH, Czech Republic, France, Germany, Ireland, Italy, and Spain) investigating the role of occupational exposure to specific groups of chemicals in the etiology of lymphoma overall, B=cell lymphoma, and its most prevalent subtypes (Cocco et al., 2013). There was an approximately 1:1 ratio of cases (n=2,348) to controls (n=2.462) recruited by the six studies. Controls from Germany and Italy were randomly selected by sampling from the general population, whiles the other countries used matched hospital controls. Participation was adequate, 88% of cases participated and 81% of hospital controls and 52% of population controls participated. In-person interviews were conducted to collect detailed information on occupational history on farm-specific work related to type of crop, farm size, pest being treated, type of schedule of pesticide use. Industrial hygienists and occupational experts at each study center was used to assess exposure to specific groups of pesticides and individual compounds with assistance from agronomists. This method was used to reduce differential misclassification of exposure. Regression models were adjusted for age, sex, education, and study center. Lymphoma overall, and B-cell lymphoma were not

associated with any class of the investigated pesticides, while the risk of chronic lymphocytic leukemia was elevated among those ever exposed to inorganic and organic pesticides. The odds ratio for exposure to glyphosate and B-cell lymphoma was 3.1 (95% CI: 0.6-17.1; 4 exposed cases and 2 exposed control). The study was significantly limited in its power to assess the effects of glyphosate on risk of NHL due to substantially small sample of exposed cases.

### c.    Meta-analyses

In summary, the two published meta-analyses demonstrated statistically significant elevated risk of NHL in relation to glyphosate exposure. Estimates varied slightly based on the inclusion/exclusion of certain articles and the specific data points used in the meta-analyses.

**Schinasi & Leon (2014)** conducted a systematic review and a series of meta-analyses of approximately three decades of epidemiologic research on the relationship between NHL and occupational exposure to agricultural pesticide active ingredients and chemical groups, including glyphosate (Schinasi & Leon, 2014). The meta-analysis included six studies (A. De Roos et al., 2003; Eriksson et al., 2008; L. Hardell et al., 2002; McDuffie et al., 2001; Orsi et al., 2009) and yielded a meta risk-ratio of 1.5 (95% CI: 1.1-2.0) (See Fig. 1). Of note, the meta risk-ratio did not use the most fully adjusted estimates were from Hardell et al. (2002) and Eriksson et al. (2008) studies. The IARC Working Group re-assessed the meta-analysis by including the more adjusted estimates and generated similar but slightly diminished estimate (meta-RR=1.3, 95% CI: 1.03-1.65), $I^2$=0%, P for heterogeneity = 0.589].

**Chang and Delzell (2016)** used the same six studies as Schinasi and Leon (2014) to conduct a systematic review and meta-analysis examining the relationship between glyphosate exposure and risk of lymphohematopoeietic cancer including NHL, Hodgkin lymphoma, multiple myeloma and leukemia (Chang & Delzell, 2016). The meta-analysis yielded a meta-risk ratio of 1.3 (95% CI: 1.0-1.6) based on the six studies (Chang and Delzell, 2016 Figure 1). The investigators also conducted a meta-analysis substituting the logistic regression results of the De Roos et al. (2003) study for the hierarchical regression results and used the update data from McDuffie et al. (2001) and yielded a meta-risk ratio of 1.4 (95% CI: 1.0-1.8) (See Fig. 2).

## VIII.  Toxicity Studies

### Animal Evidence (See Table 2)

Several rodent studies were conducted (EPA, 1985a, 1985b, 1986, 1991a, as cited in IARC Monograph 112) evaluating the effect of pure glyphosate exposure at varying concentrations. A significant positive trend for renal tumors in male CD-1 mice (EPA, 1985a), typically rare in mice, although there were no comparisons of any individual exposure group were statistically significant. In the Joint FAO/WHO Meeting on Pesticide Residues (JMPR, 2006) where CD-1 male and female mice were given diets containing glyphosate (purity,

98.6%), a significant positive trend for hemangiosarcoma in male CD-1 mice was reported. Again no individual exposure group was found to be statistically significant different from the control group. Finally, EPA's (EPA, 1991a, 1991b, 1991c, 1991d) reports saw a significant increase in the incidence of pancreatic islet cell adenomas in two studies in male Sprague-Dawley male and female rats that were exposed to increasing concentrations of 96.5% purity glyphosate diets. These reports also demonstrated increased thyroid gland adenoma in females and liver adenoma in males.

The IARC working group reached the conclusion of *sufficient evidence* of glyphosate carcinogenicity in animals based on the significance of trend tests. The European Food and Safety Authority (EFSA) concluded that based on lack of individual significant differences and consistency between historical control ranges that there is *no evidence of carcinogenicity* of glyphosate in animal studies. Guidelines for evaluating toxicity in animal studies and relevant scientific reports and publications recommended that the key data points are the use of concurrent controls and trend tests (OECD, 2012; European Chemicals Agency, 2015). Trend tests are more powerful than pairwise comparisons, particularly for rare tumors where data are sparse. Likewise, historical control data should be garnered from the studies in the same time frame, animal strain and preferably the same laboratory and reviewed by the same pathologist.

### Carcinogenic Mechanisms in Humans (See Tables 3a & 3b)

The genotoxic potential for glyphosate has been studied in a variety of assays including human, non-human mammal and non-mammalian systems. In the following, we summarize the findings of studies carried out in exposed humans and in human cells in vitro (as cited in IARC Monograph 112).

Studies in exposed humans (see Table 3a)

Available publications assessing the effect of a glyphosate-based formulation have focused on communities where the agent was aerially-sprayed in areas of northern Ecuador (Paz-y-Miño et al., 2007)) and five regions in Colombia (C Bolognesi, Carrasquilla, Volpi, Solomon, & Marshall, 2009). In 24 exposed individuals in Ecuador, a statistically significant increase in DNA damage (DNA strand breaks) were observed in blood cells collected 2 weeks to 2 months after glyphosate was spayed in the area. Paz-y-Miño et al. (2011) studies continued by evaluating blood cells from 92 residents in 10 communities of northern Ecuador, sampled 2 years after the aerial spraying with an herbicide mix containing glyphosate (Paz-y-Miño et al., 2011). The results assessing chromosomal damage showed that the subject's karyotypes were similar to levels reported in the control group. In Colombia, 137 married couples (137 women of reproductive age and their 137 spouses) were recruited from five regions. In three regions with exposed to glyphosate-based formulations from aerial spraying, blood samples were taken from the same individuals at three time points – (1) before spraying (baseline), (2) 5 days after spraying, and (3) 4 months after spraying – to determine the frequency of micronucleus formation in lymphocytes. Compared to a reference region without use of pesticides, subjects residing in the three regions where there had been aerial spraying of glyphosate-based formulations and in a fourth region with pesticide exposure (but not administered aerially) had significantly higher baseline frequency of binucleated cells with micronuclei. Increased

frequency of micronucleus formation in peripheral blood lymphocytes compared to baseline frequencies was also reported in subjects from the three regions. Directly after aerial sprays with the glyphosate-based formulation, subjects showed higher frequency of binucleated cells with micronuclei. However, the observed increases in micronuclei formation was reported to be inconsistent with the rates of application used in the regions; there was no association between self-reported direct contact with pesticide sprays and frequency of binucleated cells with micronuclei. In one of the 3 regions, subjects' frequency of binucleated cells with micronuclei was significantly decreased 4 months after spraying compared to their frequencies immediately after spraying.

Studies in human cells in vitro (See Table 3b)

In studies using human cells in vitro, glyphosate induced DNA strand breaks (measured using the comet assay) in liver HEP-2 cells (F Mañas et al., 2009), lymphocytes (Alvarez-Moya et al., 2014; Mladinic, Berend, et al., 2009), GM38 fibroblasts, the HT1080 fibrosarcoma cell line (Monroy et al., 2005), and the TR146 buccal carcinoma line (Koller et al., 2012). DNA strand breaks were induced by AMPA in Hep-2 cells (Fernando Mañas et al., 2009), and by a glyphosate-based formulation in the TR146 buccal carcinoma cell line (Koller et al., 2012). AMPA, the degradation product of glyphosate and main metabolite of glyphosate, and glyphosate-based formulation also induces DNA strand breaks in Hep-2 cells and in the TR146 buccal carcinoma cells line, respectively. AMPA (F Mañas et al., 2009), but not glyphosate (Fernando Mañas et al., 2009), was found to produce chromosomal aberrations in human lymphocytes. Sister-chromatid exchange was induced by glyphosate (Bolognesi et al., 1997) and by a glyphosate-based formulation (Claudia Bolognesi et al., 1997; Vigfusson & Vyse, 1980) in human lymphocytes exposed in vitro. Glyphosate did not induce concentration-related increases in micronucleus formation in human lymphocytes at levels estimated to correspond to occupational and residential exposure (Mladinic, Perkovic, & Zeljezic, 2009).

*Several studies have been conducted assessing the effect of glyphosate and its variations on oxidative stress, inflammation and immunosuppression.* In studies examining the effects of glyphosate on oxidative stress parameters in the human keratinocyte cell line (HaCaT), a glyphosate-based formulation was found to be cytotoxic to HaCaT cell – addition of antioxidants reduced cytotoxicity (Gehin, Guillaume, Millet, Guyon, & Nicod, 2005). Another study showed that incubation of HaCaT cells with glyphosate at 21 mM (the half maximal inhibitory concentration for cytotoxicity, $IC_{50}$) for 18 hours increased production of hydrogen peroxide ($H_2O_2$) as shown by dichlorodihydrofluorescein diacetate assay (Elie-Caille, Heu, Guyon, & Nicod, 2010). Similar findings were reported by George & Shukla (2013) using 41% pure glyphosate up to 0.1 mM (George & Shukla, 2013). Dicholorodihydrofluorescein diacetate was used as a marker of oxidative stress limiting the validity of the findings (Bonini, Rota, Tomasi, & Mason, 2006; Kalyanaraman et al., 2012). The oxidative effects of glyphosate, AMPA, and a glyphosate-based formulation on oxidative stress in HepG2 cells was evaluated by Chaufan et al. (2014) and showed only the formulation had an adverse effects by increasing levels of reactive oxygen species, nitrotyrosine formation, superoxide dismutase activity, and glutathione, but did not have an effect on catalase or glutathione-S-transferase activities (Chaufan, Coalova, & Molina, 2014). Coalova et al (2014) found that exposing Hep2 cells to a formulation resulted in

19

various elevated parameters of oxidative stress. Exposure to the glyphosate-based formulation for 24 hours increased catalase activity and glutathione levels, with no effect on superoxide dismutase or glutathione=S-transferase activity (Coalova, de Molina, & Chaufan, 2014). Mladinic et al. (2009b) used blood samples from non-smoking male donors to examine the effects of in-vitro exposure to glyphosate on oxidative DNA damage in primary lymphocyte cultures and on lipid peroxidation in plasma. In both parameters glyphosate exposure significantly elevated the DNA damage when concentrations were 580 µg/mL or higher. Examining the effects of glyphosate, AMPA, and other related compounds in human erythrocytes collected from healthy donors, Kwiatkowska et al. (2014) found that exposed erythrocytes had increased production of reative oxygen species (Kwiatkowska, Huras, & Bukowska, 2014). One study was available investigating the effects of glyphosate on cytokine production in human peripheral blood mononuclear cells (Nakashima et al., 2002). At 1mM glyphosate had a slight inhibitory effect on cell perliferation and modestly inhibited the production of IFN-gamma and IL-2. The production of TNF-α and IL-1 β was not affected by glyphosate at concentrations that significantly inhibited proliferative activity and T-cell-derived cytokine production.

*Several studies have been developed to assess the effect of glyphosate exposure on cell proliferation and death.* George & Shulka (2013) found that a glyphosate-based formulation increased the number of viable cells in HaCaT keratinocytes(George & Shukla, 2013). Eight human cancer cell lines was inhibited cell growth when exposed to glyphosate and AMPA – the greatest loss of viability were in ovarian and prostate cell lines (Li et al., 2013). Immortalized prostate cell lines were not affected. Using t47D breast cancer cells, Thongprakaisang et al. (2013) saw an increased growth in the cancer cells when exposed to glyphosate only when endogenous estrogen was minimized in the culture medium (Thongprakaisang et al., 2013). The growth of hormone-independent cultured breast cancer cells was not affected by glyphosate. The effect on apoptotic cell death given glyphosate exposed has been studied in HepG2 human hepatoma cell line. Glyphosate-based formulations induced apoptosis, while glyphosate alone generally was ineffective or showed effects at considerably high concentrations (Chaufan et al., 2014; Coalova et al., 2014; Gasnier et al., 2009; Mesnage, Bernay, & Séralini, 2013). Formulations showed to be more cytotoxic than glyphosate alone in studies with glyphosate and nine different glyphosate-based formulations in three cell lines (Mesnage et al., 2013). In HUVEC primary neonate umbilical cord vein cells, and 293 embyonic kidney and JEG3 placental cell lines, Benachour & Séralini (2008) found that glyphosate at relatively high concentrations induced apoptosis (Benachour & Séralini, 2008). The umbilical cord HUVEC cells were the most sensitive (by about 100-fold) to the apoptotic effects of glyphosate. Heu et al. (2012) evaluated apoptosis in immortalized human keratinocytes (HaCaT) exposed to glyphosate (5–70 mM) (Heu, Berquand, Elie-Caille, & Nicod, 2012). Based on annexin V, propidium iodide and mitochondrial staining, exposures leading to 15% cytotoxicity gave evidence of early apoptosis, while increases in late apoptosis and necrosis were observed at higher levels of cytotoxicity.

## IX.    Bradford Hill Criteria for Causation

While studies may assess associations, the decision regarding whether causality, as opposed to reverse causality, confounding, or some other relationship exists between

20

a putative exposure and outcome reflects a judgment call on the part of an educated experienced observer. The issue of causation in science can be appreciated by how extensively it is discussed and expounded upon within the writings of various philosophers, thinkers, and scientists going back to Plato and Aristotle, but the discussion of this topic profoundly accelerated during the time frame of the Empiricists in the sixteenth to eighteenth centuries, reflecting the growth of true experimental science and observation and an effort to be able to systematize and understand it.

Prior to the twentieth century, in medicine, the scientific endeavors, such as they were, focused almost exclusively on infectious diseases, and even there causality was a major concern. One solution to this problem were the so-called Koch's Postulates, an algorithm by which to establish the etiologic agent for an infectious disease. It had a few instances of spectacular success, but in truth, it could not be often applied in human disease as it required that the infectious agent be introduced into a naïve host and cause the disease, something which was usually unacceptable, and today would almost always be unethical.

The advent of chronic diseases as the major health problems of the latter half of the twentieth century revived the causation issue, as again one could not apply any form of Koch's Postulates. Indeed, most scientists were skeptical of whether lifestyle or behavioral factors could even be responsible for disease, in contrast to infectious or toxic agents. Tobacco and lung cancer became the salient testing ground for this issue, and it proved difficult to convince both the scientific and lay public of the etiologic relationship between the two, especially in the face of fierce tobacco company opposition but with growing observational data in support of the hypothesis. For obvious reasons, it was impossible to undertake a study along the lines of Koch's Postulates.

In response to this problem there arose a set of criteria known as the Bradford Hill Criteria, published in 1965, named after their author, which became a checklist of sorts against which to weigh the collected evidence for a putative association in chronic disease epidemiology. They have remained to this day as the centerpiece of most circumstances in which a causal decision has to be made. Of particular relevance to this case is that they are also central to the methodology by which IARC reaches its judgments regarding carcinogenesis. We list them below and address each one in regard to the glyphosate/NHL question.

    a. Temporality: This is always a key criterion for causality as it is an absolutely necessary condition, i.e., the cause must precede the effect. Certainly in this case, by the nature of the studies conducted, there is no doubt that this criterion was met. Exposure to glyphosate and its formulations preceded the development of NHL in all the human and all the animal studies.

b. Consistency: This criterion assesses whether the various studies essentially found similar results. Figures 1 and 2 summarize the findings of the case-control studies in Forest plots. If there were no association between glyphosate and NHL, i.e., if the two phenomena were truly random, then the measured associations in the studies should have randomly distributed themselves around 1. If one looks in the literature at exposures that have been shown not to be associated with certain outcomes, that is what one finds in the Forest plots. But that is not what one finds here. Here one finds that all the studies show a positive estimate of association between the exposure and the outcome. It is true that they are not all statistically significant. Many things attenuate the measurement of a statistical association ranging from any degree of misclassification in the measurement of the exposure or outcome to biases. But what is telling in the Forest plots is the *consistency – they are primarily positive and to the right of 1.* This consistency is amplified by the finding that when the data are meta-analyzed, they do indeed come out to be statistically significant.

c. Dose-Response: Two of the studies do suggest that there is a dose-response relationship, and that there is both a stronger association with increased exposure, as well as a statistically significant relationship. (See McDuffie (2002), Eriksson (2008)).

d. Biological Plausibility: Glyphosate has been shown to cause tumors in animal studies and there are at least two biological mechanisms (i.e., genotoxicity and oxidative stress) adduced for its mode of action. IARC considered this a strong rationale for carcinogenicity.

e. Strength: Meta-analyses suggest that the strength of association between ever use of glyphosate and NHL is in the range of 1.3-1.5. Of course, as mentioned in section c above, there is a dose-response so those exposed with high levels or for long durations have higher levels of risk. For example, Mc Duffie (2002) shows an OR=2.12 for people who used glyphosate greater than 2 days per year, and Eriksson (2008) showed an OR=2.36 for people who used glyphosate longer than 10 years.

f. Analogy: Not applicable.

g. Specificity: This is a criterion that is often not applicable in assessing a causal relationship and is ignored. However, this is one instance in which specificity does appear to apply. Glyphosate has not been associated with a broad range of malignancies, like epithelial cancers or even Hodgkin lymphoma, which would have suggested that methodological issues or biases in the studies could be the reasons rather than a true causal relationship. The fact that glyphosate has been linked **specifically** to NHL provides further reassurance that the association is causal.

## X.    Conclusions

My general view is that the approach and conclusions reflected in the IARC report of 2015 were reasonable and within the bounds of scientific and epidemiological normative practice and, with those practices in mind, reach the correct conclusion. While decisions regarding causal effects are, and usually will remain, judgement calls the epidemiologic and scientific evidence currently available leads to the conclusion to a reasonable degree of scientific certainty for most expert, objective, and reasonable viewers, myself included, that the use of glyphosate in its various combinations can cause non-Hodgkin lymphoma.

## XI.    Statement of Compensation and Previous Testimony

I am being compensated for my review and testimony at the rate of $450.00 per hour. The cases where I have testified at deposition or trial in the last four years are listed in Attachment B.

Dated: April 28, 2017

Alfred I. Neugut, MD, PHD

**TABLE 1. OBSERVATIONAL HUMAN STUDIES OF GLYPHOSATE EXPOSURE AND NHL. (Adapted from IARC Monograph 112)**

| Author | Year | Title | Study Design | Subjects | Location/ Enrollment Period | Exposure | Outcome | Risk Estimate (95% CI) |
|---|---|---|---|---|---|---|---|---|
| Cantor et al. | 1992 | Pesticides and other agricultural risk factors for non-Hodgkins lymphoma among men in Iowa and Minnesota | Case-Control | Cases: 622 (response rate, 89.0%); Iowa health registry records and Minnesota hospital and pathology records Controls: 1245 (response rate, 76-79%); population-based; no cancer of the lympho-haematopoietic system; frequency-matched to cases by age (5-year group), vital status, state. Random-digit dialing (aged < 65 years); Medicare records (aged ≥ 65 years); state death certificate files (deceased subjects) Exposure assessment method: questionnaire; in-person interview | Iowa and Minnesota, USA 1980–1982 | Ever handled glyphosate | NHL | 1.1 (0.7-1.9) |
| McDuffie et al. | 2001 | Non-Hodgkins Lymphoma and specific pesticide exposures in men cross-Canada study of pesticides and health | Case-Control | Cases: 517 (response rate, 67.1%), from cancer registries and hospitals Controls: 1506 (response rate, 48%); random sample from health insurance and voting records Exposure assessment method: questionnaire, some administered by telephone, some by post | Canada 1991–1994 | Exposed to glyphosate Unexposed >0 and <= 2 days >2 days | NHL. | 1.2 (0.83-1.74) 1 1.0 (0.63-1.57) 2.12 (1.2-3.73) |

24

| | Year | Description | Study type | Cases/Controls | Location/Period | Exposure | Outcome | Result |
|---|---|---|---|---|---|---|---|---|
| Hardell et al. | 2002 | Exposure to pesticides as risk factor for non-Hodgkins lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies | Case-Control | Cases: 515 (response rate, 91% in both studies); Swedish cancer registry Controls: 1141 (response rates, 84% and 83%%); national population registry Exposure assessment method: questionnaire | Sweden; four Northern counties and three counties in mid Sweden 1987–1992 | Ever glyphosate exposure (univariate) Ever glyphosate exposure (multivariate) | NHL and HCL | 3.04 (1.08-8.5) 1.85 (0.55-6.2) |
| De Roos et al. | 2003 | Integrative assessment of multiple pesticides as risk factors for non-Hodgkins lymphoma among men | Pooled Case-Control | Cases: 650 (response rate, 74.7%); cancer registries and hospital records Controls: 1933 (response rate, 75.2%); random-digit dialing, Medicare, state mortality files Exposure assessment method: questionnaire; interview (direct or next-of-kin) | Nebraska, Iowa, Minnesota, Kansas, USA 1979–1986 | Any glyphosate exposure | NHL | 2.1 (1.1-4.0) |
| Lee et al. | 2004 | Non-Hodgkins lymphoma among asthmatics exposed to pesticides | Case-Control | Cases: 872 (response rate, NR); diagnosed with NHL from 1980 to 1986 Controls: 2381 (response rate, NR); frequency-matched controls Exposure assessment method: questionnaire; information on use of pesticides and history of asthma was based on interviews | Iowa, Minnesota and Nebraska, USA 1980–1986 | Exposed to glyphosate - non-asthmatics / Exposed to glyphosate - asthmatics | NHL | 1.4 (0.98-2.1) 1.2 (0.4-3.3) |

25

| Author | Year | Title | Study design | Methods | Location | Exposure | Cancer | Result |
|---|---|---|---|---|---|---|---|---|
| De Roos et al. | 2005 | Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study | Prospective Cohort | 54 315 (after exclusions, from a total cohort of 57 311) licensed pesticide applicators. Exposure assessment method: questionnaire; semi-quantitative assessment from self-administered questionnaire | Iowa and North Carolina, USA 1993–2001 | Ever use<br>1-20<br>21-56<br>57-2678<br>Trend-test P value 0.73 | NHL | 1.1 (0.7-1.9)<br>1 (ref.)<br>0.7 (0.4-1.4)<br>0.9 (0.5-1.6) |
| Eriksson et al. | 2008 | Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis | Case-Control | Cases: 910 (response rate, 91%); incident NHL cases were enrolled from university hospitals Controls: 1016 (response rate, 92%); national population registry. Exposure assessment method: questionnaire | Sweden. Four health service areas (Lund, Linköping, Örebro and Umeå) 1999–2002 | Any glyphosate<br>Any glyphosate*<br><=10 days per year use<br>>10 days per year use<br><br>1-10 years<br>>10 years<br>B-cell lymphoma<br>Lymphocytic lymphoma/B-CLL<br>Diffuse large B-cell lymphoma<br>Follicular grade I-III<br>Other specified B-cell lymphoma<br>Unspecified B-cell lymphoma<br>T-cell lymphoma<br>Unspecified NHL. | NHL | 2.02 (1.1-3.71)<br>1.51 (0.77-2.94)<br><br><br>1.69 (0.74-4.07)<br>2.36 (1.04-5.37)<br>1.11 (0.24-5.08)<br>2.26 (1.16-4.4)<br>1.87 (0.998-3.51)<br>1.63 (0.53-4.96)<br>1.47 (0.33-6.61)<br>2.29 (0.51-10.4)<br>5.63 (1.44-22) |

| Orsi et al. | 2009 | Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study | Case-Control | Cases: 491 (response rate, 95.7%); cases (244 NHL; 87 HL; 104 LPSs; 56 MM) were recruited from main hospitals of the French cities of Brest, Caen, Nantes, Lille, Toulouse and Bordeaux, aged 20-75 years; ALL cases excluded Controls: 456 (response rate, 91.2%); matched on age and sex, recruited in the same hospitals as the cases, mainly in orthopedic and rheumatological departments and residing in the hospital's catchment area Exposure assessment method: questionnaire | France 2000–2004 | Any glyphosate exposure | NHL | 1.0 (0.5-2.2) |

| Cocco et al. | 2013 | Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study | Case-Control | Cases: 2348 (response rate, 88%); cases were all consecutive adult patients first diagnosed with lymphoma during the study period, resident in the referral area of the participating centers Controls: 2462 (response rate, 81% hospital; 52% population); controls from Germany and Italy were randomly selected by sampling from the general population and matched to cases on sex, 5-year age-group, and residence area. The rest of the centers used matched hospital controls, excluding diagnoses of cancer, infectious diseases and immunodeficiency diseases Exposure assessment method: questionnaire; support of a crop exposure matrix to supplement the available information, industrial hygienists and occupational experts in each participating center reviewed the general questionnaires and job modules to assess exposure to pesticides | Czech Republic, France, Germany, Italy, Ireland and Spain 1998–2004 | Occupational exposure to glyphosate | B-cell lymphoma | 3.1 (0.6-17.1) |
|---|---|---|---|---|---|---|---|---|

28

| Author | Year(s) | Title | | | | Significance |
|---|---|---|---|---|---|---|
| Schinasi et al. | 2014 | Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis | Meta-Analysis | The meta-analysis for glyphosate included six studies (McDuffie et al., 2001; Hardell et al., 2002; De Roos et al., 2003; 2005a; Eriksson et al., 2008; Orsi et al., 2009) | NHL | 1.5 (1.1–2.0) |
| Chang et al. | 2016 | Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers | Meta-Analysis | | LHC incl NHL<br><br>Multiple Myeloma<br><br>HL | meta-RR = 1.3 (1.0-1.6)<br>meta-RR = 1.4 (1.0-1.9)<br>meta-RR = 1.1 (0.7-1.6) |

**TABLE 2. ANIMAL EXPERIMENTS REGARDING CARCINOGENICITY OF GLYPHOSATE (Cited in IARC Monograph 112)**

| Author | Year(s) | Title | Species, strain (sex) Duration | Dosing regimen, Animals/groups at start | For each target organ: incidence (%) and/or multiplicity of tumors | Significance |
|---|---|---|---|---|---|---|
| | | | | | | |

| EPA | 1985a, b, 1986, 1991a | Glyphosate; EPA Reg.#: 524–308; Mouse oncogenicity study. Document No. 004370.<br><br>EPA Reg.#: 524–308; Roundup; glyphosate; pathology report on additional kidney sections.<br><br>Glyphosate; EPA Registration No. 524–308; Roundup; additional histopathological evaluations of kidneys in the chronic feeding study of glyphosate in mice. Document No. 005590.<br><br>Second peer review of glyphosate. | Mouse, CD-1 (M, F) 24 mo | Diet containing glyphosate (technical grade; purity, 99.7%) at concentrations of 0, 1000, 5000, or 30 000 ppm, ad libitum, for 24 mo<br>50 M and 50 F/group [age, NR] | Males<br>Renal tubule adenoma: 0/49, 0/49, 1/50 (2%), 3/50 (6%)<br>Females<br>No data provided on the kidney<br><br>Report from the PWG of the EPA (1986):<br>Males<br>Renal tubule adenoma: 1/49 (2%), 0/49, 0/50, 1/50 (2%)<br><br>Renal tubule carcinoma: 0/49, 0/49, 1/50 (2%), 2/50 (4%)<br><br>Renal tubule adenoma or carcinoma (combined): 1/49 (2%), 0/49, 1/50 (2%), 3/50 (6%) | $P$ for trend = 0.016; see comments<br><br><br><br><br><br><br><br><br>[NS]<br><br><br><br>[$P$=0.037; Cochran-Armitage trend test]<br><br><br>[$P$=0.034; Cochran-Artimate trend test] |

| | | | | | | |
|---|---|---|---|---|---|---|
| JMPR | 2006 | Glyphosate. In: Joint FAO/WHO Meeting on Pesticide Residues. Pesticide residues in food – 2004: toxicological evaluations. Report No. WHO/PCS/06.1. Geneva | Mouse, CD-1 (M, F) 104 wk | Diet containing glyphosate (purity, 98.6%) at doses of 0, 100, 300, 1000 mg/kg bw, ad libitum, for 104 wk. 50 M and 50 F/group [age, NR] | Males Haemangiosarcoma: 0/50, 0/50, 0/50, 4/50 (8%) Histiocytic sarcoma in the lymphoreticular/haemopoietic tissue: 0/50, 2/50 (4%), 0/50, 2/50 (4%) | [P < 0.001; Cochran–Armitage trend test] NS |
| | | | | | Females Haemangiosarcoma: 0/50, 2/50 (4%), 0/50, 1/50 (2%) | NS |
| | | | | | Histiocytic sarcoma in the lymphoreticular/haemopoietic tissue: 0/50, 3/50 (6%), 3/50 (6%), 1/50 (2%) | NS |

31

| George et al. | 2010 | Studies on glyphosate-induced carcinogenicity in mouse skin: a proteomic approach. | Mouse, Swiss (M), 32 wk | Initiation–promotion study Skin application of glyphosate-based formulation (glyphosate, 41%; POEA, ~15%) [referred to as "glyphosate"] dissolved in 50% ethanol; DMBA dissolved in 50% ethanol, and TPA dissolved in 50% acetone, used in the groups described below 20 M/group | Skin tumors [called "papillomas" by the authors, following gross examination only] | *P < 0.05 vs groups VI and VII |
| | | | | Group I: untreated control (no treatment) | Group I: 0/20 | |
| | | | | Group II: glyphosate only: 25 mg/kg bw topically, 3 × /wk, for 32 wk | Group II: 0/20 | |
| | | | | Group III: single topical application of DMBA, 52 µg/mouse, followed 1 wk later by TPA, 5 µg/mouse, 3 × /wk, for 32 wk | Group III: 20/20*, 7.8 ± 1.1 | |
| | | | | Group IV: single topical application of glyphosate, 25 mg/kg bw, followed 1 wk later by TPA, 5 µg/mouse, 3 × /wk, for 32 wk | Group IV: 0/20 | |
| | | | | Group V: 3 × /wk topical application of glyphosate, 25 mg/kg bw, for 3 wk, followed 1 wk later by TPA, 5 µg/mouse, 3 × /wk, for 32 wk | Group V: 0/20 | *P < 0.05 vs group VI |
| | | | | Group VI: single topical application of DMBA, 52 µg/mouse | Group VI: 0/20 | |
| | | | | Group VII: topical application of TPA, 5 µg/mouse, 3 × /wk, for 32 wk | Group VII: 0/20 | |
| | | | | | Group VIII: 8/20*, 2.8 ± 0.9 | |

Group VIII: single topical application of DMBA, 52 µg/mouse, followed 1 wk later by topical treatment with glyphosate, 25 mg/kg bw, 3 × /wk, for 32 wk

| Séralini et al. | 2014 | Republished study: long-term toxicity of a Roundup herbicide and a Roundup-tolerant genetically modified maize. | Rat, Sprague-Dawley (M, F) 24 mo | Drinking-water containing a glyphosate-based formulation at a concentration of 0 (control), $1.1 \times 10^{-8}$% (glyphosate, $5.0 \times 10^{-5}$ mg/L), 0.09% (glyphosate, 400 mg/L) or 0.5% (glyphosate, $2.25 \times 10^3$ mg/L), ad libitum. for 24 mo 10 M and 10 F/group (age, 5 wk) | Males No significant increase in tumor incidence observed in any of the treated groups | NS |
| | | | | | Females Mammary tumors (mainly fibroadenomas and adenocarcinomas): 5/10 (50%), 9/10 (90%), 10/10 (100%)*, 9/10 (90%) | *[P<0.05] |
| | | | | | Pituitary lesions (hypertrophy, hyperplasia, and adenoma): 6/10 (60%), 8/10 (80%), 7/10 (70%), 7/10 (70%). | NS |
| Chruscielska et al. | 2000 | Glyphosate - Evaluation of chronic activity and possible far-reaching effects. Part 1. Studies on chronic toxicity. | Rat, Wistar (M, F) 24 mo | Drinking-water containing ammonium salt of glyphosate (13.85% solution) [purity of glyphosate, NR] was used to make aqueous solutions of 0, 300, 900, and 2700 mg/L. [Details on dosing regimen, NR] 55 M and 55 F/group (age, 6–7 wk) | No significant increase in tumor incidence observed in any of the treated groups | NS |
| JMPR | 2006 | Glyphosate. In: Joint FAO/WHO Meeting on Pesticide Residues. Pesticide residues in food −2004: toxicological evaluations. Report No. WHO/PCS/06.1. Geneva | Rat, Wistar-Alpk:APfSD (M, F) 1 yr | Diet containing glyphosate (purity, 95.6%) at concentrations of 0, 2000, 8000, or 20 000 ppm, ad libitum, for 1 yr 24 M and 24 F/group [age, NR] | No significant increase in tumor incidence observed in any groups of treated animals | NS |

34

| JMPR | 2006 | Glyphosate. In: Joint FAO/WHO Meeting on Pesticide Residues. Pesticide residues in food – 2004: toxicological evaluations. Report No. WHO/PCS/06.1. Geneva | Rat, Sprague-Dawley (M, F) 104 wk | Diet containing glyphosate (purity, 98.7–98.9%) at doses of 0, 10, 100, 300, or 1000 mg/kg bw, ad libitum, for 104 wk 50 M and 50 F/group [age, NR] | No significant increase in tumor incidence observed in any groups of treated animals | NS |
| JMPR | 2006 | Glyphosate. In: Joint FAO/WHO Meeting on Pesticide Residues. Pesticide residues in food – 2004: toxicological evaluations. Report No. WHO/PCS/06.1. Geneva | Rat, Wistar-Alpk:APfSD (M, F) 24 mo | Diet containing glyphosate (purity, 97.6%) at concentrations of 0, 2000, 6000, or 20 000 ppm, ad libitum, for 2 yr 52 M and 52 F/group [age, NR] | No significant increase in tumor incidence observed in any groups of treated animals | NS |

| EPA | 1991 A,B,C,D | Rat Sprague-Dawley (M, F) 24 mo | Diet containing glyphosate (technical grade; purity, 96.5%) at concentrations of 0, 2000, 8000, or 20 000 ppm, ad libitum, for 24 mo 60 M and 60 F/group (age, 8 wk) 10 rats/group killed after 12 mo | Males Pancreas (islet cell): Adenoma: 1/58 (2%), 8/57 (14%)*, 5/60 (8%), 7/59 (12%) Carcinoma: 1/58 (2%), 0/57, 0/60, 0/59 Adenoma or carcinoma (combined): 2/58 (3%), 8/57 (14%), 5/60 (8%), 7/59 (12%) | Adenoma, * P ≤ 0.05 (Fisher exact test with Bonferroni inequality); see comments |
|---|---|---|---|---|---|
| | | | | Liver: Hepatocellular adenoma: 2/60 (3%), 2/60 (3%), 3/60 (6%), 7/60 (12%) Hepatocellular carcinoma: 3/60 (5%), 2/60 (3%), 1/60 (2%), 2/60 (3%) Females Pancreas (islet cell): Adenoma: 5/60 (8%), 1/60 (2%), 4/60 (7%), 0/59 Carcinoma: 0/60, 0/60, 0/60, 0/59 Adenoma or carcinoma (combined): 5/60 (8%), 1/60 (2%), 4/60 (7%), 0/59 | Adenoma, P for trend = 0.016; see comments NS |
| | | | | Thyroid: C-cell adenoma: 2/60 (3%), 2/60 (3%), 6/60 (10%), 6/60 (10%) C-cell carcinoma: 0/60, 0/60, 1/60, 0/60 | Adenoma, P for trend = 0.031; see comments |

36

| EPA | 1991 a.b.c.d | Second peer review of glyphosate

Glyphosate: 2-year combined chronic toxicity/carcinogenicity study in Sprague-Dawley rats - List A pesticide for reregistration. Document No. 008390.

Peer review on glyphosate. Document No. 008527.

Glyphosate – EPA registration No. 524–308 – 2-year chronic feeding/oncogenicity study in rats with technical glyphosate. Document No. 008897. | Rat Sprague-Dawley (M, F)

Lifetime (up to 26 mo) | Diet containing glyphosate (purity, 98.7%) at concentrations of 0 ppm, 30 ppm (3 mg/kg bw per day), 100 ppm (10 mg/kg bw per day), 300 ppm (31 mg/kg bw per day), ad libitum, up to 26 mo 50 M and 50 F/group [age, NR] | Males Pancreas (islet cell): Adenoma: 0/50 (0%), 5/49* (10%), 2/50 (4%), 2/50 (4%)

Carcinoma: 0/50 (0%), 0/49 (0%), 0/50 (0%), 1/50 (2%) Adenoma or carcinoma (combined): 0/50 (0%), 5/49 (10%), 2/50 (4%), 3/50 (6%)
Females Pancreas (islet cell): Adenoma: 2/50 (4%), 1/50 (2%), 1/50 (2%), 0/50 (0%)

Carcinoma: 0/50 (0%), 1/50 (2%), 1/50 (2%), 1/50 (2%) Adenoma or carcinoma (combined): 2/50 (10%), 2/50 (2%), 2/50 (74%), 1/50 (2%) | Adenoma, *[P < 0.05; Fisher exact test]

NS |

---

**TABLE 3A. STUDIES OF DIRECT EXPOSURE TO GLYPHOSATE-BASED FORMULATION IN HUMANS (Cited in IARC Monograph 112)**

| Author | Year(s) | Title | Cell type | End-point | Test | Description of exposure and controls | Test results/ Significance |
|---|---|---|---|---|---|---|---|
| Paz-y-Miño et al. | 2007 | Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate | NA | DNA damage | DNA strand breaks, comet assay | 24 exposed individuals in northern Ecuador; areas sprayed with glyphosate-based formulation (sampling 2 weeks to 2 months after spraying); control group was 21 non-exposed individuals | + / P<0.001 |

| | Year | | | Chromosomal damage | Chromosomal aberrations | |
|---|---|---|---|---|---|---|
| Paz-y- Miño et al. | 2011 | Baseline determination in social, health, and genetic areas in communities affected by glyphosate aerial spraying on the northeastern Ecuadorian border | NA | Chromosomal damage | Chromosomal aberrations | 92 individuals in 10 communities, northern border of Ecuador; sampling 2 years after last aerial spraying with herbicide mix containing glyphosate); control group was 90 healthy individuals without background of smoking or exposure to genotoxic substances (hydrocarbons, X-rays, or pesticides) | - |
| Bolognesi et al. | 2009 | Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions; association to occupational exposure to glyphosate | Lymphocytes | Chromosomal damage | Micronucleus formation | 55 community residents, Nariño, Colombia; area with aerial glyphosate-based formulation spraying for coca and poppy eradication (glyphosate was tank-mixed with an adjuvant) | + / $P<0.001$  *$p$-value for after spraying vs. before spraying in the same individuals |
| | | | | | | 53 community residents, Putumayo, Colombia; area with aerial glyphosate-based formulation spraying for coca and poppy eradication (glyphosate was tank-mixed with an adjuvant) | + / $P=0.01$  *$p$-value for after spraying vs before spraying in the same individuals |
| | | | | | | 27 community residents, Valle del Cauca, Colombia; area where glyphosate-based formulation was applied through aerial spraying for sugar-cane maturation (glyphosate was applied without adjuvant) | + / $P<0.001$  *$p$-value for after spraying vs before spraying in the same individuals |

38

**TABLE 3B. STUDIES OF GLYPHOSATE, AMPA, AND GLYPHOSATE–BASED FORMULATIONS EXPOSURE TO HUMAN CELLS IN VITRO (Adapted from IARC Monograph 112)**

| Author | Year(s) | Title | Tissue, cell line | End-point | Test | Results | | Dose (LED or HID) | Significance |
|--------|---------|-------|-------------------|-----------|------|---------|---|-------------------|--------------|
| | | | | | | Without metabolic activation | With metabolic activation | | |
| **GLYPHOSATE** | | | | | | | | | |
| Mañas et al. | 2009a | Genotoxicity of glyphosate assessed by the comet assay and cytogenetic tests | Liver Hep-2 | DNA damage | DNA strand breaks, comet assay | + | NT | 3mM [507.2 µg/mL] | P <0.01 |
| Mladinic et al. | 2009b | Evaluation of genome damage and its relation to oxidative stress induced by glyphosate in human lymphocytes in vitro. | Lymphocytes | DNA damage | DNA strand breaks, standard and hOGG1 modified comet assay | + | + | 3.5 µg/mL. | P <0.01 (with hOGG1 modified comet assay, + S9 at highest dose tested (580 µg/mL.) |
| Alvarez-Moya et al. | 2014 | Comparison of the in vivo and in vitro genotoxicity of glyphosate isopropylamine salt in three different organisms. | Lymphocytes | DNA damage | DNA strand breaks, comet assay | + | NT | 0.00007 mM [0.12 µg/mL] | P≤0.01 |
| Monroy et al. | 2005 | Cytotoxicity and genotoxicity of human cells exposed in vitro to glyphosate | Fibroblast GM 38 | DNA damage | DNA strand breaks, comet assay | + | NT | 4mM [676 µg/mL] | P <0.01 |

39

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Lueken et al. | 2004 | Synergistic DNA damage by oxidative stress (induced by $H_2O_2$) and nongenotoxic environmental chemicals in human fibroblasts | Fibroblast GM 5757 | DNA damage | DNA strand breaks, comet assay | + | NT | 75 mM [12,680 µg/mL] | Not Reported |
| Monroy et al. | 2005 | Cytotoxicity and genotoxicity of human cells exposed in vitro to glyphosate | Fibrosarcoma HT1080 | DNA damage | DNA strand breaks, comet assay | + | NT | 4.75 mM [803 µg/mL] | P<0.001 |
| Koller et al. | 2012 | Cytotoxic and DNA-damaging properties of glyphosate and Roundup in human-derived buccal epithelial cells | Buccal carcinoma TR146 | DNA damage | DNA strand breaks, SCGE assay | + | NT | 20 µg/mL | P≤0.05, dose-dependent increase |
| Mañas et al. | 2009a | Genotoxicity of glyphosate assessed by the comet assay and cytogenetic tests | Lymphocytes | Chromosomal damage | Chromosomal aberrations | - | NT | 6 mM [1015 µg/mL] | Not Significant |
| Mladinic et al. | 2009a | Characterization of chromatin instabilities induced by glyphosate, terbuthylazine and carbofuran using cytome FISH assay | Lymphocytes | Chromosomal damage | Micronucleus formation | - | + | 580 µg/mL | P <0.01 at highest exposure + S9 |
| Bolognesi et al. | 1997 | Genotoxic activity of glyphosate and its technical formulation Roundup | Lymphocytes | Chromosomal damage | Sister-chromatid exchange | + | NT | 1000 µg/mL | P < 0.05 |

**AMPA**

40

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Mañas et al. | 2009b | Genotoxicity of AMPA, the environmental metabolite of glyphosate, assessed by the Comet assay and cytogenetic tests. | Liver Hep-2 | DNA damage | DNA strand breaks, comet assay | + | NT | 4.5 mM [500μg/mL] | $P < 0.05$ at 4.5 mM; $P < 0.01$ at up to 7.5 mM Dose-reponse relationship ($p<0.05$) |
| Mañas et al. | 2009b | Genotoxicity of AMPA, the environmental metabolite of glyphosate, assessed by the Comet assay and cytogenetic tests. | Lymphocytes | Chromosomal damage | Chromosomal aberrations | + | NT | 1.8 mM [200 μg/mL] | $P <0.05$ |
| **GLYPHOSATE-BASED FORMULATIONS** | | | | | | | | | |
| Gasnier et al. | 2009 | Glyphosate-based herbicides are toxic and endocrine disruptors in human cell lines | Liver Hep-2 | DNA damage | DNA strand breaks, comet assay | + | NT | 5ppm | Not Reported |
| Koller et al. | 2012 | Cytotoxic and DNA-damaging properties of glyphosate and Roundup in human-derived buccal epithelial cells | Buccal carcinoma TR146 | DNA damage | DNA strand breaks, SCGE assay | + | NT | 20 μg/mL | Dose-dependent increase ($P \leq 0.05$) |

41

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Vigfusson & Vyse | 1980 | The effect of the pesticides, Dexon, Captan and Roundup, on sister-chromatid exchanges in human lymphocytes in vitro | Lymphocytes | Chromosomal damage | Sister-chromatid exchange | + | NT | 250 µg/mL | P < 0.001 |
| Bolognesi et al. | 1997 | Genotoxic activity of glyphosate and its technical formulation Roundup | Lymphocytes | Chromosomal damage | Sister-chromatid exchange | + | NT | 100 µg/mL | P < 0.05 |

AMPA, aminomethyl phosphonic acid; HID, highest ineffective dose; hOGG1, human 8-hydroxyguanosine DNA-glycosylase; LED, lowest effective dose; NR, not reported; NT, not tested;
S9, 9000 × g supernatant; SCGE, single cell gel electrophoresis; vs, versus

**FIGURE 1. FOREST PLOT FOR GLYPHOSATE/NHL – SHINASI & LEON, 2014**



Figure D. (Schinasi & Leon, 2014)Forest plots showing estimates of association between non-Hodgkins Lymphoma and occupational, agricultural exposure to (**D**) glyphosate.

**FIGURE 2. FOREST PLOT – CHANG & DELZELL, 2016**



Figure 1. Forest plots of relative risk (RR) estimates and 95% confidence intervals (Cls) for the association between glyphosate exposure and risk of non-Hodgkin lymphoma. Meta-RRs were identical in random-effects and fixed-effects models.

## REFERENCES:

Alvarez-Moya, C., Reynoso Silva, M., Valdez Ramírez, C., Gómez Gallardo, D., León Sánchez, R., Canales Aguirre, A., & Feria Velasco, A. (2014). Comparison of the in vivo and in vitro genotoxicity of glyphosate isopropylamine salt in three different organisms. *Genetics and Molecular Biology, 37*(1), 105-110.

Benachour, N., & Séralini, G.-E. (2008). Glyphosate formulations induce apoptosis and necrosis in human umbilical, embryonic, and placental cells. *Chemical research in toxicology, 22*(1), 97-105.

Benachour, N., Sipahutar, H., Moslemi, S., Gasnier, C., Travert, C., & Séralini, G. (2007). Time-and dose-dependent effects of roundup on human embryonic and placental cells. *Archives of Environmental Contamination and Toxicology, 53*(1), 126-133.

Bolognesi, C., Bonatti, S., Degan, P., Gallerani, E., Peluso, M., Rabboni, R., . . . Abbondandolo, A. (1997). Genotoxic activity of glyphosate and its technical formulation Roundup. *Journal of Agricultural and food chemistry, 45*(5), 1957-1962.

Bolognesi, C., Carrasquilla, G., Volpi, S., Solomon, K., & Marshall, E. (2009). Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: association to occupational exposure to glyphosate. *Journal of Toxicology and Environmental Health, Part A, 72*(15-16), 986-997.

Bonini, M. G., Rota, C., Tomasi, A., & Mason, R. P. (2006). The oxidation of 2′, 7′-dichlorofluorescin to reactive oxygen species: a self-fulfilling prophesy? *Free Radical Biology and Medicine, 40*(6), 968-975.

Bravata, D. M., & Olkin, I. (2001). Simple pooling versus combining in meta-analysis. *Evaluation & the health professions, 24*(2), 218-230.

Cancer Research UK (2016) Cancer incidence by age. Http://www.cancerresearchuk.org/health-professional/cancer-statistics/incidence/age#heading-zero

Cantor, K. P., Blair, A., Everett, G., Gibson, R., Burmeister, L. F., Brown, L. M., . . . Dick, F. R. (1992). Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota. *Cancer Res, 52*(9), 2447-2455.

Chang, E. T., & Delzell, E. (2016). Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. *Journal of Environmental Science and Health, Part B, 51*(6), 402-434.

Chaufan, G., Coalova, I., & Molina, M. d. C. R. d. (2014). Glyphosate commercial formulation causes cytotoxicity, oxidative effects, and apoptosis on human cells: differences with its active ingredient. *International journal of toxicology, 33*(1), 29-38.

Coalova, I., de Molina, M. d. C. R., & Chaufan, G. (2014). Influence of the spray adjuvant on the toxicity effects of a glyphosate formulation. *Toxicology in Vitro, 28*(7), 1306-1311.

Cocco, P., Satta, G., D'Andrea, I., Nonne, T., Udas, G., Zucca, M., . . . Boffetta, P. (2013). Lymphoma risk in livestock farmers: results of the Epilymph study. *Int J Cancer, 132*(11), 2613-2618. doi:10.1002/ijc.27908

De Roos, A., Zahm, S., Cantor, K., Weisenburger, D., Holmes, F., Burmeister, L., & Blair, A. (2003). Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. *Occup Environ Med, 60*(9), e11-e11.

De Roos, A. J., Blair, A., Rusiecki, J. A., Hoppin, J. A., Svec, M., Dosemeci, M., . . . Alavanja, M. C. (2005). Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. *Environ Health Perspect*, 49-54.

Dong, J. (1998). Simpson's paradox. *Encyclopedia of Biostatistics*.

Elie-Caille, C., Heu, C., Guyon, C., & Nicod, L. (2010). Morphological damages of a glyphosate-treated human keratinocyte cell line revealed by a micro-to nanoscale microscopic investigation. *Cell biology and toxicology, 26*(4), 331-339.

EPA. (1985a). *Glyphosate; EPA Reg.#: 524–308; Mouse oncogenicity study. Document No. 004370.* Retrieved from Washington (DC): http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/cleared-reviews/reviews/103601/103601-183.pdf

EPA. (1985b). *EPA Reg.#: 524–308; Roundup; glyphosate; pathology report on additional kidney sections. Document No. 004855.* Retrieved from Washington (DC): http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/cleared-reviews/reviews/103601/103601-183.pdf

EPA. (1986). *Glyphosate; EPA Registration No. 524–308; Roundup; additional histopathological evaluations of kidneys in the chronic feeding study of glyphosate in mice. Document No. 005590.* Retrieved from Washington (DC): http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/cleared-reviews/reviews/103601/103601-211.pdf

EPA. (1991a). *Second peer review of glyphosate.* Retrieved from Washington (DC): http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/cleared-reviews/reviews/103601/103601-265.pdf

EPA. (1991b). *Glyphosate; 2-year combined chronic toxicity/carcinogenicity study in Sprague-Dawley rats - List A pesticide for reregistration. Document No. 008390.* Retrieved from Washington (DC) http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/cleared-reviews/reviews/103601/103601-263.pdf

EPA. (1991c). *Peer review on glyphosate. Document No. 008527.* Retrieved from Washington (DC):

EPA. (1991d). *Glyphosate – EPA registration No. 524–308 – 2-year chronic feeding/oncogenicity study in rats with technical glyphosate. Document No. 008897.* Retrieved from Washington (DC): http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/cleared-reviews/reviews/103601/103601-268.pdf

EPA. (2016) Glyphosate Issue Paper: Evaluation of Carcinogenic Potential. EPA's Office of Pesticide Programs. September 12, 2016.

Eriksson, M., Hardell, L., Carlberg, M., & Akerman, M. (2008). Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. *Int J Cancer, 123*(7), 1657-1663. doi:10.1002/ijc.23589

European Food Safety Authority. Conclusion on the peer review of the pesticide risk assessment of the active substance glyphosate. EFSA J 2015;13:4302.

European Chemicals Agency. Guidance on the Application of the CLP Criteria: Guidance to Regulation (EC) No 1272/2008 on classification, labelling and packaging (CLP) of substances and mixtures. Helsinki, Finland: European Chemicals Agency, 2015.

Gasnier, C., Dumont, C., Benachour, N., Clair, E., Chagnon, M.-C., & Séralini, G.-E. (2009). Glyphosate-based herbicides are toxic and endocrine disruptors in human cell lines. *Toxicology, 262*(3), 184-191.

Gehin, A., Guillaume, Y. C., Millet, J., Guyon, C., & Nicod, L. (2005). Vitamins C and E reverse effect of herbicide-induced toxicity on human epidermal cells HaCaT: a biochemometric approach. *International journal of pharmaceutics, 288*(2), 219-226.

Geng, Z. (1992). Collapsibility of relative risk in contingency tables with a response variable. *Journal of the Royal Statistical Society. Series B (Methodological)*, 585-593.

Geng, Z., & Asano, C. (1993). Strong collapsibility of association measures in linear models. *Journal of the Royal Statistical Society. Series B (Methodological)*, 741-747.

George, J., & Shukla, Y. (2013). Emptying of intracellular calcium pool and oxidative stress imbalance are associated with the glyphosate-induced proliferation in human skin keratinocytes HaCaT cells. *ISRN dermatology, 2013*.

Glass, G. V. (1976). Primary, Secondary, and Meta-Analysis of Research 1. *Educational researcher, 5*(10), 3-8.

Good, I., & Mittal, Y. (1987). The amalgamation and geometry of two-by-two contingency tables. *The Annals of Statistics, 15*(2), 694-711.

Hardell, L., & Eriksson, M. (1999). A case-control study of non-Hodgkin lymphoma and exposure to pesticides. *Cancer, 85*(6), 1353-1360.

Hardell, L., Eriksson, M., & Nordstrom, M. (2002). Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. *Leuk Lymphoma, 43*(5), 1043-1049.

Hardell, L., Eriksson, M., & Nordström, M. (2002). Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. *Leuk Lymphoma, 43*(5), 1043-1049.

Heu, C., Berquand, A., Elie-Caille, C., & Nicod, L. (2012). Glyphosate-induced stiffening of HaCaT keratinocytes, a Peak Force Tapping study on living cells. *Journal of structural biology, 178*(1), 1-7.

Hoar, S. K., Blair, A., Holmes, F. F., Boysen, C. D., Robel, R. J., Hoover, R., & Fraumeni, J. F. (1986). Agricultural herbicide use and risk of lymphoma and soft-tissue sarcoma. *JAMA, 256*(9), 1141-1147.

IARC Working Group. Glyphosate. In: Some organophosphate insecticides and herbicides: diazinon, glyphosate, malathion, parathion, and tetrachlorvinphos. Vol 112. IARC Monogr Prog,2015:1–92.

JMPR. (2006). *Glyphosate. In: Joint FAO/WHO Meeting on Pesticide Residues. Pesticide residues in food – 2004: toxicological evaluations. Report No. WHO/PCS/06.1*. Retrieved from Geneva: http://whqlibdoc.who.int/publications/2006/9241665203_eng.pdf?ua=1

Kalyanaraman, B., Darley-Usmar, V., Davies, K. J., Dennery, P. A., Forman, H. J., Grisham, M. B., . . . Ischiropoulos, H. (2012). Measuring reactive oxygen and nitrogen species with fluorescent probes: challenges and limitations. *Free Radical Biology and Medicine, 52*(1), 1-6.

Kojima, H., Katsura, E., Takeuchi, S., Niiyama, K., & Kobayashi, K. (2004). Screening for estrogen and androgen receptor activities in 200 pesticides by in vitro reporter gene assays using Chinese hamster ovary cells. *Environ Health Perspect, 112*(5), 524.

Kojima, H., Takeuchi, S., & Nagai, T. (2010). Endocrine-disrupting potential of pesticides via nuclear receptors and aryl hydrocarbon receptor. *Journal of Health Science, 56*(4), 374-386.

Koller, V. J., Fürhacker, M., Nersesyan, A., Mišík, M., Eisenbauer, M., & Knasmueller, S. (2012). Cytotoxic and DNA-damaging properties of glyphosate and Roundup in human-derived buccal epithelial cells. *Archives of toxicology, 86*(5), 805-813.

Kwiatkowska, M., Huras, B., & Bukowska, B. (2014). The effect of metabolites and impurities of glyphosate on human erythrocytes (in vitro). *Pesticide biochemistry and physiology, 109*, 34-43.

Lee, W. J., Cantor, K. P., Berzofsky, J. A., Zahm, S. H., & Blair, A. (2004). Non-Hodgkin's lymphoma among asthmatics exposed to pesticides. *Int J Cancer, 111*(2), 298-302. doi:10.1002/ijc.20273

Li, Q., Lambrechts, M. J., Zhang, Q., Liu, S., Ge, D., Yin, R., . . . You, Z. (2013). Glyphosate and AMPA inhibit cancer cell growth through inhibiting intracellular glycine synthesis. *Drug design, development and therapy, 7*, 635.

Mañas, F., Peralta, L., Raviolo, J., Ovando, H. G., Weyers, A., Ugnia, L., . . . Gorla, N. (2009). Genotoxicity of AMPA, the environmental metabolite of glyphosate, assessed by the Comet assay and cytogenetic tests. *Ecotoxicology and Environmental Safety, 72*(3), 834-837.

Mañas, F., Peralta, L., Raviolo, J., Ovando, H. G., Weyers, A., Ugnia, L., . . . Gorla, N. (2009). Genotoxicity of glyphosate assessed by the comet assay and cytogenetic tests. *environmental toxicology and pharmacology, 28*(1), 37-41.

McDuffie, H. H., Pahwa, P., McLaughlin, J. R., Spinelli, J. J., Fincham, S., Dosman, J. A., . . . Choi, N. W. (2001). Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. *Cancer Epidemiol Biomarkers Prev, 10*(11), 1155-1163.

Mesnage, R., Bernay, B., & Séralini, G.-E. (2013). Ethoxylated adjuvants of glyphosate-based herbicides are active principles of human cell toxicity. *Toxicology, 313*(2), 122-128.

Mittal, Y. (1991). Homogeneity of subpopulations and Simpson's paradox. *Journal of the American Statistical Association, 86*(413), 167-172.

Mladinic, M., Berend, S., Vrdoljak, A. L., Kopjar, N., Radic, B., & Zeljezic, D. (2009). Evaluation of genome damage and its relation to oxidative stress induced by glyphosate in human lymphocytes in vitro. *Environmental and molecular mutagenesis, 50*(9), 800-807.

Mladinic, M., Perkovic, P., & Zeljezic, D. (2009). Characterization of chromatin instabilities induced by glyphosate, terbuthylazine and carbofuran using cytome FISH assay. *Toxicology letters, 189*(2), 130-137.

Morton, L. M., Slager, S. L., Cerhan, J. R., Wang, S. S., Vajdic, C. M., Skibola, C. F., . . . Chiu, B. C. (2014). Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph non-Hodgkin lymphoma subtypes project. *J Natl Cancer Inst Monogr, 2014*(48), 130.

Nakashima, K., Yoshimura, T., Mori, H., Kawaguchi, M., Adachi, S., Nakao, T., & Yamazaki, F. (2002). Effects of pesticides on cytokines production by human peripheral blood mononuclear cells--fenitrothion and glyphosate. *Chudoku kenkyu: Chudoku Kenkyukai jun kikanshi= The Japanese journal of toxicology, 15*(2), 159-165.

Nordstrom, M., Hardell, L., Magnuson, A., Hagberg, H., & Rask-Andersen, A. (1998). Occupational exposures, animal exposure and smoking as risk factors for hairy cell leukaemia evaluated in a case-control study. *Br J Cancer, 77*(11), 2048-2052.

OECD. Guidance Document 116 on the Conduct and Design of Chronic Toxicity and Carcinogenicity Studies.

H.a.S.P. Environment, Editor. Paris: OECD, 2012.

Orsi, L., Delabre, L., Monnereau, A., Delval, P., Berthou, C., Fenaux, P., . . . Clavel, J. (2009). Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. *Occup Environ Med, 66*(5), 291-298. doi:10.1136/oem.2008.040972

Paz-y-Miño, C., Muñoz, M. J., Maldonado, A., Valladares, C., Cumbal, N., Herrera, C., . . . López-Cortés, A. (2011). Baseline determination in social, health, and genetic areas in communities affected by glyphosate aerial spraying on the northeastern Ecuadorian border. *Reviews on environmental health, 26*(1), 45-51.

Paz-y-Miño, C., Sánchez, M. E., Arévalo, M., Muñoz, M. J., Witte, T., De-la-Carrera, G. O., & Leone, P. E. (2007). Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate. *Genetics and Molecular Biology, 30*(2), 456-460.

Portier, CJ. Armstrong. BK. Baguley, BC. Baur, X. Belyaev, I. Bellé, R. . . . Zhou, SF. (2016). Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA). J Epidemiol

Community Health. 2016 Aug; 70(8): 741–745. Published online 2016 Mar 3. doi: 10.1136/jech-2015-207005.

Richard, S., Moslemi, S., Sipahutar, H., Benachour, N., & Seralini, G.-E. (2005). Differential effects of glyphosate and roundup on human placental cells and aromatase. *Environ Health Perspect*, 716-720.

Rothman, K. J., Greenland, S., & Lash, T. L. (2008). *Modern epidemiology*: Lippincott Williams & Wilkins.

Samuels, M. L. (1993). Simpson's paradox and related phenomena. *Journal of the American Statistical Association, 88*(421), 81-88.

Schinasi, L., & Leon, M. E. (2014). Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. *Int J Environ Res Public Health, 11*(4), 4449-4527. doi:10.3390/ijerph110404449

Simpson, E. H. (1951). The interpretation of interaction in contingency tables. *Journal of the Royal Statistical Society. Series B (Methodological)*, 238-241.

Thongprakaisang, S., Thiantanawat, A., Rangkadilok, N., Suriyo, T., & Satayavivad, J. (2013). Glyphosate induces human breast cancer cells growth via estrogen receptors. *Food and Chemical Toxicology, 59*, 129-136.

Van Tulder, M., Furlan, A., Bombardier, C., Bouter, L., & Group, E. B. o. t. C. C. B. R. (2003). Updated method guidelines for systematic reviews in the Cochrane Collaboration Back Review Group. *Spine, 28*(12), 1290-1299.

Vigfusson, N., & Vyse, E. (1980). The effect of the pesticides, Dexon, Captan and Roundup, on sister-chromatid exchanges in human lymphocytes in vitro. *Mutation Research/Genetic Toxicology, 79*(1), 53-57.

Walker, E., Hernandez, A. V., & Kattan, M. W. (2008). Meta-analysis: Its strengths and limitations. *Cleveland Clinic Journal of Medicine, 75*(6), 431.

Zahm, S. H., Weisenburger, D. D., Babbitt, P. A., Saal, R. C., Vaught, J. B., Cantor, K. P., & Blair, A. (1990). A case-control study of non-Hodgkin's lymphoma and the herbicide 2, 4-dichlorophenoxyacetic acid (2, 4-D) in eastern Nebraska. *Epidemiology*, 349-356.

# Attachment A

**Alfred I. Neugut**
**Curriculum Vitae**
April 1, 2017



**HOME ADDRESS:**

**OFFICE ADDRESS:**

**TELEPHONE:**          **FAX:**
**DATE OF BIRTH:**      **E-Mail:**
**PLACE OF BIRTH:**
**CITIZENSHIP:**

**EDUCATION:**

| | |
|---|---|
| 1972 B.A. | Columbia College, New York, NY; Chemistry, cum laude. |
| 1977 M.D. | Columbia University College of Physicians and Surgeons, New York, NY. |
| 1977 Ph.D. | Columbia University Graduate School of Arts and Sciences, New York, NY; Pathobiology. Ph.D. Thesis: Studies on the genetic and molecular controls of the transformed phenotype, especially anchorage-independent growth and protease production. Under supervision of Dr. I. Bernard Weinstein. |
| 1983 M.P.H. | Columbia University School of Public Health, New York, NY; Epidemiology. |

**POSTDOCTORAL TRAINING:**

| | |
|---|---|
| 1977 - 1978 | Bronx Municipal Hospital Center, Bronx, N.Y., Intern in Medicine. |
| 1978 - 1980 | Bronx Municipal Hospital Center, Bronx, N.Y., Resident in Medicine. |
| 1980 - 1981 | Sloan-Kettering Institute for Cancer Research, New York. Research Fellow. |
| 1980 - 1981 | Memorial Hospital, New York, N.Y., Medical Oncology, Clinical Fellow. |
| 1981 - 1983 | Presbyterian Hospital, New York, N.Y., Hematology-Oncology, Clinical Fellow. |

**LICENSURE AND CERTIFICATION:**

1978  New York license, Number 136912
1981  New Jersey license, Number 39887
1980  American Board of Internal Medicine
1983  American Board of Medical Oncology

**MEMBERSHIP IN SOCIETIES:**

American Association for Cancer Research.
American College of Epidemiology, Fellow.
American College of Physicians, Fellow.
American Epidemiological Society.
American Public Health Association.
American Society of Clinical Oncology.
American Society of Preventive Oncology.
International Society of Cancer Chemoprevention.
International Society for Pharmacoeconomics and Outcomes Research
International Society for Pharmacoepidemiology.
Society for Epidemiologic Research.

**Alfred I. Neugut**
**Curriculum Vitae**

## ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 1980 - 1981 | Cornell University Medical College, New York.  Clinical Instructor in Medicine. |
| 1991 - 1983 | Columbia University School of Public Health, New York.  Staff Associate in Epidemiology. |
| 1983 - 1985 | Columbia University College of Physicians & Surgeons, New York, N.Y., Assistant Professor of Medicine. |
| 1985 - 1991 | Columbia University College of Physicians & Surgeons, New York, N.Y., Assistant Professor of Medicine and Public Health (Epidemiology). |
| 1991 - 1998 | Columbia University College of Physicians & Surgeons, New York, N.Y.  Associate Professor of Clinical Medicine and Public Health (Epidemiology). |
| 1998 - 1999 | Columbia University College of Physicians & Surgeons, New York,  N.Y.  Associate Professor of Medicine and Public Health (Epidemiology). |
| 1999 - | Strang Cancer Prevention Center, New York, N.Y. Consultant in Epidemiology. |
| 1999 - 2001 | Columbia University College of Physicians & Surgeons, New York,  N.Y.  Professor of Medicine and Public Health (Epidemiology). |
| 2001 - | Columbia University College of Physicians & Surgeons, New York, N.Y. Professor of Medicine and Epidemiology. |
| 2003 -2006 | Columbia University College of Physicians & Surgeons, New York, N.Y. Acting Head, Division of Medical Oncology, Department of Medicine. |
| 2005 - | Columbia University College of Physicians & Surgeons, New York, N.Y. Myron M. Studner Professor of Cancer Research in Medicine. |
| 2010- 2013 | Head, Chronic Disease Epidemiology, Department of Epidemiology, Mailman School of Public Health. |
| 2014- | Director of Faculty Development, Department of Epidemiology, Mailman School of Public Health. |

## HOSPITAL APPOINTMENTS:

| | |
|---|---|
| 1983 - 1991 | Presbyterian Hospital, New York, N.Y.  Assistant Attending Physician. |
| 1989 - 1998 | Co-Director, Oncology Outpatient Unit, Presbyterian Hospital, New York, N.Y. |
| 1991 - 1999 | Presbyterian Hospital, New York, N.Y. Associate Attending Physician. |
| 1993 - 1999 | Harlem Hospital Center, New York, N.Y. Associate Attending Physician. |
| 1999 - Present | New York Presbyterian Hospital, New York, N.Y. Director, Cancer   Prevention Center, Columbia-Presbyterian Campus. |
| 1999 - Present | New York Presbyterian Hospital, New York, N.Y.  Member, NYPH Oncology Service Line Executive Council. |
| 1999 - Present | New York Presbyterian Hospital, New York, N.Y., Attending Physician. |
| 1999 - 2008 | Harlem Hospital Center, New York, N.Y., Attending Physician. |
| 2001 – Present | New York Presbyterian Hospital, New York, N.Y. Member, NYPH Preventive Service Line Executive Council. |
| 2002 – 2007 | New York Presbyterian Hospital, New York, N.Y.  Member, NYPH Digestive Disease Service Line Executive Council. |
| 2002 – 2010 | New York Presbyterian Hospital, New York, N.Y.  Member, New York Presbyterian Oncology Editorial Board. |

## HONORS AND AWARDS:

| | |
|---|---|
| 1972 - 1973 | B.A. awarded cum laude, Columbia College. |
| 1972 - 1977 | Medical Scientist Training Program, Columbia P & S. |
| 1980 - 1981 | Clinical Fellow of the American Cancer Society, Memorial Sloan-Kettering Cancer Center. |

**Alfred I. Neugut**
**Curriculum Vitae**

| | |
|---|---|
| 1980 - 1981 | Clinical Associate of the Clinical Cancer Education Grant, Memorial Sloan-Kettering Cancer Center. |
| 1981 - 1990 | Mellon Fellow in Epidemiology in Medicine, School of Public Health and Department of Medicine, Columbia University. |
| 1982 - 1983 | Participant, Student Workshop of Society for Epidemiologic Research. |
| 1984 - 1986 | Junior Faculty Fellow of the American Cancer Society. |
| 1996 - 1997 | Distinguished Service Award, American Society of Preventive Oncology. |
| 2005- | Myron M. Studner Professorship in Cancer Research in the Department of Medicine |
| 2015 | Mentor of the Year, Office of Academic Affairs and Irving Institute for Clinical and Translational Research, Columbia University Medical Center. |
| 2016 | Joseph R. Fraumeni Distinguished Achievement Award, American Society of Preventive Oncology |

## GRANTS:

| | |
|---|---|
| 1981 - 1990 | Fellowship Awardee, Andrew Mellon Foundation Program for Epidemiology in Medicine. Principal Investigator, M. Susser - $40,000 per year. |
| 1984 - 1986 | Junior Faculty Fellowship, American Cancer Society - $10,000 per year. |
| 1986 - 1989 | Principal Investigator, NCI grant #1-R01-CA37196. A Case-Control Study of Colorectal Polyps - $450,383. |
| 1986 - 1990 | Principal Investigator, American Institute for Cancer Research grant #86A77. Obesity-Related Risk Factors for Prostate Cancer - $96,596. |
| 1986 - 1991 | Principal Investigator, NCI grant #1-KO7-CA01211. Preventive Oncology Academic Award $270,000. |
| 1987 - 1992 | Project Principal Investigator on Epidemiology component, Aaron Diamond Foundation. Colon Cancer Program at Columbia University. Principal Investigator, IB Weinstein - $750,000. |
| 1988 - 1989 | Principal Investigator, Cancer Research Society. Implications of Chemotherapy and Radiation Therapy for Second Primary Cancers in the United States Population - $54,000. |
| 1989 - 1990 | Principal Investigator, Rudin Foundation. The Effect of Calcium Supplements on Oncogene Expression - $85,000. |
| 1989 - 1990 | Principal Investigator, IARC. Feasibility Phase of International Study of Cancer Risk in Biology Research Laboratory Workers - $5,000. |
| 1990 - 1991 | Principal Investigator, ACS Institutional Seed Grant. A Preliminary Study of Cancer Incidence among Dominican Immigrants in Washington Heights - $15,000. |
| 1991 - 1992 | Principal Investigator, ACS - NYC Division. Increasing Pap Smear Compliance Among Young Women in Northern Manhattan - $13,000. |
| 1991 - 1996 | Principal Investigator, NCI grant #5-T32-CA09529. Cancer Epidemiology, Biostatistics, Environmental Sciences Training Program - $2,538,595. |
| 1992 - 1993 | Co-Investigator, ACS - NYC Division. Dissemination of Cancer Screening and Prevention Guidelines Among Urban Community Physicians Through Educational Outreach. Principal Investigator, AR Ashford - $29,000. |
| 1992 - 1995 | Principal Investigator, on Columbia University subcontract, NCI grant #2-PO1-CA32617-09A1. Smoking, Diet and Other Risk Factors for Tobacco-Related Cancers. Principal Investigator, G. Kabat, American Health Foundation - $202,285. |
| 1992 - 1995 | Principal Investigator, NCI grant -R25-CA57905. Cancer Prevention Education Outreach in North Manhattan - $298,011. |
| 1993 - 1994 | Principal Investigator, subcontract from Cancer Prevention Research Institute. Colorectal Cancer and DNA Repair Markers - $10,000. |

3

**Alfred I. Neugut**
**Curriculum Vitae**

| | |
|---|---|
| 1993 - 2001 | Co-Investigator, CDC U64/CCU206822. A Prospective Study of Cervical Disease in HIV-Infected Women 5% effort on supplemental management project A. Management of Cervical intra-epithelial neoplasia in HIV-infected and non-infected women: A comparative study. Principal Investigator, T. Wright - $440,000 per year. |
| 1994 - 1999 | Co-Investigator, NCI grant P30-CA13696. Cancer Center Support Grant for Columbia Presbyterian Cancer Center, 10% effort. Principal Investigator, KH Antman $1.8 million per year. |
| 1995 - 1996 | Principal Investigator, NCI grant #P20-CA66224. Timing of Breast Cancer Surgery and Biopsy within the Menstrual Cycle: Effects on Recurrence and Survival - $19,839. |
| 1995 - 2005 | Co-Principal Investigator, NCI grant #U01-CA66572. Breast Cancer and the Environment on Long Island. Principal Investigator, M. Gammon $6,318,789. |
| 1995 - 1996 | Principal Investigator, NCI grant #P20-CA66224. Preliminary Studies for Columbia-HIP Minority Cohort Study (CHIPS) - $20,000. |
| 1995 - 1998 | Principal Investigator, on Columbia University subcontract, NCI grant #2-PO1-CA32617-09A2. Smoking, Diet and Other Risk Factors for Tobacco-Related Cancers. Principal Investigator, S. Stellman, American Health Foundation - $118,259. |
| 1996 - 1997 | Principal Investigator, Bristol-Myers/Squibb grant. Second Malignancies and Ovarian Cancer: Incidence, Therapy Effects, Clinical Characteristics, and Survival - $46,000. |
| 1996 - 1998 | Principal Investigator, on Columbia University subcontract, Wireless Technology Research grant. Cellular Telephone Use and Risk of Brain Tumors. Principal Investigator, J. Muscat, American Health Foundation - $72,000. |
| 1996 - 2001 | Principal Investigator, NCI grant #1-R25-CA66882. Breast Cancer Education in North Manhattan - $770,273. |
| 1996 - 2001 | Principal Investigator, NCI grant T32-CA09529. Training Program in Cancer Epidemiology, Biostatistics, Environmental Health Sciences - |
| 1997 - 1998 | Principal Investigator, Bristol-Myers/Squibb grant. Population-Based Study of Health Outcomes in Colorectal Cancer - $54,000. |
| 1997 - 2001 | Principal Investigator, supplemental award to NCI grant #3-P30-CA13696-2551 (K. Antman, PI). Studying Complications in Breast Cancer Survivors - Lung Cancer After Breast Cancer Radiotherapy - $235,980. |
| 1998 - 1999 | Co-Investigator, USAMRMC MP980014. Race/Ethnic Based Genetic Variations in Human Genes: Defining the Genetic Evidence for Disparity of Prostate Cancer Risk and Mortality Between Different Populations. Principal Investigator, J. Franklin - $49,840. |
| 1998 - 1999 | Co-Investigator, Columbia Clinical Trials Office. PTEN Mutations in Prostate Cancer; Pathologic Correlations and Clinical Significance. Principal Investigator, M.A. Rubin - $49,900. |
| 1998 - 1999 | Principal Investigator, Columbia University subcontract, New York City contract to Academic Medicine Development Corporation, New York Cancer Project. Principal Investigator, Maria Mitchell - $153,082. |
| 1998 - 2001 | Co-Investigator, USAMRMC BC972005. Cytochrome p450-17cx Polymorphism and Risk of Breast Cancer. Principal Investigator, H. Ahsan - $232,732. |
| 1998 - 2001 | Co-Principal Investigator, Robert Wood Johnson Foundation. Addressing Tobacco in Managed Care Program. Principal Investigator, D. Sadowsky - $500,000. |
| 1999 - 2000 | Co-Investigator, USAMRMC PC 991287. Assessment of Genetic Variations Among Different Ethnic/Racial Groups: An Explanation of Ethnic/Racial Disparities in Prostate Cancer Risk and Mortality. Principal Investigator, J. Franklin - $74,999. |

**Alfred I. Neugut**
**Curriculum Vitae**

| | |
|---|---|
| 1999 - 2002 | Principal Investigator, Gustavus and Louise Pfeiffer Research Foundation. The Patterns and Effectiveness of Advanced Ovarian Cancer Treatment in Elderly Women - $223,398. |
| 1999 - 2002 | Co-Director, Columbia Presbyterian Campus. NYPH Cancer Prevention Center - $675,000. |
| 1999 - 2002 | Principal Investigator, American Cancer Society TIOG-99-363-01-CPC. Dissemination of Colorectal Cancer Screening to Primary Care Physicians - $976,000. |
| 1999 - 2003 | Principal Investigator, Columbia University subcontract, NCI grant #RO1-CA81932, Tailored Communications for Colorectal Cancer Screening. Principal Investigator, C. Basch, Teachers College - $170,970. |
| 1999 - 2003 | Co-Principal Investigator, NIH grant #SO6-GM54650. Psychosocial Deterrents to Breast Cancer Screening in Three Ethnic Groups of Older Black Women. Principal Investigator, C. Magai, Long Island University - $1,551,631. |
| 1999 - 2007 | Principal Investigator, NYSDOH. Colorectal Cancer Screening and Prostate Cancer Education - $177,161. |
| 2000 - 2001 | Principal Investigator, Avon Products Foundation. Breast Cancer Research Program. Follow-up of breast cancer survivors in the elderly - $50,000. |
| 2001 - 2003 | Principal Investigator, American Cancer Society RSGHP-01-024-01-CCE. Effectiveness of Cancer Care in the Elderly - $622,000. |
| 2001 - 2003 | Co-Investigator, NCI grant R03-CA92748. Barrett's Esophagus Ablation with Celecoxib Trial. Principal Investigator, C. Lightdale - $100,000. |
| 2001 - 2003 | Co-Investigator, NCI grant R03-CA96422. Cognitive effects of breast cancer treatment. Principal Investigator, Felice Tager - $100,000. |
| 2001 - 2004 | Principal Investigator, NCI grant P20-CA91372. Cancer in Older Minority Populations - $375,000. |
| 2001 - 2006 | Principal Investigator, NCI grant K05-CA89155. Established Investigator Award in Cancer Prevention, Control, Behavioral and Population Research: Colorectal Cancer and Other Cancers of the GI Tract. $660,000. |
| 2001 - 2006 | Co-Principal Investigator, CDC grant #U57/CCU220685. Dissemination of Cervical Cancer Screening to Primary Care Physicians. Principal Investigator, Sherri Sheinfeld Gorin - $1,107,735. |
| 2002 - 2003 | Principal Investigator, Avon Products Foundation/ACS grant. Brooklyn Physicians Against Cancer: An Academic Detailing Project – $395,551. |
| 2002 - 2004 | Principal Investigator, Pfizer/Pharmacia-NYPH National Newsletter on Cancer Prevention - $200,000. |
| 2002 - 2005 | Co-Director, Columbia Presbyterian Campus. NYPH Cancer Prevention Center - $675,000. |
| 2002 - 2007 | Principal Investigator, NCI grant T32-CA09529. Training Program in Cancer Epidemiology, Biostatistics, Environmental Health Sciences – $1,936,098. |
| 2002 - 2007 | Principal Investigator, NCI grant R25 CA94061. Training Program in Cancer Related Populations Sciences - $2,052,258. |
| 2003 - 2014 | Associate Director and Program Leader, NCI grant P30-CA13696 (Dalla-Favera). Herbert Irving Comprehensive Cancer Center Support Grant - $1,300,000. |
| 2003 - 2004 | Principal Investigator, Cellular Telecommunications and Internet Association (CTIA) grant. The Mobile Phone Study: National Brain Cancer Rates and Mobile Phone Use - $48,000. |
| 2003 - 2005 | Co-Investigator, American Cancer Society grant RSGHP PBP-105710. Decision analysis of population screening for BRCA1/2 mutations. Principal Investigator, Victor Grann - $181,000. |
| 2003 - 2006 | Principal Investigator, Columbia University subcontract, NCI grant U10-CA101178. Fox Chase Cancer Center CCOP-Research Base Program. Principal Investigator, Paul Engstom - $2,805,791, subcontract $132,393. |

**Alfred I. Neugut**
**Curriculum Vitae**

| | |
|---|---|
| 2003 – 2008 | Principal Investigator, NCI U54 CA101598. Cancers in Older Minority Populations: Caribbean American Emphasis - $3,173,271. |
| 2003 – 2008 | Co-Principal Investigator, NCI U54 CA101388. Cancers in Older Minority Populations: Caribbean American Emphasis. Principal Investigator, Carol Magai - $4,330,399. |
| 2003 - 2006 | Co-Investigator, NCI R01 CA80197. The Jerusalem Perinatal Study. Principal Investigator, Susan Harlap - $1,452,622. |
| 2003 - 2006 | Principal Investigator, Columbia University subcontract, NCI N01-CN-35159 Phase 1 and 2 Clinical Trials of Chemopreventive Agents. Principal Investigator, Scott Lippman, M.D. Anderson Cancer Center. |
| 2003 - 2004 | Principal Investigator, Columbia University subcontract, NCI N01-CN-17103 Early therapeutics development with phase 2 emphasis. Principal Investigator, E. Lesser, Montefiore Medical Center |
| 2005- 2007 | Principal Investigator, American Cancer Society grant RSGT-01-02404-CPHPS. Effectiveness of Cancer Care in the Elderly - $623,000. |
| 2005- 2017 | Principal Investigator, Department of Defense Breast Cancer Center of Excellence Award BC043120. Racial disparities in the initiation and intensity of adjuvant therapy for breast cancer - $9,966,608. |
| 2006-2008 | Co-Investigator, NCI R21 CA114064. Columbia-GHI Consortium for Claims-based Cancer. Principal Investigator, S. Stellman - $275,150. |
| 2007-2008 | Principal Investigator, NYSDOH Colorectal Cancer Sceening and Prostate Cancer Education Initiative for Bronx County - $50,000. |
| 2007-2009 | Co-Investigator, Komen Foundation. Post-Treatment Care of Latina Breast Cancer Survivors. Principal Investigator, D. Hershman - $300,000. |
| 2007-2011 | Co-Investigator, Columbia University subcontract, NCI R01 CA124924, Using Physiologic Age to Predict Chemotherapy Toxicity. Principal Investigator, J. Mandelblatt - $304,638 (Columbia University Subcontract). |
| 2007-2012 | Principal Investigator, NCI grant R25 CA94061. Training Program in Cancer Related Populations Sciences - $2,445,223. |
| 2008-2010 | Co-Principal Investigator, American Cancer Society grant RSG 08-009-01-CPHPS. Adjuvant Breast Cancer Therapies  - Racial Variations in Care and Survival. Principal Investigator, D. Hershman - $715,327. |
| 2008-2013 | Principal Investigator, NCI grant T32-CA09529. Training Program in Cancer Epidemiology, Biostatistics, and Environmental Health Sciences – $2,235,920. |
| 2008-2013 | Principal Investigator, NYSDOH. Breast Cancer Screening, Colorectal Cancer Screening and Prostate Cancer Education - $250,000/yr. |
| 2008-2012 | Co-Investigator, NCI grant R01 CA134964. Determinants and risks of use and overuse of expensive drugs. Principal Investigator, D. Hershman - $639,600. |
| 2009-2010 | Principal Investigator, Brain Tumor Foundation. MRI Early Detection Program – $48,210. |
| 2009-2010 | Principal Investigator, Herbert Irving Comprehensive Cancer Center Pilot Grant. Adherence to hormonal therapy in breast cancer: an intervention trial - $75,000. |
| 2009-2010 | Principal Investigator, NCI grant U54 CA1015978-0551. ARRA Supplement to Cancer in Older Minority Populations: Caribbean American - $94,270. |
| 2009-2014 | Co-Investigator, American Cancer Society grant RSGT-09-012-01-CPPB. Promoting CRC screening in a hard-to-reach, low-income minority population. Principal Investigator, CE Basch - $1,975,355. |
| 2010-2011 | Principal Investigator, Women at Risk. Use of urinary biomarkers for detecting drug adherence with aromatase inhibitors in women with early stage breast cancer. - $20,000. |

**Alfred I. Neugut**
**Curriculum Vitae**

| | |
|---|---|
| 2010-2013 | Principal Investigator, Department of Defense Prostate Cancer Research Program Health Disparity Research Award – Established Investigator PC094372. Racial Disparities in Palliative Care for Prostate Cancer. $450,000. |
| 2010-2013 | Principal Investigator, NCI grant D43 CA153715. Columbia-South Africa Training Program for Research on HIV-Associated Malignancies - $1,465,971. |
| 2010-2014 | Subcontract Principal Investigator, R01 HS0197670. Comparative Effectiveness of Surgical Treatments for Lung Cancer in Elderly. Principal Investigator, J Wisinevsky, Mt. Sinai Medical Center - $255,457. |
| 2011-2015 | Principal Investigator, Conquer Cancer Foundation of ASCO-Komen Foundation Improving Cancer Care Grant. Text Messaging to Reduce Early Discontinuation of Adjuvant Hormonal Therapy in Breast Cancer: A Randomized Trial - $1,350,000. |
| 2012-2015 | Principal Investigator, American Cancer Society grant RSGT-11-012-01-CPHPS. The relationship between insurance and cancer-related prescription drug use. - $589,812. |
| 2012-2017 | Principal Investigator, NCI grant R25 CA94061. Training Program in Cancer Related Populations Sciences - $2,437,354. |
| 2013-2017 | Co-Investigator, NCI grant CA169121. The Influence of Hospital Variability on the Management of Cancer-Associated Complications. Principal Investigator, JD Wright - $1,660,000. |
| 2013-2016 | Co-Investigator, NCI grant R01 CA186084. Using SWOG-Medicare database to evaluate long-term toxicities of cancer survivors. Principal Investigator, DL Hershman - $1,230,000. |
| 2013-2014 | Principal Investigator, NCI grant D43 CA153715. Columbia-South Africa Training Program for Research on HIV-Associated Malignancies (supplement) - $250,000. |
| 2014-2019 | Principal Investigator (Multi-PI Schwartz (Contact), Lassman), NCI grant UM1 CA189960. Columbia University Minority/Underserved Site NCI Community Oncology Research Program - $3,275,000. |
| 2014-2019 | Associate Director, NCI grant P30-CA13696 (Stephen Emerson).Herbert Irving Comprehensive Cancer Center Support Grant - $2,370,450. |
| 2014-2017 | Principal Investigator, Brain Tumor Foundation. Brain Tumor Early Detection Study - $746,476. |
| 2014-2015 | Co-Investigator, Herbert Irving Comprehensive Cancer Center Pilot Grant. Gut Microbiota, Butyrate, Inflammation and Physical Activity: A Pilot Study among Individuals at High Risk for Colorectal Cancer. Principal Investigators, H Greenlee, B Williams - $75,000. |
| 2015-2019 | Co-Investigator, American Cancer Society Mentored Research Scholar Grant. Dietary Intake and Obesity in Children with Acute Lymphoblastic Leukemia. Principal Investigator, EJ Ladas - $729,000. |
| 2015-2020 | Principal Investigator (Multi-PI Joffe (Contact), Jacobson, Ruff), NCI grant R01 CA192627. HIV's Effects on Breast Cancer Treatment and Outcomes in South Africa - $1,450,359. |
| 2015-2017 | Principal Investigator, supplemental award to promote cancer prevention and control research in LMIC countries to NCI grant #P30-CA13696 (S. Emerson, PI). Palliative care and end-of-life issues among cancer patients in Soweto, South Africa - $260,000. |
| 2015-2017 | Principal Investigator, New York State Department of Health Prostate Cancer Hypothesis Development Grant, Impact of HIV on the Burden of Prostate Cancer in South Africa - $89,584 |
| 2016-2018 | Principal Investigator, supplemental award for Pilot Program on Aging, HIV, and Outcomes in Non-AIDS Defining Cancers in Sub-Saharan Africa to NCI grant #P30-CA13696 (S. Emerson, PI) - $399,082 |
| 2017-2022 | Principal Investigator (Multi-PI Terry), NCI grant T32 CA094061-16. Training program in cancer-related population sciences - $1,349,804. |

**Alfred I. Neugut**
**Curriculum Vitae**

| | |
|---|---|
| 2017-2018 | Mentoring PI (Multi-PI Madiba, Sartorius), pilot grant from Pilot Program on HIV, Aging, and Outcomes in Non-AIDS Defining Cancer in Sub-Saharan African (P30 CA13696). HIV, aging and colorectal cancer among black patients in a hyperendemic HIV setting, KwaZuluNatal, South Africa - $30,000. |
| 2017-2020 | Co-investigator (Multi-PI Graham, Ruff, Black), Brisol-Myers Squibb Foundation Secure the Future Lung Cancer Programme. Centre of Respiratory Excellence (CORE), Gauteng - $1,500,000. |

## ADMINISTRATIVE RESPONSIBILITIES

| | |
|---|---|
| 1985 - 1992 | Division of Cancer Control, Columbia University Comprehensive Cancer Center, Medical Director of Columbia Tumor Registry. |
| 1986 - 1992 | Presbyterian Hospital Cancer Committee, Member. |
| 1988 - 1989 | Division of Cancer Control, Columbia University Comprehensive Cancer Center, Director of "Test for Life" Colorectal Cancer Screening Program. |
| 1988 - 1989 | Columbia University Comprehensive Cancer Center, Co-Deputy Director for Cancer Control and Regional Activities. |
| 1989 - 1991 | Columbia University Comprehensive Cancer Center, Deputy Director for Cancer Epidemiology and Prevention. |
| 1990 - 1991 | Environmental Sciences Search Committee, Member. |
| 1990 - 2005 | Director, Columbia University Seminar on Cancer. |
| 1990 - 2003 | Columbia University Comprehensive Cancer Center, member of ACS Institutional Research Grant Committee. |
| 1991 - 1992 | Columbia University Comprehensive Cancer Center, Associate Director for Cancer Etiology, Prevention, and Control. |
| 1992 - 1993 | Presbyterian Hospital Autopsy Committee, member. |
| 1993 - 1998 | Columbia-Presbyterian Cancer Center, Head of Working Group on Cancer Prevention and Control. |
| 1993 - 1999 | Columbia-Presbyterian Cancer Center, Head of Working Group on Gastrointestinal Tract Cancers. |
| 1993 - 1995 | School of Public Health Steering Committee, member. |
| 1994 - 1995 | Faculty Council of the Faculty of Medicine, member. |
| 1995 - 1999 | Member, Columbia-Presbyterian Cancer Center Protocol Review Committee. |
| 1996 - 2011 | Head, Epidemiology Faculty Appointments and Promotions Committees. |
| 1999 - Present | Head, Prevention, Control and Disparities Program, Herbert Irving Comprehensive Cancer Center. |
| 1999 - Present | Member, Executive Committee of the Department of Medicine. |
| 2001 - 2002 | Member, Avon Products Foundation Professorship Search Committee |
| 2002 - 2011 | Chair, Committee on Appointments and Promotions, Department of Epidemiology. |
| 2002 - Present | New York Presbyterian Hospital, Member of Advisory Committee for Celiac Disease Center. |
| 2004 - Present | Associate Director for Population Sciences, Herbert Irving Comprehensive Cancer Center. |
| 2004 - 2005 | Member, Urology Chair Search Committee, Herbert Irving Comprehensive Cancer Center. |
| 2005 - 2007 | Member, Search Committee for Mieczyslaw Finster Professor of Anesthesiology and Epidemiology. |
| 2007 - Present | Member, Department of Medicine, Standing Committee on Recruitment and Retention for Clinical and Epidemiology Research. |
| 2008 - 2009 | Chair, Environmental Health Sciences Chair Search Committee. |
| 2010 - 2011 | Member, Search Committee for Director of Bone Marrow Transplant Unit. |
| 2012 - | Member, Committee on Appointments and Promotions, Department of Epidemiology |

**Alfred I. Neugut**
**Curriculum Vitae**

| | |
|---|---|
| 2016- | Member, Cancer Scientist Search Committee, P&S |
| 2017- | Member, Internal Advisory Committee, Brain Tumor SPORE |

## TEACHING EXPERIENCE AND RESPONSIBILITIES:

Courses Taught, Primary Instructor
P8414 - Cancer Epidemiology, 15-40 students, 1982-2016
P8401 - Pharmacoepidemiology, 25 students, 1995-1998
P9480 - Epidemiology Colloquium, 50 students, 1992
G4500 – Cancer Biology II, Department of Pathology, 7-15 students, 2010 –2013
EPIC, Cancer Epidemiology, Department of Epidemiology, 8-12 students, 2011- 2017

Courses Taught, Preceptor or Lecturer
First Year Medical School Epidemiology, Preceptor, 20-25 students, 1983-1990.
Abnormal Human Biology, Oncology Preceptor, 20-25 students, 1986-1996, 2000-2004.
Pathophysiology for Occupational and Physical Therapy, Lecturer, 50-75 students, 1985-.
P6729 - Preventive Medicine and Public Health, Lecturer, 25-35 students, 1987-2007.
Institue of Human Nutrition, Nutrition and Chronic Disease, Lecturer, 50 students, 2008-
The Body in Health and Disease, Hematology/Oncology Lecture on Cancer Screening, 2011

Clinical Teaching
Ward Attending, Medical Service, 1-2 months/year, 1983-.
Oncology Consult Attending, 1-2 months/year, 1983-.
Oncology Consult Attending, Harlem Hospital Center, 4-6 months/year, 1993-2006
Oncology Fellow Course, Study Design and Epidemiology, 10-12 lectures, 2015, 2017.

Graduate Student Supervision
Doctoral Advisor
1995 - Judith S. Jacobson, Dr.P.H., Epidemiology. Associate Professor of Epidemiology, Columbia.
1996 - Jeanne Mandelblatt, Ph.D., Epidemiology, pending. Professor of Oncology and Medicine,
Director of the Division of Health Outcomes and Health Behavior, and Associate Director for
Population Sciences for the Lombardi Cancer Center at Georgetown University Medical School
1996 - Ilene Prokup, Dr.P.H., Epidemiology, pending, Associate Professor of Nursing, Kutztown
University, Pennsylvania
1999 - Mary Beth Terry, Ph.D., Epidemiology. Professor of Epidemiology, Columbia.
2005 - John Doyle, Dr.P.H., Epidemiology, Vice President of Quintiles Consulting

M.S./M.P.H. Advisor (selected)
1983 - Christine Johnsen, M.P.H., Epidemiology
1988 - Salvador Pita, M.P.H., Epidemiology
1990 - Sarah Garrison, M.P.H., Epidemiology
1991 - Jose Guillem, M.P.H., Epidemiology
1992 - Clark Chen, M.S., Epidemiology
1993 - Jason Santos, M.P.H., Epidemiology
1994 - Ghada Sherif, M.S., Epidemiology
1995 - Sungmin Suh, M.S., Epidemiology
1996 - Zareen Khan, M.P.H., Epidemiology
1996 - Greg Hocking, M.P.H. Epidemiology
1997 - David J. Rosenberg, M.P.H., Epidemiology
1997 - John Doyle, M.P.H., Epidemiology
1998 - Beverly Insel, M.P.H., Epidemiology

9

**Alfred I. Neugut**
**Curriculum Vitae**

2001 - Pierre Krakiewicz, M.P.H. Epidemiology
2001 - Susan Sweeney, M.P.H. Epidemiology
2001 - Melissa Carlson, M.P.H. Epidemiology
2009 - Yin Cao, M.P.H. Epidemiology
2009 - Sophie Rousseau, M.P.H., Epidemiology (Ecole Hautes d'Etude Sante Publique, Paris)
2012 –Stephen J. Mooney, M.P.H., Epidemiology

Doctoral Committees
1989 - Robert Macklin, Dr.P.H., Environmental Science
1990 - Wendy Huebner, Ph.D., Epidemiology
1993 - Dale Glasser, Ph.D., Epidemiology
1993 - Immaculata DeVivo, Dr.P.H., Environmental Sciences
1994 - John Luo, Dr.P.H., Environmental Sciences
1996 - Lori Mosca, Dr.P.H., Epidemiology
1997 - Peter Kanetsky, Ph.D. Epidemiology
1998 - Bu Tian Ji, Dr.P.H, Epidemiology
1999 - Emanuela Taioli, Dr.P.H., Epidemiology
2000 - Andrew Rundle, Dr.P.H., Environmental Health Sciences
2000 - Susan Teitelbaum, Ph.D., Epidemiology
2001 - Tamara Do, Ph.D., Environmental Health Sciences
2001 - Joshua Fogel, Ph.D., Clinical Psychology (Yeshiva University)
2001 - Nandita Mitra, Ph.D., Biostatistics
2001 - Joshua Muscat, Ph.D., Epidemiology (New York University)
2002 - Sybil Eng, Ph.D., Epidemiology
2002 - Paul Terry, Ph.D., Epidemiology
2002 - Regina Zimmerman, Ph.D., Epidemiology
2002 - Lydia Zablotska, Ph.D., Epidemiology 2002
2003 - Sandro Galea, Ph.D., Epidemiology
2004 - Julie Kranick, Epidemiology
2005 - Elizabeth Kaufman, Ph.D., Epidemiology
2007 - Sylvia Taylor, Ph.D., Epidemiology,
2007 - Ai Kubo, Ph.D., Epidemiology
2007 - Heather Greenlee, Ph.D., Epidemiology
2010 - Heidi Mochari, Ph.D., Epidemiology
2012 - Russell McBride, Ph.D., Epidemiology
2011 – Meghan Work, Ph.D., Epidemiology, pending
2011 - Joseph Jaeger, Dr.P.H., Epidemiology
2012 - George Friedman-Jimenez. Dr.P.H., Epidemiology
2013 - Dariush Nasrollahzadeh Nesheli, Ph.D., Epidemiology, Karolinska Institute, Sweden
2015 - Gene Pesola, Ph.D., Epidemiology
2015 - Laura Reimers Iadeluca, Ph.D., Epidemiology
2016 - Stephen J. Mooney, Ph.D., Epidemiology
2016 - Nathalie Mehler-Horowicz, Ph.D., Epidemiology

| Post-doctoral trainees | | | | |
|---|---|---|---|---|
| **Name** | **Years** | **Institution/Degree/Year** | **Research Project Title** | **Current Position/ Support** |
| Garrison, Susan | '89-'91 | Columbia U., MSPH MPH '91 College of Physicians & | Study of cancer among Dominican | Associate Professor of Medicine, Albert |

**Alfred I. Neugut**
**Curriculum Vitae**

|  |  | Surgeons, MD '88 | immigrants in Washington Heights, NY | Einstein College of Medicine, NY |
|---|---|---|---|---|
| Lee, Won Chul | '89-'91 | Catholic U., Korea, M, PhD | Risk factors for colorectal adenomas and cancer | Professor of Preventive Medicine Catholic U., Korea |
| Mosca, Lori | '91-'92 | Columbia U., MSPH MPH '92 SUNY at Syracuse, MD '84 | Physical activity and colorectal neoplasia | Professor of Medicine, Columbia U. |
| Ahsan, Habibul | '93-'95 | U. of Western Australia, M Med Sc '92 U of Dhakar, MBBS '88 | Studies on second malignancies/ brain tumors | Professor of Health Studies, Human Genetics, U. of Chicago |
| Sherif, Ghada | '93-'94 | Columbia U., MS '94 Cairo U., Egypt '90 M.B.B.Ch. | Coronary artery disease and colorectal cancer | Epidemiologist NCI of Egypt |
| Grann, Victor R. | '95-'97 | Columbia MSPH, MPH '97 New York Medical, MD '62 Yale, BA | Decision analysis for women at high risk for breast cancer | Professor of Medicine and Epidemiology emeritus, Columbia U. |
| Davidow, Amy | '94-'95 | NYU, PhD '89 Tufts U, BA '80 | Development and application of biostatistical methods | Associate Professor of Preventive Medicine (Biostatistics), UMDNJ |
| Rosenberg, David | '94-'97 | Columbia U., MSPH MPH '97 SUNY Downstate, MD '91 CUNY, BA '87 | Coronary heart disease and diabetes mellitus and the risk of prostate cancer | Director of Evidence-based Medicine, Associate Professor of Medicine, Hofstra Northwell |
| Sharir, Sharon | '97-'99 | Columbia U., MSPH MPH '99 U. of Toronto, MD'95, BS '91 | Prognostic significance of p27 and Ki-67 in prostate cancer after prostatectomy | Associate Professor of Urology, University of Toronto |
| Sheinfeld Gorin, Sherri | '97-'99 | U. of Michigan, PhD '96 U. of Pennsylvania, MS '82 | Uptake of screening recommendations among physicians |  |

Alfred I. Neugut
Curriculum Vitae

| Sundararajan Vijaya | 98-'00 | U. North Carolina, MPH '96<br>U. of Oklahoma, MD '89<br>U. of Oklahoma, BA '85 | Preference of high risk women for prophylactic surgery | Professor of Medicine, University of Melbourne School of Medicine, Melbourne |
|---|---|---|---|---|
| Hershman, Dawn | '97-'01 | Columbia U., MSPH, MS '01<br>Albert Einstein ., MD '94<br>UCLA, BA '87 | Cancer survivorship, racial disparities in chemotherapy for cancer | Professor of Medicine and Epidemiology, Columbia U. |
| Chen, Allen | '01-'03 | Columbia U., MSPH, MS '03<br>Columbia U., MD '97<br>Harvard College, BA '93 | PSA levels among Afro-Caribbean immigrant populations | Assistant Professor of Medicine and Assistant Attending Physician, NYU |
| Honda, Keiko | '02-'05 | NYU., PhD. '02<br>NYU., MPH '99 | Identifying psychosocial pathways to cancer screening behaviors | |
| Matasar, Matthew | '03-'05 | Columbia U., MSPH MS '05<br>Harvard U., MD '01<br>Harvard U., AB '96 | Impact of dose density of 5-FU therapy on survival in colon cancer. | Assistant Professor on Lymphoma Service at MSKCC |
| Crew, Katherine | '03-'05 | Columbia U., MD , MS '05 Brown University, BS '94 | Polyphenon E and breast cancer prevention | Associate Prof of Medicine and Epidemiology, Columbia U. |
| Greenlee, Heather | '04-07 | Columbia U, MSPH, Ph.D. (P)<br>Univ of Washington, MPH '03<br>Bastyr U., ND '99<br>University of Washington, BA | Complementary and Alternative Medicine Use among Long Island Breast Cancer Study Cases | Assistant Professor of Epidemiology MSPH, Columbia |
| Link, Lilli B. | '02- 05 | Cornell U., MS '02<br>Univ of Chicago, MD., '94<br>Wesleyan U. BA 89 | Hippocrates Follow-up Study - feasibility and effects of a raw food diet | Private practice |
| Zojwalla, Naseem | '01-'03 | Temple U., MD, '98<br>Stanford, BA '94 | Hormone Receptor Status and Breast Cancer | Pharmaceutical industry |

**Alfred I. Neugut**
**Curriculum Vitae**

| Abrams, Julian | '05-07 | Mt Sinai MD, '00 University of Penn., BA, '94 | Inflamatory liver disease and liver mets. | Assistant Professor of Medicine and Epidemiology, Columbia |
|---|---|---|---|---|
| Hall, Michael | '05-06 | Columbia BA '93; MD '99 U of Chicago, MHS, '05 | Analysis of BRCA and DNA repair data | Associate Professor of Medicine and Clinical Genetics, Fox Chase Cancer Center |
| Strauss, Joshua | '08-09 '14-15 | Einstein MD '09; Penn BA '05 | GI cancer treatments and outcomes | Private practice |
| Lebwohl, Benjamin | '08-10 | Columbia MD '03, MS '10 Harvard BA '99 | Quality of colonoscopy performance and prep | Assistant Professor of Medicine and Epidemiology, Columbia |
| MacDonald, Alicia | '09-'12 | Pittsburgh PhD '09 | Viruses and cancer in HIV patients | Assistant Professor of Epidemiology, Penn State University |
| Lasheen, Wael | '09-'12 | Cairo University MBBS '95 | Palliative care and racial disparities among cancer patients | Case Western Reserve, Research Scientist |
| Brouse, Corey | '09-'11 | Teachers College EdD '03; University of New Hampshire BS '99 | Promotion of colonoscopy among the underserved | Associate Professor, Montclair State |
| Becker, Daniel | '09-'10 | NYU MD '04; Yale BA '00 | Health outcomes studies in the treatment of colorectal cancer | Assistant Professor of Clinical Medicine, NYU |
| Sharaiha, Reem | '10-'11 | University of London MBBS '03 | Studies on GI tract tumors | Assistant Professor of Gastroenterology, Cornell |
| Winner, Megan | '10-'12 | Washington University in St. Louis MD '07; BA '02 | Studies on benign and malignant tumors of the pancreas | Instructor in Surgery, SUNY Stony Brook |
| Vin-Raviv, Neomi | '11-'14 | University of Haifa PhD '11 | Studies on PTSD and cancer | |

13

**Alfred I. Neugut**
**Curriculum Vitae**

| Khanna, Lauren | '12-'14 | Harvard MD '07; Princeton BA "02 | Disparities in pancreatic cancer | Assistant Professor of Gastroenterology, NYU |
|---|---|---|---|---|
| Oberstein, Paul | '12-'13 | Ohio State MD '06; University of Maryland BA '02 | Translational studies in pancreatic cancer | Assistant Professor of Medicine, Columbia |
| Tsui, Jennifer | '12-'14 | UCLA PhD '12; Columbia MPH '05; UC Berkeley BA '03 | Insurance and health outcomes studies | Assistant Professor of Public Health, Robert Wood Johnson |
| Sardo Molmenti, Christine | '13-'15 | Arizona PhD '13; Minnesota MPH '94; Ohio State BA '92 | Diet, obesity, chemoprevention, colorectal cancer | Assistant Professor of Public Health, Hofstra |
| Kahn, Justine | '15- | Mt. Sinai MD '10; Barnard BA '05 | Pediatric cancer and adherence, SES | Instructor in Pediatric Oncology |
| Leng, Siyang | '16- | SUNY Downstate MD '09; Cornell BS '05 | Health outcomes for myeloma and plasma cell dyscrasias | Instructor in Medical Oncology |
| Joffe, Lenat | '16- | Sackler MD '10; NYU BA '06 | Outcomes research in pediatric oncology | Pediatric oncology fellow |
| Kwon, Sung (Steve) | '16- | Washington MPH '11; Illinois MD '07; Illinois BS '03 | Outcomes research in surgical oncology | Postdoctoral fellow Epidemiology |
| O'Neil, Daniel | '17- | Harvard MPH '16; Einstein MD '12; Cornell BS '06 | Outcomes and global research | Medical Oncology Fellow |

Mentor For Career Development
Victor R. Grann, M.D., M.P.H. - ACS Career Development Award - 1999-2004
Mary Beth Terry, Ph.D., K07 - 2001-2006
Dawn L. Hershman, M.D., M.S. - K07 - 2002-2007
Andrew Rundle, Ph.D. - K07 - 2003-2008
Donna Shelley, M.D., M.P.H. - K01 CDC 2005-2008
Benjamin Spencer, M.D., M.P.H. - DoD Physician Research Training Award - 2006-2011
Michael AJ. Hall, M.D., M.H.S. - ACS Career Development Award - 2007-2012
Abby Siegel, M.D. - K12 2008-2011, K23- 2010-2015
Heather Greenlee, N.D., Ph.D. - K12 - 2008-2011, K23 – 2009 – 2014 (Co-Mentor)
Katherine Crew, M.D., M.S. - ACS Career Development Award - 2008-2013 (Co-Mentor)
Julian A. Abrams, M.D., M.S. - FAMRI Career Development Award - 2008-2011;K07-2008-2013
Rose Lai, M.D., M.Sc. – K07 – 2008-2013

**Alfred I. Neugut**
**Curriculum Vitae**

Daniel Becker, M.D. – ASCO Young Investigator Award – 2010-2011
Fay Kastrinos, M.D., M.P.H. –K07 – 2010-2015
Rachel Shelton, Ph.D. – KL2 – 2012-2014; ACS Career Development Award – 2013-2018
Benjamin Lebwohl, M.D., M.S.-KL2 -  2011-2013; AGA Research Scholar Award 2014-2017
Paul E. Oberstein, M.D. – ASCO Young Investigator Award, 2013-2014
Elena Ladas, Ph.D.- ACS Career Development Award 2015-2019
Pamela Valera, Ph.D. – K22 – 2015-2018
Daniel Freedberg, MD – KL2 – 2015-2017 (Co-mentor)

## OTHER PROFESSIONAL ACTIVITIES:

Editorial Boards

Editorial Advisory Board, Cancer Epidemiology, Biomarkers, and Prevention,1990-1998; Associate Editor, 1998-2006.
Editorial Board, Integrative Cancer Therapies, 2002-Present.
Editorial Board, Journal of Clinical Oncology, 2004-2006.
Editorial Board, Section Chief for Epidemiology and Prevention, Cancer Investigation, 2005-.

Manuscript Reviewer

American Journal of Epidemiology, American Journal of Gastroenterology, American Journal of Medicine, American Journal of Public Health, Anti-Cancer Drugs, BMJ, Breast Cancer Research, Breast Cancer Research and Treatment, British Journal of Cancer, Cancer, Cancer Causes and Control, Cancer Control, Cancer Epidemiology Biomarkers and Prevention, Cancer Investigation, Cancer Medicine, Cancer Research, Chronic Diseases in Canada, Clinical Cancer Research, Clinical Gastroenterology and Hepatology, Consultant, Digestion, Digestive Diseases and Sciences, Diseases of the Colon and Rectum, Epidemiologic Reviews, Epidemiology, European Journal of Cancer, European Journal of Epidemiology, Gastroenterology, Gastrointestinal Endoscopy, Gut, Integrative Cancer Therapies, International Journal of Cancer, International Journal of Epidemiology, International Journal of Radiation Oncology Biology and Physics, Italian Journal of Gastroenterology and Hepatology, Journal of the American Geriatrics Society, Journal of the American Medical Association, JAMA Oncology, Journal of Cancer Epidemiology, Journal of Cancer Survivorship, Journal of Chronic Disease, Journal of Clinical Oncology, Journal of Global Oncology, Journal of Laboratory and Clinical Medicine, Journal of the National Cancer Institute, Journal of Occupational Medicine, Journal of Oncology Practice, Journal of Urban Health, Lancet Oncology, Nature Reviews Clinical Oncology, New England Journal of  Medicine, New York State Journal of Medicine, Nutrition and Cancer, Oncology (Switzerland), Oncotarget, PLOS One, Seminars in Oncology, Southern Medical Journal, Supportive Care in Cancer, Surgical Endoscopy, The Oncologist, Therapeutic Advances in Gastroenterology

Committees

Federal

NCI, National Occupational Cancer Control Clinical Network, 1984-1985.
Office of Technology Assessment, U.S. Congress, paper reviewer, 1993-1994.
NCI, Board of Scientific Advisors, ad hoc Cancer Control Program Review Group, 1996-1997.
FDA, Center for Devices and Radiological Health, Orthopedic and Rehabilitation Devices Panel, adhoc Orthopedics Spinal Device Panel, July 2010.
NCORP Minority/Underserved site representative to the NCI Cancer Care Delivery Research Steering Committee. 2015-

State/Local

New York City Department of Environmental Protection, Citizens Advisory Committee of the Greenpoint/Williamsburg Environmental Benefits Program, advisor to Health Subcommittee, 1994-1995.
New York State Department of Health, Commissioner's Expert Advisory Panel on

**Alfred I. Neugut**
**Curriculum Vitae**

Cancer Screening Guidelines, 1994-1995.

New York State Comprehensive Cancer Control Data and Surveillance Goal Development team, 2002-2003.

New York City Department of Health and Mental Hygiene, Citywide Colorectal Cancer Control Coalition, Co-Chair of Research Committee, 2003-.

Study Sections

NCI, Special Review Committee for Yale CPRU, August 1988.

NCI, Special Review Committee for Chemoprevention Trials RFA, March 1989.

NCI, Ad Hoc Contracts Technical Review Group for SEER, June, 1989.

NCI, Special Review Committee for Program Project Grant, February 1990.

ACS, Scientific Advisory Committee on Clinical and Cancer Control Investigations I - Epidemiology, Diagnosis and Therapy, 1992.

National Cancer Institute, Site Visit Team for New York University Program Project Grant, May 1994.

National Cancer Institute, Site Visit Team for Wake Forest Cancer Center, October 1994.

National Cancer Institute, Special Emphasis Panel, Nutrition Study Section, October 1994.

National Cancer Institute, Special Review Committee for RFA 95-CA-004 on Breast Cancer Surveillance, July 1995.

National Cancer Institute, Special Review Committee for RFA 95-CA-18 on Cancer Prevention Research Units, March 1996.

National Cancer Institute, Site Visit Team for UCLA Program Project Grant, February 1997.

National Cancer Institute, Ad Hoc Member of Epidemiology and Disease Control-2 Study Section, June 1997.

National Cancer Institute, Special Review Committee for RFA 97-CA-004 on Cancer G Genetics Networks, January 1998.

National Cancer Institute, Ad hoc member of Scientific Review Committee E, July 1998.

California Cancer Research Program, member of Biomedical Study Section, October 1998.

Middle East Cancer Consortium Small Grants Program, reviewer, January - February 1999.

National Cancer Institute, Ad hoc member of Scientific Review Group E, April 1999, December 1999.

National Cancer Institute, Cancer Genetics Network Pilot Projects Review Team, Chair, May 1999.

California Cancer Research Program, member of Epidemiology Study Section, February 2000.

National Cancer Institute, Site Visit Team for Norris Comprehensive Cancer Center, University of Southern California, June 2000.

National Cancer Institute, Ad hoc member of Scientific Review Group SNEM-3, August 2000.

National Cancer Institute, Ad hoc member of Scientific Review Group SNEM-2, November 2000.

National Cancer Institute, Special Emphasis Panel for SNEM-1, Chair, April 2001.

California Cancer Research Program, member of Epidemiology Study Section, January 2002.

National Cancer Institute, Special Emphasis Panel for SNEM-5, Member, March 2002.

National Cancer Institute, Special Emphasis Panel for SNEM-4 Member, April 2002.

National Cancer Institute, Member of Epidemiology and Disease Control-2 Study Section, July 2002-June 2006.

National Cancer Institute, Site Visit Team for Norris Comprehensive Cancer Center, University of Southern California, May 2005.

**Alfred I. Neugut**
**Curriculum Vitae**

American Cancer Society, Member of Cancer Control and Prevention Peer Review Committee in
  Psychosocial and Behavioral Research, January 2006-December 2010.
National Cancer Institute, Site Visit Team for Yale University Cancer Center, October 2006.
National Cancer Institute, Member of Special Emphasis Panel for PAR 07-230, Minority Institutions/
  Cancer Center Initiatives, June 2007.
National Cancer Institute, Member of Special Emphasis Panel/Scientific Review Group 2009/10 ZRG1
  PSE-J for RFA OD 09-003, Challenge grants Panel, June 2009.
Department of Defense, Congressionally Directed Medical Research Programs, Prostate Cancer
  Reseaerch Program Peer Review, 2009-2013.
National Cancer Institute, Member of Special Emphasis Panel for PAR Cancer Health Disparities ZRG1
  OBT-Z, March 2010.
National Institutes of Health, Member of Review Panel for Director's Opportunity 5 Theme Hematology
  and Cardiovascular-Respiratory Sciences, (OD-10-005), June 2010.
National Institutes of Health, Site Visit Team for Norris Comprehensive Cancer Center, University of
  Southern California, June 2010.
National Institutes of Health, Site Visit Team for Helen Diller Family Comprehensive Cancer Center,
  University of California San Francisco, January 2012.
National Cancer Institute, Member of Special Emphasis Panel for PAR 11-156 Cancer Health
  Disparities and Diversity in Basic Cancer Research ZRG1 OBT-A (55) R, March 2012.
National Institutes of Health, Member of Special Emphasis Panel for PAR-10-278 Global Research
  Initiative program, AIDS and AIDS-Related Research ZRG1 AARR-K (95) S, August 2012.
National Cancer Institute, Member of Subcommittee I – Transition to Independence, June 2014.
National Institutes of Health, Member of Special Emphasis Panel/Scientific Review Group
  Neurological, Aging and Musculoskeletal Epidemiology Committee, Ocotber 2014.
National Cancer Institute, Member of Special Emphasis Panel for PAR-13-081 2015/05 ZCA1
  SRB(M3)-S Bridging the Gap between Cancer Mechanism and Population Science,
  January 2015
National Institutes of Health, Site Visit Team for Norris Comprehensive Cancer Center,
  University of Southern California, June 2015.
National Institutes of Health, Site Visit Team for Moffitt Cancer Center, Tampa FL, May 2016.

Private/Foundation

Cancer and Leukemia Group B, Cancer Control Science Committee, 1987-1991.
American Society of Preventive Oncology, Long-range Planning Committee, 1988.
U.S.- Israel Binational Science Foundation, grant reviewer, 1989-1990.
American Society of Preventive Oncology, Chairman, Publications Committee, 1989-1990.
Cancer and Leukemia Group B, Epidemiology Working Group, 1989-1991.
American Association of Cancer Institutes, Policy Advisory Committee, Centralized Cancer Patient
  Data System, 1989-1991.
CHEMOcare, Board of Trustees, 1991-Present.
American Association of Cancer Research representative to the LaSalle D. Leffall, Jr. Award
  Committee, 1991.
Institute of Medicine, National Academy of Sciences, Committee for Review of the Health Effects on
  Vietnam Veterans of Exposure to Herbicides; Chairman, Cancer Subcommittee,1992-1993.
American Society of Clinical Oncology, Cancer Prevention and Control Committee, 1994-1996.
American Society of Preventive Oncology, Secretary-treasurer, 1994-1999.
Member, Southwest Oncology Group, 1994-Present.
American Gastroenterology Association, Abstract Evaluation Committee for 1995 Annual Meeting.
American Society of Preventive Oncology, Program Planning Committee for 1996 Meeting.
Member, Expert Panel for Prostate Cancer as a Cause of Death Project. Harlem Hospital Center, 1995.

**Alfred I. Neugut**
**Curriculum Vitae**

American Gastroenterology Association, Abstract Evaluation Committee for 1996 Annual Meeting.

Member, Review Committee of American Health Foundation Activities, 1995.

American Society of Clinical Oncology, 1997 Annual Meeting Program Planning Committee.

Center for Health Outcomes and Economics, Bristol-Myers/Squibb, Business Development Task Force, 1996-1997.

American Gastroenterology Association, Abstract Evaluation Committee, GI Oncology Section, 1997 Annual Meeting.

Member, Southwest Oncology Group Gastrointestinal Committee, 1997-Present.

American Society of Preventive Oncology, President-Elect, 1998-1999.

Member, Southwest Oncology Group Cancer Control Committee, 1998-Present.

President, American Society of Preventive Oncology, 1999-2001.

Reviewer, Doris Duke Charitable Foundation, Clinical Scientist Development Awards, 2000, 2001, 2002.

Past President, American Society of Preventive Oncology, 2001-2003.

Israel Science Foundation, grant reviewer, 2001.

Member, Medical Advisory Board, Executive Health Group, New York, 2001-Present.

American Society of Clinical Oncology, Cancer Education Committee, Cancer Prevention/Epidemiology Track Team, 2003-2006.

American Association of Cancer Research, member of 2004 Cancer Epidemiology and Prevention Awards Committee.

American Association of Cancer Research, member of 2004 Clinical Research/Prevention Abstract Review Committee.

External Reviewer, Institute of Medicine National Academy of Sciences, Draft report on Asbestos: Selected Health Effects, 2006.

Member, Southwest Oncology Group Health Disparities & Outcomes Committee, 2009-Present.

Member, Southwest Oncology Group Cancer Survivorship Committee, 2009-Present.

Member, India Spreading Wellness and Prevention (SWAP) Advisory Board, Ortho-Clinical Diagnostics, 2009.

American Society of Clinical Oncology, Test Materials Development Committee for National Medical Oncology In-Training Examination, 2009-2011.

Member, Advisory Board, Mouse Models of Human Cancers Consortium, HICCC, 2009-2014.

Reviewer, U.S. – Israel Binational Science Foundation, 2010.

Member, Medullary Thyroid Carcinoma Registry Consortium-Registry Data Monitoring Committee, 2014-

Member, Otsuka Pharmaceuticals Global Pharmacovigilance Advisory Committee, 2015-

Member, Pfizer Data Generation Advisory Board, 2015-

Grant reviewer, Dutch Cancer Society, 2016.

American Society of Preventive Oncology, 2017 Annual Meeting Program Planning Committee Member

American Society of Preventive Oncology, 2018 Annual Meeting Program Planning Committee Member

International

International Agency for Research on Cancer, Working Group on the International Study of Potential Cancer Risk in Cancer Research Laboratory Workers, 1987-1990.

Cancer Research Campaign, Clinical Trials Committee, grant reviewer, May 2000.

Dutch Cancer Society, grant reviewer, August 2004.

Cancer Research UK, Program Grant Reviewer, September 2009.

Prostate Cancer Foundation of Australia, grant reviewer, September 2009

**Alfred I. Neugut**
**Curriculum Vitae**

Guest lecturer, Cancer Epidemiology.  French School of Public Health (Ecole Hautes d'Etudes
Sante Publique), Paris France, November 2009, 2010, 2011, 2012, 2013
Member, African Organization for Research and Training in Cancer, 2010 – present.
Chair, Track Committee for Cancer Care and Survivorship, UICC World Cancer Congress,
Montreal Canada, August 2012
French National Cancer Institute, Hospital Clinical Research program 2012, grant reviewer,
February 2012
Karolinska Institutet, Department of Medical Epidemiology and Biostatistics, external reviewer for
faculty selection committee, November 2013.
Workshop on Cancer Epidemiology, Nelson R. Mandela School of Medicine, University of
KwaZuluNatal, Durban, South Africa, November 2013

Other

External Consultant, Ohio State University Comprehensive Cancer Center, Columbus,
Ohio, October 1999.
Member, Data Safety Monitoring Board: Randomized Double-Blind, Placebo-Controlled Study
of the Efficacy and Safety of Celecoxib in the Prevention of Colorectal Sporadic
Adenomatous Polyps (PreSAP), Pfizer, 2001-2006.
Consultant to the United Nations Compensation Commission on the Persian Gulf War, Industrial
Economics Inc, 2003-2004.
Consultant, Safety and Development of ETC-216, Pfizer, 2004.
Member, Program Steering Committee, U56 Partnership between University of Massachusetts-Boston
and Dana-Farber/Harvard Cancer Center, 2006-.
External Advisor, R25T Cancer Copntrol Reseasrch Postdoctoral Training Program, Cancer Research
Center of Hawaii, University of Hawaii, 2006-2009.
Member, Advisory Group on Bisphosphonates-Associated Osteonecrosis of the Jaw, American
Association of Oral and Maxillofacial Surgeons, 2006-2008.
Member, Program Steering Committee, U56 Partnership between University of the District of Columbia
and Lombardi Comprehensive Cancer Center, 2007-.
Member, External Scientific Advisory Committee, Lombardi Comprehensive Cancer Center,
Georgetown University Medical Center, 2008-.
Member, Scientific Advisory Committee, Population Science Research Program, NYU Langone
Medical Center, New York, July 2010.
Member, Mock Site Visit Team, UAB Comprehensive Cancer Center, Birmingham AL, September
2010.
Member, External Advisory Board, Center of Excellence in Disparities Research and Community
Engagement (CEDREC), Weill Cornell Medical College, 2010-.
Member, External Advisory Committee, University of Kansas Cancer Center, University of Kansas,
2011-
Consultant, Population Sciences Programs, Moores Cancer Center, University of California San Diego,
February 2013.
Member, External Review Committee, Graduate Programs in Epidemiology and Biostatistics, Perelman
School of Medicine, University of Pennsylvania, Philadelphia PA, April 2013.
Consultant, Population Sciences Programs, University of Maryland Greenbaum Cancer Center, MD,
2014-
Honorary Police Surgeon, New York Police Department, New York NY, 2015-
Consultant, Cancer Prevention and Control Program, Wake Forest Baptist Comprehensive Cancer
Center, November 2015, February 2016 mock site visit.

**Alfred I. Neugut**
**Curriculum Vitae**

**PUBLICATIONS:**

Peer-Reviewed

1.  Neugut AI, Eisenberg D, Silverstein M, Pulkrabek P, Weinstein IB.  Effects of asbestos on epithelioid cell lines.  Env Res 17:256-265, 1978.

2.  Neugut RH, Neugut AI, Kahana E, Stein Z, Alter M. Creutzfeldt-Jakob Disease:  Familial clustering among Libyan-born Israelis.  Neurology 29:225-231, 1979.

3.  Neugut AI, Weinstein IB.  The use of agarose in the determination of anchorage-independent growth.  In Vitro 15:351-355, 1979.

4.  Neugut AI, Weinstein IB.  Growth limitation of BHK-21 cells and its relation to folate metabolism.  In Vitro 15:363-367, 1979.

5.  Neugut AI, Neugut RH.  How accurate are patient histories?  J Comm Health 9:294-301, 1984.

6.  Neugut AI, Johnsen C, Forde KA, Treat MR.  Recurrence rates for colorectal polyps.  Cancer 55:1586-1589, 1985.

7.  Neugut AI, Johnsen C, Fink D.  Serum cholesterol levels in adenomatous polyps and cancer of the colon: A case-control study.  JAMA 255:365-367, 1986.

8.  Liskow AS, Neugut AI, Benson M, Olsson CA, Birkhoff J, Chang CH.  Multiple primary neoplasms in association with prostate cancer in black and white patients.  Cancer 59:380-384, 1987.

9.  Linskey ME, Neugut AI, Hall E, Cox JD.  A course to teach medical research study design and analysis to medical students.  J Med Educ 62:143-145, 1987.

10. Guillem JG, Forde KA, Treat MR, Neugut AI, Bodian CA.  The impact of colonoscopy on the early detection of colonic neoplasms in patients with rectal bleeding.  Ann Surg 206:606-611, 1987.

11. Neugut AI, Johnsen CM, Forde KA, Treat MR, Nims NC, Murray D. Cholecystectomy among women with adenomatous polyps and cancer of the colon.  Cancer 61:618-621, 1988.

12. Robinson E, Neugut AI, Wylie P.  Clinical aspects of post-irradiation sarcomas.  J Natl Cancer Inst 80:233-240, 1988.

13. Neugut AI, Pita A.  The role of sigmoidoscopy in screening for colorectal cancer: A critical review.  Gastroenterology 95:492-499, 1988.

14. Neugut AI.  Squamous cell cancers and cigarette smoking: a matter of exposure.  Med Hyp 26:9-10, 1988.

15. Neugut AI, Johnsen CM, Forde KA, Treat MR, Nims NC. Vitamin supplements among women with adenomatous polyps and cancer of the colon: Preliminary findings.  Dis Col Rect 31:430-432, 1988.

16. Guillem JJ, Neugut AI, Forde KA, Waye JD, Treat MR.  Colonic neoplasms in asymptomatic first-degree relatives of colon cancer patients.  Am J Gastroenterol 83:271-273, 1988.

17. Neugut AI, Sordillo PP.  Leiomyosarcomas of the extremities.  J Surg Oncol 40:65-67, 1989.

20

Alfred I. Neugut
Curriculum Vitae

18. Robinson E, Neugut AI. Clinical aspects of multiple primary neoplasms. Cancer Det Prev 13:287-292, 1989.

19. Neugut AI, Fink DJ, Radin D. Serum cholesterol and primary brain tumors: A case-control study. Int J Epidemiol 18:798-801, 1989.

20. Robinson E, Neugut AI. The clinical behavior of radiation-induced thyroid cancer in patients with prior Hodgkin's disease. Radiother Oncol 17:109-113, 1990.

21. Neugut AI, Nieves J. The use of clinical data in studies of cancer etiology. Cancer Prev 1:8-12, 1990.

22. Neugut AI, Leighton J, Habif DV, Markowitz AM. Conjugal breast cancer. Breast Dis 3:107-110, 1990.

23. Neugut AI, Robinson E, Nieves J, Murray T, Tsai W-Y. Poor survival of treatment-related acute non-lymphocytic leukemia. JAMA 264:1006-1008, 1990.

24. Neugut AI, Timony D, Murray T. Colorectal cancer: Differences between community and geographically distant patients seen at an urban medical center. Dis Col Rect 34:64-68, 1991.

25. Neugut AI, Lee WC, Garbowski GC, Waye JD, Forde KA, Treat MR, Fenoglio-Preiser C. Obesity and colorectal adenomatous polyps. J Natl Cancer Inst 83:359-361, 1991.

26. Robinson E, Neugut AI, Murray T, Rennert G. A comparison of the clinical characteristics of first and second primary head and neck cancers: A population-based study. Cancer 68:189-192, 1991.

27. Garfield RM, Neugut AI. Epidemiologic aspects of warfare. JAMA 266:688-692, 1991.

28. Neugut AI, Murray TI, Garbowski GC, Forde KA, Treat MR, Waye JD, Fenoglio-Preiser C. Cholecystectomy as a risk factor for colorectal adenomatous polyps and carcinoma. Cancer 68:1644-1647, 1991.

29. Neugut AI, Murray TI, Lee WC, Robinson E. The association of breast cancer and colorectal cancer in men: An analysis of SEER Program data. Cancer 68:2069-2073, 1991.

30. Neugut AI, Murray TI, Garbowski GC, Treat MR, Forde KA, Waye JD, Fenoglio-Preiser C. The association of asbestos exposure with colorectal adenomatous polyps and cancer. J Natl Cancer Inst 83:1827-1828, 1991.

31. Luo J-CJ, Neugut AI, Nieves J, Benson M, Niman H, Brandt-Rauf P. Presence of int-1 related protein in serum of prostate cancer patients and controls. Med Sci Res 19:453-454, 1991.

32. Neugut AI, Sherr D, Robinson E, Murray T, Nieves J. Differences in histology between first and second primary lung cancer. Cancer Epidemiol Biomarkers Prev 1:109-112, 1992.

33. Murray TI, Neugut AI, Garbowski GC, Waye JD, Forde KA, and Treat MR. Relationship between breast cancer and colorectal adenomatous polyps: A case-control study. Cancer 69:2232-2234, 1992.

34. Robinson E, Nasrallah S, Adler Z, Rennert G, Neugut AI. The clinical, demographic, and follow-up characteristics of patients with two primary metachronous tumors (one of the tumors in the colon). Dis Col Rect 35:457-461, 1992.

Alfred I. Neugut
Curriculum Vitae

35.   Guillem JG, Forde KA, Treat MR, Neugut AI, O'Toole K, Diamond BE.  Colonoscopic screening for neoplasms in asymptomatic first degree relatives of colon cancer patients: a controlled, prospective study. Dis Col Rect 35:523-529, 1992.

36.   Robinson E, Bar-Deroma R, Rennert G, Neugut AI.  A comparison of the clinical characteristics of second primary and single primary sarcoma: A population-based study.  J Surg Oncol 50:263-266, 1992.

37.   Neugut AI, Garbowski GC, Lee WC, Murray T, Nieves JW, Forde KA, Treat MR, Waye JD, Fenoglio-Preiser C.  Dietary risk factors for the incidence and recurrence of colorectal adenomatous polyps: a case-control study.  Ann Int Med 118:91-95, 1993.

38.   Lee WC, Neugut AI, Garbowski GC, Forde KA, Treat MR, Waye JD, Fenoglio-Preiser C.  Cigarettes, alcohol, coffee and caffeine as risk factors for colorectal adenomatous polyps.  Ann Epidemiol 3:239-244, 1993.

39.   Robinson E, Rennert G, Rennert HS, Neugut AI.  Survival of first and second primary breast cancer. Cancer 71:172-176, 1993.

40.   Neugut AI, Robinson E, Lee WC, Murray T, Karwoski K, Kutcher GJ.  Lung cancer after radiation therapy for breast cancer.  Cancer 71:3054-3057, 1993.

41.   Neugut AI, Garbowski GC, Waye JD, Forde KA, Treat MR, Tsai JL, Lee WC.  Diagnostic yield of colorectal neoplasia with the use of colonoscopy for abdominal pain, change in bowel habits, and rectal bleeding.  Am J Gastroenterol 88:1179-1183, 1993.

42.   Neugut AI, Jacobson JS, DeVivo I.  Epidemiology of colorectal adenomatous polyps.  Cancer Epidemiol Biomarkers Prev 2:159-176, 1993.

43.   Robinson E, Rennert G, Bar-Derona R, Dori DL, Neugut AI.  The pattern of diagnosis of a second primary tumor in the breast.  Breast Cancer Res Treat 25:211-215, 1993.

44.   Neugut AI and Santos J.  The association between cancers of the small and large bowel.  Cancer Epidemiol Biomarkers Prev 2:551-553, 1993.

45.   Brandt-Rauf PW, Luo J-C, Carney WP, Smith S, DeVivo I, Milling C, Hemminki K, Koskinen H, Vaino H, Nieves J, Neugut AI.  Detection of increased amounts of extracellular domain of the c-erbB-2 oncoprotein in serum during pulmonary carcinogenesis in humans.  Int J Cancer 56:383-386, 1994.

46.   Neugut AI, Murray T, Santos J, Amols H, Hayes MK, Flannery JT, Robinson E.  Increased risk of lung cancer after breast cancer radiation therapy in cigarette smokers.  Cancer 73:1615-1620, 1994.

47.   Chen CC, Neugut AI, Rotterdam H.  Risk factors for adenocarcinomas and malignant carcinoids of the small intestine: Preliminary findings.  Cancer Epidemiol Biomarkers Prev 3:205-207, 1994.

48.   Jacobson JS, Neugut AI, Murray T, Garbowski GC, Forde KA, Treat MR, Waye JD, Santos J, Ahsan H. Cigarette smoking, and other risk factors for recurrent colorectal adenomatous polyps.  Cancer Causes Control 5:215-220, 1994.

Alfred I. Neugut
Curriculum Vitae

49.  Lautenbach E, Forde KA, Neugut AI.  Colonoscopic surveillance following curative resection of colorectal cancer.  Ann Surg 220:206-211, 1994.

50.  Neugut AI, Kizelnik S, Ackerman C.  Black-white differences in risk for cutaneous, ocular, and visceral melanoma.  Am J Publ Health 84:1828-1829, 1994.

51.  Jacobson JS, Kono S, Todoroki I, Honjo S, Shinchi K, Imanishi K, Nishikawa H, Ogawa S, Katsurada M, Neugut AI.  Fatherhood and risk for colorectal adenomas: a study of male self-defense officials in Japan.  Cancer Epidemiol Biomarkers Prev 3:655-659, 1994.

52.  Neugut AI, Jacobson JS, Ahsan H, Santos J, Garbowski GC, Forde KA, Treat MR, Waye JD.  Incidence and recurrence rates of colorectal adenomas: a prospective study. Gastroenterology 108:402-408, 1995.

53.  Rennert G, Robinson E, Rennert HS, Neugut AI.  Clinical characteristics of metachronous colorectal tumors.  Int J Cancer 60:743-747, 1995.

54.  Moss SF, Neugut AI, Wang S, Garbowski G, Forde K, Treat M.  Helicobactor pylori and colorectal neoplasia: evidence against an association.  J Natl Cancer Inst 87:762-763, 1995.

55.  Neugut AI, Jacobson JS.  Breast cancer screening in first-degree relatives of breast cancer patients.  Am J Publ Hlth 85:832-834, 1995.

56.  Robinson E, Adler Z, Nasrallah S, Rennert G, Neugut AI.  Clinical characteristics of second primary tumors following breast cancer.  Isr J Med Sci 31:169-171, 1995.

57.  Luo J-C, Neugut AI, Garbowski GC, Forde KA, Treat MR, Smith S, Carney WP, Brandt-Rauf PW.  Levels of p53 antigen in the plasma of patients with colon adenomas and carcinomas.  Cancer Lett 91:235-240, 1995.

58.  Neugut AI, Jacobson JS, Sherif G, Ahsan H, Garbowski GC, Waye J, Forde KA, Treat MR.  Coronary artery disease and colorectal neoplasia.  Dis Colon Rectum 38:873-877, 1995.

59.  Xing X, Burr JA, Brasure JR, Neugut AI, Marshall JR.  Reproducibility of food intake in food frequency questionnaire used in a general population.  Nutr Cancer 24:85-95, 1995.

60.  Robinson E, Adler Z, Nasrallah S, Kuten A, Steiner M, Rennert G, Neugut AI.  Clinical characteristics of patients with a second primary tumor in the endometrium or ovary.  Eur J Gynaecol Oncol 16:195-198, 1995.

61.  Neugut AI, Ahsan H, Robinson E.  Pancreatic cancer as a second primary malignancy: a population-based study.  Cancer 76:589-592, 1995.

62.  Ahsan H, Neugut AI, Bruce JN.  Trends in incidence of primary malignant brain tumors in U.S.A., 1981-90.  Int J Epidemiol 24:1078-1085, 1995.

63.  Ahsan H, Neugut AI, Bruce JN.  Association of malignant brain tumors and cancers of other sites.  J Clin Oncol 13:2931-2935, 1995.

64.  Jacobson JS, Neugut AI, Garbowski GC, Ahsan H, Waye JD, Treat MR, Forde KA.  Reproductive risk factors for colorectal adenomatous polyps.  Cancer Causes Control 6:513-518, 1995.

**Alfred I. Neugut**
**Curriculum Vitae**

65.   Robinson E, Bar-Deroma R, Epelbaum R, Rennert G, Neugut AI.  Clinical characteristics of malignant non-Hodgkins' lymphoma as a second primary tumor: a population-based survey.  Leukemia & Lymphoma 20:297-301, 1996.

66.   Sutter T, Arber N, Findling RI, Moss SF, Neugut AI, Weinstein IB, Holt PR.  Frequent K-ras mutations in small bowel adenocarcinomas.  Dig Dis Sci 41:115-118, 1996.

67.   Ahsan H, Neugut AI.  High risk of Kaposi's sarcoma and central nervous system lymphoma in the same individuals:  a finding related to acquired immunodeficiency syndrome.  Int J Cancer 66:176-178, 1996.

68.   Davidow AL, Neugut AI, Jacobson JS, Ahsan H, Garbowski GC, Forde KA, Treat MR, Waye JD.  Recurrent adenomatous polyps and body mass index.  Cancer Epidemiol Biomarkers Prev 5:313-315, 1996.

69.   Luo JC, Neugut AI, Garbowski GC, Forde KA, Treat M, Smith S, Niman H, Brandt-Rauf P.  Expression of p21 ras-related protein in the tissue of patients with adenomas and carcinomas of the colon.  Biomarkers 1:29-33, 1996.

70.   Gammon MD, Wolff MW, Neugut AI, Terry MB, Britton JA, Greenebaum E, Hibshoosh H, Levin B, Wang Q, Santella R.  Treatment for breast cancer and blood levels of chlorinated hydrocarbons.  Cancer Epidemiol Biomarkers Prev 5:467-471, 1996.

71.   Arber N, Lightdale C, Rotterdam H, Han KH, Sgambato A, Neugut AI, Finegold J,  Weinstein IB.  Increased expression of cyclin D1 in Barrett's esophagus.  Cancer Epidemiol Biomarkers Prev 5:457-459, 1996.

72.   Xing X, Burr JA, Brasure JR, Neugut AI, Marshall JR.  Reproducibility of nutrient intake in a food frequency questionnaire used in a general population.  Nutr Cancer 25:259-268, 1996.

73.   Weissman LB, Corson JM, Neugut AI, Antman KH.  Malignant mesothelioma following radiation therapy for Hodgkin's disease.  J Clin Oncol 14:2098-2100, 1996.

74.   Neugut AI,  Horvath K, Whelan RL, Terry MB, Garbowski GC, Bertram A, Forde KA, Treat MR, Waye J.  The effect of calcium and vitamin supplements on incidence and recurrence rates of colorectal adenomatous polyps.  Cancer 78:723-728, 1996.

75.   Chow JS. Chen CC, Ahsan H, Neugut AI.  A population-based study of the incidence of malignant small bowel tumors:  SEER, 1973-90.  Int J Epidemiol 25:722-728, 1996.

76.   Marchetti  A, Tak Apiech C,  McGhan WF, Neugut AI, Smith BT.  Pharmacoeconomic analysis of oral therapies for onychomycosis: a U.S. model.  Clinical Therapeutics 18:757-777, 1996.

77.   Neugut AI, Lautenbach E, Abi-Rached B, Forde KA.  Incidence of adenomas following curative resection for colorectal cancer.  Am J Gastroenterol 91:2096-2098, 1996.

78.   Neugut AI, Terry MB, Hocking G, Mosca L, Garbowski GC, Forde KA, Treat MR, Waye J.  Leisure and occupational physical activity and risk of colorectal adenomatous polyps.  Int J Cancer 68:744-748, 1996.

79.   McGuire W, Neugut AI, Arikian S, Doyle J, Dezii CM.  Analysis of the cost-effectiveness of paclitaxel as alternative combination therapy for advanced ovarian cancer.  J Clin Oncol 15:640-645, 1997.

**Alfred I. Neugut**
**Curriculum Vitae**

80.   Neugut AI, Ahsan H, Robinson E, Ennis RD.  Bladder carcinoma and other second malignancies after radiotherapy for prostate cancer.  Cancer 79:1600-1604, 1997.

81.   Gammon MD, Wolff MS, Neugut AI, Terry MB, Papadopoulos K, Levin B, Wang Q, Santella RM. Temporal variation in chlorinated hydrocarbons in healthy women.  Cancer Epidemiol Biomarkers Prev 6:327-332, 1997.

82.   Neugut AI, Ahsan H, Antman KH.  Incidence of malignant pleural mesothelioma following thoracic radiotherapy.  Cancer 80:948-950, 1997.

83.   Muscat JE, Stellman SD, Zhang Z-F, Neugut AI, Wynder EL.  Cigarette smoking and large cell carcinoma of the lung.  Cancer Epidemiol Biomarkers Prev 6:477-480, 1997.

84.   Ahsan H, Neugut AI, Gammon MD.  Association of adenocarcinoma and squamous cell carcinoma of the esophagus with tobacco-related and other malignancies.  Cancer Epidemiol Biomarkers Prevention 6:779-782, 1997.

85.   Arber N, Neugut AI, Weinstein IB, Holt PR.  Molecular genetics of small bowel cancer.  Cancer Epidemiol Biomarkers Prev 6:745-748, 1997.

86.   Ahsan H, Neugut AI.  Radiation therapy for breast cancer and increased risk of esophageal carcinoma.  Ann Int Med 128:114-117, 1998.

87.   Neugut AI, Jacobson JS, Suh S, Mukherjee R, Arber N.  Epidemiology of cancer of the small intestine. Cancer Epidemiol Biomarkers Prev 7:243-251, 1998.

88.   Grann VR, Panageas RS, Whang W, Antman KH, Neugut AI.  A decision analysis of prophylactic mastectomy and oophorectomy in BRCA1 positive patients.  J Clin Oncol 16:979-985, 1998.

89.   Terry MB, Neugut AI.  Smoking and the colorectal adenoma-carcinoma sequence: explaining the paradox. Am J Epidemiol 147:903-910, 1998.

90.   Ahsan H, Neugut AI, Garbowski GC, Jacobson JS, Forde KA, Treat MR, Waye JD.  Family history of colorectal adenomatous polyps and increased risk for colorectal cancer.  Ann Int Med 128;900-905, 1998.

91.   Neugut AI, Rosenberg DJ, Ahsan H, Jacobson JS, Wahid N, Hagan M, Rahman MI, Khan ZR, Chen L, Pablos-Mendez A, Shea S.  Association between coronary heart disease and cancers of the breast, prostate, and colon.  Cancer Epidemiol Biomarkers Prev 7:869-873, 1998.

92.   Elkhadrawy TM, Ahsan H, Neugut AI.  Serum cholesterol and the risk of ductal carcinoma in-situ (DCIS): a case-control study.  Eur J Cancer Prev 7:393-396, 1998.

93.   Khan ZR, Neugut AI, Ahsan H, Chabot JA.  Risk factors for biliary tract cancer.  Am J Gastroenterol 94:149-152, 1999.

94.   Grann VR, Whang W, Jacobson JS, Heitjan DF, Antman KH, Neugut AI.  Benefits and costs of screening Ashkenazi Jewish women for BRCA1 and BRCA2.  J Clin Oncol 17:494-500, 1999.

**Alfred I. Neugut**
**Curriculum Vitae**

95.  Rubin MA, Buyyounouski M, Bagiella E,. Sharir S, Neugut AI, Benson MC, de la Taille A, Katz AE, Olsson CA, Ennis RD.  Microvessel density in prostate cancer: lack of correlation with tumor grade, pathologic stage, and clinical outcome.  Urology 53:542-547, 1999.

96.  Su Y, Ahsan H, Neugut AI.  Association between biliary tract cancers and cancers of other sites.  Am J Gastroenterol 94:2256-2262, 1999.

97.  Grann VR, Jacobson JS, Sundararajan V, Albert SM, Troxel AB, Neugut AI.  Quality of life associated with prophylactic treatments for women with BRCA1/2 mutations.  Cancer J Sci Am 5:283-292, 1999.

98.  Whelan RL, Horvath KD, Gleason NR, Forde KA, Treat MD, Teitelbaum SL, Bertram A, Neugut AI.  Vitamin and calcium supplement use is associated with decreased adenoma recurrence in patients with a previous history of neoplasia.  Dis Col Rect 42:212-217, 1999.

99.  Arber N, Hibshoosh H, Yasui W, Neugut AI, Hibshoosh A, De-Lopez V, Rosenman DJ, Aschkenasy M, Weinstein IB, Tahara E, Holt PR.  Abnormalities in the expression of cell cycle-related proteins in tumors of the small bowel. Cancer Epidemiol Biomarkers Prev 8:1101-1105, 1999.

100.  Terry MB, Neugut AI, Schwartz, S, Susser E.  Risk factors for a causal intermediate and an endpoint: Reconciling differences.  Am J Epidemiol 151:339-345, 2000.

101.  Grann VR, Jacobson, JS, Whang W, Hershman D, Heitjan DF, Antman KH, Neugut AI.  Prevention with tamoxifen or other hormones versus prophylactic surgery in BRCA 1/2 positive women: a decision analysis.  Cancer J Sci Am 6:13-20, 2000.

102.  Ashford A, Gemson D, Sheinfeld Gorin SN, Bloch S, Lantigua R, Ahsan H, Neugut AI.  Cancer screening and prevention practices of inner city physicians.  Am J Prev Med 19:59-62, 2000.

103.  Sheinfeld Gorin SN, Gemson D, Ashford A, Bloch S, Lantigua R, Neugut AI.  Cancer education among primary care physicians in an underserved community.  Am J Prev Med 19:53-58, 2000.

104.  Grann VR, Sundararajan V, Jacobson JS, Whang W, Heitjan DF, Antman KH, Neugut AI.  Decision analysis of tamoxifen for the prevention of invasive breast cancer. Cancer J Sci Am 6:169-178, 2000.

105.  Muscat JE, Malkin M, Thompson S, Shore RE, Stellman SD, McRee D, Neugut AI, Wynder EL.  Handheld cellular telephone use and risk of brain cancer.  JAMA 284:3001-3007, 2000.

106.  Green PHR, Stavropoulos SN, Panagi SG, Goldstein SL, McMahon DJ, Ahsan H, Neugut AI.  Characteristics of adult celiac disease in the USA: Results of a national survey.  Am J Gastroenterol 96:126-131, 2001.

107.  Neugut AI, Ghatak AT, Miller RL.  Anaphylaxis in the United States: an investigation into its epidemiology.  Arch Int Med 161:15-21, 2001.

108.  Mitra N, Schnabel FR, Neugut AI, Heitjan DF.  Effect of screening intensive surveillance on stage of breast cancer at diagnosis: a propensity score analysis.  Cancer 91:1709-1715, 2001.

109.  Sundararajan V, Grann VR, Jacobson JS, Ahsan H, Neugut AI.  Variations in the use of adjuvant chemotherapy for node-positive colorectal cancer in the elderly: a population-based study. Cancer J 7:213-218, 2001.

Alfred I. Neugut
**Curriculum Vitae**

110.   Jacobson JS, Troxel AB, Evans J, Klaus L, Kinne D, Lo S, Vahdat L, Rosenman P, Neugut AI, Liske E, Henneicke-von Zepplin H-H, Grann VR.  Randomized trial of black cohosh for the treatment of hot flashes among women with a history of breast cancer.  J Clin Oncol 19:2739-2745, 2001.

111.   Huang EM, Whelan RL, Gleason NR, Maeda JS, Terry MB, Lee SW, Neugut AI, Forde KA.  Increased incidence of colorectal adenomas in follow-up evaluation of patients with newly diagnosed hyperplastic polyps.  Surg Endoscopy 15:646-648, 2001.

112.   Gold JZ, Arber N, Neugut AI.  Adenocarcinoma of the appendix.  Ann Cancer Research and Therapy 8:25-35, 2001.

113.   Wolf RL, Zybert P, Brouse CH, Neugut AI, Shea S, Gipson G, Lantigua RA, Basch CE. Knowledge, beliefs and barriers relevant to colorectal cancer screening in an urban population: a pilot study. Fam Community Health 24:34-47, 2001.

114.   Stellman SD, Takezaki T, Wang L, Chen Y, Citron ML, Djordjevic MV, Harlap S, Muscat JE, Neugut AI, Wynder EL, Ogawa H, Tajima K, Aoki K.  Smoking and lung cancer risk in American and Japanese men: an international case-control study.  Cancer Epidemiol Biomarkers Prev 10:1193-1199, 2001.

115.   Sundararajan V, Hershman D, Grann VR, Jacobson JS, Neugut AI.  Variations in the use of chemotherapy for elderly patients with advanced ovarian cancers: a population-based study. J Clin Oncol 20:173-178, 2002.

116.   Hershman D, Sundarajan V, Jacobson JS, Heitjan DF, Neugut AI, Grann VR.  Outcomes of tamoxifen chemoprevention for breast cancer in very high risk women: a decision analysis.  J Clin Oncol 20:9-16, 2002.

117.   Rosenberg D, Neugut AI, Ahsan H, Shea S.  Diabetes mellitus and the risk of prostate cancer.  Cancer Inv 20:157-165, 2002.

118.   Sundararajan V, Mitra N, Grann VR, Jacobson JS, Heitjan DF, Neugut AI. Survival associated with 5-fluorouracil-based adjuvant chemotherapy among elderly patients with node-positive colon cancer. Ann Int Med 136:349-357, 2002.

119.   Muscat JE, Malkin M, Shore RE, Thompson S, Neugut AI, Bruce J, Stellman SD.  Cellular telephone use and risk of acoustic neuroma.  Neurology 58:1304-1306, 2002.

120.   Grann VR, Jacobson JS, Thomason D, Hershman D, Heitjan DF, Neugut AI.  Effect of prevention strategies on survival and quality-adjusted survival of women with BRCA1/2 mutations: an updated decision analysis. J Clin Oncol 20:2520-2529, 2002.

121.   Neugut AI, Fleischauer A, Sundararajan V, Nandita M, Heitjan D, Jacobson JS, Grann VR.  Use of adjuvant chemotherapy and radiation therapy for rectal cancer among the elderly: A population-based study. J Clin Oncol 20:2643-2650, 2002.

122.   Fogel J, Albert SM, Schnabel F, Ditkoff BA, Neugut AI. Internet use and social support in women with breast cancer.  Health Psychol 21:398-404, 2002.

**Alfred I. Neugut**
**Curriculum Vitae**

123.  Terry MB, Neugut AI, Bostick RM, Sandler RS, Haile R, Jacobson JS, Fenoglio-Preiser C. Risk factors for advanced colorectal adenomas: a pooled analysis. Cancer Epidemiol Biomarkers Prev 11:622-629, 2002.

124.  Terry MB, Neugut AI, Bostick RM, Sandler RS, Potter JD, Haile RW, Fenoglio-Preiser CM. Reliability in the classification of advanced colorectal adenomas. Cancer Epidemiol Biomarkers Prev 11:660-663, 2002.

125.  Gammon MD, Neugut AI, Santella RM, Teitelbaum SL, Britton JA, Terry MB, Eng SM, Wolff S, Stellman SD, Kabat G, Levin B, Bradlow HL, Hatch M, Beyea J, Camann D, Trent M, Senie R, Maffeo C, Montalvan P, Garbowski G, Berkowitz G, Kemeny M, Citron M, Schnabel F, Schuss A, Hajdu S, Vinceguerra V, Collman GW, Obrams GI. The Long Island Breast Cancer Study Project: Description of a multi-institutional collaboration to identify environmental risk factors for breast cancer. Breast Cancer Res Treat 74:235-254, 2002.

126.  Gammon MD, Santella RM, Neugut AI, Eng SM, Teitelbaum SL, Paykin A, Levin B, Terry MB, Young TL, Wang LW, Wang Q, Britton JA, Wolff MS, Stellman SD, Hatch M, Kabat G, Senie R, Garbowski G, Maffeo C, Montalvan P, Berkowitz G, Kememy M, Cintron M, Schnabel F, Schuss A, Hajdu S, Vinceguerra V. Environmental toxins and breast cancer on Long Island, I. Polycyclic aromatic hydrocarbon DNA adducts. Cancer Epidemiol Biomarkers Prev 11:677-685, 2002.

127.  Gammon MD, Wolff MS, Neugut AI, Eng SM, Teitelbaum SL, Britton JA, Terry MB, Levin B, Stellman SD, Kabat GC, Hatch M, Senie R, Berkowitz G, Bradlow HL, Garbowski G, Maffeo C, Montalvan P, Kemeny M, Citron M, Schnabel F, Schuss A, Hajdu S, Vinceguerra V, Niguiduda N, Ireland K, Santella RM. Environmental toxins and breast cancer on Long Island: II. Organochlorine compound levels in blood. Cancer Epidemiol Biomarkers Prev 11:686-697, 2002.

128.  Fogel J, Albert SM, Schnabel F, Ditkoff BA, Neugut AI. Use of the Internet by women with breast cancer. J Med Internet Res 4(2):e9,2002. <URL:http://www.jmir.org/2002/2/e9.

129.  Fogel J, Albert SM, Schnabel F, Ditkoff BA, Neugut AI. Racial/ethnic differences and potential Psychological benefits in use of the Internet by woman with breast cancer. Psycho-Oncology 12:107-117, 2003.

130.  Gatto NM, Frucht H, Sundararajan V, Jacobson JS, Grann VR, Neugut AI. Risk of perforation following colonoscopy and sigmoidoscopy: a population-based study. J Natl Cancer Inst 95:230-236, 2003.

131.  Stellman S, Chen Y, Muscat JE, Djordjevic MV, Richie JP Jr, Lazarus P, Thompson S, Altorki N, Berkwick M, Citron ML, Harlap S, Kaur T, Neugut AI, Olson S, Travaline JM, Witorsch P, Zhang ZF. Lung cancer risk in white and black Americans. Ann Epidemiol 13:294-302, 2003.

132.  Zablotska LB, Neugut AI. Lung cancer following breast cancer radiation therapy in women treated with lumpectomy or mastectomy. Cancer 97:1404-1411, 2003.

133.  Muscat JE, Chen SQ, Richie JP, Altorki NK, Citron M, Olson S, Neugut AI, Witorsch P, Stellman SD. Risk of lung cancer among users of nonsteroidal antiinflammatory drugs. Cancer 97:1732-1736, 2003.

134.  Faraglia B, Chen S, Gammon MD, Zhang Y, Teitelbaum SL, Neugut AI, Ahsan H, Garbowski GC, Hibshoosh H, Lin D, Kadlubar FF, Santella RM. Evaluation of 4-aminobiphenyl-DNA adducts in human breast cancer: the influence of tobacco smoke. Carcinogenesis 24:719-725, 2003.

Alfred I. Neugut
Curriculum Vitae

135.   Schoenfeld ER, O'Leary ES, Henderson K, Grimson R, Kabat GC, Ahnn S, Kaune WT, Gammon MD, Leske MC, and the EBCLIS Group.  Electromagnetic fields and breast cancer on Long Island:  A case-control study.  Am J Epidemiol 158:47-58, 2003.

136.   O'Leary ES, Schoenfeld ER, Henderson K, Grimson R, Kabat GC, Kaune WT, Gammon MD, Leske MC, and the EBCLIS Group.  Wire coding in the EMF and Breast Cancer on Long Island Study:  relationship to magnetic fields.  J Exposure Analysis and Environmental Epidemiology 13:283-293, 2003.

137.   Green PHR, Fleischauer A, Bhagata G, Goyal R, Jabbi B, Neugut AI.  Risk of malignancy in patients with celiac disease.  Am J Med 115:191-195, 2003.

138.   Smith SJ, Neugut AI, Heitjan D, Forde K, Holt P, Santella RM, Luo JC, Carney W, Ward L, Brandt-Rauf PW.  In situ quantitation of aberrant p53 in colorectal neoplasia.  Biomarkers 8:311-332, 2003.

139.   Rampertab SD, Fleischauer A, Neugut AI, Green PHR.  Risk of duodenal adenoma in celiac disease.  Scand J Gastroenterol 38:831-833, 2003.

140.   Kabat GC, O'Leary ES, Schoenfeld ER, Greene JM, Grimson R, Henderson K, Kaune WT, Gammon MD, Britton JA, Teitelbaum SL, Neugut AI, and Leske MC for the EBCLIS Group. Electric blanket use and cancer on Long Island.  Epidemiology 14:514-520, 2003.

141.   Brouse CH, Basch CE, Wolf RL, Shmukler C, Shea S, Neugut AI.  Barriers to colorectal cancer screening with fecal occult blood testing: an exploratory study.  Am J Publ Hlth 93:1268-1271, 2003.

142.   Hershman D, Weinberg M, Rosner Z, Alexis K, Tiersten A, Grann VR, Troxel A, Neugut AI.  Ethnic neutropenia and treatment delay in African American women undergoing chemotherapy for early stage breast cancer.  J Natl Cancer Inst 95:1545-1548, 2003.

143.   Terry MB, Hibshoosh H, Neugut AI, Mansukhami M, Waye J, Harpaz N.  Tobacco, alcohol, and p53 overexpression in early colorectal neoplasia.  BMC Cancer 3:29, 2003.

144.   Consedine NS, Magai C, Spiller R, Conway F, Neugut AI. Breast cancer knowledge and beliefs in subpopulations of African American and African Caribbean women: implications for research and practice.  Am J Health Behavior 28:260-271, 2004.

145.   Hershman D, Fleischauer AT, Jacobson JS, Grann VR, Sundararajan V, Neugut AI.  Patterns and outcomes of chemotherapy for elderly patients with stage II ovarian cancer: a population-based study.  Gynecol Oncol 92:293-299, 2004.

146.   Consedine NS, Magai C, Neugut AI.  The contribution of emotional characteristics to breast cancer screening among women from six ethnic groups.  Prev Med 38:64-77, 2004.

147.   Das A, Neugut AI, Cooper GS, Chak A.  Association of ampullary and colorectal Malignancies.  Cancer 100:526-530, 2004.

148.   Honda K, Neugut AI.  Association between perceived cancer risk and known risk factors in a national community sample.  Cancer Det Prev 28:1-7, 2004.

149.   Consedine NS, Magai C, Krivoshekova Y, Ryzewicz L, Neugut AI.  Fear, anxiety, worry, and breast cancer screening behavior: A critical review.  Cancer Epidemiol Biomarkers Prev 13:501-510, 2004.

Alfred I. Neugut
Curriculum Vitae

150.  Magai C, Consedine N, Conway F, Neugut AI, Culver C.  Diversity matters:  unique populations of older women and breast cancer screening.  Cancer 100:2300-2307, 2004.

151.  Terry MB, Gammon MD, Zhang FF, Tawfik H, Teitelbaum SL, Subbaramaiah K, Dannenberg AJ, Neugut AI.  Association of frequency and duration of aspirin use and hormone receptor status with breast cancer risk.  JAMA 291:2433-2440, 2004.

152.  Gammon MD, Eng SM, Teitelbaum SL, Britton JA, Kabat GC,  Hatch M, Paykin AB, Neugut AI, Santella RS.  Environmental tobacco smoke and breast cancer incidence.  Environmental Res 96:176-185, 2004.

153.  Hershman D, Jacobson JS, McBride R, Mitra N, Sundararajan V, Grann VR, Neugut AI.  Effectiveness of platinum-based chemotherapy among elderly patients with advanced ovarian cancer.  Gynecol Oncol 94:540-549, 2004.

154.  Chen AC, Macchia RJ, Conway-Giustra F, Magai C, Desai M, Neugut AI..  Prostate-specific antigen sex steroid hormones and the insulin-like growth factor axis in U.S.born, Jamaican black men:  A pilot study. Urology 64:522-527, 2004.

155.  Gaudet MM, Britton JA, Kabat GC, Steck-Scott S, Teitelbaum SL, Terry MB, Neugut AI, Gammon MD. Fruits, vegetables and micronutrients in relation to breast cancer modified by menopause and hormone receptor status.  Cancer Epidemiol Biomarkers Prev 13:1485-1494, 2004.

156.  Ahn J, Gammon MD, Santella RM, Gaudet MM, Britton JA, Teitelbaum SL, Terry MB, Neugut AI, Josephy PD, Ambrosone CB.  Myeloperoxidase (MPO) genotype, fruit and vegetable consumption and breast cancer.  Cancer Res 64:7634-7639, 2004.

157.  Consedine NS, Magai C, Conway F, Neugut AI.  Obesity and awareness of obesity as risk factors for breast cancer among overweight women from six ethnic groups.  Obesity Res 12:1680-1689, 2004.

158.  Gammom MD, Sagive SK, Eng SM, Shantakumar S, Guadet MM, Teitelbaum SL, Britton JA, Terry MB, Wang LW,  Wang Q, Stellman SD, Beyea J, Hatch M, Kabat GA, Wolff MS, Levin B, Neugut AI, Santella RM.  PAH-DNA Adducts and breast cancer incidence:  pooled analyses from the Long Island Breast Cancer Study Project.  Arch Env Health 59:640-649, 2004

159.  Terry MB, Gammon MD, Zhang FF, Eng S, Paykin A, Wang Q, Hayes S, Teitelbaum SL, Neugut AI, Santella RM.  Polymorphism in the DNA repair gene XPD, polycyclic aromatic hydrocarbon-DNA adducts, cigarette smoking and breast cancer risk.  Cancer Epidemiol Biomarker Prev 13:2053-2058, 2004.

160.  Gammon MD, Sagiv SK, Eng SM, Shantakumar S, Gaudet MM, Teitelbaum SL, Britton JA, Terry MB, Wang LW, Wang Q, Stellman SD, Beyea J, Hatch M, Kabat GA, Wolff MS, Levin B, Neugut AI, Santella RM.  PAH-DNA adducts and breast cancer: a pooled analysis.  Arch Env Health 59:640-649, 2004.

161.  Zablotska LB, Chak A, Das A, Neugut AI.  Increased risk of squamous cell esophageal cancer after adjuvant radiation therapy for primary breast cancer.  Am J Epidemiol 161:330-337, 2005.

162.  Chen J, Gammon MD, Chan W, Palomeque C, Wetmur JG, Kaba GC, Teitelbaum SL, Britton JA, Terry MB, Neugut AI, Santella RM.  One-carbon metabolism, MTHFR polymorphism, and risk of breast cancer. Cancer Res 65:1606-1614, 2005.

**Alfred I. Neugut**
**Curriculum Vitae**

163. Honda K, Goodwin RD, Neugut AI.  The association between psychological distress and cancer prevention practices.  Cancer Det Prev 29:25-36, 2005.

164. Shen J, Gammon MD, Terry MB, Wang LW, Wang Q, Zhang FF, Teitelbaum SL, Eng SM, Sagiv SK, Gaudet MM, Neugut AI, Santella RM.  Polymorphisms in XRCC1 modify the association between PAH-DNA adducts, cigarette smoking, dietary antioxidants, and breast cancer risk.  Cancer Epidemiol Biomarkers Prev 14:336-342, 2005.

165. Jacobson JS, Gnatt M, Grann VR, Hibshoosh H, Austin J, Millar W, Neugut AI.  Cancer outcomes at the Hufeland Klinik:  best case-series of patients treated at a complementary/alternative cancer clinic.  Integrative Cancer Ther 4:156-167, 2005.

166. Grann VR, Troxel AB, Zojwalla N, Jacobson JS, Hershman D, Neugut AI.  Hormone receptor status and survival in a population-based cohort of patients with breast cancer.  Cancer 103:2241-2251, 2005.

167. Yang A, Chen Y, Bhagat G, Scherl E, Neugut AI, Green PHR.  Inflammatory bowel disease in patients with celiac disease.  Inflamm Bowel Dis 11:528-532, 2005.

168. Grann VR, Jacobson JS, Troxel AB, Hershman D, Karp J, Myers C, Neugut AI.  Barriers to minority participation in breast cancer prevention trials.  Cancer 104:374-379, 2005.

169. Consedine NS, Magai C, Horton D, Neugut AI, Gillespie M.  Health belief model factors in mammography screening:  testing for interactions among subpopulations of Caribbean women.  Ethnicity & Disease 15:444-452, 2005.

170. Thorpe LE, Mostashari F, Hajai A, Nash D, Karpati A, Weber T, Winawer S, Neugut AI, Awad A, Zevallos M, Remy P, Frieden T.  Colon cancer screening practices in New York City, 2003:  results of a large random digit dialed telephone survey.  Cancer 104:1075-1082, 2005.

171. Eng SM, Gammon MD, Terry MB, Kushi LH, Teitelbaum SL, Britton JA, Neugut AI.  Body size changes in relation to postmenopausal breast cancer among women on Long Island, New York.  Am J Epidemiol 162:229-237, 2005.

172. Hershman D, McBride R, Jacobson JS, Lamerato L, Roberts K, Grann VR, Neugut AI.  Racial disparities in treatment and survival among woman with early-stage breast cancer.  J Clin Oncol 23:6639-6646, 2005.

173. Wolff MS, Britton JA, Teitelbaum SL, Eng S, Deych E, Ireland K, Liu Z, Neugut AI, Santella RM, Gammon MD.  Improving organochlorine biomarker models for cancer research.  Cancer Epidemiol Biomarkers Prev 14:2224-2236, 2005.

174. Gaudet MM, Gammon MD, Santella RM, Britton JA, Teitelbaum SL, Eng SM, Terry MB, Bensen JT, Schroeder J, Olshan AF, Neugut AI, Ambrosone CB.  MnSOD Val-9Ala genotype, pro-and anti-oxidant environmental modifiers, and breast cancer among women of Long Island, New York.  Cancer Causes Control 16:1225-1234, 2005.

175. Ahn J, Gammon MD, Santella RM, Gaudet MM, Britton JA, Teitelbaum SK, Terry MB, Neugut AI, Ambrosone CB.  No association between GPX1 Pro198 Leu polymorphism and breast cancer risk.  Cancer Epidemiol Biomarkers Prev 14:2459-2461, 2005.

**Alfred I. Neugut**
**Curriculum Vitae**

176.    Ahn J, Gammon MD, Santella R, Gaudet MM, Britton JA, Teitelbaum SL, Terry MB, Nowell S, Davis W, Garza C, Neugut AI, Ambrosone CB.  Associations between cancer risk and the endogenous antioxidant catalase (CAT), fruit and vegetable consumption, and supplement use.  Am J Epidemiol 162:943-952, 2005.

177.    Doyle JJ, Neugut AI, Jacobson JS, Grann VR, Hershman D.  Chemotherapy and cardiotoxicity in older breast cancer patients:  a population-based study.  J Clin Oncol 23:8597-8605, 2005.

178.    Shantakumar S, Gammon MD, Eng SM, Sagiv SK, Gaudet MM, Teitelbaum SL, Britton JA, Terry MB, Paykin A, Young TL, Wang LW, Wang Q, Stellman SD, Beyea J, Hatch M, Camann D, Prokopczyk B, Kabat GC, Levin B, Neugut AI, Santella RM.  Residential environmental exposures and other characteristics associated with detectable PAH-DNA adducts in peripheral mononuclear cells in a population-based sample of adult females.  J Exp Analysis Environ Epidemiol 15:482-490, 2005.

179.    Shen J, Terry MB, Gammon MD, Gaudet MM, Zhang FF, Teitelbaum SL, Eng SM, Sagiv SK, Neugut AI, Santella RM.  MGMT genotype, haplotype and susceptibility to breast cancer-evidence from a population-based case-control study.  Carcinogenesis 26:2131-2137, 2005.

180.    Kabat GC, O'Leary ES, Gammon MD, Sepkovic DW, Teitelbaum SL, Britton JA, Terry MB, Neugut AI, Santella RM, Bradlow HL.  Estrogen metabolism and breast cancer.  Epidemiology 17:80-88, 2006.

181.    Terry MB, Zhang FF, Kabat G, Britton JA, Teitelbaum SA, Neugut A, Gammon MD,I.  Lifetime alcohol intake and breast cancer risk.  Ann Epidemiol 16:230-240, 2006.

182.    Consedine NS, Magai C, Kudadjie-Gyamfie E, Morgentstern A, Neugut AI.  Psychological prostate cancer screening behavior in men from seven ethnic groups:  the fear factor.  Cancer Epidemiol Biomarkers Prev 15:228-237, 2006.

183.    Anderson K, Jacobson JS, Heitjan DF, Zivin JG, Hershman D, Neugut AI, Grann VR.  Cost-effectiveness of preventive strategies for women who aged 35-50 years test positive for either a BRCA1 or BRCA2 mutation.  Ann Int Med 144:397-406, 2006.

184.    Rossner P, Gammon MD, Terry MB, Agrawal M, Zhang FF, Teitelbaum SL, Eng SM, Gaudet MM, Neugut AI, Santella RM.  Relationship between urinary 15-$F_2$-isoprostane and 8-Oxodeoxyguanosine levels and breast cancer risk.  Cancer Epidemiol Biomarkers Prev 15:639-644, 2006.

185.    Rossner P Jr., Terry MB, Gammon MD, Zhang FF, Teitelbaum SL, Eng SM, Sagiv SK, Gaudet MM, Neugut AI, Santella RM.  OGG1 polymorphisms and breast cancer risk.  Cancer Epidemiol Biomarkers Prev 15:811-815, 2006.

186.    Neugut AI, Matasar M, Wang X, McBride R, Jacobson JS, Grann VR, Hershman DL.  Early discontinuation of adjuvant chemotherapy for colon cancer and its impact on survival.  J Clin Oncol 24:2368-2375, 2006.

187.    Yu GP, Schantz SP, Neugut AI, Zhang ZF.  Incidences and trends for second cancers in female breast cancer patients. Cancer Causes Control 17:411-420, 2006.

188.    Das A, Thomas S, Zablostska LB, Neugut AI, Chak A.  Association of esophageal adenocarcinoma with other subsequent primary cancers.  J Clin Gastroenterol 40:405-411, 2006.

Alfred I. Neugut
Curriculum Vitae

189.   Jacobson JSJ, Grann VR, Hershman D, Troxel AB, LI H, Neugut AI.  Breast biopsy and race/ethnicity among women without breast cancer.  Cancer Det Prev 30:129-133, 2006.

190.   Hershman DL, Wang X, McBride R, Jacobson JS, Grann VR, Neugut AI.  Delay in radiotherapy following breast cancer surgery in the elderly and its impact on survival.  Intl J Radiat Oncol Biol Phys 65:1353-1360, 2006.

191.   Fink BN, Gaudet MM, Britton JA, Abrahamson PA, Teitelbaum SL, Jacobson J, Bell P, Thomas JA, Kabat GC, Neugut AI, Gammon MD.  Fruits, vegetables, and micronutrient intake in relation to breast cancer survival.  Breast Cancer Res Treat 98:199-208, 2006.

192.   Matasar MJ, Ritchie EK, Consedine N, Magai C, Neugut AI.  Incidence rates of acute promyelocytic leukemia among Hispanics, Blacks, Asians and non-Hispanic whites in the U.S. Eur J Cancer Prev 15:367-370, 2006.

193.   Basch CE, Wolf RL, Browse CH, Shmukler C, Neugut AI, DeCarlo L,  Shea S. Telephone outreach to increase colorectal cancer screening in an urban minority population.  Am J Publ Hlth 96:2246-2253, 2006.

194.   Cleveland RJ, Gammon MD, Edmiston SN, Teitelbaum SL, Britton JA, Terry MB, Eng SM, Neugut AI, Santella RM, Conway K.  IGF1 CA repeat polymorphisms, lifestyle factors, and breast cancer risk in the Long Island Breast Cancer Study Project.  Carcinogenesis 27:758-765, 2006.

195.   Ahn J, Gammon MD, Santella RM, Gaudet MM, Britton JA, Teitelbaum SL, Terry MB, Neugut AI, Eng SM, Garza C, Zhang Y, Ambrosone CB.  Effects of glutathione-S-transferase A1 (GSTA1) genotype and potential modifiers on breast cancer risk. Carcinogenesis 27:1876-1882, 2006.

196.   Shen J, Terry MB, Gammon MD, Gaudet MM, Teitelbaum SK, Eng SM, Sagiv SK, Neugut AI, Santella RM.  IGHMBP2 Thr671A1a polymorphism might be a modifier for the effects of cigarette smoking and PAH-DNA adducts to breast cancer risk.  Breast Cancer Res Treat 99:1-7, 2006.

197.   Matasar MJ, Ritchie EK, Consedine N, Magai C, Neugut AI.  Incidence rates of the major leukemia subtypes among U.S. Hispanics, blacks, and non-Hispanics whites.  Leukemia & Lymphoma 47:2365-2370, 2006.

198.   Ramirez A, Benayoun S, Briganti A, Chun J, Perrotti, P, Kattan MW, Greafen M, McCormack M, Neugut AI, Saad F, Karakiewics PI.  High radical prostatectomy surgical volume is related to lower radical prostatectomy total hospital charges.  Eur Urol 50:58-62, 2006.

199.   Hershman DK, Wang X, McBride R, Jacobson J, Grann VR, Neugut AI.  Delayed initiation of adjuvant chemotherapy following breast cancer surgery among elderly women.  Breast Cancer Res Treat 99:313-321, 2006.

200.   Grann VR, Hershman D, Jacobson J, Wang J, Tsai W-Y, McBride R, Mitra N, Grossbard ML, Neugut AI.  Diffusion and outcomes of doxorubicin-based chemotherapy among eldely patients with aggressive non-Hodgkin's lymphoma.  Cancer 107:1530-1541, 2006.

201.   Hershman D, Hall MJ, Wang X, Jacobson JS, McBride R, Grann VR, Neugut AI.  Timing of adjuvant chemotherapy initiation following surgery for stage III colon cancer.  Cancer 107:2581-2588, 2006.

33

**Alfred I. Neugut**
**Curriculum Vitae**

202.   Terry MB, Gammon MD, Zhang FF, Wang Q, Britton JA, Teitelbaum SL, Neugut AI, Santella RM.  ADH3 genotype, alcohol intake, and breast cancer risk..  Carcinogenesis 27:840-847, 2006.

203.   Das A, Thomas S, Zablotska LB, Neugut AI, Chak A.  Asociation of esophageal adenocarcinoma with other subsequent primary cancers.   J Clin Gastroenterol 40:405-411, 2006.

204.   Kent L, McBride R, McConnell R, Neugut AI, Bhagat G, Green PHR.  Increased risk of papillary thyroid cancer in celiac disease.  Dig Dis Sci 51:1875-1877, 2006.

205.   Gaudet MM, Bensen JT, Schroeder J, Olshan AF, Terry MB, Eng SM, Teitelbaum SL, Britton JA, Lehman TA, Neugut AI, Ambrosone CB, Santella RM, Gammom MD.  Catechol-O-methyltransferase haplotypes, and breast cancer among women on Long Island, New York.  Breast Cancer Res Treat 99:235-240, 2006.

206.   Shantakumar S, Terry MB, Teitelbaum SL, Britton JA, Neugut AI, Gammon MD.  Reproductive factors and breast cancer risk among older women.  Breast Cancer Res Treat 102:365-374, 2007.

207.   Magai C, Consedine N, Hershman DL, Neugut AI.  Common psychosocial factors underlying breast cancer screening and breast cancer treatment adherence: a review and synthesis.  J Women's Health 16:11-23, 2007.

208.   Fink BN, Steck SE, Wolff MS, Britton JA, Teitelbaum SL, Kabat GC, Schroeder JC, Neugut AI, Gammon MD.  Dietary flavonoid intake and breast cancer risk among women on Long Island Breast Cancer Study Project.  Am J Epidemiol 165:514-523, 2007.

209.   Hershman D, Neugut AI, Jacobson JS, Wang J, Tsai W-Y, Bennett C, Grann VR.  Granulocyte colony stimulating factor use during breast cancer adjuvant chemotherapy and acute leukemia risk. J Natl Cancer Inst 99:196-205, 2007.

210.   Harlap S, Paltiel O, Friedlander Y, Calderon-Margalit, Deutsch L, Kleinhaus K, Manor J, Neugut AI, Opler M, Perrin M, Terry MB, Tiram E, Yantez Z.  Prostate cancer in fertile men lacking sons: the Jerusalem Perinatal Study Cohort.  J Natl Cancer Inst 99:77-81, 2007.

211.   Teitelbaum SK, Gammon MD, Britton JA, Neugut AI, Levin B, Stellman SD.  Reported residential pesticide use and breast cancer risk on Long Island, NY.  Am J Epidemiol 165:643-651, 2007.

212.   Steck SE, Gaudet MM, Eng SM, Britton JA, Teitelbaum SL, Neugut AI, Santella RM, Gammon MD.  Cooked meat and risk of breast cancer - lifetime versus recent dietary intake of polycyclic aromatic hydrocarbon and heterocyclic amine sources and breast cancer risk.  Epidemiology 18:373-382, 2007.

213.   Xu X, Gammon MD, Ras M, Wetmur JG, Teitelbaum SK, Neugut AI, Santella RM, Chen J.  A functional 19bp deletion polymorphism of dihydrofolate reductase (DHFR) modifies risk of breast cancer among multivitamin users.  Am J Clin Nutr 85:1098-1102, 2007.

214.   Shen J, Gammon MD, Terry MB,  Teitelbaum SL, Neugut aI, Santella RM.  Genetic polymorphism in the cyclooxygenase-2 gene, use of aspirin and other NSAIDS, and breast cancer risk.  Breast Cancer Res 8:R71, 2007.

215.   Crew KD, Neugut AI, Wang X, Jacobson JS, Grann VR, Raptis G, Hershman DL.  Racial disparities in treatment and survival of male breast cancer.  J. Clin Oncol 25:1089-1098, 2007.

**Alfred I. Neugut**
**Curriculum Vitae**

216.   Sagiv SK, Gaudet MM, Eng SM, Abrahamson PA, Shantakumar S, Teitelbaum SL, Britton JA, Bell P, Thomas J, Neugut AI, Santella RM, Gammon MD.  Active and passive cigarette smoke and breast cancer survival. Ann Epidemiol 17:385-393, 2007.

217.   Shantakumar S, Terry MB, Paykin A, Teitlebaum SK, Britton JA, Moorman PG, Kritechevsky SB, Neugut AI, Gammom MD.  Age and menopausal effects of hormonal birth control and hormone replacement therapy on breast cancer risk. Am J Epidemiol 165:1187-1198, 2007.

218.   Xu X, Gammon MD, Zhang H, Wetmur JG, Rao M, Teitelbaum SL, Britton JA, Neugut AI, Santella RM, Chen J.  Polymorphisms of one-carbon metabolizing genes and risk of breast cancer in a population-based study. Carcinogenesis 28:1504-1509, 2007.

219.   Doyle JJ, Neugut AI, Jacobson JS, Wang J, McBride R, Grann VR, Hershman D.  Radiation therapy, cardiac risk factors, and cardiac toxicity in early stage breast cancer patients. Intl J Rad Oncol Biol Phys 68:82-93, 2007.

220.   Terry MB, Perrin M, Salafia CM, Zhang FF, Neugut AI, Teitelbaum SK, Britton J, Gammon MD.  Preeclampsia, pregnancy-related hypertension and breast cancer risk. Am J Epidemiol 165:1007-1014, 2007.

221.   McBride R, Hershman D, Tsai W-Y, Jacobson JS, Grann VR, Neugut AI.  Within-stage differences in tumosize and number of positive lymph nodes in women with breast cancer. Cancer 110:1201-1208, 2007.

222.   Phillips AA, Jacobson JS, Magai C, Consedine N, Mehler N, Neugut AI.  Cancer incidence and mortality in the Caribbean. Cancer Inv 25:476-483, 2007.

223.   Ragin C, Taioli E, McFarlane-Anderson N, Avery G, Bennett F, Bovell-Benjamin A, Brown Thompson A, Carrington A, Campbell-Everett A, Ford J, Hennis A, Jackson M, Lake S, Leske MC, Magai C, Nemesure B, Neugut AI, Odedinor A, Okobia M, Patrick A, Plummer WB, Reams RR, Roberts R, Scott-Hastings S, Sharma S, Wheeler V, Wu S-Y, Buner C.  African-Caribbean Cancer Consortium for the study of viral, genetic and environmental cancer risk factors. Infectious Agents and Cancer 2:17, 2007.

224.   Cleveland RJ, Eng SM, Abrahamson PE, Britton JA, Teitelbaum SL, Neugut AI, Gammon MD.  Weight gain prior to breast cancer diagnosis and survival. Cancer Epidemiol Biomarkers Prev 16:1803-1811, 2007.

225.   Crew KD, Gammom MD, Terry MB, Zhang FF, Zablotska LB, Agrawal M, Shen J, Long CM, Eng SM, Sagiv SK, Teitelbaum SL, Neugut AI, Santella RM.  Polymorphisms in nucleotide excision repair genes, polycyclic aromatic hydrocarbon-DNA adducts and breast cancer risk. Cancer Epidemiol Biomarkers Prev 16:2033-2041, 2007

226.   Wang X, Hershman DL, Tsai W-Y, Abrams JA, Feingold D, Grann VR, Jacobson JS, Neugut AI.  Predictors of survival after hepatic resection among patients with colorectal liver metastasis. Brit J Cancer 87:1606-1612, 2007.

227.   Fink B, Steck S, Wolff MS, Britton JA, Kabat GC, Gaudet M, Abrahamson PE, Bell P, Schroeder JC, Teitelbaum SL, Neugut AI, Gammon MD.  Dietary flavonoid intake and breast cancer survival among women on Long Island. Cancer Epidemiol Biomarkers Prev 16:2285-2292, 2007.

**Alfred I. Neugut**
**Curriculum Vitae**

228.   Rossner P, Jr., Terry MB, Gammom MD, Agrawal M, Zhang FF, Ferris JS, Teitelbaum SL, Eng SM, Gaudet MM, Neugut AI, Santella RM.  Plasma protein carbonyl levels and breast cancer risk.  J Cell Mol Med 11:1138-1148, 2007.

229.   Crew KD, Gammon MD, Terry MB, Zhang FF, Agrawal M, Eng SM, Sagive SK, Teitelbaum SL, Neugut AI, Santella RM.  Genetic polymorphisms in the apoptosis-associated genes FAS and FASL and breast cancer risk.  Carcinogenesis 28:2548-2551, 2007.

230.   Steck SE Gaudet MM, Britton JA, Teitelbaum SL, Terry MB, Neugut AI, Santella RM, Gammon MD.  Interactions among GSTM1, GSTT1, and GSTP1 polymorphisms, cruciferous vegetable intake and breast cancer risk.  Carcinogenesis 28:1954-1959, 2007.

231.   Cleveland RJ, Eng SM, Abrahamson SE, Britton JA, Teitelbaum SL, Neugut AI, Gammom MD.  Weight gain prior to breast cancer diagnosis and survival.  Cancer Epidemiol Biomarkers Prev 16:1803-1811, 2007.

232.   Chen Y, Gammon MD, Teitelbaum SL, Britton JA, Terry MB, Shantakumar S, Eng SM, Wang Q, Gurvich I, Neugut AI, Santella RM, Ahsan H.  Estrogen-biosynthesis genes CYP 17 and its interactions with reproductive, hormonal and lifestyle factors in breast cancer risk: results from the Long Island Breast Cancer Study Project.  Carcinogenesis 29:766-771, 2008.

233.   Abrams JA, Fields S, Lightdale CJ, Neugut AI.  Racial and ethnic disparities in the prevalence of Barrett's esophagus among patients who undergo upper endoscopy.  Clin Gastroenterol Hepatol 6:30-34. 2008.

234.   Siegel AB, McBride R, El-Serag HB, Hershman D, Brown R, Renz J, Neugut AI.  Racial disparities in utilization of liver transplantation for hepatocellular carcinoma in the United States, 1998-2002.  Am J Gastroenterol 103:102-127, 2008.

235.   Kaufman EL, Jacobson JS, Hershman DK, Desai M, Neugut AI.  Effect of breast cancer radiotherapy and cigarette smoking on risk of second primary lung cancer.  J Clin Oncol 26:392-398, 2008.

236.   Gaudet MM, Gammon MD, Bensen J, Sagiv SK, Shantajumar S, Teitelbaum SL, Eng SM, Neugut AI, Santella RM, Weston A. Genetic variation of TP53, PAH-related exposures, and breast cancer risk among women on Long Island, New York. Breast Cancer Res Treat 108:93-99, 2008.

237.   Hwang E, McBride R, Neugut AI, Green PHR.  Sarciodosis in patients with celiac disease.  Dig Dis Sci 53:977-981, 2008.

238.   Shen J, Gammon MD, Terry MB, Teitelbaum SL, Eng SM, Neugut AI, Santella RM.  Xeroderma pigmentosum complementation group C genotypes/diptypes play no independent or interaction role with polycyclic aromatic hydrocarbons–DNA adducts for breast cancer risk.  Eur J Cancer 44:710-717, 2008.

239.   Rundle AG, Neugut AI.  Obesity and screening PSA levels among men undergoing an annual physical exam.  Prostate 68:373-380, 2008

240.   Rundle AG, Lebwohl B, Vogel R, Levine S, Neugut AI.  Colonoscopic screening in average risk individuals ages 40 to 49 versus 50 to 59 years.  Gastroenterology 134:1311-1315, 2008.

241.   Siegel AB, McBride RB, El-Serag HB, Hershman D, Brown RS, Zablotska L, Neugut AI.  The risk of hepatocellular carcinoma in patients with previous malignancy.  Cancer Investigation 26:511-515, 2008.

**Alfred I. Neugut**
**Curriculum Vitae**

242.    Eisenberger A, Whelan RL, Neugut AI.  Survival and symptomatic benefit from palliative primary tumor resection in patients with metatatic colorectal cancer.  Intl J Colorectal Dis 23:559-568, 2008.

243.    Karakiewicz P,  Bhojani N, Neugut A, Shariat SF, Jeldres C, Graefen M, Perrotti P, Peloquin F, Kattan MW.  The effect of cormorbidity and socioeconomic status on sexual and urinary function and on general health related quality of life in men treated with radical prostatectomy for localized prostate cancer.  J Sex Med 5:919-927, 2008.

244.    Xu X, Gammon MD,  Wetmur JG, Bradshaw PT, Teitelbaum SL, Neugut AI, Santella RM, Chen J.  B-vitamin intake, one-carbon metabolism and survival among a population-based study of women with breast cancer.  Cancer Epidemiol Biomarkers Prev 17:2109-2116, 2008.

245.    Abrams JA, Lee PC, Port JL, Altorki NK, Neugut AI.  Cigarette smoking and risk of lung metastasis from esophageal cancer.  Cancer Epidemiol Biomarkers Prev 17:2707-2713, 2008.

246.    Green PHR, Neugut AI, Naiyer AJ, Edwards C, Gabinelle S, Chinburapa V.  Economic benefits of increased diagnosis of celiac disease in a national managed care population in the United States.  J Insurance Medicine 40:218-228, 2008.

247.    Grann VR, Ziv E, Joseph CK, Neugut AI, Wei Y, Jacobson JS, Horwitz MS. Bowman N, Bechmann K, Hershman DL.  Duffy (Fy), DARC, and neutropenia among women from the United States, Europe and the Caribbean.  Br J Hematol 43:288-293, 2008.

248.    Xu X, Gammom MD, Zeisel SH, Lee YL, Wetmur JG, Teitelbaum SL, Bradshaw PT, Neugut AI, Santella RM, Chen J.  Choline metabolism and risk of breast cancer in a population-based study.  FASEB J 22:2045-2052, 2008.

249.    Magai C, Consedine N, Hershman DL, Neugut AI.  Psychosocial influences on sub-optimal adjuvant breast cancer treatment adherence among African American women:  implications for education and intervention.  Health Education & Behavior 35:835-854, 2008.

250.    Rossner P, Gammon MD, Zhang Y, Terry MB, Hibshoosh H, Memeo L, Manskhani M, Long CM, Garbowski G, Agrawal M, Kalra TS, Gaudet MM, Teitelbaum SL, Neugut AI, Santella RM.  Mutations in p53, p53 protein overexpression and breast cancer survival.  J Cell Mol Med 13 (9B):3847-3857, 2008.

251.    Golembesky AK, Gammon MD, North KE, Bensen JT, Schroeder JC, Teitelbaum SL, Neugut AI, Santella RM.  Peroxisone proliferators activated receptor-alpha (PPARA) genetic polymorphisms and breast cancer incidence:  a LIBCSP anxillary study.  Carcinogenesis 29:1944-1949, 2008.

252.    Chen Y, Gammon MD, Teitelbaum SL, Britton JA, Terry MB, Shatakumar S, Eng SM, Wang Q, Gurvich I, Neugut AI, Santella RM, Ahsan H. Estrogen biosynthesis gene CYP17 and its interactions with reproductive, hormonal, and lifestyle factors in breast cancer risk:  results from the Long Island Breast Cancer Study Project.  Carcinogenesis 29:766-771, 2008.

253.    Rundle A, Richard C, Neugut AI.  Body composition, abdominal fat distribution and PSA test reseults.  Cancer Epidemiol Biomarkers Prev 18:331-336, 2009.

254.    Sagiv SK, Gaudet MM, Eng SM, Abrahamson PE, Shantakumar S, Teitelbaum SL, Britton JA, Bell P, Thomas JA, Neugut AI, Santella RM, Gammon MD.  Polycyclic aromatic-hydrocarbon-DNA adducts and survival among women with breast cancer.  Env Res 109:287-291, 2009.

**Alfred I. Neugut**
**Curriculum Vitae**

255.  Considine NS, Adjei BA, Horton D, Joe AK, Borrell LN, Ramirez PM, Ungar T, McKiernan JM, Jacobson JS, Magai C, ANeugut AI. Fear and loathing in the Caribbean: three studies of fear and cancer screening in Brooklyn's immigrant Caribbean subpopulations. Infectious Agents and Cancer 4 Suppl 1:S14, 2009.

256.  Kellerman L, Neugut AI, Burke B, Mancini D. Comparison of the incidence of de novo solid malignancies after heart transplantation to that in the general population. Am J Cardiology 103:562-566, 2009.

257.  Considine N, Christie M, Neugut AI. Physician, affective, and cognitive variables differntially predict initiation versus maintenance PSA screening profiles in diverse groups of men. Brit J Health Psychol 14:303-322, 2009.

258.  McCarty KM, Santella RM, Steck SE, Cleveland RJ, Ahn J, Ambrosone CV, North K, Sagiv SK, Eng SM, Teitelbaum SL, Neugut AI, Gammom MD. PAH-DNA adducts, cigarette smoking, GST polymorphisms, and breast cancer risk. Env Health Perspectives 117:552-558, 2009.

259.  Shen J, Gammon MD, Terry MB, Wang Q, Bradshaw P, Teitelbabum SL, Neugut AI, Santella RM. Telomere length, oxidative damage, antioxidants and breast cancer risk. Int J Cancer 124:1637-1643, 2009.

260.  Neugut AI, Lebwohl B. Screening for colorectal cancer: The glass is half full. Am J Publ Health 99:592-594, 2009.

261.  Crew KD, Gammon MD, Steck SE, Hershman DL, Cremers S, Dworakowski E, Shane E, Terry MB, Desai M, Teitelbaum SL, Neugut AI, Santella RM. Associations between 25-hydroxyvitamin D and breast cancer risk. Cancer Prev Res 2:598-604, 2009.

262.  Greenlee H, Gammon MD, Abrahamson PE, Gaudet MM, Terry MB, Hershman DL, Desai M, Teitelbaum SL, Neugut AI, Jacobson JS. Prevalence and predictors of antioxidant supplement use during breast cancer treatment: The Long Island Breast Cancer Study Project. Cancer 115:3271-3282, 2009.

263.  Abrams JA, Kapel RC, Genta RM, Singhal RV, Lwin T, Neugut AI, Lightdale CJ. Adherence to biopsy guidelines for Barrett's esophagus surveillancae in the community. Clin Gastroenterol Hepatol 7:736-742, 2009.

264.  Mohile SG, Xian Y, Dale W, Fisher SG, Morrow GR, Neugut AI, Hall W. Association of a cancer diagnosis with vulnerabilty in older Medicare beneficiaries. J Natl Cancer Inst 101:1206-1215, 2009.

265.  Hershman DL, Buono D McBride RB, Tsai WY, Neugut AI. Influence of private practive setting on adjuvant chemotherapy for elderly women with early-stage breast cancer. Cancer 115:3848-3857, 2009.

266.  Hudson SV, Chubak J, Coups EJ, Blake-Gumbs L, Jacobsen PB, Neugut AI, Buist DS. Identifying key questions to advance research and practice in cancer survivorship follow-up care: a report from the ASPO Survivorship Interest Group. Cancer Epidemiol Biomarkers Prev 18:2152-2154, 2009.

267.  Abrams JA, Buono DL, strauss J, McBride RB, Hershman D, Neugut AI. Esophagectomy compared with chemoradiation for early stage esophageal cancer in the elderly. Cancer 115:4924-4933, 2009.

268.  Xu X, Gammon MD, Zeisel SH, Bradshaw PT, Wetmur JG, Teitelbaum SK, Neugut AI, Santella RM, Chen J. High intakes of choline and betaine reduce breast cancer mortality in a population-based study. FASEB J 23:4022-4029, 2009.

**Alfred I. Neugut**
**Curriculum Vitae**

269. Hall MJ, Liberman E, Dulkart O, Galazan L, Sagiv E, Shmudi E, Kazanov D, Hallak A, Moshfowitz M, Figer A, Kraus S, Inbar M, Neugut AI, Arber N. Risk of colorectal neoplasia associated with the adenomatous polyposis coli E1317Q variant. Ann Oncol 20:1517-1521, 2009.

270. Hershman DL, Buono DK, Malin J, McBride R, Tsai WY, Neugut AI. Patterns of use and risks associated with erythrocyte stimulating agents in Medicare patients with cancer. J Natl Cancer Inst 101:1633-1641, 2009.

271. Rundle A, Neugut AI. Modeling the effects of obesity and weight gain on PSA velocity. Prostate 69:1573-1578, 2009.

272. Xu X, Gammon MD, Zhang Y, Bestor TH, Zeisel SH, Wetmur JG, Bradshaw PT, Garbowski G, Teitelbaum SK, Neugut AI, Santell RM, Chen J. BRCA1 promoter methylation is associated with increased mortality among women with breast cancer. Breast Cancer Res Treat 115:397-404, 2009.

273. Hershman DL, Buono D, Jacobson JS, McBride RB, Tsai WY, Joseph KA, Neugut AI. Surgeon characteristics and use of breast-conservation surgery in women with early stage breast cancer. Ann Surg 249:828-833, 2009.

274. Bradshaw PT, Sagiv SK, Kabat GC, Satia JA, Britton JSA, Teitelbaum SK. Neugut AI, Gammon MD. Consumption of sweet foods and breast cancer risk: a case-control study of woman on Long Island, New York. Cancer Causes Control 20:1509-1515, 2009.

275. McCarty KM, Santella RM, Steck SE, Cleveland RJ, Ahn J, Ambrosone CB, North K, Sagiv SK, Eng SM, Teitelbaum SL, Neugut AI, Gammon MD. PAH-DNA adducts, cigarette smoking, GST polymorphisms, and breast cancer risk. Env Health Perspect 117:552-558, 2009.

276. Tehranifar P, Neugut AI, Phelan JC, Link BG, Liao Y, Desai M, Terry MB. Medical advances and racial/ethnic disparities in cancer survival. Cancer Epidemiol Biomarkers Prev 18:2701-2708, 2009.

277. Guerrero-Preston R, Siegel A, Renz J, Vlahov D, Neugut A. HCV infection and cryptogenic cirrhosis are risk factors for hepatocellular carcinoma among Latinos in New York City. J Comm Health 34:500-505, 2009.

278. Grann VR, Patel P, Bharthuar A, Jacobson JS, Warner E, Anderson K, Warner E, Tsai WY, Hill KA, Neugut AI, Hershman D. Breast cancer-related preferences among woman with and without BRCA mutations. Breast Cancer Res Treat 119:177-184, 2010.

279. Shen J, Gammon MD, Wu HC, Terry MB, Wang Q, Bradshaw P, Teitelbaum SL, Neugut AI, Santella RM. Mutliple genetic variants in telornere pathway genes and breast cancer risk. Cancer Epidemiol Biomarkers Prev 19:219-228, 2010.

280. Lai R, Doan T, Hershman DL, Neugut AI. The timing of cranial radiation in elderly patients with newly diagnosed glioblastoma multiforme. Neuro-Oncology 112:190-198, 2010.

281. Yu JC, Neugut AI, Wang S, Jacobson JS, Moss J, Scrudato S, Ferrante L, Khungar V, Lim E, brown RS, Siegel AB. Racial and insurance disparities in the receipt of transplant among patients with hepatocellular carcinoma. Cancer 116:1801-1809, 2010.

Alfred I. Neugut
Curriculum Vitae

282.  Lebwohl, B, Ballas K, Cao Y, Chan G, Grossman R, Sherr DL, Woodhouse S, Neugut AI.  Treatment interruption and discontinuation in radiotherapy for rectal cancer.  Cancer Invest 28:289-294, 2010.

283.  McBride R, Lebwohl, B, Hershman D, Neugut AI.  Impact of socioeconomic status on extent of lymph node dissection for colon cancer.  Cancer Epidemiol Biomarkers Prev 19:738-745, 2010.

284.  Strauss JS, Hershman DL, Buono D, McBride R, Clark-Garvey S, Woodhouse SA. Abrams JA, Neugut AI.  Use of adjuvant 5-Fluorouracil and radiation therapy following gastric cancer resection among the elderly and impact on survival.  Intl J Radiat Oncol Biol Phys 19:738-745, 2010.

285.  Cleveland RJ, Gammon MD, Long CM, Gaudet MM, Eng SM, Teitelbaum SL, Neugut AI, Santella RM.  Common genetic variations in the LEP and LEPR genes, obesity and breast cancer incidence and survival, Breast Cancer Res Treat 120:745-752, 2010.

286.  Goldsmith RE, Jandorf L, Valdimarsdattir H, Amend KL, Stoudt BG, Rini C, Hershman D, Neugut A, Reilly JJ, Tartter PI, Feldman SM, Ambronsone CB, Bovbjerg DH.  Traumatic stress symptoms and breast cancer:  The role of childhood abuse. Child Abuse & Neglect 34:465-470, 2010.

287.  Xu X, Gammon MD, Zhang Y, Cho YH, Wetmur JG, Teitelbaum SK, Neugut AI, Santella RM, Chen J.  Gene promoter methylation is associated with increased mortality among women with breast cancer.  Breast Cancer Res Treat 121:685-692, 2010.

288.  Mordukhovich I, Rossner P Jr, Terry MB, Santella RM, Zhang YJ, Hibshoosh H, Menes L, Mansukhani M, Long CM, Garbowski G, Agrawal M, Gaudet MM, Steck SE, Sagiv SK, Eng SM, Teitelbaum SL, Neugut AI, Conway-Dorsey K, Gammon MD.  Associations between polycyclic aromatic hydrocarbon-related exposures and p53 mutations in breast tumors.  Env Health Perspect 118:511-518, 2010.

289.  Lebwohl B, Wang TC, Neugut AI.  Socioeconomic and other predictors of colonoscopy preparation quality.  Dig Dis Sci 55:2014-2020, 2010.

290.  Neugut AI, Lebwohl B.  Colonoscopy versus sigmoidoscopy screening: getting it right.  JAMA 304:461-462, 2010.

291.  Hershman DL, Kushi LH, Kershenbaum A, Shaw T, Tsai WY, Gormen SK, Miles S, Neugut AI.  Early discontinuation and non-adherence to adjuvant hormonal therapy in a cohort of 8769 early stage breast cancer patients.  J Clin Oncol 28:4120-4128, 2010.

292.  Kwan ML, Ergas IJ Somkin CP, Quesenberry CP, Neugut AI, Hershman DL, Mandelblatt J, Pelayo MP, Timperi AW, Miles SQ, Kushi LH.  Quality of life among women recently diagnosed with breast cancer:  The Pathways Study.  Breast Cancer Res Treat 23:507-524, 2010.

293.  Siegel AB, Wang S, Jacobson JS, Hershman DL, Lim EA, Yu J, Ferrante L, Devarj KM, Remotti H, Scrudato S, Halazun K, Emond J, Dove L, Brown RS, Neugut AI. Obesity and microvascular invasion in hepatocellular carcinoma. Cancer Invest 28:1063-1069, 2010.

294.  Lebwohl B, Stavsky E, Neugut AI, Green PHR.  Risk of colorectal adenomas in patients with celiac disease.  Alimentary Pharmacocl & Therap 32:1037-1043, 2010.

Alfred I. Neugut
Curriculum Vitae

295.   Abrams JA, Sharaiha RZ, Gonsalves L, Lightdale CJ, Neugut AI.  Dating the rise of esophageal
       adenocarcinoma: Analysis of Connecticut Tumor Registry data, 1940-2007.  Cancer Epidemiol
       Biomarkers Prev 20:183-186, 2011.

296.   Grann VR, Patel PR, Jacobson JS, Warner E, Heitjan DF, Ashby-Thompson M, Hershman DL, Neugut AI.
       Comparative effectiveness of screening and prevention strategies among BRCA1/2-affected mutation
       carriers.  Breast Cancer Res Treat 125:837-847, 2011.

297.   Hershman DL, Shao T, Kushi LH, Buono D, Tsai WY, Fehrenbacher L, Kwan M, Gomez SL, Neugut AI.
       Early discontinuation and non-adherence to adjuvant hormonal therapy and mortality in women with breast
       cancer.  Breast Cancer Res Treat 126:529-537, 2011.

298.   Lebwohl B, Neugut AI, Stavsky E, Villegas S, Meli C, Krauskopf MS, Rodriquez O, Franco C, Rosenberg
       R.  Effect of a patient navigator program on the volume and quality of colonoscopy: results from the first
       year of program implementation.  J Clin Gastroenterol 73:e47-53, 2011.

299.   Park CH, Bonomi M, Cesaretti J, Neugut AI, Wisinevsky JP.  The effect of radiation therapy complexity
       planning on survival of elderly patients with unresected localized lung cancer.  Int J Radiat Oncol Biol Phys
       81:706-711, 2011.

300.   Lebwohl B, Kastrinos F, Glick M, Rosenbaum AJ, Wang T, Neugut AI.  The impact of suboptimal
       preparation on adenoma miss rates and the factors associated with early repeat colonoscopy. Gastrointest
       Endosc 73:1207-1214, 2011.

301.   Brouse CH, Basch CE, Neugut, AI.  Warning Signs in Tanning Salons in New York City:
       Implications for Skin Cancer Prevention. Prev Chronic Dis 8:A88, 2011.

302.   Brouse CH, Hillyer GC, Basch CE, Neugut AI.  Geography, facilities and promotional strategies used to
       encourage indoor tanning in New York City.  J Comm Health 36:635-639, 2011.

303.   Neugut AI, Subar M, Wilde ET, Stratton SM, Brouse CH, Hillyer GC, Grann VR, Hershman DL.
       Association between prescription copayment amount and compliance with adjuvant hormonal therapy in
       women with early stage breast cancer.  J Clin Oncol 29:2534-2542, 2011.

304.   Lebwohl B, Kapel RC, Neugut AI, Green PHR, Genta RM.  Adherence to biopsy guidelines increases
       celiac disease diagnosis. Gastrointest Endosc 74:103-109, 2011.

305.   Wright JD, Neugut AI, Wilde ET, Buono DL, Malin J, Tsai WY, Hershman DL. Physician characteristics
       and variability of erythropoiesis-stimulating agent use among Medicare patients with cancer. J Clin Oncol
       29:3408-3418, 2011.

306.   Hillyer GC, Basch C, Schmitt K, Neugut AI. Feasibility and efficacy of pairing fecal immunochemical
       testing with mammography for increasing colorectal cancer screening among uninsured Latinas in
       Northern Manhattan. Prev Med 53:194-198, 2011.

307.   Sharaiha RZ, Halazun KJ, Mirza F, Port JL, Lee PC, Neugut AI, Altorki NK, Abrams JA. Elevated
       preoperative neutrophil: Lymphocyte ratio as a predictor of post-operative disease recurrence in
       esophageal cancer. Ann Surg Oncol 18:3362-3369, 2011.

**Alfred I. Neugut**
**Curriculum Vitae**

308.    Wright JD, Lewin SN, Deutsch I, Burke WM, Sun X, Neugut AI, Herzog TJ, Hershman DL. Defining the limits of radical cytoreductive surgery for ovarian cancer. Gynecol Oncol 123:467-473, 2011.

309.    Wright JD, Hershman DL, Shah M, Burke WM, Sun X, Neugut AI, Lewin SN, Herzog TJ. Quality of perioperative venous thromboembolism prophylaxis in gynecologic surgery. Obstet Gynecol 118:978-986, 2011.

310.    Xu X, Gammom  MD, Jefferson E, Zhang Y, Cho YH, Wetmur JAG, Bradshaw PT, Teitelbaum SL, Terry MB, Garbowski G, Hibshoosh H, Neugut AI, Santella RM, Chen J.  The influence of one-carbon metabolism on gene promoter methylation in a population-based breast cancer study.  Epigenetics 6:1276-1283, 2011.

311.    Amin S, McBride R, Kline J, Mitchel, EB, Lucas A, Neugut AI, Frucht H. Incidence of subsequent pancreatic adenocarcinoma in patients with a history of non-pancreatic primary cancers. Cancer 118:1244-1251, 2012.

312.    Cleveland RJ, Eng SM, Stevens J, Bradshaw PT, Teitelbaum SL, Neugut AI, Gammon MD.  Influence of prediagnostic recreational physical activity on survival from breast ancer.  Eur J Cancer Prev 21:46-54, 2012.

313.    Hershman DL, Wilde ET, Wright JD, Buono DL, Kalinsky K, Tsai WY, Neugut AI. Use and economic impact of first-cycle colony stimulating factor for the adjuvant treatment of breast cancer. J Clin Oncol 30:806-812, 2012.

314.    Cho YH, Shen J, Gammon MD, Zhang YJ, Wang Q, Gonzalez K, Xu X, Bradshaw PT, Teitelbaum SL, Garbowski G, Hibshoosh H, Neugut AI, Chen J, Santella RM. Prognostic significance of gene-specific promoter hypermethylation in breast cancer patients. Breast Cancer Res Treat 131:197-205, 2012.

315.    Lebwohl B, Hassid B, Ludwin S, Lewis SK, Tennyson CA, Neugut AI, Green PHR. Increased sedation requirements during endoscopy in patients with celiac disease. Dig Dis Sci 57:994-999, 2012.

316.    Wright JD, Burke WM, Lewin SN, Charles AS, Neugut AI, Herzog TJ, Hershman DL. Comparative effectiveness of robotic versus laparoscopic hysterectomy for endometrial cancer. J Clin Oncol 30:783-791, 2012.

317.    Livaudais JC, Hershman DL, Habel L, Kushi L, Gomez SL, Li CI, Neugut AI, Fehrenbacher L, Thompson B, Coronado GD. Racial/ethnic differences in initiation of adjuvant hormonal therapy among women with hormone receptor-positive breast cancer. Breast Cancer Res Treat 131:607-617, 2012.

318.    Berger-Chen S, Herzog TJ, Lewin SN, Burke WM, Neugut AI, Hershman DL, Wright JD. Access to conservative surgical therapy for adolescents with benign ovarian masses. Obstet Gynecol 119 (2 Pt 1):270-275, 2012.

319.    Bradshaw PT, Ibrahim JG, Cleveland R, Abrahamson PE, Stevens J, Satia JA, Teitelbaum SL, Neugut AI, Gammon MD.  Post-diagnosis change in body weight and survival after breast cancer diagnosis. Epidemiology 23:320-327, 2012.

320.    Basch CH, Hillyer GC, Basch CE, Neugut AI.  Improving understanding about tanning behaviors in college students: a pilot study.  J Am Coll Hlth 60:250-256, 2012.

Alfred I. Neugut
Curriculum Vitae

321. Wallenstein MR, Ananth CV, Kim JH, Burke WM, Hershman DL, Lewin SN, Neugut AI, Lu YS, Herzog TJ, Wright JD. Effect of surgical volume on outcomes for laparoscopic hysterectomy for benign indications. Obstet Gynecol 119:709-716, 2012.

322. Lebwohl B, Capiak K, Neugut AI, Kastrinos F. Prevalence of colorectal adenomas and advanced neoplasia in Hispanic, black and white patients undergoing screening colonoscopy. Aliment Pharmacol Therap 35:1467-1473, 2012.

323. Neugut AI, Hillyer GC, Kushi LH, Lamerato L, Nathanson SD, Ambrosone CB, Bovbjerg DH, Mandelblatt JS, Magai C, Tsai WY, Jacobson JS, Hershman DL. The Breast Cancer Quality of Care Study (B-QUAL): A multi-center study to determine causes for non-compliance with breast cancer adjuvant therapy. The Breast Journal 18:203-213, 2012.

324. Galic V, Herzog TJ, Lewin SN, Neugut AI, Burke WM, Lu YS, Hershman DL, Wright JD. Prognostic significance of adenocarcinoma histology in women with cervical cancer. Gynecol Oncol 125:287-291, 2012.

325. Simonds H, Wright J, du Toit N, Neugut AI, Jacobson JS. Completion of and early response to chemoradiation among HIV-positive and HIV-negative patients with locally advanced cervical carcinoma in South Africa. Cancer 118:2971-2979, 2012.

326. Cleveland RJ, North KE, Stevens J, Teitelbaum SL, Neugut AI, Gammon MD. The association of diabetes with breast cancer incidence and mortality in the Long Island Breast Cancer Study Project. Cancer Causes Control 23:1193-1203, 2012.

327. Xu X, Gammon MD, Hernandez-Vargas H, Herceg Z, Wetmur JG, Teitelbaum SL, Bradshaw PT, Neugut AI, Santella RM, Chen J. DNA methylation in peripheral blood measured by LUMA is associated with breast cancer in a population-based study. FASEB J 26:2657-2666, 2012.

328. Neugut AI, Becker DJ, Insel BJ, Hershman DL. Uptake of oxaliplatin and bevacizumab for treatment of node-positive and metastatic colon cancer. J Oncol Pract 8(3):156-163, 2012.

329. Shen J, Gammon MD, Terry MB, Bradshaw PT, Wang Q, Teitelbaum SL, Neugut AI, Santella RM. Genetic polymorphisms in telomere pathway genes, telomere length, and breast cancer survival. Breast Cancer Res Treat 134:393-400, 2012.

330. Neugut AI, Hillyer GC, Kushi LH, Lamerato L, Leoce N, Nathanson SD, Ambrosone CB, Bovbjerg DH, Mandelblatt JS, Magai C, Tsai WY, Jacobson JS, Hershman DL. Non-initiation of adjuvant hormonal therapy in women with hormone receptor positive breast cancer: The Breast Cancer Quality of Care Study (B-QUAL). Breast Cancer Res Treat 134:419-428, 2012.

331. Collaborative Group on Hormonal Factors in Breast Cancer. Menarche, menopause, and breast cancer risk: individual participant meta-analysis, including 118,964 women with breast cancer from 117 epidemiological studies. Lancet Oncol 13:1141-1151, 2012.

332. Ferris J, McCoy L, Neugut AI, Wrensch M, Lai R. HMG co-A reductase inhibitors, NSAIDS and risk of glioma. Int J Cancer 131:E1031-1037, 2012.

333. Leslie LA, Lebwohl B, Neugut AI, Mears JG, Bhagat G, Green PH. Incidence of lymphoproliferative disorder in celiac disease. Am J Hematol 87:754-759, 2012.

**Alfred I. Neugut**
**Curriculum Vitae**

334.  Zacharia BE, Goldstein H, Bruce SS, Malone HR, Neugut AI, Bruce JN. Incidence, treatment and survival of patients with craniopharyngioma in the Surveillance, Epidemiology and End Results Program. Neuro Oncol 14:1070-1078, 2012.

335.  Hillyer GC, Basch CH, Basch CE, Lebwohl B, Kastrinos F, Insel BJ, Neugut AI. Perceived barriers to optimal bowel preparation: results of a national survey of gastroenterologists. J Cancer Educ 27:526-532, 2012.

336.  Siegel AB, Conner K, Wang S, Jacobson JS, Hershman DL, Hidalgo R, Verna EC, Halazun K, Brubaker W, Zaretsky J, Moniodis A, Delgado-Cruzata L, Dove L, Emond J, Kato T, Brown RS, Jr., Neugut AI. Smoking and hepatocellular carcinoma mortality. Exptl Therapeutic Med 3:124-128, 2012.

337.  Wright JD, Herzog TJ, Neugut AI, Burke WM, Lu YS, Lewin SN, Hershman DL. Effect of radical cytoreductive surgery on omission and delay of chemotherapy for advanced stage ovarian cancer. Obstet Gynecol 120:871-881, 2012.

338.  Neugut AI, Clarke Hillyer G, Kushi LH, Lamerato L, Leoce, N, Nathanson SD, Ambrosone CB, Bovbjerg D, Mandelblatt JS, Magai C, Tsai WY, Jacobson JS, Hershman DL. Non-initiation of adjuvant chemotherapy in women with localized breast cancer: the Breast Cancer Quality of Care Study (BQUAL). J Clin Oncol 30:3800-3809, 2012.

339.  Hershman DL, Richards CA, Kalinsky K, Wilde ET, Lu YS, Ascherman JA, Neugut AI, Wright JD. Influence of health insurance, hospital factors, and physician factors on receipt of immediate post-mastectomy reconstruction in women with invasive and non-invasive breast cancer. Breast Cancer Res Treat 136:535-545, 2012.

340.  Schiavone MB, Herzog TJ, Nanth CV, Wilde E, Lewin SN, Burke WM, Lu YS, Neugut AI, Hershman DL, Wright JD. Feasibility and economic impact of same-day discharge for women who undergo laparoscopic hysterectomy. Am J Obstet Gynecol 207:382.e1-9, 2012.

341.  Rogo-Gupta L, Rodriguez LV, Litwin MS, Herzog TJ, Neugut AI, Lu YS, Raz S, Hershman DL, Wright JD. Trends in surgical mesh use for pelvic organ prolapsed from 2000 to 2010. Obstet Gynecol 120:1105-1115, 2012.

342.  Hillyer GC, Neugut AI, Crew KD, Kalinsky K, Maurer M, Rotsides DZ, Danaceau J, Hershman DL. Use of a urine anastrozole assay to determine treatment discontinuation among women with hormone-sensitive breast cancer: a pilot study. J Oncol Pract 8:e100-104, 2012.

343.  Wright JD, Herzog TJ, Siddiq Z, Arend R, Neugut AI, Burke WM, Lewin SN, Ananth CV, Hershman DL. Failure to rescue as a source of variation in hospital mortality for ovarian cancer. J Clin Oncol 30:3976-3982, 2012.

344.  Wright JD, Neugut AI, Wilde ET, Buono DL, Tsai WY, Hershman DL. Use and benefits of laparoscopic hysterectomy for stage I endometrial cancer among Medicare beneficiaries. J Oncol Pract 8:e89-99, 2012.

345.  Sharma C, Deutsch I, Horowitz DP, Hershman DL, Lewin SN, Lu YS, Neugut AI, Herzog TJ, Chao CK, Wright JD.  Patterns of care and treatment outcomes for elderly women with cervical cancer. Cancer 118:3618-3626, 2012.

Alfred I. Neugut
Curriculum Vitae

346.   Sharaiha RZ, Lebwohl B, Reimers L, Bhagat G, Green P, Neugut A. Increasing incidence of enteropathy-associated T cell lymphoma in the United States (1973-2008). Cancer 118:3786-3792, 2012.

347.   McCullough LE, Eng SM, Bradshaw PT, Cleveland RJ, Teitelbaum SL, Neugut AI, Gammon MD. Fat or fit: The joint effects of physical activity, weight gain, and body size on breast cancer risk. Cancer 118:4860-4868, 2012.

348.   Siegel AB, Lim EA, Wang S, Brubaker W, Zaretsky J, Hidalgo RD, Halazun K, Goyal A, Jacobson JS, Hershman DL, Remotti H, Kato T, Dove L, Verna E, Brown RS Jr., Neugut AI, Emond J. Diabetes, body mass index, and outcomes in hepatocellular carcinoma patients undergoing liver transplantation. Transplantation 94:539-543, 2012.

349.   McCullough LE, Santella RM, Cleveland RJ, Bradshaw PT, Millikan RC, North KE, Olshan AF, Eng SM, Ambrosone CB, Ahn J, Steck SE, Gaudet MM, Teitelbaum SL, Neugut AI, Gammon MD. Polymorphisms in oxidative stress genes, physical activity and breast cancer risk. Cancer Causes Control 23:1949-1958, 2012.

350.   Schiavone MB, Kuo EC, Naumann RW, Burke WM, Lewin SN, Neugut AI, Hershman DL, Herzog TJ, Wright JD. The commercialization of robotic surgery: unsubstantiated marketing of gynecologic surgery by hospitals. Am J Obstet Gynecol 207:174.e1-7, 2012.

351.   Wright JD, Hershman DL, Burke WM, Lu YS, Neugut AI, Lewin SN, Herzog TJ. Influence of surgical volume on outcome for laparoscopic hysterectomy for endometrial cancer. Ann Surg Oncol 19:948-958, 2012.

352.   Lebwohl B, Tennyson CA, Holub JL, Lieberman DA, Neugut AI, Green PHR. Sex and racial disparities in the performance of duodenal biopsy for the diagnosis of celiac disease. Gastrointest Endosc 76:779-785, 2012.

353.   Hillyer GC, Lebwohl B, Basch CH, Basch CE, Kastrinos F, Insel BJ, Neugut AI. Split dose and MiraLAX-based purgatives to enhance bowel preparation quality becoming common recommendations in the US. Therapeut Adv Gastroenterol, 6:5-14, 2013.

354.   Shelton RC, Clarke Hillyer G, Hershman DL, Leoce N, Kushi LH, Lamerato L, Nathanson SD, Ambrosone CB, Bovbjerg DH, Mandelblatt JS, Neugut AI. Attitudes and beliefs about adjuvant therapy treatment decisions among early stage breast cancer patients: findings from the BQUAL Study. Breast Cancer Res Treat 137:817-828, 2013.

355.   Matushansky I, Dela Cruz F, Insel BJ, Hershman DL, Neugut AI. Chemotherapy use in elderly patients with soft tissue sarcoma: a population-based study. Cancer Invest 31:83-91, 2013.

356.   Wright JD, Ananth CV, Lewin SN, Burke WM, Lu YS, Neugut AI, Herzog TJ, Hershman DL. Prevalence of and clinical outcomes associated with robotically-assisted vs abdominal and laparoscopic hysterectomy among women with benign gynecologic disease. JAMA 309:689-698, 2013.

357.   Spencer BA, McBride RB, Hershman DL, Buono D, Herr HW, Benson MC, Gupta-Mohile S, Neugut AI. Adjuvant intravesical bacillus Calmette-Guerin therapy and survival among elderly patients with non-muscle invasive bladder cancer. J Oncol Pract 9:92-98, 2013.

Alfred I. Neugut
Curriculum Vitae

358.   Mooney SJ, Winner M, Hershman DL, Wright JD, Feingold DL, Allendorf JD, Neugut AI. Bowel obstruction in elderly ovarian cancer patients: a population-based study. Gynecol Oncol 129:107-112, 2013.

359.   Bradshaw PT, Khankari N, Teitelbaum SL, Xu X, Fink BN, Steck S, Gaudet MM, Kabat GC, Wolff MS, Neugut AI, Zeisel SM, Santella RM, Chen J, Gammon MD. Nutrient pathways and breast cancer risk: an application of hierarchical modeling. Nutr Cancer 65:345-354, 2013.

360.   Wright JD, Neugut AI, Lewin SN, Wilde ET, Lu YS, Herzog TJ, Hershman DL. Deviations from guideline-based therapy for febrile neutropenia in cancer patients and their impact on outcomes. JAMA Int Med 173:559-568, 2013.

361.   Spencer BA, Insel BJ, Hershman DL, Benson MC, Neugut AI. Racial disparities in the use of palliative therapy for ureteral obstruction among elderly patients with advanced prostate cancer. Support Care Cancer 21:1303-1311, 2013.

362.   Vin-Raviv N, Hillyer GC, Hershman DL, Galea S, Leoce N, Bovbjerg DH, Kushi LH, Kroenke C, Lamerato L, Ambrosone CB, Valdimorsdottir H, Jandorf L, Mandelblatt JS, Tsai WY, Neugut AI. Racial disparities in post-traumatic stress following diagnosis of localized breast cancer: The Breast Cancer Quality of Care Study (BQUAL). J Natl Cancer Inst 105:563-572, 2013.

363.   Hillyer GC, Basch CH, Lebwohl B, Basch CE, Kastrinos F, Insel BJ, Neugut AI. Shortened surveillance intervals following suboptimal bowel preparation for colonoscopy: results of a national survey. Intl J Colorectal Dis 28:73-81, 2013. PMC3561457

364.   Abrams JA, Gonsalves L, Neugut AI. Diverging trends in the incidence of reflux-related and H. pylori-related gastric cardia cancer. J Clin Gastroenterol 47:322-327, 2013.

365.   Hershman DL, Greenlee H, Awad D, Kalinsky K, Maurer M, Kranwinkel G, Brafman L, Tsai WY, Neugut AI, Crew KD. Randomized trial comparing a limited versus an intensive survivorship intervention following adjuvant therapy in a multiethnic cohort of breast cancer survivors. Breast Cancer Res Treat 138:795-806, 2013.

366.   Perera HK, Ananth CV, Richards CA, Neugut AI, Lewin SN, Lu YS, Herzog TJ, Hershman DL, Wright JD. Variation in ovarian conservation in women undergoing hysterectomy for benign indications. Obstet Gynecol 121:717-726, 2013.

367.   Neugut AI, Lebwohl B. Colonoscopy and colorectal cancer mortality: both sides of the story. Therap Adv Gastroenterol 6:189-191, 2013.

368.   Winner M, Mooney SJ, Hershman DL, Feingold DL, Allendorf JD, Wright JD, Neugut AI. Management and outcomes of bowel obstruction in stage IV colon cancer patients: a population-based cohort study. Dis Colon Rect 56:834-843, 2013.

369.   Kroenke CH, Kwan ML, Neugut AI, Ergas IJ, Wright JD, Caan BJ, Hershman D, Kushi LH. Social networks, social aupport mechanisms, and quality of life after breast cancer diagnosis. Breast Cancer Res Treat 139:515-527, 2013.

370.   Lebwohl B, Bhagat G, Markoff S, Lewis SK, Smukalla S, Neugut AI, Green PHR. Prior endoscopy in patients with newly diagnosed celiac disease: a missed opportunity? Dig Dis Sci 58:1293-1298, 2013.

Alfred I. Neugut
Curriculum Vitae

371.   White AJ, Teitelbaum SL, Wolff MS, Britton JA, Stellman SD, Neugut AI, Gammon MD. Exposure to fogger trucks and breast cancer incidence in the Long Island Breast Cancer Study Project (LIBCSP). Env Health 12-24, 2013.

372.   Oberstein PE, Hershman DL, Khanna L, Chabot JA, Insel BJ, Neugut AI. Uptake and patterns of use of gemcitabine for metastatic pancreatic cancer: a population-based study. Cancer Inv 31:316-322, 2013.

373.   Wright JD, Deutsch I, Wilde ET, Ananth CV, Neugut AI, Lewin SN, Siddiq Z, Herzog TJ, Hershman DL. Uptake and outcomes of intensity-modulated radiation therapy for uterine cancers. Gynecol Oncol 130:43-48, 2013.

374.   Wright JD, Neugut AI, Lewin SN, Lu YS, Herzog TJ, Hershman DL. Trends in hospital volume and patterns of referral for women with gynecologic cancers. Obstet Gynecol 121:1217-1225, 2013.

375.   Cubasch H, Joffe M, McCormack V, Hanisch R, Neugut AI, Karstaedt A, Browse N, van den Berg E, Schuz J, Jacobson JS. Breast cancer characteristics and HIV among 1092 women in Soweto, South Africa. Breast Cancer Res Treat 140:177-186, 2013.

376.   Clarke Hillyer G, Hershman DL, Kushi LH, Lamerato L, Ambrosone CB, Bobjerg DH, Fu OS, Rana S, Mandelblatt JS, Neugut AI. A survey of breast cancer physicians regarding patient involvement in breast cancer treatment decisions. The Breast 22:548-554, 2013.

377.   Galic V, Schiavone MB, Herzog TJ, Holcomb K, Lewin SN, Lu YS, Neugut AI, Hershman DL, Wright JD. Prognostic significance of mucinous differentiation of endometrioid adenocarcinoma of the endometrium. Cancer Invest 31:500-504, 2013.

378.   Wright JD, Herzog TJ, Tsui J, Ananth CV, Lewin SN, Lu YS, Neugut AI, Hershman DL. Nationwide trends in the performance of hysterectomy. Obstet Gynecol 122:233-241, 2013.

379.   Lebwohl B, Granath F, Ekbom A, Smedby KE, Murray JA, Neugut AI, Green PHR, Ludvigsson JF. Mucosal healing and risk of lymphoproliferative malignancy in celiac disease. Ann Int Med 159:169-175, 2013.

380.   Link AR, Gammon MD, Jacobson JS, Abrahamson P, Bradshaw P, Terry MB, Teitelbaum S, Neugut AI, Greenlee H. Use of self-care and practitioner-based forms of complementary and alternative medicine among women with breast cancer. Evidence-based Complement Alternat Med 2013:301549, 2013.

381.   Bashir S, Ananth CV, Lewin SN, Burke WM, Lu YS, Neugut AI, Herzog TJ, Hershman DL, Wright JD. Utilization and safety of sodium hyaluronate-carboxymethylcellulose (HA-CMC) adhesion barrier. Dis Col Rect 56:1174-1184, 2013.

382.   Winner M, Mooney SJ, Hershman DL, Feingold DL, Allendorf JD, Wright JD, Neugut AI. Incidence and predictors of bowel obstruction in stage IV colon cancer patients: a population-based cohort study. JAMA Surgery 148:715-722, 2013.

383.   Hershman DL, Wright JD, Lim E, Buono DL, Tsai WY, Neugut AI. Contraindicated use of bevacizumab and toxicity in elderly cancer patients. J Clin Oncol 28:3592-3599, 2013.

**Alfred I. Neugut**
**Curriculum Vitae**

384.   Basch CH, Basch CE, Wolf RL, Zybert P, Lebwohl B, Shmukler C, Neugut AI, Shea S. Screening colonoscopy bowel preparation: experience in an urban minority population. Therap Adv Gastroenterol 6:442-446, 2013.

385.   McCormack VA, Joffe M, van den Berg E, Broeze N, dos Santos Silva I, Romieu I, Jacobson JS, Neugut AI, Schuz J, Cubasch H. Breast cancer receptor status and stage at diagnosis in public hospital patients in Soweto, South Africa: a case series. Breast Cancer Res 15:R84, 2013.

386.   Lebwohl B, Genta RM, Kapel RC, Sheehan D, Green PH, Neugut AI, Rundle A. Procedure volume and physician density are associated with adherence to celiac disease biopsy guidelines. Eur J Gastroenterol Hepatol 25:1273-1278, 2013.

387.   George EM, Herzog TJ, Neugut AI, Lu YS, Burke WM, Lewin SN, Herhsman DL, Wright JD. Carcinosarcoma of the ovary: natural history, patterns of treatment, and outcomes. Gynecol Oncol 131:42-45, 2013.

388.   Wright JD, Ananth CV, Ojalvo L, Herzog TJ, Lewin SN, Lu YS, Neugut AI, Hershman DL. Failure to rescue after major gynecologic surgery. Am J Obstet Gynecol 209:420.e1-e8, 2013.

389.   Veluswamy R, Mhango G, Bonomi M, Neugut AI, Hershman DL, Carlson MDA, Wisnivesky JP. Postoperative radiotherapy and chemotherapy for elderly patients with early stage lung cancer treated with limited resection. Ann Am Thoracic Soc 10:622-628, 2013.

390.   Wright JD, Hassan K, Herzog TJ, Lewin SN, Burke WM, Lu YS, Neugut AI, Hershman DL. Use of guideline-based perioperative antibiotic prophylaxis in women undergoing gynecologic surgery. Obstet Gynecol 122:1145-1153, 2013.

391.   McCullough LE, Santella RM, Cleveland RJ, Millikan RC, Olshan AF, North KE, Bradshaw PT, Eng SM, Terry MB, Shen J, Crew KD, Rossner P, Teitelbaum SL, Neugut AI, Gammon MD. Polymorphisms in DNA repair genes, recreational physical activity and breast cancer risk. Int J Cancer 134:654-663, 2014.

392.   Wright JD, Ananth CV, Lewin SN, Burke WM, Siddiq Z, Neugut AI, Herzog TJ, Hershman DL. Patterns of use of hemostatic agents in patients undergoing major surgery. J Surg Res 186:458-466, 2014.

393.   Khankari NK, Bradshaw PT, McCullough LE, Teitelbaum SL, Steck SE, Fink BN, Xu X, Ahn J, Ambrosone CB, Crew KD, Terry MB, Neugut AI, Chen J, Santella RM, Gammon MD. Genetic variation in multiple biologic pathways, flavonoid intake, and breast cancer. Cancer Causes Control 25:215-226, 2014.

394.   Smith C, Kale M, Mhango G, Neugut AI, Hershman DL, Wisnivesky J. Outcomes of elderly stage I lung cancer patients treated with segmentectomy via video assisted thoracoscopic surgery versus open resection. J Thoracic Oncol 9:383-389, 2014.

395.   Wright JD, Ananth CV, Tergas AI, Herzog TJ, Burke WM, Lewin SN, Lu YS, Neugut AI, Hershman DL. An economic analysis of robotically assisted hysterectomy. Obstet Gynecol 123:1038-1048, 2014.

396.   Basch CH, Hillyer GC, Basch CE, Lebwohl B, Neugut AI. Characteristics associated with suboptimal bowel preparation prior to colonoscopy: results of a national survey. Intl J Prev Med 5:233-237, 2014.

Alfred I. Neugut
Curriculum Vitae

397. Bradshaw PT, Ibrahim JG, Khankari N, Cleveland R, Abrahamson PE, Stevens J, Satia JA, Teitelbaum SL, Neugut AI, Gammon MD. Post-diagnosis physical activity and survival after breast cancer diagnosis: the Long Island Breast Cancer Study. Breast Cancer Res Treat 145:735-742, 2014.

398. Greenlee H, Kwan ML, Ergas IJ, Strizich G, Roh JM, Wilson AT, Lee M, Sherman K, Ambrosone CB, Hershman DL, Neugut AI, Kushi LH. Changes in vitamin and mineral supplement use by women following diagnosis with breast cancer. BMC Cancer 14:382, 2014.

399. Wisnivesky JP, Skloot G, Rundle A, Revenson T, Neugut AI. Spirometry screening for airway obstruction in asymptomatic smokers. Austral Fam Phys 43:463-467, 2014.

400. Sonabend AM, Zacharia BE, Goldstein H, Bruce SS, Hershman D, Neugut AI, Bruce JN. The role for adjuvant radiotherapy in the treatment of hemangiopericytoma: a Surveillance, Epidemiology and End Results analysis. J Neurosurg 120:300-308, 2014.

401. Wright JD, Ananth CV, Tsui J, Glied SA, Burke WM, Lu YS, Neugut AI, Herzog TJ, Hershman DL. Comparative effectiveness of upfront treatment strategies in elderly women with ovarian cancer. Cancer 120:1246-1254, 2014.

402. Spencer BA, Shim JJ, Hershman DL, Zaccharia B, Benson MC, Neugut AI. Metastatic epideural spinal cord compression among elderly patients with advanced prostate cancer. Support Care Cancer 22:1549-1555, 2014.

403. Zacharia B, Delbert C, Gupta G, Hershman D, Neugut AI, Bruce JN, Spencer BA. Incidence, cost and mortality associated with hospital acquired conditions in neuro-oncology. Neurosurgery 74:638-647, 2014.

404. Hershman DL, Neugut AI, Shim JJ, Tsai WY, Wright JD. Erythropoiesis-stimulating agent use following changes in Medicare reimbursement policies. J Oncol Pract 10:264-269, 2014.

405. George EM, Tergas AI, Ananth CV, Burke WM, Lewin SN, Prendergast E, Neugut AI, Hershman DL, Wright JD. Safety and tolerance of radical hysterectomy for cervical cancer in the elderly. Gynecol Oncol 134:36-41, 2014.

406. Sharaiha RZ, Cohen MS, Reimers L, Khashab MA, Giardiello F, Neugut AI. Sporadic duodenal adenoma and its association with colorectal neoplasia: a case-control study. Dig Dis Sci 59:2523-2528, 2014.

407. Hillyer GC, Schmitt KM, Freedberg DE, Kramer RA, Su Y, Rosenberg RM, Neugut AI. Colorectal cancer screening among the uninsured in noprthern Manhattan, 1998-2010: experience with guaiac-based fecal occult blood testing and fecal immunochemical tests. Am J Prev Med 47:182-187, 2014.

408. Weinberg A, Wright JD, Deibert CM, Lu YS, Hershman DL, Neugut AI, Spencer BA. Nationwide practice patterns for the use of venous thromboembolism prophylaxis among men undergoing redical prostatectomy. World J Urol 32:1313-1321, 2014.

409. Hillyer GC, Lebwohl B, Rosenberg R, Neugut AI, Wolf R, Basch CH, Hernandez E, Mata J, Corley DA, Basch CE. Estimation of mean number of adenomas per colonoscopy to assess bowel preparation quality: a single institution study. Therap Adv Gastroenterol 7:238-246, 2014.

410. Neugut AI, Hillyer GC, Kushi LH, Lamerato L, Leoce N, Ambrosone CB, Bovbjerg DH, Mandelblatt JS, Hershman DL. Non-initiation and early discontinuation of adjuvant trastuzumab in women with localized

**Alfred I. Neugut**
**Curriculum Vitae**

HER2-positive breast cancer: The Breast Cancer Quality of Care Study (BQUAL). Breast Cancer 21:780-785, 2014.

411.   Wright JD, Kostolias A, Ananth CV, Burke WM, Tergas AI, Lewin SN, Prendergast E, Neugut AI, Hershman DL. Comparative effectiveness of robotically assisted compared with laparoscopic adenexal surgery for benign gynecologic disease. Obstet Gynecol 124:886-896, 2014.

412.   Hershman DL, Tsui J, Meyer J, Glied S, Hillyer GC, Wright J, Neugut AI. The change from brand to generic aromatase inhibitors and hormone therapy adherence for early stage breast cancer. J Natl Cancer Inst 106:dju319, 2014.

413.   Siegel AB, Goyal A, Salomao M, Rodriguez R, Hershman DL, Brown RS, Neugut AI, Emond J, Kato T, Samstein B, Hsu C, Lee V, Faleck D, Karagozian R. Serum adiponectin is associated with worsened overall survival in a prospective cohort of HCC patients. Oncology 88:57-68, 2015.

414.   Reimers LL, Crew KD, Bradshaw PT, Santella RM, Steck SE, Terry MB, Hershman DL, Shane E, Cremers S, Dworakowski E, Teitelbaum SL, Neugut AI, Gammon MD. Vitamin D-related gene polymorphisms, plasma 25-hydroxyvitamin D, and breast cancer risk. Cancer Causes Control 26:187-203, 2015.

415.   Dessources K, Hou JY, Tergas AI, Burke WM, Ananth CV, Prendergast E, Chin L, Neugut AI, Hershman DL, Wright JD. Factors associated with thirty-day hospital readmission after hysterectomy. Obstet Gynecol 125:461-470, 2015.

416.   McCullough LE, Chen J, White AJ, Xu X, Cho YH, Bradshaw PT, Eng SM, Teitelbaum SL, Terry MB, Garbowski G, Neugut AI, Hibshoosh H, Santella RM, Gammon MD. Gene-specific promoter methylation status in hormone-receptor-positive breast cancer associates with postmenopausal body size and recreational physical activity. Intl J Cancer Clin Res 2(1):013, 2015.

417.   Hershman DL, Tsui J, Wright JD, Coromilas EJ, Tsai WY, Neugut AI. Household net worth, racial disparities, and hormonal therapy adherence among women with early stage breast cancer. J Clin Oncol 33:1053-1059, 2015.

418.   Breuer B, Chang VT, Von Roenn JH, von Gunten C, Neugut AI, Kaplan R, Portenoy RK. How well do medical oncologists manage chronic cancer pain? A national survey. The Oncologist 20:202-209, 2015.

419.   Patankar SS, Tergas AI, Deutsch I, Burke WM, Hou JY, Ananth CV, Huang Y, Neugut AI, Hershman DL, Wright JD. High versus low-dose rate brachytherapy for cervical cancer. Gynecol Oncol 136:534-541, 2015.

420.   Wright JD, Tergas AI, Cui R, Burke WM, Hou JY, Ananth CV, Chen L, Richards C, Neugut AI, Hershman DL. Use of electric power morcellation and prevalence of underlying cancer in women who undergo myomectomy. JAMA Oncol 1:69-77, 2015.

421.   Accordino MJ, Wright JD, Buono DL, Neugut AI, Hershman DL. Inpatient and outpatient image-guided transthoracic needle biopsies in cancer patients. J Oncol Pract 11:e351-e359, 2015.

422.   Simonds HM, Neugut AI, Jacobson JS. HIV status and acute haematological toxicity among cervix cancer patients undergoing radical chemoradiation. Intl J Gynecol Cancer 25:684-690, 2015.

Alfred I. Neugut
Curriculum Vitae

423.   McCullough LE, Chen J, White AJ, Xu X, Cho YH, Bradshaw PT, Eng SM, Teitelbaum SL, Terry MB, Garbowski G, Neugut AI, Hibshoosh H, Santella RM, Gammon MD. Global DNA methylation, measured by the luminometric assay (LUMA), associated with postmenopausal breast cancer in non-obese and physically active women. J Cancer 6:548-554, 2015.

424.   Dinkelspiel HE, Tergas AI, Zimmerman LA, Burke WM, Hou JY, Chen L, Hillyer GC, Neugut AI, Hershman DL, Wright JD. Use and duration of chemotherapy and its impact on survival in early-stage ovarian cancer. Gynecol Oncol 137:203-209, 2015.

425.   McCullough LE, Eng SM, Bradshaw PT, Cleveland RJ, Steck SE, Terry MB, Shen J, Crew KD, Rossner P, Ahn J, Ambrosone CB, Teitelbaum SL, Neugut AI, Santella RM, Gammon MD. Genetic polymorphisms in DNA repair and oxidative stress pathways may modify the association between body size and postmenopausal breast cancer. Ann Epidemiol 25:263-269, 2015.

426.   Mandelblatt JS, Huang K, Makgoeng SB, Luta G, Song JX, Tallarico M, Roh JM, Munneke JR, Houlston CA, McGuckin ME, Cai L, Clarke Hillyer G, Hershman DL, Neugut AI, Isaacs C, Kushi L. Development of an algorithm to identify breast cancer chemotherapy toxicities using electronic medical record and administrative data. J Oncol Pract 11:e1-e8, 2015.

427.   Wright JD, Chen L, Tergas AI, Burke WM, Hou JY, Neugut AI, Ananth CV, Hershman DL. Trends in relative survival for ovarian cancer from 1975 to 2011. Obstet Gynecol 125:1345-1352, 2015.

428.   Coromilas E, Wright JD, Huang Y, Neugut AI, Chen L, Hershman DL. The influence of hospital and surgeon factors on the prevalence of axillary evaluation in ductal carcinoma in situ. JAMA Oncol 1:323-332, 2015.

429.   Patankar S, Burke WM, Hou JY, Tergas AI, Huang Y, Ananth CV, Neugut AI, Hershman DL, Wright JD. Risk stratification and outcomes of women undergoing surgery for ovarian cancer. Gynecol Oncol 138:62-69, 2015.

430.   Pesola GR, Argos M, Chen Y, Parvez M, Ahmed A, Hasan R, Rakibuz-Zaman M, Islam T, Eunes M, Sarwar G, Chinchilli VM, Neugut AI, Ahsan H. Dipstick proteinuria as a predictor of all-cause and cardiovascular mortality in Araihazar, Bangladesh: a population-based longitudinal study. Prev Med 78:72-77, 2015.

431.   Khankari NK, Bradshaw PT, Steck SE, He K, Olshan AF, Shen J, Gaudet MM, Ahn J, Chen Y, Golembesky A, Ambrosone CB, Ahsan H, Terry MB, Teitelbaum SL, Neugut AI, Santella RM, Gammon MD. Dietary intake of fish, polyunsaturated fatty acids, and survival after breast cancer: a population-based, follow-up study on Long Island, NY. Cancer 121:2244-2252, 2015.

432.   Dinkelspiel H, Champer M, Hou JY, Tergas AI, Burke WM, Huang Y, Neugut AI, Ananth CV, Hershman DL, Wright JD. Long-term mortality among women with epithelial ovarian cancer. Gynecol Oncol 138:421-428, 2015.

433.   Cho YH, McCullough LE, Gammon MD, Wu HC, Zhang YJ, Gonzalez K, Wang Q, Xu X, Teitelbaum SL, Neugut AI, Chen J, Santella RM. Promoter hypermethylation in white blood cell DNA and breast cancer risk. J Cancer 6:819-824, 2015.

Alfred I. Neugut
Curriculum Vitae

434.  Prigerson HG, Bao Y, Shah MA, Paulk E, Schneider B, Garrido M, LeBlanc TW, Reid C, Luhrs C, Neugut AI, Maciejewski PK. Palliative chemotherapy, performance status, and quality of life near death. JAMA Oncol 1:778-784, 2015.

435.  Basch CE, Zybert P, Wolf RL, Basch CH, Ullman R, Shmukler C, King F, Neugut AI, Shea S. A randomized trial to compare alternative educational interventions to increase colorectal cancer screening in a hard-to-reach urban minority population with health insurance. J Comm Health 40:975-983, 2015.

436.  Wright JD, Tergas AI, Ananth CV, Burke WM, Hou JY, Chen L, Neugut AI, Richards CA, Hershman DL. Quality and outcomes of treatment of hypercalcemia of malignancy. Cancer Inv 33:331-339, 2015.

437.  Kleinman EJ, Christos PJ, Gerber LM, Reilly J, Moran WF, Einstein AJ, Neugut AI. NYPD cancer incidence rates, 1995-2014, encompassing the entire World Trade Center cohort.  J Occup Env Med 57:e101-113, 2015.

438.  Veluswamy RR, Ezer N, Mhango G, Goodman E, Bonmi M, Neugut AI, Swanson S, Powell CA, Beasley MB, Wisinevsky JP. Limited resection vs. lobectomy for older patients with early stage lung cancer: impact of histology. J Clin Oncol 33:3447-3453, 2015.

439.  White AJ, Chen J, McCullough LE, Xu X, Cho YH, Teitelbaum SL, Neugut AI, Terry MB, Garbowski G, Hibshoosh H, Santella RM, Gammon MD. Polycyclic aromatic hydrocarbon (PAH)-DNA adducts and breast cancer: modification by gene promoter methylation in a population-based study. Cancer Causes Control 26:1791-1802, 2015.

440.  Strizich G, Gammon MD, Jacobson JS, Wall M, Abrahamson P, Terry MB, Teitelbaum S, Neugut A, Greenlee H. Latent class analysis suggests four distinct classes of complementary medicine users among women with breast cancer. BMC Complement Altern Med 15:411, 2015.

441.  Joe AK, Schnoll-Sussman F, Bresalier RS, Abrams JA, Hibshoosh HH, Cheung K, Friedman RA, Yang CS, Milne G, Liu DD, Abdul K, Bigg M, Foreman J, Su T, Wang X, Ahmed A, Neugut AI, Akpa E, Lippman S, Perloff M, Brown PH, Lighdale CJ. Phase Ib randomized, double-blinded, placebo-controlled, dose escalation study of polyphenon E in patients with Barrett's esophagus. Cancer Prev Res 8:1131-1137, 2015.

442.  Malone H, Yang J, Hershman DL, Wright JD, Bruce JN, Neugut AI. Complications following stereotactic needle biopsy of intracranial tumors. World Neurosurg 84:1084-1089, 2015.

443.  Wright JD, Cui RR, Wang A, Chen L, Tergas AI, Burke WM, Ananth CV, Hou JY, Neugut AI, Temkin SM, Wang YC, Hershman DL. Economic and survival implications of use of electric power morcellation for hysterectomy for presumed benign gynecologic disease. J Natl Cancer Inst 107:djv251, 2015.

444.  Wright JD, Tergas A, Ananth CV, Burke WM, Chen L, Neugut AI, Richards C, Hershman DL. Relationship between surgical oncologic outcomes and publically reported hospital quality and satisfaction measures. J Natl Cancer Inst 107(3):dju409, 2015.

445.  Wright JD, Chen L, Tergas AI, Burke WM, Hou JY, Neugut AI, Ananth CV, Hershman DL. Population-level trends in relative survival for cervical cancer. Am J Obstet Gynecol 213:670.e1-7, 2015.

446.  Khankari NK, Bradshaw PT, Steck SE, He K, Olshan AF, Shen J, Gaudet MM, Ahn J, Shen Y, Golembesky A, Ambrosone CB, Ahsan H, Terry MB, Teitelbaum SL, Neugut AI, Santella RM, Gammon

MD. Polyunsaturated fatty acid interaction and breast cancer incidence: a population-based case-control study among women on Long Island, New York. Ann Epidemiol 25:929-935, 2015.

447.  Wright JD, Huang Y, Ananth CV, Tergas AI, Duffy C, Burke WM, Hou JY, Neugut AI, Hershman DL. Influence of treatment center and hospital volume on survival for locally advanced cervical cancer. Gynecol Oncol 139:506-512, 2015.

448.  Bradshaw PT, Stevens J, Khankari N, Teitelbaum SL, Neugut AI, Gammon MD. Cardiovascular disease mortality among breast cancer survivors. Epidemiology 27:6-13, 2016.

449.  Parada H, Wolff MS, Engel LS, White AJ, Eng SM, Khankari N, Cleveland R, Teitelbaum SL, Neugut AI, Gammon MD. Organochlorine insecticides DDT and chlordane in association with survival among women with breast cancer. Intl J Cancer 138:565-575, 2016.

450.  Wright JD, Jorge S, Tergas AI, Hou JY, Burke WM, Huang Y, Hu JC, Ananth CV, Neugut AI, Hershman DL. Utilization and outcomes of ovarian conservation in premenopausal women with endometrial cancer. Obstet Gynecol 127:101-108, 2016.

451.  Wright JD, Huang Y, Burke WM, Tergas AI, Hou JY, Hu JC, Neugut AI, Ananth CV, Hershman DL. Influence of lymphadenectomy on survival for early-stage endometrial cancer. Obstet Gynecol 127:109-118, 2016.

452.  Mordukhovich I, Beyea J, Herring A, Hatch M, Stellman SD, Teitelbaqum SL, Richardson D, Millikan RC, Engel L, Shantakumar  S, Steck SE, Neugut AI, Rossner P, Santella RM, Gammon MD. Vehicular traffic-related polycyclic aromatic hydrocarbon exposure and breast cancer incidence: the Long Island Breast Cancer Study Project (LIBCSP). Env Health Perspect 124:30-38, 2016.

453.  White AJ, Chen J, Teitelbaum SL, McCullough LE, Xu X, Cho YH, Conway K, Beyea J, Stellman SD, Steck SE, Mordukhovich I, Eng SM, Terry MB, Engel LS, Hatch M, Neugut AI, Hibshoosh H, Santella RM, Gammon MD. Sources of polycyclic aromatic hydrocarbons are associated with gene-specific promoter methylation in women with breast cancer. Env Res 145:93-100, 2016.

454.  Accordino MK, Wright JD, Vasan S, Neugut AI, Tergas AI, Hershman DL. ReCAP: serum tumor marker use in patients with advanced solid tumors. J Oncol Pract 12:65-66, e36-43, 2016.

455.  Parada H, Wolff MS, Engel LS, Eng SM, Khankari NK, Neugut AI, Teitelbaum SL, Gammon MD. Polychlorinated biphenyls and their association with survival following breast cancer. Eur J Cancer 56:21-30, 2016.

456.  White AJ, Bradshaw PT, Herring AH, Teitelbaum SL, Beyea J, Stellman SD, Steck SE, Mordukhovich I, Eng SM, Engel LS, Conway K, Neugut AI, Santella RM, Gammon MD. Exposure to multiple sources of polycyclic aromatic hydrocarbons and breast cancer incidence. Environ Int 89-90:185-192, 2016.

457.  George EM, Burke WM, Hou JY, Tergas AI, Chen L, Neugut AI, Ananth CV, Hershman DL, Wright JD. Measurement and validation of frailty as a predictor of outcomes in women undergoing major gynecologic surgery. Brit J Obstet Gynecol 123:455-461, 2016.

458.  Kim J, Mersereau JE, Khankari N, Bradshaw P, McCullough L, Cleveland R, Shantakumar S, Teitelbaum SL, Neugut AI, Senie R, Gammon MD. Polycystic ovarian syndrome (PCOS), related symptoms/sequelae,

**Alfred I. Neugut**
**Curriculum Vitae**

and breast cancer incidence in a population-based case-control study. Cancer Causes Control 27:403-414, 2016.

459.   Wright JD, Tergas AI, Hou JY, Burke WM, Huang Y, Hu JC, Hillyer G, Ananth CV, Neugut AI, Hershman DL. Trends in periodic surveillance testing for early-stage uterine cancer survivors. Obstet Gynecol 127:449-458, 2016.

460.   Jorge S, Hou JY, Tergas AI, Burke WM, Huang Y, Hu JC, Ananth CV, Neugut AI, Hershman DL, Wright JD. Magnitude of risk for nodal metastasis associated with lymphovascular space invasion for endometrial cancer. Gynecol Oncol 140:387-393, 2016.

461.   Wright JD, Burke WM, Tergas AI, Hou JY, Huang Y, Hu JC, Hillyer GC, Ananth CV, Neugut AI, Hershman DL. Comparative effectiveness of minimally invasive hysterectomy for endometrial cancer. J Clin Oncol 34:1087-1096, 2016.

462.   Revenson TA, Marin-Chollom AM, Rundle AG, Wisnivesky J, Neugut AI. Hey, Mr. Sandman: Dyadic effects of anxiety, depressive symptoms and sleep among healthy couples. J Behav Med 39:225-232, 2016.

463.   Tergas AI, Neugut AI, Chen L, Burke WM, Hershman DL, Wright JD. Radiation duration in women with cervical cancer treated with primary chemoradiation: a population-based analysis. Cancer Invest 34:137-147, 2016.

464.   Cui Z, Wright JD, Accordino MK, Buono D, Neugut AI, Hu JC, Hershman DL. Safety, utilization,, and cost of image guided percutaneous liver biopsy among cancer patients. Cancer Invest 34:189-196, 2016.

465.   McCullough LE, Chen J, Cho YH, Khankari NK, Bradshaw PT, White AJ, Garbowski G, Teitelbaum SL, Terry MB, Neugut AI, Hibshoosh H, Santella RM, Gammon MD. DNA methylation modifies the association between obesity and survival after breast cancer diagnosis. Breast Cancer Res Treat 156:183-194, 2016.

466.   Margolis B, Tergas AI, Chen L, Hou JY, Burke WM, Hu JC, Ananth CV, Neugut AI, Hershman DL, Wright JD. Natural history and outcome of neuroendocrine carcinoma of the cervix. Gynecol Oncol 141:247-254, 2016.

467.   Wolf RL, Basch CE, Zybert P. Basch CH, Ullman R, Shmukler C, King F, Neugut AI. Patient test preferences for colorectal cancer screening and screening uptake in an insured urban minority population. J Comm Health 41:502-508, 2016.

468.   Hershman DL, Kushi LH, Hillyer GC, Coromilas E, Buono D, Lamerato L, Bovbjerg DH, Mandelblatt JS, Tsai WY, Jacobson JS, Wright JD, Neugut AI. Psychosocial factors related to non-persistence with adjuvant endocrine therapy among women with breast cancer: The Breast Cancer Quality of Care Study (BQUAL). Breast Cancer Res Treat 157:133-143, 2016.

469.   Wright JD, Hou JY, Burke WM, Tergas AI, Chen L, Hu JC, Ananth CV, Neugut AI, Hershman DL. Utilization and toxicity of alternative delivery methods of adjuvant chemotherapy for ovarian cancer. Obstet Gynecol 127:985-991, 2016.

470.   Chatterjee S, Chen L, Tergas AI, Burke WM, Hou JY, Hu JC, Ananth CV, Neugut AI, Hershman DL, Wright JD. Utilization and outcomes of chemotherapy in women with intermediate risk, early stage ovarian cancer. Obstet Gynecol 127:992-1002, 2016.

Alfred I. Neugut
Curriculum Vitae

471.   Naidoo L, Jacobson JS, Neugut AI, Diova NC, Mosam A. HAART in hand: The change in Kaposi's sarcoma presentation in KwaZulu-Natal, South Africa. S African Med J 106:611-616, 2016.

472.   Shen MJ, Prigerson HG, Paulk E, Trevino KM, Penedo F, Tergas A, Epstein AS, Neugut AI, Maciejewski PK. Impact of end-of-life discussions on the reduction of Latino/non-Latino disparities in DNA order completion. Cancer 122:1749-1756, 2016.

473.   Wright JD, Chen L, Tergas AI, Accordino M, Ananth CV, Neugut AI, Hershman DL. Underuse of BRCA testing in patients with breast and ovarian cancer. Am J Obstet Gynecol 214:761-763, 2016.

474.   Mordukhovich I, Beyea J, Herring A, Hatch M, Stellman S, Teitelbaum SL, Richardson D, Millikan RC, Engel L, Shantakumar S, Steck SE, Neugut AI, Rossner P, Santella RM, Gammon MD. Polymorphisms in DNA repair genes, traffic-related polycyclic aromatic hydrocarbon exposure, and breast cancer incidence. Intl J Cancer 139:310-321, 2016.

475.   Wright JD, Chen L, Jorge S, Burke WM, Tergas AI, Hou JY, Hu JC, Neugut AI, Ananth CV, Hershman DL. Prescription of extended duration thromboprophylaxis after high-risk, abdominopelvic cancer surgery. Gynecol Oncol 141:531-537, 2016.

476.   Wright JD, Margolis B, Hou JY, Burke WM, Tergas AI, Huang Y, Hu JC, Ananth CV, Neugut AI, Hershman DL. Overuse of external beam radiotherapy for stage I endometrial cancer. Am J Obstet Gynecol 215:75.e1-7, 2016.

477.   Neugut AI, Hillyer GC, Kushi LH, Lamerato L, Buono DL, Nathanson SD, Bovbjerg DH, Mandelblatt JS, Tsai WY, Jacobson JS, Hershman DL. Early discontinuation of adjuvant chemotherapy in women with localized breast cancer: the Breast Cancer Quality of Care Study (BQUAL). Breast Cancer Res Treat 158:127-138, 2016.

478.   Coromilas E, Wright JD, Huang Y, Feldman S, Neugut AI, Hillyer GC, Chen L, Hershman DL. Axillary evaluation and lymphedema in women with ductal carcinoma in situ. Breast Cancer Res Treat 158:373-384, 2016.

479.   Jorge S, Jones NL, Chen L, Hou JY, Tergas AI, Burke WM, Ananth CV, Neugut AI, Hershman DL, Wright JD. Characteristics, treatment and outcomes of women with immature ovarian teratoma, 1998-2012. Gynecol Oncol 142:261-266, 2016.

480.   Wright JD, Tergas AI, Hou JY, Burke WM, Chen L, Hu JC, Neugut AI, Ananth CV, Hershman DL. Effect of regional hospital competition and hospital financial status on the use of robotic-assisted surgery. JAMA Surg 151:612-620, 2016.

481.   Yang J, Neugut AI, Wright JD, Accordino M, Hershman DL. Nonadherence to oral medications for chronic conditions in breast cancer survivors. J Oncol Pract 12:e800-e809, 2016.

482.   Accordino MK, Wright JD, Vasan S, Neugut AI, Hillyer GC, Hu JC, Hershman DL. Use and costs of disease monitoring in women with metastatic breast cancer. J Clin Oncol 34:2820-2826, 2016.

483.   Leshno A, Moshkowitz M, David M, Galazan L, Neugut AI, Arber N, Santo E. Prevalence of colorectal neoplasms in young, average risk individuals: a turning tide between East and West. World J Gastroenterol 22:7365-7372, 2016.

**Alfred I. Neugut**
**Curriculum Vitae**

484.   Greenlee H, Neugut AI, Falci L, Hillyer GC, Buono D, Roh JM, Ergas IJ, Kwan ML, Lee M, Tsai WY, Lamerato L, Mandelblatt JS, Kushi LH, Hershman DL. Complementary and alternative medicine use is associated with decreased breast cancer chemotherapy initiation: The BQUAL Study. JAMA Oncol 2:1170-1176, 2016.

485.   Neugut AI, Zhong X, Wright JD, Accordino M, Yang J, Hershman DL. Nonadherence to medications for chronic conditions and nonadherence to adjuvant hormonal therapy in women with breast cancer. JAMA Oncol 2:1326-1332, 2016.

486.   Langenhoven L, Barnardt P, Neugut AI, Jacobson JS. The phenotype and teatment of breast cancer in HIV-positive and –negative women in Cape Town, South Africa. J Global Oncol 2:284-291, 2016.

487.   Araujo JL, Altorki N, Sonett J, Rodriguez A, Sungur-Stasik K, Neugut AI, Abrams JA. Effects of pre-diagnosis aspirin use on outcomes in a pre-diagnosis in a prospective cohort of esophageal cancer patients. Therap Adv Gastroenterol 9:806-814, 2016.

488.   Greenlee H, Sardo Molmenti C, Crew KD, Awad, D, Kalinsky K, Brafman L, Fuentes D, Shi Z, Tsai WY, Neugut AI, Hershman DL. Survivorship care plans and adherence to lifestyle recommendations among breast cancer survivors. J Cancer Survivorship 10:956-963, 2016.

489.   Yoon L, Clarke Hillyer G, Chen L, Hu JC, Neugut AI, Herhsman DL, Wright JD. Predictors of interventional treatment use for venous thromboembolism in cancer patients. Cancer Invest 34:408-414, 2016.

490.   Cham S, Chen L, Burke WM, Hou JY, Tergas AI, Hu JC, Ananth CV, Neugut AI, Hershman DL, Wright JD. Utilization and outcomes of sentinel lymph node biopsy for vulvar cancer. Obstet Gynecol 128:754-760, 2016.

491.   Niehoff N, White AJ, McCullough LE, Steck SE, Beyea J, Mordukhovich I, Eng SM, Teitelbaum SL, Neugut AI, Conway-Dorsey K, Santella RM, Gammon MD. Polycyclic aromatic hydrocarbons and postmenopausal breast cancer: an evaluation of effect measure modification by body mass index and weight change. Env Res 152:17-25, 2017.

492.   Parada H Jr., Steck SE, Bradshaw PT, Engel LS, Conway K, Teitelbaum SL, Neugut AI, Santella RM, Gammon MD. Grilled, barbecued, and smoked meat intake and survival following breast cancer. J Natl Cancer Inst 109:djw299, 2017.

493.   Sardo Molmenti CL, Steck SE, Hibler EA, Wang JY, Shivappa N, Yang J, Greenlee H, Wirth MD, Neugut AI, Jacobs ET, Hebert JR. Dietary inflammatory index and risk of colorectal adenoma recurrence: a pooled analysis. Nutrition and Cancer 69:238-247, 2017.

494.   Parada H Jr, Bradshaw PT, Engel LS, Conway-Dorsey K, Steck SE, Teitelbaum SL, Neugut AI, Gammon MD. Environmental tobacco smoke exposure and survival following breast cancer. Cancer Epidemiol Biomarkers Prev 26:738-740, 2017.

495.   McCullough LE, Chen J, Cho YH, Khankari NK, Bradshaw PT, White AJ, Cleveland R, Eng S, Garbowski G, Teitelbaum SL, Terry MB, Neugut AI, Hibshoosh H, Santella RM, Gammon MD. Modification of the association between recreational physical activity and survival after breast cancer by promoter methylation in breast cancer-related genes. Breast Cancer Res 19:19, 2017.

Alfred I. Neugut
Curriculum Vitae

496.  Accordino MK, Wright JD, Vasan S, Neugut AI, Hillyer GC, Herhsman DL. Factors and costs associated with delay in treatment initiation and prolonged length of stay with inpatient EPOCH chemotherapy in patients with hematologic malignancies. Cancer Inv 35:202-214, 2017.

497.  Cubasch H, Ruff P, Joffe M, Norris S, Chirwa T, Nietz S, Sharma V, Duarte R, Buccimazza I, David R, Shas C, Stopforth LW, Tsai WY, Stavsky E, Crew K, Jacobson JS, Neugut AI. The South African Breast Cancer and HIV Outcomes (SABCHO) Study: Methods and baseline assessment. J Global Oncol 3:114-124, 2017.

498.  Malone H, Cloney M, Yang J, Hershman DL, Wright JD, Neugut AI, Bruce JN. Failure to rescue and mortality following resection of intracranial neoplasms. Neurosurgery, in press.

499.  Rundle A, Neugut AI, Revenson TA, Marin-Chollom AM, Wisnivesky J. A positive influence: weight loss within married and domestic partnered couples. J Behav Med, in press.

500.  Hillyer GC, Jensen CD, Zhao WK, Neugut AI, Lebwohl B, Tiro J, Kushi LH, Corley DA. Examination of outpatient utilization following colorectal cancer screening with fecal immunochemical testing. Cancer Epidemiol Biomarkers Prev, in press.

501.  Bruce JN, Bruce S, Hershman DL, Neugut AI, Wright JD, Youngerman B, Zacharia BE. Quality of perioperative venous thromboembolism prophylaxis in neuro-oncologic surgery. Neurosurgery, in press.

502.  Zacharia BE, Youngerman BE, Bruce SS, Hershman DL, Neugut AI, Bruce JN, Wright JD. Quality of postoperative venous thromboembolism prophylaxis in neuro-oncologic surgery. Neurosurgery, in press.

503.  Lin JJ, Revenson TA, Neugut A, Rundle A, Mohan S, Wisnivesky JP. Association of weight perception, race and readiness to quit smoking among a cohort of smokers. J Smoking Cessation, in press.

504.  Parada H Jr, Steck SE, Cleveland RJ, Eng SM, Teitelbaum SL, Neugut AI, Santella RM, Gammon MD. Genetic polymorphisms of phase I metabolizing enzyme genes, lifetime grilled and smoked meat intake, and breast cancer incidence. Ann Epidemiol, in press.

505.  Khankari NK, Bradshaw PT, Steck SE, He K, Olshan AF, Ahn J, Terry MB, Crew KD, Teitelbaum SL, Neugut AI, Santella RM, Gammon MD. Interaction between polyunsaturated fatty acids and genetic variants in relation to breast cancer incidence. J Cancer Epidemiol Prev, in press.

506.  Wright JD, Cham S, Chen L, Burke WM, Hou JY, Tergas AI, Hu JC, Ananth CV, Neugut AI, Hershman DL. Utilization of sentinel lymph node biopsy for uterine cancer. Am J Obstet Gynecol, in press.

507.  McClain KM, McCullough LE, Bradshaw PT, Shantakumar S, Cleveland R, Eng SM, Terry MB, Neugut AI, Teitelbaum SL, Gammon MD. Age-specific indicators of a healthy lifestyle and risk for postmenopausal breast cancer. J Women's Hlth, in press.

508.  Neugut AI, Prigerson HG. Curative, life-prolonging, and palliative chemotherapy: new outcomes need new names. The Oncologist, in press.

509.  Cham S, Huang Y, Tergas AI, Hou JY, Burke WM, Deutsch I, Ananth CV, Neugut AI, Hershman DL, Wright JD. Utility of radiation therapy for early-stage uterine papillary serous carcinoma. Gynecol Oncol, in press.

Alfred I. Neugut
Curriculum Vitae

510.    Lebwohl B, Cao Y, Zong G, Hu FB, Green PHR, Neugut AI, Rimm EB, Sampson L, Giovannucci E, Willett WC, Sun Q. Chan AT. Long-term gluten consumption and the risk of coronary heart disease. BMJ, in press.

511.    Wright JD, Desai V, Chen L, Burke WM, Tergas AI, Hou JY, Accordino M, Ananth CV, Neugut AI, Hershman DL. Utilization of gynecologic services in women with breast cancer receiving hormonal therapy. Am J Obstet Gynecol, in press.

512.    Hillyer GC, Jensen CD, Zhao WK, Neugut AI, Lebwohl B, Tiro J, Kushi LH, Corley DA. Primary care visit utilization following positive fecal immunochemical test for colorectal cancer screening. Cancer, in press.

513.    Neugut AI, Zhong X, Lebwohl B, Hillyer GC, Accordino MK, Wright JD, Kiran R, Hershman DL. Adherence to recommendations for colonoscopy at one year following resection of localized colon cancer. Submitted for publication.

514.    Bradshaw PT, Gaudet MM, Santella RM, Ambrosone C, Teitelbaum SB, Neugut AI, Gammon MD. UDP-glucuronyltransferase 2B7 His268tyr genotype and breast cancer risk: a case-control study of women on Long Island, New York. Submitted for publication.

515.    Wright JD, Herzog TJ, Neugut AI, Burke WM, Lu YS, Lewin SN, Hershman DL. Comparative effectiveness of minimally invasive radical hysterectomy for cervical cancer. Submitted for publication.

516.    Sharma C, Deutsch I, Zhang C, Herzog TJ, Sun X, Neugut AI, Lewin SN, Chao CK, Hershman DL Wright JD. Uptake of neoadjuvant radiation therapy for locally advanced vulvar cancer. Submitted for publication.

517.    Hillyer GC, Sparks L, Hershman DL, Basch CE, McCabe M, Ramsey S, Unger JM, Rotsides DZ, Neugut AI. Development of text messages designed to improve patient adherence to adjuvant breast cancer hormonal therapy. Submitted for publication.

518.    Wright JD, Neugut AI, Tergas A, Lewin SN, Burke WM, Lu YS, Herzog TJ, Hershman DL. Surveillance testing in women following a diagnosis of early-stage endometrial cancer. Submitted for publication.

519.    Goeieman B, Firnhaber C, Takuva S, Levin S, Evans D, Lewin S, Wright J, Neugut AI, Jacobson JS. Factors associated with cervical dysplasia among HIV-positive women in South Africa. Submitted for publication.

520.    Shen MJ, Maciejewski PK, Paulk, E, Wright AA, Temel J, McKorkle R, Munoz F, Keating N, Trevino KM, Epstein A, Lichtenthal W, Neugut AI, Boutin-Foster C, Prigerson HG. Understanding cancer incurability explains black-white disparities in DNR order completion rates. Submitted for publication.

521.    Hillyer GC, Lebwohl B, Obe V, Zhang L, Mitra T, Carlesimo M, Villegas S, Rosenberg R, Neugut AI. Evaluation of screening colonoscopy bowel preparation quality in the New York City direct referral and patient navigator program. Submitted for publication.

522.    Hershman DL, Neugut AI, Vasan S, Accordino M, Hillyer GC, Wright J. Factors associated with aprepitant use among cancer patients receiving highly emetogenic chemotherapy. Submitted for publication.

**Alfred I. Neugut**
**Curriculum Vitae**

523.   Weinberg AC, Wright JD, Whalen MJ, Paulucci DJ, Woldu SL, Berger SA, Deibert CM, Korets R, Hershman DL, Neugut AI, Badani KK. Utilization of partial nephrectomy following the acquistion of a surgical robot: a population-based study. Submitted for publication.

524.   Rundle A, Revenson TA, Marin-Chollom AM, Wisnivesky J, Neugut AI. A positive influence: improvements in cardiovascular disease risk factors within married couples. Submitted for publication.

525.   Wright JD, Chen L, Burke WM, Hou JY, Tergas AI, Hu JC, Neugut AI, Ananth CV, Hershman DL. Trends in use and outcomes of women undergoing hysterectomy with electric power morcellation. Submitted for publication.

526.   Lim EA, Zhong X, Neugut AI, Wright J, Fojo AT, Hu J, Unger JM, Hershman DL. Diffusion of abiraterone use in patients with prostate cancer. Submitted for publication.

527.   Cui R, Huang Y, Burke WM, Tergas AI, Hou JY, Hu JC, Neugut AI, Ananth CV, Hershman DL, Wright JD. Underuse of health maintenance testing and counseling during the preventive gynecologic examination. Submitted for publication.

528.   Ezer N, Kale M, Sigel K, Lahka S, Mhango G, Goodman E, Nicastri D, Swanson S, Neugut AI, Wisnivesky JP. The impact of surgeon volume on outcomes of older patients with early stage lung cancer treated with video-assisted thoracoscopic resection or open thoracotomy. Submitted for publication.

529.   Parada H Jr., Bradshaw PT, Steck SE, Engel LS, Conway-Dorsey K, Sagiv SK, Teitelbaum SL, Neugut AI, Santella RM, Gammon MD. Post-diagnosis changes in cigarette smoking and survival following breast cancer diagnosis. Submitted for publication.

530.   Yun J, Yang J, Cloney M, Mehta A, Singh S, Ewamoto F, Neugut AI, Sonabend AM. Craniotomy for resection of primary central nervous system lymphoma is safe: a Nationwide Inpatient Sample analysis. Submitted for publication.

531.   Shen S, Araujo JL, Altorki NK, Sonett JR, Rodriguez A, Sungur-Stasik K, Spinelli CF, Neugut AI, Abrams JA. Variation by stage in the effect of pre-diagnosis weight loss on mortality in a prospective cohort of esophageal cancer patients. Submitted for publication.

532.   Onishi M, Vasan S, Accordino M, Hillyer GC, Neugut AI, Wright JD, Hershman DL. Factors associated with neurokinin-1 receptor antagonist use among commercially insured cancer patients receiving highly emetogenic chemotherapy. Submitted for publication.

533.   Youngerman BE, Neugut AI, Yang J, Hershman DL, Wright JD, Bruce JN. The modified frailty index and 30-day adverse events in oncologic neurosurgical oncology. Submitted for publication.

534.   Veluswamy RR, Whittaker SA, Nicastri DG, Mhango G, Smith CB, Bonomi M, Galsky M, Neugut AI, Wisnivesky JP. Comparative effectiveness of robotic-assisted surgery for resectable lung cancer in older patients. Submitted for publication.

535.   Wang T, Parada H, McClain KM, Bradshaw PT, Terry MB, Teitelbaum SL, Neugut AI, Gammon MD. Pre-diagnostic aspirin and mortality after breast cancer. Submitted for publication.

**Alfred I. Neugut**
**Curriculum Vitae**

536. Cubasch H, Joffe M, Ruff P, Dietz D, Rosenbaum E, Murugan N, Chih MT, Ayeni O, Dickens C, Crew K, Jacobson JS, Neugut AI. Breast conservation surgery versus mastectomy among women with localized breast cancer in Soweto, South Africa. Submitted for publication.

537. Cubasch H, Dickens C, Murugan N, Tsai Chih M, Joffe M, Ayeni O, Jacobson JS, Neugut AI, Ruff P, Sharma V, McCormack V. Breast cancer survival by stage, HIV and receptor status in Soweto, South Africa: a retrospective cohort study of women diagnosed 2009-2011. Submitted for publication.

538. Maponga T, Vermeulen H, Robertson B, Burmeister S, Glashoff R, Ruff P, Neugut AI, Jacobson JS, Preiser W, Kew M, Andersson MI. Impact of HIV infection on hepatitis B virus-associated hepatocellular carcinoma in South Africa. Submitted for publication.

539. Ruff P, Cubasch H, Rosenbaum E, Dietz D, Joffe M, Murugan N, Chih MT, Dickens C, McCormack V, Ayeni O, Crew KD, Jacobson JS, Neugut AI. Use of neoadjuvant chemotherapy in a high HIV-positive prevalence patient population treated for non-metastatic breast cancer in Johannesburg, South Africa. Submitted for publication.

540. Wright JD, Chen L, Hou JY, Burke WM, Tergas AI, Ananth CV, Neugut AI, Hershman DL. Impact of hospital volume and quality of care on survival for ovarian cancer. Submitted for publication.

541. Wright JD, Chen L, Gabor L, Burke WM, Tergas AI, Hou JY, Ananth CV, Neugut AI, Hershman DL. Trends in specialty-based referral and outcomes for women with endometrial cancer undergoing hysterectomy. Submitted for publication.

542. Hillyer GC, Neugut AI, Crew KD, Kalinsky K, Rotsides DZ, Stavsky E, Nair V, Eichner D, Hershman DL. Urine aromatase inhibitor levels to assess breast cancer adjuvant hormonal therapy adherence. Submitted for publication.

543. Jones NL, Chen L, Chatterjee S, Tergas AI, Burke WM, Hou JY, Ananth CV, Neugut AI, Hershman DL, Wright JD. National trends in extended procedures for ovarian cancer debulking surgery. Submitted for publication.

544. Ruiz MP, Huang Y, Hou JY, Tergas AI, Burke WM, Ananth CV, Neugut AI, Hershman DL, Wright JD. Safety of progestational therapy in young women with endometrial cancer. Submitted for publication.

545. Accordino MK, Wright JD, Vasan S, Neugut AI, Gross T, Hillyer GC, Hershman DL. Association between time alive with metastatic breast cancer and aggressive end-of-life care. Submitted for publication.

546. Tergas AI, Prigerson HG, Shen MJ, Neugut AI, Wright JD, Maciejewski PK. Latino ethnicity, immigrant status, and preference for life-extending end-of-life cancer care. Submitted for publication.

547. Neugut AI, MacLean SA, Dai WF, Jacobson JS. Impact of physician characteristics on decisions regarding cancer screening: a systematic review. Submitted for publication.

548. Margolis B, Chen L, Accordino MK, Hillyer GC, Hou JY, Tergas AI, Burke WM, Neugut AI, Hershman DL, Wright JD. Trends in end of life care and healthcare spending in women with uterine cancer. Submitted for publication.

**Alfred I. Neugut**
**Curriculum Vitae**

549.    Parada H, Jr., Gammon MD, Chen J, Calafat AM, Neugut AI, Santella RM, Wolff MS, Teitelbaum SL. Urinary phthalate concentrations and breast cancer incidence and survival following breast cancer. Submitted for publication.

550.    Neugut AI, MacLean SA, Dai WF, Jacobson JS. Impact of physician characteristics on decisions regarding cancer screening: a systematic review. Submitted for publication.

Case Reports
551.    Neugut AI, Casper ES, Godwin T, Smith J. Osteoblastic metastases in renal cell carcinoma. Brit J Radiol 54:1002-1004, 1981.

552.    Wahid NA, Neugut AI, Hibshoosh H, Brunetti JC, Fountain KS, Rubin M. Response of small cell carcinoma of pancreas to a small cell lung cancer regimen: a case report. Cancer Invest 14:335-339, 1996.

Invited Reviews
553.    Johnsen CM, Neugut AI. Hormonal relationships in colorectal cancer. Rev on Endocrine-Related Cancer 25:25-28, 1987.

554.    Brandt-Rauf PW, Kessler E, Neugut AI. Occupational cancers of the soft tissues and skeletal system. Sem Occup Med 2:315-319, 1987.

555.    Wylie P, Neugut AI, Huebner W, Brandt-Rauf P. Occupational risk factors for cancers of the gastrointestinal tract. Sem Occup Med 2:291-309, 1987.

556.    Neugut AI, Muschel JN. Current approaches to fecal occult blood testing. Primary Care & Cancer 11(5):11-15, 1991.

557.    Neugut AI, Robinson E. Multiple primary neoplasms. Cancer J 5:245-248, 1992.

558.    Neugut AI. Current concepts in screening for colorectal cancer. Consultant 33(10):39-46, 1993.

559.    Abi-Rached B, Neugut AI. Diagnostic and management issues in gallbladder cancer. Oncology 9(1):19-24, 1995.

560.    Neugut AI, Hayek M, Howe G. Epidemiology of gastric cancer. Sem Oncol 23:281-291, 1996.

561.    Jacobson JS, Neugut AI. Epidemiology of gastrointestinal polyps. Surg Oncol Clin NA 5:531-544, 1996.

562.    Neugut AI, Marvin M, Rella VA, Chabot JA. An overview of adenocarcinoma of the small intestine. Oncology 11:529-536, 1997.

563.    Neugut AI, Jacobson JS, Rella VA. Prevalence and incidence of colorectal adenomas and cancer in asymptomatic persons. Gastrointest Endosc Clin NA 7:387-399, 1997.

564.    Neugut AI, Weinberg MD, Ahsan H, Rescigno J. Carcinogenic effects of breast cancer radiotherapy. Oncology 12:1245-1256, 1999.

565.    Antman K, Benson MC, Chabot J, Borinik D, Grann VR, Jacobson JS, Katz AE, Kelly K, Neugut AI, Russo D, Tiersten A, Weinstein IB. Complementary and alternative medicine (CAM): the role of the Cancer Center. J Clin Oncol 19(suppl 1) 55s-60s, 2001.

**Alfred I. Neugut**
**Curriculum Vitae**

566.  Sundararajan V, Hershman D, Grann VR, Jacobson JS, Neugut AI.  Variations in the use of chemotherapy for elderly patients with advanced ovarian cancer: a population-based study.  Am J Oncol Rev 1:116-117, 2002.

567.  Neugut AI, Fleischauer AT, Ahsan H, Robinson E, Arber N.  Lessons from second malignancies about the etiology of gastrointestinal tract tumors.  Gastrointest Oncol 4(2-3):139-142, 2002.

568.  Matasar MJ, Neugut AI.  The epidemiology of anaphylaxis in the United States.  Current Allergy and Asthma Reports, 21:113:30-35, 2003.

569.  Matasar MJ, Sundararajan V, Grann VR, Neugut AI.  Management of colorectal cancer: focus on the cost of chemotherapy.  Drugs Aging, 21:113-133, 2004.

570.  Zablotska L, Angevine AH, Neugut AI.  Therapy induced thoracic cancers.  Clin Chest Med 25:217-224, 2004.

571.  Neugut AI, Rheingold SR, Meadows AT.  Second cancers among long-term survivors of cancer.  ASCO Educational Book, Volume 40:664-668, 2004.

572.  Cohen S, Neugut AI.  Adjuvant therapy for rectal cancer in the elderly.  Drugs Aging 21:437-451, 2004.

573.  Crew KD, Neugut AI.  Epidemiology of upper gastrointestinal malignancies.  Sem Oncol 31:450-464, 2004.

574.  Terry MB, Gammon MD, Zhang FF, Tawfik H, Teitelbaum SL, Britton JA, Subbaramariah K, Dannenberg AJ, Neugut AI.  Association of frequency and duration of aspirin use and hormone receptor status with breast cancer risk.  Obstet Gynecol Surv 59:771-773, 2004.

575.  Crew KD, Neugut AI.  Epidemiology of gastric cancer.  World J Gastroenterol 12:354-362, 2006.

576.  Crew KD, Neugut AI.  Aspirin and NSAIDs: Effects in breast and ovarian cancer.  Curr Opinions Obst Gyn 18:71-75, 2006.

577.  Accordino MK, Neugut AI, Hershman DL. Cardiotoxicity of anticancer therapy in the elderly. J Clin Oncol 32:2664-2651, 2014.

Book Chapters
578.  Wigler MH, Neugut AI, Weinstein IB.  Enucleation of mammalian cells in suspension.  Methods in Cell Biology, DM Prescott (Ed.), Vol. 14, Academic Press, New York, pp. 87-93, 1976.

579.  Neugut AI, Wylie P.  Occupational cancers of the gastrointestinal tract I. Colon, stomach, and esophagus.  Occupational Medicine: State of the Art 2:109-135, 1987.

580.  Neugut AI, Wylie P, Brandt-Rauf P.  Occupational cancers of the gastrointestinal tract. II. Pancreas, liver and biliary tract.  Occupational Medicine: State of the Art 2:137-153, 1987.

581.  Timony D, Neugut AI.  Differences between community and geographically distant breast cancer patients treated at an urban medical center.  Advances in Cancer Control, P. N. Anderson, P. Engstrom, L.E. Mortenson (Eds.), Vol. 293, Alan R. Liss, New York, pp. 373-378, 1989.

Alfred I. Neugut
Curriculum Vitae

582.    Bloch S, Ashwanden P, Neugut AI, Field M, Rubin M, Apfelbaum T, Rubinoff M.  Utilizing television to
        promote a community colon cancer screening program.  Advances in Cancer Control.  P. Engstrom (Ed.),
        Vol. 7, Wiley-Liss, New York, pp. 311-323, 1990.

583.    Neugut AI.  The use of endoscopy in screening for colorectal cancer.  Advances in Large Bowel Cancer:
        Policy, Prevention, Research and Treatment.  P Rozen, CB Reich, SJ Winawer (Eds.): Front Gastroint Res,
        Basel; Karger, pp. 157-164, 1991.

584.    Neugut AI.  Primary Prevention.  Manual of Clinical Oncology, 6th Edition.  R.R. Love (ed.) Geneva:
        UICC, pp. 91-100, 1994.

585.    Neugut AI, Young GP.  Mass screening for colorectal cancer:  Summation.  In: Prevention and Early
        Detection of Colorectal Cancer.  GP Young, P Rozen , B Levin (eds).  WB Saunders: London, pp. 357-368,
        1996.

586.    Garfield RM, Neugut AI.  Epidemiological aspects of warfare.  Health and Warfare.  B Levy, V Sidel (eds).
        Washington:  American Public Health Association, pp 27-39, 1997.

587.    Neugut AI, Meadows AT, Robinson E.  Introduction. Multiple Primary Cancers.  AI Neugut, AT Meadows,
        E. Robinson (eds).  Lippincott, Williams & Wilkins, Philadelphia, pp 3-11, 1999.

588.    Neugut AI, Gold D.  Gastrointestinal cancers.  Multiple Primary Cancers.  AI Neugut, AT Meadows, E
        Robinson (eds).  Lippincott, Williams & Wilkins, Philadelphia, pp 347-363, 1999.

589.    Ahsan H, Insel B, Neugut AI.  Risk estimates for second primary cancers.  Multiple Primary Cancers:
        Incidence, Natural History and Prevention.  AI Neugut, AT Meadows, E Robinson (eds).  Lippincott,
        Williams & Wilkins, Philadelphia, pp 27-53, 1999.

590.    Jacobson JS, Neugut AI.  Recurrence of adenoma after polypectomy.  Falk Symposium 109:  Colorectal
        Cancer:  Molecular Mechanisms, Premalignant State and its Prevention.  W Schmiegel, J Scholmerich
        (eds).  Kluwer Academic Publishers, Lancaster, England, pp 180-191, 1999.

591.    Neugut AI, Marvin MR, Chabot JA. Adenocarcinoma of the small bowel.  In: Surigcal Treatment-Evidence
        Based and Problem Oriented. RG Holzheimer, JA Mannick (eds).  W. Zuckschwerdt Verlag: Munich,
        Germany, pp 95-101, 2001.

592.    Chen AC, Neugut AI.  Malignant neoplasms of the small intestine.  In: Oncology.  D Ahnen, F Talavera, H
        Ozer, SH Plantz, JS MacDonald (eds).  In: Medicine, Ob/Gyn, Psychiatry, and Surgery.  eMedicine World
        Medical Library. Boston Medical Publishing, 2001.

593.    Talbot SM, Neugut AI.  Epidemiologic trends in colorectal cancer.  Colorectal Cancer:  Multimodality
        Management.  LB Saltz (ed.). Humana Press, Totowa, NJ, pp 23-46, 2002.

594.    Talbot SM, Neugut AI.  Carcinoma of the biliary tree: epidemiology and risk factors.  Principles and
        Practice of Gastrointestinal Oncology.  D. Kelsen, B. Levin, J Tepper, J Daly, S Kern (eds).  Lippincott
        Williams & Wilkins, Philadelphia, PA, pp 603-613, 2002.

595.    Rheingold S, Neugut AI, Meadows AT.  Secondary cancers: incidence, risk factors, and management.  In:
        Cancer Medicine, 5th Edition.  JF Holland, E. Frei, RC Bast, D Kufe, D Pollack, R Weichselbaum (eds).

**Alfred I. Neugut**
**Curriculum Vitae**

WB Saunders: Philadelphia, pp 2399-2406, 2000; in 6th Edition, pp 2623-2631, 2003;in 7th Edition, pp 2216-2221, 2006.

596.   Neugut AI, Arber N. Epidemiology, molecular epidemiology, and molecular biology of small bowel and appendiceal adenocarcinomas. In: Gastrointestinal Oncology. JL Abbruzzese, DB Evans, CG Willett, C Fenoglio-Preiser (eds). Oxford: New York, NY, pp 539-548, 2004.

597.   Zojwalla N, Fogelman D, Neugut AI. Cancer screening. In: Principles of Gender-Specific Medicine. Academic Press: San Diego, CA, pp 693-702, 2004.

598.   DeCastro K, Neugut AI, Antman KH. Malignant mesothelioma following radiation. In: Malignant Mesothelioma: Advances in Pathogenesis, Diagnosis and Translational Therapies. HI Pass, NJ Volgelzang, M Carbone (eds). Springer-Verlag: New York, NY, pp 350-363, 2005.

599.   Neugut AI, Li FP. Cancer epidemiology and prevention. In:ACP Medicine, 2006 Edition. DC Dale, DD Federman, et al (eds). Web MD: New York NY, pp.2369-2378, 2006.

600.   Zablotska LB, Matasar MJ, Neugut AI.. Second malignancies after radiation treatment and chemotherapy for primary cancers. In: Oncology: An Evidenced-Based Approach. AE Chang, PA Ganz, DF Hayes, R Stone, V Strecher (eds). Springer:New York NY, pp 1929-1941, 2006.

601.   Hall MJ, Neugut AI. Overview of genetics and gene-environment interactions. American Society of Clinical Oncology Cancer Prevention Curriculum. OW Brawley, CL Rock, FR Khuri (eds.) ASCO, 2006.

602.   Zablotska LB, Matasar M, Neugut AI. Second malignancies after radiation treatment and chemotherapy for primary cancer. In: Cancer Survivorship: Today and Tomorrow. PA Ganz (ed). Springer: New York, pp 225-237, 2007.

603.   Neugut AI, Uldrick T. Second malignancies after chemotherapy. In: The Chemotherapy Source Book, 4th Edition, M.C. Perry (ed). Lippincott Williams & Wilkins, Philadelphia PA, pp 259-272, 2007.

604.   Neugut AI. Epidemiology and prevention of cancer. Medical Oncology Self-Evaluation Program, MKSAP, Fourth Edition. ASCO, Alexandria VA, pp.1-18, 2008.

605.   Hall MJ, Abrams JA, Neugut AI. Cancer of the gallbladder and biliary tree: epidemiology. Principles and Practice of Gastrointestinal Oncology, 2nd Edition, D. Kelsen, J. Daly, S. Kern, B. Levin, J. Tepper, J. E. Van Cutsem (eds). Lippincott Williams & Wilkins, Philadelphia PA, pp 463-474, 2008.

606.   Adelson K, Sagiv E, Arber N, Neugut AI. Epidemiology of small bowel adecnocarcinomas. In: Gastrointestinal Oncology: A critical multidisciplinary Team Approach. J. Jankowski, R. Samplinor, D. Kerr, Y. Fong (eds). Blackwell Publ; Malden, MA, pp 189-195, 2008.

607.   Jacobson JS, Neugut AI. Intergrative medicine in colorectal cancer. In: Intergrative Oncology. D. Abrams, A. Weil (eds). Oxford University Press: New York, pp 441-453, 2009.

608.   Neugut AI. Epidemiology and prevention. Medical Oncology Self-Evaluation Program, Second Edition. ASCO, Alexandria VA, pp. 1-18, 2010.

609.   Rheingold SR, Neugut AI, Uldrick T, Meadows AT. Treatment-related secondary cancers. In: Holland-Frei Cancer Medicine, ed.8, W. Ki-Hong, R.C. Bast, W.N. Hait, D.W. Kufe, R.E. Pollock, R.R.

**Alfred I. Neugut**
**Curriculum Vitae**

Weichselbaum, J.F. Holland, E. Frei (eds). People's Medical Publishing House: Shelton CT, 1915-1920, 2010.

610.    Neugut AI, Wu DP. Cancer epidemiology and prevention. In: ACP Medicine, 3rd Edition. DC Dale, DD Federman, et al (eds). Web MD: New York NY, 2011.

611.    Neugut AI. Epidemiology and prevention. Medical Oncology Self-Evaluation Program, Third Edition. ASCO, Alexandria VA, pp. 1-23, 2012.

612.    Becker DA, Uldrick TS, Neugut AI. Second malignancies after chemotherapy. The Chemotherapy Source Book, 5th edition, M.C. Perry, D.C. Doll, C.E. Freter (ed.). Lippincott Williams and Wilkins; Philadelphia, pp. 289-308, 2012.

613.    Neugut AI. Epidemiology and prevention. Medical Oncology Self-Evaluation Program, Fourth Edition. ASCO, Alexandria VA, pp. 1-24, 2014.

614.    Zhang ZF, Boffetta P, Neugut AI, La Vecchia C. Cancer epidemiology and public health. In: Oxford Textbook of Public Health, 6th Edition. R Detels, M Gulliford, QA Karim, CC Tan (eds). Oxford University Press: Oxford UK, pp. 923-944, 2015.

615.    Neugut AI. Epidemiology and prevention. Medical Oncology Self-Evaluation Program, Fifth Edition. ASCO, Alexandria VA, pp. 1-27, 2016.

616.    Neugut AI. Epidemiology and prevention. Medical Oncology Self-Evaluation Program, Sixth Edition. ASCO, Alexandria VA, in preparation.

Editorials.
617.    Neugut AI, Forde KA. Screening colonoscopy - Has the time come? Am J Gastroenterol 83:295-297, 1988.

618.    Neugut AI. Colon cancer screening in Israel. Isr J Med Sci 28 (suppl):4-7, 1992.

619.    Guron G, Neugut AI. Soft tissue sarcomas: Is adjuvant therapy indicated? NYS J Med 93:156-158, 1993.

620.    Neugut AI. Breast cancer and colorectal neoplasia: double jeopardy or not? Am J Gastroenterol 88:1989-1991, 1993.

621.    Neugut AI. Colorectal cancer detection and mortality. Commentary on: Mandrel JS et al. NEJM 328:1365-71, 1993. ACP J Club Sept/Oct 1993 (Ann Int Med 119, suppl 2):37, 1993.

622.    Neugut AI. Surgery increased quality of life in benign prostatic hyperplasia. Commentary on: Wasson JH, et al., NEJM 332:75-79, 1995. ACP J Club July/August 1995 (Ann Int Med 123, suppl 1):1, 1995.

623.    Neugut AI. Nonsteroidal anti-inflammatory drugs and colorectal cancer: an epidemiologist's perspective. Prev Med 24:125-127, 1995.

624.    Neugut AI, Abi-Rached B. Lessons from a follow-up study of large colorectal adenomas: BE or not BE, that is the question. Am J Gastroenterol 91:420-422, 1996.

**Alfred I. Neugut**
**Curriculum Vitae**

625.   Neugut AI. Meta-analysis: Use of combined oral contraceptives in the past 10 years is associated with an increased risk for breast cancer - commentary on: Collaborative group on hormonal factors in breast cancer, Lancet 347:1713-27, 1996. ACP J Club November/December 1996 (Ann Int Med 125, suppl 3):77, 1996.

626.   Neugut AI. Should a physician's responsibility end after the death of a patient? Oncology Times 18(12):2-3, 1996.

627.   Wise RA, Szklo M, Matanoski G, Neugut AI. Workshop discussion panel. III: Implications of the changing tobacco-related mortality from COPD in the CPS-1 and CPS-2 surveys. Prev Med 26:457-459, 1997.

628.   Neugut AI. Experienced colonoscopists missed 24% of adenomas-commentary on: Rex DK et al. Gastroenterology 112:24-8, 1997. ACP J Club July/August 1997 (Ann Int Med 127, suppl 1):16, 1997.

629.   Neugut AI, Terry MB. Cigarette smoking and microsatellite instability: causal pathway or marker-defined subset of colon tumors? J Natl Cancer Inst 92:1791-1793, 2000.

630.   Neugut AI, Grann VR. Referral to medical oncologists: Are there barriers at the gate? J Clin Oncol 20:1716-1718, 2002.

631.   Grann VR, Neugut AI. Screening for lung cancer at any price? JAMA 289:357-358, 2003.

632.   Neugut AI, Chen AC, Petrylak DP. The "skinny" on obesity and prostate cancer prognosis. J Clin Oncol 22:395-398, 2004.

633.   Neugut AI. Preventive oncology – lessons from preventive cardiology. Lancet 363:1004-1005, 2004.

634.   Neugut AI. Hospital information systems and clinical cancer research. Cancer Invest 22:326-327, 2004.

635.   Neugut AI, Grann VR. Waiting time for prostate cancer. JAMA 291:2757-2758, 2004.

636.   Hall MJ, Neugut AI. Only women with specific family histories should be referred for counseling or evaluation for BRCA breast and ovarian cancer susceptibility testing. ACP J Club 144 (Mar-April):3; 2006.

637.   Neugut AI, Jacobson JS. Women and lung cancer: gender equality at a crossroad? JAMA 296:218-219, 2006.

638.   Neugut AI, Lebwohl B, Hershman DL. Cancer chemoprevention: How do we know what works? J Clin Oncol 25:1461-1462, 2007.

639.   Abrams JA, Terry MB, Neugut AI. Cigarette smoking and colorectal neoplasia. Gastroenterology 134:617-619, 2008.

640.   Lebwohl B, Neugut AI. Review: NSAIDs and COX-2 inhibitors may prevent colorectal cancer but increase gastrointestinal and cardiovascular harm, ACP J Club 2007 July-Aug 147:16.

641.   Hershman DL, Neugut AI. Anthracycline cariotoxicity: One size does not fit all! J Natl Cancer Inst 100:1046-1047, 2008.

**Alfred I. Neugut**
**Curriculum Vitae**

642.    Neugut AI. Aspirin and colorectal cancer survival. JAMA, 302:688-689, 2009.

643.    Neugut AI, Accordino MK. CT screening for lung cancer reduced mortality in 1 large trial but not in 2 smaller trials. Ann Int Med 157:JC3-JC6, 2012.

644.    Lebwohl B, Neugut AI. Post-colonoscopy recommendations after inadequate bowel preparation: All in the timing. Dig Dis Sci 58:2135-2137, 2013.

645.    Mandelblatt JS, Sheppard VB, Neugut AI. Black-white differences in breast cancer outcomes among older Medicare beneficiaries: does treatment matter? JAMA 310:376-377, 2013.

646.    Neugut AI. Aspirin as adjuvant therapy for stage III colon cancer: standard of care? JAMA Int Med 174:739-741, 2014.

647.    Hillyer GC, Neugut AI. Where does it FIT? The roles of fecal testing and colonoscopy in colorectal cancer screening. Cancer 121:3186-3189, 2015.

648.    Neugut AI, Gelmann EP. Treatment to the prostate in the presence of metastases: lessons from other solid tumours. Eur Urol 69:795-796, 2016.

649.    Neugut AI, Gross CP. Targeting the cancer moonshot. JAMA Oncol 2:421-422, 2016.

650.    Neugut AI. Coffee and colorectal cancer risk. HemOnc Today 2016.

651.    Newcomb PA, Hsing AB, Bondy ML, Neugut AI. The history of a name: the American Society for Preventive Oncology renames its highest honor the "Joseph F. Fraumeni, Jr., ASPO Distinguished Achievement Award". Cancer Epidemiol Biomarkers Prev 26:431-432, 2017.

652.    Neugut AI, Lebwohl B. Choosing how to screen for colorectal cancer. Sem Oncol 44:45-46, 2017..

Books
1.      Committee to Review the Health Effects in Vietnam Veterans of Exposure to Herbicides. Veterans and Agent Orange: Health Effects of Herbicides Used in Vietnam. National Academy Press, Washington, DC, 1994.

2.      Neugut AI, Meadows AT, Robinson E (eds). Multiple Primary Cancers. Lippincott Williams & Wilkins, Philadelphia, 1999.

Letters:
1.      Neugut AI: Aminoglutethimide vs. surgical adrenalectomy in breast cancer. New Engl J Med 306:44-45, 1982.

2.      Neugut AI: Epidemiology of T-cell leukemia/lymphoma. Lancet 2:557-558, 1982.

3.      Neugut AI: Detecting colon cancer. Science 229:1186, 1985.

4.      Neugut AI, Johnsen CM, Fink DJ: Colon cancer, colon polyps, and cholesterol. Gastroenterology 91:255-256, 1986.

**Alfred I. Neugut**
**Curriculum Vitae**

5.    Neugut AI: Relation between the frequency of colorectal adenoma and the serum cholesterol level. N Engl J Med 317:55-56, 1987.

6.    Neugut AI: Screening for colorectal cancer. Ann Int Med 113:899-900, 1990.

7.    Garfield RM, Neugut AI: Epidemiologic analysis of warfare. JAMA 266:3281, 1991.

8.    Neugut AI, Garbowski GC. Re: Asbestos exposure. J Natl Cancer Inst 84:538, 1992.

9.    Neugut AI. Gastrointestinal endoscopy. N Engl J Med 326:956, 1992.

10.   Neugut AI. Does smoking cause suicide? Cancer J 6:102, 1993.

11.   Neugut AI, Jacobson JS. Which colonic adenomas become malignant? Ann Int Med 119:250-251, 1993.

12.   Neugut AI, Garbowski GC. Diet and colorectal adenomatous polyps. Ann Int Med 119:343, 1993.

13.   Neugut AI. Dietary risk factors and colorectal polyps: apparently gender does make a difference. Gastroenterology 105:949, 1993.

14.   Neugut AI, Jacobson JS. Screening for colorectal cancer. N Engl J Med 329:1352, 1993.

15.   Neugut AI. Lung cancer after radiation therapy for breast cancer: Reply. Cancer 72:3369, 1993.

16.   Neugut AI. Re: The diagnostic yield of colorectal neoplasia with the use of colonoscopy. Am J Gastroenterol 89:1600, 1994.

17.   Jacobson JS, Neugut AI. Re: Interpreting precursor studies: what trials tell about us about large-bowel cancer. J Natl Cancer Inst 86:1648, 1994.

18.   Robinson E, Neugut AI. Second primary tumors in patients with head and neck squamous cell carcinoma. Cancer 76:1684, 1995.

19.   Neugut AI. Re: "Tobacco, alcohol, and colorectal tumors: a multi step process." Am J Epidemiol 142:1345, 1995.

20.   Neugut AI. Funerals. J Clin Oncol 14:2887-88, 1996.

21.   Grann VR, Jacobson JS, Neugut AI. Re: The genetic passport. Am J Epidemiol 149:198, 1999.

22.   Terry MB, Neugut AI. Re: "Cigarette smoking and the colorectal adenoma-carcinoma sequence: a hypothesis to explore the paradox: The authors reply." Am J Epidemiol 149:788, 1999.

23.   Terry MB, Neugut AI. RE: Cigarette smoking and the colorectal adenoma-carcinoma sequence: A hypothesis to explain the paradox: The authors reply. Am J Epidemiol 150:542-543, 1999.

24.   Grann VR, Whang W, Jacobson JS, Heitjan DF, Antman KH, Neugut AI. Re-evaluation of benefits of BRCA1/2 testing. J Clin Oncol 17:1962, 1999.

**Alfred I. Neugut**
**Curriculum Vitae**

25.     Muscat JE, Stellman SD, Malkin MG, Thompson S, Shore RE, Neugut AI. Handheld cellular
        telephones and brain cancer risk. JAMA 285:1838-1839, 2001.

26.     Fogel J, Albert SM, Schnabel F, Ditkoff BA, Neugut AI.  Quality of health information on
        the internet.  JAMA 286:2093-2094, 2001.

27.     Gatto NM, Frucht H, Neugut AI.  Response:  Re:  Risk of perforation after colonoscopy and
        sigmoidoscopy:  a population-based study.  J Natl Cancer Inst  95:831, 2003.

28.     Terry MB, Gammon M, Neugut AI.  Association of aspirin use and hormone receptor status with
        breast cancer risk-Reply.  JAMA 292:1427, 2004.

29.     Hershman D, Neugut AI.  Author reply.  Cancer 109:2384, 2007.

30.     Rundle A, Richards C, Neugut AI.  Hemodilution of prostate specific antigen levels among obese
        men.  Author reply.  Cancer Epidemiol Biomarkers Prev 18:2343-2344, 2009.

31.     Neugut AI, Lebwohl B.  Screening colonoscopy vs flexible sigmoidoscopy – reply.  JAMA
        304P:2017-2018, 2010.

32.     Sonabend AM, Zacharia BE, Golstein H, Bruce SS, Hershman D, Neugut AI, Bruce JN. Response.
        J Neurosurg 120:298-299, 2014.

33.     Prigerson HG, Neugut AI, Maciejewski PK. Evaluating chemotherapy at the end of life – reply.
        JAMA Oncol 2:144, 2016.

**INVITED PRESENTATIONS:**
  1.    Discussant, Symposium on Biological Markers in Colorectal Cancer.  Twelfth Meeting of the
        American Society of Preventive Oncology, Bethesda, MD, March 1988.
  2.    Discussant, plenary paper: Kritchevsky SB, and Wilcosky TC.  Lipid, lipoprotein cholesterol, and
        weight change preceding the diagnosis of cancer in the Lipid Research Clinics Coronary Primary
        Prevention Trial.  22nd Annual Meeting of the Society for Epidemiologic Research, Birmingham,
        AL, June 1989.
  3.    Use of endoscopic screening for individuals at average risk for colorectal cancer.  Workshop on
        Colon Cancer Screening for Average-Risk Populations.  Second International Conference on
        Gastrointestinal Cancer, Jerusalem, Israel, August 1989.
  4.    Natural history and management of colonic polyps.  Update in Gastroenterology and Hepatology,
        Columbia University College of Physicians & Surgeons, New York, NY, December 1991.
  5.    Epidemiologic perspective on war related casualties. 5th Annual Acute Combat Trauma
        Symposium, Norfolk, VA, June 1992.
  6.    Colorectal cancer.  NCI Cancer Prevention and Control Academic Course, Rockville, MD, July
        1992.
  7.    Basic epidemiology.  Maxwell Abramson Otolaryngology Basic Science Course, New York
        Academy of Medicine, New York, NY, October 1992.
  8.    Association of fat with the incidence and recurrence of colorectal adenomas and a proposed
        mechanism for its role. Ole Moller Jensen Memorial Symposium on Nutrition and Cancer, IARC,
        Lyon, France, March 1993.
  9.    Controversies in colon cancer prevention.  ACS Symposium on Cancer Prevention and Early
        Detection:  Practice Perspectives, Controversies and Future Directions, New York, NY  September
        1993.

**Alfred I. Neugut**
**Curriculum Vitae**

10. Cancer screening, stage, and impact on survival. Third Annual Cancer Symposium for Physicians, Crozer Regional Cancer Center, Upland, PA, October 1993.

11. Sigmoidoscopy and colonoscopy: What you see is what you get. 20th Anniversary Conference on Prevention and Early Detection of Cancer: Controversy & Progress, University of Wisconsin Comprehensive Cancer Center, Madison, WI, October 1993.

12. Can what you eat cause colon cancer? Cancer Initiative Conference Series: Causation and Prevention of Cancer, Columbia-Presbyterian Medical Center, New York, NY, October 1993.

13. Discussant, human epidemiology. Workshop on Non- Steroidal Anti-Inflammatory Agents and Cancer, American Health Foundation, New York, NY, October 1993.

14. Breast cancer screening for women under 50. Commission on Women's Health, Commonwealth Fund, New York, NY, March 1994.

15. Panel member, Controversies and concerns about cancer screening. Inaugural Conference of Industries' Coalition against Cancer, Washington, DC, April 1994.

16. Participant, Organochlorines and Cancer Workshop, Cancer Division of Health Canada, Ottawa, Ontario, September 1995.

17. Participant, Round Table on New and Emerging Technologies for the Detection and Treatment of Breast Cancer, New York State Legislative Commission on Science and Technology, Copiague NY, November 1995.

18. Participant, Workshop on Changing Mortality Rates of Tobacco-Related Diseases, American Health Foundation, New York, NY, April 1996.

19. Participant, Conference of NIA/NCI Working Group on Multiple Primary Cancers in Older-Aged Cancer Patients, National Institutes of Health, Bethesda, MD, June 1996.

20. The epidemiology of second malignancies. Moderator, Life after Cancer. Second Annual Cancer Information Exchange, Columbus CCOP, Amelia Island, Florida, February 1997.

21. Epidemiologic issues in mass tort litigation. New York Law School, New York, NY February 1997.

22. Discussant; Health Services Research/Prevention, 16th Annual Meeting of the American Society of Clinical Oncology, Denver Colorado, May 1997.

23. Participant, Banbury Center Conference on the Pathogenesis of NF1 and NF2- Therapuetic Strategies, Cold Spring Harbor NY, July 1997.

24. Participant, Conference on Practice Outcomes Monitoring and Evaluation System (POMES), Office of Alternative Medicine, Bethesda MD, August 1997.

25. Who is interested in pharmacoeconomics in Oncology? Guidelines for the Application of Pharmacoeconomic Research to Clinical Practice in Oncology: Consensus Conference. New York NY, October 1997.

26. Keynote speaker, Tumors of the small intestine. Israel Gastroenterology Association, Herzliya, Israel, June 1998.

27. Recurrence of adenomatous polyps. Medical Grand Rounds, Ichilov Hospital, Tel Aviv, Israel, June 1998.

28. Genetics of colon cancer. Regional Postgraduate Course, American College of Gastroenterology, New York NY, June 1998.

29. Epidemiology of pancreatic cancer. Pancreatic Cancer: Recent advances in staging and treatment. Memorial Sloan-Kettering Cancer Center, New York, NY, November 1998.

30. Ten dos and don'ts for success in a career in preventive oncology. Keynote speaker, Annual Meeting NCI R25/K07 Awardee, Bethesda, MD, March 2000.

31. Why is small bowel cancer so rare? Israeli-Palestinian Conference on Gastrointestinal Cancer, Palestine Council of Health/Israeli Gastroenterology Association/Middle East Cancer Corsortium, Ramallah, April 2000.

**Alfred I. Neugut**
**Curriculum Vitae**

32. Colon cancer: Genetic (family) risk and the importance of early screening. Rudin Lectures for the Public on Cancer Prevention and Treatment, New York Academy of Medicine, New York, NY, June 2000.

33. Participant, Pancreatic Cancer Progress Review Group, National Cancer Institute, Chantilly, VA, September 2000.

34. Current status of colorectal cancer screening. Surgery Grand Rounds, St. Vincent's Hospital, Bridgeport, CT, November, 2000.

35. Use of large administrative databases for answering questions in cancer etiology and treatment. Faculty Research Seminar, Department of Medicine, Columbia-Presbyterian Medical Center, New York NY, February, 2001.

36. AGG - An economic model for resource allocation in cancer research and preventive oncology. Keynote Presidential Address. 25th Annual Meeting of the American Society of Preventive Oncology, New York, NY, March, 2001.

37. An update on colorectal cancer prevention and screening. American Cancer Society Primary Care Physician Educational Dinner, New York, NY, March 2001.

38. Use of tumor registry data for human cancer epidemiology research. Keynote Address, Companion Animal Tumor Registry Workshop, New York, April 2001.

39. Use of large data sets in cancer research. Team Rounds, Department of Medicine, Columbia Presbyterian Medical Center, New York, May 2001.

40. Participant, Workshop on Exploring the Role of Cancer Centers for Integration of Aging and Cancer Research, National Institute on Aging/National Cancer Institute, Bethesda, Maryland, June 2001.

41. Cancer Screening. Medicine Grand Rounds, Mercy Medical Center, Rockville Centre, New York, November 2001.

42. Use of large data sets for cancer research. Epithelial Carcinogenesis Seminar Series, Strang Cancer Prevention Center, New York, NY, November 2001.

43. Using large-scale databases for policy making in cancer prevention. Ruttenberg Cancer Center, Mt. Sinai School of Medicine, New York, NY, December 2001.

44. Risk factors for colorectal neoplasia. International Meeting: GI Maligancies can be Presented and Treated from the Bench to the Bedside. Dead Sea, Israel, January 2002.

45. What can second malignancies teach us about etiology of GI tract cancers? Dead Sea, Israel, January 2002.

46. Cancer epidemiology in humans: Overview and lessons for veterinarians. Keynote Address, 22nd Annual Conference of the Veterinary Cancer Society, New York, September 2002.

47. Who gets brain tumors and why. Brain Tumor Awareness Day. New York, November 2002. Use of large datasets in cancer research. Research Methodology Conference, Division of General Internal Medicine, Weill Cornell School of Medicine, New York, March 2003.

48. The Long Island Breast Cancer Study Project: Where do we go from here? Annual Advocacy Training Conference, National Breast Cancer Coalition Fund, Washington, DC, May 2003.

49. Increasing your awareness and reducing your cancer risk. Cancer Prevention Seminar, Weill Cornell Medical Center, New York, May 2003.

50. Screening for breast and prostate cancer. First Annual Dr. Paul A. Marks Oncology Symposium, New Milford, CT, May 2003.

51. Epidemiology and Screening for colorectal cancer. Northeast Regional Caner Institute, University of Scranton, Scranton, PA, June 2003.

52. Lessons from second malignancies about the etiology of GI tract cancer. Grand Rounds, Division of Gastroenterology, Weill Cornell Medical Center, New York, September 2003.

53. Epidemiology of malignant esophageal disease. Westchester Esophageal Disease Symposium, West Point NY, November 2003.

**Alfred I. Neugut**
**Curriculum Vitae**

54.  Use of large datasets in cancer research. Department of Epidemiology and Social Medicine, Albert Einstein College of Medicine, Bronx, NY, December 2003.

55.  Update on Long Island Breast Cancer Study. Grand Rounds, Department of Medicine, Winthrope University Hospital. Mineola, NY, February 2004.

56.  Second malignancies in the etiology of GI tract cancers. Frontiers in Gastroenterology and Hepatology, Division of Gastroenterology, Case Western Reserve University, School of Medicine, Cleveland, Ohio. April 2004.

57.  Participant, New Jersey Governor's Conference on Effective Partnering in Cancer Research 2004: Cancer Prevention. Cancer Institute of New Jersey, Jersey City, NJ, May 2004.

58.  Second cancers among long-term survivors of cancer. Education session on Problems Unique to Long-Term Survivors of Cancer, 40th Annual Meeting of American Society of Clinical Oncology, New Orleans LA, June 2004.

59.  Co-Chair, Cancer Prevention Categorial Course: When Does a "Positive" Prevention Trial Result in Changes in Practice? 40th Annual Meeting of the American Society of Clinical Oncology, New Orleans LA, June 2004.

60.  Adjuvant therapy for colorectal cancer: efficacy and problems. Second Annual Geriatric Oncology Consortium, Washington DC, September 2004.

61.  Lung cancer and NSAIDs. Ibuprofen and Cancer Prevention Roundtable: Exploring the spectrum of Evidence. Wyeth Consumer Products. New York, NY, September 2004.

62.  Use of epidemiologic methods to study cancer prevention and treatment. Advances in translational treatment, Columbia University Medical Center and Science office of the Embassy of Italy, New York, October 2004.

63.  Hereditary colon cancer syndromes. Community conference on Jewish genetic diseases, Holy Name Hospital, Teaneck NJ, November 2004.

64.  Racial disparities in adjuvant therapy for breast cancer. Division of Oncology, University of Chicago, Chicago IL, April 2005

65.  Use of epidemiologic methods to study issues in oncology, NYU Cancer Institute Seminar, NYU Medical Center, May 2005.

66.  Epidemiology of pancreatic cancer. Pancreas Cancer 2005: State of the Art. Scientific Conference of the Lustgarten Foundation for Pancreatic Cancer Research, Memorial Sloan-Kettering Cancer Center, New York, NY June 2005.

67.  Epidemiology and screening. Evolving strategies in Prostate Cancer. NYPH, New York NY, September 2005.

68.  Racial disparities in cancer treatment. Department of Medicine Grand Rounds, UMDNJ-New Jersey Medical School, Newark, NJ, March 2006.

69.  Cancer screening. Mednick-Geller Memorial Lecture, Medicine Grand Rounds, South Nassau Communities Hospital, Oceanside NY, April 2006.

70.  NSAIDS and breast and ovarian cancer. The Emerging Role of Screening and Prevention in Women's Cancers, NYU School of Medicine, New York, NY, May 2006.

71.  Reducing the burden of colon cancer incidence and mortality: epidemiologic approaches. Keynote address: Third Annual MD/Ph.D. Student Research Symposium, Columbia University College of Physicians and Surgeons, New York NY, November 2006.

72.  Chair, Symposium on Small bowel tumours: New Approaches in Management. 15th United European Gastroenterology Week, Paris France, October 2007.

73.  Small bowel adenocarcinoma: an update. Symposium on Small Bowel Tumours: New Approaches in Management. 15th Annual European Gastroenterology Week, Paris France, October 2007.

74.  Decline of colorectal cancer incidence and mortality. Department of Medicine Team Rounds, Columbia.University College of Physicians and Surgeons, New York NY, February 2009.

75.  Quality of Care in Cancer Treatment. Department of Medicine Grand Roungs, Mary Imogene Bassette Hospital, Cooperstown NY, December 2009.

**Alfred I. Neugut**
**Curriculum Vitae**

76. Preparation of a K award. Workshop on Career development for Junior Faculty, Junior Researchers, and Trainees. 33rd Annual Meeting of the American Society of Preventive Oncology, Tampa FL, March 2009.

77. Cancer Screening 2009. Medical Grand Rounds, New York Downtown Hospital, New York NY, March 2009.

78. Cancer Prevention in Primary Care. Cancer Control Series, Northeast Georgia Health System, Gainesville GA, March 2009.

79. A tribute to the Accomplishments of I.Bernard Weinstein. Advances in Cancer Research – A Tribute to the Scientific Accomplishments of I. Bernard Weinstein, Herbert Irving Comprehensice Cancer Center, Columbia University Medical Center, New York, NY, May 2009.

80. Quality of Care in Cancer Treatment. Oncology Grand Rounds, Lombardi Comprehensive Cancer Center, Georgetown University Medical Center, Washington DC, July 2009.

81. Colon cancer screening. Gastroenterology and Hepatology Update. Pri-Med New York 2009, Jacob Javits Convention Center, New York NY. August 2009.

82. Moderator, Session on Whole Soy and Breast Cancer. Soy Summit: Exploration of the Health, Safety and Nutrition of Whole Soy, Columbia University Institute of Hunman Nutrition, New York NY, September 2009.

83. Adherence to cancer therapy-new directions. 2009 Herbert Irving Comprehensive Cancer Center Annual Retreat, Riverdale NY, October 2009.

84. Colon cancer chemotherapy. GI grand rounds, Columbia University, New York NY, October 2009.

85. Getting ahead of the curve through early detection. 8th Annual Brain Tumor Awareness Day Conference, Brain Tumor Foundation, New York NY, November 2009.

86. Medication adherence in cancer treatment. Medicine Grand Rounds, King Edward VIII Hospital, Nelson R. Mandela School of Medicine, University of KwaZuluNatal, Durban, South Africa. January 2010.

87. Strengthening your role as an "individual contributor" as you participate in team science. Twentieth Annual Special Session, NCI-funded Cancer Prevention and Control Fellows Workshop. Bethesda MD, March 2010.

88. Alcohol and cancer. Alcohol and Health Workshop, SABMiller Corporation, London UK, May 2010.

89. Mammography screening: Why it should begin at age 50. New York Cancer Society, New York NY, November 2010.

90. Clinical vs Public Health Perspectives in Medical Decisions: Cancer Screening. Department of Pathology Grand Rounds, CUMC, New York NY, December 2010.

91. Racial disparities in cancer. Black History Month, Morgan Stanley, New York NY, February 2011.

92. Controversies in cancer screening. Department of Pathology, Faculty of Health Sciences, Wits Medical School, University of Witswatersrand, Johannesburg, South Africa, February 2011.

93. Workshop in cancer epidemiology and methodology. Department of Medicine, Faculty of Health Sciences, Tygerberg Hospital, University of Stellenbosch Medical School, Cape Town, South Africa, February 2011.

94. Cancer Epidemiology Workshop, Medical Education Partnership Initiative, Nelson R. Mandela School of Medicine, University of KwaZuluNatal, Durban, South Africa, March 2011.

95. Colonoscopy vs sigmoidoscopy: Getting it right. Symposium on Cancer Screening through the Lifecourse – the Example of Colon Cancer. Annual Meeting of the American Society of Preventive Oncology, Las Vegas NV, March 2011.

96. Utility of observational and health outcomes studies for pharmaceutical issues. Real World and Non-Interventional Study Preceptor Meeting, Pfizer, La Jolla CA, November 2011.

**Alfred I. Neugut**
**Curriculum Vitae**

97.   Columbia-South Africa Training Program for Research on HIV-Associated Malignancies. NCI Network Meeting: Research Capacity for Africa in HIV-Associated Malignancies. NIH Campus, Bethesda MD, January 2012.

98.   Design, conduct and impact of non-interventional studies. Real World and Non-Interventional Studies Training Meeting, Pfizer, New York NY, February 2012.

99.   Leading a strong cancer prevention and control program: tips for successful strategies. Annual Meeting of the American Society of Preventive Oncology, Washington DC, March 2012.

100.   Cancer screening. Oncology Grand Rounds. Continuum Comprehensive Cancer Center, New York NY, April 2012.

101.   Cancer prevention. Seyfarth & Shaw, LLP. New York NY, April 2012.

102.   Malpractice and oncology: Cases from my files, part I. Oncology Grand Rounds, Columbia University Medical Center, New York NY, May 2012.

103.   Chair, Symposium on Modern Controversies in Screening. Columbia University Epidemiology Scientific Symposium, New York NY, May 2012.

104.   Update on colon screening. Panel discussion on molecular diagnostics, colonoscopy compliance, and ColonSentry. Enzo Biochem, New York NY, May 2012.

105.   Invited attendee, Cancer Research in Africa Conference, Africa Oxford Cancer Foundation/AORTIC/NCI/INCA, London, England, September 2012.

106.   Economics of Research in Racial Disparities. Symposium on the Economics of Addressing Disparities at Cancer Centers. Annual Meeting of the Association of Amercian Cancer Institutes, Chicago IL, October 2012.

107.   Adjuvant Therapy for Colon Cancer. Session on Colorectal Cancer. The 9th Hallym-Columbia-Weill Cornell-NYP International Symposium on Novel Anti-Cancer Treatment Modalities for Gastrointestinal Cancer. Hallym University Sacred Heart Hospital, Seoul, Korea, October 2012.

108.   Medical Malpractice: What Gastroenterologists Need to Know. Update in Gastroenterology, Hepatology & Nutrition, Columbia University Medical Center, New York NY, November 2012.

109.   Public Health vs. Clinical Decision-Making: Colon Cancer Screening. Grand Rounds, Department of Health Evidence and Policy, Icahn School of Medicine at Mount Sinai, New York NY, February 2013.

110.   Selected cases in malpractice and lessons to be learned. GI Grand Rounds, Columbia University Medical Center, New York NY, September 2013.

111.   Risk Factors for Esophageal Cancer. Department of Medical Epidemiology and Bistatistics, Karolinska Institute, Stockholm, Sweden, October 2013.

112.   Colon Cancer Screening as a Model for Public Health Practice. Ecole des Hautes Etudes en Sante Publique, Paris, France, November 2013.

113.   Thoughts on new trends in the management of colon cancer. Department of Epidemiology Grand Rounds, Mailman School of Public Health, Columbia University, New York NY, April 2014.

114.   Cancer screening, 2014. Lesotho Medical Society, Maseru Lesotho, May 2014.

115.   Lesotho and Swaziland. HICCC Cancer Center Retreat, New York NY October 2014.

116.   Co-Host, Health Outcomes Research in an Era of Cost Containment. Part I: Observational Studies. Columbia University Epidemiology Scientific Symposium, Mailman School of Public Health, Columbia University, New York NY, February 2015.

117.   Co-Host, Health Outcomes Research in an Era of Cost Containment. Part II: Interventions. University of Paris Descartes – INSERM.  Centre de Recherche Epidemiologie et Statistique Sorbonne, Paris, France, March 2015.

118.   Genetics, genomics, and cancer prevention. Session on Cancer Prevention Research: Making the Connection between Cancer and Key Risk Factors. New York State Cancer Prevention Summit: Transforming the Cancer Agenda for the Next Generation. New York NY, May 2015.

**Alfred I. Neugut**
**Curriculum Vitae**

119. Participant, Pharmaceutical Executive Roundtable on the Rise of Pharmacoepidemiology: From Risk Profiling to Value Demonstration. Hosted by Pharmaceutical Executive magazine, New York NY, June 2015.

120. Creating successful population science programs in a cancer center. Annual Meeting of the American Society of Preventive Oncology, Columbus Ohio, March 2016.

121. Clinician vs. Population Scientist: Decision-making in Cancer. Joseph A. Fraumeni Distinguished Achievement Award Lecture, Annual Meeting of the American Society of Preventive Oncology, Columbus Ohio, March 2016.

122. The Individual vs the Population: Decision-Making in Cancer. Public Forum – Cancer Survivors: Advancing Care through Research. The 2016 Annual Retreat on Cancer Research in New Jersey, Rutgers Cancer Institute of New Jersey, New Brunswick NJ, May 2016.

123. Improving Cancer Outcomes by Improving Quality of Care. State-of-the-Art Precision Medicine for Cancer Therapy in East Asia. National Taiwan University Alumni Association of North America, New York NY, October 2016.

124. Epidemiology of Cancer Metastasis: Risk Factors and Prevention. Metastatic Research Operational Meeting. Metastatic Cancer Research Task Force, Department of Defense, McLean VA, December 2016.

125. The Physician and Cancer Finances. Symposium on Financial Consequences of a Cancer Diagnosis. Annual Meeting of the American Society of Preventive Oncology, Seattle WA, March 2017.

# Attachment B

**Attachment B:**

Page v. Crombie M.D., No. CV2013105090 (Ohio Com.Pl.)

Booker v. Macneal Hospital, No. 11 L 10545 (Ill.Cir.Ct.)

Collar v. R.j. Reynolds,  No. 31-2011-CA000115 (Fla.Cir.Ct.)

Skolnik v. R. J. Reynolds, No. 09-4045 (Fla. Cir.Ct.)

Pijuan, et al. v. R.J. Reynolds, et al., Case No. 10-8359 (Fla.Cir.Ct.)

Lillian Valle, Admistratrix for Estate of Andres Valle v. U.S.A., 14-cv-3590 (NYSD)

Landry v. Midstate Radiology, NNH-CV-15-6057004S (Sup. Ct. New Haven, CT)

Camhong AN, et al., Plaintiffs, v. Takeda, et al., Defendants., No. 24C12003565 (Md.Cir.Ct.)

Kristufek v. Takeda Pharmaceuticals America, Inc.  Court of Common Pleas of Pennsylvania, Philadelphia County, No. 1207002275

Wisniewski v. Takeda Pharmaceuticals America, Inc.  Court of Common Pleas of Pennsylvania, Philadelphia County, No. 1207002272.

Myers v. Takeda Pharmaceuticals America, Inc. ,  Circuit Court of West Virginia, Berkeley County, No. 13-C-315.