# Exhibit 13

Page 1

1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3

4    IN RE:  ROUNDUP PRODUCTS          )

     LIABILITY LITIGATION,             )

5                                      )

     _____  ) MDL No. 2741

6                                      )

     This document relates to:        ) Case No.

7                                      ) 16-md-02741-VC

     ALL ACTIONS                       )

8                                      )

     _____  )

9

10

11

12

13

14

15                 VIDEO DEPOSITION OF

16                 BEATE RITZ, MD, PHD

17               Los Angeles, California

18            Monday, September 18, 2017

19

20

21

22    Reported by:

23    LISA MOSKOWITZ, CSR 10816, RPR, CRR, CLR,

24    NCRA Realtime Systems Administrator

25    JOB NO. 128477

Page 2

```
5              September 18, 2017
6                  9:05 a.m.

9         Video deposition of BEATE RITZ, MD,
10   PHD, held at the offices of Baum, Hedlund,
11   Aristei & Goldman, PC, 12100 Wilshire
12   Boulevard, Suite 950, Los Angeles,
13   California, before Lisa Moskowitz,
14   California CSR 10816, RPR, CRR, CLR, NCRA
15   Realtime Systems Administrator.
```

Page 4

```
1    A P P E A R A N C E S :

3        LOCKRIDGE GRINDAL NAUEN
4        Attorneys for Plaintiffs
5        100 Washington Avenue South
6        Minneapolis, Minnesota 55401
7        BY:  YVONNE FLAHERTY, ESQ.
8        BY:  ROSA TREMBOUR, ESQ.

10       HOLLINGSWORTH
11       Attorneys for Defendant Monsanto
12       1350 I Street, N.W.
13       Washington, D.C. 20005
14       BY:  ERIC LASKER, ESQ.
15       BY:  ELYSE SHIMADA, ESQ.

17   ALSO PRESENT:
18       SCOTT MCNAIR, Videographer
19       LEEMON McHENRY
```

Page 3

```
1    A P P E A R A N C E S :

3    ANDRUS WAGSTAFF ATTORNEYS AT LAW
4    Attorneys for Plaintiffs
5    7171 West Alaska Drive
6    Lakewood, Colorado 80226
7    BY:  KATHRYN FORGIE, ESQ.
8    BY:  DAVID WOOL, ESQ.

10   BAUM HEDLUND ARISTEI & GOLDMAN
11   Attorneys for Plaintiffs
12   12100 Wilshire Boulevard
13   Los Angeles, California 90025
14   BY:  MICHAEL BAUM, ESQ.
15   BY:  R. BRENT WISNER, ESQ.
16   BY:  PEDRAM ESFANDIARY, ESQ.

18   THE MILLER FIRM
19   Attorneys for Plaintiffs
20   108 Railroad Avenue
21   Orange, Virginia 22960
22   BY:  MICHAEL MILLER, ESQ.
23   BY:  JEFFREY TRAVERS, ESQ.

25   ///
```

Page 5

```
1    -------------- I N D E X ----------------
2    WITNESS:     EXAMINATION          PAGE
3    BEATE RITZ, MD, PhD
4          Mr. Lasker      10, 435
5          Ms. Forgie          414

7    ------------- E X H I B I T S -----------
8    NUMBER                          MARKED
9    Exhibit 19-1   Curriculum Vitae      11
10   Exhibit 19-2   Expert Report of Dr.   39
11   Beate Ritz, MD, PhD, in
12   Support of General
13   Causation on Behalf of
14   Plaintiffs
15   Exhibit 19-3   Charles Poole Article    86
16   Exhibit 19-4   Review:  Causal          113
17   Inference in
18   Epidemiology PowerPoint
19   Exhibit 19-5   Screening/               132
20   Misclassification of
21   Disease or Exposure
22   PowerPoint
23   Exhibit 19-6   Deposition Transcript    148
24   of Aaron Earl Blair,
25   PhD
```

-------------- E X H I B I T S ------------

NUMBER                                    MARKED

Exhibit 19-7   Eriksson Study            155
Exhibit 19-8   Hardell Study             156
Exhibit 19-9   Rebuttal Expert Witness   166
               Report of Beate Ritz,
               MD, PhD
Exhibit 19-10  Cantor Study              178
Exhibit 19-11  Letter from United        200
               States Environmental
               Agency, dated 12/22/75
Exhibit 19-12  De Roos Study             204
Exhibit 19-13  Zahm Study                223
Exhibit 19-14  Lee Study                 235
Exhibit 19-15  McDuffie Study            243
Exhibit 19-16  North American Pooled     277
               Project PowerPoint
Exhibit 19-17  Introduction to Cohort    313
               Studies
Exhibit 19-18  De Roos 2005 Study        318
Exhibit 19-19  Draft Lymphoma Risk and   349
               Pesticide Use in the
               Agricultural Health
               Study

-------------- E X H I B I T S ------------

NUMBER                                    MARKED

Exhibit 19-20  Heltshe Study             363
Exhibit 19-21  Alavanja Study            386




               RECORD MARKED
               PAGE   LINE
               125    20
               220    15
               220    23
               225    11
               237    24
               239    5
               242    4
               259    11
               269    13
               270    12
               361    15

LOS ANGELES, MONDAY, SEPTEMBER 18, 2017
      9:05 A.M.

      THE VIDEOGRAPHER:  Good morning.
This is the start of tape labeled         09:04
number 1 of the videotaped deposition of
Dr. Beate Ritz in the matter of Roundup
Products Liability Litigation.  This
case is before the United States
District Court for the Northern District   09:04
of California bearing MDL Number 2741
and Case Number 16-MD-02741-VC.  This
deposition is being held at 12100
Wilshire Boulevard in Los Angeles,
California.  Today's date is              09:05
September 18, 2017.  The time is
approximately 9:05 a.m.
      My name is Scott McNair from TSG
Reporting, Incorporated.  I'm the legal
video specialist.  The court reporter     09:05
today is Lisa Moskowitz also in
association with TSG Reporting.
      Will counsel please identify
yourselves for the record.
      MS. FORGIE:  Kathryn Forgie for      09:05

the plaintiffs with Andrus
Wagstaff.
      MR. BAUM:  Michael Baum for
plaintiffs.
      MR. WISNER:  Brent Wisner for
plaintiffs.
      MR. ESFANDIARY:  Pedram Esfandiary
for plaintiffs.
      MR. McHENRY:  Leemon McHenry for
plaintiffs.
      THE VIDEOGRAPHER:  On the phone?
      MS. FLAHERTY:  Yvonne Flaherty,
Lockridge, Grindal Nauen for plaintiffs.
      THE REPORTER:  And the other two
counsel for the record on the phone?
      MS. FORGIE:  Jeff, Mike, you guys?
Are you there?
      THE REPORTER:  Can you please
identify yourselves for the video
record?
      MR. MILLER:  Michael Miller and
Jeff Travers.
      MS. FORGIE:  For plaintiffs.
      MR. LASKER:  Eric Lasker for
Monsanto, Hollingsworth, LLP.

Page 10

1   MS. SHIMADA:  Elyse Shimada for
2   Monsanto, Hollingsworth, LLP.
3   THE VIDEOGRAPHER:  Thank you.
4   Will the court reporter please
5   swear in the witness.                09:06
6
7   Beate Ritz, MD, PhD,
8   called as a witness, having been
9   duly sworn, was examined and
10  testified as follows:
11
12          EXAMINATION
13  BY MR. LASKER:
14  Q.  Good morning, Dr. Ritz.
15  A.  Good morning.                    09:07
16  Q.  As you just heard, my name is Eric
17  Lasker.  I represent Monsanto.  I'll be
18  asking you some questions today.
19      Have you had your deposition taken
20  before?                              09:07
21  A.  Once in, I don't know, 1991 or '2.
22  Q.  I'm sure your attorneys have told
23  you the process, but your deposition is
24  being videotaped, and we have a court
25  reporter.  I will try and speak slowly for   09:07

Page 11

1   the court reporter's benefit, although I'm
2   not very good at that.  I'll warn you.  And
3   if we can just wait for the question to be
4   completed before you answer, that makes it
5   easier for the court reporter.  Okay?       09:07
6   A.  Yes.
7   Q.  If you have any uncertainties about
8   my question or my question is poorly worded,
9   just let me know.  Okay?  Great.
10      Let's start by marking your CV.         09:07
11  This will be Exhibit 19-1.
12      (Exhibit Number 19-1 was marked
13      for identification.)
14  BY MR. LASKER:
15  Q.  So Dr. Ritz, you received your        09:08
16  medical training in Germany; correct?
17  A.  Correct.
18  Q.  And you received what is identified
19  on your CV as a medical certificate and then
20  a doctoral degree in medical sociology.      09:08
21  A.  Correct.
22  Q.  I'm just trying to understand the
23  terminology here.  What is a doctoral degree
24  in medical sociology?
25  A.  It's a PhD equivalent.                09:08

Page 12

1   Q.  What was your specialty?  What was
2   your area --
3   A.  Medical sociology which includes
4   occupational health.  So mine was in
5   occupational health.                     09:08
6   Q.  Okay.  And the medical certificate,
7   is that --
8   A.  That licenses you to be a
9   physician.
10  Q.  Okay.  Did you ever -- have you        09:08
11  ever practiced as a clinical physician?
12  A.  Yes.
13  Q.  Where did you practice?
14  A.  At the University Hospital Hamburg
15  psychiatric department.                  09:09
16  Q.  Have you ever provided medical care
17  for patients with -- well, did you ever
18  provide medical care for cancer in patients
19  with cancer?
20  A.  Yes.                               09:09
21  Q.  When was that?
22  A.  That was during my final year in
23  medical school at the University of Hamburg
24  pediatrics ward that was filled with
25  children with leukemia and brain tumors.    09:09

Page 13

1   Q.  And that was somewhere around 1982?
2   A.  '3.
3   Q.  '83.
4       Other than that, have you provided
5   clinical care for patients with cancer?    09:09
6   A.  No.
7   Q.  You're not an oncologist; correct?
8   A.  No.
9   Q.  You came to UCLA in 1991 to pursue
10  a master's degree and then a PhD in         09:09
11  epidemiology; correct?
12  A.  No.  1989.
13  Q.  1989.  Thank you.
14      In 1995, you became an assistant
15  professor of epidemiology at UCLA; correct?   09:09
16  A.  Correct.
17  Q.  One of your responsibilities in
18  that position was advising and mentoring
19  doctoral students; correct?
20  A.  Correct.                           09:10
21  Q.  The first doctoral student you
22  mentored was Kurt Straif; correct?
23  A.  Correct.
24  Q.  Had you known Dr. Straif before you
25  became his mentor in 1997?               09:10

Page 14

```
 1        A.  I knew him as a student.  He was a
 2   student in the epi department, and he was
 3   actually mentored by a different faculty,
 4   Dr. Krause, who left UCLA and because of
 5   that, Dr. Straif had to be reassigned to     09:10
 6   another advisor.
 7        Q.  Had you known Dr. Straif back in
 8   Germany?
 9        A.  No.
10        Q.  Did you continue to have a          09:10
11   professional relationship with Dr. Straif
12   after he received his PhD?
13        A.  Not a professional relationship but
14   a personal one.
15        Q.  Okay.  So you and Dr. Straif are    09:10
16   friends?
17            MS. FORGIE:  Objection.
18            THE WITNESS:  I don't know how you
19        would characterize it, but we're
20        collegially affiliated.  So he invited  09:11
21        me, for example, to spend a visiting
22        year at IARC.
23   BY MR. LASKER:
24        Q.  Okay.  That's where I was going
25   next; so you anticipated that.              09:11
```

Page 15

```
 1        A.  Yeah.
 2        Q.  Beyond -- first of all, just so the
 3   record is clear, Dr. Straif is now the head
 4   of the IARC Monograph program; correct?
 5        A.  As far as I understand, yes.        09:11
 6        Q.  Was he the head of the Monograph
 7   program when he invited you to become a
 8   visiting scientist at IARC?
 9        A.  No.
10        Q.  What was his position then?         09:11
11        A.  He was a senior scientist in the
12   program, as far as I remember.  And he was
13   not the official person inviting me.  He
14   just recommended to me that I should come to
15   IARC, and it was Dr. Boffetta who invited me 09:11
16   officially.
17        Q.  What did you do as a visiting
18   scientist at IARC?
19        A.  Well, my role was to work with --
20   to mentor and work with junior colleagues    09:11
21   who were in the epidemiology program.
22   Actually, one of the senior scientists -- we
23   have a very regular exchange of doctoral
24   students who go for internships to IARC.
25   That is actually under the -- not my own     09:12
```

Page 16

```
 1   students but the students of our cancer
 2   research are at UCLA, Dr. Zhang, and one of
 3   his former students was actually a member of
 4   the epidemiology group at IARC at the time,
 5   Mia Hashibe, and she was the one who was     09:12
 6   helping all the students integrate into the
 7   IARC program, and my role as visiting
 8   scientist was to actually help her but also
 9   mentor a lot of junior scientists there
10   because, at the time, I was considered a     09:12
11   senior scientist.
12        Q.  So I didn't understand this.  UCLA
13   and IARC have a --
14        A.  A mentorship program.
15            MS. FORGIE:  Wait for him to get    09:12
16        the question out before you answer,
17        please.
18   BY MR. LASKER:
19        Q.  And how long has UCLA had this
20   mentoring program with IARC?                 09:13
21        A.  I believe it is as long as
22   Dr. Zhang was a faculty member at UCLA
23   because he came -- he had a time where he,
24   in his own professional career, actually
25   spent time at IARC.                          09:13
```

Page 17

```
 1        Q.  So when would that -- a year, what
 2   year would that program have started?
 3        A.  1997.
 4        Q.  Does that continue to the present?
 5        A.  I don't believe so because          09:13
 6   Dr. Hashibe left IARC, and Dr. Zhang is not
 7   very active anymore in terms of research.
 8        Q.  Were you paid for your work as a
 9   visiting scientist at IARC?
10        A.  I got a stipend that helped me pay  09:13
11   for rent.  It was not considered pay.
12        Q.  Did you continue to receive pay
13   from UCLA during that period?
14        A.  I was on a sabbatical officially,
15   and yes, during that sabbatical, you're      09:13
16   entitled to payment.
17        Q.  How long did you work as a visiting
18   scientist at IARC?
19        A.  I started, I think, in August of
20   2006, and I left to go back to UCLA in July  09:14
21   of the next year, 2007.
22        Q.  I've seen some documents that
23   identify you as also serving during this
24   period as a member of the IARC secretariat;
25   is that right?                               09:14
```

Page 18

```
 1        A.  Not that I recall that that was an
 2   official title, however, I was an
 3   observer -- a member of the group that was
 4   in charge of putting the 100s volume
 5   together or the ideas for the 100s volume,      09:14
 6   and I was an observer at several events that
 7   were led by the Monograph group.
 8        They always have observers from
 9   visiting professors, junior scientists, but
10   I was not a member of any of the groups.         09:14
11        Q.  And the Volume 100, what is that?
12        A.  That is -- that was a special
13   memorial volume in which they decided which
14   agents to re-review that they had previously
15   reviewed.  So the 100 carcinogenic compounds     09:15
16   and groups that were previously reviewed in
17   the 100s volume they decided what to
18   re-review.
19        Q.  Gotcha.
20        You were working for IARC during          09:15
21   the same years that one of the other
22   plaintiffs experts Christopher Portier was
23   also over at IARC, I believe, working on an
24   advisory group to recommend amendments to
25   the preamble.                                   09:15
```

Page 19

```
 1        Are you familiar with that?
 2        A.  No.
 3        Q.  Did you have any dealings with
 4   Dr. Portier when you were at IARC?
 5        A.  None.                                  09:15
 6        Q.  Do you have any professional
 7   relationship with Dr. Portier?
 8        A.  None.
 9        Q.  Do you have any collegial
10   relationship?  If that's the word we use --     09:15
11        A.  I don't.
12        MS. FORGIE:  Careful there.
13        MR. LASKER:  I'm using her word.
14   Trying to find the right word there.
15   BY MR. LASKER:                                   09:16
16        Q.  I take it you did not work on any
17   of the amendments to the IARC preamble?
18        A.  No.
19        Q.  Now, I was looking at your CV, and
20   I don't see it.  Maybe it's just an             09:16
21   oversight, your work for IARC on your CV.
22        Is that listed here, and I just
23   missed it?
24        A.  That was a sabbatical.  I don't
25   list every sabbatical I take.                    09:16
```

Page 20

```
 1        Q.  Okay.  So I didn't miss it.  It's
 2   not on your CV?
 3        A.  No.
 4        Q.  Okay.
 5        A.  There may be some talk -- no.  I      09:16
 6   don't know.
 7        Q.  Have you had any discussion with
 8   Dr. Straif about IARC's review of
 9   glyphosate?
10        A.  None.                                  09:16
11        Q.  Have you had any discussion with
12   Dr. Straif about any of your work as a
13   plaintiff's expert in this litigation?
14        A.  None.
15        Q.  Your CV mentions that you are a       09:16
16   member or originally were a member of the
17   external advisory committee for the
18   Agricultural Health Study and then in 2005,
19   you became the chair of that committee;
20   correct?                                        09:17
21        A.  Correct.
22        Q.  And you're currently still serving
23   as the chair of the AHS --
24        A.  Normally but that committee hasn't
25   met since.                                       09:17
```

Page 21

```
 1        Q.  When was the last time that
 2   committee met?
 3        A.  I think I was the chair once; so it
 4   must have been in 2006 or '7.
 5        Q.  Okay.  How did you first get         09:17
 6   appointed to the advisory committee?
 7        A.  I was approached, as far as I
 8   recall, by Dr. Alavanja at a professional
 9   meeting, and he asked me whether I would be
10   interested in this kind of appointment.          09:17
11        Q.  How were you selected in 2005 to
12   become the chair of the committee?
13        A.  Because the chair stepped down, and
14   they thought they needed somebody else to
15   chair.  So they asked me, but it was, at the     09:17
16   time, already not clear whether this
17   advisory panel would really have much to do
18   in the future.
19        That was one reason why I said yes
20   because I knew it wouldn't be much work.         09:17
21        Q.  For the period 2001 to 2005 then,
22   was that a period where there was more work
23   on the advisory committee?
24        A.  Yes.
25        Q.  What was the role of the advisory     09:18
```

Page 22

1  committee during that period of time?
2      A.  That was a very active time for the
3  cohort because they were in the second phase
4  of going out there and interviewing and
5  trying to interact with the farmers.          09:18
6          And so from year to year, they
7  would present their progress, but at the
8  same time, they were also using the baseline
9  data that they had collected between 1993
10  and 1997 to do the first analyses and          09:18
11  produce the first results that came out of
12  this cohort.
13          So it was a very, very busy time of
14  investigators presenting first results,
15  presenting first ideas on how to do exposure   09:18
16  assessments and to bang ideas around, and
17  that's what the advisory committee was
18  charged to do, which is to not only follow
19  the fieldwork and make recommendations that
20  was ongoing but also to evaluate those first   09:19
21  analyses and results coming out of the
22  study.
23      Q.  So this was during the period of
24  time when the De Roos 2005 publication came
25  out which looked at glyphosate; correct?       09:19

Page 23

1      A.  Correct.
2      Q.  In your role on the advisory
3  committee, would you, then, have received
4  the initial results of that analysis?  Have
5  that presented to you for discussion?          09:19
6      A.  Not necessarily.  That was actually
7  up to the authors and depended on whether
8  they wanted input from the advisory panel or
9  certain members of the advisory panel, and I
10  can't remember seeing that manuscript.         09:19
11      Q.  Would the advisory committee review
12  the publications that came out of the AHS
13  after they appeared in the --
14      A.  That was not our task.  Our task
15  was really to be there for those who wanted    09:20
16  a pre-review.
17      Q.  Did the advisory committee consult
18  on the methodologies that were being used by
19  the Agricultural Health Study group during
20  that period in preparing their analyses for    09:20
21  publication?
22          MS. FORGIE:  Objection.
23          You can answer.
24          THE WITNESS:  There was not one
25  publication that we would ever review.         09:20

Page 24

1      Part of what was done at the advisory
2  panel meetings was present to us studies
3  within the Agricultural Health Study
4  that helped us evaluate the exposure
5  assessment methods.                            09:20
6          I remember presentations by
7  Dr. Curwin, by the NIOSH group that went
8  out and did field measurements, and I
9  also remember presentations by
10  Dr. Acquavella from Monsanto.  They had        09:20
11  a relatively close relationship during
12  that time in trying to evaluate
13  exposures in the field.
14  BY MR. LASKER:
15      Q.  Do you recall then did you review    09:21
16  Dr. Acquavella's analyses of urinary
17  biomarkers for glyphosate in other
18  pesticides?
19      A.  We did not review it, but we were
20  made aware of it.                              09:21
21      Q.  Did you actually have the
22  opportunity to question Dr. Acquavella
23  about his -- and his team about their
24  analyses?
25      A.  Maybe one or two questions.  I        09:21

Page 25

1  mean, we are in a room with 35, 50 people,
2  and, you know, if you can get your hand up
3  fast enough, you can ask a question.
4      Q.  Do you recall during that meeting
5  whether anybody raised, from the advisory     09:21
6  committee, raised any concerns about the
7  validity or reliability of the analysis this
8  Dr. Acquavella was conducting?
9          MS. FORGIE:  Objection.
10          THE WITNESS:  I do not.  I cannot     09:21
11  remember.
12  BY MR. LASKER:
13      Q.  So that -- you mentioned that was
14  from the period before 2005, and you have
15  one meeting that you recall after 2005,       09:22
16  sometime in 2006 and 2007.  Have you had any
17  activity as a member of or as a chair of the
18  external advisory group for AHS since that
19  time?
20      A.  What would happen is from time to     09:22
21  time we would get a small report of
22  activities that are ongoing in writing.  We
23  would have maybe one or two conference calls
24  where we could ask questions about the
25  ongoing activities, and I've been informed    09:22

Page 26

1  that there will be a two-day meeting coming
2  up in February, but I can't attend it
3  because I'm teaching.
4      Q.  Did you have, during that time
5  period, calls addressing the second phase     09:22
6  questionnaire to gather more information on
7  exposure information from the cohort?
8      MS. FORGIE:  Object to form.
9      THE WITNESS:  That was done.  There
10  was no more questions about that.     09:23
11  BY MR. LASKER:
12      Q.  So during the period -- that would
13  have been completed in 2003 or 2004.
14      A.  Yeah, yeah.
15      Q.  Were you advising, or was your     09:23
16  committee advising the AHS on the procedures
17  to use during the second phase in gathering
18  additional information from the cohort?
19      A.  Well, that was already decided
20  prior to them going out in the field; so     09:23
21  there was nothing you could change.  You
22  don't change methods in the middle of
23  assessments in the field because you get in
24  trouble.
25      Q.  We'll be talking a little bit later     09:23

Page 27

1  about the response rate for the exposure
2  assessment for the AHS and how the AHS group
3  has addressed that in their studies.
4      Were there any discussions with
5  your group about methods that could be used     09:23
6  to address the issue of non-responders in
7  phase 2?
8      A.  Only insofar as they were trying to
9  come up with field methods to get more
10  people to respond.     09:24
11      Q.  Have you had any discussions with
12  any of the Agricultural Health Study
13  scientists regarding any study data on
14  glyphosate and non-Hodgkin's lymphoma?
15      A.  No.     09:24
16      Q.  Have you had any discussions with
17  anyone at the AHS regarding research into
18  pesticides more generally?
19      A.  Oh, yes.
20      Q.  What discussions -- I know this may     09:24
21  be a broad topic.  I don't know exactly how
22  to break this down.  What discussions have
23  you had with the AHS group about conducting
24  pesticide cancer epidemiology?  I assume
25  that's the general category.     09:24

Page 28

1      A.  That's --
2      MS. FORGIE:  Wait for the question.
3      THE WITNESS:  That's very broad; so
4  the discussions would have been quite
5  broad.     09:25
6  BY MR. LASKER:
7      Q.  I realized that as I was asking the
8  question.  Have you had conversations with
9  the AHS scientists about how to conduct
10  their dose response analyses of pesticides     09:25
11  and non-Hodgkin's lymphoma?
12      A.  No.
13      Q.  Have you had discussions
14  regarding -- with the AHS scientists about
15  how to deal with issues of selection --     09:25
16  potential selection bias in the -- if there
17  is any in the AHS study?
18      MS. FORGIE:  Object to form.
19      THE WITNESS:  Selection bias would
20  be a differential bias due to loss to     09:25
21  follow-up.  Are we talking about cancer,
22  or are we talking any outcome?
23  BY MR. LASKER:
24      Q.  Cancer.
25      A.  In terms of cancer we would not     09:25

Page 29

1  necessarily expect selection bias.  We would
2  expect selection to -- well, we would
3  suspect loss to follow-up only if we cannot
4  find cancer cases in the registries that
5  were being searched for, and that was     09:26
6  actually part of the assessments in the --
7  when I was in the room at those meetings was
8  what search algorithms they were using
9  broadly to find cancer cases, and they
10  included not only the cancer registries in     09:26
11  the States but mortality registries and
12  other means including following up with the
13  participants.  So in terms of cancer, we
14  would expect them to have been able to find
15  all the cancers.     09:26
16      Q.  Did you have any discussions with
17  AHS scientists about the possibility of
18  misclassification -- exposure
19  misclassification bias in the study?
20      A.  The study is a very broad term.     09:27
21  The study has many, many sub studies
22  including a Parkinson's study I'm very
23  interested in because that's what I do.  And
24  yes, there could be selection bias in that
25  Parkinson's study, and it could be very     09:27

Page 30

1  severe so I'm sure we've had a lot of
2  discussion around that.
3      Q.  Let me back up because you used
4  selection bias, and I thought we were
5  talking about something different but maybe    09:27
6  I misstated.  I was talking about exposure
7  and misclassification bias.  That's a
8  separate issue than selection bias.
9      A.  Yes.
10     MS. FORGIE:  Wait for a question.    09:27
11 BY MR. LASKER:
12     Q.  Have you had conversations with AHS
13 scientists about exposure misclassification
14 bias particularly with respect to
15 pesticides?    09:27
16     A.  That was an ongoing discussion that
17 we had at just about every meeting because
18 in pesticide epidemiology, we are generally
19 aware that that's a big problem.  Exposure
20 misclassification is always a problem with    09:28
21 when you have time varying exposures, and
22 you have lifelong exposure periods that you
23 have to evaluate.  So it's not like, for
24 example, I do a lot of pregnancy studies.
25 You have a nine months period, and that's    09:28

Page 31

1  rather easy to recall for the women, or you
2  can even sample urine every month from a
3  pregnant woman.  You cannot sample urine
4  over lifetime from the farming population of
5  the size of the AHS.  So it's an ongoing    09:28
6  debate.
7      Q.  It would be fair to say that the
8  Agricultural Health Study has made
9  significant efforts through the way it
10 interacts with the cohort and the way that    09:28
11 it formulates the questionnaires, including
12 with advice from your committee to minimize
13 the potential for exposure misclassification
14 bias?
15     MS. FORGIE:  Object to form.    09:28
16     THE WITNESS:  That's a very
17 relative term.  Again, when it comes to
18 lifelong exposures, misclassification of
19 exposure gets more and more -- to be
20 more and more problem the older the    09:29
21 enrollees are and the longer back they
22 have to recall.  It also is a big
23 problem if you're not reassessing
24 exposures every single year.
25 ///

Page 32

1  BY MR. LASKER:
2      Q.  Did the advisory committee make
3  recommendations to the AHS scientists on
4  methods to address exposure
5  misclassification or potential for exposure    09:29
6  misclassification that the AHS scientists
7  did not accept?
8      A.  I can't recall.
9      Q.  Dr. Matthew Ross of Mississippi
10 State is also a member of your advisory    09:29
11 committee for the AHS group; correct?
12     A.  As far as I remember, yes.
13     Q.  Have you had any conversation with
14 Dr. Ross about glyphosate?
15     A.  No.    09:29
16     Q.  Have you followed the AHS outside
17 of this litigation -- have you followed the
18 AHS's findings with respect to potential
19 risk factors in the agricultural community
20 for non-Hodgkin's lymphoma?    09:30
21     MS. FORGIE:  Object to form.
22     THE WITNESS:  I have been following
23 the AHS over many years.  The focus for
24 me was always my Parkinson's interest.
25 However, since Dr. De Roos was a    09:30

Page 33

1  candidate for faculty at UCLA, I have
2  been very interested in her publication;
3  so I'm very aware of her publications.
4  BY MR. LASKER:
5      Q.  When was Dr. De Roos being    09:30
6  considered for a faculty position at UCLA?
7      A.  A few years ago.  Two or three
8  years ago right before she went to Drexel.
9      Q.  And through that process, I take it
10 you then reviewed all of her studies for --    09:30
11     A.  More or less, yes.  Especially the
12 ones I'm familiar with.
13     Q.  What different exposures or risk
14 factors has the AHS through its research
15 associated with non-Hodgkin's lymphoma that    09:31
16 you can recall?
17     A.  It has found diesel, and it has --
18 there's a small risk increase in certain
19 animal husbandry and solvent exposures, but
20 the one that I recall the most is diesel    09:31
21 exposures.
22     Q.  Your CV also mentions that you are
23 a Fellow at the Collegium Ramazzini.  I
24 guess you became that in 2007; correct?
25     A.  Correct.    09:31

Page 34

1    Q.  What is a Collegium Ramazzini?
2    A.  It's a boys' club.  That's one
3  reason why I'm not often there.  It is a
4  group of occupational and environmentally
5  interested health professionals who are    09:32
6  meeting once a year in a small place near
7  Bologna in Italy.  Ramazzini was 1700's the
8  first occupational physician credited with
9  finding several occupational disorders or
10  diagnosing them for the first time.  So in    09:32
11  his honor, this is a society.  You can only
12  be invited to become a member, and it has a
13  limited number of members.  So only when a
14  member expires or leaves can a new one be
15  inducted.                                   09:32
16  BY MR. LASKER:
17    Q.  What is the numerical limit?
18    A.  I think it is 189 for some reason.
19    Q.  Do you know who invited you for
20  membership?                                09:32
21    A.  Yes.  It was Dr. Phillip Grandjean
22  from Denmark.
23    Q.  Where does -- to the extent that
24  you know the Collegium Ramazzini receive
25  funding for its scientific endeavors?      09:32

Page 35

1    A.  I'm not sure they even have any
2  scientific endeavors, and I wouldn't know
3  where they're getting their funding from,
4  but certainly they are not paying you to go
5  there.                                      09:33
6    Q.  Are you aware of that the Collegium
7  Ramazzini has announced the intention to
8  conduct research into glyphosate?
9    MS. FORGIE:  Objection.
10    THE WITNESS:  I have no -- I have    09:33
11  not followed them for a while.
12  BY MR. LASKER:
13    Q.  So the answer is no?
14    A.  No.
15    MS. FORGIE:  Objection.              09:33
16  BY MR. LASKER:
17    Q.  Dr. Straif is a Fellow of the
18  Collegium Ramazzini; correct?
19    A.  I think he is, but I'm not really
20  certain.  I've never met him there.        09:33
21    Q.  Dr. Blair is a Fellow of the
22  Collegium Ramazzini; correct?
23    A.  I think that's true.  Again, I
24  don't recall seeing him there.
25    Q.  And Dr. Portier is a fellow of the    09:33

Page 36

1  Collegium Ramazzini; correct?
2    A.  I wouldn't know that.
3    Q.  In 2009, you were elected as a
4  counselor for the International Society for
5  Environmental Epidemiology; correct?       09:33
6    A.  Correct.
7    Q.  What is the role of a counselor for
8  the ISEE?
9    A.  Well, that's kind of like a board
10  member, and what you do is you're on a phone    09:34
11  call once a month with all the other members
12  including the president and the president
13  elect and the treasurer, and you're
14  conducting business of the society.
15    Q.  One of the things that you've done    09:34
16  -- at least I see from your CV -- is that
17  you have been a member of the ISEE's
18  conference organizing committee.
19    A.  That's correct.
20    Q.  What does that committee do?  I    09:34
21  think it's halfway self-evident but . . .
22    A.  Yes, it is self-evident.  So we are
23  the ones who are reviewing the applications
24  that come in from members for conducting the
25  conference every year, and we also are    09:34

Page 37

1  trying to help the conference organizers in
2  every way we can.  And we have guidelines
3  for conference organizers.  So that's pretty
4  much it.
5    Q.  Okay.  In your expert report, you    09:34
6  discuss what you describe as some of the
7  peer review that's conducted in connection
8  with abstracts and presentations at the ISEE
9  conferences; correct?
10    A.  Correct.                         09:35
11    Q.  Can you describe that peer review
12  process?
13    A.  Yes.  Every year when the
14  conferences are being conducted, we elicit
15  peer reviewers from among the council as    09:35
16  well as from the membership.  So we have a
17  call for the membership out to nominate peer
18  reviewers for the abstracts and then we
19  appoint the -- the council appoints these
20  peer reviewers with the help of the         09:35
21  conference organizers, and they then are
22  tasked with peer reviewing the abstracts.
23  And there are guidelines for that.  There is
24  a point system for that, and it's always at
25  least three reviewers who review, and then    09:35

1   it's being summarized and discussed in the
2   conference committee or better with the
3   conference organizers.
4       Q.  So the abstract obviously is going
5   to be a fairly short document.  Does the          09:36
6   peer review process involve reaching out and
7   talking to the investigators about their
8   work?  What actually is done as part of that
9   peer review?
10          MS. FORGIE:  Object to form.              09:36
11          THE WITNESS:  What we're trying to
12      do is match the abstracts with people in
13      the specific areas of knowledge so that
14      we have expertise in terms of the
15      outcomes assessed, the exposures            09:36
16      assessed, the type of studies conducted.
17      So the peer reviewers are not reaching
18      out, but they are to evaluate whether
19      there is enough information to make this
20      a scientifically solid abstract.             09:36
21  BY MR. LASKER:
22      Q.  And did you attend the ISEE
23  conference in Brazil in 2015?
24      A.  I did.
25      Q.  Did you sit in on the presentation      09:36

1   or any of the presentations of the NAPP
2   investigators?
3       A.  Unfortunately not.
4       Q.  Dr. Ritz, let's talk about some
5   of -- let's get your expert report as the         09:37
6   next document.  I don't know that we'll be
7   dealing much with your CV so you can set
8   that aside.
9          (Exhibit Number 19-2 was marked
10          for identification.)                     09:37
11  BY MR. LASKER:
12      Q.  So this will be Exhibit 19-2.
13  Dr. Ritz, on page -- you address some of the
14  methodological issues with epidemiology and
15  epidemiological studies in your report;          09:38
16  correct?
17      A.  Yes.
18      Q.  I'd like to take you to page 6 and
19  carrying over to page 7 you're discussing
20  what you identify as the null hypothesis;        09:38
21  correct?
22      A.  Yes.
23      Q.  The null hypothesis is an essential
24  concept in scientific methodology not only
25  in epidemiology but in all areas of              09:38

1   scientific endeavor seeking to analyze cause
2   and effect; correct?
3          MS. FORGIE:  Object to form.
4          THE WITNESS:  Yes, we generally
5       formulate something of a null hypothesis     09:38
6       in science, yes.
7   BY MR. LASKER:
8       Q.  The scientific method is based upon
9   generating a hypothesis and then testing to
10  see if they can falsify -- if that               09:39
11  hypothesis can be found to be not true;
12  correct?
13          MS. FORGIE:  Object to form.
14          THE WITNESS:  Actually a null
15      hypothesis is one specific hypothesis.        09:39
16      It's the hypothesis that there's no
17      difference.
18  BY MR. LASKER:
19      Q.  Right.
20      A.  And that is actually in scientific        09:39
21  circles being discussed as probably not the
22  best way to go about science all the time.
23  Sometimes you actually want to specify a
24  hypothesis of a certain type of difference.
25          However, there is a multitude more       09:39

1   ways of specifying that difference in terms
2   of size or extent so that people can't
3   easily agree to that kind of hypothesis.
4   But one in science could decide to
5   hypothesize something that's not a null          09:39
6   hypothesis, but the convention is to start
7   with a null hypothesis.
8       Q.  If we are using a null hypothesis,
9   the process of a scientific method is to
10  generate a hypothesis to see if that null        09:40
11  hypothesis could be shown to be not true;
12  correct?
13      A.  I would not state it that way.  We
14  are starting with a null hypothesis, and
15  then we are trying to provide data that          09:40
16  either confirms or refutes the null
17  hypothesis.
18      Q.  Got it.  Better.
19          In epidemiology and in cancer
20  epidemiology, for example, the null              09:40
21  hypothesis would be that an exposure being
22  studied is not a cause of cancer; correct?
23          MS. FORGIE:  Object to form.
24          THE WITNESS:  We would, yes.  A
25      null hypothesis we would state as no         09:40

Page 42

1    difference in risk.
2    BY MR. LASKER:
3        Q.  Epidemiologists will then design
4    studies to test that null hypothesis;
5    correct?                              09:41
6        A.  Well, we are testing the hypothesis
7    whether or not that agent contributes to the
8    disease.  The null hypothesis would be that
9    it doesn't.
10       Q.  And when you design an       09:41
11   epidemiological study, you are designing the
12   study to be able to test that null
13   hypothesis; correct?
14       A.  We can't really -- as I said, we
15   are testing whether an agent adheres or    09:41
16   whether the exposure to an agent falls under
17   the null hypothesis, or we can generate data
18   that refutes that null hypothesis, yes.
19       Q.  All right.  So in designing an
20   epidemiologic study, you are designing the   09:41
21   study to try and generate data that would at
22   least -- would allow you to test the null
23   hypothesis?
24       A.  That would allow me to test whether
25   there is a difference or not.          09:41

Page 43

1        Q.  Correct.  In epidemiologic studies,
2    the null hypothesis is reflected in an odd
3    ratio or risk ratio of 1.0; correct?
4        MS. FORGIE:  Object to form.
5        THE WITNESS:  Well, that is one      09:42
6    measure.  We are using different
7    measures:  odds ratio, risk ratios, rate
8    ratios.  And these ratios have point
9    estimates and confidence intervals.  The
10   null hypothesis is that, yes, there's no     09:42
11   difference in the risk among the exposed
12   compared to the risk among the unexposed
13   or the rate in the exposed compared to
14   the rate in the unexposed.  And since
15   the ratio measure when there's no        09:42
16   difference is one, that would be
17   considered no effect.
18   BY MR. LASKER:
19       Q.  Epidemiologists will then analyze
20   the data to determine whether that null     09:42
21   hypothesis can be rejected from that data;
22   correct?
23       MS. FORGIE:  Object to the form.
24       THE WITNESS:  Modern
25   epidemiologists would not go out to test     09:43

Page 44

1    a null hypothesis or that kind of null
2    hypothesis in the term of statistical
3    testing.  What we're trying to do is
4    estimate parameters.  So we estimate the
5    parameter of interest which in this case    09:43
6    is the relative risk, the risk ratio, or
7    the odds ratio.
8    BY MR. LASKER:
9        Q.  We'll be talking about exactly how
10   to test that.  I'm not talking about how     09:43
11   they would test it, but as a threshold
12   epidemiologists using whatever approach --
13   and we'll talk about this in a moment.  But
14   epidemiologists will analyze the data from
15   their study to determine whether the null    09:43
16   hypothesis can be rejected; correct?
17       MS. FORGIE:  Objection.  Asked and
18   answered.
19       You can answer it again.
20       THE WITNESS:  Again, I would not     09:43
21   formulate it this way.  It's an
22   estimation problem.  We are trying to
23   estimate a relative risk, a rate ratio,
24   or an odds ratio which are parameters
25   that tell me something about the risk in    09:43

Page 45

1    the exposed compared to the risk in the
2    unexposed.  Along with that goes
3    statistics, but, in essence, we are
4    estimating parameters.
5    BY MR. LASKER:                         09:44
6        Q.  The process of estimating
7    parameters in epidemiologic study is to
8    determine whether that data would provide
9    evidence against a null hypothesis; correct?
10       MS. FORGIE:  Object to form and      09:44
11   asked and answered.
12       THE WITNESS:  Again, I would want
13   to estimate this parameter and then also
14   see in statistical terms how informative
15   this parameter is.                     09:44
16   BY MR. LASKER:
17       Q.  Right.  And the -- what you're
18   looking for with respect to that parameter
19   is whether or not the data you are analyzing
20   would exclude the null hypothesis, if you're   09:44
21   going to reach a causation opinion; correct?
22       MS. FORGIE:  Object to form, asked
23   and answered.
24       THE WITNESS:  There's a lot more to
25   that than just a null hypothesis.       09:44

1    There's a lot more that we're doing in
2  epidemiology to convince ourselves that
3  there is causation.
4  BY MR. LASKER:
5    Q.  That's fair enough.  One step in      09:45
6  the process to determine whether or not
7  there is causation through an epidemiologic
8  study is whether or not the data is --
9  allows one to exclude the null hypothesis;
10  correct?                              09:45
11    MS. FORGIE:  Object to form, asked
12  and answered.
13    You can answer it again.
14    THE WITNESS:  Again, we are trying
15  to estimate parameters.  These           09:45
16  parameters have point and interval --
17  point and interval estimates, and a lot
18  more goes into evaluating the validity
19  of that parameter.
20  BY MR. LASKER:                          09:45
21    Q.  I agree with that, and we'll be
22  talking about that.  But the purpose of
23  determining the point estimate and the
24  parameters for the statistical analysis part
25  of that -- and we'll talk about the other   09:45

1  parts as well -- is to determine whether or
2  not at that step the null hypothesis of 1.0
3  is at least not due to chance.  Is that
4  fair?
5    MS. FORGIE:  Objection.  Wait.       09:46
6  Object to form and asked and answered.
7    You can do it again.
8    THE WITNESS:  Chance is one -- is
9  just one criterion we are considering as
10  epidemiologists, and I teach bias         09:46
11  analysis in the basic methods class at
12  UCLA.  What I teach my students is that
13  what we have to make sure is that
14  there's no bias and that before
15  everything else we are ever considering.   09:46
16  So I would not even consider data unless
17  we would go through a rigorous analysis
18  of all the biases.
19  BY MR. LASKER:
20    Q.  Fair enough.  In your analysis of    09:46
21  the issues of chance, the issues of bias,
22  the issues of confounding, when you're
23  looking at all of those issues together,
24  what you are trying to, as an
25  epidemiologist, is to determine whether or   09:47

1  not those factors can be at least addressed
2  efficiently so that together that would
3  allow you to determine that the null
4  hypothesis has been rejected in that study.
5  Is that fair?                          09:47
6    MR. LASKER:  Object to form.
7    THE WITNESS:  I do not formulate my
8  research ever in that way.  I'm
9  estimating parameters, and I'm assessing
10  validity of studies.                    09:47
11  BY MR. LASKER:
12    Q.  What would you need to -- what
13  steps would you need to go through then in
14  an epidemiological study in analyzing the
15  issues of chance and bias and confounding to   09:47
16  reach a conclusion in your mind that that
17  study demonstrates a positive association
18  between the exposure at interest and the
19  outcome at interest?
20    MS. FORGIE:  Objection to form.      09:48
21    THE WITNESS:  That is a very long
22  lecture.  I don't know whether we want
23  to have it here.  It takes me ten weeks
24  and four hours a week to do that.  So
25  the short form is that you start with       09:48

1  the study design, that you start with
2  the exposure assessment validity, that
3  you start with the outcome assessment
4  validity, that you then go into a sample
5  size, exposure prevalence, any kind of     09:48
6  bias you can think of, and once you have
7  wrapped it all together, that's when
8  you're doing a lot of sensitivity
9  analyses in your data to convince
10  yourself that no way -- no matter how      09:48
11  you look at your data, there is a
12  signal.
13  BY MR. LASKER:
14    Q.  And I think that you mentioned
15  this -- you may have mentioned it in your   09:48
16  report.  I know you mentioned it in some of
17  your class materials -- that the fundamental
18  question that an epidemiologist must ask
19  before reaching a causation opinion is is
20  there any other way of explaining the set of   09:49
21  facts before us, is there any other answer
22  that is equally or more likely than cause
23  and effect; correct?
24    MS. FORGIE:  Object to form.
25    THE WITNESS:  We generally like to     09:49

Page 50

1    challenge each other.  Epidemiologists
2    are extremely critical of their own work
3    and that of their colleagues.  So we are
4    asking many, many questions trying to
5    debunk a positive result that we might        09:49
6    be seeing in a study.  We're coming up
7    with causal models, with -- yeah, bias
8    analyses, sensitivity analyses, and
9    after we've done all of that, there
10   might be a positive association; there       09:49
11   might not be a positive association.
12   Whether that's causal, we would usually
13   want more than one study to decide.
14   BY MR. LASKER:
15       Q.  And the underlying -- the          09:50
16   fundamental question that you're trying to
17   answer when you look at an epidemiologic
18   study or a body of epidemiologic literature
19   is whether there is any other way of
20   explaining the facts before you other than    09:50
21   cause and effect; correct?
22       A.  That would be any one way because
23   there's always one way or another in any
24   type of study that I can think of that you
25   can find alternative explanations, but what   09:50

Page 51

1    you are looking for then is just as
2    consistent a pattern that would explain
3    everything else.
4        Q.  And if you are not -- if you find
5    that there is some other explanation that     09:50
6    could explain the findings, then you would
7    not be able to reach an opinion of cause and
8    effect.  Is that fair?
9            MS. FORGIE:  Object to form.
10           THE WITNESS:  That would depend.     09:50
11   So I would want to see that -- there
12   could be an alternative explanation in
13   one study but not in another.  So what
14   we would like to see is studies done on
15   different continents, in different           09:51
16   counties, by different investigators
17   with different methods.  If they all
18   show the same results, then I'm pretty
19   happy because there's probably not one
20   explanation that explains it away.           09:51
21   BY MR. LASKER:
22       Q.  The null hypothesis in this case is
23   that glyphosate is not associated with
24   non-Hodgkin's lymphoma; correct?
25       A.  It's either glyphosate or           09:51

Page 52

1    glyphosate-related formulations.
2        Q.  For epidemiology, it would actually
3    be glyphosate-based herbicides; correct?
4        A.  Correct.
5        Q.  There are no epidemiology studies     09:51
6    that are just pure glyphosate.  It's all the
7    formulate herbicide product?
8        A.  Epidemiology is done in the real
9    world.  So what is out in the real world is
10   what we're studying.                         09:51
11       Q.  Okay.  And the question, then, on
12   to the scientific method and the question
13   for you, I take it, in this case is whether
14   the epidemiologic studies provide data that
15   would allow you to exclude -- well, strike    09:52
16   that.
17           You have reviewed, as part of your
18   work in this case, IARC's assessment of the
19   glyphosate epidemiology; correct?
20       A.  I have read that monograph, yes.      09:52
21       Q.  And in your expert report -- I
22   think it's on page 16 -- it's actually the
23   last sentence on page 16, you state that
24   "concur with the IARC conclusions after
25   conducting my own independent analysis of     09:52

Page 53

1    the studies included in the IARC review";
2    correct?
3        A.  Yes, that's what it says.
4        Q.  Okay.  And that's the opinion that
5    you are -- you'll be presenting in this       09:53
6    litigation; correct?
7        A.  I will be presenting my own
8    conclusions.
9        Q.  And your own conclusions concur
10   with the IARC's conclusions; correct?         09:53
11           MS. FORGIE:  Object to form.
12           THE WITNESS:  It concurs with the
13   overall IARC conclusions.
14   BY MR. LASKER:
15       Q.  And just to be clear, when you're     09:53
16   talking about the IARC's conclusions in your
17   report, you're talking about IARC's
18   conclusions with regard to epidemiology;
19   correct?
20           MS. FORGIE:  Object to form.          09:53
21           THE WITNESS:  I am meaning the
22   overall IARC conclusions.
23   BY MR. LASKER:
24       Q.  Okay.  In this section in your
25   report where you state that you concur with   09:53

Page 54

1   IARC's conclusions after conducting your own
2   independent analysis of the studies, first
3   of all, what studies did you review in
4   connection with your work on this case?
5       A.  What studies did IARC review?        09:53
6       Q.  No, did you review.  Because you
7   state, "After conducting my own independent
8   analysis of the studies included in the IARC
9   review," which studies are we talking about
10  there?                                       09:54
11      A.  That overlap with IARC's?  They
12  should be all in IARC plus I looked at
13  several others.
14      Q.  But IARC looked at studies dealing
15  with genotoxicity and dealing with            09:54
16  toxicology and all the like.
17      A.  Yes.
18      Q.  Did you review the genotoxicology
19  studies that IARC reviewed?
20      A.  I did review several papers on        09:54
21  genotoxicity as well as animal studies, yes.
22      Q.  And did you conduct an analysis,
23  your own independent analysis of the animal
24  toxicology studies?
25      A.  As far as I'm able to do that, I      09:54

Page 55

1   did.
2       Q.  That's not your area of expertise,
3   I take it?
4           MS. FORGIE:  Objection.  Object to
5   form.
6           THE WITNESS:  Well, in effect, I'm
7   a member of the interdisciplinary
8   program in molecular toxicology at UCLA.
9   So I teach toxicologists.  So yes, I do
10  know how to read toxicology literature.       09:55
11  BY MR. LASKER:
12      Q.  With respect to the conclusions
13  that can be reached with respect to the
14  animal toxicology studies, would you defer
15  to the other experts that have been put       09:55
16  forth by the plaintiff's counsel on those
17  issues?
18          MS. FORGIE:  Object to form.
19          THE WITNESS:  I'm sure that a
20  toxicologist can read these papers in         09:55
21  different ways, but since I am -- I have
22  been working with toxicologists for
23  25 years.  I'm a member of this teaching
24  program, I would say that I have a
25  certain ability to draw my own               09:55

Page 56

1   conclusions.  Plus I'm medically
2   trained, and I know animal pathology
3   because it's very close to human
4   pathology.
5   BY MR. LASKER:                                09:55
6       Q.  So if I were to ask you questions
7   about the Sugimoto rodent study, would you
8   be in a position to answer those questions
9   here today?
10          MS. FORGIE:  Object to form.         09:56
11          THE WITNESS:  You would have to
12  show me those papers, and I would tell
13  you.
14  BY MR. LASKER:
15      Q.  In your expert report up until the    09:56
16  line -- up until page 16, you do not discuss
17  any studies other than the epidemiologic
18  studies; correct?
19      A.  Correct.
20      Q.  And in your discussion on page 16     09:56
21  when you're talking about the conclusions
22  that IARC reached, you are talking about
23  IARC's -- the only thing you discussed is
24  IARC's conclusion with regard to the
25  epidemiology; correct?                        09:56

Page 57

1           MS. FORGIE:  Object to form.
2           THE WITNESS:  Well, as a scientist,
3   you read everything, and as a scientist,
4   I did go back to the toxicology and
5   genotoxicity literature, and I did read       09:56
6   the IARC Monograph on that.  So when I
7   come to a conclusion, it's in the
8   totality of everything I have reviewed.
9   BY MR. LASKER:
10      Q.  I understand that, but your expert    09:57
11  report in discussing the IARC conclusions
12  that you concur with, the only conclusions
13  that you discussed up to this point in your
14  report are IARC's conclusions with respect
15  to the epidemiology; correct?                 09:57
16          MS. FORGIE:  Object to form.  Asked
17  and answered.
18          You can answer it again.
19          THE WITNESS:  Again, I cannot
20  exclude what I know and what I've read        09:57
21  and what I've evaluated.  So even if I
22  just refer in this report to the
23  epidemiology, which, of course, I
24  consider myself most an expert, when I
25  make that comment, I'm referring to the       09:57

1    whole IARC conclusion which included the
2    toxicology and the genotoxicity.
3    BY MR. LASKER:
4       Q.  Do you concur with IARC's
5    conclusions with respect to the          09:57
6    epidemiology?
7       MS. FORGIE:  Object to form.
8       THE WITNESS:  Well, IARC's
9    conclusions are IARC's conclusions.
10   They are very categorical.  As a          09:57
11   scientist, I wish it wasn't as
12   categorical, and I may or may not confer
13   with the way they are drawing these
14   categorical conclusions.  I think the
15   epidemiology is quite strong.          09:58
16   BY MR. LASKER:
17      Q.  Let me be clear, though.  When you
18   state in your expert report on page 16 that
19   you concur with the IARC's conclusions, do
20   you concur with IARC's conclusions with          09:58
21   respect to the epidemiology?
22      MS. FORGIE:  Object to form and
23   asked and answered.
24      You can answer it again.
25      THE WITNESS:  Well, I'm concurring          09:58

1    here with the overall IARC conclusion.
2    BY MR. LASKER:
3       Q.  I understand that, but that's not
4    my question.
5       MS. FORGIE:  Wait, wait.          09:58
6    BY MR. LASKER:
7       Q.  When you state here that you are
8    concurring with the IARC's conclusions, you
9    state that at page 16 of your expert report,
10   after talking to the epidemiological          09:58
11   literature, my question to you is:  Do you
12   concur with the IARC's conclusions regarding
13   the glyphosate epidemiology?
14      MS. FORGIE:  Object to form, asked
15   and answered twice before.          09:58
16      You can answer it again.
17      THE WITNESS:  IARC drew conclusions
18   based on three criteria.  I read the
19   IARC Monograph.  I went back to some of
20   the literature on the genotoxicity and          09:59
21   on the animal studies, and I concur with
22   IARC's conclusions.
23   BY MR. LASKER:
24      Q.  Okay.  Again, I want to be clear
25   for the record so that the court understands          09:59

1    and the answer can be yes or no.  That's
2    obviously your answer.
3       With respect to IARC's conclusions,
4    with respect to the epidemiological
5    literature of glyphosate, and you know that          09:59
6    IARC separately analyzed the epidemiology;
7    correct?
8       MS. FORGIE:  Object to form.
9       THE WITNESS:  IARC has several
10   groups that are evaluating pieces of          09:59
11   science.  One is an epidemiology group.
12   One is a genotoxicity -- one is a
13   mechanistic group.  Genotoxicity is part
14   of it.  One is an animal group.  Each of
15   them evaluate the literature          09:59
16   independently, come up with conclusions,
17   but then they are meeting together and
18   discussing with each other the
19   literature and possible conclusions from
20   it.          10:00
21      So every scientist in the room gets
22   to know what the other group is doing
23   and how they are reaching possible
24   conclusions, and they may disagree.  A
25   toxicologist may disagree with an          10:00

1    epidemiologist or the epidemiologist
2    group and vice versa.  But --
3    BY MR. LASKER:
4       Q.  I understand --
5       MS. FORGIE:  Wait let her finish,          10:00
6    please.
7       THE WITNESS:  In the end, they have
8    to come together with a conclusion, and
9    the conclusions are very categorical,
10   and they are balance of evidence type of          10:00
11   conclusions.
12   BY MR. LASKER:
13      Q.  I understand that.  But my question
14   to you is specific to the epidemiology
15   subgroup in IARC, and they reached a          10:00
16   conclusion with respect to the
17   epidemiological literature; correct?
18      MS. FORGIE:  Objection.  Asked and
19   answered.
20      You can answer it again.          10:00
21      THE WITNESS:  Actually, the
22   epidemiology group alone isn't who comes
23   up with these conclusions.  It is
24   everybody in the room at the overall
25   meetings who agrees on these.          10:00

Page 62

1  BY MR. LASKER:
2      Q.  Okay.  And everybody in the room
3  came to a conclusion with respect to the
4  epidemiologic literature; correct?
5          MS. FORGIE:  Object to form.        10:01
6          THE WITNESS:  They came to a
7      balanced evaluation that then was put
8      into the Monograph and got a category
9      number which is 2A possible carcinogen.
10  BY MR. LASKER:                             10:01
11     Q.  Okay.  And that is the overall
12  assessment of glyphosate.  I understand
13  that.  There is also a separate assessment
14  in the Monograph for the epidemiology, and
15  there's a separate assessment for the animal   10:01
16  toxicology, and there is a separate
17  assessment for the mechanisms; correct?
18     A.  Yes.
19     Q.  What I am asking you is specific to
20  the conclusion that IARC reached with       10:01
21  respect to the epidemiology.  Okay?
22         MS. FORGIE:  Objection.
23         THE WITNESS:  Again, the
24     epidemiology group made their
25     conclusion.  I'm not going to question   10:01

Page 63

1      their conclusion.  I make my own
2  conclusion, but my conclusion as a
3  scientist is based on reviewing all of
4  the literature.  I'm more than an
5  epidemiologist.  I have medical          10:02
6  training, and I have been working with
7  toxicologists and animal
8  experimentalists for 25, 30 years.
9  BY MR. LASKER:
10     Q.  Right.  I understand all of that,   10:02
11  but my question for you is specific to the
12  epidemiology.  The IARC working group came
13  to a conclusion that the glyphosate
14  epidemiology with respect to non-Hodgkin's
15  lymphoma fit into their category of limited.   10:02
16         You understand that; correct?
17         MS. FORGIE:  Object to form.  Asked
18     and answered.
19         You can answer it again.
20         THE WITNESS:  I understand the      10:02
21     categories that IARC is using, and they
22     have some unfortunate language including
23     the word "limited" because it's not --
24     it's a common language word that is very
25     easy to misunderstand.               10:02

Page 64

1  BY MR. LASKER:
2      Q.  Okay.  Well, let's just be clear on
3  what IARC means by "limited" with respect to
4  epidemiology.
5          IARC defines limited as:  "A        10:02
6  positive association has been observed
7  between glyphosate" -- "between exposure to
8  glyphosate in this instance and NHL for
9  which a causal interpretation is credible
10  but chance, bias, or confounding cannot be   10:03
11  ruled out with reasonable confidence."
12         Correct?
13     A.  Correct.
14         MS. FORGIE:  Object to form.
15  BY MR. LASKER:                             10:03
16     Q.  And IARC determined that the
17  glyphosate epidemiology -- epidemiologic
18  literature fit within that definition;
19  correct?
20         MS. FORGIE:  Object to form, asked   10:03
21     and answered.
22         You can answer it again.
23         THE WITNESS:  The working group
24     gave the label 2A which is this kind of
25     definition, yes.                     10:03

Page 65

1  BY MR. LASKER:
2      Q.  Okay.  Let's just be clear about
3  this.  2A is the overall assessment.  We're
4  talking about the epidemiologic studies.
5      A.  Uh-huh.                            10:03
6          MS. FORGIE:  Wait for a question.
7  BY MR. LASKER:
8      Q.  With respect to the epidemiologic
9  studies, IARC concluded for glyphosate and
10  non-Hodgkin's lymphoma that a positive       10:03
11  association has been observed for which a
12  causal interpretation is credible but
13  chance, bias, or confounding cannot be ruled
14  out with reasonable confidence; correct?
15         MS. FORGIE:  Object to form, asked   10:04
16     and answered.
17         You can answer it again, but you're
18     getting --
19         THE WITNESS:  That is --
20         MS. FORGIE:  Wait, let me finish.   10:04
21     You're getting to a point where
22     you're badgering the witness.
23         THE WITNESS:  That's the IARC
24     definition.
25     ///

Page 66

1    BY MR. LASKER:
2        Q.   And you state in your expert
3    report -- and I'm just trying to understand
4    what this means -- you state in your expert
5    report that you concur with the IARC        10:04
6    conclusions.
7             My question to you -- and the
8    answer can be yes or no -- is whether you
9    concur with IARC that for glyphosate and
10   non-Hodgkin's lymphoma and the              10:04
11   epidemiological studies, a positive
12   association has been observed for which a
13   causal interpretation is credible but
14   chance, bias, or confounding cannot be ruled
15   out with reasonable confidence?             10:04
16           MS. FORGIE:  Object to form.  Asked
17       and answered.  Also mischaracterizes the
18       IARC, as you know, the IARC categories.
19           THE WITNESS:  Again, on page 16 of
20       my document what I'm referring to is the  10:04
21       overall IARC conclusion.
22   BY MR. LASKER:
23       Q.   My question to you is, independent
24   of whatever you mean or you're interpreting
25   the sentence on page 16 in your expert      10:05

Page 67

1    report to mean, the question to you is very
2    simple.  Do you agree with IARC in its
3    classification of the epidemiological
4    literature for glyphosate and non-Hodgkin's
5    lymphoma that a positive association has     10:05
6    been observed for which a causal
7    interpretation is credible but chance, bias,
8    or confounding cannot be ruled out with
9    reasonable confidence?
10           MS. FORGIE:  Object to the form,      10:05
11       asked and answered.  Also you're
12       deliberately misreading the IARC
13       categories.
14           THE WITNESS:  Again, IARC has
15       unfortunate wording in their categories.  10:05
16       One of the unfortunate words is
17       "limited."  They are expanding on it in
18       a way that to non-epidemiologists is
19       problematic, and I'm not going to argue
20       with IARC about this.                     10:05
21   BY MR. LASKER:
22       Q.   My question is not about use of the
23   word "limited" or whatever word they use.
24   My question is the substance of what IARC
25   concluded, and you may agree or you may      10:06

Page 68

1    disagree, but you haven't told me yet which
2    of those things it is.  That's all I'm
3    trying to find out.  It's a simple question,
4    and if we need to mark this and the judge
5    can answer, that's fine.  We'll do that.     10:06
6    But it's a simple question, yes or no.
7             Do you agree with IARC in its
8    review of the glyphosate and Roundup
9    epidemiological literature for non-Hodgkin's
10   lymphoma that a positive association has      10:06
11   been observed for which a causal
12   interpretation is credible but chance, bias,
13   or confounding could not be ruled out with
14   reasonable confidence?
15           MS. FORGIE:  Objection.  Object to    10:06
16       the form.  You're mischaracterizing and
17       misreading the categories of IARC, as
18       you know, and it's been asked and
19       answered at least five or six times now.
20           You may answer it again.              10:06
21           THE WITNESS:  Again, IARC does
22       their evaluation the way they do.  I'm a
23       scientist.  I did my independent
24       evaluation.  I used my words.  They used
25       theirs.  I may not agree with the kind    10:07

Page 69

1    of wording they are using.  I think the
2    epidemiology is extremely strong.
3    BY MR. LASKER:
4        Q.   Do you believe based upon your
5    review of the epidemiological literature for  10:07
6    glyphosate and non-Hodgkin's lymphoma that a
7    positive association has been observed for
8    which a causal interpretation is credible
9    but chance, bias, or confounding could not
10   be ruled out with reasonable confidence?      10:07
11           MS. FORGIE:  Object to form.  Asked
12       and answered.
13           You can answer it again.
14           THE WITNESS:  My reading of the
15       literature is that the epidemiology is     10:07
16       very strong especially since there was
17       additional literature since IARC
18       conferred in 2015.
19   BY MR. LASKER:
20       Q.   Okay.  Is your analysis, then, of    10:07
21   the epidemiological literature, your
22   conclusions, informed by epidemiological
23   data that has come out subsequent to the
24   IARC working group meeting?
25       A.   I reviewed the NAPP, yes.            10:08

Page 70

```
 1        Q.  Okay.  And so in reaching your
 2   conclusions about the strength of the
 3   epidemiology for glyphosate and
 4   non-Hodgkin's lymphoma -- strike that.
 5        Let me just circle back.  Including    10:08
 6   your analysis of the glyphosate literature
 7   and the NAPP data, do you believe that a
 8   positive association has been observed
 9   between exposure to Roundup and
10   non-Hodgkin's lymphoma for which a causal    10:08
11   interpretation is credible but chance, bias,
12   or confounding could not be ruled out with
13   reasonable confidence?
14        MS. FORGIE:  Object to form.  Asked
15   and answered.                       10:08
16        You can answer it again.
17        THE WITNESS:  I believe there's a
18   positive association for which causal
19   association is quite credible.
20   BY MR. LASKER:                          10:08
21        Q.  Do you believe that chance, bias,
22   and confounding can be ruled out with
23   reasonable confidence?
24        MS. FORGIE:  Objection.  Asked and
25   answered.                            10:09
```

Page 71

```
 1        You can answer it again.
 2        THE WITNESS:  Again, I think that a
 3   causal association is quite credible,
 4   and I, as a scientist who is not just an
 5   epidemiologist, put this in context with    10:09
 6   everything I know, and I agree with IARC
 7   that it's a 2A.
 8   BY MR. LASKER:
 9        Q.  My question, though, is with
10   respect to the epidemiologic literature.    10:09
11   With respect to the epidemiologic literature
12   for the glyphosate and non-Hodgkin's
13   lymphoma, do you think that chance, bias, or
14   confounding can be ruled out with reasonable
15   confidence?                          10:09
16        MS. FORGIE:  Object to form, asked
17   and answered.  This is like the tenth
18   time.
19        You can answer it again.
20        THE WITNESS:  Okay.  I think the    10:09
21   epidemiology is quite strong.  I think
22   that there is enough reason to make
23   causal associations.  However, I put
24   this in the context of the animal data
25   and the mechanistic data.  As a          10:09
```

Page 72

```
 1   scientist, I cannot split my mind into
 2   three different parts, and that's also
 3   not what IARC does.
 4        IARC sits in a room and discusses
 5   this with everyone and comes to their    10:10
 6   conclusion overall.  However, there's
 7   additional data that came out since IARC
 8   met, and that strengthens the evidence.
 9   BY MR. LASKER:
10        Q.  Let's talk about chance.          10:10
11        MS. FORGIE:  If you're at a
12   reasonable breaking point, just let us
13   know.
14        MR. LASKER:  Sure.  How long have
15   we been?  Over an hour?               10:10
16        MS. FORGIE:  An hour and ten
17   minutes.
18        MR. LASKER:  That'll be fine.
19        THE VIDEOGRAPHER:  We're off the
20   record at 10:10 a.m.                   10:10
21        (Recess taken from 10:10 a.m.
22   to 10:27 a.m.)
23        THE VIDEOGRAPHER:  We are back on
24   the record at 10:27 a.m.
25   ///
```

Page 73

```
 1   BY MR. LASKER:
 2        Q.  Hello, Dr. Ritz.  During the break
 3   I was looking through your expert report,
 4   and I did not see any mention in your report
 5   about any of the animal cancer bioassays    10:29
 6   regarding glyphosate.  Am I correct that
 7   there's no mention of those animal cancer
 8   bioassays in your expert report?
 9        MS. FORGIE:  Object to the form.
10        THE WITNESS:  Well, they are          10:29
11   mentioned, but I am not critiquing them
12   in the way that I would critique an
13   epidemiology study.  But I certainly
14   reviewed them.
15   BY MR. LASKER:                          10:29
16        Q.  Can you point in your expert report
17   where you mentioned any of the animal cancer
18   bioassays?
19        A.  Under biologic plausibility and
20   where I say what I searched.  Where is that?    10:29
21        Q.  I think that's your literature
22   review.
23        A.  Literature search, yeah.
24        Q.  Okay.  So let's start with the
25   biological plausibility because I read that    10:29
```

Page 74

```
 1   through a number of times.  Maybe I missed
 2   it.  There are some discussions of a handful
 3   of genotoxicity studies, and you cite them.
 4   But I don't see mentioned anywhere in these
 5   two paragraphs of the animal cancer          10:30
 6   bioassays.  Is that correct?
 7          MS. FORGIE:  Object to form.
 8          THE WITNESS:  Well, the animal
 9   studies I mention on page 25.
10   BY MR. LASKER:                               10:30
11      Q.  Which animal studies?
12      A.  Animal experiments.
13      Q.  With regard to cytotoxic and
14   genotoxic effects.  I see that.  Where do
15   you mention any animal cancer bioassays?     10:30
16      A.  That says models.  Correct.  What
17   are you referring to now?
18      Q.  I'm asking if there's any mention
19   anywhere in this section of biological
20   plausibility to an animal cancer bioassay    10:30
21   because I'm not seeing it.
22          MS. FORGIE:  Object to the form.
23          THE WITNESS:  Well, has been
24   confirmed by laboratory experiments
25   listed above is what I was referring to,     10:31
```

Page 75

```
 1   and the listed above are mentioned in my
 2   search algorithm.
 3   BY MR. LASKER:
 4      Q.  First of all, the listed above,
 5   just so we're clear in the section of        10:31
 6   biological plausibility, is referring to
 7   studies of genotoxicity and oxidative
 8   stress; correct?
 9          MS. FORGIE:  Object to the form.
10          THE WITNESS:  No, that's a compound   10:31
11   sentence, and what I was referring to
12   here is, one, the oxidative stress and
13   genotoxicity as a mechanism and, two,
14   the lab experiments that also confirmed
15   carcinogenicity.                             10:31
16   BY MR. LASKER:
17      Q.  Can you point anywhere -- first of
18   all, in biological plausibility -- we'll go
19   to your literature search as well, but
20   anywhere in biological plausibility in those 10:32
21   two paragraphs where you mention an animal
22   cancer bioassay?
23      A.  To me the lab experiments are
24   exactly that.  That's what they mean.
25      Q.  You state, "The lab experiments     10:32
```

Page 76

```
 1   listed above," and the lab experiments
 2   listed above are dealing with cytotoxic and
 3   genotoxic effects.
 4          MS. FORGIE:  Wait.  Is there a
 5   question?                                    10:32
 6   BY MR. LASKER:
 7      Q.  Where is there a reference anywhere
 8   in these two paragraphs to an animal cancer
 9   bioassay?
10      A.  No, the listed above does not refer  10:32
11   to the mechanisms.  The listed above is in
12   terms of the whole document.
13      Q.  Your whole expert report?
14      A.  Uh-huh.
15      Q.  And you believe that you mentioned   10:32
16   the animal cancer bioassays in your
17   literature search?
18      A.  Yes.
19      Q.  Let's go to the literature search
20   then.  Now, the literature search, just so   10:32
21   the record is clear at pages 8 and 9
22   which is some 16 -- 15 or 16 pages before
23   that sentence in the biological plausibility
24   section; correct?
25      A.  I can't see it right now.  Oh,        10:33
```

Page 77

```
 1   here.  Yes.  Page 8.  It starts on page 8.
 2      Q.  Where in pages 8 and 9 do you
 3   mention animal cancer bioassays?
 4      A.  Animal and mechanistic literature.
 5   It's on page 9.  550 articles for animal and 10:33
 6   mechanistic literature and 600 citations for
 7   cancer.  So that includes the oncology of
 8   animals.
 9      Q.  And the bracket after that says,
10   "Most citations were not immediately         10:33
11   relevant to the present question due to
12   their focus on topics such as effects in
13   fish resulting from runoff, effects on
14   present pregnancy and child development, or
15   effects on other cancer types."              10:33
16          Do you see that?
17      A.  Yes.
18      Q.  In your discussion of the
19   literature search, you stated that you were
20   looking to obtain all published studies on   10:33
21   the relationship between non-Hodgkin's
22   lymphoma and glyphosate; correct?
23      A.  Yes.
24      Q.  And --
25      A.  And ingredients.  The active         10:34
```

Page 78

```
1    ingredient in Roundup.  So it included
2    Roundup.
3        Q.  And your statement to then is that
4    this reference to the fact that you
5    conducted a literature search that yielded    10:34
6    over 550 articles for animal an mechanistic
7    literature was a disclosure that you had
8    reviewed the animal cancer bioassays and
9    were rendering an opinion on them in this
10   case?                            10:34
11       MS. FORGIE:  Object to the form.
12       THE WITNESS:  This disclosure means
13   that yes, everything that's out there in
14   the literature I am willing and able to
15   look at and select from and form my    10:34
16   opinion on.  That's what I do as a
17   scientist.
18       Actually as a scientist I often
19   spend Sundays doing exactly this,
20   searching the literature broadly to find    10:35
21   animal and other types of studies that
22   then give me an hint in terms of what
23   I'm doing as an epidemiologist, and it's
24   great fun.  I like it.
25   ///
```

Page 79

```
     BY MR. LASKER:
1
2        Q.  First of all, is it your
3    understanding that you will be proffering
4    any opinions in this case with respect to
5    animal cancer bioassays?                10:35
6        MS. FORGIE:  Object to the form.
7        THE WITNESS:  Well, my -- what I
8    understand is that I'm here as an expert
9    epidemiologist but also as a scientist.
10   As an expert epidemiologist, I rendered    10:35
11   you with my evaluation of the
12   epidemiology.  As a scientist I'm
13   curious.  I go beyond epidemiology.  I
14   look at other types of literature.  And
15   I disclosed this here because I was told    10:35
16   that I'm supposed to disclose that.
17       MR. LASKER:  Okay.  For the record
18   we'll state there is nothing in this
19   expert report that mentions an animal
20   cancer bioassay.  There is no disclosure    10:35
21   as required under the federal rules of
22   any opinion being proffered on animal
23   cancer bioassays, and unless counsel is
24   here to represent that this witness will
25   not be offering opinions with respect to    10:36
```

Page 80

```
1    animal cancer bioassays, we will
2    petition the court for a second
3    deposition of this witness because we
4    were not prepared to question the
5    witness on those issues because of the    10:36
6    expert report she submitted.  And we
7    would also move to strike because those
8    opinions have not been properly
9    disclosed.
10       MS. FORGIE:  Well, we're not going    10:36
11   to agree to a second deposition, of
12   course.  I would say she clearly has
13   stated in there that she has looked at
14   over 550 articles for animal and
15   mechanistic literature.  There's another    10:36
16   reference in there about the effects in
17   rodents of glyphosate and she's talked
18   about the CARC report and the IARC
19   Monograph all of which, as you well
20   know, do discuss animal literature.    10:36
21       MR. LASKER:  Well, to be quite
22   clear, that is not what her expert
23   report is, and the judge will be able to
24   read her expert report; so we don't need
25   to debate that.  But my question to    10:37
```

Page 81

```
1    you just so I understand -- we have to
2    have motions practice.  Is it
3    plaintiff's intention to proffer
4    Dr. Ritz to offer expert opinions with
5    regard animal cancer bioassays?    10:37
6        MS. FORGIE:  She intends to give
7    her opinion --
8        MR. WISNER:  Objection.  Kathryn,
9    you don't have to answer questions in a
10   deposition.  Are we off the record?    10:37
11       MR. LASKER:  We are on the record.
12       MR. WISNER:  You can't question
13   attorneys.  That's ridiculous.  Let's go
14   off the record if you want to ask that
15   question.    10:37
16       MR. LASKER:  I certainly can.  If
17   we have to get on record with the court
18   and call the court right now, we can do
19   that as well.  I need to know right now
20   because I'd like to move on.  If the    10:37
21   plaintiffs' counsel are not willing to
22   state on the record that Dr. Ritz will
23   not be offering opinions on animal
24   cancer bioassays, then we'll have an
25   issue with the court including a motion    10:37
```

Page 82

1  to strike and a motion for leave to seek
2  additional deposition.
3      MS. FORGIE:  You can bring whatever
4  motions you want.  You can bring
5  whatever motions you want.  She's made    10:37
6  it very, very clear that she has
7  expertise in toxicology.  You have a
8  copy of her CV.  She's talked about
9  studies and the effects in rodents of
10  glyphosate which for whatever reasons    10:38
11  you haven't found.  She's talked about
12  the IARC Monograph.  She's talked about
13  the CARC report.  She's talked about the
14  550 articles on rodents, and she's
15  talked about the fact that she intends    10:38
16  as a scientist in epidemiology to look
17  at the totality of sciences, and that's
18  exactly what's in her report.  Make
19  whatever motions you want to make.  I'm
20  not going to argue about this with you.    10:38
21      MR. LASKER:  Just to be clear, the
22  statements in her report with respect to
23  animals which you want to talk about are
24  specific to genotoxicity and
25  cytotoxicity.  They do not mention    10:38

Page 83

1  cancer bioassays, and the 550 articles
2  that you are referencing are the ones
3  talks she about from her initial search
4  which she excluded.
5      MS. FORGIE:  I'm not going to argue    10:38
6  with you.
7      MR. WISNER:  Objection.  How are
8  you testifying?  What's going on here?
9      MR. LASKER:  We will file a motion
10  with the court as necessary to strike    10:38
11  this witness' testimony and also to seek
12  a second deposition.
13      MS. FORGIE:  You do whatever you
14  think is appropriate.  She has clearly
15  stated in her expert report that she    10:38
16  intends to give full opinions including
17  all kinds of science.
18      MR. LASKER:  We will submit and, in
19  fact, the judge has a full expert report
20  in front of him, and he can look at that    10:39
21  himself.
22  BY MR. LASKER:
23      Q.  Dr. Ritz, in your report you
24  provide a definition of a number of terms
25  that epidemiologists use to try to address    10:39

Page 84

1  the issue of chance; correct?
2      A.  Uh-huh.  There are definitions in
3  there in terms of chance and bias, yes.
4      Q.  We'll get to bias.  I want to talk
5  about the terms you identify with respect to    10:39
6  chance.  You provide definitions of the
7  terms "P-value" I believe on page 11 in your
8  report; correct?
9      A.  It's the -- the title says
10  "Statistical Significance," but the P-value    10:39
11  is mentioned.
12      Q.  Okay.  And you explain in your
13  expert report -- and we're going to get into
14  some of the issues with this, but
15  epidemiologists at least present P-values in    10:40
16  trying to address the issue of whether or
17  not a reported odds ratio or relative risk
18  might be due to chance; correct?
19      MS. FORGIE:  Object to form.
20      THE WITNESS:  Epidemiologists are    10:40
21  trained -- modern epidemiologists -- and
22  those are the ones who drive the methods
23  in epidemiology -- are trained to at
24  least rely on one parameter.  P-value is
25  one parameter.    10:40

Page 85

1  BY MR. LASKER:
2      Q.  Okay.
3      A.  So epidemiologists are taught what
4  a P-value is and how to evaluate it, but
5  they're also taught never to use just a    10:40
6  P-value to evaluate a study or chance.
7      Q.  And that's what I'm going to be
8  getting to right now in my next questions.
9  You mention in your report at pages 11 to 12
10  that the -- there is a convention of using a    10:40
11  P-value of less than .05, but some studies
12  will use P-values such as less than .01 or P
13  less than negative 10 to 7 which is one in
14  10 million; right?
15      MS. FORGIE:  Object to the form.    10:41
16      THE WITNESS:  So what is the
17  question?
18  BY MR. LASKER:
19      Q.  It is correct that epidemiologists
20  in various studies will use different    10:41
21  P-values including P less than .05 but
22  sometimes P less than .01 or P less than 10
23  to negative 7; correct?
24      MS. FORGIE:  Object to the form.
25      THE WITNESS:  These type of    10:41

1    P-values have been defined and used in
2    studies, but a P-value has a very
3    different meaning depending on the type
4    of test you are conducting.  For
5    example, there are test of pair-wise        10:41
6    comparisons.  There are tests of trends.
7    There are tests of heterogeneity.  There
8    are many, many testing situations in
9    which we use P-values, and they have a
10   very different meaning.                      10:42
11   BY MR. LASKER:
12       Q.  One of the articles that you use in
13   teaching your epidemiology students about
14   P-values is an article by Charles Poole
15   entitled "Low P-values or Narrow Confidence  10:42
16   Intervals:  Which are More Durable?"
17   Correct?
18       A.  Yes, I love that article.
19       Q.  Good.  I have some questions about
20   that.  This will be Exhibit 19-3.            10:42
21       (Exhibit Number 19-3 was marked
22       for identification.)
23   BY MR. LASKER:
24       Q.  In this article, Dr. Poole, as you
25   explain in your report, in your expert       10:43

1    report, talks about the fact that a
2    P-value -- and this is on page 293, but
3    you've been using this article in your
4    teaching for a long time.  I think you
5    probably know better than I do.              10:43
6        Dr. Poole mentions that a P-value
7    cannot be read as a probability of obtaining
8    a particular result if there is no true
9    association between an exposure and disease;
10   correct?                                     10:43
11       A.  Where is that?
12       Q.  I may be paraphrasing but hold on a
13   second.  Well, let me just ask it from your
14   report because you state this as well.  I
15   think it's in here somewhere, but I'm not    10:44
16   going to find it as quickly.  You state in
17   your expert report that a P-value should not
18   be interpreted as a probability that
19   glyphosate -- in this instance, glyphosate
20   causes NHL; correct?                         10:44
21       MS. FORGIE:  Object to the form.
22       THE WITNESS:  I would never use a
23   P-value to say anything about causation.
24   A P-value is a parameter, one of many
25   types of parameters we are using in          10:44

1    evaluating data in order to reach causal
2    conclusions, but it's really just one.
3    It is a knee-jerk reaction in the
4    medical field unfortunately, and that's
5    what this article is all about, to just      10:44
6    look at P-values and not the data
7    overall to draw conclusions on the
8    validity or reliability of data and come
9    to a conclusion.
10       And at UCLA we are taught not to do       10:45
11   that, and we are teaching our students
12   not to do that.
13   BY MR. LASKER:
14       Q.  And you agree that it is not proper
15   scientific methodology to point to a P-value 10:45
16   alone as providing evidence that data -- of
17   the data being analyzed substantiates a
18   conclusion of causation?
19       A.  Well, a P-value alone is nothing
20   any epidemiologist worth their salt would    10:45
21   consider for coming to causal conclusions.
22   What we do is we look at the data overall in
23   the context of the study design, the biases,
24   the size of the study, the effect we are
25   trying to estimate, the effect size.         10:46

1        So a P-value could be highly
2    statistically significant, and that 10 to
3    the minus 7 is one of those genomic studies
4    have P-values of 10 to the minus 10, and
5    still the effect size is an odds ratio of    10:46
6    1.03.  So that gene contributes 3 percent
7    increase to a disease.  Is that meaningful
8    clinically?  Can we do something with that?
9    Is that even useful?  We need to debate
10   that.  But the P-value is the P-value.  It's  10:46
11   10 to the minus 10, and it's huge.  Does it
12   point to something?  We need a lot of other
13   reasoning to make use of that.
14       Q.  I think one of the things that
15   Dr. -- first of all, let me make sure that   10:46
16   I'm clear.  The -- if a test result -- a
17   test statistic results in a P-value of .05,
18   that does not mean that there's only a
19   5 percent likelihood that the null value is
20   correct; correct?                            10:47
21       MS. FORGIE:  Object to the form.
22       THE WITNESS:  A P-value doesn't
23   refer to a likelihood.  That's a
24   likelihood ratio test.
25   ///

Page 90

1  BY MR. LASKER:
2      Q.  So where the test on a glyphosate
3  and carcinogenicity, a P statistic of .05
4  does not mean that there is a 95 percent
5  chance that glyphosate caused the observed      10:47
6  cancers; correct?
7      A.  It means that if you repeat a trial
8  a hundred times, 95 percent of the time you
9  may find a result as large or larger than
10 what you're seeing.                              10:47
11     Q.  Okay.  But my question was a little
12 bit different.  A P-value of .05 in a
13 glyphosate cancer study does not mean that
14 it is 95 percent likely that glyphosate
15 caused the observed cancers; correct?           10:47
16         MS. FORGIE:  Object to the form.
17     Asked and answered.
18         Go ahead.
19         THE WITNESS:  That was a double
20 negative; so I have to restate this.  A          10:48
21 P-value alone will not be used for
22 causal evaluation, and a P-value of .05
23 means that if a hundred times I repeat
24 this experiment in the same population,
25 95 percent of the time I would see a             10:48

Page 91

1  result as large or larger than what I've
2  seen.
3  BY MR. LASKER:
4      Q.  But a P-value of .05 does not mean
5  there's a 95 percent likelihood that           10:48
6  glyphosate caused the observed cancer being
7  analyzed; correct?
8          MS. FORGIE:  Object to the form.
9      Asked and answered.
10         You can answer it again.               10:48
11         THE WITNESS:  This is not a way I
12     would ever express the meaning of a
13     P-value.
14 BY MR. LASKER:
15     Q.  And that's because, as I think you    10:48
16 explained, the P-value does not tell us
17 anything about the study's internal validity
18 in being able to accurately identify a
19 causal association if it exists; correct?
20         MS. FORGIE:  Object to the form.      10:48
21         THE WITNESS:  A P-value is not a
22     measure of validity.  A P-value is a
23     measure of randomness or chance.
24 BY MR. LASKER:
25     Q.  And Dr. Poole explains -- and this    10:49

Page 92

1  time I think I do have the quote for you.
2          MS. FORGIE:  What page are you?
3          MR. LASKER:  On page 293.
4  BY MR. LASKER:
5      Q.  That -- and this is on the left       10:49
6  column, the second paragraph from the top,
7  that "Statisticians who have examined these
8  questions in detail have found under widely
9  ranging conditions that P-values on the
10 order of .05, .01, and even lower provide       10:49
11 much less evidence against the null value
12 than they appear to provide at face value."
13 Correct?
14     A.  That's what it states.
15     Q.  And Dr. Poole explains that           10:49
16 P-values in the vicinity of .05 provide
17 almost no evidence against the null
18 hypothesis at all; correct?
19     A.  It says as a general matter
20 P-values in the vicinity of .05 provide         10:49
21 almost no evidence against the null
22 hypothesis at all.
23     Q.  And that's what you teach your
24 epidemiology students; correct?
25         MS. FORGIE:  Object to the form.       10:50

Page 93

1          THE WITNESS:  What I teach my
2      epidemiology students is to take these
3      statements and put them in the context
4      of how we use P-values in epidemiology
5      as one parameter and not the end-all of    10:50
6      causal reasoning.
7  BY MR. LASKER:
8      Q.  And you agree with Dr. Poole that a
9  P-value in the vicinity of .05 generally
10 provide almost no evidence against the null     10:50
11 hypothesis -- well, I put the "generally" in
12 the wrong place.  Let me put it exactly how
13 he says it.
14         You agree with Dr. Poole that as a
15 general matter P-values in the vicinity of      10:50
16 .05 provide almost no evidence against the
17 null hypothesis at all; correct?
18         MS. FORGIE:  Objection.  Asked and
19     answered.
20         You can answer it again.               10:50
21         THE WITNESS:  Well, this sentence
22     is taken out of context.  What I
23     interpret him to be saying here is that
24     a threshold of .05 because he continues
25     by talking about a P of .04, which is,     10:50

Page 94

1    you know, the next from .05, that
2    keeping decision-making at a threshold
3    of .05 is a pretty ridiculous
4    experiment -- way of arguing.
5       What you really want to do is look    10:51
6    at the P-value distribution, and that's
7    what this sentence refers to that, you
8    know, thresholds are thresholds.
9    Whatever evidence you think you can draw
10   out of them, why this threshold and not    10:51
11   the next?  So we should look at
12   distributions and not thresholds.
13   BY MR. LASKER:
14      Q.  In fact, the next sentence that you
15   refer to, Dr. Poole states that a P-value of    10:51
16   .04, for instance, is typically found to be
17   almost equally probable under the null and
18   alternative hypotheses; correct?
19      A.  Correct.  That's what it states.
20      Q.  And you agree with that; correct?    10:51
21      A.  It refers to the structure of a
22   P-value being a distribution -- coming from
23   a distribution, but we are deciding
24   arbitrarily what threshold to use, yes.
25      Q.  And you agree that P-values of .04    10:52

Page 95

1    are typically found to be almost equally
2    probable under the null and alternative
3    hypotheses; correct?
4       MS. FORGIE:  Object to the form.
5       THE WITNESS:  Again, this is taken    10:52
6    out of context.  This can be
7    misunderstood.  Since this sentence is
8    taken out of context, what I think he's
9    referring to is the misuse of thresholds
10   such as .05.  And what he's trying to    10:52
11   argue here is that there's no real
12   difference between a P-value of .05 and
13   a P-value of .04 or a P-value of .06.
14   It's just that we as a scientific
15   community or the medical community has    10:52
16   agreed that P .05 is it.  That does not
17   necessarily make sense if you want to
18   look at data in a much more
19   comprehensive way, you should look at a
20   P-value distribution, and the P-value    10:53
21   has a continuum.
22      And insofar as we're trying to have
23   a scientific dialogue, we should use the
24   most data we can and not just the
25   threshold for decision-making.  Human    10:53

Page 96

1    lives are not light bulbs.  P-values of
2    .05 come out of light-bulb testing that
3    statisticians used -- right -- in
4    industrial settings.  And why it's a
5    simple matter.  We like to think without    10:53
6    having to go back to all the data, and
7    that's a bad habit, and we are trying to
8    teach our students not to get into those
9    bad habits.
10      THE REPORTER:  Counsel, excuse me.    10:53
11   I just had a technical difficulty.  I
12   need to go off and restart very quickly.
13      MR. LASKER:  Okay.
14      THE VIDEOGRAPHER:  We're off the
15   record at 10:52 a.m.  This marks the end    10:53
16   of videotape number 1.
17      (Recess taken from 10:52 a.m.
18   to 10:57 a.m.)
19      THE VIDEOGRAPHER:  We are back on
20   the record.  The time is 10:57 a.m.    10:57
21   This marks the beginning of videotape
22   number 2 in the deposition of Dr. Beate
23   Ritz.
24   BY MR. LASKER:
25      Q.  Dr. Ritz, going back to the Poole    10:57

Page 97

1    paper that you use in teaching your
2    epidemiologic students, I'd like to return
3    to this sentence that Dr. Poole has in his
4    article that P equals .04 is typically found
5    to be almost equally probable under the null    10:57
6    and alternative hypothesis.
7       Do you see that?
8       A.  Yes.
9       Q.  And so in our circumstance, in this
10   case, the null hypothesis is that glyphosate    10:57
11   does not cause non-Hodgkin's lymphoma, and
12   the alternate hypothesis would be that
13   glyphosate does cause non-Hodgkin's
14   lymphoma; correct?
15      MS. FORGIE:  Object to the form.    10:57
16      THE WITNESS:  Actually, there's
17   usually more than one alternate
18   hypothesis.  So the alternate hypothesis
19   could be it is tenfold more probable to
20   suffer from non-Hodgkin's lymphoma.    10:58
21   It's twofold more probable.  So these
22   are all parameter estimates of an effect
23   size, meaning the alternative is not
24   just one alternative.  The alternative
25   is a continuum.    10:58

Page 98

1    That's what I tried to explain an
2    hour ago when I said why we are usually
3    going with the null hypothesis is
4    because that is one point while
5    alternative hypotheses are many fold.    10:58
6    BY MR. LASKER:
7        Q.  Understood.
8        What Dr. Poole is stating then is
9    that a P-value of .04 would be almost
10    equally probable under the null hypothesis    10:58
11    here that glyphosate doesn't cause
12    non-Hodgkin's lymphoma and the alternative
13    hypotheses of various possible measures in
14    which glyphosate does cause non-Hodgkin's
15    lymphoma; correct?    10:58
16        MS. FORGIE:  Object to the form.
17        THE WITNESS:  Well, what he's
18    trying to say here, as I interpret this,
19    is that he is emphasizing that we should
20    not be using one P-value of .04 or .05    10:59
21    or .06, but we should be evaluating the
22    data, and that's how I teach it, in
23    terms of what the overall picture in
24    terms of chance, bias, et cetera, is,
25    and if we are just talking P-values,    10:59

Page 99

1    what the picture is in terms of a
2    P-value distribution and you can
3    actually find that in Dr. Greenland's
4    book where he discusses on the P-value
5    is the P-value distribution as an    10:59
6    alternate to this threshold kind of
7    experiment.
8    BY MR. LASKER:
9        Q.  When you use that distribution, you
10    find that a P-value of .05 generally    10:59
11    provides almost no evidence against the null
12    hypothesis; correct?
13        MS. FORGIE:  Object to the form.
14        THE WITNESS:  No, that's not the
15    right interpretation.  It means it's    11:00
16    almost equally probable.  It doesn't say
17    that I'm rejecting or not rejecting
18    either the null or the alternative
19    hypothesis.
20    BY MR. LASKER:    11:00
21        Q.  Understood.
22        Okay.  So then if you have a P
23    equals -- and to use Dr. Poole's specific
24    quote here -- if you have a P equals .04
25    then in a study, you will find it is equally    11:00

Page 100

1    probable that here glyphosate, in fact,
2    caused the cancer or that glyphosate did not
3    cause the cancer; correct?
4        MS. FORGIE:  Object to the form.
5    Mischaracterizes, asked and answered.    11:00
6        THE WITNESS:  The P-value here says
7    nothing about glyphosate.  What he says
8    here is that a P of .04 is typically
9    found to be almost equally probable
10    under a null alternative hypothesis.  He    11:00
11    speaks about a P-value, not about a null
12    hypothesis that glyphosate is or isn't
13    causing NHL.
14    BY MR. LASKER:
15        Q.  I understand that.  We can take it    11:00
16    from both steps, but we want to discuss the
17    fact that -- and I think you mentioned this
18    before -- in the context of this case, the
19    null hypothesis that we're looking at is
20    whether or not glyphosate causes    11:01
21    non-Hodgkin's lymphoma?
22        A.  And what I would be --
23        MS. FORGIE:  Wait, wait.  There's
24    no question.
25    ///

Page 101

1    BY MR. LASKER:
2        Q.  So the null hypothesis would be the
3    glyphosate does not cause non-Hodgkin's
4    lymphoma here, and the alternative
5    hypothesis might be a variety of other    11:01
6    things with respect to the nature of
7    glyphosate's association with non-Hodgkin's
8    lymphoma.
9        What I'd like to understand here,
10    and I think I'm reading this as it's stated    11:01
11    here, but if that is our understanding of
12    the null hypothesis here, a P-value of .04
13    would typically be found to be almost
14    equally probable under that null hypothesis
15    or under an alternative causation    11:01
16    hypothesis; correct?
17        MS. FORGIE:  Object to the form.
18    Asked and answered.
19        And you can answer it again.
20        THE WITNESS:  This is about the    11:02
21    P-value.  It's about threshold.  It's
22    about null hypotheses and alternative
23    hypotheses.  It's not about how I assess
24    causation.
25    ///

Page 102

1 BY MR. LASKER:
2 Q. I'm not saying it is. I'm just
3 trying to understand P-values, and I think
4 it's consistent with what you said, but a
5 P-value of .04 in the context of a          11:02
6 glyphosate study or glyphosate cancer study
7 you could be equally likely to find that
8 P-value if glyphosate actually was a cause
9 of cancer or if glyphosate was not a cause
10 of the cancer; correct?          11:02
11      MS. FORGIE: Object to the form.
12      Asked and answered.
13      You can answer it again.
14      THE WITNESS: No. It means you
15 have to state your null hypothesis or          11:02
16 you have to state your alternative
17 hypothesis. Under those hypotheses, you
18 are able to calculate a P-value. If it
19 is .04, then it might be equally
20 probable under both types of hypotheses.          11:02
21 That what this means.
22 BY MR. LASKER:
23 Q. Okay. So if you were to do a test,
24 and you were testing the null hypothesis of
25 whether glyphosate causes cancer and you get          11:03

Page 103

1 a P-value of .04, what Dr. Poole is stating
2 is that that result would be equally likely
3 if, in fact, the glyphosate had caused those
4 cancers or the glyphosate had not caused
5 those cancers?          11:03
6      MS. FORGIE: Object to the form.
7      Asked and answered.
8      You can answer it again.
9      THE WITNESS: No, that's not how I
10 would interpret this.          11:03
11 BY MR. LASKER:
12 Q. If you're doing a test in which the
13 null hypothesis is glyphosate does not cause
14 cancer and the alternative hypothesis is
15 that glyphosate does cause cancer and you          11:03
16 get a P-value of .04, that would make the
17 null hypothesis and the alternative
18 hypothesis equally likely; correct?
19      MS. FORGIE: Object to the form.
20      Asked and answered.          11:03
21      You can answer it again.
22      This is like the fifth time on the
23 same question, Eric.
24      THE WITNESS: Again, the P-value of
25 .04 that he refers to here is the          11:03

Page 104

1 threshold P-value, and he calls this
2 threshold P-value equally probable under
3 the null and alternative hypotheses. We
4 have to state all these hypotheses. We
5 then can calculate P-values.          11:04
6      We can calculate P-value
7 distributions, and we can see how likely
8 the P-values are, not the associations,
9 not the causation, not everything else.
10 BY MR. LASKER:          11:04
11 Q. And the P-value is equally likely
12 under the null and the alternative
13 hypothesis; correct?
14      MS. FORGIE: Object to the form.
15 Asked and answered. This is like the          11:04
16 eighth time.
17      You can answer it again.
18      THE WITNESS: Again, as I
19 understand what Dr. Poole is trying to
20 say here is to avoid thresholds such as          11:04
21 P-values of .04 because they are always
22 referring to one type of hypothesis, and
23 we are rarely ever asking the other
24 alternative hypotheses. So we are
25 usually just testing one hypothesis. We          11:05

Page 105

1 could, of course, then decide to also
2 test other hypotheses, and we could get
3 for or against those hypotheses with a
4 similar equal chance of P-value of .04.
5 That's what it says.          11:05
6 BY MR. LASKER:
7 Q. Dr. Poole also notes that one
8 upshot of this work has been a statistical
9 research program devoted to calibrating,
10 standardizing, conditioning, and adjusting          11:05
11 low P-values to make them higher so that
12 they reflect more realistically the limited
13 statistical evidence they provide against
14 null hypothesis; correct?
15      MS. FORGIE: Object to the form.          11:05
16 That's misread.
17      But you can answer.
18      THE WITNESS: He's referring to
19 Bayesian methods being developed here,
20 yes.          11:05
21 BY MR. LASKER:
22 Q. And you agree that's appropriate;
23 correct?
24 A. I'm not a Bayesian.
25 Q. So you don't know one way or the          11:05

Page 106

```
 1   other?
 2        MS. FORGIE:  Object to the form.
 3        THE WITNESS:  No.  I'm saying that
 4   Bayesian versus frequentist
 5   statisticians have a lot of things in      11:06
 6   common, and I would not want to be on
 7   one side or the other.  I think they're
 8   useful for different purposes.
 9   BY MR. LASKER:
10        Q.  You do agree, though, that       11:06
11   statistical methods devoted to calibrating,
12   standardizing, conditioning, and adjusting
13   low P-values to make them higher so that
14   they reflect more realistically the limited
15   statistical evidence they provide against a   11:06
16   null hypothesis is a good idea?
17        MS. FORGIE:  Objection.  Asked and
18   answered.
19        You can answer it again.
20        THE WITNESS:  I'm saying I'm not of    11:06
21   either statistical camp, frequentist or
22   Bayesian.  I believe that they are both
23   useful.  They have appropriate purposes
24   and when needed, I use either one of
25   them, and what he says here is that      11:06
```

Page 107

```
 1   there are developments in statistics
 2   that, you know, we should be looking out
 3   for, and this is 2001.  So some of these
 4   might have happened.
 5   BY MR. LASKER:                           11:06
 6        Q.  You also talk about confidence
 7   intervals in your expert report; correct?
 8        A.  Correct.
 9        Q.  And, again, the standard
10   methodology or the standard measure used by   11:07
11   epidemiologists to exclude chance using
12   confidence intervals is the 95 percent
13   confidence interval; correct?
14        MS. FORGIE:  Object to the form.
15        THE WITNESS:  The 95 percent         11:07
16   confidence interval is a convention just
17   like the P-value of .05.
18   BY MR. LASKER:
19        Q.  Under that convention, a confidence
20   interval is considered statistically      11:07
21   significant if it excludes the null
22   hypothesis of 1.0; correct?
23        A.  The confidence interval projects
24   similar types of data as the P-value in this
25   case.  You are correct that if a P-value of   11:07
```

Page 108

```
 1   .05 is what I'm looking for, then a
 2   95 percent confidence interval would exclude
 3   the 1.
 4        Q.  And, again, you would not state
 5   that a statistical significance -- if a test   11:08
 6   is significant at the 95 percent confidence
 7   interval, that would not mean to you that
 8   you can have 95 percent confidence that the
 9   value that you see in a given study is not
10   due to chance; correct?                  11:08
11        MS. FORGIE:  Object to the form.
12        THE WITNESS:  That's not how we
13   interpret confidence intervals.
14   Confidence intervals have similar
15   information but also more information    11:08
16   than a P-value.  So I have to first
17   decide on the confidence limit, which is
18   95 percent, which is also similar to a
19   P-value of .05.
20        So if I use a confidence interval   11:08
21   in the same bad manner as a P-value,
22   meaning as a threshold, then that's all
23   I get out of it.  However, I teach my
24   students that a confidence interval
25   actually tells them a lot more than what   11:08
```

Page 109

```
 1   a P-value would.  A singular threshold
 2   P-value, not a P-value distribution.
 3   BY MR. LASKER:
 4        Q.  One thing you teach your students
 5   to look at is what's called the confidence   11:09
 6   limit ratio; correct?
 7        A.  Yes, we can look at that as well.
 8        Q.  And the confidence limit ratio is
 9   the ratio between the upper and the lower
10   end of the confidence interval; correct?   11:09
11        A.  Correct.
12        Q.  So if we have a study that reports
13   an odds ratio of 1.5 and, let's say, a
14   confidence interval of 0.8 to 3.2 -- do the;
15   math work well -- the confidence limit ratio   11:09
16   would be 4' correct?
17        MS. FORGIE:  Object to the form.
18        THE WITNESS:  What would the ratio
19   be.
20   BY MR. LASKER:                           11:09
21        Q.  If it's a 95 percent confidence
22   level of 0.8 to 3.2, then your confidence
23   limit ratio is 3.2 divided by 0.8 or 4;
24   correct?
25        A.  Right.                          11:09
```

1   Q.  You can use the CLR -- we'll call
2   it CLR for confidence limit ratio -- you can
3   use the CLR calculation to compare the power
4   after the fact of different studies to
5   exclude chance as the explanation of a          11:09
6   potential association; correct?
7        MS. FORGIE:  Object to the form.
8        THE WITNESS:  Well, this is just
9   one way of looking at confidence
10  intervals again.  So what actually          11:10
11  Dr. Poole does when he shows his Table 1
12  is that he -- that's what I teach my
13  students is that you should not use any
14  one of these parameters whether it's a
15  relative risk, a 95 percent confidence      11:10
16  interval, a P-value, or a 95 percent CLR
17  as just one piece of information to
18  decide anything.
19       You should use each piece of that
20  puzzle to put it -- and put them          11:10
21  together and evaluate the data
22  appropriately within that context.  And
23  these are one, two, three, four types of
24  ways of doing that.
25  ///

1   BY MR. LASKER:
2   Q.  Right.  I understand that.
3        But with respect to the CLR, the
4   CLR calculation allows you to compare the
5   power of the different studies to either    11:10
6   exclude or not exclude a potential causal
7   association; correct?
8        MS. FORGIE:  Object to the form and
9   asked and answered.
10       You can answer it again.          11:11
11       THE WITNESS:  Actually, it doesn't
12  really because the CLR, as we have just
13  done here.  As an example, you are
14  dividing an upper limit above one by a
15  lower limit, the low one.  So that ratio    11:11
16  alone doesn't tell you anything about
17  whether the P-value actually would be
18  above or below a threshold.
19       So his example here is when you see
20  the last one, part D, that a relatively     11:11
21  narrow confidence limit ratio then
22  reflects a P-value that under
23  conventional statistics would not be
24  considered significant; however, the CLR
25  tells you you have a fairly nice          11:11

1   confidence interval width.
2   BY MR. LASKER:
3   Q.  Right.  I'm just trying to
4   understand what that means.  I recognize
5   it's not going to tell you about statistical  11:11
6   significance.
7        My understanding of a CLR was that
8   it would give you some indication of the
9   power of the study to find or not find an
10  effect; is that correct?          11:12
11       MS. FORGIE:  Object to the form.
12       Asked and answered.
13       You can answer it again.
14       THE WITNESS:  Again, it is one way
15  of looking at the confidence interval      11:12
16  widths.  That's all it is.  However,
17  confidence intervals can and cannot
18  include the null value.  They can be
19  close to the null value.  They can be
20  far away from the null value.  They can    11:12
21  be very wide but very far from the null
22  value, and anybody would then jump and
23  say that's a study that proves.  Okay.
24       So each part of that equation of
25  parameters cannot be taken out of          11:12

1   context.  What I'm trying to teach my
2   students is use everything, every bit of
3   information you can get.  Calculate all
4   of these values.  Look at them with an
5   informed mind and don't exclude one in      11:12
6   favor of the other.
7   BY MR. LASKER:
8   Q.  Can we go to the 2010 PowerPoint.
9        MS. FORGIE:  Are we putting 19-3
10  aside?          11:13
11       MR. LASKER:  We can just keep it.
12  We might refer back to it.
13       MS. FORGIE:  Okay.  Thank you.
14       (Exhibit Number 19-4 was marked
15       for identification.)          11:13
16  BY MR. LASKER:
17  Q.  Dr. Ritz, I'm not sure if you
18  remember --
19       MS. FORGIE:  Is this 4?
20       THE REPORTER:  4.          11:13
21       MR. LASKER:  19-4.
22  BY MR. LASKER:
23  Q.  Dr. Ritz, these are PowerPoint
24  slides of yours we found on the internet.
25  One of the slide decks that you use in your  11:13

1    lectures, at least this was in 2010;
2    correct?
3         A.  I imagine.  If nobody played with
4    it.
5         MS. FORGIE:  I don't know about      11:13
6    that.
7    BY MR. LASKER:
8         Q.  On pages 123 -- actually, 124 and
9    125.  The one thing we did do is we put
10   numbers on these slides.  So it's actually   11:14
11   in the bottom right-hand corner.  It's the
12   only change we made; so we can actually do
13   this in a somewhat efficient manner.
14        MS. FORGIE:  What number again on
15   what page?                                    11:14
16        MR. LASKER:  124 and 125.  This is
17   the same slide actually that appears in
18   Dr. Poole's article.
19   BY MR. LASKER:
20        Q.  On page 125, you make the point    11:14
21   that the estimates with a smaller CLR --
22   here it's B and D -- mean the width of the
23   confidence intervals is tighter -- are
24   findings that stand the best chance of
25   holding up in the context of existing and    11:14

1    future research; correct?
2         MS. FORGIE:  Object to the form.
3         THE WITNESS:  Conditional on their
4    validity.
5    BY MR. LASKER:                               11:14
6         Q.  Correct.
7         A.  Uh-huh.
8         Q.  And those studies with the tighter
9    confidence limit ratio would weigh more
10   heavily into a meta-analysis; correct?       11:15
11        MS. FORGIE:  Object to the form.
12        THE WITNESS:  Not necessarily.  It
13   depends on the study size.  So we could
14   have -- it depends.
15   BY MR. LASKER:                               11:15
16        Q.  Okay.  In your lecture notes to
17   your class, you state that "Estimates B and
18   D would weigh more heavily into
19   meta-analysis and would exert stronger
20   influences on probability distributions in   11:15
21   properly conducted Bayesian analyses";
22   correct?
23        A.  Yes.
24        Q.  And that is correct; right?
25        A.  Yes, that is correct.              11:15

1         Q.  And you also state that these
2    estimates with the more narrow CLR are the
3    results that should be put forth for
4    emphasis as the most statistically stable
5    results that this study has to offer;        11:15
6    correct?
7         MS. FORGIE:  Object to the form.
8         THE WITNESS:  What was the
9    question?  That I state this?
10   BY MR. LASKER:                               11:15
11        Q.  You state that these estimates B
12   and D with the more narrow CLR are the
13   results that should be put forth for
14   emphasis as the most statistically stable
15   results this study has to offer; correct?    11:16
16        MS. FORGIE:  Object to the form.
17        THE WITNESS:  Actually, it doesn't
18   refer to the CLR.  It refers to the
19   whole of the data provided under B and
20   D.                                           11:16
21   BY MR. LASKER:
22        Q.  Okay.  And the data with a narrower
23   CLR, one of the points you're making here is
24   that even though, for example, your category
25   C is statistically significant to the P, it   11:16

1    was .02 level, because it has a wider CLR
2    than, for example, number D or letter D,
3    which is not statistically significant, it
4    is -- has less chance of holding up
5    conditioned on its validity in the context   11:17
6    of existing and future research; correct?
7         MS. FORGIE:  Object to the form.
8         THE WITNESS:  Indeed that is one
9    thing I try to explain to my students to
10   not rely just on the P-value, P less         11:17
11   than .05, which in the C row, we see is
12   the case, but we also have a wide CLR,
13   and we have a very strong point estimate
14   and a wide confidence interval.
15        So when you're taking all of that       11:17
16   into consideration, then the estimate D
17   would be at least, if not more, valid,
18   might prove more valid in the end or
19   more reproducible in the end than the
20   estimate C.  However, you know, all this     11:17
21   depends on validity, as I said.
22   BY MR. LASKER:
23        Q.  Okay.  And you state in your expert
24   report -- and it's on page 12 in your expert
25   report -- that -- the last sentence of the    11:18

Page 118

1    first full paragraph that starts
2    "Importantly, however."
3        A.  Which page?
4        Q.  Page 12.
5        A.  Yes.                        11:18
6        Q.  And you state that "The odds ratios
7    or the risk ratios least likely to be
8    influenced by chance are not those with low
9    P-values, but those with narrow confidence
10   intervals or low CLRs."  Correct?    11:18
11       MS. FORGIE:  Object to the form.
12       THE WITNESS:  Where was that?
13   BY MR. LASKER:
14       Q.  The last sentence of the second
15   paragraph.                          11:18
16       A.  "Importantly, estimates least
17   influenced by chance are not those with low
18   P-values but those with narrow confidence
19   intervals."
20       Q.  That's correct; right?      11:18
21       A.  In the context of this, yes.
22       Q.  Okay.  And when we talk about
23   narrow confidence intervals, the measurement
24   that you provided for us that I'd like to be
25   able to use is the CLR; correct?    11:19

Page 119

1        MS. FORGIE:  Object to the form.
2    BY MR. LASKER:
3        Q.  That's a measurement of the width
4    of the confidence interval?
5        A.  It's a measurement of the width of   11:19
6    the confidence interval; however, the CLR
7    does not tell you anything about the
8    placement of the confidence interval.
9        Q.  Understood.
10       MS. FORGIE:  Wait.  Let her finish.   11:19
11       THE WITNESS:  What I've been trying
12   to say is we should not rely solely on a
13   P-value especially a P-value threshold
14   or a confidence interval or a CLR or a
15   point estimate.                     11:19
16       So don't be fooled by a high point
17   estimate but a confidence interval that
18   goes from .5 to 200 because that data is
19   pretty much uninformative.
20   BY MR. LASKER:                       11:19
21       Q.  Now, on page -- in your expert
22   report on page 15, you provide a table
23   listing of different publications with
24   epidemiological data in glyphosate and
25   non-Hodgkin's lymphoma; correct?    11:20

Page 120

1        A.  Where is this?
2        Q.  Page 15 in your report.
3        A.  Yes.
4        Q.  And just so it's clear, this table
5    does not tell you or does not provide you    11:20
6    with a -- the relative -- a sense of the
7    relative power of the listed studies to
8    identify a causal association between
9    glyphosate and non-Hodgkin's lymphoma;
10   correct?                            11:20
11       A.  This table shows what it says in
12   the sentence above.  "I show the sample size
13   of each human study of glyphosate in NHL."
14   That's exactly it.  It shows the sample
15   size.                               11:20
16       Q.  Okay.  This table did not tell
17   you -- did not tell you which of these
18   studies is the most powerful study in being
19   able to assess an association between
20   glyphosate and non-Hodgkin's lymphoma;    11:20
21   correct?
22       MS. FORGIE:  Objection.  Asked and
23   answered.  That's the exact question you
24   just asked.
25       You can answer it again.         11:21

Page 121

1        THE WITNESS:  Well, powerful has
2    many meanings.  If we're talking about
3    statistically powerful versus powerful
4    in a sense of validity, then, you know,
5    those are different discussions.     11:21
6    BY MR. LASKER:
7        Q.  This table does not tell us
8    anything about which study is the most
9    statistically powerful in determining
10   whether there is a causal relationship    11:21
11   between glyphosate and non-Hodgkin's
12   lymphoma; correct?
13       MS. FORGIE:  Objection.  Asked and
14   answered.  This is the third time.
15       You can answer it again.         11:21
16       THE WITNESS:  This table was meant
17   to show sample size.
18   BY MR. LASKER:
19       Q.  It does not tell you anything about
20   the power of the study to determine a causal    11:21
21   association between glyphosate and
22   non-Hodgkin's lymphoma; correct?
23       MS. FORGIE:  Objection.  Asked and
24   answered.  This is the fourth time.
25       THE WITNESS:  Wrong.  Sample size    11:21

Page 122

1  is one element of the power of a study.
2  BY MR. LASKER:
3  Q.  Okay.  The top listed study on your
4  table is the Cocco study 2013; correct?
5  A.  Yes.                    11:21
6  Q.  And the Cocco study is the least
7  powerful of all the epidemiologic studies to
8  be able to assess the association between
9  glyphosate and non-Hodgkin's lymphoma;
10  correct?                    11:22
11      MS. FORGIE:  Object to the form.
12      THE WITNESS:  This table shows
13  sample size.  It has nothing to do with
14  statistical power in the sense that it's
15  a complete evaluation of statistical     11:22
16  power.  However, sample size is part of
17  what we use in calculating statistical
18  power.
19  BY MR. LASKER:
20  Q.  My question, though, you have Cocco     11:22
21  listed as the top study on this table, and
22  the Cocco study is, in fact, the least
23  powerful study in assessing a potential
24  causal association between glyphosate and
25  non-Hodgkin's lymphoma; correct?     11:22

Page 123

1      MS. FORGIE:  Objection.  I object
2  to the form, and asked and answered.
3      THE WITNESS:  You don't like my
4  table?
5  BY MR. LASKER:                    11:22
6  Q.  I'm just asking you a question.
7  A.  The Cocco study is what the Cocco
8  study is, and I actually explain the Cocco
9  study a few pages later.  The study by Cocco
10  was limited in how much we can glean from     11:22
11  its results as only four cases and two
12  controls had ever used glyphosate.
13  Q.  So the Cocco study is, because of
14  that fact, not powerful in assessing an
15  association between glyphosate and     11:23
16  non-Hodgkin's lymphoma; correct?
17      MS. FORGIE:  Object to the form and
18  asked and answered.  This is, like, the
19  fifth or sixth time.
20      You can answer it again.     11:23
21      THE WITNESS:  The Cocco study has
22  been evaluated by me.  It's also been
23  listed in this table.  This table shows
24  sample size.  The Cocco study is
25  definitely the largest study we have in     11:23

Page 124

1  terms of sample size of cases, not
2  controls.  The AHS has a lot more
3  controls.  So in terms of case number,
4  it is the most -- it is the study with
5  the most cases.  However, as I said a     11:23
6  few pages after on page 18, it is
7  limited because of low exposure
8  prevalence.
9  BY MR. LASKER:
10  Q.  And just so I understand, the Cocco     11:23
11  study is the, I believe, least powerful
12  study in being able to answer the question
13  of whether glyphosate is causally associated
14  with non-Hodgkin's lymphoma; correct?
15      MS. FORGIE:  Object to the form.     11:24
16  Asked and answered.  This is number six.
17      You can answer it again.
18      THE WITNESS:  The Cocco study has a
19  large sample size in terms of cases.
20  The AHS study has the largest sample     11:24
21  size in terms of controls.  One is at
22  the top; the other is at the bottom.  We
23  could turn it around if you'd like.
24  However, power, statistical power is
25  determined by a number of parameters.     11:24

Page 125

1  One of those is the number of cases.
2  The other is the number of controls.
3  Yet another is the prevalence of
4  exposure, and then power cannot be
5  distinguished on a playing field without     11:24
6  saying what effect size you actually
7  want to estimate.  So once we have
8  agreed what the effect size is, then we
9  can talk about power.
10  BY MR. LASKER:                    11:24
11  Q.  It would not be appropriate for
12  somebody to look at this table on page 15
13  and conclude that the Cocco study was more
14  powerful than the De Roos study with respect
15  to assessing whether there is an association     11:25
16  between glyphosate and non-Hodgkin's
17  lymphoma; is that fair?
18      MS. FORGIE:  Object to the form and
19  asked and answered.
20      THE WITNESS:  Again, if we're     11:25
21  talking statistical power and not
22  validity of the study, which, you know,
23  is another criterion that I would put
24  actually much higher here, the Cocco
25  study has the most cases.  The De Roos     11:25

1 study has the most controls. Both are
2 powerful because of that part of the
3 equation that goes into a power
4 analysis. However, there are more
5 parameters than the number of cases, the    11:25
6 number of controls. One of them is
7 exposure prevalence. I explain that
8 when I talk about the Cocco study as not
9 being able to tell us much because it
10 has low exposure prevalence. On the    11:25
11 other hand, De Roos has a very high
12 exposure prevalence.
13 BY MR. LASKER:
14     Q.  Dr. --
15        MS. FORGIE: Wait. Let her finish.    11:26
16        MR. LASKER: We're going to be here
17 all day, and I'm going to have to mark
18 this and go to the judge because I can't
19 get a yes or no answer to any question I
20 ask. I asked a very simple question,    11:26
21 and she's going into a monologue. We're
22 not going to have that happen here. So
23 if the witness is not going to answer
24 the questions, then we'll have to go to
25 the court again to either get    11:26

1 instruction for the witness to answer
2 the questions or to provide us more
3 time. I ask yes or no questions and I
4 get a speech.
5        MS. FORGIE: You know, first of    11:26
6 all, part of the problem is you keep
7 putting these long declaratory
8 statements before everything. She is
9 not required to give a yes or no answer.
10 She has answered it very clearly --    11:26
11        MR. LASKER: You're not the
12 witness.
13        MS. FORGIE: Let me finish.
14        MR. LASKER: You're not the
15 witness.    11:26
16        MS. FORGIE: Neither are you. So,
17 you know what? If you want to call the
18 judge, I think you should go ahead.
19        MR. LASKER: Okay. Well, we're
20 going to start marking these and at a    11:26
21 certain point we'll go -- let me mark
22 the last question and answer. I'm going
23 to ask the question again.
24        MS. FORGIE: Are you going to call
25 the judge?    11:26

1        MR. LASKER: I will eventually if
2 this keeps up. I'm going to mark them
3 and we'll come back to the judge if we
4 have to.
5 BY MR. LASKER:    11:26
6     Q.  Table 15, the table you present on
7 page 15 of your report. It would not be
8 appropriate to look at this table alone to
9 reach a conclusion as to the relative power
10 of the listed studies to determine whether    11:27
11 glyphosate is associated with non-Hodgkin's
12 lymphoma; correct?
13        MS. FORGIE: Object to the form.
14 Asked and answered. This is like
15 number 7.    11:27
16        You can answer it again.
17        THE WITNESS: This is a table that
18 refers to sample size. Sample size is
19 part of statistical power.
20 BY MR. LASKER:    11:27
21     Q.  It would not be --
22     A.  So --
23        MS. FORGIE: She is entitled to
24 finish.
25        THE WITNESS: It is appropriate to    11:27

1 show parts of statistical power, but, of
2 course, I would not want to infer
3 statistical power from just this table.
4 But it is part of it.
5 BY MR. LASKER:    11:27
6     Q.  And another way one could look at
7 this would be to calculate the CLRs for each
8 of these studies; correct?
9        MS. FORGIE: Object to the form.
10 BY MR. LASKER:    11:27
11     Q.  For the endpoint of Roundup and
12 non-Hodgkin's lymphoma?
13     A.  CLRs is something that we calculate
14 after we have the data and the parameter
15 estimates.    11:28
16     Q.  Right. And we have the data and
17 the parameter estimates for each of these
18 studies; correct?
19     A.  Yeah, but that is not how we're
20 calculating statistical power. Statistical    11:28
21 power is something that we are calculating
22 prior to conducting the study.
23     Q.  Understood. So now it's after the
24 fact we have the data. We could actually
25 calculate a CLR for each of these studies;    11:28

Page 130

1  correct?
2      A.  If we can agree on which results to
3  use and, yeah, we can do that.
4      Q.  Have you done that exercise?
5      A.  In my head.                          11:28
6      Q.  With respect to -- let's move on.
7  The interpretation of confidence intervals
8  in observational studies requires the
9  assumption of no bias; correct?
10         MS. FORGIE:  Object to the form.     11:28
11         THE WITNESS:  It is correct that
12     confidence intervals and observational
13     studies do not include -- are not
14     estimates of bias.
15  BY MR. LASKER:                              11:29
16     Q.  So the interpretation of confidence
17  interval and observational studies requires
18  the assumption of no bias; correct?
19         MS. FORGIE:  Object to the form.
20     Asked and answered.                      11:29
21     You can answer it again.
22         THE WITNESS:  We make assumptions
23     when interpreting confidence intervals
24     of observational studies, and one of the
25     assumptions is no other biases, yes.     11:29

Page 131

1  BY MR. LASKER:
2      Q.  In other words, even if a study
3  reports a positive association and reports a
4  95 percent confidence interval that excludes
5  1.0, that study cannot be interpreted as     11:29
6  evidence of a causal association if there is
7  bias in the study; correct?
8         MS. FORGIE:  Object to the form.
9         THE WITNESS:  It depends on the
10     kind of bias, the size of bias.  We are  11:29
11     talking about bias as a category.  We at
12     UCLA try to teach bias in terms of
13     quantitative and so the bias can be so
14     minimal that it's not to be a concern.
15  BY MR. LASKER:                              11:30
16     Q.  One type of bias that you identify
17  in your expert report is recall bias;
18  correct?
19     A.  Yes.
20     Q.  And you also teach your students     11:30
21  about recall bias, your epidemiology
22  students; correct?
23     A.  Correct.
24     Q.  Let's get the 2017 slide deck on
25  informational bias.                          11:30

Page 132

1          (Exhibit Number 19-5 was marked
2          for identification.)
3  BY MR. LASKER:
4      Q.  And, Dr. Ritz, I've handed you as
5  Exhibit 19-5, I believe this is a slide deck  11:31
6  that you used either last year or you're
7  using currently with your epi 200 B
8  students; correct?
9      A.  I don't know.  I haven't reviewed
10  it.  It looks like it.                       11:31
11     Q.  This is a document I'll represent
12  that you produced in response to our --
13     A.  Oh, okay.  Then it must be.
14         MS. FORGIE:  Did you add pages to
15     it?                                       11:31
16         MR. LASKER:  She's updated.
17         THE WITNESS:  I learn.
18  BY MR. LASKER:
19     Q.  So at page 61 in your slide deck,
20  you talk about this issue of recall bias.  I  11:31
21  just want to make sure I understand the
22  terminology.  So as you explain --
23         MS. FORGIE:  Wait a minute.  I
24     don't see page 61.
25         MR. LASKER:  It's actually page 60,   11:31

Page 133

1  and then there's no page number on 61.
2          MS. FORGIE:  Right.  I don't see
3  the pages.
4          MR. LASKER:  It is the page after
5  60 which I've called 61 in my simplistic     11:31
6  way of counting.
7  BY MR. LASKER:
8      Q.  So you see the slide that has
9  recall bias listed at the top; correct?
10     A.  Correct.                              11:32
11     Q.  And recall bias is a form of
12  differential misclassification bias of
13  particular concern in interview-based case
14  control studies; correct?
15     A.  Correct.                              11:32
16     Q.  And the issue with recall bias is
17  that cases who are diseased may ruminate
18  about prior exposures and report it more
19  completely than controls; correct?
20         MS. FORGIE:  Object to the form.     11:32
21         THE WITNESS:  It says that that is
22     one way how differential recall can
23     occur.
24  BY MR. LASKER:
25     Q.  And the other thing that you         11:32

Page 134

1   mention and you teach your students is that
2   cases might exaggerate exposure while
3   subjects without the disease under
4   investigation.  And I guess there's
5   something missing here.                    11:32
6        A.  Yeah.  That's why this --
7        Q.  Let me understand this correctly.
8        A.  No, this is an appendix to the
9   class, so it's not edited.
10       Q.  But I think the point -- and let me   11:33
11  make sure I'm correct -- the point that
12  without the typo you would be making here is
13  that cases might exaggerate exposure
14  compared to subjects without the disease
15  under investigation; correct?             11:33
16       A.  Yes.
17       MS. FORGIE:  Object to the form.
18       THE WITNESS:  Well, that is one way
19       how differential recall bias can occur
20       and why I'm teaching it is to say that   11:33
21       when we do our fieldwork have to avoid
22       that this is going to happen.
23  BY MR. LASKER:
24       Q.  And the other issue that you teach
25  your students is that in the case control   11:33

Page 135

1   study, controls might not recall exposures
2   since they do not have an incentive to do
3   so; correct?
4        A.  Correct.  And, again, that is under
5   the premise that we are doing whatever we   11:33
6   can to have everybody recall in the same
7   way.
8        Q.  A recall bias -- well, recall bias
9   can create another -- there can be another
10  issue with recall bias if a study relies   11:34
11  upon next of kin or proxy respondents to
12  provide exposure information; correct?
13       MS. FORGIE:  Object to the form.
14       THE WITNESS:  That's not -- we can
15       call it recall bias, but it is usually   11:34
16       being less informed about the exposure
17       so it's kind of information bias.
18  BY MR. LASKER:
19       Q.  As a general matter, exposure data
20  provided by proxies is considered less     11:34
21  reliable than exposure information provided
22  by the actual cases and controls; correct?
23       MS. FORGIE:  Object to the form.
24       THE WITNESS:  That is relative.
25       For example, if it is an exposure that a   11:34

Page 136

1        case would not want to report but the
2        wife then tells us; it's actually more
3        reliable.  So it really depends on the
4        study.
5   BY MR. LASKER:                              11:34
6        Q.  I'll give you that one.  I know
7   that you do this a lot in your work, but
8   with respect to pesticide exposures, as a
9   general matter, exposure data provided by
10  proxies would be considered less reliable   11:35
11  than exposure data provided by the cases or
12  controls themselves; correct?
13       MS. FORGIE:  Object to the form.
14       THE WITNESS:  Again, it depends on
15       the circumstances.  For example, if the   11:35
16       proxy would be a co-worker, he might be
17       just as able to report the work
18       practices and the type of exposures.  If
19       the proxy is a son of the farmer who
20       worked alongside the farmer, he would be   11:35
21       very well capable of responding.  If it
22       is a wife who never goes out in the
23       fields and doesn't talk to her husband
24       at night at the table -- at the dinner
25       table about what he's been doing all     11:35

Page 137

1        day, yes.  But if it's a wife who
2        quizzes her husband on how did your day
3        go and what did you do and what are the
4        expenses about these kind of pesticides
5        that I'm seeing on the ledger here       11:35
6        because she does the books, she knows
7        very well.
8   BY MR. LASKER:
9        Q.  That's why I didn't want to ask in
10  every case because obviously case-by-case   11:36
11  can be different.  But as a general matter
12  overall, exposure data provided by proxies
13  is considered at least potentially less
14  reliable than exposure data provided by the
15  cases and controls themselves; correct?     11:36
16       MS. FORGIE:  Object to the form and
17       asked and answered.
18       You can answer it again.
19       THE WITNESS:  Again, it depends.
20       It depends on who the proxy is, how      11:36
21       close the proxy is to the individual,
22       how much they communicate, how much they
23       work together, and whether it is
24       actually a proxy who counts while the
25       individual doesn't count, meaning, well,   11:36

Page 138

1   we paid so much for all of these
2   pesticides in the last year and the
3   husband doesn't care.  He just uses
4   what's there.  So sometimes we find in
5   our studies of elderly especially that        11:36
6   the wives are much more reliable
7   sources.  So you can't really say that
8   it's always the proxy that misreports.
9   BY MR. LASKER:
10      Q.  And I understand that.  I'm not        11:36
11  trying to nail you down on every instance.
12      MS. FORGIE:  There's no question.
13  BY MR. LASKER:
14      Q.  But let me -- one of the things
15  you've done, and I've seen this in some of    11:37
16  your publications is you can conduct a
17  sensitivity analysis to determine whether or
18  not the inclusion of proxy data affects the
19  results of the study; correct?
20      A.  Correct.                              11:37
21      Q.  And one of the things you're
22  concerned about when you do that analysis is
23  a possibility that the use of a proxy may
24  have introduced some misclassification bias
25  into a study; correct?                        11:37

Page 139

1       MS. FORGIE:  Object to the form.
2       THE WITNESS:  The use of proxies
3   versus the individual themselves may or
4   may not result in information bias, and
5   it may or may not result in differential    11:37
6   information bias.  So if we are using
7   proxies in cases and controls, then
8   whatever they misreport for cases and
9   controls might be at the same level, and
10  that would be a non-differential            11:38
11  misclassification.
12  BY MR. LASKER:
13      Q.  And when you do your sensitivity
14  analysis, you're looking to see whether
15  there's a differential or non-differential    11:38
16  including the proxy data; correct?
17      MS. FORGIE:  Object to the form.
18      THE WITNESS:  Not exactly.  If I
19  want to establish the validity of a
20  proxy, I would actually need a gold          11:38
21  standard like a record, then interview
22  the case, interview the proxy, and then
23  compare both the gold standard.
24  BY MR. LASKER:
25      Q.  Another type of bias that can arise    11:38

Page 140

1   in observational studies is selection bias;
2   correct?
3       A.  Correct.
4       Q.  And case control studies are
5   vulnerable to selection bias and their        11:39
6   validity to a large degree hinges on the
7   choice of proper controls; correct?
8       MS. FORGIE:  Object to the form.
9       THE WITNESS:  It is correct that
10  at -- that there is selection bias in         11:39
11  case control studies.  There is also
12  selection bias in cohort studies.
13  However, case control studies are
14  usually evaluated more critical in terms
15  of selection bias because we try to          11:39
16  avoid it as much as we can.
17  BY MR. LASKER:
18      Q.  And, in fact, in your own
19  publications, you've talked about the fact
20  that this problem of selection bias can be    11:39
21  circumvented in the cohort study; correct?
22      MS. FORGIE:  Object to the form.
23      THE WITNESS:  It's a different kind
24  of selection bias in a cohort study as
25  well as in a case control study.  A          11:39

Page 141

1   cohort study does not have the kind of
2   selection bias that a case control study
3   has.  But it has another type of
4   selection bias that a case control study
5   doesn't have.                                11:40
6   BY MR. LASKER:
7       Q.  And what is that?
8       A.  That's loss to follow-up,
9   differential loss to follow-up.
10      Q.  With respect to loss to follow-up    11:40
11  for disease outcome, that is not, as I
12  understand it, correct me if I'm wrong, an
13  issue with the Agricultural Health Study;
14  correct?
15      MS. FORGIE:  Object to the form.        11:40
16      THE WITNESS:  Not necessarily.  The
17  Agricultural Health Study may have
18  selection bias depending on whether or
19  not there's differential loss to
20  follow-up with respect to the exposed        11:40
21  and the unexposed.
22  BY MR. LASKER:
23      Q.  Okay.
24      A.  So it would depend on what the
25  outcome it is we are talking about.          11:40

Page 142

1      Q.  The other issue you mention in your
2  expert report is confounding.  A confounder
3  is an exposure that is associated both with
4  the exposure of interest and the outcome of
5  interest; correct?                    11:41
6          MS. FORGIE:  Object to the form.
7          THE WITNESS:  That is one part of
8  how we define a confounder.
9  BY MR. LASKER:
10     Q.  So, for example, there was a study    11:41
11  a few years back now that reported a
12  positive association between coffee and
13  pancreatic cancer?  It's somewhat of a
14  well-known --
15     A.  Favorite example.          11:41
16     Q.  And when the investigators looked
17  more closely at that data, they discovered
18  that the reported positive association was
19  actually due to the fact that, if I have
20  this correctly, coffee drinkers were more    11:41
21  likely to be smokers and the smoking
22  increased the risk of pancreatic cancer?  Do
23  I have that right, or do I have it
24  backwards?
25          MS. FORGIE:  Object to the form.    11:41

Page 143

1          THE WITNESS:  That was part of the
2  argument, however, that's not how we are
3  defining confounding.  Confounding is an
4  independent risk factor for the outcome
5  that also has an association with the    11:41
6  exposure and is not an intermediate in
7  the pathway to disease.
8          MS. FORGIE:  When you get to a good
9  breaking point.
10         MR. LASKER:  Okay.  Let's get    11:41
11  through this.
12         MS. FORGIE:  Thanks.
13  BY MR. LASKER:
14     Q.  With respect to coffee drinkers and
15  pancreatic cancer, smoking was a confounder;    11:42
16  is that correct?
17     A.  Assuming that smoking really causes
18  pancreatic cancer which I'm not completely
19  sure it's true, but I'm not a pancreatic
20  cancer researcher, and depending on what    11:42
21  population we're talking about, for example,
22  there are populations where you have a lot
23  of coffee drinking but no smoking, and there
24  are populations where you have a lot of
25  smoking and no coffee drinking, meaning the    11:42

Page 144

1  two are independent.
2          Assuming that we are in a
3  population where the two are actually
4  dependent and we know that, that coffee
5  drinkers smoke more or vice versa, then that    11:42
6  could be defined as a confounder.  However,
7  in a cohort study, you can actually assess
8  that.
9      Q.  In your studies, your epidemiologic
10  studies, you will try to address the    11:42
11  possibility of confounding; correct?
12     A.  Definitely.
13         MR. LASKER:  Why don't we take a
14  break now.
15         MS. FORGIE:  Great.  Thank you.    11:43
16         THE VIDEOGRAPHER:  We are off the
17  record at 11:43 a.m.
18         (Recess taken from 11:43 a.m.
19  to 11:55 a.m.)
20         THE VIDEOGRAPHER:  We are back on    11:55
21  the record at 11:55 a.m.
22  BY MR. LASKER:
23     Q.  Back on the record.
24         Dr. Ritz, we were talking about
25  confounding, and I think one of the points    11:55

Page 145

1  you made in your report, I think elsewhere,
2  is in analyzing or conducting a study, you'd
3  want to identify as best you can other risk
4  factors for disease that you're studying to
5  be able to see whether or not those are    11:56
6  confounders; correct?
7      A.  It is correct that you're always
8  very worried about confounding no matter
9  what and that you're identifying strong risk
10  factors for the disease that also is    11:56
11  associated with exposure.
12         In the second step, you have to see
13  whether there are possibly intermediates in
14  the pathway and/or proxies for the exposure,
15  and that's a very important assessment.    11:56
16     Q.  And that can be even more difficult
17  in a situation where you have a disease that
18  has unknown causes; correct?
19         MS. FORGIE:  Object to the form.
20         THE WITNESS:  It's actually not    11:56
21  more or less difficult.  A disease that
22  has known causes such as lung cancer, we
23  know that we have to control for
24  smoking, and we may or may not have that
25  data.  So that's a very difficult study    11:56

1    to do if we don't have smoking data.
2        So difficult in a sense, if I don't
3    have a strong risk factor, then it also
4    cannot be a strong confounder.  So I'm
5    actually a little bit out of the woods        11:57
6    when there's no risk factor because I
7    can assume that if there was a really
8    strong risk factor, I would know about
9    it.
10       So if there was a really strong          11:57
11   confounder, I probably would know about
12   it.
13   BY MR. LASKER:
14   Q.  You read the deposition of
15   Dr. Blair in this case?                       11:57
16   A.  Yes.
17   Q.  Dr. Blair has been studying
18   agricultural exposures and cancer going back
19   probably 40-some-odd years; right?
20       MS. FORGIE:  Object to the form.         11:57
21       THE WITNESS:  I'm not sure, but I
22   know that he's been publishing in the
23   '80s on industrial workers, that he's
24   worked at the NCI and that he was
25   generally also interested in                  11:57

1    agricultural work, and he's a coauthor
2    of some of these early papers.
3    BY MR. LASKER:
4    Q.  Do you agree with Dr. Blair that
5    there was an association that was found       11:58
6    between farming -- farmers and non-Hodgkin's
7    lymphoma that existed prior to the time that
8    glyphosate was on the market?
9        MS. FORGIE:  Object to the form.
10       THE WITNESS:  Did he say that            11:58
11   anywhere in the document?
12   BY MR. LASKER:
13   Q.  Yeah.  If you want, I can show it
14   to you if you want.
15   A.  Yeah, yeah, please.                       11:58
16       MR. LASKER:  We are not going to
17   mark it as an exhibit.  It's a
18   transcript.
19       MS. FORGIE:  I think we should mark
20   it.                                           11:58
21       MR. LASKER:  You want to mark it?
22       MS. FORGIE:  Yeah.
23       MR. LASKER:  Where are we then?
24       THE REPORTER:  6.
25   ///

1        (Exhibit Number 19-6 was marked
2        for identification.)
3    BY MR. LASKER:
4    Q.  On page 80 --
5    A.  Is it the page numbers down here?        11:59
6    Q.  Yeah, the actual --
7    A.  Yeah, okay.
8    Q.  I'm sorry.  Page 90.  I don't know
9    if you can see the highlighting.  And at
10   pages 90, we're talking with Dr. Blair about  11:59
11   this issue of an increased or an association
12   between farming and non-Hodgkin's lymphoma
13   dating back to the 1960s.
14       Do you see that?
15   A.  Yes.                                      11:59
16   Q.  And do you agree with Dr. Blair
17   that there was this epidemiological
18   literature pointing to an association
19   between farming and non-Hodgkin's lymphoma
20   dating back to before glyphosate was on the   11:59
21   market?
22   A.  Well, he seems to be saying that.
23   I know those very old studies are very, very
24   broad; so they would ask somebody have you
25   ever farmed, and, you know, find an           12:00

1    association but, yeah, at the level of that
2    broad types of exposure, it might be the
3    case.
4    Q.  Okay.  So with respect to farmers
5    and non-Hodgkin's lymphoma, there is at       12:00
6    least something going on that would not be
7    related to glyphosate exposure; correct?
8        MS. FORGIE:  Object to the form.
9    Asked and answered.
10       You can answer it again.                  12:00
11       THE WITNESS:  I agree that there is
12   a difficulty in assessing exposures that
13   vary over time.  So when have we started
14   in agriculture using chemicals?  After
15   World War II.  Before that, they used         12:00
16   arsenicals, et cetera; right?  But
17   really manmade chemicals for pest
18   control were introduced during World War
19   II and after World War II and took off
20   in the U.S. in the 1950s.  So general         12:01
21   exposure to agricultural chemicals dates
22   back to the 1950s.
23       Among those chemicals may have been
24   carcinogens.  We know that there were
25   waves of chemicals that were being used.      12:01

Page 150

1   We started with organic chlorines until
2   we decided that that was a bad idea
3   because they bioaccumulate. And then
4   the organic phosphates got their trial
5   run almost parallel. They were quite   12:01
6   acutely toxic; so there were some
7   restrictions on those, and the
8   herbicides, the early ones were 2,4-D.
9       2,4-D is, for example, a 2B IARC
10  possible human carcinogen. So   12:01
11  definitely farmers have been exposed to
12  carcinogens at least since World War II.
13  BY MR. LASKER:
14      Q.   And you also mentioned earlier that
15  diesel fuel might be associated with   12:01
16  non-Hodgkin's lymphoma in farmers; correct?
17      A.   Yes, that has been shown in the
18  AHS. I mean, one study does not make a
19  summer -- one swallow. So we would never
20  just rely on one study, but there's reason   12:02
21  to think that certain hematopoietic cancers,
22  possibly also some cancer subtypes of NHL
23  might be related to what is in diesel.
24      Q.   And various types of animal
25  husbandry like chicken farming or certain   12:02

Page 151

1   types of farming have been, at least in the
2   AHS, associated with non-Hodgkin's lymphoma;
3   correct?
4       MS. FORGIE:  Object to the form.
5       THE WITNESS:  There could be risk   12:02
6   factors for Hodgkin's lymphoma, but it
7   has to be reevaluated.
8   BY MR. LASKER:
9       Q.   For non-Hodgkin's?
10      A.   For non-Hodgkin's lymphoma.   12:02
11  However, that doesn't make them a
12  confounder. We now have to also consider
13  whether or not they're related to the
14  exposures.
15      MS. FORGIE:  Wait, let her finish.   12:02
16      MR. LASKER:  Understood.
17  BY MR. LASKER:
18      Q.   So an epidemiologic study, and I
19  think your studies are like this as well,
20  will often report different odds ratios with   12:02
21  different levels of adjustment to account
22  for potential confounding; correct?
23      A.   We would try different levels of
24  adjustment for multiple reasons, but the
25  main reason would be to assess confounding.   12:03

Page 152

1       Q.   In your expert report at page 16 --
2   and this is -- if you have your expert
3   report in front of you, on page 16. In the
4   last paragraph which starts "The IARC
5   working group's monograph on glyphosate."   12:03
6       Do you see that?
7       A.   Yeah.
8       Q.   You state in the second sentence
9   "The most highly adjusted estimates, also
10  known as fully adjusted models, are the   12:03
11  estimates that adjust for as many
12  confounding variables as possible such as
13  adjusting for age, sex, race, and also
14  sometimes other pesticide exposures";
15  correct?   12:03
16      A.   Yes.
17      Q.   And then you state that "This is
18  relevant because these fully adjusted models
19  give the reader confidence that the findings
20  are most likely due to glyphosate Roundup   12:04
21  exposure instead of other potential causes
22  that act as a confounder"; correct?
23      A.   Correct.
24      Q.   And on page 14 of your report, you
25  present what's called a forest plot of the   12:04

Page 153

1   various odds ratios or rate ratios in some
2   of the epidemiological studies for
3   glyphosate; correct?
4       A.   You can call it a forest plot. I
5   would just call it a visual representation   12:04
6   of results from different studies.
7       Q.   In your visual depiction of the
8   results from different studies, you do not
9   provide or list the most highly adjusted
10  odds ratios or risk ratios from the studies;   12:04
11  correct?
12      A.   Not correct. De Roos 2003 is a
13  very highly adjusted for 43 different
14  pesticides.
15      Q.   The most highly adjusted estimate   12:05
16  in the De Roos 2003 paper had a report odds
17  ratio of 1.6.
18      A.   No.
19      MS. FORGIE:  Object to the form.
20      THE WITNESS:  Would you show me   12:05
21  that?
22      MS. FORGIE:  I don't think there's
23  a question.
24      THE WITNESS:  Yeah, is there a
25  question.   12:05

Page 154

1    BY MR. LASKER:
2        Q.  There is a question.  There are
3    two -- actually, three odds ratios in the De
4    Roos 2003 study.
5        A.  Yes.                        12:05
6        Q.  You have reported one of those odds
7    ratios and not the other odds ratio;
8    correct?
9        A.  It's the odds ratio from the
10   logistic regression.            12:05
11       Q.  We'll come back, and we'll circle
12   back to that later when we talk about De
13   Roos 2003, but with respect to the other
14   studies in this paper, for example, in the
15   Eriksson study, you do not provide the most   12:06
16   highly adjusted odds ratio from the Eriksson
17   study in your chart on page 14; correct?
18       MS. FORGIE:  Object to the form.
19       THE WITNESS:  I would need to see
20   the Eriksson paper because there was a   12:06
21   multi-varied adjusted odds ratio, and I
22   imagine that we looked at that at some
23   point.
24   BY MR. LASKER:
25       Q.  Okay.  Well, let's pull out the   12:06

Page 155

1    Eriksson study right now.
2        MS. FORGIE:  Are we done with these
3    guys?
4        MR. LASKER:  Yeah, for now.
5        So the Eriksson is -- we'll mark it   12:06
6    as --
7        MS. SHIMADO:  7.
8        (Exhibit Number 19-7 was marked
9        for identification.)
10   BY MR. LASKER:                    12:07
11       Q.  I think you're talking about the
12   multi-variate analysis that's on page 1661
13   Table 7; correct?
14       A.  Yes.
15       Q.  And the multi-variate odds ratio   12:07
16   for glyphosate in the Eriksson study is an
17   odds ratio of 1.51 with a confidence
18   interval of 0.77 to 2.94; correct?
19       MS. FORGIE:  Object to the form.
20       THE WITNESS:  Correct.         12:07
21   BY MR. LASKER:
22       Q.  That is not the odds ratio that you
23   present in your visual depiction on page 14
24   of your expert report; correct?
25       A.  That is not.              12:07

Page 156

1        Q.  And if we look at the Hardell study
2    for 1999 -- you have Hardell 2003 listed for
3    hairy cell leukemia.  I'm looking at the
4    bottom of your table here.
5        Do you see that?               12:09
6        A.  Yes.
7        MR. LASKER:  Let's mark Hardell
8    2002.
9        (Exhibit Number 19-8 was marked
10       for identification.)            12:09
11       MS. FORGIE:  Are we done with
12   Eriksson?
13       MR. LASKER:  For now.  We'll go
14   back to it.
15   BY MR. LASKER:                    12:09
16       Q.  In your visual depiction for
17   Hardell, you're depicting an odds ratio of
18   slightly above 3.  That is listed as
19   statistically significant; correct?
20       MS. FORGIE:  Object to the form.   12:09
21   BY MR. LASKER:
22       Q.  At least as it's depicted on your
23   page 14?
24       MS. FORGIE:  Object to the form.
25       THE WITNESS:  It has a wide      12:09

Page 157

1    confidence interval and about 3 from
2    what I see, yes.
3    BY MR. LASKER:
4        Q.  And if you look at Exhibit 19-8 and
5    you look at page 1047, which is Table 7,   12:09
6    again, the most adjusted odds ratio in that
7    study is 1.85 with an odds ratio of 0.55 to
8    6.2; correct?
9        A.  That's what they call them,
10   multi-variate model.            12:10
11       Q.  So again for Hardell, you do not
12   present the most fully adjusted odds ratio
13   according to that study; correct?
14       MS. FORGIE:  Object to the form.
15       THE WITNESS:  For good reasons.   12:10
16   BY MR. LASKER:
17       Q.  I'm just asking the question in
18   your Table 14 --
19       A.  Yes.
20       Q.  -- for Hardell, you do not present   12:10
21   the most adjusted -- highly adjusted odds
22   ratio reported by the authors of the study;
23   right?
24       MS. FORGIE:  Object to the form.
25   Asked and answered.              12:10

Page 158

1          You can answer it again.
2          THE WITNESS:  So I'm presenting the
3   odds ratio that I believe has the most
4   validity given what they presented in
5   their paper.                    12:10
6   BY MR. LASKER:
7      Q.  And for the NAPP -- and we'll get
8   to that in a second -- you also have elected
9   in your visual depiction of the study
10  results to report an odds ratio that was not   12:11
11  adjusted for three pesticides that the NAPP
12  investigators adjusted for in their study;
13  correct?
14         MS. FORGIE:  Object to the form.
15         THE WITNESS:  Again, what I strive   12:11
16  to do is present odds ratios on
17  confidence interval for what I believe
18  the most valid model is because we're
19  now talking about evaluating the data
20  overall.  That does not necessarily mean   12:11
21  the most fully adjusted model.
22  BY MR. LASKER:
23     Q.  Just so I understand this, although
24  you state in your expert report that the
25  most highly adjusted estimates reported in   12:11

Page 159

1   these studies -- just so we're clear, the --
2   your comment with respect to the most highly
3   adjusted estimates is specific to the
4   meta-analysis that were conducted of the
5   glyphosate studies; correct?              12:12
6          MS. FORGIE:  Object to the form.
7          THE WITNESS:  It refers to what
8   others considered as their criteria for
9   pulling estimates, not mine, yes.
10  BY MR. LASKER:                    12:12
11     Q.  And you were stating in here that
12  IARC's adjustment or their analysis -- their
13  meta-analysis using these most highly
14  adjusted estimates from the studies was
15  appropriate because it gave the reader   12:12
16  confidence that the findings are most likely
17  due to glyphosate Roundup exposure instead
18  of another potential cause that acts as a
19  confounder; correct?
20     A.  I'm making no statements about   12:12
21  appropriateness of these estimates.  What
22  I'm saying here is that they did something
23  we call conservative, which is throw the
24  kitchen sink into a model and see what falls
25  out on the other end.              12:12

Page 160

1          That is not what I consider the
2   most valid approach.
3      Q.  Okay.  The visual depiction that
4   you have of the studies on page 14, you did
5   not -- I mentioned it as a forest plot.  You   12:13
6   weren't --
7      A.  Happy with it.
8      Q.  -- happy with that terminology.
9          Forest plots, if I understand
10  correctly, are usually depicted on a         12:13
11  logarithmic scale; correct?
12     A.  Uh-huh.
13     Q.  And the issue with a logarithmic
14  scale, so, for example, in your visual
15  depiction of the Orsi study -- and we can   12:13
16  look at the actual odds ratios if you want
17  in that study -- but that was a study that
18  had an odds ratio of 1.0 and a lower
19  confidence interval was about 0.5 and the
20  upper confidence interval was about 2.0.   12:13
21         If you presented that in a forest
22  plot, your line would be about equal
23  distance on both sides of --
24     A.  There --
25     Q.  -- one; correct?              12:14

Page 161

1          MS. FORGIE:  Wait.  Object to the
2   form.
3          THE WITNESS:  There are different
4   ways of depicting results visually, and
5   in a forest plot, you are trying to show   12:14
6   confidence intervals that are
7   symmetrical, and you can only do that
8   when you use a logarithmic scale.
9   BY MR. LASKER:
10     Q.  And by using the depiction that you   12:14
11  use, which is not a logarithmic scale, the
12  visual effect of that is that the confidence
13  intervals will go further out to the right
14  or will appear in this depiction to go
15  further out to the right than if you were   12:14
16  presenting a forest plot on a logarithmic
17  scale; correct?
18         MS. FORGIE:  Object to the form.
19         THE WITNESS:  That is only the case
20  when you go below 1.  As long as you're   12:14
21  above 1, they are actually symmetric,
22  and you can see that down here Eriksson
23  2008.
24  BY MR. LASKER:
25     Q.  Right.                    12:14

Page 162

1       But with the -- and we have in
2    this -- in your visual depiction, numerous
3    lines that go below 1 and above 1. When you
4    present it the way that you have in a normal
5    scale as opposed to the way you do it on a      12:15
6    forest plot with a logarithmic scale, that
7    has the effect of making those lines extend
8    out further or appear further out to the
9    right than to the left; correct?
10          MS. FORGIE:  Object to the form and     12:15
11    asked and answered.
12          You can answer it again.
13          THE WITNESS:  This is not a forest
14    plot. This is just a visualization.
15    I'm giving point estimates and              12:15
16    confidence intervals, and the reason for
17    doing this is to have an easy reminder
18    myself, as well as the reader, what the
19    point estimates and the confidence
20    interval widths is.                         12:15
21          It was not to say whether or not it
22    is going more or less beyond the null
23    value, but it clearly indicates when it
24    goes below the null value.
25    ///

Page 163

1    BY MR. LASKER:
2       Q.  With respect to confounding -- and
3    this is going to be a general question, I
4    think, but epidemiologists use different
5    methods to control for potential             12:16
6    confounding; correct?
7       A.  Yes.
8       Q.  So epidemiologists can control for
9    confounders through model fitting techniques
10    like a regression analysis; correct?        12:16
11       A.  That is one way.
12       Q.  And epidemiologists can also
13    control for confounding by conducting a
14    stratified analysis; correct?
15          MS. FORGIE:  Object to the form.      12:16
16          THE WITNESS:  That is one other way
17    of looking at control for confounding.
18    BY MR. LASKER:
19       Q.  So in a stratified analysis, an
20    epidemiologist will calculate an odds ratio   12:16
21    for subjects with concurrent exposures to
22    two potential risk factors, and then they'll
23    separately calculate the odds ratios for the
24    subjects having only one of those exposures;
25    correct?                                     12:16

Page 164

1       A.  Not necessarily.  You can subgroup,
2    but in the end, you want a summary effect
3    estimate that you weigh by the strata.  So
4    you're standardizing your estimate according
5    to the weights of the strata in which these    12:17
6    individuals fall.
7       Q.  So in your stratification, for
8    example, you would have if there is current
9    exposures or potential for current
10    exposures, you would have one strata that is   12:17
11    exposed only to one of those risk factors,
12    one strata that's exposed to both of those
13    risk factors, and one strata that's exposed
14    to the other risk factor; correct?
15          MS. FORGIE:  Object to the form.       12:17
16          THE WITNESS:  If you're lucky, you
17    have people in all of those strata, but
18    you have to define the strata, and
19    that's one reason why we use that tool
20    not necessarily when we have better data      12:17
21    that's not categorical because,
22    otherwise, within those strata, still
23    have confounding because of
24    categorization.
25          So we're trying to use              12:17

Page 165

1    multi-variate models rather than
2    stratification.
3    BY MR. LASKER:
4       Q.  Just so we can agree what -- how
5    this works, let's turn back to 19-4 which is   12:18
6    your 2010 slide deck.
7          MS. FORGIE:  Wait.  Let me get it.
8    Okay.
9          THE WITNESS:  Page?
10    BY MR. LASKER:                               12:18
11       Q.  98. And as you teach your students
12    then, a stratified analysis is a method for
13    controlling for confounders.  "We estimate
14    the exposure disease association within
15    categories or strata of the confounders as    12:19
16    in the examples given previously or and
17    derive a summary estimate of this
18    association across the strata which often
19    assumes that the association does not vary
20    across strata."  Correct?                     12:19
21       A.  Correct.  That's exactly what I
22    just tried to explain.
23       Q.  In your rebuttal expert report, you
24    state that "Controlling for confounding by
25    other pesticides in the glyphosate NHL        12:19

1   studies could make it harder to identify an
2   association between glyphosate and NHL."
3         Do you recall that?
4         MS. FORGIE:  Object to the form.
5         THE WITNESS:  Where do I say that?   12:19
6         MS. FORGIE:  Are we done with 4?
7         MR. LASKER:  For now, yeah.  Where
8   are we now?
9         MS. SHIMADO:  9.
10        (Exhibit Number 19-9 was marked   12:20
11        for identification.)
12  BY MR. LASKER:
13        Q.  So pages of 6 and 7, I think and
14  maybe I'm misunderstanding, but I thought
15  what you were stating in pages 6 and 7 of   12:20
16  your report is that controlling in the
17  glyphosate NHL studies controlling for
18  confounding by other pesticides can make it
19  harder to identify an association between
20  glyphosate and NHL; correct?   12:20
21        MS. FORGIE:  Object to the form.
22        THE WITNESS:  Well, it depends on
23  what we mean by "make it harder."  So
24  what I am trying to say here, what I do
25  remember -- I'm not reading it right   12:20

1   now -- is that I was trying to identify
2   confounders which is a different
3   concept.
4         It's the underlying scientific
5   concept behind control for confounding.   12:21
6   Confounding is something I can assess in
7   data.  Confounder is a scientific
8   concept that I need to presume, and
9   that's what we're doing with directed
10  basic little graphs.  You saw a lot of   12:21
11  them in my slides.
12        And so what that means is we have
13  to convince ourselves that a variable is
14  a confounder, meaning, there's an
15  underlying true association between that   12:21
16  variable and the outcome as well as that
17  variable and the exposure of interest
18  and that that variable is not just a
19  proxy measure of the exposure that I'm
20  actually trying to evaluate.   12:21
21        And any kind of proxy measure of
22  the exposure should not be treated as a
23  confounder.
24  BY MR. LASKER:
25        Q.  I think I was actually looking at   12:22

1   page 7 where you're talking about this issue
2   of smoking, lung cancer and whether or not
3   radon exposure adds to the background
4   instance of lung cancer.  So I think we're
5   talking past each other.   12:22
6         A.  Yeah.
7         MS. FORGIE:  There's no question.
8   BY MR. LASKER:
9         Q.  We agree in any event.
10        MS. FORGIE:  No, I don't agree that   12:22
11  we agree.  All this smoking stuff is
12  just putting me right off smoking.
13  BY MR. LASKER:
14        Q.  My question actually goes to the
15  point I think you're trying to make on   12:22
16  page 7, and maybe I'm misunderstanding it.
17        But in your example on page 7, you
18  discuss the possibility of another
19  confounder, in this case, I think it's
20  radon, making it more difficult to identify   12:22
21  an association between an exposure and
22  outcome; correct?
23        MS. FORGIE:  Object to the form.
24        THE WITNESS:  This is really funny
25  in a way because that's exactly what I'm   12:22

1   trying to teach my students that they
2   should not confuse confounders and
3   effect modifiers.  In this case, it's an
4   effect modification and not a
5   confounding.  That said, the same factor   12:23
6   can be an effect modifier and a
7   confounder and/or a proxy.  That's why
8   I'm saying confounding is something we
9   do mathematically.  We have the data.
10  We throw something in; we take something   12:23
11  out.  But confounder is at the
12  conceptual level.  I need to decide is
13  this a confounder?  Yes or no?  We have
14  our rules for that.  Is that a proxy for
15  an exposure and not a confounder, or is   12:23
16  it acting as an effect measure modifier,
17  and in this case, that was an effect
18  measure modification.
19  BY MR. LASKER:
20        Q.  So if I understand correctly,   12:23
21  effect measure modifier in this case is
22  radon?
23        A.  Uh-huh.
24        MS. FORGIE:  Object to the form.
25  BY MR. LASKER:   12:23

Page 170

1    Q.  You have to say yes or no,
2  obviously, for the court reporter.
3    A.  Oh, I think that's how I build it.
4  It could be either smoking or radon that
5  I -- but I think it was radon that I called    12:24
6  it the effect measure modifier.  I'm not
7  saying it, but I think that's correct.
8    Q.  And the reason that in this example
9  radon was an effect measure modifier that
10  could impact the ability to conduct the    12:24
11  analysis of smoking and lung cancer was
12  because in your analysis the radon could
13  result in ten extra cases of lung cancer per
14  100,000 miners; correct?
15    A.  Yes.    12:24
16    Q.  And it's the size of that
17  association, if you will, that will
18  determine the extent to which this effect
19  modification could be -- could introduce a
20  problem in conducting your epidemiological    12:25
21  analysis; correct?
22    MS. FORGIE:  Object to the form.
23    THE WITNESS:  It is insofar a
24  problem as effect measure modification
25  comes into play when you're comparing    12:25

Page 171

1  across populations.  So you could in one
2  population estimate a relative risk of 2
3  and another relative risk of 5, and we
4  both would probably agree those are very
5  different numbers.  In one population    12:25
6  you have an effect modifier present; in
7  another you don't.  So it is not that
8  the association was the agent of
9  interest is really different but that
10  the comparison you're making are    12:25
11  comparisons to a population at a
12  different risk, baseline risk.  And the
13  extent to which the effect modifier
14  could influence the odds ratio that --
15  of interest in a study will depend on    12:26
16  how powerful an effect modification you
17  have; correct.
18    MS. FORGIE:  Object to the form.
19  BY MR. LASKER:
20    Q.  In other words, let me just reword    12:26
21  this.  Maybe this would be easier.  If the
22  radon exposure added one extra case of lung
23  cancer for 100,000 miners instead of ten
24  extra cases of lung cancer for 100,000, that
25  would have a fairly minimal impact on the    12:26

Page 172

1  odds ratio that would be reported for
2  smoking and lung cancer; correct?
3    MS. FORGIE:  Object to the form.
4    THE WITNESS:  Fairly minimal is
5  relative, but the number would be    12:26
6  smaller.
7  BY MR. LASKER:
8    Q.  Okay.  And in -- and I think you
9  can probably calculate it.  It would
10  probably be -- we'd be looking at --    12:26
11    A.  5.05.
12    MS. FORGIE:  There's no question.
13  BY MR. LASKER:
14    Q.  Instead of -- the 20 out of four,
15  you'd be looking at 31 out of 5 over 5;    12:27
16  correct?  In that scenario?  Or I'm sorry.
17    MS. FORGIE:  No, object to the
18  form.
19    THE WITNESS:  31 over --
20    MR. WISNER:  21 over?    12:27
21    MR. LASKER:  I think that's right.
22    MS. FORGIE:  What's the question?
23  BY MR. LASKER:
24    Q.  Instead of 21 over 4 it would be 31
25  over 5?    12:27

Page 173

1    MS. FORGIE:  Object to the form.
2    THE WITNESS:  Well, 20 over 4 is
3  ignoring radon.
4  BY MR. LASKER:
5    Q.  Right.    12:27
6    A.  So that's the fivefold increased
7  risk due to smoking.  So now if radon
8  affects non smokers and smokers in the same
9  way, then we would be adding one case to
10  each.    12:28
11    Q.  Right.
12    A.  So we would have 21 over 5.
13    Q.  Okay.  21 over 5?
14    A.  Uh-huh.
15    Q.  So then it would be 4.25 as opposed    12:28
16  to 5.  It would be a much smaller
17  difference.
18    MS. FORGIE:  Object to the form.
19    THE WITNESS:  4.25 is pretty big,
20  but there's a difference to 5, yeah.    12:28
21  BY MR. LASKER:
22    Q.  And so to be able to determine or
23  to be -- if the issue is whether other
24  pesticides are effect modifiers in
25  conducting -- in looking at a glyphosate    12:28

Page 174

1    non-Hodgkin's lymphoma association, one of
2    the issues you can look at is how powerful
3    of an association there is between these
4    other pesticides and non-Hodgkin's lymphoma;
5    correct?                                    12:28
6            MS. FORGIE:  Object to the form.
7            THE WITNESS:  That is not the only
8        thing I would look at.  I would also
9        look at how correlated the exposures are
10       with glyphosate.                         12:29
11   BY MR. LASKER:
12       Q.  But in this instance -- this
13   example is not talking about a correlation?
14       A.  No.
15       Q.  I'm just trying to get the exposure   12:29
16   modification aspect of it.
17           MS. FORGIE:  There's no question.
18   BY MR. LASKER:
19       Q.  Are we on the same page here?
20           MS. FORGIE:  Objection.            12:29
21       You're asking if you guys are on
22       the same page?
23           MR. LASKER:  I have to be able to
24       ask the question without you objecting
25       in the middle of it.  Let me ask the     12:29

Page 175

1    question again.
2    BY MR. LASKER:
3        Q.  I want to focus on the effect
4    modification point that you're making here,
5    and that does not rely upon any correlation   12:29
6    between, in this case, radon and smoking;
7    right?
8            MS. FORGIE:  Object to the form.
9            THE WITNESS:  This is an example
10       where I'm trying to show in the first     12:29
11       part of this example how when you have
12       one risk factor only assessment and
13       you're comparing -- and you're
14       calculating a so-and-so fold risk in the
15       exposed over the unexposed, and you're    12:29
16       going to another population where now
17       you have an additional risk factor for
18       the outcome that adds to the baseline
19       risk, and it adds in the same way in the
20       exposed and the unexposed how you would   12:30
21       see a different odds at risk or rate
22       ratio.
23   BY MR. LASKER:
24       Q.  And my only point here, I guess --
25   and my understanding maybe I'm missing it     12:30

Page 176

1    was that you were raising the possibility
2    that other pesticide exposures might have an
3    effect modification on glyphosate studies if
4    you're looking at a population that has
5    those other pesticide exposures and that     12:30
6    increases the background instance of NHL; is
7    that correct?
8            MS. FORGIE:  Object to the form.
9            THE WITNESS:  Well, if we agree
10       which pesticides are related to NHL and   12:30
11       one population of farmers is exposed to
12       those, then we would presume that those
13       farmers have a larger background rate of
14       NHL.
15   BY MR. LASKER:                              12:30
16       Q.  Okay.  And to be able to assess the
17   extent to which that could create an
18   exposure modification, we would need to
19   consider the strength of that association
20   between the other pesticides and            12:31
21   non-Hodgkin's lymphoma; correct?
22           MS. FORGIE:  Object to the form.
23           THE WITNESS:  No.  What we need is
24       enough sample size to then evaluate the
25       effect of glyphosate.                    12:31

Page 177

1    BY MR. LASKER:
2        Q.  Okay.  But if the other pesticide
3    exposures were resulting in one extra case
4    of non-Hodgkin's lymphoma over -- out of a
5    hundred thousand, that would have less of an   12:31
6    effect modification than if they were
7    resulting in ten cases of non-Hodgkin's
8    lymphoma out of a hundred thousand; correct?
9            MS. FORGIE:  Object to the form.
10           THE WITNESS:  That would depend on   12:31
11       the correlation of the exposures in this
12       dataset.  So the correlation of the
13       pesticides was glyphosate.
14   BY MR. LASKER:
15       Q.  And I guess so the effect          12:31
16   modification you present on page 7 depends
17   upon the correlation between radon and
18   smoking?
19       A.  Yes.
20       Q.  Okay.  Moving on, we can take a     12:32
21   break for lunch now or go on for a little
22   bit longer.
23           MS. FORGIE:  It's up to you guys.
24       I don't eat; so it doesn't matter to me.
25           MR. LASKER:  Why don't we have      12:32

1  lunch now.  It's a little bit of a short
2  session, but it's probably a good time.
3       THE VIDEOGRAPHER:  We're off the
4  record at 12:32 p.m.
5       (Recess taken from 12:32 p.m.        12:32
6       to 12:33 p.m.)
7       THE VIDEOGRAPHER:  We are back on
8  the record at 12:33 p.m.
9  BY MR. LASKER:
10      Q.  Dr. Ritz, let's walk through some    12:33
11  of the epidemiologic studies that you
12  discuss in your report.  I think the first
13  study you talk about is the Cantor study
14  from 1992.  Why don't we mark that.
15      (Exhibit Number 19-10 was        12:33
16      marked for identification.)
17      THE WITNESS:  Actually, the
18  Eriksson study that I mentioned first.
19  Doesn't matter.
20  BY MR. LASKER:        12:34
21      Q.  We'll get to Eriksson as well.
22  19-10.  So the Cantor study reported an odds
23  ratio for glyphosate and non-Hodgkin's
24  lymphoma, and it's on page 2450 in this
25  study in Table 6 of 1.1 with a confidence    12:34

1  interval of 0.7 to 1.9; correct?
2       A.  Correct.
3       Q.  And the odds ratio was adjusted as
4  indicated in the footnote to the table for
5  vital status, age, sex, smoking, family    12:34
6  history of lymphopoietic cancer, high-risk
7  occupations, and high-risk exposures;
8  correct?
9       A.  Yes.
10      Q.  And as Cantor is defining high-risk    12:35
11  exposures, if it meets a certain criteria,
12  those could include exposures to other
13  pesticides; correct?
14      A.  As far as I remember, but I'm just
15  looking for that definition.        12:35
16      Q.  I think it is page 2448, top of the
17  right-hand column just above "results."
18      MS. FORGIE:  Where did you see it?
19      MR. LASKER:  2448, top of the
20  right-hand column.        12:35
21      THE WITNESS:  Yeah, it's the odds
22  ratio of 1.5 plus.  Is that it?
23  BY MR. LASKER:
24      Q.  I believe so.
25      A.  Yeah.        12:35

1       MS. FORGIE:  Thank you.
2  BY MR. LASKER:
3       Q.  Just so the record is clear, in the
4  Cantor study the odds ratio was adjusted for
5  vital status, age, sex, smoking, family    12:36
6  history of lymphopoietic cancer, high-risk
7  occupation and high-risk exposures which can
8  include other pesticides; correct?
9       A.  Other substances it says, but I
10  imagine it's pesticides included.        12:36
11      Q.  And the CLR, if we were to
12  calculate that confidence limit ratio for
13  the glyphosate and non-Hodgkin's lymphoma,
14  is 1.9 to 0.7.  So that is slightly below
15  3.0; correct?        12:36
16      A.  Yeah.
17      Q.  And this is -- and you said you'd
18  done this in your head.  I don't know if you
19  recall it in your head, but the CLR for the
20  Cantor study is the smallest CLR for any    12:36
21  odds ratio, report odds ratio, where the
22  odds ratio has been adjusted for other
23  pesticide exposures; correct?
24      MS. FORGIE:  Object to the form.
25      THE WITNESS:  I would need to check    12:37

1  the other -- De Roos, for example, which
2  includes Cantor.  I would imagine that
3  De Roos is at least as powerful as
4  Cantor; so it should actually be
5  shorter.        12:37
6  BY MR. LASKER:
7       Q.  If you look in your -- and this is
8  an abbreviated short form, but De Roos 2003.
9  You have -- we can get to the actual number
10  if you want, but you have it on -- the    12:37
11  number that you used at least has a CLR that
12  is well above 3; correct?
13      MS. FORGIE:  Object to the form.
14      THE WITNESS:  I wouldn't be able to
15  do that in my head without the numbers    12:37
16  right now.  I have to guess where this
17  is coming out, and I also need to -- oh,
18  and this is a differently adjusted
19  estimate, plus it's from a larger study.
20  So it doesn't just include Cantor.  It    12:38
21  also includes the Nebraska and some
22  other study.
23  BY MR. LASKER:
24      Q.  We'll look at the CLR for De Roos
25  when we get there.  We can just compare    12:38

Page 182

1    them, but I think you stated that you
2    thought the De Roos study might be at least
3    as powerful as the Cantor study.  Are there
4    any other case control studies that you
5    believe would be as powerful as the Cantor          12:38
6    study, any measuring glyphosate in
7    non-Hodgkin's lymphoma?
8         MS. FORGIE:  Object to the form.
9         THE WITNESS:  It depends on what
10   the comparison is that I want to do.                12:38
11   For example, ever handled is a very bad
12   exposure assessment.  So this 1.1 for
13   ever handled I would judge as not very
14   valid because the exposure is probably
15   strongly misclassified                              12:39
16   non-differentially.
17   BY MR. LASKER:
18        Q.  Except for three of the studies I
19   believe -- let's strike this.  Let's strike
20   this.  The odds ratio that you present in           12:39
21   your expert report on page 14 are for
22   ever/never exposure; correct?
23        MS. FORGIE:  Object to the form.
24        THE WITNESS:  Page 14?  Which one?
25   This?                                               12:39

Page 183

1    BY MR. LASKER:
2         Q.  Yeah.
3         A.  I have to check it whether it's
4    always ever/never.  Did I not show any
5    others?  No, I guess they would be mostly           12:39
6    ever/never.
7         Q.  Okay.  So with respect to that
8    assessment that you have or that measure
9    that you have on page 14 of your expert
10   report, are you aware of -- and I'm going to        12:39
11   give you -- talk also, and we'll put it in
12   the NAPP which is a further pooling of the
13   Cantor data and some other data from Canada.
14   But other than that, is there any study that
15   has greater power than Cantor with respect          12:40
16   to the ever/never odds ratio for
17   glyphosate-based herbicides in non-Hodgkin's
18   lymphoma?
19        MS. FORGIE:  Object to the form.
20        THE WITNESS:  Actually I'm              12:40
21   realizing something that I didn't
22   realize before.  This table actually
23   says "odds ratios for ever having
24   handled specific herbicides prior to
25   1965."  I thought glyphosate was not          12:40

Page 184

1    available prior to 1965.
2    BY MR. LASKER:
3         Q.  That would be the right column of
4    the table, the left table.  Left column is
5    upper.                                        12:40
6         A.  Oh, okay.
7         Q.  Going back to the question then,
8    other than the subsequent studies that
9    pooled Cantor and included Cantor in the
10   pooling, which would be De Roos 2003 and the        12:41
11   NAPP, are you -- are you aware of any study
12   that had a greater power to assess
13   ever/never exposure to glyphosate in
14   non-Hodgkin's lymphoma?
15        MS. FORGIE:  Object to the form.          12:41
16        THE WITNESS:  I wouldn't be able to
17   tell off my head because I consider
18   ever/never the lowest common denominator
19   across all these studies, and I would
20   hope that we have better measures to          12:41
21   assess exposure than ever/never.
22        MS. FORGIE:  Just so you know, it
23   looks like the lunch is here.  I'm not
24   saying we have to break now.
25        MR. LASKER:  We'll probably just          12:41

Page 185

1    continue through this.
2         MS. FORGIE:  I agree.
3    BY MR. LASKER:
4         Q.  And if I understand you correctly,
5    that is because it's your opinion that          12:41
6    ever/never analyses are not as informative
7    on whether or not there is an association
8    between glyphosate and non-Hodgkin's
9    lymphoma as measures that try to look at the
10   amount of exposure of glyphosate; correct?          12:42
11        MS. FORGIE:  Object to the form.
12        THE WITNESS:  An ever/never
13   exposure presumes that any type of
14   exposure I had can be handled in the
15   same way.  So somebody looking at a          12:42
16   bottle of pesticides and spraying it
17   once gets to be thrown in the same
18   category as somebody applying pesticides
19   on a regular basis in an occupation.
20   And that is the least informative and          12:42
21   the most capable of inducing
22   non-differential exposure
23   misclassification by people recalling
24   wrongly.
25   ///

Page 186

1    BY MR. LASKER:
2        Q.   The -- in your expert report you
3    opine, and I think this is at page 17 of
4    your report.  I'm sorry.  On page 18 of your
5    report.  At the bottom of page 18 -- and you        12:43
6    were right.  This is the bottom of my head.
7    I got it backwards as to which study you
8    were doing first in your report.  So bottom
9    of page 18 you're talking about the Cantor
10   study, going over to page 19; correct?             12:43
11       A.   Yes.
12       Q.   And you state that the Cantor study
13   is less informative because the cases are
14   diagnosed with non-Hodgkin's lymphoma
15   between 1980 and 1983 which you state was at        12:43
16   most only six to ten years from the first
17   potential glyphosate exposure; correct?
18       A.   Correct.
19       Q.   And you explain that this would
20   be -- just so the record is clear, we              12:44
21   are talking about here is the concept of
22   latency; correct?
23       A.   This talks about latency, yes.
24       Q.   And the issue of latency is that
25   you would need to have a certain period of          12:44

Page 187

1    time elapse from the time of exposure until
2    the measure of non-Hodgkin's lymphoma for
3    the biological process to take place that
4    would lead to exposure to diagnose disease;
5    correct?                                            12:44
6        MS. FORGIE:  Object to the form.
7        THE WITNESS:  Latency -- the word
8    "latency" is used in different ways and
9    in epidemiology we are trying to figure
10   out the minimum time between an exposure           12:44
11   happening and causing the disease.  So
12   in a time-changing exposure and a
13   cumulative or a -- not an exposure like
14   the A bomb that's one time -- right? --
15   you kind of have to decide when the                12:45
16   potential for carcinogenicity has
17   occurred, and from that point of time to
18   when you're actually diagnosing the
19   disease.  That may be very different
20   depending on many factors including age            12:45
21   of the subject.
22   BY MR. LASKER:
23       Q.   Right.  And the point that you're
24   making with respect to Cantor, and I think
25   you state this on page 17 of your report            12:45

Page 188

1    about in the middle paragraph -- I'm sorry,
2    in the first paragraph about halfway down,
3    you state that typically we would generally
4    expect a five to ten-year minimum latency
5    between exposure and disease onset for blood        12:45
6    system-related cancers; correct?
7        A.   That's read correctly.
8        Q.   So what that means is even if you
9    have -- let's say if you have a known
10   carcinogen that causes NHL, it would take a         12:46
11   minimum of five to ten years from the date
12   of exposure for the regression from cellular
13   insult to result in a diagnosable case of
14   non-Hodgkin's lymphoma; correct?
15       MS. FORGIE:  Object to the form.             12:46
16       THE WITNESS:  No.  I'm using this
17   in terms of epidemiologic latency time
18   which we are estimating was in groups.
19   So we are never estimating for one
20   person.  So in one person, it could be             12:46
21   happening within a year or two.  In
22   another person, it might not be
23   happening until 35 years out.  That's
24   why I also refer to age.  For example,
25   somebody who is already age 60 and is              12:46

Page 189

1    more susceptible to exposures, that
2    cancer might just happen earlier after
3    exposure than in somebody where the
4    cancer cell is dormant and kept in check
5    by the immune system and other factors             12:47
6    for 20 more years.  So the latency
7    period is really an average or minimum
8    dependent on what population I'm looking
9    at and whether I allow for that
10   population to age into the time when the            12:47
11   cancers would occur.
12       So mostly I would imagine I have
13   higher power in my study when the people
14   are aged into that age when they
15   actually have cancer.                              12:47
16   BY MR. LASKER:
17       Q.   And the concern that you're raising
18   with respect to the Cantor study is that --
19   well, actually let me just take a step back
20   here.  You state -- and I think this is on          12:47
21   page 19.  You state that one would prefer
22   for NHL cancer epidemiology study, one would
23   prefer a minimum latency period of on
24   average ten years; correct?
25       MS. FORGIE:  Object to the form.            12:48

Page 190

1    THE WITNESS:  That's what this
2 says.
3 BY MR. LASKER:
4    Q.  This is you.
5    A.  Yes, yes, this is what the sentence    12:48
6 says.  So what I was meaning by this is that
7 a study would be more powerful if we allowed
8 for longer latency because we then would
9 capture more cases due to the exposure.
10 Because if you're only allowing for two    12:48
11 years, you would only capture those people
12 who was in those two years come down with
13 the cancer.  If you allowing for five years,
14 you can see how that number would increase
15 and then ten years, 20 years out.    12:49
16    So depending on how long we have
17 between the first exposure or the minimum
18 exposure necessary to cause cancer and the
19 events that later occur, the longer the
20 latency, the more chance I have to capture    12:49
21 every single case that was actually caused
22 by the exposure because there are these
23 dormant cells.
24    Q.  Just so I understand also because I
25 think there's a couple things going on, but    12:49

Page 191

1 correct me if I'm wrong.  One issue is that
2 you want to be measuring the exposures that
3 could have, in fact, resulted in the
4 outcome; correct?
5    MS. FORGIE:  Object to the form.    12:49
6    THE WITNESS:  I'm not sure I
7    understand, but yes, we want to measure
8    exposures as carefully as we can to
9    estimate whether they are causing the
10    outcome.    12:49
11 BY MR. LASKER:
12    Q.  So, for example, and just take an
13 extreme example, if you were to do an
14 epidemiologic study and you measured an
15 exposure on Tuesday and the individual    12:50
16 came -- was diagnosed with non-Hodgkin's
17 lymphoma on Wednesday, whatever the exposure
18 was on Tuesday wouldn't have been a cause of
19 the NHL because there hasn't been a
20 sufficient time that has elapsed for the    12:50
21 causal mechanism to take place; correct?
22    A.  If I'm assuming that the only
23 exposure the person ever had was on Tuesday.
24    Q.  Right?
25    A.  Yes.    12:50

Page 192

1    Q.  And one of the issues you're
2 raising in the Cantor study is if you're not
3 looking back sufficiently far in time, then
4 you are not capturing exposures that could
5 have had sufficient time to go through that    12:50
6 process whereby they would result in a
7 diagnosable non-Hodgkin's lymphoma; correct?
8    MS. FORGIE:  Object to the form.
9    THE WITNESS:  So what I'm trying to
10    say here is that exposures have to occur    12:50
11    a certain number of, let's say, days,
12    years, months prior to the onset of a
13    cancer before I would think that it is
14    biologically possible or plausible.  But
15    that could be a year in a certain    12:51
16    circumstance, two years in another, and
17    on average, it might be very different
18    depending on the population I'm looking
19    at.
20 BY MR. LASKER:    12:51
21    Q.  And the point you make here on
22 page 19 is you could have traits that vary
23 but for a study of non-Hodgkin's lymphoma,
24 you'd prefer a minimum latency period of on
25 average ten years to make sure that you are    12:51

Page 193

1 capturing the biologically plausible
2 exposures that could account for any
3 reported non-Hodgkin's lymphoma; correct?
4    MS. FORGIE:  Object to the form.
5    THE WITNESS:  That's not correct.    12:51
6    That's really not what this says.  What
7    this says is that there is an exposure
8    lag time that I would like in order to
9    capture every single case and not just
10    the ones that are the early birds.    12:52
11 BY MR. LASKER:
12    Q.  If you have, though, an early bird
13 if you will, one of the issues that you're
14 trying to account for is the possibility
15 that that earlier diagnosed non-Hodgkin's    12:52
16 lymphoma would have been related to
17 something that predates any exposure;
18 correct?
19    MS. FORGIE:  Object to the form.
20    THE WITNESS:  Well, when I have a    12:52
21    study that only has a two-year minimum
22    follow-up and no more, then I always
23    have to raise that possibility.  That's
24    why I would like a study that has a
25    longer period of time between the    12:52

Page 194

```
 1        exposure and the outcome so I can
 2        estimate what an average mild latency
 3        might be.  And if I have a study that
 4        only follows for one year, I would
 5        probably be concerned.  With a study      12:53
 6        following two years, less, three years,
 7        less, et cetera, et cetera.
 8   BY MR. LASKER:
 9        Q.  What you're mentioning here with
10   respect to Cantor is that you have a concern   12:53
11   because only six to ten years have elapsed
12   between a potential first glyphosate
13   exposure and an NHL diagnosis; correct?
14        A.  Well, my concern is not with
15   respect to the biologically relevant latency   12:53
16   period but with respect to having really
17   captured all NHLs that might have been
18   caused by the exposure because I presume
19   that, in this case, I only captured the
20   early birds, the people who got their cancer   12:53
21   relatively soon after exposure.
22        Q.  You would have to, though, in
23   determining that those non-Hodgkin's
24   lymphomas that you see are attributable to
25   the exposure, one factor that you would also   12:54
```

Page 195

```
 1   want to consider is whether or not those
 2   exposures took place during the time period
 3   sufficiently before the diagnosis that you
 4   could attribute the exposure to the outcome;
 5   correct?  Because before you did the study,    12:54
 6   you don't know there's an association;
 7   right?
 8        MS. FORGIE:  Object to the form.
 9        THE WITNESS:  Well, it depends on
10   which study I'm conducting, but before       12:54
11   this study was conducted, I don't think
12   there was much known about glyphosate.
13   So I agree.  So this is certainly a
14   study that is trying to evaluate
15   something we know very little about, and      12:54
16   of course, we always want the most
17   information we can get and the longest
18   period between exposures.
19        But as a public health official, I
20   want to look right away.  I want to look      12:54
21   after two years and three years and four
22   years, but if I don't see something
23   after two years or three years, then I
24   want to look after five years because it
25   doesn't mean there's nothing when I          12:55
```

Page 196

```
 1        don't see something after two years.
 2        And in epidemiology, what we often
 3   do in order to remove exposures that are
 4   irrelevant is we are discounting
 5   exposures within the year before            12:55
 6   diagnosis, and that's a tool one can
 7   use.
 8   BY MR. LASKER:
 9        Q.  And one of the things that you talk
10   about with another study, with the Eriksson   12:55
11   study is a lag period of ten years because
12   in that study, that was the demarcation;
13   correct?
14        A.  Yes, that's correct.
15        Q.  Okay.  And that goes to the same     12:55
16   issue that you're raising which is that for
17   hematopoietic cancers, you might need a
18   period of ten years before the exposure
19   could actually give rise to diseases so that
20   you can actually measure an effect; correct?  12:55
21        MS. FORGIE:  Object to the form.
22        THE WITNESS:  That's incorrect.
23   That's actually stating the opposite of
24   what I said.  What I'm saying is that
25   you want that -- actually for            12:55
```

Page 197

```
 1   hematopoietic cancers, it's generally in
 2   the radiation literature -- and that's
 3   where I wrote my dissertation in --
 4   assume that it's two-year minimum.  And
 5   so what we would do is we would look       12:56
 6   carefully and critically maybe at around
 7   one year or two year, but these are all
 8   presumed.
 9        And they come from the medical
10   literature on radiation effects -- side     12:56
11   effects.  They are not coming from
12   population studies and workers and the
13   general population.  So what we think
14   the case is that if you say one day
15   or a month, everybody would shake their     12:56
16   head.  Maybe even one year we would
17   shake our heads and say I'm not really
18   sure.  But anything beyond one year
19   would definitely raise concern.
20        Because we are also now talking        12:56
21   about initiation of cancer or promotion
22   of cancer, and initiation of cancer
23   might take longer than promotion.
24   Promotion might be the last step in the
25   chain of events, and that might be very     12:57
```

Page 198

1  soon.
2      So again, what I'm saying is that I
3  would like to move out from the time of
4  exposure that is relevant for the cause
5  of the disease.  I would like to move        12:57
6  out as long as I can in order to capture
7  as many cases caused by that exposure as
8  possible.
9      So ten years out is a good time
10  frame because it makes me more               12:57
11  comfortable that I'm not only capturing
12  early birds but that I'm really looking
13  at the chronic consequences of that
14  exposure.
15  BY MR. LASKER:                               12:57
16      Q.  Understood.
17      So with respect to the Cantor study
18  then, if I'm understanding you correctly,
19  your concern was -- with respect to latency
20  was solely a concern about power?            12:57
21      MS. FORGIE:  Object to the form.
22      THE WITNESS:  No, it was not about
23  power, but it was a concern about this
24  study not -- being a little bit early in
25  the sense that the chronic effects could     12:58

Page 199

1  not be assessed as comprehensively as I
2  would have liked to and later studies do
3  a better job.
4      MR. BAUM:  Is this a good time to
5  switch over to lunch?                        12:58
6      MR. LASKER:  Almost.
7  BY MR. LASKER:
8      Q.  Now, in your analysis, you were
9  assessing the start date, if you will, of
10  glyphosate as a potential exposure in 1974;  12:58
11  is that correct?
12      MS. FORGIE:  Object to the form.
13      THE WITNESS:  Well, we don't really
14  know unless the author tells us exactly
15  when the exposure happened, but the          12:58
16  potential for exposure starts in '74,
17  yes.
18  BY MR. LASKER:
19      Q.  Do you know when glyphosate was
20  first approved for use in agricultural       12:59
21  settings?
22      A.  I thought that was about that time.
23      MR. LASKER:  Let's just mark the
24  next exhibit in line.
25      MR. BAUM:  Eric, it's 1 o'clock.         12:59

Page 200

1      MR. LASKER:  We're going to be
2  about five minutes.  It's still all in
3  the context of this.
4      (Exhibit Number 19-11 was
5  marked for identification.)                  12:59
6      MS. FORGIE:  What number are we on?
7      MS. SHIMADO:  11.
8  BY MR. LASKER:
9      Q.  And this will be, and I'll --
10  obviously, you're going to have to -- well,  12:59
11  I'll represent and I'm going to ask you a
12  question on the assumption my representation
13  is correct.  I'll represent to you that this
14  December, 1975, letter from EPA marks the
15  first date on which glyphosate-based         01:00
16  formulation was approved for use in
17  agricultural settings.
18      A.  Uh-huh.
19      MS. FORGIE:  There's no question.
20  BY MR. LASKER:                               01:00
21      Q.  If that assumption is correct for
22  farming studies, and these are -- the Cantor
23  study was specific to farming exposures in
24  calculating that latency period, would I be
25  correct, then, that December, 1975, would be 01:00

Page 201

1  the starting point for that calculation?
2      MS. FORGIE:  Object to the form.
3      THE WITNESS:  We are presuming that
4  this is the only way to get glyphosate
5  use.                                         01:00
6  BY MR. LASKER:
7      Q.  This is the first approval for
8  agricultural settings.  It would be used as
9  sort of right of way and roadways for road
10  crews.  It could have been used before then, 01:00
11  but the first approval for farmers for use
12  of glyphosate was in December of 1975.
13      A.  And that --
14      MS. FORGIE:  Wait.  There's no
15  question pending.                            01:01
16  BY MR. LASKER:
17      Q.  With that assumption in mind, if
18  you're trying to measure farming exposures,
19  which was the exposures in the Cantor study
20  which was the farmers exposure, I think by   01:01
21  its definition and by its terms, would
22  December of 1975, then, be the proper start
23  point for determining the potential latency
24  period between exposure and disease outcome?
25      MS. FORGIE:  Object to the form.         01:01

Page 202

1    Asked and answered.  She just answered
2    that exact question.
3         You can answer it again.
4         THE WITNESS:  Well, I have to make
5    certain assumptions.  One was that they    01:01
6    actually didn't ask other occupations,
7    such as road worker, and also that these
8    farmers weren't given glyphosate in
9    trial runs because there's a difference,
10   and I thought I'd seen that somewhere    01:01
11   listed that actually glyphosate was
12   being tried out in certain farming
13   populations prior to general approval.
14   BY MR. LASKER:
15        Q.  Okay.  I'm not sure where you've    01:02
16   seen that, but for the purpose of this
17   question, if we assume that December, 1975,
18   was the first date where glyphosate was
19   approved for agricultural uses, for farm
20   uses, and that none of the farmers here were    01:02
21   using it for some trial purposes before its
22   official approval, would December, 1975,
23   then, be the proper starting point for then
24   calculating the latency period for the
25   Cantor study?                 01:02

Page 203

1         MS. FORGIE:  Object to the form.
2    Asked and answered.
3         You can answer it again.
4         THE WITNESS:  Well, if that is what
5    they are actually assessing, then you    01:02
6    would have potential exposure starting
7    at the time this agent became available
8    to the farmers, and then you could use
9    that for a latency period calculation.
10        MR. LASKER:  Why don't we take a    01:03
11   break for lunch.
12        THE VIDEOGRAPHER:  This marks the
13   end of videotape number 2 in the
14   deposition of Dr. Beate Ritz.  We're off
15   the record at 1:03 p.m.              01:03
16        (Lunch recess taken from
17        1:03 p.m. to 1:46 p.m.)
18        THE VIDEOGRAPHER:  We are back on
19   the record at 1:46 p.m.  This marks the
20   beginning of videotape number 3 in the    01:46
21   deposition of Dr. Beate Ritz.
22   BY MR. LASKER:
23        Q.  Dr. Ritz, let's move on to the
24   De Roos 2003-case control study.  We'll mark
25   that as the next exhibit in line.    01:46

Page 204

1         (Exhibit Number 19-12 was
2         marked for identification.)
3    BY MR. LASKER:
4         Q.  Dr. Ritz, we can walk through this
5    if you'd like, but I feel you probably    01:47
6    already have done that.  The median latency
7    time for the NHL cases in this study is
8    roughly equivalent to the median latency
9    time for the cases in the Cantor study;
10   correct?                         01:47
11        A.  As far as I know, it went out a
12   little bit longer in Minnesota.
13        Q.  No, I think you're talking Nebraska
14   was longer and Kansas City was shorter.
15        MS. FORGIE:  Wait.  Is there a    01:48
16   question?
17        MR. LASKER:  I'm working my way
18   through it.
19        THE WITNESS:  Nebraska is the
20   longest followed by Minnesota and then    01:48
21   Kansas.
22   BY MR. LASKER:
23        Q.  And Kansas was shorter?
24        A.  Correct.
25        Q.  And Nebraska was longer.  So    01:48

Page 205

1    roughly the median -- most of the data was
2    the same as Cantor, and then you have some
3    shorter and some longer; right?
4         MS. FORGIE:  Object to the form.
5         THE WITNESS:  It depends on how    01:48
6    many people were in each of those
7    studies.
8    BY MR. LASKER:
9         Q.  You can look on Table 2.
10        A.  Yeah, Iowa and Minnesota is the    01:48
11   biggest chunk of it.
12        Q.  And then the other two are both
13   about the same?
14        A.  Yeah.
15        Q.  So can we agree the median latency    01:48
16   period for the De Roos 2003 study is roughly
17   equivalent to the median latency period for
18   the Cantor study?
19        MS. FORGIE:  Object to the form.
20        THE WITNESS:  We can calculate it,    01:48
21   but it probably would come out
22   similarly, but it's important that we
23   also have longer latency in there, in
24   Nebraska.
25   ///

BY MR. LASKER:

Q. Right. But the median latency is the same. We have shorter latency for the roughly 15 or 16 percent from Kansas and slightly longer latency for the 17.4 percent 01:49 in Nebraska; correct?

MS. FORGIE: Object to the form.

THE WITNESS: 21.5 percent in Nebraska.

BY MR. LASKER: 01:49

Q. I was looking at the analysis of multiple pesticides.

A. Oh.

Q. Correct?

MS. FORGIE: Object to the form. 01:49

THE WITNESS: 17.4, yes.

BY MR. LASKER:

Q. Okay. With respect to the Nebraska data which is, as you mentioned, is data that's somewhat longer, that goes out from 01:49 July 1983 to June 1986?

A. Correct.

Q. Even in that sub population litigation --

(Interruption in the 01:50

proceedings.)

MR. LASKER: Back on the record.

BY MR. LASKER:

Q. Even for the 17 percent of the data that came from Nebraska, you still would not 01:50 have a median latency period for glyphosate for ten years; correct?

MS. FORGIE: Object to the form.

THE WITNESS: That makes assumptions that we're starting to count 01:50 in 1975 which may or may not be correct. But that gives us eight years, I guess.

BY MR. LASKER:

Q. Whether it's '74 or '75, the maximum latency period would be -- maybe the 01:50 maximum would be 12 years, but we're talking the median latency period. The median latency period even for this Nebraska subgroup would be less than ten years; correct? 01:50

MS. FORGIE: Object to the form.

THE WITNESS: About ten years.

BY MR. LASKER:

Q. Let me make sure I understand the median latency period. This would allow -- 01:51

if everybody had taken glyphosate the very first day that it was available, that would be the latency period, but, of course, that's not going to be the reality in the study; correct? 01:51

A. I don't know --

MS. FORGIE: Object to the form.

THE WITNESS: I don't know what the reality in the study is because it's not stated exactly when these farmers 01:51 started, and if we are presuming that the EPA date is the earliest one, and you said yourself there were other uses for glyphosate, so who knows? Farmers do all sorts of things including buying 01:51 things that are not EPA approved. So I don't know.

BY MR. LASKER:

Q. So there are two parts of this: When you talk about median latency, there 01:51 is, in this case, a maximum latency period of whenever you want to start measuring 1974, 1975 through to the date of diagnosis. That would be the maximum latency period possible. 01:52

A. Correct.

Q. The actual median latency for the population that's being studied would be less than the maximum latency period; correct? 01:52

A. It would be somewhere in between the diagnosis dates, and the diagnosis dates are July, '83, through June, '86.

Q. I understand that. That would be when diagnosis was. The exposure -- the 01:52 median period of exposure would not be ten years before that. It would be somewhat less. At some point in time prior to diagnosis that they're exposed, not the very first day; correct? 01:52

MS. FORGIE: Object to the form and asked and answered.

You can answer again.

THE WITNESS: Well, it depends what we are presuming about the exposure. So 01:52 if we are presuming that they really only started using in 1975, and they were using a certain amount of glyphosate that needed to be used in a certain way, they might have used, you 01:53

Page 210

```
 1          know, a huge amount the first time
 2      around because they were told it's very
 3      non-toxic and maybe all of the relevant
 4      exposure were in the first year.  I
 5      don't know.  They did not investigate      01:53
 6      that.
 7  BY MR. LASKER:
 8      Q.  Okay.  I understand that.
 9          But with respect to, as an
10      epidemiologist if you're looking at this   01:53
11      study and you don't have the data on when
12      exposures took place, would you assume then
13      in your analysis of the Nebraska data for
14      purposes of assessing the data that all of
15      the exposures to Roundup took place on the  01:53
16      first date that exposures were possible?
17          MS. FORGIE:  Object to the form.
18      Asked and answered.
19          You can answer it again.
20          THE WITNESS:  Well, I would         01:53
21      probably look at a range of possible
22      times, and then you can, you know, use
23      that in your analysis.
24  BY MR. LASKER:
25      Q.  Okay.  And if you were to do that    01:53
```

Page 211

```
 1      analysis, the median latency period, even of
 2      the Nebraska data, would be less than ten
 3      years; correct?
 4          MS. FORGIE:  Object to the form.
 5      Asked and answered.                      01:54
 6          THE WITNESS:  Not necessarily
 7      because the Nebraska diagnosis median is
 8      1985.  So that's ten years after 1975.
 9  BY MR. LASKER:
10      Q.  I understand that.  Let me just     01:54
11      make sure I understand this.  You mentioned
12      that you had used some sort of range that
13      determined likely first exposure date.
14          It wouldn't all be assumed to be
15      1975; correct?                           01:54
16          MS. FORGIE:  Object to the form.
17      Asked and answered.  She's testified --
18          THE WITNESS:  That would be a kind
19      of sensitivity analysis you might want
20      to play with.                            01:54
21  BY MR. LASKER:
22      Q.  And if that analysis were
23      conducted, the median latency period for
24      even the Nebraska, 17 percent in this study
25      could be less than ten years; correct?   01:54
```

Page 212

```
 1          MS. FORGIE:  Object to the form.
 2      Asked and answered.
 3          You can answer it again.
 4          THE WITNESS:  Well, I could define
 5      a range that would make it less than ten  01:54
 6      years, but if I subtract 1985 and 1975,
 7      I have ten years on average.
 8  BY MR. LASKER:
 9      Q.  Okay.  And you talked earlier about
10      the issue -- we were talking about this in  01:55
11      connection with the Cantor study about the
12      power of this study to be able to identify
13      association.  So I'd like to ask you about
14      that.
15          I'd asked you about the CLR for De    01:55
16      Roos, and we now have that data; so I'd like
17      to return to that discussion.  The
18      glyphosate data is presented on Table 3;
19      correct?
20          A.  Correct.                          01:55
21      Q.  And for the logistical regression
22      analysis which is the analysis that you
23      report on in your expert report, we have a
24      confidence interval that ranges from 1.1 to
25      4.0; correct?                             01:56
```

Page 213

```
 1          A.  Yes.
 2      Q.  So that confidence interval is --
 3      I'm sorry, the CLR for that, and I've done
 4      the math, but it's going to be about 3.6,
 5      and you can sort of eyeball that; right?    01:56
 6          A.  Yeah.
 7          MS. FORGIE:  Object to the form.
 8  BY MR. LASKER:
 9      Q.  And for the hierarchical regression
10      odds ratio, we have 2.8 over 0.9; so the CLR  01:56
11      for the hierarchical regression would be
12      slightly above 3; correct?
13          A.  Yes.
14      Q.  So the CLR for both of the De Roos
15      2003 odds ratios for glyphosate are larger  01:56
16      than the CLR for the Cantor 1992 study;
17      correct?
18          A.  What did we have for that again?
19      Q.  You can go back.  It's 2.7, but why
20      don't you look at it just to confirm for    01:56
21      yourself.
22          MS. FORGIE:  Do you remember what
23      exhibit it is?
24          MR. LASKER:  It's probably the last
25      one we just did.                           01:56
```

Page 214

1      MS. SHIMADO:  10.  Exhibit 10.
2   BY MR. LASKER:
3      Q.  You should have it right there.
4      A.  Yeah.
5      Q.  For the record, I'll ask the          01:57
6   question again while you're looking at this.
7          The CLR for both of the logistic
8   regression analysis and the hierarchical
9   regression analysis in the De Roos 2003
10  study is actually larger than the CLR for     01:57
11  the Cantor study; correct?
12     A.  That is correct.
13     Q.  Am I correct, though, in my
14  understanding that the -- your concern --
15  while you're concerned about the latency      01:57
16  period in the Cantor study as making that
17  study less informative, you do not have that
18  same concern for the De Roos 2003 study?
19     A.  Well, first to the '95 percent
20  confidence interval, the confidence interval  01:57
21  widens with the number of adjustments I
22  make.  Obviously, De Roos makes a lot more
23  co-adjustments than Cantor, and that's
24  probably the reason why these confidence
25  intervals are wider.  So in a way, actually   01:58

Page 215

1   her estimate would be the more fully
2   adjusted compared to the Cantor.
3          With respect to latency, the same
4   rules apply.  However, she added some
5   studies that actually had longer latency.     01:58
6   Again, the latency issue is an issue because
7   I'm missing cases that are truly caused by
8   the exposure, if I believe exposure causes
9   disease, and so it has to do with early
10  studies where I'm catching these early cases  01:58
11  and not yet the later ones.
12     Q.  Let me just sort of step back,
13  though, because there's a lot in that
14  answer, and I want to make sure I understand
15  that fully.                                   01:58
16          Is it your testimony that the
17  logistical regression analysis in De Roos
18  2003 had more controls, adjusted for more
19  factors than the hierarchical regression?
20     MS. FORGIE:  Object to the form.          01:59
21     THE WITNESS:  No, that's not what I
22  said.  The hierarchical regression makes
23  additional assumptions that we can
24  debate and that are debated.  You will
25  not see many -- she is actually one of        01:59

Page 216

1   the first people to ever use
2   hierarchical regression in a systematic
3   way in the literature.
4          There are a few more papers here
5   and there.  I did it myself in 2002.          01:59
6   Somehow hierarchical regression has
7   fallen out of favor because you have to
8   make a lot of assumptions, and reviewers
9   actually constantly fight with you over
10  those assumptions whether they're            01:59
11  correct or not.  So generally, we would
12  go back in a consensus manner to a
13  normal logistic regression in which we
14  are adjusting for as many variables that
15  we think make validly sense to adjust         01:59
16  for.
17          And this estimate of 2.1 was the
18  confidence interval of 1.1 to 4, had
19  wider confidence interval even though
20  there are more cases and more controls        02:00
21  in the analysis.  The only way this
22  happens is if there is more full
23  adjustment for cofactors to widen these
24  confidence intervals.
25          So from that, I conclude that she     02:00

Page 217

1   must have adjusted for a lot more than
2   Cantor.
3   BY MR. LASKER:
4      Q.  Let me just step back here because
5   that was my question.  The confidence         02:00
6   interval for the hierarchical regression is
7   narrower than the confidence interval for
8   the logistic regression analysis?
9      A.  Correct, and that's by method.  By
10  making more assumptions, you're narrowing     02:00
11  confidence intervals.  That's how
12  hierarchical regression works.
13     Q.  Let me step back so I make sure I
14  understand the question -- understand the
15  answer to my question.                        02:00
16          In the Cantor 1992 study, you
17  raised concerns about a median latency
18  period of less than ten years as making that
19  study which had a 1.1 adjusted odds ratio,
20  in your mind, less informative.  And I'm      02:01
21  just trying to understand if that same
22  concern about the median latency period of
23  less than ten years makes the De Roos 2003
24  study which has that hierarchy ratio that
25  you cite less informative.                    02:01

Page 218

1    MS. FORGIE: Objection. Object to
2 the form. Asked and answered.
3    You can answer.
4    THE WITNESS: Cantor is part of the
5 study; however, the beauty of pooled      02:01
6 studies is that they pool across
7 different studies with different
8 strengths and different weaknesses. It
9 helps for the sample size. It helps for
10 the statistical power. In this case, it    02:01
11 helps even to adjust for more variables
12 that you would be happy to adjust for,
13 and overall, it's more powerful because
14 of all of these reasons.
15 BY MR. LASKER:                02:02
16    Q. That wasn't my question. My
17 question was that you, in your expert
18 report, cited to a median latency period for
19 NHL of less than ten years as a reason why
20 the Cantor study was less informative, and    02:02
21 the 1.1 odds ratio in that study was less
22 informative to you.
23    The De Roos 2003 study has a median
24 latency period of less than ten years. My
25 question to you is whether that fact makes    02:02

Page 219

1 the De Roos 2003 study less informative?
2    MS. FORGIE: Object to the form.
3 Mischaracterizes her testimony and asked
4 and answered.
5    You can answer it again.        02:02
6    THE WITNESS: Again, the latency
7 period in Cantor cannot be different
8 from what the latency period of the part
9 of the data that is Cantor data in this
10 pooled analysis is. So it is what it    02:02
11 is.
12    However, adding additional states
13 and additional data improves what this
14 study can do over the Cantor study.
15 Plus it overall increases the latency    02:02
16 because we have the Nebraska study as
17 well.
18 BY MR. LASKER:
19    Q. Okay. But we also have the
20 Minnesota study which has a shorter latency    02:03
21 period; correct?
22    MS. FORGIE: Object to the form.
23    THE WITNESS: It's likely shorter.
24    Yes.
25 ///

Page 220

1 BY MR. LASKER:
2    Q. Just to clarify, the Kansas study
3 has a shorter period?
4    A. Kansas, yes.
5    Q. So again, my question is -- and it    02:03
6 may or may not -- but does the fact that the
7 De Roos 2003 study has a median latency
8 period of less than ten years, in your
9 assessment, does that, in your mind, make
10 the De Roos 2003 study less informative?    02:03
11    MS. FORGIE: Object to the form.
12 Mischaracterizes her testimony. Asked
13 and answered.
14    You can answer it again.
15    THE WITNESS: I think De Roos is a    02:03
16 really excellent study that did
17 everything we can do in terms of pooling
18 data in terms of relating the exposures
19 that she had access to to the outcomes
20 in adjusting and trying different    02:03
21 methods and in actually lengthening the
22 overall latency by including Nebraska.
23    MR. LASKER: Mark that answer. I'm
24 going to ask the question again.
25 ///

Page 221

1 BY MR. LASKER:
2    Q. In your opinion, does the fact that
3 the De Roos 2003 study has a median latency
4 of less than ten years make that study less
5 informative?                02:04
6    MS. FORGIE: Objection. Object to
7 the form. Mischaracterizes her prior
8 testimony, asked and answered. This is,
9 like, the fifth time you've asked the
10 same question.                02:04
11    THE WITNESS: Now I'm really
12 confused because I don't know anymore
13 what you mean by "less informative."
14 BY MR. LASKER:
15    Q. Okay. Well, that was your    02:04
16 terminology with respect to the Cantor
17 study.
18    A. Correct.
19    Q. And you stated that the Cantor
20 study was less informative because it had a    02:04
21 median latency period of less than ten
22 years. My question is: Do you believe that
23 the De Roos study is less informative
24 because it has a median latency period of
25 less than ten years?            02:04

Page 222

1      MS. FORGIE:  Objection.  Object to
2  the form.  I object to the
3  mischaracterization of her prior
4  testimony.  Asked and answered six
5  times.                          02:05
6      You can answer it again.
7      THE WITNESS:  So the De Roos study
8  generally is a better study than the
9  Cantor study because it pools data.  So
10  it's not less informative.  It's          02:05
11  actually more informative, that it
12  cannot go beyond the latency period of
13  one of the studies included for that
14  data is a no-brainer.
15      However, she added data with a        02:05
16  longer latency; so she is actually now
17  covering all sorts of latency periods
18  that we can look at.  And the longer, of
19  course, we would have a latency period,
20  the more powerful.  If she had another    02:05
21  study to add, it would become more
22  powerful, but it is an incremental step
23  going from one study that may be less
24  informative to two studies that are more
25  informative to three studies that are     02:05

Page 223

1  even more informative.
2  BY MR. LASKER:
3      Q.  And the Nebraska data is from a
4  case control study that was published by
5  Dr. Zahm; correct?                    02:06
6      A.  Yes, Sheila.
7      Q.  And Dr. Zahm in her published case
8  control study did not report any association
9  between glyphosate and non-Hodgkin's
10  lymphoma, did she?                    02:06
11      A.  Can you show me that?
12      Q.  Sure.
13      (Exhibit Number 19-13 was
14  marked for identification.)
15  BY MR. LASKER:                        02:06
16      Q.  Again, my question is Dr. Zahm, in
17  her paper, does not report any --
18  specifically any association or positive
19  association between glyphosate and
20  non-Hodgkin's lymphoma; correct?      02:07
21      MS. FORGIE:  Take as much time as
22  you want reading it.
23      THE WITNESS:  It looks like this is
24  a study specifically analyzed for 2,4-D
25  and some more general pesticide        02:07

Page 224

1  exposures.
2  BY MR. LASKER:
3      Q.  My question to you is:  In the
4  published paper addressing the Nebraska data
5  that was pooled in De Roos 2003, the        02:07
6  investigators, Zahm, et al., do not report
7  any association between glyphosate and
8  non-Hodgkin's lymphoma; correct?
9      MS. FORGIE:  Objection.  Object to
10  the form, and asked and answered.        02:08
11      You can answer it again.
12      THE WITNESS:  So the beauty of
13  pooled studies is that I can do things
14  that I can't do in a single study.  I
15  presume that Sheila thought she could    02:08
16  not analyze certain types of pesticide
17  based on what is 201 cases.
18      So that would be normal procedure
19  to then make this data available for a
20  larger pooled study for pesticide        02:08
21  exposures that are less common.
22  BY MR. LASKER:
23      Q.  My question was -- and I still I'm
24  not sure I've gotten -- I still haven't
25  gotten an answer.  Dr. Zahm, in her      02:08

Page 225

1  published case control study, looking at
2  that Nebraska data that was then pooled into
3  De Roos 2003, does not report any
4  association between glyphosate-based
5  herbicides and non-Hodgkin's lymphoma;    02:08
6  correct?
7      MS. FORGIE:  Objection.  Object to
8  the form, asked and answered.  This is
9  the fifth time she's answered.
10      You can answer it again.            02:09
11      THE WITNESS:  So the pooled data is
12  not what is being reported on here.
13  There's a difference between a study and
14  a study report.  Usually when you do
15  these studies, they're very expensive.    02:09
16  You collect a lot more data than what
17  you can report in one paper, and for
18  your career, you better publish more
19  than one paper.
20      There's always the issue of common    02:09
21  and less common exposures; so when I
22  collect as extensively as I can any kind
23  of occupational exposure, I might or
24  might not have the statistical power to
25  investigate every of those exposures in    02:09

Page 226

1  my study that is relatively limited
2  since there are only 201 white males as
3  cases.
4       So in that case, I provide this
5  data for a collaborative effort and        02:10
6  Dr. De Roos' paper is such a
7  collaborative effort where then I
8  provide them with a lot more data than I
9  would be -- you see that she is the
10  second author here, and Dr. Blair is the   02:10
11  last author.  So they would have had
12  access to more data than this paper is
13  actually reporting on.
14       MR. LASKER:  I'm going to have the
15  reporter mark that answer again.  I'm      02:10
16  going to ask the question one more time
17  to see if I can get an answer.  If not,
18  we'll just have to address this with the
19  Court later.
20       MS. FORGIE:  I object to the          02:10
21  statements about not getting an
22  answer --
23       MR. LASKER:  That's fine.  Just
24  object.
25       MS. FORGIE:  It's unfair.             02:10

Page 227

1  BY MR. LASKER:
2       Q.  Dr. Ritz, in her published paper,
3  case controlled paper, looking at the
4  Nebraska data that was subsequently pulled
5  into De Roos 2003, Dr. Zahm does not report  02:10
6  any association between glyphosate and
7  non-Hodgkin's lymphoma; correct?
8       MS. FORGIE:  Objection.  Object to
9  the form and asked and answered.  This
10  will be, like, the eighth or ninth time     02:10
11  she's answered the same question.
12       You can answer it again.
13       THE WITNESS:  This data in the Zahm
14  publication from 1990 is not the data
15  that was pooled into this pooled study.      02:11
16  This is data specifically for one type
17  of application.  What I imagine Dr. Zahm
18  provided to Dr. De Roos is a much more
19  extensive dataset and the De Roos study
20  is based on that more extensive dataset.     02:11
21  BY MR. LASKER:
22       Q.  The De Roos study is looking at
23  187 cases in its pooled analysis and
24  113 cases in its analysis of multiple
25  pesticides from Nebraska; correct?          02:11

Page 228

1       A.  113, yes.
2       Q.  And the Zahm published paper had,
3  would you say, over 200 cases of
4  non-Hodgkin's lymphoma; correct?
5       A.  201.                               02:11
6       Q.  Okay.  De Roos and her
7  co-investigators in the 2003 paper discuss
8  their findings with respect to glyphosate in
9  their conclusion -- in the concluding
10  section; correct?  Or I guess in their       02:12
11  discussion section?
12       A.  Yes.
13       Q.  And on page 7 of 9, the
14  paragraph -- sort of the second
15  paragraph from the end of the bottom of the  02:12
16  second column on page 7 is where De Roos and
17  her co-investigators discuss their findings
18  with respect to glyphosate; correct?
19       A.  This one?  The second to the last.
20       Q.  Glyphosate --                      02:12
21       A.  Yeah, yeah.
22       Q.  In that discussion, they talk about
23  the -- they cite to the Hardell paper, and
24  they cite to the McDuffie paper; correct?
25       MS. FORGIE:  Objection.               02:13

Page 229

1       THE WITNESS:  I see a citation to a
2  Williams paper and a Hardell paper.
3  BY MR. LASKER:
4       Q.  Number 51 --
5       A.  And 51.                            02:13
6       Q.  -- and number 8 is the McDuffie
7  paper; correct?
8       A.  Oh, 8, yes.
9       Q.  So they cite to the McDuffie paper
10  and the Hardell paper; correct?            02:13
11       A.  Yes.
12       MS. FORGIE:  Objection.
13  BY MR. LASKER:
14       Q.  And they state that these few
15  suggested findings provide some impetus for  02:13
16  further investigation into the potential
17  health effects of glyphosate; correct?
18       A.  It seems like they are citing
19  Williams here.
20       Q.  I understand that.                 02:13
21       The conclusion that De Roos and her
22  co-investigators provide in their discussion
23  in their paper after reviewing the other
24  epidemiological studies they cite, Hardell
25  and McDuffie, after they've done their       02:14

Page 230

1  analysis as well for the pooled data from
2  the U.S. case controlled studies, was that
3  these were suggested findings that provide
4  some impetus for further investigation into
5  the potential health effects of glyphosate;    02:14
6  correct?
7       MS. FORGIE:  Object to the form.
8       THE WITNESS:  The way I read this
9  is that they are commenting on Hardell
10  and McDuffie.                              02:14
11 BY MR. LASKER:
12      Q.  They do not -- De Roos and her
13 co-authors do not anywhere in their paper
14 state that their study in combination with
15 the earlier epidemiological studies supports    02:14
16 a conclusion that there has been shown a
17 causal association between glyphosate and
18 NHL, do they?
19      MS. FORGIE:  Object to the form.
20      THE WITNESS:  Well, they're      02:14
21 actually saying, "Our results indicate
22 increased NHL incidents by number of
23 pesticides used only for the subgroup of
24 potentially carcinogenic ones," and then
25 they list them.                          02:15

Page 231

1  BY MR. LASKER:
2       Q.  They do not list glyphosate; right?
3       MS. FORGIE:  Wait.  She hasn't
4  finished her answer.  Please let her
5  finish.                                  02:15
6       THE WITNESS:  I'm looking for the
7  glyphosate.  No, that's the general
8  statement.
9  BY MR. LASKER:
10      Q.  Okay.                        02:15
11      A.  But you would need to look at the
12 list of what she considers potentially
13 carcinogenic which is on Table 1, and you
14 will see that glyphosate was one of them
15 because it got a .3.                    02:15
16      Q.  In her -- in De Roos' discussion,
17 if I can direct you to page 6 of 9, she has
18 data there for combined pesticide use,
19 Table 5.
20      Do you see that?                  02:16
21      A.  Yes.
22      Q.  And one of the analyses that they
23 conduct is a combined analysis of atrazine
24 and dicamba; correct?
25      A.  Yes.                          02:16

Page 232

1       Q.  And as it happens, their findings
2  for their logistic regression and their
3  hierarchical regression for atrazine and
4  dicamba combined are almost identical to
5  their findings for glyphosate alone;    02:16
6  correct?
7       MS. FORGIE:  Object to the form.
8       THE WITNESS:  I don't know what you
9  mean by "identical."
10 BY MR. LASKER:                         02:16
11      Q.  Well, for atrazine and dicamba in
12 their logistical regression, they had an
13 odds ratio of 2.1 which is the same odds
14 ratio as glyphosate had in logistical
15 regression; correct?                    02:17
16      A.  Yes, but odds ratio of 2.1 or .7 or
17 .3 you can find all over this table.
18      Q.  And the confidence interval for the
19 logistic regression analysis for 2.1 was
20 marginally significant and very similar to    02:17
21 the confidence interval for glyphosate
22 alone; correct?
23      A.  Correct.  But you can see that it
24 is based on very different data.  It's based
25 on 31 cases and 60 controls in that category    02:17

Page 233

1  versus 36 and 61 for glyphosate.  So it's
2  not the same people.
3       Q.  Right.  I wasn't suggesting it's
4  the same people.
5       The hierarchical regression      02:17
6  analysis, the conclusion for atrazine and
7  dicamba combined was a 1.6 odds ratio which
8  is the same odds ratio reported for
9  glyphosate; correct?
10      MS. FORGIE:  Object to the form.    02:17
11      THE WITNESS:  Well, yeah, I mean,
12 when we do these kind of analyses, a lot
13 of odds ratios might be the same.
14 BY MR. LASKER:
15      Q.  And the confidence interval for the    02:18
16 hierarchical regression analysis for
17 atrazine and dicamba combined is, again,
18 virtually identical to the odds ratio for
19 the hierarchical regression analysis for
20 glyphosate; correct?                    02:18
21      MS. FORGIE:  Object to the form.
22      THE WITNESS:  Not surprising given
23 the assumptions they made for the
24 hierarchical regression.
25 ///

Page 234

1    BY MR. LASKER:
2        Q.   And in discussing those odds
3    ratios, 2.1 for the logistic regression
4    analysis that is just statistically
5    significant and a 1.6 for the hierarchical        02:18
6    regression analysis that's not significant
7    in connection with atrazine and dicamba on
8    page 6 in their study, and it is in the text
9    right above the words "Discussion," De Roos
10   states that those findings were "probably          02:18
11   misleading due to imprecision of estimates
12   noting that these results did not hold up
13   following shrinkage and hierarchical
14   regression analysis according to our prior
15   distribution of complete exchangeability";         02:19
16   correct?
17       A.   That's what this says.  I mean, the
18   text.
19       Q.   And to the extent that -- I take it
20   you would not view the identical -- or not          02:19
21   nearly identical odds ratios reported for
22   glyphosate in the same study as being
23   probably misleading; correct?
24           MS. FORGIE:  Object to the form.
25           THE WITNESS:  You are comparing two         02:19

Page 235

1    tables you absolutely cannot compare.
2    The result for atrazine and dicamba
3    both, it's what we call an interaction
4    term, and what she is comparing here is
5    they seem to be indicative super              02:19
6    additivity and results from logistic
7    regression.
8        And what this next sentence is
9    referring to, such as for atrazine and
10   dicamba, were probably misleading.  So        02:19
11   the misleading is the super additivity
12   and not the effect estimate.
13   BY MR. LASKER:
14       Q.   Let's go on to the Lee study just
15   briefly.  That's Lee 2004.                     02:20
16           MS. FORGIE:  Are we putting these
17   away?
18           MR. LASKER:  For now, yes.
19           (Exhibit Number 19-14 was
20           marked for identification.)            02:20
21   BY MR. LASKER:
22       Q.   The Lee study is another pooled
23   analysis here using two of the three studies
24   that were used in De Roos 2003; correct?
25       A.   Correct.                              02:20

Page 236

1        Q.   The Lee study reporting its results
2    does not adjust for exposures to other
3    pesticides; correct?
4            MS. FORGIE:  Object to the form.
5            THE WITNESS:  I have to check that.     02:21
6    BY MR. LASKER:
7        Q.   Table 3 on page 300.
8        A.   The Lee study does not give you an
9    effect estimate for glyphosate.  It gives
10   you a stratified analysis by asthmatics and      02:21
11   non-asthmatics for glyphosate.
12       Q.   And in that stratified analysis,
13   they do not adjust for exposures to other
14   pesticides; correct?
15           MS. FORGIE:  Object to the form.         02:21
16   Asked and answered.
17           You can answer it again.
18           THE WITNESS:  That seems to be
19   correct, and I would be very surprised
20   if they did because they had only six            02:21
21   cases among asthmatics.  If you throw
22   any more variable into that model, you
23   will explode it.
24   BY MR. LASKER:
25       Q.   Well, the adjustment model is based     02:22

Page 237

1    upon all the exposures.  It's not specific
2    to glyphosate; correct?
3        A.   No.  The one for glyphosate has six
4    exposed cases and 12 exposed controls, and
5    you already have age, vital status, and           02:22
6    state in there.  So if you do it two by two
7    by two table, then you have no more
8    subjects --
9        Q.   I'm sorry --
10       A.   -- in one of these.                      02:22
11       Q.   We're not connecting here --
12       A.   Table number 3.
13           MS. FORGIE:  Wait, let her finish.
14   BY MR. LASKER:
15       Q.   All of the adjustments in this           02:22
16   entire study, and there's a whole lot of
17   adjustments they do with stratification on
18   Tables 2 and Table 3, none of the odds
19   ratios anywhere in this study are adjusted
20   for exposures to other pesticides; correct?        02:22
21           MS. FORGIE:  Objection.  Object to
22   form.  Asked and answered.
23           You can answer it again.
24           THE WITNESS:  The glyphosate
25   estimates are estimates among               02:22

Page 238

1  non-asthmatics and asthmatics.  When you
2  split your data in that way, you limit
3  the way you can adjust.  In this case,
4  when you have asthmatics with six
5  glyphosate exposed cases and 12        02:23
6  controls, there's absolutely no way -- I
7  don't even know how they adjust for age
8  vital status and state without exploding
9  their model.
10 BY MR. LASKER:                         02:23
11 Q.  Okay.  Dr. Ritz, that wasn't my
12 question, and that doesn't answer my
13 question in the slightest.
14        MS. FORGIE:  I object to that
15 commentary.  She's answered it twice.   02:23
16        MR. LASKER:  We'll mark this answer
17 as well.
18 BY MR. LASKER:
19 Q.  It's a very simple question.
20 There's two tables here, Table 2 and Table 3  02:23
21 with a whole lot of reported odds ratios,
22 not only for glyphosate, but for other
23 pesticides, for other exposures, for
24 combined herbicides.  None of those odds
25 ratios include any adjustment for exposure  02:23

Page 239

1  to other pesticide; correct?
2        MS. FORGIE:  Objection.  Object to
3  the form.  Asked and answered.
4        You can answer it again.
5        THE WITNESS:  None of the pesticide  02:23
6  results are concomitantly adjusted, and
7  it's not a surprise because they are
8  stratifying by asthma status, and in
9  order to compare one model with another,
10 they have to adjust for exactly the same  02:24
11 variables or else you can't compare the
12 models.
13        And the intent here is to compare
14 models for asthmatics with models for
15 non-asthmatics.  If you put different  02:24
16 adjustments variables in there, you
17 don't know whether you see a difference
18 or not.
19        MR. LASKER:  We're going to have to
20 mark that answer again and ask one more  02:24
21 time because I can't get a yes or no
22 answer to a question.  I'll ask it one
23 more time.
24 BY MR. LASKER:
25 Q.  None of the odds ratios in the Lee  02:24

Page 240

1  study were adjusted for exposure to other
2  pesticides; correct?
3        MS. FORGIE:  Objection.  Object to
4  the form.  Asked and answered.  As you
5  just stated, this is like the seventh  02:24
6  time.
7        You can answer it again.
8        THE WITNESS:  This study intends to
9  look at a stratified analysis of
10 non-asthmatics and asthmatics.  If I  02:24
11 really want to compare the effects
12 estimates between these two groups of
13 people and I want to assess whether
14 glyphosate has the same effect in one
15 group than in the other, I have to  02:25
16 automatically adjust for the same
17 variables.  They already are adjusting
18 for age, vital status, and state,
19 therefore, there is no way they could
20 also adjust for everything else.  02:25
21 BY MR. LASKER:
22 Q.  So if the answer is, yes, that's
23 fine, but I need an answer for the record.
24 Am I correct that the Lee study does not
25 adjust for exposure to other pesticides?  02:25

Page 241

1  Yes or no?
2        MS. FORGIE:  Objection.
3        No.  She's not required to give a
4  yes or no answer, and you know that.
5        MR. LASKER:  Frankly, she is.  02:25
6        MS. FORGIE:  No, she's not.  Don't
7  do this.  Objection.  Object to the
8  form.  Object to asked and answered for
9  the seventh time.
10        You're not required to give a yes  02:25
11 or no answer.  You can answer again.
12 BY MR. LASKER:
13 Q.  I'm asking for a yes or no answer.
14 If you can't give a yes or no answer, you
15 can just state that and we'll move on and  02:25
16 we'll deal with it later for the judge.
17        MS. FORGIE:  Objection.
18        THE WITNESS:  My answer will not
19 change.
20 BY MR. LASKER:                         02:25
21 Q.  My question to you is am I correct
22 that the Lee study in reporting the odds
23 ratios for all the odds ratios reported does
24 not adjust for the exposure to other
25 pesticides?                            02:25

Page 242

1      MS. FORGIE:  Objection.  Object to
2  the form and asked and answered.
3      You can answer it again.
4      THE WITNESS:  This is such a
5  general question that it's not          02:26
6  answerable.  But in order to inform you
7  what is done in this study, I state it
8  again.  This study intends to compare
9  effect estimates between asthmatics and
10  non-asthmatics.  In order to do so, the    02:26
11  authors had to adjust for exactly the
12  same variables in the pesticide models.
13  The variables they adjusted for are age,
14  vital status, and state.
15      MR. LASKER:  Mark that and we'll    02:26
16  move on.
17  BY MR. LASKER:
18      Q.  The issue with latency that you
19  raised and we've discussed before from the
20  same pool data would also exist to the    02:26
21  extent that it concerns you or not with the
22  Lee study; correct?
23      MS. FORGIE:  Object to the form.
24      THE WITNESS:  I'm not sure what you
25  mean by issue.  However, this study    02:26

Page 243

1  includes Nebraska and we seem to have
2  agreed that that has a longer latency
3  and gives you more opportunity to
4  investigate this question.
5  BY MR. LASKER:                          02:27
6      Q.  And it also includes the data in
7  Cantor that has the latency period that you
8  believe is too short; correct?
9      A.  I never said that I believed it is
10  too short, but it does include the Iowa and    02:27
11  Minnesota data that's in the Cantor study.
12      Q.  Let's move on to the McDuffie
13  study.
14      MS. FORGIE:  Are we finished with
15  this?                                     02:27
16      MR. LASKER:  Yeah.
17      (Exhibit Number 19-15 was
18      marked for identification.)
19  BY MR. LASKER:
20      Q.  Dr. Ritz, for the record this is    02:27
21  the McDuffie study which is the case control
22  study from Canada; correct?
23      A.  Yes.
24      Q.  And the authors describe McDuffie,
25  et al., describe their analysis in this    02:28

Page 244

1  study as exploratory; correct?
2      MS. FORGIE:  Object to the form.
3      THE WITNESS:  Where do they say
4  that?
5  BY MR. LASKER:                          02:28
6      Q.  On page 1161 in the second
7  column about two-thirds of the way down.  Do
8  you see the sentence starting "We report
9  results"?
10      A.  Yes.                             02:28
11      Q.  "We reported results."
12      A.  Uh-huh.
13      Q.  And McDuffie, et al., describe
14  their analysis in this study as exploratory;
15  correct?                                 02:28
16      MS. FORGIE:  Objection.  Object to
17  the form.
18      THE WITNESS:  What they're stating
19  is that they investigated a number of
20  different chemicals and exposures and,    02:28
21  therefore, some of the analyses to
22  unspecified agents should be considered
23  exploratory.  I don't know what they
24  mean by unspecified agents.
25  ///

Page 245

1  BY MR. LASKER:
2      Q.  During the point in time, and I
3  think you mentioned this -- well, at -- in
4  the method section -- strike that.
5      Do you know based upon your review    02:29
6  of this study whether glyphosate was
7  specified in the hypothesis when they were
8  conducting this study?
9      MS. FORGIE:  Object to the form.
10      THE WITNESS:  I wouldn't know that.    02:29
11  BY MR. LASKER:
12      Q.  Okay.  So you cannot state, then,
13  whether or not the glyphosate findings would
14  be considered by the investigators McDuffie,
15  et al., to be exploratory; correct?    02:29
16      MS. FORGIE:  Object to the form.
17      THE WITNESS:  That's not correct
18  because what I -- when I design a study
19  and a study questionnaire, I have to
20  decide which chemical agents to specify,    02:29
21  meaning, to name or to want to
22  investigate.  So in my preparation for a
23  study, I have to be very clear about
24  what kinds of pesticides I'm asking
25  about, and I would call that    02:30

Page 246

1    specification.
2         So if they hadn't been interested
3    in glyphosate, they wouldn't have
4    investigated it, and they wouldn't have
5    asked it in a questionnaire.          02:30
6    BY MR. LASKER:
7         Q.  They state, however, in presenting
8    the data, and they do present data on
9    various different chemical agents, and they
10   have a whole list of them, that they are    02:30
11   presenting results for chemical agents and
12   exposures that were not specified in the
13   hypothesis; correct?
14        MS. FORGIE:  Object to the form.
15        Asked and answered.  You can answer it    02:30
16   again.
17        THE WITNESS:  They refer to a
18   number of chemical agents and exposures
19   that were not specified.  The way that
20   might happen is that when you have a        02:30
21   questionnaire, you have open questions
22   and you don't specify the name of the
23   chemical, but people decide to write
24   them in.  I have no idea what they mean
25   by unspecified, but that's one way of       02:30

Page 247

1    reading it.
2    BY MR. LASKER:
3         Q.  And you don't know sitting here
4    today whether or not based upon this and
5    based upon however they prepared this       02:31
6    information, whether the findings that they
7    report with respect to glyphosate should be
8    considered exploratory; correct?
9         MS. FORGIE:  Objection.  Asked and
10        answered.  Object to the form.          02:31
11        You can answer it again.
12        THE WITNESS:  All I can tell you I
13        don't consider this exploratory.
14   BY MR. LASKER:
15        Q.  Okay.  The McDuffie case control    02:31
16   study did not adjust for exposure to other
17   pesticides; correct?
18        A.  In what table?
19        Q.  Any of the tables.
20        A.  That's not correct.  Table 6 and 7   02:31
21   seem to be adjusting for chemicals.
22        Q.  6 and 7 are dealing with various
23   medical variables?
24        A.  And dicamba and Aldrin and
25   Mecoprop.                                   02:32

Page 248

1         Q.  With respect to the tables that
2    report any findings with respect to
3    glyphosate, none of those findings are
4    adjusted for exposures to other pesticides;
5    correct?                                    02:32
6         MS. FORGIE:  Object to the form.
7         THE WITNESS:  Which table are we
8    talking about?
9    BY MR. LASKER:
10        Q.  Well, for glyphosate, it would be    02:32
11   Tables 2 and Table 8 as far as I know.  But
12   you should make sure that you agree with
13   that.  Take your time.
14        A.  2 and --
15        MS. FORGIE:  8.                         02:33
16        THE WITNESS:  These tables seem to
17   adjust for age and province.
18   BY MR. LASKER:
19        Q.  Just so the record is clear in the
20   odds ratios that are reported for glyphosate  02:33
21   in the McDuffie study, the investigators do
22   not adjust for exposure to other pesticides;
23   correct?
24        A.  That seems correct.
25        Q.  The -- as you note in your expert     02:33

Page 249

1    report and just so the record is clear, for
2    the two ever/never odds ratios for the
3    glyphosate that McDuffie reports, they find
4    odds ratios of 1.26 in one model and 1.2 in
5    the other model, and neither of those odds    02:34
6    ratios are statistically significant by the
7    95 percent confidence interval; correct?
8         A.  Well, if we want to play the
9    P-value game, that's correct, but the values
10   are 1.26 and 1.20.  One adjusted; one not.    02:34
11   But that's an ever/never.
12        Q.  Right.  And the -- you mention in
13   your report that there was separate analyses
14   of the McDuffie data that, first of all,
15   separated out association for glyphosate      02:34
16   with and without malathion; correct?  I
17   think that's your expert report at page 18.
18        A.  Where's that?
19        Q.  In your expert report at page 18.
20        MR. WISNER:  Do you want to go off        02:35
21   the record while we fix this?
22        MR. LASKER:  If we can.  I don't
23   know that we can.  Let's wait until the
24   end of this question.
25        MS. FORGIE:  What was the question        02:35

Page 250

1  again?
2       MR. LASKER:  Now I'm losing track
3  of these things.  Oh, okay.
4  BY MR. LASKER:
5       Q.  So in your expert report you note      02:35
6  that there was a separate analysis of the
7  McDuffie data that separated out the
8  association for glyphosate with and without
9  co-exposure to malathion; correct?
10      A.  Yes, that's the Hohenadel paper.     02:36
11      Q.  The Hohenadel study is a stratified
12 analysis like we were discussing earlier in
13 your testimony here today; correct?
14      MS. FORGIE:  It's not a stratified
15      THE WITNESS:  It's not a stratified     02:36
16 analysis.  It's what we would call an
17 interaction model testing.
18 BY MR. LASKER:
19      Q.  In that interaction model testing
20 when, and I think you report this, you note     02:36
21 this in your expert report, when Hohenadel
22 looked at the McDuffie data and looked at
23 exposures -- farmers who were exposed to
24 glyphosate alone without co-exposure to
25 malathion, they found or they reported an     02:36

Page 251

1  odds ratio of 0.92 with a confidence
2  interval of 0.54 to 1.55; correct?
3       A.  Correct.
4       Q.  And in your report you also point
5  to a separate analysis that you say McDuffie     02:37
6  conducted which looked at glyphosate
7  exposure mixed with dicamba exposure;
8  correct, in your expert report?
9       A.  Where is that?
10      Q.  Right above --                     02:37
11      A.  Above?  Yes.
12      Q.  Okay.  And I take it that that --
13 your discussion there is based upon -- and
14 correct me if I'm wrong -- Table 2 in the
15 McDuffie paper?                             02:37
16      A.  It's the McDuffie paper.
17      Q.  Look at Table 2.
18      MS. FORGIE:  You can look at
19 whatever you want.
20 BY MR. LASKER:                              02:38
21      Q.  You'll see the numbers that you
22 cite in your expert report on Table 2 for
23 dicamba and dicamba individual.  Do you see
24 those?
25      A.  Yes.                               02:38

Page 252

1       Q.  So in your report when you are
2  stating that there was an elevated odds
3  ratio for dicamba exposure mixed with
4  glyphosate exposure, that is relying upon
5  that footnote G in Table 2; correct?        02:38
6       A.  Correct.  That's what it was.
7       Q.  And footnote G states that the odds
8  ratio that you cite for mixed exposure for
9  dicamba and glyphosate also involves mixed
10 exposures to dicamba and 2,4-D and Mecoprop;    02:39
11 correct?
12      A.  That's what it says in the
13 footnote.
14      Q.  And unlike for glyphosate, McDuffie
15 reported statistically significant increased     02:39
16 risks of non-Hodgkin's lymphoma separately
17 associated with exposures to each of the
18 three pesticides 2,4-D, dicamba, and
19 Mecoprop; correct?
20      A.  That's in table --                  02:39
21      Q.  It's actually in Table 2.  They
22 have separate odds ratios reported for 2,4-D
23 that is statistically significant in
24 their --
25      A.  Yes.                               02:39

Page 253

1       Q.  -- model, second model for
2  Mecoprop?
3       A.  Yeah, but it's an effect estimate
4  of 1.26 and 1.32, and it's only
5  statistically significant after the         02:39
6  adjustment.
7       Q.  Okay.  And then for Mecoprop there
8  is a 2.23 or 2.33 odds ratio --
9       A.  Correct.
10      Q.  -- statistically significant to      02:39
11 both measure and for dicamba even in the
12 dicamba alone for their more highly adjusted
13 odds ratio it's 1.68 marginally
14 statistically significant; correct?
15      A.  Yes.                                02:40
16      Q.  And you cannot tell from this data
17 when you're looking at the mixed exposures
18 for dicamba when they're mixed for 2,4-D
19 Mecoprop and glyphosate, you cannot
20 attribute the difference between dicamba     02:40
21 alone and this dicamba mixture to
22 glyphosate, can you?
23      MS. FORGIE:  Object to the form.
24      THE WITNESS:  You can never do that
25 in an individual anyhow.  When you're     02:40

Page 254

1   doing these kind of analyses, you have
2   mixed exposures.  If a person is exposed
3   to two compounds, then it can be either
4   one compound or the other or both
5   together that are responsible for the         02:40
6   event.
7   BY MR. LASKER:
8       Q.  But in this case, it's not one or
9   the other or two.  There's actually four
10  different chemicals when you're stating that  02:41
11  there was in your expert report -- and let's
12  go back to your expert report.  You state
13  that McDuffie reported that when glyphosate
14  exposure was mixed with dicamba, the risk
15  was increased.                                02:41
16      Do you see that?
17      A.  Yes.
18      Q.  And, in fact, what McDuffie was
19  reporting is that when dicamba exposure also
20  included mixed exposures to glyphosate,       02:41
21  2,4-D and Mecoprop, there was an increase as
22  compared to the dicamba alone; correct?
23      MS. FORGIE:  Object to the form.
24  Mischaracterizes.
25      THE WITNESS:  That's not what I'm         02:41

Page 255

1   saying.  I'm saying there is dicamba
2   that is of the kind Banvel and Target
3   which includes glyphosate and then
4   there's dicamba overall.  So one is a
5   subgroup of the other.  And you can           02:41
6   actually see that when you're looking at
7   the number of exposed cases and exposed
8   controls.  Dicamba is the
9   all-encompassing over label and then
10  they're breaking it down with and             02:42
11  without glyphosate, et cetera, mixtures.
12  BY MR. LASKER:
13      Q.  The et cetera is the important
14  point, but let me make sure I understand.
15  Is it your testimony that or Banvel or        02:42
16  Target is a mixed exposure with glyphosate?
17      MS. FORGIE:  Objection.  Object to
18  the form and mischaracterizes her
19  testimony.
20      THE WITNESS:  So it says in the           02:42
21  footnote, "dicamba is a major chemical
22  class, includes Banvel and Target and a
23  mixture of dicamba glyphosate, Rustler,
24  or a mixture of dicamba 2,4-D and
25  Mecoprop.                                     02:42

Page 256

1   BY MR. LASKER:
2       Q.  And then Dynel, Killex; correct?
3       MS. FORGIE:  Object to the form.
4       THE WITNESS:  Dynel DS, and Killex.
5   BY MR. LASKER:                                02:42
6       Q.  So the mixed exposure would be in
7   Rustler for dicamba and glyphosate; correct?
8       A.  There are several mixtures.
9   There's the mixture of dicamba and
10  glyphosate in Rustler and then there's the    02:42
11  mixture of dicamba with 2,4-D and Mecoprop.
12      Q.  So for the 1.68 odds ratio, that's
13  dicamba alone; correct?
14      A.  That's the overall dicamba.  That's
15  not dicamba alone.  That's not -- that's      02:43
16  dicamba with everything.
17      Q.  And your understanding is dicamba
18  with everything is 1.68 and dicamba alone is
19  the 1.88?
20      A.  No.                                   02:43
21      MS. FORGIE:  Object to the form.
22      THE WITNESS:  It's the opposite.
23      MS. FORGIE:  Okay.  That's what I
24  thought.
25      THE WITNESS:  Dicamba overall is          02:43

Page 257

1   1.88, and the dicamba, Banvel and Target
2   is 1.68.
3   BY MR. LASKER:
4       Q.  And the difference -- in your
5   expert report you state that the difference   02:43
6   going up to that higher number is because
7   there was including mixtures with
8   glyphosate, but that higher number actually
9   also reflects exposures to 2,4-D and
10  Mecoprop; correct?                            02:43
11      MS. FORGIE:  Objection.  Object to
12  the form and asked and answered.
13      You can answer it again.
14      THE WITNESS:  I'm not sure that I
15  understand what you're trying to get at.      02:43
16  In this table, dicamba exposure was the
17  footnote G is the overall
18  encompassing -- all-encompassing
19  exposure.  The individual dicamba
20  herbicide Banvel or Target is the one         02:44
21  that's reported below.  The number of
22  cases is lower, and the number of
23  controls is lower, but, in essence, the
24  number of 26 and 50s included in the
25  larger category above which is 73 and         02:44

Page 258

1      131.
2    BY MR. LASKER:
3      Q.  My question is very simple.  In
4    your expert report, you state that the odds
5    ratio of 1.92 was an odds ratio of      02:44
6    glyphosate exposure mixed with dicamba.  And
7    am I correct in my reading of this table
8    that that 1.92 odd ratio is, in fact,
9    dicamba with mixtures that include
10   glyphosate but also Mecoprop and 2,4-D?      02:44
11      MS. FORGIE:  Objection.  Object to
12   the form and also asked and answered.
13      You can answer it again.
14      THE WITNESS:  The larger group
15   encompasses everything including      02:44
16   glyphosate.
17   BY MR. LASKER:
18      Q.  And Mecoprop and 2,4-D; correct?
19      A.  It's the largest group.
20      Q.  Yes.  And you have to answer the      02:45
21   question or there's no answer on the record.
22      A.  Yes.  It's the larger group.
23      MS. FORGIE:  Wait, wait.  So get a
24   format back that's question and answer
25   so I can get my objections in.      02:45

Page 259

1    BY MR. LASKER:
2      Q.  So the odds ratio of 1.92 that you
3    cite in your expert report as glyphosate
4    exposure mixed with dicamba is the odds
5    ratio that McDuffie reports for dicamba and      02:45
6    dicamba mixtures including glyphosate 2,4-D
7    and Mecoprop; correct?
8      MS. FERGIE:  Objection.  Object to
9    the form.  Also asked and answered.
10      You can answer it again.      02:45
11      THE WITNESS:  Dicamba here is a
12   super category for several mixtures, and
13   it's stated under footnote G.  And we
14   can see that that's the case because
15   there are more NHL cases and more      02:45
16   controls in that category than in the
17   category below.
18      MR. LASKER:  I'm going to mark this
19   answer as well.
20   BY MR. LASKER:      02:45
21      Q.  I'm going to ask the question again
22   because I think it's a simple question, but
23   I'm not getting an answer?
24      MS. FORGIE:  I'm objecting to that
25   commentary.  You're badgering the      02:46

Page 260

1    witness when you do that.
2      MR. LASKER:  You can object as much
3    as you want.
4      MS. FORGIE:  I will.
5    BY MR. LASKER:      02:46
6      Q.  The odds ratio of 1.92 that you
7    report in your expert report as the odds
8    ratio for glyphosate mixed with dicamba is
9    as reported, in fact, in the study McDuffie
10   an odds ratio for dicamba and dicamba      02:46
11   mixtures with glyphosate but also with 2,4-D
12   and Mecoprop; correct?
13      MS. FORGIE:  Objection.  And I
14   object to the form.  And I object to the
15   fact this is the eighth time you've      02:46
16   asked her.  You're badgering this
17   witness.  It's not fair.
18      You can answer again.
19      THE WITNESS:  The reason why I'm
20   referring to this is because this is a      02:46
21   mixture exposure, and that's very
22   clearly stated in my report.
23   BY MR. LASKER:
24      Q.  Your report --
25      A.  The mixture includes dicamba and      02:46

Page 261

1    glyphosate under heading G in this footnote.
2      Q.  The mixture also includes which you
3    don't mention in your report 2,4-D and
4    Mecoprop; correct?
5      MS. FORGIE:  Objection.  Asked and      02:46
6    answered.  Object to the form.
7      You can answer again.
8      THE WITNESS:  It is a mixture
9    exposure.  Some people were exposed to a
10   mixture of dicamba and glyphosate.      02:47
11   Others might have been exposed to a
12   mixture of dicamba with something else,
13   but it says the major chemical classes
14   included Banvel and Target, and it
15   refers to these two as major and being a      02:47
16   mixture of dicamba and glyphosate.
17   BY MR. LASKER:
18      Q.  Banvel and Target do not have
19   glyphosate in them, do they?
20      MS. FORGIE:  Objection.  Asked and      02:47
21   answered.
22      You can answer it again.
23      THE WITNESS:  The way it states it
24   dicamba is a major chemical class,
25   includes Banvel and Target and a mixture      02:47

Page 262

```
 1        of dicamba and glyphosate.  That's what
 2    I said.
 3    BY MR. LASKER:
 4        Q.  So is it your understanding and the
 5    basis of your expert report that Banvel and    02:47
 6    Target include glyphosate?
 7            MS. FORGIE:  Objection.  Object to
 8        the form.  Asked and answered.  You're
 9        badgering the witness.  This is
10        completely unfair.                         02:47
11            I'll let you answer it again.
12            THE WITNESS:  What I said is that
13        dicamba is a major chemical class and
14        what they refer to here is that dicamba
15        wasn't dicamba alone, but it was under     02:47
16        this rubric of dicamba G exposed.  They
17        subsumed multiple agents that were mixed
18        with dicamba.
19    BY MR. LASKER:
20        Q.  McDuffie provides an analysis in       02:48
21    her expert report.  I'm not sure that fully
22    answered on the last question but I'm going
23    to move on so I can get through this
24    deposition for now at least.
25            McDuffie provides an analysis on       02:48
```

Page 263

```
 1    Table 8, I believe, of exposures based upon
 2    days, less than two days or more than two
 3    days for purposes for glyphosate; correct?
 4        A.  Yes.
 5        Q.  You do not cite to this analysis,      02:48
 6    unless I missed it, anywhere in your expert
 7    report; correct?
 8        A.  I think I'm referring to it in my
 9    Bradford Hill analyses.  Yes.  However, the
10    effect as to --                                02:49
11        Q.  Can you show me where you are?
12        A.  Yes.  Page 23.  Bradford Hill
13    evaluations.
14            However, the effect estimates for
15    longer or more extensive use in several        02:49
16    studies were larger between two and three,
17    and that includes this estimate.
18        Q.  So if you were referring to this at
19    page 23, you would need to refer to the
20    McDuffie paper?                                02:49
21        A.  Yes.
22        Q.  You do not in your discussion of
23    the McDuffie paper --
24        A.  Point that out.
25        Q.  Point that out; correct?              02:49
```

Page 264

```
 1        A.  I guess I didn't.
 2            MS. FORGIE:  When you get to a good
 3        breaking point, let's take a short
 4        break, please.
 5            MR. LASKER:  Okay.  Let's just get     02:50
 6        through this.
 7            MS. FORGIE:  That's fine.
 8    BY MR. LASKER:
 9        Q.  In your opinion, does this analysis
10    on Table 8 of less than or equal to two days   02:50
11    versus greater than two days provide
12    evidence of a dose response for glyphosate?
13        A.  This is not supposed to give a dose
14    response.  This is an analysis where you're
15    trying to separate out people who are          02:50
16    completely unexposed to this agent and
17    people who had minimal exposure versus
18    reasonable exposure two days per year.  And
19    in doing so, you can actually see that
20    there's very little confounding due to any     02:50
21    other variable because for minimal exposure
22    the effect estimate is 1.  So even if I
23    would compare as done in De Roos, the people
24    with more than two days of exposure to the
25    people of less than two days, I would still    02:51
```

Page 265

```
 1    get the same kind of effect estimate.
 2        Q.  I'm not sure I got the answer to my
 3    question, though.
 4            In your opinion, does the analysis
 5    that McDuffie provides in Table 8 of less      02:51
 6    than or equal to two days' exposure versus
 7    greater than two days, in your opinion, does
 8    that provide evidence of a dose response for
 9    glyphosate?
10            MS. FORGIE:  Objection.  Object to     02:51
11        the form.  Also asked and answered.  She
12        just answered that.
13            You can answer it again.
14            THE WITNESS:  The intent of this
15        analysis is not dose response.  The        02:51
16        intent of this analysis is to
17        distinguish between types of people who
18        use and did not use glyphosate.
19    BY MR. LASKER:
20        Q.  And do I understand correctly then     02:51
21    that you do not interpret the data reported
22    in this table as providing evidence of a
23    dose response?
24            MS. FORGIE:  Objection.  Asked and
25        answered.                                  02:51
```

Page 266

1    You can answer it again.
2        THE WITNESS:  I see this as an
3    indicator that a better exposure
4    assessment that defines glyphosate use
5    not as ever/never which is the worst or    02:51
6    the most simple category you can get but
7    as a reasonable amount, more than two
8    days per year, we don't know how many
9    days those are, but that that category
10   provides you with some indication that     02:52
11   there is an effect.
12   BY MR. LASKER:
13       Q.  So I think I understand you, but I
14   just want to make sure that I'm clear.  Am I
15   correct then in my understanding that you do    02:52
16   not interpret the data on Table 8 in
17   McDuffie as presenting evidence of a dose
18   response glyphosate and non-Hodgkin's
19   lymphoma?
20       MS. FERGIE:  Objection.  Object to    02:52
21   the form.  Also asked and answered.
22       You can answer it again.
23       A.  There's no formal analysis of a
24   dose response.  However, the more than two
25   days per year category suggests that there    02:52

Page 267

1    is a dose effect.
2    BY MR. LASKER:
3        Q.  And so I get your opinions because
4    that what we're here for.  In your opinion,
5    does the data presented on Table 8 for    02:52
6    glyphosate provide evidence of a dose
7    response for glyphosate and non-Hodgkin's
8    lymphoma?
9        MS. FERGIE:  Objection.  Asked and
10       answered.  This is the fifth time.    02:53
11       You can answer it again.
12       A.  So, again, this is not a formal
13   dose response analysis, but it is a very
14   clever analysis and one that I really enjoy
15   looking at because, first of all, they are    02:53
16   splitting up people who don't use glyphosate
17   and then the group of people who do use it
18   and the casual users, whether -- versus the
19   more frequent or more intense users, and in
20   that sense, you can say that at the higher    02:53
21   doses there is actually an effect.
22   BY MR. LASKER:
23       Q.  Okay.  I'm still trying to get an
24   answer to this question because I don't
25   think I have it.    02:53

Page 268

1        In your opinion, does the data
2    presented in Table 8 in the McDuffie paper
3    provide evidence of a dose response for
4    glyphosate and non-Hodgkin's lymphoma?
5        MS. FORGIE:  Objection.  I object    02:53
6    to the form, and especially I object to
7    the fact that she's answered this five
8    or six times now.  Again, you're
9    badgering the witness just because you
10   don't like the answer.    02:54
11       You can answer it again.
12       THE WITNESS:  Okay.  So clever
13   analysis, splitting up unexposed and
14   exposed, selecting out people who are
15   maybe occasional users, looking at those    02:54
16   who have probably regular intense use.
17   Among those with regular and intense
18   use, we see an effect for glyphosate.
19   BY MR. LASKER:
20       Q.  That wasn't my question.  My    02:54
21   question is:  Does this data in Table 8 from
22   McDuffie, in your opinion, present evidence
23   of a dose response for glyphosate?
24       MS. FORGIE:  Objection.  Asked and
25       answered.    02:54

Page 269

1        THE WITNESS:  I have criteria for
2    those response.  You may have your own.
3    In this case, there is a high use of
4    glyphosate associated clearly with an
5    odds ratio of 2.12 with NHL.    02:54
6    BY MR. LASKER:
7        Q.  Does this Table 8 in the McDuffie
8    meet your criteria to be interpreted as
9    providing evidence of a dose response for
10   the glyphosate in non-Hodgkin's lymphoma?    02:55
11       MS. FORGIE:  Objection.  Asked and
12       answered.
13       THE WITNESS:  This results provides
14   evidence that with intensity and
15   frequency, whatever this means, two days    02:55
16   per year, there is indeed an effect for
17   glyphosate compared to people who are
18   using either none or using occasionally
19   less than two times a year.
20       MR. LASKER:  I'm going to mark this    02:55
21   answer, and again, I'm going to ask the
22   question again because I still don't get
23   answers to my questions.
24   BY MR. LASKER:
25       Q.  Based upon your criteria, whatever    02:55

Page 270

1  criteria you use in your professional work,
2  does the data presented in Table 8 in the
3  McDuffie paper provide evidence of a dose
4  response effect for glyphosate in
5  non-Hodgkin's lymphoma?                    02:55
6      MS. FORGIE:  Objection.  This is,
7  like, the eighth time you've asked the
8  same exact question, and she's answered
9  it seven or eight times.  This is really
10  badgering the witness.  I'm going to let    02:55
11  her answer it one more time.
12      THE WITNESS:  I just repeat myself.
13  We are distinguishing unexposed people
14  from irregular users, minimal users, and
15  regular users.  In the regular use         02:56
16  group, we see an effect.
17      MR. LASKER:  Okay.  Mark that
18  answer.
19      Let's take a break.
20      THE VIDEOGRAPHER:  We are off the    02:56
21  record at 2:56 p.m.
22      (Recess taken from 2:56 p.m. to
23  3:13 p.m.)
24      THE VIDEOGRAPHER:  We are back on
25  the record at 3:13 p.m.               03:13

Page 271

1  BY MR. LASKER:
2      Q.  Dr. Ritz, we were talking about
3  Table 8 in the McDuffie paper, and I'm
4  correct, am I not, that the McDuffie paper
5  does not provide any analysis of the       03:13
6  intensity of the exposures to glyphosate in
7  this population; correct?
8      MS. FORGIE:  Object to form.
9      THE WITNESS:  That is incorrect.
10  They are actually distinguishing between    03:14
11  irregular and regular users, and in the
12  category of regular users, they see an
13  increased risk.
14  BY MR. LASKER:
15      Q.  So regular users is greater than    03:14
16  two days per year; correct?
17      A.  Yes.
18      Q.  So if somebody were to use
19  glyphosate for a half-hour in the spring in
20  the driveway and then a half-hour in the    03:14
21  fall and another half-hour in the summer,
22  that would be three times a year, and they
23  would be greater than two days a year;
24  correct?
25      A.  I don't venture to say that because  03:14

Page 272

1  they're measuring here in days, and when I
2  do my pesticide studies, we actually ask how
3  many hours per day, and then we average
4  across to come to eight-hour workday and add
5  all of that up.  How they exactly did that    03:14
6  is not described here, but that's how we
7  would do it.
8      Q.  Okay.  But you don't know how the
9  investigators in this study calculated day
10  of exposure; correct?                    03:15
11      MS. FORGIE:  Objection.  Asked and
12  answered.
13      THE WITNESS:  These investigators
14  give you a more than two day per year
15  category, and I imagine they did this in    03:15
16  order to distinguish between irregular
17  users who they classify as more than
18  zero and less than two days.
19  BY MR. LASKER:
20      Q.  My question, though, is these       03:15
21  investigators do not indicate and you don't
22  have any information as to how they
23  determine a day of exposure; correct?
24      MS. FORGIE:  Objection.  Asked and
25  answered.                            03:15

Page 273

1      You can answer it again.
2      THE WITNESS:  These investigators
3  asked people to report occupational
4  exposures, and when you ask about
5  occupational exposures, you usually        03:15
6  refer to a workday.  So I would
7  interpret this as two workdays per year.
8  BY MR. LASKER:
9      Q.  Okay.  So your interpretation --
10  it's not set forth in the study, but your    03:15
11  interpretation of this table is that greater
12  than two days means a full two-day -- each
13  day would be a full workday of exposure?
14      MS. FORGIE:  Objection.  Asked and
15  answered.  Also mischaracterizes her       03:16
16  testimony.
17      THE WITNESS:  I, as a pesticide
18  exposure assessment epidemiologist,
19  would specifically ask people to report
20  how many hours, how many days, how many    03:16
21  weeks, how many years they would be
22  having used these specific agents and
23  then categorize it according to the days
24  or hours or years.
25  ///

Page 274

1    BY MR. LASKER:
2        Q.  I understand what you would do.
3    That's not my question.  I'm trying to find
4    out what McDuffie and her group did.
5        They do not state in their paper --    03:16
6    they do not define a day as being an
7    eight-hour exposure day, do they?
8        MR. FORGIE:  Objection.  Asked and
9    answered.
10        THE WITNESS:  I have to check.    03:16
11    They actually asked extensive questions
12    including histories, pesticide spill,
13    protective equipment, et cetera.  So
14    given that they asked all this, and they
15    were after workplace exposures, I would    03:17
16    interpret this as two workdays.
17    BY MR. LASKER:
18        Q.  McDuffie does not, anywhere in this
19    paper, state that they define a day as a
20    workday of exposure, do they?    03:17
21        MS. FORGIE:  Objection.  Asked and
22    answered.  She just testified as to
23    exactly how she interprets that meaning.
24        MR. LASKER:  Okay.  That's not the
25    question I asked.  I'll ask the question    03:17

Page 275

1    again.
2        MS. FORGIE:  Yes, it is.
3    BY MR. LASKER:
4        Q.  McDuffie and her investigators in
5    this published paper never state that they    03:17
6    defined a day of exposure as a full workday
7    of exposure; correct?
8        MS. FORGIE:  Objection.  Asked and
9    answered.  You're badgering the witness.
10    She's already told you how she    03:17
11    interprets it.
12        You can answer it again.
13        THE WITNESS:  Yes, actually they're
14    saying on page 1157, "We created dose
15    response levels based on days per year    03:17
16    of personally mixing or applying
17    selected herbicides, insecticide,
18    fungicides, and fumigants."
19        So days per year of personally
20    mixing or applying, that's workplace    03:18
21    types of exposures.
22    BY MR. LASKER:
23        Q.  I understand, but they don't state
24    a minimum time period in a day for it to be
25    quantified as a day of exposure; correct?    03:18

Page 276

1        MS. FORGIE:  Objection.  Asked and
2    answered.  She's told you exactly two or
3    three times how she interprets that.
4        You can answer it again.
5        THE WITNESS:  I think I answered    03:18
6    it.
7        MS. FORGIE:  You can answer it
8    again.
9        THE WITNESS:  So they are trying to
10    distinguish between regular users and    03:18
11    occupational regular users who are
12    mixing and applying pesticides and
13    people who might be for one day in their
14    life applying glyphosate.
15    BY MR. LASKER:    03:18
16        Q.  Dr. Ritz, let's talk about the
17    North American pooled project analysis by
18    Pahwa in 2015.
19        MS. FORGIE:  Are we putting this
20    away?    03:18
21        MR. LASKER:  For now, yeah.
22    BY MR. LASKER:
23        Q.  And this is analysis which was a
24    pooled analysis of the case control studies
25    that were pooled in De Roos 2003 and also    03:19

Page 277

1    the Canadian case control study that was
2    analyzed by McDuffie; correct?
3        A.  Can I have the exhibit?
4        Q.  Sure.
5        A.  Thank you.    03:19
6        Q.  This is 19-16.
7        (Exhibit Number 19-16 was
8    marked for identification.)
9        THE WITNESS:  It's called the North
10    American Pooled Project.  On page 5, we    03:19
11    see that it is encompassing those
12    states, yes.
13    BY MR. LASKER:
14        Q.  And this is the analysis at that
15    2015 ISEE conference that you cite to in    03:19
16    your expert report; correct?
17        A.  Yes.
18        Q.  When did you -- you provided this
19    slide deck or at least it was provided to us
20    as an additional material considered after    03:20
21    your rebuttal expert report.
22        When did you first see this slide
23    deck?
24        A.  I saw it after the deposition of
25    Dr. Blair, and there was reference to this.    03:20

Page 278

1    Q.  Did you -- had you seen this slide
2  deck prior to the time you prepared your
3  initial expert report in this case?
4    A.  No.
5    Q.  Okay.  And I take it you saw it        03:20
6  then sometime before you reviewed the
7  rebuttal -- I'm sorry, before you prepared
8  your rebuttal exert report, your second
9  expert report?
10    A.  Yes.                    03:20
11    Q.  Have you read Dr. Neugut's
12  deposition?
13    A.  Yes.
14    Q.  Did you see this slide deck before
15  you read Dr. Neugut's deposition or after?   03:20
16    A.  I wouldn't be able to tell.
17    Q.  So may have been before or may have
18  been after, you're not sure?
19    A.  I don't know.
20    Q.  If I can refer you to page 10 of     03:21
21  this presentation, the NAPP presentation,
22  they provide data or odd ratios for their
23  ever/never analysis both overall for the
24  glyphosate and non-Hodgkin's lymphoma and
25  also for various subtypes of NHL; correct?   03:21

Page 279

1    A.  Correct.
2    Q.  And they have two analyses that
3  they present in this table.  Their odds
4  ratio A which is adjusted for age, sex,
5  state, province, emphatic or hematopoietic   03:21
6  cancer in a first-degree relative, use of a
7  proxy respondent, and use of personal
8  protective equipment; correct?
9    A.  Yes.
10    Q.  And then odds ratio B would adjust   03:22
11  for those factors just listed and also
12  adjusts for 2,4-D, dicamba and malathion;
13  correct?
14    A.  Correct.
15    Q.  For the ever/never analysis of the   03:22
16  pooled data from the U.S.-based and
17  Canadian-based case control studies, when
18  adjusted for the use of 2,4-D, dicamba and
19  malathion, they report an odds ratio of 1.13
20  with a confidence interval of 0.84 to 1.51;  03:22
21  correct?
22    A.  Yes.
23    Q.  And for their various subtypes of
24  non-Hodgkin's lymphoma, in their adjusted
25  model adjusting for the use of 2,4-D,        03:22

Page 280

1  dicamba, and malathion, they report varying
2  odds ratios, one of which is below 1, three
3  of which are above 1, but all of which are
4  not statistically significant; correct?
5    A.  Well, I wouldn't evaluate this        03:23
6  according to statistical significance
7  especially in a subgroup analysis where I'm
8  splitting the data in this way.  The way I
9  would evaluate it is whether there's
10  considerable change in effect estimates and  03:23
11  width of the confidence interval.
12    Q.  Okay.  So follicular lymphoma for
13  their odds ratio that's adjusted for the use
14  of 2,4-D, dicamba, and malathion, they find
15  an odds ratio of 0.69; correct?             03:23
16    A.  That's what they state, yes.
17    Q.  And that was a reduction in the
18  odds ratio when they adjusted for these
19  exposures to other pesticides; correct?
20    A.  Correct.                  03:23
21    Q.  For diffuse large B cell lymphoma
22  when they adjusted for 2,4-D, dicamba, and
23  malathion, they report an odds ratio of
24  1.23.  That's not statistically significant;
25  correct?                        03:24

Page 281

1    MS. FORGIE:  Objection.  I object
2  to the form.
3    MR. LASKER:  That's fine.
4    THE WITNESS:  That's an odds ratio
5  that's lower than 1.6 and the confidence     03:24
6  interval includes the 1.
7  BY MR. LASKER:
8    Q.  Okay.  So when they adjusted for
9  the use of 2,4-D, dicamba, and Malathion,
10  their odds ratio for diffuse large B cell    03:24
11  lymphoma went down and was no longer
12  statistically significant; correct?
13    MS. FORGIE:  Objection.  Object to
14  the form.
15    THE WITNESS:  It fluctuated.  It        03:24
16  went from 1.6 to 1.23, but the
17  confidence interval basically
18  overlapping.
19  BY MR. LASKER:
20    Q.  And for the odds ratio with         03:24
21  adjustment for 2,4-D, dicamba, and
22  Malathion, the confidence interval went from
23  .81 to 1.88 including a null hypothesis of
24  1.0; correct?
25    A.  Including the null value in a       03:24

Page 282

1  formal statistical test.
2      Q.  And SLL, I knew I was going to get
3  to this one.  What does SLL stand for?
4      A.  Small lymphocytic lymphoma.
5      Q.  For that odds ratio there is not a     03:25
6  meaningful change when they adjusted for
7  exposures to other pesticides; correct?
8          MS. FORGIE:  Objection.  Object to
9  the form.
10         THE WITNESS:  It almost -- it      03:25
11 basically stays the same.  The
12 confidence interval widens as one would
13 expect when you put additional variables
14 in a model.
15 BY MR. LASKER:                    03:25
16     Q.  And then for the other category you
17 have an odds ratio that drops from 1.66 to
18 1.51 with adjustments for 2,4-D, dicamba,
19 and Malathion, and that adjusted odds ratio
20 is 0.87 to 2.6 which includes the null value   03:25
21 of 1.0; correct?
22         MS. FORGIE:  Object to the form.
23         THE WITNESS:  Well, the odds ratio
24 changes from 1.66 to 1.51 which is
25 almost the same.  And as I stated      03:26

Page 283

1      before, the confidence intervals widen
2  when you add other variables into the
3  model, and it does include null to null
4  value.
5  BY MR. LASKER:                    03:26
6      Q.  And in your original expert report
7  before you had seen this data, you had
8  discussed the fact that the Pahwa NAPP data
9  should be considered in conducting any
10 meta-analysis of the website data; correct?   03:26
11         MS. FORGIE:  Object to the form.
12         THE WITNESS:  Where is that stated?
13 BY MR. LASKER:
14     Q.  That is on page 16, 15 and 16,
15 where you're talking about the NAPP data.   03:26
16 And, first of all, just to be clear, in your
17 expert report for the NAPP data you are
18 reporting data that is not adjusted for
19 exposures to 2,4-D, dicamba, and Malathion;
20 correct?                          03:27
21     A.  I have to go to the abstract to
22 confirm that.
23         So what's the question?
24     Q.  In your expert report before you
25 had seen the data adjusted for exposures to   03:27

Page 284

1  2,4-D, dicamba, and Malathion, you had
2  suggested that the NAPP data had not been
3  included in the meta-analysis that had been
4  performed for glyphosate and non-Hodgkin's
5  lymphoma; correct?                  03:27
6      A.  That is correct.  They have not
7  been included anywhere, and that's what this
8  sentence says.
9      Q.  And under the methodology that both
10 Chang and Delzell used and that the IARC    03:28
11 scientists used in conducting their
12 meta-analyses, when there was a subsequent
13 pooled analysis of case control data, they
14 included that subsequent study, and they
15 removed the earlier studies from their      03:28
16 meta-analysis; correct?
17         MS. FORGIE:  Object to the form.
18         THE WITNESS:  That would usually be
19 how you do it.
20 BY MR. LASKER:                    03:28
21     Q.  And in both the Chang and Delzell
22 meta-analysis and the analysis that IARC did
23 with its working group for their
24 meta-analysis, they used the odds ratios
25 that were -- where they had them that were   03:28

Page 285

1  adjusted for exposures to other pesticides;
2  correct?
3      A.  I think they did, but can you show
4  me where that's stated.
5      Q.  In your expert report actually at   03:29
6  page 16.  We went through that earlier.
7      A.  Okay.
8      Q.  Correct?
9      A.  Yes.
10     Q.  If we were to conclude the NAPP    03:29
11 data into the meta-analysis using the
12 methodology that was used by Chang and
13 Delzell and using the methodology that was
14 used by IARC, we would use the odds ratio
15 for the NAPP of 1.13; correct?       03:29
16         MS. FORGIE:  Object to the form.
17         THE WITNESS:  No.  This is not a
18 valid model in my mind because you have
19 to show me that 2,4-D, dicamba, and
20 Malathion are actually related to      03:29
21 glyphosate use and also are independent
22 risk factor for NHL.  So if you're
23 telling me dicamba is an independent
24 risk factor for NHL, then yes.  Also it
25 should be removed.                03:30

1     Also I would not accept this model
2 because we would not want to adjust for
3 the use of proxy respondents or personal
4 protective equipment because those two
5 variables are indicators for exposure     03:30
6 mismeasurement.  You cannot adjust a
7 model for exposure mismeasurement.
8 These are confounded and shouldn't be in
9 the models.
10 BY MR. LASKER:                              03:30
11     Q.  I understand, and I'm going to get
12 to your opinions about the NAPP and how they
13 did their analysis.  The IARC in conducting
14 its meta-analysis did not reach any
15 conclusions with respect to the individual  03:30
16 studies as to whether or not they found
17 those studies to be internally valid;
18 correct?  They just used the data that was
19 presented?
20     A.  I don't --                          03:30
21         MS. FORGIE:  Object to the form.
22         THE WITNESS:  I don't believe that
23     IARC would use estimates that they don't
24     believe are valid.  I wouldn't.
25 ///

1 BY MR. LASKER:
2     Q.  In their methodology the both for
3 the IARC meta-analysis and for the NAPP,
4 they used the data point presented in each
5 of the studies that were available for      03:31
6 glyphosate and non-Hodgkin's lymphoma;
7 correct?
8     A.  That's how you conduct
9 meta-analysis.
10     Q.  They did not exclude any of the     03:31
11 analyses; correct?
12         MS. FORGIE:  Object to the form.
13         THE WITNESS:  They did not exclude
14     one of the studies.
15 BY MR. LASKER:                              03:31
16     Q.  And they did not -- so for their
17 purposes -- and I understand you will have
18 your own interpretation how you do a
19 meta-analysis when we talk about that in a
20 moment, but following their methodology, if 03:31
21 this study was available to them, they would
22 use as they did with every other study what
23 was reported as the most adjusted odds ratio
24 which in this case was reported as 1.13;
25 correct?                                     03:31

1         MS. FORGIE:  Object to the form.
2         THE WITNESS:  I don't want to
3 venture into what people would be doing
4 if.  I would not recommend to use this
5 preliminary data that has obvious          03:32
6 problems to replace studies that have
7 been published and peer-reviewed.
8 BY MR. LASKER:
9     Q.  I'm sorry.  This is the data except
10 for the fact that we now have adjusted odds 03:32
11 ratios which you had not seen when you
12 prepared your expert report.  This is the
13 same NAPP analysis that you had put forth as
14 a basis for your expert opinion; correct?
15         MS. FORGIE:  Objection.            03:32
16     Mischaracterizes her report.
17         THE WITNESS:  I have not used these
18     slides.  I have used an abstract.
19 BY MR. LASKER:
20     Q.  But it was an abstract that         03:32
21 resulted in the presentation at the exact
22 same conference where the abstract was
23 presented, and this is -- the exhibit we
24 have, 19-16, is a presentation that went
25 along with that abstract at that conference; 03:32

1 correct?
2         MS. FORGIE:  Object to the form.
3     Mischaracterizes.
4         THE WITNESS:  When we are
5     scientists to present results, we        03:32
6     sometime like to present results that
7     are provocative and also have
8     discussions.  So I would consider this
9     one of those slides where we can then
10     discuss how to run the analysis one way  03:33
11     or another.
12         These kind of discussions often
13     feed into final analyses that are
14     published in the literature because the
15     authors then are aware of criticism from 03:33
16     the scientific community.  That's the
17     whole reason to present these.
18 BY MR. LASKER:
19     Q.  I'm just a little confused now
20 because prior to seeing this data adjusted   03:33
21 for the pesticides, you were opining, and
22 you had earlier in this deposition I
23 thought, that the NAPP data presented at
24 Brazil at that ISEE conference should be
25 considered as part of the analysis of the    03:33

Page 290

1   epidemiologic literature, didn't you?
2      A.  The abstract I saw, yes.  But I'm
3   not referring to this table.
4      Q.  Okay.  So while you believe that
5   the NAPP data that was prepared and        03:33
6   presented in a one-paragraph abstract for
7   this presentation should be considered, you
8   do not believe that it would be appropriate
9   to consider the full data that was actually
10  presented at that conference because it is   03:34
11  preliminary; is that correct?
12     MS. FORGIE:  Object to the form.
13     THE WITNESS:  So any data that we
14  are presenting and not putting into a
15  paper version is preliminary including      03:34
16  the abstract that went to this
17  conference.  The only reason why I like
18  the abstract is because it referred to
19  existing data, existing studies that I
20  had read that I understood.  The            03:34
21  methodology and the way they were
22  performed.  However, when we are
23  presenting tables at conferences, what
24  we are doing is allowing input into
25  analyses from a scientific audience that    03:34

Page 291

1   is informed.  That's what this table is
2   all about, and had I been there, I would
3   have made comments about this kind of
4   table.
5   BY MR. LASKER:                             03:35
6      Q.  I just want to be clear now if I
7   understand your position.  Is it your
8   position, then, that the NAPP data is too
9   preliminary to be considered as part of an
10  expert analysis, or is it your opinion that  03:35
11  the NAPP data in that came out
12  before this conference should be considered
13  but that the data presented at the
14  conference should not?
15     MS. FORGIE:  Objection.              03:35
16  Mischaracterizes her testimony.
17     THE WITNESS:  It's all the same
18  data.  It's just a question of which
19  analyses you believe more or not.
20  BY MR. LASKER:                             03:35
21     Q.  And is it my -- is it your
22  testimony then that while you believe in the
23  data that was presented in the abstract and
24  you think that should be considered as
25  reliable evidence, epidemiological evidence  03:35

Page 292

1   for glyphosate and non-Hodgkin's lymphoma,
2   you do not believe that the data that was
3   actually presented at that conference should
4   be considered as reliable evidence, separate
5   epidemiological evidence regarding          03:35
6   glyphosate and NHL?
7      MS. FORGIE:  Object to the form.
8      THE WITNESS:  Again, I want to say
9   the same data.
10  BY MR. LASKER:                             03:36
11     Q.  So in your expert report, you
12  stated that we should consider the NAPP data
13  in our analysis; correct?
14     A.  Yes.
15     Q.  Okay.  And so it's fair to say that  03:36
16  you also agree that we should consider the
17  data that was actually presented from the
18  NAPP in its conference in our analysis;
19  correct?
20     MS. FORGIE:  Object to the form.       03:36
21     THE WITNESS:  That's different.
22  The data, the way it's presented,
23  contains a lot of what we would call
24  sensitivity analyses and ways of
25  presenting the data that I would as a        03:36

Page 293

1   reviewer agree or not agree with.
2   BY MR. LASKER:
3      Q.  And am I correct in my
4   understanding that your concern with respect
5   to presenting the data from the NAPP for --  03:36
6   as compared to data that controls for 2,4-D,
7   dicamba, and Malathion versus data that does
8   not control for 2,4-D, dicamba, and
9   Malathion, that you believe it is more
10  reliable to look to the data that does not    03:37
11  control for 2,4-D, dicamba, and Malathion?
12     MS. FORGIE:  Object to the form and
13  object to mischaracterizing her
14  testimony.
15     THE WITNESS:  I never talked about   03:37
16  reliability.  That's not at issue here.
17  What is at issue is validity of the
18  model, and I disagree with the validity
19  of this model, and I would suggest
20  additional sensitivity analyses          03:37
21  concerning this.
22  BY MR. LASKER:
23     Q.  And am I correct in my
24  understanding that -- well, let me ask this:
25  Do you have concerns of the validity of the  03:37

Page 294

1  NAPP model for all of the data presented or
2  only for the data presented that adjusts for
3  exposures to 2,4-D, dicamba, and Malathion?
4      MS. FORGIE:  Object to the form.
5      THE WITNESS:  I have validity          03:37
6  concerns about this one table, and I
7  would like to see additional analyses
8  before I would make up my mind.
9  BY MR. LASKER:
10     Q.  Do you have validity concerns for     03:38
11 the data presented in the abstract that you
12 relied upon in your expert report before you
13 saw this data?
14     A.  The validity concerns are not
15 considering the data.  The validity concerns   03:38
16 are with respect to this one subanalyses
17 that I consider a sensitivity analysis.
18     Q.  Which subanalyses are you talking
19 about?
20     A.  The one adjusting for three          03:38
21 additional pesticides.
22     Q.  So that's -- so I understand.  So
23 you do not have -- I'm just making sure I
24 understand this.  You do not have validity
25 concerns with respect to the NAPP data that    03:38

Page 295

1  does not adjust for dicamba, 2,4-D, and
2  Malathion; is that correct?
3      MS. FORGIE:  Object to the form.
4      THE WITNESS:  I have validity
5  concerns about this whole table as I          03:38
6  just told you because I would suggest
7  that, first of all, proxy respondents
8  and personal protective equipment should
9  not be entered in the model to begin
10 with.                                        03:38
11 BY MR. LASKER:
12     Q.  That information, and I'll just --
13 I don't have time to go through this, but if
14 that information was in the abstract that
15 they controlled for that, would you have      03:39
16 concerns with the data and the information
17 presented in the abstract that you relied
18 upon in your original expert report?
19     MS. FORGIE:  Object to the form and
20 also asked and answered.                     03:39
21     You can answer it again.
22     THE WITNESS:  I can only refer to
23 this table in front of me that states
24 very clearly what they adjusted for, and
25 I would have asked as a conscientious         03:39

Page 296

1  reviewer to remove these two variables
2  and tell me whether it makes a
3  difference.
4  BY MR. LASKER:
5      Q.  And do you have greater concern for   03:39
6  the validity of the odds ratios that adjusts
7  for 2,4-D, dicamba, and Malathion than for
8  the odds ratios that do not?
9      MS. FORGIE:  Objection.  Object to
10 the form.  Asked and answered.              03:39
11     You can answer it again.
12     THE WITNESS:  That's a question I
13 cannot answer because I don't know what
14 the results would be if we did this
15 differently.                                03:39
16 BY MR. LASKER:
17     Q.  Okay.
18     A.  And that's what we do in
19 epidemiology.  We try all sorts of things
20 and see how the data behaves.               03:39
21     Q.  Okay.  For the analysis for
22 duration of exposure and days of exposure,
23 the NAPP basically had data on duration --
24 if you look at page 7.
25     A.  Page 7?                              03:40

Page 297

1      Q.  Yeah.
2      A.  Oh, yeah.
3      Q.  So the duration and frequency and
4  lifetime days analysis for the NAPP is drawn
5  from the Nebraska and the Canadian case      03:40
6  control data because we don't have all -- we
7  don't have the full data for Iowa,
8  Minnesota.  We don't have any data for
9  Kansas to conduct those analyses; correct?
10     MS. FORGIE:  Object to the form.      03:40
11     THE WITNESS:  If those Xs mean
12 there's no data, then that seems to be
13 the case.
14 BY MR. LASKER:
15     Q.  Okay.  If we can go then to         03:41
16 page 26, and I want to start just with the
17 first column which is proxy and
18 self-respondents, and we'll talk about the
19 self-respondents only in a second.  But for
20 the -- they provide information in this      03:41
21 table for frequency with respect to days per
22 year, duration, and also lifetime days;
23 correct?
24     A.  Yes.
25     Q.  And when we do the frequency        03:41

Page 298

1  analysis -- and this is not particularly
2  surprising since the Canadian case control
3  study was a large driver of this -- we have
4  a somewhat similar finding to what is
5  reported in the McDuffie paper; correct?    03:42
6        MS. FORGIE:  Object to the form.
7        THE WITNESS:  Frequency more than
8  two days per year and odds ratio of 1.73
9  or 1.77 counts as similar to 2, yes.
10 BY MR. LASKER:                              03:42
11   Q.  For duration -- so it's a different
12 measure -- correct? -- of how many years
13 they actually used glyphosate; correct?
14   A.  Yes.
15   Q.  McDuffie does not provide any        03:42
16 indication of the duration of use in her
17 analysis in her study; correct?
18        MS. FORGIE:  Object to the form.
19        THE WITNESS:  She doesn't provide
20 tables.  That doesn't mean that they        03:42
21 didn't have it.  Did they have it?
22 BY MR. LASKER:
23   Q.  In the McDuffie paper?
24   A.  No.  In the data.
25   Q.  They did have it in the data, yes.   03:42

Page 299

1   A.  Yes.
2   Q.  But in the McDuffie paper they
3  don't report duration; correct?
4   A.  No.
5   Q.  When they look at that data for      03:42
6  duration, we find that there is a lower
7  incidence of NHL with a, at least
8  numerically, with greater duration of use of
9  glyphosate; correct?  Goes from either 1.28
10 to 0.94 or 1.17 to 0.78; correct?          03:43
11   A.  There's basically no difference.
12   Q.  When we look at lifetime days, so
13 this is actually figuring out the total
14 amount of exposure that an individual in the
15 study would have -- correct? -- that last   03:43
16 category?
17   A.  It's not the total amount.  It's
18 duration times intensity, and that could be
19 seven years used minimally or -- and that
20 would give you a seven or seven days used at  03:43
21 the two workdays per year as we discussed.
22 We don't know.
23   Q.  Just to be clear because your
24 answer had the word "seven years," and I
25 want to make sure we understand this.  The   03:44

Page 300

1  lifetime days analysis is less than seven
2  days in a lifetime of exposure to glyphosate
3  or greater than seven days of exposure to
4  glyphosate in the lifetime; correct?
5        MS. FORGIE:  Object to the form.     03:44
6        THE WITNESS:  What they call
7  lifetime days is similar to pack years.
8  So it's a product of the number of years
9  times the days per year.
10 BY MR. LASKER:                              03:44
11   Q.  And when they did this analysis
12 using that same McDuffie data and also the
13 Nebraska data was added to it, and they
14 looked at total lifetime days of exposure to
15 glyphosate and they looked at that higher    03:44
16 category, the highest category they reported
17 of greater than seven lifetime days of
18 exposure to glyphosate, they had an odds
19 ratio of either 1.08 or 1.06 for glyphosate
20 and non-Hodgkin's lymphoma; correct?        03:44
21   A.  They call it lifetime days, but
22 it's not days in a lifetime.  It's this
23 product of years times number of days per
24 year; so it's more like a pack year, and I'm
25 not surprised because duration, number of    03:45

Page 301

1  years, had no effect.  So if you're using
2  duration as number of years, you are very
3  likely to wipe out any intensity effect.
4   Q.  Well, the intensity just to be
5  fair, the duration would include all the    03:45
6  days within each year -- the lifetime days
7  has both factored into it.  It has the days
8  per year, and it has the duration of time;
9  correct?
10        MS. FORGIE:  Objection.  Object to   03:45
11 the form.
12        THE WITNESS:  It's not correct
13 because number of days per year has two
14 categories.  It has the greater than
15 zero and less than two which we agreed      03:45
16 on were the occasional users and then
17 the two or more or better two -- more
18 than two.  So when you're calculating
19 number of years times number of day per
20 year, you're actually mixing a lot of       03:45
21 different things together.  It's a
22 really bad measure.  So if you don't
23 believe it is duration low level chronic
24 exposure, if you think it's intensity,
25 you have to have a high level of            03:46

Page 302

1    exposure, then lifetime days is really
2    not a good measure.
3    BY MR. LASKER:
4        Q.   Is it your opinion that there could
5    be intense exposure to glyphosate that is          03:46
6    less than seven days of exposure in a
7    lifetime?
8        A.   Yes.
9        Q.   And, in your opinion, when you look
10    at this analysis --                                03:46
11        A.   It's not seven days per lifetime.
12    It's seven lifetime days as defined by this
13    product.
14        Q.   Okay.  And you would agree that
15    when this data is analyzed for pack year          03:46
16    type analysis or lifetime days analysis,
17    there's no indication of any greater risk of
18    non-Hodgkin's lymphoma in the group that has
19    the greater than seven days lifetime
20    exposure; correct?                                03:47
21        MS. FORGIE:  Object to the form.
22    Mischaracterizes her testimony.
23        THE WITNESS:  Well, lifetime days
24    seem to be a measure that doesn't show a
25    dose response here.  However, frequency          03:47

Page 303

1    of years -- days per year which is not
2    really a frequency but an intensity,
3    seems to have an effect.
4    BY MR. LASKER:
5        Q.   And your belief that this is an          03:47
6    intensity is based upon your understanding
7    of what a day of exposure means?
8        A.   Correct.
9        MS. FORGIE:  Objection.
10    BY MR. LASKER:                                    03:47
11        Q.   And for day of exposure, would that
12    be different -- defined differently for a
13    lifetime day, each day and that day of
14    exposure as compared to a frequency day?
15        MS. FORGIE:  Object to the form.             03:47
16        THE WITNESS:  So these frequencies
17    go from zero to who knows what; correct?
18    Number of days per year.  And when you
19    multiply those by years, then you could
20    have very high intensity days with a low         03:48
21    number of years landing in the lower
22    category, or you could have the
23    opposite.  So there's a lot of potential
24    for exposure misclassification in terms
25    of who's a regular user and who is not.          03:48

Page 304

1    BY MR. LASKER:
2        Q.   And without knowing more about how
3    a defined exposure for frequency days, there
4    could be exposure misclassification
5    throughout this entire analysis in duration,      03:48
6    in frequency, and in lifetime days; correct?
7        MS. FORGIE:  Object to the form.
8        THE WITNESS:  Well, duration is
9    defined as duration, but we don't know
10    what the intensity is.  So that would            03:48
11    just be a measure of duration.  It could
12    be a very low intensity; it could be a
13    very high intensity.  It's just
14    duration.
15        On the other hand, frequency which           03:48
16    I call intensity in this case
17    distinguishes the high use from the low
18    occasional use.  There's no duration in
19    this.  We can only assume how it relates
20    to duration, but they're not showing us          03:49
21    data that relates frequency and
22    duration.  And then this made-up
23    lifetime days is a product of years,
24    number of years times number of days per
25    year.  So a product of the two above.            03:49

Page 305

1    And the one with the larger span will
2    weight the other to nothing or to
3    whatever that is.
4        So what we're seeing in duration
5    year gets reflected in lifetime years            03:49
6    only in lifetime years it's even more
7    misclassified because it mixes intensity
8    with duration.
9    BY MR. LASKER:
10        Q.   At the time you prepared your           03:49
11    original expert report in this case, were
12    you aware of the fact that the NAPP had
13    conducted this further analysis of duration
14    and lifetime days exposure to glyphosate?
15        MS. FORGIE:  Object to the form.            03:49
16        THE WITNESS:  At what time?
17        MS. FORGIE:  Asked and answered.
18    BY MR. LASKER:
19        Q.   At the time you prepared your
20    expert report in this case.                      03:49
21        A.   I hadn't seen this.
22        Q.   Okay.  Also on this page there is a
23    sensitivity analysis for proxy respondents,
24    use of proxy respondents; correct?
25        A.   You mean the same table?                03:50

Page 306

1    Q.  Yes.
2        A.  The same table distinguishes
3    between proxy and self and self-respondents.
4    So it's not really a stratified analysis.
5    It's a sensitivity analysis.                03:50
6        Q.  Right.  That's what I said.  It's a
7    sensitivity analysis; correct?
8        A.  Yeah, yeah.
9        Q.  When they conducted their
10   sensitivity analysis, they found that for    03:51
11   the never/ever category the odds ratio for
12   self-respondents only for glyphosate and
13   non-Hodgkin's lymphoma and all of the case
14   control studies pooled in North America,
15   U.S. and Canada, was 0.95 with a confidence  03:51
16   interval of 0.69 to 1.32; correct?
17       A.  That's what they're reporting.
18       Q.  And that is, in fact, the -- if
19   we're looking at the -- just a second.
20   Okay.  Let's talk about the Eriksson paper.  03:52
21       Let's change.  I'm sorry.  I got
22   this note.  I just completely ignored it.
23       THE VIDEOGRAPHER:  This marks the
24   end of videotape number 3 in the
25   deposition of Dr. Beate Ritz.  We're off   03:52

Page 307

1    the record at 3:51 p.m.
2        (Recess taken from 3:51 p.m. to
3    4:02 p.m.)
4        THE VIDEOGRAPHER:  We are back on
5    the record at 4:02 p.m.  This marks the     04:03
6    beginning of videotape number 4 in the
7    deposition of Beate Ritz.
8    BY MR. LASKER:
9        Q.  Dr. Ritz, I'd like to direct you to
10   Exhibit 19-7, which is the Eriksson study.   04:04
11   I just have a few questions.
12       MS. FORGIE:  Do we have it?
13       MR. LASKER:  She's got it.
14   BY MR. LASKER:
15       Q.  We previously discussed the fact     04:04
16   that --
17       MS. FORGIE:  Hold on a second.
18       MR. LASKER:  Let's go off the
19   record.
20       THE VIDEOGRAPHER:  We're off the        04:04
21   record at 4:03 p.m.
22       (Recess taken from 4:03 p.m. to
23   4:03 p.m.)
24       THE VIDEOGRAPHER:  We are back on
25   the record at 4:03 p.m.                      04:04

Page 308

1    BY MR. LASKER:
2        Q.  Dr. Ritz, we were talking about the
3    Eriksson study.  I think earlier we
4    established that the only odds ratio in this
5    paper or the only table that includes odds   04:04
6    ratios in this paper that were adjusted for
7    the pesticide exposure is table 7 where the
8    multi-variate analysis is presented on
9    page 1661; correct?
10       A.  Yes.                                 04:05
11       Q.  Now, when you look at the other
12   odds ratios in these other tables that are
13   not adjusted for other pesticide exposures,
14   virtually every odds ratio for every
15   compound and every chemical that is analyzed  04:05
16   is reported at above 1.0; is that correct?
17       A.  That's a very simplified statement
18   because a lot of the odds ratios are right
19   around 1.
20       Q.  Virtually every single one of the    04:05
21   odds ratios that are reported in this paper
22   are above 1.0; correct?
23       MS. FORGIE:  Object to the form.
24       THE WITNESS:  Again, there are lots
25   of odds ratio hover above 1.  There are      04:05

Page 309

1    odds ratio below 1, and there are odds
2    ratios above 1, and there are lots of
3    analyses that are including the same
4    subjects.  So if you want to do odds
5    ratio counting, you need to discount the     04:06
6    ones that are using the exact same data
7    on the exact same people.
8    BY MR. LASKER:
9        Q.  Correct.  And when you do that, the
10   vast majority of these odds ratios reported  04:06
11   in Eriksson are above 1.0; correct?
12       MS. FORGIE:  Object to the form.
13       THE WITNESS:  Again, that's not how
14   I look at this.  I look at this as odds
15   ratios reported for different agents for     04:06
16   different purposes.  One is a yes/no,
17   ever/never.  Other purposes are
18   intensity or duration measures, and
19   splitting up groups into less and higher
20   intensity, you can see how nicely dose       04:06
21   response patterns are starting to
22   emerge.  And the lower odds -- the lower
23   exposure odds ratios usually include a
24   close to 1, and the confidence intervals
25   include 1.                                   04:07

Page 310

BY MR. LASKER:
Q. Let me ask you this question generally: If you have a case control study, and you are -- I think you refer to this in your expert report at page 8 when 04:07 you're talking about the fact that the De Roos 2003 study had odds ratios below 1 and above 1. And one of the things you stated there is that if you have odds ratios in a case control study for multiple agents and 04:07 they're all above 1, you would have a concern for -- about recall bias; is that correct?
MS. FORGIE: Object to the form.
BY MR. LASKER: 04:07
Q. And you can look at page 8 on your expert report.
A. Where is it?
Q. At the very top you stated, "If recall bias existed, you would expect all 04:07 pesticides reported to show an association with the outcome and not just one among many since the tendencies to recall better and more exposures than controlled would not be expected to be specific to one chemical." 04:08

Page 311

Correct?
A. Yes.
Q. So if you have all chemicals in a study where you have elevated odds ratios, one of the things you would be concerned 04:08 about, in general, is the possibility of recall bias; correct?
MS. FORGIE: Object to the form.
THE WITNESS: In general, if it's all chemicals, yes, but in this study I 04:08 see a lot of odds ratios that are around 1 or even below 1 reported, and many of the odds ratios are duplicate analyses in terms of a dose response. So there's an analysis of an ever/never, and then 04:08 for the same people we are now categorizing them in several categories to explore a dose response.
In that case I would expect that the overall estimate is somewhere a 04:09 weighted average of the categories that I'm looking at. And in many cases you can see that the specificity increases. That's why we do this. So the specificity of exposure increases with 04:09

Page 312

intensity or duration of use, and that's informative. When it doesn't, then it actually dissuades me that this agent is actually contributing.
BY MR. LASKER: 04:09
Q. Dr. Ritz, if you look at Table 5 in the Eriksson study which looks at insecticides total, DDT, mercurial seed dressing, pyretrine, other, every single odds ratio reported in that table is above 04:09 1; correct?
MS. FORGIE: Object to the form.
THE WITNESS: The confidence intervals, many of them include the 1, and it is a table of subtypes meaning 04:10 we're now going into very, very small subgroups with very low exposures. So essentially a lot of these estimates are non-informative.
BY MR. LASKER: 04:10
Q. Let's skip over to --
A. And some are actually below 1. Clearly below 1.
Q. Let's skip over to the De Roos 2005 cohort study. First of all, I'd like to 04:10

Page 313

mark as --
MS. FORGIE: Are we putting this away?
MR. LASKER: Yeah.
MS. FORGIE: Thank you. 04:10
MR. LASKER: So this is 19-17.
(Exhibit Number 19-17 was marked for identification.)
BY MR. LASKER:
Q. Dr. Ritz, this is a slide deck that 04:11 unfortunately we received in this form. It's a little bit difficult to read, but this is a slide deck you produced to us in response to our document subpoena.
I take it this is a slide deck 04:11 you've used in training in teaching of your class; correct?
A. Yes.
Q. And the glyphosate case control studies that we've been discussing are what 04:11 are called retrospective in that they take individuals with NHL or without NHL, and then they look back in time and ask them about their prior exposures; correct?
MS. FORGIE: Object to the form. 04:11

1  THE WITNESS:  They are case control
2  studies in which cases and controls
3  report their lifetime use of pesticides.
4  BY MR. LASKER:
5  Q.  So retrospective analyses; correct?    04:12
6  MS. FORGIE:  Object to the form.
7  THE WITNESS:  It's not an analysis
8  that's retrospective.  It's the exposure
9  assessment that's retrospective.
10 BY MR. LASKER:                             04:12
11 Q.  So the exposure amendment in the
12 case control studies are retrospective;
13 right?
14 A.  Correct.  Not always.  In this one.
15 In these because they're questionnaire     04:12
16 based.  They're case control studies that
17 follow records, and they not retrospective.
18 Q.  In the case control studies, is it
19 your testimony that there are glyphosate
20 case control studies that are not          04:12
21 retrospective in their gathering of exposure
22 data?
23 A.  Not in the literature that I
24 reviewed.
25 Q.  Okay.  Strike that.  Or don't        04:12

1  strike that.  Let me just make clear.  In
2  the literature you reviewed, in the case
3  control studies you reviewed for glyphosate,
4  are all of those containing exposure
5  information retrospective?                  04:12
6  MS. FORGIE:  Object to form.  Asked
7  and answered.
8  You can answer it again.
9  THE WITNESS:  They had
10 questionnaire that were sent out to         04:13
11 cases and controls asking them about
12 lifetime exposure.  In that sense it's a
13 retrospective exposure assessment.
14 BY MR. LASKER:
15 Q.  And it is true as you teach your      04:13
16 students -- and this is on page 2.  It's the
17 top slide on the right -- that retrospective
18 often is considered a less reliable design
19 in an epidemiologist study; correct?
20 MS. FORGIE:  Object to the form.       04:13
21 THE WITNESS:  Well, that is a very
22 broad statement.
23 BY MR. LASKER:
24 Q.  I'm just asking about the statement
25 you make in your slide presentation --     04:13

1  A.  Where is it?
2  Q.  -- to your students.  It is the top
3  slide on the left on page 2.  "Retrospective
4  is often considered a less reliable design."
5  Is that correct?                          04:13
6  A.  Yes.  And that does not refer as a
7  judgment to case control studies but to the
8  term "retrospective," and this is not to say
9  that it really is a lesser way and a less
10 reliable design.  That's why it's in quotes.   04:14
11 This is to stimulate my students to think
12 about the advantages of this kind of
13 exposure assessment.
14 Q.  And on page 5 in your slide deck
15 for your students in the top right for     04:14
16 discussing cohort studies, you state that
17 cohort studies are generally most accepted
18 in scientific community; correct?
19 A.  Again, that is to stimulate
20 discussion about is that really a criterion   04:14
21 we should be using as epidemiologists even
22 if the scientific community equates cohort
23 studies with higher study quality.  One of
24 the things I do in my class is I start with
25 this where there is that validity ranking     04:14

1  highest to lowest, and I try to debunk it.
2  Q.  And just to be clear, the "this"
3  because that won't be on the record, you
4  start on page 1 with your Table 1, which is
5  a listing of validity ranking from highest    04:15
6  to lowest, and this is, I take it, what is
7  generally presented in the scientific
8  literature as the ranking of study designs
9  by validity; correct?
10 A.  Correct.                             04:15
11 MS. FORGIE:  Object to the form.
12 THE WITNESS:  Well, this is how
13 many people think about epidemiologic or
14 medical trials and designs, yes.
15 BY MR. LASKER:                          04:15
16 Q.  And in this ranking, randomized
17 clinical trials are the highest, and
18 prospective cohort studies are directly
19 below that; correct?
20 A.  That's correct.                      04:15
21 Q.  And there is a term for "nested
22 case control study."  That is a case control
23 study that is conducted within a cohort;
24 correct?
25 A.  Yes.  Sometimes it's used for       04:15

Page 318

1 population-based case control study as long
2 as you know what the source of controls was.
3    Q.  Okay.  And in this sort of general
4 ranking in the scientific community of
5 design validity, where would a non-nested    04:16
6 case control study fit in this ranking?
7    A.  Right below case control study.
8    Q.  So a case control study would be
9 below nested case control study and above
10 time series analysis?                        04:16
11    A.  Correct.
12    Q.  Okay.  The one cohort study that we
13 have for glyphosate and non-Hodgkin's
14 lymphoma or the one cohort analysis is from
15 the Agricultural Health Study; correct?      04:16
16    A.  Correct.
17    Q.  So let's look to that now.
18    A.  Just for the record, I'm using this
19 to stimulate discussion because I disagree
20 with this ranking presented in Table 1.      04:16
21    Q.  So this is 19-18.
22       (Exhibit Number 19-18 was
23        marked for identification.)
24 BY MR. LASKER:
25    Q.  And for -- so Exhibit 19-18 is the    04:17

Page 319

1 2005 published AHS study of glyphosate by De
2 Roos; correct?
3    A.  Yes.
4    Q.  You mentioned this study in your
5 report at page 21.  You can go to that.  And   04:17
6 you present right above that chart the odds
7 ratio for the De Roos 2005 study for
8 glyphosate and non-Hodgkin's lymphoma as
9 1.2; correct?
10    A.  Yes.                                   04:17
11    Q.  And if you look at De Roos in
12 Table 2 on page 51, the odds ratio that you
13 report in your expert report is the odds
14 ratio that is minimally adjusted, only
15 adjusted for age; correct?                    04:18
16    A.  I report two -- I report 1.2 and
17 next to it the 1.1.
18    Q.  I'm sorry.  Got it.  My mistake.
19       And you mention in your expert
20 report that the confidence interval for the   04:18
21 finding in the De Roos study is wide, 0.7 to
22 1.9, which you describe as a wide confidence
23 interval; correct?
24    A.  Yeah.  And they're exactly the
25 same.                                         04:18

Page 320

1    Q.  And this confidence interval, if
2 you were to calculate the CLR for the De
3 Roos study to measure the width of the
4 confidence interval, for the De Roos study
5 1.9 to 0.7.  That is, again, somewhat below   04:19
6 3; correct?
7    A.  Slightly, yeah.
8    Q.  And that confidence limit ratio is
9 actually narrower than the CLR for the case
10 control studies for adjusted odds ratios      04:19
11 that we've been reporting that we've been
12 talking about; correct?
13       MS. FORGIE:  Object to the form.
14       THE WITNESS:  Again, that's not the
15    only criteria to evaluate statistical
16    significance or confidence interval or     04:19
17    any meaning that these estimates might
18    have.
19 BY MR. LASKER:
20    Q.  I understand.  I'm just trying to      04:19
21 get an understanding in your report
22 you discuss this confidence interval as
23 being wide, and, in fact, this confidence
24 interval is narrower than the confidence
25 interval that appears in the case control     04:19

Page 321

1 studies that we've been discussing; correct?
2       MS. FORGIE:  Object to the form.
3       THE WITNESS:  For a cohort study
4    this is a rather wide confidence
5    interval especially if you look at some     04:19
6    more common cancers.  It should be
7    better.  Yes, the one for all cancer.
8    It's .9 to 1.1.  That's a nice
9    confidence interval.
10 BY MR. LASKER:                                04:19
11    Q.  I understand that.  But I'd like to
12 ask you with respect to the case control
13 studies.  Would it be correct to my
14 understanding that the confidence interval
15 for glyphosate and non-Hodgkin's lymphoma in  04:20
16 the De Roos 2005 study is not wide as
17 compared to the odds ratios for glyphosate
18 and non-Hodgkin's lymphoma reported in the
19 case control studies?
20       MS. FORGIE:  Object to the form.        04:20
21    Asked and answered.
22       You can answer it again.
23       THE WITNESS:  These confidence
24    intervals might be comparable.  However,
25    it's even more important that the          04:20

Page 322

1    confidence interval safely includes the
2    overall meta-analytic point estimate of
3    1.45.
4        BY MR. LASKER:
5        Q.  I'm sorry.  I have no idea what      04:20
6    that is.  It seems like a meta conference
7    interval that was reported by --
8        A.  No, I'm talking about the point
9    estimate falling nicely into this wide
10   confidence interval for NHL.  So this study   04:21
11   does not contradict the meta-analysis.
12   That's what I'm saying.
13       Q.  So the meta-analysis number you're
14   reporting, you're discussing here, is the
15   meta-analysis number from the --         04:21
16       A.  From several --
17       MS. FORGIE:  Wait for the question.
18       BY MR. LASKER:
19       Q.  -- from the IARC meta-analysis and
20   the Chang and Delzell meta-analysis that did   04:21
21   not include the NAPP data; correct?
22       MS. FORGIE:  Object to the form.
23       THE WITNESS:  Yes, that's correct.
24       BY MR. LASKER:
25       Q.  And the De Roos 2005 study in and   04:21

Page 323

1    of itself fair to say does not report a
2    positive association between glyphosate and
3    non-Hodgkin's lymphoma; correct?
4        MS. FORGIE:  Object to the form.
5        THE WITNESS:  A 1.2 to 1.1 is still   04:21
6    a positive association.
7        BY MR. LASKER:
8        Q.  In your opinion, does the De Roos
9    2005 cohort study provide evidence that
10   supports the hypothesis that glyphosate   04:22
11   causes non-Hodgkin's lymphoma?
12       A.  It contributes very little.
13       Q.  Okay.  But that's not quite
14   answering my question.
15       Do you believe that the De Roos      04:22
16   2005 cohort study provides some evidence,
17   even if you think it's little, in favor of
18   an opinion that there's an association
19   between glyphosate and non-Hodgkin's
20   lymphoma?                          04:22
21       MS. FORGIE:  Object to the form.
22   Also, asked and answered.
23       You can answer it again.
24       THE WITNESS:  This study does not,
25   in the way it's reported here and in the   04:22

Page 324

1    way I see these data, does not
2    contribute very much to the discussion.
3        BY MR. LASKER:
4        Q.  Okay.  And the Table 3 analysis, I
5    take it, which sets forth the various risk   04:22
6    ratios based upon two measures of exposure,
7    either cumulative exposure days or intensity
8    weighted exposure days, am I correct in my
9    understanding that you do not believe this
10   data contributes much to the analysis of      04:23
11   glyphosate and non-Hodgkin's lymphoma?
12       MS. FORGIE:  Object to the form.
13   Also, asked and answered.
14       You can answer it again.
15       THE WITNESS:  These tables are much   04:23
16   more complex to analyze because we're
17   now getting into a discussion over
18   appropriate exposure assessment which I
19   don't think is -- the exposure measures
20   that are used here to derive these total   04:23
21   cut points are most likely
22   misclassified.
23       BY MR. LASKER:
24       Q.  Now, these exposure measures are
25   the same exposure measures the Agricultural   04:23

Page 325

1    Health Study has used in numerous different
2    epidemiological studies that were being
3    published at the same time that you were
4    serving on that outside advisory committee;
5    correct?                           04:23
6        MS. FORGIE:  Object to the form.
7        THE WITNESS:  An exposure measure
8    for one pesticide is not exactly the
9    same as an exposure measure for another
10   pesticide, and I think we agreed today   04:24
11   that it depends on when these pesticides
12   were used and where they were used and
13   whether use changed.  There's no other
14   pesticide for which use changed in the
15   same way that I can think of, at least   04:24
16   as for glyphosate, during the general
17   baseline enrollment of these farmers.
18       THE REPORTER:  I'm so sorry.  My
19   computer just rebooted.
20       MR. LASKER:  How much did we miss
21   and what do we have to do?
22       THE REPORTER:  No, I've got it all
23   the writer.  I just need to go off and
24   reboot.
25       MS. FORGIE:  Why don't we take a

Page 326

1  short break.
2      THE VIDEOGRAPHER:  We're off the at
3  4:23 p.m.
4      (Recess taken from 4:23 p.m. to
5  4:47 p.m.)                           04:47
6      THE VIDEOGRAPHER:  We are back on
7  the record at 4:47 p.m.
8  BY MR. LASKER:
9      Q.  Dr. Ritz, we were looking at De
10 Roos 2005.  I'd like to actually direct you   04:47
11 to Table 1 on page 50.
12     A.  Yeah, I'm there.
13     Q.  And that table, at the bottom,
14 presents data from this cohort on
15 co-exposures for glyphosate and other common   04:47
16 pesticides or exposures in individuals not
17 exposed to glyphosate; correct?
18     A.  Yes.
19     Q.  Okay.  And for every pesticide in
20 this cohort, they found that as there was      04:48
21 increased use of glyphosate, there was also
22 increased use of these other pesticides;
23 correct?
24     MS. FORGIE:  Object to the form.
25     THE WITNESS:  I'm confused.  Should   04:48

Page 327

1  I answer.
2  BY MR. LASKER:
3      Q.  Yes.
4      MS. FORGIE:  If you understand the
5  question, you can answer.                     04:48
6      THE WITNESS:  So you're saying
7  there's correlation between pesticide
8  use and the AHS?
9  BY MR. LASKER:
10     Q.  I'm saying that for every pesticide   04:48
11 that they looked at, and there's, I think,
12 ten pesticides listed on Table 1, they found
13 that with glyphosate use and with greater
14 glyphosate use, there was greater use of
15 these other pesticides; correct?             04:48
16     MS. FORGIE:  Object to the form.
17     THE WITNESS:  These pesticides
18 correlate with glyphosate, yes.
19 BY MR. LASKER:
20     Q.  So you have a correlation between   04:49
21 increased glyphosate use and use of these
22 other pesticides; correct?
23     A.  That's how it looks like.
24     Q.  And if I understand correctly, if
25 any of these other pesticides are, in fact,   04:49

Page 328

1  risk factors for NHL, that would introduce a
2  differential confounding so that you'd have
3  a greater confounding of your glyphosate
4  measure with higher glyphosate exposure as
5  compared to lower glyphosate exposure;        04:49
6  correct?
7      MS. FORGIE:  Object to the form.
8      THE WITNESS:  Not necessarily.
9  This really depends on how you look at
10 glyphosate data in terms of, first of         04:49
11 all, is it -- is any of these other
12 pesticides really a -- you said that,
13 NHL risk factor.
14     (Simultaneous cross-talk
15 interrupted by the reporter.)               04:50
16     MS. FORGIE:  Wait, wait.
17     THE WITNESS:  Are they correlated
18 with glyphosate exposure, but then
19 couldn't you imagine that even a true
20 risk factor for NHL that's correlated        04:50
21 with glyphosate has two different
22 meanings.  One, it might be a risk
23 factor that's on its own, but it also
24 could be an indicator for pesticide use,
25 glyphosate, and that's what this is also     04:50

Page 329

1  showing.
2      So all of these pesticides are
3  perfect indicators of glyphosate use.
4  BY MR. LASKER:
5      Q.  Okay.  My question -- I'm going to    04:50
6  try to understand this, your answer, but let
7  me just make sure I understand this.
8      Given this data showing that there
9  is increased correlation between glyphosate
10 exposure and exposure -- strike that.         04:50
11     Given this data that there's an
12 increased correlation with use of other
13 pesticides and glyphosate with increasing
14 use of glyphosate, is one possibility given
15 this data that there is -- if any of these    04:51
16 other pesticides are associated with
17 non-Hodgkin's lymphoma, that there is
18 increased confounding for higher doses of
19 glyphosate exposure?
20     MS. FORGIE:  Object to the form.       04:51
21     THE WITNESS:  So it's not increased
22 confounding.  It's some -- it can be
23 some type of confounding.  It can also
24 be a proxy for the exposure.  It was all
25 highly correlated exposures.  That's the      04:51

Page 330

1      case.  You have to decide whether it's a
2      confounder or a proxy.
3      BY MR. LASKER:
4          Q.  Okay.  And if the pesticides are
5      confounders and we determined that, for the     04:51
6      purposes of this question, that they are
7      independent causes of non-Hodgkin's
8      lymphoma, and you were to compare the odds
9      ratio for glyphosate exposure for the lowest
10     exposed to the highest exposed, you could      04:51
11     have confounding -- if you don't control --
12     adjust for those other exposures, you could
13     have confounding that would inflate the odds
14     ratio for the higher glyphosate exposure as
15     compared to the lower glyphosate exposure.     04:52
16         That's possible; correct?
17         MS. FORGIE:  Object to the form.
18         THE WITNESS:  So confounding is
19     always a possibility especially with
20     highly correlated exposures.  So the           04:52
21     intellectual challenge here is to decide
22     how to treat these variables.  Are they
23     truly confounders in the sense that we
24     are assuming that glyphosate has no
25     effect and all the effect comes from the       04:52

Page 331

1      other pesticide, or are there one or two
2      or three carcinogens, all of them
3      contributing to the risk of NHL, and how
4      do we put those together in a model if
5      we -- if they're highly correlated, we         04:52
6      put them all three in the model, then
7      they will just split variance, and none
8      of them will show anything.
9      BY MR. LASKER:
10         Q.  And if we have that situation, the     04:52
11     real challenge we have, if I understand you
12     correctly, is, let's say, if we have four
13     pesticides, we have glyphosate and we have
14     three other pesticides, and they are often
15     used together, and you have this situation     04:53
16     with a correlated, and you have positive
17     associations popping out with each of the
18     different chemicals, then am I correct in my
19     understanding that it is difficult to reach
20     a determination as to whether all of them      04:53
21     are, in fact, associated with increased risk
22     of NHL or one of them is and which one is;
23     correct?
24         MS. FORGIE:  Object to the form.
25         THE WITNESS:  That's not what I'm          04:53

Page 332

1      saying.  I'm saying that the data and
2      the mass will not help you.  What you
3      have to do is design a study in which
4      you can distinguish between these three
5      exposures -- four exposures, and make up       04:53
6      your mind what to call these individual
7      agents.  Are they truly risk factors
8      increasing the risk of NHL, or are they
9      not.
10         If all four of them are risk            04:54
11     factors, and they are highly correlated
12     so every time one person is exposed to
13     one, they're also exposed to all three
14     others, then you don't have a study that
15     you can actually -- from which you then        04:54
16     can come with a conclusion on one of
17     them.
18         All you can say is all four of them
19     seem to increase risk of NHL.
20     BY MR. LASKER:                                 04:54
21         Q.  And has there been a study, to your
22     mind, that has allowed -- that would allow
23     one to parse that out?
24         A.  Yes.
25         Q.  Which study would that be?             04:54

Page 333

1          A.  That would be the hypothetical
2      study in glyphosate production workers.
3          Q.  I'm sorry.  I misspoke.  My
4      question was:  Has there been, in fact, an
5      epidemiological study conducted that you've    04:54
6      reviewed that would allow you to tease out
7      that fact between the different pesticide
8      exposures?
9          MS. FORGIE:  Object to the form.
10         THE WITNESS:  That depends on which     04:54
11     study we are talking about because
12     confounding is a study-specific issue.
13     So in some studies, one of these
14     pesticides may be a confounder.  In
15     another study, it might not be, and that      04:55
16     would depend on the timing of exposure.
17         So for this study, the AHS where we
18     only have farmers who are coming for a
19     pesticide exam at baseline.  Right?
20     That's how they were enrolled.  They          04:55
21     came to an exam in Iowa or North
22     Carolina to get their pesticide
23     application license.
24         So we know from the beginning that
25     this is a cohort that will have multiple      04:55

Page 334

1    pesticide exposures, and a lot of them
2    will be highly correlated. In other
3    populations, it might not be as much of
4    a problem because certain farmers may
5    just use glyphosate and nothing else.        04:55
6    BY MR. LASKER:
7        Q.  I understand.
8            My question to you, though, is:
9    You've reviewed all the epidemiologic
10   literature; so if there is a study, that's      04:55
11   fine.  You can let me know what study that
12   is.
13           Is there an epidemiological study
14   that you've identified in the literature
15   that allows you to distinguish between        04:55
16   glyphosate and other pesticides that are
17   potentially being used by that population to
18   determine whether all of them are risk
19   factors, one of them is a risk factor, or
20   distinguish between them?        04:56
21       MS. FORGIE:  Object to the form.
22   Also asked and answered.
23       THE WITNESS:  Well, I think the De
24   Roos 2003 study is actually a very good
25   example where even after we adjust for        04:56

Page 335

1    40-some pesticides, the effect of
2    glyphosate is still apparent.
3    BY MR. LASKER:
4        Q.  And is that in the hierarchical
5    regression analysis?        04:56
6        A.  That is in the logistic regression,
7    and I stated before that I do not think that
8    the hierarchical is the way to go for many
9    reasons because it makes all these
10   assumptions about carcinogenicity of        04:56
11   substances we don't know anything about.
12       Q.  Other than De Roos 2003, is there a
13   study that you believe allows you to tease
14   out the effects of glyphosate versus another
15   pesticide to determine which of those are        04:56
16   risk factors and which of those are just
17   correlated?
18       A.  I believe that the Eriksson study
19   also made multiple adjustments and
20   glyphosate survived those, but it is real        04:57
21   study to study.  We could go through all of
22   them.
23       Q.  The De Roos 2005, in their dose
24   response analysis, as they performed their
25   analysis for cumulative exposure days, they        04:57

Page 336

1    reported risk ratios of below 1 for the
2    higher tertiles of exposure for cumulative
3    exposure days and also intensity-weighted
4    exposure days; correct?
5        A.  That's how it looks like.        04:57
6        Q.  The number of days of exposure to
7    glyphosate in the exposed members of the AHS
8    cohort in the highest exposure group was
9    significantly higher than the reported days
10   of exposure to glyphosate in any of the case        04:58
11   control studies; correct?
12       MS. FORGIE:  Object to the form.
13       THE WITNESS:  I'm actually very
14   surprised to see this number.  I can't
15   imagine anybody was spraying glyphosate        04:58
16   on a daily basis for seven years.
17   BY MR. LASKER:
18       Q.  The data in this study for De Roos
19   would span 27 years of potential glyphosate
20   use; correct?        04:58
21       MS. FORGIE:  Object to the form.
22       THE WITNESS:  It would be -- no.
23   It would be use between -- let's see.
24   BY MR. LASKER:
25       Q.  Between --        04:58

Page 337

1        MS. FORGIE:  Wait, let her finish.
2        THE WITNESS:  -- whatever we're
3    assuming is the introduction of
4    glyphosate and the first person in this
5    cohort having used it.  Some of these        04:58
6    farmers -- or actually the bulk of these
7    farmers were less than 45 -- 40 years --
8    50 years of age when they were enrolled.
9    So I don't think they might have used
10   glyphosate -- well, depends on the age        04:59
11   they started farming; right?
12   BY MR. LASKER:
13       Q.  Yes.
14       A.  So it could be 1975 to enrollment.
15   So that would be -- the latest enrollment is        04:59
16   1997; so we have 22 years maximum.
17       Q.  Okay.  And is it your testimony
18   that you believe that the data presented in
19   this table with the maximum, and it is the
20   single maximum exposure of 2,678 days, do        04:59
21   you believe that that data point is
22   incorrect?
23       MS. FORGIE:  Object to the form.
24       THE WITNESS:  I have no idea, but
25   I'm very surprised to see it.  On the        04:59

Page 338

1   other hand, these are farmers who are
2   high intensive users of pesticides; so
3   maybe there's something to it.
4   BY MR. LASKER:
5       Q.  Am I correct that the 2005AHS data    04:59
6   presents data for exposures that are
7   significantly more intense than any of the
8   exposures that are assessed in any of the
9   case control studies that we've talked
10  about; correct?                            05:00
11      MS. FORGIE:  Object to the form.
12      A.  So now we are coming to the
13  exposure assessment that was done in 1993 to
14  1997.  As we know in 1995-'6 there was a big
15  change in glyphosate use due to genetically   05:00
16  modified crops.  So the individuals who were
17  enrolled in 1993 would report general use
18  among farmers where glyphosate is just one
19  among several herbicides; right?  Could be
20  2,4-D.  Could be atrazine, could be all       05:00
21  sorts of thing.  And then we have this big,
22  big switch in 1995, and you're still
23  enrolling these farmers, and now they have
24  started to use modified crops, and they're
25  using glyphosate at a huge amount.  And what  05:00

Page 339

1   you're now having is a situation where you
2   don't know anything about what people in
3   1993 did.  You know who changed in 1995 to
4   glyphosate-intensive farming, but you would
5   not know who was interviewed in 1993 also     05:01
6   changed to glyphosate-intensive farming.
7   You would keep them in the low exposure even
8   though they may have changed to a much
9   higher level.
10      Q.  My question was not that, though;      05:01
11  so let me ask my question again and see what
12  the answer is.  Am I correct in my
13  understanding that the cohort that was
14  analyzed in the De Roos study had
15  significantly more intense exposures both by   05:01
16  cumulative exposure days and to intensity
17  measure to glyphosate than any of the
18  individuals who were assessed in the case
19  control studies we've been discussing?
20      MS. FORGIE:  Object to the form.          05:01
21  Also asked and answered.
22      You can answer again.
23      THE WITNESS:  So I'm having a hard
24  time comparing them because the other
25  studies had more than two days.  That         05:02

Page 340

1   could also be a hundred days; right?  So
2   plus those were days per year.  Here we
3   have a cumulative exposure meaning this
4   could be an average that's actually less
5   than what was reported in the other          05:02
6   studies depending on the number of
7   years.
8   BY MR. LASKER:
9       Q.  The two data points we have from
10  Eriksson, it was ten days -- more than ten    05:02
11  days or less than ten days; correct?
12      A.  Yes, but I'm not sure that it was
13  ten days per year or ten days cumulative.
14      Q.  Okay.  I'll represent, and if I'm
15  wrong, the court will know and everybody      05:02
16  will know that it was ten days cumulative.
17      The NAPP data we just looked at
18  reported seven days cumulative as the cutoff
19  point; correct?
20      MS. FORGIE:  Object to the form.          05:02
21      THE WITNESS:  That was the
22  cumulative, yes.
23  BY MR. LASKER:
24      Q.  So we have a cutoff of seven days
25  cumulative for the NAPP U.S.-based case       05:03

Page 341

1   controls.  We have a cutoff of 10 days
2   cumulative for the Eriksson study, and we
3   have a cutoff in the De Roos 2005 cohort
4   that goes 1 to 20 days cumulative for the
5   low exposure group, 21 days to 56 days for    05:03
6   the mid exposure group, and 57 days to
7   2,678 days in the high exposure group;
8   correct?
9       A.  Correct.
10      MS. FORGIE:  Object to the form.          05:03
11      THE WITNESS:  Over 22 years.
12  BY MR. LASKER:
13      Q.  And my question -- and for the
14  Eriksson study, you'd have that same time
15  period generally, the number of years of      05:03
16  exposure -- of potential exposure; correct?
17      MS. FORGIE:  Object to the form.
18      THE WITNESS:  That was --
19  BY MR. LASKER:
20      Q.  The 2008 study?                       05:03
21      A.  I have to look.  When did they get
22  their cases?  1993?  So it's shorter.  It's
23  actually shorter because the cases were
24  ascertained in the early '90s and these
25  cases were ascertained after.                 05:04

Page 342

1    Q.  And we're not going to go back.  I
2  don't think that's correct, but we'll move
3  on and address that later.
4        The cumulative exposure in the
5  De Roos study, measured in the De Roos study    05:04
6  for glyphosate associated with non-Hodgkin's
7  lymphoma was significantly greater than the
8  cumulative exposure measures in any of the
9  case control studies; correct?
10        MS. FORGIE:  Object to the form.    05:04
11        THE WITNESS:  Again, this is a
12    measure that's cumulative over 22 years,
13    and it is not a measure of intensity.
14  BY MR. LASKER:
15    Q.  Okay.  And the intensity-weighted    05:04
16  exposure days that was presented, that is
17  based upon an analysis of intensity in the
18  AHS that looks at mixing status, application
19  method, equipment repair status, and
20  personal protective equipment; correct?    05:04
21    A.  Yes.
22    Q.  And that is a measure that has been
23  looked at and validated through the
24  De Roos -- through the AHS to try and
25  measure the intensity of exposures not only    05:05

Page 343

1  to glyphosate but to all the pesticides that
2  they analyzed; correct?
3        MS. FORGIE:  Object to the form.
4        THE WITNESS:  What was that.
5  BY MR. LASKER:    05:05
6    Q.  The measure of intensity that the
7  Agricultural Health Study uses is a measure
8  that they have validated not only for
9  glyphosate but for all the different
10  pesticides that they're analyzing; correct?    05:05
11        MS. FORGIE:  Object to the form.
12        THE WITNESS:  They actually did not
13    validate that for all the pesticides.
14    They used two or three pesticides for
15    the validation procedure, and I wouldn't    05:05
16    call that validated because they are
17    only measuring biomarkers over a very
18    short period of time, and they are
19    saying that these short time periods
20    cannot be set to be the same as a    05:05
21    lifetime exposure.
22        In fact, we tried in my own studies
23    for occupational exposures to pesticides
24    to reproduce these intensity measures
25    and compared them with very simple    05:06

Page 344

1    measures.  So we went through all the
2    trouble of weighing in exactly the same
3    way.  We asked the same questions, and
4    it made just about no difference whether
5    you used a very simple measure such as    05:06
6    in Eriksson and Hardell, et cetera, or
7    you used this very complicated measure.
8  BY MR. LASKER:
9    Q.  When you say the measure that was
10  used in Eriksson and Hardell you're assuming    05:06
11  the measure they used because they don't
12  report it in those studies; correct?
13        MS. FORGIE:  Object to the form.
14    Mischaracterizes her prior testimony.
15    Asked and answered.    05:06
16        You can answer it again.
17        THE WITNESS:  No, because what
18    Eriksson describes is very similar to
19    the methods that I know I used.  So we
20    had several measures that we tried with    05:06
21    and without protective equipment, with
22    and without frequency of applications,
23    et cetera.  We are using -- we tried to
24    use everything in the same way as the
25    AHS and going back to fairly simple    05:06

Page 345

1    measures of, you know, how many times
2    per year did you apply, or how many days
3    per year did you apply made no
4    difference.
5  BY MR. LASKER:    05:07
6    Q.  In your discussion of the 2005
7  De Roos dose response analysis in your
8  expert report at page 23, you state that the
9  investigators' decision to conduct their
10  dose response analysis with comparisons only    05:07
11  between low, mid, and high exposure without
12  an unexposed group reduces the exposure
13  contrast between the three dose groups;
14  correct?
15    A.  Where do I say that?    05:07
16    Q.  Page 23.  Right above
17  industry-sponsored studies.
18    A.  Yes.
19    Q.  "This type of approach also reduces
20  any remaining exposure contrast."    05:08
21    A.  Yes.
22    Q.  The exposure contrast, though, in
23  the De Roos study were greater than the
24  contrast between the exposure groups in the
25  McDuffie study and the Eriksson study;    05:08

Page 346

1  correct?
2        MS. FORGIE:  Object to the form.
3        THE WITNESS:  That's an assumption,
4    and the assumption is that there's not a
5    major exposure misclassification in the        05:08
6    way I described before.
7  BY MR. LASKER:
8     Q.  Okay.  This exposure
9  misclassification, to the extent that
10  Eriksson analyzed data exposures going into        05:08
11  the 1990s, if that's the case, they gathered
12  their data after 1997, would that same issue
13  arise with the Eriksson study?
14     A.  If they gathered it after 1997, no,
15  because then they would have actually        05:09
16  already gotten past the change.
17     Q.  Well, they --
18        MS. FORGIE:  Wait.  Let her finish.
19        THE WITNESS:  The problem is that
20    this study had the change happen in the        05:09
21    middle of the enrollment period.
22  BY MR. LASKER:
23     Q.  The Eriksson study would be looking
24  back over time so it would be a
25  questionnaire and be asking about prior        05:09

Page 347

1  exposures over time; right?
2        MS. FORGIE:  Object to the form.
3        THE WITNESS:  It's a case control
4    study so they would ask cases and
5    controls to remember their lifetime        05:09
6    exposure which, by definition, would be
7    prior to the onset of the cancer, yeah.
8  BY MR. LASKER:
9     Q.  So if the Eriksson study is asking
10  that question after 1997 for all past        05:09
11  exposures and using that data for their
12  analysis, would they have the same
13  misclassification problem that you believe
14  exists for the AHS study?
15     A.  No, it would not.        05:09
16     Q.  The -- there has been a further
17  analysis of the Agricultural Health Study
18  data, and you address this in your rebuttal
19  report.  This is the document we received
20  from Dr. Blair presenting data from 2013.        05:10
21        Let me ask first at the time that
22  you prepared your initial expert report in
23  this matter, had you seen that 2013AH
24  analysis?
25     A.  First time I was aware of it was in        05:10

Page 348

1    that attachment to Dr. Blair's statements.
2     Q.  Okay.  But were you -- did you see
3  that attachment -- had you seen that
4  attachment at the time you prepared your
5  initial expert report in this matter?        05:10
6        MS. FORGIE:  Object to the form.
7        THE WITNESS:  I don't believe so or
8    else I would have known because the
9    deposition was after -- when was it?  Do
10    we have a date?        05:10
11  BY MR. LASKER:
12     Q.  We do have a date.  I'll represent,
13  and counsel can correct me if I'm wrong, the
14  deposition was taken before your expert
15  report was submitted.  That doesn't mean you        05:11
16  saw it then?
17     A.  No, exactly.  I don't think I saw
18  any depositions prior to my expert report,
19  so that's fine.
20     Q.  And do you recall whether you saw        05:11
21  the AHS2013 data prior to -- you obviously
22  saw it prior to the time you did your
23  rebuttal report.
24     A.  Yes.
25     Q.  Do you recall if you saw it prior        05:11

Page 349

1    to the time you read Dr. Neugut's
2  deposition?
3        MS. FORGIE:  Object to the form.
4        THE WITNESS:  I really don't know.
5  BY MR. LASKER:        05:11
6     Q.  The 2013 -- why don't we mark that
7  analysis.
8        (Exhibit Number 19-19 was
9        marked for identification.)
10        MS. FORGIE:  Tell me which version
11    you're using.
12        MR. LASKER:  March, 2013.
13        MS. FORGIE:  So the earlier one.
14        MR. LASKER:  The later one.
15        MS. FORGIE:  Oh, the later one, I'm
16    sorry.
17        THE WITNESS:  Are there more than
18    one.
19        MR. LASKER:  There's February and
20    March.  The data doesn't change.        05:12
21        MS. FORGIE:  I object to that
22    comment.  It does change.  You know it.
23        MR. LASKER:  I don't think it
24    changes actually, but maybe I'm wrong.
25  ///

Page 350

1  BY MR. LASKER:
2      Q.  The -- Dr. Blair in his deposition
3  testified that the 2013 data, although for
4  the glyphosate it is reported in a
5  dose-response analysis that includes a never   05:12
6  exposure category and then three exposure
7  categories, he calculated that the
8  ever/never risk ratio for glyphosate and NHL
9  in this 2013 data would be about 0.9.  Do
10  you recall that?                    05:13
11      MS. FORGIE:  Object to the form.
12  Mischaracterizes the testimony.
13      THE WITNESS:  I don't recall that.
14  BY MR. LASKER:
15      Q.  Okay.  Let's look at Dr. Blair's   05:13
16  deposition.  I think we marked it as an
17  exhibit.
18      MS. SHIMADO:  6.
19  BY MR. LASKER:
20      Q.  I'm going to hand it to you.  It's   05:13
21  Exhibit 6 after we find it.
22      And Dr. Blair on page -- it's 172.
23  We're looking at the 2013 cohort study data;
24  correct?
25      MS. FORGIE:  Well, she's not there   05:14

Page 351

1  yet.  She needs some time to read a
2  couple pages before and after, so give
3  her a minute, please.
4      THE WITNESS:  What are we talking
5  about?                          05:14
6  BY MR. LASKER:
7      Q.  On page 172 Dr. Blair is -- I'm
8  asking him some questions about the 2013
9  data.
10      Do you see that?              05:14
11      A.  Yes.
12      Q.  I ask him the question at line 11.
13  "This 2013 cohort study finds no
14  association -- no evidence of association
15  between exposure to glyphosate and   05:14
16  non-Hodgkin's lymphoma; correct?"
17      And Dr. Blair answers, "Correct."
18      Do you see that?
19      A.  Yes.
20      Q.  And then I ask Dr. Blair, "And   05:14
21  based upon the data that's set forth here,
22  if you look at individuals who had no
23  exposure to glyphosate, which is that first
24  row, and you look at the three categories of
25  individuals who did have exposure to   05:14

Page 352

1  glyphosate, if we were to do an ever/never
2  analysis of glyphosate and non-Hodgkin's
3  lymphoma, the relative risk here would be
4  something below 1.0; correct?  About 0.9?"
5      "Answer:  That's a reasonable guess   05:15
6  I think, yes."
7      Do you see that?
8      A.  Yes.
9      Q.  Do you have any reason to disagree
10  that if one were to do an ever/never   05:15
11  analysis of the 2013AHS data for glyphosate,
12  the risk ratio that would be reported would
13  be something on the order of 0.9?
14      MS. FORGIE:  Object to the form.
15      THE WITNESS:  I would have to look   05:15
16  at the data, but, in general, I don't
17  believe any of those analyses because I
18  don't believe the exposure assessment.
19  So it doesn't matter.
20  BY MR. LASKER:                   05:15
21      Q.  I understand that, but let me just
22  make sure I understand and see if you agree
23  with what the numbers would be, and
24  obviously others will decide whether or not
25  those numbers are the -- the significance of   05:15

Page 353

1  those numbers.  But if we were to look at
2  page 34 in the 2013 study for glyphosate, do
3  you see that data?
4      A.  Yes.
5      Q.  And if we were to calculate from   05:15
6  this data an ever/never risk ratio for
7  glyphosate and non-Hodgkin's lymphoma, do
8  you agree with Dr. Blair that the risk ratio
9  would be about 0.9?
10      MS. FORGIE:  Object to the form.   05:16
11  Asked and answered.
12      You can answer again.
13      THE WITNESS:  Again, it would be
14  hovering somewhere around the 1.
15  However, I don't think that these   05:16
16  categories are sufficiently well
17  established to even make this
18  comparison.
19  BY MR. LASKER:
20      Q.  Okay.  But just so the record is   05:16
21  clear, we have the non- -- the never use is
22  the reference of 1.0; correct?
23      A.  That's the reference, correct.
24      Q.  And in the exposure groups, we have
25  odds ratios of either below 1 or just at 1;   05:16

Page 354

```
1   correct?
2         MS. FORGIE:  Object to the form.
3   Asked and answered.
4         You can answer it again.
5         THE WITNESS:  Well, the relative    05:16
6   risks here which they are not odds
7   ratios --
8   BY MR. LASKER:
9         Q.  I'm sorry.
10        A.  -- are actually hovering around the    05:16
11  1.
12        Q.  So the relative risks are either
13  0.8, 0.9, or 1.0 for use of glyphosate as
14  compared to non-use of glyphosate as the
15  data is reported here; correct?    05:17
16        MS. FORGIE:  Object to the form.
17  Asked and answered.
18        You can answer again.
19        THE WITNESS:  Well, the relative
20  risks are rate ratios hover around the 1    05:17
21  and the confidence intervals include the
22  1, but they go out to 1.4.
23  BY MR. LASKER:
24        Q.  The -- in your rebuttal report, you
25  state one of the main concerns you have    05:17
```

Page 355

```
1   about the 2013 analysis relates to the
2   imputation method that was used; correct?
3         A.  That's correct.
4         Q.  And the AHS investigators -- and
5   just to be clear, the issue with the    05:17
6   imputation method is in their second phase
7   of gathering information on pesticide
8   exposures.  They had, I think, 36 percent of
9   individuals who responded to the first
10  survey who didn't respond to the second;    05:18
11  correct?
12        MS. FORGIE:  Object to the form.
13        THE WITNESS:  So the AHS is a
14  cohort study that has, because there's
15  so many people to be interviewed, a long    05:18
16  period of enrollment which is about four
17  or five years.  And by the time the last
18  person was enrolled, they pretty much
19  decided they had to update their
20  exposures because they realized that    05:18
21  exposures change.
22        So in the next phase starting in
23  1999, I believe, through 2003, they
24  tried to recontact all these farmers who
25  they enrolled in the first phase, and    05:18
```

Page 356

```
1         yes, among those that they reached
2   again, that was about 62 percent.
3   BY MR. LASKER:
4         Q.  And because of that, the AHS
5   investigators used an imputation method to    05:19
6   impute what the values would be, the
7   exposure values would be for the individuals
8   who did not respond to the second phase
9   questionnaire based upon the prior
10  information that they had from those    05:19
11  individuals and the information they had
12  from the 60 plus percent of subjects who
13  responded to both questionnaires; correct?
14        MS. FORGIE:  Object to the form.
15        THE WITNESS:  From what I    05:19
16  understand is they basically used the
17  baseline information to impute the
18  follow-up.
19  BY MR. LASKER:
20        Q.  So is it your understanding then    05:19
21  that they did not use data from the 60 some
22  odd percent who responded to both
23  questionnaires --
24        A.  Oh, yes, because they used the
25  baseline for all of them.    05:19
```

Page 357

```
1         Q.  Used that as well to impute for
2   them?
3         A.  Yes.
4         Q.  And the AHS investigators have used
5   that same imputation method for every    05:19
6   pesticide study that they have published
7   that includes data from the phase 2 surveys;
8   correct?
9         MS. FORGIE:  Object to the form.
10        THE WITNESS:  Yes.  They used a    05:20
11  general method of imputation for all
12  pesticides, whether or not these
13  pesticides were actually still in use or
14  not, and whether or not the use changed
15  over time specifically between the first    05:20
16  and the second survey.
17  BY MR. LASKER:
18        Q.  So every publication that has come
19  out of the AHS that looks at pesticides
20  since they've had this phase 2 exposure    05:20
21  information, all of the published studies,
22  all the peer-reviewed published studies from
23  the AHS have used this same imputation
24  method that was used in the 2013 analysis
25  included glyphosate; correct?    05:20
```

Page 358

1    MS. FORGIE:  Object to the form.
2    Asked and answered.  It mischaracterizes
3    her prior testimony.
4        You can answer it again.
5        THE WITNESS:  They used one single    05:21
6    imputation method to apply to every
7    single pesticide whether the pesticide
8    has been banned and supposedly not been
9    used since '72 which is DDT and lindane
10   shortly after, or whether it's a    05:21
11   pesticide that came on the market and
12   went and was gone by 1993 when they
13   started this study or whether it's a
14   pesticide which is unique such as
15   glyphosate that changed use in the    05:21
16   middle of their inrollment period.  And
17   they're using the same method for all of
18   these pesticides.
19   BY MR. LASKER:
20      Q.  Just so I understand, every    05:21
21   publication that's come out of the AHS since
22   the second phase data was incorporated into
23   their analysis, every peer-reviewed
24   published study has made use of this general
25   imputation method that was used in the 2013    05:21

Page 359

1    study; is that correct?
2        MS. FORGIE:  Object to the form.
3    Also asked and answered.  She's answered
4    this twice.
5        You can answer it a third time.    05:22
6        THE WITNESS:  Again, this
7    imputation method is one and the same
8    imputation method for every single
9    exposure, and there are big differences
10   between the exposures, the timing of the    05:22
11   exposure and, therefore, the validity of
12   this method.  So every other paper that
13   comes out has to be judged by how valid
14   this method is, not only for the
15   pesticide but also the outcome.    05:22
16   BY MR. LASKER:
17      Q.  I understand that.  But I just want
18   to make sure that I'm clear that every paper
19   that has come out of the AHS and including
20   all the papers that have been peer-reviewed    05:22
21   and published from the AHS have used the
22   same imputation method that is used in the
23   2013 study; is that correct?
24      MS. FORGIE:  Object to the form.
25      Asked and answered.  She's answered it    05:22

Page 360

1    four times now.
2        You can answer it again.
3        THE WITNESS:  So it's a perfectly
4    fine imputation method for something
5    like DDT that supposedly hasn't changed    05:22
6    since 1972, and it's a perfectly fine
7    method for any pesticide that was
8    discontinued in use since 1993 because
9    what would change over time since 1993?
10   Nothing.  Right?  Because supposedly all    05:23
11   the exposures you could ever have had
12   for this pesticide would have been
13   recorded at baseline.  This is not the
14   case for any exposure that changed and
15   especially not for an exposure that    05:23
16   changed dramatically.  There's only one
17   I'm aware of in this study, and that was
18   glyphosate for which that changed.
19   BY MR. LASKER:
20      Q.  Just so I understand this    05:23
21   correctly, and I think you'll agree with me
22   on this, but I just need to understand this
23   for the record, am I correct that every
24   study that has been published by the AHS,
25   every peer-reviewed published paper from the    05:23

Page 361

1    AHS looking at pesticides since that second
2    survey was conducted has used the imputation
3    methodology that is used in the 2013 study?
4        MS. FORGIE:  Objection.  I object
5    to the form also.  You are badgering the    05:24
6    witness now.  This is the sixth time
7    you've asked the exact same question,
8    the exact same question.
9        MR. LASKER:  And one of these times
10   I'll get an answer.    05:24
11       MS. FORGIE:  Wait.  Don't do that.
12   You've gotten answers.  You're badgering
13   the witness.  I object to that.  Don't
14   do that.
15       MR. LASKER:  Mark the record here.    05:24
16       MS. FORGIE:  Good.  Please do.
17       MR. LASKER:  I'm going to ask it
18   again because it's a pretty simple
19   question.
20   BY MR. LASKER:    05:24
21      Q.  Am I correct -- and it's a question
22   that has a yes or no.  There may be an
23   explanation you want to give afterwards.
24   But it's a yes or no question.  Am I correct
25   that every peer-reviewed publication from    05:24

Page 362

1    the AHS that has come out since that phase 2
2    exposure data was collected has used the
3    same imputation that is used in the 2013
4    study that included the glyphosate data?
5         MS. FORGIE:  Objection.  You are        05:24
6    really badgering this witness.  This is
7    now like the eighth time.  I'm counting.
8    Objection.  Asked and answered.
9         You can answer it again.
10        THE WITNESS:  There is no yes or no      05:25
11   answer to this.  And, also, I don't
12   know.  Because, for example, if you're
13   assessing lindane and DDT, you don't
14   need an imputation method because you
15   have all the data you want which is the   05:25
16   data you collected at baseline.
17        However, for any pesticide still in
18   use where you have no updated pesticide
19   information, you would use this
20   imputation method.  Whether that's an     05:25
21   appropriate method is a totally
22   different question.  For glyphosate, I
23   don't believe so.
24   BY MR. LASKER:
25        Q.  And the AHS investigators actually  05:25

Page 363

1    did a study in which they tried to test
2    their imputation methodology and to look at
3    how well it performed with respect to the
4    different pesticides; correct?
5         MS. FORGIE:  Object to the form.        05:25
6         THE WITNESS:  It was a very special
7    type of pesticide they looked at.  It
8    wasn't glyphosate from what I recall.
9    BY MR. LASKER:
10        Q.  Let me ask you about the study.     05:25
11   Maybe we're not talking about the same
12   study.  The Heltshe study?
13        A.  Yeah, Heltshe.
14        (Exhibit Number 19-20 was
15        marked for identification.)           05:26
16   BY MR. LASKER:
17        Q.  This will be Exhibit 19-20.  This
18   Exhibit 19-20 by Heltshe entitled, "Using
19   Multiple Imputation to Assign Pesticide Use
20   for Non-Responders in the Follow-Up         05:26
21   Questionnaire in the Agricultural Health
22   Study"; correct?
23        A.  Yes.
24        Q.  And in this study, they reported
25   that their imputation methodology, and they  05:26

Page 364

1    report this in their abstract, that the
2    distribution of prevalence and days per year
3    of use for specific pesticides were similar
4    across observed and imputated in the holdout
5    sample.                                    05:26
6         Do you see that?
7         MS. FORGIE:  Take your time.
8    BY MR. LASKER:
9         Q.  It's towards the bottom in the
10   abstract.                                  05:27
11        A.  Oh, in the abstract.
12        Yes, they're using the data to
13   predict the data.
14        Q.  Right.  And what they did in this
15   analysis is they took of the people who had  05:27
16   responded to the second phase, they randomly
17   selected 20 percent of them; correct?
18        MS. FORGIE:  Object to the form.
19        THE WITNESS:  Yes.
20   BY MR. LASKER:                              05:27
21        Q.  And then they used their imputation
22   method to predict what the imputation method
23   would say was the exposure experience of
24   that 20 percent holdout sample; correct?
25        A.  That's correct.                    05:27

Page 365

1         Q.  And they compared that to the
2    actual data because they had actual data
3    from those individuals; correct?
4         MS. FORGIE:  Object to the form.
5         THE WITNESS:  They have actual data   05:27
6    from those individuals that they are
7    putting in the holdout sample, correct.
8    BY MR. LASKER:
9         Q.  And they then used that analysis to
10   check on the accuracy of their imputation   05:27
11   method.  And if you look at figure 2 on
12   page 414, they measure the relative errors
13   on page 414 for -- it's got to be 40 maybe,
14   I didn't count them, but 40 different
15   pesticides starting with methyl bromide on  05:28
16   the top down to coumaphos on the bottom;
17   correct?
18        A.  Yes.
19        Q.  And for each of those pesticides
20   they checked to see how well their          05:28
21   imputation methodology worked; correct?
22        A.  Correct.
23        Q.  And for glyphosate, they found that
24   their imputation methodology worked about in
25   the middle of the pack for all of these     05:28

Page 366

1   specifically identified pesticides as far as
2   how well their imputation methodology works;
3   correct?
4         MS. FORGIE: Object to the form.
5         THE WITNESS: Well, it's not the        05:28
6   middle of the pack. It's in relative
7   error on the left of the zero. So they
8   are underestimating.
9   BY MR. LASKER:
10      Q. But there's also one, two, three,      05:29
11  four, five at the top. I've done the
12  counting. I think there's maybe 17 that are
13  more relative error, maybe 20 that have less
14  relative error. But if you want to do the
15  counting, you can.                            05:29
16      A. But this is a prevalence, and we
17  are talking about a relative error to
18  predict a ever/never, and 75 percent of all
19  people at baseline already reported use. So
20  you can get, you know, this number very       05:29
21  easily just because of the high prevalence.
22      Q. But my question to you is: In this
23  published paper from the AHS in which
24  they're checking the validity of their
25  imputation methodology for the individual     05:29

Page 367

1   pesticides that they were analyzing, they
2   found that glyphosate was about in the
3   middle of the pack for prevalence as far as
4   how well the imputation methodology worked;
5   correct?                                      05:29
6         MS. FORGIE: Object to the form and
7   asked and answered.
8         You can answer it again.
9         THE WITNESS: I don't think this
10  answers to what I've just tried to           05:29
11  explain. They can only use to predict
12  from data they actually have; so we
13  don't still know anything about the
14  people for whom they don't have the
15  follow-up data.                              05:30
16        They are just assuming that those
17  people behaved in the same way as the
18  people they have data for.
19  BY MR. LASKER:
20      Q. I understand.                         05:30
21        And the people they have data for
22  would be people who cover this period that
23  you're concerned about where glyphosate
24  exposure increased. The folks who responded
25  to the second survey and the first survey,   05:30

Page 368

1   that's the hold-out sample; correct? The
2   20 percent?
3         MS. FORGIE: Objection. Object to
4   the form. And asked and answered.
5         You can answer it again.               05:30
6         THE WITNESS: This was done within
7   the 62 percent who answered twice.
8   BY MR. LASKER:
9       Q. Right.
10      A. These 62 percent, as they describe    05:30
11  in here, are actually different in many ways
12  from the 30-some percent that did not --
13  38 percent that did not answer. So they are
14  using the 62 percent who are very different
15  in many ways, and they actually             05:30
16  acknowledging that they're also different in
17  pesticide use to predict what would have
18  happened to 38 percent that did not
19  have that second answer from.
20        It's easy to predict from people       05:31
21  who are answering and are -- and are
22  captured because they want to be captured.
23  They could be younger. They could be more
24  educated. All of that is described in here.
25  So the people, 62 percent is not a           05:31

Page 369

1   representative sample of the 38 percent.
2       Q. Okay. I understand that. That's a
3   different question, but I want to get at
4   this issue of changes in glyphosate use over
5   time.                                        05:31
6         The individuals who responded to
7   the first survey and the second survey would
8   obviously have gone through that period for
9   glyphosate -- correct? -- where there was
10  expanded use?                                05:31
11      A. Only a small number would have gone
12  through -- no. Okay. We have 1993 through
13  1997. So the 62 percent supposedly come
14  from that whole time period; correct?
15      Q. And the second phase because they     05:32
16  responded to the second phase as well.
17      A. Right.
18      Q. So '97 to 2001 as well. So for
19  62 percent, they have exposure data that
20  spans before that first phase period and     05:32
21  then also into the 1990s during that period
22  where glyphosate use was impacted by GMOs;
23  correct?
24      A. So some of these people, at
25  baseline, would have reported use prior to   05:32

Page 370

1    1995, and some would have responded past
2    1995.
3        Q.  And they had that data?
4        MS. FORGIE:  Wait.  Let her finish
5    her answer.                          05:32
6        MR. LASKER:  Well, I mean --
7        MS. FORGIE:  No.  She gets to
8    finish her answer.
9        THE WITNESS:  So some people
10   changed, and other people didn't.  Some  05:32
11   of this error is because some people
12   changed, and it was a very simple
13   change.  So what they're talking about
14   here is a change from yes, no.
15       There's only 25 percent at baseline  05:32
16   who did not report glyphosate use.  So
17   that's the only group that could have
18   actually reported a change.  Everybody
19   else stayed the same if you say yes, no.
20   That tells us nothing about the amount  05:33
21   of use.
22   BY MR. LASKER:
23       Q.  Okay.  Let me just break this down.
24   First of all, in the original phase 1 study,
25   we are looking at exposures over -- for  05:33

Page 371

1    glyphosate, potentially, I think we talked
2    about 20-plus years; correct?
3        MS. FORGIE:  Objection.
4    Mischaracterizes the testimony, and I'll
5    object to the form.                  05:33
6        THE WITNESS:  So potential for
7    exposure.  We really don't know how far
8    it goes back because none of the Eghal
9    study papers actually describe for
10   glyphosate how much in, you know, the  05:33
11   past these people reported use.
12   BY MR. LASKER:
13       Q.  Okay.  And what they're trying to
14   measure in the second phase is how much
15   exposure there was from the end of the first  05:33
16   phase to the second phase -- correct? --
17   which is a much shorter time period?
18       MS. FORGIE:  Objection.
19   Mischaracterizes the study itself.
20       THE WITNESS:  So what they're  05:33
21   trying to do is to update the exposure
22   information.  Of course, the update is
23   much more drastic in terms of amounts
24   that somebody who reported in 1993 still
25   use glyphosate but increased use in 1995  05:34

Page 372

1    enormously and then responds again.
2    Right.
3    BY MR. LASKER:
4        Q.  And so for the 62 percent that
5    responded to the questionnaire, that would  05:34
6    be information that you'd get from their
7    second survey response; correct?
8        MS. FORGIE:  Objection.  Asked and
9    answered and object to the form as well.
10       You can answer again.          05:34
11       THE WITNESS:  You get updated
12   information from these people who
13   respond.  However, to then use that data
14   to predict how many people would use
15   what who did not respond is a big step.  05:34
16   BY MR. LASKER:
17       Q.  And I understand that step, and
18   that's a step that we have for all of the
19   pesticides, but for glyphosate, in looking
20   at the individuals who responded at least  05:34
21   and who had gone through that period of
22   increased use that you're talking about,
23   that introduced whatever error it would
24   introduce into the imputation methodology,
25   and for those people, that error is  05:35

Page 373

1    reflected in Table -- or Figure 2 on
2    page 414; correct?
3        MS. FORGIE:  Objection.  Object to
4    the form.  Also asked and answered.
5    She's answered this question at least  05:35
6    three times.
7        You can answer again.
8        THE WITNESS:  And there are at
9    least two wrong statement here.  First
10   of all, that's not correct for all the  05:35
11   pesticides.  The pesticides that did not
12   have this extreme change don't have this
13   problem.  This problem only has occurred
14   because glyphosate use changed
15   dramatically.                        05:35
16       Second, this imputation method is a
17   method that not only is used for a
18   prevalence of glyphosate yes/no, but to
19   also impute the amount used.  And what
20   they're showing you in this little graph  05:35
21   is just a prevalence yes/no.  That's the
22   least you could do and the least piece
23   of information you can have about this
24   method actually working.
25       Plus it makes the assumption that  05:36

Page 374

1    the 62 percent are representative of the
2    38 percent, and we have to make that
3    assumption, and it's not right.  They're
4    stating that in this paper that it's not
5    correct.                         05:36
6    BY MR. LASKER:
7        Q.  Within the 62 percent that
8    responded when the AHS investigators looked
9    to see for prevalence how well the
10   imputation methodology worked, including the   05:36
11   fact that for those 62 percent, it spanned
12   over that period when glyphosate use was
13   expanding, the -- they found that the error
14   in that 62 percent through the use of that
15   imputation method when they tested it for   05:36
16   glyphosate was somewhere in the middle of
17   the pack for all the pesticides that they
18   analyzed, and that's reflected on Figure 2;
19   correct?
20       MS. FORGIE:  Objection.  Object to   05:36
21   the form.  You're badgering the witness.
22   This is now about the fifth time you've
23   asked that same exact question.
24       You can answer it again.
25       THE WITNESS:  I don't believe you   05:37

Page 375

1    can say that because when you have such
2    a high prevalence of use to begin with,
3    75 percent, then it is like a couple
4    value where you're asking, well, how
5    much agreement is there in a measure   05:37
6    when 98 percent say no, I never used
7    this pesticide, and 2 percent do use it,
8    and then you're, you know, getting --
9    okay, now next time around 4 percent say
10   yes, but the 94 percent or the          05:37
11   75 percent are the overwhelming group
12   that is consistent.
13       So because they already said yes at
14   the baseline, they will consistently be
15   predicted in the future because a yes is   05:37
16   a yes.
17   BY MR. LASKER:
18       Q.  The concern that you are raising
19   now about glyphosate and this imputation
20   methodology is not raised as a concern by   05:37
21   the investigators, Dr. Heltshe and others,
22   who presented the data for their validation
23   study of the imputation method in which they
24   presented glyphosate data along with the
25   other pesticides; correct?              05:38

Page 376

1        MS. FORGIE:  Object to the form.
2        THE WITNESS:  I don't understand
3    this question.  Could you repeat?
4    BY MR. LASKER:
5        Q.  The AHS investigators, including   05:38
6    Dr. Heltshe, conducted a validation test of
7    their imputation methodology in this
8    publication; correct?
9        MS. FORGIE:  Object to the form.
10       THE WITNESS:  What?  A validation   05:38
11   method?  No.
12   BY MR. LASKER:
13       Q.  The investigators of the AHS study,
14   including Dr. Heltshe, published this paper
15   in 2002 presenting their data on how well   05:38
16   the imputation methodology worked through
17   the analyses that they conducted in this
18   paper for various pesticides; correct?
19       MS. FORGIE:  No.  Object to the
20   form.                            05:38
21       THE WITNESS:  This is a 2012 paper.
22   BY MR. LASKER:
23       Q.  Sorry.
24       A.  And they conducted this method
25   under lots of assumptions.  The assumptions   05:39

Page 377

1    they made might be holding for most of these
2    pesticide, but they themselves actually say
3    that certain assumptions might be incorrect,
4    including the missing at random assumption
5    that they're making in this imputation, and   05:39
6    I'm saying that for glyphosate because of
7    the time -- the exposure period change and
8    the huge increase in glyphosate and that
9    happening in the middle of the first
10   enrollment period, this is not the method to   05:39
11   test this.
12       Q.  I understand that that's what
13   you're saying.
14       My question is:  Dr. Heltshe and
15   the other investigators who published this   05:39
16   analysis and presented the data on
17   glyphosate in Figure 2 and also the findings
18   for the other pesticides -- so in glyphosate
19   relative error to be in the middle of the
20   pack, they do not anywhere in this          05:39
21   publication state that this finding for
22   glyphosate alone is not reliable; correct?
23       MS. FORGIE:  Objection.  That's the
24   exact question you just asked twice.
25       She's answered --                05:40

Page 378

1      MR. LASKER: It's not the exact
2  question. You're coaching the witness.
3  You're coaching witness. I'm asking a
4  different question.
5      MS. FORGIE: I'm not coaching the          05:40
6  witness. I object. I object to the
7  form. Asked and answered.
8      You can answer it again.
9      MR. LASKER: I'll ask the question
10  again because I can't imagine how you're     05:40
11  going to remember it at this point.
12  BY MR. LASKER:
13  Q. Dr. Heltshe and her
14  co-investigators who presented this analysis
15  in checking on the validation -- checking on  05:40
16  the imputation methodology that they used
17  and reported the relative errors for all of
18  these various pesticides, including
19  glyphosate, showing glyphosate to be in the
20  middle of the pack for the different          05:40
21  pesticides looked at in the AHS, nowhere in
22  this publication do they state that there is
23  a different concern about glyphosate that
24  should be taken into account in analyzing
25  the results that they present; correct?       05:41

Page 379

1      MS. FORGIE: Objection. Object to
2  the form. Asked and answered.
3      You can answer again.
4      THE WITNESS: These authors
5  investigated lots of pesticides. They        05:41
6  are not making any reference to any
7  single pesticide. They are just
8  treating them as if they are equal in
9  terms of their method.
10  BY MR. LASKER:                               05:41
11  Q. They do not state that their method
12  does not work for glyphosate in this
13  analysis; correct?
14      MS. FORGIE: Objection. Asked and
15  answered.                                    05:41
16      You can answer again.
17      THE WITNESS: In this paper, they
18  are not stating anything specific for
19  any of the pesticides.
20  BY MR. LASKER:                               05:41
21  Q. Well, that's not true. In
22  Figure 2, they have specific information on
23  each of the pesticides. In Figure 1, they
24  report specific information -- or Table 3,
25  I'm sorry. They present specific            05:41

Page 380

1  information for specific pesticides;
2  correct?
3      MS. FORGIE: Objection. It's not
4  appropriate to tell the witness one of
5  her answers is not true.                     05:41
6      Objection. Also object to the
7  form. Asked and answered.
8      You can answer again.
9      THE WITNESS: I may have misspoken.
10  What I tried to do is answer your            05:42
11  questions in terms of whether the
12  authors actually commented on glyphosate
13  being different. They did not comment
14  on these pesticides being one or the
15  other different. They are, of course,        05:42
16  producing all of these data for all of
17  the pesticides they imputed.
18  BY MR. LASKER:
19  Q. And the data that they presented
20  and they decided to present to the world in   05:42
21  this peer-reviewed publication so that
22  people could understand their imputation
23  methodology when they're reading these AHS
24  studies that all now use this imputation
25  methodology, the data they presented showed   05:42

Page 381

1  a relative error for glyphosate that was in
2  the middle of the pack for all the
3  pesticides that they are -- for which
4  they're using the imputation methodology;
5  correct?
6      MS. FORGIE: Objection. You're
7  badgering the witness. You've asked her
8  the same question so many times.
9      You may answer it again.
10      THE WITNESS: I think you don't       05:42
11  understand what I'm getting at, and I'm
12  sorry that I can't express myself in
13  more lay terms or whatever I need to do,
14  but this is not the same as a validation
15  study of the imputation method, and the      05:43
16  authors clearly state that this multiple
17  imputation makes lots assumptions and
18  that, you know, for simplicity of
19  modeling, they only used a single set of
20  observed complete data, et cetera,           05:43
21  et cetera.
22      So it is not -- and they also say
23  that some of these assumptions may not
24  be correct and may have to be updated.
25  ///

Page 382

1    BY MR. LASKER:
2        Q.  Can you point to anything in the
3    published literature, in the AHS website,
4    anywhere, anyone other than you has stated
5    that the imputation methodology that the AHS    05:43
6    study is using is uniquely inappropriate for
7    glyphosate?
8        MS. FORGIE:  Object to the form.
9        THE WITNESS:  Well, I haven't
10   looked; so I don't know.    05:43
11   BY MR. LASKER:
12       Q.  You're not aware of any statement
13   from any of the AHS investigators that the
14   imputation method that they are using for
15   their phase 2 results are not appropriate    05:44
16   for glyphosate; correct?
17       MS. FORGIE:  Object to the form.
18       THE WITNESS:  I don't understand
19   why they should be doing this if they
20   haven't published on glyphosate.    05:44
21   BY MR. LASKER:
22       Q.  Are you aware -- and I deposed
23   Dr. Blair.  In Dr. Blair's deposition when I
24   deposed him, did he at any point state that
25   the imputation method that was being used in    05:44

Page 383

1    the 2013 study was not appropriate for
2    glyphosate?
3        MS. FORGIE:  Object to the form.
4        THE WITNESS:  I can't remember.
5    BY MR. LASKER:    05:44
6        Q.  In the -- in your role on the
7    executive -- I'm sorry.  Not the executive,
8    the external advisory committee for the AHS
9    to the present, have you ever heard anybody
10   say that the imputation method that they're    05:45
11   using for the phase 2 respondents is not
12   appropriate for glyphosate?
13       MS. FORGIE:  Object to the form.
14       THE WITNESS:  This is a 2012 paper.
15   We have not met since they started doing    05:45
16   this.  So nobody could have objected.
17   BY MR. LASKER:
18       Q.  And there is nothing in the draft,
19   the 2013 document that you've reviewed, that
20   includes the glyphosate data that says    05:45
21   anything about the imputation methodology
22   being inappropriate for glyphosate; correct?
23       MS. FORGIE:  Objection to the form.
24   Mischaracterizes the draft manuscript.
25       THE WITNESS:  As far as I know,    05:45

Page 384

1    this manuscript actually does refer back
2    to the imputation method, and there was
3    some back and forth between authors
4    about how to present it.
5    BY MR. LASKER:    05:45
6        Q.  Right.
7        But in that back and forth, is
8    there any specific discussion that for
9    glyphosate the method is not appropriate?
10       MS. FORGIE:  Objection.  Do you    05:46
11   want her to review to find it?
12       MR. LASKER:  If you want to take a
13   break, we can do that.
14       MS. FORGIE:  No, we're not going to
15   take a break.    05:46
16       THE WITNESS:  So am I supposed to
17   look.
18       MR. LASKER:  Let's take a break.
19       MS. FORGIE:  You're not going to
20   look during the break, though.    05:46
21       THE VIDEOGRAPHER:  We're off the
22   record at 5:46 p.m.
23       (Recess taken from 5:46 p.m. to
24   5:54 p.m.)
25       THE VIDEOGRAPHER:  We are back on    05:54

Page 385

1    the record at 5:54 p.m.
2    BY MR. LASKER:
3        Q.  Dr. Ritz, in your role as the chair
4    of the external advisory committee to the
5    AHS, have you spoken with anyone at the AHS    05:54
6    to share the opinion that you've been
7    offering here today that the imputation
8    method that they're using is inappropriate
9    for glyphosate?
10       MS. FORGIE:  Objection.  Asked and    05:54
11   answered.
12       You can answer again.
13       THE WITNESS:  I have not talked to
14   them about glyphosate.
15   BY MR. LASKER:    05:55
16       Q.  In your rebuttal report at page 7,
17   you're talking about -- bottom of page 7,
18   you're talking about the differences between
19   peer-reviewed and unpublished -- a
20   peer-reviewed paper and the unpublished    05:55
21   manuscript for the Agricultural Health Study
22   2013 analysis; correct?
23       A.  I think I do.  Where is it?
24       Q.  Bottom of page 7, continuing to
25   page 8.    05:55

Page 386

1      A.  Oh, yes.
2      Q.  All right.  One of the things that
3  you state is that there is a footnote in the
4  2013 AHS analysis that includes glyphosate
5  that states that numbers do not sum to          05:55
6  totals due to missing data; correct?
7      A.  Correct.
8      Q.  Now, the manuscript that was the
9  2013 draft was subsequently published
10  without herbicide data, so without the          05:55
11  glyphosate data in 2014; correct?
12      A.  There is a 2014 paper, and I went
13  to that, yes.
14      MR. LASKER:  So let's mark that.
15  This is 19-21.                                   05:56
16      (Exhibit Number 19-21 was
17      marked for identification.)
18  BY MR. LASKER:
19      Q.  And 19-21 -- Exhibit 19-21 is the
20  2014 publication that was the subsequent         05:56
21  revisions to the actual -- the 2013 study
22  but without the herbicide data and
23  substituted in fungicide and fumigant data;
24  correct?
25      MS. FORGIE:  Object to the form.            05:56

Page 387

1      THE WITNESS:  This is the
2  insecticide paper.  Fungicide and
3  fumigant, right.
4  BY MR. LASKER:
5      Q.  And if you look at the            05:56
6  corresponding tables in the peer-reviewed
7  published literature -- published study in
8  2014 and you look at the same footnotes that
9  you were looking at in the 2013 study on
10  those same tables, the peer-reviewed          05:57
11  published article in 2014 likewise has the
12  footnote that says that the number of cases
13  do not total -- do not equal the total NHL
14  cases because of missing data; correct?
15      A.  Where is that?                   05:57
16      Q.  If you look at page 6, footnote 2.
17      A.  The subtype, yeah.  The subtypes
18  due to missing data.
19      Q.  If you look at page 10 for the dose
20  response analyses of NHL, in general,         05:57
21  footnote 2, the same statement, "The number
22  of cases do not sum the total number of NHL
23  cases because of missing data"; correct?
24      A.  Yes.
25      Q.  So that statement which appears     05:58

Page 388

1  both in the peer-reviewed published 2014
2  paper and the 2013 draft; correct?
3      MS. FORGIE:  Object to the form.
4      THE WITNESS:  Well, it probably
5  refers to different types of data          05:58
6  because missing data are defined by what
7  you're looking at, and this manuscript
8  looked at the subpopulation of
9  pesticides; so the missing data must be
10  different.                                05:58
11  BY MR. LASKER:
12      Q.  This study looked at some of the
13  same pesticides -- I know that the
14  herbicides are dropped out, but it looked at
15  some of the same pesticides as the 2013     05:58
16  draft; correct?
17      A.  Yes.  It overlaps in terms of all
18  pesticides, but this paper should have less
19  missing data because it dropped out the
20  herbicides.  The missing herbicide data     05:58
21  should not be affecting this.
22      Q.  So is it your testimony, just so I
23  understand, is that you think that the
24  herbicide, there's more missing data for the
25  glyphosate than there were for other        05:59

Page 389

1  pesticides that stayed in the analysis?
2      MS. FORGIE:  Object to the form.
3      THE WITNESS:  That's not what I
4  said.  I said that it's not exactly
5  referring to the same data or missing       05:59
6  data because, by definition, they have
7  to be different.
8  BY MR. LASKER:
9      Q.  Okay.  But the fact that there is
10  missing data noted in the 2013 paper is not   05:59
11  something that will prevent that paper from
12  being published in a peer-reviewed
13  literature; correct?
14      MS. FORGIE:  Object to the form.
15      THE WITNESS:  It depends on what      05:59
16  missing data does, and obviously here
17  nobody in the peer review community
18  thought that it was an issue.
19  BY MR. LASKER:
20      Q.  Okay.  You also state in your      05:59
21  expert report on page 8, you talk about
22  page 19 in the March 15, 2013, draft, and if
23  you can go to that --
24      A.  Well, we --
25      Q.  I'm sorry.  In your rebuttal report   05:59

Page 390

1   on page 8 as another concern that you raise
2   about the unpublished 2013 paper, you point
3   to a comment that appears on page 19
4   about -- in the section that starts
5   "although this is a large prospective study,      06:00
6   there are limitations," and then there is a
7   reference in the 2013 draft that you talk
8   about need to add a paragraph of exposure
9   assessment, discuss the information on our
10  exposure scale in relation to the monitoring     06:00
11  work, discuss the likely magnitude of
12  misclassification and its likely impact on
13  the estimates of relative risk"; correct.
14      A.   Correct.
15      Q.   And you mention this as another         06:00
16  indication of why the 2013 analysis was not
17  something that would have withstood peer
18  review; correct?
19          MS. FORGIE:  Objection.
20          THE WITNESS:  This I cite because        06:00
21  I'm asked to review glyphosate.
22  BY MR. LASKER:
23      Q.   Okay.  You stated that in the next
24  paragraph for the above-stated reasons
25  including the fact that there's this             06:00

Page 391

1   question raised in the draft if you would
2   have pointed out the above-mentioned
3   problems -- and let me make sure, let me see
4   if this is one of them.  This data I had
5   gotten closer to publication.  So let me       06:01
6   first ask this.  The comment that you're
7   pointing out in the March 15, 2013, draft
8   following "although this is a large
9   prospective study," is that a comment that
10  in your mind will lead you to conclude that     06:01
11  this study should not be published in
12  peer-reviewed literature, specifically that
13  comment?
14          MS. FORGIE:  Object to the form.
15  Asked and answered.                             06:01
16      You can answer it again.
17          THE WITNESS:  This statement was
18  specific to glyphosate, not to anything
19  that's published.
20  BY MR. LASKER:                                  06:01
21      Q.   The comment in the draft that
22  you're referring to is not discussing
23  glyphosate; correct?
24          MS. FORGIE:  Object to the form.
25          THE WITNESS:  The comment is            06:01

Page 392

1   probably more general, but my idea is
2   that they took glyphosate out because
3   that was the one that had most of the
4   problems.
5   BY MR. LASKER:                                  06:02
6       Q.   And if you can look at the 2014
7   paper again, and you can go to the very end
8   of the paper on page 15 above the section --
9   above the conclusion, do you see where
10  conclusion is in the same column?               06:02
11      A.   Yeah, uh-huh.
12      Q.   The paragraph above that which
13  starts, "Although this is a large
14  prospective study."
15      Do you see that?                            06:02
16      A.   Yes.
17      Q.   And that is the same language that
18  appeared in the draft in 2013, the same
19  start of that paragraph; correct?
20          MS. FORGIE:  Object to the form.        06:02
21          THE WITNESS:  What was the
22  question?
23  BY MR. LASKER:
24      Q.   The phrase that starts in the
25  peer-reviewed published study, "Although        06:02

Page 393

1   this is a large prospective study" is the
2   same statement that appears in the draft at
3   page 19 where you are mentioning this
4   concern that was being raised -- this
5   comment that was raised in the draft          06:02
6   document; correct?
7           MS. FORGIE:  Object to the form.
8   Misstates the draft.
9           THE WITNESS:  There are two things
10  conflated:  One is the statement that         06:03
11  was commented on, and the other is the
12  comment.
13  BY MR. LASKER:
14      Q.   The comment that you note that
15  appears in the draft of potential limitation  06:03
16  in the 2013 study, that is, in fact,
17  discussed in the peer-reviewed published
18  study in 2014; correct?
19          MR. BAUM:  Object to the form.
20      Again, mischaracterizes the draft.        06:03
21          THE WITNESS:  So, again, the
22  statement I pulled out, I'm referencing
23  this early -- this sentence that starts
24  on this paragraph in order to tell you
25  which comment I'm referring to.  The          06:03

1  comment I'm referring to states, "Need
2  to add a paragraph of exposure
3  assessment, discuss the information on
4  exposure scale in relation to monitoring
5  work, discuss the likely magnitude of          06:03
6  misclassification and its likely impact
7  on the estimates of RR."  None of that
8  could be done in this publication
9  because they're not publishing on
10  glyphosate.                          06:04
11  BY MR. LASKER:
12      Q.  But the comment that they're saying
13  -- the note they're saying about what needs
14  to be added to the manuscript was, in fact,
15  added to the manuscript as it was published      06:04
16  in 2014; correct?  That's what the rest of
17  that paragraph does.  It responds exactly to
18  that comment.
19          MS. FORGIE:  Object to the form.
20          THE WITNESS:  I have --          06:04
21          MS. FORGIE:  Wait.  Also asked and
22  answered.
23          You may answer it again.
24          THE WITNESS:  I can't read it this
25  fast.  I would have to read the whole      06:04

1  paragraph, plus what this statement or
2  this comment requests inserts in the
3  message section, and I haven't reviewed
4  the message section.
5  BY MR. LASKER:                        06:04
6      Q.  In making this criticism in your
7  expert rebuttal report of the 2013 draft, am
8  I correct that you did not compare this
9  comment with what was actually included in
10  the 2014 peer-reviewed published study?      06:04
11          MS. FORGIE:  Object to the form.
12          THE WITNESS:  I would not need to
13  do that because the peer-reviewed study
14  does not address glyphosate, and it is
15  with glyphosate that I have this problem      06:04
16  and not with these other pesticides.
17  BY MR. LASKER:
18      Q.  Okay.  The -- I want to make sure I
19  talked about it.  I think there's one study
20  that I did not talk about.  I don't think      06:05
21  I'm going to have time to go through it in
22  detail, but there was a case control study
23  in France by Dr. Orsi, and that I know you
24  have certain concerns about that I don't
25  think we'll have time to go through in      06:05

1  detail.  But am I correct that that case
2  control population in France, the
3  investigators reported an odds ratio for
4  glyphosate of 1.0 that was not statistically
5  significant?                        06:05
6          MS. FORGIE:  Object to the form.
7          THE WITNESS:  They are reporting
8  that for NHL.  They also had other
9  outcomes for which the odds ratios were
10  slightly different including multiple      06:05
11  myeloma and some sub groups.
12  BY MR. LASKER:
13      Q.  But for NHL in the French case
14  control study, they reported an odds ratio
15  of 1.0; is that correct?              06:05
16      A.  With a wide confidence interval and
17  very few exposed subjects.
18      Q.  Okay.  And then for the NAPP data
19  which would be the pooled data of all the
20  case control studies in Canada and the U.S.      06:06
21  for their ever/never analysis when they
22  adjusted for three pesticides, they reported
23  an odds ratio for glyphosate and
24  non-Hodgkin's lymphoma of 1.13 or for
25  self-respondents only an odds ratio of 0.95;      06:06

1  correct?
2          MS. FORGIE:  Object to the form.
3          THE WITNESS:  I remember that
4  table, and my problem was that self --
5  was excluding the proxies is that you're      06:06
6  actually excluding the sickest
7  individuals who died before they could
8  be interviewed.  So the difference
9  between the two estimates might be that
10  you're actually throwing out the people      06:06
11  who are the sickest.
12  BY MR. LASKER:
13      Q.  Just so I understand for the NAPP
14  data for pooling together all the case
15  control studies in U.S. and Canada control      06:07
16  adjusted for those three other pesticides,
17  the odds ratios and the two ways that they
18  reported it were either 1.13 or 0.95;
19  correct?
20          MS. FORGIE:  Object to the form.      06:07
21  Asked and answered.
22          You can answer it again.
23      A.  Those are reported for models that
24  included three pesticides that I am
25  questioning whether or not they should be      06:07

1    included, and the model that didn't include
2    these pesticides was 1.43 and also for a
3    subgroup analysis with intensity of
4    exposures more than two days per year it
5    actually didn't change at all.          06:07
6          Q.  I understand that you have --
7          MS. FORGIE:  Let me ask a question.
8    How much time do we have left, please?
9          THE VIDEOGRAPHER:  11 minutes.
10         MS. FORGIE:  Okay, so you'll let us    06:07
11   know when seven hours is up, please.
12   BY MR. LASKER:
13         Q.  For the De Roos 2005 cohort study,
14   they reported a never/ever use risk ratio
15   adjusted for other exposures of 1.1;        06:07
16   correct?
17         A.  Yes.
18         Q.  And in the 2013 AHS data the
19   never/ever odds ratio, you said, would be
20   somewhere around 1.0.  Dr. Blair said it    06:08
21   would be around 0.9; correct?
22         MS. FORGIE:  Objection.
23   Mischaracterizes her testimony.
24         THE WITNESS:  So I would not rely
25   on De Roos, and I would not rely on the     06:08

1    new data unless somebody can show me
2    that the exposure assessment for
3    glyphosate was not severely
4    misclassified.
5    BY MR. LASKER:                              06:08
6          Q.  I understand that.  But the odds
7    ratio reported in that data, and I
8    understand you have reasons why you don't
9    want to rely upon that was, according to
10   Dr. Blair, around 0.9 and you agree it's    06:08
11   somewhere around 1.10; correct?
12         MS. FORGIE:  Object to the form.
13   Also asked and answered.
14         You can answer it again.
15         THE WITNESS:  That was my answer.     06:08
16   I don't think I have to repeat myself.
17   BY MR. LASKER:
18         Q.  And for the Swedish study for
19   Eriksson in the multi-regressional analysis,
20   they had an odds ratio of glyphosate        06:09
21   non-Hodgkin's lymphoma of 1.5; correct?
22         MS. FORGIE:  Object to the form.
23         THE WITNESS:  It was about 1.5 in a
24   multi-variated adjusted, yes.  1.53,
25   yes.                                         06:09

1    BY MR. LASKER:
2          Q.  We discussed now there was -- the
3    Cocco study very small.  The Hardell study
4    was very small.  But the four largest study
5    populations then would be that French study,  06:09
6    the NAPP study, the Eriksson study, and the
7    De Roos or the AHS cohort.  Those are the
8    four largest datasets; correct?
9          MS. FORGIE:  Object to the form.
10         THE WITNESS:  Orsi is the wrong one    06:09
11   to mention.  I don't think that Orsi is
12   one we should be looking because the
13   power was very low and it's a case
14   control study that's hospital-based.
15   There are lots of problems with            06:09
16   hospital-based controls.
17   BY MR. LASKER:
18         Q.  Okay.  You would -- and I know you
19   don't agree with -- you have concerns about
20   all of those numbers.  But for all of these   06:09
21   adjusted odds ratios you have as they're
22   reported by the investigators, you have odds
23   ratios that are bordering around 1.0 when
24   adjusted for other exposures to pesticides;
25   correct?                                      06:10

1          MS. FORGIE:  Object to the form.
2    Mischaracterizes the testimony -- the
3    studies.
4          THE WITNESS:  That's not correct.
5    We would have to go study by study.  For    06:10
6    example, 1.35 is not hovering around 1.
7    BY MR. LASKER:
8          Q.  1.13, 1.0, 1.1 --
9          A.  There was a 2 --
10         MS. FORGIE:  Wait, wait.  There's     06:10
11   no question.
12   BY MR. LASKER:
13         Q.  For ever/never use; correct?
14         MS. FORGIE:  Object to the form.
15   Asked and answered.                        06:10
16         THE WITNESS:  Can we go back to De
17   Roos 2003 and check that?
18   BY MR. LASKER:
19         Q.  Let's -- well, the NAPP includes --
20   pools all the data that's in De Roos and in   06:10
21   McDuffie; correct?
22         A.  Well, you asked me about all these
23   substudies before.
24         Q.  In your expert report you discuss
25   biological plausibility; correct?           06:10

Page 402

1    A.  Yes.
2    Q.  And you discuss in there data
3  points for some studies on genotoxicity and
4  oxidative stress; correct?
5    A.  Where's that?              06:11
6    Q.  It's the last page of your expert
7  report, I believe.
8    A.  It's the regular expert?
9    Q.  Yes.
10    A.  The first one.            06:11
11    MR. WISNER:  Second to last page?
12    MR. LASKER:  Yes.
13    THE WITNESS:  Yes.
14    MR. WISNER:  Page 24.
15  BY MR. LASKER:                  06:11
16    Q.  First of all, let me ask you, and I
17  don't know if you've read Dr. Portier's
18  deposition.  He goes through the genotox
19  studies in some detail.  Dr. Portier
20  testified that in his review of all of the   06:11
21  glyphosate studies, he did not find evidence
22  from those studies showing that glyphosate
23  is mutagenic.  Do you agree with his
24  assessment?
25    MS. FORGIE:  Object to the form,   06:11

Page 403

1  and I believe that mischaracterizes the
2  deposition testimony, but you can show
3  her a portion from that.
4    THE WITNESS:  Do you want to show
5  me?                            06:11
6  BY MR. LASKER:
7    Q.  No.
8    MS. FORGIE:  Object to the form.
9    THE WITNESS:  Then I can't comment.
10  BY MR. LASKER:                  06:11
11    Q.  Do you have an independent opinion
12  as to whether or not the glyphosate
13  mutagenicity studies present evidence that
14  glyphosate or glyphosate-based formulations
15  is mutagenic?                  06:12
16    MS. FORGIE:  Object to the form.
17    THE WITNESS:  It has never been a
18    point of discussion.  It's genotoxicity,
19    not mutagenicity.
20  BY MR. LASKER:                  06:12
21    Q.  So sitting here today, do you have
22  any opinion one way or the other as to
23  whether or not glyphosate is mutagenic?
24    MS. FORGIE:  Object to the form.
25    Asked and answered.            06:12

Page 404

1    You can answer it again.
2    THE WITNESS:  It's beside the point
3    because the topic here is genotoxicity
4    and oxidative stress and not
5    mutagenicity.                06:12
6  BY MR. LASKER:
7    Q.  Do you have an opinion as to
8  whether glyphosate is mutagenic?
9    MS. FORGIE:  Objection.  Asked and
10    answered.                    06:12
11    You can answer it again.
12    THE WITNESS:  Mutagenicity is
13    affect in bacteria.  Genotoxicity we can
14    assess in human cells and animals, and I
15    believe that the studies that looked at   06:12
16    genotoxicity showed that there is
17    genotoxicity as I report.
18  BY MR. LASKER:
19    Q.  Do you have any opinion one way or
20  the other as to whether or not glyphosate is   06:12
21  mutagenic?  Yes or no.
22    MS. FORGIE:  Objection.  She
23    doesn't need to give yes or no.  You're
24    badgering the witness.  You've asked her
25    three times now.              06:13

Page 405

1    You can answer it again.
2    A.  I was not evaluating mutagenicity
3  here.  I was evaluating genotoxicity, and my
4  statement is about genotoxicity, not
5  mutagenicity.                  06:13
6    Q.  Okay.  And last document I'll show
7  you -- and we'll have a statement for the
8  record -- is the 2017 slide deck.
9    MR. LASKER:  Has been marked as an
10    exhibit?                     06:13
11    MS. SHIMADO:  Yes.
12    MR. LASKER:  This will be my last
13    question.  I have a question on one of
14    the slides in there.
15    MR. WISNER:  Exhibit 5.        06:13
16    MR. LASKER:  Yeah, 19-5.
17    THE WITNESS:  My slide deck?
18  BY MR. LASKER:
19    Q.  Yeah, it's this one.
20    A.  Got it.                  06:13
21    Q.  And slide 16 in your slide deck --
22    MS. FORGIE:  You mean page 16?
23    MR. LASKER:  Page 16, slide 16.
24  The number 16 on the slide.
25    THE WITNESS:  Oh, yeah, the Ames   06:14

Page 406

1    test.
2    BY MR. LASKER:
3        Q.  Right.
4        So you present data here on the
5    Ames test for assessing carcinogens, and you    06:14
6    report data that for truly carcinogenic
7    compounds and truly non-carcinogenic
8    compounds and positive and negative on the
9    Ames test; correct?
10       A.  That's correct.                 06:14
11       Q.  My question is:  The data in this
12   table, is that data that you made up, or is
13   that data --
14       A.  Not even my data.  It's actually
15   Dr. Olson who loves to make these up.    06:14
16       Q.  So this is all made-up data?
17       A.  Yes.
18       MR. LASKER:  Okay.  Let's take a
19   break.  I've got about four minutes
20   left.  I'm going to see if I've got any    06:14
21   questions after that point, and I've got
22   a comment for the record.
23       THE VIDEOGRAPHER:  We're off the
24   record at 6:14 p.m.
25       (Recess taken from 6:14 p.m. to    06:14

Page 407

1        6:32 p.m.)
2        THE VIDEOGRAPHER:  We are back on
3    the record at 6:32 p.m.
4    BY MR. LASKER:
5        Q.  Dr. Ritz, in your opinion, can    06:32
6    scientific studies looking at the issues of
7    genotoxicity and oxidative stress standing
8    alone provide evidence that can establish
9    that a compound causes cancer in humans?
10       MS. FORGIE:  Object to the form.    06:32
11       THE WITNESS:  These are two
12   criteria that are used by IARC to
13   establish carcinogenicity, but they are
14   just two criteria within the animal
15   study -- within the mechanistic study    06:32
16   section.  There are several others.
17   BY MR. LASKER:
18       Q.  And you would agree that
19   genotoxicity and oxidative stress studies by
20   themselves would not be sufficient for you    06:32
21   to be comfortable reaching an opinion of
22   carcinogenicity; correct?
23       MS. FORGIE:  Object to the form.
24       THE WITNESS:  I cannot subtract
25   from what I know about animal studies,    06:32

Page 408

1    mechanism, and human studies, and I
2    would never start with a genotoxicity
3    study.  Because I'm an epidemiologist, I
4    always start with human data.
5        MR. LASKER:  I want to make a    06:33
6    statement for the record, and then I'll
7    suspend my questioning.  There's a
8    couple of issues here.
9        One is I mentioned earlier on the
10   record, Dr. Ritz earlier in the    06:33
11   deposition suggested, and I don't know
12   whether she does or she does not, that
13   she might have opinions regarding the
14   animal cancer bioassays.
15       I have reviewed her expert reports    06:33
16   multiple times.  I don't see any mention
17   of animal cancer bioassays.  To the
18   extent that plaintiff's counsel -- and
19   we don't have to discuss this now -- but
20   if there's going to be the position of    06:33
21   plaintiffs that they're reserving the
22   right for Dr. Ritz to offer opinion
23   testimony regarding animal cancer
24   bioassays, we'll move to strike all that
25   testimony.                 06:33

Page 409

1        MS. FORGIE:  I'm not going to
2    respond to that.  I believe her expert
3    report speaks for itself.
4        MR. LASKER:  You just responded.
5        MS. FORGIE:  That's not a response.    06:34
6    Just a statement.
7        MR. LASKER:  Second, we marked a
8    number of points in the transcript where
9    the witness would not respond to a
10   simple yes-or-no question and kept going    06:34
11   into soliloquies on issues that were not
12   part of the question.  We marked that in
13   the transcript numerous times.
14       By doing so, the witness, I think,
15   intentionally was eating into our    06:34
16   questioning time.  As a result of that,
17   we have not had sufficient time to
18   explore Dr. Ritz's opinions both on the
19   studies that we actually at least
20   mentioned or discussed somewhat in    06:34
21   passing or in connection with some of
22   the studies, some of the smaller studies
23   like Hardell and Cocco and also the Orsi
24   study where we did not have time to ask
25   questions pretty much at all, and also    06:34

Page 410

1   the numerous issues dealing with the
2   Eriksson study in particular and the
3   other studies where because of the
4   witness' refusal to answer questions, we
5   did not have time to go through all        06:35
6   those questions.
7       I will raise an option for
8   plaintiff's counsel that if plaintiff's
9   counsel is agreeing to further
10  questioning at this time for us to ask     06:35
11  those questions, we are prepared to stay
12  longer to do so.
13      If plaintiff's counsel is not
14  prepared to provide us the time
15  necessary to ask those questions and get   06:35
16  Dr. Ritz's opinions, we reserve our
17  right, and I'm only going to be
18  suspending my questioning at this point
19  in time to go back to the Court to get
20  additional time because significant        06:35
21  portions of time, in our opinion, were
22  taken up because the witness would not
23  answer a simple yes-or-no question, and
24  we've marked those in the record, and
25  the Court can reach its own conclusions    06:35

Page 411

1   about them.
2       MS. FORGIE:  And for the record,
3   how much time is left of his seven
4   hours, or has he used it all?  He's out.
5   Could I just have a statement on the       06:35
6   record that he's out?
7       THE VIDEOGRAPHER:  Yeah.  He's at
8   seven hours.
9       MS. FORGIE:  Okay.  Of course, we
10  don't agree at all with your               06:36
11  characterization.  In fact, there were
12  multiple times, I would guess hundreds
13  of times where you asked the same
14  question over and over and over again,
15  and that's what ate up into your time.     06:36
16  I wrote down at least three times where
17  you asked the same question ten times.
18      Simply because you don't like the
19  answer doesn't give you the right to ask
20  the same question over and over again.     06:36
21  That's what ate up your time, and I'm
22  not going to agree to any further time.
23  You can do whatever you want.
24      That's outrageous.
25      MR. LASKER:  As I said, the Court      06:36

Page 412

1   will be able to look at the transcript.
2   The witness didn't answer the questions;
3   so of course, I had to ask them again.
4       MR. WISNER:  Just for the record, a
5   large portion of the time during this      06:36
6   deposition was eaten up by yourself
7   commenting on the proprietary or
8   responsiveness of the witness' answer,
9   which, quite frankly, is both
10  argumentative, a waste of the testimony    06:36
11  because it would never be admissible in
12  court, and a large portion of your
13  commentary was also eaten up.
14      So I think at this point -- how
15  much time are you saying you want?  Just   06:36
16  curious.  What's the amount of time
17  you're asking for?
18      MR. LASKER:  I probably need
19  another two hours or so.
20      MR. WISNER:  Okay.                     06:37
21      MS. FORGIE:  All right.  So I have
22  a few questions.
23      MR. LASKER:  And further
24  commentary, I'm going to respond to.
25  It's in the transcript.  The Court will    06:37

Page 413

1   be able to read that, and the Court will
2   be able to decide whether or not the
3   witness was responsive to questions.
4       MS. FORGIE:  The court certainly
5   will.                                      06:37
6       MR. LASKER:  Also one more thing I
7   want on the record as well.  There was
8   objections to virtually every question,
9   other than what is your name, by
10  plaintiff's counsel which also ate into    06:37
11  the time.
12      MS. FORGIE:  And I'll respond to
13  that.  You make incredibly compound,
14  complex questions which are
15  objectionable.  I have to object to        06:37
16  questions as to form if I want to
17  preserve them, which I do, and you make
18  these declaratory statements beforehand
19  about all kinds of things; so that's why
20  I had to object, and the Court can look    06:37
21  at that as well.
22      Okay.  I have a few questions,
23  Doctor.
24
25          EXAMINATION                        06:37

Page 414

1  BY MS. FORGIE:
2      Q.  Dr. Ritz, can you explain how you
3  went about arriving at your opinions as
4  expressed in your report?
5      A.  Yes.  When I'm asked to write a        06:38
6  report of a review paper, I use standard
7  methods common to epidemiology which is I go
8  to PubMed, and I put in search terms,
9  multiple search terms to find the biggest
10  amount of literature that I can on PubMed.     06:38
11          However, I know that certain search
12  terms don't work as well on PubMed; so we
13  also go to Google Scholar which usually
14  gives you a larger number of papers, and a
15  lot of those then have to be weeded out        06:38
16  because they're not relevant for the
17  question, but it at least allows you to
18  check the literature very thoroughly.  So
19  it's a lot of work, but you, you know, go
20  through it.                                    06:38
21          Then in addition, you're going to
22  the published literature that is
23  meta-analyses, pooled analyses to
24  cross-reference and make sure you haven't
25  missed anything that's mentioned in one of     06:39

Page 415

1  the meta-analyses pooled analyses.  You also
2  go to the original literature and check all
3  the references they have because normally
4  every paper refers to papers in this same
5  area prior -- that was published prior.  So    06:39
6  you do that to make sure that you have all
7  the information that you need.
8          In addition, I, of course, read not
9  only the meta-analyses, the pooled analyses
10  but also previous reports.  I also read all    06:39
11  of the different meta-analyses that kind of
12  keep repeating information about the
13  singular studies.  I read the singular
14  studies.  I read the IARC report, and I read
15  the EPA CARC report, and all of it together    06:39
16  I used for my opinion.
17      Q.  And you mentioned that you read the
18  CARC report.  How did you decide how much
19  weight, for example, to give the CARC
20  report?                                        06:39
21      A.  The CARC report was not weighted
22  very heavily because the epidemiology
23  section was rather cursory, and the animal
24  section, that one I actually studied more
25  intensively, seemed to make a lot of use of    06:40

Page 416

1  criteria that were contradictory in terms of
2  which studies they were throwing out or
3  throwing in, but it stimulated me to go back
4  to some of the original studies they are
5  citing, but overall, it did not make a big     06:40
6  impact on my assessment.
7      Q.  You mentioned you reviewed the IARC
8  monograph; is that correct?
9      A.  That's correct.
10      Q.  Did you rely on the IARC monograph,    06:40
11  or did you form your own opinions?
12      A.  I formed my own opinion.  It is
13  very interesting to read the IARC monograph
14  because it summarizes information in an
15  interesting way.  However -- and I use it to   06:40
16  cross check, and I use it to understand
17  their argumentation.
18          It was published in 2015.  There is
19  additional data that came out since.
20      Q.  Are you familiar with something        06:40
21  known as the Bradford Hill analysis?
22      A.  Of course, yes.  We teach that.
23      Q.  Can you explain briefly what it is?
24      A.  Well, Dr. Bradford Hill in the
25  early 1960s, wrote a commentary in which he    06:41

Page 417

1  describes viewpoints, he calls them,
2  according to which one can review the
3  scientific literature.  It's not just
4  epidemiology.  It's all of science more or
5  less.                                          06:41
6          Although he meant it for
7  observational studies in order to help us
8  gauge how the data is performing, how the
9  studies are performing in terms of causal
10  assessments because, as you may have          06:41
11  gathered while I was talking today, there is
12  more to data than just, you know, numbers.
13  We have to put these data into context, and
14  that's what his viewpoints do.  They put
15  these data into context of validity,          06:41
16  biologic plausibility, et cetera.
17      Q.  And with regard to glyphosate-based
18  formulations and non-Hodgkin's lymphoma, did
19  you perform a Bradford Hill analysis?
20      A.  I did, and I talked about it in my     06:42
21  report.
22      Q.  And what conclusion did you reach
23  after performing your Bradford Hill
24  analysis?
25      A.  After that, I concluded that there     06:42

Page 418

1    is reasonable scientific certainty that NHL
2    is associated with glyphosate use in these
3    data.
4        Q.  And did you also -- are you aware
5    as to whether or not IARC also performed a     06:42
6    Bradford Hill analysis?
7        A.  I would presume they did.
8    Actually, they are talking about it; so I
9    think they did.
10       Q.  Okay.  And what is your        06:42
11   understanding of the conclusion that the
12   IARC reached with regard to their Bradford
13   Hill analysis?
14       A.  Well, they used their Bradford Hill
15   analysis in the way I just described to put     06:42
16   the different pieces together.  First, they
17   might have done it work group for work
18   group, but they also do this as a whole
19   group in which they are putting together the
20   human data, the animal data, the mechanistic     06:42
21   data and put that in context of these
22   criteria that Bradford Hill suggested.
23       Q.  Is there a difference between
24   hazard assessment and risk assessment?
25       A.  Absolutely.        06:43

Page 419

1        Q.  What is the difference?
2        A.  So a hazardous assessment is an
3    assessment in which we are categorizing an
4    agent according to its ability to be toxic
5    including being carcinogenic, but you can     06:43
6    also assess reproductive toxicity or other
7    types of toxicity.
8        While a risk assessment is
9    something that regulatory agencies use in
10   order to come up with standard setting     06:43
11   methods.
12       Q.  So would it be accurate --
13       THE VIDEOGRAPHER:  I'm going to
14   have to change tapes.
15       This marks the end of videotape     06:43
16   number 4 in the deposition of Dr. Beate
17   Ritz.  We're off the record at 6:43 p.m.
18       (Recess taken from 6:43 p.m. to
19   6:45 p.m.)
20       THE VIDEOGRAPHER:  We are back on     06:45
21   the record at 6:45 p.m.  This marks the
22   beginning of videotape number 5 in the
23   deposition of Dr. Beate Ritz.
24   BY MS. FORGIE:
25       Q.  Doctor, we are discussing the     06:46

Page 420

1    difference between -- we were discussing
2    what a hazardous assessment is.
3        Do you recall that before we
4    changed tapes?
5        A.  Yes, I do.        06:46
6        Q.  Would it be fair to say that a
7    hazardous assessment gives you an idea, in
8    general, as to whether or not a particular
9    product is capable of causing a disease?
10       MR. LASKER:  Object to the form.     06:46
11       THE WITNESS:  A hazard assessment
12   is a general evaluation of an agent's
13   potential to be toxic in different ways.
14   BY MS. FORGIE:
15       Q.  And in this case, would it be     06:46
16   accurate to say that a hazard assessment
17   determines whether or not glyphosate is
18   capable of causing non-Hodgkin's lymphoma?
19       MR. LASKER:  Objection to form.
20       THE WITNESS:  So, in fact, this     06:46
21   what IARC is performing is a hazardous
22   assessment.  They are making a
23   categorical -- they're taking a
24   categorical approach with a conclusion
25   of carcinogenicity.        06:47

Page 421

1    BY MS. FORGIE:
2        Q.  And did you read the deposition of
3    Dr. John Acquavella in this case?
4        A.  Yes, I did.
5        Q.  From reading that deposition, is it     06:47
6    your understanding that Dr. Acquavella is an
7    epidemiologist?
8        A.  Yes.
9        Q.  Is it also your understanding that
10   Dr. Acquavella was a -- is a former employee     06:47
11   of Monsanto?
12       A.  Yes.
13       Q.  And is it also your understanding
14   that he is a -- that Dr. Acquavella is a
15   current consultant to Monsanto?        06:47
16       MR. LASKER:  Objection to form.
17       THE WITNESS:  I read that in the
18   deposition, I believe, and I met him
19   while he was an employee of Monsanto at
20   some of these meetings.        06:47
21   BY MS. FORGIE:
22       Q.  Do you recall reading what
23   Dr. Acquavella said about IARC's hazard
24   assessment?
25       A.  Yes.  I understood his testimony as     06:47

Page 422

1  stating that IARC got the hazard assessment
2  right but that there are questions about the
3  risk assessment.
4          MR. LASKER:  Objection to form.
5  BY MS. FORGIE:                          06:47
6      Q.  So Dr. Acquavella's testimony was
7  that IARC got it right in that in
8  categorizing glyphosate as 2A; is that
9  correct?
10         MR. LASKER:  Objection to form.    06:48
11  Mischaracterizes the testimony.
12         THE WITNESS:  I did understand from
13  reading his testimony that he actually
14  referred to a correct hazard assessment,
15  and if he meant correct, then he would      06:48
16  have included the assessment of
17  carcinogenicity in terms of a 2A.
18  BY MS. FORGIE:
19      Q.  And likewise, it would be correct
20  that in agreeing with IARC's hazard         06:48
21  assessment, he would have agreed that
22  glyphosate is capable of causing
23  non-Hodgkin's lymphoma; is that correct?
24         MR. LASKER:  Object to the form.
25  Mischaracterizes testimony.               06:48

Page 423

1          THE WITNESS:  So since IARC based
2  its evaluation on NHL and quotes a
3  positive association with NHL, I assume
4  that that was what he meant.
5  BY MS. FORGIE:                          06:48
6      Q.  Can you look at Exhibit 16, please.
7          MR. LASKER:  Which one is that?
8          MS. FORGIE:  It's the Brazil slide
9  show, slide deck, PowerPoint, whatever
10  you want to call it.                    06:49
11         THE WITNESS:  Yeah.
12  BY MS. FORGIE:
13      Q.  And on that, can you turn to the
14  Section 26, page 26, "Proxy Versus
15  Self-Respondent," please.               06:49
16      A.  Yes.
17         MR. LASKER:  Page 26?
18         MS. FORGIE:  Yes.  This one.
19  "Proxy Versus Self-Respondents."
20         MR. LASKER:  Thanks.             06:49
21         MS. FORGIE:  Do you have it?
22         MR. LASKER:  I do.
23  BY MS. FORGIE:
24      Q.  Okay.  Do you see the section where
25  they're talking about frequency of greater  06:49

Page 424

1  than two days per year?
2      Q.  Do you see that?
3      A.  Yes.
4      Q.  And what is the odds ratio there
5  for proxy and self-respondents?          06:49
6      A.  So for proxy and self-respondents,
7  meaning for everyone, it's 1.73 with a
8  confidence interval of 1.02 to 2.94.
9      Q.  And is that odds ratio controlled
10  for use of 2,4-D, dicamba, and malathion?   06:50
11     A.  Yes, it is.
12     Q.  And are those the only three
13  pesticides that you're aware of that are
14  associated as risk factors for non-Hodgkin's
15  lymphoma?                               06:50
16     A.  I am aware that 2,4-D is a 2B
17  category according to IARC.  Malathion is a
18  2A.  I'm not aware that dicamba is
19  categorized.
20     Q.  Okay.  And with the 1.73 odds      06:50
21  ratio, is that statistically significant?
22     A.  It is.
23     Q.  And is the greater than two days of
24  use per year category there more important
25  than the never/ever use category that was  06:50

Page 425

1  discussed earlier by the defense counsel?
2          MR. LASKER:  Objection to form.
3          THE WITNESS:  Absolutely.  It's
4  much more important to look at higher
5  intensity because oftentimes that is     06:50
6  where we see effects when we're
7  evaluating carcinogens.
8  BY MS. FORGIE:
9      Q.  And with regard to the seven -- the
10  category greater seven lifetime days, years,  06:51
11  number of years times number of days per
12  year.
13         Do you see that?
14     A.  Yes.
15     Q.  And it looks like the odds ratio   06:51
16  has actually gone down in that section.
17         Do you see that?
18     A.  Yes.  The odds ratio hovers around
19  the 1.
20     Q.  Can you explain why the odds ratio  06:51
21  is lower for that category than for the
22  greater than 2 category where the odds ratio
23  is 1.73?
24     A.  Yeah.  These are two different --
25  very different measures.  One is the      06:51

Page 426

```
 1    intensity, and the other is duration, and
 2    the lifetime days is the product of duration
 3    and intensity meaning that, in essence, I am
 4    watering out any intensity via duration.
 5        I can get the same numbers with a      06:51
 6    very low intensity over long duration as
 7    with a shorter duration and a higher
 8    intensity.  So that measure really is more
 9    closely related to duration than to
10    intensity.                              06:52
11        Q.   And does that explanation -- how
12    does that tie into whether or not this
13    information tells you -- what information
14    this gives you about glyphosate-based
15    formulations causing non-Hodgkin's lymphoma?  06:52
16        A.   So in terms of occupational
17    epidemiology, we are very interested in high
18    level exposures which we often have a much
19    better way in assessing a much more reliable
20    way in assessing and also believe that high  06:52
21    intensity exposures are really what we have
22    to worry about, and we have to protect
23    workers from.
24        So I would think that the high
25    intensity more than two days per year is    06:52
```

Page 427

```
 1    what really is an interesting finding in
 2    terms of worker health.
 3        Q.   And one last question.  You see
 4    there's two categories here, proxy and
 5    self-respondents category A and          06:52
 6    self-respondents only category B.
 7        Do you see that?
 8        A.   Yes, I see that.
 9        Q.   Do you see that under greater than
10    two days of use per year, while the odds    06:53
11    ratio goes up from 1.73 for proxy and
12    self-respondents to 1.77 for
13    self-respondents only, it is not
14    statistically significant for
15    self-respondents only.                   06:53
16        Do you see that?
17        A.   Yes, I see that.
18        Q.   Is there any way to -- what happens
19    when you take out the proxy group?
20        A.   You are pretty much reducing sample   06:53
21    size, and when you reduce sample size, you
22    automatically lose statistical power to show
23    a statistically significant effect.  So
24    that's what happens here.
25        Q.   With regard to if you remove      06:53
```

Page 428

```
 1    proxies from the category, is there any
 2    reason you would want to include proxies?
 3        A.   Well, the one reason I can think of
 4    is that proxies are responding because the
 5    self-respondent isn't available which means   06:53
 6    the self-respondent would be too sick to
 7    answer or dead.
 8        So what you're doing is you're
 9    pretty much removing the sickest individuals
10    if you're removing the proxy respondents.    06:54
11        Q.   Okay.  And then can you turn -- oh,
12    a couple more questions about the NAPP
13    study.
14        You were shown Exhibit 16.  Do you
15    see at the bottom where it says, on the     06:54
16    front page, it says Sao Paulo Brazil?
17        A.   Yes.
18        Q.   Okay.  So is it your understanding
19    this is a PowerPoint presentation that
20    accompanied the Brazil presentation?       06:54
21        A.   That's what I understand.
22        Q.   Were you also made -- or have you
23    also seen slide shows with regard to a
24    presentation in Canada?
25        A.   Yes, I was shown that.          06:54
```

Page 429

```
 1        Q.   And you also have seen abstracts
 2    and posters with regard to a Canadian
 3    presentation?
 4        A.   Yes.
 5        Q.   Have you also seen a slide show,    06:54
 6    abstracts, or posters related to an IARC
 7    presentation?
 8        A.   To the IARC presentation, yes.
 9        Q.   And did any of the information --
10    with regard to your expert report, you, I   06:54
11    believe, testified that you only used the
12    Brazil abstract when you were drafting your
13    expert report; is that correct?
14        A.   That's correct.
15        Q.   So with regard to all of the other   06:55
16    materials related to the NAPP study, all
17    these other slide shows, other abstracts,
18    other posters, did any of them affect or
19    change your opinion as stated in your expert
20    report?                                 06:55
21        A.   The only way it changed my opinion
22    is that it solidified the opinion that there
23    is, in fact, carcinogenicity to go after.
24        Q.   In assessing the risk of cancer in
25    glyphosate, is there any potential bias in   06:55
```

Page 430

1  controlling for concurrent pesticide use?
2      A.  Yes.  It's always a problem with
3  concurrent exposures.  We haven't really
4  found a mathematical way to get around it.
5  There is probably none to get around it.        06:55
6      If exposures are highly correlated,
7  you have to sit down and ask the question is
8  it more or less likely that these exposures
9  are independent risk factors or indicators
10  or proxies for the actual exposure under        06:56
11  investigation?
12      So when you're putting these in the
13  same statistical model, then something
14  occurs that we call co-linearity, and what
15  that means is that there's some technical        06:56
16  term.  These variables split the variants or
17  the explained variants.  And in essence, if
18  you put enough highly correlated variables
19  into the same model, none of them will
20  explain anything anymore.  All of them will        06:56
21  go towards the one.
22      I've seen that multiple, multiple
23  times in air pollution studies where the air
24  pollutants are highly correlated, and this
25  is what you see.  Therefore, you are going        06:56

Page 431

1  one by one by one in order to assess their
2  affect on household counts.
3      Q.  Doctor, you were asked many
4  questions about your criticisms of the draft
5  manuscripts of unpublished AHS data.        06:56
6      Do you recall those questions?
7      A.  Yes.
8      Q.  You've made several criticisms of
9  the draft manuscripts and the unpublished
10  glyphosate data with regard to the AHS        06:57
11  study; is that correct?
12      A.  That's correct.
13      Q.  With regard to those criticisms of
14  the AHS study, have you ever publicly made
15  those criticisms prior to being retained in        06:57
16  this litigation?
17      A.  Yes.
18      Q.  And in what format is that?
19      A.  Well, in my teaching.  When I teach
20  my students about the cohort design, I warn        06:57
21  them against the limitations of cohorts
22  because I think I pointed out that this
23  validity slide in the beginning of one of my
24  slide shows is there to actually cause
25  discussion with my students about these        06:57

Page 432

1  blanket validity statements in terms of
2  studies.
3      So I'm using the AHS study and the
4  loss to follow up as a good example of what
5  to be careful of when you're conducting a        06:57
6  cohort study.
7      Q.  And, Doctor, I'd like you to turn
8  to Exhibit 17, please.
9      A.  Yes.
10      Q.  And, Doctor, do you see a date on        06:58
11  this slide presentation?
12      A.  Yeah.  That was on my old slides
13  from fall 2012.
14      Q.  So this was approximately four
15  years before you were retained as an expert        06:58
16  in this litigation; is that correct?
17      A.  That's correct.
18      Q.  And, Doctor, in Exhibit 17, these
19  slide presentations that you use in your
20  teaching at UCLA, do you have criticisms of        06:58
21  the AHS study incorporated in there?
22      A.  I believe so.
23      Q.  Can you point those out, please?
24      A.  So what I'm doing here is
25  introducing the AHS cohort to the students        06:58

Page 433

1  talking about retro and prospective data
2  collection and what the problems are, and
3  then I'm showing them the composition of the
4  cohort and data collection progress in
5  different phases and specifically on page 6,        06:59
6  I show them a slide that was given to me
7  during phase 2 data collection in which I
8  point out how many people are actually not
9  completing phase 2 in different parts of
10  phase 2.                                        06:59
11      And I'm then directing them to the
12  issue of exposure assessment being
13  incomplete when you have a time varying
14  exposure that you cannot capture at a second
15  time of follow-up.                              06:59
16      Q.  So, Doctor, is it accurate to state
17  that approximately four years before being
18  retained as an expert in this litigation,
19  you were teaching -- you were using the AHS
20  problems, exposure assessment problems you        06:59
21  described with the AHS cohort study as it
22  relates to glyphosate as a teaching tool to
23  your students as to how not to conduct an
24  epidemiological study?
25      A.  Not as not to conduct but what to        06:59

Page 434

1    be careful of when you're conducting studies
2    that otherwise seem so perfect.
3        Q.  Doctor, you were asked a lot of
4    questions today, and you were shown a lot of
5    documents.  Do any of the documents or          07:00
6    questions that you were asked change your
7    opinion as expressed in your expert report
8    that to a reasonable degree of scientific
9    certainty glyphosate causes non-Hodgkin's
10   lymphoma?                                       07:00
11       A.  I still stand to my conclusions as
12   cited.
13       Q.  And, Doctor, same question, in
14   other words, you were asked a lot of
15   questions and shown a lot of documents          07:00
16   today.  Do any of them change your opinion
17   to a reasonable degree of scientific
18   certainty glyphosate-based formulations
19   including Roundup cause non-Hodgkin's
20   lymphoma?                                       07:00
21       A.  Nothing changes my opinion.
22       MS. FORGIE:  That's it.
23       MR. LASKER:  I have one follow-up
24   question.  It's not going to take me
25   five seconds.                                   07:00

Page 435

1        MS. FORGIE:  I'm not going to allow
2    any time.  No more questions.  I'm
3    sorry.
4        MR. WISNER:  Let him have one
5    follow-up.                                      07:01
6        MS. FORGIE:  You guys are a lot
7    nicer than me.
8
9           FURTHER EXAMINATION
10   BY MR. LASKER:                                  07:01
11       Q.  Dr. Ritz, you provided your slide
12   deck for teaching students in fall of 2012.
13   Do you have any other slide decks of your
14   teaching of your students that mention the
15   AHS study?                                      07:01
16       A.  Yes.  Many.  Every year.
17       Q.  Okay.  I will for the record object
18   to the fact --
19       A.  It's the same slide deck.  It's
20   updated.                                        07:01
21       MR. LASKER:  I'll ask those slide
22   decks be produced if they refer to the
23   AHS study.  Obviously, we understand all
24   slide decks deal with case control
25   studies or cohort studies is over the           07:01

Page 436

1    top, but if she has other slide decks
2    that refer to AHS, that seems pretty
3    squarely in line --
4        MR. WISNER:  To the extent they're
5    different than the one you have.                07:01
6        MS. FORGIE:  He just said it's the
7    same.
8        MR. LASKER:  I don't know.
9        THE WITNESS:  It is the same.
10       MR. LASKER:  I don't understand          07:01
11   that.  I don't know if you've looked at
12   them or not.  You can look at them.  If
13   they're the exact same slide deck,
14   that's fine.  But if they're not the
15   exact same slide deck, we ask they be          07:02
16   produced.  And you don't have to commit
17   to that.  You can look at them.
18       THE WITNESS:  Fine.
19       MS. FORGIE:  She said they're the
20   same.  I believe her.  All right.  Done?       07:02
21       MR. LASKER:  I'm sorry.  We're off
22   the record.
23       (Testimony continues on the
24       following page in order to
25       include jurat.)                            07:02

Page 437

1        THE VIDEOGRAPHER:  This concludes
2    today's proceedings in the deposition of
3    Dr. Beate Ritz.  The total number of
4    videotapes used today was five, and
5    we're off the record at 7:02 p.m.              07:02
6        (Time noted:  7:02 p.m.)
7
8
9
10
11   _____
12        Beate Ritz, MD, PhD
13
14
15   Subscribed and sworn to before me
16   this        day of        , 2017.
17
18   _____
19   (Notary Public)
20
21   My Commission expires: _____
22
23
24
25

Page 438

```
 1          C E R T I F I C A T E
 2    STATE OF CALIFORNIA:
 3
 4       I, LISA MOSKOWITZ, CSR, RPR, CRR, CLR,
 5    NCRA Realtime Systems Administrator,
 6    Certified Shorthand Reporter, do hereby
 7    certify:
 8        That the witness whose deposition is
 9    hereinbefore set forth was duly sworn, and
10    that such deposition is a true record of the
11    testimony given by such witness.
12        I further certify that I am not related
13    to any of the parties to this action by
14    blood or marriage, and that I am in no way
15    interested in the outcome of this matter.
16        IN WITNESS WHEREOF, I have hereunto set
17    my hand this 19th day of September, 2017.
18
19
20
21    _____
22    LISA MOSKOWITZ, CSR 10816, RPR, CRR, CLR
23    NCRA Realtime Systems Administrator
24
25
```

Page 439

```
 1    NAME OF CASE:  In re:  Roundup
 2    DATE OF DEPOSITION:  September 18, 2017
 3    DEPONENT:  BEATE RITZ, MD, PHD
 4        1. To clarify the record.
          2. To conform to the facts.
 5        3. To correct transcription error.
 6    Page _____ Line _____ Reason _____
      From_____to_____
 7
      Page _____ Line _____ Reason _____
 8    From_____to_____
 9    Page _____ Line _____ Reason _____
      From_____to_____
10
      Page _____ Line _____ Reason _____
11    From_____to_____
12    Page _____ Line _____ Reason _____
      From_____to_____
13
      Page _____ Line _____ Reason _____
14    From_____to_____
15    Page _____ Line _____ Reason _____
      From_____to_____
16
      Page _____ Line _____ Reason _____
17    From_____to_____
18    Page _____ Line _____ Reason _____
      From_____to_____
19
      Page _____ Line _____ Reason _____
20    From_____to_____
21    Page _____ Line _____ Reason _____
      From_____to_____
22
      Page _____ Line _____ Reason _____
23    From_____to_____
24    Page _____ Line _____ Reason _____
      From_____to_____
25
```

**A**

**a.m (15)**
2:6 8:2,17 72:20,21
72:22,24 96:15,17
96:18,20 144:17,18
144:19,21
**Aaron (1)**
5:24
**abbreviated (1)**
181:8
**ability (3)**
55:25 170:10 419:4
**able (25)**
29:14 42:12 51:7
54:25 78:14 80:23
91:18 102:18
118:25 120:19
122:8 124:12 126:9
136:17 145:5
173:22 174:23
176:16 181:14
184:16 212:12
278:16 412:1 413:1
413:2
**above-mentioned (1)**
391:2
**above-stated (1)**
390:24
**absolutely (4)**
235:1 238:6 418:25
425:3
**abstract (20)**
38:4,20 283:21
288:18,20,22,25
290:2,6,16,18
291:11,23 294:11
295:14,17 364:1,10
364:11 429:12
**abstracts (7)**
37:8,18,22 38:12
429:1,6,17
**accept (2)**
32:7 286:1
**accepted (1)**
316:17
**access (2)**
220:19 226:12
**accompanied (1)**
428:20
**account (4)**
151:21 193:2,14
378:24
**accuracy (1)**
365:10
**accurate (3)**
419:12 420:16 433:16

**accurately (1)**
91:18
**acknowledging (1)**
368:16
**Acquavella (8)**
24:10,22 25:8 421:3,6
421:10,14,23
**Acquavella's (2)**
24:16 422:6
**act (1)**
152:22
**acting (1)**
169:16
**action (1)**
438:13
**ACTIONS (1)**
1:7
**active (3)**
17:7 22:2 77:25
**activities (2)**
25:22,25
**activity (1)**
25:17
**acts (1)**
159:18
**actual (10)**
135:22 148:6 160:16
181:9 209:2 365:2,2
365:5 386:21
430:10
**acutely (1)**
150:6
**add (6)**
132:14 222:21 272:4
283:2 390:8 394:2
**added (6)**
171:22 215:4 222:15
300:13 394:14,15
**adding (2)**
173:9 219:12
**addition (2)**
414:21 415:8
**additional (15)**
26:18 69:17 72:7 82:2
175:17 215:23
219:12,13 277:20
282:13 293:20
294:7,21 410:20
416:19
**additivity (2)**
235:6,11
**address (10)**
27:6 32:4 39:13 83:25
84:16 144:10
226:18 342:3
347:18 395:14

**addressed (2)**
27:3 48:1
**addressing (2)**
26:5 224:4
**adds (3)**
168:3 175:18,19
**adheres (1)**
42:15
**adjust (23)**
152:11 216:15 218:11
218:12 236:2,13
238:3,7 239:10
240:16,20,25
241:24 242:11
247:16 248:17,22
279:10 286:2,6
295:1 330:12
334:25
**adjusted (60)**
152:9,10,18 153:9,13
153:15 154:16,21
157:6,12,21,21
158:11,12,21,25
159:3,14 179:3
180:4,22 181:18
215:2,18 217:1,19
237:19 239:6 240:1
242:13 248:4
249:10 253:12
279:4,18,24 280:13
280:18,22 281:8
282:6,19 283:18,25
285:1 287:23
288:10 289:20
295:24 308:6,13
319:14,15 320:10
396:22 397:16
398:15 399:24
400:21,24
**adjusting (9)**
105:10 106:12 152:13
216:14 220:20
240:17 247:21
279:25 294:20
**adjustment (8)**
151:21,24 159:12
216:23 236:25
238:25 253:6
281:21
**adjustments (6)**
214:21 237:15,17
239:16 282:18
335:19
**adjusts (3)**
279:12 294:2 296:6
**Administrator (4)**

1:24 2:15 438:5,23
**admissible (1)**
412:11
**advantages (1)**
316:12
**advice (1)**
31:12
**advising (3)**
13:18 26:15,16
**advisor (1)**
14:6
**advisory (20)**
18:24 20:17 21:6,17
21:23,25 22:17 23:2
23:8,9,11,17 24:1
25:5,18 32:2,10
325:4 383:8 385:4
**affect (3)**
404:13 429:18 431:2
**affiliated (1)**
14:20
**age (17)**
152:13 179:5 180:5
187:20 188:24,25
189:10,14 237:5
238:7 240:18
242:13 248:17
279:4 319:15 337:8
337:10
**aged (1)**
189:14
**agencies (1)**
419:9
**Agency (1)**
6:11
**agent (8)**
42:7,15,16 171:8
203:7 264:16 312:3
419:4
**agent's (1)**
420:12
**agents (12)**
18:14 244:22,24
245:20 246:9,11,18
262:17 273:22
309:15 310:10
332:7
**ago (3)**
33:7,8 98:2
**agree (42)**
41:3 46:21 67:2,25
68:7,25 71:6 80:11
88:14 93:8,14 94:20
94:25 105:22
106:10 130:2 147:4
148:16 149:11

165:4 168:9,10,11
171:4 176:9 185:2
195:13 205:15
248:12 292:16
293:1,1 302:14
352:22 353:8
360:21 399:10
400:19 402:23
407:18 411:10,22
**agreed (6)**
95:16 125:8 243:2
301:15 325:10
422:21
**agreeing (2)**
410:9 422:20
**agreement (1)**
375:5
**agrees (1)**
61:25
**agricultural (22)**
6:23 20:18 23:19 24:3
27:12 31:8 32:19
141:13,17 146:18
147:1 149:21
199:20 200:17
201:8 202:19
318:15 324:25
343:7 347:17
363:21 385:21
**agriculture (1)**
149:14
**ahead (2)**
90:18 127:18
**AHS (71)**
20:23 23:12 25:18
26:16 27:2,2,17,23
28:9,14,17 29:17
30:12 31:5 32:3,6
32:11,16,23 33:14
124:2,20 150:18
151:2 319:1 327:8
333:17 336:7
342:18,24 344:25
347:14 355:4,13
356:4 357:4,19,23
358:21 359:19,21
360:24 361:1 362:1
362:25 366:23
374:8 376:5,13
378:21 380:23
382:3,5,13 383:8
385:5,5 386:4
398:18 400:7 431:5
431:10,14 432:3,21
432:25 433:19,21
435:15,23 436:2

**AHS's (1)**
32:18
**AHS2013 (1)**
348:21
**air (2)**
430:23,23
**al (6)**
224:6 243:25 244:13
245:15
**Alaska (1)**
3:5
**Alavanja (2)**
7:4 21:8
**Aldrin (1)**
247:24
**algorithm (1)**
75:2
**algorithms (1)**
29:8
**all-encompassing (2)**
255:9 257:18
**allow (9)**
42:22,24 48:3 52:15
189:9 207:25
332:22 333:6 435:1
**allowed (2)**
190:7 332:22
**allowing (3)**
190:10,13 290:24
**allows (5)**
46:9 111:4 334:15
335:13 414:17
**alongside (1)**
136:20
**alternate (4)**
97:12,17,18 99:6
**alternative (21)**
50:25 51:12 94:18
95:2 97:6,23,24,24
98:5,12 99:18
100:10 101:4,15,22
102:16 103:14,17
104:3,12,24
**amendment (1)**
314:11
**amendments (2)**
18:24 19:17
**America (1)**
306:14
**American (3)**
6:16 276:17 277:10
**Ames (3)**
405:25 406:5,9
**amount (11)**
185:10 209:23 210:1
266:7 299:14,17

338:25 370:20
373:19 412:16
414:10
**amounts (1)**
371:23
**analyses (35)**
22:10,21 23:20 24:16
24:24 28:10 49:9
50:8,8 115:21 185:6
231:22 233:12
244:21 249:13
254:1 263:9 279:2
287:11 289:13
290:25 291:19
292:24 293:20
294:7 297:9 309:3
311:13 314:5
352:17 376:17
387:20 414:23
415:1,9
**analysis (149)**
23:4 25:7 46:24 47:11
47:17,20 52:25 54:2
54:8,22,23 69:20
70:6 126:4 138:17
138:22 139:14
155:12 159:12
163:10,14,19
165:12 170:11,12
170:21 199:8
206:11 210:13,23
211:1,19,22 212:22
212:22 214:8,9
215:17 216:21
217:8 219:10
227:23,24 230:1
231:23 232:19
233:6,16,19 234:4,6
234:14 235:23
236:10,12 240:9
243:25 244:14
250:6,12,16 251:5
262:20,25 263:5
264:9,14 265:4,15
265:16 266:23
267:13,14 268:13
271:5 276:17,23,24
277:14 278:23
279:15 280:7
284:13,22 286:13
288:13 289:10,25
291:10 292:13,18
294:17 296:21
297:4 298:1,17
300:1,11 302:10,16
302:16 304:5

305:13,23 306:4,5,7
306:10 308:8
311:15 314:7
318:10,14 324:4,10
335:5,24,25 342:17
345:7,10 347:12,17
347:24 349:7 350:5
352:2,11 355:1
357:24 358:23
364:15 365:9
377:16 378:14
379:13 385:22
386:4 389:1 390:16
396:21 398:3
399:19 416:21
417:19,24 418:6,13
418:15
**analyze (5)**
40:1 43:19 44:14
224:16 324:16
**analyzed (11)**
60:6 88:17 91:7
223:24 277:2
302:15 308:15
339:14 343:2
346:10 374:18
**analyzing (6)**
45:19 48:14 145:2
343:10 367:1
378:24
**and/or (2)**
145:14 169:7
**Andrus (2)**
3:3 9:1
**Angeles (5)**
1:17 2:12 3:13 8:1,14
**animal (44)**
33:19 54:21,23 55:14
56:2 59:21 60:14
62:15 63:7 71:24
73:5,7,17 74:5,8,11
74:12,15,20 75:21
76:8,16 77:3,4,5
78:6,8,21 79:5,19
79:22 80:1,14,20
81:5,23 150:24
407:14,25 408:14
408:17,23 415:23
418:20
**animals (3)**
77:8 82:23 404:14
**announced (1)**
35:7
**answer (173)**
11:4 16:16 23:23
35:13 44:19 46:13

49:21 50:17 56:8
57:18 58:24 59:16
60:1,2 61:20 63:19
64:22 65:17 66:8
68:5,20 69:13 70:16
71:1,19 81:9 91:10
93:20 101:19
102:13 103:8,21
104:17 105:17
106:19 111:10
112:13 120:25
121:15 123:20
124:12,17 126:19
126:23 127:1,9,22
128:16 130:21
137:18 149:10
158:1 162:12 202:3
203:3 209:18
210:19 212:3
215:14 217:15
218:3 219:5 220:14
220:23 222:6
224:11,25 225:10
226:15,17,22
227:12 231:4
236:17 237:23
238:12,16 239:4,20
239:22 240:7,22,23
241:4,11,11,13,14
241:18 242:3
246:15 247:11
257:13 258:13,20
258:21,24 259:10
259:19,23 260:18
261:7,22 262:11
265:2,13 266:1,22
267:11,24 268:10
268:11 269:21
270:11,18 273:1
275:12 276:4,7
295:21 296:11,13
299:24 315:8
321:22 323:23
324:14 327:1,5
329:6 339:12,22
344:16 352:5
353:12 354:4,18
358:4 359:5 360:2
361:10 362:9,11
367:8 368:5,13,19
370:5,8 372:10
373:7 374:24 378:8
379:3,16 380:8,10
381:9 385:12
391:16 394:23
397:22 399:14,15

404:1,11 405:1
410:4,23 411:19
412:2,8 428:7
**answerable (1)**
242:6
**answered (134)**
44:18 45:11,23 46:12
47:6 57:17 58:23
59:15 61:19 63:18
64:21 65:16 66:17
67:11 68:19 69:12
70:15,25 71:17
90:17 91:9 93:19
100:5 101:18
102:12 103:7,20
104:15 106:18
111:9 112:12
120:23 121:14,24
123:2,18 124:16
125:19 127:10
128:14 130:20
137:17 149:9
157:25 162:11
202:1,1 203:2
209:17 210:18
211:5,17 212:2
218:2 219:4 220:13
221:8 222:4 224:10
225:8,9 227:9,11
236:16 237:22
238:15 239:3 240:4
241:8 242:2 246:15
247:10 257:12
258:12 259:9 261:6
261:21 262:8,22
265:11,12,25
266:21 267:10
268:7,25 269:12
270:8 272:12,25
273:15 274:9,22
275:9 276:2,5
295:20 296:10
305:17 315:7
321:21 323:22
324:13 334:22
339:21 344:15
353:11 354:3,17
358:2 359:3,3,25,25
362:8 367:7 368:4,7
372:9 373:4,5
377:25 378:7 379:2
379:15 380:7
385:11 391:15
394:22 397:21
399:13 401:15
403:25 404:10

**answering (2)**
323:14 368:21
**answers (5)**
269:23 351:17 361:12
367:10 380:5
**anticipated (1)**
14:25
**anybody (4)**
25:5 112:22 336:15
383:9
**anymore (3)**
17:7 221:12 430:20
**apparent (1)**
335:2
**appear (3)**
92:12 161:14 162:8
**appeared (2)**
23:13 392:18
**appears (6)**
114:17 320:25 387:25
390:3 393:2,15
**appendix (1)**
134:8
**application (3)**
227:17 333:23 342:18
**applications (2)**
36:23 344:22
**apply (4)**
215:4 345:2,3 358:6
**applying (5)**
185:18 275:16,20
276:12,14
**appoint (1)**
37:19
**appointed (1)**
21:6
**appointment (1)**
21:10
**appoints (1)**
37:19
**approach (4)**
44:12 160:2 345:19
420:24
**approached (1)**
21:7
**appropriate (15)**
83:14 105:22 106:23
125:11 128:8,25
159:15 290:8
324:18 362:21
380:4 382:15 383:1
383:12 384:9
**appropriately (1)**
110:22
**appropriateness (1)**
159:21

**approval (4)**
201:7,11 202:13,22
**approved (4)**
199:20 200:16 202:19
208:16
**approximately (3)**
8:17 432:14 433:17
**arbitrarily (1)**
94:24
**area (3)**
12:2 55:2 415:5
**areas (2)**
38:13 39:25
**argue (4)**
67:19 82:20 83:5
95:11
**arguing (1)**
94:4
**argument (1)**
143:2
**argumentation (1)**
416:17
**argumentative (1)**
412:10
**Aristei (2)**
2:11 3:10
**arriving (1)**
414:3
**arsenicals (1)**
149:16
**article (9)**
5:15 86:14,18,24 87:3
88:5 97:4 114:18
387:11
**articles (6)**
77:5 78:6 80:14 82:14
83:1 86:12
**ascertained (2)**
341:24,25
**aside (2)**
39:8 113:10
**asked (148)**
21:9,15 44:17 45:11
45:22 46:11 47:6
57:16 58:23 59:14
61:18 63:17 64:20
65:15 66:16 67:11
68:18 69:11 70:14
70:24 71:16 90:17
91:9 93:18 100:5
101:18 102:12
103:7,20 104:15
106:17 111:9
112:12 120:22,24
121:13,23 123:2,18
124:16 125:19

126:20 128:14
130:20 137:17
149:9 157:25
162:11 202:1 203:2
209:17 210:18
211:5,17 212:2,15
218:2 219:3 220:12
221:8,9 222:4
224:10 225:8 227:9
236:16 237:22
239:3 240:4 241:8
242:2 246:5,15
247:9 257:12
258:12 259:9
260:16 261:5,20
262:8 265:11,24
266:21 267:9
268:24 269:11
270:7 272:11,24
273:3,14 274:8,11
274:14,21,25 275:8
276:1 295:20,25
296:10 305:17
315:6 321:21
323:22 324:13
334:22 339:21
344:3,15 353:11
354:3,17 358:2
359:3,25 361:7
362:8 367:7 368:4
372:8 373:4 374:23
377:24 378:7 379:2
379:14 380:7 381:7
385:10 390:21
391:15 394:21
397:21 399:13
401:15,22 403:25
404:9,24 411:13,17
414:5 431:3 434:3,6
434:14
**asking (19)**
10:18 28:7 50:4 62:19
74:18 104:23 123:6
157:17 174:21
241:13 245:24
315:11,24 346:25
347:9 351:8 375:4
378:3 412:17
**aspect (1)**
174:16
**assess (13)**
101:23 120:19 122:8
144:7 151:25 167:6
176:16 184:12,21
240:13 404:14
419:6 431:1

**assessed (5)**
38:15,16 199:1 338:8
339:18
**assessing (13)**
48:9 122:23 123:14
125:15 149:12
199:9 203:5 210:14
362:13 406:5
426:19,20 429:24
**assessment (46)**
24:5 27:2 49:2,3
52:18 62:12,13,15
62:17 65:3 145:15
175:12 182:12
183:8 220:9 266:4
273:18 314:9
315:13 316:13
324:18 338:13
352:18 390:9 394:3
399:2 402:24 416:6
418:24,24 419:2,3,8
420:2,7,11,16,22
421:24 422:1,3,14
422:16,21 433:12
433:20
**assessments (4)**
22:16 26:23 29:6
417:10
**Assign (1)**
363:19
**assistant (1)**
13:14
**associated (15)**
33:15 51:23 124:13
128:11 142:3
145:11 150:15
151:2 252:17 269:4
329:16 331:21
342:6 418:2 424:14
**association (66)**
8:22 48:17 50:10,11
64:6 65:11 66:12
67:5 68:10 69:7
70:8,18,19 71:3
87:9 91:19 101:7
110:6 111:7 120:8
120:19 121:21
122:8,24 123:15
125:15 131:3,6
142:12,18 143:5
147:5 148:11,18
149:1 165:14,18,19
166:2,19 167:15
168:21 170:17
171:8 174:1,3
176:19 185:7 195:6

212:13 223:8,18,19
224:7 225:4 227:6
230:17 249:15
250:8 310:21 323:2
323:6,18 351:14,14
423:3
**associations (3)**
71:23 104:8 331:17
**assume (7)**
27:24 146:7 197:4
202:17 210:12
304:19 423:3
**assumed (1)**
211:14
**assumes (1)**
165:19
**assuming (7)**
143:17 144:2 191:22
330:24 337:3
344:10 367:16
**assumption (10)**
130:9,18 200:12,21
201:17 346:3,4
373:25 374:3 377:4
**assumptions (15)**
130:22,25 202:5
207:10 215:23
216:8,10 217:10
233:23 335:10
376:25,25 377:3
381:17,23
**asthma (1)**
239:8
**asthmatics (7)**
236:10,21 238:1,4
239:14 240:10
242:9
**ate (3)**
411:15,21 413:10
**atrazine (9)**
231:23 232:3,11
233:6,17 234:7
235:2,9 338:20
**attachment (3)**
348:1,3,4
**attend (2)**
26:2 38:22
**attorneys (8)**
3:3,4,11,19 4:4,11
10:22 81:13
**attributable (1)**
194:24
**attribute (2)**
195:4 253:20
**audience (1)**
290:25

**August (1)**
17:19
**author (3)**
199:14 226:10,11
**authors (9)**
23:7 157:22 242:11
243:24 289:15
379:4 380:12
381:16 384:3
**automatically (2)**
240:16 427:22
**available (7)**
184:1 203:7 208:2
224:19 287:5,21
428:5
**Avenue (2)**
3:20 4:5
**average (9)**
189:7,24 192:17,25
194:2 212:7 272:3
311:21 340:4
**avoid (3)**
104:20 134:21 140:16
**aware (16)**
24:20 30:19 33:3 35:6
183:10 184:11
289:15 305:12
347:25 360:17
382:12,22 418:4
424:13,16,18

**B**

**B (12)**
5:7 6:1 7:1 114:22
115:17 116:11,19
132:7 279:10
280:21 281:10
427:6
**back (55)**
14:7 17:20 30:3 31:21
57:4 59:19 70:5
72:23 96:6,19,25
113:12 128:3
142:11 144:20,23
146:18 148:13,20
149:22 154:11,12
156:14 165:5 178:7
184:7 189:19 192:3
203:18 207:2
213:19 215:12
216:12 217:4,13
254:12 258:24
270:24 307:4,24
313:23 326:6 342:1
344:25 346:24
371:8 384:1,3,7,25

**401**:16 407:2
410:19 416:3
419:20
**background (3)**
168:3 176:6,13
**backwards (2)**
142:24 186:7
**bacteria (1)**
404:13
**bad (6)**
96:7,9 108:21 150:2
182:11 301:22
**badgering (13)**
65:22 259:25 260:16
262:9 268:9 270:10
275:9 361:5,12
362:6 374:21 381:7
404:24
**balance (1)**
61:10
**balanced (1)**
62:7
**bang (1)**
22:16
**banned (1)**
358:8
**Banvel (9)**
255:2,15,22 257:1,20
261:14,18,25 262:5
**based (25)**
40:8 59:18 63:3 69:4
224:17 227:20
232:24,24 236:25
245:5 247:4,5
251:13 263:1
269:25 275:15
279:16 303:6
314:16 324:6
340:25 342:17
351:21 356:9 423:1
**baseline (13)**
22:8 171:12 175:18
325:17 333:19
356:17,25 360:13
362:16 366:19
369:25 370:15
375:14
**basic (2)**
47:11 167:10
**basically (5)**
281:17 282:11 296:23
299:11 356:16
**basis (4)**
185:19 262:5 288:14
336:16
**Baum (8)**

2:10 3:10,14 9:3,3
199:4,25 393:19
**Bayesian (5)**
105:19,24 106:4,22
115:21
**bearing (1)**
8:11
**Beate (17)**
1:16 2:9 5:3,11 6:6
8:7 10:7 96:22
203:14,21 306:25
307:7 419:16,23
437:3,12 439:3
**beauty (2)**
218:5 224:12
**beginning (6)**
96:21 203:20 307:6
333:24 419:22
431:23
**Behalf (1)**
5:13
**behaved (1)**
367:17
**behaves (1)**
296:20
**belief (1)**
303:5
**believe (52)**
16:21 17:5 18:23 69:4
70:7,17,21 76:15
84:7 106:22 124:11
132:5 158:3,17
179:24 182:5,19
215:8 221:22 243:8
263:1 286:22,24
290:4,8 291:19,22
292:2 293:9 301:23
323:15 324:9
335:13,18 337:18
337:21 347:13
348:7 352:17,18
355:23 362:23
374:25 402:7 403:1
404:15 409:2
421:18 426:20
429:11 432:22
436:20
**believed (1)**
243:9
**benefit (1)**
11:1
**best (3)**
40:22 114:24 145:3
**better (13)**
38:2 41:18 87:5
164:20 184:20

199:3 222:8 225:18
266:3 301:17
310:23 321:7
426:19
**beyond (5)**
15:2 79:13 162:22
197:18 222:12
**bias (71)**
28:16,19,20 29:1,19
29:24 30:4,7,8,14
31:14 47:10,14,21
48:15 49:6 50:7
64:10 65:13 66:14
67:7 68:12 69:9
70:11,21 71:13 84:3
84:4 98:24 130:9,14
130:18 131:7,10,10
131:11,12,13,16,17
131:21,25 132:20
133:9,11,12,16
134:19 135:8,8,10
135:15,17 138:24
139:4,6,25 140:1,5
140:10,12,15,20,24
141:2,4,18 310:12
310:20 311:7
429:25
**biases (3)**
47:18 88:23 130:25
**big (9)**
30:19 31:22 173:19
338:14,21,22 359:9
372:15 416:5
**biggest (2)**
205:11 414:9
**bioaccumulate (1)**
150:3
**bioassay (4)**
74:20 75:22 76:9
79:20
**bioassays (17)**
73:5,8,18 74:6,15
76:16 77:3 78:8
79:5,23 80:1 81:5
81:24 83:1 408:14
408:17,24
**biologic (2)**
73:19 417:16
**biological (8)**
73:25 74:19 75:6,18
75:20 76:23 187:3
401:25
**biologically (3)**
192:14 193:1 194:15
**biomarkers (2)**
24:17 343:17

**bird (1)**
193:12
**birds (3)**
193:10 194:20 198:12
**bit (9)**
26:25 90:12 113:2
146:5 177:22 178:1
198:24 204:12
313:12
**Blair (19)**
5:24 35:21 146:15,17
147:4 148:10,16
226:10 277:25
347:20 350:2,22
351:7,17,20 353:8
382:23 398:20
399:10
**Blair's (3)**
348:1 350:15 382:23
**blanket (1)**
432:1
**blood (2)**
188:5 438:14
**board (1)**
36:9
**body (1)**
50:18
**Boffetta (1)**
15:15
**Bologna (1)**
34:7
**bomb (1)**
187:14
**book (1)**
99:4
**books (1)**
137:6
**bordering (1)**
400:23
**bottle (1)**
185:16
**bottom (13)**
114:11 124:22 156:4
186:5,6,8 228:15
326:13 364:9
365:16 385:17,24
428:15
**Boulevard (3)**
2:12 3:12 8:14
**boys (1)**
34:2
**bracket (1)**
77:9
**Bradford (10)**
263:9,12 416:21,24
417:19,23 418:6,12

418:14,22
**brain (1)**
12:25
**Brazil (6)**
38:23 289:24 423:8
428:16,20 429:12
**break (15)**
27:22 73:2 144:14
177:21 184:24
203:11 264:4
270:19 326:1
370:23 384:13,15
384:18,20 406:19
**breaking (4)**
72:12 143:9 255:10
264:3
**Brent (2)**
3:15 9:5
**briefly (2)**
235:15 416:23
**bring (2)**
82:3,4
**broad (7)**
27:21 28:3,5 29:20
148:24 149:2
315:22
**broadly (2)**
29:9 78:20
**bromide (1)**
365:15
**build (1)**
170:3
**bulbs (1)**
96:1
**bulk (1)**
337:6
**business (1)**
36:14
**busy (1)**
22:13
**buying (1)**
208:15

**C**

**C (7)**
3:1 4:1 116:25 117:11
117:20 438:1,1
**calculate (14)**
102:18 104:5,6 113:3
129:7,13,25 163:20
163:23 172:9
180:12 205:20
320:2 353:5
**calculated (2)**
272:9 350:7
**calculating (7)**

122:17 129:20,21
175:14 200:24
202:24 301:18
**calculation (4)**
110:3 111:4 201:1
203:9
**calibrating (2)**
105:9 106:11
**California (8)**
1:2,17 2:13,14 3:13
8:11,15 438:2
**call (22)**
36:11 37:17 81:18
110:1 127:17,24
135:15 153:4,5
157:9 159:23 235:3
245:25 250:16
292:23 300:6,21
304:16 332:6
343:16 423:10
430:14
**called (7)**
10:8 109:5 133:5
152:25 170:5 277:9
313:21
**calls (4)**
25:23 26:5 104:1
417:1
**camp (1)**
106:21
**Canada (6)**
183:13 243:22 306:15
396:20 397:15
428:24
**Canadian (4)**
277:1 297:5 298:2
429:2
**Canadian-based (1)**
279:17
**cancer (80)**
12:18,19 13:5 16:1
27:24 28:21,24,25
29:4,9,10,13 41:19
41:22 73:5,7,17
74:5,15,20 75:22
76:8,16 77:3,7,15
78:8 79:5,20,23
80:1 81:5,24 83:1
90:13 91:6 100:2,3
102:6,9,10,25
103:14,15 142:13
142:22 143:15,18
143:20 145:22
146:18 150:22
168:2,4 170:11,13
171:23,24 172:2

179:6 180:6 189:2,4
189:15,22 190:13
190:18 192:13
194:20 197:21,22
197:22 279:6 321:7
347:7 407:9 408:14
408:17,23 429:24
**cancers (11)**
29:15 90:6,15 103:4,5
150:21 188:6
189:11 196:17
197:1 321:6
**candidate (1)**
33:1
**Cantor (46)**
6:8 178:13,22 179:10
180:4,20 181:2,4,20
182:3,5 183:13,15
184:9,9 186:9,12
187:24 189:18
192:2 194:10
198:17 200:22
201:19 202:25
204:9 205:2,18
212:11 213:16
214:11,16,23 215:2
217:2,16 218:4,20
219:7,9,14 221:16
221:19 222:9 243:7
243:11
**capable (5)**
136:21 185:21 420:9
420:18 422:22
**capture (6)**
190:9,11,20 193:9
198:6 433:14
**captured (4)**
194:17,19 368:22,22
**capturing (3)**
192:4 193:1 198:11
**CARC (6)**
80:18 82:13 415:15
415:18,19,21
**carcinogen (3)**
62:9 150:10 188:10
**carcinogenic (5)**
18:15 230:24 231:13
406:6 419:5
**carcinogenicity (9)**
75:15 90:3 187:16
335:10 407:13,22
420:25 422:17
429:23
**carcinogens (5)**
149:24 150:12 331:2
406:5 425:7

**care (4)**
12:16,18 13:5 138:3
**career (2)**
16:24 225:18
**careful (3)**
19:12 432:5 434:1
**carefully (2)**
191:8 197:6
**Carolina (1)**
333:22
**carrying (1)**
39:19
**case (111)**
1:6 8:9,12 44:5 51:22
52:13,18 54:4 78:10
79:4 97:10 100:18
107:25 117:12
124:3 133:13
134:25 136:1
137:10 139:22
140:4,11,13,25
141:2,4 146:15
149:3 161:19
168:19 169:3,17,21
171:22 173:9 175:6
177:3 182:4 188:13
190:21 193:9
194:19 197:14
208:21 218:10
223:4,7 225:1 226:4
227:3 230:2 238:3
243:21 247:15
254:8 259:14 269:3
276:24 277:1 278:3
279:17 284:13
287:24 297:5,13
298:2 304:16
305:11,20 306:13
310:3,10 311:19
313:19 314:1,12,16
314:18,20 315:2
316:7 317:22,22
318:1,6,7,8,9 320:9
320:25 321:12,19
330:1 336:10 338:9
339:18 340:25
342:9 346:11 347:3
360:14 395:22
396:1,13,20 397:14
400:13 420:15
421:3 435:24 439:1
**case-by-case (1)**
137:10
**cases (51)**
29:4,9 123:11 124:1,5
124:19 125:1,25

126:5 133:17 134:2
134:13 135:22
136:11 137:15
139:7,8 170:13
171:24 177:7
186:13 190:9 198:7
204:7,9 215:7,10
216:20 224:17
226:3 227:23,24
228:3 232:25
236:21 237:4 238:5
255:7 257:22
259:15 311:22
314:2 315:11
341:22,23,25 347:4
387:12,14,22,23
**casual (1)**
267:18
**catching (1)**
215:10
**categorical (7)**
58:10,12,14 61:9
164:21 420:23,24
**categories (13)**
63:21 66:18 67:13,15
68:17 165:15
301:14 311:17,21
350:7 351:24
353:16 427:4
**categorization (1)**
164:24
**categorize (1)**
273:23
**categorized (1)**
424:19
**categorizing (3)**
311:17 419:3 422:8
**category (32)**
27:25 62:8 63:15
116:24 131:11
185:18 232:25
257:25 259:12,16
259:17 266:6,9,25
271:12 272:15
282:16 299:16
300:16,16 303:22
306:11 350:6
424:17,24,25
425:10,21,22 427:5
427:6 428:1
**causal (27)**
5:16 50:7,12 64:9
65:12 66:13 67:6
68:11 69:8 70:10,18
71:3,23 88:1,21
90:22 91:19 93:6

111:6 120:8 121:10
121:20 122:24
131:6 191:21
230:17 417:9
**causally (1)**
124:13
**causation (10)**
5:13 45:21 46:3,7
49:19 87:23 88:18
101:15,24 104:9
**cause (21)**
40:1 41:22 49:22
50:21 51:7 97:11,13
98:11,14 100:3
101:3 102:8,9
103:13,15 159:18
190:18 191:18
198:4 431:24
434:19
**caused (10)**
90:5,15 91:6 100:2
103:3,4 190:21
194:18 198:7 215:7
**causes (13)**
87:20 100:20 102:25
143:17 145:18,22
152:21 188:10
215:8 323:11 330:7
407:9 434:9
**causing (7)**
100:13 187:11 191:9
420:9,18 422:22
426:15
**cell (4)**
156:3 189:4 280:21
281:10
**cells (2)**
190:23 404:14
**cellular (1)**
188:12
**certain (21)**
23:9 33:18 35:20
40:24 55:25 127:21
150:21,25 179:11
186:25 192:11,15
202:5,12 209:23,25
224:16 334:4 377:3
395:24 414:11
**certainly (5)**
35:4 73:13 81:16
195:13 413:4
**certainty (3)**
418:1 434:9,18
**certificate (2)**
11:19 12:6
**Certified (1)**

438:6
**certify (2)**
438:7,12
**cetera (12)**
98:24 149:16 194:7,7
255:11,13 274:13
344:6,23 381:20,21
417:16
**chain (1)**
197:25
**chair (8)**
20:19,23 21:3,12,13
21:15 25:17 385:3
**challenge (3)**
50:1 330:21 331:11
**chance (31)**
47:3,8,21 48:15 64:10
65:13 66:14 67:7
68:12 69:9 70:11,21
71:13 72:10 84:1,3
84:6,18 85:6 90:5
91:23 98:24 105:4
107:11 108:10
110:5 114:24 117:4
118:8,17 190:20
**Chang (4)**
284:10,21 285:12
322:20
**change (24)**
26:21,22 114:12
241:19 280:10
282:6 306:21
338:15 346:16,20
349:20,22 355:21
360:9 370:13,14,18
373:12 377:7 398:5
419:14 429:19
434:6,16
**changed (16)**
325:13,14 339:3,6,8
357:14 358:15
360:5,14,16,18
370:10,12 373:14
420:4 429:21
**changes (4)**
282:24 349:24 369:4
434:21
**characterization (1)**
411:11
**characterize (1)**
14:19
**charge (1)**
18:4
**charged (1)**
22:18
**Charles (2)**

5:15 86:14
**chart (2)**
154:17 319:6
**check (10)**
180:25 183:3 189:4
236:5 274:10
365:10 401:17
414:18 415:2
416:16
**checked (1)**
365:20
**checking (3)**
366:24 378:15,15
**chemical (11)**
245:20 246:9,11,18
246:23 255:21
261:13,24 262:13
308:15 310:25
**chemicals (11)**
149:14,17,21,23,25
244:20 247:21
254:10 311:3,10
331:18
**chicken (1)**
150:25
**child (1)**
77:14
**children (1)**
12:25
**chlorines (1)**
150:1
**choice (1)**
140:7
**Christopher (1)**
18:22
**chronic (3)**
198:13,25 301:23
**chunk (1)**
205:11
**circle (2)**
70:5 154:11
**circles (1)**
40:21
**circumstance (2)**
97:9 192:16
**circumstances (1)**
136:15
**circumvented (1)**
140:21
**citation (1)**
229:1
**citations (2)**
77:6,10
**cite (12)**
74:3 217:25 228:23
228:24 229:9,24

251:22 252:8 259:3
263:5 277:15
390:20
**cited (2)**
218:18 434:12
**citing (2)**
229:18 416:5
**City (1)**
204:14
**clarify (2)**
220:2 439:4
**class (9)**
47:11 49:17 115:17
134:9 255:22
261:24 262:13
313:17 316:24
**classes (1)**
261:13
**classification (1)**
67:3
**classify (1)**
272:17
**clear (29)**
15:3 21:16 53:15
58:17 59:24 64:2
65:2 75:5 76:21
80:22 82:6,21 89:16
120:4 159:1 180:3
186:20 245:23
248:19 249:1
266:14 283:16
291:6 299:23 315:1
317:2 353:21 355:5
359:18
**clearly (9)**
80:12 83:14 127:10
162:23 260:22
269:4 295:24
312:23 381:16
**clever (2)**
267:14 268:12
**clinical (3)**
12:11 13:5 317:17
**clinically (1)**
89:8
**close (5)**
24:11 56:3 112:19
137:21 309:24
**closely (2)**
142:17 426:9
**closer (1)**
391:5
**CLR (38)**
1:23 2:14 110:1,2,3
110:16 111:3,4,12
111:24 112:7

114:21 116:2,12,18
116:23 117:1,12
118:25 119:6,14
129:25 180:11,19
180:20 181:11,24
212:15 213:3,10,14
213:16 214:7,10
320:2,9 438:4,22
**CLRs (3)**
118:10 129:7,13
**club (1)**
34:2
**co-adjustments (1)**
214:23
**co-authors (1)**
230:13
**co-exposure (2)**
250:9,24
**co-exposures (1)**
326:15
**co-investigators (4)**
228:7,17 229:22
378:14
**co-linearity (1)**
430:14
**co-worker (1)**
136:16
**coaching (3)**
378:2,3,5
**coauthor (1)**
147:1
**Cocco (18)**
122:4,6,20,22 123:7,7
123:8,9,13,21,24
124:10,18 125:13
125:24 126:8 400:3
409:23
**cofactors (1)**
216:23
**coffee (6)**
142:12,20 143:14,23
143:25 144:4
**cohort (40)**
6:18 22:3,12 26:7,18
31:10 140:12,21,24
141:1 144:7 312:25
316:16,17,22
317:18,23 318:12
318:14 321:3 323:9
323:16 326:14,20
333:25 336:8 337:5
339:13 341:3
350:23 351:13
355:14 398:13
400:7 431:20 432:6
432:25 433:4,21

435:25
**cohorts (1)**
431:21
**collaborative (2)**
226:5,7
**colleagues (2)**
15:20 50:3
**collect (2)**
225:16,22
**collected (3)**
22:9 362:2,16
**collection (3)**
433:2,4,7
**collegial (1)**
19:9
**collegially (1)**
14:20
**Collegium (7)**
33:23 34:1,24 35:6,18
   35:22 36:1
**Colorado (1)**
3:6
**column (9)**
92:6 179:17,20 184:3
   184:4 228:16 244:7
   297:17 392:10
**combination (1)**
230:14
**combined (6)**
231:18,23 232:4
   233:7,17 238:24
**come (22)**
15:14 27:9 36:24 57:7
   60:16 61:8 69:23
   88:8 96:2 128:3
   154:11 190:12
   197:9 205:21 272:4
   332:16 357:18
   358:21 359:19
   362:1 369:13
   419:10
**comes (6)**
31:17 61:22 72:5
   170:25 330:25
   359:13
**comfortable (2)**
198:11 407:21
**coming (9)**
22:21 26:1 50:6 88:21
   94:22 181:17
   197:11 333:18
   338:12
**comment (21)**
57:25 159:2 349:22
   380:13 390:3 391:6
   391:9,13,21,25

393:5,12,14,25
   394:1,12,18 395:2,9
   403:9 406:22
**commentary (5)**
238:15 259:25 412:13
   412:24 416:25
**commented (2)**
380:12 393:11
**commenting (2)**
230:9 412:7
**comments (1)**
291:3
**Commission (1)**
437:21
**commit (1)**
436:16
**committee (23)**
20:17,19,24 21:2,6,12
   21:23 22:1,17 23:3
   23:11,17 25:6 26:16
   31:12 32:2,11 36:18
   36:20 38:2 325:4
   383:8 385:4
**common (9)**
63:24 106:6 184:18
   224:21 225:20,21
   321:6 326:15 414:7
**communicate (1)**
137:22
**community (8)**
32:19 95:15,15
   289:16 316:18,22
   318:4 389:17
**comparable (1)**
321:24
**compare (13)**
110:3 111:4 139:23
   181:25 235:1 239:9
   239:11,13 240:11
   242:8 264:23 330:8
   395:8
**compared (15)**
43:12,13 45:1 134:14
   215:2 254:22
   269:17 293:6
   303:14 321:17
   328:5 330:15
   343:25 354:14
   365:1
**comparing (5)**
170:25 175:13 234:25
   235:4 339:24
**comparison (3)**
171:10 182:10 353:18
**comparisons (3)**
86:6 171:11 345:10

**complete (3)**
122:15 234:15 381:20
**completed (2)**
11:4 26:13
**completely (5)**
133:19 143:18 262:10
   264:16 306:22
**completing (1)**
433:9
**complex (2)**
324:16 413:14
**complicated (1)**
344:7
**composition (1)**
433:3
**compound (5)**
75:10 254:4 308:15
   407:9 413:13
**compounds (4)**
18:15 254:3 406:7,8
**comprehensive (1)**
95:19
**comprehensively (1)**
199:1
**computer (1)**
325:19
**concept (5)**
39:24 167:3,5,8
   186:21
**conceptual (1)**
169:12
**concern (20)**
131:14 133:13 189:17
   194:10,14 197:19
   198:19,20,23
   214:14,18 217:22
   293:4 296:5 310:12
   375:18,20 378:23
   390:1 393:4
**concerned (5)**
138:22 194:5 214:15
   311:5 367:23
**concerning (1)**
293:21
**concerns (14)**
25:6 217:17 242:21
   293:25 294:6,10,14
   294:15,25 295:5,16
   354:25 395:24
   400:19
**conclude (4)**
125:13 216:25 285:10
   391:10
**concluded (3)**
65:9 67:25 417:25
**concludes (1)**

437:1
**concluding (1)**
228:9
**conclusion (29)**
48:16 56:24 57:7 58:1
   59:1 61:8,16 62:3
   62:20,25 63:1,2,2
   63:13 66:21 72:6
   88:9,18 128:9 228:9
   229:21 230:16
   233:6 332:16 392:9
   392:10 417:22
   418:11 420:24
**conclusions (41)**
52:24 53:8,9,10,13,16
   53:18,22 54:1 55:12
   56:1,21 57:11,12,14
   58:5,9,9,14,19,20
   59:8,12,17,22 60:3
   60:16,19,24 61:9,11
   61:23 66:6 69:22
   70:2 88:2,7,21
   286:15 410:25
   434:11
**concomitantly (1)**
239:6
**concur (11)**
52:24 53:9,25 57:12
   58:4,19,20 59:12,21
   66:5,9
**concurrent (3)**
163:21 430:1,3
**concurring (2)**
58:25 59:8
**concurs (1)**
53:12
**Conditional (1)**
115:3
**conditioned (1)**
117:5
**conditioning (2)**
105:10 106:12
**conditions (1)**
92:9
**conduct (11)**
28:9 35:8 54:22
   138:16 170:10
   231:23 287:8 297:9
   345:9 433:23,25
**conducted (17)**
37:7,14 38:16 78:5
   115:21 159:4
   195:11 211:23
   251:6 305:13 306:9
   317:23 333:5 361:2
   376:6,17,24

**conducting (20)**
25:8 27:23 36:14,24
   52:25 54:1,7 86:4
   129:22 145:2
   163:13 170:20
   173:25 195:10
   245:8 283:9 284:11
   286:13 432:5 434:1
**confer (1)**
58:12
**conference (20)**
25:23 36:18,25 37:1,3
   37:21 38:2,3,23
   277:15 288:22,25
   289:24 290:10,17
   291:12,14 292:3,18
   322:6
**conferences (3)**
37:9,14 290:23
**conferred (1)**
69:18
**confidence (112)**
43:9 64:11 65:14
   66:15 67:9 68:14
   69:10 70:13,23
   71:15 86:15 107:6
   107:12,13,16,19,23
   108:2,6,8,13,14,17
   108:20,24 109:5,8
   109:10,14,15,21,22
   110:2,9,15 111:21
   112:1,15,17 114:23
   115:9 117:14 118:9
   118:18,23 119:4,6,8
   119:14,17 130:7,12
   130:16,23 131:4
   152:19 155:17
   157:1 158:17
   159:16 160:19,20
   161:6,12 162:16,19
   178:25 180:12
   212:24 213:2
   214:20,20,24
   216:18,19,24 217:5
   217:7,11 232:18,21
   233:15 249:7 251:1
   279:20 280:11
   281:5,17,22 282:12
   283:1 306:15
   309:24 312:13
   319:20,22 320:1,4,8
   320:16,22,23,24
   321:4,9,14,23 322:1
   322:10 354:21
   396:16 424:8
**confirm (2)**

213:20 283:22
**confirmed (2)**
74:24 75:14
**confirms (1)**
41:16
**conflated (1)**
393:10
**conform (1)**
439:4
**confounded (1)**
286:8
**confounder (19)**
142:2,8 143:15 144:6
146:4,11 151:12
152:22 159:19
167:7,14,23 168:19
169:7,11,13,15
330:2 333:14
**confounders (8)**
145:6 163:9 165:13
165:15 167:2 169:2
330:5,23
**confounding (41)**
47:22 48:15 64:10
65:13 66:14 67:8
68:13 69:9 70:12,22
71:14 142:2 143:3,3
144:11,25 145:8
151:22,25 152:12
163:2,6,13,17
164:23 165:24
166:18 167:5,6
169:5,8 264:20
328:2,3 329:18,22
329:23 330:11,13
330:18 333:12
**confuse (1)**
169:2
**confused (3)**
221:12 289:19 326:25
**connecting (1)**
237:11
**connection (5)**
37:7 54:4 212:11
234:7 409:21
**conscientious (1)**
295:25
**consensus (1)**
216:12
**consequences (1)**
198:13
**conservative (1)**
159:23
**consider (14)**
47:16 57:24 88:21
151:12 160:1

176:19 184:17
195:1 247:13 289:8
290:9 292:12,16
294:17
**considerable (1)**
280:10
**consideration (1)**
117:16
**considered (23)**
16:10 17:11 33:6
43:17 107:20
111:24 135:20
136:10 137:13
159:8 244:22
245:14 247:8
277:20 283:9
289:25 290:7 291:9
291:12,24 292:4
315:18 316:4
**considering (3)**
47:9,15 294:15
**considers (1)**
231:12
**consistent (3)**
51:2 102:4 375:12
**consistently (1)**
375:14
**constantly (1)**
216:9
**consult (1)**
23:17
**consultant (1)**
421:15
**containing (1)**
315:4
**contains (1)**
292:23
**context (18)**
71:5,24 88:23 93:3,22
95:6,8 100:18 102:5
110:22 113:1
114:25 117:5
118:21 200:3
417:13,15 418:21
**continents (1)**
51:15
**continue (4)**
14:10 17:4,12 185:1
**continues (2)**
93:24 436:23
**continuing (1)**
385:24
**continuum (2)**
95:21 97:25
**contradict (1)**
322:11

**contradictory (1)**
416:1
**contrast (4)**
345:13,20,22,24
**contribute (1)**
324:2
**contributes (4)**
42:7 89:6 323:12
324:10
**contributing (2)**
312:4 331:3
**control (66)**
133:14 134:25 140:4
140:11,13,25 141:2
141:4 145:23
149:18 163:5,8,13
163:17 167:5 182:4
203:24 223:4,8
225:1 243:21
247:15 276:24
277:1 279:17
284:13 293:8,11
297:6 298:2 306:14
310:3,10 313:19
314:1,12,16,18,20
315:3 316:7 317:22
317:22 318:1,6,7,8
318:9 320:10,25
321:12,19 330:11
336:11 338:9
339:19 342:9 347:3
395:22 396:2,14,20
397:15,15 400:14
435:24
**controlled (5)**
227:3 230:2 295:15
310:24 424:9
**controlling (5)**
165:13,24 166:16,17
430:1
**controls (30)**
123:12 124:2,3,21
125:2 126:1,6
133:19 135:1,22
136:12 137:15
139:7,9 140:7
215:18 216:20
232:25 237:4 238:6
255:8 257:23
259:16 293:6 314:2
315:11 318:2 341:1
347:5 400:16
**convention (4)**
41:6 85:10 107:16,19
**conventional (1)**
111:23

**conversation (1)**
32:13
**conversations (2)**
28:8 30:12
**convince (3)**
46:2 49:9 167:13
**copy (1)**
82:8
**corner (1)**
114:11
**correct (600)**
11:16,17,21 13:7,11
13:15,16,19,20,22
13:23 15:4 20:20,21
22:25 23:1 32:11
33:24,25 35:18,22
36:1,5,6,19 37:9,10
39:16,21 40:2,12
41:12,22 42:5,13
43:1,3,22 44:16
45:9,21 46:10 49:23
50:21 51:24 52:3,4
52:19 53:2,6,10,19
56:18,19,25 57:15
60:7 61:17 62:4,17
63:16 64:12,13,19
65:14 73:6 74:6,16
75:8 76:24 77:22
84:1,8,18 85:19,23
86:17 87:10,20
89:20,20 90:6,15
91:7,19 92:13,18,24
93:17 94:18,19,20
95:3 97:14 98:15
99:12 100:3 101:16
102:10 103:18
104:13 105:14,23
107:7,8,13,22,25
108:10 109:6,10,11
109:16,24 110:6
111:7 112:10 114:2
115:1,6,10,22,24,25
116:6,15 117:6
118:10,20,25
119:25 120:10,21
121:12,22 122:4,10
122:25 123:16
124:14 128:12
129:8,18 130:1,9,11
130:18 131:7,18,22
131:23 132:8 133:9
133:10,14,15,19
134:11,15 135:3,4
135:12,22 136:12
137:15 138:19,20
138:25 139:16

140:2,3,7,9,21
141:12,14 142:5
143:16 144:11
145:6,7,18 149:7
150:16 151:3,22
152:15,22,23 153:3
153:11,12 154:8,17
155:13,18,20,24
156:19 157:8,13
158:13 159:5,19
160:11,25 161:17
162:9 163:6,10,14
163:25 164:14
165:20,21 166:20
168:22 170:7,14,21
171:17 172:2,16
174:5 176:7,21
177:8 179:1,2,8,13
180:8,15,23 181:12
182:22 185:10
186:10,17,18,22
187:5 188:6,14
189:24 191:1,4,21
192:7 193:3,5,18
194:13 195:5
196:13,14,20
199:11 200:13,21
200:25 204:10,24
206:6,14,22 207:7
207:11,20 208:5
209:1,5,15 211:3,15
211:25 212:19,20
212:25 213:12,17
214:11,12,13
216:11 217:9
219:21 221:18
223:5,20 224:8
225:6 227:7,25
228:4,10,18,24
229:7,10,17 230:6
231:24 232:6,15,22
232:23 233:9,20
234:16,23 235:24
235:25 236:3,14,19
237:2,20 239:1
240:2,24 241:21
242:22 243:8,22
244:1,15 245:15,17
246:13 247:8,17,20
248:5,23,24 249:7,9
249:16 250:9,13
251:2,3,8,14 252:5
252:6,11,19 253:9
253:14 254:22
256:2,7,13 257:10
258:7,18 259:7

260:12 261:4 263:3
263:7,25 266:15
271:4,7,16,24
272:10,23 275:7,25
277:2,16 278:25
279:1,8,13,14,21
280:4,15,19,20,25
281:12,24 282:7,21
283:10,20 284:5,6
284:16 285:2,8,15
286:18 287:7,11,25
288:14 289:1
290:11 292:13,19
293:3,23 295:2
297:9,23 298:5,12
298:13,17 299:3,9
299:10,15 300:4,20
301:9,12 302:20
303:8,17 304:6
305:24 306:7,16
308:9,16,22 309:9
309:11 310:13
311:1,7 312:11
313:17,24 314:5,14
315:19 316:5,18
317:9,10,19,20,24
318:11,15,16 319:2
319:9,15,23 320:6
320:12 321:1,13
322:21,23 323:3
324:8 325:5 326:17
326:23 327:15,22
328:6 330:16
331:18,23 336:4,11
336:20 338:5,10
339:12 340:11,19
341:8,9,16 342:2,9
342:20 343:2,10
344:12 345:14
346:1 348:13
350:24 351:16,17
352:4 353:22,23
354:1,15 355:2,3,11
356:13 357:8,25
359:1,23 360:23
361:21,24 363:4,22
364:17,24,25 365:3
365:7,17,21,22
366:3 367:5 368:1
369:9,14,23 371:2
371:16 372:7 373:2
373:10 374:5,19
375:25 376:8,18
377:22 378:25
379:13 380:2 381:5
381:24 382:16

383:22 385:22
386:6,7,11,24
387:14,23 388:2,16
389:13 390:13,14
390:18 391:23
392:19 393:6,18
394:16 395:8 396:1
396:15 397:1,19
398:16,21 399:11
399:21 400:8,25
401:4,13,21,25
402:4 406:9,10
407:22 416:8,9
422:9,14,15,19,23
429:13,14 431:11
431:12 432:16,17
439:5
**correctly (11)**
134:7 142:20 160:10
169:20 185:4 188:7
198:18 265:20
327:24 331:12
360:21
**correlate (1)**
327:18
**correlated (13)**
174:9 328:17,20
329:25 330:20
331:5,16 332:11
334:2 335:17 430:6
430:18,24
**correlation (9)**
174:13 175:5 177:11
177:12,17 327:7,20
329:9,12
**corresponding (1)**
387:6
**coumaphos (1)**
365:16
**council (2)**
37:15,19
**counsel (13)**
8:23 9:15 55:16 79:23
81:21 96:10 348:13
408:18 410:8,9,13
413:10 425:1
**counselor (2)**
36:4,7
**count (3)**
137:25 207:10 365:14
**counties (1)**
51:16
**counting (5)**
133:6 309:5 362:7
366:12,15
**counts (3)**

137:24 298:9 431:2
**couple (5)**
190:25 351:2 375:3
408:8 428:12
**course (13)**
57:23 80:12 105:1
129:2 195:16 208:3
222:19 371:22
380:15 411:9 412:3
415:8 416:22
**court (25)**
1:1 8:10,20 10:4,24
11:1,5 59:25 80:2
81:17,18,25 83:10
126:25 170:2
226:19 340:15
410:19,25 411:25
412:12,25 413:1,4
413:20
**cover (1)**
367:22
**covering (1)**
222:17
**create (2)**
135:9 176:17
**created (1)**
275:14
**credible (9)**
64:9 65:12 66:13 67:7
68:12 69:8 70:11,19
71:3
**credited (1)**
34:8
**crews (1)**
201:10
**criteria (12)**
59:18 159:8 179:11
269:1,8,25 270:1
320:15 407:12,14
416:1 418:22
**criterion (3)**
47:9 125:23 316:20
**critical (2)**
50:2 140:14
**critically (1)**
197:6
**criticism (2)**
289:15 395:6
**criticisms (5)**
431:4,8,13,15 432:20
**critique (1)**
73:12
**critiquing (1)**
73:11
**crops (2)**
338:16,24

**cross (1)**
416:16
**cross-reference (1)**
414:24
**cross-talk (1)**
328:14
**CRR (4)**
1:23 2:14 438:4,22
**CSR (4)**
1:23 2:14 438:4,22
**cumulative (16)**
187:13 324:7 335:25
336:2 339:16 340:3
340:13,16,18,22,25
341:2,4 342:4,8,12
**curious (2)**
79:13 412:16
**current (3)**
164:8,9 421:15
**currently (2)**
20:22 132:7
**Curriculum (1)**
5:9
**cursory (1)**
415:23
**Curwin (1)**
24:7
**cut (1)**
324:21
**cutoff (4)**
340:18,24 341:1,3
**CV (10)**
11:10,19 19:19,21
20:2,15 33:22 36:16
39:7 82:8
**cytotoxic (2)**
74:13 76:2
**cytotoxicity (1)**
82:25

---

**D**

**D (9)**
5:1 111:20 114:22
115:18 116:12,20
117:2,2,16
**D.C (1)**
4:13
**daily (1)**
336:16
**data (274)**
22:9 27:13 41:15
42:17,21 43:20,21
44:14 45:8,19 46:8
47:16 49:9,11 52:14
69:23 70:7 71:24,25
72:7 88:1,6,8,16,17

88:22 95:18,24 96:6
98:22 107:24
110:21 116:19,22
119:18,24 129:14
129:16,24 135:19
136:9,11 137:12,14
138:18 139:16
142:17 145:25
146:1 158:19
164:20 167:7 169:9
183:13,13 205:1
206:19,19 207:4
210:11,13,14 211:2
212:16,18 219:9,9
219:13 220:18
222:9,14,15 223:3
224:4,19 225:2,11
225:16 226:5,8,12
227:4,13,14,16
230:1 231:18
232:24 238:2
242:20 243:6,11
246:8,8 249:14
250:7,22 253:16
265:21 266:16
267:5 268:1,21
270:2 278:22
279:16 280:8 283:7
283:8,10,15,17,18
283:25 284:2,13
285:11 286:18
287:4 288:5,9
289:20,23 290:5,9
290:13,19 291:8,11
291:13,18,23 292:2
292:9,12,17,22,25
293:5,6,7,10 294:1
294:2,11,13,15,25
295:16 296:20,23
297:6,7,8,12 298:24
298:25 299:5
300:12,13 302:15
304:21 309:6
314:22 322:21
324:1,10 326:14
328:10 329:8,11,15
332:1 336:18
337:18,21 338:5,6
340:9,17 346:10,12
347:11,18,20
348:21 349:20
350:3,9,23 351:9,21
352:11,16 353:3,6
354:15 356:21
357:7 358:22 362:2
362:4,15,16 364:12

364:13 365:2,2,5
367:12,15,18,21
369:19 370:3
372:13 375:22,24
376:15 377:16
380:16,19,25
381:20 383:20
386:6,10,11,22,23
387:14,18,23 388:5
388:6,9,19,20,24
389:5,6,10,16 391:4
396:18,19 397:14
398:18 399:1,7
401:20 402:2 406:4
406:6,11,12,13,14
406:16 408:4
416:19 417:8,12,13
417:15 418:3,20,20
418:21 431:5,10
433:1,4,7
**dataset (3)**
177:12 227:19,20
**datasets (1)**
400:8
**date (13)**
8:15 188:11 199:9
200:15 202:18
208:12,23 210:16
211:13 348:10,12
432:10 439:2
**dated (1)**
6:11
**dates (3)**
149:21 209:7,7
**dating (2)**
148:13,20
**DAVID (1)**
3:8
**day (27)**
126:17 137:1,2
197:14 208:2
209:15 272:3,9,14
272:23 273:13
274:6,7,19 275:6,24
275:25 276:13
301:19 303:7,11,13
303:13,13,14
437:16 438:17
**days (97)**
192:11 263:2,2,3
264:10,11,18,24,25
265:6,7 266:8,9,25
269:15 271:16,23
272:1,18 273:12,20
273:23 275:15,19
296:22 297:4,21,22

298:8 299:12,20
300:1,2,3,7,9,14,17
300:21,22,23 301:6
301:6,7,13 302:1,6
302:11,12,16,19,23
303:1,18,20 304:3,6
304:23,24 305:14
324:7,8 335:25
336:3,4,6,9 337:20
339:16,25 340:1,2
340:10,11,11,13,13
340:16,18,24 341:1
341:4,5,5,6,7
342:16 345:2 364:2
398:4 424:1,23
425:10,11 426:2,25
427:10
**DDT (4)**
312:8 358:9 360:5
362:13
**De (80)**
6:12,20 22:24 32:25
33:5 125:14,25
126:11 153:12,16
154:3,12 181:1,3,8
181:24 182:2
184:10 203:24
205:16 212:15
213:14 214:9,18,22
215:17 217:23
218:23 219:1 220:7
220:10,15 221:3,23
222:7 224:5 225:3
226:6 227:5,18,19
227:22 228:6,16
229:21 230:12
231:16 234:9
235:24 264:23
276:25 310:6
312:24 319:1,7,11
319:21 320:2,4
321:16 322:25
323:8,15 326:9
334:23 335:12,23
336:18 339:14
341:3 342:5,5,24
345:7,23 398:13,25
400:7 401:16,20
**dead (1)**
428:7
**deal (3)**
28:15 241:16 435:24
**dealing (6)**
39:7 54:14,15 76:2
247:22 410:1
**dealings (1)**

19:3
**debate (4)**
31:6 80:25 89:9
215:24
**debated (1)**
215:24
**debunk (2)**
50:5 317:1
**December (6)**
200:14,25 201:12,22
202:17,22
**decide (14)**
41:4 50:13 105:1
108:17 110:18
169:12 187:15
245:20 246:23
330:1,21 352:24
413:2 415:18
**decided (6)**
18:13,17 26:19 150:2
355:19 380:20
**deciding (1)**
94:23
**decision (1)**
345:9
**decision-making (2)**
94:2 95:25
**deck (20)**
131:24 132:5,19
165:6 277:19,23
278:2,14 313:10,13
313:15 316:14
405:8,17,21 423:9
435:12,19 436:13
436:15
**decks (5)**
113:25 435:13,22,24
436:1
**declaratory (2)**
127:7 413:18
**Defendant (1)**
4:11
**defense (1)**
425:1
**defer (1)**
55:14
**define (5)**
142:8 164:18 212:4
274:6,19
**defined (8)**
86:1 144:6 275:6
302:12 303:12
304:3,9 388:6
**defines (2)**
64:5 266:4
**defining (2)**

143:3 179:10
**definitely (4)**
123:25 144:12 150:11
197:19
**definition (8)**
64:18,25 65:24 83:24
179:15 201:21
347:6 389:6
**definitions (2)**
84:2,6
**degree (6)**
11:20,23 13:10 140:6
434:8,17
**deliberately (1)**
67:12
**Delzell (4)**
284:10,21 285:13
322:20
**demarcation (1)**
196:12
**demonstrates (1)**
48:17
**Denmark (1)**
34:22
**denominator (1)**
184:18
**department (2)**
12:15 14:2
**depend (5)**
51:10 141:24 171:15
177:10 333:16
**depended (1)**
23:7
**dependent (2)**
144:4 189:8
**depending (7)**
86:3 141:18 143:20
187:20 190:16
192:18 340:6
**depends (19)**
115:13,14 117:21
131:9 136:3,14
137:19,20 166:22
177:16 182:9 195:9
205:5 209:19
325:11 328:9
333:10 337:10
389:15
**depicted (2)**
156:22 160:10
**depicting (2)**
156:17 161:4
**depiction (9)**
153:7 155:23 156:16
158:9 160:3,15
161:10,14 162:2

**DEPONENT (1)**
439:3
**deposed (2)**
382:22,24
**deposition (42)**
1:15 2:9 5:23 8:6,13
10:19,23 80:3,11
81:10 82:2 83:12
96:22 146:14
203:14,21 262:24
277:24 278:12,15
289:22 306:25
307:7 348:9,14
349:2 350:2,16
382:23 402:18
403:2 408:11 412:6
419:16,23 421:2,5
421:18 437:2 438:8
438:10 439:2
**depositions (1)**
348:18
**derive (2)**
165:17 324:20
**describe (8)**
37:6,11 243:24,25
244:13 319:22
368:10 371:9
**described (5)**
272:6 346:6 368:24
418:15 433:21
**describes (2)**
344:18 417:1
**design (11)**
42:3,10 49:1 88:23
245:18 315:18
316:4,10 318:5
332:3 431:20
**designing (3)**
42:11,19,20
**designs (2)**
317:8,14
**detail (4)**
92:8 395:22 396:1
402:19
**determination (1)**
331:20
**determine (15)**
43:20 44:15 45:8 46:6
47:1,25 48:3 121:20
128:10 138:17
170:18 173:22
272:23 334:18
335:15
**determined (4)**
64:16 124:25 211:13
330:5

**determines (1)**
420:17
**determining (4)**
46:23 121:9 194:23
201:23
**developed (1)**
105:19
**development (1)**
77:14
**developments (1)**
107:1
**devoted (2)**
105:9 106:11
**diagnosable (2)**
188:13 192:7
**diagnose (1)**
187:4
**diagnosed (3)**
186:14 191:16 193:15
**diagnosing (2)**
34:10 187:18
**diagnosis (9)**
194:13 195:3 196:6
208:23 209:7,7,10
209:14 211:7
**dialogue (1)**
95:23
**dicamba (83)**
231:24 232:4,11
233:7,17 234:7
235:2,10 247:24
251:7,23,23 252:3,9
252:10,18 253:11
253:12,18,20,21
254:14,19,22 255:1
255:4,8,21,23,24
256:7,9,11,13,14,15
256:16,17,18,25
257:1,16,19 258:6,9
259:4,5,6,11 260:8
260:10,10,25
261:10,12,16,24
262:1,13,14,15,16
262:18 279:12,18
280:1,14,22 281:9
281:21 282:18
283:19 284:1
285:19,23 293:7,8
293:11 294:3 295:1
296:7 424:10,18
**died (1)**
397:7
**diesel (4)**
33:17,20 150:15,23
**difference (24)**
40:17,24 41:1 42:1,25

43:11,16 95:12
173:17,20 202:9
225:13 239:17
253:20 257:4,5
296:3 299:11 344:4
345:4 397:8 418:23
419:1 420:1
**differences (2)**
359:9 385:18
**different (82)**
14:3 30:5 33:13 43:6
51:15,15,16,17
55:21 72:2 85:20
86:3,10 90:12 106:8
110:4 111:5 119:23
121:5 137:11
140:23 151:20,21
151:23 153:6,8,13
161:3 163:4 167:2
171:5,9,12 175:21
187:8,19 192:17
218:7,7,8 219:7
220:20 232:24
239:15 244:20
246:9 254:10
292:21 298:11
301:21 303:12
309:15,16 325:1
328:21 331:18
333:7 343:9 362:22
363:4 365:14
368:11,14,16 369:3
378:4,20,23 380:13
380:15 388:5,10
389:7 396:10
415:11 418:16
420:13 425:24,25
433:5,9 436:5
**differential (9)**
28:20 133:12,22
134:19 139:5,15
141:9,19 328:2
**differently (3)**
181:18 296:15 303:12
**difficult (7)**
145:16,21,25 146:2
168:20 313:12
331:19
**difficulty (2)**
96:11 149:12
**diffuse (2)**
280:21 281:10
**dinner (1)**
136:24
**direct (3)**
231:17 307:9 326:10

**directed (1)**
167:9
**directing (1)**
433:11
**directly (1)**
317:18
**disagree (6)**
60:24,25 68:1 293:18
318:19 352:9
**disclose (1)**
79:16
**disclosed (2)**
79:15 80:9
**disclosure (3)**
78:7,12 79:20
**discontinued (1)**
360:8
**discount (1)**
309:5
**discounting (1)**
196:4
**discovered (1)**
142:17
**discuss (17)**
37:6 56:16 80:20
100:16 168:18
178:12 228:7,17
289:10 320:22
390:9,11 394:3,5
401:24 402:2
408:19
**discussed (12)**
38:1 40:21 56:23
57:13 242:19 283:8
299:21 307:15
393:17 400:2
409:20 425:1
**discusses (2)**
72:4 99:4
**discussing (13)**
39:19 57:11 60:18
234:2 250:12
313:20 316:16
321:1 322:14
339:19 391:22
419:25 420:1
**discussion (23)**
20:7,11 23:5 30:2,16
56:20 77:18 212:17
228:11,22 229:22
231:16 234:9
251:13 263:22
316:20 318:19
324:2,17 345:6
384:8 403:18
431:25

**discussions (12)**
27:4,11,16,20,22 28:4
28:13 29:16 74:2
121:5 289:8,12
**disease (21)**
5:21 42:8 87:9 89:7
134:3,14 141:11
143:7 145:4,10,17
145:21 165:14
187:4,11,19 188:5
198:5 201:24 215:9
420:9
**diseased (1)**
133:17
**diseases (1)**
196:19
**disorders (1)**
34:9
**dissertation (1)**
197:3
**dissuades (1)**
312:3
**distance (1)**
160:23
**distinguish (6)**
265:17 272:16 276:10
332:4 334:15,20
**distinguished (1)**
125:5
**distinguishes (2)**
304:17 306:2
**distinguishing (2)**
270:13 271:10
**distribution (10)**
94:6,22,23 95:20 99:2
99:5,9 109:2 234:15
364:2
**distributions (3)**
94:12 104:7 115:20
**District (4)**
1:1,2 8:10,10
**divided (1)**
109:23
**dividing (1)**
111:14
**Doctor (9)**
413:23 419:25 431:3
432:7,10,18 433:16
434:3,13
**doctoral (5)**
11:20,23 13:19,21
15:23
**document (12)**
1:6 38:5 39:6 66:20
76:12 132:11
147:11 313:14

347:19 383:19
393:6 405:6
**documents (4)**
17:22 434:5,5,15
**doing (21)**
46:1 49:8 60:22 78:19
78:23 103:12
110:24 135:5
136:25 162:17
167:9 186:8 254:1
264:19 288:3
290:24 382:19
383:15 409:14
428:8 432:24
**dormant (2)**
189:4 190:23
**dose (25)**
28:10 264:12,13
265:8,15,23 266:17
266:24 267:1,6,13
268:3,23 269:9
270:3 275:14
302:25 309:20
311:14,18 335:23
345:7,10,13 387:19
**dose-response (1)**
350:5
**doses (2)**
267:21 329:18
**double (1)**
90:19
**Dr (138)**
5:10 8:7 10:14 11:15
13:24 14:4,5,7,11
14:15 15:3,15 16:2
16:22 17:6,6 19:4,7
20:8,12 21:8 24:7
24:10,16,22 25:8
32:9,14,25 33:5
34:21 35:17,21,25
39:4,13 73:2 81:4
81:22 83:23 86:24
87:6 89:15 91:25
92:15 93:8,14 94:15
96:22,25 97:3 98:8
99:3,23 103:1
104:19 105:7
110:11 113:17,23
114:18 126:14
132:4 144:24
146:15,17 147:4
148:10,16 178:10
203:14,21,23 204:4
223:5,7,16 224:25
226:6,10 227:2,5,17
227:18 238:11

243:20 271:2
276:16 277:25
278:11,15 306:25
307:9 308:2 312:6
313:10 326:9
347:20 348:1 349:1
350:2,15,22 351:7
351:17,20 353:8
375:21 376:6,14
377:14 378:13
382:23,23 385:3
395:23 398:20
399:10 402:17,19
406:15 407:5
408:10,22 409:18
410:16 414:2
416:24 419:16,23
421:3,6,10,14,23
422:6 435:11 437:3
**draft (20)**
6:21 383:18,24 386:9
388:2,16 389:22
390:7 391:1,7,21
392:18 393:2,5,8,15
393:20 395:7 431:4
431:9
**drafting (1)**
429:12
**dramatically (2)**
360:16 373:15
**drastic (1)**
371:23
**draw (3)**
55:25 88:7 94:9
**drawing (1)**
58:13
**drawn (1)**
297:4
**dressing (1)**
312:9
**drew (1)**
59:17
**Drexel (1)**
33:8
**drinkers (3)**
142:20 143:14 144:5
**drinking (2)**
143:23,25
**drive (2)**
3:5 84:22
**driver (1)**
298:3
**driveway (1)**
271:20
**dropped (2)**
388:14,19

**drops (1)**
282:17
**DS (1)**
256:4
**due (15)**
28:20 47:3 77:11
84:18 108:10
142:19 152:20
159:17 173:7 190:9
234:11 264:20
338:15 386:6
387:18
**duly (2)**
10:9 438:9
**duplicate (1)**
311:13
**Durable (1)**
86:16
**duration (34)**
296:22,23 297:3,22
298:11,16 299:3,6,8
299:18 300:25
301:2,5,8,23 304:5
304:8,9,11,14,18,20
304:22 305:4,8,13
309:18 312:1 426:1
426:2,4,6,7,9
**Dynel (2)**
256:2,4

———————
E
———————
**E (10)**
3:1,1 4:1,1 5:1,7 6:1
7:1 438:1,1
**Earl (1)**
5:24
**earlier (14)**
150:14 189:2 193:15
212:9 230:15
250:12 284:15
285:6 289:22 308:3
349:13 408:9,10
425:1
**earliest (1)**
208:12
**early (12)**
147:2 150:8 193:10
193:12 194:20
198:12,24 215:9,10
341:24 393:23
416:25
**easier (2)**
11:5 171:21
**easily (2)**
41:3 366:21
**easy (4)**

31:1 63:25 162:17
368:20
**eat (1)**
177:24
**eaten (2)**
412:6,13
**eating (1)**
409:15
**edited (1)**
134:9
**educated (1)**
368:24
**effect (60)**
40:2 43:17 49:23
50:21 51:8 55:6
88:24,25 89:5 97:22
112:10 125:6,8
161:12 162:7 164:2
169:3,4,6,16,17,21
170:6,9,18,24 171:6
171:13,16 173:24
175:3 176:3,25
177:6,15 196:20
235:12 236:9
240:14 242:9 253:3
263:10,14 264:22
265:1 266:11 267:1
267:21 268:18
269:16 270:4,16
280:10 301:1,3
303:3 330:25,25
335:1 427:23
**effects (15)**
74:14 76:3 77:12,13
77:15 80:16 82:9
197:10,11 198:25
229:17 230:5
240:11 335:14
425:6
**efficient (1)**
114:13
**efficiently (1)**
48:2
**effort (2)**
226:5,7
**efforts (1)**
31:9
**Eghal (1)**
371:8
**eight (2)**
207:12 270:9
**eight-hour (2)**
272:4 274:7
**eighth (5)**
104:16 227:10 260:15
270:7 362:7

**either (17)**
41:16 51:25 99:18
106:21,24 111:5
126:25 132:6 170:4
254:3 269:18 299:9
300:19 324:7
353:25 354:12
397:18
**elapse (1)**
187:1
**elapsed (2)**
191:20 194:11
**elderly (1)**
138:5
**elect (1)**
36:13
**elected (2)**
36:3 158:8
**element (1)**
122:1
**elevated (2)**
252:2 311:4
**elicit (1)**
37:14
**Elyse (2)**
4:15 10:1
**emerge (1)**
309:22
**emphasis (2)**
116:4,14
**emphasizing (1)**
98:19
**emphatic (1)**
279:5
**employee (2)**
421:10,19
**encompasses (1)**
258:15
**encompassing (2)**
257:18 277:11
**end-all (1)**
93:5
**endeavor (1)**
40:1
**endeavors (2)**
34:25 35:2
**endpoint (1)**
129:11
**enjoy (1)**
267:14
**enormously (1)**
372:1
**enrolled (5)**
333:20 337:8 338:17
355:18,25
**enrollees (1)**

31:21
**enrolling (1)**
338:23
**enrollment (6)**
325:17 337:14,15
346:21 355:16
377:10
**entered (1)**
295:9
**entire (2)**
237:16 304:5
**entitled (4)**
17:16 86:15 128:23
363:18
**Environmental (2)**
6:10 36:5
**environmentally (1)**
34:4
**EPA (4)**
200:14 208:12,16
415:15
**epi (2)**
14:2 132:7
**epidemiologic (24)**
42:20 43:1 45:7 46:7
50:17,18 52:14
56:17 62:4 64:17
65:4,8 71:10,11
97:2 122:7 144:9
151:18 178:11
188:17 191:14
290:1 317:13 334:9
**epidemiological (24)**
39:15 42:11 48:14
59:10 60:4 61:17
66:11 67:3 68:9
69:5,21,22 119:24
148:17 153:2
170:20 229:24
230:15 291:25
292:5 325:2 333:5
334:13 433:24
**epidemiologist (16)**
47:25 49:18 61:1,1
63:5 71:5 78:23
79:9,10 88:20
163:20 210:10
273:18 315:19
408:3 421:7
**epidemiologists (18)**
42:3 43:19,25 44:12
44:14 47:10 50:1
83:25 84:15,20,21
85:3,19 107:11
163:4,8,12 316:21
**epidemiology (58)**

5:18 13:11,15 15:21
16:4 27:24 30:18
36:5 39:14,25 41:19
41:20 46:2 52:2,5,8
52:19 53:18 56:25
57:15,23 58:6,15,21
59:13 60:6,11 61:14
61:22 62:14,21,24
63:12,14 64:4,17
69:2,15 70:3 71:21
73:13 79:12,13
82:16 84:23 86:13
92:24 93:2,4 131:21
187:9 189:22 196:2
296:19 414:7
415:22 417:4
426:17
**equal (6)**
105:4 160:22 264:10
265:6 379:8 387:13
**equally (15)**
49:22 94:17 95:1 97:5
98:10 99:16,25
100:9 101:14 102:7
102:19 103:2,18
104:2,11
**equals (3)**
97:4 99:23,24
**equates (1)**
316:22
**equation (2)**
112:24 126:3
**equipment (7)**
274:13 279:8 286:4
295:8 342:19,20
344:21
**equivalent (3)**
11:25 204:8 205:17
**Eric (5)**
4:14 9:24 10:16
103:23 199:25
**Eriksson (32)**
6:3 154:15,16,20
155:1,5,16 156:12
161:22 178:18,21
196:10 306:20
307:10 308:3
309:11 312:7
335:18 340:10
341:2,14 344:6,10
344:18 345:25
346:10,13,23 347:9
399:19 400:6 410:2
**error (11)**
366:7,13,14,17
370:11 372:23,25

374:13 377:19
381:1 439:5
**errors (2)**
365:12 378:17
**Esfandiary (3)**
3:16 9:7,7
**especially (9)**
33:11 69:16 119:13
138:5 268:6 280:7
321:5 330:19
360:15
**ESQ (11)**
3:7,8,14,15,16,22,23
4:7,8,14,15
**essence (4)**
45:3 257:23 426:3
430:17
**essential (1)**
39:23
**essentially (1)**
312:18
**establish (3)**
139:19 407:8,13
**established (2)**
308:4 353:17
**estimate (33)**
44:4,4,23 45:13 46:15
46:23 88:25 117:13
117:16,20 119:15
119:17 125:7
153:15 164:3,4
165:13,17 171:2
181:19 191:9 194:2
215:1 216:17
235:12 236:9 253:3
263:17 264:22
265:1 311:20 322:2
322:9
**estimates (33)**
43:9 46:17 97:22
114:21 115:17
116:2,11 118:16
129:15,17 130:14
152:9,11 158:25
159:3,9,14,21
162:15,19 234:11
237:25,25 240:12
242:9 263:14
280:10 286:23
312:18 320:17
390:13 394:7 397:9
**estimating (5)**
45:4,6 48:9 188:18,19
**estimation (1)**
44:22
**et (16)**

98:24 149:16 194:7,7
224:6 243:25
244:13 245:15
255:11,13 274:13
344:6,23 381:20,21
417:16
**evaluate (15)**
22:20 24:4,12 30:23
38:18 60:15 85:4,6
110:21 167:20
176:24 195:14
280:5,9 320:15
**evaluated (1)**
57:21 123:22 140:14
**evaluating (8)**
46:18 60:10 88:1
98:21 158:19 405:2
405:3 425:7
**evaluation (8)**
62:7 68:22,24 79:11
90:22 122:15
420:12 423:2
**evaluations (1)**
263:13
**event (2)**
168:9 254:6
**events (3)**
18:6 190:19 197:25
**eventually (1)**
128:1
**ever/never (23)**
182:22 183:4,6,16
184:13,18,21 185:6
185:12 249:2,11
266:5 278:23
279:15 309:17
311:15 350:8 352:1
352:10 353:6
366:18 396:21
401:13
**everybody (7)**
61:24 62:2 135:6
197:15 208:1
340:15 370:18
**evidence (34)**
45:9 61:10 72:8 88:16
92:11,17,21 93:10
93:16 94:9 99:11
105:13 106:15
131:6 264:12 265:8
265:22 266:17
267:6 268:3,22
269:9,14 270:3
291:25,25 292:4,5
323:9,16 351:14
402:21 403:13

407:8
**exact (13)**
120:23 202:2 270:8
288:21 309:6,7
361:7,8 374:23
377:24 378:1
436:13,15
**exactly (23)**
27:21 44:9 75:24
78:19 82:18 93:12
120:14 139:18
165:21 168:25
199:14 208:10
239:10 242:11
272:5 274:23 276:2
319:24 325:8 344:2
348:17 389:4
394:17
**exaggerate (2)**
134:2,13
**exam (2)**
333:19,21
**EXAMINATION (4)**
5:2 10:12 413:25
435:9
**examined (2)**
10:9 92:7
**example (32)**
14:21 30:24 41:20
86:5 111:13,19
116:24 117:2
135:25 136:15
142:10,15 143:21
150:9 154:14
160:14 164:8
168:17 170:8
174:13 175:9,11
181:1 182:11
188:24 191:12,13
334:25 362:12
401:6 415:19 432:4
**examples (1)**
165:16
**excellent (1)**
220:16
**exchange (1)**
15:23
**exchangeability (1)**
234:15
**exclude (12)**
45:20 46:9 52:15
57:20 107:11 108:2
110:5 111:6,6 113:5
287:10,13
**excluded (1)**
83:4

**excludes (2)**
107:21 131:4
**excluding (2)**
397:5,6
**excuse (1)**
96:10
**executive (2)**
383:7,7
**exercise (1)**
130:4
**exert (2)**
115:19 278:8
**exhibit (67)**
5:9,10,15,16,19,23
6:3,4,5,8,9,12,13,14
6:15,16,18,20,21
7:3,4 11:11,12 39:9
39:12 86:20,21
113:14 132:1,5
147:17 148:1 155:8
156:9 157:4 166:10
178:15 199:24
200:4 203:25 204:1
213:23 214:1
223:13 235:19
243:17 277:3,7
288:23 307:10
313:7 318:22,25
349:8 350:17,21
363:14,17,18
386:16,19 405:10
405:15 423:6
428:14 432:8,18
**exist (1)**
242:20
**existed (2)**
147:7 310:20
**existing (4)**
114:25 117:6 290:19
290:19
**exists (2)**
91:19 347:14
**expanded (1)**
369:10
**expanding (2)**
67:17 374:13
**expect (7)**
29:1,2,14 188:4
282:13 310:20
311:19
**expected (1)**
310:25
**expenses (1)**
137:4
**expensive (1)**
225:15

225:15
**experience (1)**
364:23
**experiment (3)**
90:24 94:4 99:7
**experimentalists (1)**
63:8
**experiments (6)**
74:12,24 75:14,23,25
76:1
**expert (100)**
5:10 6:5 20:13 37:5
39:5 52:21 56:15
57:10,24 58:18 59:9
66:2,4,25 73:3,8,16
76:13 79:8,10,19
80:6,22,24 81:4
83:15,19 84:13
86:25 87:17 107:7
117:23,24 119:21
131:17 142:2 152:1
152:2 155:24
158:24 165:23
182:21 183:9 186:2
212:23 218:17
248:25 249:17,19
250:5,21 251:8,22
254:11,12 257:5
258:4 259:3 260:7
262:5,21 263:6
277:16,21 278:3,9
283:6,17,24 285:5
288:12,14 291:10
292:11 294:12
295:18 305:11,20
310:5,17 319:13,19
345:8 347:22 348:5
348:14,18 389:21
395:7 401:24 402:6
402:8 408:15 409:2
429:10,13,19
432:15 433:18
434:7
**expertise (3)**
38:14 55:2 82:7
**experts (2)**
18:22 55:15
**expires (2)**
34:14 437:21
**explain (16)**
51:2,6 84:12 86:25
98:1 117:9 123:8
126:7 132:22
165:22 186:19
367:11 414:2
416:23 425:20

430:20
**explained (2)**
91:16 430:17
**explaining (2)**
49:20 50:20
**explains (3)**
51:20 91:25 92:15
**explanation (6)**
51:5,12,20 110:5
361:23 426:11
**explanations (1)**
50:25
**explode (1)**
236:23
**exploding (1)**
238:8
**exploratory (6)**
244:1,14,23 245:15
247:8,13
**explore (2)**
311:18 409:18
**exposed (30)**
43:11,13 45:1 141:20
150:11 164:11,12
164:13 175:15,20
176:11 209:14
237:4,4 238:5
250:23 254:2 255:7
255:7 261:9,11
262:16 268:14
326:17 330:10,10
332:12,13 336:7
396:17
**exposure (255)**
5:21 22:15 24:4 26:7
27:1 29:18 30:6,13
30:19,22 31:13,19
32:4,5 41:21 42:16
48:18 49:2,5 64:7
70:9 87:9 124:7
125:4 126:7,10,12
134:2,13 135:12,16
135:19,21,25 136:9
136:11 137:12,14
142:3,4 143:6
145:11,14 149:2,7
149:21 152:21
159:17 165:14
167:17,19,22 168:3
168:21 169:15
171:22 174:15
176:18 182:12,14
182:22 184:13,21
185:10,13,14,22
186:17 187:1,4,10
187:12,13 188:5,12

189:3 190:9,17,18
190:22 191:15,17
191:23 193:7,17
194:1,13,18,21,25
195:4 196:18 198:4
198:7,14 199:10,15
199:16 201:20,24
203:6 209:10,11,20
210:4 211:13 215:8
215:8 225:23
238:25 240:1,25
241:24 247:16
248:22 251:7,7
252:3,4,8 254:14,19
255:16 256:6
257:16,19 258:6
259:4 260:21 261:9
264:17,18,21,24
265:6 266:3 272:10
272:23 273:13,18
274:7,20 275:6,7,25
286:5,7 296:22,22
299:14 300:2,3,14
300:18 301:24
302:1,5,6,20 303:7
303:11,14,24 304:3
304:4 305:14 308:7
309:23 311:25
314:8,11,21 315:4
315:12,13 316:13
324:6,7,8,18,19,24
324:25 325:7,9
328:4,5,18 329:10
329:10,19,24 330:9
330:14,15 333:16
335:25 336:2,3,4,6
336:8,10 337:20
338:13 339:7,16
340:3 341:5,6,7,16
341:16 342:4,8,16
343:21 345:11,12
345:20,22,24 346:5
346:8 347:6 350:6,6
351:15,23,25
352:18 353:24
356:7 357:20 359:9
359:11 360:14,15
362:2 364:23
367:24 369:19
371:7,15,21 377:7
390:8,10 394:2,4
399:2 430:10
433:12,14,20
**exposures (113)**
24:13 30:21 31:18,24
33:13,19,21 38:15

133:18 135:1 136:8
136:18 146:18
149:12 151:14
152:14 163:21,24
164:9,10 174:9
176:2,5 177:3,11
179:7,11,12 180:7
180:23 189:1 191:2
191:8 192:4,10
193:2 195:2,18
196:3,5 200:23
201:18,19 210:12
210:15,16 220:18
224:1,21 225:21,25
236:2,13 237:1,20
238:23 244:20
246:12,18 248:4
250:23 252:10,17
253:17 254:2,20
257:9 263:1 271:6
273:4,5 274:15
275:21 280:19
282:7 283:19,25
285:1 294:3 308:13
310:24 312:17
313:24 326:16
329:25 330:12,20
332:5,5 333:8 334:1
338:6,8 339:15
342:25 343:23
346:10 347:1,11
355:8,20,21 359:10
360:11 370:25
398:4,15 400:24
426:18,21 430:3,6,8
**express (2)**
91:12 381:12
**expressed (2)**
414:4 434:7
**extend (1)**
162:7
**extensive (4)**
227:19,20 263:15
274:11
**extensively (1)**
225:22
**extent (10)**
34:23 41:2 170:18
171:13 176:17
234:19 242:21
346:9 408:18 436:4
**external (4)**
20:17 25:18 383:8
385:4
**extra (4)**
170:13 171:22,24

177:3
**extreme (2)**
191:13 373:12
**extremely (2)**
50:2 69:2
**eyeball (1)**
213:5

***

**F**

**F (1)**
438:1
**face (1)**
92:12
**fact (45)**
78:4 82:15 83:19 87:1
94:14 100:1,17
103:3 110:4 122:22
123:14 129:24
140:18,19 142:19
191:3 218:25 220:6
221:2 254:18 258:8
260:9,15 268:7
283:8 288:10
305:12 306:18
307:15 310:6
320:23 327:25
331:21 333:4,7
343:22 374:11
389:9 390:25
393:16 394:14
411:11 420:20
429:23 435:18
**factor (15)**
143:4 146:3,6,8
164:14 169:5
175:12,17 194:25
285:22,24 328:13
328:20,23 334:19
**factored (1)**
301:7
**factors (20)**
32:19 33:14 48:1
145:4,10 151:6
163:22 164:11,13
187:20 189:5
215:19 279:11
328:1 332:7,11
334:19 335:16
424:14 430:9
**facts (3)**
49:21 50:20 439:4
**faculty (4)**
14:3 16:22 33:1,6
**fair (12)**
31:7 46:5 47:4,20
48:5 51:8 125:17

260:17 292:15
301:5 323:1 420:6
**fairly (5)**
38:5 111:25 171:25
172:4 344:25
**fall (4)**
164:6 271:21 432:13
435:12
**fallen (1)**
216:7
**falling (1)**
322:9
**falls (2)**
42:16 159:24
**falsify (1)**
40:10
**familiar (3)**
19:1 33:12 416:20
**family (2)**
179:5 180:5
**far (15)**
15:5,12 21:7 32:12
54:25 112:20,21
179:14 192:3
204:11 248:11
366:1 367:3 371:7
383:25
**farm (1)**
202:19
**farmed (1)**
148:25
**farmer (2)**
136:19,20
**farmers (24)**
22:5 147:6 149:4
150:11,16 176:11
176:13 201:11,20
202:8,20 203:8
208:10,14 250:23
325:17 333:18
334:4 337:6,7 338:1
338:18,23 355:24
**farming (13)**
31:4 147:6 148:12,19
150:25 151:1
200:22,23 201:18
202:12 337:11
339:4,6
**fast (2)**
25:3 394:25
**favor (3)**
113:6 216:7 323:17
**Favorite (1)**
142:15
**February (2)**
26:2 349:19

**federal (1)**
79:21
**feed (1)**
289:13
**feel (1)**
204:5
**fellow (4)**
33:23 35:17,21,25
**FERGIE (3)**
259:8 266:20 267:9
**field (7)**
24:8,13 26:20,23 27:9
88:4 125:5
**fields (1)**
136:23
**fieldwork (2)**
22:19 134:21
**fifth (6)**
103:22 123:19 221:9
225:9 267:10
374:22
**fight (1)**
216:9
**figure (7)**
187:9 365:11 373:1
374:18 377:17
379:22,23
**figuring (1)**
299:13
**file (1)**
83:9
**filled (1)**
12:24
**final (2)**
12:22 289:13
**find (27)**
19:14 29:4,9,14 50:25
51:4 68:3 78:20
87:16 90:9 99:3,10
99:25 102:7 112:9,9
138:4 148:25
232:17 249:3 274:3
280:14 299:6
350:21 384:11
402:21 414:9
**finding (5)**
34:9 298:4 319:21
377:21 427:1
**findings (17)**
32:18 51:6 114:24
152:19 159:16
228:8,17 229:15
230:3 232:1,5
234:10 245:13
247:6 248:2,3
377:17

**finds (1)**
351:13
**fine (12)**
68:5 72:18 226:23
240:23 264:7 281:3
334:11 348:19
360:4,6 436:14,18
**finish (13)**
61:5 65:20 119:10
126:15 127:13
128:24 151:15
231:5 237:13 337:1
346:18 370:4,8
**finished (2)**
231:4 243:14
**FIRM (1)**
3:18
**first (65)**
13:21 15:2 21:5 22:10
22:11,14,15,20 34:8
34:10 54:2 75:4,17
79:2 89:15 108:16
118:1 127:5 175:10
178:12,18 186:8,16
188:2 190:17
194:12 199:20
200:15 201:7,11
202:18 208:2
209:15 210:1,4,16
211:13 214:19
216:1 249:14
267:15 277:22
283:16 295:7
297:17 312:25
328:10 337:4
347:21,25 351:23
355:9,25 357:15
367:25 369:7,20
370:24 371:15
373:9 377:9 391:6
402:10,16 418:16
**first-degree (1)**
279:6
**fish (1)**
77:13
**fit (3)**
63:15 64:18 318:6
**fitting (1)**
163:9
**five (11)**
68:19 188:4,11
190:13 195:24
200:2 268:7 355:17
366:11 434:25
437:4
**fivefold (1)**

173:6
**fix (1)**
249:21
**Flaherty (3)**
4:7 9:12,12
**fluctuated (1)**
281:15
**focus (3)**
32:23 77:12 175:3
**fold (2)**
98:5 175:14
**folks (1)**
367:24
**follicular (1)**
280:12
**follow (3)**
22:18 314:17 432:4
**follow-up (13)**
28:21 29:3 141:8,9,10
141:20 193:22
356:18 363:20
367:15 433:15
434:23 435:5
**followed (4)**
32:16,17 35:11
204:20
**following (7)**
29:12 32:22 194:6
234:13 287:20
391:8 436:24
**follows (2)**
10:10 194:4
**fooled (1)**
119:16
**footnote (12)**
179:4 252:5,7,13
255:21 257:17
259:13 261:1 386:3
387:12,16,21
**footnotes (1)**
387:8
**forest (9)**
152:25 153:4 160:5,9
160:21 161:5,16
162:6,13
**Forgie (527)**
3:7 5:5 8:25,25 9:16
9:23 14:17 16:15
19:12 23:22 25:9
26:8 28:2,18 30:10
31:15 32:21 35:9,15
38:10 40:3,13 41:23
43:4,23 44:17 45:10
45:22 46:11 47:5
48:20 49:24 51:9
53:11,20 55:4,18

56:10 57:1,16 58:7
58:22 59:5,14 60:8
61:5,18 62:5,22
63:17 64:14,20 65:6
65:15,20 66:16
67:10 68:15 69:11
70:14,24 71:16
72:11,16 73:9 74:7
74:22 75:9 76:4
78:11 79:6 80:10
81:6 82:3 83:5,13
84:19 85:15,24
87:21 89:21 90:16
91:8,20 92:2,25
93:18 95:4 97:15
98:16 99:13 100:4
100:23 101:17
102:11 103:6,19
104:14 105:15
106:2,17 107:14
108:11 109:17
110:7 111:8 112:11
113:9,13,19 114:5
114:14 115:2,11
116:7,16 117:7
118:11 119:1,10
120:22 121:13,23
122:11 123:1,17
124:15 125:18
126:15 127:5,13,16
127:24 128:13,23
129:9 130:10,19
131:8 132:14,23
133:2,20 134:17
135:13,23 136:13
137:16 138:12
139:1,17 140:8,22
141:15 142:6,25
143:8,12 144:5
145:19 146:20
147:9,19,22 149:8
151:4,15 153:19,22
154:18 155:2,19
156:11,20,24
157:14,24 158:14
159:6 161:1,18
162:10 163:15
164:15 165:7 166:4
166:6,21 168:7,10
168:23 169:24
170:22 171:18
172:3,12,17,22
173:1,18 174:6,17
174:20 175:8 176:8
176:22 177:9,23
179:18 180:1,24

181:13 182:8,23
183:19 184:15,22
185:2,11 187:6
188:15 189:25
191:5 192:8 193:4
193:19 195:8
196:21 198:21
199:12 200:6,19
201:2,14,25 203:1
204:15 205:4,19
206:7,15 207:8,21
208:7 209:16
210:17 211:4,16
212:1 213:7,22
215:20 218:1 219:2
219:22 220:11
221:6 222:1 223:21
224:9 225:7 226:20
226:25 227:8
228:25 229:12
230:7,19 231:3
232:7 233:10,21
234:24 235:16
236:4,15 237:13,21
238:14 239:2 240:3
241:2,6,17 242:1,23
243:14 244:2,16
245:9,16 246:14
247:9 248:6,15
249:25 250:14
251:18 253:23
254:23 255:17
256:3,21,23 257:11
258:11,23 259:24
260:4,13 261:5,20
262:7 264:2,7
265:10,24 268:5,24
269:11 270:6 271:8
272:11,24 273:14
274:8,21 275:2,8
276:1,7,19 281:1,13
282:8,22 283:11
284:17 285:16
286:21 287:12
288:1,15 289:2
290:12 291:15
292:7,20 293:12
294:4 295:3,19
296:9 297:10 298:6
298:18 300:5
301:10 302:21
303:9,15 304:7
305:15,17 307:12
307:17 308:23
309:12 310:14
311:8 312:12 313:2

313:5,25 314:6
315:6,20 317:11
320:13 321:2,20
322:17,22 323:4,21
324:12 325:6,25
326:24 327:4,16
328:7,16 329:20
330:17 331:24
333:9 334:21
336:12,21 337:1,23
338:11 339:20
340:20 341:10,17
342:10 343:3,11
344:13 346:2,18
347:2 348:6 349:3
349:10,13,15,21
350:11,25 352:14
353:10 354:2,16
355:12 356:14
357:9 358:1 359:2
359:24 361:4,11,16
362:5 363:5 364:7
364:18 365:4 366:4
367:6 368:3 370:4,7
371:3,18 372:8
373:3 374:20 376:1
376:9,19 377:23
378:5 379:1,14
380:3 381:6 382:8
382:17 383:3,13,23
384:10,14,19
385:10 386:25
388:3 389:2,14
390:19 391:14,24
392:20 393:7
394:19,21 395:11
396:6 397:2,20
398:7,10,22 399:12
399:22 400:9 401:1
401:10,14 402:25
403:8,16,24 404:9
404:22 405:22
407:10,23 409:1,5
411:2,9 412:21
413:4,12 414:1
419:24 420:14
421:1,21 422:5,18
423:5,8,12,18,21,23
425:8 434:22 435:1
435:6 436:6,19
**form (360)**
26:8 28:18 31:15
32:21 38:10 40:3,13
41:23 43:4,23 45:10
45:22 46:11 47:6
48:6,20,25 49:24

51:9 53:11,20 55:5
55:18 56:10 57:1,16
58:7,22 59:14 60:8
62:5 63:17 64:14,20
65:15 66:16 67:10
68:16 69:11 70:14
71:16 73:9 74:7,22
75:9 78:11,15 79:6
84:19 85:15,24
87:21 89:21 90:16
91:8,20 92:25 95:4
97:15 98:16 99:13
100:4 101:17
102:11 103:6,19
104:14 105:15
106:2 107:14
108:11 109:17
110:7 111:8 112:11
115:2,11 116:7,16
117:7 118:11 119:1
122:11 123:2,17
124:15 125:18
128:13 129:9
130:10,19 131:8
133:11,20 134:17
135:13,23 136:13
137:16 139:1,17
140:8,22 141:15
142:6,25 145:19
146:20 147:9 149:8
151:4 153:19
154:18 155:19
156:20,24 157:14
157:24 158:14
159:6 161:2,18
162:10 163:15
164:15 166:4,21
168:23 169:24
170:22 171:18
172:3,18 173:1,18
174:6 175:8 176:8
176:22 177:9
180:24 181:8,13
182:8,23 183:19
184:15 185:11
187:6 188:15
189:25 191:5 192:8
193:4,19 195:8
196:21 198:21
199:12 201:2,25
203:1 205:4,19
206:7,15 207:8,21
208:7 209:16
210:17 211:4,16
212:1 213:7 215:20
218:2 219:2,22

220:11 221:7 222:2
224:10 225:8 227:9
230:7,19 232:7
233:10,21 234:24
236:4,15 237:22
239:3 240:4 241:8
242:2,23 244:2,17
245:9,16 246:14
247:10 248:6
250:14 253:23
254:23 255:18
256:3,21 257:12
258:12 259:9
260:14 261:6 262:8
265:11 266:21
268:6 271:8 281:2
281:14 282:9,22
283:11 284:17
285:16 286:21
287:12 288:1 289:2
290:12 292:7,20
293:12 294:4 295:3
295:19 296:10
297:10 298:6,18
300:5 301:11
302:21 303:15
304:7 305:15
308:23 309:12
310:14 311:8
312:12 313:11,25
314:6 315:6,20
317:11 320:13
321:2,20 322:22
323:4,21 324:12
325:6 326:24
327:16 328:7
329:20 330:17
331:24 333:9
334:21 336:12,21
337:23 338:11
339:20 340:20
341:10,17 342:10
343:3,11 344:13
346:2 347:2 348:6
349:3 350:11
352:14 353:10
354:2,16 355:12
356:14 357:9 358:1
359:2,24 361:5
363:5 364:18 365:4
366:4 367:6 368:4
371:5 372:9 373:4
374:21 376:1,9,20
378:7 379:2 380:7
382:8,17 383:3,13
383:23 386:25

388:3 389:2,14
391:14,24 392:20
393:7,19 394:19
395:11 396:6 397:2
397:20 399:12,22
400:9 401:1,14
402:25 403:8,16,24
407:10,23 413:16
416:11 420:10,19
421:16 422:4,10,24
425:2
**formal (3)**
266:23 267:12 282:1
**format (2)**
258:24 431:18
**formed (1)**
416:12
**former (2)**
16:3 421:10
**formulate (4)**
40:5 44:21 48:7 52:7
**formulates (1)**
31:11
**formulation (1)**
200:16
**formulations (5)**
52:1 403:14 417:18
426:15 434:18
**forth (10)**
55:16 116:3,13
273:10 288:13
324:5 351:21 384:3
384:7 438:9
**found (20)**
33:17 40:11 82:11
92:8 94:16 95:1
97:4 100:9 101:13
113:24 147:5
250:25 286:16
306:10 326:20
327:12 365:23
367:2 374:13 430:4
**four (18)**
48:24 110:23 123:11
172:14 195:21
254:9 331:12 332:5
332:10,18 355:16
360:1 366:11 400:4
400:8 406:19
432:14 433:17
**fourth (1)**
121:24
**frame (1)**
198:10
**France (2)**
395:23 396:2

**frankly (2)**
241:5 412:9
**French (2)**
396:13 400:5
**frequencies (1)**
303:16
**frequency (14)**
269:15 297:3,21,25
298:7 302:25 303:2
303:14 304:3,6,15
304:21 344:22
423:25
**frequent (1)**
267:19
**frequentist (2)**
106:4,21
**friends (1)**
14:16
**front (4)**
83:20 152:3 295:23
428:16
**fuel (1)**
150:15
**full (9)**
83:16,19 118:1
216:22 273:12,13
275:6 290:9 297:7
**fully (7)**
152:10,18 157:12
158:21 215:1,15
262:21
**fumigant (2)**
386:23 387:3
**fumigants (1)**
275:18
**fun (1)**
78:24
**fundamental (2)**
49:17 50:16
**funding (2)**
34:25 35:3
**fungicide (2)**
386:23 387:2
**fungicides (1)**
275:18
**funny (1)**
168:24
**further (14)**
161:13,15 162:8,8
183:12 229:16
230:4 305:13
347:16 410:9
411:22 412:23
435:9 438:12
**future (4)**
21:18 115:1 117:6

375:15

_____

**G**

**G (6)**
252:5,7 257:17
259:13 261:1
262:16
**game (1)**
249:9
**gather (1)**
26:6
**gathered (3)**
346:11,14 417:11
**gathering (3)**
26:17 314:21 355:7
**gauge (1)**
417:8
**gene (1)**
89:6
**general (26)**
5:12 27:25 92:19
93:15 135:19 136:9
137:11 149:20
163:3 197:13
202:13 223:25
231:7 242:5 311:6,9
318:3 325:16
338:17 352:16
357:11 358:24
387:20 392:1 420:8
420:12
**generally (16)**
27:18 30:18 40:4
49:25 93:9,11 99:10
146:25 188:3 197:1
216:11 222:8 310:3
316:17 317:7
341:15
**generate (3)**
41:10 42:17,21
**generating (1)**
40:9
**genetically (1)**
338:15
**genomic (1)**
89:3
**genotox (1)**
402:18
**genotoxic (2)**
74:14 76:3
**genotoxicity (22)**
54:15,21 57:5 58:2
59:20 60:12,13 74:3
75:7,13 82:24 402:3
403:18 404:3,13,16
404:17 405:3,4

407:7,19 408:2
**genotoxicology (1)**
54:18
**Germany (2)**
11:16 14:8
**getting (9)**
35:3 65:18,21 85:8
226:21 259:23
324:17 375:8
381:11
**give (21)**
78:22 81:6 83:16
112:8 127:9 136:6
152:19 183:11
196:19 236:8 241:3
241:10,14 264:13
272:14 299:20
351:2 361:23
404:23 411:19
415:19
**given (11)**
108:9 158:4 165:16
202:8 233:22
274:14 329:8,11,14
433:6 438:11
**gives (6)**
207:12 236:9 243:3
414:14 420:7
426:14
**giving (1)**
162:15
**glean (1)**
123:10
**glyphosate (351)**
20:9 22:25 24:17
27:14 32:14 35:8
51:23,25 52:6,19
59:13 60:5 62:12
63:13 64:7,8,17
65:9 66:9 67:4 68:8
69:6 70:3,6 71:12
73:6 77:22 80:17
82:10 87:19,19 90:2
90:5,13,14 91:6
97:10,13 98:11,14
100:1,2,7,12,20
101:3 102:6,6,8,9
102:25 103:3,4,13
103:15 119:24
120:9,13,20 121:11
121:21 122:9,24
123:12,15 124:13
125:16 128:11
147:8 148:20 149:7
152:5,20 153:3
155:16 159:5,17

165:25 166:2,17,20
173:25 174:10
176:3,25 177:13
178:23 180:13
182:6 183:25
184:13 185:8,10
186:17 194:12
195:12 199:10,19
201:4,12 202:8,11
202:18 207:6 208:1
208:14 209:24
212:18 213:15
223:9,19 224:7
227:6 228:8,18,20
229:17 230:5,17
231:2,7,14 232:5,14
232:21 233:1,9,20
234:22 236:9,11
237:2,3,24 238:5,22
240:14 245:6,13
246:3 247:7 248:3
248:10,20 249:3,15
250:8,24 251:6
252:4,9,14 253:19
253:22 254:13,20
255:3,11,16,23
256:7,10 257:8
258:6,10,16 259:3,6
260:8,11 261:1,10
261:16,19 262:1,6
263:3 264:12 265:9
265:18 266:4,18
268:23 269:4,10,17
270:4 271:6,19
276:14 278:24
284:4 285:21 287:6
292:1,6 298:13
299:9 300:2,4,15,18
300:19 302:5
305:14 306:12
313:19 314:19
315:3 318:13 319:1
319:8 321:15,17
323:2,10,19 324:11
325:16 326:15,17
326:21 327:13,14
327:18,21 328:3,4,5
328:10,18,21,25
329:3,9,13,14,19
330:9,14,15,24
331:13 333:2 334:5
334:16 335:2,14,20
336:7,10,15,19
337:4,10 338:15,18
338:25 339:17

342:6 343:1,9 350:4
350:8 351:15,23
352:1,2,11 353:2,7
354:13,14 357:25
358:15 360:18
362:4,22 363:8
365:23 367:2,23
369:4,9,22 370:16
371:1,10,25 372:19
373:14,18 374:12
374:16 375:19,24
377:6,8,17,18,22
378:19,19,23
379:12 380:12
381:1 382:7,16,20
383:2,12,20,22
384:9 385:9,14
386:4,11 388:25
390:21 391:18,23
392:2 394:10
395:14,15 396:4,23
399:3,20 402:21,22
403:12,14,23 404:8
404:20 418:2
420:17 422:8,22
429:25 431:10
433:22 434:9
**glyphosate's (1)**
101:7
**glyphosate-based (8)**
52:3 183:17 200:15
225:4 403:14
417:17 426:14
434:18
**glyphosate-intensiv...**
339:4,6
**glyphosate-related ...**
52:1
**GMOs (1)**
369:22
**go (61)**
15:24 17:20 35:4
40:22 43:25 47:17
48:13 49:4 57:4
75:18 76:19 79:13
81:13 90:18 96:6,12
113:8 126:18,24
127:18,21 137:3
156:13 161:13,14
161:20 162:3
177:21 192:5
213:19 216:12
222:12 235:14
249:20 254:12
283:21 295:13
297:15 303:17

307:18 319:5
325:23 335:8,21
342:1 354:22
389:23 392:7
395:21,25 401:5,16
410:5,19 414:7,13
414:19 415:2 416:3
429:23 430:21
**goes (14)**
45:2 46:18 119:18
126:3 136:22
162:24 168:14
196:15 206:20
299:9 341:4 371:8
402:18 427:11
**going (79)**
14:24 22:4 26:20 38:4
45:21 62:25 67:19
80:10 82:20 83:5,8
84:13 85:7 87:16
96:25 98:3 112:5
126:16,17,21,22,23
127:20,22,24 128:2
134:22 146:18
147:16 149:6
162:22 163:3
175:16 183:10
184:7 186:10
190:25 200:1,10,11
208:4 213:4 220:24
222:23 226:14,16
239:19 257:6
259:18,21 262:22
269:20,21 270:10
282:2 286:11
312:16 329:5 342:1
344:25 346:10
350:20 361:17
378:11 384:14,19
395:21 406:20
408:20 409:1,10
410:17 411:22
412:24 414:21
419:13 430:25
434:24 435:1
**gold (2)**
139:20,23
**Goldman (2)**
2:11 3:10
**good (16)**
8:4 10:14,15 11:2
86:19 106:16 143:8
157:15 178:2 198:9
199:4 264:2 302:2
334:24 361:16
432:4

**Google (1)**
414:13
**Gotcha (1)**
18:19
**gotten (5)**
224:24,25 346:16
361:12 391:5
**Grandjean (1)**
34:21
**graph (1)**
373:20
**graphs (1)**
167:10
**great (3)**
11:9 78:24 144:15
**greater (24)**
183:15 184:12 264:11
265:7 271:15,23
273:11 296:5 299:8
300:3,17 301:14
302:17,19 327:13
327:14 328:3 342:7
345:23 423:25
424:23 425:10,22
427:9
**Greenland's (1)**
99:3
**Grindal (2)**
4:3 9:13
**group (42)**
16:4 18:3,7,24 23:19
24:7 25:18 27:2,5
27:23 32:11 34:4
60:11,13,14,22 61:2
61:22 62:24 63:12
64:23 69:24 240:15
258:14,19,22
267:17 270:16
274:4 284:23
302:18 336:8 341:5
341:6,7 345:12
370:17 375:11
418:17,18,19
427:19
**group's (1)**
152:5
**groups (10)**
18:10,16 60:10
188:18 240:12
309:19 345:13,24
353:24 396:11
**guess (11)**
33:24 134:4 175:24
177:15 181:16
183:5 207:12
228:10 264:1 352:5

411:12
**guidelines (2)**
37:2,23
**guys (5)**
9:16 155:3 174:21
177:23 435:6

**H**

**H (3)**
5:7 6:1 7:1
**habit (1)**
96:7
**habits (1)**
96:9
**hairy (1)**
156:3
**half-hour (3)**
271:19,20,21
**halfway (2)**
36:21 188:2
**Hamburg (2)**
12:14,23
**hand (6)**
25:2 126:11 304:15
338:1 350:20
438:17
**handed (1)**
132:4
**handful (1)**
74:2
**handled (4)**
182:11,13 183:24
185:14
**happen (6)**
25:20 126:22 134:22
189:2 246:20
346:20
**happened (3)**
107:4 199:15 368:18
**happening (4)**
187:11 188:21,23
377:9
**happens (4)**
216:22 232:1 427:18
427:24
**happy (4)**
51:19 160:7,8 218:12
**hard (1)**
339:23
**Hardell (16)**
6:4 156:1,2,7,17
157:11,20 228:23
229:2,10,24 230:9
344:6,10 400:3
409:23
**harder (3)**

166:1,19,23
**Hashibe (2)**
16:5 17:6
**hazard (7)**
418:24 420:11,16
421:23 422:1,14,20
**hazardous (4)**
419:2 420:2,7,21
**head (9)**
15:3,6 130:5 180:18
180:19 181:15
184:17 186:6
197:16
**heading (1)**
261:1
**heads (1)**
197:17
**health (21)**
6:23 12:4,5 20:18
23:19 24:3 27:12
31:8 34:5 141:13,17
195:19 229:17
230:5 318:15 325:1
343:7 347:17
363:21 385:21
427:2
**heard (2)**
10:16 383:9
**heavily (3)**
115:10,18 415:22
**Hedlund (2)**
2:10 3:10
**held (2)**
2:10 8:13
**Hello (1)**
73:2
**help (5)**
16:8 37:1,20 332:2
417:7
**helped (2)**
17:10 24:4
**helping (1)**
16:6
**helps (3)**
218:9,9,11
**Heltshe (9)**
7:3 363:12,13,18
375:21 376:6,14
377:14 378:13
**hematopoietic (4)**
150:21 196:17 197:1
279:5
**herbicide (6)**
52:7 257:20 386:10
386:22 388:20,24
**herbicides (10)**

52:3 150:8 183:17,24
225:5 238:24
275:17 338:19
388:14,20
**hereinbefore (1)**
438:9
**hereunto (1)**
438:16
**heterogeneity (1)**
86:7
**hierarchical (18)**
213:9,11 214:8
215:19,22 216:2,6
217:6,12 232:3
233:5,16,19,24
234:5,13 335:4,8
**hierarchy (1)**
217:24
**high (15)**
119:16 126:11 269:3
301:25 303:20
304:13,17 338:2
341:7 345:11
366:21 375:2
426:17,20,24
**high-risk (5)**
179:6,7,10 180:6,7
**higher (18)**
105:11 106:13 125:24
189:13 257:6,8
267:20 300:15
309:19 316:23
328:4 329:18
330:14 336:2,9
339:9 425:4 426:7
**highest (6)**
300:16 317:1,5,17
330:10 336:8
**highlighting (1)**
148:9
**highly (19)**
89:1 152:9 153:9,13
153:15 154:16
157:21 158:25
159:2,13 253:12
329:25 330:20
331:5 332:11 334:2
430:6,18,24
**Hill (10)**
263:9,12 416:21,24
417:19,23 418:6,13
418:14,22
**hinges (1)**
140:6
**hint (1)**
78:22

**histories (1)**
274:12
**history (2)**
179:6 180:6
**Hodgkin's (1)**
151:6
**Hohenadel (3)**
250:10,11,21
**hold (3)**
87:12 234:12 307:17
**hold-out (1)**
368:1
**holding (3)**
114:25 117:4 377:1
**holdout (3)**
364:4,24 365:7
**Hollingsworth (3)**
4:10 9:25 10:2
**honor (1)**
34:11
**hope (1)**
184:20
**Hospital (1)**
12:14
**hospital-based (2)**
400:14,16
**hour (3)**
72:15,16 98:2
**hours (8)**
48:24 272:3 273:20
273:24 398:11
411:4,8 412:19
**household (1)**
431:2
**hover (2)**
308:25 354:20
**hovering (3)**
353:14 354:10 401:6
**hovers (1)**
425:18
**huge (4)**
89:11 210:1 338:25
377:8
**human (3)**
56:3 95:25 120:13
150:10 404:14
408:1,4 418:20
**humans (1)**
407:9
**hundred (5)**
90:8,23 177:5,8 340:1
**hundreds (1)**
411:12
**husband (3)**
136:23 137:2 138:3
**husbandry (2)**

33:19 150:25
**hypotheses (13)**
94:18 95:3 98:5,13
101:22,23 102:17
102:20 104:3,4,24
105:2,3
**hypothesis (77)**
39:20,23 40:5,9,11,15
40:15,16,24 41:3,6
41:7,8,10,11,14,17
41:21,25 42:4,6,8
42:13,17,18,23 43:2
43:10,21 44:1,2,16
45:9,20,25 46:9
47:2 48:4 51:22
92:18,22 93:11,17
97:6,10,12,18,18
98:3,10 99:12,19
100:10,12,19 101:2
101:5,12,14,16
102:15,17,24
103:13,14,17,18
104:13,22,25
105:14 106:16
107:22 245:7
246:13 281:23
323:10
**hypothesize (3)**
41:5
**hypothetical (1)**
333:1

_____
    I
_____
**IARC (91)**
14:22 15:4,8,15,18,24
16:4,7,13,20,25
17:6,9,18,24 18:20
18:23 19:4,17,21
52:24 53:1,13,22
54:5,8,12,14,19
56:22 57:6,11 58:1
59:1,17,19 60:6,9
61:15 62:20 63:12
63:21 64:3,5,16
65:9,23 66:5,9,18
66:18,21 67:2,12,14
67:20,24 68:7,17,21
69:17,24 71:6 72:3
72:4,7 80:18 82:12
150:9 152:4 284:10
284:22 285:14
286:13,23 287:3
322:19 407:12
415:14 416:7,10,13
418:5,12 420:21
422:1,7 423:1

424:17 429:6,8
**IARC's (22)**
20:8 52:18 53:10,16
53:17 54:1,11 56:23
56:24 57:14 58:4,8
58:9,19,20 59:8,12
59:22 60:3 159:12
421:23 422:20
**idea (7)**
106:16 150:2 246:24
322:5 337:24 392:1
420:7
**ideas (3)**
18:5 22:15,16
**identical (5)**
232:4,9 233:18
234:20,21
**identification (21)**
11:13 39:10 86:22
113:15 132:2 148:2
155:9 156:10
166:11 178:16
200:5 204:2 223:14
235:20 243:18
277:8 313:8 318:23
349:9 363:15
386:17
**identified (3)**
11:18 334:14 366:1
**identify (14)**
8:23 9:19 17:23 39:20
84:5 91:18 120:8
131:16 145:3 166:1
166:19 167:1
168:20 212:12
**identifying (1)**
145:9
**ignored (1)**
306:22
**ignoring (1)**
173:3
**II (4)**
149:15,19,19 150:12
**imagine (10)**
114:3 154:22 180:10
181:2 189:12
227:17 272:15
328:19 336:15
378:10
**immediately (1)**
77:10
**immune (1)**
189:5
**impact (5)**
170:10 171:25 390:12
394:6 416:6

**impacted (1)**
369:22
**impetus (2)**
229:15 230:4
**important (6)**
145:15 205:22 255:13
321:25 424:24
425:4
**Importantly (2)**
118:2,16
**imprecision (1)**
234:11
**improves (1)**
219:13
**imputated (1)**
364:4
**imputation (49)**
355:2,6 356:5 357:5
357:11,23 358:6,25
359:7,8,22 360:4
361:2 362:3,14,20
363:2,19,25 364:21
364:22 365:10,21
365:24 366:2,25
367:4 372:24
373:16 374:10,15
375:19,23 376:7,16
377:5 378:16
380:22,24 381:4,15
381:17 382:5,14,25
383:10,21 384:2
385:7
**impute (4)**
356:6,17 357:1
373:19
**imputed (1)**
380:17
**inappropriate (3)**
382:6 383:22 385:8
**incentive (1)**
135:2
**incidence (1)**
299:7
**incidents (1)**
230:22
**include (19)**
112:18 130:13 179:12
180:8 181:20
238:25 243:10
258:9 262:6 283:3
301:5 309:23,25
312:14 322:21
354:21 398:1 428:2
436:25
**included (20)**
29:10 53:1 54:8 58:1

78:1 180:10 184:9
222:13 254:20
257:24 261:14
284:3,7,14 357:25
362:4 395:9 397:24
398:1 422:16
**includes (21)**
12:3 77:7 181:2,21
243:1,6 255:3,22
260:25 261:2,25
263:17 281:6
282:20 308:5 322:1
350:5 357:7 383:20
386:4 401:19
**including (31)**
29:12,22 31:11 36:12
63:22 70:5 81:25
83:16 85:21 139:16
187:20 208:15
220:22 257:7
258:15 259:6
274:12 281:23,25
290:15 309:3
359:19 374:10
376:5,14 377:4
378:18 390:25
396:10 419:5
434:19
**inclusion (1)**
138:18
**incomplete (1)**
433:13
**incorporated (3)**
8:19 358:22 432:21
**incorrect (4)**
196:22 271:9 337:22
377:3
**increase (6)**
33:18 89:7 190:14
254:21 332:19
377:8
**increased (18)**
142:22 148:11 173:6
230:22 252:15
254:15 271:13
326:21,22 327:21
329:9,12,18,21
331:21 367:24
371:25 372:22
**increases (4)**
176:6 219:15 311:23
311:25
**increasing (2)**
329:13 332:8
**incredibly (1)**
413:13

incremental (1)
222:22
independent (13)
52:25 54:2,7,23 66:23
68:23 143:4 144:1
285:21,23 330:7
403:11 430:9
independently (1)
60:16
indicate (2)
230:21 272:21
indicated (1)
179:4
indicates (1)
162:23
indication (5)
112:8 266:10 298:16
302:17 390:16
indicative (1)
235:5
indicator (2)
266:3 328:24
indicators (3)
286:5 329:3 430:9
individual (11)
137:21,25 139:3
191:15 251:23
253:25 257:19
286:15 299:14
332:6 366:25
individuals (16)
164:6 313:22 326:16
338:16 339:18
351:22,25 355:9
356:7,11 365:3,6
369:6 372:20 397:7
428:9
inducing (1)
185:21
inducted (1)
34:15
industrial (2)
96:4 146:23
industry-sponsored...
345:17
infer (1)
129:2
Inference (1)
5:17
inflate (1)
330:13
influence (1)
171:14
influenced (2)
118:8,17
influences (1)

115:20
inform (1)
242:6
information (42)
26:6,7,18 38:19
108:15,15 110:17
113:3 135:12,17,21
139:4,6 195:17
247:6 272:22
295:12,14,16
297:20 315:5 355:7
356:10,11,17
357:21 362:19
371:22 372:6,12
373:23 379:22,24
380:1 390:9 394:3
415:7,12 416:14
426:13,13 429:9
informational (1)
131:25
informative (21)
45:14 185:6,20
186:13 214:17
217:20,25 218:20
218:22 219:1
220:10 221:5,13,20
221:23 222:10,11
222:24,25 223:1
312:2
informed (5)
25:25 69:22 113:5
135:16 291:1
ingredient (1)
78:1
ingredients (1)
77:25
initial (5)
23:4 83:3 278:3
347:22 348:5
initiation (2)
197:21,22
input (2)
23:8 290:24
inrollment (1)
358:16
insecticide (2)
275:17 387:2
insecticides (1)
312:8
inserts (1)
395:2
insofar (3)
27:8 95:22 170:23
instance (7)
64:8 87:19 94:16
138:11 168:4

174:12 176:6
instruction (1)
127:1
insult (1)
188:13
integrate (1)
16:6
intellectual (1)
330:21
intends (5)
81:6 82:15 83:16
240:8 242:8
intense (6)
267:19 268:16,17
302:5 338:7 339:15
intensity (34)
269:14 271:6 299:18
301:3,4,24 303:2,6
303:20 304:10,12
304:13,16 305:7
309:18,20 312:1
324:7 339:16
342:13,17,25 343:6
343:24 398:3 425:5
426:1,3,4,6,8,10,21
426:25
intensity-weighted (...
336:3 342:15
intensive (1)
338:2
intensively (1)
415:25
intent (3)
239:13 265:14,16
intention (2)
35:7 81:3
intentionally (1)
409:15
interact (1)
22:5
interaction (3)
235:3 250:17,19
interacts (1)
31:10
interdisciplinary (1)
55:7
interest (9)
32:24 44:5 48:18,19
142:4,5 167:17
171:9,15
interested (8)
21:10 29:23 33:2 34:5
146:25 246:2
426:17 438:15
interesting (3)
416:13,15 427:1

intermediate (1)
143:6
intermediates (1)
145:13
internal (1)
91:17
internally (1)
286:17
International (1)
36:4
internet (1)
113:24
internships (1)
15:24
interpret (8)
93:23 98:18 103:10
108:13 265:21
266:16 273:7
274:16
interpretation (13)
64:9 65:12 66:13 67:7
68:12 69:8 70:11
99:15 130:7,16
273:9,11 287:18
interpreted (3)
87:18 131:5 269:8
interpreting (2)
66:24 130:23
interprets (3)
274:23 275:11 276:3
interrupted (1)
328:15
Interruption (1)
206:25
interval (66)
46:16,17 107:13,16
107:20,23 108:2,7
108:20,24 109:10
109:14 110:16
112:1,15 117:14
119:4,6,8,14,17
130:17 131:4
155:18 157:1
158:17 160:19,20
162:20 179:1
212:24 213:2
214:20,20 216:18
216:19 217:6,7
232:18,21 233:15
249:7 251:2 279:20
280:11 281:6,17,22
282:12 306:16
319:20,23 320:1,4
320:16,22,24,25
321:5,9,14 322:1,7
322:10 396:16

424:8
intervals (26)
43:9 86:16 107:7,12
108:13,14 110:10
112:17 114:23
118:10,19,23 130:7
130:12,23 161:6,13
162:16 214:25
216:24 217:11
283:1 309:24
312:14 321:24
354:21
interview (2)
139:21,22
interview-based (1)
133:13
interviewed (3)
339:5 355:15 397:8
interviewing (1)
22:4
introduce (3)
170:19 328:1 372:24
introduced (3)
138:24 149:18 372:23
introducing (1)
432:25
introduction (2)
6:18 337:3
investigate (4)
210:5 225:25 243:4
245:22
investigated (3)
244:19 246:4 379:5
investigation (5)
134:4,15 229:16
230:4 430:11
investigators (27)
22:14 38:7 39:2 51:16
142:16 158:12
224:6 245:14
248:21 272:9,13,21
273:2 275:4 345:9
355:4 356:5 357:4
362:25 374:8
375:21 376:5,13
377:15 382:13
396:3 400:22
invited (5)
14:20 15:7,15 34:12
34:19
inviting (1)
15:13
involve (1)
38:6
involves (1)
252:9

**Iowa (4)**
205:10 243:10 297:7
333:21
**irregular (3)**
270:14 271:11 272:16
**irrelevant (1)**
196:4
**ISEE (5)**
36:8 37:8 38:22
277:15 289:24
**ISEE's (1)**
36:17
**issue (32)**
27:6 30:8 81:25 84:1
84:16 132:20
133:16 134:24
135:10 141:13
142:1 148:11
160:13 168:1
173:23 186:24
191:1 196:16
212:10 215:6,6
225:20 242:18,25
293:16,17 333:12
346:12 355:5 369:4
389:18 433:12
**issues (17)**
28:15 39:14 47:21,21
47:22,23 48:15
55:17 80:5 84:14
174:2 192:1 193:13
407:6 408:8 409:11
410:1
**Italy (1)**
34:7

_____
**J**

**Jeff (2)**
9:16,22
**JEFFREY (1)**
3:23
**job (2)**
1:25 199:3
**John (1)**
421:3
**judge (9)**
68:4 80:23 83:19
126:18 127:18,25
128:3 182:13
241:16
**judged (1)**
359:13
**judgment (1)**
316:7
**July (3)**
17:20 206:21 209:8

**jump (1)**
112:22
**June (2)**
206:21 209:8
**junior (3)**
15:20 16:9 18:9
**jurat (1)**
436:25

_____
**K**

**Kansas (7)**
204:14,21,23 206:4
220:2,4 297:9
**Kathryn (3)**
3:7 8:25 81:8
**keep (4)**
113:11 127:6 339:7
415:12
**keeping (1)**
94:2
**keeps (1)**
128:2
**kept (2)**
189:4 409:10
**Killex (2)**
256:2,4
**kin (1)**
135:11
**kind (25)**
21:10 36:9 41:3 44:1
49:5 64:24 68:25
99:6 131:10 135:17
137:4 140:23 141:1
167:21 187:15
211:18 225:22
233:12 254:1 255:2
265:1 289:12 291:3
316:12 415:11
**kinds (3)**
83:17 245:24 413:19
**kitchen (1)**
159:24
**knee-jerk (1)**
88:3
**knew (3)**
14:1 21:20 282:2
**know (112)**
10:21 11:9 14:18 20:6
25:2 27:20,21 34:19
34:24 35:2 36:2
39:6 48:22 49:16
55:10 56:2 57:20
60:5,22 66:18 68:18
71:6 72:13 80:20
81:19 87:5 94:1,8
105:25 107:2 114:5

117:20 121:4
125:22 127:5,17
132:9 136:6 144:4
145:23 146:8,11,22
148:8,23,25 149:24
180:18 184:22
195:6,15 199:14,19
204:11 208:6,8,17
210:1,5,22 221:12
232:8 238:7 239:17
241:4 244:23 245:5
245:10 247:3
248:11 249:23
266:8 272:8 278:19
296:13 299:22
304:9 318:2 333:24
334:11 335:11
338:14 339:2,3,5
340:15,16 344:19
345:1 349:4,22
362:12 366:20
367:13 371:7,10
375:8 381:18
382:10 383:25
388:13 395:23
398:11 400:18
402:17 407:25
408:11 414:11,19
417:12 436:8,11
**knowing (1)**
304:2
**knowledge (1)**
38:13
**known (8)**
13:24 14:7 145:22
152:10 188:9
195:12 348:8
416:21
**knows (3)**
137:6 208:14 303:17
**Krause (1)**
14:4
**Kurt (1)**
13:22

_____
**L**

**lab (4)**
75:14,23,25 76:1
**label (2)**
64:24 255:9
**labeled (1)**
8:5
**laboratory (1)**
74:24
**lag (2)**
193:8 196:11

**Lakewood (1)**
3:6
**landing (1)**
303:21
**language (3)**
63:22,24 392:17
**large (13)**
90:9 91:1 124:19
140:6 280:21
281:10 298:3 390:5
391:8 392:13 393:1
412:5,12
**larger (13)**
90:9 91:1 176:13
181:19 213:15
214:10 224:20
257:25 258:14,22
263:16 305:1
414:14
**largest (5)**
123:25 124:20 258:19
400:4,8
**Lasker (588)**
4:14 5:4 9:24,24
10:13,17 11:14
14:23 16:18 19:13
19:15 24:14 25:12
26:11 28:6,23 30:11
32:1 33:4 34:16
35:12,16 38:21
39:11 40:7,18 42:2
43:18 44:8 45:5,16
46:4,20 47:19 48:6
48:11 49:13 50:14
51:21 53:14,23
55:11 56:5,14 57:9
58:3,16 59:2,6,23
61:3,12 62:1,10
63:9 64:1,15 65:1,7
66:1,22 67:21 69:3
69:19 70:20 71:8
72:9,14,18 73:1,15
74:10 75:3,16 76:6
79:1,17 80:21 81:11
81:16 82:21 83:9,18
83:22 85:1,18 86:11
86:23 88:13 90:1
91:3,14,24 92:3,4
93:7 94:13 96:13,24
98:6 99:8,20 100:14
101:1 102:1,22
103:11 104:10
105:6,21 106:9
107:5,18 109:3,20
111:1 112:2 113:7
113:11,16,21,22

114:7,16,19 115:5
115:15 116:10,21
117:22 118:13
119:2,20 121:6,18
122:2,19 123:5
124:9 125:10
126:13,16 127:11
127:14,19 128:1,5
128:20 129:5,10
130:15 131:1,15
132:3,16,18,25
133:4,7,24 134:23
135:18 136:5 137:8
138:9,13 139:12,24
140:17 141:6,22
142:9 143:10,13
144:13,22 146:13
147:3,12,16,21,23
148:3 150:13 151:8
151:16,17 154:1,24
155:4,10,21 156:7
156:13,15,21 157:3
157:16 158:6,22
159:10 161:9,24
163:1,18 165:3,10
166:7,12 167:24
168:8,13 169:19,25
171:19 172:7,13,21
172:23 173:4,21
174:11,18,23 175:2
175:23 176:15
177:1,14,25 178:9
178:20 179:19,23
180:2 181:6,23
182:17 183:1 184:2
184:25 185:3 186:1
187:22 189:16
190:3 191:11
192:20 193:11
194:8 196:8 198:15
199:6,7,18,23 200:1
200:8,20 201:6,16
202:14 203:10,22
204:3,17,22 205:8
206:1,10,17 207:2,3
207:13,23 208:18
210:7,24 211:9,21
212:8 213:8,24
214:2 217:3 218:15
219:18 220:1,23
221:1,14 223:2,15
224:2,22 226:14,23
227:1,21 229:3,13
230:11 231:1,9
232:10 233:14
234:1 235:13,18,21

236:6,24 237:14
238:10,16,18
239:19,24 240:21
241:5,12,20 242:15
242:17 243:5,16,19
244:5 245:1,11
246:6 247:2,14
248:9,18 249:22
250:2,4,18 251:20
254:7 255:12 256:1
256:5 257:3 258:2
258:17 259:1,18,20
260:2,5,23 261:17
262:3,19 264:5,8
265:19 266:12
267:2,22 268:19
269:6,20,24 270:17
271:1,14 272:19
273:8 274:1,17,24
275:3,22 276:15,21
276:22 277:13
281:3,7,19 282:15
283:5,13 284:20
286:10 287:1,15
288:8,19 289:18
291:5,20 292:10
293:2,22 294:9
295:11 296:4,16
297:14 298:10,22
300:10 302:3 303:4
303:10 304:1 305:9
305:18 307:8,13,14
310:1,15 312:5,20
313:4,6,9 314:4,10
315:14,23 317:15
318:24 320:19
321:10 322:4,18,24
323:7 324:3,23
325:20 326:8 327:2
327:9,19 329:4
330:3 331:9 332:20
334:6 335:3 336:17
336:24 337:12
338:4 340:8,23
341:12,19 342:14
343:5 344:8 345:5
346:7,22 347:8
348:11 349:5,12,14
349:19,23 350:1,14
350:19 351:6
352:20 353:19
354:8,23 356:3,19
357:17 358:19
359:16 360:19
361:9,15,17,20

362:24 363:9,16
364:8,20 365:8
366:9 367:19 368:8
370:6,22 371:12
372:3,16 374:6
375:17 376:4,12,22
378:1,9,12 379:10
379:20 380:18
382:1,11,21 383:5
383:17 384:5,12,18
385:2,15 386:14,18
387:4 388:11 389:8
389:19 390:22
391:20 392:5,23
393:13 394:11
395:5,17 396:12
397:12 398:12
399:5,17 400:1,17
401:7,12,18 402:12
402:15 403:6,10,20
404:6,18 405:9,12
405:16,18,23 406:2
406:18 407:4,17
408:5 409:4,7
411:25 412:18,23
413:6 420:10,19
421:16 422:4,10,24
423:7,17,20,22
425:2 434:23
435:10,21 436:8,10
436:21
**latency (64)**
186:22,23,24 187:7,8
188:4,17 189:6,23
190:8,20 192:24
194:2,15 198:19
200:24 201:23
202:24 203:9 204:6
204:8 205:15,17,23
206:2,3,5 207:6,15
207:17,18,25 208:3
208:20,21,24 209:2
209:4 211:1,23
214:15 215:3,5,6
217:17,22 218:18
218:24 219:6,8,15
219:20 220:7,22
221:3,21,24 222:12
222:16,17,19
242:18 243:2,7
**latest (1)**
337:15
**LAW (1)**
3:3
**lay (1)**
381:13

**lead (2)**
187:4 391:10
**learn (1)**
132:17
**leave (1)**
82:1
**leaves (1)**
34:14
**lecture (2)**
48:22 115:16
**lectures (1)**
114:1
**led (1)**
18:7
**ledger (1)**
137:5
**Lee (10)**
6:14 235:14,15,22
236:1,8 239:25
240:24 241:22
242:22
**Leemon (2)**
4:19 9:9
**left (12)**
14:4 17:6,20 92:5
162:9 184:4,4 316:3
366:7 398:8 406:20
411:3
**legal (1)**
8:19
**lengthening (1)**
220:21
**lesser (1)**
316:9
**let's (44)**
11:10 39:4,5 64:2
65:2 72:10 73:24
76:19 81:13 109:13
130:6 131:24
143:10 154:25
156:7 165:5 178:10
182:19,19 188:9
192:11 199:23
203:23 235:14
243:12 249:23
254:11 264:3,5
270:19 276:16
306:20,21 307:18
312:21,24 318:17
331:12 336:23
350:15 384:18
386:14 401:19
406:18
**letter (3)**
6:9 117:2 200:14
**leukemia (2)**

12:25 156:3
**level (9)**
109:22 117:1 139:9
149:1 169:12
301:23,25 339:9
426:18
**levels (3)**
151:21,23 275:15
**Liability (2)**
1:4 8:8
**license (1)**
333:23
**licenses (1)**
12:8
**life (1)**
276:14
**lifelong (2)**
30:22 31:18
**lifetime (32)**
31:4 297:4,22 299:12
300:1,2,4,7,14,17
300:21,22 301:6
302:1,7,11,12,16,19
302:23 303:13
304:6,23 305:5,6,14
314:3 315:12
343:21 347:5
425:10 426:2
**light (1)**
96:1
**light-bulb (1)**
96:2
**liked (1)**
199:2
**likelihood (4)**
89:19,23,24 91:5
**likewise (2)**
387:11 422:19
**limit (14)**
34:17 108:17 109:6,8
109:15,23 110:2
111:14,15,21 115:9
180:12 238:2 320:8
**limitation (1)**
393:15
**limitations (2)**
390:6 431:21
**limited (12)**
34:13 63:15,23 64:3,5
67:17,23 105:12
106:14 123:10
124:7 226:1
**lindane (2)**
358:9 362:13
**line (20)**
7:10 56:16 160:22

199:24 203:25
351:12 436:3 439:6
439:7,9,10,12,13,15
439:16,18,19,21,22
439:24
**lines (2)**
162:3,7
**Lisa (5)**
1:23 2:13 8:21 438:4
438:22
**list (6)**
19:25 153:9 230:25
231:2,12 246:10
**listed (19)**
19:22 74:25 75:1,4
76:1,2,10,11 120:7
122:3,21 123:23
128:10 133:9 156:2
156:18 202:11
279:11 327:12
**listing (2)**
119:23 317:5
**literature (57)**
50:18 55:10 57:5
59:11,20 60:5,15,19
61:17 62:4 63:4
64:18 67:4 68:9
69:5,15,17,21 70:6
71:10,11 73:21,23
75:19 76:17,19,20
77:4,6,19 78:5,7,14
78:20 79:14 80:15
80:20 148:18 197:2
197:10 216:3
289:14 290:1
314:23 315:2 317:8
334:10,14 382:3
387:7 389:13
391:12 414:10,18
414:22 415:2 417:3
**litigation (9)**
1:4 8:8 20:13 32:17
53:6 206:24 431:16
432:16 433:18
**little (15)**
26:25 90:11 146:5
167:10 177:21
178:1 195:15
198:24 204:12
264:20 289:19
313:12 323:12,17
373:20
**lives (1)**
96:1
**LLP (2)**
9:25 10:2

**Lockridge (2)**
4:3 9:13
**logarithmic (6)**
160:11,13 161:8,11
161:16 162:6
**logistic (9)**
154:10 214:7 216:13
217:8 232:2,19
234:3 235:6 335:6
**logistical (4)**
212:21 215:17 232:12
232:14
**long (13)**
16:19,21 17:17 48:21
72:14 87:4 127:7
161:20 190:16
198:6 318:1 355:15
426:6
**longer (20)**
31:21 177:22 190:8
190:19 193:25
197:23 204:12,14
204:25 205:3,23
206:5,20 215:5
222:16,18 243:2
263:15 281:11
410:12
**longest (2)**
195:17 204:20
**look (76)**
49:11 50:17 78:15
79:14 82:16 83:20
88:6,22 94:5,11
95:18,19 109:5,7
113:4 125:12 128:8
129:6 156:1 157:4,5
160:16 174:2,8,9
181:7,24 185:9
195:20,20,24 197:5
205:9 210:21
213:20 222:18
231:11 240:9
251:17,18 293:10
296:24 299:5,12
302:9 308:11
309:14,14 310:16
312:6 313:23
318:17 319:11
321:5 328:9 341:21
350:15 351:22,24
352:15 353:1 363:2
365:11 384:17,20
387:5,8,16,19 392:6
412:1 413:20 423:6
425:4 436:12,17
**looked (23)**

22:25 54:12,14 80:13
142:16 154:22
250:22,22 251:6
300:14,15 327:11
340:17 342:23
363:7 374:8 378:21
382:10 388:8,12,14
404:15 436:11
**looking (48)**
19:19 45:18 47:23
51:1 73:3 77:20
100:19 107:2 108:1
110:9 112:15
139:14 156:3
163:17 167:25
172:10,15 173:25
176:4 179:15
185:15 189:8 192:3
192:18 198:12
206:11 210:10
214:6 225:1 227:3
227:22 231:6
253:17 255:6
267:15 268:15
306:19 311:22
326:9 346:23
350:23 361:1
370:25 372:19
387:9 388:7 400:12
407:6
**looks (9)**
132:10 184:23 223:23
312:7 327:23 336:5
342:18 357:19
425:15
**Los (5)**
1:17 2:12 3:13 8:1,14
**lose (1)**
427:22
**losing (1)**
250:2
**loss (7)**
28:20 29:3 141:8,9,10
141:19 432:4
**lot (39)**
16:9 30:1,24 45:24
46:1,17 49:8 89:12
106:5 108:25 124:2
136:7 143:22,24
167:10 214:22
215:13 216:8 217:1
225:16 226:8
233:12 237:16
238:21 292:23
301:20 303:23
308:18 311:11

312:18 334:1
414:15,19 415:25
434:3,4,14,15 435:6
**lots (6)**
308:24 309:2 376:25
379:5 381:17
400:15
**love (1)**
86:18
**loves (1)**
406:15
**low (19)**
86:15 105:11 106:13
111:15 118:8,10,17
124:7 126:10
301:23 303:20
304:12,17 312:17
339:7 341:5 345:11
400:13 426:6
**lower (14)**
92:10 109:9 111:15
160:18 257:22,23
281:5 299:6 303:21
309:22,22 328:5
330:15 425:21
**lowest (4)**
184:18 317:1,6 330:9
**lucky (1)**
164:16
**lunch (6)**
177:21 178:1 184:23
199:5 203:11,16
**lung (8)**
145:22 168:2,4
170:11,13 171:22
171:24 172:2
**lymphocytic (1)**
282:4
**lymphoma (110)**
6:21 27:14 28:11
32:20 33:15 51:24
63:15 65:10 66:10
67:5 68:10 69:6
70:4,10 71:13 77:22
97:11,14,20 98:12
98:15 100:21 101:4
101:8 119:25 120:9
120:20 121:12,22
122:9,25 123:16
124:14 125:17
128:12 129:12
147:7 148:12,19
149:5 150:16 151:2
151:6,10 174:1,4
176:21 177:4,8
178:24 180:13

182:7 183:18
184:14 185:9
186:14 187:2
188:14 191:17
192:7,23 193:3,16
223:10,20 224:8
225:5 227:7 228:4
252:16 266:19
267:8 268:4 269:10
270:5 278:24
279:24 280:12,21
281:11 282:4 284:5
287:6 292:1 300:20
302:18 306:13
318:14 319:8
321:15,18 323:3,11
323:20 324:11
329:17 330:8 342:7
351:16 352:3 353:7
396:24 399:21
417:18 420:18
422:23 424:15
426:15 434:10,20
**lymphomas (1)**
194:24
**lymphopoietic (2)**
179:6 180:6

─────────

**M**

**made-up (2)**
304:22 406:16
**magnitude (2)**
390:11 394:5
**main (2)**
151:25 354:25
**major (6)**
255:21 261:13,15,24
262:13 346:5
**majority (1)**
309:10
**making (16)**
116:23 134:12 159:20
162:7 168:20
171:10 175:4
187:24 214:16
217:10,18 294:23
377:5 379:6 395:6
420:22
**malathion (22)**
249:16 250:9,25
279:12,19 280:1,14
280:23 281:9,22
282:19 283:19
284:1 285:20 293:7
293:9,11 294:3
295:2 296:7 424:10

424:17
**males (1)**
226:2
**manmade (1)**
149:17
**manner (3)**
108:21 114:13 216:12
**manuscript (8)**
23:10 383:24 384:1
385:21 386:8 388:7
394:14,15
**manuscripts (2)**
431:5,9
**March (4)**
349:12,20 389:22
391:7
**marginally (2)**
232:20 253:13
**mark (24)**
68:4 126:17 127:21
128:2 147:17,19,21
155:5 156:7 178:14
199:23 203:24
220:23 226:15
238:16 239:20
242:15 259:18
269:20 270:17
313:1 349:6 361:15
386:14
**marked (30)**
5:8 6:2 7:2,9 11:12
39:9 86:21 113:14
132:1 148:1 155:8
156:9 166:10
178:16 200:5 204:2
223:14 235:20
243:18 277:8 313:8
318:23 349:9
350:16 363:15
386:17 405:9 409:7
409:12 410:24
**market (3)**
147:8 148:21 358:11
**marking (2)**
11:10 127:20
**marks (9)**
96:15,21 200:14
203:12,19 306:23
307:5 419:15,21
**marriage (1)**
438:14
**mass (1)**
332:2
**master's (1)**
13:10
**match (1)**

38:12
**material (1)**
277:20
**materials (2)**
49:17 429:16
**math (2)**
109:15 213:4
**mathematical (1)**
430:4
**mathematically (1)**
169:9
**matter (15)**
8:7 49:10 92:19 93:15
96:5 135:19 136:9
137:11 145:8
177:24 178:19
347:23 348:5
352:19 438:15
**Matthew (1)**
32:9
**maximum (8)**
207:15,16 208:21,24
209:4 337:16,19,20
**McDuffie (48)**
6:15 228:24 229:6,9
229:25 230:10
243:12,21,24
244:13 245:14
247:15 248:21
249:3,14 250:7,22
251:5,15,16 252:14
254:13,18 259:5
260:9 262:20,25
263:20,23 265:5
266:17 268:2,22
269:7 270:3 271:3,4
274:4,18 275:4
277:2 298:5,15,23
299:2 300:12
345:25 401:21
**McHENRY (3)**
4:19 9:9,9
**McNair (2)**
4:18 8:18
**MD (8)**
1:16 2:9 5:3,11 6:7
10:7 437:12 439:3
**MDL (2)**
1:5 8:11
**mean (27)**
25:1 66:24 67:1 75:24
89:18 90:4,13 91:4
108:7 114:22
150:18 158:20
166:23 195:25
221:13 232:9

233:11 234:17
242:25 244:24
246:24 297:11
298:20 305:25
348:15 370:6
405:22
**meaning (17)**
53:21 86:3,10 91:12
97:23 108:22
137:25 143:25
167:14 190:6
245:21 274:23
312:15 320:17
340:3 424:7 426:3
**meaningful (2)**
89:7 282:6
**meanings (2)**
121:2 328:22
**means (17)**
29:12 64:3 66:4 78:12
90:7,23 99:15
102:14,21 112:4
167:12 188:8
269:15 273:12
303:7 428:5 430:15
**meant (4)**
121:16 417:6 422:15
423:4
**measure (43)**
43:6,15 91:22,23
107:10 167:19,21
169:16,18,21 170:6
170:9,24 183:8
187:2 191:7 196:20
201:18 253:11
298:12 301:22
302:2,24 304:11
320:3 325:7,9 328:4
339:17 342:12,13
342:22,25 343:6,7
344:5,7,9,11 365:12
371:14 375:5 426:8
**measured (2)**
191:14 342:5
**measurement (3)**
118:23 119:3,5
**measurements (1)**
24:8
**measures (15)**
43:7 98:13 184:20
185:9 309:18 324:6
324:19,24,25 342:8
343:24 344:1,20
345:1 425:25
**measuring (5)**
182:6 191:2 208:22

272:1 343:17
**mechanism (3)**
75:13 191:21 408:1
**mechanisms (2)**
62:17 76:11
**mechanistic (8)**
60:13 71:25 77:4,6
78:6 80:15 407:15
418:20
**Mecoprop (15)**
247:25 252:10,19
253:2,7,19 254:21
255:25 256:11
257:10 258:10,18
259:7 260:12 261:4
**median (24)**
204:6,8 205:1,15,17
206:2 207:6,17,17
207:25 208:20
209:2,11 211:1,7,23
217:17,22 218:18
218:23 220:7 221:3
221:21,24
**medical (15)**
11:16,19,20,24 12:3,6
12:16,18,23 63:5
88:4 95:15 197:9
247:23 317:14
**medically (1)**
56:1
**meet (1)**
269:8
**meeting (8)**
21:9 25:4,15 26:1
30:17 34:6 60:17
69:24
**meetings (4)**
24:2 29:7 61:25
**meets (1)**
179:11
**member (15)**
16:3,22 17:24 18:3,10
20:16,16 25:17
32:10 34:12,14
36:10,17 55:7,23
**members (5)**
23:9 34:13 36:11,24
336:7
**membership (3)**
34:20 37:16,17
**memorial (1)**
18:13
**mention (18)**
73:4,7 74:9,15,18
75:21 77:3 82:25

85:9 134:1 142:1
249:12 261:3
319:19 390:15
400:11 408:16
435:14
**mentioned (23)**
25:13 49:14,15,16
73:11,17 74:4 75:1
76:15 84:11 100:17
150:14 160:5
178:18 206:19
211:11 245:3 319:4
408:9 409:20
414:25 415:17
416:7
**mentioning (2)**
194:9 393:3
**mentions (4)**
20:15 33:22 79:19
87:6
**mentor (3)**
13:25 15:20 16:9
**mentored (2)**
13:22 14:3
**mentoring (2)**
13:18 16:20
**mentorship (1)**
16:14
**mercurial (1)**
312:8
**message (2)**
395:3,4
**met (6)**
20:25 21:2 35:20 72:8
383:15 421:18
**meta (1)**
322:6
**meta-analyses (5)**
284:12 414:23 415:1
415:9,11
**meta-analysis (19)**
115:10,19 159:4,13
283:10 284:3,16,22
284:24 285:11
286:14 287:3,9,19
322:11,13,15,19,20
**meta-analytic (1)**
322:2
**method (46)**
40:8 41:9 52:12
165:12 217:9 245:4
342:19 355:2,6
356:5 357:5,11,24
358:6,17,25 359:7,8
359:12,14,22 360:4
360:7 362:14,20,21

364:22,22 365:11
373:16,17,24
374:15 375:23
376:11,24 377:10
379:9,11 381:15
382:14,25 383:10
384:2,9 385:8
**methodological (1)**
39:14
**methodologies (1)**
23:18
**methodology (28)**
39:24 88:15 107:10
284:9 285:12,13
287:2,20 290:21
361:3 363:2,25
365:21,24 366:2,25
367:4 372:24
374:10 375:20
376:7,16 378:16
380:23,25 381:4
382:5 383:21
**methods (15)**
24:5 26:22 27:5,9
32:4 47:11 51:17
84:22 105:19
106:11 163:5
220:21 344:19
414:7 419:11
**methyl (1)**
365:15
**Mia (1)**
16:5
**Michael (4)**
3:14,22 9:3,21
**mid (2)**
341:6 345:11
**middle (13)**
26:22 174:25 188:1
346:21 358:16
365:25 366:6 367:3
374:16 377:9,19
378:20 381:2
**Mike (1)**
9:16
**mild (1)**
194:2
**Miller (4)**
3:18,22 9:21,21
**million (1)**
85:14
**mind (11)**
48:16 72:1 113:5
201:17 217:20
220:9 285:18 294:8
332:6,22 391:10

**mine (2)**
12:4 159:9
**miners (2)**
170:14 171:23
**minimal (6)**
131:14 171:25 172:4
264:17,21 270:14
**minimally (2)**
299:19 319:14
**minimize (1)**
31:12
**minimum (10)**
187:10 188:4,11
189:7,23 190:17
192:24 193:21
197:4 275:24
**Minneapolis (1)**
4:6
**Minnesota (7)**
4:6 204:12,20 205:10
219:20 243:11
297:8
**minus (3)**
89:3,4,11
**minute (2)**
132:23 351:3
**minutes (4)**
72:17 200:2 398:9
406:19
**mischaracterizatio...**
222:3
**mischaracterizes (24)**
66:17 100:5 219:3
220:12 221:7
254:24 255:18
273:15 288:16
289:3 291:16
302:22 344:14
350:12 358:2 371:4
371:19 383:24
393:20 398:23
401:2 403:1 422:11
422:25
**mischaracterizing (2)**
68:16 293:13
**misclassification (21)**
5:20 29:18,19 30:7,13
30:20 31:13,18 32:5
32:6 133:12 138:24
139:11 185:23
303:24 304:4 346:5
346:9 347:13
390:12 394:6
**misclassified (4)**
182:15 305:7 324:22
399:4

**misleading (4)**
234:11,23 235:10,11
**mismeasurement (2)**
286:6,7
**misread (1)**
105:16
**misreading (2)**
67:12 68:17
**misreport (1)**
139:8
**misreports (1)**
138:8
**missed (4)**
19:23 74:1 263:6
414:25
**missing (16)**
134:5 175:25 215:7
377:4 386:6 387:14
387:18,23 388:6,9
388:19,20,24 389:5
389:10,16
**Mississippi (1)**
32:9
**misspoke (1)**
333:3
**misspoken (1)**
380:9
**misstated (1)**
30:6
**Misstates (1)**
393:8
**mistake (1)**
319:18
**misunderstand (1)**
63:25
**misunderstanding (2)**
166:14 168:16
**misunderstood (1)**
95:7
**misuse (1)**
95:9
**mixed (15)**
251:7 252:3,8,9
253:17,18 254:2,14
254:20 255:16
256:6 258:6 259:4
260:8 262:17
**mixes (1)**
305:7
**mixing (5)**
275:16,20 276:12
301:20 342:18
**mixture (13)**
253:21 255:23,24
256:9,11 260:21,25
261:2,8,10,12,16,25

**mixtures (7)**
255:11 256:8 257:7
258:9 259:6,12
260:11
**model (30)**
157:10 158:18,21
159:24 163:9
236:22,25 238:9
239:9 249:4,5
250:17,19 253:1,1
279:25 282:14
283:3 285:18 286:1
286:7 293:18,19
294:1 295:9 331:4,6
398:1 430:13,19
**modeling (1)**
381:19
**models (11)**
50:7 74:16 152:10,18
165:1 239:12,14,14
242:12 286:9
397:23
**modern (2)**
43:24 84:21
**modification (11)**
169:4,18 170:19,24
171:16 174:16
175:4 176:3,18
177:6,16
**modified (2)**
338:16,24
**modifier (7)**
169:6,16,21 170:6,9
171:6,13
**modifiers (2)**
169:3 173:24
**molecular (1)**
55:8
**moment (2)**
44:13 287:20
**Monday (2)**
1:18 8:1
**monitoring (2)**
390:10 394:4
**monograph (14)**
15:4,6 18:7 52:20
57:6 59:19 62:8,14
80:19 82:12 152:5
416:8,10,13
**monologue (1)**
126:21
**Monsanto (5)**
4:11 9:25 10:2,17
24:10 421:11,15,19
**month (3)**
31:2 36:11 197:15

**months (2)**
30:25 192:12
**morning (3)**
8:4 10:14,15
**mortality (1)**
29:11
**Moskowitz (5)**
1:23 2:13 8:21 438:4
438:22
**motion (3)**
81:25 82:1 83:9
**motions (4)**
81:2 82:4,5,19
**move (12)**
80:7 81:20 130:6
198:3,5 203:23
241:15 242:16
243:12 262:23
342:2 408:24
**Moving (1)**
177:20
**multi-regressional (...**
399:19
**multi-variate (5)**
155:12,15 157:10
165:1 308:8
**multi-variated (1)**
399:24
**multi-varied (1)**
154:21
**multiple (15)**
151:24 206:12 227:24
262:17 310:10
333:25 335:19
363:19 381:16
396:10 408:16
411:12 414:9
430:22,22
**multiply (1)**
303:19
**multitude (1)**
40:25
**mutagenic (5)**
402:23 403:15,23
404:8,21
**mutagenicity (6)**
403:13,19 404:5,12
405:2,5
**myeloma (1)**
396:11

_____
**N**
_____
**N (3)**
3:1 4:1 5:1
**N.W (1)**
4:12

**nail (1)**
138:11
**name (6)**
8:18 10:16 245:21
246:22 413:9 439:1
**NAPP (38)**
39:1 69:25 70:7 158:7
158:11 183:12
184:11 278:21
283:8,15,17 284:2
285:10,15 286:12
287:3 288:13
289:23 290:5 291:8
291:11 292:12,18
293:5 294:1,25
296:23 297:4
305:12 322:21
340:17,25 396:18
397:13 400:6
401:19 428:12
429:16
**narrow (7)**
86:15 111:21 116:2
116:12 118:9,18,23
**narrower (4)**
116:22 217:7 320:9
320:24
**narrowing (1)**
217:10
**nature (1)**
101:6
**Nauen (2)**
4:3 9:13
**NCI (1)**
146:24
**NCRA (1)**
1:24 2:14 438:5,23
**near (1)**
34:6
**nearly (1)**
234:21
**Nebraska (24)**
181:21 204:13,19,25
205:24 206:6,9,18
207:5,18 210:13
211:2,7,24 219:16
220:22 223:3 224:4
225:2 227:4,25
243:1 297:5 300:13
**necessarily (10)**
23:6 29:1 95:17
115:12 141:16
158:20 164:1,20
211:6 328:8
**necessary (3)**
83:10 190:18 410:15

**need (32)**
48:12,13 68:4 80:24
81:19 89:9,12 96:12
139:20 154:19
167:8 169:12
176:18,23 180:25
181:17 186:25
196:17 231:11
240:23 263:19
309:5 325:23
360:22 362:14
381:13 390:8 394:1
395:12 404:23
412:18 415:7
**needed (2)**
21:14 106:24 209:24
**needs (2)**
351:1 394:13
**negative (4)**
85:13,23 90:20 406:8
**neither (2)**
127:16 249:5
**nested (2)**
317:21 318:9
**Neugut's (3)**
278:11,15 349:1
**never (16)**
35:20 85:5 87:22
136:22 150:19
188:19 243:9
253:24 275:5
293:15 350:5
353:21 375:6
403:17 408:2
412:11
**never/ever (4)**
306:11 398:14,19
424:25
**new (2)**
34:14 399:1
**NHL (46)**
64:8 87:20 100:13
120:13 150:22
165:25 166:2,17,20
176:6,10,14 188:10
189:22 191:19
194:13 204:7
218:19 230:18,22
259:15 269:5
278:25 285:22,24
292:6 299:7 313:22
313:22 322:10
328:1,13,20 331:3
331:22 332:8,19
350:8 387:13,20,22
396:8,13 418:1

423:2,3
**NHLs (1)**
194:17
**nice (2)**
111:25 321:8
**nicely (2)**
309:20 322:9
**nicer (1)**
435:7
**night (1)**
136:24
**nine (1)**
30:25
**ninth (1)**
227:10
**NIOSH (1)**
24:7
**no-brainer (1)**
222:14
**nominate (1)**
37:17
**non (2)**
173:8 353:21
**non-asthmatics (5)**
236:11 238:1 239:15
240:10 242:10
**non-carcinogenic (1)**
406:7
**non-differential (3)**
139:10,15 185:22
**non-differentially (1)**
182:16
**non-epidemiologist...**
67:18
**non-Hodgkin's (106)**
27:14 28:11 32:20
33:15 51:24 63:14
65:10 66:10 67:4
68:9 69:6 70:4,10
71:12 77:21 97:11
97:13,20 98:12,14
100:21 101:3,7
119:25 120:9,20
121:11,22 122:9,25
123:16 124:14
125:16 128:11
129:12 147:6
148:12,19 149:5
150:16 151:2,9,10
174:1,4 176:21
177:4,7 178:23
180:13 182:7
183:17 184:14
185:8 186:14 187:2
188:14 191:16
192:7,23 193:3,15

194:23 223:9,20
224:8 225:5 227:7
228:4 252:16
266:18 267:7 268:4
269:10 270:5
278:24 279:24
284:4 287:6 292:1
300:20 302:18
306:13 318:13
319:8 321:15,18
323:3,11,19 324:11
329:17 330:7 342:6
351:16 352:2 353:7
396:24 399:21
417:18 420:18
422:23 424:14
426:15 434:9,19
**non-informative (1)**
312:19
**non-nested (1)**
318:5
**non-responders (2)**
27:6 363:20
**non-toxic (1)**
210:3
**non-use (1)**
354:14
**normal (3)**
162:4 216:13 224:18
**normally (2)**
20:24 415:3
**North (5)**
6:16 276:17 277:9
306:14 333:21
**Northern (2)**
1:2 8:10
**Notary (1)**
437:19
**note (6)**
248:25 250:5,20
306:22 393:14
394:13
**noted (2)**
389:10 437:6
**notes (2)**
105:7 115:16
**noting (1)**
234:12
**null (72)**
39:20,23 40:5,14 41:5
41:7,8,10,14,16,20
41:25 42:4,8,12,17
42:18,22 43:2,10,20
44:1,1,15 45:9,20
45:25 46:9 47:2
48:3 51:22 89:19

92:11,17,21 93:10
93:17 94:17 95:21
97:5,10 98:3,10
99:11,18 100:10,11
100:19 101:2,12,14
101:22 102:15,24
103:13,17 104:3,12
105:14 106:16
107:21 112:18,19
112:20,21 162:22
162:24 281:23,25
282:20 283:3,3
**number (97)**
5:8 6:2 7:2 8:6,11,12
11:12 34:13 39:9
62:9 74:1 83:24
86:21 96:16,22
113:14 114:14
117:2 124:3,16,25
125:1,2 126:5,6
128:15 132:1 133:1
148:1 155:8 156:9
166:10 172:5
178:15 181:9,11
190:14 192:11
200:4,6 203:13,20
204:1 214:21
223:13 229:4,6
230:22 235:19
237:12 243:17
244:19 246:18
255:7 257:6,8,21,22
257:24 277:7 300:8
300:23,25 301:2,13
301:19,19 303:18
303:21 304:24,24
306:24 307:6 313:7
318:22 322:13,15
336:6,14 340:6
341:15 349:8
363:14 366:20
369:11 386:16
387:12,21,22
405:24 409:8
414:14 419:16,22
425:11,11 437:3
**numbers (12)**
114:10 148:5 171:5
181:15 251:21
352:23,25 353:1
386:5 400:20
417:12 426:5
**numerical (1)**
34:17
**numerically (1)**
299:8

**numerous (4)**
162:2 325:1 409:13
410:1

---
### O
**o'clock (1)**
199:25
**object (361)**
26:8 28:18 31:15
32:21 38:10 40:3,13
41:23 43:4,23 45:10
45:22 46:11 47:6
48:6 49:24 51:9
53:11,20 55:4,18
56:10 57:1,16 58:7
58:22 59:14 60:8
62:5 63:17 64:14,20
65:15 66:16 67:10
68:15 69:11 70:14
71:16 73:9 74:7,22
75:9 78:11 79:6
84:19 85:15,24
87:21 89:21 90:16
91:8,20 92:25 95:4
97:15 98:16 99:13
100:4 101:17
102:11 103:6,19
104:14 105:15
106:2 107:14
108:11 109:17
110:7 111:8 112:11
115:2,11 116:7,16
117:7 118:11 119:1
122:11 123:1,17
124:15 125:18
128:13 129:9
130:10,19 131:8
133:20 134:17
135:13,23 136:13
137:16 139:1,17
140:8,22 141:15
142:6,25 145:19
146:20 147:9 149:8
151:4 153:19
154:18 155:19
156:20,24 157:14
157:24 158:14
159:6 161:1,18
162:10 163:15
164:15 166:4,21
168:23 169:24
170:22 171:18
172:3,17 173:1,18
174:6 175:8 176:8
176:22 177:9
180:24 181:13

182:8,23 183:19
184:15 185:11
187:6 188:15
189:25 191:5 192:8
193:4,19 195:8
196:21 198:21
199:12 201:2,25
203:1 205:4,19
206:7,15 207:8,21
208:7 209:16
210:17 211:4,16
212:1 213:7 215:20
218:1 219:2,22
220:11 221:6 222:1
222:2 224:9 225:7
226:20,24 227:8
230:7,19 232:7
233:10,21 234:24
236:4,15 237:21
238:14 239:2 240:3
241:7,8 242:1,23
244:2,16 245:9,16
246:14 247:10
248:6 250:14
253:23 254:23
255:17 256:3,21
257:11 258:11
259:8 260:2,14,14
261:6 262:7 265:10
266:20 268:5,6
271:8 281:1,13
282:8,22 283:11
284:17 285:16
286:21 287:12
288:1 289:2 290:12
292:7,20 293:12,13
294:4 295:3,19
296:9 297:10 298:6
298:18 300:5
301:10 302:21
303:15 304:7
305:15 308:23
309:12 310:14
311:8 312:12
313:25 314:6 315:6
315:20 317:11
320:13 321:2,20
322:22 323:4,21
324:12 325:6
326:24 327:16
328:7 329:20
330:17 331:24
333:9 334:21
336:12,21 337:23
338:11 339:20
340:20 341:10,17

342:10 343:3,11
344:13 346:2 347:2
348:6 349:3,21
350:11 352:14
353:10 354:2,16
355:12 356:14
357:9 358:1 359:2
359:24 361:4,13
363:5 364:18 365:4
366:4 367:6 368:3
371:5 372:9 373:3
374:20 376:1,9,19
378:6,6 379:1 380:6
382:8,17 383:3,13
386:25 388:3 389:2
389:14 391:14,24
392:20 393:7,19
394:19 395:11
396:6 397:2,20
399:12,22 400:9
401:1,14 402:25
403:8,16,24 407:10
407:23 413:15,20
420:10 422:24
435:17
**objected (1)**
383:16
**objecting (2)**
174:24 259:24
**Objection (97)**
14:17 23:22 25:9 35:9
35:15 44:17 47:5
48:20 55:4 61:18
62:22 68:15 70:24
81:8 83:7 93:18
106:17 120:22
121:13,23 123:1
174:20 218:1 221:6
222:1 224:9 225:7
227:8 228:25
229:12 237:21
239:2 240:3 241:2,7
241:17 242:1
244:16 247:9
255:17 257:11
258:11 259:8
260:13 261:5,20
262:7 265:10,24
266:20 267:9 268:5
268:24 269:11
270:6 272:11,24
273:14 274:8,21
275:8 276:1 281:1
281:13 282:8
288:15 291:15
296:9 301:10 303:9

361:4 362:5,8 368:3
371:3,18 372:8
373:3 374:20
377:23 379:1,14
380:3,6 381:6
383:23 384:10
385:10 390:19
398:22 404:9,22
420:19 421:16
422:4,10 425:2
**objectionable (1)**
413:15
**objections (2)**
258:25 413:8
**observational (6)**
130:8,12,17,24 140:1
417:7
**observed (12)**
64:6 65:11 66:12 67:6
68:11 69:7 70:8
90:5,15 91:6 364:4
381:20
**observer (2)**
18:3,6
**observers (1)**
18:8
**obtain (1)**
77:20
**obtaining (1)**
87:7
**obvious (1)**
288:5
**obviously (11)**
38:4 60:2 137:10
170:2 200:10
214:22 348:21
352:24 369:8
389:16 435:23
**occasional (3)**
268:15 301:16 304:18
**occasionally (1)**
269:18
**occupation (2)**
180:7 185:19
**occupational (11)**
12:4,5 34:4,8,9
225:23 273:3,5
276:11 343:23
426:16
**occupations (2)**
179:7 202:6
**occur (5)**
133:23 134:19 189:11
190:19 192:10
**occurred (2)**
187:17 373:13

**occurs (1)**
430:14
**odd (4)**
43:2 258:8 278:22
356:22
**odds (155)**
43:7 44:7,24 84:17
89:5 109:13 118:6
151:20 153:1,10,16
154:3,6,7,9,16,21
155:15,17,22
156:17 157:6,7,12
157:21 158:3,10,16
160:16,18 163:20
163:23 171:14
172:1 175:21
178:22 179:3,21
180:4,21,21,22
182:20 183:16,23
213:10,15 217:19
218:21 232:13,13
232:16 233:7,8,13
233:18 234:2,21
237:18 238:21,24
239:25 241:22,23
248:20 249:2,4,5
251:1 252:2,7,22
253:8,13 256:12
258:4,5 259:2,4
260:6,7,10 269:5
279:3,10,19 280:2
280:13,15,18,23
281:4,10,20 282:5
282:17,19,23
284:24 285:14
287:23 288:10
296:6,8 298:8
300:18 306:11
308:4,5,12,14,18,21
308:25 309:1,1,4,10
309:14,22,23 310:7
310:9 311:4,11,13
312:10 319:6,12,13
320:10 321:17
330:8,13 353:25
354:6 396:3,9,14,23
396:25 397:17
398:19 399:6,20
400:21,22 424:4,9
424:20 425:15,18
425:20,22 427:10
**offer (4)**
81:4 116:5,15 408:22
**offering (3)**
79:25 81:23 385:7
**offices (1)**

2:10
**official (4)**
15:13 18:2 195:19
202:22
**officially (2)**
15:16 17:14
**oftentimes (1)**
425:5
**oh (16)**
27:19 76:25 132:13
170:3 181:17 184:6
206:13 229:8 250:3
297:2 349:15
356:24 364:11
386:1 405:25
428:11
**okay (128)**
11:5,9 12:6,10 14:15
14:24 20:1,4 21:5
37:5 52:11 53:4,24
59:24 62:2,11,21
64:2 65:2 69:20
70:1 71:20 73:24
79:17 84:12 85:2
90:11 96:13 99:22
102:23 112:23
113:13 115:16
116:22 117:23
118:22 120:16
122:3 127:19
132:13 141:23
143:10 148:7 149:4
154:25 160:3 165:8
172:8 173:13
176:16 177:2,20
183:7 184:6 196:15
202:15 206:18
210:8,25 212:9
219:19 221:15
228:6 231:10
238:11 245:12
247:15 250:3
251:12 253:7
256:23 264:5
267:23 268:12
270:17 272:8 273:9
274:24 278:5
280:12 281:8 285:7
290:4 292:15
296:17,21 297:15
302:14 305:22
306:20 314:25
318:3,12 323:13
324:4 326:19 329:5
330:4 337:17
340:14 342:15

346:8 348:2 350:15
353:20 369:2,12
370:23 371:13
375:9 389:9,20
390:23 395:18
396:18 398:10
400:18 405:6
406:18 411:9
412:20 413:22
418:10 423:24
424:20 428:11,18
435:17
**old (2)**
148:23 432:12
**older (1)**
31:20
**Olson (1)**
406:15
**once (7)**
10:21 21:3 34:6 36:11
49:6 125:7 185:17
**oncologist (1)**
13:7
**oncology (1)**
77:7
**one-paragraph (1)**
290:6
**ones (9)**
33:12 36:23 83:2
84:22 150:8 193:10
215:11 230:24
309:6
**ongoing (5)**
22:20 25:22,25 30:16
31:5
**onset (3)**
188:5 192:12 347:7
**open (1)**
246:21
**opine (1)**
186:3
**opining (1)**
289:21
**opinion (39)**
45:21 49:19 51:7 53:4
78:9,16 79:22 81:7
185:5 221:2 264:9
265:4,7 267:4 268:1
268:22 288:14
291:10 302:4,9
323:8,18 385:6
403:11,22 404:7,19
407:5,21 408:22
410:21 415:16
416:12 429:19,21
429:22 434:7,16,21

**opinions (13)**
79:4,25 80:8 81:4,23
83:16 267:3 286:12
408:13 409:18
410:16 414:3
416:11
**opportunity (2)**
24:22 243:3
**opposed (2)**
162:5 173:15
**opposite (3)**
196:23 256:22 303:23
**option (1)**
410:7
**Orange (1)**
3:21
**order (15)**
88:1 92:10 193:8
196:3 198:6 239:9
242:6,10 272:16
352:13 393:24
417:7 419:10 431:1
436:24
**organic (2)**
150:1,4
**organizers (4)**
37:1,3,21 38:3
**organizing (1)**
36:18
**original (6)**
283:6 295:18 305:11
370:24 415:2 416:4
**originally (1)**
20:16
**Orsi (5)**
160:15 395:23 400:10
400:11 409:23
**outcome (18)**
28:22 48:19 49:3
141:11,25 142:4
143:4 167:16
168:22 175:18
191:4,10 194:1
195:4 201:24
310:22 359:15
438:15
**outcomes (3)**
38:15 220:19 396:9
**outrageous (1)**
411:24
**outside (2)**
32:16 325:4
**overall (24)**
53:13,22 59:1 61:24
62:11 65:3 66:21
72:6 88:7,22 98:23

137:12 158:20
218:13 219:15
220:22 255:4
256:14,25 257:17
278:23 311:20
322:2 416:5
**overlap (1)**
54:11
**overlapping (1)**
281:18
**overlaps (1)**
388:17
**oversight (1)**
19:21
**overwhelming (1)**
375:11
**oxidative (6)**
75:7,12 402:4 404:4
407:7,19

— — — — — —
**P**
**P (17)**
3:1,1 4:1,1 85:12,21
85:22,22 90:3 93:25
95:16 97:4 99:22,24
100:8 116:25
117:10
**P-value (73)**
84:7,10,24 85:4,6,11
86:2 87:2,6,17,23
87:24 88:15,19 89:1
89:10,10,17,22
90:12,21,22 91:4,13
91:16,21,22 93:9
94:6,15,22 95:12,13
95:13,20,20 98:9,20
99:2,4,5,10 100:6
100:11 101:12,21
102:5,8,18 103:1,16
103:24 104:1,2,6,11
105:4 107:17,24,25
108:16,19,21 109:1
109:2,2 110:16
111:17,22 117:10
119:13,13 249:9
**P-values (25)**
84:15 85:12,21 86:1,9
86:14,15 88:6 89:4
92:9,16,20 93:4,15
94:25 96:1 98:25
102:3 104:5,8,21
105:11 106:13
118:9,18
**p.m (38)**
178:4,5,6,8 203:15,17
203:17,19 270:21

270:22,23,25 307:1
307:2,3,5,21,22,23
307:25 326:3,4,5,7
384:22,23,24 385:1
406:24,25 407:1,3
419:17,18,19,21
437:5,6
**pack (10)**
300:7,24 302:15
365:25 366:6 367:3
374:17 377:20
378:20 381:2
**page (141)**
5:2 7:10 39:13,18,19
52:22,23 56:16,20
58:18 59:9 66:19,25
74:9 77:1,1,5 84:7
87:2 92:2,3 114:15
114:20 117:24
118:3,4 119:21,22
120:2 124:6 125:12
128:7 132:19,24,25
133:1,4 148:4,5,8
152:1,3,24 154:17
155:12,23 156:23
157:5 160:4 165:9
168:1,16,17 174:19
174:22 177:16
178:24 179:16
182:21,24 183:9
186:3,4,5,9,10
187:25 189:21
192:22 228:13,16
231:17 234:8 236:7
244:6 249:17,19
263:12,19 275:14
277:10 278:20
283:14 285:6
296:24,25 297:16
305:22 308:9 310:5
310:16 315:16
316:3,14 317:4
319:5,12 326:11
345:8,16 350:22
351:7 353:2 365:12
365:13 373:2
385:16,17,24,25
387:16,19 389:21
389:22 390:1,3
392:8 393:3 402:6
402:11,14 405:22
405:23 423:14,17
428:16 433:5
436:24 439:6,7,9,10
439:12,13,15,16,18
439:19,21,22,24

**pages (13)**
76:21,22 77:2 85:9
114:8 123:9 124:6
132:14 133:3
148:10 166:13,15
351:2
**Pahwa (2)**
276:18 283:8
**paid (2)**
17:8 138:1
**pair-wise (1)**
86:5
**pancreatic (5)**
142:13,22 143:15,18
143:19
**panel (4)**
21:17 23:8,9 24:2
**paper (66)**
97:1 153:16 154:14
154:20 158:5
223:17 224:4
225:17,19 226:6,12
227:2,3 228:2,7,23
228:24 229:2,2,7,9
229:10,23 230:13
250:10 251:15,16
263:20,23 268:2
270:3 271:3,4 274:5
274:19 275:5
290:15 298:5,23
299:2 306:20 308:5
308:6,21 359:12,18
360:25 366:23
374:4 376:14,18,21
379:17 383:14
385:20 386:12
387:2 388:2,18
389:10,11 390:2
392:7,8 414:6 415:4
**papers (9)**
54:20 55:20 56:12
147:2 216:4 359:20
371:9 414:14 415:4
**paragraph (16)**
92:6 118:1,15 152:4
188:1,2 228:14,15
390:8,24 392:12,19
393:24 394:2,17
395:1
**paragraphs (3)**
74:5 75:21 76:8
**parallel (1)**
150:5
**parameter (12)**
44:5 45:13,15,18
46:19 84:24,25

87:24 93:5 97:22
129:14,17
**parameters (13)**
44:4,24 45:4,7 46:15
46:16,24 48:9 87:25
110:14 112:25
124:25 126:5
**paraphrasing (1)**
87:12
**Parkinson's (3)**
29:22,25 32:24
**parse (1)**
332:23
**part (21)**
24:1 29:6 38:8 46:24
52:17 60:13 111:20
112:24 122:16
126:2 127:6 128:19
129:4 142:7 143:1
175:11 218:4 219:8
289:25 291:9
409:12
**participants (1)**
29:13
**particular (4)**
87:8 133:13 410:2
420:8
**particularly (2)**
30:14 298:1
**parties (1)**
438:13
**parts (5)**
47:1 72:2 129:1
208:19 433:9
**passing (1)**
409:21
**pathology (2)**
56:2,4
**pathway (2)**
143:7 145:14
**patients (3)**
12:17,18 13:5
**pattern (1)**
51:2
**patterns (1)**
309:21
**Paulo (1)**
428:16
**pay (3)**
17:10,11,12
**paying (1)**
35:4
**payment (1)**
17:16
**PC (1)**
2:11

**pediatrics (1)**
12:24
**Pedram (2)**
3:16 9:7
**peer (11)**
37:7,11,15,17,20,22
38:6,9,17 389:17
390:17
**peer-reviewed (18)**
288:7 357:22 358:23
359:20 360:25
361:25 380:21
385:19,20 387:6,10
388:1 389:12
391:12 392:25
393:17 395:10,13
**pending (1)**
201:15
**people (55)**
25:1 27:10 38:12 41:2
164:17 185:23
189:13 190:11
194:20 205:6 216:1
233:2,4 240:13
246:23 261:9
264:15,17,23,25
265:17 267:16,17
268:14 269:17
270:13 273:3,19
276:13 288:3 309:7
311:16 317:13
339:2 355:15
364:15 366:19
367:14,17,18,21,22
368:20,25 369:24
370:9,10,11 371:11
372:12,14,25
380:22 397:10
433:8
**percent (55)**
89:6,19 90:4,8,14,25
91:5 107:12,15
108:2,6,8,18 109:21
110:15,16 131:4
206:4,5,8 207:4
211:24 214:19
249:7 355:8 356:2
356:12,22 364:17
364:24 366:18
368:2,7,10,12,13,14
368:18,25 369:1,13
369:19 370:15
372:4 374:1,2,7,11
374:14 375:3,6,7,9
375:10,11
**perfect (2)**

329:3 434:2
**perfectly (2)**
360:3,6
**perform (1)**
417:19
**performed (5)**
284:4 290:22 335:24
363:3 418:5
**performing (4)**
417:8,9,23 420:21
**period (70)**
17:13,24 21:21,22
22:1,23 23:20 25:14
26:5,12 30:25
186:25 189:7,23
192:24 193:25
194:16 195:2,18
196:11,18 200:24
201:24 202:24
203:9 205:16,17
207:6,15,17,18,25
208:3,21,24 209:4
209:11 211:1,23
214:16 217:18,22
218:18,24 219:7,8
219:21 220:3,8
221:21,24 222:12
222:19 243:7
275:24 341:15
343:18 346:21
355:16 358:16
367:22 369:8,14,20
369:21 371:17
372:21 374:12
377:7,10
**periods (3)**
30:22 222:17 343:19
**person (9)**
15:13 188:20,20,22
191:23 254:2
332:12 337:4
355:18
**personal (5)**
14:14 279:7 286:3
295:8 342:20
**personally (2)**
275:16,19
**pest (1)**
149:17
**pesticide (52)**
6:22 27:24 30:18
136:8 152:14 176:2
176:5 177:2 180:23
223:25 224:16,20
231:18 239:1,5
242:12 272:2

273:17 274:12
308:7,13 325:8,10
325:14 326:19
327:7,10 328:24
331:1 333:7,19,22
334:1 335:15 355:7
357:6 358:7,7,11,14
359:15 360:7,12
362:17,18 363:7,19
368:17 375:7 377:2
379:7 430:1
**pesticides (106)**
24:18 27:18 28:10
30:15 137:4 138:2
153:14 158:11
165:25 166:18
173:24 174:4
176:10,20 177:13
179:13 180:8,10
185:16,18 206:12
227:25 230:23
236:3,14 237:20
238:23 240:2,25
241:25 245:24
247:17 248:4,22
252:18 276:12
280:19 282:7 285:1
289:21 294:21
310:21 314:3
325:11 326:16,22
327:12,15,17,22,25
328:12 329:2,13,16
330:4 331:13,14
333:14 334:16
335:1 338:2 343:1
343:10,13,14,23
357:12,13,19
358:18 361:1 363:4
364:3 365:15,19
366:1 367:1 372:19
373:11,11 374:17
375:25 376:18
377:18 378:18,21
379:5,19,23 380:1
380:14,17 381:3
388:9,13,15,18
389:1 395:16
396:22 397:16,24
398:2 400:24
424:13
**petition (1)**
80:2
**phase (25)**
22:3 26:5,17 27:7
355:6,22,25 356:8
357:7,20 358:22

362:1 364:16
369:15,16,20
370:24 371:14,16
371:16 382:15
383:11 433:7,9,10
**phases (1)**
433:5
**PhD (12)**
1:16 2:10 5:3,11,25
6:7 10:7 11:25
13:10 14:12 437:12
439:3
**Phillip (1)**
34:21
**phone (3)**
9:11,15 36:10
**phosphates (1)**
150:4
**phrase (1)**
392:24
**physician (3)**
12:9,11 34:8
**picture (2)**
98:23 99:1
**piece (3)**
110:17,19 373:22
**pieces (2)**
60:10 418:16
**place (7)**
34:6 93:12 187:3
191:21 195:2
210:12,15
**placement (1)**
119:8
**plaintiff's (8)**
20:13 55:16 81:3
408:18 410:8,8,13
413:10
**plaintiffs (15)**
3:4,11,19 4:4 5:14 9:1
9:4,6,8,10,13,23
18:22 81:21 408:21
**plausibility (9)**
73:19,25 74:20 75:6
75:18,20 76:23
401:25 417:16
**plausible (2)**
192:14 193:1
**play (3)**
170:25 211:20 249:8
**played (1)**
114:3
**playing (1)**
125:5
**please (16)**
8:23 9:18 10:4 16:17

61:6 147:15 231:4
264:4 351:3 361:16
398:8,11 423:6,15
432:8,23
**plot (8)**
152:25 153:4 160:5
160:22 161:5,16
162:6,14
**plots (1)**
160:9
**plus (9)**
54:12 56:1 179:22
181:19 219:15
340:2 356:12
373:25 395:1
**point (56)**
37:24 43:8 46:16,17
46:23 57:13 65:21
72:12 73:16 75:17
88:15 89:12 98:4
114:20 117:13
119:15,16 127:21
134:10,11 143:9
154:23 162:15,19
168:15 175:4,24
187:17,23 192:21
201:1,23 202:23
209:13 245:2 251:4
255:14 263:24,25
264:3 287:4 322:2,8
337:21 340:19
378:11 382:2,24
390:2 403:18 404:2
406:21 410:18
412:14 432:23
433:8
**pointed (2)**
391:2 431:22
**pointing (2)**
148:18 391:7
**points (6)**
116:23 144:25 324:21
340:9 402:3 409:8
**pollutants (1)**
430:24
**pollution (1)**
430:23
**pool (2)**
218:6 242:20
**Poole (16)**
5:15 86:14,24 87:6
91:25 92:15 93:8,14
94:15 96:25 97:3
98:8 103:1 104:19
105:7 110:11
**Poole's (2)**

99:23 114:18
**pooled (25)**
6:16 184:9 218:5
219:10 224:5,13,20
225:2,11 227:15,15
227:23 230:1
235:22 276:17,24
276:25 277:10
279:16 284:13
306:14 396:19
414:23 415:1,9
**pooling (4)**
183:12 184:10 220:17
397:14
**pools (2)**
222:9 401:20
**poorly (1)**
11:8
**popping (1)**
331:17
**population (20)**
31:4 90:24 143:21
144:3 171:2,5,11
175:16 176:4,11
189:8,10 192:18
197:12,13 206:23
209:3 271:7 334:17
396:2
**population-based (1)**
318:1
**populations (6)**
143:22,24 171:1
202:13 334:3 400:5
**Portier (5)**
18:22 19:4,7 35:25
402:19
**Portier's (1)**
402:17
**portion (3)**
403:3 412:5,12
**portions (1)**
410:21
**position (7)**
13:18 15:10 33:6 56:8
291:7,8 408:20
**positive (21)**
48:17 50:5,10,11 64:6
65:10 66:11 67:5
68:10 69:7 70:8,18
131:3 142:12,18
223:18 323:2,6
331:16 406:8 423:3
**possibility (10)**
29:17 138:23 144:11
168:18 176:1
193:14,23 311:6

329:14 330:19
**possible (12)**
60:19,23 62:9 98:13
150:10 152:12
192:14 198:8
208:25 210:16,21
330:16
**possibly (2)**
145:13 150:22
**posters (3)**
429:2,6,18
**potential (29)**
28:16 31:13 32:5,18
110:6 111:6 122:23
151:22 152:21
159:18 163:5,22
164:9 186:17
187:16 194:12
199:10,16 201:23
203:6 229:16 230:5
303:23 336:19
341:16 371:6
393:15 420:13
429:25
**potentially (5)**
137:13 230:24 231:12
334:17 371:1
**power (31)**
110:3 111:5 112:9
120:7 121:20 122:1
122:14,16,18
124:24,24 125:4,9
125:21 126:3 128:9
128:19 129:1,3,20
129:21 183:15
184:12 189:13
198:20,23 212:12
218:10 225:24
400:13 427:22
**powerful (20)**
120:18 121:1,3,3,9
122:7,23 123:14
124:11 125:14
126:2 171:16 174:2
181:3 182:3,5 190:7
218:13 222:20,22
**PowerPoint (7)**
5:18,22 6:17 113:8,23
423:9 428:19
**practice (2)**
12:13 81:2
**practiced (1)**
12:11
**practices (1)**
136:18
**pre-review (1)**

23:16
**preamble (2)**
18:25 19:17
**predates (1)**
193:17
**predict (7)**
364:13,22 366:18
367:11 368:17,20
372:14
**predicted (1)**
375:15
**prefer (3)**
189:21,23 192:24
**pregnancy (2)**
30:24 77:14
**pregnant (1)**
31:3
**preliminary (4)**
288:5 290:11,15
291:9
**premise (1)**
135:5
**preparation (1)**
245:22
**prepared (12)**
80:4 247:5 278:2,7
288:12 290:5
305:10,19 347:22
348:4 410:11,14
**preparing (1)**
23:20
**present (31)**
4:17 17:4 22:7 24:2
77:11,14 84:15
128:6 152:25
155:23 157:12,20
158:16 162:4 171:6
177:16 182:20
246:8 268:22 279:3
289:5,6,17 319:6
378:25 379:25
380:20 383:9 384:4
403:13 406:4
**presentation (14)**
38:25 278:21,21
288:21,24 290:7
315:25 428:19,20
428:24 429:3,7,8
432:11
**presentations (5)**
24:6,9 37:8 39:1
432:19
**presented (33)**
23:5 158:4 160:21
212:18 267:5 268:2
270:2 286:19 287:4

288:23 289:23
290:6,10 291:13,23
292:3,17,22 294:1,2
294:11 295:17
308:8 317:7 318:20
337:18 342:16
375:22,24 377:16
378:14 380:19,25
**presenting (15)**
22:14,15 53:5,7 158:2
161:16 246:7,11
266:17 290:14,23
292:25 293:5
347:20 376:15
**presents (2)**
326:14 338:6
**preserve (1)**
413:17
**president (2)**
36:12,12
**presume (5)**
167:8 176:12 194:18
224:15 418:7
**presumed (1)**
197:8
**presumes (1)**
185:13
**presuming (4)**
201:3 208:11 209:20
209:21
**pretty (11)**
37:3 51:18 94:3
119:19 173:19
355:18 361:18
409:25 427:20
428:9 436:2
**prevalence (14)**
49:5 124:8 125:3
126:7,10,12 364:2
366:16,21 367:3
373:18,21 374:9
375:2
**prevent (1)**
389:11
**previous (1)**
415:10
**previously (4)**
18:14,16 165:16
307:15
**prior (28)**
26:20 129:22 133:18
147:7 183:24 184:1
192:12 202:13
209:13 221:7 222:3
234:14 278:2
289:20 313:24

344:14 346:25
347:7 348:18,21,22
348:25 356:9 358:3
369:25 415:5,5
431:15
**probability (3)**
87:7,18 115:20
**probable (12)**
94:17 95:2 97:5,19,21
98:10 99:16 100:1,9
101:14 102:20
104:2
**probably (25)**
40:21 51:19 87:5
146:11,19 171:4
172:9,10 178:2
182:14 184:25
194:5 204:5 205:21
210:21 213:24
214:24 234:10,23
235:10 268:16
388:4 392:1 412:18
430:5
**problem (17)**
30:19,20 31:20,23
44:22 127:6 140:20
170:20,24 334:4
346:19 347:13
373:13,13 395:15
397:4 430:2
**problematic (1)**
67:19
**problems (7)**
288:6 391:3 392:4
400:15 433:2,20,20
**procedure (2)**
224:18 343:15
**procedures (1)**
26:16
**proceedings (2)**
207:1 437:2
**process (9)**
10:23 33:9 37:12 38:6
41:9 45:6 46:6
187:3 192:6
**produce (1)**
22:11
**produced (4)**
132:12 313:13 435:22
436:16
**producing (1)**
380:16
**product (8)**
52:7 300:8,23 302:13
304:23,25 420:9
426:2

**production (1)**
333:2
**Products (2)**
1:4 8:8
**professional (6)**
14:11,13 16:24 19:6
21:8 270:1
**professionals (1)**
34:5
**professor (1)**
13:15
**professors (1)**
18:9
**proffer (1)**
81:3
**proffered (1)**
79:22
**proffering (1)**
79:3
**program (1)**
15:4,7,12,21 16:7,14
16:20 17:2 55:8,24
105:9
**progress (2)**
22:7 433:4
**project (3)**
6:17 276:17 277:10
**projects (1)**
107:23
**promotion (3)**
197:21,23,24
**proper (4)**
88:14 140:7 201:22
202:23
**properly (2)**
80:8 115:21
**proprietary (1)**
412:7
**prospective (6)**
317:18 390:5 391:9
392:14 393:1 433:1
**protect (1)**
426:22
**protective (6)**
274:13 279:8 286:4
295:8 342:20
344:21
**prove (1)**
117:18
**proves (1)**
112:23
**provide (38)**
12:18 41:15 45:8
52:14 83:24 84:6
92:10,12,16,20
93:10,16 105:13

106:15 119:22
120:5 127:2 135:12
153:9 154:15 226:4
226:8 229:15,22
230:3 264:11 265:8
267:6 268:3 270:3
271:5 278:22
297:20 298:15,19
323:9 407:8 410:14
**provided (14)**
12:16 13:4 116:19
118:24 135:20,21
136:9,11 137:12,14
227:18 277:18,19
435:11
**provides (7)**
99:11 262:20,25
265:5 266:10
269:13 323:16
**providing (3)**
88:16 265:22 269:9
**province (2)**
248:17 279:5
**provocative (1)**
289:7
**proxies (11)**
135:20 136:10 137:12
139:2,7 145:14
397:5 428:1,2,4
430:10
**proxy (33)**
135:11 136:16,19
137:20,21,24 138:8
138:18,23 139:16
139:20,22 167:19
167:21 169:7,14
279:7 286:3 295:7
297:17 305:23,24
306:3 329:24 330:2
423:14,19 424:5,6
427:4,11,19 428:10
**psychiatric (1)**
12:15
**public (2)**
195:19 437:19
**publication (15)**
22:24 23:21,25 33:2
227:14 357:18
358:21 361:25
376:8 377:21
378:22 380:21
386:20 391:5 394:8
**publications (5)**
23:12 33:3 119:23
138:16 140:19
**publicly (1)**

431:14
**publish (1)**
225:18
**published (39)**
77:20 223:4,7 224:4
225:1 227:2 228:2
275:5 288:7 289:14
319:1 325:3 357:6
357:21,22 358:24
359:21 360:24,25
366:23 376:14
377:15 382:3,20
386:9 387:7,7,11
388:1 389:12
391:11,19 392:25
393:17 394:15
395:10 414:22
415:5 416:18
**publishing (2)**
146:22 394:9
**PubMed (3)**
414:8,10,12
**pull (1)**
154:25
**pulled (2)**
227:4 393:22
**pulling (1)**
159:9
**pure (1)**
52:6
**purpose (2)**
46:22 202:16
**purposes (9)**
106:8,23 202:21
210:14 263:3
287:17 309:16,17
330:6
**pursue (1)**
13:9
**put (25)**
55:15 62:7 71:5,23
93:3,11,12 110:20
110:20 114:9 116:3
116:13 125:23
183:11 239:15
282:13 288:13
331:4,6 414:8
417:13,14 418:15
418:21 430:18
**putting (11)**
18:4 113:9 127:7
168:12 235:16
276:19 290:14
313:2 365:7 418:19
430:12
**puzzle (1)**

110:20
**pyretrine (1)**
312:9

**Q**

**quality (1)**
316:23
**quantified (1)**
275:25
**quantitative (1)**
131:13
**question (159)**
11:3,8,8 16:16 24:22
25:3 28:2,8 30:10
49:18 50:16 52:11
52:12 59:4,11 61:13
62:25 63:11 65:6
66:7,23 67:1,22,24
68:3,6 71:9 76:5
77:11 80:4,25 81:12
81:15 85:17 90:11
100:24 103:23
116:9 120:23
122:20 123:6
124:12 126:19,20
127:22,23 138:12
153:23,25 154:2
157:17 163:3 168:7
168:14 172:12,22
174:17,24 175:1
184:7 200:12,19
201:15 202:2,17
204:16 214:6 217:5
217:14,15 218:16
218:17,25 220:5,24
221:10,22 223:16
224:3,23 226:16
227:11 238:12,13
238:19 239:22
241:21 242:5 243:4
249:24,25 258:3,21
258:24 259:21,22
262:22 265:3
267:24 268:20,21
269:22 270:8
272:20 274:3,25,25
283:23 291:18
296:12 310:2
322:17 323:14
327:5 329:5 330:6
333:4 334:8 339:10
339:11 341:13
347:10 351:12
361:7,8,19,21,24
362:22 366:22
369:3 373:5 374:23

376:3 377:14,24
378:2,4,9 381:8
391:1 392:22 398:7
401:11 405:13,13
406:11 409:10,12
410:23 411:14,17
411:20 413:8
414:17 427:3 430:7
434:13,24
**questioning (5)**
397:25 408:7 409:16
410:10,18
**questionnaire (10)**
26:6 245:19 246:5,21
314:15 315:10
346:25 356:9
363:21 372:5
**questionnaires (3)**
31:11 356:13,23
**questions (41)**
10:18 24:25 25:24
26:10 50:4 56:6,8
81:9 85:8 86:19
92:8 126:24 127:2,3
246:21 269:23
274:11 307:11
344:3 351:8 380:11
406:21 409:25
410:4,6,11,15 412:2
412:22 413:3,14,16
413:22 422:2
428:12 431:4,6
434:4,6,15 435:2
**quickly (2)**
87:16 96:12
**quite (9)**
28:4 58:15 70:19 71:3
71:21 80:21 150:5
323:13 412:9
**quizzes (1)**
137:2
**quote (2)**
92:1 99:24
**quotes (2)**
316:10 423:2

———————
R
**R (4)**
3:1,15 4:1 438:1
**race (1)**
152:13
**radiation (2)**
197:2,10
**radon (12)**
168:3,20 169:22
170:4,5,9,12 171:22

173:3,7 175:6
177:17
**Railroad (1)**
3:20
**raise (4)**
193:23 197:19 390:1
410:7
**raised (8)**
25:5,6 217:17 242:19
375:20 391:1 393:4
393:5
**raising (5)**
176:1 189:17 192:2
196:16 375:18
**Ramazzini (8)**
33:23 34:1,7,24 35:7
35:18,22 36:1
**random (1)**
377:4
**randomized (1)**
317:16
**randomly (1)**
364:16
**randomness (1)**
91:23
**range (3)**
210:21 211:12 212:5
**ranges (1)**
212:24
**ranging (1)**
92:9
**ranking (7)**
316:25 317:5,8,16
318:4,6,20
**rarely (1)**
104:23
**rate (9)**
27:1 43:7,13,14 44:23
153:1 175:21
176:13 354:20
**ratio (128)**
43:3,3,7,15 44:6,7,23
44:24 84:17 89:5,24
109:6,8,9,13,15,18
109:23 110:2
111:15,21 115:9
153:17 154:7,9,16
154:21 155:15,17
155:22 156:17
157:6,7,12,22 158:3
158:10 160:18
163:20 171:14
172:1 175:22
178:23 179:3,22
180:4,12,21,21,22
182:20 183:16

213:10 217:19,24
218:21 232:13,14
232:16 233:7,8,18
251:1 252:3,8 253:8
253:13 256:12
258:5,5,8 259:2,5
260:6,8,10 269:5
279:4,10,19 280:13
280:15,18,23 281:4
281:10,20 282:5,17
282:19,23 285:14
287:23 298:8
300:19 306:11
308:4,14,25 309:1,5
312:10 319:7,12,14
320:8 330:9,14
350:8 352:12 353:6
353:8 396:3,14,23
396:25 398:14,19
399:7,20 424:4,9,21
425:15,18,20,22
427:11
**ratios (61)**
43:7,8,8 118:6,7
151:20 153:1,1,10
153:10 154:3,7
158:16 160:16
163:23 183:23
213:15 233:13
234:3,21 237:19
238:21,25 239:25
241:23,23 248:20
249:2,4,6 252:22
278:22 280:2
284:24 288:11
296:6,8 308:6,12,18
308:21 309:2,10,15
309:23 310:7,9
311:4,11,13 320:10
321:17 324:6 336:1
353:25 354:7,20
396:9 397:17
400:21,23
**re-review (2)**
18:14,18
**reach (9)**
45:21 48:16 51:7 88:1
128:9 286:14
331:19 410:25
417:22
**reached (6)**
55:13 56:22 61:15
62:20 356:1 418:12
**reaching (6)**
38:6,17 49:19 60:23
70:1 407:21

**reaction (1)**
88:3
**read (32)**
52:20 55:10,20 57:3,5
57:20 59:18 73:25
80:24 87:7 146:14
188:7 230:8 278:11
278:15 290:20
313:12 349:1 351:1
394:24,25 402:17
413:1 415:8,10,13
415:14,14,17
416:13 421:2,17
**reader (3)**
152:19 159:15 162:18
**reading (10)**
69:14 101:10 166:25
223:22 247:1 258:7
380:23 421:5,22
422:13
**real (5)**
52:8,9 95:11 331:11
335:20
**realistically (2)**
105:12 106:14
**reality (2)**
208:4,9
**realize (1)**
183:22
**realized (2)**
28:7 355:20
**realizing (1)**
183:21
**really (42)**
21:17 23:15 35:19
42:14 88:2 94:5
111:12 136:3 138:7
143:17 146:7,10
149:17 168:24
171:9 189:7 193:6
194:16 197:17
198:12 199:13
209:21 220:16
221:11 240:11
267:14 270:9
301:22 302:1 303:2
306:4 316:9,20
328:9,12 349:4
362:6 371:7 426:8
426:21 427:1 430:3
**Realtime (4)**
1:24 2:15 438:5,23
**reason (30)**
21:19 34:3,18 71:22
150:20 151:25
162:16 164:19

170:8 214:24
218:19 260:19
289:17 290:17
352:9 428:2,3 439:6
439:7,9,10,12,13,15
439:16,18,19,21,22
439:24
**reasonable (16)**
64:11 65:14 66:15
67:9 68:14 69:10
70:13,23 71:14
72:12 264:18 266:7
352:5 418:1 434:8
434:17
**reasoning (2)**
89:13 93:6
**reasons (7)**
82:10 151:24 157:15
218:14 335:9
390:24 399:8
**reassessing (1)**
31:23
**reassigned (1)**
14:5
**reboot (1)**
325:24
**rebooted (1)**
325:19
**rebuttal (11)**
6:5 165:23 277:21
278:7,8 347:18
348:23 354:24
385:16 389:25
395:7
**recall (39)**
18:1 21:8 24:15 25:4
25:15 31:1,22 32:8
33:16,20 35:24
131:17,21 132:20
133:9,11,16,22
134:19 135:1,6,8,8
135:10,15 166:3
180:19 310:12,20
310:23 311:7
348:20,25 350:10
350:13 363:8 420:3
421:22 431:6
**recalling (1)**
185:23
**receive (2)**
17:12 34:24
**received (6)**
11:15,18 14:12 23:3
313:11 347:19
**recess (12)**
72:21 96:17 144:18

178:5 203:16
270:22 307:2,22
326:4 384:23
406:25 419:18
**recognize (1)**
112:4
**recommend (2)**
18:24 288:4
**recommendations (2)**
22:19 32:3
**recommended (1)**
15:14
**recontact (1)**
355:24
**record (68)**
7:9 8:24 9:15,20 15:3
59:25 72:20,24
76:21 79:17 81:10
81:11,14,17,22
96:15,20 139:21
144:17,21,23 178:4
178:8 180:3 186:20
203:15,19 207:2
214:5 240:23
243:20 248:19
249:1,21 258:21
270:21,25 307:1,5
307:19,21,25 317:3
318:18 326:7
353:20 360:23
361:15 384:22
385:1 405:8 406:22
406:24 407:3 408:6
408:10 410:24
411:2,6 412:4 413:7
419:17,21 435:17
436:22 437:5
438:10 439:4
**recorded (1)**
360:13
**records (1)**
314:17
**reduce (1)**
427:21
**reduces (2)**
345:12,19
**reducing (1)**
427:20
**reduction (1)**
280:17
**reevaluated (1)**
151:7
**refer (18)**
57:22 76:10 89:23
94:15 113:12
116:18 188:24

246:17 262:14
263:19 273:6
278:20 295:22
310:4 316:6 384:1
435:22 436:2
**reference (8)**
76:7 78:4 80:16
277:25 353:22,23
379:6 390:7
**references (1)**
415:3
**referencing (2)**
83:2 393:22
**referred (2)**
290:18 422:14
**referring (18)**
57:25 66:20 74:17,25
75:6,11 95:9 104:22
105:18 235:9
260:20 263:8,18
290:3 389:5 391:22
393:25 394:1
**refers (9)**
94:7,21 103:25
116:18 128:18
159:7 261:15 388:5
415:4
**reflect (2)**
105:12 106:14
**reflected (4)**
43:2 305:5 373:1
374:18
**reflects (2)**
111:22 257:9
**refusal (1)**
410:4
**refutes (2)**
41:16 42:18
**regard (14)**
53:18 56:24 74:13
81:5 417:17 418:12
425:9 427:25
428:23 429:2,10,15
431:10,13
**regarding (8)**
27:13,17 28:14 59:12
73:6 292:5 408:13
408:23
**registries (3)**
29:4,10,11
**regression (32)**
154:10 163:10 188:12
212:21 213:9,11
214:8,9 215:17,19
215:22 216:2,6,13
217:6,8,12 232:2,3

232:12,15,19 233:5
233:16,19,24 234:3
234:6,14 235:7
335:5,6
**regular (13)**
15:23 185:19 268:16
268:17 270:15,15
271:11,12,15
276:10,11 303:25
402:8
**regulatory (1)**
419:9
**rejected (3)**
43:21 44:16 48:4
**rejecting (2)**
99:17,17
**related (10)**
149:7 150:23 151:13
176:10 193:16
285:20 426:9 429:6
429:16 438:12
**relates (5)**
1:6 304:19,21 355:1
433:22
**relating (1)**
220:18
**relation (2)**
390:10 394:4
**relationship (7)**
14:11,13 19:7,10
24:11 77:21 121:10
**relative (26)**
31:17 44:6,23 84:17
110:15 120:6,7
128:9 135:24 171:2
171:3 172:5 279:6
352:3 354:5,12,19
365:12 366:6,13,14
366:17 377:19
378:17 381:1
390:13
**relatively (4)**
24:11 111:20 194:21
226:1
**relevant (6)**
77:11 152:18 194:15
198:4 210:3 414:16
**reliability (3)**
25:7 88:8 293:16
**reliable (13)**
135:21 136:3,10
137:14 138:6
291:25 292:4
293:10 315:18
316:4,10 377:22
426:19

**relied (2)**
294:12 295:17
**relies (1)**
135:10
**rely (9)**
84:24 117:10 119:12
150:20 175:5
398:24,25 399:9
416:10
**relying (1)**
252:4
**remaining (1)**
345:20
**remember (14)**
15:12 23:10 24:6,9
25:11 32:12 113:18
166:25 179:14
213:22 347:5
378:11 383:4 397:3
**reminder (1)**
162:17
**remove (3)**
196:3 296:1 427:25
**removed (2)**
284:15 285:25
**removing (2)**
428:9,10
**rendered (1)**
79:10
**rendering (1)**
78:9
**rent (1)**
17:11
**repair (1)**
342:19
**repeat (5)**
90:7,23 270:12 376:3
399:16
**repeating (1)**
415:12
**replace (1)**
288:6
**report (177)**
5:10 6:6 25:21 37:5
39:5,15 49:16 52:21
53:17,25 56:15
57:11,14,22 58:18
59:9 66:3,5 67:1
73:3,4,8,16 76:13
79:19 80:6,18,23,24
82:13,18,22 83:15
83:19,23 84:8,13
85:9 86:25 87:1,14
87:17 107:7 117:24
117:25 119:22
120:2 128:7 131:17

133:18 136:1,17
142:2 145:1 151:20
152:1,3,24 153:16
155:24 158:10,24
165:23 166:16
178:12 180:21
182:21 183:10
186:2,4,5,8 187:25
212:23,23 218:18
223:8,17 224:6
225:3,14,17 227:5
244:8 247:7 248:2
249:1,13,17,19
250:5,20,21 251:4,8
251:22 252:1
254:11,12 257:5
258:4 259:3 260:7,7
260:22,24 261:3
262:5,21 263:7
273:3,19 277:16,21
278:3,8,9 279:19
280:1,23 283:6,17
283:24 285:5
288:12,16 292:11
294:12 295:18
299:3 305:11,20
310:5,17 314:3
319:5,13,13,16,16
319:20 320:21
323:1 338:17
344:12 345:8
347:19,22 348:5,15
348:18,23 354:24
364:1 370:16
379:24 385:16
389:21,25 395:7
401:24 402:7
404:17 406:6 409:3
414:4,6 415:14,15
415:18,20,21
417:21 429:10,13
429:20 434:7
**reported (60)**
1:22 84:17 142:11,18
154:6 157:22
158:25 172:1
178:22 193:3
225:12 233:8
234:21 238:21
241:23 244:11
248:20 250:25
252:15,22 254:13
257:21 260:9
265:21 287:23,24
298:5 300:16
308:16,21 309:10

309:15 310:21
311:12 312:10
321:18 322:7
323:25 336:1,9
340:5,18 350:4
352:12 354:15
363:24 366:19
369:25 370:18
371:11,24 378:17
396:3,14,22 397:18
397:23 398:14
399:7 400:22
**reporter (15)**
8:20 9:14,18 10:4,25
11:5 96:10 113:20
147:24 170:2
226:15 325:18,22
328:15 438:6
**reporter's (1)**
11:1
**reporting (11)**
8:19,22 226:13 236:1
241:22 254:19
283:18 306:17
320:11 322:14
396:7
**reports (7)**
109:12 131:3,3 249:3
259:5 408:15
415:10
**represent (7)**
10:17 79:24 132:11
200:11,13 340:14
348:12
**representation (2)**
153:5 200:12
**representative (2)**
369:1 374:1
**reproduce (1)**
343:24
**reproducible (1)**
117:19
**reproductive (1)**
419:6
**requests (1)**
395:2
**required (4)**
79:21 127:9 241:3,10
**requires (2)**
130:8,17
**research (9)**
16:2 17:7 27:17 33:14
35:8 48:8 105:9
115:1 117:6
**researcher (1)**
143:20

**reserve (1)**
410:16
**reserving (1)**
408:21
**respect (59)**
30:14 32:18 45:18
55:12,13 57:14 58:5
58:21 60:3,4 61:16
62:3,21 63:14 64:3
65:8 71:10,11 79:4
79:25 82:22 84:5
101:6 111:3 125:14
130:6 136:8 141:10
141:20 143:14
149:4 154:13 159:2
163:2 183:7,15
187:24 189:18
194:10,15,16
198:17,19 206:18
210:9 215:3 221:16
228:8,18 247:7
248:1,2 286:15
293:4 294:16,25
297:21 321:12
363:3
**respond (9)**
27:10 355:10 356:8
372:13,15 409:2,9
412:24 413:12
**responded (12)**
355:9 356:13,22
364:16 367:24
369:6,16 370:1
372:5,20 374:8
409:4
**respondent (1)**
279:7
**respondents (7)**
135:11 286:3 295:7
305:23,24 383:11
428:10
**responding (2)**
136:21 428:4
**responds (2)**
372:1 394:17
**response (29)**
27:1 28:10 132:12
264:12,14 265:8,15
265:23 266:18,24
267:7,13 268:5,23
269:2,9 270:4
275:15 302:25
309:21 311:14,18
313:14 335:24
345:7,10 372:7
387:20 409:5

**responsibilities (1)**
13:17
**responsible (1)**
254:5
**responsive (1)**
413:3
**responsiveness (1)**
412:8
**rest (1)**
394:16
**restart (1)**
96:12
**restate (1)**
90:20
**restrictions (1)**
150:7
**result (13)**
50:5 87:8 89:16 90:9
91:1 103:2 139:4,5
170:13 188:13
192:6 235:2 409:16
**resulted (2)**
191:3 288:21
**resulting (3)**
77:13 177:3,7
**results (32)**
22:11,14,21 23:4
51:18 89:17 116:3,5
116:13,15 123:11
130:2 138:19 153:6
153:8 158:10 161:4
179:17 230:21
234:12 235:6 236:1
239:6 244:9,11
246:11 269:13
289:5,6 296:14
378:25 382:15
**retained (3)**
431:15 432:15 433:18
**retro (1)**
433:1
**retrospective (12)**
313:21 314:5,8,9,12
314:17,21 315:5,13
315:17 316:3,8
**return (2)**
97:2 212:17
**review (29)**
5:16 20:8 23:11,25
24:15,19 37:7,11,25
38:6,9 53:1 54:3,5,6
54:9,18,20 68:8
69:5 73:22 245:5
384:11 389:17
390:18,21 402:20
414:6 417:2

**reviewed (20)**
18:15,16 33:10 52:17
54:19 57:8 69:25
73:14 78:8 132:9
278:6 314:24 315:2
315:3 333:6 334:9
383:19 395:3
408:15 416:7
**reviewer (2)**
293:1 296:1
**reviewers (6)**
37:15,18,20,25 38:17
216:8
**reviewing (4)**
36:23 37:22 63:3
229:23
**revisions (1)**
386:21
**reword (1)**
171:20
**ridiculous (2)**
81:13 94:3
**right (84)**
17:25 19:14 33:8
40:19 42:19 45:17
63:10 76:25 81:18
81:19 85:8,14 96:3
99:15 109:25 111:2
112:3 115:24
118:20 129:16
133:2 142:23
146:19 149:16
155:1 157:23
161:13,15,25 162:9
166:25 168:12
172:21 173:5,11
175:7 181:16 184:3
186:6 187:14,23
191:24 195:7,20
201:9 205:3 206:2
213:5 214:3 231:2
233:3 234:9 249:12
251:10 306:6
308:18 314:13
315:17 316:15
318:7 319:6 333:19
337:11 338:19
340:1 345:16 347:1
360:10 364:14
368:9 369:17 372:2
374:3 384:6 386:2
387:3 406:3 408:22
410:17 411:19
412:21 422:2,7
436:20
**right-hand (3)**

114:11 179:17,20
**rigorous (1)**
47:17
**rise (1)**
196:19
**risk (73)**
6:21 32:19 33:13,18
42:1 43:3,7,11,12
44:6,6,23,25 45:1
84:17 110:15 118:7
142:22 143:4 145:3
145:9 146:3,6,8
151:5 153:10
163:22 164:11,13
164:14 171:2,3,12
171:12 173:7
175:12,14,17,19,21
254:14 271:13
285:22,24 302:17
324:5 328:1,13,20
328:22 331:3,21
332:7,8,10,19
334:18,19 335:16
336:1 350:8 352:3
352:12 353:6,8
390:13 398:14
418:24 419:8 422:3
424:14 429:24
430:9
**risks (4)**
252:16 354:6,12,20
**Ritz (49)**
1:16 2:9 5:3,11 6:6
8:7 10:7,14 11:15
39:4,13 73:2 81:4
81:22 83:23 96:23
96:25 113:17,23
132:4 144:24
178:10 203:14,21
203:23 204:4 227:2
238:11 243:20
271:2 276:16
306:25 307:7,9
308:2 312:6 313:10
326:9 385:3 407:5
408:10,22 414:2
419:17,23 435:11
437:3,12 439:3
**Ritz's (2)**
409:18 410:16
**road (2)**
201:9 202:7
**roadways (1)**
201:9
**rodent (1)**
56:7

**rodents (3)**
80:17 82:9,14
**role (7)**
15:19 16:7 21:25 23:2
36:7 383:6 385:3
**room (6)**
25:1 29:7 60:21 61:24
62:2 72:4
**Roos (80)**
6:12,20 22:24 32:25
33:5 125:14,25
126:11 153:12,16
154:4,13 181:1,3,8
181:24 182:2
184:10 203:24
205:16 212:16
213:14 214:9,18,22
215:17 217:23
218:23 219:1 220:7
220:10,15 221:3,23
222:7 224:5 225:3
226:6 227:5,18,19
227:22 228:6,16
229:21 230:12
231:16 234:9
235:24 264:23
276:25 310:7
312:24 319:2,7,11
319:21 320:3,4
321:16 322:25
323:8,15 326:10
334:24 335:12,23
336:18 339:14
341:3 342:5,5,24
345:7,23 398:13,25
400:7 401:17,20
**ROSA (1)**
4:8
**Ross (2)**
32:9,14
**roughly (4)**
204:8 205:1,16 206:4
**Roundup (12)**
1:4 8:7 68:8 70:9 78:1
78:2 129:11 152:20
159:17 210:15
434:19 439:1
**row (2)**
117:11 351:24
**RPR (4)**
1:23 2:14 438:4,22
**RR (1)**
394:7
**rubric (1)**
262:16
**ruled (9)**

64:11 65:13 66:14
67:8 68:13 69:10
70:12,22 71:14
**rules (3)**
79:21 169:14 215:4
**ruminate (1)**
133:17
**run (2)**
150:5 289:10
**runoff (1)**
77:13
**runs (1)**
202:9
**Rustler (3)**
255:23 256:7,10

—————— S ——————
**S (5)**
3:1 4:1 5:7 6:1 7:1
**sabbatical (4)**
17:14,15 19:24,25
**safely (1)**
322:1
**salt (1)**
88:20
**sample (24)**
31:2,3 49:4 120:12,14
121:17,25 122:13
122:16 123:24
124:1,19,20 128:18
128:18 176:24
218:9 364:5,24
365:7 368:1 369:1
427:20,21
**Sao (1)**
428:16
**saw (10)**
167:10 277:24 278:5
290:2 294:13
348:16,17,20,22,25
**saying (27)**
93:23 102:2 106:3,20
125:6 148:22
159:22 169:8 170:7
184:24 196:24
198:2 230:21 255:1
255:1 275:14
322:12 327:6,10
332:1,1 343:19
377:6,13 394:12,13
412:15
**says (27)**
53:3 74:16 77:9 84:9
92:19 93:13 100:6,7
105:5 106:25
120:11 133:21

180:9 183:23 190:2
190:6 193:6,7
234:17 252:12
255:20 261:13
284:8 383:20
387:12 428:15,16
**scale (9)**
160:11,14 161:8,11
161:17 162:5,6
390:10 394:4
**scenario (1)**
172:16
**Scholar (1)**
414:13
**school (1)**
12:23
**science (6)**
40:6,22 41:4 60:11
83:17 417:4
**sciences (1)**
82:17
**scientific (24)**
34:25 35:2 39:24 40:1
40:8,20 41:9 52:12
88:15 95:14,23
167:4,7 289:16
290:25 316:18,22
317:7 318:4 407:6
417:3 418:1 434:8
434:17
**scientifically (1)**
38:20
**scientist (20)**
15:8,11,18 16:8,11
17:9,18 57:2,3
58:11 60:21 63:3
68:23 71:4 72:1
78:17,18 79:9,12
82:16
**scientists (12)**
15:22 16:9 18:9 27:13
28:9,14 29:17 30:13
32:3,6 284:11 289:5
**Scott (2)**
4:18 8:18
**Screening (1)**
5:19
**search (13)**
29:8 73:23 75:2,19
76:17,19,20 77:19
78:5 83:3 414:8,9
414:11
**searched (2)**
29:5 73:20
**searching (1)**
78:20

**second (41)**
22:3 26:5,17 80:2,11
83:12 87:13 92:6
118:14 145:12
152:8 158:8 226:10
228:14,16,19 244:6
253:1 278:8 297:19
306:19 307:17
355:6,10 356:8
357:16 358:22
361:1 364:16
367:25 368:19
369:7,15,16 371:14
371:16 372:7
373:16 402:11
409:7 433:14
**seconds (1)**
434:25
**secretariat (1)**
17:24
**section (17)**
53:24 74:19 75:5
76:24 228:10,11
245:4 390:4 392:8
395:3,4 407:16
415:23,24 423:14
423:24 425:16
**see (98)**
19:20 36:16 40:10
41:10 45:14 51:11
51:14 73:4 74:4,14
76:25 77:16 90:25
97:7 104:7 108:9
111:19 117:11
132:24 133:2,8
139:14 145:5,12
148:9,14 152:6
154:19 156:5 157:2
159:24 161:22
175:21 179:18
190:14 194:24
195:22 196:1
215:25 226:9,17
229:1 231:14,20
232:23 239:17
244:8 251:21,23
254:16 255:6
259:14 264:19
266:2 268:18
270:16 271:12
277:11,22 278:14
294:7 296:20
309:20 311:11,23
324:1 336:14,23
337:25 339:11
348:2 351:10,18

352:7,22 353:3
364:6 365:20 374:9
391:3 392:9,15
406:20 408:16
423:24 424:2 425:6
425:13,17 427:3,7,8
427:9,16,17 428:15
430:25 432:10
**seed (1)**
312:8
**seeing (8)**
23:10 35:24 50:6
74:21 90:10 137:5
289:20 305:4
**seek (2)**
82:1 83:11
**seeking (1)**
40:1
**seen (16)**
17:22 91:2 138:15
202:10,16 278:1
283:7,25 288:11
305:21 347:23
348:3 428:23 429:1
429:5 430:22
**select (1)**
78:15
**selected (3)**
21:11 275:17 364:17
**selecting (1)**
268:14
**selection (18)**
28:15,16,19 29:1,2,24
30:4,8 140:1,5,10
140:12,15,20,24
141:2,4,18
**self (2)**
306:3 397:4
**self-evident (2)**
36:21,22
**self-respondent (3)**
423:15 428:5,6
**self-respondents (13)**
297:18,19 306:3,12
396:25 423:19
424:5,6 427:5,6,12
427:13,15
**senior (3)**
15:11,22 16:11
**sense (10)**
95:17 120:6 121:4
122:14 146:2
198:25 216:15
267:20 315:12
330:23
**sensitivity (12)**

49:8 50:8 138:17
139:13 211:19
292:24 293:20
294:17 305:23
306:5,7,10
**sent (1)**
315:10
**sentence (18)**
52:23 66:25 75:11
76:23 93:21 94:7,14
95:7 97:3 117:25
118:14 120:12
152:8 190:5 235:8
244:8 284:8 393:23
**separate (10)**
30:8 62:13,15,16
249:13 250:6 251:5
252:22 264:15
292:4
**separated (2)**
249:15 250:7
**separately (3)**
60:6 163:23 252:16
**September (6)**
1:18 2:5 8:1,16
438:17 439:2
**series (1)**
318:10
**serving (3)**
17:23 20:22 325:4
**session (1)**
178:2
**set (8)**
39:7 49:20 273:10
343:20 351:21
381:19 438:9,16
**sets (1)**
324:5
**setting (1)**
419:10
**settings (4)**
96:4 199:21 200:17
201:8
**seven (20)**
270:9 299:19,20,20
299:24 300:1,3,17
302:6,11,12,19
336:16 340:18,24
398:11 411:3,8
425:9,10
**seventh (2)**
240:5 241:9
**severe (1)**
30:1
**severely (1)**
399:3

**sex (4)**
152:13 179:5 180:5
279:4
**shake (2)**
197:15,17
**share (1)**
385:6
**Sheila (2)**
223:6 224:15
**Shimada (3)**
4:15 10:1,1
**SHIMADO (6)**
155:7 166:9 200:7
214:1 350:18
405:11
**short (10)**
38:5 48:25 178:1
181:8 243:8,10
264:3 326:1 343:18
343:19
**shorter (12)**
181:5 204:14,23
205:3 206:3 219:20
219:23 220:3
341:22,23 371:17
426:7
**Shorthand (1)**
438:6
**shortly (1)**
358:10
**show (25)**
51:18 56:12 120:12
121:17 129:1
147:13 153:20
161:5 175:10 183:4
223:11 263:11
285:3,19 302:24
310:21 331:8 399:1
403:2,4 405:6 423:9
427:22 429:5 433:6
**showed (2)**
380:25 404:16
**showing (7)**
304:20 329:1,8
373:20 378:19
402:22 433:3
**shown (7)**
41:11 150:17 230:16
428:14,25 434:4,15
**shows (8)**
110:11 120:11,14
122:12 123:23
428:23 429:17
431:24
**shrinkage (1)**
234:13

**sick (1)**
428:6
**sickest (3)**
397:6,11 428:9
**side (2)**
106:7 197:10
**sides (1)**
160:23
**signal (1)**
49:12
**significance (6)**
84:10 108:5 112:6
280:6 320:16
352:25
**significant (25)**
31:9 89:2 107:21
108:6 111:24
116:25 117:3
156:19 232:20
234:5,6 249:6
252:15,23 253:5,10
253:14 280:4,24
281:12 396:5
410:20 424:21
427:14,23
**significantly (4)**
336:9 338:7 339:15
342:7
**similar (10)**
105:4 107:24 108:14
108:18 232:20
298:4,9 300:7
344:18 364:3
**similarly (1)**
205:22
**simple (16)**
67:2 68:3,6 96:5
126:20 238:19
258:3 259:22 266:6
343:25 344:5,25
361:18 370:12
409:10 410:23
**simplicity (1)**
381:18
**simplified (1)**
308:17
**simplistic (1)**
133:5
**Simply (1)**
411:18
**Simultaneous (1)**
328:14
**single (12)**
31:24 190:21 193:9
224:14 308:20
312:9 337:20 358:5

358:7 359:8 379:7
381:19
**singular (3)**
109:1 415:13,13
**sink (1)**
159:24
**sit (2)**
38:25 430:7
**sits (1)**
72:4
**sitting (2)**
247:3 403:21
**situation (4)**
145:17 331:10,15
339:1
**situations (1)**
86:8
**six (9)**
68:19 124:16 186:16
194:11 222:4
236:20 237:3 238:4
268:8
**sixth (2)**
123:19 361:6
**size (28)**
31:5 41:2 49:5 88:24
88:25 89:5 97:23
115:13 120:12,15
121:17,25 122:13
122:16 123:24
124:1,19,21 125:6,8
128:18,18 131:10
170:16 176:24
218:9 427:21,21
**skip (2)**
312:21,24
**slide (42)**
113:25 114:17 131:24
132:5,19 133:8
165:6 277:19,22
278:1,14 313:10,13
313:15 315:17,25
316:3,14 405:8,17
405:21,21,23,24
423:8,9 428:23
429:5,17 431:23,24
432:11,19 433:6
435:11,13,19,21,24
436:1,13,15
**slides (7)**
113:24 114:10 167:11
288:18 289:9
405:14 432:12
**slightest (1)**
238:13
**slightly (6)**

156:18 180:14 206:5
213:12 320:7
396:10
**SLL (2)**
282:2,3
**slowly (1)**
10:25
**small (8)**
25:21 33:18 34:6
282:4 312:16
369:11 400:3,4
**smaller (4)**
114:21 172:6 173:16
409:22
**smallest (1)**
180:20
**smoke (1)**
144:5
**smokers (3)**
142:21 173:8,8
**smoking (18)**
142:21 143:15,17,23
143:25 145:24
146:1 168:2,11,12
170:4,11 172:2
173:7 175:6 177:18
179:5 180:5
**so-and-so (1)**
175:14
**society (3)**
34:11 36:4,14
**sociology (3)**
11:20,24 12:3
**solely (2)**
119:12 198:20
**solid (1)**
38:20
**solidified (1)**
429:22
**soliloquies (1)**
409:11
**solvent (1)**
33:19
**somebody (10)**
21:14 125:12 148:24
185:15,18 188:25
189:3 271:18
371:24 399:1
**somewhat (7)**
114:13 142:13 206:20
209:12 298:4 320:5
409:20
**son (1)**
136:19
**soon (2)**
194:21 198:1

**sorry (22)**
148:8 172:16 186:4
188:1 213:3 237:9
278:7 288:9 306:21
319:18 322:5
325:18 333:3
349:16 354:9
376:23 379:25
381:12 383:7
389:25 435:3
436:21
**sort (6)**
201:9 211:12 213:5
215:12 228:14
318:3
**sorts (4)**
208:15 222:17 296:19
338:21
**source (1)**
318:2
**sources (1)**
138:7
**South (1)**
4:5
**span (2)**
305:1 336:19
**spanned (1)**
374:11
**spans (1)**
369:20
**speak (1)**
10:25
**speaks (2)**
100:11 409:3
**special (2)**
18:12 363:6
**specialist (1)**
8:20
**specialty (1)**
12:1
**specific (21)**
38:13 40:15 61:14
62:19 63:11 82:24
99:23 159:3 183:24
200:23 237:1
273:22 310:25
364:3 379:18,22,24
379:25 380:1 384:8
391:18
**specifically (8)**
223:18,24 227:16
273:19 357:15
366:1 391:12 433:5
**specification (1)**
246:1
**specificity (2)**

**specified (3)**
245:7 246:12,19
**specify (3)**
40:23 245:20 246:22
**specifying (1)**
41:1
**speech (1)**
127:4
**spend (2)**
14:21 78:19
**spent (1)**
16:25
**spill (1)**
274:12
**split (4)**
72:1 238:2 331:7
430:16
**splitting (4)**
267:16 268:13 280:8
309:19
**spoken (1)**
385:5
**spraying (2)**
185:16 336:15
**spring (1)**
271:19
**squarely (1)**
436:3
**stable (2)**
116:4,14
**stand (3)**
114:24 282:3 434:11
**standard (6)**
107:9,10 139:21,23
414:6 419:10
**standardizing (3)**
105:10 106:12 164:4
**standing (1)**
407:7
**start (17)**
8:5 11:10 41:6 48:25
49:1,3 73:24 127:20
199:9 201:22
208:22 297:16
316:24 317:4
392:19 408:2,4
**started (10)**
17:2,19 149:13 150:1
208:11 209:22
337:11 338:24
358:13 383:15
**starting (9)**
41:14 201:1 202:23
203:6 207:10 244:8
309:21 355:22

**starts (8)**
77:1 118:1 152:4
199:16 390:4
392:13,24 393:23
**state (67)**
32:10 41:13,25 52:23
53:25 54:7 58:18
59:7,9 66:2,4 75:25
79:18 81:22 87:14
87:16 102:15,16
104:4 108:4 115:17
116:1,9,11 117:23
118:6 152:8,17
158:24 165:24
186:12,15 187:25
188:3 189:20,21
229:14 230:14
237:6 238:8 240:18
241:15 242:7,14
245:12 246:7
254:12 257:5 258:4
274:5,19 275:5,23
279:5 280:16
316:16 345:8
354:25 377:21
378:22 379:11
381:16 382:24
386:3 389:20
433:16 438:2
**stated (20)**
77:19 80:13 83:15
101:10 182:1
208:10 221:19
240:5 259:13
260:22 282:25
283:12 285:4
292:12 310:8,19
335:7 382:4 390:23
429:19
**statement (19)**
78:3 231:8 308:17
315:22,24 373:9
382:12 387:21,25
391:17 393:2,10,22
395:1 405:4,7 408:6
409:6 411:5
**statements (8)**
82:22 93:3 127:8
159:20 226:21
348:1 413:18 432:1
**states (15)**
1:1 6:10 8:9 29:11
92:14 94:15,19
219:12 234:10
252:7 261:23

**starts (cont.)**
365:15
386:5 394:1
**stating (11)**
98:8 103:1 159:11
166:15 196:23
244:18 252:2
254:10 374:4
379:18 422:1
**statistic (2)**
89:17 90:3
**statistical (28)**
44:2 45:14 46:24
84:10 105:8,13
106:11,15,21 108:5
112:5 122:14,15,17
124:24 125:21
128:19 129:1,3,20
129:20 218:10
225:24 280:6 282:1
320:15 427:22
430:13
**statistically (23)**
89:2 107:20 116:4,14
116:25 117:3 121:3
121:9 156:19 234:4
249:6 252:15,23
253:5,10,14 280:4
280:24 281:12
396:4 424:21
427:14,23
**statisticians (3)**
92:7 96:3 106:5
**statistics (3)**
45:3 107:1 111:23
**status (9)**
179:5 180:5 237:5
238:8 239:8 240:18
242:14 342:18,19
**stay (1)**
410:11
**stayed (2)**
370:19 389:1
**stays (1)**
282:11
**step (12)**
46:5 47:2 145:12
189:19 197:24
215:12 217:4,13
222:22 372:15,17
372:18
**stepped (1)**
21:13
**steps (2)**
48:13 100:16
**stimulate (3)**
316:11,19 318:19

**stimulated (1)**
416:3
**stipend (1)**
17:10
**Straif (10)**
13:22,24 14:5,7,11,15
15:3 20:8,12 35:17
**strata (11)**
164:3,5,10,12,13,17
164:18,22 165:15
165:18,20
**stratification (3)**
164:7 165:2 237:17
**stratified (9)**
163:14,19 165:12
236:10,12 240:9
250:11,15 306:4
**stratifying (1)**
239:8
**Street (1)**
4:12
**strength (2)**
70:2 176:19
**strengthens (1)**
72:8
**strengths (1)**
218:8
**stress (6)**
75:8,12 402:4 404:4
407:7,19
**strike (12)**
52:15 70:4 80:7 82:1
83:10 182:19,19
245:4 314:25 315:1
329:10 408:24
**strive (1)**
158:15
**strong (10)**
58:15 69:2,16 71:21
117:13 145:9 146:3
146:4,8,10
**stronger (1)**
115:19
**strongly (1)**
182:15
**structure (1)**
94:21
**student (3)**
13:21 14:1,2
**students (35)**
13:19 15:24 16:1,1,3
16:6 47:12 86:13
88:11 92:24 93:2
96:8 97:2 108:24
109:4 110:13 113:2
117:9 131:20,22

132:8 134:1,25
165:11 169:1
315:16 316:2,11,15
431:20,25 432:25
433:23 435:12,14
**studied (3)**
41:22 209:3 415:24
**studies (171)**
6:19 24:2 27:3 29:21
30:24 33:10 38:16
39:15 42:4 43:1
48:10 51:14 52:5,14
53:1 54:2,3,5,8,9,14
54:19,21,24 55:14
56:17,18 59:21 65:4
65:9 66:11 74:3,9
74:11 75:7 77:20
78:21 82:9 85:11,20
86:2 89:3 110:4
111:5 115:8 120:7
120:18 122:7
128:10 129:8,18,25
130:8,13,17,24
133:14 138:5 140:1
140:4,11,12,13
144:9,10 148:23
151:19 153:2,6,8,10
154:14 159:1,5,14
160:4 166:1,17
176:3 178:11 182:4
182:18 184:8,19
197:12 199:2
200:22 205:7 215:5
215:10 218:6,7
222:13,24,25
224:13 225:15
229:24 230:2,15
235:23 263:16
272:2 276:24
279:17 284:15
286:16,17 287:5,14
288:6 290:19
306:14 313:20
314:2,12,16,18,20
315:3 316:7,16,17
316:23 317:18
320:10 321:1,13,19
325:2 333:13
336:11 338:9
339:19,25 340:6
342:9 343:22
344:12 345:17
357:21,22 380:24
396:20 397:15
401:3 402:3,19,21
402:22 403:13

404:15 407:6,19,25
408:1 409:19,22,22
410:3 415:13,14
416:2,4 417:7,9
430:23 432:2 434:1
435:25,25
**study (403)**
6:3,4,8,12,13,14,15
6:20,24 7:3,4 20:18
22:22 23:19 24:3
27:12,13 28:17
29:19,20,21,22,25
31:8 42:11,12,20,21
44:15 45:7 46:8
48:4,14,17 49:1
50:6,13,18,24 51:13
56:7 73:13 85:6
88:23,24 90:13
99:25 102:6,6 108:9
109:12 112:9,23
115:13 116:5,15
120:13,18 121:8,20
122:1,3,4,6,21,22
122:23 123:7,8,9,9
123:13,21,24,25
124:4,11,12,18,20
125:13,14,22,25
126:1,8 129:22
131:2,5,7 135:1,10
136:4 138:19,25
140:21,24,25 141:1
141:2,4,13,17
142:10 144:7 145:2
145:25 150:18,20
151:18 154:4,15,17
155:1,16 156:1
157:7,13,22 158:9
158:12 160:15,17
160:17 171:15
178:13,13,18,22,25
180:4,20 181:19,22
182:2,3,6 183:14
184:11 186:7,10,12
189:13,18,22 190:7
191:14 192:2,23
193:21,24 194:3,5
195:5,10,11,14
196:10,11,12
198:17,24 200:23
201:19 202:25
203:24 204:7,9
205:16,18 208:5,9
210:11 211:24
212:11,12 213:16
214:10,11,16,17,18
217:16,19,24 218:5

218:20,21,23 219:1
219:14,14,16,20
220:2,7,10,16 221:3
221:4,17,20,23
222:7,8,9,21,23
223:4,8,24 224:14
224:20 225:1,13,14
226:1 227:15,19,22
230:14 234:8,22
235:14,22 236:1,8
237:16,19 240:1,8
240:24 241:22
242:7,8,22,25
243:11,13,21,22
244:1,14 245:6,8,18
245:19,23 247:16
248:21 250:11
260:9 272:9 273:10
277:1 284:14
287:21,22 298:3,17
299:15 307:10
308:3 310:4,7,10
311:4,10 312:7,25
315:19 316:23
317:8,22,23 318:1,6
318:7,8,9,12,15
319:1,4,7,21 320:3
320:4 321:3,16
322:10,25 323:9,16
323:24 325:1 332:3
332:14,21,25 333:2
333:5,11,15,17
334:10,11,13,24
335:13,18,21,21
336:18 339:14
341:2,14,20 342:5,5
343:7 345:23,25,25
346:13,20,23 347:4
347:9,14,17 350:23
351:13 353:2
355:14 357:6
358:13,24 359:1,23
360:17,24 361:3
362:4 363:1,10,12
363:12,22,24
370:24 371:9,19
375:23 376:13
381:15 382:6 383:1
385:21 386:21
387:7,9 388:12
390:5 391:9,11
392:14,25 393:11,16
393:18 395:10,13
395:19,22 396:14
398:13 399:18
400:3,3,4,5,6,6,14

401:5,5 407:15,15
408:3 409:24 410:2
428:13 429:16
431:11,14 432:3,6
432:21 433:21,24
435:15,23
**study's (1)**
91:17
**study-specific (1)**
333:12
**studying (3)**
52:10 145:4 146:17
**stuff (1)**
168:11
**sub (3)**
29:21 206:23 396:11
**subanalyses (2)**
294:16,18
**subgroup (7)**
61:15 164:1 207:19
230:23 255:5 280:7
398:3
**subgroups (1)**
312:17
**subject (1)**
187:21
**subjects (8)**
134:3,14 163:21,24
237:8 309:4 356:12
396:17
**submit (1)**
83:18
**submitted (2)**
80:6 348:15
**subpoena (1)**
313:14
**subpopulation (1)**
388:8
**Subscribed (1)**
437:15
**subsequent (5)**
69:23 184:8 284:12
284:14 386:20
**subsequently (2)**
227:4 386:9
**substance (1)**
67:24
**substances (2)**
180:9 335:11
**substantiates (1)**
88:17
**substituted (1)**
386:23
**substudies (1)**
401:23
**subsumed (1)**

262:17
**subtract (2)**
212:6 407:24
**subtype (1)**
387:17
**subtypes (5)**
150:22 278:25 279:23
312:15 387:17
**suffer (1)**
97:20
**sufficient (4)**
191:20 192:5 407:20
409:17
**sufficiently (3)**
192:3 195:3 353:16
**suggest (2)**
293:19 295:6
**suggested (5)**
229:15 230:3 284:2
408:11 418:22
**suggesting (1)**
233:3
**suggests (1)**
266:25
**Sugimoto (1)**
56:7
**Suite (1)**
2:12
**sum (2)**
386:5 387:22
**summarized (1)**
38:1
**summarizes (1)**
416:14
**summary (2)**
164:2 165:17
**summer (2)**
150:19 271:21
**Sundays (1)**
78:19
**super (3)**
235:5,11 259:12
**Support (1)**
5:12
**supports (2)**
230:15 323:10
**supposed (3)**
79:16 264:13 384:16
**supposedly (4)**
358:8 360:5,10
369:13
**sure (41)**
10:22 30:1 35:1 47:13
55:19 72:14 89:15
113:17 132:21
134:11 143:19

146:21 191:6
192:25 197:18
202:15 207:24
211:11 215:14
217:13 223:12
224:24 242:24
248:12 255:14
257:14 262:21
265:2 266:14 277:4
278:18 294:23
299:25 329:7
340:12 352:22
359:18 391:3
395:18 414:24
415:6
**surprise (1)**
239:7
**surprised (4)**
236:19 300:25 336:14
337:25
**surprising (2)**
233:22 298:2
**survey (8)**
355:10 357:16 361:2
367:25,25 369:7,7
372:7
**surveys (1)**
357:7
**survived (1)**
335:20
**susceptible (1)**
189:1
**suspect (1)**
29:3
**suspend (1)**
408:7
**suspending (1)**
410:18
**swallow (1)**
150:19
**swear (1)**
10:5
**Swedish (1)**
399:18
**switch (2)**
199:5 338:22
**sworn (3)**
10:9 437:15 438:9
**symmetric (1)**
161:21
**symmetrical (1)**
161:7
**system (2)**
37:24 189:5
**system-related (1)**
188:6

**systematic (1)**
216:2
**Systems (4)**
1:24 2:15 438:5,23

— T —

**T (5)**
5:7 6:1 7:1 438:1,1
**table (92)**
110:11 119:22 120:4
120:11,16 121:7,16
122:4,12,21 123:4
123:23,23 125:12
128:6,6,8,17 129:3
136:24,25 155:13
156:4 157:5,18
178:25 179:4
183:22 184:4,4
205:9 212:18
231:13,19 232:17
236:7 237:7,12,18
238:20,20 247:18
247:20 248:7,11
251:14,17,22 252:5
252:20,21 257:16
258:7 263:1 264:10
265:5,22 266:16
267:5 268:2,21
269:7 270:2 271:3
273:11 279:3 290:3
291:1,4 294:6 295:5
295:23 297:21
305:25 306:2 308:5
308:7 312:6,10,15
317:4 318:20
319:12 324:4
326:11,13 327:12
337:19 373:1
379:24 397:4
406:12
**tables (13)**
235:1 237:18 238:20
247:19 248:1,11,16
290:23 298:20
308:12 324:15
387:6,10
**take (37)**
19:16,25 33:9 39:18
52:13 55:3 93:2
100:15 144:13
169:10 177:20
187:3 188:10
189:19 191:12,21
197:23 203:10
223:21 234:19
248:13 251:12

264:3 270:19 278:5
313:15,21 317:6
324:5 325:25 364:7
384:12,15,18
406:18 427:19
434:24
**taken (21)**
10:19 72:21 93:22
95:5,8 96:17 112:25
144:18 178:5
203:16 208:1
270:22 307:2,22
326:4 348:14
378:24 384:23
406:25 410:22
419:18
**takes (1)**
48:23
**talk (26)**
20:5 39:4 44:13 46:25
72:10 82:23 84:4
107:6 118:22 125:9
126:8 132:20
136:23 154:12
178:13 183:11
196:9 208:20
228:22 276:16
287:19 297:18
306:20 389:21
390:7 395:20
**talked (14)**
80:17 82:8,11,12,13
82:15 140:19 212:9
293:15 338:9 371:1
385:13 395:19
417:20
**talking (56)**
26:25 28:21,22 30:5,6
38:7 44:9,10 46:22
53:16,17 54:9 56:21
56:22 59:10 65:4
93:25 98:25 121:2
125:21 131:11
141:25 143:21
144:24 148:10
155:11 158:19
168:1,5 174:13
186:9,21 197:20
204:13 207:16
212:10 248:8 271:2
283:15 294:18
308:2 310:6 320:12
322:8 333:11 351:4
363:11 366:17
370:13 372:22
385:17,18 417:11

418:8 423:25 433:1
**talks (3)**
83:3 87:1 186:23
**tape (1)**
8:5
**tapes (2)**
419:14 420:4
**Target (9)**
255:2,16,22 257:1,20
261:14,18,25 262:6
**task (2)**
23:14,14
**tasked (1)**
37:22
**taught (3)**
85:3,5 88:10
**teach (20)**
47:10,12 55:9 92:23
93:1 96:8 98:22
108:23 109:4
110:12 113:1
131:12,20 134:1,24
165:11 169:1
315:15 416:22
431:19
**teaching (14)**
26:3 55:23 86:13 87:4
88:11 97:1 134:20
313:16 431:19
432:20 433:19,22
435:12,14
**team (1)**
24:23
**tease (2)**
333:6 335:13
**technical (2)**
96:11 430:15
**techniques (1)**
163:9
**tell (20)**
44:25 56:12 91:16
111:16 112:5 119:7
120:5,16,17 121:7
121:19 126:9
184:17 247:12
253:16 278:16
296:2 349:10 380:4
393:24
**telling (1)**
285:23
**tells (6)**
108:25 111:25 136:2
199:14 370:20
426:13
**ten (39)**
48:23 72:16 170:13

171:23 177:7
186:16 188:11
189:24 190:15
192:25 194:11
196:11,18 198:9
207:7,19,22 209:11
211:2,8,25 212:5,7
217:18,23 218:19
218:24 220:8 221:4
221:21,25 327:12
340:10,10,11,13,13
340:16 411:17
**ten-year (1)**
188:4
**tendencies (1)**
310:23
**tenfold (1)**
97:19
**tenth (1)**
71:17
**term (7)**
29:20 31:17 44:2
235:4 316:8 317:21
430:16
**terminology (4)**
11:23 132:22 160:8
221:16
**terms (42)**
17:7 28:25 29:13
38:14 41:1 45:14
76:12 78:22 83:24
84:3,5,7 98:23,24
99:1 124:1,3,19,21
131:12 140:14
188:17 201:21
220:17,18 303:24
311:14 328:10
371:23 379:9
380:11 381:13
388:17 414:8,9,12
416:1 417:9 422:17
426:16 427:2 432:1
**tertiles (1)**
336:2
**test (24)**
42:4,12,22,24 43:25
44:10,11 86:4,5
89:16,17,24 90:2
102:23 103:12
105:2 108:5 282:1
363:1 376:6 377:11
406:1,5,9
**tested (1)**
374:15
**testified (6)**
10:10 211:17 274:22

350:3 402:20
429:11
**testifying (1)**
83:8
**testimony (34)**
83:11 215:16 219:3
220:12 221:8 222:4
250:13 255:15,19
273:16 291:16,22
293:14 302:22
314:19 337:17
344:14 350:12
358:3 371:4 388:22
398:23 401:2 403:2
408:23,25 412:10
421:25 422:6,11,13
422:25 436:23
438:11
**testing (10)**
40:9 42:6,15 44:3
86:8 96:2 102:24
104:25 250:17,19
**tests (2)**
86:6,7
**text (2)**
234:8,18
**Thank (7)**
10:3 13:13 113:13
144:15 180:1 277:5
313:5
**Thanks (2)**
143:12 423:20
**theirs (1)**
68:25
**thing (8)**
56:23 109:4 114:9
117:9 133:25 174:8
338:21 413:6
**things (21)**
36:15 68:2 89:14
101:6 106:5 138:14
138:21 190:25
196:9 208:15,16
224:13 250:3
296:19 301:21
310:8 311:5 316:24
386:2 393:9 413:19
**think (112)**
17:19 21:3 34:18
35:19,23 36:21 49:6
49:14 50:24 52:22
58:14 69:1 71:2,13
71:20,21 73:21
83:14 87:4,15 89:14
91:15 92:1 94:9
95:8 96:5 100:17

101:10 102:3 106:7
127:18 134:10
144:25 145:1
147:19 150:21
151:19 153:22
155:11 163:4
166:13 167:25
168:4,15,19 170:3,5
170:7 172:8,21
178:12 179:16
182:1 186:3 187:24
189:20 190:25
192:13 195:11
197:13 201:20
204:13 216:15
220:15 245:3
249:17 250:20
259:22 263:8
266:13 267:25
276:5 285:3 291:24
301:24 308:3 310:4
316:11 317:13
323:17 324:19
325:10,15 327:11
334:23 335:7 337:9
342:2 348:17
349:23 350:16
352:6 353:15 355:8
360:21 366:12
367:9 371:1 381:10
385:23 388:23
395:19,20,25
399:16 400:11
409:14 412:14
418:9 426:24 428:3
431:22
**third (2)**
121:14 359:5
**thoroughly (1)**
414:18
**thought (11)**
21:14 30:4 166:14
182:2 183:25
199:22 202:10
224:15 256:24
289:23 389:18
**thousand (2)**
177:5,8
**three (36)**
33:7 37:25 59:18 72:2
110:23 154:3
158:11 182:18
194:6 195:21,23
222:25 235:23
252:18 263:16
271:22 276:3 280:2

294:20 331:2,6,14
332:4,13 343:14
345:13 350:6
351:24 366:10
373:6 396:22
397:16,24 404:25
411:16 424:12
**threshold (14)**
44:11 93:24 94:2,10
94:24 95:25 99:6
101:21 104:1,2
108:22 109:1
111:18 119:13
**thresholds (5)**
94:8,8,12 95:9 104:20
**throw (3)**
159:23 169:10 236:21
**throwing (3)**
397:10 416:2,3
**thrown (1)**
185:17
**tie (1)**
426:12
**tighter (2)**
114:23 115:8
**time (132)**
8:16 16:4,10,23,25
21:1,16 22:1,2,8,13
22:24 24:12 25:19
25:20,21 26:4 30:21
34:10 40:22 71:18
87:4 90:8,25 92:1
96:20 103:22
104:16 121:14,24
123:19 127:3 147:7
149:13 178:2 187:1
187:1,10,14,17
188:17 189:10
191:20 192:3,5
193:8,25 195:2
198:3,9 199:4,22
203:7 204:7,9
209:13 210:1 221:9
223:21 225:9
226:16 227:10
239:21,23 240:6
241:9 245:2 248:13
260:15 267:10
270:7,11 275:24
278:2 295:13 301:8
305:10,16,19
313:23 318:10
325:3 332:12
339:24 341:14
343:18,19 346:24
347:1,21,25 348:4

348:22 349:1 351:1
355:17 357:15
359:5 360:9 361:6
362:7 364:7 369:5
369:14 371:17
374:22 375:9 377:7
395:21,25 398:8
409:16,17,24 410:5
410:10,14,19,20,21
411:3,15,21,22
412:5,15,16 413:11
433:13,15 435:2
437:6
**time-changing (1)**
187:12
**times (30)**
68:19 74:1 90:8,23
210:22 222:5 268:8
269:19 270:9
271:22 276:3
299:18 300:9,23
301:19 304:24
345:1 360:1 361:9
373:6 381:8 404:25
408:16 409:13
411:12,13,16,17
425:11 430:23
**timing (2)**
333:16 359:10
**title (2)**
18:2 84:9
**today (12)**
8:21 10:18 56:9 247:4
250:13 325:10
385:7 403:21
417:11 434:4,16
437:4
**today's (2)**
8:15 437:2
**told (7)**
10:22 68:1 79:15
210:2 275:10 276:2
295:6
**tool (3)**
164:19 196:6 433:22
**top (14)**
92:6 122:3,21 124:22
133:9 179:16,19
310:19 315:17
316:2,15 365:16
366:11 436:1
**topic (2)**
27:21 404:3
**topics (1)**
77:12
**total (9)**

299:13,17 300:14
312:8 324:20
387:13,13,22 437:3
**totality (2)**
57:8 82:17
**totally (1)**
362:21
**totals (1)**
386:6
**toxic (3)**
150:6 419:4 420:13
**toxicity (2)**
419:6,7
**toxicologist (2)**
55:20 60:25
**toxicologists (3)**
55:9,22 63:7
**toxicology (9)**
54:16,24 55:8,10,14
57:4 58:2 62:16
82:7
**track (1)**
250:2
**trained (3)**
56:2 84:21,23
**training (3)**
11:16 63:6 313:16
**traits (1)**
192:22
**transcript (6)**
5:23 147:18 409:8,13
412:1,25
**transcription (1)**
439:5
**Travers (2)**
3:23 9:22
**treasurer (1)**
36:13
**treat (1)**
330:22
**treated (1)**
167:22
**treating (1)**
379:8
**TREMBOUR (1)**
4:8
**trends (1)**
86:6
**trial (4)**
90:7 150:4 202:9,21
**trials (2)**
317:14,17
**tried (10)**
98:1 165:22 202:12
343:22 344:20,23
355:24 363:1

367:10 380:10
**trouble (2)**
26:24 344:2
**true (11)**
35:23 40:11 41:11
  87:8 143:19 167:15
  315:15 328:19
  379:21 380:5
  438:10
**truly (5)**
215:7 330:23 332:7
  406:6,7
**try (13)**
10:25 42:21 83:25
  117:9 131:12
  140:15 144:10
  151:23 185:9
  296:19 317:1 329:6
  342:24
**trying (52)**
11:22 19:14 22:5
  24:12 27:8 37:1
  38:11 41:15 44:3,22
  46:14 47:24 50:4,16
  66:3 68:3 84:16
  88:25 95:10,22 96:7
  98:18 102:3 104:19
  112:3 113:1 119:11
  138:11 161:5
  164:25 166:24
  167:1,20 168:15
  169:1 174:15
  175:10 187:9 192:9
  193:14 195:14
  201:18 217:21
  220:20 257:15
  264:15 267:23
  274:3 276:9 320:20
  371:13,21
**TSG (2)**
8:18,22
**Tuesday (3)**
191:15,18,23
**tumors (1)**
12:25
**turn (5)**
124:23 165:5 423:13
  428:11 432:7
**twice (5)**
59:15 238:15 359:4
  368:7 377:24
**two (92)**
9:14 24:25 25:23 33:7
  74:5 75:13,21 76:8
  110:23 123:11
  144:1,3 154:3

163:22 188:21
190:10,12 192:16
194:6 195:21,23
196:1 197:7 205:12
208:19 222:24
234:25 235:23
237:6,6,7 238:20
240:12 249:2 254:3
254:9 261:15 263:2
263:2,16 264:10,11
264:18,24,25 265:6
265:7 266:7,24
269:15,19 271:16
271:23 272:14,18
273:7,12 274:16
276:2 279:2 286:4
296:1 298:8 299:21
301:13,15,17,17,18
304:25 319:16
324:6 328:21 331:1
339:25 340:9
343:14 366:10
373:9 393:9 397:9
397:17 398:4
407:11,14 412:19
424:1,23 425:24
426:25 427:4,10
**two-day (2)**
26:1 273:12
**two-thirds (1)**
244:7
**two-year (2)**
193:21 197:4
**twofold (1)**
97:12
**type (17)**
38:16 40:24 50:24
  61:10 85:25 86:3
  104:22 131:16
  136:18 139:25
  141:3 185:13
  227:16 302:16
  329:23 345:19
  363:7
**types (15)**
77:15 78:21 79:14
  87:25 102:20
  107:24 110:23
  149:2 150:24 151:1
  224:16 265:17
  275:21 388:5 419:7
**typically (6)**
94:16 95:1 97:4 100:8
  101:13 188:3
**typo (1)**
134:12

## U

**U.S (7)**
149:20 230:2 279:16
  306:15 340:25
  396:20 397:15
**UCLA (16)**
13:9,15 14:4 16:2,12
  16:19,22 17:13,20
  33:1,6 47:12 55:8
  88:10 131:12
  432:20
**uh-huh (10)**
65:5 76:14 84:2 115:7
  160:12 169:23
  173:14 200:18
  244:12 392:11
**uncertainties (1)**
11:7
**underestimating (1)**
366:8
**underlying (3)**
50:15 167:4,15
**understand (86)**
11:22 15:5 16:12
  57:10 59:3 61:4,13
  62:12 63:10,16,20
  66:3 79:8 81:1
  100:15 101:9 102:3
  104:19 111:2 112:4
  124:10 132:21
  134:7 138:10
  141:12 158:23
  160:9 169:20 185:4
  190:24 191:7
  207:24 209:9 210:8
  211:10,11 215:14
  217:14,14,21
  229:20 255:14
  257:15 265:20
  266:13 274:2
  275:23 286:11
  287:17 291:7
  294:22,24 299:25
  320:20 321:11
  327:4,24 329:6,7
  331:11 334:7
  352:21,22 356:16
  358:20 359:17
  360:20,22 367:20
  369:2 372:17 376:2
  377:12 380:22
  381:11 382:18
  388:23 397:13
  398:6 399:6,8
  416:16 422:12
  428:21 435:23

436:10
**understanding (23)**
79:3 101:11 112:7
  175:25 198:18
  214:14 256:17
  262:4 266:15 293:4
  293:24 303:6
  320:21 321:14
  324:9 331:19
  339:13 356:20
  418:11 421:6,9,13
  428:18
**understands (1)**
59:25
**understood (8)**
98:7 99:21 119:9
  129:23 151:16
  198:16 290:20
  421:25
**unexposed (10)**
43:12,14 45:2 141:21
  175:15,20 264:16
  268:13 270:13
  345:12
**unfair (2)**
226:25 262:10
**unfortunate (3)**
63:22 67:15,16
**unfortunately (3)**
39:3 88:4 313:11
**uninformative (1)**
119:19
**unique (1)**
358:14
**uniquely (1)**
382:6
**United (3)**
1:1 6:9 8:9
**University (2)**
12:14,23
**unknown (1)**
145:18
**unpublished (5)**
385:19,20 390:2
  431:5,9
**unspecified (3)**
244:22,24 246:25
**update (3)**
355:19 371:21,22
**updated (5)**
132:16 362:18 372:11
  381:24 435:20
**upper (4)**
109:9 111:14 160:20
  184:5
**upshot (1)**

105:8
**urinary (1)**
24:16
**urine (2)**
31:2,3
**use (145)**
6:22 19:10 26:17
  67:22,23 83:25 85:5
  85:15,20 86:9,12
  87:22 89:13 93:4
  94:24 95:23 97:1
  99:9,23 106:24
  108:20 110:1,3,13
  110:19 113:2,25
  118:25 122:17
  130:3 138:23 139:2
  161:8,11 163:4
  164:19,25 196:7
  199:20 200:16
  201:5,11 203:8
  210:22 216:1
  231:18 263:15
  265:18,18 266:4
  267:16,17 268:16
  268:18 269:3 270:1
  270:15 271:18
  279:6,7,18,25
  280:13 281:9
  285:14,21 286:3,23
  287:22 288:4
  298:16 299:8
  304:17,18 305:24
  312:1 314:3 325:13
  325:14 326:21,22
  327:8,13,14,14,21
  327:21 328:24
  329:3,12,14 334:5
  336:20,23 338:15
  338:17,24 344:24
  353:21 354:13
  356:21 357:13,14
  358:15,24 360:8
  362:18,19 363:19
  364:3 366:19
  367:11 368:17
  369:4,10,22,25
  370:16,21 371:11
  371:25,25 372:13
  372:14,22 373:14
  374:12,14 375:2,7
  380:24 398:14
  401:13 414:6
  415:25 416:15,16
  418:2 419:9 424:10
  424:24,25 427:10
  430:1 432:19

**useful (3)**
89:9 106:8,23
**user (1)**
303:25
**users (14)**
267:18,19 268:15
270:14,14,15
271:11,12,15
272:17 276:10,11
301:16 338:2
**uses (5)**
138:3 202:19,20
208:13 343:7
**usually (12)**
50:12 97:17 98:2
104:25 135:15
140:14 160:10
225:14 273:5
284:18 309:23
414:13

**V**

**valid (9)**
117:17,18 158:18
160:2 182:14
285:18 286:17,24
359:13
**validate (1)**
343:13
**validated (3)**
342:23 343:8,16
**validation (6)**
343:15 375:22 376:6
376:10 378:15
381:14
**validity (35)**
25:7 46:18 48:10 49:2
49:4 88:8 91:17,22
115:4 117:5,21
121:4 125:22
139:19 140:6 158:4
293:17,18,25 294:5
294:10,14,15,24
295:4 296:6 316:25
317:5,9 318:5
359:11 366:24
417:15 431:23
432:1
**validly (1)**
216:15
**value (14)**
89:19 92:11,12 108:9
112:18,19,20,22
162:23,24 281:25
282:20 283:4 375:4
**values (4)**

113:4 249:9 356:6,7
**variable (6)**
167:13,16,17,18
236:22 264:21
**variables (16)**
152:12 216:14 218:11
239:11,16 240:17
242:12,13 247:23
282:13 283:2 286:5
296:1 330:22
430:16,18
**variance (1)**
331:7
**variants (2)**
430:16,17
**variety (1)**
101:5
**various (11)**
85:20 98:13 150:24
153:1 246:9 247:22
278:25 279:23
324:5 376:18
378:18
**vary (3)**
149:13 165:19 192:22
**varying (3)**
30:21 280:1 433:13
**vast (1)**
309:10
**venture (2)**
271:25 288:3
**versa (2)**
61:2 144:5
**version (2)**
290:15 349:10
**versus (12)**
106:4 121:3 139:3
233:1 264:11,17
265:6 267:18 293:7
335:14 423:14,19
**vice (2)**
61:2 144:5
**vicinity (4)**
92:16,20 93:9,15
**video (4)**
1:15 2:9 8:20 9:19
**Videographer (31)**
4:18 8:4 9:11 10:3
72:19,23 96:14,19
144:16,20 178:3,7
203:12,18 270:20
270:24 306:23
307:4,20,24 326:2,6
384:21,25 398:9
406:23 407:2 411:7
419:13,20 437:1

**videotape (8)**
96:16,21 203:13,20
306:24 307:6
419:15,22
**videotaped (2)**
8:6 10:24
**videotapes (1)**
437:4
**view (1)**
234:20
**viewpoints (2)**
417:1,14
**Virginia (1)**
3:21
**virtually (4)**
233:18 308:14,20
413:8
**visiting (7)**
14:21 15:8,17 16:7
17:9,17 18:9
**visual (9)**
153:5,7 155:23
156:16 158:9 160:3
160:14 161:12
162:2
**visualization (1)**
162:14
**visually (1)**
161:4
**Vitae (1)**
5:9
**vital (6)**
179:5 180:5 237:5
238:8 240:18
242:14
**volume (5)**
18:4,5,11,13,17
**vulnerable (1)**
140:5

**W**

**Wagstaff (2)**
3:3 9:2
**wait (5)**
11:3 16:15 28:2 30:10
47:5 59:5,5 61:5
65:6,20 76:4 100:23
100:23 119:10
126:15 132:23
151:15 161:1 165:7
201:14 204:15
231:3 237:13
249:23 258:23,23
322:17 328:16,16
337:1 346:18
361:11 370:4

394:21 401:10,10
**walk (2)**
178:10 204:4
**want (77)**
40:23 45:12 48:22
50:13 51:11 59:24
81:14 82:4,5,19,23
84:4 94:5 95:17
100:16 106:6 125:7
127:17 129:2
132:21 136:1 137:9
139:19 145:3
147:13,14,21
160:16 164:2 175:3
181:10 182:10
191:2,7 195:1,16,20
195:20,24 196:25
208:22 211:19
215:14 223:22
240:11,13 245:21
249:8,20 251:19
260:3 266:14 286:2
288:2 291:6 292:8
297:16 299:25
309:4 359:17
361:23 362:15
366:14 368:22
369:3 384:11,12
395:18 399:9 403:4
408:5 411:23
412:15 413:7,16
423:10 428:2
**wanted (2)**
23:8,15
**War (4)**
149:15,18,19 150:12
**ward (1)**
12:24
**warn (2)**
11:2 431:20
**Washington (2)**
4:5,13
**wasn't (7)**
58:11 218:16 233:3
238:11 262:15
268:20 363:8
**waste (1)**
412:10
**watering (1)**
426:4
**waves (1)**
149:25
**way (75)**
31:9,10 37:2 40:22
41:13 44:21 48:8
49:10,20 50:19,22

50:23 58:13 67:18
68:22 73:12 91:11
94:4 95:19 105:25
110:9 112:14 129:6
133:6,22 134:18
135:7 162:4,5
163:11,16 168:25
173:9 175:19
185:15 201:4,9
204:17 209:25
214:25 216:3,21
230:8 238:2,3,6
240:19 244:7
246:19,25 261:23
280:8,8 289:10
290:21 292:22
316:9 323:25 324:1
325:15 335:8 344:3
344:24 346:6
367:17 403:22
404:19 416:15
418:15 426:19,20
427:18 429:21
430:4 438:14
**ways (10)**
41:1 55:21 110:24
161:4 187:8 292:24
368:11,15 397:17
420:13
**we'll (35)**
26:25 39:6 44:9,13
46:21,25 68:5 75:18
79:18 81:24 84:4
110:1 126:24
127:21 128:3
154:11,11 155:5
156:13 158:7
178:21 181:24
183:11 184:25
203:24 226:18
238:16 241:15,16
242:15 297:18
342:2 395:25 405:7
408:24
**we're (53)**
14:19 38:11 44:3 46:1
50:6 52:10 65:3
72:19 75:5 80:10
84:13 95:22 96:14
100:19 121:2
125:20 126:16,21
127:19 129:19
143:21 148:10
158:18 159:1
164:25 167:9 168:4
178:3 200:1 203:14

TSG Reporting - Worldwide   877-702-9580

207:10,16 237:11
239:19 267:4 305:4
306:19,25 307:20
312:16 324:16
326:2 337:2 342:1
350:23 363:11
384:14,21 406:23
419:17 425:6
436:21 437:5
**we've (10)**
30:1 50:9 242:19
313:20 320:11,11
321:1 338:9 339:19
410:24
**weaknesses (1)**
218:8
**website (2)**
283:10 382:3
**Wednesday (1)**
191:17
**weeded (1)**
414:15
**week (1)**
48:24
**weeks (2)**
48:23 273:21
**weigh (3)**
115:9,18 164:3
**weighing (1)**
344:2
**weight (2)**
305:2 415:19
**weighted (3)**
311:21 324:8 415:21
**weights (1)**
164:5
**well-known (1)**
142:14
**went (14)**
24:7 33:8 59:19
204:11 281:11,16
281:22 285:6
288:24 290:16
344:1 358:12
386:12 414:3
**weren't (2)**
160:6 202:8
**West (1)**
3:5
**WHEREOF (1)**
438:16
**white (1)**
226:2
**wide (11)**
112:21 117:12,14
156:25 319:21,22

320:23 321:4,16
322:9 396:16
**widely (1)**
92:8
**widen (2)**
216:23 283:1
**widens (2)**
214:21 282:12
**wider (3)**
117:1 214:25 216:19
**width (6)**
112:1 114:22 119:3,5
280:11 320:3
**widths (2)**
112:16 162:20
**wife (3)**
136:2,22 137:1
**Williams (2)**
229:2,19
**willing (2)**
78:14 81:21
**Wilshire (3)**
2:11 3:12 8:14
**wipe (1)**
301:3
**wish (1)**
58:11
**Wisner (15)**
3:15 9:5,5 81:8,12
83:7 172:20 249:20
402:11,14 405:15
412:4,20 435:4
436:4
**withstood (1)**
390:17
**witness (445)**
5:2 6:5 10:5,8 14:18
23:24 25:10 26:9
28:3,19 31:16 32:22
35:10 38:11 40:4,14
41:24 43:5,24 44:20
45:12,24 46:14 47:8
48:7,21 49:25 51:10
53:12,21 55:6,19
56:11 57:2,19 58:8
58:25 59:17 60:9
61:7,21 62:6,23
63:20 64:23 65:19
65:22,23 66:19
67:14 68:21 69:14
70:17 71:2,20 73:10
74:8,23 75:10 78:12
79:7,24 80:3,5
83:11 84:20 85:16
85:25 87:22 89:22
90:19 91:11,21 93:1

93:21 95:5 97:16
98:17 99:14 100:6
101:20 102:14
103:9,24 104:18
105:18 106:3,20
107:15 108:12
109:18 110:8
111:11 112:14
115:3,12 116:8,17
117:8 118:12
119:11 121:1,16,25
122:12 123:3,21
124:18 125:20
126:23 127:1,12,15
128:17,25 130:11
130:22 131:9
132:17 133:21
134:18 135:14,24
136:14 137:19
139:2,18 140:9,23
141:16 142:7 143:1
145:20 146:21
147:10 149:11
151:5 153:20,24
154:19 155:20
156:25 157:15
158:2,15 159:7
161:3,19 162:13
163:16 164:16
165:9 166:5,22
168:24 170:23
172:4,19 173:2,19
174:7 175:9 176:9
176:23 177:10
178:17 179:21
180:25 181:14
182:9,24 183:20
184:16 185:12
187:7 188:16 190:1
191:6 192:9 193:5
193:20 195:9
196:22 198:22
199:13 201:3 202:4
203:4 204:19 205:5
205:20 206:8,16
207:9,22 208:8
209:19 210:20
211:6,18 212:4
215:21 218:4 219:6
219:23 220:15
221:11 222:7
223:23 224:12
225:11 227:13
229:1 230:8,20
231:6 232:8 233:11
233:22 234:25

236:5,18 237:24
239:5 240:8 241:18
242:4,24 244:3,18
245:10,17 246:17
247:12 248:7,16
250:15 253:24
254:25 255:20
256:4,22,25 257:14
258:14 259:11
260:1,17,19 261:8
261:23 262:9,12
265:14 266:2 268:9
268:12 269:1,13
270:10,12 271:9
272:13 273:2,17
274:10 275:9,13
276:5,9 277:9 281:4
281:15 282:10,23
283:12 284:18
285:17 286:22
287:13 288:2,17
289:4 290:13
291:17 292:8,21
293:15 294:5 295:4
295:22 296:12
297:11 298:7,19
300:6 301:12
302:23 303:16
304:8 305:16
308:24 309:13
311:9 312:13 314:1
314:7 315:9,21
317:12 320:14
321:3,23 322:23
323:5,24 324:15
325:7 326:25 327:6
327:17 328:8,17
329:21 330:18
331:25 333:10
334:23 336:13,22
337:2,24 339:23
340:21 341:11,18
342:11 343:4,12
344:17 346:3,19
347:3 348:7 349:4
349:17 350:13
351:4 352:15
353:13 354:5,19
355:13 356:15
357:10 358:5 359:6
360:3 361:6,13
362:6,10 363:6
364:19 365:5 366:5
367:9 368:6 370:9
371:6,20 372:11
373:8 374:21,25

376:2,10,21 378:2,3
378:6 379:4,17
380:4,9 381:7,10
382:9,18 383:4,14
383:25 384:16
385:13 387:1 388:4
389:3,15 390:20
391:17,25 392:21
393:9,21 394:20,24
395:12 396:7 397:3
398:24 399:15,23
400:10 401:4,16
402:13 403:4,9,17
404:2,12,24 405:17
405:25 407:11,24
409:9,14 410:4,22
412:2,8 413:3
420:11,20 421:17
422:12 423:1,11
425:3 436:9,18
438:8,11,16
**wives (1)**
138:6
**woman (1)**
31:3
**women (1)**
31:1
**woods (1)**
146:5
**WOOL (1)**
3:8
**word (9)**
19:10,13,14 63:23,24
67:23,23 187:7
299:24
**worded (1)**
11:8
**wording (2)**
67:15 69:1
**words (6)**
67:16 68:24 131:2
171:20 234:9
434:14
**work (27)**
15:19,20 17:8,17
19:16,21 20:12
21:20,22 38:8 50:2
52:18 54:4 105:8
109:15 136:7,17
137:23 147:1 270:1
379:12 390:11
394:5 414:12,19
418:17,17
**workday (5)**
272:4 273:6,13
274:20 275:6

**workdays (3)**
273:7 274:16 299:21
**worked (7)**
136:20 146:24 365:21
365:24 367:4
374:10 376:16
**worker (2)**
202:7 427:2
**workers (4)**
146:23 197:12 333:2
426:23
**working (11)**
18:20,23 55:22 63:6
63:12 64:23 69:24
152:5 204:17
284:23 373:24
**workplace (2)**
274:15 275:20
**works (3)**
165:5 217:12 366:2
**world (7)**
52:9,9 149:15,18,19
150:12 380:20
**worried (1)**
145:8
**worry (1)**
426:22
**worst (1)**
266:5
**worth (1)**
88:20
**wouldn't (14)**
21:20 35:2 36:2
181:14 184:16
191:18 211:14
245:10 246:3,4
278:16 280:5
286:24 343:15
**wrapped (1)**
49:7
**write (2)**
246:23 414:5
**writer (1)**
325:23
**writing (1)**
25:22
**wrong (10)**
93:12 121:25 141:12
191:1 251:14
340:15 348:13
349:24 373:9
400:10
**wrongly (1)**
185:24
**wrote (3)**
197:3 411:16 416:25

**X**
**X (4)**
5:1,7 6:1 7:1
**Xs (1)**
297:11

**Y**
**yeah (54)**
15:1 26:14,14 50:7
73:23 129:19 130:3
134:6 147:13,15,15
147:22 148:6,7
149:1 152:7 153:24
155:4 166:7 168:6
173:20 179:21,25
180:16 183:2
205:10,14 213:6
214:4 228:21,21
233:11 243:16
253:3 276:21 297:1
297:2 306:8,8 313:4
319:24 320:7
326:12 347:7
363:13 387:17
392:11 405:16,19
405:25 411:7
423:11 425:24
432:12
**year (61)**
12:22 14:22 17:1,2,21
22:6,6 31:24 34:6
36:25 37:13 132:6
138:2 188:21
192:15 194:4 196:5
197:7,7,16,18 210:4
264:18 266:8,25
269:16,19 271:16
271:22,23 272:14
273:7 275:15,19
297:22 298:8
299:21 300:9,24,24
301:6,8,13,20
302:15 303:1,18
304:25 305:5 340:2
340:13 345:2,3
364:2 398:4 424:1
424:24 425:12
426:25 427:10
435:16
**years (86)**
18:21 32:23 33:7,8
55:23 63:8 142:11
146:19 186:16
188:11,23 189:6,24
190:11,12,13,15,15
192:12,16,25 194:6

194:6,11 195:21,21
195:22,23,23,24
196:1,11,18 198:9
207:7,12,16,19,22
209:12 211:3,8,25
212:6,7 217:18,23
218:19,24 220:8
221:4,22,25 273:21
273:24 298:12
299:19,24 300:7,8
300:23 301:1,2,19
303:1,19,21 304:23
304:24 305:5,6
336:16,19 337:7,8
337:16 340:7
341:11,15 342:12
355:17 371:2
425:10,11 432:15
433:17
**yes-or-no (2)**
409:10 410:23
**yes/no (3)**
309:16 373:18,21
**yielded (1)**
78:5
**younger (1)**
368:23
**Yvonne (2)**
4:7 9:12

**Z**
**Zahm (10)**
6:13 223:5,7,16 224:6
224:25 227:5,13,17
228:2
**zero (4)**
272:18 301:15 303:17
366:7
**Zhang (3)**
16:2,22 17:6

**0**
**0.5 (1)**
160:19
**0.54 (1)**
251:2
**0.55 (1)**
157:7
**0.69 (2)**
280:15 306:16
**0.7 (4)**
179:1 180:14 319:21
320:5
**0.77 (1)**
155:18
**0.78 (1)**

299:10
**0.8 (4)**
109:14,22,23 354:13
**0.84 (1)**
279:20
**0.87 (1)**
282:20
**0.9 (8)**
213:10 350:9 352:4
352:13 353:9
354:13 398:21
399:10
**0.92 (1)**
251:1
**0.94 (1)**
299:10
**0.95 (3)**
306:15 396:25 397:18
**01 (3)**
85:12,22 92:10
**01:00 (5)**
200:15,20,25 201:5
201:10
**01:01 (5)**
201:15,20,25 202:5
202:10
**01:02 (4)**
202:15,20,25 203:5
**01:03 (2)**
203:10,15
**01:46 (2)**
203:20,25
**01:47 (2)**
204:5,10
**01:48 (7)**
204:15,20,25 205:5
205:10,15,20
**01:49 (4)**
206:5,10,15,20
**01:50 (5)**
206:25 207:5,10,15
207:20
**01:51 (5)**
207:25 208:5,10,15
208:20
**01:52 (5)**
208:25 209:5,10,15
209:20
**01:53 (6)**
209:25 210:5,10,15
210:20,25
**01:54 (6)**
211:5,10,15,20,25
212:5
**01:55 (3)**
212:10,15,20

299:10
**0.8 (4)**
**01:56 (6)**
212:25 213:5,10,15
213:20,25
**01:57 (4)**
214:5,10,15,20
**01:58 (4)**
214:25 215:5,10,15
**01:59 (5)**
215:20,25 216:5,10
216:15
**02 (1)**
117:1
**02:00 (5)**
216:20,25 217:5,10
217:15
**02:01 (4)**
217:20,25 218:5,10
**02:02 (6)**
218:15,20,25 219:5
219:10,15
**02:03 (5)**
219:20 220:5,10,15
220:20
**02:04 (5)**
221:5,10,15,20,25
**02:05 (5)**
222:5,10,15,20,25
**02:06 (3)**
223:5,10,15
**02:07 (3)**
223:20,25 224:5
**02:08 (5)**
224:10,15,20,25
225:5
**02:09 (4)**
225:10,15,20,25
**02:10 (7)**
226:5,10,15,20,25
227:5,10
**02:11 (4)**
227:15,20,25 228:5
**02:12 (3)**
228:10,15,20
**02:13 (5)**
228:25 229:5,10,15
229:20
**02:14 (5)**
229:25 230:5,10,15
230:20
**02:15 (4)**
230:25 231:5,10,15
**02:16 (4)**
231:20,25 232:5,10
**02:17 (5)**
232:15,20,25 233:5
233:10

**02:18 (4)**
233:15,20 234:5,10
**02:19 (5)**
234:15,20,25 235:5
235:10
**02:20 (3)**
235:15,20,25
**02:21 (4)**
236:5,10,15,20
**02:22 (6)**
236:25 237:5,10,15
237:20,25
**02:23 (6)**
238:5,10,15,20,25
239:5
**02:24 (6)**
239:10,15,20,25
240:5,10
**02:25 (8)**
240:15,20,25 241:5
241:10,15,20,25
**02:26 (5)**
242:5,10,15,20,25
**02:27 (4)**
243:5,10,15,20
**02:28 (5)**
243:25 244:5,10,15
244:20
**02:29 (4)**
245:5,10,15,20
**02:30 (6)**
245:25 246:5,10,15
246:20,25
**02:31 (4)**
247:5,10,15,20
**02:32 (3)**
247:25 248:5,10
**02:33 (3)**
248:15,20,25
**02:34 (3)**
249:5,10,15
**02:35 (3)**
249:20,25 250:5
**02:36 (4)**
250:10,15,20,25
**02:37 (3)**
251:5,10,15
**02:38 (3)**
251:20,25 252:5
**02:39 (6)**
252:10,15,20,25
253:5,10
**02:40 (4)**
253:15,20,25 254:5
**02:41 (5)**
254:10,15,20,25

255:5
**02:42 (6)**
255:10,15,20,25
256:5,10
**02:43 (6)**
256:15,20,25 257:5
257:10,15
**02:44 (5)**
257:20,25 258:5,10
258:15
**02:45 (6)**
258:20,25 259:5,10
259:15,20
**02:46 (7)**
259:25 260:5,10,15
260:20,25 261:5
**02:47 (7)**
261:10,15,20,25
262:5,10,15
**02:48 (3)**
262:20,25 263:5
**02:49 (4)**
263:10,15,20,25
**02:50 (4)**
264:5,10,15,20
**02:51 (7)**
264:25 265:5,10,15
265:20,25 266:5
**02:52 (5)**
266:10,15,20,25
267:5
**02:53 (7)**
267:10,15,20,25
268:5
**02:54 (5)**
268:10,15,20,25
269:5
**02:55 (6)**
269:10,15,20,25
270:5,10
**02:56 (2)**
270:15,20
**03:13 (2)**
270:25 271:5
**03:14 (5)**
271:10,15,20,25
272:5
**03:15 (6)**
272:10,15,20,25
273:5,10
**03:16 (4)**
273:15,20 274:5,10
**03:17 (6)**
274:15,20,25 275:5
275:10,15
**03:18 (6)**

275:20,25 276:5,10
276:15,20
**03:19 (4)**
276:25 277:5,10,15
**03:20 (5)**
277:20,25 278:5,10
278:15
**03:21 (3)**
278:20,25 279:5
**03:22 (4)**
279:10,15,20,25
**03:23 (4)**
280:5,10,15,20
**03:24 (6)**
280:25 281:5,10,15
281:20,25
**03:25 (4)**
282:5,10,15,20
**03:26 (4)**
282:25 283:5,10,15
**03:27 (3)**
283:20,25 284:5
**03:28 (4)**
284:10,15,20,25
**03:29 (4)**
285:5,10,15,20
**03:30 (5)**
285:25 286:5,10,15
286:20
**03:31 (5)**
287:5,10,15,20,25
**03:32 (6)**
288:5,10,15,20,25
289:5
**03:33 (5)**
289:10,15,20,25
290:5
**03:34 (4)**
290:10,15,20,25
**03:35 (6)**
291:5,10,15,20,25
292:5
**03:36 (5)**
292:10,15,20,25
293:5
**03:37 (5)**
293:10,15,20,25
294:5
**03:38 (6)**
294:10,15,20,25
295:5,10
**03:39 (7)**
295:15,20,25 296:5
296:10,15,20
**03:40 (3)**
296:25 297:5,10

**03:41 (3)**
297:15,20,25
**03:42 (6)**
298:5,10,15,20,25
299:5
**03:43 (3)**
299:10,15,20
**03:44 (5)**
299:25 300:5,10,15
300:20
**03:45 (5)**
300:25 301:5,10,15
301:20
**03:46 (4)**
301:25 302:5,10,15
**03:47 (5)**
302:20,25 303:5,10
303:15
**03:48 (5)**
303:20,25 304:5,10
304:15
**03:49 (6)**
304:20,25 305:5,10
305:15,20
**03:50 (2)**
305:25 306:5
**03:51 (2)**
306:10,15
**03:52 (2)**
306:20,25
**04 (17)**
93:25 94:16,25 95:13
97:4 98:9,20 99:24
100:8 101:12 102:5
102:19 103:1,16,25
104:21 105:4
**04:03 (1)**
307:5
**04:04 (5)**
307:10,15,20,25
308:5
**04:05 (4)**
308:10,15,20,25
**04:06 (4)**
309:5,10,15,20
**04:07 (5)**
309:25 310:5,10,15
310:20
**04:08 (4)**
310:25 311:5,10,15
**04:09 (4)**
311:20,25 312:5,10
**04:10 (4)**
312:15,20,25 313:5
**04:11 (4)**
313:10,15,20,25

**04:12 (6)**
314:5,10,15,20,25
315:5
**04:13 (5)**
315:10,15,20,25
316:5
**04:14 (4)**
316:10,15,20,25
**04:15 (5)**
317:5,10,15,20,25
**04:16 (4)**
318:5,10,15,20
**04:17 (3)**
318:25 319:5,10
**04:18 (3)**
319:15,20,25
**04:19 (6)**
320:5,10,15,20,25
321:5
**04:20 (5)**
321:10,15,20,25
322:5
**04:21 (5)**
322:10,15,20,25
323:5
**04:22 (5)**
323:10,15,20,25
324:5
**04:23 (5)**
324:10,15,20,25
325:5
**04:24 (2)**
325:10,15
**04:47 (3)**
326:5,10,15
**04:48 (5)**
326:20,25 327:5,10
327:15
**04:49 (4)**
327:20,25 328:5,10
**04:50 (5)**
328:15,20,25 329:5
329:10
**04:51 (5)**
329:15,20,25 330:5
330:10
**04:52 (5)**
330:15,20,25 331:5
331:10
**04:53 (4)**
331:15,20,25 332:5
**04:54 (6)**
332:10,15,20,25
333:5,10
**04:55 (6)**
333:15,20,25 334:5

334:10,15
**04:56 (5)**
334:20,25 335:5,10
335:15
**04:57 (3)**
335:20,25 336:5
**04:58 (5)**
336:10,15,20,25
337:5
**04:59 (5)**
337:10,15,20,25
338:5
**05 (25)**
85:11,21 89:17 90:3
90:12,22 91:4 92:10
92:16,20 93:9,16,24
94:1,3 95:10,12,16
96:2 98:20 99:10
107:17 108:1,19
117:11
**05:00 (4)**
338:10,15,20,25
**05:01 (4)**
339:5,10,15,20
**05:02 (5)**
339:25 340:5,10,15
340:20
**05:03 (5)**
340:25 341:5,10,15
341:20
**05:04 (5)**
341:25 342:5,10,15
342:20
**05:05 (5)**
342:25 343:5,10,15
343:20
**05:06 (6)**
343:25 344:5,10,15
344:20,25
**05:07 (3)**
345:5,10,15
**05:08 (4)**
345:20,25 346:5,10
**05:09 (6)**
346:15,20,25 347:5
347:10,15
**05:10 (4)**
347:20,25 348:5,10
**05:11 (4)**
348:15,20,25 349:5
**05:12 (2)**
349:20 350:5
**05:13 (3)**
350:10,15,20
**05:14 (6)**
350:25 351:5,10,15

351:20,25
**05:15 (6)**
352:5,10,15,20,25
353:5
**05:16 (6)**
353:10,15,20,25
354:5,10
**05:17 (4)**
354:15,20,25 355:5
**05:18 (4)**
355:10,15,20,25
**05:19 (6)**
356:5,10,15,20,25
357:5
**05:20 (4)**
357:10,15,20,25
**05:21 (5)**
358:5,10,15,20,25
**05:22 (6)**
359:5,10,15,20,25
360:5
**05:23 (4)**
360:10,15,20,25
**05:24 (6)**
361:5,10,15,20,25
362:5
**05:25 (6)**
362:10,15,20,25
363:5,10
**05:26 (4)**
363:15,20,25 364:5
**05:27 (6)**
364:10,15,20,25
365:5,10
**05:28 (4)**
365:15,20,25 366:5
**05:29 (6)**
366:10,15,20,25
367:5,10
**05:30 (6)**
367:15,20,25 368:5
368:10,15
**05:31 (4)**
368:20,25 369:5,10
**05:32 (6)**
369:15,20,25 370:5
370:10,15
**05:33 (6)**
370:20,25 371:5,10
371:15,20
**05:34 (5)**
371:25 372:5,10,15
372:20
**05:35 (5)**
372:25 373:5,10,15
373:20

**05:36 (5)**
373:25 374:5,10,15
374:20
**05:37 (5)**
374:25 375:5,10,15
375:20
**05:38 (5)**
375:25 376:5,10,15
376:20
**05:39 (5)**
376:25 377:5,10,15
377:20
**05:40 (5)**
377:25 378:5,10,15
378:20
**05:41 (7)**
378:25 379:5,10,15
379:20,25 380:5
**05:42 (6)**
380:10,15,20,25
381:5,10
**05:43 (4)**
381:15,20 382:5,10
**05:44 (4)**
382:15,20,25 383:5
**05:45 (5)**
383:10,15,20,25
384:5
**05:46 (3)**
384:10,15,20
**05:54 (3)**
384:25 385:5,10
**05:55 (5)**
385:15,20,25 386:5
386:10
**05:56 (4)**
386:15,20,25 387:5
**05:57 (3)**
387:10,15,20
**05:58 (5)**
387:25 388:5,10,15
388:20
**05:59 (6)**
388:25 389:5,10,15
389:20,25
**06 (2)**
95:13 98:21
**06:00 (5)**
390:5,10,15,20,25
**06:01 (5)**
391:5,10,15,20,25
**06:02 (6)**
392:5,10,15,20,25
393:5
**06:03 (5)**
393:10,15,20,25

394:5
**06:04 (7)**
394:10,15,20,25
395:5,10,15
**06:05 (5)**
395:20,25 396:5,10
396:15
**06:06 (4)**
396:20,25 397:5,10
**06:07 (6)**
397:15,20,25 398:5
398:10,15
**06:08 (5)**
398:20,25 399:5,10
399:15
**06:09 (6)**
399:20,25 400:5,10
400:15,20
**06:10 (6)**
400:25 401:5,10,15
401:20,25
**06:11 (7)**
402:5,10,15,20,25
403:5,10
**06:12 (7)**
403:15,20,25 404:5
404:10,15,20
**06:13 (5)**
404:25 405:5,10,15
405:20
**06:14 (6)**
405:25 406:5,10,15
406:20,25
**06:32 (5)**
407:5,10,15,20,25
**06:33 (5)**
408:5,10,15,20,25
**06:34 (5)**
409:5,10,15,20,25
**06:35 (6)**
410:5,10,15,20,25
411:5
**06:36 (7)**
411:10,15,20,25
412:5,10,15
**06:37 (7)**
412:20,25 413:5,10
413:15,20,25
**06:38 (4)**
414:5,10,15,20
**06:39 (5)**
414:25 415:5,10,15
415:20
**06:40 (5)**
415:25 416:5,10,15
416:20

**06:41 (4)**
416:25 417:5,10,15
**06:42 (6)**
417:20,25 418:5,10
418:15,20
**06:43 (4)**
418:25 419:5,10,15
**06:45 (1)**
419:20
**06:46 (5)**
419:25 420:5,10,15
420:20
**06:47 (7)**
420:25 421:5,10,15
421:20,25 422:5
**06:48 (5)**
422:10,15,20,25
423:5
**06:49 (5)**
423:10,15,20,25
424:5
**06:50 (5)**
424:10,15,20,25
425:5
**06:51 (5)**
425:10,15,20,25
426:5
**06:52 (5)**
426:10,15,20,25
427:5
**06:53 (5)**
427:10,15,20,25
428:5
**06:54 (6)**
428:10,15,20,25
429:5,10
**06:55 (4)**
429:15,20,25 430:5
**06:56 (5)**
430:10,15,20,25
431:5
**06:57 (5)**
431:10,15,20,25
432:5
**06:58 (4)**
432:10,15,20,25
**06:59 (5)**
433:5,10,15,20,25
**07:00 (5)**
434:5,10,15,20,25
**07:01 (7)**
435:5,10,15,20,25
436:5,10
**07:02 (4)**
436:15,20,25 437:5
**09:04 (2)**

8:5,10
**09:05 (3)**
 8:15,20,25
**09:06 (1)**
 10:5
**09:07 (5)**
 10:15,20,25 11:5,10
**09:08 (5)**
 11:15,20,25 12:5,10
**09:09 (6)**
 12:15,20,25 13:5,10
  13:15
**09:10 (5)**
 13:20,25 14:5,10,15
**09:11 (6)**
 14:20,25 15:5,10,15
  15:20
**09:12 (4)**
 15:25 16:5,10,15
**09:13 (5)**
 16:20,25 17:5,10,15
**09:14 (4)**
 17:20,25 18:5,10
**09:15 (5)**
 18:15,20,25 19:5,10
**09:16 (6)**
 19:15,20,25 20:5,10
  20:15
**09:17 (6)**
 20:20,25 21:5,10,15
  21:20
**09:18 (4)**
 21:25 22:5,10,15
**09:19 (4)**
 22:20,25 23:5,10
**09:20 (5)**
 23:15,20,25 24:5,10
**09:21 (5)**
 24:15,20,25 25:5,10
**09:22 (4)**
 25:15,20,25 26:5
**09:23 (5)**
 26:10,15,20,25 27:5
**09:24 (4)**
 27:10,15,20,25
**09:25 (5)**
 28:5,10,15,20,25
**09:26 (3)**
 29:5,10,15
**09:27 (5)**
 29:20,25 30:5,10,15
**09:28 (5)**
 30:20,25 31:5,10,15
**09:29 (4)**
 31:20 32:5,10,15
**09:30 (4)**

32:20,25 33:5,10
**09:31 (3)**
 33:15,20,25
**09:32 (5)**
 34:5,10,15,20,25
**09:33 (6)**
 35:5,10,15,20,25 36:5
**09:34 (5)**
 36:10,15,20,25 37:5
**09:35 (4)**
 37:10,15,20,25
**09:36 (5)**
 38:5,10,15,20,25
**09:37 (2)**
 39:5,10
**09:38 (4)**
 39:15,20,25 40:5
**09:39 (5)**
 40:10,15,20,25 41:5
**09:40 (4)**
 41:10,15,20,25
**09:41 (5)**
 42:5,10,15,20,25
**09:42 (4)**
 43:5,10,15,20
**09:43 (6)**
 43:25 44:5,10,15,20
  44:25
**09:44 (5)**
 45:5,10,15,20,25
**09:45 (5)**
 46:5,10,15,20,25
**09:46 (4)**
 47:5,10,15,20
**09:47 (4)**
 47:25 48:5,10,15
**09:48 (5)**
 48:20,25 49:5,10,15
**09:49 (4)**
 49:20,25 50:5,10
**09:50 (5)**
 50:15,20,25 51:5,10
**09:51 (5)**
 51:15,20,25 52:5,10
**09:52 (3)**
 52:15,20,25
**09:53 (6)**
 53:5,10,15,20,25 54:5
**09:54 (5)**
 54:10,15,20,25 55:5
**09:55 (5)**
 55:10,15,20,25 56:5
**09:56 (5)**
 56:10,15,20,25 57:5
**09:57 (6)**
 57:10,15,20,25 58:5

58:10
**09:58 (6)**
 58:15,20,25 59:5,10
  59:15
**09:59 (5)**
 59:20,25 60:5,10,15

---

**1**

**1 (47)**
 8:6 96:16 108:3
  110:11 161:20,21
  162:3,3 199:25
  231:13 264:22
  280:2,3 281:6
  308:19,25 309:1,2
  309:24,25 310:7,8
  310:11 311:12,12
  312:11,14,22,23
  317:4,4 318:20
  326:11 327:12
  336:1 341:4 353:14
  353:25,25 354:11
  354:20,22 370:24
  379:23 401:6
  425:19 439:4
**1.0 (18)**
 43:3 47:2 107:22
  131:5 160:18
  281:24 282:21
  308:16,22 309:11
  352:4 353:22
  354:13 396:4,15
  398:20 400:23
  401:8
**1.02 (1)**
 424:8
**1.03 (1)**
 89:6
**1.06 (1)**
 300:19
**1.08 (1)**
 300:19
**1.1 (11)**
 178:25 182:12 212:24
  216:18 217:19
  218:21 319:17
  321:8 323:5 398:15
  401:8
**1.10 (1)**
 399:11
**1.13 (6)**
 279:19 285:15 287:24
  396:24 397:18
  401:8
**1.17 (1)**
 299:10

**1.2 (4)**
 249:4 319:9,16 323:5
**1.20 (1)**
 249:10
**1.23 (2)**
 280:24 281:16
**1.26 (3)**
 249:4,10 253:4
**1.28 (1)**
 299:9
**1.32 (2)**
 253:4 306:16
**1.35 (1)**
 401:6
**1.4 (1)**
 354:22
**1.43 (1)**
 398:2
**1.45 (1)**
 322:3
**1.5 (4)**
 109:13 179:22 399:21
  399:23
**1.51 (4)**
 155:17 279:20 282:18
  282:24
**1.53 (1)**
 399:24
**1.55 (1)**
 251:2
**1.6 (5)**
 153:17 233:7 234:5
  281:5,16
**1.66 (2)**
 282:17,24
**1.68 (4)**
 253:13 256:12,18
  257:2
**1.73 (5)**
 298:8 424:7,20
  425:23 427:11
**1.77 (2)**
 298:9 427:12
**1.85 (1)**
 157:7
**1.88 (3)**
 256:19 257:1 281:23
**1.9 (4)**
 179:1 180:14 319:22
  320:5
**1.92 (4)**
 258:5,8 259:2 260:6
**1.03 (2)**
 203:15,17
**1.46 (2)**
 203:17,19

10 (14)
 5:4 85:13,14,22 89:2
  89:4,4,11,11 214:1
  214:1 278:20 341:1
  387:19
**10:00 (7)**
 60:20,25 61:5,10,15
  61:20,25
**10:01 (5)**
 62:5,10,15,20,25
**10:02 (6)**
 63:5,10,15,20,25 64:5
**10:03 (6)**
 64:10,15,20,25 65:5
  65:10
**10:04 (5)**
 65:15,20 66:5,10,15
  66:20
**10:05 (5)**
 66:25 67:5,10,15,20
**10:06 (5)**
 67:25 68:5,10,15,20
**10:07 (5)**
 68:25 69:5,10,15,20
**10:08 (5)**
 69:25 70:5,10,15,20
**10:09 (6)**
 70:25 71:5,10,15,20
  71:25
**10:10 (6)**
 72:5,10,15,20,20,21
**10:27 (2)**
 72:22,24
**10:29 (5)**
 73:5,10,15,20,25
**10:30 (4)**
 74:5,10,15,20
**10:31 (4)**
 74:25 75:5,10,15
**10:32 (6)**
 75:20,25 76:5,10,15
  76:20
**10:33 (5)**
 76:25 77:5,10,15,20
**10:34 (4)**
 77:25 78:5,10,15
**10:35 (5)**
 78:20 79:5,10,15,20
**10:36 (5)**
 79:25 80:5,10,15,20
**10:37 (7)**
 80:25 81:5,10,15,20
  81:25 82:5
**10:38 (7)**
 82:10,15,20,25 83:5
  83:10,15

**10:39 (4)**
83:20,25 84:5,10
**10:40 (5)**
84:15,20,25 85:5,10
**10:41 (4)**
85:15,20,25 86:5
**10:42 (3)**
86:10,15,20
**10:43 (3)**
86:25 87:5,10
**10:44 (4)**
87:15,20,25 88:5
**10:45 (3)**
88:10,15,20
**10:46 (4)**
88:25 89:5,10,15
**10:47 (4)**
89:20 90:5,10,15
**10:48 (6)**
90:20,25 91:5,10,15
91:20
**10:49 (5)**
91:25 92:5,10,15,20
**10:50 (6)**
92:25 93:5,10,15,20
93:25
**10:51 (4)**
94:5,10,15,20
**10:52 (6)**
94:25 95:5,10,15
96:15,17
**10:53 (5)**
95:20,25 96:5,10,15
**10:57 (7)**
96:18,20,20,25 97:5
97:10,15
**10:58 (5)**
97:20,25 98:5,10,15
**10:59 (4)**
98:20,25 99:5,10
**100 (3)**
4:5 18:11,15
**100,000 (3)**
170:14 171:23,24
**100s (3)**
18:4,5,17
**1047 (1)**
157:5
**108 (1)**
3:20
**10816 (3)**
1:23 2:14 438:22
**11 (8)**
5:9 7:14,18 84:7 85:9
200:7 351:12 398:9
**11:00 (6)**

99:15,20,25 100:5,10
100:15
**11:01 (4)**
100:20 101:5,10,15
**11:02 (5)**
101:20 102:5,10,15
102:20
**11:03 (6)**
102:25 103:5,10,15
103:20,25
**11:04 (4)**
104:5,10,15,20
**11:05 (6)**
104:25 105:5,10,15
105:20,25
**11:06 (6)**
106:5,10,15,20,25
107:5
**11:07 (4)**
107:10,15,20,25
**11:08 (5)**
108:5,10,15,20,25
**11:09 (6)**
109:5,10,15,20,25
110:5
**11:10 (4)**
110:10,15,20 111:5
**11:11 (5)**
111:10,15,20,25
112:5
**11:12 (5)**
112:10,15,20,25
113:5
**11:13 (5)**
113:10,15,20,25
114:5
**11:14 (5)**
114:10,15,20,25
115:5
**11:15 (6)**
115:10,15,20,25
116:5,10
**11:16 (3)**
116:15,20,25
**11:17 (4)**
117:5,10,15,20
**11:18 (5)**
117:25 118:5,10,15
118:20
**11:19 (5)**
118:25 119:5,10,15
119:20
**11:20 (5)**
119:25 120:5,10,15
120:20
**11:21 (7)**

120:25 121:5,10,15
121:20,25 122:5
**11:22 (6)**
122:10,15,20,25
123:5,10
**11:23 (5)**
123:15,20,25 124:5
124:10
**11:24 (5)**
124:15,20,25 125:5
125:10
**11:25 (5)**
125:15,20,25 126:5
126:10
**11:26 (9)**
126:15,20,25 127:5
127:10,15,20,25
128:5
**11:27 (6)**
128:10,15,20,25
129:5,10
**11:28 (5)**
129:15,20,25 130:5
130:10
**11:29 (5)**
130:15,20,25 131:5
131:10
**11:30 (3)**
131:15,20,25
**11:31 (6)**
132:5,10,15,20,25
133:5
**11:32 (5)**
133:10,15,20,25
134:5
**11:33 (5)**
134:10,15,20,25
135:5
**11:34 (5)**
135:10,15,20,25
136:5
**11:35 (5)**
136:10,15,20,25
137:5
**11:36 (6)**
137:10,15,20,25
138:5,10
**11:37 (4)**
138:15,20,25 139:5
**11:38 (4)**
139:10,15,20,25
**11:39 (5)**
140:5,10,15,20,25
**11:40 (5)**
141:5,10,15,20,25
**11:41 (7)**

142:5,10,15,20,25
143:5,10
**11:42 (5)**
143:15,20,25 144:5
144:10
**11:43 (3)**
144:15,17,18
**11:55 (4)**
144:19,20,21,25
**11:56 (5)**
145:5,10,15,20,25
**11:57 (5)**
146:5,10,15,20,25
**11:58 (4)**
147:5,10,15,20
**11:59 (4)**
148:5,10,15,20
**113 (3)**
5:16 227:24 228:1
**1157 (1)**
275:14
**1161 (1)**
244:6
**12 (7)**
7:20 85:9 117:24
118:4 207:16 237:4
238:5
**12/22/75 (1)**
6:11
**12:00 (4)**
148:25 149:5,10,15
**12:01 (5)**
149:20,25 150:5,10
150:15
**12:02 (6)**
150:20,25 151:5,10
151:15,20
**12:03 (4)**
151:25 152:5,10,15
**12:04 (4)**
152:20,25 153:5,10
**12:05 (5)**
153:15,20,25 154:5
154:10
**12:06 (4)**
154:15,20,25 155:5
**12:07 (4)**
155:10,15,20,25
**12:09 (6)**
156:5,10,15,20,25
157:5
**12:10 (5)**
157:10,15,20,25
158:5
**12:11 (4)**
158:10,15,20,25

**12:12 (5)**
159:5,10,15,20,25
**12:13 (4)**
160:5,10,15,20
**12:14 (6)**
160:25 161:5,10,15
161:20,25
**12:15 (5)**
162:5,10,15,20
**12:16 (5)**
163:5,10,15,20,25
**12:17 (5)**
164:5,10,15,20,25
**12:18 (2)**
165:5,10
**12:19 (4)**
165:15,20,25 166:5
**12:20 (4)**
166:10,15,20,25
**12:21 (4)**
167:5,10,15,20
**12:22 (6)**
167:25 168:5,10,15
168:20,25
**12:23 (5)**
169:5,10,15,20,25
**12:24 (3)**
170:5,10,15
**12:25 (4)**
170:20,25 171:5,10
**12:26 (5)**
171:15,20,25 172:5
172:10
**12:27 (4)**
172:15,20,25 173:5
**12:28 (5)**
173:10,15,20,25
174:5
**12:29 (7)**
174:10,15,20,25
175:5,10,15
**12:30 (5)**
175:20,25 176:5,10
176:15
**12:31 (4)**
176:20,25 177:5,10
177:15
**12:32 (5)**
177:20,25 178:4,5,5
**12:33 (4)**
178:6,8,10,15
**12:34 (3)**
178:20,25 179:5
**12:35 (4)**
179:10,15,20,25
**12:36 (4)**

180:5,10,15,20
**12:37** (4)
180:25 181:5,10,15
**12:38** (4)
181:20,25 182:5,10
**12:39** (5)
182:15,20,25 183:5
183:10
**12:40** (4)
183:15,20,25 184:5
**12:41** (5)
184:10,15,20,25
185:5
**12:42** (3)
185:10,15,20
**12:43** (3)
186:5,10,15
**12:44** (4)
186:20,25 187:5,10
**12:45** (4)
187:15,20,25 188:5
**12:46** (4)
188:10,15,20,25
**12:47** (4)
189:5,10,15,20
**12:48** (3)
189:25 190:5,10
**12:49** (5)
190:15,20,25 191:5
191:10
**12:50** (5)
191:15,20,25 192:5
192:10
**12:51** (4)
192:15,20,25 193:5
**12:52** (4)
193:10,15,20,25
**12:53** (4)
194:5,10,15,20
**12:54** (5)
194:25 195:5,10,15
195:20
**12:55** (6)
195:25 196:5,10,15
196:20,25
**12:56** (4)
197:5,10,15,20
**12:57** (5)
197:25 198:5,10,15
198:20
**12:58** (4)
198:25 199:5,10,15
**12:59** (4)
199:20,25 200:5,10
**12100** (3)
2:11 3:12 8:13

**123** (1)
114:8
**124** (2)
114:8,16
**125** (4)
7:11 114:9,16,20
**128477** (1)
1:25
**13** (1)
7:19
**131** (1)
258:1
**132** (1)
5:19
**1350** (1)
4:12
**14** (9)
152:24 154:17 155:23
156:23 157:18
160:4 182:21,24
183:9
**148** (1)
5:23
**15** (13)
7:12,21 76:22 119:22
120:2 125:12 128:6
128:7 206:4 283:14
389:22 391:7 392:8
**155** (1)
6:3
**156** (1)
6:4
**16** (23)
52:22,23 56:16,20
58:18 59:9 66:19,25
76:22,22 152:1,3
206:4 283:14,14
285:6 405:21,22,23
405:23,24 423:6
428:14
**16-md-02741-VC** (2)
1:7 8:12
**166** (1)
6:5
**1661** (2)
155:12 308:9
**17** (7)
186:3 187:25 207:4
211:24 366:12
432:8,18
**17.4** (2)
206:5,16
**1700's** (1)
34:7
**172** (2)
350:22 351:7

**178** (1)
6:8
**18** (11)
1:18 2:5 8:1,16 124:6
186:4,5,9 249:17,19
439:2
**187** (1)
227:23
**189** (1)
34:18
**19** (6)
186:10 189:21 192:22
389:22 390:3 393:3
**19-1** (3)
5:9 11:11,12
**19-10** (3)
6:8 178:15,22
**19-11** (2)
6:9 200:4
**19-12** (2)
6:12 204:1
**19-13** (2)
6:13 223:13
**19-14** (2)
6:14 235:19
**19-15** (2)
6:15 243:17
**19-16** (4)
6:16 277:6,7 288:24
**19-17** (3)
6:18 313:6,7
**19-18** (4)
6:20 318:21,22,25
**19-19** (2)
6:21 349:8
**19-2** (3)
5:10 39:9,12
**19-20** (4)
7:3 363:14,17,18
**19-21** (5)
7:4 386:15,16,19,19
**19-3** (4)
5:15 86:20,21 113:9
**19-4** (2)
5:16 113:14,21 165:5
**19-5** (4)
5:19 132:1,5 405:16
**19-6** (2)
5:23 148:1
**19-7** (3)
6:3 155:8 307:10
**19-8** (3)
6:4 156:9 157:4
**19-9** (2)
6:5 166:10
**1950s** (2)

149:20,22
**1960s** (2)
148:13 416:25
**1965** (2)
183:25 184:1
**1972** (1)
360:6
**1974** (2)
199:10 208:23
**1975** (13)
200:14,25 201:12,22
202:17,22 207:11
208:23 209:22
211:8,15 212:6
337:14
**1980** (1)
186:15
**1982** (1)
13:1
**1983** (2)
186:15 206:21
**1985** (2)
211:8 212:6
**1986** (1)
206:21
**1989** (2)
13:12,13
**1990** (1)
227:14
**1990s** (2)
346:11 369:21
**1991** (2)
10:21 13:9
**1992** (3)
178:14 213:16 217:16
**1993** (11)
22:9 338:13,17 339:3
339:5 341:22
358:12 360:8,9
369:12 371:24
**1995** (7)
13:14 338:14,22
339:3 370:1,2
371:25
**1997** (9)
13:25 17:3 22:10
337:16 338:14
346:12,14 347:10
369:13
**1999** (2)
156:2 355:23
**19th** (1)
438:17

_____
**2**
_____
**2** (38)

10:21 27:7 96:22
171:2 203:13 205:9
237:18 238:20
248:11,14 251:14
251:17,22 252:5,21
298:9 315:16 316:3
319:12 357:7,20
362:1 365:11 373:1
374:18 375:7
377:17 379:22
382:15 383:11
387:16,21 401:9
425:22 433:7,9,10
439:4
**2,4-D** (36)
150:8,9 223:24
252:10,18,22
253:18 254:21
255:24 256:11
257:9 258:10,18
259:6 260:11 261:3
279:12,18,25
280:14,22 281:9,21
282:18 283:19
284:1 285:19 293:6
293:8,11 294:3
295:1 296:7 338:20
424:10,16
**2,678** (2)
337:20 341:7
**2.0** (1)
160:20
**2.1** (5)
216:17 232:13,16,19
234:3
**2.12** (1)
269:5
**2.23** (1)
253:8
**2.33** (1)
253:8
**2.6** (1)
282:20
**2.7** (1)
213:19
**2.8** (1)
213:10
**2.94** (2)
155:18 424:8
**2:56** (2)
270:21,22
**20** (10)
7:11 172:14 173:2
189:6 190:15 341:4
364:17,24 366:13
368:2

Page  50

**20-plus (1)**
371:2
**200 (4)**
6:9 119:18 132:7
228:3
**20005 (1)**
4:13
**2001 (3)**
21:21 107:3 369:18
**2002 (3)**
156:8 216:5 376:15
**2003 (30)**
26:13 153:12,16
154:4,13 156:2
181:8 184:10
205:16 213:15
214:9,18 215:18
217:23 218:23
219:1 220:7,10
221:3 224:5 225:3
227:5 228:7 235:24
276:25 310:7
334:24 335:12
355:23 401:17
**2003-case (1)**
203:24
**2004 (2)**
26:13 235:15
**2005 (19)**
6:20 20:18 21:11,21
22:24 25:14,15
312:24 319:1,7
321:16 322:25
323:9,16 326:10
335:23 341:3 345:6
398:13
**2005AHS (1)**
338:5
**2006 (3)**
17:20 21:4 25:16
**2007 (3)**
17:21 25:16 33:24
**2008 (2)**
161:23 341:20
**2009 (1)**
36:3
**201 (3)**
224:17 226:2 228:5
**2010 (3)**
113:8 114:1 165:6
**2012 (4)**
376:21 383:14 432:13
435:12
**2013 (35)**
122:4 347:20 349:6
349:12 350:3,9,23

351:8,13 353:2
355:1 357:24
358:25 359:23
361:3 362:3 383:1
383:19 385:22
386:4,9,21 387:9
388:2,15 389:10,22
390:2,7,16 391:7
392:18 393:16
395:7 398:18
**2013AH (1)**
347:23
**2013AHS (1)**
352:11
**2014 (10)**
386:11,12,20 387:8
387:11 388:1 392:6
393:18 394:16
395:10
**2015 (5)**
38:23 69:18 276:18
277:15 416:18
**2017 (9)**
1:18 2:5 8:1,16
131:24 405:8
437:16 438:17
439:2
**204 (1)**
6:12
**21 (6)**
172:20,24 173:12,13
319:5 341:5
**21.5 (1)**
206:8
**22 (3)**
337:16 341:11 342:12
**220 (2)**
7:12,13
**223 (1)**
6:13
**225 (1)**
7:14
**22960 (1)**
3:21
**23 (5)**
7:13 263:12,19 345:8
345:16
**235 (1)**
6:14
**237 (1)**
7:15
**239 (1)**
7:16
**24 (2)**
7:15 402:14
**242 (1)**

7:17
**243 (1)**
6:15
**2448 (2)**
179:16,19
**2450 (1)**
178:24
**25 (4)**
55:23 63:8 74:9
370:15
**259 (1)**
7:18
**26 (5)**
257:24 297:16 423:14
423:14,17
**269 (1)**
7:19
**27 (1)**
336:19
**270 (1)**
7:20
**2741 (2)**
1:5 8:11
**277 (1)**
6:16
**293 (2)**
87:2 92:3
**2A (7)**
62:9 64:24 65:3 71:7
422:8,17 424:18
**2B (2)**
150:9 424:16

_____

**3**

**3 (19)**
13:2 89:6 156:18
157:1 181:12
203:20 212:18
213:12 231:15
232:17 236:7
237:12,18 238:20
306:24 320:6 324:4
379:24 439:5
**3.0 (1)**
180:15
**3.2 (3)**
109:14,22,23
**3.6 (1)**
213:4
**3:13 (2)**
270:23,25
**3:51 (2)**
307:1,2
**30 (1)**
63:8
**30-some (1)**

368:12
**300 (1)**
236:7
**31 (4)**
172:15,19,24 232:25
**313 (1)**
6:18
**318 (1)**
6:20
**34 (1)**
353:2
**349 (1)**
6:21
**35 (2)**
25:1 188:23
**36 (2)**
233:1 355:8
**361 (1)**
7:21
**363 (1)**
7:3
**38 (4)**
368:13,18 369:1
374:2
**386 (1)**
7:4
**39 (1)**
5:10

_____

**4**

**4 (12)**
7:17 109:16,23
113:19,20 166:6
172:24 173:2
216:18 307:6 375:9
419:16
**4.0 (1)**
212:25
**4.25 (2)**
173:15,19
**4:02 (2)**
307:3,5
**4:03 (4)**
307:21,22,23,25
**4:23 (2)**
326:3,4
**4:47 (2)**
326:5,7
**40 (3)**
337:7 365:13,14
**40-some (1)**
335:1
**40-some-odd (1)**
146:19
**414 (4)**
5:5 365:12,13 373:2

**43 (1)**
153:13
**435 (1)**
5:4
**45 (1)**
337:7

_____

**5**

**5 (17)**
7:16 89:19 119:18
171:3 172:15,15,25
173:12,13,16,20
231:19 277:10
312:6 316:14
405:15 419:22
**5.05 (1)**
172:11
**5:46 (2)**
384:22,23
**5:54 (2)**
384:24 385:1
**50 (3)**
25:1 326:11 337:8
**50s (1)**
257:24
**51 (3)**
229:4,5 319:12
**550 (5)**
77:5 78:6 80:14 82:14
83:1
**55401 (1)**
4:6
**56 (1)**
341:5
**57 (1)**
341:6

_____

**6**

**6 (14)**
39:18 147:24 166:13
166:15 178:25
231:17 234:8
247:20,22 338:14
350:18,21 387:16
433:5
**6.2 (1)**
157:8
**6:14 (2)**
406:24,25
**6:32 (2)**
407:1,3
**6:43 (2)**
419:17,18
**6:45 (2)**
419:19,21
**60 (6)**

132:25 133:5
188:25 232:25
356:12,21
**600 (1)**
77:6
**61 (5)**
132:19,24 133:1,5
233:1
**62 (12)**
356:2 368:7,10,14,25
369:13,19 372:4
374:1,7,11,14

_____ **7** _____
**7 (26)**
21:4 39:19 85:13,23
89:3 128:15 155:7
155:13 157:5
166:13,15 168:1,16
168:17 177:16
228:13,16 232:16
247:20,22 296:24
296:25 308:7
385:16,17,24
**7:02 (2)**
437:5,6
**7171 (1)**
3:5
**72 (1)**
358:9
**73 (1)**
257:25
**74 (2)**
199:16 207:14
**75 (4)**
207:14 366:18 375:3
375:11

_____ **8** _____
**8 (23)**
76:21 77:1,1,2 229:6
229:8 248:11,15
263:1 264:10 265:5
266:16 267:5 268:2
268:21 269:7 270:2
271:3 310:5,16
385:25 389:21
390:1
**80 (1)**
148:4
**80226 (1)**
3:6
**80s (1)**
146:23
**81 (1)**
281:23

**83 (2)**
13:3 209:8
**86 (2)**
5:15 209:8

_____ **9** _____
**9 (7)**
76:21 77:2,5 166:9
228:13 231:17
321:8
**9:05 (3)**
2:6 8:2,17
**90 (2)**
148:8,10
**90025 (1)**
3:13
**90s (1)**
341:24
**94 (1)**
375:10
**95 (17)**
90:4,8,14,25 91:5
107:12,15 108:2,6,8
108:18 109:21
110:15,16 131:4
214:19 249:7
**950 (1)**
2:12
**97 (1)**
369:18
**98 (2)**
165:11 375:6