# Exhibit 14

1      UNITED STATES DISTRICT COURT

       NORTHERN DISTRICT OF CALIFORNIA

2    _____

3    IN RE: ROUNDUP PRODUCTS     MDL No. 2741

     LIABILITY LITIGATION        Case No. 16-md-02741-VC

4    _____

5    This document relates to:

6    ALL ACTIONS

     _____

7

8

9

10

11          VIDEOTAPED DEPOSITION OF CHARLES W. JAMESON

12                   Fort Myers, Florida

13                 Wednesday, May 3, 2017

14

15

16

17

18

19

20

21

22   Reported by:

23   DONALD R. DePEW, RPR, CRR, FPR

24   JOB NO. 123274

25

## Page 2

                    May 3, 2017
                    8:37 a.m.




                    Videotaped Deposition of
CHARLES W. JAMESON, held at the law offices of
Morgan & Morgan, PA, 12800 University Drive,
Fort Myers, Florida, before Donald R. DePew, a
Registered Professional Reporter, Certified
Realtime Reporter, Florida Professional Reporter,
and Notary Public of the State of Florida at
Large.

## Page 3

A P P E A R A N C E S:

ANDRUS WAGSTAFF
Attorneys for Plaintiffs
    7171 West Alaska Drive
    Lakewood, Colorado 80226
BY:  KATHRYN FORGIE, ESQ.
    DAVID WOOL, ESQ. (via phone)


HOLLINGSWORTH
Attorneys for Defendant Monsanto Company
    1350 I Street, N.W.
    Washington, DC 20005
BY:  ERIC LASKER, ESQ.

    JOHN KALAS, ESQ.


LAW OFFICE OF SHARON M. HANLON
Attorneys for the Witness
    Edgemont Office Park
    5633 Naples Boulevard
    Naples, Florida 34109-2023
BY:  SHARON HANLON, ESQ.


ALSO PRESENT:
    KELLIE JOHNSON, Paralegal, Andrus Wagstaff
    JEFF MENTON, Videographer

## Page 4

        THE VIDEOGRAPHER:  This is the start
of video media disk 1 of the videotaped
deposition of Charles W. Jameson, a Ph.D.
        Please note the microphones are very
sensitive.  Be aware that they can pick up
whispering and conversations not intended
for the record.
        Additionally, please turn off your
cell phones or place them away from the
microphones, they can interfere.
        This is the matter of In Re:
Roundup Products Liability Litigation,
in the United States District Court,
Northern District of California, Case No.
16-md-02741-VC.
        This deposition is being held at the
offices of Morgan & Morgan at 12800
University Drive, Fort Myers, Florida.
Today is May the 3rd, 2017.  The time is
approximately 8:37 a.m.
        My name is Jeff Menton, I am the
certified legal video specialist from
TSG Reporting.  We are headquartered at
747 Third Avenue, New York.
        The court reporter is Don DePew, also

## Page 5

in association with TSG Reporting.
        Would counsel please introduce
yourselves and state whom you represent
starting with the noticing attorney, and
then will the court reporter please swear
the witness in.
        MR. LASKER:  This is Eric Lasker on
behalf of Monsanto Company.
        MR. KALAS:  John Kalas on behalf of
Monsanto Company.
        MS. HANLON:  This is Sharon Hanlon, I
am personal counsel with limited appearance
on behalf of Dr. Jameson.
        MS. FORGIE:  Kathryn Forgie of Andrus
Wagstaff representing the plaintiffs, and
I'm here with Kellie Johnson of my office.
C H A R L E S   W.   J A M E S O N,    called
as a witness, having been duly sworn by the
Notary Public, was examined and testified as
follows:
        MR. LASKER:  And do we have anyone on
the phone?
        MR. WOOL:  This is David Wool of
Andrus Wagstaff for the plaintiffs appearing
telephonically.

Page 6

```
1       MS. FORGIE:  Anyone else?
2       MR. LASKER:  Okay.  I understand you
3  have something you want to say on the
4  record.
5       MS. HANLON:  I would.
6       Thank you.
7       Good morning.
8       The first thing I'd like to do is I
9  will produce as Exhibit 12-1 would be my
10 notice of appearance.
11      This was to be filed last night.  It
12 was not, so I'm going to make it a new
13 exhibit and also produce a copy.
14      It is a Notice of Limited Appearance
15 at the Deposition of Dr. Charles Jameson for
16 purposes of today's factual deposition.
17      I'd also like to produce the objection
18 to -- Dr. Jameson's Objections and Responses
19 to Monsanto's Notice of Deposition of
20 Dr. Jameson.
21      I'd like that to be Exhibit 2.  It was
22 filed last night.
23      Just in the event it was not received
24 by everybody I'd like to have it -- make a
25 copy of it.  And it is the document that was
```

Page 7

```
1  produced.
2       (Exhibit 12-1, One-page document
3  entitled Notice of Limited Appearance at the
4  Deposition of Dr. Charles Jameson, marked
5  for identification, as of this date.)
6       (Exhibit 12-2, Seven-page document
7  entitled Dr. Jameson's Objections and
8  Responses to Monsanto's Notice of Deposition
9  of Dr. Jameson, marked for identification,
10 as of this date.)
11      MS. HANLON:  I'd also like to produce
12 as 12-3, which will be response No. 1 to the
13 specific objections and responses to
14 document requests, which is a copy of the
15 curriculum vitae for Dr. Jameson.
16      I have just two copies and I'll give
17 it to each of you.
18      (Exhibit 12-3, Multipage document
19 entitled C.W. Jameson - Curriculum Vitae and
20 Bibliography, marked for identification, as
21 of this date.)
22      MS. HANLON:  Then Exhibit 12-4, which
23 is a document we are producing by Dr. Jameson.
24 provided to me this morning by Dr. Jameson.
25      And it's in response to No. 9, request
```

Page 8

```
1  No. 9 on the document request for the
2  deposition.
3       It is a one-page front and back.
4       MS. FORGIE:  This is 12-4?
5       MS. HANLON:  Correct.
6       MS. FORGIE:  Thank you.
7       (Exhibit 12-4, One-page e-mail
8  chain, first e-mail to Bill Jameson from
9  Neil S. Bromberg, dated 8/10/16, marked for
10 identification, as of this date.)
11      MS. HANLON:  And lastly, I would like
12 to make an objection to this deposition as
13 not being served as according to the Rules
14 30 and 45 of the Federal Rules of Civil
15 Procedure, as well as Monsanto's notice of
16 deposition, dated 4/24/17.
17      Dr. Jameson was served approximately
18 4:00 p.m. last night on 5/2/17.  And the
19 notice states that Dr. Jameson shall produce
20 all documents 24 hours prior to the
21 deposition.
22      And we submit that there was not
23 sufficient time for him to produce all the
24 documents, but we are here voluntarily.  We
25 are producing documents, but we do not waive
```

Page 9

```
1  our objection.
2       Thank you.
3       MR. LASKER:  And just for the record,
4  in response, Dr. Jameson's deposition is an
5  issue that was addressed by the court
6  following plaintiffs counsel's
7  representation that Dr. Jameson was an
8  expert witness for the plaintiffs in this
9  litigation, that Dr. Jameson had provided
10 documents to plaintiffs counsel in response
11 to the subpoena that we issued back in
12 October --
13      MR. KALAS:  September.
14      MR. LASKER:  -- September of 2016.
15      And that negotiations for this
16 deposition as to where it would take place
17 and when it would take place were conducted
18 with plaintiffs counsel.
19      It was not until yesterday that we
20 were advised that Mr. Jameson had separate
21 counsel for this and that plaintiffs counsel
22 in this litigation had not been accepting
23 the notice of deposition for him and were
24 not responding to discovery requests, which
25 is why yesterday we did serve the subpoena.
```

1       That was the first time we were aware
2   that Dr. Jameson had not already agreed to
3   appear voluntarily.
4       MS. FORGIE:  And I -- wait.
5       I have a response to that, and that is
6   that we have always advised defendant's
7   counsel that we do not represent Dr. Jameson
8   personally.  I think that's been made clear
9   throughout the litigation.
10      And I have a couple of exhibits I
11  would like to introduce as well.
12      We're on Exhibit 12-5.
13      This is Pretrial Order No. 16, it
14  indicates that drafts or excerpts of drafts
15  are not to be produced.
16      Unfortunately I didn't bring extra
17  copies, but I know you guys have a copier --
18  maybe I do have an extra copy.
19      I have about eight copies, but they're
20  all marked up.
21      There we go.
22      (Exhibit 12-5, One-page document
23  entitled Pretrial Order No. 16: Additional
24  Discovery Re IARC, marked for
25  identification, as of this date.)

1       MS. FORGIE:  And then I also want to
2   mark as Exhibit 12-6 the brief letter that
3   was served to the court on April 4th, 2017
4   which discusses the parameters of this
5   deposition, wherein defense counsel stated
6   that "Monsanto requests leave to obtain
7   relevant documents from and depose
8   Dr. Charles Jameson, chair of the
9   experimental animal subgroup, and to depose
10  Dr. Matthew Ross, a member of the mechanism
11  subgroup whose documents have already been
12  produced in this litigation."
13      And furthermore on page 3 where they
14  state that "Monsanto expects Dr. Jameson
15  will be able to testify about the scientific
16  debate and key findings that led to the
17  animal subgroup's change in evaluation."
18      It is our position that this
19  deposition is limited to what occurred at
20  the animal subgroup's meetings.
21      Monsanto had a representative,
22  Dr. Sorahan, and others present during the
23  general plenary sessions of the IARC
24  meeting, therefore we believe it is limited
25  as requested in this briefing document by

1   Monsanto to the animal subgroup.
2       I also would like to reference
3   another --
4       THE REPORTER:  If you could speak up,
5   counsel, I'm having trouble hearing.
6       MS. FORGIE:  Sorry.
7       I thought you could hear --
8       THE REPORTER:  "I would also like
9   to" --
10      MS. FORGIE:  -- to refer everyone to
11  pretrial order No. 22, which I don't have
12  clean copies of, but I'm sure everyone has a
13  copy of it, that states that the court
14  concludes that Monsanto may question
15  Dr. Jameson for up to six hours of the total
16  deposition time.
17      THE REPORTER:  Let me mark it.
18      MS. FORGIE:  We could use this unless
19  you have a clean copy.
20      MR. LASKER:  That's fine.
21      MS. FORGIE:  Sorry.
22      Do you object to the circle at this
23  time?
24      MR. LASKER:  No.
25      MS. FORGIE:  Okay.  So we're on 12-7.

1       (Exhibit 12-6, Ten-page letter
2   to Honorable Vince Chhabria from
3   Joe Hollingsworth, Michael Miller,
4   Aimee Wagstaff and Robin Greenwald, dated
5   4/4/17, marked for identification, as of
6   this date.)
7       (Exhibit 12-7, One-page document
8   entitled Pretrial Order No. 22: Jameson and
9   Ross Depositions, marked for identification,
10  as of this date.)
11      MR. LASKER:  Are you done?
12      MS. HANLON:  Oh, I have one more.
13  Sorry.
14      You should have jumped in faster.
15      MR. LASKER:  No doubt about it.
16      MS. FORGIE:  No. 12-8 is a Pretrial
17  Order No. 18 stating -- an order of the
18  court stating that Dr. Jameson's fact
19  deposition will take place no later than
20  May 5th.  And it is, indeed, taking place no
21  later than May 5th.
22      (Exhibit 12-8, One-page document
23  entitled Pretrial Order No. 18: Deadline for
24  Additional Deposition, marked for
25  identification, as of this date.)

Page 14

1 MR. LASKER: Okay. And for the
2 record, with respect to the time of the
3 deposition and the court's order, pretrial
4 order No. 22 -- and just for clarification,
5 the six hours that we have for questioning
6 is out of a total of seven hours, which I
7 believe is what has been worked out with you
8 and your counsel.
9 So then we'll have an hour left for
10 your counsel or for plaintiffs counsel to
11 the extent that they have questions for you
12 as well.
13 But we will be finished within the
14 seven-hour time period, so you'll be done
15 today.
16 And with respect to the scope of the
17 deposition, we do agree that this is a fact
18 deposition.
19 And if Dr. Jameson is identified and
20 produces an expert report in this litigation
21 there will be a subsequent deposition that
22 addresses any expert opinions that you
23 express in this litigation.
24 With respect to the scope of the
25 deposition that is, I'm not exactly sure to

Page 15

1 the extent plaintiffs counsel was seeking to
2 limit it.
3 The deposition will be consistent with
4 the scope of the document requests and the
5 subpoena that was issued in this case.
6 EXAMINATION BY
7 MR. LASKER:
8 Q. So with that, Dr. Jameson, you're now
9 on.
10 In case you thought you were just
11 going to get away without talking.
12 A. I thought it was going to be easy,
13 just sit here all day and listen to everybody
14 talk.
15 Q. Let's -- let me turn first to your
16 curriculum vitae, which I was going to mark, but
17 now it's already been marked.
18 And I just have to figure out what
19 number it was.
20 MS. HANLON: Exhibit 3.
21 Q. Okay. So Exhibit 3.
22 Let me -- first of all, good morning.
23 A. Good morning.
24 Q. Let me just put that deposition in
25 front -- your CV in front of you, although I

Page 16

1 expect you know most of what's in there.
2 And let me just start by asking you
3 for your educational background.
4 A. I received my bachelor's of science in
5 chemistry from Mount Saint Mary's College in
6 Emmitsburg, Maryland.
7 I received a Ph.D. in organic
8 chemistry from the University of Maryland in
9 College Park.
10 Q. And if you can just briefly run
11 through what your professional background --
12 your professional background since you finished
13 your educational training.
14 A. After graduating with my Ph.D. I was
15 initially employed as a contractor for the
16 National Cancer Institute for its animal
17 bioassay program.
18 I was then recruited by the National
19 Cancer Institute and went to work for NIH or
20 National Cancer Institute, NCI, as a senior
21 chemist for the rodent bioassay program.
22 Following that I -- the program that I
23 was affiliated with was transferred to the
24 national toxicology program at the National
25 Institute of Environmental Health Sciences in

Page 17

1 Research Triangle Park, North Carolina. It's
2 the only National Institute of Health that isn't
3 in Bethesda, Maryland.
4 There I was the lead chemist for the
5 national toxicology program and also responsible
6 for the -- all the chemistry aspects of the
7 animal rodent bioassay program.
8 Following that I moved into the office
9 of the director of the National Institute of
10 Environmental Health Sciences. And there I got
11 involved with the -- what is the Report on
12 Carcinogens.
13 Do you need a definition of what the
14 Report on Carcinogens is?
15 Q. Sure.
16 A. Okay. The Report on Carcinogens is a
17 document that is required by the Public Health
18 Service Act, I think it's 1968 or something like
19 that.
20 It requires that the Secretary of
21 Health and Human Services submit a report to
22 Congress.
23 Initially it was every -- supposed to
24 be every year, but subsequently it was changed
25 to a biannual report, but now I think it's when

1    it's ready it's submitted.
2          But anyway, it's a report to Congress
3    that lists all of the materials that are either
4    known to be human carcinogens or reasonably
5    anticipated to be human carcinogens, and to
6    which a majority of the population of the
7    United States are exposed.
8          So basically it was a document that
9    Congress requested for information on what
10   materials were known or reasonably anticipated
11   to be human carcinogens.  And ultimately it was
12   tagged, if you will, as the official U.S.
13   government list of carcinogens.  I was
14   responsible for that.
15         Becoming director -- ultimately
16   director for that Report on Carcinogens and
17   continued that until I retired from the
18   government in 2008.
19         In 2008, upon retirement, I set up a
20   private consulting firm, CWJ Consulting, LLC,
21   which has a total employment of one, me, and I
22   do consulting for environmental carcinogenesis.
23     Q.   And as I see from your curriculum
24   vitae, that you were the director for the Report
25   on Carcinogens from 1995 to 2008; is that

1    correct?
2      A.   Correct.
3      Q.   And during that period, how many
4    Reports on Carcinogens or how many times did you
5    submit a Report on Carcinogens to Congress?
6      A.   How many Reports on Carcinogens were
7    submitted?
8      Q.   Yes.
9      A.   Let's see.
10         I think I was responsible for the
11   eighth through the 12th report on carcinogens.
12     Q.   Okay.  And what -- so that would be
13   five Reports on Carcinogens?
14     A.   Uh-huh.
15     Q.   What work was conducted by you and
16   your staff in compiling the listing of known or
17   possible human carcinogens, which is the
18   official list for the United States Government?
19     A.   Well, it was from the beginning to the
20   end.
21         We were -- my group was responsible
22   for accepting nominations from outside.  The NTP
23   would go out with a federal register notice
24   asking people or the gen -- the public or
25   anybody if they were aware of materials that are

1    possible carcinogens and should be reviewed for
2    listing in the Report on Carcinogens.
3          So we received nominations from
4    private individuals, even some from industry,
5    environmental groups, other government agencies.
6          And we also did a search of the
7    literature to see if there was any new
8    information on a chemical or a substance that
9    possibly had shown some carcinogenic potential.
10         A list was prepared, submitted to the
11   director of the NTP for approval.  And once it's
12   approved it was put into the pipeline.
13         We would do a thorough literature
14   search, have a background document prepared with
15   all the relevant, available information on
16   exposure, human cancer, animal, experimental
17   animal cancer, and also any information on
18   possible mechanisms of action of the material
19   that could lead to cancer.
20         These documents were then -- it went
21   through a -- in my -- in my tenure it went
22   through a series of reviews.
23         There was an NTP, NIEHS review group.
24   It's like an internal review group of scientists
25   from NIEHS that would review the background

1    document and the literature associated with it.
2          Essentially a peer review of the
3    document, see if they agreed with the
4    information in the document and give an
5    indication if they felt there was sufficient
6    evidence in humans or limited evidence in humans
7    or inadequate evidence in humans, similar for
8    the animals.
9          If there was any supporting
10   mechanistic data and that the exposure data
11   indicated there, in fact, was truly human
12   exposure of concern for this material.
13         Then after that review group it went
14   to a second review group which was an
15   intergovernmental agency.
16         The National Toxicology Program is a
17   program made up of agencies within the federal
18   government that are interested or have research
19   in the area of toxicology.  There were four --
20         I'm going into way too much
21   information here.
22         MS. FORGIE:  Really.
23     A.   TMI.
24         There was an intergovernmental agency
25   that reviewed the background document.  They

Page 22

1    would give their opinion if they felt the
2    information there was adequate for humans,
3    animals and mechanistic data.
4        It would then also go to the Board of
5    Scientific Counselors, which is a group of
6    independent scientists that are -- that the NTP
7    identifies to advise them on their research
8    efforts.
9        They're made up of industry, academia,
10   and other scientists with the proper
11   credentials.  They review the document.
12       All those recommendations are taken,
13   culminated, reviewed by staff, taken to the
14   director and ultimately if the recommendation is
15   to list and the director agrees that everybody
16   was in agreement, then it would be sent up to
17   the Secretary of Health and Human Services for
18   final approval.
19       Sorry, that was rather lengthy.
20   Q.    No, that's important to have a sense
21   of the scope of this.
22       MS. FORGIE:  Well, I'm going to --
23   Q.    Let me just --
24       MS. FORGIE:  Let me interpose an
25   objection here.

Page 23

1        I think that, you know, we've produced
2    the CV as a courtesy and as requested, but I
3    don't think that going into great detail
4    about what he did in the toxicology program
5    was appropriate for a fact witness
6    deposition at all.
7        You're trying to get into bias and the
8    type of things that would be handled in an
9    expert deposition.  So I'm going to start
10   interposing objections --
11       MR. LASKER:  Well, I think --
12       MS. FORGIE:  Let me just finish.
13   I'm going to start interposing
14   objections to that.
15       MR. LASKER:  I believe my question was
16   what was your job at the NTP, so --
17       But that's fine.
18       But let me --
19       MS. FORGIE:  I think you understand my
20   position.
21       MR. LASKER:  I think it's a coaching
22   objection, but that's fine.
23   Q.    But let me just follow up --
24       MS. FORGIE:  I don't agree.
25   Q.    -- with respect to what you testified

Page 24

1    about with respect to your job.
2        During this 13-year period that you
3    were the director for the Report on Carcinogens
4    for NTP, in preparing this official U.S. list of
5    carcinogens did you and did the NTP ever
6    identified glyphosate as either a known or a
7    possible human carcinogen?
8    A.    No.
9        MS. FORGIE:  Objection.
10       Wait, let me get my objection in.
11       Objection, this is exactly the kind of
12   thing that I think is objectionable.
13       It has nothing to do with what he did
14   at IARC and it's beyond the scope of this
15   deposition.
16       MR. LASKER:  Okay.  Let me repeat the
17   question.
18       MS. HANLON:  I join in the objection.
19   Q.    Let me repeat the question.
20       During this period, this 13 to 14-year
21   period when you were the director of the Report
22   on Carcinogens for the NTP and responsible for
23   printing up the official List of Carcinogens for
24   the United States government did you or the NTP
25   ever identify glyphosate as a known or possible

Page 25

1    human carcinogen?
2        MS. FORGIE:  Objection, it's beyond
3    the scope.
4        MS. HANLON:  Objection.
5    A.    No.
6    Q.    Now you mentioned that you were in
7    charge -- I'm sorry, that you worked on
8    chemistry aspects of animal cancer bioassays
9    during this period I guess prior to 1995.
10       I guess maybe for about -- if the date
11   is correct, for about a 15-year period or maybe
12   more than that.
13       Yeah, about a 15-year period.
14       What does that mean?
15       Just -- I'm trying to get a sense,
16   what is the chemistry aspects of cancer
17   bioassay?
18       MS. FORGIE:  Objection, beyond the
19   scope.
20       MS. HANLON:  Form.
21       Join.
22   A.    I can go into an explanation, but I
23   don't know that it's relevant to what I did at
24   IARC.
25   Q.    I understand.

Page 26

1    And she has -- plaintiffs counsel has
2 the right to object on the record and the court
3 will decide whether or not those objections are
4 valid.
5    But unless they instruct you not to
6 answer, and that would be an instruction from
7 your counsel, you do have to answer the
8 question.
9    A.   Okay.
10    MS. HANLON:  I am also going to add an
11 additional objection.
12    In the sense that since Dr. Jameson's
13 deposition is going to be retaken a second
14 time as an expert witness, that is something
15 that plaintiffs counsel will review at that
16 time.
17    And the court will determine whether
18 or not a second line of questioning on the
19 same -- for the same line of questioning can
20 be revisited.
21    MR. LASKER:  That's for the court to
22 decide.
23    Q.   I'm still asking the same question,
24 what is the --
25    You said you were involved in the

Page 27

1 chemical aspects of animal cancer bioassays,
2 what does that mean?
3    MS. FORGIE:  Objection.
4    A.   Basically as a chemist I was
5 responsible for identifying the chemical or the
6 substance that was nominated, to make sure we
7 were looking at the proper material.
8    I was responsible for getting --
9 procuring the chemical, having it analyzed,
10 characterized, determine its purity, determine
11 if -- what vehicle it was compatible with.
12    We could mix it in the feed or the
13 water or if it had to be mixed in corn oil for a
14 stomach intubation study or could we generate an
15 atmosphere.
16    It included participating in protocol
17 development for the animal bioassay from the
18 standpoint of bringing the expertise of
19 chemistry into the determination of how the
20 protocol should be established and commenting on
21 all aspects of the development of the protocol
22 for the bioassay study.
23    Q.   Okay.
24    A.   I -- it also involved reviewing the
25 data from the animal bioassay after the study

Page 28

1 was completed -- well, it included monitoring
2 the study while it was in progress, going to the
3 laboratory and making sure they were doing the
4 studies properly.
5    And it also included after the study
6 was completed reviewing the document -- the
7 report from the contract laboratory for its
8 completeness and evaluating the data that was in
9 there.
10    And participating in writing the
11 ultimate technical report that is published on
12 the NTP bioassay of a particular substance.
13    Q.   And would you then be also involved in
14 reviewing tissue slides of the prog report?
15    MS. FORGIE:  Objection, beyond the
16 scope.
17    And I'm going to join in counsel's
18 objection that we reserve the right to not
19 allow him to answer these similar questions
20 should he be deposed as an expert.
21    MR. LASKER:  You can have a standing
22 objection about that.
23    MS. HANLON:  And I'd like to join in
24 the standing objection, please, anything
25 that relates to on the CV and his prior

Page 29

1 experience that may go outside of the reason
2 he is here today, which is a factual
3 deposition in regards to the animal
4 subgroup's discussion.
5    MR. LASKER:  And just to be clear, the
6 whole deposition is about his role, as the
7 animal toxicology subgroup on IARC does
8 depend on his knowledge of animal
9 toxicology, so all this is directly
10 relevant.
11    I'm not sure exactly what the
12 objection is, but you have a standing
13 objection.
14    And let me repeat my objection.
15    MS. FORGIE:  Let me just say I don't
16 think -- I completely disagree with that.
17    You're not entitled to do that in a
18 factual deposition.
19    And I'm not going to go for a standing
20 objection, I don't like them.
21    MR. LASKER:  Okay.  That's fine.
22    I just -- I do want the time, though,
23 for objections to be on plaintiffs and not
24 for us.
25    MS. FORGIE:  I don't agree.

Page 30

1    Q.   Continuing with the question, would
2  that involve reviewing tissue slides?
3         MS. FORGIE:  Objection.
4         MS. HANLON:  Join.
5    A.   I'm not a pathologist.
6    Q.   And would that involve analyzing, as
7  far as an animal toxicologist is concerned, the
8  findings of tumors in controls versus the
9  treated groups in a study?
10        MS. FORGIE:  Objection.
11   A.   Reviewing tumor incidence in animals,
12  yes.
13   Q.   And would you conduct statistical
14  analyses of those tumor incidences?
15        MS. FORGIE:  Objection.
16        MS. HANLON:  Join.
17   A.   We had a statistical group at the
18  NIEHS that performed all the statistical
19  analysis for the studies.
20   Q.   Okay.  Just to be clear, my prior
21  question I was asking about you specifically.
22        Would you conduct any statistical
23  analysis?
24   A.   No --
25        MS. FORGIE:  Objection.

Page 31

1    A.   -- because it was done for us by the
2  statisticians.
3    Q.   And would you review the tissue
4  findings and the tissue counts to reach
5  conclusions as to the tumor findings in the
6  study?
7         MS. FORGIE:  Objection.
8         MS. HANLON:  Join.
9    A.   I would participate in those review
10  meetings of staff, yes.
11   Q.   Okay.  But would it be your decision
12  to do that work initially or would you just be
13  in meetings with staff when other people
14  presented --
15   A.   I would --
16        MS. FORGIE:  Wait.
17        Objection.
18   A.   I was in the meeting and helping
19  evaluate the data.
20   Q.   Okay.  So there would be an animal
21  toxicologist then that would analyze the data,
22  present the data to the meeting, and then all of
23  you would discuss it; is that correct?
24        MS. FORGIE:  Objection.
25        MS. HANLON:  Join.

Page 32

1    A.   Yes.
2    Q.   Okay.  Now you mentioned that you were
3  a private consultant since 2008.
4         And if you can just give a general
5  discussion or general explanation of what your
6  consulting work has involved during this period
7  since 2008.
8         MS. FORGIE:  Objection.
9         What does this have to do with
10  anything at IARC?
11   A.   Why is that relevant to what happened
12  at IARC?
13   Q.   That's -- I'm here to ask questions,
14  you're to answer questions.
15        So I'll ask the question again.
16        What has been the general nature of
17  your consulting work since 2008?
18        MS. FORGIE:  Objection, privileged.
19        MS. HANLON:  Form.
20   A.   I've had several clients in the area
21  of environmental cancer.
22   Q.   Okay.  And have you consulted with --
23  and you don't have to name names because
24  obviously if it's non-testifying some of those
25  will be confidential.

Page 33

1         I leave that to you and your attorney.
2         Have you consulted with private
3  corporations?
4         MS. FORGIE:  Objection, privileged.
5    A.   That's private, confidential.
6    Q.   The issue of who you consulted with,
7  the names would be.
8         The question of whether or not you've
9  consulted with private corporations is not,
10  unless your counsel wants to instruct you not to
11  answer.
12        MS. FORGIE:  Objection.
13   Q.   Have you consulted with any private
14  corporations?
15   A.   Yes.
16   Q.   Have you --
17        And with respect to that, and again I
18  don't want you to talk about the details of any
19  individual chemical or any individual client by
20  name, but what is the general nature of the work
21  that you've been -- that you've done as a
22  consultant for private corporations?
23        MS. FORGIE:  Objection, privileged.
24        MS. HANLON:  Objection, form.
25   A.   They've been asking my opinion in the

Page 34

1 area of environmental carcinogenesis.
2 Q. And again, without naming particular
3 substances would that involve, first of all,
4 conducting animal studies, animal toxicology
5 studies?
6 A. No.
7 Q. Would that involve reviewing reports
8 of animal toxicology studies that have been
9 conducted internally?
10 A. Yes.
11 MS. FORGIE: Objection, privileged,
12 way beyond the scope.
13 A. I -- I don't understand what you mean
14 by internally.
15 Q. Okay. Would that include reviewing
16 regulatory animal toxicology studies -- animal
17 toxicology studies prepared for regulatory
18 purposes?
19 MS. FORGIE: Objection.
20 MR. HANLON: Object to form.
21 A. That's a very broad question.
22 Q. Okay. Well, let me ask it differently
23 then.
24 Would that -- would your private
25 consulting work have involved reviewing animal

Page 35

1 toxicology studies, the full report of an animal
2 toxicology study?
3 MS. FORGIE: Objection.
4 MR. HANLON: Form.
5 A. Yes.
6 Q. Okay. Have you helped private
7 corporations submit toxicology or prepare
8 toxicology studies for submission to agencies
9 like the Environmental Protection Agency?
10 MR. HANLON: Before we go on I'd like
11 to make an objection.
12 And I'm going to instruct my client
13 that it's my understanding this is beyond
14 the scope of the factual deposition.
15 I was told that this is a deposition
16 in regards to his participation in the
17 animal subgroup discussion.
18 We were not prepared to talk about his
19 curriculum vitae and his experience and
20 background, which I believe is more proper
21 at the time of his expert deposition.
22 So I am instructing him, because he
23 seems to be agreeing with that, it's outside
24 the scope of what his understanding is and
25 not to respond to this at this time.

Page 36

1 Not meaning that he is not going to
2 respond in the future for an expert
3 deposition when he is going to be available
4 for you to question him on -- in great
5 detail on his curriculum vitae.
6 MR. LASKER: Okay. Well, I'm going to
7 continue with my questioning.
8 I'm also going to object to the fact
9 that plaintiffs counsel is providing
10 objections to Mr. Jameson's counsel, writing
11 notes back and forth.
12 If Ms. -- if plaintiffs counsel wants
13 to represent Dr. Jameson in this deposition,
14 she can, otherwise I will object to the
15 continuing communications back and forth of
16 counsel, about which objections should be
17 made.
18 And I'll continue with my questions --
19 MS. HANLON: And I'll object to that,
20 sir, because the nature of what we are
21 writing is not known to you.
22 And I object to your discussion on the
23 record as to what you believe is the nature
24 of our writing.
25 MR. LASKER: Okay. All I know is that

Page 37

1 you write something -- you forward -- you
2 write something down, she hands it to you,
3 and you object.
4 I can't say what's on the piece of
5 paper, but I can say what's going on.
6 MS. FORGIE: That is not a correct
7 representation of what is happening and it's
8 insulting.
9 MR. LASKER: Okay. Well, then stop
10 doing it.
11 MS. FORGIE: No.
12 Don't tell me what to do at a
13 deposition.
14 BY MR. LASKER:
15 Q. So Dr. Jameson, have you consulted as
16 part of your consulting work with advocacy
17 organizations like the NRDC or other
18 organizations that have an interest in issues
19 relating to environmental carcinogenicity?
20 MS. FORGIE: Objection, privileged.
21 A. I really don't see what this has to do
22 with this deposition on IARC.
23 Q. I understand that's your answer.
24 But unless your counsel instructs you
25 not to witness (sic) and then I can raise the

Page 38

1  issue with the court, you still do have to
2  answer the question.
3      THE WITNESS:  I thought she just
4  indicated that I --
5      MS. HANLON:  It's my understanding --
6      MR. LASKER:  If your counsel instructs
7  you not to answer, and she is free to do
8  that, we can raise it with the court.
9      MS. HANLON:  And I have instructed
10  Dr. Jameson not to answer anything that is
11  outside the scope of the deposition that
12  we're prepared to sit for here today, which
13  is a factual discussion of the animal
14  subgroup that was conducted and then his
15  involvement with that.
16      MR. LASKER:  I understand that.
17      Are you instructing him not to answer
18  the question?
19      MS. HANLON:  I have instructed
20  Dr. Jameson not to answer any of the
21  questions that he believes are not connected
22  with the factual studies that were done as
23  part of the animal subgroup, correct.
24      MR. LASKER:  So you're giving him an
25  open-ended instruction not to answer

Page 39

1  questions that he believes that they're not
2  appropriate?
3      Because if so, we'll get the judge on
4  the phone right now.
5      MS. HANLON:  That was not my
6  objection.
7      My objection is that we are here today
8  to discuss his role in the animal study
9  subgroup.
10      MR. LASKER:  Okay.  I'm going ask the
11  questions.
12      If your counsel instructs you not to
13  answer that specific question, then you
14  can -- you should certainly listen to what
15  your counsel says.
16      If she does not instruct you not to
17  answer that question I'm going to expect an
18  answer to the question.
19  Q.   And so I ask the question again, have
20  you done as part of your work as a private
21  consultant since 2008 any consulting work for
22  organizations like the NRDC or other
23  organizations that have interests in issues of
24  human carcinogenicity?
25      MS. FORGIE:  Objection.

Page 40

1      MS. HANLON:  I'm objecting and
2  instructing him not to answer.
3      MR. LASKER:  Am I correct then for
4  counsel that you will not -- you will
5  instruct the witness not to answer any
6  questions dealing with any consulting work
7  he has conducted from 2008 and to the
8  present?
9      MS. HANLON:  That's correct.
10      We believe that it's the subject of
11  his expert deposition that will be taken.
12      MR. LASKER:  Okay.  And are you
13  representing then that Dr. Jameson will be
14  producing an expert report and we will be
15  getting an expert deposition of Dr. Jameson?
16      MS. FORGIE:  Are you -- you're looking
17  at me now, Eric, so are you switching and
18  asking me a question?
19      MR. LASKER:  Well, plaintiffs counsel,
20  I assume you're the ones who will have the
21  answer to that question.
22      MS. FORGIE:  Well, I don't have the
23  answer right now.
24      On May 12th, as the judge has ordered,
25  we will make a decision as to whether we're

Page 41

1  designating him and whether we're serving an
2  expert report.
3      MR. LASKER:  Okay.  Given that
4  representation, that there is no guarantee
5  that there will be a deposition --
6      MS. FORGIE:  Just wait, let me
7  finish --
8      MR. LASKER:  -- of Dr. Jameson as an
9  expert witness --
10      MS. FORGIE:  Eric, I didn't finish.
11      MR. LASKER:  Okay.
12      MS. FORGIE:  But this is still beyond
13  the scope of a fact deposition.
14      You're asking him questions about what
15  kind of consulting work he has done and he
16  has already stated he is uncomfortable with
17  that.
18      MR. LASKER:  I understand.
19      That I believe that there has been
20  lots of depositions taken in this case about
21  third parties that has gone into their
22  consulting relationship.
23      I think we actually had issues before
24  the court was involved in that in
25  depositions that plaintiffs counsel have

1  taken.
2      But just to clarify, there is no -- as
3  plaintiffs counsel has now stated, there is
4  no expert deposition that is guaranteed to
5  take place in this case.
6      So to the extent that that is the
7  basis for your objection to these questions,
8  that objection is not valid.
9      So again, I'm going to ask you and --
10     MS. HANLON:  If I may respond, sir.
11  My objection is twofold.
12     One, that there is as we understand
13  right now, that he has not been retained
14  formally as an expert, that is true.
15     But No. 2, my original objection was
16  the fact that he was produced and asked to
17  be present today to give facts regarding his
18  involvement in the animal subgroup, so he
19  was prepared to come today to discuss his
20  involvement in that animal subgroup.
21     MR. LASKER:  Okay.  And my question
22  then to both plaintiffs counsel and
23  Dr. Jameson's counsel -- first I'll ask the
24  plaintiffs.
25     Is it plaintiffs position that third

1  parties who are involved in analyses of
2  issues relating to glyphosate science, that
3  their outside work is irrelevant to the
4  issues in their deposition and should not be
5  inquired into?
6      MS. FORGIE:  Our position is that, as
7  we noticed in Exhibit -- I can't remember
8  now the number.
9      The one that had your briefing letter
10  on it, Exhibit 5 -- 6, wherein you said that
11  was the whole purpose of taking this
12  deposition, that that limits the scope of
13  his deposition to what he did at IARC.
14     And that has clearly been -- that was
15  the representation that you made to -- that
16  your firm and you made to the court when you
17  asked for this deposition.
18     And to ask him questions about the
19  consulting work that he is doing, which he
20  already said he is uncomfortable discussing
21  because it's private and privileged is
22  beyond the scope of that.
23     I think you can ask him limited
24  questions --
25     MR. LASKER:  My question to you --

1      MS. FORGIE:  Wait, let me finish,
2  Eric.
3      I think you can ask him limited
4  questions about his CV.
5      But to ask him questions about who he
6  consults with, no, I don't think that's
7  appropriate.
8      I think that's privileged and I think
9  it's beyond the scope.
10     MR. LASKER:  And just so the record is
11  clear, is it plaintiffs position that
12  questions going to issues of potential bias
13  or outside consulting work of third-party
14  witnesses is irrelevant and outside the
15  scope of this litigation?
16     MS. FORGIE:  I'm not going to answer
17  the question that way because this is a
18  different type of deposition.
19     As you know, he has been retained as
20  an expert.
21     Right now he is a non-designated
22  consulting expert so there is privileges
23  there.
24     But furthermore you have made
25  representations to the court about the scope

1  of this deposition.
2      And you have limited this deposition
3  in your request to the court to take this
4  deposition, to what was done at IARC.
5      We're allowing wide leeway in terms of
6  bringing his CV and letting questions be
7  asked.
8      But when you start asking about
9  privileged information, about outside
10  consulting work, that's beyond the scope.
11     MR. LASKER:  Just to be clear, we've
12  not asked for any privileged information.
13     We've not asked him to identify any
14  specific entities he has worked with or what
15  he has done with them.
16     You know, in response -- contrasting
17  back to what plaintiffs counsel have asked
18  of other third-party witnesses.
19     And we have not in our submission to
20  the court limited ourselves to testimony
21  about his background or issues that might
22  relate to bias or issues involving how he
23  approached the issue of analyzing the data
24  for IARC.
25     If it is plaintiffs position, though,

Page 46

1  that questions going to bias and outside
2  consulting work is irrelevant, that is
3  something that we need to have on the
4  record.
5      And if it's not plaintiffs position
6  that that information is outside the scope
7  when they're taking depositions, then we
8  will object to the instructions not to
9  answer questions that have been given now
10 repeatedly in this deposition to issues
11 going to that.
12     So again, what is plaintiffs position?
13     MS. FORGIE:  I've already stated my
14 position very clearly.
15     My position is that the scope of this
16 deposition is outlined in Exhibit 6, which
17 is the brief letter you filed with the
18 court.
19     I have not given any instructions not
20 to answer.
21     And finally, you did ask privileged
22 questions, because Dr. Jameson testified
23 that the information you were asking him was
24 something he was not comfortable discussing
25 because it involved other clients and other

Page 47

1  work he was doing for other clients.
2      So you have asked privileged
3  information.
4      MR. LASKER:  Well, for the record, to
5  the extent that continued instructions not
6  to answer are given by counsel, we will
7  reserve our right to reopen the deposition
8  after we raise that issue with the court and
9  we'll get additional time.
10 BY MR. LASKER:
11     Q.  Dr. Jameson, there has been a
12 representation by counsel, but not by you -- so
13 that really is not relevant -- about whether or
14 not you've been retained as an expert --
15 retained as an expert by plaintiffs in this
16 litigation.
17     And so let me ask you a question, to
18 your understanding have you been retained as an
19 expert for plaintiffs in this litigation?
20     A.  Yes.
21     Q.  And have you been retained to your
22 understanding as a testifying expert or a
23 potential testifying expert in this litigation?
24     MS. FORGIE:  Objection, privileged.
25     Don't answer.

Page 48

1      MR. LASKER:  You're instructing him
2  not to answer the question about whether or
3  not he has been proposed as a testifying
4  expert?
5      MS. FORGIE:  He doesn't know that
6  right now.
7      We haven't made that decision.
8      How could he possibly know that?
9      And that's privileged anyway.
10     MR. LASKER:  Okay.  I'm not sure if
11 it's privileged if you've just told me the
12 answer, but okay.
13     MS. FORGIE:  I haven't told you the
14 answer.
15     But if I answered a question, that
16 makes me happy.
17     Thank you, Eric.
18     Q.  As far as you know then, you have not
19 been told whether you'll be a testifying expert
20 in this litigation, is that fair to say?
21     MS. FORGIE:  Objection, that's
22 privileged.
23     Don't answer that.
24     MS. HANLON:  I direct you not to
25 answer.

Page 49

1      MR. LASKER:  And, I'm sorry, you're
2  instructing the witness not to answer in
3  what capacity here?
4      MS. FORGIE:  On the grounds that he
5  has been retained, as you well know, as an
6  expert and as a non-testifying expert, which
7  is where he is right now.
8      All the information about the
9  discussions between us are privileged and
10 you know that.
11     And there's an agreement in effect to
12 that, too, in addition to the federal rules.
13     MR. LASKER:  Let us mark -- or I don't
14 have to mark as -- as Exhibit 12-4 an e-mail
15 exchange between you and one of my partners,
16 Neil Bromberg, on or about August 10th of
17 2016.
18     Q.  And ask, first of all, if you could
19 identify that document for the record.
20     A.  Yes.
21     Q.  And can you explain what that document
22 is.
23     A.  Well, this is correspondence between
24 me and Mr. Bromberg.
25     He had contacted me and indicated that

Page 50

1    he was interested in talking with me about
2    potentially retaining me for this Monsanto
3    litigation.
4        Q.   Is it your testimony that Mr. Bromberg
5    talked to you about retaining you or just to ask
6    you about your experience?
7        A.   Just asking me about the experience,
8    basically.
9            It wasn't really clear.
10           He said he wanted to talk to me about
11   glyphosate.
12       Q.   And am I correct in my understanding
13   that you agreed to talk with Mr. Bromberg
14   initially?
15       A.   At the time I did, yes.
16       Q.   Okay.  And at some point after that
17   conversation you were retained by plaintiffs
18   counsel, correct?
19           MS. FORGIE:  Objection.
20           MS. HANLON:  Objection to form.
21       Q.   You were retained as a testifying --
22   strike that.
23           Sometime after that August 10th
24   conversation with Mr. Bromberg you were retained
25   as an expert for plaintiffs; is that correct?

Page 51

1            MS. HANLON:  Objection to form.
2        I'm also going to instruct the witness
3    you can answer, but please do not disclose
4    any confidential information with regards to
5    discussions with attorneys.
6            MS. FORGIE:  Join.
7        A.   Could you repeat the question.
8        Q.   At some point after you agreed to talk
9    with Mr. Bromberg about your experiences at
10   IARC, you were retained by plaintiffs counsel as
11   an expert witness in this litigation for
12   plaintiffs, correct?
13           MS. FORGIE:  Objection.
14           MS. HANLON:  Join.
15       A.   Yes.
16       Q.   Prior to the time that you had talked
17   with Mr. Bromberg, had you had any conversations
18   with plaintiffs counsel?
19       A.   Before I talked with him?
20       Q.   Yes.
21       A.   No.
22       Q.   Can you describe when was it then --
23   and this would obviously be before you were
24   retained as an expert for plaintiffs -- when did
25   you have your first conversation with plaintiffs

Page 52

1    counsel in this litigation?
2            MS. HANLON:  Objection to form.
3            MS. FORGIE:  Objection.
4        A.   I can't remember for sure.
5            It was either two or three hours.
6        Q.   Okay.  And did you contact plaintiffs
7    counsel or did they call -- contact you?
8        A.   No --
9            MS. FORGIE:  Objection, form.
10       A.   They contacted me.
11       Q.   Okay.  And in this first conversation
12   with plaintiffs counsel, did you advise them
13   that -- and again, this would be prior to being
14   retained as an expert witness -- did you advise
15   plaintiffs counsel that you had agreed to
16   discuss your experiences at IARC with Monsanto's
17   counsel?
18           MS. FORGIE:  Objection, privileged.
19           And he never stated he had agreed to
20   testify with -- to talk to Monsanto.
21           And I'm instructing him not to answer.
22           MS. HANLON:  And I'm going to join in
23   this because, again, this is not only a
24   violation --
25           Objection, form, based on violation of

Page 53

1    the attorney-client privilege.
2            Also it's not going to the basis of
3    the factual deposition today.
4            What he did or did not do as a
5    potential expert conversation -- as a
6    potential expert is outside the scope of
7    his discussion today.
8            And we're instructing him not to
9    answer.
10       Q.   Again, my question goes to before you
11   were retained as an expert.
12           MS. FORGIE:  That was not the
13   question.
14           MR. LASKER:  That was exactly the
15   question.
16           MS. FORGIE:  Could we have it read
17   back, please.
18       (Record read.)
19           MS. FORGIE:  Objection, privileged.
20           Don't answer that.
21           MR. LASKER:  What's the basis for the
22   objection?
23           MS. FORGIE:  It's privileged.
24           All the conversations I had with him,
25   you don't know when we retained him or not.

Page 54

1    MR. LASKER:  That was the question.
2    Q.   Prior to being -- the question is
3  specific, Dr. Jameson.
4    Prior to your being retained as an
5  expert witness in this litigation for
6  plaintiffs, did you advise plaintiffs counsel
7  that you had agreed to talk with Monsanto's
8  counsel about your experiences at IARC?
9    MS. FORGIE:  Objection --
10    MS. HANLON:  Objection, form.
11    MS. FORGIE:  -- privileged.
12    Don't answer that.
13    MR. LASKER:  Okay.  We'll mark that as
14  well.
15    We've had some other people join on
16  the line, have we?
17    We've been hearing beeps.
18    MS. FORGIE:  Hello, is there anybody
19  else on the line?
20    Let's just ask.
21    Hello, is there anybody on the line?
22    MR. WOOL:  This is David Wool, I'm
23  still on the line.
24    MS. FORGIE:  Okay.  But did anybody
25  else join?

Page 55

1    MS. HANLON:  He lost and he had to
2  call back.
3    MS. FORGIE:  It's technical.
4    Anyway, the basis is conversations
5  with him and I are privileged and he was
6  retained as an expert, and you know that.
7    Q.   How many conversations did you have
8  with plaintiffs counsel before you agreed to
9  serve as an expert in this litigation?
10    MS. HANLON:  Objection, form.
11    Direction not to answer.
12    Q.   When you were --
13    At some point after you agreed to
14  serve as an expert for plaintiffs counsel you
15  provided them with -- well, strike that.
16    We --
17    You received a subpoena from us for
18  documents relating to your work on IARC, do you
19  recall that?
20    A.   I do.
21    Q.   And at some point in time you gathered
22  documents in response to that subpoena, correct?
23    A.   I did.
24    Q.   You then provided those documents to
25  plaintiffs counsel, correct?

Page 56

1    A.   Correct.
2    Q.   You did not provide the documents to
3  us, correct?
4    A.   Correct.
5    Q.   You also, is it correct, advised
6  plaintiffs counsel not to provide us with the
7  documents that you had provided to plaintiffs
8  counsel; is that correct?
9    MS. FORGIE:  Objection.  Objection,
10  privileged.
11    Don't answer that.
12    He is not going to answer any
13  questions about discussions he had with me.
14    You know that, he is retained as an
15  expert.
16    MR. LASKER:  Actually this is
17  something that you guys told us.
18    So to the extent that there was any
19  privilege, you've long ago waived it.
20    MS. FORGIE:  I don't agree that we've
21  waived it.
22    And I'm instructing him not to answer
23  about discussions that he had with us.
24    If we waived it.
25    Q.   Is it your --

Page 57

1    Well, let me ask you this, why did you
2  elect to provide documents to plaintiffs counsel
3  and not to Monsanto's counsel?
4    A.   I was asking for some guidance.
5    Q.   So you were asking plaintiffs counsel
6  for guidance as to whether or not you should
7  provide documents to Monsanto's counsel; is that
8  correct?
9    MS. FORGIE:  Objection, that's
10  privileged.
11    Don't answer that.
12    MR. LASKER:  That's not privileged.
13    MS. FORGIE:  It is absolutely
14  privileged.
15    And he is talking about --
16    MR. LASKER:  Are you --
17    MS. FORGIE:  Wait.  Let me finish my
18  objection.
19    He is discussing the conversations he
20  had with us, that's privileged.
21    And he was retained as our expert.
22    MR. LASKER:  Are you representing that
23  you're his counsel in connection with his
24  response to the subpoena that was issued to
25  him in this case?

1    MS. FORGIE:  I am not.
2    What I'm saying is --
3    MR. LASKER:  Then the question --
4    MS. FORGIE:  Wait.  What I'm saying is
5    he is answering with conversations he had
6    with regard to us, and that's privileged.
7    And you know it's privileged.
8    MR. LASKER:  That's clearly not
9    privileged.
10    MS. FORGIE:  It's clearly privileged.
11    MR. LASKER:  You're instructing him
12    not to respond to questions about the advice
13    you gave him as to whether or not he should
14    respond to the third-party subpoena that was
15    issued to him for documents in this case.
16    MS. FORGIE:  I am advising him not to
17    talk about any conversations he had with us
18    because he was retained as our expert, as
19    you well know, and that's privileged.
20    MR. LASKER:  Just to be clear, you are
21    advising him not to provide answers with
22    respect to any guidance that plaintiffs
23    counsel provided him as to whether or not he
24    needed to respond to a third-party subpoena
25    for documents in this case?

1    Is that your position?
2    MS. FORGIE:  My position is that he is
3    not going to talk about conversations he had
4    with us because we have retained him as an
5    expert, that's my position.
6    And I think I've made it pretty clear.
7    MS. HANLON:  In regards to my role,
8    the subpoena for the documents that was
9    produced today, I'm also instructing him not
10    to have any conversation in regards to our
11    discussion with the documents.
12    Thank you.
13    MR. LASKER:  I'm not asking about your
14    conversation.  You're clearly his counsel.
15    But to the extent that plaintiffs
16    counsel have instructed him or given him
17    guidance on whether or how he has to respond
18    to a third-party subpoena, there is no
19    privilege there.
20    BY MR. LASKER:
21    Q.  Let me just ask this, after you
22    obtained the guidance from plaintiffs counsel in
23    this litigation with respect to the subpoena
24    that was issued to you by Monsanto, you elected
25    not to produce any documents to Monsanto,

1    correct?
2    MS. FORGIE:  Objection.
3    A.  The situation was at the time I
4    received the subpoena I was -- I was trying to
5    clarify what documents I could send and what
6    documents -- what documents I could send to you.
7    Mainly because in working with the
8    IARC, when you produce documents as a member of
9    an IARC working group, all of the documents that
10    you produce are considered to be the property of
11    IARC and not your personal documents.
12    And routinely when you attend an IARC
13    meeting they say that, please leave all of your
14    documents here.
15    If -- they say, however, if you want
16    to maintain the references for your own
17    purposes, then you can keep them or they will
18    even package them up and send them to you.
19    But any documents that are prepared as
20    part of the review of an IARC working group are
21    considered the property of IARC and they ask for
22    them to either leave them at the meeting or
23    dispose of them.
24    In fact, specific to IARC Volume 112,
25    I received communication from IARC saying that

1    because of a number of working group members
2    have been contacted and asked for their files,
3    they wanted to remind us and emphasize that the
4    documents belong to IARC and they should
5    either -- and if we had any, they should be
6    returned or destroyed.
7    So routinely, I don't keep anything
8    but the references usually.
9    I might keep the invitation letter
10    just as a -- you know, a momento or to remind me
11    when I was invited, but that's -- that's usually
12    all I have in my files.
13    Q.  I understand.
14    But you did make the decision to
15    gather up all the documents you had that were
16    responsive to the subpoena, and notwithstanding
17    whatever communications you had with IARC, you
18    decided to produce those documents to plaintiffs
19    counsel, correct?
20    A.  Just -- just to make them aware of
21    what I had and -- at the time there was -- there
22    was -- there were multiple subpoenas circulating
23    from various members of the IARC working group
24    and everybody was trying to decide how to
25    respond to the subpoena.

Page 62

1    And were waiting for some direction
2  from IARC and -- I think that IARC submitted
3  some sort of a document to you or Monsanto
4  stating that, you know, the documents are
5  privileged and belong to IARC.
6    Q.   And at some point in time, after
7  producing the documents to plaintiffs counsel,
8  you had a conversation with plaintiffs counsel
9  as to whether or not you should provide those
10 same documents to Monsanto's counsel, correct?
11   MS. FORGIE:  Objection.
12   Instruction not to answer.
13   He is not going to answer any
14 questions about conversations he had with me
15 or any members of my firm.
16   Q.   At some point in time after your
17 conversation with plaintiffs counsel you elected
18 not to produce documents to Monsanto in response
19 to the subpoena, correct?
20   A.   I decided not to take any action
21 because I thought the case was closed.
22   I thought it was -- was done.
23   Q.   Why did you think it was done?
24   A.   Why did I think it was done?
25   Q.   Did anyone tell you that you no

Page 63

1  longer --
2    Based upon your conversations with
3  plaintiffs counsel, were you under the
4  understanding that you did not have to respond
5  to the subpoena?
6    MS. FORGIE:  Objection.
7    If you can answer that question
8  without telling him anything about what was
9  discussed with us, you may answer.
10   But don't tell him anything about what
11 was discussed.
12   A.   Could you repeat that, please.
13   Q.   I'm going to ask you this way.
14   Following your conversation with
15 plaintiffs counsel, was it your understanding
16 that your obligation to respond to the subpoena
17 was no longer outstanding?
18   A.   No, I didn't get that feeling.
19   But, I mean, I didn't get that
20 direction, but I -- I don't remember all the --
21 you know, all of the circumstances, but I
22 thought that the request for -- your -- the
23 request for the information had been satisfied.
24   Q.   So subsequent to your conversation
25 with plaintiffs counsel, after having provided

Page 64

1  them with the documents that were responsive to
2  the subpoena, you decided that you for whatever
3  reason did not have to provide documents to
4  Monsanto in response to the subpoena; is that
5  correct?
6    MS. FORGIE:  Objection.
7    A.   No.
8    Q.   Did you provide the documents to
9  Monsanto in response to the subpoena?
10   MS. FORGIE:  Objection, time.
11   A.   I don't remember.
12   Q.   Let's continue --
13   MS. FORGIE:  Is this a good place to
14 take a short break?
15   I just want to take like a literally
16 five minute biological break.
17   MR. LASKER:  Sure, that's fine.
18   THE VIDEOGRAPHER:  This will be the
19 end of video media disk No. 1.  The time is
20 9:35 a.m.  We're going off the video record.
21   (Recess taken.)
22   THE VIDEOGRAPHER:  We are back on the
23 video record.  This is video media disk
24 No. 2.  The time is 9:47 a.m.
25   MR. LASKER:  Okay.  For the record, in

Page 65

1  connection with both plaintiffs counsel and
2  Mr. Jameson's counsel's repeated
3  instructions to the witness not to answer on
4  the ground of scope we will cite for
5  plaintiffs counsel the case, Detoy versus
6  City of San Francisco, 196 FRD 362 in the
7  Northern District of California, 2000, which
8  makes it clear that instructions to a
9  witness not to answer questions at a
10 deposition on the grounds of scope are
11 improper.
12   And we again would make note as the
13 deposition goes on, to the extent those type
14 of improper instructions are provided, and
15 we'll raise that issue with the court as
16 necessary.
17   But at this point we're going to move
18 on with the deposition.
19   In particular --
20   MS. FORGIE:  I'm going to respond to
21 that.
22   As far as I know, the instructions not
23 to answer that I've made have been on
24 grounds of privilege, not on grounds of
25 scope.

Page 66

1    I've objected on grounds of scope, but
2 I've allowed him to answer.
3    And certainly with regard to the CV, I
4 think you're entitled to ask him, you know,
5 background questions with regard -- that
6 will establish his competency to be involved
7 in the IARC meetings, but not to ask him
8 questions about glyphosate, and NTP, and
9 things like that.
10    MS. HANLON:  And I join in that
11 discussion because my objection in regards
12 to the CV were very similar, in the sense
13 that I understand how you need to establish
14 his background.
15    But in regards to specific details of
16 what he did in each of his jobs, I believe
17 is beyond the scope of that.
18    MR. LASKER:  I understand your
19 position and the record will be clear as to
20 where you instructed the witness not to
21 answer.
22    And if you are not going to be doing
23 that in the future, that will make things go
24 a lot smoother.
25 BY MR. LASKER:

Page 67

1    Q.  Dr. Jameson, let me mark as the next
2 exhibit in line -- and I'm frankly not sure what
3 that is --
4    MS. HANLON:  That will be 9.
5    MR. LASKER:  No. 9, 12-9, the subpoena
6 duces tecum that was served upon you
7 sometime in August of 2016.
8    Let's have the court reporter mark
9 that first.
10    (Exhibit 12-9, Multipage document
11 entitled Notice of Subpoena Duces Tecum,
12 marked for identification, as of this date.)
13    MR. LASKER:  And then as Jameson 12-10
14 a document that you produced that has been
15 Bates stamped Jameson SDT 001693 through
16 1696.
17    MS. FORGIE:  Counsel, do you have a
18 copy for me?
19    MR. LASKER:  We do.
20    MS. FORGIE:  Thank you.
21    And this is 12-9?
22    MR. LASKER:  This is No. 10, sorry.
23    (Exhibit 12-10, Four-page document
24 entitled Document Requests, bearing Bates
25 stamp Nos. Jameson SDT 001693 through

Page 68

1 Jameson SDT 001696, marked for
2 identification, as of this date.)
3    Q.  And Dr. Jameson, if you could first of
4 all identify Exhibit 12-9 as the subpoena that
5 you received for documents in this case on or
6 about August 2016.
7    (Witness looks at document.)
8    A.  Okay.  It looks like it.
9    Q.  And can you identify what
10 Exhibit 12-10 is.
11    (Witness looks at document.)
12    A.  This is a -- I think it's an inventory
13 of what I had in my files in response to this.
14    Q.  And did you prepare Exhibit 12-10?
15    A.  Did I prepare this?
16    Q.  Yes.
17    A.  I think I did.
18    Q.  Okay.  So if I understand correctly
19 there is on Exhibit 12-10 numbers and then
20 listed next to those numbers either "None,"
21 indicating you didn't have responsive documents
22 or documents that you identified as being
23 responsive to the subpoena; is that correct?
24    A.  I think that's what this is, yes.
25    Q.  Okay.  And all right, am I correct

Page 69

1 also my understanding then that these documents
2 that are listed in Exhibit 12-10 are the
3 documents that you provided to plaintiffs
4 counsel?
5    A.  I believe that's correct.
6    Q.  The document request No. 4, which is
7 subpoena all -- subpoenaed "All research,
8 studies, analyses, calculations, re-evaluations
9 of previously published studies, or data you
10 reviewed, drafted, generated, or received in
11 connection with IARC Working Group 112."
12    A.  Uh-huh.
13    Q.  So that would be the listing and
14 there's about a page and a half of documents
15 that you had in your files responsive to that
16 request, correct?
17    A.  Uh-huh.
18    Q.  Is that correct?
19    A.  Yes.
20    Q.  And so these documents you provided to
21 plaintiffs counsel, correct?
22    A.  Yes.
23    Q.  I will represent to you that we did
24 not receive these documents or certainly the
25 majority I think.

Page 70

1      A couple of them or maybe one of them
2  we received.
3      The other documents we did not receive
4  in response to our subpoena.
5      Do you understand --
6      Do you still have copies of these
7  documents in your files?
8      A.   I believe I do, yes.
9      MR. LASKER:  We would again request
10  that these documents be produced in response
11  to the subpoena.
12      They have been under subpoena since
13  August of 2016.
14      And to the extent that these are
15  documents that we would want to question
16  Dr. Jameson on, we are not in a position to
17  do so here today.
18      So we will reserve our rights with
19  respect to those documents and with respect
20  to any further questioning of those
21  documents.
22      And we would ask that those documents
23  be produced as they should have previously
24  in response to the subpoena.
25      MS. FORGIE:  Counsel, they have been

Page 71

1  produced.
2      MR. LASKER:  Just to be clear, let's
3  mark as Exhibit 12-11...
4      (Exhibit 12-11, Two-page document
5  entitled Documents Request #4-references in
6  my files, bearing Bates stamp Nos. Jameson
7  SDT 000008 and Jameson SDT 0000009, marked
8  for identification, as of this date.)
9      MR. LASKER:  And I will represent this
10  is a document Bates stamped Jameson SDT
11  000008 to 09.
12      And this is --
13      Q.   Well, first of all, can you identify
14  this document, Dr. Jameson?
15      A.   This document?
16      Q.   Yes.
17      A.   It looks like it was taken from --
18      Q.   I'm sorry, Exhibit 12-11.
19      A.   12-11 looks like it's taken from
20  Exhibit 12-10.
21      MS. FORGIE:  Do I have 12-11?
22      MR. KALAS:  I only had three copies.
23  I'm sorry.
24      MS. FORGIE:  Okay.  That's okay.
25      MR. LASKER:  We will represent that

Page 72

1  this is the document in your production
2  that -- the only document we can tell in the
3  production that corresponds with the listing
4  of various documents for exhibit -- or for
5  question 4.
6      We did not receive original documents.
7      Some of these documents are identified
8  as far as what's available publicly, but
9  those, of course, would not be the documents
10  in your files or with any annotations that
11  you may have on those documents.
12      And some of the documents it's even
13  impossible to tell what they are from this
14  list.
15      So again, we will repeat our prior
16  request.
17      We did not receive these documents
18  from Dr. Jameson.
19      They have been under subpoena since
20  August of 2016.
21      And to the extent that those documents
22  give rise to other questions, we'll reserve
23  our right to take further deposition of
24  Dr. Jameson regarding those documents.
25      MS. FORGIE:  Is there a question

Page 73

1  pending?
2      MR. LASKER:  No.
3      MS. FORGIE:  Okay.
4      MR. LASKER:  Just to the extent that
5  the representation was that they were
6  produced, these documents were not produced.
7      Q.   Let me direct you also to
8  Exhibit 12-2.
9      And this is objections and responses
10  to Monsanto's notice of deposition of
11  Dr. Jameson, which we received today that was
12  marked by your counsel.
13      And this lists --
14      MR. LASKER:  I'm sorry, do we have
15  another copy of this?
16      MS. FORGIE:  Are you talking about the
17  objections?
18      MR. LASKER:  Yes, the objections.
19      MS. FORGIE:  I have a copy, so if
20  you're looking for one...
21      Q.   Dr. Jameson, and just some questions,
22  first of all, about the objections that were
23  served.
24      There is just to be clear a -- the
25  numbering scheme is off by one because there is

Page 74

1  an additional question here.
2        But document request No. 5 as set
3  forth in your objections is also the same
4  question as is set forth in the subpoena at
5  No. 4, asking for the same set of documents,
6  correct?
7        (Witness looks at document.)
8     A.   That's what it appears to be, yes.
9     Q.   And again, it states there that "All
10  responsive documents were previously produced to
11  Defendant," correct?
12     A.   That's what this document says, yes.
13     Q.   Now I just want to be clear on the
14  nature of your objections to the document
15  requests that were submitted in connection with
16  this deposition.
17        There are a series of objections which
18  I don't understand or expect you to understand,
19  that's legal stuff.
20        But there is also the statement made
21  that "no documents have been withheld from
22  production on the basis of the objections set
23  forth in this Response unless expressly stated."
24        And I'll represent to you that it's
25  not stated, unless I've missed it and counsel

Page 75

1  can clarify for me, that any documents were
2  withheld.
3        But I'm going to ask you that on the
4  record.
5        Do you have any documents in your
6  files that you understand to be responsive to
7  the subpoena or the document requests in the
8  notice of deposition, putting aside the issue
9  with the documents that we have just talked
10  about, that have not been produced to defendants
11  in this case?
12     A.   No.
13        MS. FORGIE:  Counsel, let us take a
14  short minute break.
15        I may be able to help clarify
16  something.
17        THE VIDEOGRAPHER:  Okay to go off the
18  record?
19        MR. LASKER:  Sure.
20        THE VIDEOGRAPHER:  We're going off the
21  video record.  The time is 9:59 a.m.
22        (Recess taken.)
23        THE VIDEOGRAPHER:  We're back on the
24  video record.  The time is 10:02 a.m.
25        MS. FORGIE:  Thank you, counsel, for

Page 76

1  that break.
2        I was trying to clarify something, but
3  I wasn't able to clarify it any further, but
4  I did try.
5        MR. LASKER:  That's fine.
6        MS. FORGIE:  Thank you.
7     Q.   So Dr. Jameson, with respect to the
8  subpoena, the document subpoena included
9  requests for e-mail communications and you did
10  produce a handful of e-mails.
11        My question for you is, how did you go
12  about looking for responses -- e-mail
13  communications in response to the subpoena?
14     A.   I went to my e-mail account and went
15  to the dates of the IARC meeting and looked to
16  see if I had kept any e-mails from that
17  March 2015 time frame.
18     Q.   Did you --
19     A.   I'm sorry.
20        Excuse me.
21        Actually it would have included like
22  six months prior to that, because that's when
23  the process started.
24     Q.   Did you run any searches on your
25  e-mail system for the specific items or specific

Page 77

1  names of individuals for whom the document
2  subpoena covered?
3        So, for example, to the extent the
4  document subpoena covered communications with
5  particular individuals, did you search for those
6  individuals names?
7     A.   I searched the names of the
8  individuals at IARC that I had communication
9  with during the process and also the names of
10  the subgroup members for the animal
11  carcinogenesis group that I had had
12  correspondence with in the course of our going
13  back and forth with the drafts of the documents
14  that they prepared or I prepared for that
15  particular meeting.
16        But I had deleted just about all of
17  them.
18     Q.   And did you also search your e-mail
19  with respect to the word glyphosate or Roundup?
20     A.   I don't recall doing a search for
21  glyphosate or Roundup.
22        I would have -- I knew the names of
23  the people I would have corresponded with, so
24  that's what I did the search with, is by name.
25        And to be honest, if -- the -- well, I

1  guess the text would have had glyphosate in it.
2      The subject matter might not have said
3  glyphosate, but we might have been discussing
4  something.
5      Q.  Have you subsequent to receiving the
6  subpoena deleted any e-mails that would
7  otherwise be responsive to the subpoena?
8      A.  No.
9      MR. LASKER:  We would ask that you
10  continue to preserve all documents and all
11  e-mails in your files.
12      And again, we'll make a request to
13  counsel that to the extent there are
14  documents that are responsive to the
15  subpoena -- the subpoena, again, was issued
16  back in August of 2016 -- the e-mail
17  communications that are within the scope of
18  the subpoena that have not been searched for
19  with respect to glyphosate, that Dr. Jameson
20  conduct that search.
21      And if there are any documents,
22  further documents be produced to us, and
23  then we will address that issue again also.
24      MS. FORGIE:  Okay.
25      Q.  Likewise, did you do any searches on

1  your e-mail system for Environmental Protection
2  Agency?
3      A.  No.
4      Q.  Did you do searches of your e-mail
5  system with respect to the World Health
6  Organization?
7      A.  I did not do a search for the World
8  Health Organization, no.
9      Q.  Did you do a search for the term
10  surfactant?
11      A.  No.
12      Q.  Did you do a search for the term
13  P-O-E-A, POEA?
14      A.  No.
15      Q.  Did you do a search for the term AMPA,
16  A-M-P-A?
17      A.  No.
18      Q.  And did you have any limitation as far
19  as time, dates with respect to the e-mails that
20  you did search?
21      A.  I'm sorry, any limitations?
22      Q.  With respect to the dates within which
23  you were --
24      A.  Oh, you mean the search --
25      Q.  Period.

1      A.  No.
2      Q.  Did you conduct any searches with
3  respect to EFSA, the European Food Safety
4  Agency?
5      A.  No.
6      Q.  Did you have any documents that came
7  up in your searches that you did do that you
8  determined were not responsive to the subpoena?
9      A.  There may have been, but I don't -- I
10  don't recall.
11      Q.  Did you consult with any counsel about
12  whether or not the documents you've identified
13  were within the scope of the subpoena or not?
14      A.  No.
15      MR. LASKER:  Well, again, we'll have
16  the same request of counsel for a search to
17  be conducted pursuant to the subpoena for
18  any additional materials.
19      MS. HANLON:  So noted.
20      Q.  Dr. Jameson, what did you do to
21  prepare for this deposition?
22      A.  What did I do to prepare?
23      Q.  Yeah.
24      A.  Well, I read through the monograph
25  from Volume 112 for glyphosate.

1      I read through the preamble for the
2  IARC monographs.
3      I had access to previous depositions,
4  so I read through one or two of those to get a
5  feel for what type of questions might be asked.
6      And I met with Sharon to -- just to go
7  over -- get some advice from her as to what to
8  expect and --
9      MS. HANLON:  Dr. Jameson.
10      MR. LASKER:  You shouldn't go into
11  anything about that, that's privileged.
12      THE WITNESS:  Sorry.
13      MS. HANLON:  That's okay.
14      Q.  With respect to prior deposition
15  transcripts that you reviewed, do you recall who
16  the deponents were?
17      A.  Specifically, Aaron Blair.
18      Q.  Do you recall reviewing any other
19  deposition transcripts?
20      A.  Not for the preparation of this.
21      It was only Aaron Blair.
22      I'm sorry, it was just his.
23      Q.  Okay.  And did you have any
24  conversations -- not with your counsel -- but
25  with plaintiffs counsel, either alone or with

Page 82

1  your counsel in preparation for this deposition?
2      A.   No.
3      Q.   Who is paying for your counsel here
4  today?
5      MS. FORGIE:  Objection.
6      A.   Who is paying?
7      What does that --
8      I mean that's not...
9      MS. HANLON:  Objection, form,
10  relevance.
11      Instruct him not to answer.
12      MR. LASKER:  Okay.  Are you
13  instructing the witness not to answer the
14  question?
15      MS. HANLON:  Yes, I am.
16      MR. LASKER:  What is the basis?
17      MS. HANLON:  Attorney-client
18  privilege.
19      MR. LASKER:  For who is paying for the
20  attorney?
21      MS. HANLON:  That's right.
22      And beyond the scope of this
23  deposition.
24      MR. LASKER:  Again, we already know
25  that -- looked into this --

Page 83

1          Outside the scope of the deposition is
2  not a proper basis to instruct the witness
3  not to answer.
4      MS. HANLON:  And also the relevance
5  area.
6      MR. LASKER:  I understand that.
7      But the basis for your instruction not
8  to answer is privilege; is that correct?
9      MS. HANLON:  It's the variety.
10      It's relevance, it's privilege, and
11  beyond the scope of this deposition.
12      MR. LASKER:  Okay.  And can you
13  provide me with a cite to any legal
14  authority by which you can instruct the
15  witness not to answer a deposition question
16  based on relevance?
17      MS. HANLON:  I will provide you with
18  one afterwards.
19      MR. LASKER:  All right.
20  BY MR. LASKER:
21      Q.   Have you spoken with anyone else
22  besides your counsel about this deposition?
23      A.   Other than my wife, no.
24      MR. LASKER:  Okay.
25      MS. FORGIE:  That's privileged, too.

Page 84

1      MR. LASKER:  I'm not going to --
2      MS. FORGIE:  You don't want to go
3  there, do you?
4      Q.   Okay.  Dr. Jameson, I'd like to start
5  talking to you about some of the documents that
6  you have produced in response to the subpoena
7  and...
8      MS. HANLON:  If I may have a moment,
9  Kathryn?
10      We're just going right here.
11      MR. LASKER:  Okay.
12      THE VIDEOGRAPHER:  We're going off the
13  video record.  The time is 10:12 a.m.
14      (Recess taken.)
15      (Exhibit 12-12, Multipage document
16  entitled NTP Technical Report on Toxicity
17  Studies of Glyphosate, bearing Bates stamp
18  Nos. Jameson SDT 001124 through Jameson SDT
19  001181, marked for identification, as of
20  this date.)
21      THE VIDEOGRAPHER:  We're back on the
22  video record.  The time is 10:12 a.m.
23      MS. HANLON:  Going back to the
24  question with regards to who is paying for
25  today's deposition, I am going to instruct

Page 85

1  the witness that he can respond to it.
2      MR. LASKER:  Okay.
3      So let's go back to that question.
4      Q.   Who is paying for your counsel here
5  today?
6      A.   Me.
7      Q.   Okay.  So can you identify for the
8  record the exhibit that has been marked as
9  Exhibit 12-12?
10      A.   This appears to be a copy of the NTP
11  Technical Report on the Toxicity Studies of
12  Glyphosate that was administered in dose feed to
13  Fischer rats and B6C3F1 mice.
14          Conducted by the National Toxicology
15  Program and published in July of 1992.
16      Q.   And as indicated in I think what has
17  been marked as Exhibits 12-11 and 12-10, this is
18  one of the documents that you reviewed in
19  connection with your work on IARC Working Group
20  112, correct?
21      A.   Correct.
22      Q.   Okay.  And this NTP report is
23  something that was prepared during the period
24  that you were employed at NTP, correct?
25      A.   Correct.

Page 86

1    Q.   And this document was also a report
2  that was available to you during that period
3  when you were in charge of the official U.S.
4  list of known or possible human carcinogens for
5  NTP, correct?
6    A.   Correct.
7    Q.   The NTP, as indicated in this
8  Exhibit 12-12, has conducted a number of
9  genotoxicity studies on glyphosate, correct?
10   A.   According to this report, I really
11 don't remember, but I think that's accurate,
12 yes.
13   Q.   Okay.  If I could refer you to --
14   A.   Oh, the back of the report.  Okay.
15   Q.   -- to pages, and these are Bates
16 stamped, and I'll just put it on the record, if
17 I didn't already.
18       This is Jameson SDT 001124 through
19 1180.
20       MS. FORGIE:  1181, for accuracy.
21       MR. LASKER:  Thank you.
22       1181.
23       MS. FORGIE:  Something we can agree
24 on.
25   Q.   And just refer you to various pages of

Page 87

1  this document.
2       And I will refer just to the last page
3  of the Bates number, but if you look at it, 1141
4  and 1142 in this document.
5       (Witness looks at document.)
6    Q.   Bottom right corner.
7    A.   Yeah.
8       41 and 42.  Okay.
9    Q.   And it's indicated in the NTP report,
10 the NTP, National Toxicology Program, had
11 conducted both mutagenicity studies and mouse
12 peripheral blood micronucleus tests on
13 glyphosate, correct?
14       MS. FORGIE:  Objection.
15       (Witness looks at document.)
16   A.   I'm sorry, could you repeat that.
17       I was reading --
18   Q.   As indicated in this NTP toxicity
19 report that you had reviewed in connection with
20 your work on the IARC Working Group 112 meeting,
21 the NTP has conducted mutagenicity studies and a
22 mouse peripheral blood and micronucleus test on
23 glyphosate, correct?
24       MS. FORGIE:  Objection.
25       MS. HANLON:  I'm going to instruct the

Page 88

1  witness if you need time to read the
2  document in order to answer a question,
3  please feel free to do so.
4       THE WITNESS:  Okay.
5    A.   According to this document, to this
6  paper, they did conduct those studies, correct.
7    Q.   And if I could refer you to 1158,
8  which has the results of these studies.
9    A.   Okay.
10   Q.   And -- well, first of all, let me ask
11 you again, as it relates to your view of this
12 document what is a Salmonella -- immunogenicity
13 study in Salmonella typhimurium?
14       Am I pronouncing that correct?
15       MS. FORGIE:  Do you --
16   A.   Salmonella typhimurium, yeah.
17   Q.   What is that?
18   A.   Okay.  Again, I'm not so sure what
19 this has to do with IARC.
20       But the Salmonella is a bacterial
21 system and they are looking for the -- if it
22 causes a mutagenic effect in the bacteria, this
23 strain of bacteria.
24   Q.   And is this a standard, generally
25 accepted genotoxicity test?

Page 89

1    A.   Yes.
2       MS. FORGIE:  Objection.
3    Q.   And the mouse peripheral blood
4  micronucleus test, what is that?
5    A.   Again, first I would say I'm not a
6  genetic toxicologist.
7    Q.   Uh-huh.
8    A.   But the micronucleus assay is to check
9  the -- use a blood smear to check to see if the
10 chemical that was used in the study caused an
11 effect on the micronuclei of the cell in the
12 blood.
13   Q.   And this is also a standard, generally
14 accepted genotoxicity test, correct?
15       MS. FORGIE:  Objection.
16       MS. HANLON:  Object to form.
17       I think that the basis for whether or
18 not he has the background in order to answer
19 these questions has not been laid.
20       He has also indicated to you that it's
21 not something that he was involved in.
22   Q.   I'm going to back up.
23       You indicated already, I believe, that
24 this is a document that you reviewed in
25 connection with your work on IARC Working Group

Page 90

1  112, correct?
2       You produced it as such --
3  A.   Correct.
4  Q.   -- okay?
5  A.   But I concentrated more on the animal
6  expose -- on the -- you know, on the toxicity in
7  the animals, not the genotoxicity.
8  Q.   In conducting in connection with your
9  review in preparation for Working Group 112, did
10 you read this document?
11 A.   I read through it, yes.
12 Q.   Okay.  Again, I'll ask you, the mouse
13 peripheral blood micronucleus test, is that a
14 standard genotoxicity test --
15      MS. FORGIE:  Objection.
16      MS. HANLON:  Join.
17 Q.   -- a generally accepted genotoxicity
18 test?
19 A.   Again, I am not a genetic
20 toxicologist, but it's a test that is routinely
21 run in some animal bioassays to see if they can
22 gather some information on the genotoxicity of
23 the compound.
24 Q.   And in connection with your work as --
25 at NTP, and particularly as the head of that

Page 91

1  group that created the list of known or possible
2  human carcinogens, would this be the type of
3  information, including about genetic toxicity,
4  that you would routinely consider?
5       MS. FORGIE:  Objection.
6  A.   This would be part of the information,
7  but just, you know, one piece.
8  Q.   But one piece that you would consider,
9  correct?
10 A.   Right.
11 Q.   Okay.  Now if you go to page 1158, and
12 particularly the bottom where it discusses
13 genetic toxicology.
14      Based upon the NTP's testing,
15 glyphosate did not induce gene mutations in
16 either the Sprague-Dawley rats or the Syrian
17 hamster models, correct?
18      MS. FORGIE:  Objection.
19      MS. HANLON:  Objection, form.
20 A.   Say it again.
21 Q.   Based upon the testing that NTP
22 conducted, glyphosate did not induce gene
23 mutations in either Sprague-Dawley rats or
24 Syrian hamster models, correct?
25      MS. FORGIE:  Objection.

Page 92

1       MS. HANLON:  The same objection.
2  A.   I see no information in here about
3  Syrian golden hamsters.
4  Q.   Okay.  If I could direct you to the
5  bottom of the page, "Genetic Toxicology" --
6  A.   Ah, there it is.
7       MS. FORGIE:  Wait.
8       Are you on page 58?
9       MR. LASKER:  Yeah.
10      MS. FORGIE:  Okay.
11 A.   I'm sorry.
12 Q.   So can you read the first sentence
13 under "Genetic Toxicology" for the record.
14 A.   "Glyphosate did not induce gene
15 mutations in Salmonella typhimurium strains
16 TA100, TA1535, TA97, or TA98 when tested in"
17 prenucle -- "preincubated protocol in the
18 presence and the absence of Aroclor 1254-induced
19 male Sprague-Dawley rat or Syrian hamster liver
20 S9."
21      So I stand corrected.
22      It does say it in the "Syrian hamster
23 S9," sorry.
24 Q.   Okay.  Just so the record is clear, in
25 NTP testing glyphosate did not induce gene

Page 93

1  mutations in either Sprague-Dawley rat or Syrian
2  hamster models, correct?
3       MS. FORGIE:  Objection.
4  A.   According to this report at the doses
5  that were tested it did not cause an effect.
6  Q.   And the NTP, when it conducts these
7  tests, conducts them at the dosages that NTP
8  believes and NTP scientists believe are
9  appropriate, correct?
10      MS. FORGIE:  Objection.
11      MS. HANLON:  Objection.
12      I'm going to object on the form.
13      I'm not sure the proper groundwork was
14 laid here to have him testify in regards to
15 procedures.
16 A.   This is a study of a 13 -- this is a
17 report of a 13-week study.
18      Three-week studies in the NTP are run
19 as mostly dose setting for a potential chronic
20 bioassay.
21      So the doses that -- the doses that
22 were run here were run to see -- or to determine
23 what doses would be appropriate for a two-year
24 bioassay study.
25 Q.   Okay.  Well, that is with respect to

Page 94

1    the 13-week animal bioassay --
2        A.   Right.
3        Q.   I'm going to ask you questions about
4    that.
5            But I'm dealing now with the genetic
6    toxicity tests which are a separate series of
7    tests, correct?
8        A.   Okay.
9            MS. FORGIE:  Objection.
10       Q.   And with respect to those tests, when
11   the NTP conducts those genetic toxicity tests
12   the NTP is conducting those tests at the doses
13   that it believes is appropriate to determine
14   whether or not glyphosate has a genotoxic
15   effect, correct?
16           MS. FORGIE:  Objection, asked and
17   answered.
18           You can answer it again.
19       A.   It's -- it was run to see if it causes
20   mutagenicity, right.
21       Q.   Okay.  And it didn't, glyphosate did
22   not cause mutagenicity, right?
23       A.   In this particular study --
24           MS. FORGIE:  Objection.
25       A.   In this particular study it did not.

Page 95

1        Q.   Okay.  And with respect to the mouse
2    peripheral blood micronucleus test, glyphosate
3    also did not induce an increase in micronuclei
4    in mice, correct?
5            MS. FORGIE:  Objection.
6        A.   At the doses that the animals were
7    exposed to, that's accurate, yes.
8        Q.   And you have no reason to believe that
9    the doses that NTP used in these tests were
10   improper doses, correct?
11           MS. FORGIE:  Objection.
12           MS. HANLON:  Objection.
13       A.   As I said, they were doses that were
14   used -- that were used in the 13-week study,
15   which is usually a dose setting exercise for
16   chronic bioassay.
17       Q.   Was there a determination made in the
18   initial report that the doses used in that
19   13-week study were improper?
20       A.   I'd have to read the study through to
21   see.
22           Do you want me to take the time to
23   read the study now?
24           MS. FORGIE:  Objection.
25       Q.   We will continue because I'm going to

Page 96

1    ask you questions about the 13-week toxicity
2    study, okay?
3        A.   Okay.
4            MS. FORGIE:  Do you want him to read
5    it, or no?
6            MR. LASKER:  If he needs to in
7    response to subsequent questions, sure.
8            But let me ask the question, first.
9        Q.   At page 1158 also -- one second here.
10   I'm sorry.
11           At page 1161 the second paragraph from
12   the bottom of the NTP report states that "The
13   results of the Salmonella typhimurium assays and
14   micronuclei tests showed no evidence that
15   glyphosate is genotoxic," correct?
16       A.   That's what's stated here, yeah.
17       Q.   And the NTP then also looks at the
18   literature and states that its findings that
19   glyphosate was not genotoxic were consistent
20   with findings in published literature, correct?
21           MS. FORGIE:  Objection.
22       A.   That's what's stated here.
23       Q.   Now you mentioned that the NTP also
24   conducted a 13-week toxicity test of glyphosate
25   or actually 13-week toxicity tests of glyphosate

Page 97

1    in mice and rats, correct?
2        A.   Correct.
3        Q.   And you're talking about dose, so
4    let's look to the dose that was used there at
5    page 1137.
6            And if you look at the 13-week study
7    design the mice and rats were fed glyphosate at
8    doses up to 50,000 parts per million which was
9    equivalent to 5 percent of total food intake,
10   correct?
11           MS. FORGIE:  Objection.
12       A.   No, that means 5 percent of the diet
13   contained glyphosate.
14       Q.   Ah, okay.
15           I stand corrected.
16           50,000 parts per million then, so
17   base -- 5 percent of everything they ate was
18   glyphosate?
19       A.   In the top dose, yes.
20       Q.   And that is generally the maximum
21   dosage that is used in these types of animal
22   studies, including two-year cancer bioassays,
23   correct, 5 percent of the total diet?
24           MS. HANLON:  Objection.
25           MS. FORGIE:  Objection.

Page 98

1      MS. HANLON:  Objection, form.
2      A.   Yes, that is typically the case.
3      Q.   So the 13-week study design or the
4  13-week study that we're talking about tested
5  with glyphosate up to the maximum dose used in
6  these types of studies, correct?
7      MS. FORGIE:  Objection.
8      A.   I'm trying to recall if they ever went
9  above the 5 percent level.
10     The issues that you run into and
11  I'm -- you know, this is really going beyond the
12  scope of IARC.
13     But very briefly, the issues you run
14  into, if you start feeding the animals more than
15  5 percent -- higher than 5 percent in the diet,
16  you start to effect their nutritional intake,
17  and so it may -- it could compromise the results
18  you see because you're compromising their -- you
19  know, their nutritional intake.
20     Q.   Okay.  So the 13-week study --
21     MS. FORGIE:  Wait.
22     He didn't finish.
23     MR. LASKER:  I'm sorry.
24     A.   So -- but there may have been studies,
25  I really can't remember, but there may have been

Page 99

1  studies where it was tested at higher than
2  5 percent.
3      Q.   But it's fair to say that the 13-week
4  study that NTP conducted on glyphosate was
5  conducted at doses up to the maximum dose that's
6  generally accepted for use in these studies,
7  correct?
8      A.   Correct.
9      MS. FORGIE:  Objection.
10     Q.   And so with respect then to the mouse
11 peripheral blood micronucleus test and results
12 of that test, that was a test that included
13 doses up to the highest dose generally used in
14 these types of studies, correct?
15     MS. FORGIE:  Objection.
16     MS. HANLON:  Objection.
17     A.   I can't speak to the micronucleus
18 test.
19     Again, I'm not a genetic toxicologist.
20 They may do studies at higher levels
21 than that to determine effects on micronuclei.
22 I don't know.
23     Q.   Based upon your work at NTP, is a
24 5 percent of the diet maximum dose a dose that
25 is -- you often see used as a top dose for this

Page 100

1  type of micronuclei test?
2      MS. FORGIE:  Objection.
3      A.   It's -- the situation is, you do the
4  study and you take advantage of the fact that
5  you're dosing animals to do a micronuclei study.
6      So I mean...
7      Q.   So it would be fair to say that
8  generally these studies are conducted in animal
9  tests and in those animal tests 5 percent of the
10 diet is generally accepted as the maximum dose?
11     MS. FORGIE:  Objection.
12     MS. HANLON:  Objection.
13     A.   Generally accepted for these types of
14 studies.
15     Q.   Now the 13-week study, and I recognize
16 this wasn't a full two-year study, but part of
17 the 13-week study included histopathology
18 evaluation of various tissues, correct?
19     A.   Correct.
20     Q.   And part of the reason for this is to
21 see if there is any specific organ toxicity for
22 the compound being tested, correct?
23     MS. HANLON:  Objection, form.
24     A.   Correct.
25     MS. FORGIE:  Could I have that last

Page 101

1  question read back, please.
2      MR. LASKER:  Part of the reason for
3  this is to see if there is any specific
4  organ toxicity for the compound being
5  tested.
6      MS. FORGIE:  Thank you.
7      Q.   And the NTP considers that data as
8  relevant for -- to answer the question of
9  whether or not a two-year cancer bioassay will
10 be conducted, correct?
11     MS. FORGIE:  Objection.
12     A.   It's part of the information, yes.
13     Q.   If there is evidence of specific organ
14 toxicity that might be a reason to conduct a
15 two-year cancer bioassay, correct?
16     A.   Correct.
17     Q.   And if there is no specific organ
18 toxicity that might be a factor that would lead
19 NTP to determine that a two-year study cancer
20 bioassay was not indicated, correct?
21     MS. FORGIE:  Objection.
22     A.   That's not necessarily true.
23     I mean there may be other factors that
24 even though you see no effect at the highest
25 dose in the sub-chronic study, there may be

Page 102

1  other reasons to go ahead and complete a
2  two-year study.
3      Q.   I understand that.
4          But let me ask my question again.
5          Maybe there is exceptions, there may
6  be other circumstances.
7          But a 13-week study that fails to show
8  specific organ toxicity would be a factor that
9  would lien against conducting a two-year cancer
10  bioassay, correct?
11         MS. FORGIE:  Objection, asked and
12  answered.
13         You can answer it again.
14     A.   It could be.
15         My -- my experience with the NTP is if
16  they -- if they start -- initiate studies and do
17  a 13-week study on a compound, there's concern
18  over the chemical because of potential exposure
19  or what have you.
20         And the fact that you don't see
21  anything in the 13-week study does not tell you
22  what you may be -- what you might see for a
23  two-year lifetime bioassay study.
24         Unfortunately other situ -- other
25  considerations such as budget and other

Page 103

1  priorities also play a factor in not going
2  forward with a study.
3          But just I -- so basically what I'm
4  trying to say is.
5          Just because you get no effect in a
6  two -- in a 13-week study is not an absolute for
7  not conducting a two-year study.
8      Q.   I understand that.
9          But let me ask it this way or let me
10  ask this question, when NTP conducts a 13-week
11  toxicity study and they also conduct genetic
12  toxicity studies and the 13-week study shows no
13  specific target organ toxicity and the
14  genotoxicity studies show no genotoxic effect,
15  is that evidence that NTP would then consider
16  the basis for not proceeding with the two-year
17  cancer bioassay?
18         MS. FORGIE:  Objection, asked and
19  answered --
20         MS. HANLON:  Objection.
21         MS. FORGIE:  -- and these are
22  hypotheticals.
23         I object.
24     A.   It lowers the priority.
25     Q.   And that, in fact, is why NTP conducts

Page 104

1  these tests, the 13-week test and the
2  genotoxicity test, to determine whether or not
3  the compound being studied is one that will be
4  considered by NTP as being something they need
5  to look at in a two-year cancer bioassay,
6  correct?
7          MS. FORGIE:  Objection.
8      A.   No.
9          As I indicated before, the 13-week
10  study is conducted as a dose setting for a
11  potential two-year study.
12     Q.   After conducting the 13-week study,
13  toxicity study, and finding no specific target
14  organ toxicity and the genotoxicity tests that
15  showed no genotoxicity for glyphosate, did NTP
16  then proceed to conduct a two-year cancer
17  bioassay on glyphosate?
18         MS. FORGIE:  Objection.
19     A.   I don't think they did, no.
20     Q.   Now the NTP also conducted studies to
21  determine the extent to which glyphosate is --
22  and I'll direct you to this because page 1159 --
23  the extent to which glyphosate is absorbed into
24  the body, correct?
25     A.   Yes.

Page 105

1          MS. FORGIE:  Objection.
2      Q.   And in the discussion -- well,
3  actually, let me go back to the study itself.
4          All right.
5          I was looking at my notes.
6          So on 1159 the NTP found that at
7  5.6 milligrams per kilogram oral dose of
8  glyphosate, about 30 percent of the glyphosate
9  was absorbed into the body, correct?
10         MS. FORGIE:  Where is that?
11         MR. LASKER:  I'm sorry, on 1159 in the
12  middle of the first paragraph.
13         MS. FORGIE:  Are you referencing the
14  Cabana (phonetic) study or are you talking
15  about something NTP did?
16     Q.   We're in the middle of the first
17  paragraph, "If the usual assumption is made that
18  IV administration represents the" --
19         THE REPORTER:  Excuse me, I'm having
20  trouble hearing you.
21     Q.   I'm sorry.
22         Do you see the sentence, Dr. Jameson,
23  that starts "If the usual assumption is made" in
24  the middle of the first paragraph?
25     A.   Uh-huh.

Page 106

1    Q.   So let me repeat my question.
2        The NTP concluded that doses of
3  5.6 milligrams per kilogram, only 30 percent of
4  the oral dose of glyphosate was absorbed into
5  the body, correct?
6        MS. FORGIE:  Objection.
7        (Witness looks at document.)
8        MR. LASKER:  And just to be clear,
9  oral doses.
10       This is with oral administration.
11       MS. FORGIE:  Objection.
12   A.   I'm sorry, I'm trying to read this.
13       Let me -- just let me read through
14  this for a second, please.
15       MR. LASKER:  Uh-huh.
16       Yeah.
17       (Witness looks at document.)
18       THE WITNESS:  Okay, I'm sorry.
19       Then your question again, please.
20   Q.   At an oral dose of 5.6 milligrams per
21  kilogram, NTP concluded that 30 percent of that
22  oral dose of glyphosate was absorbed into the
23  body, correct?
24       MS. FORGIE:  Objection.
25   A.   That's what it states.

Page 107

1    Q.   Okay.  And now if we can go -- if we
2  can go to -- now to page 1143.
3    A.   Okay.
4    Q.   And this is providing data also with
5  respect to the intravenous or a systemic dose of
6  glyphosate, correct?
7    A.   Right.
8    Q.   And the NTP concluded that systemic
9  doses of glyphosate as indicated in Table~3 are
10  eliminated unchanged almost entirely through the
11  urine, correct?
12       MS. HANLON:  If you need a moment to
13  review the document, you may do so.
14       MS. FORGIE:  Objection.
15       And again, this is so far beyond the
16  scope of this deposition.
17   A.   I've...
18   Q.   Do you want me to repeat the question?
19       And it's at Table~3, the far column to
20  the right, which is talking about the IV --
21   A.   About the IV.
22   Q.   -- the systemic dose, right, correct?
23   A.   Uh-huh.
24   Q.   So IV is a way -- an IV test is a way
25  to measure a systemic dose inside the body,

Page 108

1  correct?
2    A.   Correct.
3    Q.   And the NTP concluded that systemic
4  doses of glyphosate are eliminated unchanged
5  almost entirely through the urine, correct?
6        MS. FORGIE:  Objection.
7        He said he needed time to read it.
8        (Witness looks at document.)
9        THE WITNESS:  Okay.
10   Q.   Is that correct?
11   A.   Uh-huh.
12       MS. FORGIE:  Objection.
13   Q.   Yes?
14   A.   That's what the paper -- that's what
15  this table says.
16   Q.   Okay.  So based upon the NTP study,
17  roughly 90 percent of a systemic dose of
18  glyphosate is eliminated unchanged through the
19  urine, correct?
20       MS. FORGIE:  Objection.
21   A.   Well, this was a -- they used C14
22  glyphosate, so they were monitoring the
23  radioactivity that was eliminated.
24       So the 90 percent of the radioactivity
25  from the glyphosate was from the urine, yes.

Page 109

1    Q.   So the radioactivity is a way of
2  measuring where the glyphosate is, correct?
3        MS. FORGIE:  Objection.
4    A.   Correct.
5    Q.   And after 24 hours of a systemic dose,
6  98 percent of that glyphosate is then being
7  eliminated through the urine, correct?
8        MS. FORGIE:  Objection.
9        MS. HANLON:  Do you need time to
10  review the document?
11       THE WITNESS:  No.
12   A.   That's what it says here in this
13  paper, yes.
14   Q.   That's correct.
15       And the NTP also found that -- so
16  24 hours after a systemic dose only 1 percent of
17  glyphosate would be remaining inside the test
18  animal, correct?
19       MS. FORGIE:  Objection.
20   A.   That's what it says here.
21   Q.   And NTP also, if you look at
22  page 19 --
23   A.   19?
24   Q.   -- I'm sorry, 44, 1144, Bates number,
25  that's the next page.

Page 110

1    A.   Okay.
2    Q.   The NTP also looked at Roundup or
3  formulated glyphosate, correct?
4    A.   That's what it says here.
5    Q.   And the NTP separately concluded that
6  the absorption and elimination of Roundup was
7  identical to that of glyphosate alone, correct?
8        MS. FORGIE:  I'm going to object to
9  all this line of questioning.
10       I think it's only fair since you're
11  skipping all over the place to let him read
12  the whole document because it has nothing to
13  do with IARC.
14       It's completely unfair.
15       MR. LASKER:  You can -- I'll repeat
16  the question.
17       The objection is noted.
18    Q.   The NTP separately concluded that the
19  absorption and elimination of Roundup is
20  identical to that of glyphosate alone, correct?
21       MS. FORGIE:  The same objection.
22       And are we talking about rats or mice
23  now?
24       You're bouncing all over the place.
25       MR. LASKER:  If you keep doing

Page 111

1  coaching objections again I'm going to have
2  to go to the court.
3        The question still stands, I'll repeat
4  it again.
5    Q.   Dr. Jameson, the NTP separately
6  concluded that the absorption and elimination of
7  Roundup is identical to that of glyphosate
8  alone, correct?
9        MS. FORGIE:  Objection.
10    A.   Okay.  Your question again.
11    Q.   The NTP separately concluded that the
12  absorption and elimination of Roundup is
13  identical to that of glyphosate alone, correct?
14       MS. FORGIE:  Objection.
15    A.   I am not reading that here.
16    Q.   Okay.  Let me go -- direct you then to
17  the second paragraph and maybe --
18       Let me ask you this on page 1144.
19       The NTP found that there was no
20  difference in the elimination of oral dose of
21  5.6 mg/kg glyphosate following any of these
22  exposures compared with the elimination of a
23  similar dose one day prior to the beginning of
24  the administration of Roundup, correct?
25       MS. FORGIE:  Objection.

Page 112

1    A.   That's what this sentence says.
2    Q.   Okay.  So then with respect to the
3  elimination of oral dose of glyphosate or the
4  elimination of an oral dose of Roundup, the NTP
5  concluded that there was no difference, correct?
6        MS. FORGIE:  Objection.
7    A.   I'm not reading that in this sentence.
8        MS. FORGIE:  I don't see it either.
9        MR. LASKER:  Again, coaching
10  objections are not allowed.
11       You keep doing this, we will go to the
12  court.
13       MS. FORGIE:  I'm asking you to point
14  to me where the sentence is you're reading
15  from.
16       I think that's completely fair.
17    Q.   The first complete paragraph, "Rats
18  were exposed to Roundup" --
19       MS. FORGIE:  I see that.
20    Q.   -- "in drinking water at
21  concentrations of 0.5 to 100,000 parts per
22  million for 9 to 16 days.
23       No differences were observed in the
24  elimination of an oral dose of 5.6 milligrams
25  per kilogram glyphosate following any of these

Page 113

1  exposures as compared to the elimination of a
2  similar dose one day prior to beginning
3  administration of Roundup," correct?
4        MS. FORGIE:  Objection.
5    A.   That's what the sentence says.
6    Q.   So with respect to this testing
7  conducted in rats exposed to drinking water with
8  concentrations of glyphosate and concentration
9  of -- at the concentrations tested, they did not
10  see any difference in the elimination of Roundup
11  as compared to the elimination of glyphosate at
12  that 5.6 milligrams per kilogram test, correct?
13       MS. FORGIE:  Objection.
14    A.   That's not what this sentence is
15  saying.
16    Q.   Can you clarify what the sentence is
17  saying.
18    A.   What they're saying is the elimination
19  of glyphosate was not affected by treatment with
20  Roundup formulation.
21    Q.   So if a rat was exposed to Roundup the
22  glyphosate still was eliminated the same way as
23  it would be eliminated if the rat was exposed to
24  glyphosate alone; is that correct?
25       MS. FORGIE:  Objection.

1       MS. HANLON: Objection, form.
2       A.   That's what I'm reading from this
3   sentence.
4       You can't say anything about the
5   elimination of Roundup --
6       Q.   But the glyphosate --
7       A.   -- but you can say that --
8       MS. FORGIE: Let him finish his
9   answer.
10      A.   But you can say that the
11  administration of Roundup did not affect the
12  elimination of the glyphosate.
13      Q.   Okay.  So to the extent that we were
14  just talking about what the NTP found with
15  respect to the elimination of glyphosate, that
16  finding would not be, according to the NTP's
17  testing, altered by the fact that the exposure
18  was also to a formulated Roundup product,
19  correct?
20      MS. FORGIE: Objection.
21      MS. HANLON: Objection to form.
22  I think --
23      A.   I --
24      MS. HANLON: And let me -- just a
25  moment.

1       I think some of your questions, Eric,
2   are bordering on more of an expert witness.
3       And we've been giving you -- I've been
4   giving you great leeway in some of this
5   stuff, but I believe your questions are
6   getting closer and closer to those asking
7   him to give an opinion.
8       MR. LASKER: Okay.
9       MS. HANLON: So I ask you, please, in
10  the continuation here to monitor -- to limit
11  your questions where they do not ask his
12  opinion.
13      MR. LASKER: And just to be clear,
14  this is a document that the witness has
15  already testified to that he reviewed in
16  connection with his work for IARC, and
17  therefore anything in this document is
18  obviously directly relevant to his work for
19  IARC.
20      And so I'm just asking for the
21  understanding of what this document says.
22      I'm not asking for his expert
23  opinions.
24      I've asked him for what the document
25  says, and that's what I'm going to continue

1   to ask him.
2       MS. HANLON: And I appreciate that.
3       But again, I'm interpreting some of
4   your questions as bordering on asking him to
5   give an opinion.
6       MR. LASKER: Okay.
7       MS. HANLON: Thank you.
8       Q.   So again, Dr. Jameson what the NTP
9   studies are indicating is first they provide the
10  data with respect to their tests, as far as the
11  elimination of glyphosate through --
12  administered to their test animal.
13      And then they do a separate test to
14  determine whether or not having the
15  administration of Roundup altered the
16  elimination of glyphosate and they find that it
17  does not, correct?
18      MS. FORGIE: Objection.
19      A.   That's what this says, yes.
20      Q.   Okay.  Dr. Jameson, you have, I
21  believe -- and let's actually go back to your
22  CV, which was marked --
23      I'm sorry, I don't remember the name
24  of it.
25      MS. HANLON: The CV is No. 3, 12-3.

1       MR. LASKER: Oh, good.
2       Thank you.
3       Q.   So in your CV, right after your
4   employment history and the positions that you
5   held in connection with your employment at NI --
6   NTP, you list your international activities,
7   correct, at page 3 --
8       A.   Correct.
9       Q.   -- through 4.
10      And those activities are comprised of
11  numerous instances in which you have served on
12  various IARC working groups in one capacity or
13  another, correct?
14      A.   Among others, yes.
15      Q.   And you -- your first involvement with
16  IARC, at least as I gather from your CV, was in
17  2002, correct?
18      A.   Correct.
19      Q.   And -- I cannot count this up.
20      So there's --
21      Well, you were also a member of an
22  advisory group for IARC in 2003, correct?
23      A.   Correct.
24      Q.   And then you have been in one capacity
25  or another on one, two, three, four, five, six,

Page 118

1    seven, eight, nine, 10, 11, 12, 13, 14, 15 IARC
2    working groups; is that correct?
3        A.   Yeah, that's -- that looks to be
4    correct.
5        Q.   And you have over the past ten years
6    alone -- so I guess that would start with Volume
7    97.
8            In the past ten years one, two, three,
9    four, five, six, seven, eight, nine, 10 --
10   you've been on 11 IARC working groups in the
11   past ten years; is that right?
12       A.   That sounds about right.
13           Some of those meetings were not actual
14   monograph working group meetings.
15           Some of those meetings were special
16   advisory groups for evaluating the known human
17   carcinogens that were listed in the IARC
18   monographs.
19       Q.   Okay.  So I think that was -- you're
20   referring to -- well, actually of the IARC
21   working groups that you have listed in your CV
22   in the past ten years, how many of them were
23   actual IARC working groups in consideration of
24   one compound or another and how many of them
25   were this different type that you're talking

Page 119

1    about?
2        A.   Since 2007 one, two, three, four,
3    five, six, seven, eight -- 10, I guess.
4        Q.   So you've worked on 10 IARC working
5    groups then in the past ten years, correct?
6        A.   Uh-huh.
7            Correct.
8        Q.   How did you -- well, strike that.
9            Let me ask it this way.
10           How are you contacted with respect to
11   the possibility of serving on an IARC working
12   group?
13       A.   How am I contacted?
14       Q.   Uh-huh.
15       A.   I usually receive an e-mail from the
16   director of the IARC monograph program, who is
17   Kurt Straif.
18           And whoever is the responsible IARC
19   staff member for coordinating a particular
20   meeting sends an e-mail and says that IARC is
21   considering reviewing certain chemicals for a
22   particular volume.
23           Because of an individual's background
24   and expertise, they would like to invite us to
25   submit a declaration of interest, which is a

Page 120

1    conflict of interest statement basically to them
2    and to make -- to see if they can formally
3    invite us, formally invite an individual to
4    participate in the meeting.
5        Q.   And is there some process by which --
6    I mean you've now served, as we talked about --
7    every year you're serving on an IARC working
8    group.
9            Is there some process by which you
10   sort of throw your hat into the ring and say I'd
11   like to be considered for this?
12           MS. FORGIE:  Objection.
13       A.   Well, the process at IARC is they
14   announce on their Web site future meetings and
15   where they identify what chemicals they're going
16   to be reviewing for what monograph.
17           And in that announcement they call for
18   individuals to submit any information that
19   somebody may feel is helpful for the review of
20   any of the chemicals listed for that particular
21   monograph.
22           They also ask if anybody knows an
23   individual who may be -- have some experience or
24   knowledge or would be helpful in the review for
25   that particular compound, and they also say

Page 121

1    self-nominations are allowed.
2        Q.   Right.
3        A.   And so that's how you find out what's
4    going to be studied.
5        Q.   So in connection with these IARC
6    working groups have you nominated yourself, if
7    you will, to serve on various IARC working
8    groups?
9        A.   Yes.
10       Q.   And do you regularly monitor the IARC
11   monograph program to determine which working
12   groups are being formed for future --
13       A.   Yes.
14       Q.   And do you regularly, if you have, any
15   experience --
16           At NTP I assume you've had experience
17   with lots of compounds, correct?
18       A.   Correct.
19       Q.   So to the extent that you've had any
20   experience, is it your practice then to reach
21   out to IARC and let them know that you'd be
22   interested?
23       A.   If they're reviewing a chemical or a
24   group of chemicals which I either have some
25   knowledge on or am interested in because of my

Page 122

1    past experience of NTP, I will write into them
2    and say this looks like a very interesting group
3    of compounds.
4           I outline my past experience in
5    looking at compounds similar to that and include
6    my CV and say I'd like to be considered for a
7    member of the working group.
8    Q.    And I take it you consider serving on
9    an IARC working group to be something that is a
10   credential you listed certainly on your CV,
11   correct?
12          MS. FORGIE:  Objection.
13   A.    It's that.
14          But to be very honest with you, I
15   enjoy doing them.
16          I enjoy the stimulation.
17          I enjoy having the opportunity to
18   interact with international scientists that
19   participate in these meetings to see -- to get
20   their spin and their interpretation on what the
21   data means and to keep up.
22   Q.    Do you know of the 10 IARC working
23   groups that you have served on in the past
24   ten years how many of those you, if you will,
25   self-nominated yourself to serve on?

Page 123

1           MS. FORGIE:  Objection.
2    A.    Over the past ten years?
3           I don't know the -- I don't recall the
4    exact number, but it may be two.
5    Q.    And in the earlier years were you
6    having to self-nominate more until you became
7    known as an IARC member --
8    A.    No --
9           MS. FORGIE:  Wait.
10          Let him finish his question and let me
11   get my objection in.
12          Were you finished with the question?
13          MR. LASKER:  Yeah.
14          MS. FORGIE:  Objection.
15          THE WITNESS:  Okay.
16   A.    My initial involvement with IARC was
17   through my activities for the Report on
18   Carcinogens.
19          And the National Institute of
20   Environmental Health Sciences provides support
21   to the IARC monograph, financial -- I mean grant
22   money and that type of support for their
23   activities.
24          Their activities coincide very closely
25   to what I was doing with the Report on

Page 124

1    Carcinogens.
2           And being a supporter of IARC, the
3    National Institute of Environmental Health
4    Sciences sends a representative to all of the
5    IARC meetings.
6           And I started attending the IARC
7    meetings first as a representative of the
8    National Institute of Environmental Health
9    Sciences, that's how I -- I started.
10          And as a representative I was allowed
11   to, you know, attend all of the meetings, attend
12   the subgroups that I wanted to participate -- or
13   sit in on.
14          I was allowed to participate in the
15   discussions.
16          But as a representative I was not
17   allowed to vote on the final recommendation for
18   listing.
19          Event -- as time went on, then IARC
20   started inviting me to participate as an actual
21   member of the working group and it just grew
22   from there.
23   Q.    And not going into too much detail
24   here, but as part of working on an IARC working
25   group, as I understand it, they will then pay

Page 125

1    for your travel and your expenses --
2    A.    Right.
3    Q.    -- for a week in Lyon, France?
4    A.    That's correct.
5    Q.    And you mentioned that you would be
6    involved and you would form conversations with
7    other people in the scientific community --
8    A.    Right.
9    Q.    -- that's part of what you do this
10   for.
11          And are there --
12          Is there a group of scientists who
13   like yourself have been involved in multiple
14   IARC working groups over the years?
15          MS. FORGIE:  Objection.
16   A.    I see familiar faces when I go back to
17   the meetings, yes.
18   Q.    And is it part of your -- serving on
19   these working groups and working with these
20   individuals, that's part of your way of sort of
21   continuing as part of a scientific community
22   that likes to address these issues --
23   A.    Correct.
24   Q.    -- for IARC, correct?
25   A.    Correct.

1   Q.   Now I noticed that after about however
2   many years it was, for the Working Group 115 you
3   finally made it I guess -- I don't know if this
4   means it or not, but you got to be the overall
5   chair of a working group; is that correct?
6        MS. FORGIE:  Did you say after 115?
7        MR. LASKER:  Working Group 115.
8        MS. FORGIE:  Okay.  Thank you.
9   A.   Which one was that, let's see --
10  Q.   It's on your CV, I think, on page 4,
11  probably.
12       Yeah, right in the middle, "member and
13  overall chair."
14  A.   Uh-huh.
15       MS. HANLON:  Is that a yes, verbally?
16  A.   Yes.
17       I'm sorry, yes.
18  Q.   Is that something, am I correct, that
19  you considered that, becoming a chair of a
20  working group, overall chair to be an honor?
21  A.   I thought of it as an honor, yes.
22  Q.   And is that something that -- an honor
23  you sort of obtained based upon your work for
24  IARC over the years?
25  A.   Well, I can't speak for IARC as to how

1   they select the chairmen.
2   Q.   Right.
3   A.   But it is in recognition of I think of
4   being -- of the work that has been done for
5   IARC.
6        I think they consider if you -- if
7   someone has experience with IARC, they know how
8   the process works, they know how things are
9   supposed to run.
10       And so therefore serving as a -- they
11  have one up serving as a chair.
12       You wouldn't want somebody who is
13  unfamiliar with the program to serve as a chair.
14       Plus if you look at the different
15  chairs of the different IARC monographs it's
16  usually -- the chair is selected based on where
17  the emphasis -- where the emphasis of the data
18  is placed.
19       I'm having difficulty explaining this.
20  Q.   Uh-huh.
21  A.   But, for example, if you're looking at
22  a group of chemicals and the majority of the
23  data that you're looking at or the strongest
24  data that appears to be available is that for
25  epidemiology, then they'd ask an epidemiologist

1   to be the chair.
2        If it's based on animal --
3   experimental animal data, they will ask somebody
4   in the -- from the -- a toxicologist from the
5   experimental animals.
6        If there's a lot of mechanistic data,
7   they may ask somebody with a mechanistic
8   background to chair.
9        That's just my observation.
10  Q.   Okay.
11  A.   I just can't speak, you know, for IARC
12  because I don't know how they do it, but that's
13  my observation.
14  Q.   For Working Group 115 --
15       MR. LASKER:  And actually, John, if
16  you can just give me the members of that
17  working group.
18       MS. FORGIE:  115?
19       MR. LASKER:  Yeah, Working Group 115.
20       MS. FORGIE:  Objection, relevance.
21       MR. LASKER:  I'll mark this as 12 --
22  Where are we?
23       THE REPORTER:  13.
24       MR. LASKER:  12-13.
25

1        (Exhibit 12-13, Three-page document
2   entitled List of Participants, marked for
3   identification, as of this date.)
4   Q.   And this is a document -- this is the
5   working group that you were chair of, correct,
6   the overall chair?
7   A.   I believe so, yes.
8   Q.   Okay.  And you had mentioned something
9   about -- in your previous testimony about
10  conflicts of interest and conflicts of interest
11  forms that you have to submit before you serve
12  on a working group, correct?
13  A.   Correct.
14  Q.   And if you serve on a working group I
15  assume that means that you've made it through
16  the conflicts check and IARC has determined that
17  you don't have any conflicts that would
18  disqualify you from serving on a working group,
19  correct?
20  A.   Correct.
21  Q.   So for Working Group 115, the working
22  group you served as chair, there was a member of
23  that working group, Ron Melnick.
24       Do you see that?
25  A.   Yes.

Page 130

```
 1        Q.   Ronald Melnick?
 2        A.   I see Ron, yes.
 3        Q.   And he was a voting member of that
 4   working group, correct?
 5        A.   Correct.
 6        Q.   And as part of the disclosure there
 7   for Mr. Melnick it's noted that he was serving
 8   as an expert witness and he was, and I'll
 9   represent a plaintiffs expert witness concerning
10   exposure to toluidine?
11        A.   O-toluidine, yes.
12        Q.   Yeah.
13        So Mr. Melnick was a consulting
14   plaintiff expert on exposure to toluidine,
15   correct?
16        MS. FORGIE:  Objection, relevance.
17        A.   (Nodding head.)
18        Q.   And that disclosure, though, did not
19   disqualify him under IARC's rules for serving on
20   IARC Working Group 115, correct?
21        MS. FORGIE:  Objection.
22        A.   I -- you know, I can't speak for IARC.
23        But evidently he sat -- his
24   declaration of interest satisfied their
25   criteria.
```

Page 131

```
 1        Q.   And does IARC have any rules -- and
 2   this might be more directly relevant to you, I
 3   suppose -- with regard to whether or not
 4   individuals who serve on an IARC working group
 5   can subsequently serve as expert witnesses, paid
 6   expert witnesses with respect to the substances
 7   that they are analyzing as part of that working
 8   group?
 9        A.   I'm sorry?
10        Re -- could you restate the question.
11        Q.   I'll state it more directly.
12        So you were -- served on IARC Working
13   Group 112, correct?
14        A.   Oh, yes.
15        Glyphosate, yes.
16        Q.   And Working Group 112 analyzed, among
17   other pesticides, glyphosate, correct?
18        A.   Correct.
19        Q.   And you have now been retained as an
20   expert witness for plaintiffs in connection with
21   glyphosate litigation, correct?
22        A.   Correct.
23        Q.   And you'll be paid for that work and I
24   assume you've already been paid for that work,
25   correct?
```

Page 132

```
 1        MS. FORGIE:  Objection.
 2        That's goes into his --
 3        A.   Correct.
 4        MS. FORGIE:  Wait.
 5        That goes into his expert, he doesn't
 6   have to answer those questions about what he
 7   is paid.
 8        MR. LASKER:  I'm not asking about
 9   details.
10        Q.   I'm just making it clear for the
11   record he is a paid expert consultant, and you
12   are, correct, for plaintiffs?
13        MS. FORGIE:  That you can answer.
14        THE WITNESS:  I'm sorry, Kathryn?
15        MS. FORGIE:  This you can answer.
16        A.   Yes.
17        Q.   Does IARC have any rules that you're
18   aware of that would preclude a member of a
19   working group from thereafter accepting a paid
20   position in private litigation in connection
21   with one of the substances that that individual
22   studied in connection with an IARC working
23   group?
24        A.   Not that I'm aware of.
25        Q.   And in connection with being retained
```

Page 133

```
 1   as a plaintiffs expert in glyphosate litigation,
 2   do you consider your role as a member of the
 3   IARC working group in connection with glyphosate
 4   to be something that would factor into whether
 5   or not you would be able to serve as an expert
 6   witness in glyphosate litigation?
 7        MS. FORGIE:  Objection.
 8        A.   I'm sorry, say that again.
 9        I'm sorry.
10        MR. LASKER:  Strike that.
11        Q.   Prior to being retained as an expert
12   witness by plaintiffs counsel, when plaintiffs
13   counsel reached out to you did they make any
14   statements to you to the effect that one of the
15   reasons they called you was that you had served
16   on the IARC working group?
17        MS. FORGIE:  Objection.
18        Make sure you only answer as to prior
19   to the time that we retained you.
20        A.   Yes.
21        I think that was -- part of our
22   conversation was the fact that I had served on
23   the IARC working group.
24        Q.   Okay.  Now prior to --
25        For IARC Working Group 112 for
```

Page 134

```
 1   glyphosate and other pesticides, you were the
 2   chair of the animal toxicology subgroup,
 3   correct?
 4        A.   For that -- for Volume 112, yes.
 5        Q.   And you had previously served as a
 6   subgroup chair for animal toxicology on other
 7   IARC working groups, correct?
 8        A.   That's correct.
 9        Q.   So you were familiar -- by the time
10   you got to Working Group 112 you were familiar
11   with the IARC rules and the preamble rules
12   governing the review of animal data for purposes
13   of an IARC classification, correct?
14        A.   That's correct.
15        Q.   Have you worked with any of the
16   scientists that you met through IARC working
17   groups subsequently in connection with your paid
18   consulting work?
19        A.   No.
20        Q.   And aside from the present
21   circumstances, glyphosate that we just
22   discussed, have you been retained for any
23   private paid consulting work in connection with
24   any of the substances that you have analyzed in
25   any of your other IARC work?
```

Page 135

```
 1        MS. FORGIE:  Objection.
 2        It may be requesting privileged
 3   information.
 4        Q.   At this point I'm not asking about who
 5   retained you.
 6        I'm just asking whether or not --
 7   again to repeat -- whether you have been
 8   retained for prior paid consulting work in
 9   connection with any of the other substances that
10   you've analyzed for IARC.
11        A.   Yes.
12        MS. HANLON:  And I'm going to instruct
13   him not to answer anything further.
14        Because, again, I think that he should
15   be held as an expert witness, that's an
16   appropriate question for him to ask him on
17   at that time.
18        I do not think --
19        MR. LASKER:  Again, instructing him
20   not to answer on the grounds of scope is not
21   a proper instruction.
22        So if you have instructions on the
23   basis of privilege, that fine, but you
24   cannot instruct him --
25        MS. HANLON:  I have instructions on
```

Page 136

```
 1   the basis of privilege, correct.
 2        Q.   Without asking you the nature of your
 3   consulting work, which --
 4        Well, first of all let me ask you,
 5   have you ever been retained as a testifying
 6   witness in connection with any of the substances
 7   that you've analyzed for any of your IARC work
 8   aside from glyphosate?
 9        A.   No.
10        Q.   Okay.  How many...
11        On how many occasions have you
12   provided private paid consulting work in
13   connection with substances that you analyzed as
14   part of your work for IARC?
15        A.   How many...
16        Q.   How many different consulting jobs
17   have you taken, if you will, in connection with
18   substances that you analyzed as part of your
19   work for IARC?
20        MS. FORGIE:  Objection.
21        A.   Probably -- probably three or four.
22        But can I qualify that answer?
23        Q.   Answer it however you want, it's your
24   answer.
25        A.   The consulting that I did involved
```

Page 137

```
 1   substances that I had served as a working group
 2   member at IARC to review, but it also were
 3   substances that I had reviewed for the Report on
 4   Carcinogens.
 5        And most of the contacts that -- or
 6   most of the clients that I have, the main reason
 7   they contacted me was because of what I did on
 8   the ROC.
 9        It just happened that I also did an
10   IARC.
11        So in response to your question there
12   were, yeah, there were compounds that I reviewed
13   at IARC that I have done consulting for.
14        But most of those were really because
15   of my work with the ROC.
16        Q.   When you said most of those, excluding
17   glyphosate, are there other substances in which
18   you have had private consulting work where you
19   had done work for IARC and had not done work for
20   the NTP?
21        MS. FORGIE:  Objection.
22        MS. HANLON:  Objection.
23        At this point, again, this is
24   privileged.
25        I'm instructing him not to answer.
```

Page 138

1      I believe it's beyond the scope.
2      A.   I've told you what --
3           MS. HANLON:  I've instructed you not
4    to answer.
5      A.   -- what you've asked.
6           MR. LASKER:  Okay.  Well, again, we'll
7    reserve our rights on this.
8      Q.   Dr. Jameson, turning to Working Group
9    112, the working -- 112 Working Group looked at
10   five different pesticides, correct?
11     A.   Correct.
12     Q.   So in addition to glyphosate there was
13   TCVP, parathion, malathion, and diazinon,
14   correct?
15     A.   Right, and...
16          Oh, TVCP, I'm sorry.
17     Q.   Yeah.
18     A.   Sorry.
19     Q.   Now for each of these five pesticides
20   I understand that there are four different
21   subgroups, one for exposure, one for
22   epidemiology, and one for animal toxicology, and
23   one for mechanisms, correct?
24     A.   Correct.
25     Q.   And the working group members would

Page 139

1    obviously split up the work in some way, not
2    doing everything, correct?
3      A.   Correct.
4      Q.   And the working group is also divided
5    based upon their areas of expertise, correct?
6      A.   Correct.
7      Q.   IARC would select scientists into a
8    particular subgroup based upon their expertise,
9    correct?
10     A.   Correct.
11     Q.   So when you were asked to join IARC
12   112 you were invited to join as the chair of the
13   animal subgroup, correct?
14     A.   Correct.
15     Q.   There were other individuals then who
16   were asked to join to be part of your subgroup
17   based upon their expertise in animal toxicology,
18   correct?
19     A.   Correct.
20     Q.   And likewise, the individuals that
21   were invited to join Working Group 112 for the
22   exposure subgroup were experts in exposure,
23   correct?
24          MS. FORGIE:  Objection.
25     A.   (Nodding head.)

Page 140

1           That's why they were asked to
2    participate, yes.
3      Q.   The individuals who were invited to
4    serve on -- in the subgroup on epidemiology for
5    Working Group 112 were invited because they're
6    experts in epidemiology, correct?
7      A.   Correct.
8      Q.   The individuals who were invited for
9    the mechanisms working group for Working Group
10   112 were invited because they're experts in
11   mechanisms, correct?
12     A.   Correct.
13     Q.   And prior to the meeting, the week
14   long meeting that you have actually in Lyon, as
15   a general course members of one subgroup would
16   not be analyzing the studies that may have been
17   compiled for another subgroup, correct?
18          MS. FORGIE:  Objection.
19     A.   That's correct.
20     Q.   So, for example, I take it prior to
21   that one-week meeting at Lyon you did not look
22   at the epidemiology studies or the mechanism
23   studies or the exposure studies with respect to
24   glyphosate; is that correct?
25          MS. FORGIE:  Objection.

Page 141

1      A.   Prior to the beginning of the meeting?
2      Q.   Yes.
3      A.   Well, I -- I probably started to look
4    at some of the mechanistic studies before the --
5    you know, a day or two before the meeting
6    started, when they became available.
7      Q.   Okay.  All right.
8           That's a clarification for me.
9           Do the -- did the studies --
10          You said they became available one or
11   two days before the week long meeting; is that
12   correct?
13          Or the mechanism studies became
14   available to you one to two days before the week
15   long meeting in Lyon in March?
16          MS. FORGIE:  Objection.
17     A.   I'm sorry.  I misspoke.
18          No, they weren't.
19          I didn't start to look at them until
20   we got to the actual meeting, sorry.
21     Q.   Okay.  So the only studies that were
22   available to you then prior to the meeting of
23   Working Group 112 were the animal toxicology
24   studies, correct?
25          MS. FORGIE:  Objection.

Page 142

1     A.   Correct.
2     Q.   And you were actually -- there's
3  actually been assignments as to who has to do
4  work before the meeting as opposed to who can
5  just wait till the meeting and do the work then,
6  correct?
7     A.   That's correct.
8        MR. LASKER:  So let me mark as the
9     next document in line, this is the document
10    that has been produced in this litigation by
11    another member of the working group and by
12    plaintiffs counsel as well.
13       And this will be 12-14.
14       (Exhibit 12-14, Four-page document
15    entitled Vol 112 - Overview of assignments,
16    marked for identification, as of this date.)
17    Q.   And so document 12-14 I'll represent
18 to you is a document, again, we received from
19 another working group member.
20       And it is listed Volume 112, overview
21 of assignments.
22       And I think it's actually two versions
23 of the same document, although one is dated
24 October 18, 2014 and the next one is dated
25 November 20th, 2014.

Page 143

1        First of all, let me just ask you,
2  does this document look familiar to you?
3        (Witness looks at document.)
4     A.   No, not really.
5     Q.   Okay.  Let me ask you then about --
6  and see if it refreshes your recollection or you
7  may already remember.
8        There is a listing here of various
9  sections of the monograph and who is assigned to
10 author those sections, correct?
11       (Witness looks at document.)
12    A.   That's what it looks like, yes.
13    Q.   And for you there is -- as I read
14 this, you were given two assignments in advance
15 of Working Group 112, correct?
16    A.   Correct.
17    Q.   And your assignments were to draft the
18 initial report on animal cancer bioassays for
19 glyphosate and for TCVP, correct?
20    A.   That's correct.
21    Q.   In advance of the working group
22 meeting did you also review animal studies for
23 the other three compounds that were being -- to
24 be examined?
25    A.   Yes.

Page 144

1     Q.   And when did you first start looking
2  at those studies, the ones that you were not the
3  author?
4     A.   When they became available from the
5  author.
6        What I -- as chairman of the animal
7  subgroup I would ask IARC to provide me with the
8  initial drafts of all of the chemicals --
9     Q.   Okay.
10    A.   -- that were being reviewed because
11 I'd like to read through them and give my
12 comments to the people as early as I can.
13       The other process within the animal
14 subgroup is that you have the individual who
15 drafts the working paper, the initial draft of
16 the working paper for the particular compound.
17       And then that initial draft is
18 distributed to -- to other members of the animal
19 subgroup to essentially peer review, if you
20 will, to review, and make comments, and edits,
21 suggestions before the meeting.
22       And then those comments are returned
23 to the original author for his consideration.
24    Q.   Okay.  So generally speaking -- and I
25 understand you may not have specific recall

Page 145

1  about the actual dates, but how far in advance
2  of the Working Group 112 did you receive drafts
3  from the other assigned authors of these other
4  three pesticides for their animal toxicology
5  analyses?
6     A.   I don't remember the exact date, but
7  it was probably at least two months before the
8  meeting.
9     Q.   Okay.  And do you recall when this
10 document -- this document here indicates 12-14,
11 but let me ask you if this is correct.
12       The assignment, as far as who is
13 assigned to do what, is it sort of consistent
14 with your recollection that the assignments were
15 roughly three and a half -- given out roughly
16 three and a half months before Working Group
17 112?
18    A.   Yeah.
19       My experience is that they come out
20 about four months before -- the assignments come
21 out about four months before the actual meeting.
22    Q.   Okay.  And then so you would -- you
23 were assigned three to four months before the
24 meeting to draft up the analysis of the animal
25 cancer bioassays for glyphosate and for TCVP,

Page 146

1 correct?
2    A.   Correct.
3    Q.   And we'll limit ourselves to
4 glyphosate for these questions.
5    A.   Uh-huh.
6    Q.   Do you recall when you then first
7 would have begun looking at the glyphosate
8 animal toxicology data or studies?
9    A.   When I first started?
10   Q.   Yes.
11   A.   I don't remember the exact time.
12       What I remember is when IARC assigned
13 you the chemical to draft they also give you
14 access to a Web site at IARC that contains
15 the -- contains a file of PDF files of the
16 actual papers that they have identified for
17 glyphosate.
18   Q.   Okay.
19   A.   And they instruct everybody -- all of
20 the working group members that their preliminary
21 literature search has identified these papers
22 and here are the PDF files of those.
23       But the individual is expected to do
24 their own literature search to supplement what
25 is in that PDF file to make sure all the data

Page 147

1 has been found.
2       So as soon as that PDF file became
3 available, I started downloading the files and
4 reviewing the data.
5    Q.   Okay.  So as I understand it then,
6 there would be assignments or are these
7 assignments made by IARC as to who is
8 responsible for each section?
9    A.   Yeah.
10   Q.   So IARC makes assignments and then it
11 would provide to each of the working group
12 members access to those documents that would be
13 relevant to the specific section that they were
14 assigned to work on, correct?
15   A.   Correct.
16       Although at least -- I don't remember
17 if they were broken down by section for the
18 glyphosate, Volume 112.
19       I know that in latter working group
20 meetings you have access to a Web site that has
21 the PDF files of all the references for all the
22 chemicals.
23       And so you have to go through and
24 identify the ones that you want to download, but
25 they also -- but there also is a place on the

Page 148

1 Web site where they have the results of the
2 search that they did for the particular
3 individual chemicals.
4    Q.   So that's something that's going on
5 more recently, and I take it, though, sometime
6 in the past that changed how that worked?
7    A.   Yeah.
8    Q.   At one point you were given access
9 only to those studies that were relevant to a
10 substance and a section that you'd been asked to
11 be author on; is that right?
12   A.   Not -- I didn't mean to mislead you.
13       Previously the Web site had PDF files
14 that were broken down into the different
15 sections.
16   Q.   Got it.
17   A.   So you still had access to all of the
18 files that they had identified for all of the
19 sections, but they had gone through the trouble
20 of separating them out.
21   Q.   Right.
22   A.   But now they don't do that for you.
23   Q.   Got it.
24       And -- okay.
25       So you began your review based upon

Page 149

1 the studies that IARC had identified, correct?
2    A.   And any additional literature that I
3 was able to find from my literature search.
4    Q.   Right.
5       Now I'm going to give you the next
6 question.
7       And so your literature search, you
8 would look at peer reviewed literature, correct?
9    A.   Okay.
10   Q.   And would you also look for reports on
11 regulatory documents that were publicly
12 available, for instance, from the EPA or other
13 organizations that would fit within the IARC
14 rules?
15   A.   I would --
16       MS. HANLON:  Dr. Jameson, let him
17 finish.
18       THE WITNESS:  I'm sorry.
19   Q.   That would fit within the IARC rules.
20   A.   Yeah, I would go to an EPA Web site,
21 but I hate to say this on tape, it's hard to
22 find stuff on the EPA Web site.
23       It's so convoluted and they send you
24 to so many different places.  It's hard to find
25 the exact information you're looking for.

1      By your reaction, I think you have had
2  similar experience.
3      But the IARC is very good at going
4  through and getting the regulatory documents
5  pertinent to a particular compound.
6      So I would focus mostly on the NL --
7  National Library of Medicine, Medline search
8  type of information.
9      Sometimes in looking at the particular
10  literature it would -- the literature would
11  reference a regulatory document and from that
12  you could go and find something, but...
13      You know, you try to find some
14  regulatory documents, but it's not that easy
15  sometimes.
16      MR. LASKER:  Let's take a break
17  because we're running out of tape.
18      THE WITNESS:  Okay.
19      MS. FORGIE:  Okay.
20      THE VIDEOGRAPHER:  This will be the
21  end of video media disk No. 2.  The time is
22  11:27 a.m.  We're going off the video
23  record.
24      (Recess taken.)
25      THE VIDEOGRAPHER:  We're back on the

1      video record.  This is video media disk
2  No. 3.  The time is 11:50 a.m.
3  BY MR. LASKER:
4      Q.   Dr. Jameson, I'm sorry, I meant to do
5  this earlier and I forgot.
6      You have a stack of documents in front
7  of you that you brought with you to the
8  deposition, can you identify what those
9  documents are for the record.
10      A.   Sure.
11      It's the subpoena that I received
12  yesterday evening --
13      Q.   Okay.
14      A.   -- with all the attachments to it.
15      Q.   Okay.
16      A.   And then there's one additional
17  document that I identified last night in my
18  e-mail.
19      Q.   Okay.  And those were the documents
20  that you had there, those --
21      A.   This has been introduced as --
22      Q.   I know.
23      I got that.
24      A.   But there is nothing -- I didn't bring
25  anything in addition to what was in the

1  subpoena.
2      Q.   Okay.
3      A.   And these are all...
4      Q.   Exhibits, right.
5      MR. LASKER:  So going back, we were
6  talking about you had been -- after that
7  time you had been assigned the task of
8  drafting up the analysis of the animal
9  cancer bioassays for glyphosate.
10      And let me actually mark at this point
11  in time -- I want to do the glyphosate
12  monograph.
13      Let's mark that down.
14      Maybe that will help Dr. Jameson in
15  going through these questions.
16      This will be 12-15.
17      (Exhibit 12-15, Multipage document
18  entitled Glyphosate, marked for
19  identification, as of this date.)
20      Q.   And for the record, if you can just
21  identify what this document is, Exhibit 12-15.
22      A.   This is the monograph for glyphosate
23  from Volume 112 of the IARC monograph series.
24      Q.   Okay.  And then from pages 30 to -- I
25  think it's 41, that would be the Section 3,

1      which is the section on animal cancer bioassays
2  that you were the lead author on, correct?
3      A.   Correct.
4      Q.   And this is just going to be for
5  reference for you.
6      We'll go into it in more detail.
7      But for this next line of questions,
8  this is to help you refresh your recollection --
9      A.   Uh-huh.
10      Q.   -- to the extent you think
11  necessarily.
12      So when you were first assigned to
13  draft up the animal toxicology section for the
14  glyphosate Working Group 112, you went to the
15  IARC's Web site.
16      Do you recall what materials were
17  available to you at that time from IARC
18  regarding animal cancer bioassays and
19  glyphosate?
20      A.   Well, I mean I can go through and
21  identify the references that I used in the
22  document.
23      But basically there were several
24  published journal articles for studies in rats
25  and mice.

Page 154

1    And several EPA documents that the
2    IARC had been able to secure.
3        I'm under the impression they got it
4    through a Freedom of Information.
5        But there were a number of EPA
6    documents that contained the EPA review of
7    several studies in mice and rats that had been
8    submitted to them for the registration of
9    glyphosate.
10       And these were unpublished industry
11   studies that had been reviewed by the EPA and
12   the summary of their review was contained in the
13   documents that we got.
14       Q.   And there is in your -- in your final
15   monograph you also cite to some materials or
16   some information regarding other animal studies
17   that have been reviewed by the World Health
18   Organization, JMPR?
19       A.   That's correct.
20       That was also in the -- that document
21   was also available.
22       Q.   Was that in your recollection
23   available prior to the meeting, or is that
24   information that you obtained to be able to
25   review either later in time or during the

Page 155

1    meeting?
2        A.   I'm pretty sure it was available
3    before the meeting.
4        I think I used it before the -- in my
5    draft before the meeting, I think.
6        I don't really remember, but I'm
7    pretty sure it was.
8        Q.   Okay.   So sitting here today is it
9    fair to say you're not --
10       You do recall the EPA documents, you
11   mentioned those already?
12       A.   Yes, absolutely, I remember those.
13       Q.   The JMPR, the World Health
14   Organization documents, you're not sure if you
15   had them before the meeting or maybe during the
16   meeting?
17       A.   I think I had them before the meeting.
18       Q.   That's why I gave you this.
19       I had a feeling you might be doing
20   this.
21       (Witness looks at document.)
22       A.   Yes, a 2006 document, so I'm sure I
23   had it before the meeting.
24       Q.   Okay.   Do you recall --
25       And then there's other documents that

Page 156

1    are -- or other studies that are identified in
2    the monograph were discussed in a
3    published -- a peer reviewed published review
4    article by Dr. Greim.
5        Do you recall that study or that
6    paper?
7        A.   Oh, yes, I remember that.
8        Q.   Did you have that document prior to
9    arriving at the working group meeting?
10       A.   No.
11       Q.   Okay.   The -- you talked about the
12   materials you had for -- from EPA as being
13   documents that to your understanding were
14   documents that had been obtained by FOIA, is
15   that --
16       A.   That's -- that's my recollection.
17       There were representatives from EPA or
18   there were personnel from EPA that participated
19   on the working group.
20       And, in fact, I think there was one or
21   two that actually were invited that could not
22   attend.
23       But I know there was at least one or
24   two EPA members there at the working group
25   meeting, serving on the working group.

Page 157

1    And I don't know if they aided in
2    getting the documents or not.
3        I -- they very well could have, but I
4    don't know.
5        Q.   Okay.   And the documents that you --
6    the EPA documents that you had available to you,
7    if I understand, and these are the documents
8    that are cited by you in that section of the
9    IARC monograph, correct?
10       A.   Yes.
11       Q.   Did you have any other EPA documents
12   regarding glyphosate animal cancer bioassay
13   studies that are not cited by you in the working
14   group -- in the monograph?
15       A.   There may have been other documents
16   that we had.
17       We had a fair number of documents in
18   the form of memos, memos that contain reports of
19   their peer review of the studies.
20       Some of the documents were more
21   administrative like, you know, we're having our
22   meeting next week, are you coming, this type of
23   thing.
24       And I just discarded those --
25   disregarded those and would not have included

Page 158

1 those.
2 The ones that were included in the
3 report are the ones that would have contained
4 some data that we could evaluate.
5 Q.   And did you then cite in your section
6 of the monograph, and as reflected in the final
7 monograph, all of the EPA documents that you had
8 access to that had data regarding animal cancer
9 bioassays?
10 A.   Correct.
11 Q.   So am I correct also then in my
12 understanding that you did not have access to
13 the full study reports, the animal cancer
14 bioassay reports?
15 MS. FORGIE:  Objection.
16 A.   What we had were the documents from
17 the EPA that some -- that reported on their peer
18 review of the studies that they reviewed, but we
19 didn't have any actual studies.
20 Q.   Okay.  And so you also did not have
21 any copies of pathology reports from the
22 underlying studies, correct?
23 A.   No.
24 Some of the reports would have some
25 tables of incidence, tumor incidences and that

Page 159

1 type of thing, but no formal pathology reports
2 from the study laboratory, no.
3 Q.   Okay.  And just to be clear, when you
4 say some of the reports would have and maybe we
5 should have our nomenclature clear.
6 You had access to the EPA memos that
7 might have data contained within them, right?
8 MS. FORGIE:  Objection.
9 A.   Right.
10 Q.   You did not have access to any of the
11 underlying study documents or pathology reports
12 or data tables themselves, correct?
13 A.   From the studies submitted to the EPA
14 that the memos were referring to, that's
15 correct.
16 Q.   And it just may be subsumed in my last
17 question.
18 But did -- is it also correct to say
19 you would not -- you did not have data on any of
20 the individual animals in those studies --
21 MS. FORGIE:  Object --
22 Q.   -- cancer bioassay studies?
23 MS. FORGIE:  Objection.
24 A.   I don't recall.
25 Q.   Did you have the original

Page 160

1 investigators conclusions based upon their
2 review of the animal data and the pathology data
3 from the original study?
4 A.   If I recall properly, some of the --
5 or the EPA memos that reported their peer review
6 of the data would indicate what the original
7 pathologist or the original study director had
8 reported.
9 Q.   And that would be all that you would
10 have?
11 A.   Yeah.
12 Yes.
13 Q.   Now in your years at the NTP, I think
14 you testified earlier that you conducted or
15 participated in conducting original cancer
16 bioassays, correct?
17 A.   Yes.
18 Q.   While you were at -- and so -- strike
19 that.
20 The information that you had available
21 to you in reviewing the data for those compounds
22 was certainly greater than the information you
23 had available to you for purposes of this IARC
24 working group, correct?
25 MS. HANLON:  Object to form.

Page 161

1 MS. FORGIE:  Objection.
2 A.   I'm trying to go through in my mind...
3 The data -- okay.
4 The data available to me in reviewing
5 the studies that we sponsored in the NTP,
6 obviously we would have the full study report,
7 the individual animal data, all the soup to
8 nuts --
9 Q.   Right.
10 A.   -- for a particular study.
11 So for reviewing glyphosate, as for
12 reviewing any compound for the IARC monograph or
13 for the Report on Carcinogens you -- we rely on
14 the information contained in scientific
15 publications, the peer reviewed science
16 publications.
17 So the -- it's really -- it's not a
18 fair question to say that it would -- you know,
19 is it the same from an animal bioassay that I
20 was an active participant in designing the
21 study and then reviewing the data versus in a
22 published peer reviewed journal article, you
23 know, they summarize the data and give you the
24 information, but they don't give you the
25 individual animal data.

41

Page 162

1     But I would say that the information
2 contained in a peer reviewed journal article was
3 more complete than the information in an EPA
4 report.
5     Q.   Okay.  So let's take this in steps
6 because I was actually talking about the EPA
7 reports because I --
8     A.   Oh.
9     Q.   There were, I understand, a couple of
10 published animal studies that you looked at,
11 that you found in the peer reviewed literature
12 that you looked at in connection with your
13 review?
14     A.   Correct.
15     Q.   But if I read the analysis that you
16 prepared in the report that's in your final --
17 in the final IARC monograph, you conclude that
18 those studies actually weren't particularly
19 informative, correct, the published, peer
20 reviewed animal cancer studies?
21     A.   Several...
22         MS. FORGIE:  Objection.
23     A.   Well, that would be -- I would be
24 giving you my opinion in that case.
25         So that would be --

Page 163

1     Q.   I'm only actually asking about what
2 you stated as part of your work on the IARC
3 monograph.
4         If you've changed your opinion, you
5 have a different opinion as an expert witness in
6 a litigation, you know, we'll get to that later.
7         But in connection with your work on
8 the IARC monograph you obviously have identified
9 some peer reviewed studies?
10     A.   Right.
11     Q.   And as I read through this in the
12 report you prepared for IARC, your determination
13 was that these studies were inadequate, the peer
14 reviewed animal cancer bioassays were inadequate
15 to use for purposes of your assessment of
16 glyphosate, correct?
17         MS. FORGIE:  Objection.
18     A.   That's what the document states, yes.
19         But I'd like to make a point or a
20 point of clarification in that the IARC
21 monograph that we're looking at here and that
22 was published by a IARC, this entire monograph
23 is the product of the entire working group.
24         And no single author on the working
25 group can take credit for anything, you know,

Page 164

1 individual credit for what's in the document.
2         The document belongs -- is a product
3 of the entire working group, okay.
4         So when you're saying what I found, I
5 mean...
6         I just wanted to make it clear that
7 the document reflects the opinion and the
8 decisions of the entire working group, not an
9 individual.
10     Q.   Understood.
11     A.   Okay.  So...
12     Q.   And that's a good point.
13         Let me sort of follow up on that,
14 because how the working group comes up with
15 their conclusions is obviously one of the things
16 we're here to talk about.
17     A.   Okay.
18     Q.   So with respect to the published peer
19 reviewed animal studies that were part of your
20 Section 3, and I think there were two such
21 studies, there was a study by -- or maybe there
22 may be three.
23         Seralini in rats?
24     A.   Uh-huh.
25     Q.   Chruscielska in rats?

Page 165

1     A.   Uh-huh.
2     Q.   And I think also --
3     A.   There's another one.
4     Q.   -- George.
5         Bioassay by George.
6     A.   Uh-huh.
7     Q.   Those studies as set forth in the
8 monograph, as you've already acknowledged or
9 discussed, in the monograph they state that
10 those studies were inadequate.
11     A.   Those were inadequate.
12     Q.   Now in your initial drafting of this
13 section, when you reviewed these studies for
14 consideration by the working group was that your
15 assessment as well?
16     A.   Yes.
17     Q.   Okay.  So then let's talk about the
18 regulatory materials and go back to the question
19 that I asked previously, which was how much
20 information you had available in considering
21 those studies that were -- where you had the EPA
22 memos as compared to when you were at NTP and
23 you had access to the actual full study reports?
24         And would it be fair to say that when
25 you had access to the full study reports you

1    have more information in order to inform a
2    decision or an assessment as to whether or not a
3    substance that's being studied shows potential
4    cancerous effects?
5         MS. FORGIE:  Objection.
6         A.   Well, I mean logically that makes
7    sense.
8         If you have more data to evaluate you
9    get a better feel for what's actually happening,
10   yes.
11        Q.   And the EPA in its review, in the
12   review documents that you looked at with respect
13   to I think three of the animal studies for
14   glyphosate, they would have had access to those
15   underlying studies themselves, correct?
16        MS. FORGIE:  Objection.
17        MS. HANLON:  Objection to form.
18        A.   Could you repeat that.
19        I'm sorry.
20        Q.   Sure.
21        The EPA in its review of -- I believe
22   it was three of the cancer bioassays that you
23   looked at --
24        A.   Uh-huh.
25        Q.   -- one in mice and two in rats, the

1    EPA for purposes of its review actually had
2    access to the underlying study documents,
3    correct?
4         MS. FORGIE:  Objection.
5         MS. HANLON:  Object to form.
6         A.   All I can say is the documents we got
7    from the EPA indicated they reviewed the full
8    study report.
9         Q.   Okay.  The...
10        And when you were at the NTP and doing
11   your assessment for purposes of that official
12   list of U.S. government list of possible or
13   probable or known human carcinogens, would you
14   have access to full study reports?
15        MS. FORGIE:  Objection.
16        A.   For the Report on Carcinogens?
17        Q.   Yes.
18        A.   Would we have access to the full study
19   report from an NTP study, is that what you're
20   asking?
21        Q.   Well, let's start with that.
22        A.   We would rely on the published
23   technical report, yes.
24        Q.   From the NTP?
25        A.   From the NTP, excuse me.

1         Q.   That would be the full study report?
2         A.   Right.
3         MS. FORGIE:  Objection.
4         Q.   For --
5         MS. FORGIE:  Wait, were you finished
6    with your answer?
7         THE WITNESS:  Yeah.
8         Q.   For other studies that were -- may
9    have been submitted to other government
10   agencies, would you have access to the materials
11   that those other government agencies had?
12        MS. HANLON:  Object to form.
13        MS. FORGIE:  Objection.
14        A.   I'm trying -- I'm hesitating.
15        I'm remembering.
16        Q.   Uh-huh.
17        A.   I can remember instances where we were
18   made aware that there were possible studies
19   available that had been submitted to a
20   regulatory agency, either the Food and Drug
21   Administration or the Environmental Protection
22   Agency.
23        Q.   Uh-huh.
24        A.   And when -- but when we contacted
25   those particular agencies they would not share

1    the information with us because it was
2    confidential.
3         Q.   Okay.
4         MR. LASKER:  Let me show you -- let's
5    mark as the next exhibit in line the paper
6    we previously mentioned.
7         It's a publication by Greim,
8    G-r-e-i-m, and this will be 12-16.
9         (Exhibit 12-16, Multipage Review
10   Article entitled Evaluation of carcinogenic
11   potential of the herbicide glyphosate,
12   drawing on tumor incidence data from
13   fourteen chronic/carcinogenicity rodent
14   studies, marked for identification, as of
15   this date.)
16        (Discussion off the record.)
17        Q.   So if I could --
18        Dr. Jameson, if you could identify --
19        MS. HANLON:  Are you asking him for
20   the document?
21        MR. LASKER:  To identify that for the
22   record.
23        MS. HANLON:  It has not been produced
24   to him.
25        MR. KALAS:  It's sitting right next to

Page 170

1    him.
2         MS. HANLON:  I handed him mine.
3         MR. LASKER:  Yeah, that's fine.
4         Q.   Can you identify the document that's
5    been marked as Exhibit 12-16?
6         A.   This is a review article published in
7    Critical Reviews in Toxicology by Dr. Greim on
8    glyphosate.
9         Q.   And the Critical Reviews in Toxicology
10   is a peer reviewed journal, correct?
11        A.   Correct.
12        Q.   There was also an online supplement of
13   data tables that were provided along with this
14   study, correct?
15        A.   That's -- it was referred to in this
16   paper, yes.
17        Q.   Okay.  And -- well, let me get back to
18   that.
19             Let me just first ask you some
20   questions about the paper you have in front of
21   you.
22             And you've already mentioned that you
23   did not have a copy of this document prior to
24   arriving at the working group meeting, Working
25   Group 112, correct?

Page 171

1         A.   That is correct.
2         Q.   And the Greim paper at least discusses
3    a number of animal cancer bioassays that you had
4    not had information about prior to arriving at
5    the Working Group 112 meeting, correct?
6         MS. FORGIE:  Objection.
7         A.   Correct.
8         Q.   You had -- in fact, it has, I believe,
9    up to the time that you -- well, strike that.
10            Let me show you another document that
11   was produced by another member of the working
12   group.
13            And this is a document that has also
14   been produced in the litigation, and to
15   plaintiffs counsel as well.
16        MR. LASKER:  And we'll mark it as
17   12-16 -- 17, Exhibit 12-17.
18            That will be better.
19            (Exhibit 12-17, Seven-page e-mail
20   chain, first e-mail to Kathryn Guyton from
21   Ivan Rusyn, dated 2/27/15, marked for
22   identification, as of this date.)
23        Q.   And --
24        MS. HANLON:  If you can --
25        Q.   -- if you can --

Page 172

1         MS. HANLON:  -- Eric, Eric --
2         Q.   -- take a chance to review the
3    e-mail --
4         MS. HANLON:  I was just going to say,
5    give him just a moment, if you would, to
6    read the document.
7         MR. LASKER:  That's what I just said,
8    I believe.
9         MS. FORGIE:  As much time as you want.
10        MR. LASKER:  You're objecting to my
11   suggesting he read the document, to say he
12   should read the document, but we all agree.
13            Please take a chance to read through
14   this document, please.
15            And it's an e-mail, so --
16        THE WITNESS:  Okay.  Start at the
17   bottom.
18        MR. LASKER:  -- if you want to go from
19   the back -- toward the bottom would be a
20   little bit more...
21            (Witness looks at document.)
22        A.   Hmm...
23            I'll be damned.
24            Sorry.
25            (Witness looks at document.)

Page 173

1         A.   Okay.
2         Q.   Okay.  So Dr. Jameson, this is an
3    e-mail exchange.
4              It starts out as an exchange between
5    Donna Farmer, who works for Monsanto, and
6    Dr. Guyton, Kathryn Guyton.
7              And can you identify who Dr. Guyton is
8    for the record?
9         A.   Dr. Guyton is an IARC staff member and
10   she was a responsible individual who coordinated
11   the review for Volume 112.
12        Q.   And as reflected in this e-mail
13   exchange, Dr. Farmer at Monsanto provided some
14   materials to Dr. Guyton in advance of the
15   Working Group 112 meeting on glyphosate for the
16   working group to be able to consider in its
17   assessment of glyphosate, correct?
18        MS. HANLON:  Objection.
19        MS. FORGIE:  I'm just going to object
20   to this.
21            I don't see in my quick perusal where
22   he is on this e-mail.
23        MR. LASKER:  That's fine.
24        Q.   Correct?
25        MS. FORGIE:  Objection.

1    MS. HANLON:  Objection.
2        A.   It's a memo or an e-mail from
3    Dr. Farmer to Kate Grunyon (sic) saying she's
4    providing some reference -- some papers.
5        Q.   Okay.  And one of the -- and we're
6    going to get back to the RAR, the European
7    regulatory document in a moment.
8            But particularly on page -- the second
9    page of this document, which has the Bates
10   number on the top left of 5036, is an e-mail
11   that Dr. Farmer sent to Dr. Guyton providing her
12   with the now published -- final published
13   version of the Greim paper, correct?
14       MS. FORGIE:  Objection.
15       A.   That's what it says.
16       Q.   Okay.  And she also notes that she had
17   previously or Donna Farmer notes that she had
18   previously provided Dr. Guyton with an in press
19   version of the Greim article, correct?
20       MS. FORGIE:  Objection, foundation --
21       MS. HANLON:  Objection, form.
22       MS. FORGIE:  -- beyond the scope.
23       (Witness looks at document.)
24       A.   It says that she provided an in press
25   version of it and it's now published.

1        Q.   And according to the IARC rules, IARC
2    working groups can consider articles even when
3    they're in press prior to final publication,
4    correct?
5        A.   If they've been accepted for
6    publication, I believe that's correct.
7            If they can get a -- you know, get a
8    copy from the journal.
9        Q.   Okay.  And if we go to the front page
10   of this e-mail chain Dr. Guyton -- and just to
11   be clear Dr. Guyton was -- as you mentioned was
12   one of -- was the individual at IARC who was
13   responsible for getting the various working
14   group members materials for purposes of their
15   review in doing their assessments of the
16   substance they were studying, correct?
17       A.   Correct.
18       Q.   And on February 27, 2015 Dr. Guyton
19   provided the Greim publication to Ivan Rusyn,
20   who is another member of the working group,
21   correct?
22       MS. FORGIE:  Objection, foundation.
23       A.   Ivan was a member of the working
24   group, yes.
25       Q.   And Dr. Guyton sent Ivan Rusyn an

1    e-mail forwarding along the Greim paper to him,
2    correct?
3        MS. FORGIE:  Objection.
4        MS. HANLON:  Object to form.
5        (Witness looks at document.)
6        A.   Okay.  On the middle of the front page
7    it looks like she was forwarding something to
8    Dr. Rusyn.
9        Q.   And then at the top of the page
10   Dr. Rusyn references the fact that there was a
11   publication in the Critical Reviews in
12   Toxicology that he then reviewed, right?
13       MS. FORGIE:  Objection, calls for pure
14   speculation.
15       (Witness looks at document.)
16       A.   It's stated here in this that he said
17   that "I looked through the paper."
18       Q.   Okay.  And if you go through
19   the e-mail chain that we just looked at,
20   Donna Farmer provided Dr. Guyton with the Greim
21   publication.
22           And then Dr. Guyton said like I don't
23   have the link, it doesn't work, can you send me
24   a PDF?
25           Donna Farmer sends him a PDF of the

1    Greim publication and then Dr. Guyton turns
2    around and forwards that on to Dr. Rusyn,
3    correct?
4        MS. FORGIE:  Objection.
5        MS. HANLON:  Object to form.
6        MS. FORGIE:  Are you asking him to
7    read this or speculate as to what happened?
8    This is unfair.
9        (Witness looks at document.)
10       Q.   And, in fact, there's actually even an
11   attachment.
12           If you look at the very top of the
13   e-mail on the first page, when Dr. Rusyn is then
14   responding back to Dr. Guyton, the attachment is
15   the Greim paper.
16           It says that right on the attachment
17   line, correct?
18       MS. FORGIE:  Objection, calls for
19   speculation, unless you're asking him to
20   read it.
21       (Witness looks at document.)
22       A.   I'm still trying to find where you say
23   she went back to Dr. Farmer -- where Dr. Grunyon
24   (sic) went back to Dr. Farmer and said she
25   couldn't down -- get -- download that.

Page 178

```
 1          Q.   If you go to the second page of the
 2     document, 5036, Dr. Guy --
 3          In the bottom e-mail Donna Farmer
 4     provides a link to the Greim paper, the online
 5     Greim paper at the very bottom of the second
 6     page.
 7          Then at the top of the page Dr Guyton
 8     says, "We couldn't get the link to work, can you
 9     send me a PDF?"
10          And then the bottom of the first page
11     Donna Farmer attaches the PDF.
12          MS. FORGIE:  And what's the question?
13     Is there a question?
14          MR. LASKER:  I'm responding to his
15     inquiry as to what the e-mail string says.
16          MS. FORGIE:  Well, wait for a
17     question.
18          MR. LASKER:  I haven't asked a
19     question.
20          MS. FORGIE:  You have or have not?
21          MR. LASKER:  I'm going to ask a
22     question now.
23          MS. FORGIE:  Okay.
24          Q.   Dr. Guyton then forwards on -- and you
25     can also see in the very top e-mail when
```

Page 179

```
 1     Dr. Rusyn responds, that the attachment is the
 2     Greim publication.
 3          It's referenced in the attachment
 4     line, correct?
 5          MS. FORGIE:  Objection, calls for
 6     speculation.
 7          (Witness looks at document.)
 8          A.   Where is the attachment line, I'm
 9     sorry?
10          Q.   On the very top of the document, the
11     very top of the page 5035, "Attachments:
12          Greim 2015."
13          Do you see that?
14          A.   Oh, okay.
15          Yeah.
16          MS. FORGIE:  Do you have the
17     attachment?
18          A.   Okay.  I see.
19          It says it was attached.
20          Q.   Okay.  Then Dr. Rusyn responds back to
21     Dr. Guyton saying that he believes that, among
22     other things, that the Greim paper will be of
23     more interest to subgroup 3, not group 4,
24     correct?
25          A.   That's what's stated here, yes.
```

Page 180

```
 1          Q.   And subgroup 3 is your subgroup,
 2     correct?
 3          A.   That's correct.
 4          Q.   But you did not, as you previously
 5     testified, receive a copy of the Greim paper
 6     from Dr. Guyton at IARC prior to the working
 7     group meeting in March of 2015?
 8          MS. FORGIE:  Objection.
 9          A.   That is accurate.
10          I did not.
11          Q.   And Dr. Rusyn --
12          So just to get the time frame,
13     Dr. Guyton sends Dr. Rusyn the Greim paper on
14     8:14 a.m. on February 27th, 2015, as reflected
15     on the first page of this document in the
16     middle, correct?
17          MS. FORGIE:  Wait, where does it say
18     8:14?
19          Q.   On page 5035, at the middle of the
20     page, Dr. Guyton sends Dr. Rusyn a copy of the
21     Greim publication on February 27th, 2015 at
22     8:14 a.m., correct?
23          MS. FORGIE:  Objection.
24          A.   Well, I mean this e-mail states, "FYI,
25     do let us know if the new references you'd like
```

Page 181

```
 1     to include in the recent review, Kate."
 2          Q.   And so that was February 27th, 2015 at
 3     8:14 a.m., correct?
 4          A.   Right.
 5          But I mean all the memo says is, "Do
 6     let us know if there are new references you'd
 7     like to include in this recent review."
 8          Q.   "From this recent review."
 9          A.   "From this recent review."
10          Q.   And Dr. Rusyn responds --
11          MS. FORGIE:  Wait.
12          Were you finished with your answer,
13     Doctor?
14          A.   Well, I'm -- it doesn't say it's the
15     Greim -- you know, it doesn't refer to the Greim
16     paper.
17          I guess you're assuming that it's the
18     Greim paper.
19          Q.   Well, Dr. Rusyn's e-mail back to her
20     attaches something called the Greim paper,
21     correct?
22          A.   Yeah.
23          Q.   Okay.  And we have -- as we're going
24     forward right now, Dr. Ross, who is copied on
25     this e-mail chain and who provided this document
```

1  to us is also being deposed, so he'll be able to
2  talk about this e-mail chain as well, so we'll
3  have his testimony on it.
4       MS. FORGIE:  Objection.
5       Go ahead.
6    A.  No.
7       I was just going to say it looks like
8  Ivan was carbon copying the member of his
9  subgroup.
10   Q.  Right.
11      So the members of the subgroup 4 had
12  access to the Greim publication, but the members
13  of the subgroup 3 headed by you did not?
14      MS. FORGIE:  Objection --
15      MS. HANLON:  Object to form.
16      MS. FORGIE:  -- calls for speculation.
17   A.   All I can say is I did not see the
18  Greim paper until I got to the IARC meeting.
19   Q.  Okay.  And Dr. Rusyn, who sends his
20  response back to Dr. Guyton about 25 minutes
21  after she sends it to him --
22      And you can tell that from the
23  date lines on the two e-mails, correct, about
24  25 minutes later?
25      MS. FORGIE:  Objection.

1    A.   Well, what you've got to realize is
2  that there is six hours difference between
3  France and --
4    Q.  Ah...
5    A.   -- and I think Ivan is in the
6  University of Texas, there's probably seven
7  hours difference.
8    Q.  Okay.  Dr. Rusyn refers to the Greim
9  paper as a "polemic piece," correct?
10      MS. FORGIE:  Objection.
11   A.   That's what he says in his first
12  sentence.
13      I don't know what he's referring to.
14   Q.  Do you believe --
15      Do you view the Greim publication as a
16  polemical piece?
17      MS. HANLON:  Objection, form.
18      MS. FORGIE:  Objection.
19   A.   You're going to have to define
20  polemical for me.
21   Q.  Do you review --
22      Do you consider the Greim 2015
23  publication to be a -- to provide scientific
24  data relevant to an assessment of whether
25  glyphosate causes cancer?

1       MS. HANLON:  Objection to form.
2       MS. FORGIE:  Objection, lacks
3  foundation, calls for speculation.
4    A.  Is that what polemical means?
5    Q.  No, it is not.
6    A.  Well, then I've asked you to define
7  polemical, please.
8    Q.  I'm asking you a different question.
9       MS. FORGIE:  Wait.
10      Hold on.
11   A.  Oh, okay.
12   Q.  Do you consider the Greim publication
13  to contain scientific data relevant to the
14  question of whether or not glyphosate causes
15  cancer in animals?
16      MS. HANLON:  Objection, form.
17      MS. FORGIE:  Objection, lack of
18  foundation.
19   A.  It contains summaries of data from
20  studies submitted by Monsanto and other
21  industry -- in other industries to regulatory
22  agencies for review for registration.
23   Q.  And as you've already discussed in
24  connection with your review of other documents,
25  you looked at EPA documents that likewise

1  contained information from underlying studies
2  that had been submitted as regulatory studies
3  for glyphosate, correct?
4       MS. FORGIE:  Objection.
5       MS. HANLON:  Objection to form.
6    A.  Yes.
7    Q.  So again I'll ask you the question I
8  asked you before, do you consider the Greim
9  publication to contain information that is
10  relevant to the question of whether glyphosate
11  can cause cancer in animals?
12      MS. FORGIE:  Objection --
13      MS. HANLON:  Objection, form.
14      MS. FORGIE:  -- asked and answered.
15   A.  It does.
16   Q.  And the Greim publication also had
17  supplemental tables, data tables, we've -- you
18  mentioned previously, correct?
19      MS. FORGIE:  Objection.
20   A.  That's my understanding.
21      It refers to it in the paper, but the
22  links never worked.
23   Q.  Did anybody during the working group
24  meeting ever provide you access to the data
25  tables that were provided in the supplemental

1   materials to the Greim publication?
2        MS. FORGIE:  Could I have that
3   question read back, please.
4        Q.   I'll ask it again.
5        I'll just read it again.
6        Did anybody during the IARC working
7   group meeting in Lyon provide you with access to
8   the data tables that were included as an online
9   supplement to the Greim publication?
10       MS. FORGIE:  Objection.
11       A.   I think so, but I don't really
12  remember.
13       Q.   Did you make use then of the data
14  contained in those supplemental tables -- well,
15  first of all, strike that.
16       Did you then review the data that was
17  contained in those supplemental tables?
18       MS. FORGIE:  Objection.
19  A.   No, not at that time.
20  Q.   Well, why not?
21  A.   When we -- okay.
22       When I arrived at the IARC meeting,
23  the day before the actual meeting starts we have
24  a subgroup chair meeting.
25       At the subgroup chair meeting is when

1   I was made aware of the fact that this Greim
2   paper existed.
3        There was a lot of discussion around
4   the table about if this publication should be
5   even looked at, because it was not received in
6   the time identified in the announcement for
7   submission of data that IARC had for this
8   particular monograph meeting, Volume 112.
9        The Web site indicates -- it calls for
10  individuals who have any information relevant to
11  the review of any of the chemicals specific for
12  Volume 112 to submit the data to IARC.
13       And to please submit it at least a
14  month before the date of the meeting so that
15  there is time to distribute the data to the
16  pertinent people, to give the people time to
17  review the data and digest it and include it, if
18  appropriate, include it in their documents.
19       So the document was not received
20  within that one -- within that time period.
21       And like I said, I was just made aware
22  of it, my subgroup was just made aware of it the
23  day before the meeting.
24       So that's what some of the discussion
25  was, is this thing was -- this publication was

1   submitted too late for us to consider.
2        Q.   And your understanding that the
3   publication was submitted too late is based upon
4   what you were hearing during that meeting; is
5   that correct?
6        MS. FORGIE:  Objection.
7        A.   Well, as far as I knew, the paper had
8   just shown up a day or two before I got there.
9        I didn't know that it had come any
10  earlier than that.
11       I wasn't aware of that.
12       Q.   And we have just looked back at
13  Exhibit --
14       MR. LASKER:  Is this 12-17?
15       MR. KALAS:  Yeah.
16       Q.   -- 12-17, which is the e-mail exchange
17  between Dr. Farmer and Dr. Guyton.
18       And the first e-mail in that chain is
19  dated February 3rd, 2015, so that would be
20  outside of a month before the meeting.
21       The meeting started on March 4th,
22  2015, correct?
23       MS. FORGIE:  Objection.
24       A.   I guess.
25       I don't -- I'm -- I mean the date of

1   this document is February 3rd.
2        Q.   Right.
3        So that --
4        MS. FORGIE:  Which document are you
5   referring to?
6        Exhibit 17?
7        MR. LASKER:  Yeah.
8        MS. FORGIE:  Okay.
9        Q.   So that would then have been a
10  submission that was timely under the IARC rules,
11  correct?
12       MS. FORGIE:  Objection --
13       MS. HANLON:  Object to form.
14       MS. FORGIE:  -- lacks foundation.
15       A.   I mean you'd have to broach that with
16  IARC.
17       Q.   So your understanding from the IARC
18  staff was that you were not to take the Greim
19  publication into account because you were
20  informed that publication had not been made
21  available to IARC during the time period
22  allotted, correct?
23       MS. FORGIE:  Objection.
24       A.   No.
25       If you look at the monograph you will

1    see that the Greim paper was addressed in there.
2         We summarized as best we could the
3    data with the time that we had, that was
4    contained in the Greim paper.
5         But I'd have to look to see the exact
6    wording, but basically what we were saying is,
7    we just didn't have time to adequately evaluate
8    the information in the paper.
9    Q.   Okay.  And then the data tables that
10   you were provided access to at some point during
11   the working group meeting -- and those -- just
12   to be clear, those are the underlying study data
13   tables with all the tumor counts from those
14   original 14 cancer bioassays on glyphosate,
15   correct?
16        MS. FORGIE:  Objection, unclear what
17   tables.
18        If you could show him what tables
19   you're referring to.
20   A.   I don't understand your question.
21   I'm sorry.
22        MR. LASKER:  Let me repeat the
23   question.
24   Q.   You testified earlier that you had
25   access during the meeting at one point or

1    another to the data tables that were provided on
2    the online supplement to the Greim publication,
3    correct?
4    A.   I --
5         MS. FORGIE:  Wait.
6         Is there a question?
7         MR. LASKER:  Yes.
8         MS. FORGIE:  What is the question?
9         MR. LASKER:  He is about to answer it.
10        MS. FORGIE:  No.
11        I'd like to hear the question, please.
12   Q.   You testified earlier that you had
13   access during the meeting at one point or
14   another, and this would be the working group
15   meeting, to the data tables that were provided
16   as part of the online supplement for the
17   publication, correct?
18        MS. HANLON:  Objection.
19        MS. FORGIE:  Objection.
20   A.   I stated that I thought.
21        I really don't remember clearly that I
22   did.
23        I thought they may have been shown to
24   me during the meeting.
25   Q.   And -- but you did not then proceed to

1    actually review and look at the data that was
2    provided in those supplemental tables, correct?
3         MS. FORGIE:  Objection,
4    mischaracterizes his testimony.
5    A.   There was -- the amount of data in the
6    tables was overwhelming.
7         And it would not have been possible to
8    review those -- that data during the meeting.
9    Q.   And you don't sitting here today know
10   when those data tables were made available to
11   IARC, correct?
12   A.   I do not.
13   Q.   Okay.  The -- back to 12-17.
14        There's also a discussion in that
15   document about the renewal assessment report --
16        MS. FORGIE:  Wait.
17        Did you say 17 or 18?
18        MR. LASKER:  12-17.
19        MS. FORGIE:  Oh, I thought you said
20   18.
21        MR. LASKER:  12-17, the e-mails.
22        MS. FORGIE:  Yes, it is.
23        But I thought you said 18.
24   Q.   On 12-17 on the third page of this
25   e-mail, there is a discussion of a renewal

1    assessment report that had been prepared by the
2    German Federal Institute for Risk Assessment,
3    the BfR, regarding glyphosate, correct?
4         MS. FORGIE:  Objection, foundation,
5    calls for speculation.
6         MS. HANLON:  Join.
7    A.   That's what it states here in this
8    document.
9    Q.   Okay.  And during --
10        First of all, in your review of the
11   materials that were provided to you by IARC in
12   advance of the meeting, did those materials
13   include the BfR renewal assessment report?
14        MS. HANLON:  Object to the form.
15   A.   The BfR --
16   Q.   The German Federal Institute for Risk
17   Assessment, again that's the German regulatory
18   document.
19   A.   I don't recall.
20        I don't think they were, but I don't
21   recall.
22   Q.   Do you recall having that German
23   regulatory renewal assessment report for
24   glyphosate available to you during the IARC
25   working group meeting when you were in Lyon,

Page 194

1    France in March of 2015?
2        A.   It may have been.
3            I don't recall.
4        Q.   We'll talk a little bit more about
5    that.
6        A.   Is it referenced here?
7            It's not referenced here in the
8    document, is it?
9        Q.   It's not referenced in the document.
10       A.   Okay.
11       Q.   And if it's not referenced in the
12   monograph, is it fair to say that you then would
13   not have had access to that document in
14   conducting your assessment?
15           MS. FORGIE:  Objection.
16       A.   I don't know.
17           MR. LASKER:  Let me -- we can do it
18   now.
19           Let's break for lunch.
20           MS. HANLON:  Before we do, I'd like to
21   for the record make an objection to the
22   submission of Exhibit 12-17 on the basis
23   that it calls for speculation as to its
24   truth and veracity, since he was not a party
25   or a participant in the e-mail chain and had

Page 195

1    no involvement in its ownership or creation
2    of it.
3            MR. LASKER:  And I would just state
4    for the record that the fact that he was not
5    copied on this e-mail chain is exactly the
6    point, because he certainly should have
7    been.
8            And the question of why he did not
9    receive an e-mail from IARC providing him
10   with this study so that he would have had it
11   to make his assessments during the working
12   group meeting is one of the questions that I
13   think we have and I guess Dr. Jameson also
14   has.
15           MS. FORGIE:  Now I completely object
16   to that statement --
17           MS. HANLON:  I was going to say, I was
18   making an objection for the record.
19           MS. FORGIE:  -- diatribe.
20           MS. HANLON:  I wasn't looking for
21   testimony as to the response.
22           Thank you.
23           MR. LASKER:  Well, then stop making
24   objections that provide testimony.
25           MS. HANLON:  Excuse me.

Page 196

1            Eric, I have a right to make an
2    objection to the admission of an exhibit.
3            MR. LASKER:  We're off the record.
4            THE VIDEOGRAPHER:  We're going off the
5    video record.  The time is 12:40 p.m.
6            (Luncheon recess:  12:40 p.m)

Page 197

1            A F T E R N O O N   S E S S I O N
2            (Time noted:  1:23 p.m.)
3    C H A R L E S   W. J A M E S O N,    resumed
4    as a witness, having been previously sworn by
5    the Notary Public, was examined and testified
6    as follows:
7            THE VIDEOGRAPHER:  We're back on the
8    video record.  The time is 1:23 p.m.
9            MR. LASKER:  And just for the record,
10   who is on the phone, if anyone?
11           MS. FORGIE:  Hello, is anyone on the
12   phone?
13           MR. LASKER:  I guess we've lost them
14   all.
15   EXAMINATION BY
16   MR. LASKER:
17       Q.   So Dr. Jameson, turning back to the
18   subgroup report that you drafted in anticipation
19   of Working Group 112 on glyphosate, I think you
20   mentioned that prior to the meeting that the
21   procedure in your group was that two other
22   members of the subgroup would review the initial
23   draft that was prepared, correct?
24       A.   Correct.
25       Q.   Do you recall who in the subgroup

1  reviewed your draft of the glyphosate
2  assessment?
3       A.   I don't really recall.
4       I'm sorry.
5       Q.   Okay.  If we had a list of --
6       Would a list of the working group
7  members help you in identifying who that was?
8       (Witness looks at document.)
9       A.   Oh, this is for 115.
10      Q.   There's a Dr. Jahnke, there's a
11 Dr. Ser -- no, that's a different person.
12      Dr. Sergi, Dr. Jahnke, Dr. Calaf, if
13 I'm pronouncing it correctly.
14      A.   Yes.
15      I think it was...
16      (Witness looks at document.)
17      MS. FORGIE:  Don't speculate.
18      A.   I can't find their names here.
19      Consolato, Consolato Sergi, I believe
20 is his name.
21      Q.   Uh-huh.
22      Yeah.
23      A.   I think he was one of them.
24      And the other one was Gloria Jahnke, I
25 believe.

1       I may be mistaken, but I believe it
2  was those two.
3       Q.   And they would have provided you their
4  comments, then would have sent them back to you
5  to incorporate into the draft before you reached
6  the working group meeting; is that correct?
7       MS. FORGIE:  Objection.
8       A.   They would have made their comments,
9  sent the draft back to IARC.
10      And then IARC would have sent them to
11 me for my consideration.
12      Q.   Okay.  And do you recall receiving
13 comments back on the draft and incorporating
14 them to the extent that you thought appropriate?
15      A.   Correct.
16      Q.   Okay.  And then if I understand
17 correctly, once the working group meeting is
18 convened in March of 2015 -- 2015 in this
19 instance, the first half of the week you meet
20 solely within your subgroup, maybe after the
21 first initial hi, we're all here, but then you
22 have subgroup meetings for the first few days,
23 correct?
24      MS. FORGIE:  Objection.
25      A.   No.

1       Q.   Okay.  So then how --
2       Correct me where I'm wrong.
3       A.   The entire working group meets in a
4  plenary session the morning of the first day --
5       Q.   Okay.
6       A.   -- for introductions and some guidance
7  from IARC as to how the meeting should be --
8  proceed.
9       Going through the review process in
10 detail, so everybody knows it, because there's
11 always somebody there that is new to the
12 process.
13      Usually that lasts the morning and
14 then the afternoon is when we break up into the
15 subgroup meetings.
16      Then every day after that for the
17 first -- for the next -- I believe there's three
18 days, every morning you meet in the plenary
19 session, the entire working group meets in the
20 plenary session in the morning for about an hour
21 just to -- each subgroup chair usually gives a
22 brief update of how they're doing, any
23 administrative things that need to be taken care
24 of.
25      And then you break out into the

1  subgroups for the rest of the day.
2       And then it is usually the fifth day.
3       Depending on how the progress has been
4  made, it may be a plenary session at the
5  beginning of the day, then break into subgroups.
6       But then by the afternoon you start in
7  plenary session to discuss -- for the whole
8  working group to start discussing all of the
9  reports.
10      Q.   Okay.
11      A.   And from then on it's plenary
12 sessions.
13      Q.   Got it.
14      And when you then start meeting in
15 those sort of midweek -- in those plenary
16 sessions, that's at a point in time where the
17 subgroups have finished their work sufficiently
18 to be able to provide their assessment to the
19 plenary for a full of whatever the compound is
20 at issue; is that correct?
21      MS. FORGIE:  Objection.
22      A.   I'm sorry, say that again.
23      Q.   Sometime about the middle of the week
24 you reach a point where the subgroups have
25 completed their substantive work to the extent

Page 202

1  that they're now able to provide their
2  assessment to the plenary session for the then
3  entire working group to consider the compound,
4  correct?
5        MS. FORGIE: Objection.
6    A.  Yes.
7    Q.  Okay.  And would --
8        In that plenary session, is it the
9  person who is providing the subgroup assessment
10  for whatever compound is at issue, is that the
11  person who originally drafted the report, who
12  would then tell the plenary this is what we have
13  determined or would it be the subgroup chair?
14    A.  It depends on the subgroup chair.
15       Some subgroup chairs like to report
16  for the group and some subgroup chairs will ask
17  the individual if -- if they're talking about a
18  specific compound or chemical, then he would ask
19  the person who drafted it to speak to it.
20       But in my case, I usually speak for
21  the group.
22    Q.  And required to state it doesn't
23  matter because you were both.
24       And in your presentation with respect
25  to glyphosate to the plenary session

Page 203

1  initially -- and I recognize there are things
2  that go on after that -- but in the initial
3  presentation to the plenary session the
4  subgroup's analysis of the animal cancer
5  bioassay data was that that data provided
6  limited to inadequate evidence of
7  carcinogenicity, correct?
8        MS. FORGIE: Objection.
9    A.  As I remember, I think at one of the
10  plenary sessions on the third or fourth day they
11  were going around, and since we'd enough time to
12  work on all the -- all of the documents, they
13  were asking the subgroup, well, have you come up
14  with a preliminary evaluation?
15       And so I think it was at that time
16  that we -- that I said specifically for
17  glyphosate, that the data was looking to be
18  limited.
19    Q.  And was it limited to inadequate or do
20  you not recall --
21    A.  I -- you know, I can't imagine I would
22  have said limited to inadequate, but I -- I know
23  I said it was at least limited.
24    Q.  Okay.  Do you recall --
25       And obviously the plenary session,

Page 204

1  that is, just to be clear, not only are the
2  members of the working group there, but the
3  observers are there as well, outside observers,
4  right, at those sessions, correct?
5        MS. FORGIE: I'm objecting to the
6  plenary session questions, that's outside
7  the scope of what you asked the judge for.
8        And Monsanto had a representative,
9  Dr. Sorahan, present during that section.
10       And, in fact, in your brief which
11  we've marked as Exhibit 6, I believe --
12       MR. LASKER: First of all, this is no
13  longer an objection.
14       And I want to make sure the
15  videographer is taking this time away from
16  plaintiffs counsel because they are loading
17  up the record now with speaking objections.
18       There is no objection.
19       There is no instruction not to answer
20  the question based on scope.
21       I understand your objection.
22       It does not change the question.
23       MS. FORGIE: I have not even finished
24  my objection.
25       MR. LASKER: I understand.

Page 205

1        This is not -- this is out of your
2  time.
3        MS. FORGIE: The objection is that in
4  the exhibit it stated, "Monsanto expects
5  Dr. Jameson will be able to testify about
6  the scientific debate and key findings that
7  led to the animal subgroup's change in
8  evaluation," and that's our objection.
9        If you want to give me a standing
10  objection to everything outside of the
11  animal subgroup, that's fine, otherwise I'll
12  continue to object.
13       MR. LASKER: I will give you a
14  standing objection.
15       I don't agree your objection is
16  proper, but I'll give you a standing
17  objection.
18       MS. FORGIE: Okay.
19    Q.  So anyway just to be clear, the
20  plenary session is when you have the outside
21  observers who are also watching what's going on
22  in addition to the working group members,
23  correct?
24    A.  The outside observers are present at
25  all the plenary sessions, yes.

1    Q.   And is it your testimony today that
2 you did not state that the animal data for
3 glyphosate was limited to inadequate or that you
4 can't recall whether you stated that?
5    A.   I do not recall saying limited to
6 inadequate.
7    Q.   Okay.  Your recollection is limited?
8    A.   My recollection is that I said
9 limited, but...
10    Q.   And just so the record is clear, this
11 would have been after the two to three-month
12 period that you spent analyzing the studies,
13 drafting up the initial submission, having the
14 review of the two other members of the animal
15 subgroup, incorporating their comments, and then
16 having the first three days of meetings with the
17 animal subgroup, correct?
18        MS. FORGIE:  Objection.
19    A.   It would have been after that period,
20 yes.
21    Q.   All right.  Do you recall any
22 discussions among the subgroup members prior to
23 that plenary session in which you were
24 discussing whether the animal data for
25 glyphosate should be classified as limited or

1 classified as inadequate?
2    A.   I don't remember the exact
3 discussions.
4        As I recall, the discussions were that
5 the evidence for the -- I think there were a
6 couple of members there that felt the evidence
7 was sufficient, to be honest with you.
8        I think it was -- again, I -- you
9 know, I don't know how much is fact and how much
10 is opinion.
11        I don't know what to say about the
12 studies.
13        But I think there was some -- some
14 people in the -- on the subgroup who felt that
15 the data for the -- the data for the mice, where
16 the kidney tumors were observed in the CD-1
17 mouse, those tumors were so rare that they felt
18 that that was sufficient evidence.
19    Q.   Do you recall --
20        Now you had served -- we've already
21 discussed you had served as chair for animal
22 subgroups on prior working groups, correct?
23    A.   Correct.
24    Q.   So at the time that you made the
25 presentation to the plenary session with the

1 preliminary assessment, as you recalled today of
2 limited for the animal data for glyphosate, you
3 were aware of and understood how the data was to
4 be interpreted under IARC's preamble, correct?
5    A.   Correct.
6    Q.   As I understand the process -- and
7 correct me --
8        After you had that initial plenary
9 session and then you start meeting in plenary,
10 each morning of the plenary session there will
11 be a new draft that is provided to the
12 individuals who are in attendance of each of the
13 sections of each of the various compounds being
14 looked at, correct?
15        MS. FORGIE:  Objection.
16    A.   Not necessarily a new draft every
17 morning.
18        Usually what happens is the -- you'll
19 have a -- the plenary sessions are set up so
20 that you address one chemical at a time.
21        And usually what it is you go
22 through the chemical and then comments and
23 suggestions from the whole working group are
24 taken into account.
25        And then you go -- they go back to

1 the -- the subgroup takes it back and addresses
2 the comments of the whole working group,
3 redrafts it, and then that goes to the next day.
4        But there are --
5    Q.   On days there wouldn't be a --
6    A.   Some days -- sometimes you finish up a
7 compound, you know, on the Monday before the
8 final day or on the Sunday before the final day.
9        It's not -- and so those don't come
10 back, that's all I'm saying.
11    Q.   Right.
12        And then every evening after the
13 plenary session there is a meeting that is
14 solely among the IARC staff and the chairs of
15 the subgroup and the overall chair, correct?
16    A.   That's correct.
17    Q.   And observers are not allowed to
18 attend those meetings, correct?
19    A.   That's correct.
20    Q.   Was Christopher Portier, he was the
21 invited specialist to Working Group 112, was he
22 in attendance at those evening sessions?
23    A.   I don't recall that he was.
24    Q.   Was he -- during the time he was there
25 was he in meetings with your subgroup or was he

Page 210

1  bouncing around between subgroups, do you
2  recall?
3      A.  He was bouncing around.
4      I think he concentrated mostly on the
5  mechanisms group, but he did come in once or
6  twice in the animal section just to hear some of
7  the discussion or to ask a question.
8      MR. LASKER:  Let me show you a
9  document that I have no idea what the number
10  is.
11      Again, 12-19?
12      MR. KALAS:  18, I believe.
13      MR. LASKER:  18.
14      (Exhibit 12-18, Multipage document
15  entitled Vol 112-Monograph 04-Glyphosate,
16  Section 3, 2nd Draft.rev4, bearing Bates
17  stamp Nos. MONGLY01616857 through
18  MONGLY01616874, marked for identification,
19  as of this date.)
20      Q.  And this is a document that's been
21  produced in this litigation bearing the Bates
22  No. MONGLY01616857 and continuing through to
23  874.
24      And, Dr. Jameson, please take your
25  time to take a look at this document.

Page 211

1      (Witness looks at document.)
2      A.  Okay.
3      Q.  And so we were just talking about
4  various drafts of the monograph that would be
5  prepared as the meeting was going on in Lyon,
6  France, correct?
7      A.  Okay.  Uh-huh.
8      Q.  And this would be one of the drafts
9  then of the Section 3 on glyphosate, the animal
10  cancer bioassays section on glyphosate, correct?
11      A.  I...
12      MS. FORGIE:  Objection.
13      A.  I mean it appears to be in the format
14  of a draft for the IARC monograph, yes.
15      Q.  Okay.  And obviously -- well, strike
16  that.
17      As you discussed, there were changes
18  that took place in the draft for the animal
19  subgroup's assessment of glyphosate during the
20  course of the meeting over that week long
21  period, correct?
22      MS. FORGIE:  Objection.
23      A.  Yes.
24      Q.  Okay.  The -- and I want to direct you
25  also -- you can have both of these at your -- at

Page 212

1  the ready, if you will -- to the IARC monograph,
2  the final IARC monograph.
3      I'm sorry, I don't recall the
4  number -- 12-15.
5      And if we can go to page 30 of 12-15.
6      And that is starting off -- that is
7  the same section then in the final monograph
8  starting on page 30 as the document that we've
9  marked as 12-18.
10      It's covering the same section,
11  correct, 3, and "3.1 Mouse," and then "3.1.1
12  Feed" versus "Dietary administration," correct?
13      MS. FORGIE:  Objection.
14      A.  Okay.  Well, this document says "3.1.1
15  Feed" and the actual monograph is "3.1.1 Dietary
16  administration."
17      Q.  Right.
18      A.  Yes.
19      Q.  And the first study that is being
20  discussed both in the draft document and in the
21  final monograph is this study in CD-1 mice,
22  correct?
23      50/50 with same doses, referring to
24  the EPA 1985 document?
25      (Witness looks at document.)

Page 213

1      A.  It's -- yeah.
2      Yeah, this draft says the doses are
3  1,000 -- this document identified as the "2nd
4  Draft.rev4" says the doses were zero, 1,000,
5  5,000, and 30,000.
6      But it doesn't have the same
7  information in this as it is in the final
8  monograph.
9      Q.  I understand, but it seems to be
10  referring to the same study.
11      And we'll go through, as we go
12  through, but I want to just confirm this is
13  talking about a study that was addressed in some
14  EPA documents in 19 -- in the mid-1980s and it's
15  the same?
16      A.  It appears to be, yeah.
17      MS. FORGIE:  Objection.
18      MS. HANLON:  Object to the form.
19      Q.  Now let us just focus on the final
20  monograph for a moment.
21      And as we discussed previously you had
22  for purposes of your review or an assessment,
23  you had EPA review documents that discussed
24  underlying animal studies, correct?
25      MS. FORGIE:  Objection.

1    A.   We had copies of memos from the EPA
2  that discussed their review of studies submitted
3  on glyphosate, yes.
4    Q.   And then in your final monograph you
5  actually cite to those studies.
6        And I think you have --
7    A.   Right.
8    Q.   -- EPA 1985, EPA 1985b, EPA 1986, and
9  then EPA 1991, I believe.
10       Although in this section it's actually
11  just '85a, '85b, and '86, correct?
12   A.   Correct.
13   Q.   Okay.  So let's mark and just so it's
14  clear, the index then to the monograph actually
15  has the references and has a cite that has a
16  link in which you can find the document that's
17  being cited.
18       So people who can read this can click
19  on that link and find the document, correct?
20       MS. FORGIE:  Objection.
21   A.   They can click on the link, yes.
22       MR. LASKER:  Okay.  And let's mark a
23  turn --
24       (Discussion off the record.)
25       MR. LASKER:  So the first document

1  we'll mark which corresponds to 1985a in the
2  monograph is an April 3rd, 1985 EPA memo.
3       (Exhibit 12-19, Five-page document
4  entitled US EPA Archive Document, with
5  attached Memorandum to Robert Taylor from
6  William Dykstra, dated 4/3/85, marked for
7  identification, as of this date.)
8       MR. LASKER:  Okay.  So that's 12-19.
9       (Discussion off the record.)
10      MR. LASKER:  And the next document,
11  which will be 12-20, then is the EPA memo
12  that comes up for 1985d (sic).
13      And it's dated December 4th, 1985, so
14  that chronologically makes sense also to be
15  the second 1985 document.
16      (Exhibit 12-20, Three-page document
17  entitled US EPA Archive Document, with
18  attached Memorandum to William Dykstra from
19  Louis Kasza, dated 12/4/85, marked for
20  identification, as of this date.)
21      (Discussion off the record.)
22      MR. LASKER:  And then the next in
23  line, which will be 12-21, is the 1986 EPA
24  memo and it's dated -- it has a date of --
25  some handwritten dates on it, it says it's

1  March 11th, 1986.
2       But there's also signatures in January
3  and February of 1986 by individuals as well,
4  but that will be 12-20.
5       THE REPORTER:  12-21.
6       MR. LASKER:  Yeah, I'm sorry, 12-21.
7  Thank you.
8       (Exhibit 12-21, Ten-page document
9  entitled US EPA Archive Document, with
10  attached Memorandum to Robert Taylor from
11  William Dykstra, dated 3/11/86, marked for
12  identification, as of this date.)
13      (Witness looks at document.)
14      THE WITNESS:  Okay.
15   Q.   And so am I correct then in my
16  understanding from the final monograph that
17  these were the three EPA memos that -- upon
18  which the IARC -- or that IARC had and that the
19  working group had with respect to this mouse
20  study which was, I'll represent, the 1983
21  Monsanto mouse study?
22       MS. FORGIE:  Objection.
23   A.   According to the EPA document numbers
24  and the reference, they correspond to what's
25  here, yes.

1    Q.   So these would be the three memos then
2  that you had and that IARC had available to it
3  to obtain data regarding this mouse study,
4  correct?
5       MS. HANLON:  Objection to form.
6       MS. FORGIE:  Objection.
7    A.   These appear to be the ones that's
8  referenced in the document, yes.
9    Q.   And these are the only documents that
10  you had and that IARC reviewed for information
11  regarding the 1983 Monsanto mouse study,
12  correct?
13      MS. FORGIE:  Objection.
14   A.   As I indicated before, there could
15  have been other memorandas regarding these
16  particular studies that didn't contain any
17  actual data that was available.
18   Q.   But these were the only documents that
19  you had regarding the 1983 mouse study that
20  provided any data, correct?
21      MS. FORGIE:  Objection.
22      MS. HANLON:  Objection.
23   A.   According to what's -- the references
24  here, yes.
25   Q.   And references here are to the

Page 218

1  monograph?
2      A.   To the monograph, correct.
3      Q.   And these memos discuss findings with
4  respect to renal tumors, correct?
5      A.   That's what it says, yes.
6      Q.   Did IARC have any information -- well,
7  let me take a step back.
8           When you do an animal cancer bioassay
9  the investigators will look at a large number of
10 different tissues in the standard animal study,
11 correct?
12     A.   Correct.
13          MS. FORGIE:  Objection.
14     Q.   Upwards to 50 different tissues will
15 be examined, correct?
16          MS. FORGIE:  Objection.
17     A.   That's correct.
18     Q.   And IARC in its assessment of this
19 1983 mouse study, the only data that you looked
20 at and that IARC looked at were the data with
21 respect to renal tumors, correct?
22          MS. FORGIE:  Objection.
23          MS. HANLON:  Objection, form.
24     A.   In this study?
25     Q.   Yes.

Page 219

1      A.   As best I can recall, yes.
2      Q.   Okay.  The final monograph -- and if
3  you can look at pages 33 to 34 -- or actually
4  it's -- I'm sorry, that's wrong.
5           Page 30 and then it carries over to
6  page 33, in discussing this 1983 Monsanto mouse
7  study the IARC monograph states that "there was
8  no data on tumors of the kidney provided for
9  female mice," correct?
10          MS. FORGIE:  Objection.
11          (Witness looks at document.)
12     Q.   I'm sorry, at the bottom of page 30
13 and the top of page 33.
14          (Witness looks at document.)
15     A.   Yeah, the document states there were
16 no data on tumors for the kidneys of the female
17 mice.
18     Q.   Now obviously the 1983 mouse study
19 would have looked at the kidneys of both the
20 male mice and the female mice, correct?
21          MS. HANLON:  Object to form.
22          MS. FORGIE:  Objection.
23     A.   You would expect them to if they
24 studied the female mice.
25     Q.   And why did the IARC working group

Page 220

1  then not consider the findings with respect to
2  renal tumors in female mice?
3          MS. HANLON:  Objection, form.
4      A.   To no tumors in female mice?
5          MS. FORGIE:  Objection.
6      Q.   Why did the IARC working group not
7  consider the findings with respect to renal
8  tumors in female mice?
9          MS. HANLON:  Objection, form.
10          MS. FORGIE:  Objection.
11     A.   But the report says there was no data.
12     Q.   So it's your understanding that the
13 EPA documents that you reviewed did not provide
14 data with respect to female mice and renal
15 tumors?
16          MS. FORGIE:  Objection.
17     A.   I don't know.
18          I'd have to look through the documents
19 to see if they did.
20     Q.   Okay.  Well, let me see if I can help
21 you there.
22          If you could look at document 12-21.
23          MS. FORGIE:  I think he is entitled to
24 look at as much as he wants to, not just
25 what you point out to him.

Page 221

1          MR. LASKER:  Okay.  But the data is
2  what the data is, and he can look at what I
3  direct him to.
4          And then if he thinks there is
5  different data elsewhere, he can look at
6  that elsewhere.
7      Q.   If you can look at page 5 of
8  Exhibit 12-21.  12-21.
9          MS. FORGIE:  I'm sorry, what number
10 did you say, page 3?
11          MR. LASKER:  Page 5.
12          MS. FORGIE:  Page 5.
13          (Witness looks at document.)
14     Q.   And this is, if you look in the middle
15 of the page there's a discussion that you can
16 see there, data provided for male mice and renal
17 tumors and also for female mice.
18          Do you see that?
19     A.   Where is this?
20     Q.   If you start in the middle of the
21 page, "In response to your letter of
22 September 16th," do you see that?
23     A.   Okay.
24     Q.   If you read through that paragraph.
25          (Witness looks at document.)

Page 222

1      MS. FORGIE:  And, Doctor, you can take
2   as much time as you want to read the
3   whole -- all three of these.
4      (Witness looks at document.)
5      A.   Okay.  This information is taken
6   evidently from a letter from a Dr. Robert Olson
7   to Monsanto.
8      Q.   Correct.
9      A.   I mean I don't know who Dr. Olson is.
10     Q.   Correct.
11        So did you discount certain
12  information in the document and not consider
13  some data that would support the document based
14  upon an assessment of who was being quoted in
15  the various parts of the document?
16     MS. FORGIE:  Objection.
17     (Witness looks at document.)
18     Q.  Dr. Jameson, did you --
19     MS. FORGIE:  Wait a minute.
20        He is reading and he is entitled to
21  read if he --
22     MR. LASKER:  I understand.
23        There's a question outstanding.
24        I don't even know if he remembers what
25  the question is.

Page 223

1        The question does not --
2      MS. FORGIE:  We're going to read it
3   first.
4        It's not fair.
5      MS. HANLON:  I request that you allow
6   him to read through the document and he will
7   respond.
8      MR. LASKER:  Okay.  Let's go off the
9   record.
10        And, Dr. Jameson, if you want to read
11  through these documents you can take your
12  time.
13     THE VIDEOGRAPHER:  We're going off the
14  video record.  The time is 1:57 p.m.
15     (Recess taken.)
16     (Exhibit 12-22, Multipage document,
17  first page is entitled US EPA Archive
18  Document, with attached Memorandum to
19  Robert Taylor and Lois Rossi, dated
20  10/30/91, premarked for identification, as
21  of this date.)
22     THE VIDEOGRAPHER:  We're back on the
23  video record.  The time is 2:08 p.m.
24  BY MR. LASKER:
25     Q.   So during the break we marked another

Page 224

1   exhibit and I just marked that for the record
2   Exhibit 12-22.
3        It is an EPA document, the second peer
4   review of glyphosate, dated October 1991.
5        And that also is a document,
6   Dr. Jameson, that IARC considered in its
7   assessment of the animal cancer bioassays for
8   glyphosate, correct?
9      A.   Correct.
10     Q.   And during the break did you have the
11  opportunity to review the EPA documents that
12  were at your disposal with respect to whether or
13  not they provided data on renal tumors in female
14  mice in this 1983 Monsanto study?
15     A.   I looked at the reports, yes.
16     Q.   And the reports do indicate that there
17  were no renal tumors found in female mice in
18  that study, correct?
19     A.   That's correct.
20     Q.   So the monograph stating that no data
21  were provided for female mice, you guys just
22  missed that, correct?
23     MS. FORGIE:  Objection.
24     A.   It's poorly worded.
25        I mean they didn't give any -- they

Page 225

1   didn't list any incidences in the table because
2   there were none.
3        But it's poorly worded, yes, I'll
4   admit to that.
5      Q.   Okay.  And then there's also --
6        And just to be clear then, is it your
7   recollection that you are aware that there were
8   no findings of renal tumors in the female mice
9   in the 1983 mouse study at the time that you
10  drafted the monograph and just poorly worded it
11  or that you did not -- were not aware of the
12  data on female mice?
13     A.   I think it is probably -- I think it's
14  just poorly worded.
15     Q.   So your recollection is that you were
16  aware of the fact that there were no renal
17  tumors in the female mice?
18     A.   In the female mice, right.
19     Q.   But then you worded it in a way that
20  it suggested that there is no data?
21     A.   There is no data, right.
22     Q.   And with respect to the final
23  monograph you also state that -- again on
24  page 30 -- that survival -- on the bottom of
25  page 30 on this right column you state that

Page 226

1    "survival in all dose groups."
2        And this is about the seventh line
3    from the bottom on the right column, "survival
4    in all dose groups was similar to that of
5    controls for this 19883 mouse study," correct?
6        A.   That's what it says here.
7        Q.   Okay.  And the issue of survival and
8    the reason it would be set forth in this
9    monograph and other discussions of animal
10   studies is obviously if an animal lived longer
11   there is more time for them to get tumors,
12   correct?
13       MS. FORGIE:  Objection.
14       A.   Correct, that's one of the things.
15       Q.   And so when you're analyzing the study
16   you want to know if the survival is the same
17   between treatment groups and control groups in
18   order to properly analyze the data from that
19   study, correct?
20       A.   Yes, that's one of the data points.
21       Q.   Okay.  And the EPA documents that you
22   reviewed in connection with preparing this
23   monograph provides data on survival in the
24   various treatment groups for this mouse study,
25   correct?

Page 227

1        A.   I don't know.  I'd have to go look.
2        Q.   Okay.  Well, let me ask you, if you
3    could, to look at 12-19, the 1985a.
4        And that was one of the documents that
5    you were just reviewing during the break,
6    correct?
7        A.   Okay.
8        Q.   And on the second page of this
9    document there is a table, "Cumulative
10   Mortality," correct?
11       A.   Correct.
12       Q.   And that table provides information on
13   survival as between the different treatment
14   groups in the 1983 mouse study, correct?
15       A.   Correct.
16       Q.   And the table reports that as of
17   24 months there was higher survival among the
18   highest dosed group where the three renal tumors
19   were noted as compared to the other treatment
20   groups, correct?
21       A.   I'm sorry, say that again.
22       I was reading something.
23       Q.   The table on 1985a, that was one of
24   the documents that you relied upon in preparing
25   the IARC monograph, reports that there was

Page 228

1    greater survival in the highest dosed group of
2    animals, of mice, in the 1983 mouse studies as
3    compared to the other treatment groups and as
4    compared to controls, correct?
5        A.   There's greater survival in the
6    treated group --
7        Q.   The highest treated group?
8        A.   -- in the highest treated group than
9    in the controls?
10       Q.   Correct.
11       A.   That's what you're saying it says
12   here?
13       Q.   Yes.
14       A.   Oh, okay.
15       Q.   So that I'm reading that table
16   correctly, correct?
17       A.   This table says there's more alive
18   after 24 months in the high dose group than
19   there was in the control, correct.
20       Q.   There were depending on how you
21   measure, there's something like 70 percent
22   greater survival -- I don't know how to do the
23   math here -- well, there is -- there were --
24   there's greater survival --
25       Strike that, let me restate it.

Page 229

1        There was greater survival in the
2    highest dose group of 30,000 parts per million
3    also as compared to the medium dose group and as
4    compared to the low dose group, correct?
5        MS. FORGIE:  Objection.
6        MS. HANLON:  Objection.
7        Eric, are we talking about the treated
8    or the untreated?
9        Q.   We're talking about for the 1983 mouse
10   study there was greater survival of the mice in
11   the highest dose group as compared to the medium
12   dose group, correct?
13       MS. FORGIE:  Objection.
14       A.   The table appears to show that, yes.
15       Q.   And there was higher survival in the
16   highest dose group than there was in the low
17   dose group, correct?
18       (Witness looks at document.)
19       A.   Oh, than in the low dose -- okay.
20       Q.   Correct?
21       A.   It appears -- the table does --
22   appears to show that, yes.
23       Q.   Okay.  And then as we said, greater
24   survival in the highest dose group as compared
25   to controls, correct?

1          MS. FORGIE:  Objection.
2      A.   Okay.  Yes.
3      Q.   And so the data with respect to
4  survival shows that there was a difference in
5  survival between the highest dose group and the
6  controls, correct?
7          MS. FORGIE:  Objection.
8      A.   They survived better than the
9  controls.
10     Q.   Okay.  So in the IARC monograph where
11 it states that "survival in all dose groups was
12 similar to that of controls," is that something
13 that was poorly worded as well?
14         MS. FORGIE:  Objection.
15     A.   I'm not supposed to give you my
16 opinion in this deposition.
17     Q.   Did --
18         Were you aware at the time that you
19 drafted this statement in the IARC monograph
20 that "survival in all dose groups was similar to
21 that of controls," were you aware of the fact
22 that as reported in this 1985 EPA document that
23 you considered, survival was in fact greater in
24 the highest dose group than in any mouse studies
25 compared to controls?

1          MS. HANLON:  Objection.
2          MS. FORGIE:  Objection.
3      A.   Did I know that survival was greater
4  in the treated than in the controls?
5      Q.   In the highest dose group as compared
6  to controls.
7          MS. HANLON:  Objection, form.
8      A.   Well, that's what the table here says.
9      Q.   Okay.  So at the time that you wrote
10 in the IARC monograph that survival in all dose
11 groups in this 1983 mouse study was similar to
12 that of controls, you were aware that there was
13 greater survival in the highest dose group,
14 correct?
15         MS. FORGIE:  Objection.
16     A.   There were more alive in the high dose
17 group than in the controls after 24 months,
18 that's what the table says.
19     Q.   Okay.  And just so we're clear, with
20 respect to the findings of renal tumors,
21 adenomas, or carcinomas in this 1983 mouse
22 study, three of those tumors were found in the
23 highest dose group, correct?
24     A.   That's correct.
25     Q.   The IARC monograph notes that the EPA

1  convened a pathology working group to evaluate
2  the renal tumors in the male mice in this study,
3  correct?
4      A.   The EPA did, yes.
5      Q.   Okay.  And can you just for the record
6  so it's clear, do you understand from your time
7  at NTP and did you understand at the time when
8  you were working on this monograph, understand
9  what a pathology working group is?
10     A.   Yes.
11     Q.   What is a pathology working group?
12     A.   A pathology working group is like a
13 peer review whereby pathologists, mostly for
14 bioassay study they're veterinary pathologists,
15 a group of qualified veterinary pathologists get
16 together, review slides at the same time and --
17 to evaluate the diagnosis of the tissues that
18 they've been given to review.
19     Q.   And if we can look at the document
20 that's been marked as Exhibit 12-21, which is
21 the 1986 EPA document that was available to you
22 in preparing the IARC monograph.
23         And particularly, and I know that you
24 reviewed this during the break, at pages
25 7 through 9 of Exhibit 12-21.

1          That is where you had obtained the
2  information -- and "you" being IARC and yourself
3  as chair of the animal subgroup -- is where you
4  obtained the information about the pathology
5  working group review of this mouse study,
6  correct?
7          MS. FORGIE:  Objection.
8      A.   Yes, this is where we would have found
9  the information on the PWG.
10     Q.   Okay.  And on page 7 of
11 Exhibit 12-22 -- I'm sorry, 12-21, the 1986 EPA
12 document states, and this is the second
13 paragraph to the bottom, "The PWG blindly
14 examined coded slides without respect to
15 treatment group, of all cases or" -- I suppose
16 it should be of -- "renal tubular cell tumors
17 and all discrepancies and diagnosis among the
18 OP, original pathologists, Dr. Kuschner and the
19 chairperson of the renal tubular cell tumors and
20 renal tubular cell hyperplasias.
21         The consensus viewpoint of the
22 participants is recorded in Appendix A."
23         Do you see that?
24     A.   Uh-huh.
25     Q.   And just so that I understand and the

Page 234

1    record is clear, what does it mean to say that
2    the "PWG blindly examined coded slides"?
3        A.   It means that they were given the
4    slides and they didn't know from which dose
5    group those particular slides came from.
6        Q.   And I think we discussed this earlier,
7    but the pathology working group in conducting
8    its analysis of the 1983 mouse study had
9    available to it a greater amount of data
10   regarding that study than IARC had in conducting
11   its assessment, correct?
12       MS. HANLON:  Object to form.
13       MS. FORGIE:  Objection.
14       A.   Who had a greater amount of data?
15       Q.   The pathology working group that
16   reviewed the slides and reviewed the original
17   study materials under the 1983 mouse study had
18   greater amount of data available to it in
19   assessing the findings in the mouse study than
20   IARC had in conducting its assessment in 2015 of
21   the same study, correct?
22       MS. HANLON:  Objection, form.
23       MS. FORGIE:  Objection.
24       A.   I don't know.
25           I don't know what was available to the

Page 235

1    PWG, so I really can't answer that.
2        Q.   Well, you know that they had the
3    actual slides, correct?
4        A.   Well, they had the actual slides, but
5    you said they had more data, too.
6        Q.   Do you know what information the PWG
7    looked at from your review --
8        A.   I'm not -- I don't know what they had
9    to look at, no.
10       Q.   Okay.  But they did look at all the
11   tissue slides for the kidney tumors, correct?
12       MS. FORGIE:  Objection.
13       A.   Well, it explains it in this document
14   what they looked at, yes.
15       Q.   And that would allow them also to look
16   at whether there is evidence of preneoplastic
17   lesions in the kidneys, correct?
18       MS. HANLON:  Objection, form.
19       MS. FORGIE:  Objection, speculation.
20       A.   I have no idea what they looked at
21   when they did the PWG.
22       Q.   Okay.  And I refer you to page 9 of
23   this document.
24           And this, again, is talking about the
25   findings of the PWG, correct, the pathology

Page 236

1    working group convened by EPA?
2        (Witness looks at document.)
3        MS. HANLON:  What was your question to
4    him?
5        Q.   That this is -- page 9 is a
6    continuation of the pathology working group's
7    findings, correct?
8        A.   "The following points were taken into
9    consideration in reaching its decision," that's
10   what it says, yes.
11       Q.   So the pathology working group, as set
12   forth in this page, which is one of the
13   documents you relied upon in providing -- in the
14   IARC monograph, talks about all the different
15   factors that the pathology working group
16   considered in reaching its assessment, correct?
17       MS. FORGIE:  Objection.
18       A.   Okay.  That's what it says.
19       Q.   And, for example, it talked about the
20   fact that there were no -- number -- technically
21   d), no nephrotoxic lesions or preneoplastic
22   changes in the kidneys of these -- of a -- hold
23   on a second -- three-month sub-chronic toxicity
24   study, correct?
25       (Witness looks at document.)

Page 237

1        A.   I mean it says that the renal toxicity
2    was not noted in the three-month sub-chronic
3    toxicity study.
4            But I have no idea what study they
5    were referring to.
6            It was reported in 1979, but I don't
7    know if it's a sub-chronic study that was done
8    before this study or that they just knew of a
9    sub-chronic study or -- I don't know what
10   they're referring to there.
11       MR. LASKER:  So we're going to have to
12   take a break because we're reaching the end
13   of the -- we're reaching the end of the
14   tape, sorry.
15       THE VIDEOGRAPHER:  This will be the
16   end of video media disk No. 3.  The time is
17   2:24 p.m.  We're going off the video record.
18       (Recess taken.)
19       THE VIDEOGRAPHER:  We're back on the
20   video record.  This is video media disk
21   No. 4.  The time is 2:31 p.m.
22   BY MR. LASKER:
23       Q.   Dr. Jameson, when we broke we were
24   looking at page 9 of Exhibit 12-22 -- 12-21.
25           And one of the factors that the EPA

Page 238

1 pathology working group noted was that compound
2 related nephrotoxic lesions including
3 preneoplastic changes were not present in the
4 1993 mouse study, correct?
5     MS. FORGIE:  Objection.
6     A.   That's what it states here in this
7 document, yes.
8     Q.   And then if you look at page 7 under
9 "Conduct of the PWG Review" it states, "Prior to
10 the pathology working group review, the
11 Chairperson reviewed the pathology incidence
12 tables, the original pathologist's narrative,
13 pertinent individual animal records, and all
14 tissue sections of kidneys from male mice,"
15 correct?
16     A.   That's what it says here, yes.
17     Q.   So is it fair to say --
18        I'm sorry.
19        And to correct the record, it's the
20 1983 mouse study, not the 1993 mouse study,
21 Doctor.
22     A.   Okay.
23     Q.   And it's fair to say then that the
24 pathology working group had more information
25 available to it in reviewing the renal tumor

Page 239

1 findings in the 1983 mouse study than you had
2 and that IARC had in 2015, correct?
3     MS. HANLON:  Objection, form.
4     A.   Based on what they say here it sounds
5 like they had more information, yes.
6     Q.   And on page 8 of this document, 12-21,
7 the pathology working group's conclusions are
8 stated.
9        And it states that, "The PWG firmly
10 believes and unanimously concurs with the
11 original pathologist and reviewing pathologist,
12 that the incidence of renal tubular cell
13 neoplasms in this study are not compound
14 related," correct?
15     A.   That's what this states, yes.
16     Q.   Okay.  So IARC reached a different
17 conclusion than the pathology -- EPA pathology
18 working group --
19     MS. FORGIE:  Objection.
20     Q.   -- correct?
21     A.   Yes.
22     Q.   And the -- if you go back to the
23 exhibit, I'm sorry, 12-18, which is the draft of
24 the IARC monograph section on the animal cancer
25 bioassays, at the bottom of the first page,

Page 240

1 which is the Bates 16857, in discussing the 1983
2 Monsanto mouse study the draft monograph states
3 for the last sentence, "The report from the PWG
4 also indicated they firmly believe and
5 unanimously concur with the original pathologist
6 that the incidences of renal tubular-cell
7 neoplasm in this study are not compound
8 related."
9        And also, "The EPA (1991) stated they
10 did not feel this lesion was compound related."
11        Do you see that?
12     A.   That's what it states here.
13     Q.   And if you go to the final monograph,
14 the final IARC monograph, which is
15 Exhibit 12-3 --
16     MR. LASKER:  12-15?
17     MR. KALAS:  Yeah.
18     Q.   -- 12-15 and you look at the
19 discussion of this same mouse study, it appears
20 on page 30 and carried over to page 33, that
21 statement that was in the draft monograph at
22 some point indicating the EPA pathology working
23 group's conclusion and the EPA's conclusion that
24 the lesions, the renal tumors seen in this
25 study, were not compound related.

Page 241

1        That has been taken out of the IARC
2 monograph as it appears in its final form,
3 correct?
4     MS. HANLON:  Objection, form.
5     MS. FORGIE:  Objection.
6     A.   I don't know.
7        I'd have to read this.
8        (Witness looks at document.)
9     MR. LASKER:  We can go off the record
10 and let the doctor read it.
11     THE VIDEOGRAPHER:  We're going off the
12 video record.  The time is 2:35 p.m.
13        (Recess taken.)
14     THE VIDEOGRAPHER:  We're back on the
15 video record at 2:36 p.m.
16 BY MR. LASKER:
17     Q.   So Dr. Jameson, the statement in the
18 draft of the IARC monograph for glyphosate,
19 which notes that the EPA pathology working group
20 and the EPA itself had concluded that the renal
21 tumors found in the 1983 mouse study were not
22 related to glyphosate, those statements were not
23 included in the final IARC monograph, correct?
24     MS. FORGIE:  Objection.
25     MS. HANLON:  Objection to form.

Page 242

1    A.   It appears to be that way, yes.
2    Q.   And do you know who took that language
3  out of the monograph?
4         MS. FORGIE:  Objection.
5    A.   No.
6    Q.   Do you know why that language was
7  taken out of that monograph?
8         MS. FORGIE:  Objection.
9         MS. HANLON:  Objection.
10   A.   I don't recall.
11   Q.   The draft -- or strike that.
12        The final IARC monograph states at the
13 middle of page 33, the second column, provides
14 tumor counts from that 1983 mouse study and
15 particularly notes that the findings of combined
16 adenoma and carcinoma of the renal tubule of 1
17 out of 49 for the controls, 0 out of 49 for low
18 dose, 1 out of 50 for the mid dose, and 3 out of
19 50 for the high dose was -- reflects a
20 statistically significant trend.
21        Do you see that?
22   A.   Yes.
23   Q.   Now that information, that statistical
24 analysis is not contained in the draft
25 monograph, and you can look at that same section

Page 243

1  on page (sic) 12-18.
2         Let me ask you first, do you recall
3  yourself having conducted that statistical
4  analysis to determine whether or not the
5  trend --
6         And the data is on the first page, if
7  you will, fourth line from the bottom, 1 out of
8  49, 0 out of 49, et cetera.
9    A.   Okay.
10   Q.   Do you recall yourself having
11 performed the statistical analysis that is set
12 forth in the final monograph stating that this
13 is a statistically significant trend for renal
14 tubule adenomas and carcinomas?
15   A.   I don't recall doing that, no.
16   Q.   Okay.  Let me ask you to look at,
17 again, the EPA document that was available to
18 you and that you reviewed.
19        This is the 1986 EPA document, it's
20 12-21.
21        And particularly if you can look at
22 page 9 again, which was that last page that we
23 were looking at with respect to the pathology
24 working group.
25        (Witness looks at document.)

Page 244

1    Q.   And they state in their analysis at
2  b) -- I'm on page 9 -- that the -- and again, if
3  you look at page 8, they're referring to that
4  same data that's set forth in the IARC monograph
5  of 1013.
6         And they state that that data does not
7  reflect a statistically significant trend, do
8  you see that?
9    A.   I see that -- where the statement says
10 that, yes.
11   Q.   Do you know how the IARC's working
12 group reached a contrary conclusion with respect
13 to the statistical -- with respect to the linear
14 trend than EPA had calculated when it reviewed
15 this data?
16        MS. FORGIE:  Objection.
17   A.   I don't.
18   Q.   Do you recall whether there was any
19 conversations within the IARC working group of
20 the difference between what the EPA had
21 concluded in looking at that same data and what
22 is set forth in the final monograph as far as
23 statistical significance?
24        MS. FORGIE:  Objection.
25   A.   I don't recall the -- a conversation

Page 245

1  concerning that, no.
2    Q.   Part of the or one of the determining
3  factors for IARC and for your review of the
4  animal data under IARC or the IARC rules is
5  identifying whether or not there is a
6  statistically significant increase in tumors
7  found in an animal study, correct?
8    A.   Correct.
9    Q.   And it is actually important in
10 determining how to classify something, to know
11 whether or not there is a statistically
12 significant increase, correct?
13        MS. FORGIE:  Objection.
14   A.   Yes.
15   Q.   And the finding that is set forth in
16 the monograph of a statistically significant
17 increase in renal tumors in the mice of the 1983
18 mouse study was then one of the factors that
19 determined how glyphosate was characterized with
20 respect to animal cancer bioassays and cancer,
21 correct?
22   A.   Yes.
23   Q.   Okay.  But sitting here today you
24 cannot state why it is that the IARC reached a
25 different conclusion with respect to statistical

Page 246

1  significance in the 1983 mouse study than the
2  EPA did, correct?
3        MS. FORGIE:  Objection.
4     A.  I can't -- I can't give you my opinion
5  of what that data means because this is a
6  fact...
7     Q.  I'm asking you the fact, do you know
8  why the EPA and the IARC calculation of
9  statistical significance is different?
10        MS. HANLON:  Objection, form.
11        MS. FORGIE:  Objection.
12     A.  Sitting here today I can't -- I don't
13  know.
14     Q.  Let's move on to the second study
15  that's considered in the IARC monograph for
16  mice.
17        And this is a study that you discuss
18  on page 33.
19        And here you're referring to the JMPR
20  2006.
21        It's the second column, the bottom
22  paragraph.
23     A.  Uh-huh.
24     Q.  And this is -- for this mouse study
25  the source of information was a review that was

Page 247

1  conducted by the World Health Organization,
2  correct?
3     A.  Correct.
4        MR. LASKER:  Let's mark as the next
5  document in line.
6        THE REPORTER:  23.
7        (Exhibit 12-23, Multipage document
8  entitled Pesticide residues in food - 2004,
9  Evaluations 2004, Part II - Toxicological,
10  marked for identification, as of this date.)
11        (Witness looks at document.)
12     Q.  And if you can --
13        MR. LASKER:  We'll go off the record
14  so you have a chance -- let's go off the
15  record so the doctor has a chance to look
16  through this document.
17        MS. HANLON:  Thank you.
18        THE VIDEOGRAPHER:  We're going off the
19  video record.  The time is 2:44 p.m.
20        (Recess taken.)
21        THE VIDEOGRAPHER:  We're back on the
22  video record.  The time is 2:53 p.m.
23  BY MR. LASKER:
24     Q.  Okay.  So Dr. Jameson, the document
25  that I handed you prior to the break, which is

Page 248

1  12-23 and you've had a chance to review, that is
2  the 2006 copyrighted document, although 2004 on
3  its face, that provided you and IARC with
4  information regarding the second mouse study
5  that is discussed in the monograph at page 33,
6  correct?
7     A.  Correct.
8     Q.  And this is the only source of data
9  from that study that IARC had at its disposal,
10  correct?
11        MS. FORGIE:  Objection.
12        MS. HANLON:  Object to form.
13     A.  To the best of my recollection, this
14  is the only one I saw.
15     Q.  Okay.  And as indicated on the JMPR
16  document on pages 121 and 122, the study that's
17  being discussed here is the 1993 Atkinson study,
18  which is a study that was conducted for
19  Cheminova, correct?
20        MS. FORGIE:  Objection.
21        (Witness looks at document.)
22     A.  I can't tell from what I have in front
23  of me.
24     Q.  It's the Atkinson 1993 study, it's
25  indicated on the bottom of 123, correct?

Page 249

1     A.  On the bottom of 123?
2        (Witness looks at document.)
3     Q.  The very bottom line -- oh, sorry,
4  122.
5        Sorry, wrong page.
6     A.  122?
7        Oh, it says Atkinson, et al., 1993.
8     Q.  Okay.  And the JMPR document, on the
9  first sentence of that second to last paragraph
10  on page 122 states, "There were no statistically
11  significant increase in the incidence of any
12  tumors, either benign or malignant, in either
13  sex when compared with control groups," correct?
14     A.  That's what it states.
15     Q.  And then the JMPR document provides
16  the same numbers for haemangiosarcomas in that
17  study that you report in the IARC
18  monograph, correct?
19        MS. HANLON:  Object to form.
20     A.  That appears to be the case, yes.
21     Q.  And then the JMPR document states in
22  connection both with the haemangiosarcomas and
23  with respect to finding some one other tissue,
24  in that last sentence of the second from the
25  bottom paragraph on page 122, a quote, "Owing to

Page 250

1   the lack of a dose response relationship, the
2   lack of statistical significance, and the fact
3   that the" changes "recorded in this study fell
4   within the historical ranges for controls, these
5   changes were not considered to be caused by
6   administration of glyphosate," correct?
7      A.  That's what it says here, yes.
8        MS. HANLON:  Objection, form.
9        I'm going to indicate that the -- you
10   indicated -- you said instead of incidences,
11   changes, mine said incidences.
12        So if we're taking it literally,
13   reading it, the third sentence up where it
14   says, "the fact that the incidence recorded
15   in this study."
16        MR. LASKER:  It says "incidences,"
17   that's what I said.
18        MS. HANLON:  No, you didn't.
19        I will object on the basis of I heard
20   "changes."  It was not correctly read.
21        MR. LASKER:  Let me restate the
22   question.
23      Q.  The JMPR document states with respect
24   to the haemangiosarcoma findings in this 1993
25   mouse study, the same haemangiosarcoma findings

Page 251

1   that IARC reports, "Owing to the lack of a
2   dose-response relationship, the lack of
3   statistical significance and the fact that the
4   incidences recorded in this study fell within
5   the historical range for controls, these changes
6   are not considered to be caused by
7   administration of glyphosate," correct?
8      A.  That's what it states.
9      Q.  And the JMPR document that IARC had in
10   its review of this 1993 mouse study states, "In
11   conclusion" -- the very last paragraph on the
12   page -- "In conclusion, administration of
13   glyphosate to CD-1 mice for 104 weeks produced
14   no signs of carcinogenic potential at any dose,"
15   correct?
16      A.  That's what it says.
17      Q.  And the JMPR in conducting its review
18   of this study had the actual study documents to
19   look at, correct?
20        MS. FORGIE:  Objection.
21        MS. HANLON:  Objection, form.
22      A.  I have no idea.
23      Q.  All that you have for your review in
24   IARC was what the JMPR set forth in this one
25   page, a little bit over one page in its review,

Page 252

1   correct?
2        MS. FORGIE:  Objection.
3      A.  That's what we had.
4      Q.  The IARC monograph in discussing this
5   same study states that "the findings of
6   haemangiosarcoma" --
7        MS. FORGIE:  What page are you on,
8   please?
9      Q.  Page 33 of the working group document
10   of the monograph.
11        The middle of that last paragraph on
12   page 33 says that there was a statistically
13   significant increase in the incidence of
14   haemangiosarcoma in males with a P value of less
15   than 0.001.
16        Do you see that?
17      A.  I see that.
18        MS. HANLON:  Objection, form.
19      Q.  Did you prepare that statistical
20   analysis?
21      A.  It was prepared in our subgroup.
22      Q.  Did you have any discussion of the
23   fact that the statistical analysis conducted for
24   IARC reported statistically significant to the
25   .0001 (sic) P level, where the JMPR concluded

Page 253

1   that there was no statistically significant
2   increase in haemangiosarcomas in the male mice
3   in the study?
4        MS. FORGIE:  Objection.
5      A.  I don't recall that particular --
6   discussion to those particular points, no.
7      Q.  Do you recall who it was in your
8   subgroup that conducted that statistical
9   analysis?
10        MS. FORGIE:  Objection, asked and
11   answered.
12      A.  I don't remember who did it, no.
13        It was probably IARC staff that did
14   it, but I don't remember who did it.
15      Q.  And you don't recall, I take it,
16   during the working group meeting going back and
17   looking at the 2006 JMPR document and seeing
18   that they were reporting that this data was not
19   statistically significant; is that correct?
20        MS. FORGIE:  Objection.
21        MS. HANLON:  Objection, form.
22      A.  I don't re -- I don't recall that
23   specific discussion.
24        It could very well have come up in the
25   discussion.

1 But with this and so many others, when
2 we looked at the published -- when we look at a
3 study and we look at the data from the study we
4 do -- the working group is asked to do its own
5 evaluation of the data and not -- and not to
6 just take the conclusions of the office.
7 So that's what is done in all of the
8 working groups.
9 Q. But just to be clear, the only data
10 you had for this study was the data that was
11 provided by the -- that's in this one page of
12 the JMPR document; is that right?
13 MS. FORGIE: Objection,
14 mischaracterizes his testimony.
15 A. That appears to be the case.
16 Q. And do you have any information with
17 respect to renal tumor -- renal tumors in the
18 1993 Cheminova mouse study?
19 A. I'm sorry, say that again.
20 Q. For the 1993 mouse study, I'm sorry,
21 the one that we're talking about with respect to
22 the JMPR --
23 A. Okay.
24 Q. -- do you have any information with
25 respect to the incidence of renal tumors in that

1 study?
2 A. Only if it was in the report.
3 Q. And sitting here today do you have any
4 understanding of the number of and distribution
5 of renal tumors in the 1993 mouse study that is
6 discussed in the IARC monograph?
7 MS. HANLON: Objection, form.
8 MS. FORGIE: Objection.
9 That goes into privileged information
10 because you're asking him as of today and
11 we've discussed these matters.
12 And I object and instruct him not to
13 answer to the extent that information you
14 have comes from discussions that you have
15 had with us as your expert -- as our expert.
16 MS. HANLON: And I join in that
17 instruction -- I join in that objection and
18 I instruct him, too, in regards to the
19 objection as a -- in regards to the
20 relationship with the attorney.
21 MR. LASKER: Well, I'll restate the
22 question.
23 Q. Based upon your own continuing
24 analysis of the data in the studies, are you
25 aware sitting today of what the incidence is of

1 renal tumors in the mice in the 1993 mouse study
2 that is discussed in the IARC monograph?
3 MS. FORGIE: Objection.
4 MS. HANLON: Objection.
5 MS. FORGIE: Do not answer that with
6 regards to anything that you and I or any of
7 the other attorneys have discussed.
8 Don't give any -- in other words, no
9 information that we have provided to you or
10 discussed with you can be discussed at this
11 point.
12 If you have that answer without going
13 into discussions you had with us as our
14 expert, then you may do so.
15 Q. Okay. So again I'll state the
16 question because I think my question addressed
17 that.
18 Based upon your own independent
19 assessment of the scientific studies, sitting
20 here today do you have any understanding of the
21 incidence and distribution of renal tumors in
22 the 1993 mouse study that is discussed in the
23 IARC monograph?
24 MS. HANLON: Objection, form.
25 MS. FORGIE: Objection, also it goes

1 beyond the scope.
2 It's supposed to be about what he did
3 at IARC, not what he does today.
4 A. I cannot give you an opinion on that
5 right at the present time.
6 Q. I'm not asking for your opinion.
7 I'm just asking if you're aware of the
8 data.
9 Are you aware of what the 1993
10 Cheminova mouse study found with respect to
11 renal tumors?
12 MS. FORGIE: Objection.
13 MS. HANLON: Objection, form.
14 And I would instruct him not to
15 answer.
16 Because at this point you've asked and
17 answered and I feel like it's gone beyond
18 it.
19 We're here for a fact deposition.
20 MR. LASKER: Okay. You've asked and
21 answered, he has not answered.
22 I've asked, you've objected four times
23 now.
24 If you're instructing the witness not
25 to answer questions based on his factual

Page 258

1   knowledge of the data in the 1993 mouse
2   study, we can take that up with a judge.
3        There is no basis on any rule of
4   evidence for you to instruct the witness not
5   to answer that question.
6        It's a factual question.
7        MS. HANLON:  I'm instructing him not
8   to answer.
9        MR. LASKER:  Okay.  We'll mark that in
10  the deposition as well.
11  Q.   As part of the IARC monograph process,
12  when you are presenting the data and your
13  assessment of these animal studies and when you
14  looked at the 1983 mouse study and reported data
15  on renal tumors and then you reported data from
16  the 1993 mouse study in the very next paragraph,
17  did anyone suggest looking at the data from that
18  1993 mouse study to determine whether or not it
19  had data on renal tumors that would either
20  replicate or not replicate what was found in the
21  1983 mouse study?
22  A.   As part of a review of any chemical,
23  when you look at data -- when you look at
24  studies you would look to see if the tumor sites
25  reported in one study are also reported in

Page 259

1   another study because that gives you -- if there
2   are reports -- if the same tumor site is
3   reported in more than one study, then that gives
4   you some more information into the strength of
5   the evidence for the finding.
6   Q.   And in conducting that review for IARC
7   in 2015, after reporting on the renal tumor
8   findings in the 1983 mouse study, and then
9   turning to the 1992 mouse study, did you look to
10  see whether, in fact, the 1993 mouse study had
11  data with respect to renal tumors?
12       MS. FORGIE:  Objection.
13  A.   We probably -- we probably would have
14  asked the question, wonder if there was any
15  tumor -- any kidney tumor data from that study,
16  but there wasn't any indicated in the
17  information that we had.
18  Q.   Okay.  And when you were provided
19  access -- as you mentioned earlier -- to those
20  original data tables that were appended to the
21  Greim publication that you were aware that those
22  existed, did you at any -- during the IARC
23  working group meeting, did you at any time or
24  did anyone suggest at any time looking at those
25  data tables to see if it would provide an answer

Page 260

1   to that question about whether or not there were
2   renal tumors found in the 1993 mouse study?
3        MS. FORGIE:  Objection,
4   mischaracterizes his testimony.
5   A.   No, we didn't have time to go through
6   the reams and reams of numbers that were
7   provided with the Greim.
8   Q.   Now the 1990 -- I'm sorry, strike
9   that.
10       Exhibit 12-18, also the draft of the
11  IARC monograph also has a discussion of the
12  1997 -- sorry -- yes, the 1993 mouse study as
13  discussed by the JMPR, and this is on page 858.
14  A.   858.  Okay.
15  Q.   The second page, the second -- bottom
16  paragraph.
17       MS. FORGIE:  I'm sorry, what page are
18  you on?
19       MR. LASKER:  858.
20       MS. FORGIE:  Thank you.
21       (Witness looks at document.)
22  Q.   And in that paragraph in the draft
23  document it is reported that the findings with
24  respect to haemangiosarcoma were not
25  significant, correct?

Page 261

1        (Witness looks at document.)
2        MS. FORGIE:  What line is it, please?
3        MR. LASKER:  That would be the
4   fifth and sixth line of the second
5   paragraph -- or the bottom paragraph on that
6   page.
7   A.   Okay.
8   Q.   And the final sentence of that page,
9   of that paragraph also states that the tumor
10  incidence for haemangiosarcoma and for also the
11  other -- other findings in this study of tumors
12  "fell within the historical ranges for
13  controls," correct?
14  A.   That's what it says here.
15  Q.   And in the final monograph those two
16  statements, the final IARC monograph of Working
17  Group 112, those two statements have been taken
18  out, correct?
19       MS. FORGIE:  Objection.
20  A.   They're not in the -- in this version
21  of the monograph, correct.
22  Q.   Do you know who took those statements
23  out of the draft monograph before the monograph
24  was finalized?
25       MS. HANLON:  Objection.

1    A.   I -- you really cannot say an
2  individual was responsible for that because the
3  monograph is a product of the whole working
4  group.
5    Q.   Okay.  Let me ask you this, do you
6  recall the decision to remove those statements
7  from the draft --
8         MS. FORGIE:  Objection.
9    Q.   -- monograph?
10   A.   No, I don't remember -- I don't recall
11 those discussions.
12   Q.   Do you know why those statements were
13 removed from the draft monograph?
14        MS. FORGIE:  Objection.
15   A.   I don't know why.
16   Q.   The IARC monograph also talks about
17 rat studies and we'll turn to that.
18        And in particular there was a
19 discussion both in the draft monograph and in
20 the final monograph of rat studies that were
21 reviewed by EPA.
22        And I can direct you to page 36 and
23 page 40 of the final monograph.
24        (Witness looks at document.)
25        MR. LASKER:  Why don't we actually go

1  off the record just so we can have the
2  doctor do this efficiently.
3         I'm going to ask you, Doctor, to
4  review the IARC monograph with respect to
5  the rat studies reviewed by EPA.
6         They begin on pages 36 and 40.
7         And then also the draft of that
8  monograph section on those same two studies,
9  which appears at page 863.
10        So why don't we go off the record so
11 you have a chance to do that.
12        THE VIDEOGRAPHER:  We're going off the
13 video record.  The time is 3:11 p.m.
14        (Recess taken.)
15        THE VIDEOGRAPHER:  We're back on the
16 video record.  The time is 3:26 p.m.
17 BY MR. LASKER:
18   Q.   Dr. Jameson, when we took our break we
19 were talking about the IARC review of certain
20 rat studies that were discussed in EPA memos,
21 correct?
22   A.   Uh-huh.
23   Q.   And there were, as set forth in the
24 final monograph, two rat studies for which you
25 had information from EPA memorandum, correct?

1    A.   Correct.
2    Q.   And those studies were also, if you
3  can look to the draft of that monograph at
4  page 863, which is again Exhibit 12-18 --
5  starting with the second full paragraph on 863
6  there is again discussion of those same EPA
7  memos and their discussion of two rat studies,
8  correct?
9    A.   That's what it says here.
10   Q.   And in the draft monograph the animal
11 subgroup noted with respect to the study on 60
12 male and 60 female rats there was a discussion
13 there about pancreatic islet tumors, correct, or
14 pancreatic islet cell adenomas?
15        MS. HANLON:  Are you referring him to
16 which exhibit?
17        MR. LASKER:  This is Exhibit 12-18,
18 and the document he is looking at on
19 page 863 at about lines --
20        THE WITNESS:  19.
21        MS. HANLON:  Okay.
22   Q.   There is a discussion of pancreatic
23 islet cell adenomas, correct?
24   A.   Okay.
25   Q.   And in the draft of this monograph

1  there is the statement at page -- at lines 22
2  through 24 with respect to the pancreatic islet
3  cell adenomas, "There was no statistically
4  significant positive dose-related trend in the
5  occurrence of these tumors and no progression to
6  carcinoma.
7         The EPA concluded that this lesion was
8  not compound related, correct?
9    A.   That's what the EPA said.
10   Q.   And the EPA would have reached that
11 assessment based upon its review of the full
12 study report, correct?
13        MS. HANLON:  Form.
14        MS. FORGIE:  Objection, calls for
15 speculation.
16   A.   I'm sorry, say that again.
17   Q.   The EPA would have reached that
18 conclusion based upon its review of the full
19 animal -- rat cancer bioassay study report,
20 correct?
21        MS. HANLON:  Objection.
22        MS. FORGIE:  Objection.
23   A.   I -- I don't know.
24        I mean that's what we got out of the
25 EPA report.

Page 266

1    Q.   You were --
2    A.   This -- EPA indicated that they or
3  concluded that the lesion was not compound
4  related.
5    Q.   And you worked at the NTP for how
6  long, 25, 30 years did you say?
7    A.   Thirty years.
8    Q.   Based upon your work at the NTP, do
9  you have any understanding of how the EPA --
10  when the EPA reviews substances for
11  carcinogenicity whether they actually review the
12  study documents?
13       MS. FORGIE:  Objection, calls for
14  speculation.
15    A.   I don't know.
16       I have no experience with what EPA
17  does.
18    Q.   So in your analysis of the animal data
19  when you were relying upon these EPA review
20  documents for purposes of IARC, is it your
21  testimony that you did not have an understanding
22  of what information EPA had at its disposal in
23  preparing those review documents?
24       MS. FORGIE:  Objection.
25       MS. HANLON:  Objection to form.

Page 267

1    A.   I mean obviously we had the documents
2  because we reference them.
3       I don't understand what you're driving
4  at.
5    Q.   My question is, did you have any
6  understanding when you relied upon those EPA
7  memorandum of what information EPA had when it
8  conducted its review of those studies?
9       MS. FORGIE:  Objection.
10    A.   They had the studies that were
11  submitted to them for the registration of
12  glyphosate.
13    Q.   Okay.  So for the purpose of this
14  study now, the 1990 -- the rat study that's
15  being discussed on page 863 where EPA reached
16  its conclusion that there was no statistically
17  significant positive dose related trend, no
18  progression to carcinomas, and where EPA
19  concluded that the lesion was not compound
20  related, the EPA reached that conclusion based
21  upon a review of the actual rat study, correct?
22       MS. FORGIE:  Objection, asked and
23  answered.
24       MS. HANLON:  Form.
25    A.   That was their conclusion --

Page 268

1       MS. FORGIE:  Calls for speculation.
2  Wait.
3       Let me get my objection in.
4       Objection, calls for speculation and
5  asked and answered.
6       Thank you.
7    A.   That was their conclusion.
8    Q.   And that was their conclusion based
9  upon a review of the actual rat study, correct?
10       MS. FORGIE:  Objection.
11       MS. HANLON:  Objection, form.
12       MS. FORGIE:  Calls for speculation,
13  asked and answered.
14    A.   I've already answered that.
15    Q.   And the answer --
16    A.   It was that -- that was their
17  conclusion.
18    Q.   Based upon a review of the actual
19  study, correct?
20       MS. FORGIE:  Objection.
21       MS. HANLON:  Objection, form.
22       MS. FORGIE:  Asked and answered three
23  or four times.
24       You're now starting to harass him just
25  because you don't like the answer.

Page 269

1    A.   Based on their review of the study
2  that was submitted for the registration of
3  glyphosate, that was their conclusion.
4    Q.   Thank you.
5       Now, and I think you already stated
6  the only documents you had, the only information
7  that you had for your review for IARC is what
8  EPA stated in its review memorandum, correct?
9       MS. FORGIE:  Objection.
10       MS. HANLON:  Objection, form.
11    A.   Correct.
12    Q.   You did not have the underlying study,
13  correct?
14    A.   I did not.
15    Q.   Okay.  And if you can look at the
16  final monograph when it's discussing this same
17  rat study that is discussed in the draft, the
18  statement that appears in the draft monograph
19  that you prepared, which notes that there was no
20  statistically significant positive dose related
21  trend and no progression to carcinoma, that has
22  been deleted from the final monograph, correct?
23       MS. FORGIE:  Objection.
24    A.   Umm...
25       (Witness looks at document.)

Page 270

1    A.   This is EPA...
2         (Witness looks at document.)
3    Q.   Page 36, if that's helpful, the second
4  column.
5    A.   Uh-huh.
6         (Witness looks at document.)
7    A.   I can't -- I don't see that it's in
8  there or not, but I don't think it is.
9         (Witness looks at document.)
10   A.   Well, let's see, line by line...
11        MR. LASKER:  Okay.  Let's go off the
12  record.
13        THE VIDEOGRAPHER:  We're going off the
14  video record.  The time is 3:34 p.m.
15        (Recess taken.)
16        THE VIDEOGRAPHER:  We're back on the
17  video record.  The time is 3:37 p.m.
18  BY MR. LASKER:
19   Q.   So Dr. Jameson, as we were discussing,
20  in the draft monograph that your subgroup
21  prepared with respect to this rat study reviewed
22  by EPA in 1991, the draft monograph notes that
23  there was no statistically significant positive
24  dose related trend in the occurrence of
25  pancreatic islet cell adenomas and no

Page 271

1  progression to carcinoma, and the draft
2  monograph also notes that the EPA concluded that
3  this lesion was not compound related.
4         And those statements were deleted from
5  the monograph and do not appear in the final
6  Working Group 112 monograph for glyphosate,
7  correct?
8         MS. FORGIE:  Objection.
9    A.   No.
10   Q.   Do those statements appear in the
11  final monograph?
12   A.   One of the statements is still in the
13  monograph, but reworded.
14   Q.   Okay.  Which statement is still in the
15  monograph and which one has been deleted?
16   A.   If you look on page 36, the second
17  column towards the bottom in the bracketed
18  statement, okay, "the working group noted that
19  there were no statistically significant positive
20  trend in the incidence of these tumors and no
21  apparent progression to carcinoma."
22   Q.   I stand corrected.
23         So the only thing that then was
24  deleted from the draft monograph and does not
25  appear in the final was the statement

Page 272

1  that the EPA concluded that these pancreatic
2  islet cell adenomas in this rat study were not
3  compound related, correct?
4         MS. FORGIE:  Objection.
5    A.   That is correct.
6         That is correct, but I would --
7         MS. FORGIE:  Wait.
8         Let him finish.
9         Go ahead.
10   A.   I would just like to point out that
11  what you have here is a draft document.
12         It's a draft working document that the
13  working group was working from for the review of
14  glyphosate.
15         It is a work in progress and so that's
16  why there are changes between this document that
17  you see here and the final document that is
18  published as the IARC monograph.
19         So it's apples and oranges.
20   Q.   I understand that.
21         And part of what I'm trying to find
22  out is what changes were made in the drafting
23  process and why.
24         And do you recall when it was that the
25  statement that appeared in the draft monograph

Page 273

1  noting EPA's conclusion that these pancreatic
2  islet cell adenomas in the rat study were not
3  compound related, do you remember when that
4  statement was deleted from the monograph?
5    A.   I do not.
6    Q.   Do you remember who made the decision
7  to delete that statement from the monograph?
8    A.   I don't know for sure who did -- I do
9  not know who did it.
10   Q.   Do you know why that statement was
11  deleted from the monograph?
12        MS. FORGIE:  Objection.
13   A.   I do not know for a fact.
14        I could only speculate and I do not
15  want to speculate.
16   Q.   Okay.  Let's look then at the draft
17  monograph discussion of the second rat study
18  that was reviewed by EPA.
19        And this is on the bottom of page 863,
20  Bates number ending 863 and carrying over to
21  864.
22        And this is also discussing another
23  rat study.
24        And there's a discussion of pancreatic
25  islet cell adenomas in that study as well.

Page 274

1      Do you see that?
2      A.   Yes.
3      Q.   And in the draft monograph on page 864
4  with respect to the second rat study it states
5  on line 5 to line 7, "there was no statistically
6  significant positive dose related trend in the
7  occurrence of these tumors and no progression to
8  carcinoma," correct?
9      A.   Correct.
10     Q.   And there was a statement that "the
11 EPA concluded that this lesion was not compound
12 related," correct?
13     A.   Correct.
14     MR. LASKER:  And I expect we're going
15 to want to take a break here, but I'm going
16 to ask you with respect to those statements
17 to take a look at the final monograph and to
18 see which of those statements remained and
19 which of the statements, if any, did not
20 remain in the final monograph.
21     So let's take a break so that the
22 doctor can review it.
23     THE VIDEOGRAPHER:  We're going off the
24 video record.  The time is 3:41 p.m.
25     (Discussion off the record.)

Page 275

1      THE VIDEOGRAPHER:  We're back on the
2  video record.  The time is 3:43 p.m.
3  BY MR. LASKER:
4      Q.   So Dr. Jameson, the -- again, the
5  draft monograph has a discussion of the second
6  rat study about the fact -- with respect to
7  pancreatic islet cell adenomas, that there was
8  no statistically significant positive dose
9  related trend in the occurrence of these tumors
10 and no progression to carcinoma.
11     First of all I'll take that, and that
12 sentence does appear in the final monograph,
13 correct?
14     A.   It does appear?
15     Q.   Yes.
16     A.   Yes, it's in the bracketed comments
17 there.
18     Q.   And then there's a second statement in
19 the draft monograph with respect to the second
20 draft study, that the EPA concluded that this
21 lesion, the pancreatic islet cell adenomas in
22 the second rat study was not compound related.
23     And that statement does not appear in
24 the final monograph, correct?
25     A.   Correct.

Page 276

1      MS. FORGIE:  Objection.
2      Q.   And do you, first of all, know who
3  made the decision to remove that statement from
4  the draft monograph?
5      A.   No.
6      Q.   Do you know when that statement was
7  removed from the draft monograph?
8      A.   I don't know when, no.
9      Q.   Do you know why that statement was
10 removed from the draft monograph?
11     A.   In asking these series of questions
12 I've been pondering over in my mind why would
13 that statement be taken out?
14     And all of a sudden I remembered the
15 reason why that statement would be taken out.
16     Q.   Okay.  Now let me just -- before you
17 get to that I want to clarify --
18     MS. FORGIE:  Wait.
19     He gets to finish his answer.
20     MR. LASKER:  No.
21     Because he just said he doesn't
22 remember who or when, so I want to make sure
23 I understand what his answer is going to be.
24     MS. FORGIE:  Wait.  He gets to finish
25 his answer before you do that.

Page 277

1      Q.   Do you recall why the statement was
2  removed or do you recall a reason why it may
3  have been removed?
4      A.   I remember why it may have been
5  removed.
6      Q.   Okay.  Well, we can -- your counsel
7  may ask you that question.
8      My question for you, though, is not
9  why it may have been removed, but why, in fact,
10 it was removed.
11     So again, do you know why, in fact,
12 the statement that appears in the draft
13 monograph, the EPA concluded that this lesion
14 was not compound related with respect to the
15 second rat study and pancreatic islet cell
16 adenomas, do you know for a fact why that
17 statement was removed from the draft monograph?
18     MS. FORGIE:  Objection.
19     MS. HANLON:  I'll instruct him not to
20 answer if he feels that it's going to cross
21 over into expert testimony.
22     A.   I'll answer, okay, because like I
23 said, it just came to me.
24     This is an IARC publication and the
25 opin -- the evaluation and the findings are from

## Page 278

1  an IARC working group.
2      And so other opinions or other reviews
3  that may have been done with this data is --
4  it's not appropriate to have that in the
5  document.
6      So that's why I think they were taken
7  out.
8      Q.   In your assessment as part of IARC for
9  determining or trying to understand the data
10 that appears in studies that you've not had an
11 opportunity to review, is one of the factors
12 that you consider, well, what those scientists
13 who did have an opportunity to review the
14 ongoing study concluded with respect to study?
15     MS. FORGIE:   Objection.
16     MS. HANLON:   Object to the form.
17     A.   I think as I indicated before, the
18 charge to the working group is to -- is to take
19 the data that is available in the available
20 documents, the published literature, the
21 government reports, whatever data that is
22 available to the working group, and for the
23 working group to look at the data, assess the
24 data, and make a determination of what the data
25 means.

## Page 279

1      So that it -- when it's reported in
2  the IARC monograph that is the opinion of the IARC
3  monograph working group that something is known
4  to be a human carcinogen, probably a human,
5  possibly a human, it's an IARC determination.
6      Q.   But specifically with respect to
7  glyphosate and with respect to the animal data
8  and the IARC working group's conclusion with
9  respect to the animal studies for glyphosate,
10 those conclusions were based solely upon data
11 that was provided in a summary fashion in
12 memorandum by either the EPA or the JMPR in
13 those documents we've reviewed, correct?
14     MS. FORGIE:   Objection.
15     A.   The data was taken from those
16 documents, correct.
17     Q.   And the original reviews were prepared
18 by scientists either at EPA or at the JMPR who
19 actually looked at the underlying study
20 documents, correct?
21     MS. FORGIE:   Objection --
22     MS. HANLON:   Form.
23     MS. FORGIE:   -- calls for speculation.
24     A.   That is the assumption, yes.
25     Q.   And if we could turn to page 76 of the

## Page 280

1  IARC monograph.
2      A.   Oh, the summary.
3      Q.   And there is discussions of the
4  findings for animal carcinogenicity data.
5      And if you need to take a break for
6  you to review this, we can.
7      But my question is going to be, there
8  are some studies that are discussed that didn't
9  have findings of tumors or had inadequate
10 information.
11     And then there are some studies that
12 you mentioned had information that you believe
13 supported your ultimate conclusion.
14     My question to you is whether I am
15 correct that the studies that IARC relied upon
16 in reaching its conclusion with respect to the
17 animal data are the same studies that we've
18 talked about that you learned about from EPA or
19 JMPR review?
20     MS. FORGIE:   Objection.
21     Q.   Okay.  And they would actually be the
22 four studies we talked about, the two mouse
23 studies and the two rat studies --
24     MS. FORGIE:   Objection.
25     MR. LASKER:   And if you want to take a

## Page 281

1  break to be able to look through this to be
2  able to be sure you know the answer to that,
3  we can take a break and you can look through
4  this and I'll ask that question.
5      Does that make sense?
6      THE WITNESS:   Okay.
7      MS. FORGIE:   Okay.  Off the record.
8      THE VIDEOGRAPHER:   We're going off the
9  video record.  The time is 3:50 p.m.
10     (Recess taken.)
11     THE VIDEOGRAPHER:   We're back on the
12 video record.  The time is 4:05 p.m.
13 BY MR. LASKER:
14     Q.   So Dr. Jameson, I'd like to actually
15 just take a step back and go back to the
16 discussion of those two rat studies, because
17 there's something I missed with respect to both
18 of the rat studies as reviewed by the EPA.
19     There was a second -- another sentence
20 I wanted to direct you to on page 863.
21     With respect to the first rat study
22 there is the statement on lines 24 and 25 of the
23 draft monograph that "tumors were observed in
24 both males and females at low incidence in other
25 tissue sites, including thyroid, but were also

Page 282

1  not considered to be related to the exposure to
2  glyphosate."
3       Do you see that?
4    A.  Yes.
5    Q.  And likewise with respect to the
6  second rat study that was reviewed by EPA in its
7  1991 document on page 864.
8       Again there is a statement on lines
9  7 through 9, "Tumors were observed in both male
10 and females at low incidence in other tissue
11 sites including thyroid but were also not
12 considered to be related to the exposure to
13 glyphosate."
14      Do you see that?
15   A.  Yes.
16   Q.  And so these were statements that
17 appeared in the draft monograph that you
18 prepared at some point during that working group
19 meeting, correct?
20   A.  Correct.
21   Q.  And those statements at least as
22 stated did not appear in the final monograph,
23 correct?
24      MS. FORGIE:  Objection.
25   A.  That's correct.

Page 283

1    Q.  And do you recall when those
2  statements were removed from the monograph?
3    A.  I do not.
4       MS. FORGIE:  Objection.
5    Q.  Do you remember or do you recall who
6  would have removed those statements from the
7  monograph?
8       MS. FORGIE:  Objection.
9    A.  No.
10   Q.  Do you know why those statements were
11 removed from the monograph?
12      MS. FORGIE:  Objection.
13   A.  No.
14   Q.  Okay.  Returning to page 76 of the
15 monograph, there is the discussion of the animal
16 carcinogenicity data that IARC ultimately relied
17 upon in reaching the conclusion that there was
18 sufficient evidence of carcinogenicity in the
19 animal studies, correct?
20   A.  Correct.
21   Q.  And the -- as set forth in the final
22 monograph, the determination with respect to the
23 carcinogenicity data in support of that IARC
24 finding of sufficient evidence in animal studies
25 was based upon the two rat studies that we've

Page 284

1  been discussing that were discussed in an EPA
2  review document and the two mouse studies that
3  we've discussed in this deposition, one reviewed
4  by EPA and the other by JMPR, correct?
5       MS. HANLON:  Object to the form.
6       MS. FORGIE:  Objection.
7    A.  That's accurate, yes.
8    Q.  And with respect to all four of these
9  studies the findings that IARC cited to as
10 evidence in support of a sufficient evidence of
11 carcinogenicity in animals, in all of those
12 studies the EPA or the JMPR had concluded that
13 those findings were not related to glyphosate,
14 correct?
15      MS. FORGIE:  Objection.
16      MS. HANLON:  Objection, form.
17   A.  That's what their document indicated.
18   Q.  Dr. Jameson, there are -- there were
19 four individuals on the IARC 112 working group
20 who were also fellows of an organization called
21 Collegium Ramazzini.
22   A.  Okay.
23   Q.  Are you familiar with Collegium
24 Ramazzini?
25   A.  I have heard about it.

Page 285

1       I know very little about it.
2    Q.  Have you had discussions with any of
3  the scientists that you've worked with for IARC,
4  on IARC working groups about the Collegium
5  Ramazzini?
6    A.  No.
7    Q.  Has anyone ever discussed with you the
8  possibility of your joining the Collegium
9  Ramazzini?
10   A.  No.
11   Q.  Have you ever attended Ramazzini Days
12 in Italy?
13   A.  No.
14      MS. FORGIE:  Objection, relevancy.
15   Q.  Do you know what those are?
16   A.  I've heard of some colleagues when I
17 worked at the NTP that went to these, but just
18 that they went to Italy.
19      That's all I knew.
20   Q.  Okay.  And have you -- to your
21 knowledge have you had conversations with
22 members of the Collegium Ramazzini regarding
23 glyphosate?
24   A.  No.
25      MS. FORGIE:  Objection.

1      MR. LASKER:  Let's take a short break.
2   I may be almost finished up.
3      MS. FORGIE:  No way.
4      THE VIDEOGRAPHER:  We're going off the
5   video record.  The time is 4:11 p.m.
6      (Recess taken.)
7      THE VIDEOGRAPHER:  We're back on the
8   video record.  The time is 4:42 p.m.
9   BY MR. LASKER:
10     Q.   Dr. Jameson, the IARC Working Group
11  112 completed it's week long session in March of
12  2015, correct?
13     A.   Yes.
14     Q.   And the final monograph came out -- I
15  can't remember, sometime like in July of 2015,
16  something along those lines?
17     A.   I think it was available online at
18  that time, yes.
19     Q.   So am I correct in my understanding
20  that subsequent to the completion of that week
21  long working group meeting, there is further
22  work that's done on the monograph to bring it to
23  its final form in which it's published; is that
24  correct?
25     A.   That's correct.

1      Q.   Were you involved in any of the
2   process subsequent to the end of that working
3   group meeting, up to the time of the publication
4   of the final monograph in any revisions or edits
5   that were made to the monograph?
6      A.   I don't really remember.
7      In general I know in the past from
8   time to time they do come back to the -- usually
9   the subgroup chair for points of clarification
10  if they're not -- if they need to clean up a
11  reference or get the wording right.
12     But for glyphosate, to be honest, I do
13  not recall if I was contacted about that or not.
14  I don't remember.
15     Q.   And did you for a period of time
16  retain the final draft monograph document that
17  you had at the end of that meeting so that if
18  questions were raised in that subsequent period
19  of time by IARC staff about language changes you
20  would have the final monograph as the working
21  group had seen it to compare it to?
22     MS. FORGIE:  Objection.
23     A.   I may have.
24  I don't remember.
25     Q.   Okay.  Do you know who at IARC for

1   Working Group 112 would have taken whatever was
2   the final draft that you saw in the working
3   group during that week long meeting in March of
4   2015 and revised it to the final draft that was
5   published in July 2015?
6      MS. FORGIE:  Objection.
7      A.   That would have been the
8   responsibility of the editor who was present at
9   the meeting.
10     There was always an individual who
11  serves as the editor who just keeps track of all
12  the different sections and the different parts.
13     And she ultimately was the person
14  responsible for getting the final draft
15  completed.
16     Q.   And who was that for Working Group
17  112?
18     A.   I'd have to look at the list of
19  attendees, but I think it was Heidi -- I think
20  her name was Heidi -- I'm sorry, I don't
21  remember her last name.
22     Q.   Would there be other members of the
23  IARC staff who would have assisted her --
24     A.   Oh, yes.
25     It's --

1      MS. FORGIE:  Wait.
2      We have to wait for the question to
3   come out, please.
4      I know it's the end of the day, but...
5      Q.   Would there have been other members of
6   the IARC staff who would have assisted the
7   editor in any revisions to the monograph from
8   the version that existed at the end of the
9   working group meeting to the final published
10  version?
11     MS. FORGIE:  Objection, calls for
12  speculation.
13     A.   Okay.  The editor would rely on the
14  various subgroup rapporteurs to provide the
15  information she would need to make the final
16  draft of the entire document.
17     Q.   And so the subgroup rapporteurs, those
18  are the members of the IARC staff?
19     A.   Those are IARC staff members.
20     Q.   Okay.  And who was the subgroup
21  rapporteur for the animal --
22     MS. FORGIE:  Objection.
23     Q.   -- subgroup for Working Group 112?
24     A.   That would have been Yann Grosse.
25     Q.   Okay.  And I actually do have a list,

1  or I don't, my -- John did of the members of the
2  staff who worked on IARC 112 -- but I can show
3  it to you if you want.
4        But is it Heidi Mattock?
5     A.   There you go.
6     Q.   So she was the editor for Working
7  Group 112?
8     A.   Yes.
9     Q.   And so she would have worked with
10 respect to your section --
11       MR. LASKER:  Well, actually, why don't
12 we mark this.
13       (Exhibit 12-24, Multipage document
14    entitled Some Organophosphate Insecticides
15    and Herbicides, Volume 112, marked for
16    identification, as of this date.)
17    Q.   And this is a -- the first pages of
18 the Volume 112 monograph.
19       And page 7 or the last page of this
20 document is a list of the participants from IARC
21 who are involved in that process, correct?
22    A.   Correct.
23    Q.   Okay.  So of the individuals who are
24 listed on page 7 of this document, other than
25 Heidi Mattock and Yann Grosse --

1        Grosse or Grosse?
2     A.   Grosse.
3     Q.   Grosse.
4        Sorry.
5        -- would any of the other individuals
6  on the IARC staff have been involved in
7  revisions or edits to the monograph after the
8  end of the working group meeting leading up to
9  the publication of the final monograph?
10       MS. FORGIE:  Objection, asked and
11 answered.
12    A.   The individuals who are identified
13 here as a rapporteur for the respective
14 subgroups would have been the individuals who
15 would have assisted Heidi in getting all the
16 information together for the final draft.
17    Q.   Okay.  Would anybody else among the
18 IARC staff that's not listed as a rapporteur
19 have been involved in edits to that monograph
20 from the time of the end of the working group
21 session until it appears in the final monograph?
22       MS. FORGIE:  Objection, asked and
23 answered, calls for speculation.
24    A.   I don't know of anybody else.
25    Q.   Okay.  And we had discussed during the

1  course of your testimony here today various
2  changes in the monograph from the draft
3  monograph until the final monograph.
4        Could those changes that we discussed
5  have been made by the IARC staff after the
6  working group meeting concluded?
7     A.   No.
8        MS. FORGIE:  Objection.
9     Q.   So is your testimony then --
10       Okay.  I'm sorry.
11    A.   May I clarify?
12    Q.   Yes.
13    A.   Grammatical corrections and grammar
14 and verification of references may have been
15 made by other than the actual working group
16 members who submitted the final document.
17       But as I indicated before, the
18 monograph is considered a product of the working
19 group.
20       And so the working group is
21 responsible for everything that's in the
22 document.
23    Q.   Okay.  So just so I understand, the
24 edits or the changes that we had talked about
25 between the draft and the final monograph that

1  we walked through, those changes you do not
2  believe would have been changes that would have
3  been appropriate for IARC staff to have made; is
4  that correct?
5        MS. FORGIE:  Objection.
6     A.   Yes, that is my opinion.
7     Q.   Okay.  But you do not, as you've
8  already talked about here today, know who made
9  those changes, correct?
10       MS. FORGIE:  Objection, asked and
11 answered, calls for speculation.
12    A.   I do not.
13       MR. LASKER:  Okay.  I have no further
14 questions.
15       MS. FORGIE:  Okay.  Do you need to --
16       MR. LASKER:  We can go off the record
17 and switch it around and...
18       THE VIDEOGRAPHER:  We're going off the
19 video record.  The time is 4:50.
20       (Recess taken.)
21       THE VIDEOGRAPHER:  We're back on the
22 video record.  The time is 5:02 p.m.
23 EXAMINATION BY
24 MS. FORGIE:
25    Q.   Okay.  Dr. Jameson, you were asked a

1    few questions about your work --
2          MR. LASKER:  I'm sorry.  I have to
3    reserve my time.
4          So I have finished my questioning.  I
5    think I have 36 minutes left.
6          MR. KALAS:  38.
7          MR. LASKER:  38 minutes left I will
8    reserve for cross-examination -- for
9    redirect, I'm sorry.
10          MS. FORGIE:  Okay.
11    Q.   Doctor, you were asked a few questions
12    about your work at IARC and I just have a few
13    follow-up questions on that.
14          Do you consider your work at IARC to
15    be in some way a continuation of the work you
16    performed at NTP?
17    A.   Yeah, in a manner of speaking, yes, it
18    is.
19          You know, I've always -- my whole
20    career has been environmental carcinogenesis.
21          And it's a way for me to keep in
22    touch, to keep up to date on what's going on and
23    to interact with former and new colleagues that
24    I've developed over the many years I've worked.
25    Q.   And is your work concerned with the

1    causes of cancer?
2    A.   The work that I do or have done for my
3    career is to look at the environmental causes of
4    cancer.
5          If materials that people are exposed
6    to in their environment, be it, you know, from
7    outdoor air exposure to the materials that they
8    wear, the food they eat, whatever, if there
9    are agents within those materials that could
10    possibly lead to cancer.
11    Q.   And why is it -- why are the causes of
12    cancer important to you?
13          MR. LASKER:  Objection to scope to the
14    extent that this is not expert testimony.
15          The same objection I was getting on
16    the other side, but you can answer.
17    A.   Say that again, please.
18          MS. FORGIE:  You can read the question
19    back, please.
20          (Record read.)
21    A.   The causes are important, I think,
22    because it's important to get the information
23    and the knowledge out to the general public.
24          In my mind knowledge is strength.
25          And if you determine that there is a

1    material out there that people are potentially
2    exposed to that is harmful to them that may
3    cause cancer, if you can provide those
4    individuals with that information then they can
5    make an informed decision if they want to be
6    exposed to it or not.
7          They can make the decision that, oh, I
8    need to use this material in my life.
9          I can't avoid it.
10          But knowing that it causes harm to me,
11    I can take additional steps to protect myself
12    from it.
13          I can wear protective clothing; I can
14    make sure I, you know, don't overuse it; I
15    respect it more.
16          So my philosophy has been find out the
17    causes of cancer.
18          Let people know that information so
19    that they can make an informed decision how that
20    may affect their life.
21    Q.   And is that one of the reasons you
22    volunteered to work on the IARC working group
23    committee with regard to glyphosate?
24    A.   Yes.
25          I've been interested in -- in my past

1    work experience I've investigated a number of
2    pesticides and it sparked an interest in me in
3    all of the pesticides to see if something that
4    has been developed as a poison to something may
5    not also be a poison to humans and how it might
6    affect them as it relates to cancer.
7    Q.   Okay.  And you mentioned that early,
8    first thing in the day almost, that you had
9    reviewed the IARC preamble in preparation for
10    your deposition today.
11          Do you recall that testimony?
12    A.   Yes.
13    Q.   And why did you review the IARC
14    preamble in preparation for your deposition
15    today?
16          MR. LASKER:  Objection to form.
17    A.   Well, it -- this was a deposition for
18    fact of what worked in the animal work --
19    experimental animal subgroup for the IARC
20    monograph.
21          And so I just wanted to make sure I
22    was up to date on what the preamble said and
23    could hopefully clearly express it if the
24    question came up.
25    Q.   So the question came up?

Page 298

1    A.   The question came up.
2    Q.   What is the purpose of the IARC
3  preamble, your understanding of the purpose?
4    A.   The preamble basically outlines what
5  the IARC monograph is, what its purpose is, how
6  it is developed, the procedure that the IARC
7  monograph or that the International Agency for
8  Research on Cancer follows in the preparation of
9  the monograph.
10    And it describes the criteria, most
11  importantly I guess, it has a criteria by which
12  the data for the substance under review are
13  evaluated for cancer in the monograph.
14    Q.   So the preamble to the IARC monograph
15  tells you -- gives you the guidelines to follow
16  in determining whether or not a substance is
17  carcinogenic?
18    MR. LASKER:  Objection to form.
19    A.   It gives you the guidelines -- yeah,
20  it gives you the guidelines for the -- for how
21  the IARC wants the working group to review the
22  data, and prepare the report, and evaluate the
23  data, judging -- using the criteria that's in
24  the preamble.
25    Q.   And is it important to have guidelines

Page 299

1  that set out how the working group is to proceed
2  and make their determination with regard to
3  carcinogenicity?
4    A.   Well, it's very important because the
5  guidelines not only act as an outline to the
6  individual members of the working group as to
7  how they're expected to review the data and what
8  criteria they need to use in order to make their
9  final evaluation, but it also describes the
10  individuals who read the monograph how the
11  monograph -- what the monograph is and how it's
12  prepared and the importance of it in the
13  international community.
14    Q.   And with regard to your work on the
15  1112 (sic) Working Group with regard to
16  glyphosate, did you follow the guidelines that
17  were set out in the IARC preamble?
18    A.   Yes.
19    Q.   And do you follow other guidelines
20  with regard to IARC working group in making your
21  determinations with regard to carcinogenicity?
22    MR. LASKER:  Objection to form.
23    A.   Do we use other guidelines?
24    Q.   Yes.
25    A.   Well, from the standpoint of -- well,

Page 300

1  if you look -- if you look at the preamble it
2  specifically refers to the Bradford Hill
3  criteria for the evaluation of epidemiology
4  data.
5    So the epidemiology group obviously is
6  directed to -- in their evaluations or
7  discussions of the data in the epidemiology
8  program, to make sure they apply the Bradford
9  Hill criteria for adequacy of the study and
10  ultimately deciding the level of evidence for
11  that particular study.
12    Q.   And --
13    A.   But that's just one example.
14    The -- to be honest, that's about the
15  only other one, other than the actual guidelines
16  that IARC has outlined themselves for how the
17  review process is to be done.
18    That's the only one that comes to mind
19  right now.
20    Q.   Okay.  And very briefly, what is the
21  Bradford Hill criteria?
22    MR. LASKER:  Objection to form, beyond
23  the scope.
24    MS. FORGIE:  You can answer.
25    A.   Bradford Hill is -- refers to a

Page 301

1  publication where the --
2    How to explain it?
3    The -- it's a -- it's like the Bible
4  for epidemiology as far as describing how --
5  what criteria the data from an epidemiology
6  study must meet or should meet in order to say
7  that the effects observed in an epidemiology
8  study are causative of the agent that people
9  were exposed to and not the result of a random
10  chance.
11    Q.   Okay.  And did the IARC 1112 Working
12  Group follow the Bradford Hill criteria in
13  making their assessments with regard to
14  carcinogenicity of glyphosate?
15    MR. LASKER:  Objection to form, beyond
16  the scope.
17    The witness has testified this deals
18  with the epidemiology group, which he was
19  not on.
20    MS. FORGIE:  You can answer.
21    A.   I did not attend the epidemiology
22  subgroup discussions so I can't say specifically
23  that they did address or did apply the Bradford
24  Hill criteria.
25    They are directed to do so by IARC at

1 the beginning of the meeting.
2      Q.   Okay.  It's my understanding -- or let
3 me ask it in a different way.
4           Was there a member, an employee of the
5 EPA as part of the working group for glyphosate
6 1112?
7      A.   Yes.
8      Q.   Okay.  And was that member, was that
9 EPA employee in the animal subgroup?
10      A.   No.
11      Q.   Was the decision with regard to
12 classification of glyphosate as to a --
13           Well, let me start -- let me go back
14 for a second.
15           Can you explain what 2A is, the
16 classification of 2A?
17      A.    In IARC the classification of 2A means
18 the material is determined to be a probable
19 human carcinogen.
20           And a probable human carcinogen is one
21 for which there is limited evidence in humans
22 and sufficient evidence for the carcinogenicity
23 in experimental animals, or it could be -- there
24 are other caveats.
25           A 2A could be sufficient -- limited

1 evidence in humans, insufficient in animals.
2           But you have mechanistic studies that
3 indicate that a mechanism for the formation of
4 cancer operates in humans and that evidence is
5 strong enough to add credence to the
6 epidemiology study so that it would still be
7 considered a 2A carcinogen.
8           On the other hand, you could have
9 inadequate evidence in humans and sufficient
10 evidence in animals, and again, have supporting
11 mechanistic data from gene tox studies or other
12 mechanism studies that indicate that mechanism
13 for the formation of cancer in humans is
14 credible based on the understanding of the
15 mechanistic data.
16           So that in addition to sufficient
17 evidence in animals could also lead to a 2A.
18      Q.   Okay.  And did the 112 -- did the IARC
19 112 Working Group make a determination that
20 glyphosate fit into category 2A?
21      A.    The entire working group -- yes,
22 they -- the decision from the working group was
23 that there was limited evidence in humans,
24 sufficient evidence in animals, and supportive
25 evidence from the mechanistic data, and that led

1 to a listing of a category 2A.
2      Q.   Okay.  And was the decision to place
3 glyphosate into a category 2A a unanimous
4 decision?
5      A.   Yes.
6      Q.   And so the EPA employee who was a
7 member of the 112 Working Group was in agreement
8 that the glyphosate is probably carcinogenic to
9 humans; is that correct?
10           MR. LASKER:  Objection.
11           Objection to form, calls for
12      speculation.
13           MS. FORGIE:  You can answer.
14      A.   I did not visibly see his yes vote,
15 but the fact that it was unanimous implies that
16 he did vote yes in favor of group 2A.
17      Q.   Okay.  And likewise the EPA working
18 group member agreed that a positive association
19 had been observed between glyphosate and NHL; is
20 that correct?
21           MR. LASKER:  Objection to form, calls
22      for speculation.
23           MS. FORGIE:  You can answer.
24      A.   All I can -- all I can say is that the
25 EPA representative there voted in favor of a 2A.

1           The 2A was based on limited evidence
2 in humans based on epidemiology studies that
3 showed that exposure to glyphosate and
4 glyphosate formulations is associated with an
5 increased -- with the formation of non-Hodgkin's
6 lymphoma in workers.
7           And so by implication, and if he voted
8 in favor of the 2A, he was voting in favor of
9 the epidemiology showing that glyphosate and
10 glyphosate formulations caused non-Hodgkin's
11 lymphoma.
12           MR. LASKER:  Objection, move to
13      strike, lack of foundation.
14      Q.   You were shown -- you were shown a
15 number of EPA documents earlier, specifically
16 19 -- Exhibits 19, 20, 21, and 22.
17           Do you remember being shown those EPA
18 documents?
19      A.   Yes, I do.
20      Q.   And was the IARC working group
21 committee aware at the time they were viewing --
22 were reviewing these EPA documents that the EPA
23 had classified glyphosate as a category C,
24 possibly carcinogenic agent?
25           MR. LASKER:  Objection to form,

1    misstates the record.
2         A.   The -- we were aware of the fact that
3    EPA at one time had classified it as a category
4    C, yes.
5         Q.   And what is your understanding of
6    category C?
7         A.   Carcinogenic, it is a carcinogen.
8         Q.   Possibly?
9         A.   Possibly carcinogen.
10        Q.   Okay.  And IARC was aware of that at
11   the time they were reviewing the glyphosate
12   issues, correct?
13            MR. LASKER:  Objection to form.
14        A.   Yes.
15            The documents that we had indicated
16   that it was classified as a Class C.
17        Q.   You were also asked several questions
18   about EPA conclusions and what EPA had reviewed.
19            Do you remember those questions?
20        A.   Yes.
21        Q.   Were you aware at the time that you
22   were on the chair of the IARC animal subgroup
23   that -- or what exactly EPA had reviewed when
24   they made those statements?
25        A.   All I could say is what the documents

1    we had obtained from the EPA -- the information
2    they contained, which indicated that they were
3    looking at studies that had been submitted to
4    them for the registration of glyphosate.
5         Q.   But do you have any way of knowing
6    whether EPA reviewed raw data, what tables they
7    reviewed, do you have any information about
8    that?
9         A.   No.
10            MR. LASKER:  Objection, form.
11        A.   I wasn't at the meeting.
12            I didn't see what they reviewed.
13            I have no way of knowing.
14        Q.   Okay.  And did anyone from EPA appear
15   at the meeting to tell you what EPA had
16   reviewed?
17        A.   No.
18        Q.   I'd like you to turn to Exhibit 15,
19   which is the IARC monograph, please.
20        A.   Okay.
21        Q.   And I'd like you to turn --
22            MS. FORGIE:  Sorry.  I'll wait till
23   you have it.
24            MR. LASKER:  Yeah.
25            Okay.  I've got it.

1         Q.   I'd like you to turn to page 30,
2    please, which is the section that begins with
3    the "Cancer in Experimental Animals."
4         A.   Okay.
5         Q.   And do you see Section "3.1.1 Dietary
6    administration"?
7         A.   Yeah.
8         Q.   Okay.  And you were asked several
9    questions -- well, first why don't you look to
10   the middle of that and you'll see a sentence
11   that states, "Survival in all dose groups were
12   similar to that of controls."
13            Do you see that section?
14        A.   Yes.
15        Q.   Okay.  Do you recall being asked
16   several questions by counsel for Monsanto about
17   that section?
18        A.   Yes, I do.
19        Q.   Okay.  And anywhere in there do you
20   state whether the survival in all dose groups
21   was statistically significant, whether there was
22   a change that was statistically significant?
23        A.   No.
24        Q.   And you weren't asked if there was a
25   statistical significance -- statistically

1    significant difference, were you?
2         A.   No.
3         Q.   Okay.  And is statistical significance
4    a term of art?
5         A.   By term of art you mean --
6         Q.   In other words, does it mean something
7    specific?
8         A.   Yes.
9         Q.   And what does it mean?
10            MR. LASKER:  I think I object to that.
11        Q.   And what does statistical significance
12   mean?
13        A.   Statistical significant means that the
14   difference seen is not due to chance.
15            Basically it just means it's not due
16   to chance.
17        Q.   Okay.  And does the word similar have
18   the same meaning as statistical --
19        A.   As statistical, no.
20            MR. LASKER:  Objection to form.
21        Q.   Okay.  And when you say "survival in
22   all dose groups was similar to that of control,"
23   is that a much broader range of what can be the
24   differences between those two groups as opposed
25   to statistical significance, which has a very

Page 310

1  specific meaning?
2      A.   Yes.
3          MR. LASKER:  Objection to form.
4      Q.   And can you explain what you mean by
5  that.
6      A.   Similar, similar survivals?
7      Q.   Yes, versus statistical.
8      A.   Versus statistical?
9          Similar means that the number of
10 animals surviving in the controls and in the
11 treated group were not -- not statis -- they
12 weren't statistically different.
13         I mean -- I'm sorry.
14     Q.   It's been a long day.
15     A.   The difference between treated and
16 control animals is not that different.
17         It's -- relatively they're around the
18 same amount of survival between the different
19 dose groups.
20         Whereas if there's a statistical
21 difference between survival that means that one
22 dose group had a much higher level of deaths
23 or -- than the groups you're comparing it to.
24         So usually what you see in a study is
25 that if you're testing a compound at the maximum

Page 311

1  tolerated dose or at a very high dose, you see a
2  lot more deaths in the high dose animal than you
3  do in control.
4          And it -- I'll stop there.
5          I don't want to -- I -- TMI.
6      Q.   Okay.  I'd like you to turn to
7  Exhibit 20, please, which is one of the EPA
8  documents.
9          MR. LASKER:  12-20, right?
10         MS. FORGIE:  12-20, I'm sorry.
11         (Witness looks at document.)
12     A.   Okay.
13     Q.   Okay.  I'd like you to look at -- I
14 guess it's the second page which starts -- which
15 is where the memorandum starts.
16         Do you see that?
17     A.   Uh-huh.  Okay.
18     Q.   And what was the date of that
19 memorandum, please?
20     A.   December 4th, 1985.
21     Q.   And can you look at the introduction
22 section.
23     A.   Uh-huh.
24     Q.   Do you see where it states that tumors
25 that were found in the kidneys of male mice at

Page 312

1  different dose levels?
2      A.   Yes.
3      Q.   And so this is the original
4  pathologist's finding of kidney tumors, which
5  was 001 and 3.
6          Do you see that?
7      A.   Yes.
8      Q.   And what are -- do you know what those
9  numbers refer to?
10     A.   Those are the number of tumors seen in
11 the control, in the low, in the mid, and the
12 high dose animals.
13         MR. LASKER:  I'll just object to form
14 to the prior question, misreading the
15 document.
16         MS. FORGIE:  Mystery document?
17         MR. LASKER:  Misreading the document.
18         MS. FORGIE:  Oh, misreading.
19         I thought you said mystery document.
20     Q.   Okay.  And with regard to the zero,
21 does that refer to the control group?
22         MR. LASKER:  Objection to form.
23     A.   The first --
24     Q.   The first zero.
25     A.   -- zero in the parentheses refers to

Page 313

1  the control animal.
2          And when I read it I didn't read the
3  second set of parentheses in there, which was 1,
4  the asterisk, that that was a review
5  pathologist's findings of an adenoma in the
6  controls.
7      Q.   Okay.  And what do the other numbers
8  mean in that section?
9      A.   The second zero is an incidence of
10 tumors in the low dose animals.
11         1 is the incidence in the mid dose
12 animals.
13         And 3 is the incidence in the high
14 dose animals, three tumors.
15     Q.   So would it be fair to say that there
16 were zero controls in the -- excuse me, zero
17 tumors in the control, zero in the low dose, one
18 tumor in the midrange dose, and three tumors in
19 the high range dose?
20     A.   That was the original finding for this
21 study, yes.
22     Q.   Okay.  And so this is the review by
23 the original pathologist who reviewed the
24 pathology in this study, correct?
25     A.   Correct.

Page 314

1    Q.   And then I'd like you to turn to
2  Exhibit 12-21, please.
3         And can you turn to page 8, please.
4    A.   Okay.
5    Q.   And do you see under "Table 1" a
6  listing of "Renal Tubular-Cell Lesions"?
7    A.   Yes.
8    Q.   And can you explain what that table is
9  telling us, please.
10    A.   This is a table of renal tubular cell
11  lesions seen in male mice.
12        It's giving the incidences for the
13  control, the low dose, the mid dose, and the
14  high dose.
15        Tubular cell adenoma is -- there's one
16  in the control, zero in the low dose, zero in
17  the medium, one in the high.
18        For tubular cell carcinoma zero
19  control, zero dose, zero for low, one for
20  medium, two for high.
21        And the combined incidence of tubular
22  cell adenoma and carcinoma is one in the
23  control, zero in the low dose, one in the medium
24  dose, and three in the high dose.
25    Q.   Okay.  And then going back to

Page 315

1  Exhibit 12-20, please.
2    A.   Uh-huh.
3    Q.   Can you look at the "Results" section
4  on that at the first page that's not the cover
5  page.
6         It looks like that.
7         It starts out with a memo dated
8  December 4th, 1985.
9    A.   Okay.
10    Q.   And can you look at the bottom in the
11  "Results" section.
12    A.   Okay.
13    Q.   And do you see where it starts out
14  "There was no difference in diagnosis between
15  my" --
16    A.   -- "my and the other pathologists'
17  diagnoses with respect to kidney tumors."
18    Q.   And can you read that "Results"
19  section into the --
20        MR. LASKER:  And just to be clear,
21  that's in mid, high dose groups.
22        Complete that sentence.
23        MS. FORGIE:  I'm going to have him
24  read it.
25        MR. LASKER:  Okay.

Page 316

1    Q.   Can you read the "Results" section
2  into the record, please, Doctor.
3    A.   Sure.
4         "There's no difference in diagnoses
5  between my and other pathologists' diagnoses
6  with respect to kidney tumors in the mid- and
7  the high dose groups."
8    Q.   Let me stop you for one second.
9         So the mid dose is where one tumor was
10  found and the high dose was where three were
11  found; is that correct?
12    A.   That's correct.
13        I guess the way I should read the
14  sentence is, "There is no difference in
15  diagnosis between my and other pathologists'
16  diagnosis with respect to kidney tumors in mid-
17  (referring to animal No. 3023) and high dose
18  (referring to animals 4029, 4023, and 4041)
19  groups."
20    Q.   Okay.  Please continue.
21    A.   "With regard to the questionable male
22  control kidney it is my opinion that the
23  presence of a tumor cannot definitively be
24  established."
25    Q.   Okay.  And is that reference to the

Page 317

1  tumor that Dr. Kuschner originally -- claims to
2  have found on page 8 of Exhibit 21?
3        MR. LASKER:  Objection to form,
4  misstates the document.
5        Table 8 is not Dr. Kuschner, it's the
6  pathology working group.
7        MS. FORGIE:  Okay.
8        That the pathologist found.
9        THE WITNESS:  The pathology working
10  group.
11        MR. LASKER:  The pathology working
12  group, the EPA pathology working group.
13        MS. FORGIE:  You can answer.
14    A.   So the question is, is that the one --
15  is that -- is this referring to the one -- the
16  tumors identified in the control from the
17  pathology working group results?
18    Q.   Correct.
19    A.   Okay.  Yes.
20    Q.   Okay.  And then please continue
21  reading.
22    A.   Okay.  "Cannot definitely be
23  established."
24        My interpretation is similar to the
25  conclusion of Bio/dynamics pathology staff and

Page 318

1   Dr. McConnell that the lesion may be a
2   proliferative change having the potential to
3   lead to the development of a frank tumor.
4          But as the tissue can be seen under a
5   microscope as a small, well-demarcated focal
6   cell aggregate, morphologically different from
7   the healthy looking surrounding kidney tissue,
8   this morphological alteration does not represent
9   a pathophysiologically significant change."
10      Q.   Okay.  And can you explain in layman's
11  terms what that means, please.
12          MR. LASKER:  Objection to form.
13      A.   In layman's terms, basically it means
14  they didn't see the tumor in the control animals
15  that that pathologist said.
16          MR. LASKER:  Objection to form, calls
17  for speculation.
18      Q.   Meaning "they," are you referring to
19  the EPA?
20      A.   I'm sorry --
21          MR. LASKER:  Objection to form,
22  misstates the document.
23      A.   -- what they're saying is the...
24          MR. LASKER:  Which "they" are you
25  referring to here?

Page 319

1          MS. FORGIE:  I'm on 20.
2          MR. LASKER:  I'm asking which "they"
3   you're referring to.
4          MS. FORGIE:  I just asked him that
5   question.
6          MR. LASKER:  Who "they"?
7      A.   It is the EPA pathologists are
8   saying --
9          MR. LASKER:  That I --
10          MS. FORGIE:  You can continue.
11      A.   -- that they did not see a tumor in
12  the control animals that was reported previously
13  by Dr. Kuschner, I guess it was, who diagnosed
14  that.
15          MR. LASKER:  Objection to form,
16  misstates the document, misstates also the
17  pathology working group document.
18      Q.   Okay.  So with regard to Exhibit 20,
19  the EPA document -- the EPA, U.S. EPA archived
20  document that was produced today by Monsanto's
21  attorneys, the EPA is stating in this document
22  that they do not see a tumor in the control
23  group; is that correct?
24          MR. LASKER:  Objection to form,
25  misstates the document.

Page 320

1          That's not what the document is
2   saying.
3          MS. FORGIE:  You can answer.
4      A.   What I read from this document is that
5   the EPA pathologist did not see a tumor, an
6   adenoma in the control animals of this study.
7      Q.   Okay.  And then going to Exhibit 18,
8   please, or 12-18.
9          MR. LASKER:  12-18?
10          MS. FORGIE:  I'm sorry, what?
11          MR. LASKER:  12-18?
12          MS. FORGIE:  Yeah.
13          Isn't that this one, the draft?
14          MR. LASKER:  Yeah.
15          I didn't know where you were.
16          THE WITNESS:  Okay.
17          MS. FORGIE:  Okay.  I'll wait for
18  everybody to get it.
19          Okay.
20          John, you ready?
21      Q.   Okay.
22          At the bottom on the first page --
23      A.   Uh-huh.
24      Q.   -- do you see the statement, the last
25  two sentences where it says, "The report from

Page 321

1   the PWG also indicated they firmly believe and
2   unanimously concur with the original
3   pathologists that the incidence of renal
4   tubular-cell neoplasms in the study are not
5   compound-related"?
6          Do you see that?
7      A.   Yes.
8      Q.   And then it goes on to state, "The EPA
9   stated that they did not feel that this lesion
10  was compound related."
11          Do you see that?
12      A.   Yes.
13      Q.   Okay.  And that was a sentence that
14  was not in the final monograph; is that correct?
15      A.   Correct.
16      Q.   And that's because the original
17  pathologist, or would you agree that the
18  original pathologist -- let me rephrase that.
19          That the EPA agreed with the original
20  pathologist that there was no tumors in the
21  control, zero tumors in the low dose, one in the
22  mid, and three in the high dose?
23          MR. LASKER:  Objection to form,
24  misstates the record, misstates the
25  document.

Page 322

1    MS. FORGIE:  You can answer.
2    A.   You're saying that's the reason why it
3  was taken out of the IARC monograph?
4    Q.   I'm asking.
5    A.   No, that would not be the reason why
6  it was taken out of the IARC monograph.
7    Q.   Okay.  In any event with regard to --
8  okay.
9         With regard to Exhibit 20 --
10    MS. FORGIE:  You know what, why don't
11  we change the tape now and I'll come back.
12    MR. LASKER:  Okay.
13    THE VIDEOGRAPHER:  This will be the
14  end of video media disk No. 4.  The time is
15  5:34 p.m.  We're going off the video record.
16    (Recess taken.)
17    THE VIDEOGRAPHER:  We're back on the
18  video record.  This is video media disk
19  No. 5.  The time is 5:42 p.m.
20    THE WITNESS:  Could I ask to go back
21  to the last question?
22    MS. FORGIE:  Sure.
23    THE WITNESS:  Could you read the last
24  question from Kathryn, please.
25    (Record read.)

Page 323

1    A.   Just a point of clarification, as -- I
2  don't feel that was the reason or the main
3  reason that it was taken out of the IARC
4  monograph.
5       I think, as I indicated before, the
6  IARC had indicated they didn't want any other
7  interpretation indicated in the monograph except
8  that of the working group.
9       So that's why the EPA determinations
10  were removed from this particular draft, from
11  the draft.
12    Q.   Okay.
13    A.   Yes.
14    Q.   In other words, IARC does not rely
15  upon EPA conclusions or the IARC working group
16  does not rely upon the EPA conclusions, they
17  perform their own analysis; is that correct?
18    A.   That's correct.
19    MR. LASKER:  Objection to form.
20    Q.   So the statements about EPA
21  conclusions were taken out of the draft because
22  the working group is not supposed to rely on
23  other group's opinions, correct?
24    MR. LASKER:  Objection to form, calls
25  for speculation.

Page 324

1    A.   The working group is instructed to
2  come up with their own interpretation of the
3  data.
4    Q.   Okay.  And furthermore, with regard to
5  the EPA review of the kidney study -- the mouse
6  study that we're talking about, what is your
7  understanding of the tumors that the EPA found
8  in that study, the kidney study?
9    MR. LASKER:  Objection to form.
10    A.   My understanding of the scenario as
11  I -- based on the information I have at the
12  present time, if I'm allowed to talk about
13  that...
14    Q.   No.
15       I would prefer that you talk about
16  what you knew at --
17    A.   What you knew at this time?
18    Q.   At the IARC.
19    A.   At the IARC meeting --
20    Q.   And you can include what is in this
21  document that I was just talking about,
22  number --
23       Hold on, let me --
24    A.   20?
25    Q.   20.

Page 325

1       Yes, Exhibit 20.
2    A.   My understanding at the time of the
3  IARC review of glyphosate was that the initial
4  pathologists report indicated there were no
5  tumors in control, none in the low dose, one in
6  the mid dose and three in the high dose.
7       I think that's correct, if I'm right.
8       (Witness looks at document.)
9    A.   Yes.
10       None in control, one in the mid dose,
11  and three in the high dose.
12    Q.   And are you confirm --
13       Okay.  Go ahead.
14    A.   Okay.  That was the initial
15  pathologists review --
16    Q.   Okay.  In Exhibit 20 --
17    MR. LASKER:  I don't think the witness
18  has finished answering the question.
19    MS. FORGIE:  I thought he was.
20    A.   No.
21       I was going to say then we also had
22  information about additional -- when they --
23  evidently when Monsanto got the report they
24  asked to have a closer look at the kidneys.
25       The original pathologist came back and

Page 326

1  said that he found an additional adenoma in the
2  control animal.
3         When that information was sent to the
4  EPA for their review, their pathologist could
5  not confirm that there was an additional adenoma
6  in the control group.
7         It was only when the EPA PWG came that
8  the one tumor in the control animals showed up
9  again.
10    Q.   And is it your understanding that PWG,
11 the pathology working group, was a group formed
12 and funded by Monsanto?
13        MR. LASKER:  Objection to form.
14        MS. FORGIE:  I'll withdraw it.
15    A.   I don't know.
16        MS. FORGIE:  The question is
17 withdrawn.
18    Q.   So with regard to Exhibit 20 --
19    A.   Uh-huh.
20    Q.   -- this is the EPA stating that they
21 do not see a tumor in the control group --
22        MR. LASKER:  Objection to form.
23    Q.   -- right?
24        MR. LASKER:  This is not the EPA
25 stating anything.

Page 327

1         What are you talking about?
2    A.   That's correct.
3         MS. FORGIE:  Okay.  That's not an
4  appropriate objection and you know it.
5         MR. LASKER:  Well, then read the
6  document correctly.
7    Q.   Were you aware that Monsanto was given
8  drafts of the IARC 1112 monograph by
9  Dr. Sorahan?
10        MR. LASKER:  Objection to form.
11    Q.   If you know?
12    A.   I -- no, I didn't know that.
13    Q.   Do you agree with Dr. Sorahan that it
14 would not be appropriate to quote from draft
15 IARC monographs?
16        MR. LASKER:  Objection to form, it
17 lacks foundation.
18    A.   I...
19    Q.   Let me state it another way.
20        Do you agree that it's inappropriate
21 to use the draft monograph in any form?
22        MR. LASKER:  Objection --
23    A.   I would agree with that.
24        MR. LASKER:  -- to form.
25    Q.   Okay.  And you would agree that there

Page 328

1  were several versions of drafts and the only
2  draft that was presented to you by Monsanto's
3  counsel today was the second draft, the
4  fourth revision?
5    A.   Yes.
6    Q.   If you look at Exhibit 18, you see
7  that on the top?
8    A.   Yes.
9         I saw it, yes.
10    Q.   There were many, many other drafts and
11 revisions; is that correct?
12    A.   That's correct.
13    Q.   And we don't know whether the
14 sentences you were asked about, various
15 sentences, we don't know if they were included
16 in other drafts or not included, do you?
17    A.   I do not recall.
18         That's right, I don't know.
19    Q.   And you don't know if the sentences
20 that you were asked about were taken in, taken
21 out, put back in, taken out, you don't have any
22 information about that right now, correct?
23    A.   No.
24    Q.   Okay.  And that's why you don't use
25 drafts because they're just simply drafts,

Page 329

1  correct?
2         MR. LASKER:  Objection to form.
3    A.   They're working documents during the
4  review process.
5    Q.   You were asked several questions about
6  the Greim paper, do you remember that?
7    A.   Yes.
8    Q.   Does the Greim paper support the
9  proposition that glyphosate is carcinogenic in
10 animals?
11        MR. LASKER:  Objection to form,
12 outside the scope.
13         Are you creating an expert deposition
14 now, because you can change this to an
15 expert deposition anytime you want?
16        MS. FORGIE:  You can answer.
17        MR. LASKER:  Objection to form, beyond
18 the scope, calls for expert opinion.
19        MS. FORGIE:  You can answer.
20        MS. HANLON:  Do you feel like you're
21 able to answer without invading into...
22    A.   I would be giving an opinion.
23        MS. FORGIE:  All right.
24         I'll withdraw that question.
25    Q.   Was the raw data that was referenced

1 in the studies in the Greim report made
2 available to IARC for review?
3          MR. LASKER: Objection to form.
4     A.   It was -- the raw data was referred to
5 in the document that we got as available --
6 being available on the Web site -- on a Web site
7 that in my experience was very difficult to
8 access.
9          And I think, as I testified earlier, I
10 might have seen a printout of the table, but
11 that's all I remember about the raw data that
12 was referred to in the Greim paper.
13    Q.   So as far as you're concerned as a
14 member of the IARC 1112 Working Group the raw
15 data was not available to you; is that correct?
16          MR. LASKER: Objection to form,
17 misstates the testimony.
18    A.   Not for the review that we did.
19          MS. FORGIE: Okay. I think I'm
20 finished, but I want to take a three-minute
21 break --
22          MR. LASKER: Sure.
23          MS. FORGIE: -- and discuss with my
24 colleague.
25          How much time do I have left according

1 to his --
2          MR. LASKER: Let him go off the record
3 first.
4          THE VIDEOGRAPHER: We're going off the
5 video record. The time is 5:53 p.m.
6          (Recess taken.)
7          THE VIDEOGRAPHER: We're back on the
8 video record. The time is 6 o'clock.
9          MS. FORGIE: Okay. Without agreeing
10 that I'm limited to one hour, I'm going to
11 reserve my remaining 12 minutes.
12          MR. LASKER: Very good.
13          Well, we should have done that
14 beforehand.
15          Let's go off the record because we
16 have to switch around.
17          We need to fix the camera.
18          THE WITNESS: We need to switch the
19 camera.
20          THE VIDEOGRAPHER: We're going off the
21 video record at 6:01 p.m.
22          (Recess taken.)
23          THE VIDEOGRAPHER: We're back on the
24 video record. The time is 6:04 p.m.
25 EXAMINATION BY

1 MR. LASKER:
2     Q.   Dr. Jameson, I just wanted to review
3 some of the testimony you just provided in
4 response to questions from plaintiffs counsel.
5          First of all, plaintiffs counsel asked
6 you a question about certain statements that
7 appeared in the draft monograph regarding the
8 four animal studies upon which IARC based its
9 conclusion as to the strength of the animal data
10 for glyphosate, correct?
11    A.   Correct.
12    Q.   And she asked you about certain
13 statements that assessed that data that appeared
14 in the draft monograph we have, but that do not
15 appear in the final monograph, correct?
16    A.   Correct.
17          MS. FORGIE: Objection.
18    Q.   And I believe your testimony -- and
19 strike that.
20          You were the chair of the animal
21 subgroup for purposes of assessing that animal
22 data and preparing that section of the
23 monograph, correct?
24    A.   Correct.
25    Q.   And you, in fact, also were assigned

1 the responsibility to be the initial drafter of
2 that section of the monograph, correct?
3     A.   That's correct.
4     Q.   It is your testimony, though, that
5 with respect to those statements about the
6 animal data in those four key studies that
7 appeared in the draft monograph, that you don't
8 know when those statements were in the draft,
9 when they were out of the draft, whether they
10 were in various drafts and taken out, or
11 anything about that, correct?
12          MS. FORGIE: Objection.
13    A.   I don't remember the specifics of when
14 they were in or were out, correct.
15    Q.   Plaintiffs counsel also asked you
16 about a document, 12-20, and I'd like to ask you
17 a couple of questions about that, if I may.
18          Do you have that in front of you?
19    A.   I will in just a second.
20          12-20. Okay.
21    Q.   And plaintiffs counsel asked you a
22 number of questions about what EPA had decided
23 or not decided based upon this document.
24          Do you recall that?
25    A.   Yes.

## Page 334

1    Q.   Now this document is, in fact, a
2  memorandum from an individual employee of EPA,
3  correct?
4    A.   It's signed by an individual employee,
5  correct.
6    Q.   And this sets forth this individual
7  employee's assessment of what he saw in looking
8  at various slides, correct?
9         MS. FORGIE:  Objection.
10        MS. HANLON:  Object to the form.
11        (Witness looks at document.)
12   A.   It implies -- it says in this document
13 that he had requested all the kidney sections
14 from the male mice, and after selection of
15 slides from all animals in which kidney tumors
16 were diagnosed he studied them under the
17 microscope.
18   Q.   And the information in this portion of
19 the memo is his interpretation as an individual
20 employee of EPA, correct?
21        MS. HANLON:  Object to form.
22        MS. FORGIE:  Objection.
23   Q.   And, in fact, he states in the results
24 "My interpretation," correct, in this document?
25        MS. FORGIE:  Where is that?

## Page 335

1         MR. LASKER:  The first line under
2  "Results."
3         (Witness looks at document.)
4    A.   That's correct.
5    Q.   Was it your understanding when you
6  were preparing, when you were working on the
7  IARC working group that this document reflected
8  EPA's conclusion with respect to the tumors in
9  the 1983 mouse study, the renal tumors?
10        MS. FORGIE:  Objection.
11   A.   This document to me reflected the
12 evaluation of the tumors by an EPA -- by the
13 EPA.
14        They had -- they had asked that
15 somebody -- a pathologist at the EPA look at the
16 slides, and this is the individual who looked at
17 the slides.
18        And this is his interp -- evaluation
19 of what the slides said.
20   Q.   Okay.  My question again, was it your
21 understanding when you were analyzing this
22 information for IARC that the EPA had concluded
23 that the finding in the control animal was not
24 reflective of a renal tumor?
25        MS. FORGIE:  Objection --

## Page 336

1         MS. HANLON:  Objection, form.
2         MS. FORGIE:  -- asked and answered.
3         You can answer it again.
4    A.   This is -- the document is from an EPA
5  pathologist.
6         The EPA had said in -- I think in a
7  previous document that they wanted the slides
8  looked at again.
9         So this is the EPA pathologist who
10 looked at the slides and these are his
11 conclusions.
12   Q.   Okay.  That's not my question, though.
13        My question is, was it your
14 understanding when you were on the IARC working
15 group assessing this study and assessing the
16 renal tumor findings in this study that the EPA
17 had concluded that there was no tumor, no tumor
18 in any of the control animals in this study?
19        MS. FORGIE:  Objection, asked and
20        answered and answered twice.
21        You may answer it a third time.
22   A.   My interpretation of this document is
23 that EPA wanted to have the slides evaluated by
24 an EPA pathologist.
25        This is the EPA pathologist who

## Page 337

1  reviewed the slides and this is his report of
2  his findings.
3    Q.   That is not the answer to the question
4  I asked.
5         My question is, is it -- was it your
6  understanding when you were working on the IARC
7  working group as the chair of the animal
8  subgroup examining this study and examining the
9  renal tumor data in this study that the EPA, not
10 an individual at the EPA, but the EPA had
11 determined that there were no renal tumors in
12 the control animals in this study?
13        MS. HANLON:  And I'm going to --
14        MS. FORGIE:  Objection, asked and
15 answered.
16        This is the fourth time you've asked
17 it.
18        I'm sorry you don't like the answer,
19 but you can't keep asking the same question.
20        This is the fourth time.
21        You're harassing the witness at this
22 point.
23        Are you going to let him answer?
24        Hold on a second.
25        MS. HANLON:  I join in the objection.

1      I will let the doctor if you feel like
2  you're able to answer.
3      If you feel that the answer to the
4  question you just heard is going to be a
5  recitation of what you just said, please
6  indicate thus.
7      A.   I will repeat what I said before.
8      Q.   Well, let me ask you this, isn't it a
9  fact --
10     MS. FORGIE:  Well, wait, do you want
11 him to --
12     MR. LASKER:  No, because he is just
13 going to repeat the same answer.
14     I don't want it.
15     Q.   Let me ask you this --
16     MS. FORGIE:  Why not?
17     It's the same question.
18     Q.   -- isn't it in fact correct that the
19 EPA in its ultimate conclusion based upon
20 information you had available to you determined
21 that there was a tumor in a control animal in
22 the -- a renal tumor in a control animal in the
23 1983 mouse study?
24     MS. FORGIE:  Objection, asked and
25 answered.

1      You may answer it.
2      A.   There is a report from the EPA that
3  says a PWG reviewed the slides and the PWG
4  report indicates there is an adenoma in the
5  control animals, in the control male mice.
6      Q.   Let me ask you to look at
7  Exhibit 12 --
8      MS. FORGIE:  Wait.
9      Were you finished with your answer,
10 Doctor?
11     THE WITNESS:  Yeah.
12     Q.   Let me ask you to look at
13 Exhibit 12-22.
14     And this is a second peer review of
15 glyphosate from 1991, correct?
16     MS. FORGIE:  Hold on.
17     A.   Okay.  1991.
18     Q.   Second peer review by EPA, correct?
19     A.   Uh-huh.
20     Q.   And this is a document that has -- is
21 signed by something like 15 to 20 different
22 individuals at EPA, correct?
23     (Witness looks at document.)
24     A.   Several of whom do not concur with the
25 findings, correct.

1      Q.   There are one person who wrote
2  "nonconcur," correct?
3      A.   There are two people who do not
4  concur.
5      Q.   There is one person that says
6  "nonconcur" -- two people that said "not
7  concur."
8      And some of these members were unable
9  to attend the discussion, correct?
10     MS. FORGIE:  Wait.
11     What's the question?
12     Q.   Some people were not able to attend --
13     These were -- the people who are
14 listed here as "nonconcur" were review members
15 in absentia, correct, they could not attend the
16 session?
17     MS. FORGIE:  Objection.
18     MS. HANLON:  Object to form.
19     A.   It doesn't indicate so here.
20     Q.   No. 2 were "Peer Review Members in
21 Absentia."
22     It says absentia, but I think that's
23 what it means, correct?
24     A.   Okay.  That says that they were unable
25 to attend the discussion, but the signature

1  indicates concurrence with the overall
2  conclusion.
3      Q.   Okay.
4      A.   So they did not concur with the
5  overall conclusions.
6      Q.   There were one, two, three, four,
7  five, six, seven, eight, nine, 10, 11, 12, 13,
8  14, 15, 16, 17 EPA employees that signed on as
9  agreeing with the overall conclusions, correct?
10     MS. FORGIE:  Objection, misstates the
11 document.
12     MR. LASKER:  You can count it
13 yourself.
14     MS. FORGIE:  That's not the part of it
15 that's wrong.
16     MS. HANLON:  What's your question?
17     Q.   There are one, two, three, four, five,
18 six, seven, eight, nine, 10, 11, 12, 13, 14, 15
19 individuals who sign on as agreeing with the
20 overall peer review analysis and two additional
21 who sign on stating that the final report is
22 accurate, correct?
23     MS. FORGIE:  Objection.
24     MS. HANLON:  Objection, form.
25     A.   There are that many signatures there,

Page 342

1    yes.
2        Q.    And if you can look to page 11 of this
3    document.
4            It isn't 11.
5            Hold on, sorry.
6            13 of this document.
7            When the second peer review panel for
8    EPA discusses the tumor data, the renal tumor
9    data at Section b. they state, "Glyphosate
10   produced an equivocal carcinogenic response in
11   males characterized by an incidence of renal
12   tubular neoplasms of 1 out of 49, 0 out of 49, 1
13   out of 50, and 3 out of 50," correct?
14       A.    That's what the document states.
15       Q.    And so EPA's view, at least of this
16   second peer review and the 17 individuals who
17   signed onto this document, was that there was a
18   tumor found in a control animal in this -- a
19   renal tube -- in a kidney in this study,
20   correct?
21           MS. FORGIE:  Objection, calls for
22   speculation.
23           (Witness looks at document.)
24       A.    I'm sorry, could you restate that
25   question again.

Page 343

1            I was reading something.
2        Q.    Sure.
3            The EPA in its second peer review in
4    this document signed by 17 EPA employees stated
5    that in characterizing incidence of renal tumors
6    in this 1983 mouse study, stated that there was
7    a tumor in a control animal found in this study,
8    correct?
9            MS. FORGIE:  Objection.
10           MS. HANLON:  Objection, form.
11       A.    It -- yes, it indicates the data that
12   this peer review panel review included a
13   control -- an adenoma in the control group.
14       Q.    And you mentioned previously in your
15   testimony in response to plaintiffs counsel that
16   it was your understanding at the time that you
17   were on the IARC working group that EPA had
18   classified glyphosate as a Group C possible
19   carcinogen; is that correct?
20           MS. FORGIE:  Objection.
21       A.    The EPA had at one time classified it
22   as a Class C, correct.
23       Q.    So maybe I misunderstood your
24   testimony.
25           You were not testifying that at the

Page 344

1    time that you were reviewing this for IARC that
2    EPA considered glyphosate to be a Class C
3    possible carcinogen, are you?
4        A.    I don't remember -- I mean they've
5    changed their classification so many times, I
6    don't remember what it was.
7        Q.    How many times is it your
8    understanding that EPA changed its
9    classification --
10       A.    I think it's three --
11           MS. FORGIE:  Wait, wait, wait.
12           Let him finish with the question and
13   then let me get my objection.
14           I'm sorry.
15           I know it's the end of the day, but we
16   do still have to follow the process.
17           THE WITNESS:  Sorry.
18           MS. FORGIE:  That's okay.
19           Is the question --
20           What is the question?
21       Q.    How many times is it your
22   understanding that the EPA has changed its
23   classification of glyphosate with respect to
24   carcinogenicity?
25           MS. FORGIE:  Objection.

Page 345

1        A.    My understanding is it has done it
2    three times.
3        Q.    If you can look at the 12-22, at the
4    first page -- it's the second page of the
5    document, but the first page of the peer review
6    analysis signed by the 17 EPA employees.
7            It states there that "The Health
8    Effects Division Carcinogenicity Peer Review
9    Committee" --
10           MS. FORGIE:  Wait, where are you?
11           MR. LASKER:  The first full page of
12   the memorandum, at the very top.
13           MS. FORGIE:  Page 3?
14           MR. LASKER:  Page 1 of the document.
15           MS. FORGIE:  Oh, okay.
16           At the bottom.
17           You said the top and I --
18       Q.    In 1991 the second peer review of EPA
19   concluded that glyphosate was "classified as a
20   Group E (evidence of noncarcinogenicity for
21   humans)," correct?
22       A.    Where are you reading?
23           I can't -- I don't see that.
24       Q.    The --
25       A.    Oh, the last paragraph?

Q. It's actually the first paragraph on that page, "The Health Effects Division" -- and "The Committee" -- the last sentence in that paragraph -- "The Committee concluded that glyphosate should be classified as Group E (evidence of noncarcinogenicity for humans), based upon lack of convincing carcinogenicity evidence in adequate studies in two animal species," correct?
A. Okay. Yeah, that's what it says.
Q. Do you believe, is it your understanding that EPA has ever changed that classification of glyphosate since 1991?
MS. FORGIE: Objection.
A. My understanding is that's their last one, yeah.
Q. So EPA has not changed at any time since then its classification of glyphosate to your knowledge, correct?
MS. FORGIE: Objection, this is way beyond the scope.
MR. LASKER: This is exactly what you asked him in your questions.
You're the one who asked the questions.

MS. FORGIE: No, it's not.
I asked him about exhibits that you put in front of him --
MR. LASKER: You asked him about Group C.
Q. Dr. Jameson, you know for a fact, don't you, that EPA has never changed its classification of glyphosate as a Group E carcinogen since 1991, don't you?
MS. HANLON: Objection, form.
MS. FORGIE: Objection.
A. But that's not the point.
Q. I'm asking you the question, you testified in response to plaintiffs counsel that EPA had classified glyphosate as a Group C possible carcinogen, but you know for a fact that since 1991 EPA has consistently classified glyphosate as Group E, evidence of noncarcinogenicity, don't you?
MS. FORGIE: Objection --
MS. HANLON: Form.
MS. FORGIE: -- mischaracterizes his testimony, and you're arguing with the witness, and this is way beyond the scope.
A. I don't know that for a fact.

To be honest with you, I don't know if they've changed it since 1991 or not.
I know prior to 1991 when we started looking at the data from the mid-'80s, at that time it was classified as a Group C.
And then evidently they got some more information and they said they couldn't evaluate it.
And then after that it went to a not carcinogen or whatever.
Q. After they obtained additional information beyond that, correct?
A. Evidently.
I guess that's what they based it on.
Q. Okay. And you testified you were not aware of what information EPA reviewed in reaching its conclusion with respect to glyphosate and carcinogenicity, correct?
MS. FORGIE: Objection, mischaracterizes his testimony.
A. I'm sorry?
Q. During the questioning from plaintiffs counsel she asked you if you were aware of what materials EPA reviewed in reaching its determination about glyphosate and

carcinogenicity and you said you don't know.
MS. FORGIE: Objection.
Q. Am I misstating your testimony?
A. I don't remember saying that.
But if it's recorded, you know, then I misspoke.
Q. Okay. So you are aware of the information that EPA considered in reaching its conclusions?
A. Based on the document --
MS. FORGIE: Objection.
A. Based on the documents that I received in the IARC review for the IARC monograph, I know what data they used -- they outlined in their reports.
Q. And you had also testified in response to plaintiffs questioning, you provided some information about the epidemiology subgroup for Working Group 112 and the Bradford Hill criteria.
Do you recall that testimony?
MS. FORGIE: Objection, mischaracterizes the testimony.
A. I'm sorry, would you repeat that.
I don't understand the question.

1    Q.  Sure.
2        In response to questions from
3   plaintiffs counsel about other methodologies or
4   other guidelines that the Working Group 112
5   would have been using in its assessment of
6   glyphosate, you referred to the assessment that
7   the epidemiology group would have conducted
8   using a Bradford Hill criteria, correct?
9        MS. HANLON:  Object to form.
10       MS. FORGIE:  Objection,
11   mischaracterizes the testimony.
12   A.   The Bradford Hill criteria is
13   specifically identified in the preamble in the
14   directions for review of epidemiology data.
15   Q.   And were you aware during the IARC
16   working group and when you were in plenary
17   session that Dr. Blair had epidemiological data,
18   updated data from the agricultural health study
19   and also additional data from the North American
20   pooled projected regarding findings,
21   epidemiological findings for glyphosate and
22   cancer that he had not disclosed to the rest of
23   the working group?
24       MS. FORGIE:  Objection,
25   mischaracterizes his testimony.

1    A.   Was I --
2        No, I wasn't aware of any data he
3   didn't bring up.
4        I didn't -- but, you know, I didn't --
5   no, I did not know.
6    Q.   And you discussed in your testimony
7   how it's important for the public to be able to
8   make an informed decision about substances and
9   about the data that's available with respect to
10  substances and whether or not they might be
11  associated with cancer, correct?
12       MS. FORGIE:  Objection.
13       Can I have that question read back,
14  please.
15       (Record read.)
16       MS. FORGIE:  Objection.
17  A.   No.
18  Q.   Do you recall that testimony at the
19  very beginning of your --
20  A.   I didn't say anything about the data.
21  Q.   Oh, okay.
22       So am I -- if I'm clear then -- let me
23  restate that.
24       Is it your testimony then that it's
25  not important for the public to have access to

1   all of the available data and able to make a
2   determination with respect to whether a
3   substance might be associated with cancer?
4        MS. FORGIE:  Objection --
5    A.   No --
6        MS. HANLON:  Form.
7        MS. FORGIE:  -- this is too far beyond
8   the scope.
9    A.   No, I did not say that.
10   Q.   Okay.  Let me --
11       So is it your testimony --
12   A.   You said I said it is not --
13       MS. FORGIE:  Wait, wait, wait.
14       MR. LASKER:  Okay.  Let me get the
15   double negatives out.
16       We'll try this again, okay?
17       MS. FORGIE:  Let's follow the format.
18   I know it's the end of the day, but
19   please --
20       MR. LASKER:  Sorry.
21   I'll ask you the affirmative question.
22       MS. FORGIE:  -- let's do questions,
23   objections, and then answers.
24   Q.   Dr. Jameson, do you believe it is
25   important for the public to have access to all

1   scientific data with respect to a chemical and
2   its potential association with cancer?
3        MS. FORGIE:  Objection, this is so far
4   beyond the scope.
5        You're asking his opinion about data
6   and what the public should know about data?
7        That's incredible.
8    A.   I said nothing about data.
9    Q.   My question still stands.
10       Do you believe it's important for the
11  public to have access to all available data,
12  scientific data with respect to whether a
13  chemical might be associated with cancer?
14       MS. FORGIE:  Objection.
15       MS. HANLON:  Object to the form.
16       MS. FORGIE:  He hasn't even had time
17  to think about these things, they're so far
18  outside the scope.
19       I object.
20       I'm very close to instructing him not
21  to answer.
22  A.   Everybody should have access to as
23  much information as they need to make an
24  informed decision.
25       MR. LASKER:  Thank you.

Page 354

1   I have no further questions.
2       MS. FORGIE:  Let me have a minute, if
3   that.
4       MR. KALAS:  Reserve before we go --
5       MR. LASKER:  I actually don't think
6   we -- the way that these have been going, I
7   don't think we've been able to -- we've been
8   having recross in any of these depositions,
9   but maybe I'm mistaken.
10      Have we had recourse in any --
11      Then I'm wrong.
12      I take it back.
13      MS. FORGIE:  And it gives me great
14  pleasure to say, Eric, you're wrong.
15      MR. LASKER:  Okay.  Well, I stand
16  corrected.
17      Although I accept that from Mr. Kalas.
18  Not that I don't trust you, but --
19      MS. FORGIE:  We always accept it from
20  John.
21      THE VIDEOGRAPHER:  We're going off the
22  video --
23      MR. LASKER:  And that's the final word
24  on the record.
25      MR. KALAS:  I'm good at that.

Page 355

1       THE VIDEOGRAPHER:  We're going off the
2   video record.  The time is 6:26 p.m.
3       (Recess taken.)
4       THE VIDEOGRAPHER:  We're back on the
5   video record at 6:32 p.m.
6   EXAMINATION BY
7   MS. FORGIE:
8       Q.   Okay.  Doctor, you were asked
9   questions about some EPA memos, Exhibits 20, 21,
10  19, I think, do you recall being asked questions
11  about EPA memos from 1985 and 1986?
12      A.   Yes.
13      Q.   And I think there was one memo from
14  1991 as well, do you recall that?
15      A.   Yes.
16      Q.   And do you have any idea how many
17  other memos, EPA memos and documents exist
18  between 1985 and 1991 that you have not read?
19      A.   How many EPA documents...
20      Just EPA documents?
21      MR. LASKER:  Object to form on that,
22  that's...
23      Q.   Do you have any idea how many memos
24  EPA may have generated between 1985 and 1991
25  that you haven't read?

Page 356

1       A.   I can't fathom a guess.
2       MR. LASKER:  Form.
3       Q.   And let me rephrase it on advice of a
4   much higher source.
5       Do you have any idea how many memos
6   EPA has generated between 1985 and 1991 that
7   relate to glyphosate, any idea?
8       A.   I have no idea.
9       Q.   And so you haven't -- since you don't
10  have any idea how many there are, you don't have
11  any idea what could be in those memos, do you?
12      A.   No.
13      Q.   Okay.  And you were asked earlier if
14  it was important for the public to have access
15  to data, correct?
16      Do you remember those questions?
17      A.   I do, yes.
18      I remember the question.
19      Q.   Okay.  But it would be important for
20  the public to have access to peer reviewed
21  published date, correct?
22      MR. LASKER:  Objection to form.
23      Q.   Because unpublished data in draft form
24  could have all sorts of underlying issues that
25  have not been properly addressed; is that right?

Page 357

1       MR. LASKER:  Objection to form.
2       A.   That -- that's correct.
3       It would not be beneficial to
4   individuals to get draft documents because it
5   would be confusing.
6       Because they are a work in progress.
7       They're not final and they may mislead
8   the -- especially the public who may not
9   understand all the technical terms anyway, the
10  meaning of what's being said.
11      But -- what...
12      MS. FORGIE:  Okay.  Thank you.
13      THE WITNESS:  I guess -- okay.
14      Leave it at that.
15      MS. FORGIE:  Okay.  I'll reserve my
16  last four minutes.
17  EXAMINATION BY
18  MR. LASKER:
19      Q.   Okay.  With respect to the EPA
20  documents that you reviewed or did not review in
21  connection with your work on the IARC working
22  group, you reviewed the materials that IARC gave
23  you, correct?
24      MS. FORGIE:  Objection.
25      A.   That's accurate.

Page 358

1    I reviewed the documents that IARC was
2  able to get from the EPA.
3    Q.    And there was an EPA employee on that
4  working group, correct?
5    A.    There was an EPA employee who was a
6  member of the IARC working group for Volume 112.
7    Q.    And that employee, just to be clear,
8  was appearing in his individual capacity, not as
9  a representative of the EPA, correct?
10    MS. FORGIE:  Objection --
11    MS. HANLON:  Objection, form.
12    MS. FORGIE:  -- calls for speculation.
13    A.    You -- when a member -- when an
14  individual is asked to participate in the
15  working group they are as an individual and not
16  representing their organization or institution.
17    Q.    And did you at any time during the
18  working group ask this EPA employee if there was
19  other information the EPA had about glyphosate?
20    A.    I don't recall that I did.
21    MR. LASKER:  No further questions.
22    MS. FORGIE:  Nothing further.
23    MS. HANLON:  We'll read.
24    MR. LASKER:  You're done.
25    THE VIDEOGRAPHER:  This concludes the

Page 359

1  videotaped deposition of Charles W. Jameson,
2  Ph.D., consisting of five video media disks.
3  The time is 6:36 p.m.  We're going off the
4  record.
5    (Time noted:  6:36 p.m.)
6    _____
7    CHARLES W. JAMESON
8  Subscribed and sworn to before me
9  this _____ day of _____, 2017.
10  _____    _____
11  (Notary Public)      My Commission Expires:
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 360

1    C E R T I F I C A T E
2  STATE OF FLORIDA  )
3    : ss.
4  COUNTY OF LEE    )
5
6    I, DONALD R. DePEW, a Registered
7  Professional Reporter, Certified Realtime
8  Reporter, Florida Professional Reporter, and
9  Notary Public within and for the State of
10  Florida at Large, do hereby certify:
11    That CHARLES W. JAMESON, the witness
12  whose deposition is hereinbefore set forth, was
13  duly sworn by me and that such deposition is a
14  true record of the testimony given by the
15  witness.
16    I further certify that I am not related
17  to any of the parties to this action by blood or
18  marriage, and that I am in no way interested in
19  the outcome of this matter.
20    IN WITNESS WHEREOF, I have hereunto set
21  my hand this 7th day of May, 2017.
22
23    _____
24
25    DONALD R. DePEW, RPR, CRR, FPR

Page 361

1  ---------------I N D E X------------------
2
  WITNESS        EXAMINATION BY        PAGE
3
  CHARLES W. JAMESON  MR. LASKER      15, 332, 357
4
5        MS. FORGIE        294, 355
6  ---------------------EXHIBITS------------------
7  EXHIBIT            PAGE LINE
8  Exhibit 1
9  One-page document entitled Notice of........7   2
  Limited Appearance at the Deposition of
10  Dr. Charles Jameson
11  Exhibit 2
12  Seven-page document entitled...............7   6
  Dr. Jameson's Objections and Responses to
13  Monsanto's Notice of Deposition of Dr. Jameson
14  Exhibit 3
15  Multipage document entitled................7  18
  C.W. Jameson - Curriculum Vitae and
16  Bibliography
17  Exhibit 4
18  One-page e-mail chain, first e-mail to......8   7
  Bill Jameson from Neil S. Bromberg,
19  dated 8/10/16
20  Exhibit 5
21  One-page document entitled Pretrial........10  22
  Order No. 16: Additional Discovery Re IARC
22
23
24
25

## Page 362

```
 1          --------------EXHIBITS------------------
 2       EXHIBIT                    PAGE LINE
 3       Exhibit 6
 4       Ten-page letter to Honorable...............13   1
         Vince Chhabria from Joe Hollingsworth,
 5       Michael Miller, Aimee Wagstaff and
         Robin Greenwald, dated 4/4/17
 6
         Exhibit 7
 7
         One-page document entitled Pretrial........13   7
 8       Order No. 22: Jameson and Ross Depositions
 9       Exhibit 8
10       One-page document entitled Pretrial........13   22
         Order No. 18: Deadline for Additional
11       Deposition
12       Exhibit 9
13       Multipage document entitled Notice of......67   11
         Subpoena Duces Tecum
14
         Exhibit 10
15
         Four-page document entitled Document.......67   24
16       Requests, bearing Bates stamp Nos. Jameson
         SDT 001693 through Jameson SDT 001696
17
         Exhibit 11
18
         Two-page document entitled Documents.......71   5
19       Request #4-references in my files, bearing
         Bates stamp Nos. Jameson SDT 000008 and
20       Jameson SDT 0000009
21       Exhibit 12
22       Multipage document entitled NTP............84   16
         Technical Report on Toxicity Studies of
23       Glyphosate, bearing Bates stamp Nos.
         Jameson SDT 001124 through Jameson SDT 001181
24
25
```

## Page 364

```
 1          --------------EXHIBITS------------------
 2       EXHIBIT                    PAGE LINE
 3       Exhibit 20
 4       Three-page document entitled US EPA.......215   16
         Archive Document, with attached Memorandum
 5       to William Dykstra from Louis Kasza,
         dated 12/4/85
 6
         Exhibit 21
 7
         Ten-page document entitled US EPA.........216   8
 8       Archive Document, with attached Memorandum
         to Robert Taylor from William Dykstra,
 9       dated 3/11/86
10       Exhibit 22
11       Multipage document, first page is.........223   16
         entitled US EPA Archive Document, with
12       attached Memorandum to Robert Taylor and
         Lois Rossi, dated 10/30/91
13
         Exhibit 23
14
         Multipage document entitled Pesticide.....247   7
15       residues in food - 2004, Evaluations 2004,
         Part II - Toxicological
16
         Exhibit 24
17
         Multipage document entitled Some..........290   14
18       Organophosphate Insecticides and Herbicides,
         Volume 112
19
20       DIRECTIONS:
         Ms. Hanlon.....35, 38, 40, 48, 52, 55, 82, 135,
21       137, 255, 257, 258
22       Ms. Forgie.....47, 48, 52, 53, 54, 56, 57, 62,
         255, 256
23
         REQUESTS:
24       Mr. Lasker.....70, 78, 80
25       MOTION:
```

## Page 363

```
 1          --------------EXHIBITS------------------
 2       EXHIBIT                    PAGE LINE
 3       Exhibit 13
 4       Three-page document entitled List of......129   1
         Participants
 5
         Exhibit 14
 6
         Four-page document entitled Vol 112 -.....142   14
 7       Overview of assignments
 8       Exhibit 15
 9       Multipage document entitled Glyphosate....152   18
10       Exhibit 16
11       Multipage Review Article entitled.........169   10
         Evaluation of carcinogenic potential of the
12       herbicide glyphosate, drawing on tumor
         incidence data from fourteen
13       chronic/carcinogenicity rodent studies
14       Exhibit 17
15       Seven-page e-mail chain, first e-mail.....171   20
         to Kathryn Guyton from Ivan Rusyn, dated
16       2/27/15
17       Exhibit 18
18       Multipage document entitled Vol...........210   14
         112-Monograph 04-Glyphosate, Section 3,
19       2nd Draft.rev4, bearing Bates stamp Nos.
         MONGLY01616857 through MONGLY01616874
20
         Exhibit 19
21
         Five-page document entitled US EPA........215   3
22       Archive Document, with attached Memorandum
         to Robert Taylor from William Dykstra,
23       dated 4/3/85
24
25
```

## Page 365

```
 1       WITNESS: _____
         DATE(S): _____
 2       CASE: _____
         I wish to make the following changes, for the
 3       following reasons:
         PAGE LINE _____ _____
 4            CHANGE FROM:_____
              CHANGE TO: _____
 5       REASON:_____
 6       _____ _____ CHANGE FROM:_____
         REASON:_____
 7       _____ _____ CHANGE FROM:_____
              CHANGE TO: _____
 8       REASON:_____
              CHANGE FROM:_____
 9       REASON:_____
10            CHANGE FROM:_____
              CHANGE TO: _____
11       REASON:_____
              CHANGE FROM:_____
12       REASON:_____
13            CHANGE FROM:_____
              CHANGE TO: _____
14       REASON:_____
15            CHANGE TO: _____
16       REASON:_____
              CHANGE FROM:_____
17       REASON:_____
18            CHANGE TO: _____
19       REASON:_____
20       _____ _____ CHANGE FROM:_____
         REASON:_____
21            CHANGE FROM:_____
22
         Subscribed and sworn to before me this _____ day
23       of _____, 2017.
24       _____
25
```

Page 365

1    WITNESS:    Charles W Jameson
     DATE(S):    May 3, 2017
2    CASE:       In Re: Roundup Products Liability Litigation
     I wish to make the following changes, for the
3    following reasons:
     PAGE LINE   21    15
4                CHANGE FROM: Intergovernmental agency
                 CHANGE TO:   government interagency review group
5    REASON: to clarify what the review group
     22    15   CHANGE FROM: to list and
6                CHANGE TO:   to list in the Report on Carcinogens
     REASON: to clarify where it will be listed
7    22    16   CHANGE FROM: the director agrees that everybody was in agreement, then......
                 CHANGE TO:   the director agrees, then.......
8    REASON: clarify to say if director agrees with listing then it will sent to the Secretary
     93    18   CHANGE FROM: Three week studies in the NTP.....
9                CHANGE TO:   Thirteen week studies in the NTP....
     REASON: correct mistake in transcript
10   244   17   CHANGE FROM:
                 CHANGE TO:   I don't know because EPA and IARC both reached the same conclusion about statistical
11   REASON: Clarify my answer                        significance
     246   12   CHANGE FROM: I don't know
12               CHANGE TO:   I don't know because EPA and IARC both reached the same conclusion about statistical
     REASON: Clarify my answer                        significance
13   254   6    CHANGE FROM: office
                 CHANGE TO:   author
14   REASON: correct mistake in transcript
     279   5    CHANGE FROM: , its an IARC determination
15               CHANGE TO:   , its an IARC Working Group determination
     REASON: clarify who is making the determination
16   284   17   CHANGE FROM: indicated
                 CHANGE TO:   indicates
17   REASON: clarify what was said
                 CHANGE FROM:
18               CHANGE TO:
     REASON:
19               CHANGE FROM:
                 CHANGE TO:
20   REASON:
                 CHANGE FROM:
21               CHANGE TO:
22

     Subscribed and sworn to before me this  22nd   day
23   of  May        ,  2017.
24
25

**A**

**A-M-P-A (1)**
79:16
**a.m (13)**
2:5 4:20 64:20,24
75:21,24 84:13,22
150:22 151:2
180:14,22 181:3
**Aaron (2)**
81:17,21
**able (21)**
11:15 75:15 76:3
133:5 149:3 154:2
154:24 173:16
182:1 201:18 202:1
205:5 281:1,2
329:21 338:2
340:12 351:7 352:1
354:7 358:2
**absence (1)**
92:18
**absentia (3)**
340:15,21,22
**absolute (1)**
103:6
**absolutely (2)**
57:13 155:12
**absorbed (4)**
104:23 105:9 106:4
106:22
**absorption (4)**
110:6,19 111:6,12
**academia (1)**
22:9
**accept (2)**
354:17,19
**accepted (7)**
88:25 89:14 90:17
99:6 100:10,13
175:5
**accepting (3)**
9:22 19:22 132:19
**access (32)**
81:3 146:14 147:12
147:20 148:8,17
158:8,12 159:6,10
165:23,25 166:14
167:2,14,18 168:10
182:12 185:24
186:7 190:10,25
191:13 194:13
259:19 330:8
351:25 352:25
353:11,22 356:14
356:20
**account (3)**

76:14 189:19 208:24
**accuracy (1)**
86:20
**accurate (6)**
86:11 95:7 180:9
284:7 341:22
357:25
**acknowledged (1)**
165:8
**act (2)**
17:18 299:5
**action (3)**
20:18 62:20 360:17
**ACTIONS (1)**
1:6
**active (1)**
161:20
**activities (5)**
117:6,10 123:17,23
123:24
**actual (20)**
118:13,23 124:20
141:20 145:1,21
146:16 158:19
165:23 186:23
212:15 217:17
235:3,4 251:18
267:21 268:9,18
292:15 300:15
**add (2)**
26:10 303:5
**addition (5)**
49:12 138:12 151:25
205:22 303:16
**additional (17)**
10:23 13:24 26:11
47:9 74:1 80:18
149:2 151:16
296:11 325:22
326:1,5 341:20
348:11 350:19
361:21 362:10
**Additionally (1)**
4:8
**address (4)**
78:23 125:22 208:20
301:23
**addressed (5)**
9:5 190:1 213:13
256:16 356:25
**addresses (2)**
14:22 209:1
**adenoma (9)**
242:16 313:5 314:15
314:22 320:6 326:1
326:5 339:4 343:13

**adenomas (12)**
231:21 243:14 264:14
264:23 265:3
270:25 272:2 273:2
273:25 275:7,21
277:16
**adequacy (1)**
300:9
**adequate (2)**
22:2 346:8
**adequately (1)**
190:7
**administered (2)**
85:12 116:12
**administration (13)**
105:18 106:10 111:24
113:3 114:11
116:15 168:21
212:12,16 250:6
251:7,12 308:6
**administrative (2)**
157:21 200:23
**admission (1)**
196:2
**admit (1)**
225:4
**advance (5)**
143:14,21 145:1
173:14 193:12
**advantage (1)**
100:4
**advice (3)**
58:12 81:7 356:3
**advise (4)**
22:7 52:12,14 54:6
**advised (3)**
9:20 10:6 56:5
**advising (2)**
58:16,21
**advisory (2)**
117:22 118:16
**advocacy (1)**
37:16
**affect (3)**
114:11 296:20 297:6
**affiliated (1)**
16:23
**affirmative (1)**
352:21
**afternoon (2)**
200:14 201:6
**agencies (7)**
20:5 21:17 35:8
168:10,11,25
184:22
**agency (8)**

21:15,24 35:9 79:2
80:4 168:20,22
298:7
**agent (2)**
301:8 305:24
**agents (1)**
295:9
**aggregate (1)**
318:6
**ago (1)**
56:19
**agree (12)**
14:17 23:24 29:25
56:20 86:23 172:12
205:15 321:17
327:13,20,23,25
**agreed (11)**
10:2 21:3 50:13 51:8
52:15,19 54:7 55:8
55:13 304:18
321:19
**agreeing (4)**
35:23 331:9 341:9,19
**agreement (3)**
22:16 49:11 304:7
**agrees (1)**
22:15
**agricultural (1)**
350:18
**Ah (3)**
92:6 97:14 183:4
**ahead (4)**
102:1 182:5 272:9
325:13
**aided (1)**
157:1
**Aimee (2)**
13:4 362:5
**air (1)**
295:7
**al (1)**
249:7
**Alaska (1)**
3:3
**alive (2)**
228:17 231:16
**allotted (1)**
189:22
**allow (3)**
28:19 223:5 235:15
**allowed (8)**
66:2 112:10 121:1
124:10,14,17
209:17 324:12
**allowing (1)**
45:5

**alteration (1)**
318:8
**altered (2)**
114:17 116:15
**American (1)**
350:19
**amount (5)**
192:5 234:9,14,18
310:18
**AMPA (1)**
79:15
**analyses (4)**
30:14 43:1 69:8 145:5
**analysis (19)**
30:19,23 145:24
152:8 162:15 203:4
234:8 242:24 243:4
243:11 244:1
252:20,23 253:9
255:24 266:18
323:17 341:20
345:6
**analyze (2)**
31:21 226:18
**analyzed (7)**
27:9 131:16 134:24
135:10 136:7,13,18
**analyzing (7)**
30:6 45:23 131:7
140:16 206:12
226:15 335:21
**Andrus (4)**
3:2,19 5:14,24
**animal (130)**
11:9,17,20 12:1 16:16
17:7 20:16,17 25:8
27:1,17,25 29:3,7,8
34:16,16,25 35:1,17
38:13,23 39:8 42:18
42:20 77:10 90:5,21
94:1 97:21 100:8,9
109:18 116:12
128:2,3 134:2,6,12
138:22 139:13,17
141:23 143:18,22
144:6,13,18 145:4
145:24 146:8 152:8
153:1,13,18 154:16
157:12 158:8,13
160:2 161:7,19,25
162:10,20 163:14
164:19 166:13
171:3 203:4 205:7
205:11 206:2,14,17
206:24 207:21

208:2 210:6 211:9
211:18 213:24
218:8,10 224:7
226:9,10 233:3
238:13 239:24
245:4,7,20 258:13
264:10 265:19
266:18 279:7,9
280:4,17 283:15,19
283:24 289:21
297:18,19 302:9
306:22 311:2 313:1
316:17 326:2 332:8
332:9,20,21 333:6
335:23 337:7
338:21,22 342:18
343:7 346:8
**animals (35)**
21:8 22:3 30:11 90:7
95:6 98:14 100:5
128:5 159:20
184:15 185:11
228:2 284:11
302:23 303:1,10,17
303:24 308:3
310:10,16 312:12
313:10,12,14
316:18 318:14
319:12 320:6 326:8
329:10 334:15
336:18 337:12
339:5
**annotations (1)**
72:10
**announce (1)**
120:14
**announcement (2)**
120:17 187:6
**answer (114)**
26:6,7 28:19 32:14
33:11 37:23 38:2,7
38:10,17,20,25
39:13,17,18 40:2,5
40:21,23 44:16 46:9
46:20 47:6,25 48:2
48:12,14,23,25 49:2
51:3 52:21 53:9,20
54:12 55:11 56:11
56:12,22 57:11
62:12,13 63:7,9
65:3,9,23 66:2,21
82:11,13 83:3,8,15
88:2 89:18 94:18
101:8 102:13 114:9
132:6,13,15 133:18
135:13,20 136:22

136:23,24 137:25
138:4 168:6 181:12
191:9 204:19 235:1
255:13 256:5,12
257:15,25 258:5,8
259:25 268:15,25
276:19,23,25
277:20,22 281:2
295:16 300:24
301:20 304:13,23
317:13 320:3 322:1
329:16,19,21 336:3
336:21 337:3,18,23
338:2,3,13 339:1,9
353:21
**answered (22)**
48:15 94:17 102:12
103:19 185:14
253:11 257:17,21
257:21 267:23
268:5,13,14,22
291:11,23 293:11
336:2,20,20 337:15
338:25
**answering (2)**
58:5 325:18
**answers (2)**
58:21 352:23
**anticipated (2)**
18:5,10
**anticipation (1)**
197:18
**anybody (9)**
19:25 54:18,21,24
120:22 185:23
186:6 291:17,24
**anytime (1)**
329:15
**anyway (5)**
18:2 48:9 55:4 205:19
357:9
**apparent (1)**
271:21
**appear (11)**
10:3 217:7 271:5,10
271:25 275:12,14
275:23 282:22
307:14 332:15
**appearance (5)**
5:12 6:10,14 7:3
361:9
**appeared (5)**
272:25 282:17 332:7
332:13 333:7
**appearing (2)**
5:24 358:8

**appears (18)**
74:8 85:10 127:24
211:13 213:16
229:14,21,22
240:19 241:2 242:1
249:20 254:15
263:9 269:18
277:12 278:10
291:21
**appended (1)**
259:20
**Appendix (1)**
233:22
**apples (1)**
272:19
**apply (2)**
300:8 301:23
**appreciate (1)**
116:2
**approached (1)**
45:23
**appropriate (13)**
23:5 39:2 44:7 93:9
93:23 94:13 135:16
187:18 199:14
278:4 293:3 327:4
327:14
**approval (2)**
20:11 22:18
**approved (1)**
20:12
**approximately (2)**
4:20 8:17
**April (2)**
11:3 215:2
**Archive (8)**
215:4,17 216:9
223:17 363:22
364:4,8,11
**archived (1)**
319:19
**area (4)**
21:19 32:20 34:1 83:5
**areas (1)**
139:5
**arguing (1)**
347:23
**Aroclor (1)**
92:18
**arrived (1)**
186:22
**arriving (3)**
156:9 170:24 171:4
**art (2)**
309:4,5
**article (7)**

156:4 161:22 162:2
169:10 170:6
174:19 363:11
**articles (2)**
153:24 175:2
**aside (3)**
75:8 134:20 136:8
**asked (68)**
42:16 43:17 45:7,12
45:13,17 47:2 61:2
81:5 94:16 102:11
103:18 115:24
138:5 139:11,16
140:1 148:10
165:19 178:18
184:6 185:8,14
204:7 253:10 254:4
257:16,20,22
259:14 267:22
268:5,13,22 291:10
291:22 293:10,25
294:11 306:17
308:8,15,24 319:4
325:24 328:14,20
329:5 332:5,12
333:15,21 335:14
336:2,19 337:4,14
337:16 338:24
346:23,24 347:2,4
348:23 355:8,10
356:13 358:14
**asking (40)**
16:2 19:24 26:23
30:21 33:25 40:18
41:14 45:8 46:23
50:7 57:4,5 59:13
74:5 112:13 115:6
115:20,22 116:4
132:8 135:4,6 136:2
163:1 167:20
169:19 177:6,19
184:8 203:13 246:7
255:10 257:6,7
276:11 319:2 322:4
337:19 347:13
353:5
**aspects (5)**
17:6 25:8,16 27:1,21
**assay (1)**
89:8
**assays (1)**
96:13
**assess (1)**
278:23
**assessed (1)**
332:13

**assessing (4)**
234:19 332:21 336:15
336:15
**assessment (33)**
163:15 165:15 166:2
167:11 173:17
183:24 192:15
193:1,2,13,17,23
194:14 198:2
201:18 202:2,9
208:1 211:19
213:22 218:18
222:14 224:7
234:11,20 236:16
256:19 258:13
265:11 278:8 334:7
350:5,6
**assessments (3)**
175:15 195:11 301:13
**assigned (9)**
143:9 145:3,13,23
146:12 147:14
152:7 153:12
332:25
**assignment (1)**
145:12
**assignments (11)**
142:3,15,21 143:14
143:17 145:14,20
147:6,7,10 363:7
**assisted (3)**
288:23 289:6 291:15
**associated (5)**
21:1 305:4 351:11
352:3 353:13
**association (3)**
5:1 304:18 353:2
**assume (4)**
40:20 121:16 129:15
131:24
**assuming (1)**
181:17
**assumption (3)**
105:17,23 279:24
**asterisk (1)**
313:4
**ate (1)**
97:17
**Atkinson (3)**
248:17,24 249:7
**atmosphere (1)**
27:15
**attached (9)**
179:19 215:5,18
216:10 223:18
363:22 364:4,8,12

**attaches (2)**
178:11 181:20
**attachment (7)**
177:11,14,16 179:1,3
179:8,17
**attachments (2)**
151:14 179:11
**attend (10)**
60:12 124:11,11
156:22 209:18
301:21 340:9,12,15
340:25
**attendance (2)**
208:12 209:22
**attended (1)**
285:11
**attendees (1)**
288:19
**attending (1)**
124:6
**attorney (4)**
5:4 33:1 82:20 255:20
**attorney-client (2)**
53:1 82:17
**attorneys (6)**
3:3,8,14 51:5 256:7
319:21
**August (7)**
49:16 50:23 67:7 68:6
70:13 72:20 78:16
**author (7)**
143:10 144:3,5,23
148:11 153:2
163:24
**authority (1)**
83:14
**authors (1)**
145:3
**available (45)**
20:15 36:3 72:8 86:2
127:24 141:6,10,14
141:22 144:4 147:3
149:12 153:17
154:21,23 155:2
157:6 160:20,23
161:4 165:20
168:19 189:21
192:10 193:24
217:2,17 232:21
234:9,18,25 238:25
243:17 278:19,19
278:22 286:17
330:2,5,6,15 338:20
351:9 352:1 353:11
**Avenue (1)**
4:24

**avoid (1)**
296:9
**aware (32)**
4:5 10:1 19:25 61:20
132:18,24 168:18
187:1,21,22 188:11
208:3 225:7,11,16
230:18,21 231:12
255:25 257:7,9
259:21 305:21
306:2,10,21 327:7
348:16,23 349:7
350:15 351:2

───────────────

**B**

**b (2)**
244:2 342:9
**B6C3F1 (1)**
85:13
**bachelor's (1)**
16:4
**back (72)**
8:3 9:11 36:11,15
45:17 53:17 55:2
64:22 75:23 77:13
78:16 84:21,23 85:3
86:14 89:22 101:1
105:3 116:21
125:16 150:25
152:5 165:18
170:17 172:19
174:6 177:14,23,24
179:20 181:19
182:20 186:3
188:12 192:13
197:7,17 199:4,9,13
208:25 209:1,10
218:7 223:22
237:19 239:22
241:14 247:21
253:16 263:15
270:16 275:1
281:11,15,15 286:7
287:8 293:21
295:19 302:13
314:25 322:11,17
322:20 325:25
328:21 331:7,23
351:13 354:12
355:4
**background (13)**
16:3,11,12 20:14,25
21:25 35:20 45:21
66:5,14 89:18
119:23 128:8
**bacteria (2)**

88:22,23
**bacterial (1)**
88:20
**base (1)**
97:17
**based (42)**
52:25 63:2 83:16
91:14,21 99:23
108:16 126:23
127:16 128:2 139:5
139:8,17 148:25
160:1 188:3 204:20
222:13 239:4
255:23 256:18
257:25 265:11,18
266:8 267:20 268:8
268:18 269:1
279:10 283:25
303:14 305:1,2
324:11 332:8
333:23 338:19
346:7 348:14
349:10,12
**basically (10)**
18:8 27:4 50:8 103:3
120:1 153:23 190:6
298:4 309:15
318:13
**basis (15)**
42:7 53:2,21 55:4
74:22 82:16 83:2,7
89:17 103:16
135:23 136:1
194:22 250:19
258:3
**Bates (7)**
67:15,24 71:6,10
84:17 86:15 87:3
109:24 174:9
210:16,21 240:1
273:20 362:16,19
362:23 363:19
**bearing (9)**
67:24 71:6 84:17
210:16,21 362:16
362:19,23 363:19
**becoming (2)**
18:15 126:19
**beeps (1)**
54:17
**began (1)**
148:25
**beginning (7)**
19:19 111:23 113:2
141:1 201:5 302:1
351:19

**begins (1)**
308:2
**begun (1)**
146:7
**behalf (3)**
5:8,9,13
**believe (37)**
11:24 14:7 23:15
35:20 36:23 40:10
41:19 66:16 69:5
70:8 89:23 93:8
95:8 115:5 116:21
129:7 138:1 166:21
171:8 172:8 175:6
183:14 198:19,25
199:1 200:17
204:11 210:12
214:9 240:4 280:12
293:2 321:1 332:18
346:11 352:24
353:10
**believes (6)**
38:21 39:1 93:8 94:13
179:21 239:10
**belong (2)**
61:4 62:5
**belongs (1)**
164:2
**beneficial (1)**
357:3
**benign (1)**
249:12
**best (3)**
190:2 219:1 248:13
**Bethesda (1)**
17:3
**better (3)**
166:9 171:18 230:8
**beyond (27)**
24:14 25:2,18 28:15
34:12 35:13 41:12
43:22 44:9 45:10
66:17 82:22 83:11
98:11 107:15 138:1
174:22 257:1,17
300:22 301:15
329:17 346:21
347:24 348:12
352:7 353:4
**BfR (3)**
193:3,13,15
**biannual (1)**
17:25
**bias (4)**
23:7 44:12 45:22 46:1
**Bible (1)**

301:3
**Bibliography (2)**
7:20 361:16
**Bill (2)**
8:8 361:18
**Bio/dynamics (1)**
317:25
**bioassay (29)**
16:17,21 17:7 25:17
27:17,22,25 28:12
93:20,24 94:1 95:16
101:9,15,20 102:10
102:23 103:17
104:5,17 157:12
158:14 159:22
161:19 165:5 203:5
218:8 232:14
265:19
**bioassays (19)**
25:8 27:1 90:21 97:22
143:18 145:25
152:9 153:1,18
158:9 160:16
163:14 166:22
171:3 190:14
211:10 224:7
239:25 245:20
**biological (1)**
64:16
**bit (3)**
172:20 194:4 251:25
**Blair (3)**
81:17,21 350:17
**blindly (2)**
233:13 234:2
**blood (9)**
87:12,22 89:3,9,12
90:13 95:2 99:11
360:17
**Board (1)**
22:4
**body (5)**
104:24 105:9 106:5
106:23 107:25
**bordering (2)**
115:2 116:4
**bottom (27)**
87:6 91:12 92:5 96:12
172:17,19 178:3,5
178:10 219:12
225:24 226:3
233:13 239:25
243:7 246:21
248:25 249:1,3,25
260:15 261:5
271:17 273:19

315:10 320:22
345:16
**Boulevard (1)**
3:15
**bouncing (3)**
110:24 210:1,3
**bracketed (2)**
271:17 275:16
**Bradford (9)**
300:2,8,21,25 301:12
301:23 349:19
350:8,12
**break (23)**
64:14,16 75:14 76:1
150:16 194:19
200:14,25 201:5
223:25 224:10
227:5 232:24
237:12 247:25
263:18 274:15,21
280:5 281:1,3 286:1
330:21
**brief (4)**
11:2 46:17 200:22
204:10
**briefing (2)**
11:25 43:9
**briefly (3)**
16:10 98:13 300:20
**bring (4)**
10:16 151:24 286:22
351:3
**bringing (2)**
27:18 45:6
**broach (1)**
189:15
**broad (1)**
34:21
**broader (1)**
309:23
**broke (1)**
237:23
**broken (2)**
147:17 148:14
**Bromberg (9)**
8:9 49:16,24 50:4,13
50:24 51:9,17
361:18
**brought (1)**
151:7
**budget (1)**
102:25

——————
C
——————
**C (15)**
3:1 5:17 197:3 305:23

306:4,6,16 343:18
343:22 344:2 347:5
347:15 348:5 360:1
360:1
**C.W (2)**
7:19 361:15
**C14 (1)**
108:21
**Cabana (1)**
105:14
**Calaf (1)**
198:12
**calculated (1)**
244:14
**calculation (1)**
246:8
**calculations (1)**
69:8
**California (3)**
1:1 4:14 65:7
**call (3)**
52:7 55:2 120:17
**called (4)**
5:17 133:15 181:20
284:20
**calls (24)**
176:13 177:18 179:5
182:16 184:3 187:9
193:5 194:23
265:14 266:13
268:1,4,12 279:23
289:11 291:23
293:11 304:11,21
318:16 323:24
329:18 342:21
358:12
**camera (2)**
331:17,19
**cancer (61)**
16:16,19,20 20:16,17
20:19 25:8,16 27:1
32:21 97:22 101:9
101:15,19 102:9
103:17 104:5,16
143:18 145:25
152:9 153:1,18
157:12 158:8,13
159:22 160:15
162:20 163:14
166:22 171:3
183:25 184:15
185:11 190:14
203:4 211:10 218:8
224:7 239:24
245:20,20 265:19
295:1,4,10,12 296:3

296:17 297:6 298:8
298:13 303:4,13
308:3 350:22
351:11 352:3 353:2
353:13
**cancerous (1)**
166:4
**capacity (4)**
49:3 117:12,24 358:8
**carbon (1)**
182:8
**carcinogen (13)**
24:7 25:1 279:4
302:19,20 303:7
306:7,9 343:19
344:3 347:9,16
348:10
**carcinogenesis (4)**
18:22 34:1 77:11
294:20
**carcinogenic (10)**
20:9 169:10 251:14
298:17 304:8
305:24 306:7 329:9
342:10 363:11
**carcinogenicity (18)**
37:19 39:24 203:7
266:11 280:4
283:16,18,23
284:11 299:3,21
301:14 302:22
344:24 345:8 346:7
348:18 349:1
**carcinogens (30)**
17:12,14,16 18:4,5,11
18:13,16,25 19:4,5
19:6,11,13,17 20:1
20:2 24:3,5,22,23
86:4 91:2 118:17
123:18 124:1 137:4
161:13 167:13,16
**carcinoma (9)**
242:16 265:6 269:21
271:1,21 274:8
275:10 314:18,22
**carcinomas (3)**
231:21 243:14 267:18
**care (1)**
200:23
**career (2)**
294:20 295:3
**Carolina (1)**
17:1
**carried (1)**
240:20
**carries (1)**

219:5
**carrying (1)**
273:20
**case (19)**
1:3 4:14 15:5,10
41:20 42:5 57:25
58:15,25 62:21 65:5
68:5 75:11 98:2
162:24 202:20
249:20 254:15
365:2
**cases (1)**
233:15
**category (6)**
303:20 304:1,3
305:23 306:3,6
**causative (1)**
301:8
**cause (4)**
93:5 94:22 185:11
296:3
**caused (4)**
89:10 250:5 251:6
305:10
**causes (10)**
88:22 94:19 183:25
184:14 295:1,3,11
295:21 296:10,17
**caveats (1)**
302:24
**CD-1 (3)**
207:16 212:21 251:13
**cell (21)**
4:9 89:11 233:16,19
233:20 239:12
264:14,23 265:3
270:25 272:2 273:2
273:25 275:7,21
277:15 314:10,15
314:18,22 318:6
**certain (5)**
119:21 222:11 263:19
332:6,12
**certainly (6)**
39:14 66:3 69:24
122:10 160:22
195:6
**certified (3)**
2:14 4:22 360:7
**certify (2)**
360:10,16
**cetera (1)**
243:8
**chain (11)**
8:8 171:20 175:10
176:19 181:25

182:2 188:18
194:25 195:5
361:18 363:15
**chair (28)**
11:8 126:5,13,19,20
127:11,13,16 128:1
128:8 129:5,6,22
134:2,6 139:12
186:24,25 200:21
202:13,14 207:21
209:15 233:3 287:9
306:22 332:20
337:7
**chairman (1)**
144:6
**chairmen (1)**
127:1
**chairperson (2)**
233:19 238:11
**chairs (4)**
127:15 202:15,16
209:14
**chance (9)**
172:2,13 247:14,15
248:1 263:11
301:10 309:14,16
**change (32)**
11:17 204:22 205:7
308:22 318:2,9
322:11 329:14
365:4,4,5,6,7,7,8,9
365:10,10,11,12,13
365:13,14,15,16,16
365:17,18,19,19,20
365:21
**changed (10)**
17:24 148:6 163:4
344:5,8,22 346:12
346:17 347:7 348:2
**changes (18)**
211:17 236:22 238:3
250:3,5,11,20 251:5
272:16,22 287:19
292:2,4,24 293:1,2
293:9 365:2
**characterized (3)**
27:10 245:19 342:11
**characterizing (1)**
343:5
**charge (3)**
25:7 86:3 278:18
**Charles (11)**
1:11 2:11 4:3 6:15 7:4
11:8 359:1,7 360:11
361:3,10
**check (3)**

89:8,9 129:16
**chemical (15)**
20:8 27:1,5,9 33:19
89:10 102:18
121:23 146:13
202:18 208:20,22
258:22 353:1,13
**chemicals (9)**
119:21 120:15,20
121:24 127:22
144:8 147:22 148:3
187:11
**Cheminova (3)**
248:19 254:18 257:10
**chemist (3)**
16:21 17:4 27:4
**chemistry (6)**
16:5,8 17:6 25:8,16
27:19
**Chhabria (2)**
13:2 362:4
**Christopher (1)**
209:20
**chronic (2)**
93:19 95:16
**chronic/carcinogen...**
169:13 363:13
**chronologically (1)**
215:14
**Chruscielska (1)**
164:25
**circle (1)**
12:22
**circulating (1)**
61:22
**circumstances (3)**
63:21 102:6 134:21
**cite (6)**
65:4 83:13 154:15
158:5 214:5,15
**cited (4)**
157:8,13 214:17
284:9
**City (1)**
65:6
**Civil (1)**
8:14
**claims (1)**
317:1
**clarification (5)**
14:4 141:8 163:20
287:9 323:1
**clarify (9)**
42:2 60:5 75:1,15
76:2,3 113:16
276:17 292:11

**Class (3)**
306:16 343:22 344:2
**classification (10)**
134:13 302:12,16,17
344:5,9,23 346:13
346:18 347:8
**classified (12)**
206:25 207:1 305:23
306:3,16 343:18,21
345:19 346:5
347:15,17 348:5
**classify (1)**
245:10
**clean (3)**
12:12,19 287:10
**clear (34)**
10:8 29:5 30:20 44:11
45:11 50:9 58:20
59:6 65:8 66:19
71:2 73:24 74:13
92:24 106:8 115:13
132:10 159:3,5
164:6 175:11
190:12 204:1
205:19 206:10
214:14 225:6
231:19 232:6 234:1
254:9 315:20
351:22 358:7
**clearly (7)**
43:14 46:14 58:8,10
59:14 191:21
297:23
**click (2)**
214:18,21
**client (2)**
33:19 35:12
**clients (4)**
32:20 46:25 47:1
137:6
**close (1)**
353:20
**closed (1)**
62:21
**closely (1)**
123:24
**closer (3)**
115:6,6 325:24
**clothing (1)**
296:13
**coaching (3)**
23:21 111:1 112:9
**coded (2)**
233:14 234:2
**coincide (1)**
123:24

**colleague (1)**
330:24
**colleagues (2)**
285:16 294:23
**College (2)**
16:5,9
**Collegium (5)**
284:21,23 285:4,8,22
**Colorado (1)**
3:4
**column (7)**
107:19 225:25 226:3
242:13 246:21
270:4 271:17
**combined (2)**
242:15 314:21
**come (12)**
42:19 145:19,20
188:9 203:13 209:9
210:5 253:24 287:8
289:3 322:11 324:2
**comes (4)**
164:14 215:12 255:14
300:18
**comfortable (1)**
46:24
**coming (1)**
157:22
**commenting (1)**
27:20
**comments (10)**
144:12,20,22 199:4,8
199:13 206:15
208:22 209:2
275:16
**Commission (1)**
359:11
**committee (5)**
296:23 305:21 345:9
346:3,4
**communication (2)**
60:25 77:8
**communications (6)**
36:15 61:17 76:9,13
77:4 78:17
**community (3)**
125:7,21 299:13
**Company (3)**
3:8 5:8,10
**compare (1)**
287:21
**compared (14)**
111:22 113:1,11
165:22 227:19
228:3,4 229:3,4,11
229:24 230:25

231:5 249:13
**comparing (1)**
310:23
**compatible (1)**
27:11
**competency (1)**
66:6
**compiled (1)**
140:17
**compiling (1)**
19:16
**complete (4)**
102:1 112:17 162:3
315:22
**completed (5)**
28:1,6 201:25 286:11
288:15
**completely (4)**
29:16 110:14 112:16
195:15
**completeness (1)**
28:8
**completion (1)**
286:20
**compound (31)**
90:23 100:22 101:4
102:17 104:3
118:24 120:25
144:16 150:5
161:12 201:19
202:3,10,18 209:7
238:1 239:13 240:7
240:10,25 265:8
266:3 267:19 271:3
272:3 273:3 274:11
275:22 277:14
310:25 321:10
**compound-related (...**
321:5
**compounds (7)**
121:17 122:3,5
137:12 143:23
160:21 208:13
**comprised (1)**
117:10
**compromise (1)**
98:17
**compromising (1)**
98:18
**concentrated (2)**
90:5 210:4
**concentration (1)**
113:8
**concentrations (3)**
112:21 113:8,9
**concern (2)**

21:12 102:17
**concerned (3)**
30:7 294:25 330:13
**concerning (2)**
130:9 245:1
**conclude (1)**
162:17
**concluded (27)**
106:2,21 107:8 108:3
110:5,18 111:6,11
112:5 241:20
244:21 252:25
265:7 266:3 267:19
271:2 272:1 274:11
275:20 277:13
278:14 284:12
292:6 335:22
336:17 345:19
346:4
**concludes (2)**
12:14 358:25
**conclusion (26)**
239:17 240:23,23
244:12 245:25
251:11,12 265:18
267:16,20,25 268:7
268:8,17 269:3
273:1 279:8 280:13
280:16 283:17
317:25 332:9 335:8
338:19 341:2
348:17
**conclusions (14)**
31:5 160:1 164:15
239:7 254:6 279:10
306:18 323:15,16
323:21 336:11
341:5,9 349:9
**concur (6)**
240:5 321:2 339:24
340:4,7 341:4
**concurrence (1)**
341:1
**concurs (1)**
239:10
**conduct (9)**
30:13,22 78:20 80:2
88:6 101:14 103:11
104:16 238:9
**conducted (7)**
9:17 19:15 34:9 38:14
40:7 80:17 85:14
86:8 87:11,21 91:22
96:24 99:4,5 100:8
101:10 104:10,20
113:7 160:14 243:3

247:1 248:18
252:23 253:8 267:8
350:7
**conducting (13)**
34:4 90:8 94:12 102:9
103:7 104:12
160:15 194:14
234:7,10,20 251:17
259:6
**conducts (5)**
93:6,7 94:11 103:10
103:25
**confidential (4)**
32:25 33:5 51:4 169:2
**confirm (3)**
213:12 325:12 326:5
**conflict (1)**
120:1
**conflicts (4)**
129:10,10,16,17
**confusing (1)**
357:5
**Congress (4)**
17:22 18:2,9 19:5
**connected (1)**
38:21
**connection (29)**
57:23 65:1 69:11
74:15 85:19 87:19
89:25 90:8,24
115:16 117:5 121:5
131:20 132:20,22
132:25 133:3
134:17,23 135:9
136:6,13,17 162:12
163:7 184:24
226:22 249:22
357:21
**consensus (1)**
233:21
**consider (18)**
91:4,8 103:15 122:8
127:6 133:2 173:16
175:2 183:22
184:12 185:8 188:1
202:3 220:1,7
222:12 278:12
294:14
**consideration (5)**
118:23 144:23 165:14
199:11 236:9
**considerations (1)**
102:25
**considered (18)**
60:10,21 104:4
120:11 122:6

126:19 224:6
230:23 236:16
246:15 250:5 251:6
282:1,12 292:18
303:7 344:2 349:8
**considering (2)**
119:21 165:20
**considers (1)**
101:7
**consistent (3)**
15:3 96:19 145:13
**consistently (1)**
347:17
**consisting (1)**
359:2
**Consolato (2)**
198:19,19
**consult (1)**
80:11
**consultant (4)**
32:3 33:22 39:21
132:11
**consulted (6)**
32:22 33:2,6,9,13
37:15
**consulting (26)**
18:20,20,22 32:6,17
34:25 37:16 39:21
40:6 41:15,22 43:19
44:13,22 45:10 46:2
130:13 134:18,23
135:8 136:3,12,16
136:25 137:13,18
**consults (1)**
44:6
**contact (2)**
52:6,7
**contacted (8)**
49:25 52:10 61:2
119:10,13 137:7
168:24 287:13
**contacts (1)**
137:5
**contain (4)**
157:18 184:13 185:9
217:16
**contained (13)**
97:13 154:6,12 158:3
159:7 161:14 162:2
185:1 186:14,17
190:4 242:24 307:2
**contains (3)**
146:14,15 184:19
**continuation (3)**
115:10 236:6 294:15
**continue (10)**

36:7,18 64:12 78:10
95:25 115:25
205:12 316:20
317:20 319:10
**continued (2)**
18:17 47:5
**continuing (5)**
30:1 36:15 125:21
210:22 255:23
**contract (1)**
28:7
**contractor (1)**
16:15
**contrary (1)**
244:12
**contrasting (1)**
45:16
**control (38)**
226:17 228:19 249:13
309:22 310:16
311:3 312:11,21
313:1,17 314:13,16
314:19,23 316:22
317:16 318:14
319:12,22 320:6
321:21 325:5,10
326:2,6,8,21 335:23
336:18 337:12
338:21,22 339:5,5
342:18 343:7,13,13
**controls (22)**
30:8 226:5 228:4,9
229:25 230:6,9,12
230:21,25 231:4,6
231:12,17 242:17
250:4 251:5 261:13
308:12 310:10
313:6,16
**convened (3)**
199:18 232:1 236:1
**conversation (13)**
50:17,24 51:25 52:11
53:5 59:10,14 62:8
62:17 63:14,24
133:22 244:25
**conversations (15)**
4:6 51:17 53:24 55:4
55:7 57:19 58:5,17
59:3 62:14 63:2
81:24 125:6 244:19
285:21
**convincing (1)**
346:7
**convoluted (1)**
149:23
**coordinated (1)**

173:10
**coordinating (1)**
119:19
**copied (2)**
181:24 195:5
**copier (1)**
10:17
**copies (8)**
7:16 10:17,19 12:12
70:6 71:22 158:21
214:1
**copy (14)**
6:13,25 7:14 10:18
12:13,19 67:18
73:15,19 85:10
170:23 175:8 180:5
180:20
**copying (1)**
182:8
**copyrighted (1)**
248:2
**corn (1)**
27:13
**corner (1)**
87:6
**corporations (5)**
33:3,9,14,22 35:7
**correct (480)**
8:5 19:1,2 25:11
31:23 37:6 38:23
40:3,9 50:12,18,25
51:12 55:22,25 56:1
56:3,4,5,8 57:8 60:1
61:19 62:10,19 64:5
68:23,25 69:5,16,18
69:21 74:6,11 83:8
85:20,21,24,25 86:5
86:6,9 87:13,23
88:6,14 89:14 90:1
90:3 91:9,17,24
93:2,9 94:7,15 95:4
95:10 96:15,20 97:1
97:2,10,23 98:6
99:7,8,14 100:18,19
100:22,24 101:10
101:15,16,20
102:10 104:6,24
105:9 106:5,23
107:6,11,22 108:1,2
108:5,10,19 109:2,4
109:7,14,18 110:3,7
110:20 111:8,13,24
112:5 113:3,12,24
114:19 116:17
117:7,8,13,17,18,22
117:23 118:2,4

119:5,7 121:17,18
122:11 125:4,23,24
125:25 126:5,18
129:5,12,13,19,20
130:4,5,15,20
131:13,17,18,21,22
131:25 132:3,12
134:3,7,8,13,14
136:1 138:10,11,14
138:23,24 139:2,3,5
139:6,9,10,13,14,18
139:19,23 140:6,7
140:11,12,17,19,24
141:12,24 142:1,6,7
143:10,15,16,19,20
145:11 146:1,2
147:14,15 149:1,8
153:2,3 154:19
157:9 158:10,11,22
159:12,15,18
160:16,24 162:14
162:19 163:16
166:15 167:3
170:10,11,14,25
171:1,5,7 173:17,24
174:13,19 175:4,6
175:16,17,21 176:2
177:3,17 179:4,24
180:2,3,16,22 181:3
181:21 182:23
183:9 185:3,18
188:5,22 189:11,22
190:15 191:3,17
192:2,11 193:3
197:23,24 199:6,15
199:23 200:2
201:20 202:4 203:7
204:4 205:23
206:17 207:22,23
208:4,5,7,14 209:15
209:16,18,19 211:6
211:10,21 212:11
212:12,22 213:24
214:11,12,19
216:15 217:4,12,20
218:2,4,11,12,15,17
218:21 219:9,20
222:8,10 224:8,9,18
224:19,22 226:5,12
226:14,19,25 227:6
227:10,11,14,15,20
228:4,10,16,19
229:4,12,17,20,25
230:6 231:14,23,24
232:3 233:6 234:11
234:21 235:3,11,17

235:25 236:7,16,24
238:4,15,19 239:2
239:14,20 241:3,23
245:7,8,12,21 246:2
247:2,3 248:6,7,10
248:19,25 249:13
249:18 250:6 251:7
251:15,19 252:1
253:19 260:25
261:13,18,21
263:21,25 264:1,8
264:13,23 265:8,12
265:20 267:21
268:9,19 269:8,11
269:13,22 271:7
272:3,5,6 274:8,9
274:12,13 275:13
275:24,25 279:13
279:16,20 280:15
282:19,20,23,25
283:19,20 284:4,14
286:12,19,24,25
290:21,22 293:4,9
304:9,20 306:12
313:24,25 316:11
316:12 317:18
319:23 321:14,15
323:17,18,23 325:7
327:2 328:11,12,22
329:1 330:15
332:10,11,15,16,23
332:24 333:2,3,11
333:14 334:3,5,8,20
334:24 335:4
338:18 339:15,18
339:22,25 340:2,9
340:15,23 341:9,22
342:13,20 343:8,19
343:22 345:21
346:9,19 348:12,18
350:8 351:11
356:15,21 357:2,23
358:4,9
**corrected (4)**
92:21 97:15 271:22
354:16
**corrections (1)**
292:13
**correctly (6)**
68:18 198:13 199:17
228:16 250:20
327:6
**correspond (1)**
216:24
**corresponded (1)**
77:23

**correspondence (2)**
49:23 77:12
**corresponds (2)**
72:3 215:1
**counsel (101)**
5:2,12 9:10,18,21,21
10:7 11:5 12:5 14:8
14:10,10 15:1 26:1
26:7,15 33:10 36:9
36:10,12,16 37:24
38:6 39:12,15 40:4
40:19 41:25 42:3,22
42:23 45:17 47:6,12
50:18 51:10,18 52:1
52:7,12,15,17 54:6
54:8 55:8,14,25
56:6,8 57:2,3,5,7,23
58:23 59:14,16,22
61:19 62:7,8,10,17
63:3,15,25 65:1,5
67:17 69:4,21 70:25
73:12 74:25 75:13
75:25 78:13 80:11
80:16 81:24,25 82:1
82:3 83:22 85:4
133:12,13 142:12
171:15 204:16
277:6 308:16 328:3
332:4,5 333:15,21
343:15 347:14
348:23 350:3
**counsel's (3)**
9:6 28:17 65:2
**Counselors (1)**
22:5
**count (2)**
117:19 341:12
**counts (3)**
31:4 190:13 242:14
**COUNTY (1)**
360:4
**couple (5)**
10:10 70:1 162:9
207:6 333:17
**course (5)**
72:9 77:12 140:15
211:20 292:1
**court (24)**
1:1 4:13,25 5:5 9:5
11:3 12:13 13:18
26:2,17,21 38:1,8
41:24 43:16 44:25
45:3,20 46:18 47:8
65:15 67:8 111:2
112:12
**court's (1)**

14:3
**courtesy (1)**
23:2
**cover (1)**
315:4
**covered (2)**
77:2,4
**covering (1)**
212:10
**created (1)**
91:1
**creating (1)**
329:13
**creation (1)**
195:1
**credence (1)**
303:5
**credential (1)**
122:10
**credentials (1)**
22:11
**credible (1)**
303:14
**credit (2)**
163:25 164:1
**criteria (14)**
130:25 298:10,11,23
299:8 300:3,9,21
301:5,12,24 349:20
350:8,12
**Critical (3)**
170:7,9 176:11
**cross (1)**
277:20
**cross-examination (...**
294:8
**CRR (2)**
1:23 360:23
**culminated (1)**
22:13
**Cumulative (1)**
227:9
**curriculum (7)**
7:15,19 15:16 18:23
35:19 36:5 361:15
**CV (15)**
15:25 23:2 28:25 44:4
45:6 66:3,12 116:22
116:25 117:3,16
118:21 122:6,10
126:10
**CWJ (1)**
18:20

_____
        D
_____
**d (2)**

236:21 361:1
**dammed (1)**
172:23
**data (182)**
21:10,10 22:3 27:25
28:8 31:19,21,22
45:23 69:9 101:7
107:4 116:10
122:21 127:17,23
127:24 128:3,6
134:12 146:8,25
147:4 158:4,8 159:7
159:12,19 160:2,2,6
160:21 161:3,4,7,21
161:23,25 166:8
169:12 170:13
183:24 184:13,19
185:17,24 186:8,13
186:16 187:7,12,15
187:17 190:3,9,12
191:1,15 192:1,5,8
192:10 203:5,5,17
206:2,24 207:15,15
208:2,3 217:3,17,20
218:19,20 219:8,16
220:11,14 221:1,2,5
221:16 222:13
224:13,20 225:12
225:20,21 226:18
226:20,23 230:3
234:9,14,18 235:5
243:6 244:4,6,15,21
245:4 246:5 248:8
253:18 254:3,5,9,10
255:24 257:8 258:1
258:12,14,15,17,19
258:23 259:11,15
259:20,25 266:18
278:3,9,19,21,23,24
278:24 279:7,10,15
280:4,17 283:16,23
298:12,22,23 299:7
300:4,7 301:5
303:11,15,25 307:6
324:3 329:25 330:4
330:11,15 332:9,13
332:22 333:6 337:9
342:8,9 343:11
348:4 349:14
350:14,17,18,19
351:2,9,20 352:1
353:1,5,6,8,11,12
356:15,23 363:12
**date (34)**
7:5,10,21 8:10 10:25
13:6,10,25 25:10

67:12 68:2 71:8
84:20 129:3 142:16
145:6 152:19
169:15 171:22
182:23 187:14
188:25 210:19
215:7,20,24 216:12
223:21 247:10
290:16 294:22
297:22 311:18
356:21
**DATE(S) (1)**
365:1
**dated (22)**
8:9,16 13:4 142:23,24
171:21 188:19
215:6,13,19,24
216:11 223:19
224:4 315:7 361:19
362:5 363:15,23
364:5,9,12
**dates (5)**
76:15 79:19,22 145:1
215:25
**David (3)**
3:5 5:23 54:22
**day (24)**
15:13 111:23 113:2
141:5 186:23
187:23 188:8 200:4
200:16 201:1,2,5
203:10 209:3,8,8
289:4 297:8 310:14
344:15 352:18
359:9 360:21
365:22
**days (9)**
112:22 141:11,14
199:22 200:18
206:16 209:5,6
285:11
**DC (1)**
3:9
**Deadline (2)**
13:23 362:10
**dealing (2)**
40:6 94:5
**deals (1)**
301:17
**deaths (2)**
310:22 311:2
**debate (2)**
11:16 205:6
**December (3)**
215:13 311:20 315:8
**decide (3)**

26:3,22 61:24
**decided (5)**
61:18 62:20 64:2
333:22,23
**deciding (1)**
300:10
**decision (18)**
31:11 40:25 48:7
61:14 166:2 236:9
262:6 273:6 276:3
296:5,7,19 302:11
303:22 304:2,4
351:8 353:24
**decisions (1)**
164:8
**declaration (2)**
119:25 130:24
**Defendant (2)**
3:8 74:11
**defendant's (1)**
10:6
**defendants (1)**
75:10
**defense (1)**
11:5
**define (2)**
183:19 184:6
**definitely (1)**
317:22
**definition (1)**
17:13
**definitively (1)**
316:23
**delete (1)**
273:7
**deleted (8)**
77:16 78:6 269:22
271:4,15,24 273:4
273:11
**depend (1)**
29:8
**depending (2)**
201:3 228:20
**depends (1)**
202:14
**DePEW (5)**
1:23 2:13 4:25 360:6
360:23
**deponents (1)**
81:16
**depose (2)**
11:7,9
**deposed (2)**
28:20 182:1
**deposition (94)**
1:11 2:10 4:3,16 6:15

6:16,19 7:4,8 8:2,12
8:16,21 9:4,16,23
11:5,19 12:16 13:19
13:24 14:3,17,18,21
14:25 15:3,24 23:6
23:9 24:15 26:13
29:3,6,18 35:14,15
35:21 36:3,13 37:13
37:22 38:11 40:11
40:15 41:5,13 42:4
43:4,12,13,17 44:18
45:1,2,4 46:10,16
47:7 53:3 65:10,13
65:18 72:23 73:10
74:16 75:8 80:21
81:14,19 82:1,23
83:1,11,15,22 84:25
107:16 151:8
230:16 257:19
258:10 284:3
297:10,14,17
329:13,15 359:1
360:12,13 361:9,13
362:11
**depositions (7)**
13:9 41:20,25 46:7
81:3 354:8 362:8
**describe (1)**
51:22
**describes (2)**
298:10 299:9
**describing (1)**
301:4
**design (2)**
97:7 98:3
**designating (1)**
41:1
**designing (1)**
161:20
**destroyed (1)**
61:6
**detail (5)**
23:3 36:5 124:23
153:6 200:10
**details (1)**
33:18 66:15 132:9
**determination (10)**
27:19 95:17 163:12
278:24 279:5
283:22 299:2
303:19 348:25
352:2
**determinations (2)**
299:21 323:9
**determine (14)**
26:17 27:10,10 93:22

94:13 99:21 101:19
104:2,21 116:14
121:11 243:4
258:18 295:25
**determined (7)**
80:8 129:16 202:13
245:19 302:18
337:11 338:20
**determining (4)**
245:2,10 278:9
298:16
**Detoy (1)**
65:5
**developed (3)**
294:24 297:4 298:6
**development (3)**
27:17,21 318:3
**diagnosed (2)**
319:13 334:16
**diagnoses (3)**
315:17 316:4,5
**diagnosis (5)**
232:17 233:17 315:14
316:15,16
**diatribe (1)**
195:19
**diazinon (1)**
138:13
**diet (5)**
97:12,23 98:15 99:24
100:10
**Dietary (3)**
212:12,15 308:5
**difference (14)**
111:20 112:5 113:10
183:2,7 230:4
244:20 309:1,14
310:15,21 315:14
316:4,14
**differences (2)**
112:23 309:24
**different (29)**
44:18 118:25 127:14
127:15 136:16
138:10,20 148:14
149:24 163:5 184:8
198:11 218:10,14
221:5 227:13
236:14 239:16
245:25 246:9
288:12,12 302:3
310:12,16,18 312:1
318:6 339:21
**differently (1)**
34:22
**difficult (1)**

330:7
**difficulty (1)**
127:19
**digest (1)**
187:17
**direct (9)**
48:24 73:7 92:4
104:22 111:16
211:24 221:3
262:22 281:20
**directed (2)**
300:6 301:25
**direction (3)**
55:11 62:1 63:20
**directions (2)**
350:14 364:20
**directly (4)**
29:9 115:18 131:2,11
**director (11)**
17:9 18:15,16,24
20:11 22:11,4 24:3
24:21 119:16 160:7
**disagree (1)**
29:16
**discarded (1)**
157:24
**disclose (1)**
51:3
**disclosed (1)**
350:22
**disclosure (2)**
130:6,18
**discount (1)**
222:11
**discovery (3)**
9:24 10:24 361:21
**discrepancies (1)**
233:17
**discuss (8)**
31:23 39:8 42:19
52:16 201:7 218:3
246:17 330:23
**discussed (33)**
63:9,11 134:22 156:2
165:9 184:23
207:21 211:17
212:20 213:21,23
214:2 234:6 248:5
248:17 255:6,11
256:2,7,10,10,22
260:13 263:20
267:15 269:17
280:8 284:1,3 285:7
291:25 292:4 351:6
**discusses (4)**
11:4 91:12 171:2

342:8
**discussing (13)**
43:20 46:24 57:19
78:3 201:8 206:24
219:6 240:1 252:4
269:16 270:19
273:22 284:1
**discussion (38)**
29:4 32:5 35:17 36:22
38:13 53:7 59:1
66:11 105:2 169:16
187:3,24 192:14,25
210:7 214:24 215:9
215:21 221:15
240:19 252:22
253:6,23,25 260:11
262:19 264:6,7,12
264:22 273:17,24
274:25 275:5
281:16 283:15
340:9,25
**discussions (16)**
49:9 51:5 56:13,23
124:15 206:22
207:3,4 226:9
255:14 256:13
262:11 280:3 285:2
300:7 301:22
**disk (9)**
4:2 64:19,23 150:21
151:1 237:16,20
322:14,18
**disks (1)**
359:2
**disposal (3)**
224:12 248:9 266:22
**dispose (1)**
60:23
**disqualify (2)**
129:18 130:19
**disregarded (1)**
157:25
**distribute (1)**
187:15
**distributed (1)**
144:18
**distribution (2)**
255:4 256:21
**District (5)**
1:1,1 4:13,14 65:7
**divided (1)**
139:4
**Division (2)**
345:8 346:2
**doctor (13)**
181:13 222:1 238:21

241:10 247:15
263:2,3 274:22
294:11 316:2 338:1
339:10 355:8
**document (294)**
1:5 6:25 7:2,6,14,18
7:23 8:1 10:22
11:25 13:7,22 15:4
17:17 18:8 20:14
21:1,3,4,25 22:11
28:6 49:19,21 62:3
67:10,14,23,24 68:7
68:11 69:6 71:4,10
71:14,15 72:1,2
74:2,7,12,14 75:7
76:8 77:1,4 84:15
86:1 87:1,4,5,15
88:2,5,12 89:24
90:10 106:7,17
107:13 108:8
109:10 110:12
115:14,17,21,24
129:1,4 142:9,9,14
142:17,18,23 143:2
143:3,11 145:10,10
150:11 151:17
152:17,21 153:22
154:20 155:21,22
156:8 163:18 164:1
164:2,7 169:20
170:4,23 171:10,13
172:6,11,12,14,21
172:25 174:7,9,23
176:5,15 177:9,21
178:2 179:7,10
180:15 181:25
187:19 189:1,4
192:15 193:8,18
194:8,9,13 198:8,16
210:9,14,20,25
211:1 212:8,14,20
212:24,25 213:3
214:16,19,25 215:3
215:4,10,15,16,17
216:8,9,13,23 217:8
219:11,14,15
220:22 221:13,25
222:4,12,13,15,17
223:6,16,18 224:3,5
227:9 229:18
230:22 232:19,21
233:12 235:13,23
236:2,25 238:7
239:6 241:8 243:17
243:19,25 247:5,7
247:11,16,24 248:2

248:16,21 249:2,8
249:15,21 250:23
251:9 252:9 253:17
254:12 260:21,23
261:1 262:24
264:18 269:25
270:2,6,9 272:11,12
272:16,17 278:5
282:7 284:2,17
287:16 289:16
290:13,20,24
292:16,22 311:11
312:15,16,17,19
317:4 318:22
319:16,17,19,20,21
319:25 320:1,4
321:25 324:21
325:8 327:6 330:5
333:16,23 334:1,11
334:12,24 335:3,7
335:11 336:4,7,22
339:20,23 341:11
342:3,6,14,17,23
343:4 345:5,14
349:10 361:9,12,15
361:21 362:7,10,13
362:15,15,18,22
363:4,6,9,18,21,22
364:4,4,7,8,11,11
364:14,17
**documents (148)**
8:20,24,25 9:10 11:7
11:11 20:20 55:18
55:22,24 56:2,7
57:2,7 58:15,25
59:8,11,25 60:5,6,6
60:8,9,11,14,19
61:4,15,18 62:4,7
62:10,18 64:1,3,8
68:5,21,22 69:1,3
69:14,20,24 70:3,7
70:10,15,19,21,22
71:5 72:4,6,7,9,11
72:12,17,21,24 73:6
74:5,10,21 75:1,5,9
77:13 78:10,14,21
78:22 80:6,12 84:5
85:18 147:12
149:11 150:4,14
151:6,9,19 154:1,6
154:13 155:10,14
155:25 156:13,14
157:2,5,6,7,11,15
157:17,20 158:7,16
159:11 166:12
167:2,6 184:24,25

187:18 203:12
213:14,23 217:9,18
220:13,18 223:11
224:11 226:21
227:4,24 236:13
251:18 266:12,20
266:23 267:1 269:6
278:20 279:13,16
279:20 305:15,18
305:22 306:15,25
311:8 329:3 349:12
355:17,19,20 357:4
357:20 358:1
362:18
**doing (16)**
28:3 37:10 43:19 47:1
66:22 77:20 110:25
112:11 122:15
123:25 139:2
155:19 167:10
175:15 200:22
243:15
**Don (1)**
4:25
**Donald (4)**
1:23 2:13 360:6,23
**Donna (6)**
173:5 174:17 176:20
176:25 178:3,11
**dosage (1)**
97:21
**dosages (1)**
93:7
**dose (99)**
85:12 93:19 95:15
97:3,4,19 98:5 99:5
99:13,24,24,25
100:10 101:25
104:10 105:7 106:4
106:20,22 107:5,22
107:25 108:17
109:5,16 111:20,23
112:3,4,24 113:2
226:1,4 228:18
229:2,3,4,11,12,16
229:17,19,24 230:5
230:11,20,24 231:5
231:10,13,16,23
234:4 242:18,18,19
250:1 251:14
267:17 269:20
270:24 274:6 275:8
308:11,20 309:22
310:19,22 311:1,1,2
312:1,12 313:10,11
313:14,17,18,19

314:13,13,14,16,19
314:23,24,24
315:21 316:7,9,10
316:17 321:21,22
325:5,6,6,10,11
**dose-related (1)**
265:4
**dose-response (1)**
251:2
**dosed (2)**
227:18 228:1
**doses (20)**
93:4,21,21,23 94:12
95:6,9,10,13,18
97:8 99:5,13 106:2
106:9 107:9 108:4
212:23 213:2,4
**dosing (1)**
100:5
**double (1)**
352:15
**doubt (1)**
13:15
**download (2)**
147:24 177:25
**downloading (1)**
147:3
**Dr (144)**
5:13 6:15,18,20 7:4,7
7:9,15,24 8:17,19
9:4,7,9 10:2,7 11:8
11:10,14,22 12:15
13:18 14:19 15:8
26:12 36:13 37:15
38:10,20 40:13,15
41:8 42:23 46:22
47:11 54:3 67:1
68:3 70:16 71:14
72:18,24 73:11,21
76:7 78:19 80:20
81:9 84:4 105:22
111:5 116:8,20
138:8 149:16 151:4
152:14 156:4
169:18 170:7 173:2
173:6,7,9,13,14
174:3,11,11,18
175:10,11,18,25
176:8,10,20,22
177:1,2,13,14,23,23
177:24 178:2,7,24
179:1,20,21 180:6
180:11,13,13,20,20
181:10,19,24
182:19,20 183:8
188:17,17 195:13

197:17 198:10,11
198:12,12,12 204:9
205:5 210:24 222:6
222:9,18 223:10
224:6 233:18
237:23 241:17
247:24 263:18
270:19 275:4
281:14 284:18
286:10 293:25
317:1,5 318:1
319:13 327:9,13
332:2 347:6 350:17
352:24 361:10,12
361:13
**draft (78)**
143:17 144:15,17
145:24 146:13
153:13 155:5
197:23 198:1 199:5
199:9,13 208:11,16
211:14,18 212:20
213:2 239:23 240:2
240:21 241:18
242:11,24 260:10
260:22 261:23
262:7,13,19 263:7
264:3,10,25 269:17
269:18 270:20,22
271:1,24 272:11,12
272:25 273:16
274:3 275:5,19,20
276:4,7,10 277:12
277:17 281:23
282:17 287:16
288:2,4,14 289:16
291:16 292:2,25
320:13 323:10,11
323:21 327:14,21
328:2,3 332:7,14
333:7,8,9 356:23
357:4
**Draft.rev4 (3)**
210:16 213:4 363:19
**drafted (6)**
69:10 197:18 202:11
202:19 225:10
230:19
**drafter (1)**
333:1
**drafting (4)**
152:8 165:12 206:13
272:22
**drafts (15)**
10:14,14 77:13 144:8
144:15 145:2 211:4

211:8 327:8 328:1
328:10,16,25,25
333:10
**drawing (2)**
169:12 363:12
**drinking (2)**
112:20 113:7
**Drive (3)**
2:12 3:3 4:18
**driving (1)**
267:3
**Drug (1)**
168:20
**duces (3)**
67:6,11 362:13
**due (2)**
309:14,15
**duly (2)**
5:18 360:13
**Dykstra (6)**
215:6,18 216:11
363:22 364:5,8

**E**

**E (15)**
3:1,1 5:17,17 197:1,1
197:3,3 345:20
346:5 347:8,18
360:1,1 361:1
**e-mail (44)**
8:7,8 49:14 76:9,12
76:14,25 77:18
78:16 79:1,4 119:15
119:20 151:18
171:19,20 172:3,15
173:3,12,22 174:2
174:10 175:10
176:1,19 177:13
178:3,15,25 180:24
181:19,25 182:2
188:16,18 192:25
194:25 195:5,9
361:18,18 363:15
363:15
**e-mails (7)**
76:10,16 78:6,11
79:19 182:23
192:21
**earlier (11)**
123:5 151:5 160:14
188:10 190:24
191:12 234:6
259:19 305:15
330:9 356:13
**early (2)**
144:12 297:7

**easy (2)**
15:12 150:14
**eat (1)**
295:8
**Edgemont (1)**
3:15
**editor (5)**
288:8,11 289:7,13
290:6
**edits (5)**
144:20 287:4 291:7
291:19 292:24
**educational (2)**
16:3,13
**effect (10)**
49:11 88:22 89:11
93:5 94:15 98:16
101:24 103:5,14
133:14
**effects (5)**
99:21 166:4 301:7
345:8 346:2
**efficiently (1)**
263:2
**efforts (1)**
22:8
**EFSA (1)**
80:3
**eight (6)**
10:19 118:1,9 119:3
341:7,18
**eighth (1)**
19:11
**either (19)**
18:3 24:6 52:5 60:22
61:5 68:20 81:25
91:16,23 93:1 112:8
121:24 154:25
168:20 249:12,12
258:19 279:12,18
**elect (1)**
57:2
**elected (2)**
59:24 62:17
**eliminated (7)**
107:10 108:4,18,23
109:7 113:22,23
**elimination (18)**
110:6,19 111:6,12,20
111:22 112:3,4,24
113:1,10,11,18
114:5,12,15 116:11
116:16
**Emmitsburg (1)**
16:6
**emphasis (2)**

127:17,17
**emphasize (1)**
61:3
**employed (2)**
16:15 85:24
**employee (10)**
302:4,9 304:6 334:2,4
334:20 358:3,5,7,18
**employee's (1)**
334:7
**employees (3)**
341:8 343:4 345:6
**employment (3)**
18:21 117:4,5
**enjoy (3)**
122:15,16,17
**entire (9)**
163:22,23 164:3,8
200:3,19 202:3
289:16 303:21
**entirely (2)**
107:10 108:5
**entities (1)**
45:14
**entitled (46)**
7:3,7,19 10:23 13:8
13:23 29:17 66:4
67:11,24 71:5 84:16
129:2 142:15
152:18 169:10
210:15 215:4,17
216:9 220:23
222:20 223:17
247:8 290:14 361:9
361:12,15,21 362:7
362:10,13,15,18,22
363:4,6,9,11,18,21
364:4,7,11,14,17
**environment (1)**
295:6
**environmental (15)**
16:25 17:10 18:22
20:5 32:21 34:1
35:9 37:19 79:1
123:20 124:3,8
168:21 294:20
295:3
**EPA (200)**
149:12,20,22 154:1,5
154:6,11 155:10
156:12,17,18,24
157:6,11 158:7,17
159:6,13 160:5
162:3,6 165:21
166:11,21 167:1,7
184:25 212:24

213:14,23 214:1,8,8
214:8,9 215:2,4,11
215:17,23 216:9,17
216:23 220:13
223:17 224:3,11
226:21 230:22
231:25 232:4,21
233:11 236:1
237:25 239:17
240:9,22 241:19,20
243:17,19 244:14
244:20 246:2,8
262:21 263:5,20,25
264:6 265:7,9,10,17
265:25 266:2,9,10
266:16,19,22 267:6
267:7,15,18,20
269:8 270:1,22
271:2 272:1 273:18
274:11 275:20
277:13 279:12,18
280:18 281:18
282:6 284:1,4,12
302:5,9 304:6,17,25
305:15,17,22,22
306:3,18,18,23
307:1,6,14,15 311:7
317:12 318:19
319:7,19,19,19,21
320:5 321:8,19
323:9,15,16,20
324:5,7 326:4,7,20
326:24 333:22
334:2,20 335:12,13
335:15,22 336:4,6,9
336:16,23,24,25
337:9,10,10 338:19
339:2,18,22 341:8
342:8 343:3,4,17,21
344:2,8,22 345:6,18
346:12,17 347:7,15
347:17 348:16,24
349:8 355:9,11,17
355:19,20,24 356:6
357:19 358:2,3,5,9
358:18,19 363:21
364:4,7,11
**EPA's (4)**
240:23 273:1 335:8
342:15
**epidemiological (2)**
350:17,21
**epidemiologist (1)**
127:25
**epidemiology (19)**
127:25 138:22 140:4

140:6,22 300:3,5,7
301:4,5,7,18,21
303:6 305:2,9
349:18 350:7,14
**equivalent (1)**
97:9
**equivocal (1)**
342:10
**Eric (12)**
3:10 5:7 40:17 41:10
44:2 48:17 115:1
172:1,1 196:1 229:7
354:14
**especially (1)**
357:8
**ESQ (5)**
3:4,5,10,11,16
**essentially (2)**
21:2 144:19
**establish (2)**
66:6,13
**established (3)**
27:20 316:24 317:23
**et (2)**
243:8 249:7
**European (2)**
80:3 174:6
**evaluate (8)**
31:19 158:4 166:8
190:7 232:1,17
298:22 348:7
**evaluated (2)**
298:13 336:23
**evaluating (2)**
28:8 118:16
**evaluation (12)**
11:17 100:18 169:10
203:14 205:8 254:5
277:25 299:9 300:3
335:12,18 363:11
**evaluations (3)**
247:9 300:6 364:15
**evening (3)**
151:12 209:12,22
**event (3)**
6:23 124:19 322:7
**everybody (8)**
6:24 15:13 22:15
61:24 146:19
200:10 320:18
353:22
**evidence (33)**
21:6,6,7 96:14 101:13
103:15 203:6 207:5
207:6,18 235:16
258:4 259:5 283:18

283:24 284:10,10
300:10 302:21,22
303:1,4,9,10,17,23
303:24,25 305:1
345:20 346:6,8
347:18
**evidently (5)**
130:23 222:6 325:23
348:6,13
**exact (6)**
123:4 145:6 146:11
149:25 190:5 207:2
**exactly (7)**
14:25 24:11 29:11
53:14 195:5 306:23
346:22
**EXAMINATION (7)**
15:6 197:15 293:23
331:25 355:6
357:17 361:2
**examined (6)**
5:19 143:24 197:5
218:15 233:14
234:2
**examining (2)**
337:8,8
**example (5)**
77:3 127:21 140:20
236:19 300:13
**exceptions (1)**
102:5
**excerpts (1)**
10:14
**exchange (5)**
49:15 173:3,4,13
188:16
**excluding (1)**
137:16
**excuse (5)**
76:20 105:19 167:25
195:25 313:16
**exercise (1)**
95:15
**exhibit (115)**
6:9,13,21 7:2,6,18,22
8:7 10:12,22 11:2
13:1,7,22 15:20,21
43:7,10 46:16 49:14
67:2,10,23 68:4,10
68:14,19 69:2 71:3
71:4,18,20 72:4
73:8 84:15 85:8,9
86:8 129:1 142:14
152:17,21 169:5,9
170:5 171:17,19
188:13 189:6

194:22 196:2
204:11 205:4
210:14 215:3,16
216:8 221:8 223:16
224:1,2 232:20,25
233:11 237:24
239:23 240:15
247:7 260:10 264:4
264:16,17 290:13
307:18 311:7 314:2
315:1 317:2 319:18
320:7 322:9 325:1
325:16 326:18
328:6 339:7,13
361:7,8,11,14,17,20
362:2,3,6,9,12,14
362:17,21 363:2,3,5
363:8,10,14,17,20
364:2,3,6,10,13,16
**exhibits (6)**
10:10 85:17 152:4
305:16 347:2 355:9
**EXHIBITS----------...**
361:6 362:1 363:1
364:1
**exist (1)**
355:17
**existed (3)**
187:2 259:22 289:8
**expect (6)**
16:1 39:17 74:18 81:8
219:23 274:14
**expected (2)**
146:23 299:7
**expects (2)**
11:14 205:4
**expenses (1)**
125:1
**experience (17)**
29:1 35:19 50:6,7
102:15 120:23
121:15,16,20 122:1
122:4 127:7 145:19
150:2 266:16 297:1
330:7
**experiences (3)**
51:9 52:16 54:8
**experimental (7)**
11:9 20:16 128:3,5
297:19 302:23
308:3
**expert (64)**
9:8 14:20,22 23:9
26:14 28:20 35:21
36:2 40:11,14,15
41:2,9 42:4,14

44:20,22 47:14,15
47:19,22,23 48:4,19
49:6,6 50:25 51:11
51:24 52:14 53:5,6
53:11 54:5 55:6,9
55:14 56:15 57:21
58:18 59:5 115:2,22
130:8,9,14 131:5,6
131:20 132:5,11
133:1,5,11 135:15
163:5 255:15,15
256:14 277:21
295:14 329:13,15
329:18
**expertise (5)**
27:18 119:24 139:5,8
139:17
**experts (3)**
139:22 140:6,10
**Expires (1)**
359:11
**explain (6)**
49:21 301:2 302:15
310:4 314:8 318:10
**explaining (1)**
127:19
**explains (1)**
235:13
**explanation (2)**
25:22 32:5
**expose (1)**
90:6
**exposed (10)**
18:7 95:7 112:18
113:7,21,23 295:5
296:2,6 301:9
**exposure (15)**
20:16 21:10,12
102:18 114:17
130:10,14 138:21
139:22,22 140:23
282:1,12 295:7
305:3
**exposures (2)**
111:22 113:1
**express (2)**
14:23 297:23
**expressly (1)**
74:23
**extent (21)**
14:11 15:1 42:6 47:5
56:18 59:15 65:13
70:14 72:21 73:4
77:3 78:13 104:21
104:23 114:13
121:19 153:10

199:14 201:25
255:13 295:14
**extra (2)**
10:16,18

---
**F**
---

**F (2)**
197:1 360:1
**face (1)**
248:3
**faces (1)**
125:16
**fact (49)**
13:18 14:17 21:11
23:5 36:8 41:13
42:16 60:24 100:4
102:20 103:25
114:17 133:22
156:20 171:8
176:10 177:10
187:1 195:4 204:10
207:9 225:16
230:21,23 236:20
246:6,7 250:2,14
251:3 252:23
257:19 259:10
273:13 275:6 277:9
277:11,16 297:18
304:15 306:2
332:25 334:1,23
338:9,18 347:6,16
347:25
**factor (4)**
101:18 102:8 103:1
133:4
**factors (6)**
101:23 236:15 237:25
245:3,18 278:11
**facts (1)**
42:17
**factual (9)**
6:16 29:2,18 35:14
38:13,22 53:3
257:25 258:6
**fails (1)**
102:7
**fair (14)**
48:20 99:3 100:7
110:10 112:16
155:9 157:17
161:18 165:24
194:12 223:4
238:17,23 313:15
**familiar (5)**
125:16 134:9,10
143:2 284:23

**far (17)**
30:7 48:18 65:22 72:8
79:18 107:15,19
116:10 145:1,12
188:7 244:22 301:4
330:13 352:7 353:3
353:17
**Farmer (12)**
173:5,13 174:3,11,17
176:20,25 177:23
177:24 178:3,11
188:17
**fashion (1)**
279:11
**faster (1)**
13:14
**fathom (1)**
356:1
**favor (4)**
304:16,25 305:8,8
**February (7)**
175:18 180:14,21
181:2 188:19 189:1
216:3
**fed (1)**
97:7
**federal (6)**
8:14 19:23 21:17
49:12 193:2,16
**feed (4)**
27:12 85:12 212:12
212:15
**feeding (1)**
98:14
**feel (11)**
81:5 88:3 120:19
166:9 240:10
257:17 321:9 323:2
329:20 338:1,3
**feeling (2)**
63:18 155:19
**feels (1)**
277:20
**fell (3)**
250:3 251:4 261:12
**fellows (1)**
284:20
**felt (5)**
21:5 22:1 207:6,14,17
**female (17)**
219:9,16,20,24 220:2
220:4,8,14 221:17
224:13,17,21 225:8
225:12,17,18
264:12
**females (2)**

281:24 282:10
**fifth (2)**
201:2 261:4
**figure (1)**
15:18
**file (3)**
146:15,25 147:2
**filed (3)**
6:11,22 46:17
**files (16)**
61:2,12 68:13 69:15
70:7 71:6 72:10
75:6 78:11 146:15
146:22 147:3,21
148:13,18 362:19
**final (66)**
22:18 124:17 154:14
158:6 162:16,17
174:12 175:3 209:8
209:8 212:2,7,21
213:7,19 214:4
216:16 219:2
225:22 240:13,14
241:2,23 242:12
243:12 244:22
261:8,15,16 262:20
262:23 263:24
269:16,22 271:5,11
271:25 272:17
274:17,20 275:12
275:24 282:22
283:21 286:14,23
287:4,16,20 288:2,4
288:14 289:9,15
291:9,16,21 292:3
292:16,25 299:9
321:14 332:15
341:21 354:23
357:7
**finalized (1)**
261:24
**finally (2)**
46:21 126:3
**financial (1)**
123:21
**find (13)**
116:16 121:3 149:3
149:22,24 150:12
150:13 177:22
198:18 214:16,19
272:21 296:16
**finding (9)**
104:13 114:16 245:15
249:23 259:5
283:24 312:4
313:20 335:23

**findings (34)**
11:16 30:8 31:4,5
96:18,20 205:6
218:3 220:1,7 225:8
231:20 234:19
235:25 236:7 239:1
242:15 250:24,25
252:5 259:8 260:23
261:11 277:25
280:4,9 284:9,13
313:5 336:16 337:2
339:25 350:20,21
**fine (10)**
12:20 23:17,22 29:21
64:17 76:5 135:23
170:3 173:23
205:11
**finish (14)**
23:12 41:7,10 44:1
57:17 98:22 114:8
123:10 149:17
209:6 272:8 276:19
276:24 344:12
**finished (12)**
14:13 16:12 123:12
168:5 181:12
201:17 204:23
286:2 294:4 325:18
330:20 339:9
**firm (3)**
18:20 43:16 62:15
**firmly (3)**
239:9 240:4 321:1
**first (75)**
6:8 8:8 10:1 15:15,22
34:3 42:23 49:18
51:25 52:11 67:9
68:3 71:13 73:22
88:10 89:5 92:12
96:8 105:12,16,24
112:17 116:9
117:15 124:7 136:4
143:1 144:1 146:6,9
153:12 170:19
171:20 177:13
178:10 180:15
183:11 186:15
188:18 193:10
199:19,21,22 200:4
200:17 204:12
206:16 212:19
214:25 223:3,17
239:25 243:2,6
249:9 275:11 276:2
281:21 290:17
297:8 308:9 312:23

312:24 315:4
320:22 331:3 332:5
335:1 345:4,5,11
346:1 361:18
363:15 364:11
**Fischer (1)**
85:13
**fit (3)**
149:13,19 303:20
**five (10)**
19:13 64:16 117:25
118:9 119:3 138:10
138:19 341:7,17
359:2
**Five-page (2)**
215:3 363:21
**fix (1)**
331:17
**Florida (9)**
1:12 2:13,15,16 3:16
4:18 360:2,8,10
**focal (1)**
318:5
**focus (2)**
150:6 213:19
**FOIA (1)**
156:14
**follow (8)**
23:23 164:13 298:15
299:16,19 301:12
344:16 352:17
**follow-up (1)**
294:13
**following (9)**
9:6 16:22 17:8 63:14
111:21 112:25
236:8 365:2,3
**follows (3)**
5:20 197:6 298:8
**food (6)**
80:3 97:9 168:20
247:8 295:8 364:15
**Forgie (507)**
3:4 5:14,14 6:1 8:4,6
10:4 11:1 12:6,10
12:18,21,25 13:16
21:22 22:22,24
23:12,19,24 24:9
25:2,18 27:3 28:15
29:15,25 30:3,10,15
30:25 31:7,16,24
32:8,18 33:4,12,23
34:11,19 35:3 37:6
37:11,20 39:25
40:16,22 41:6,10,12
43:6 44:1,16 46:13

47:24 48:5,13,21
49:4 50:19 51:6,13
52:3,9,18 53:12,16
53:19,23 54:9,11,18
54:24 55:3 56:9,20
57:9,13,17 58:1,4
58:10,16 59:2 60:2
62:11 63:6 64:6,10
64:13 65:20 67:17
67:20 70:25 71:21
71:24 72:25 73:3,16
73:19 75:13,25 76:6
78:24 82:5 83:25
84:2 86:20,23 87:14
87:24 88:15 89:2,15
90:15 91:5,18,25
92:7,10 93:3,10
94:9,16,24 95:5,11
95:24 96:4,21 97:11
97:25 98:7,21 99:9
99:15 100:2,11,25
101:6,11,21 102:11
103:18,21 104:7,18
105:1,10,13 106:6
106:11,24 107:14
108:6,12,20 109:3,8
109:19 110:8,21
111:9,14,25 112:6,8
112:13,19 113:4,13
113:25 114:8,20
116:18 120:12
122:12 123:1,9,14
125:15 126:6,8
128:18,20 130:16
130:21 132:1,4,13
132:15 133:7,17
135:1 136:20
137:21 139:24
140:18,25 141:16
141:25 150:19
158:15 159:8,21,23
161:1 162:22
163:17 166:5,16
167:4,15 168:3,5,13
171:6 172:9 173:19
173:25 174:14,20
174:22 175:22
176:3,13 177:4,6,18
178:12,16,20,23
179:5,16 180:8,17
180:23 181:11
182:4,14,16,25
183:10,18 184:2,9
184:17 185:4,12,14
185:19 186:2,10,18
188:6,23 189:4,8,12

189:14,23 190:16
191:5,8,10,19 192:3
192:16,19,22 193:4
194:15 195:15,19
197:11 198:17
199:7,24 201:21
202:5 203:8 204:5
204:23 205:3,18
206:18 208:15
211:12,22 212:13
213:17,25 214:20
216:22 217:6,13,21
218:13,16,22
219:10,22 220:5,10
220:16,23 221:9,12
222:1,16,19 223:2
224:23 226:13
229:5,13 230:1,7,14
231:2,15 233:7
234:13,23 235:12
235:19 236:17
238:5 239:19 241:5
241:24 242:4,8
244:16,24 245:13
246:3,11 248:11,20
251:20 252:2,7
253:4,10,20 254:13
255:8 256:3,5,25
257:12 259:12
260:3,17,20 261:2
261:19 262:8,14
265:14,22 266:13
266:24 267:9,22
268:1,10,12,20,22
269:9,23 271:8
272:4,7 273:12
276:1,18,24 277:18
278:15 279:14,21
279:23 280:20,24
281:7 282:24 283:4
283:8,12 284:6,15
285:14,25 286:3
287:22 288:6 289:1
289:11,22 291:10
291:22 292:8 293:5
293:10,15,24
294:10 295:18
300:24 301:20
304:13,23 307:22
311:10 312:16,18
315:23 317:7,13
319:1,4,10 320:3,14
320:12,17 322:1,10
322:22 325:19
326:14,16 327:3
329:16,19,23

330:19,23 331:9
332:17 333:12
334:9,22,25 335:10
335:25 336:2,19
337:14 338:10,16
338:24 339:8,16
340:10,17 341:10
341:14,23 342:21
343:9,20 344:11,18
344:25 345:10,13
345:15 346:14,20
347:1,11,20,22
348:19 349:2,11,22
350:10,24 351:12
351:16 352:4,7,13
352:17,22 353:3,14
353:16 354:2,13,19
355:7 357:12,15,24
358:10,12,22 361:4
364:22
**forgot (1)**
151:5
**form (124)**
25:20 32:19 33:24
34:20 35:4 50:20
51:1 52:2,9,25
54:10 55:10 82:9
89:16 91:19 93:12
98:1 100:23 114:1
114:21 125:6
157:18 160:25
166:17 167:5
168:12 174:21
176:4 177:5 182:15
183:17 184:1,16
185:5,13 189:13
193:14 213:18
217:5 218:23
219:21 220:3,9
231:7 234:12,22
235:18 239:3 241:2
241:4,25 246:10
248:12 249:19
250:8 251:21
252:18 253:21
255:7 256:24
257:13 265:13
266:25 267:24
268:11,21 269:10
278:16 279:22
284:5,16 286:23
297:16 298:18
299:22 300:22
301:15 304:11,21
305:25 306:13
307:10 309:20

310:3 312:13,22
317:3 318:12,16,21
319:15,24 321:23
323:19,24 324:9
326:13,22 327:10
327:16,21,24 329:2
329:11,17 330:3,16
334:10,21 336:1
340:18 341:24
343:10 347:10,21
350:9 352:6 353:15
355:21 356:2,22,23
357:1 358:11
**formal (1)**
159:1
**formally (3)**
42:14 120:2,3
**format (2)**
211:13 352:17
**formation (3)**
303:3,13 305:5
**formed (2)**
121:12 326:11
**former (1)**
294:23
**forms (1)**
129:11
**formulated (2)**
110:3 114:18
**formulation (1)**
113:20
**formulations (2)**
305:4,10
**Fort (3)**
1:12 2:13 4:18
**forth (18)**
36:11,15 74:3,4,23
77:13 165:7 226:8
236:12 243:12
244:4,22 245:15
251:24 263:23
283:21 334:6
360:12
**forward (3)**
37:1 103:2 181:24
**forwarding (2)**
176:1,7
**forwards (2)**
177:2 178:24
**found (24)**
105:6 109:15 111:19
114:14 147:1
162:11 164:4
224:17 231:22
233:8 241:21 245:7
257:10 258:20

260:2 311:25
316:10,11 317:2,8
324:7 326:1 342:18
343:7
**foundation (8)**
174:20 175:22 184:3
184:18 189:14
193:4 305:13
327:17
**four (19)**
21:19 117:25 118:9
119:2 136:21
138:20 145:20,21
145:23 257:22
268:23 280:22
284:8,19 332:8
333:6 341:6,17
357:16
**Four-page (4)**
67:23 142:14 362:15
363:6
**fourteen (2)**
169:13 363:12
**fourth (5)**
203:10 243:7 328:4
337:16,20
**FPR (2)**
1:23 360:23
**frame (2)**
76:17 180:12
**France (4)**
125:3 183:3 194:1
211:6
**Francisco (1)**
65:6
**frank (1)**
318:3
**frankly (1)**
67:2
**FRD (1)**
65:6
**free (2)**
38:7 88:3
**Freedom (1)**
154:4
**front (10)**
8:3 15:25,25 151:6
170:20 175:9 176:6
248:22 333:18
347:3
**full (15)**
35:1 100:16 158:13
161:6 165:23,25
167:7,14,18 168:1
201:19 264:5
265:11,18 345:11

**funded (1)**
326:12
**further (11)**
70:20 72:23 76:3
78:22 135:13
286:21 293:13
354:1 358:21,22
360:16
**furthermore (3)**
11:13 44:24 324:4
**future (4)**
36:2 66:23 120:14
121:12
**FYI (1)**
180:24

---

### G

**G-r-e-i-m (1)**
169:8
**gather (3)**
61:15 90:22 117:16
**gathered (1)**
55:21
**gen (1)**
19:24
**gene (5)**
91:15,22 92:14,25
303:11
**general (8)**
11:23 32:4,5,16 33:20
140:15 287:7
295:23
**generally (10)**
88:24 89:13 90:17
97:20 99:6,13 100:8
100:10,13 144:24
**generate (1)**
27:14
**generated (3)**
69:10 355:24 356:6
**genetic (10)**
89:6 90:19 91:3,13
92:5,13 94:5,11
99:19 103:11
**genotoxic (4)**
94:14 96:15,19
103:14
**genotoxicity (11)**
86:9 88:25 89:14 90:7
90:14,17,22 103:14
104:2,14,15
**George (2)**
165:4,5
**German (4)**
193:2,16,17,22
**getting (9)**

27:8 40:15 115:6
150:4 157:2 175:13
288:14 291:15
295:15
**give (24)**
7:16 21:4 22:1 32:4
42:17 72:22 115:7
116:5 128:16
144:11 146:13
149:5 161:23,24
172:5 187:16 205:9
205:13,16 224:25
230:15 246:4 256:8
257:4
**given (12)**
41:3 46:9,19 47:6
59:16 143:14
145:15 148:8
232:18 234:3 327:7
360:14
**gives (7)**
200:21 259:1,3
298:15,19,20
354:13
**giving (6)**
38:24 115:3,4 162:24
314:12 329:22
**Gloria (1)**
198:24
**glyphosate (177)**
24:6,25 43:2 50:11
66:8 77:19,21 78:1
78:3,19 80:25 84:17
85:12 86:9 87:13,23
91:15,22 92:14,25
94:14,21 95:2 96:15
96:19,24,25 97:7,13
97:18 98:5 99:4
104:15,17,21,23
105:8,8 106:4,22
108:25 109:2,6,17
110:3,7,20 111:7,13
111:21 112:3,25
113:8,11,19,22,24
114:6,12,15 116:11
116:16 131:15,17
131:21 133:1,3,6
134:1,21 136:8
137:17 138:12
140:24 143:19
145:25 146:4,7,17
147:18 152:9,11,18
152:22 153:14,19
154:9 157:12
161:11 163:16

166:14 169:11
170:8 173:15,17
183:25 184:14
185:3,10 190:14
193:3,24 197:19
198:1 202:25
203:17 206:3,25
208:2 211:9,10,19
214:3 224:4,8
241:18,22 245:19
250:6 251:7,13
267:12 269:3 271:6
272:14 279:7,9
282:2,13 284:13
285:23 287:12
296:23 299:16
301:14 302:5,12
303:20 304:3,8,19
305:3,4,9,10,23
306:11 307:4 325:3
329:9 332:10
339:15 342:9
343:18 344:2,23
345:19 346:5,13,18
347:8,15,18 348:18
348:25 350:6,21
356:7 358:19
362:23 363:9,12
**go (64)**
10:21 19:23 22:4
25:22 29:1,19 35:10
66:23 75:17 76:11
81:6,10 84:2 85:3
91:11 102:1 105:3
107:1,2 111:2,16
112:11 116:21
125:16 147:23
149:20 150:12
153:6,20 161:2
165:18 172:18
175:9 176:18 178:1
182:5 203:2 208:21
208:25,25 212:5
213:11,11 223:8
227:1 239:22
240:13 241:9
247:13,14 260:5
262:25 263:10
270:11 272:9
281:15 290:5
293:16 302:13
322:20 325:13
331:2,15 354:4
**goes (8)**
53:10 65:13 132:2,5
209:3 255:9 256:25

321:8
**going (118)**
6:12 15:11,12,16
21:20 22:22 23:3,9
23:13 26:10,13 28:2
28:17 29:19 35:12
36:1,3,6,8 37:5
39:10,17 42:9 44:12
44:16 46:1,11 51:2
52:22 53:2 56:12
59:3 62:13 63:13
64:20 65:17,20
66:22 75:3,20 77:12
84:1,10,12,23,25
87:25 89:22 93:12
94:3 95:25 98:11
103:1 110:8 111:1
115:25 120:15
121:4 124:23
135:12 148:4 149:5
150:3,22 152:5,15
153:4 172:4 173:19
174:6 178:21
181:23 182:7
183:19 195:17
196:4 200:9 203:11
205:21 211:5 223:2
223:13 237:11,17
241:11 247:18
250:9 253:16
256:12 263:3,12
270:13 274:14,15
274:23 276:23
277:20 280:7 281:8
286:4 293:18
294:22 314:25
315:23 320:7
322:15 325:21
331:4,10,20 337:13
337:23 338:4,13
354:6,21 355:1
359:3
**golden (1)**
92:3
**good (9)**
6:7 15:22,23 64:13
117:1 150:3 164:12
331:12 354:25
**governing (1)**
134:12
**government (10)**
18:13,18 19:18 20:5
21:18 24:24 167:12
168:9,11 278:21
**graduating (1)**
16:14

**grammar (1)**
292:13
**Grammatical (1)**
292:13
**grant (1)**
123:21
**great (4)**
23:3 36:4 115:4
354:13
**greater (14)**
160:22 228:1,5,22,24
229:1,10,23 230:23
231:3,13 234:9,14
234:18
**Greenwald (2)**
13:4 362:5
**Greim (44)**
156:4 169:7 170:7
171:2 174:13,19
175:19 176:1,20
177:1,15 178:4,5
179:2,12,22 180:5
180:13,21 181:15
181:15,18,20
182:12,18 183:8,15
183:22 184:12
185:8,16 186:1,9
187:1 189:18 190:1
190:4 191:2 259:21
260:7 329:6,8 330:1
330:12
**grew (1)**
124:21
**Grosse (6)**
289:24 290:25 291:1
291:1,2,3
**ground (1)**
65:4
**grounds (6)**
49:4 65:10,24,24 66:1
135:20
**groundwork (1)**
93:13
**group (258)**
19:21 20:23,24 21:13
21:14 22:5 30:17
60:9,20 61:1,23
69:11 77:11 85:19
87:20 89:25 90:9
91:1 117:22 118:14
119:12 120:8
121:24 122:2,7,9
124:21,25 125:12
126:2,5,7,20 127:22
128:14,17,19 129:5
129:12,14,18,21,22

129:23 130:4,20
131:4,8,13,16
132:19,23 133:3,16
133:23,25 134:10
137:1 138:8,9,25
139:4,21 140:5,9,9
141:23 142:11,19
143:15,21 145:2,16
146:20 147:11,19
153:14 156:9,19,24
156:25 157:14
160:24 163:23,25
164:3,8,14 165:14
170:24,25 171:5,12
173:15,16 175:14
175:20,24 179:23
180:7 185:23 186:7
190:11 191:14
193:25 195:12
197:19,21 198:6
199:6,17 200:3,19
201:8 202:3,16,21
204:2 205:22
208:23 209:2,21
210:5 216:19
219:25 220:6
227:18 228:1,6,7,8
228:18 229:2,3,4,11
229:12,16,17,24
230:5,24 231:5,13
231:17,23 232:1,9
232:11,12,15 233:5
233:15 234:5,7,15
236:1,11,15 238:1
238:10,24 239:18
241:19 243:24
244:12,19 252:9
253:16 254:4
259:23 261:17
262:4 271:6,18
272:13 278:1,18,22
278:23 279:3
282:18 284:19
286:10,21 287:3,21
288:1,3,16 289:9,23
290:7 291:8,20
292:6,15,19,20
296:22 298:21
299:1,6,15,20 300:5
301:12,18 302:5
303:19,21,22 304:7
304:16,18 305:20
310:11,22 312:21
317:6,10,12,12,17
319:17,23 323:8,15
323:22 324:1 326:6

326:11,11,21
330:14 335:7
336:15 337:7
343:13,17,18
345:20 346:5 347:5
347:8,15,18 348:5
349:19 350:4,7,16
350:23 357:22
358:4,6,15,18
**group's (5)**
236:6 239:7 240:23
279:8 323:23
**groups (42)**
20:5 30:9 117:12
118:2,10,16,21,23
119:5 121:6,8,12
122:23 125:14,19
134:7,17 175:2
207:22 226:1,4,17
226:17,24 227:14
227:20 228:3
230:11,20 231:11
249:13 254:8 285:4
308:11,20 309:22
309:24 310:19,23
315:21 316:7,19
**Grunyon (2)**
174:3 177:23
**guarantee (1)**
41:4
**guaranteed (1)**
42:4
**guess (17)**
25:9,10 78:1 118:6
119:3 126:3 181:17
188:24 195:13
197:13 298:11
311:14 316:13
319:13 348:14
356:1 357:13
**guidance (6)**
57:4,6 58:22 59:17,22
200:6
**guidelines (10)**
298:15,19,20,25
299:5,16,19,23
300:15 350:4
**Guy (1)**
178:2
**guys (3)**
10:17 56:17 224:21
**Guyton (25)**
171:20 173:6,6,7,9,14
174:11,18 175:10
175:11,18,25
176:20,22 177:1,14

178:7,24 179:21
180:6,13,20 182:20
188:17 363:15

**H**

**H (2)**
5:17 197:3
**haemangiosarcoma...**
250:24,25 252:6,14
260:24 261:10
**haemangiosarcoma...**
249:16,22 253:2
**half (4)**
69:14 145:15,16
199:19
**hamster (5)**
91:17,24 92:19,22
93:2
**hamsters (1)**
92:3
**hand (2)**
303:8 360:21
**handed (2)**
170:2 247:25
**handful (1)**
76:10
**handled (1)**
23:8
**hands (1)**
37:2
**handwritten (1)**
215:25
**Hanlon (181)**
3:14,16 5:11,11 6:5
7:11,22 8:5,11
13:12 15:20 24:18
25:4,20 26:10 28:23
30:4,16 31:8,25
32:19 33:24 34:20
35:4,10 36:19 38:5
38:9,19 39:5 40:1,9
42:10 48:24 50:20
51:1,14 52:2,22
54:10 55:1,10 59:7
66:10 67:4 80:19
81:9,13 82:9,15,17
82:21 83:4,9,17
84:8,23 87:25 89:16
90:16 91:19 92:1
93:11 95:12 97:24
98:1 99:16 100:12
100:23 103:20
107:12 109:9 114:1
114:21,24 115:9
116:2,7,25 126:15
135:12,25 137:22

138:3 149:16
160:25 166:17
167:5 168:12
169:19,23 170:2
171:24 172:1,4
173:18 174:1,21
176:4 177:5 182:15
183:17 184:1,16
185:5,13 189:13
191:18 193:6,14
194:20 195:17,20
195:25 213:18
217:5,22 218:23
219:21 220:3,9
223:5 229:6 231:1,7
234:12,22 235:18
236:3 239:3 241:4
241:25 242:9
246:10 247:17
248:12 249:19
250:8,18 251:21
252:18 253:21
255:7,16 256:4,24
257:13 258:7
261:25 264:15,21
265:13,21 266:25
267:24 268:11,21
269:10 277:19
278:16 279:22
284:5,16 329:20
334:10,21 336:1
337:13,25 340:18
341:16,24 343:10
347:10,21 350:9
352:6 353:15
358:11,23 364:20
**happened (3)**
32:11 137:9 177:7
**happening (2)**
37:7 166:9
**happens (1)**
208:18
**happy (1)**
48:16
**harass (1)**
268:24
**harassing (1)**
337:21
**hard (2)**
149:21,24
**harm (1)**
296:10
**harmful (1)**
296:2
**hat (1)**
120:10

**hate (1)**
149:21
**he'll (1)**
182:1
**head (3)**
90:25 130:17 139:25
**headed (1)**
182:13
**headquartered (1)**
4:23
**health (17)**
16:25 17:2,10,17,21
22:17 79:5,8 123:20
124:3,8 154:17
155:13 247:1 345:7
346:2 350:18
**healthy (1)**
318:7
**hear (3)**
12:7 191:11 210:6
**heard (4)**
250:19 284:25 285:16
338:4
**hearing (4)**
12:5 54:17 105:20
188:4
**Heidi (5)**
288:19,20 290:4,25
291:15
**held (4)**
2:11 4:16 117:5
135:15
**Hello (3)**
54:18,21 197:11
**help (5)**
75:15 152:14 153:8
198:7 220:20
**helped (1)**
35:6
**helpful (3)**
120:19,24 270:3
**helping (1)**
31:18
**herbicide (2)**
169:11 363:12
**Herbicides (2)**
290:15 364:18
**hereinbefore (1)**
360:12
**hereunto (1)**
360:20
**hesitating (1)**
168:14
**hi (1)**
199:21
**high (19)**

228:18 231:16 242:19
311:1,2 312:12
313:13,19 314:14
314:17,20,24
315:21 316:7,10,17
321:22 325:6,11
**higher (7)**
98:15 99:1,20 227:17
229:15 310:22
356:4
**highest (15)**
99:13 101:24 227:18
228:1,7,8 229:2,11
229:16,24 230:5,24
231:5,13,23
**Hill (9)**
300:2,9,21,25 301:12
301:24 349:19
350:8,12
**histopathology (1)**
100:17
**historical (3)**
250:4 251:5 261:12
**history (1)**
117:4
**Hmm (1)**
172:22
**hold (6)**
184:10 236:22 324:23
337:24 339:16
342:5
**Hollingsworth (3)**
3:8 13:3 362:4
**honest (6)**
77:25 122:14 207:7
287:12 300:14
348:1
**honor (3)**
126:20,21,22
**Honorable (2)**
13:2 362:4
**hopefully (1)**
297:23
**hour (3)**
14:9 200:20 331:10
**hours (9)**
8:20 12:15 14:5,6
52:5 109:5,16 183:2
183:7
**human (20)**
17:21 18:4,5,11 19:17
20:16 21:11 22:17
24:7 25:1 39:24
86:4 91:2 118:16
167:13 279:4,4,5
302:19,20

**humans (15)**
21:6,6,7 22:2 297:5
302:21 303:1,4,9,13
303:23 304:9 305:2
345:21 346:6
**hyperplasias (1)**
233:20
**hypotheticals (1)**
103:22

**I**

**IARC (291)**
10:24 11:23 24:14
25:24 29:7 32:10,12
37:22 43:13 45:4,24
51:10 52:16 54:8
55:18 60:8,9,11,12
60:20,21,24,25 61:4
61:17,23 62:2,2,5
66:7 69:11 76:15
77:8 81:2 85:19
87:20 88:19 89:25
98:12 110:13
115:16,19 117:12
117:16,22 118:1,10
118:17,20,23 119:4
119:11,16,18,20
120:7,13 121:5,7,10
121:21 122:9,22
123:7,16,21 124:2,5
124:6,19,24 125:14
125:24 126:24,25
127:5,7,15 128:11
129:16 130:20,22
131:1,4,12 132:17
132:22 133:3,16,23
133:25 134:7,11,13
134:16,25 135:10
136:7,14,19 137:2
137:10,13,19 139:7
139:11 144:7
146:12,14 147:7,10
149:1,13,19 150:3
152:23 153:17
154:2 157:9 160:23
161:12 162:17
163:2,8,12,20,22
173:9 175:1,1,12
180:6 182:18 186:6
186:22 187:7,12
189:10,16,17,21
192:11 193:11,24
195:9 199:9,10
200:7 209:14
211:14 212:1,2
216:18,18 217:2,10

218:6,18,20 219:7
219:25 220:6 224:6
227:25 230:10,19
231:10,25 232:22
233:2 234:10,20
236:14 239:2,16,24
240:14 241:1,18,23
242:12 244:4,19
245:3,4,4,24 246:8
246:15 248:3,9
249:17 251:1,9,24
252:4,24 253:13
255:6 256:2,23
257:3 258:11 259:6
259:22 260:11
261:16 262:16
263:4,19 266:20
269:7 272:18
277:24 278:1,8
279:2,2,5,8 280:1
280:15 283:16,23
284:9,19 285:3,4
286:10 287:19,25
288:23 289:6,18,19
290:2,20 291:6,18
292:5 293:3 294:12
294:14 296:22
297:9,13,19 298:2,5
298:6,14,21 299:17
299:20 300:16
301:11,25 302:17
303:18 305:20
306:10,22 307:19
322:3,6 323:6,14
323:15 324:18,19
325:3 327:8,15
330:2,14 332:8
335:7,22 336:14
337:6 343:17 344:1
349:13,13 350:15
357:21,22 358:1,6
361:21
**IARC's (4)**
130:19 153:15 208:4
244:11
**idea (11)**
210:9 235:20 237:4
251:22 355:16,23
356:5,7,8,10,11
**identical (4)**
110:7,20 111:7,13
**identification (24)**
7:5,9,20 8:10 10:25
13:5,9,25 67:12
68:2 71:8 84:19
129:3 142:16

152:19 169:14
171:22 210:18
215:7,20 216:12
223:20 247:10
290:16
**identified (17)**
14:19 24:6 68:22 72:7
80:12 146:16,21
148:18 149:1
151:17 156:1 163:8
187:6 213:3 291:12
317:16 350:13
**identifies (1)**
22:7
**identify (16)**
24:25 45:13 49:19
68:4,9 71:13 85:7
120:15 147:24
151:8 152:21
153:21 169:18,21
170:4 173:7
**identifying (3)**
27:5 198:7 245:5
**II (2)**
247:9 364:15
**imagine (1)**
203:21
**immunogenicity (1)**
88:12
**implication (1)**
305:7
**implies (2)**
304:15 334:12
**importance (1)**
299:12
**important (13)**
22:20 245:9 295:12
295:21,22 298:25
299:4 351:7,25
352:25 353:10
356:14,19
**importantly (1)**
298:11
**impossible (1)**
72:13
**impression (1)**
154:3
**improper (4)**
65:11,14 95:10,19
**inadequate (13)**
21:7 163:13,14
165:10,11 203:6,19
203:22 206:3,6
207:1 280:9 303:9
**inappropriate (1)**
327:20

incidence (23)
30:11 158:25 169:12
238:11 239:12
249:11 250:14
252:13 254:25
255:25 256:21
261:10 271:20
281:24 282:10
313:9,11,13 314:21
321:3 342:11 343:5
363:12
**incidences (9)**
30:14 158:25 225:1
240:6 250:10,11,16
251:4 314:12
**include (8)**
34:15 122:5 181:1,7
187:17,18 193:13
324:20
**included (14)**
27:16 28:1,5 76:8,21
99:12 100:17
157:25 158:2 186:8
241:23 328:15,16
343:12
**including (5)**
91:3 97:22 238:2
281:25 282:11
**incorporate (1)**
199:5
**incorporating (2)**
199:13 206:15
**increase (7)**
95:3 245:6,12,17
249:11 252:13
253:2
**increased (1)**
305:5
**incredible (1)**
353:7
**independent (2)**
22:6 256:18
**index (1)**
214:14
**indicate (7)**
160:6 224:16 250:9
303:3,12 338:6
340:19
**indicated (30)**
21:11 38:4 49:25
85:16 86:7 87:9,18
89:20,23 101:20
104:9 107:9 167:7
217:14 240:4
248:15,25 250:10
259:16 266:2

278:17 284:17
292:17 306:15
307:2 321:1 323:5,6
323:7 325:4
**indicates (6)**
10:14 145:10 187:9
339:4 341:1 343:11
**indicating (3)**
68:21 116:9 240:22
**indication (1)**
21:5
**individual (29)**
33:19,19 120:3,23
132:21 144:14
146:23 148:3
159:20 161:7,25
164:1,9 173:10
175:12 202:17
238:13 262:2
288:10 299:6 334:2
334:4,6,19 335:16
337:10 358:8,14,15
**individual's (1)**
119:23
**individuals (26)**
20:4 77:1,5,6,8
120:18 125:20
131:4 139:15,20
140:3,8 187:10
208:12 216:3
284:19 290:23
291:5,12,14 296:4
299:10 339:22
341:19 342:16
357:4
**induce (5)**
91:15,22 92:14,25
95:3
**industries (1)**
184:21
**industry (4)**
20:4 22:9 154:10
184:21
**inform (1)**
166:1
**information (90)**
18:9 20:8,15,17 21:4
21:21 22:2 45:9,12
46:6,23 47:3 49:8
51:4 63:23 90:22
91:3,6 92:2 101:12
120:18 135:3
149:25 150:8 154:4
154:16,24 160:20
160:22 161:14,24
162:1,3 165:20

166:1 169:1 171:4
185:1,9 187:10
190:8 213:7 217:10
218:6 222:5,12
227:12 233:2,4,9
235:6 238:24 239:5
242:23 246:25
248:4 254:16,24
255:9,13 256:9
259:4,17 263:25
266:22 267:7 269:6
280:10,12 289:15
291:16 295:22
296:4,18 307:1,7
324:11 325:22
326:3 328:22
334:18 335:22
338:20 348:7,12,16
349:8,18 353:23
358:19
**informative (1)**
162:19
**informed (5)**
189:20 296:5,19
351:8 353:24
**initial (15)**
95:18 123:16 143:18
144:8,15,17 165:12
197:22 199:21
203:2 206:13 208:8
325:3,14 333:1
**initially (5)**
16:15 17:23 31:12
50:14 203:1
**initiate (1)**
102:16
**inquired (1)**
43:5
**inquiry (1)**
178:15
**Insecticides (2)**
290:14 364:18
**inside (2)**
107:25 109:17
**instance (2)**
149:12 199:19
**instances (2)**
117:11 168:17
**Institute (11)**
16:16,19,20,25 17:2,9
123:19 124:3,8
193:2,16
**institution (1)**
358:16
**instruct (19)**
26:5 33:10 35:12

39:16 40:5 51:2
82:11 83:2,14 84:25
87:25 135:12,24
146:19 255:12,18
257:14 258:4
277:19
**instructed (6)**
38:9,19 59:16 66:20
138:3 324:1
**instructing (16)**
35:22 38:17 40:2 48:1
49:2 52:21 53:8
56:22 58:11 59:9
82:13 135:19
137:25 257:24
258:7 353:20
**instruction (7)**
26:6 38:25 62:12 83:7
135:21 204:19
255:17
**instructions (9)**
46:8,19 47:5 65:3,8
65:14,22 135:22,25
**instructs (3)**
37:24 38:6 39:12
**insufficient (1)**
303:1
**insulting (1)**
37:8
**intake (3)**
97:9 98:16,19
**intended (1)**
4:6
**interact (2)**
122:18 294:23
**interest (8)**
37:18 119:25 120:1
129:10,10 130:24
179:23 297:2
**interested (6)**
21:18 50:1 121:22,25
296:25 360:18
**interesting (1)**
122:2
**interests (1)**
39:23
**interfere (1)**
4:10
**intergovernmental ...**
21:15,24
**internal (1)**
20:24
**internally (2)**
34:9,14
**international (4)**
117:6 122:18 298:7

299:13
**interp (1)**
335:18
**interpose (1)**
22:24
**interposing (2)**
23:10,13
**interpretation (7)**
122:20 317:24 323:7
324:2 334:19,24
336:22
**interpreted (1)**
208:4
**interpreting (1)**
116:3
**intravenous (1)**
107:5
**introduce (2)**
5:2 10:11
**introduced (1)**
151:21
**introduction (1)**
311:21
**introductions (1)**
200:6
**intubation (1)**
27:14
**invading (1)**
329:21
**inventory (1)**
68:12
**investigated (1)**
297:1
**investigators (2)**
160:1 218:9
**invitation (1)**
61:9
**invite (3)**
119:24 120:3,3
**invited (9)**
61:11 139:12,21
140:3,5,8,10 156:21
209:21
**inviting (1)**
124:20
**involve (4)**
30:2,6 34:3,7
**involved (18)**
17:11 26:25 27:24
28:13 32:6 34:25
41:24 43:1 46:25
66:6 89:21 125:6,13
136:25 287:1
290:21 291:6,19
**involvement (6)**
38:15 42:18,20

117:15 123:16
195:1
**involving (1)**
45:22
**irrelevant (3)**
43:3 44:14 46:2
**islet (11)**
264:13,14,23 265:2
270:25 272:2 273:2
273:25 275:7,21
277:15
**issue (11)**
9:5 33:6 38:1 45:23
47:8 65:15 75:8
78:23 201:20
202:10 226:7
**issued (6)**
9:11 15:5 57:24 58:15
59:24 78:15
**issues (14)**
37:18 39:23 41:23
43:2,4 44:12 45:21
45:22 46:10 98:10
98:13 125:22
306:12 356:24
**Italy (2)**
285:12,18
**items (1)**
76:25
**IV (5)**
105:18 107:20,21,24
107:24
**Ivan (7)**
171:21 175:19,23,25
182:8 183:5 363:15

**J**

**J (2)**
5:17 197:3
**Jahnke (3)**
198:10,12,24
**Jameson (103)**
1:11 2:11 4:3 5:13
6:15,20 7:4,9,15,19
7:24 8:8,17,19 9:7,9
9:20 10:2,7 11:8,14
12:15 13:8 14:19
15:8 36:13 37:15
38:10,20 40:13,15
41:8 46:22 47:11
54:3 67:1,13,15,25
68:1,3 70:16 71:6,7
71:10,14 72:18,24
73:11,21 76:7 78:19
80:20 81:9 84:4,18
84:18 86:18 105:22

111:5 116:8,20
138:8 149:16 151:4
152:14 169:18
173:2 195:13
197:17 205:5
210:24 222:18
223:10 224:6
237:23 241:17
247:24 263:18
270:19 275:4
281:14 284:18
286:10 293:25
332:2 347:6 352:24
359:1,7 360:11
361:3,10,13,15,18
362:8,16,16,19,20
362:23,23
**Jameson's (9)**
6:18 7:7 9:4 13:18
26:12 36:10 42:23
65:2 361:12
**January (1)**
216:2
**Jeff (2)**
3:20 4:21
**JMPR (21)**
154:18 155:13 246:19
248:15 249:8,15,21
250:23 251:9,17,24
252:25 253:17
254:12,22 260:13
279:12,18 280:19
284:4,12
**job (3)**
1:24 23:16 24:1
**jobs (2)**
66:16 136:16
**Joe (2)**
13:3 362:4
**John (6)**
3:11 5:9 128:15 290:1
320:20 354:20
**Johnson (2)**
3:19 5:16
**join (23)**
24:18 25:21 28:17,23
30:4,16 31:8,25
51:6,14 52:22 54:15
54:25 66:10 90:16
139:11,12,16,21
193:6 255:16,17
337:25
**joining (1)**
285:8
**journal (5)**
153:24 161:22 162:2

170:10 175:8
**judge (4)**
39:3 40:24 204:7
258:2
**judging (1)**
298:23
**July (3)**
85:15 286:15 288:5
**jumped (1)**
13:14

**K**

**Kalas (13)**
3:11 5:9,9 9:13 71:22
169:25 188:15
210:12 240:17
294:6 354:4,17,25
**Kasza (2)**
215:19 364:5
**Kate (2)**
174:3 181:1
**Kathryn (8)**
3:4 5:14 84:9 132:14
171:20 173:6
322:24 363:15
**keep (9)**
60:17 61:7,9 110:25
112:11 122:21
294:21,22 337:19
**keeps (1)**
288:11
**Kellie (2)**
3:19 5:16
**kept (1)**
76:16
**key (3)**
11:16 205:6 333:6
**kidney (15)**
207:16 219:8 235:11
259:15 312:4
315:17 316:6,16,22
318:7 324:5,8
334:13,15 342:19
**kidneys (7)**
219:16,19 235:17
236:22 238:14
311:25 325:24
**kilogram (5)**
105:7 106:3,21
112:25 113:12
**kind (2)**
24:11 41:15
**knew (6)**
77:22 188:7 237:8
285:19 324:16,17
**know (140)**

10:17 16:1 23:1
25:23 36:25 44:19
45:16 48:5,8,18
49:5,10 53:25 55:6
56:14 58:7,19 61:10
62:4 63:21 65:22
66:4 82:24 90:6
91:7 98:11,19 99:22
121:21 122:22
123:3 124:11 126:3
127:7,8 128:11,12
130:22 141:5
147:19 150:13
151:22 156:23
157:1,4,21 161:18
161:23 163:6,25
175:7 180:25 181:6
181:15 183:13
188:9 192:9 194:16
203:21,22 207:9,9
207:11 209:7
220:17 222:9,24
226:16 227:1
228:22 231:3
232:23 234:4,24,25
235:2,6,8 237:7,9
241:6 242:2,6
244:11 245:10
246:7,13 261:22
262:12,15 265:23
266:15 273:8,9,10
273:13 276:2,6,8,9
277:11,16 281:2
283:10 285:1,15
287:7,25 289:4
291:24 293:8
294:19 295:6
296:14,18 312:8
320:15 322:10
326:15 327:4,11,12
328:13,15,18,19
333:8 344:15 347:6
347:16,25 348:1,3
349:1,5,14 351:4,5
352:18 353:6
**knowing (3)**
296:10 307:5,13
**knowledge (8)**
29:8 120:24 121:25
258:1 285:21
295:23,24 346:19
**known (12)**
18:4,10 19:16 24:6,25
36:21 86:4 91:1
118:16 123:7
167:13 279:3

**knows (2)**
120:22 200:10
**Kurt (1)**
119:17
**Kuschner (4)**
233:18 317:1,5
319:13

_____ L _____

**L (2)**
5:17 197:3
**laboratory (3)**
28:3,7 159:2
**lack (7)**
184:17 250:1,2 251:1
251:2 305:13 346:7
**lacks (3)**
184:2 189:14 327:17
**laid (2)**
89:19 93:14
**Lakewood (1)**
3:4
**language (3)**
242:2,6 287:19
**large (3)**
2:17 218:9 360:10
**Lasker (276)**
3:10 5:7,7,21 6:2 9:3
9:14 12:20,24 13:11
13:15 14:1 15:7
23:11,15,21 24:16
26:21 28:21 29:5,21
36:6,25 37:9,14
38:6,16,24 39:10
40:3,12,19 41:3,8
41:11,18 42:21
43:25 44:10 45:11
47:4,10 48:1,10
49:1,13 53:14,21
54:1,13 56:16 57:12
57:16,22 58:3,8,11
58:20 59:13,20
64:17,25 66:18,25
67:5,13,19,22 70:9
71:2,9,25 73:2,4,14
73:18 75:19 76:5
78:9 80:15 81:10
82:12,16,19,24 83:6
83:12,19,20,24 84:1
84:11 85:2 86:21
92:9 96:6 98:23
101:2 105:11 106:8
106:15 110:15,25
112:9 115:8,13
116:6 117:1 123:13
126:7 128:15,19,21

128:24 132:8
133:10 135:19
138:6 142:8 150:16
151:3 152:5 169:4
169:21 170:3
171:16 172:7,10,18
173:23 178:14,18
178:21 188:14
189:7 190:22 191:7
191:9 192:18,21
194:17 195:3,23
196:3 197:9,13,16
204:12,25 205:13
210:8,13 214:22,25
215:8,10,22 216:6
221:1,11 222:22
223:8,24 237:11,22
240:16 241:9,16
247:4,13,23 250:16
250:21 255:21
257:20 258:9
260:19 261:3
262:25 263:17
264:17 270:11,18
274:14 275:3
276:20 280:25
281:13 286:1,9
290:11 293:13,16
294:2,7 295:13
297:16 298:18
299:22 300:22
301:15 304:10,21
305:12,25 306:13
307:10,24 309:10
309:20 310:3 311:9
312:13,17,22
315:20,25 317:3,11
318:12,16,21,24
319:2,6,9,15,24
320:9,11,14 321:23
322:12 323:19,24
324:9 325:17
326:13,22,24 327:5
327:10,16,22,24
329:2,11,17 330:3
330:16,22 331:2,12
332:1 335:1 338:12
341:12 345:11,14
346:22 347:4
352:14,20 353:25
354:5,15,23 355:21
356:2,22 357:1,18
358:21,24 361:3
364:24
**lastly (1)**
8:11

**lasts (1)**
200:13
**late (2)**
188:1,3
**law (2)**
2:11 3:14
**layman's (2)**
318:10,13
**lead (7)**
17:4 20:19 101:18
153:2 295:10
303:17 318:3
**leading (1)**
291:8
**learned (1)**
280:18
**leave (5)**
11:6 33:1 60:13,22
357:14
**led (3)**
11:16 205:7 303:25
**LEE (1)**
360:4
**leeway (2)**
45:5 115:4
**left (5)**
14:9 174:10 294:5,7
330:25
**legal (3)**
4:22 74:19 83:13
**lengthy (1)**
22:19
**lesion (10)**
240:10 265:7 266:3
267:19 271:3
274:11 275:21
277:13 318:1 321:9
**lesions (6)**
235:17 236:21 238:2
240:24 314:6,11
**let's (31)**
15:15 19:9 54:20
64:12 67:8 71:2
85:3 97:4 116:21
126:9 150:16
152:13 162:5
165:17 167:21
169:4 194:19
214:13,22 223:8
246:14 247:4,14
270:10,11 273:16
274:21 286:1
331:15 352:17,22
**letter (8)**
11:2 13:1 43:9 46:17
61:9 221:21 222:6

362:4
**letting (1)**
45:6
**level (4)**
98:9 252:25 300:10
310:22
**levels (2)**
99:20 312:1
**Liability (2)**
1:3 4:12
**Library (1)**
150:7
**lien (1)**
102:9
**life (2)**
296:8,20
**lifetime (1)**
102:23
**likes (1)**
125:22
**likewise (5)**
78:25 139:20 184:25
282:5 304:17
**limit (3)**
15:2 115:10 146:3
**limitation (1)**
79:18
**limitations (1)**
79:21
**limited (27)**
5:12 6:14 7:3 11:19
11:24 21:6 43:23
44:3 45:2,20 203:6
203:18,19,22,23
206:3,5,7,9,25
208:2 302:21,25
303:23 305:1
331:10 361:9
**limits (1)**
43:12
**line (31)**
26:18,19 54:16,19,21
54:23 67:2 110:9
142:9 153:7 169:5
177:17 179:4,8
215:23 226:2 243:7
247:5 249:3 261:2,4
270:10,10 274:5,5
335:1 361:7 362:2
363:2 364:2 365:3
**linear (1)**
244:13
**lines (6)**
182:23 264:19 265:1
281:22 282:8
286:16

**link (6)**
176:23 178:4,8
214:16,19,21
**links (1)**
185:22
**list (20)**
18:13 19:18 20:10
22:15 24:4,23 72:14
86:4 91:1 117:6
129:2 167:12,12
198:5,6 225:1
288:18 289:25
290:20 363:4
**listed (10)**
68:20 69:2 118:17,21
120:20 122:10
142:20 290:24
291:18 340:14
**listen (2)**
15:13 39:14
**listing (8)**
19:16 20:2 69:13 72:3
124:18 143:8 304:1
314:6
**lists (2)**
18:3 73:13
**literally (2)**
64:15 250:12
**literature (15)**
20:7,13 21:1 96:18,20
146:21,24 149:2,3,7
149:8 150:10,10
162:11 278:20
**litigation (27)**
1:3 4:12 9:9,22 10:9
11:12 14:20,23
44:15 47:16,19,23
48:20 50:3 51:11
52:1 54:5 55:9
59:23 131:21
132:20 133:1,6
142:10 163:6
171:14 210:21
**little (4)**
172:20 194:4 251:25
285:1
**lived (1)**
226:10
**liver (1)**
92:19
**LLC (1)**
18:20
**loading (1)**
204:16
**logically (1)**
166:6

**Lois (2)**
223:19 364:12
**long (10)**
56:19 140:14 141:11
141:15 211:20
266:6 286:11,21
288:3 310:14
**longer (4)**
63:1,17 204:13
226:10
**look (70)**
87:3 97:4,6 104:5
109:21 127:14
140:21 141:3,19
143:2 149:8,10
177:12 189:25
190:5 192:1 210:25
218:9 219:3 220:18
220:22,24 221:2,5,7
221:14 227:1,3
232:19 235:9,10,15
238:8 240:18
242:25 243:16,21
244:3 247:15
251:19 254:2,3
258:23,23,24 259:9
264:3 269:15
271:16 273:16
274:17 278:23
281:1,3 288:18
295:3 300:1,1 308:9
311:13,21 315:3,10
325:24 328:6
335:15 339:6,12
342:2 345:3
**looked (27)**
76:15 82:25 110:2
138:9 162:10,12
166:12,23 176:17
176:19 184:25
187:5 188:12
208:14 218:19,20
219:19 224:15
235:7,14,20 254:2
258:14 279:19
335:16 336:8,10
**looking (27)**
27:7 40:16 73:20
76:12 88:21 105:5
122:5 127:21,23
144:1 146:7 149:25
150:9 163:21
195:20 203:17
237:24 243:23
244:21 253:17
258:17 259:24

264:18 307:3 318:7
334:7 348:4
**looks (61)**
68:7,8,11 71:17,19
74:7 87:5,15 96:17
106:7,17 108:8
118:3 122:2 143:3
143:11,12 155:21
172:21,25 174:23
176:5,7,15 177:9,21
179:7 182:7 198:8
198:16 211:1
212:25 216:13
219:11,14 221:13
221:25 222:4,17
229:18 236:2,25
241:8 243:25
247:11 248:21
249:2 260:21 261:1
262:24 269:25
270:2,6,9 311:11
315:6 325:8 334:11
335:3 339:23
342:23
**lost (2)**
55:1 197:13
**lot (4)**
66:24 128:6 187:3
311:2
**lots (2)**
41:20 121:17
**Louis (2)**
215:19 364:5
**low (15)**
229:4,16,19 242:17
281:24 282:10
312:11 313:10,17
314:13,16,19,23
321:21 325:5
**lowers (1)**
103:24
**lunch (1)**
194:19
**Luncheon (1)**
196:6
**lymphoma (2)**
305:6,11
**Lyon (7)**
125:3 140:14,21
141:15 186:7
193:25 211:5

_____

**M**

**M (3)**
3:14 5:17 197:3
**main (2)**

137:6 323:2
**maintain (1)**
60:16
**majority (3)**
18:6 69:25 127:22
**making (6)**
28:3 132:10 195:18
195:23 299:20
301:13
**malathion (1)**
138:13
**male (13)**
92:19 219:20 221:16
232:2 238:14 253:2
264:12 282:9
311:25 314:11
316:21 334:14
339:5
**males (3)**
252:14 281:24 342:11
**malignant (1)**
249:12
**manner (1)**
294:17
**March (9)**
76:17 141:15 180:7
188:21 194:1
199:18 216:1
286:11 288:3
**mark (21)**
11:2 12:17 15:16
49:13,14 54:13 67:1
67:8 71:3 128:21
142:8 152:10,13
169:5 171:16
214:13,22 215:1
247:4 258:9 290:12
**marked (35)**
7:4,9,20 8:9 10:20,24
13:5,9,24 15:17
67:12 68:1 71:7
73:12 84:19 85:8,17
116:22 129:2
142:16 152:18
169:14 170:5
171:21 204:11
210:18 212:9 215:6
215:19 216:11
223:25 224:1
232:20 247:10
290:15
**marriage (1)**
360:18
**Mary's (1)**
16:5
**Maryland (3)**

16:6,8 17:3
**material (6)**
20:18 21:12 27:7
296:1,8 302:18
**materials (20)**
18:3,10 19:25 80:18
153:16 154:15
156:12 165:18
168:10 173:14
175:14 186:1
193:11,12 234:17
295:5,7,9 348:24
357:22
**math (1)**
228:23
**matter (4)**
4:11 78:2 202:23
360:19
**matters (1)**
255:11
**Matthew (1)**
11:10
**Mattock (2)**
290:4,25
**maximum (6)**
97:20 98:5 99:5,24
100:10 310:25
**McConnell (1)**
318:1
**MDL (1)**
1:3
**mean (33)**
25:14 27:2 34:13
63:19 79:24 82:8
100:6 101:23 120:6
123:21 148:12
153:20 164:5 166:6
180:24 181:5
188:25 189:15
211:13 222:9
224:25 234:1 237:1
265:24 267:1 309:5
309:6,9,12 310:4,13
313:8 344:4
**meaning (5)**
36:1 309:18 310:1
318:18 357:10
**means (16)**
97:12 122:21 126:4
129:15 184:4 234:3
246:5 278:25
302:17 309:13,15
310:9,21 318:11,13
340:23
**meant (1)**
151:4

**measure (2)**
107:25 228:21
**measuring (1)**
109:2
**mechanism (6)**
11:10 140:22 141:13
303:3,12,12
**mechanisms (5)**
20:18 138:23 140:9
140:11 210:5
**mechanistic (9)**
21:10 22:3 128:6,7
141:4 303:2,11,15
303:25
**media (10)**
4:2 64:19,23 150:21
151:1 237:16,20
322:14,18 359:2
**Medicine (1)**
150:7
**medium (5)**
229:3,11 314:17,20
314:23
**Medline (1)**
150:7
**meet (4)**
199:19 200:18 301:6
301:6
**meeting (87)**
11:24 31:18,22 60:13
60:22 76:15 77:15
87:20 119:20 120:4
140:13,14,21 141:1
141:5,11,15,20,22
142:4,5 143:22
144:21 145:8,21,24
154:23 155:1,3,5,15
155:16,17,23 156:9
156:25 157:22
170:24 171:5
173:15 180:7
182:18 185:24
186:7,22,23,24,25
187:8,14,23 188:4
188:20,21 190:11
190:25 191:13,15
191:24 192:8
193:12,25 195:12
197:20 199:6,17
200:7 201:14 208:9
209:13 211:5,20
253:16 259:23
282:19 286:21
287:3,17 288:3,9
289:9 291:8 292:6
302:1 307:11,15

324:19
**meetings (19)**
11:20 31:10,13 66:7
118:13,14,15
120:14 122:19
124:5,7,11 125:17
147:20 199:22
200:15 206:16
209:18,25
**meets (2)**
200:3,19
**Melnick (4)**
129:23 130:1,7,13
**member (27)**
11:10 60:8 117:21
119:19 122:7 123:7
124:21 126:12
129:22 130:3
132:18 133:2 137:2
142:11,19 171:11
173:9 175:20,23
182:8 302:4,8 304:7
304:18 330:14
358:6,13
**members (32)**
61:1,23 62:15 77:10
128:16 138:25
140:15 144:18
146:20 147:12
156:24 175:14
182:11,12 197:22
198:7 204:2 205:22
206:14,22 207:6
285:22 288:22
289:5,18,19 290:1
292:16 299:6 340:8
340:14,20
**memo (8)**
174:2 181:5 215:2,11
215:24 315:7
334:19 355:13
**memorandas (1)**
217:15
**memorandum (16)**
215:5,18 216:10
223:18 263:25
267:7 269:8 279:12
311:15,19 334:2
345:12 363:22
364:4,8,12
**memos (19)**
157:18,18 159:6,14
160:5 165:22 214:1
216:17 217:1 218:3
263:20 264:7 355:9
355:11,17,17,23

356:5,11
**mentioned (15)**
25:6 32:2 96:23 125:5
129:8 155:11 169:6
170:22 175:11
185:18 197:20
259:19 280:12
297:7 343:14
**Menton (2)**
3:20 4:21
**met (2)**
81:6 134:16
**methodologies (1)**
350:3
**mg/kg (1)**
111:21
**mice (41)**
85:13 95:4 97:1,7
110:22 153:25
154:7 166:25
207:15 212:21
219:9,17,20,20,24
220:2,4,8,14 221:16
221:17 224:14,17
224:21 225:8,12,17
225:18 228:2
229:10 232:2
238:14 245:17
246:16 251:13
253:2 256:1 311:25
314:11 334:14
339:5
**Michael (2)**
13:3 362:5
**micronuclei (6)**
89:11 95:3 96:14
99:21 100:1,5
**micronucleus (8)**
87:12,22 89:4,8 90:13
95:2 99:11,17
**microphones (2)**
4:4,10
**microscope (2)**
318:5 334:17
**mid (9)**
242:18 312:11 313:11
314:13 315:21
316:9 321:22 325:6
325:10
**mid- (2)**
316:6,16
**mid-'80s (1)**
348:4
**mid-1980s (1)**
213:14
**middle (13)**

105:12,16,24 126:12
176:6 180:16,19
201:23 221:14,20
242:13 252:11
308:10
**midrange (1)**
313:18
**midweek (1)**
201:15
**Miller (2)**
13:3 362:5
**milligrams (5)**
105:7 106:3,20
112:24 113:12
**million (4)**
97:8,16 112:22 229:2
**mind (4)**
161:2 276:12 295:24
300:18
**mine (2)**
170:2 250:11
**minute (4)**
64:16 75:14 222:19
354:2
**minutes (6)**
182:20,24 294:5,7
331:11 357:16
**mischaracterizes (8)**
192:4 254:14 260:4
347:22 348:20
349:23 350:11,25
**mislead (2)**
148:12 357:7
**misreading (3)**
312:14,17,18
**missed (3)**
74:25 224:22 281:17
**misspoke (2)**
141:17 349:6
**misstates (10)**
306:1 317:4 318:22
319:16,16,25
321:24,24 330:17
341:10
**misstating (1)**
349:3
**mistaken (2)**
199:1 354:9
**misunderstood (1)**
343:23
**mix (1)**
27:12
**mixed (1)**
27:13
**models (3)**
91:17,24 93:2

**moment (6)**
84:8 107:12 114:25
172:5 174:7 213:20
**momento (1)**
61:10
**Monday (1)**
209:7
**money (1)**
123:22
**MONGLY0161685...**
210:17,22 363:19
**MONGLY0161687...**
210:18 363:19
**monitor (2)**
115:10 121:10
**monitoring (2)**
28:1 108:22
**monograph (185)**
80:24 118:14 119:16
120:16,21 121:11
123:21 143:9
152:12,22,23
154:15 156:2 157:9
157:14 158:6,7
161:12 162:17
163:3,8,21,22 165:8
165:9 187:8 189:25
194:12 211:4,14
212:1,2,7,15,21
213:8,20 214:4,14
215:2 216:16 218:1
218:2 219:2,7
224:20 225:10,23
226:9,23 227:25
230:10,19 231:10
231:25 232:8,22
236:14 239:24
240:2,13,14,21
241:2,18,23 242:3,7
242:12,25 243:12
244:4,22 245:16
246:15 248:5
249:18 252:4,10
255:6 256:2,23
258:11 260:11
261:15,16,21,23,23
262:3,9,13,16,19,20
262:23 263:4,8,24
264:3,10,25 269:16
269:18,22 270:20
270:22 271:2,5,6,11
271:13,15,24,25
272:18,25 273:4,7
273:11,17 274:3,17
274:20 275:5,12,19
275:24 276:4,7,10

277:13,17 279:2,3
280:1 281:23
282:17,22 283:2,7
283:11,15,22
286:14,22 287:4,5
287:16,20 289:7
290:18 291:7,9,19
291:21 292:2,3,3,18
292:25 297:20
298:5,7,9,13,14
299:10,11,11
307:19 321:14
322:3,6 323:4,7
327:8,21 332:7,14
332:15,23 333:2,7
349:13
**monographs (4)**
81:2 118:18 127:15
327:15
**Monsanto (31)**
3:8 5:8,10 11:6,14,21
12:1,14 50:2 52:20
59:24,25 62:3,18
64:4,9 173:5,13
184:20 204:8 205:4
216:21 217:11
219:6 222:7 224:14
240:2 308:16
325:23 326:12
327:7
**Monsanto's (12)**
6:19 7:8 8:15 52:16
54:7 57:3,7 62:10
73:10 319:20 328:2
361:13
**month (2)**
187:14 188:20
**months (9)**
76:22 145:7,16,20,21
145:23 227:17
228:18 231:17
**Morgan (4)**
2:12,12 4:17,17
**morning (10)**
6:7 7:24 15:22,23
200:4,13,18,20
208:10,17
**morphological (1)**
318:8
**morphologically (1)**
318:6
**Mortality (1)**
227:10
**MOTION (1)**
364:25
**Mount (1)**

16:5
**mouse (65)**
87:11,22 89:3 90:12
95:1 99:10 207:17
212:11 216:19,21
217:3,11,19 218:19
219:6,18 225:9
226:5,24 227:14
228:2 229:9 230:24
231:11,21 233:5
234:8,17,19 238:4
238:20,20 239:1
240:2,19 241:21
242:14 245:18
246:1,24 248:4
250:25 251:10
254:18,20 255:5
256:1,22 257:10
258:1,14,16,18,21
259:8,9,10 260:2,12
280:22 284:2 324:5
335:9 338:23 343:6
**move (3)**
65:17 246:14 305:12
**moved (1)**
17:8
**Multipage (18)**
7:18 67:10 84:15
152:17 169:9
210:14 223:16
247:7 290:13
361:15 362:13,22
363:9,11,18 364:11
364:14,17
**multiple (2)**
61:22 125:13
**mutagenic (1)**
88:22
**mutagenicity (4)**
87:11,21 94:20,22
**mutations (4)**
91:15,23 92:15 93:1
**Myers (3)**
1:12 2:13 4:18
**mystery (2)**
312:16,19

---

**N**

**N (7)**
3:1 5:17 197:1,1,1,3
361:1
**N.W (1)**
3:9
**name (8)**
4:21 32:23 33:20
77:24 116:23

198:20 288:20,21
**names (8)**
32:23 33:7 77:1,6,7,9
77:22 198:18
**naming (1)**
34:2
**Naples (2)**
3:15,16
**narrative (1)**
238:12
**national (15)**
16:16,18,20,24,24
17:2,5,9 21:16
85:14 87:10 123:19
124:3,8 150:7
**nature (6)**
32:16 33:20 36:20,23
74:14 136:2
**NCI (1)**
16:20
**necessarily (3)**
101:22 153:11 208:16
**necessary (1)**
65:16
**need (17)**
17:13 46:3 66:13 88:1
104:4 107:12 109:9
200:23 280:5
287:10 289:15
293:15 296:8 299:8
331:17,18 353:23
**needed (2)**
58:24 108:7
**needs (1)**
96:6
**negatives (1)**
352:15
**negotiations (1)**
9:15
**Neil (3)**
8:9 49:16 361:18
**neoplasm (1)**
240:7
**neoplasms (3)**
239:13 321:4 342:12
**nephrotoxic (2)**
236:21 238:2
**never (3)**
52:19 185:22 347:7
**new (9)**
4:24 6:12 20:7 180:25
181:6 200:11
208:11,16 294:23
**NHL (1)**
304:19
**NI (1)**

117:5
**NIEHS (3)**
20:23,25 30:18
**night (4)**
6:11,22 8:18 151:17
**NIH (1)**
16:19
**nine (4)**
118:1,9 341:7,18
**NL (1)**
150:6
**Nodding (2)**
130:17 139:25
**nomenclature (1)**
159:5
**nominated (2)**
27:6 121:6
**nominations (2)**
19:22 20:3
**non-designated (1)**
44:21
**non-Hodgkin's (2)**
305:5,10
**non-testifying (2)**
32:24 49:6
**noncarcinogenicity ...**
345:20 346:6 347:19
**nonconcur (3)**
340:2,6,14
**North (2)**
17:1 350:19
**Northern (3)**
1:1 4:14 65:7
**Nos (8)**
67:25 71:6 84:18
210:17 362:16,19
362:23 363:19
**Notary (5)**
2:16 5:19 197:5
359:11 360:9
**note (2)**
4:4 65:12
**noted (10)**
80:19 110:17 130:7
197:2 227:19 237:2
238:1 264:11
271:18 359:5
**notes (10)**
36:11 105:5 174:16
174:17 231:25
241:19 242:15
269:19 270:22
271:2
**notice (15)**
6:10,14,19 7:3,8 8:15
8:19 9:23 19:23

67:11 73:10 75:8
361:9,13 362:13
**noticed (2)**
43:7 126:1
**noticing (1)**
5:4
**noting (1)**
273:1
**notwithstanding (1)**
61:16
**November (1)**
142:25
**NRDC (2)**
37:17 39:22
**NTP (80)**
19:22 20:11,23 22:6
23:16 24:4,5,22,24
28:12 66:8 84:16
85:10,22,24 86:5,7
87:9,10,18,21 90:25
91:21 92:25 93:6,7
93:8,18 94:11,12
95:9 96:12,17,23
99:4,23 101:7,19
102:15 103:10,15
103:25 104:4,15,20
105:6,15 106:2,21
107:8 108:3,16
109:15,21 110:2,5
110:18 111:5,11,19
112:4 114:14 116:8
117:6 121:16 122:1
137:20 160:13
161:5 165:22
167:10,19,24,25
232:7 266:5,8
285:17 294:16
362:22
**NTP's (2)**
91:14 114:16
**number (24)**
15:19 43:8 61:1 86:8
87:3 109:24 123:4
154:5 157:17 171:3
174:10 210:9 212:4
218:9 221:9 236:20
255:4 273:20 297:1
305:15 310:9
312:10 324:22
333:22
**numbering (1)**
73:25
**numbers (7)**
68:19,20 216:23
249:16 260:6 312:9
313:7

numerous (1)
117:11
nutritional (2)
98:16,19
nuts (1)
161:8

---

**O**

O (5)
5:17 197:1,1,1,3
o'clock (1)
331:8
O-toluidine (1)
130:11
object (43)
12:22 26:2 34:20 36:8
 36:14,19,22 37:3
 46:8 89:16 93:12
 103:23 110:8
 159:21 160:25
 167:5 168:12
 173:19 176:4 177:5
 182:15 189:13
 193:14 195:15
 205:12 213:18
 219:21 234:12
 248:12 249:19
 250:19 255:12
 278:16 284:5
 309:10 312:13
 334:10,21 340:18
 350:9 353:15,19
 355:21
objected (2)
66:1 257:22
objecting (3)
40:1 172:10 204:5
objection (448)
6:17 8:12 9:1 22:25
 23:22 24:9,10,11,18
 25:2,4,18 26:11
 27:3 28:15,18,22,24
 29:12,13,14,20 30:3
 30:10,15,25 31:7,17
 31:24 32:8,18 33:4
 33:12,23,24 34:11
 34:19 35:3,11 37:20
 39:6,7,25 42:7,8,11
 42:15 47:24 48:21
 50:19,20 51:1,13
 52:2,3,9,18,25
 53:19,22 54:9,10
 55:10 56:9,9 57:9
 57:18 60:2 62:11
 63:6 64:6,10 66:11
 82:5,9 87:14,24

89:2,15 90:15 91:5
 91:18,19,25 92:1
 93:3,10,11 94:9,16
 94:24 95:5,11,12,24
 96:21 97:11,24,25
 98:1,7 99:9,15,16
 100:2,11,12,23
 101:11,21 102:11
 103:18,20 104:7,18
 105:1 106:6,11,24
 107:14 108:6,12,20
 109:3,8,19 110:17
 110:21 111:9,14,25
 112:6 113:4,13,25
 114:1,20,21 116:18
 120:12 122:12
 123:1,11,14 125:15
 128:20 130:16,21
 132:1 133:7,17
 135:1 136:20
 137:21,22 139:24
 140:18,25 141:16
 141:25 158:15
 159:8,23 161:1
 162:22 163:17
 166:5,16,17 167:4
 167:15 168:3,13
 171:6 173:18,25
 174:1,14,20,21
 175:22 176:3,13
 177:4,18 179:5
 180:8,23 182:4,14
 182:25 183:10,17
 183:18 184:1,2,16
 184:17 185:4,5,12
 185:13,19 186:10
 186:18 188:6,23
 189:12,23 190:16
 191:18,19 192:3
 193:4 194:15,21
 195:18 196:2 199:7
 199:24 201:21
 202:5 203:8 204:13
 204:18,21,24 205:3
 205:8,10,14,15,17
 206:18 208:15
 211:12,22 212:13
 213:17,25 214:20
 216:22 217:5,6,13
 217:21,22 218:13
 218:16,22,23
 219:10,22 220:3,5,9
 220:10,16 222:16
 224:23 226:13
 229:5,6,13 230:1,7
 230:14 231:1,2,7,15

233:7 234:13,22,23
 235:12,18,19
 236:17 238:5 239:3
 239:19 241:4,5,24
 241:25 242:4,8,9
 244:16,24 245:13
 246:3,10,11 248:11
 248:20 250:8
 251:20,21 252:2,18
 253:4,10,20,21
 254:13 255:7,8,17
 255:19 256:3,4,24
 256:25 257:12,13
 259:12 260:3
 261:19,25 262:8,14
 265:14,21,22
 266:13,24,25 267:9
 267:22 268:3,4,10
 268:11,20,21 269:9
 269:10,23 271:8
 272:4 273:12 276:1
 277:18 278:15
 279:14,21 280:20
 280:24 282:24
 283:4,8,12 284:6,15
 284:16 285:14,25
 287:22 288:6
 289:11,22 291:10
 291:22 292:8 293:5
 293:10 295:13,15
 297:16 298:18
 299:22 300:22
 301:15 304:10,11
 304:21 305:12,25
 306:13 307:10
 309:20 310:3
 312:22 317:3
 318:12,16,21
 319:15,24 321:23
 323:19,24 324:9
 326:13,22 327:4,10
 327:16,22 329:2,11
 329:17 330:3,16
 332:17 333:12
 334:9,22 335:10,25
 336:1,19 337:14,25
 338:24 340:17
 341:10,23,24
 342:21 343:9,10,20
 344:13,25 346:14
 346:20 347:10,11
 347:20 348:19
 349:2,11,22 350:10
 350:24 351:12,16
 352:4 353:3,14
 356:22 357:1,24

358:10,11
objectionable (1)
24:12
objections (23)
6:18 7:7,13 23:10,14
 26:3 29:23 36:10,16
 73:9,17,18,22 74:3
 74:14,17,22 111:1
 112:10 195:24
 204:17 352:23
 361:12
obligation (1)
63:16
observation (2)
128:9,13
observed (6)
112:23 207:16 281:23
 282:9 301:7 304:19
observers (5)
204:3,3 205:21,24
 209:17
obtain (2)
11:6 217:3
obtained (8)
59:22 126:23 154:24
 156:14 233:1,4
 307:1 348:11
obviously (13)
32:24 51:23 115:18
 139:1 161:6 163:8
 164:15 203:25
 211:15 219:18
 226:10 267:1 300:5
occasions (1)
136:11
occurred (1)
11:19
occurrence (4)
265:5 270:24 274:7
 275:9
October (3)
9:12 142:24 224:4
office (5)
3:14,15 5:16 17:8
 254:6
offices (2)
2:11 4:17
official (6)
18:12 19:18 24:4,23
 86:3 167:11
oh (23)
13:12 79:24 86:14
 117:1 131:14
 138:16 156:7 162:8
 179:14 184:11
 192:19 198:9

228:14 229:19
 249:3,7 280:2
 288:24 296:7
 312:18 345:15,25
 351:21
oil (1)
27:13
okay (318)
6:2 12:25 14:1 15:21
 17:16 19:12 24:16
 26:9 27:23 29:21
 30:20 31:11,20 32:2
 32:22 34:15,22 35:6
 36:6,25 37:9 39:10
 40:12 41:3,11 42:21
 48:10,12 50:16 52:6
 52:11 54:13,24
 64:25 68:8,18,25
 71:24,24 73:3 75:17
 78:24 81:13,23
 82:12 83:12,24 84:4
 84:11 85:2,7,22
 86:13,14 87:8 88:4
 88:9,18 90:4,12
 91:11 92:4,10,24
 93:25 94:8,21 95:1
 96:2,3 97:14 98:20
 106:18 107:1,3
 108:9,16 110:1
 111:10,16 112:2
 114:13 115:8 116:6
 116:20 118:19
 123:15 126:8
 128:10 129:8
 133:24 136:10
 138:6 141:7,21
 143:5 144:9,24
 145:9,22 146:18
 147:5 148:24 149:9
 150:18,19 151:13
 151:15,19 152:2,24
 155:8,24 156:11
 157:5 158:20 159:3
 161:3 162:5 164:3
 164:11,17 165:17
 167:9 169:3 170:17
 172:16 173:1,2
 174:5,16 175:9
 176:6,18 178:23
 179:14,18,20
 181:23 182:19
 183:8 184:11
 186:21 189:8 190:9
 192:13 193:9
 194:10 198:5
 199:12,16 200:1,5

201:10 202:7
203:24 205:18
206:7 211:2,7,15,24
212:14 214:13,22
215:8 216:14 219:2
220:20 221:1,23
222:5 223:8 225:5
226:7,21 227:2,7
228:14 229:19,23
230:2,10 231:9,19
232:5 233:10
235:10,22 236:18
238:22 239:16
243:9,16 245:23
247:24 248:15
249:8 254:23
256:15 257:20
258:9 259:18
260:14 261:7 262:5
264:21,24 267:13
269:15 270:11
271:14,18 273:16
276:16 277:6,22
280:21 281:6,7
283:14 284:22
285:20 287:25
289:13,20,25
290:23 291:17,25
292:10,23 293:7,13
293:15,25 294:10
297:7 300:20
301:11 302:2,8
303:18 304:2,17
306:10 307:14,20
307:25 308:4,8,15
308:19 309:3,17,21
311:6,12,13,17
312:20 313:7,22
314:4,25 315:9,12
315:25 316:20,25
317:7,19,20,22
318:10 319:18
320:7,16,17,19,21
321:13 322:7,8,12
323:12 324:4
325:13,14,16 327:3
327:25 328:24
330:19 331:9
333:20 335:20
336:12 339:17
340:24 341:3
344:18 345:15
346:10 348:15
349:7 351:21
352:10,14,16
354:15 355:8
356:13,19 357:12
357:13,15,19

**Olson (2)**
222:6,9

**once (3)**
20:11 199:17 210:5

**one-page (11)**
7:2 8:3,7 10:22 13:7
13:22 361:9,18,21
362:7,10

**one-week (1)**
140:21

**ones (6)**
40:20 144:2 147:24
158:2,3 217:7

**ongoing (1)**
278:14

**online (6)**
170:12 178:4 186:8
191:2,16 286:17

**OP (1)**
233:18

**open-ended (1)**
38:25

**operates (1)**
303:4

**opin (1)**
277:25

**opinion (20)**
22:1 33:25 115:7,12
116:5 162:24 163:4
163:5 164:7 207:10
230:16 246:4 257:4
257:6 279:2 293:6
316:22 329:18,22
353:5

**opinions (4)**
14:22 115:23 278:2
323:23

**opportunity (4)**
122:17 224:11 278:11
278:13

**opposed (2)**
142:4 309:24

**oral (10)**
105:7 106:4,9,10,20
106:22 111:20
112:3,4,24

**oranges (1)**
272:19

**order (18)**
10:13,23 12:11 13:8
13:17,17,23 14:3,4
88:2 89:18 166:1
226:18 299:8 301:6
361:21 362:8,10

**ordered (1)**
40:24

**organ (7)**
100:21 101:4,13,17
102:8 103:13
104:14

**organic (1)**
16:7

**organization (7)**
79:6,8 154:18 155:14
247:1 284:20
358:16

**organizations (5)**
37:17,18 39:22,23
149:13

**Organophosphate (2)**
290:14 364:18

**original (24)**
42:15 72:6 144:23
159:25 160:3,6,7,15
190:14 233:18
234:16 238:12
239:11 240:5
259:20 279:17
312:3 313:20,23
321:2,16,18,19
325:25

**originally (2)**
202:11 317:1

**outcome (1)**
360:19

**outdoor (1)**
295:7

**outline (2)**
122:4 299:5

**outlined (3)**
46:16 300:16 349:14

**outlines (1)**
298:4

**outside (20)**
19:22 29:1 35:23
38:11 43:3 44:13,14
45:9 46:1,6 53:6
83:1 188:20 204:3,6
205:10,20,24
329:12 353:18

**outstanding (2)**
63:17 222:23

**overall (9)**
126:4,13,20 129:6
209:15 341:1,5,9,20

**overuse (1)**
296:14

**overview (3)**
142:15,20 363:7

**overwhelming (1)**
192:6

**Owing (2)**
249:25 251:1

**ownership (1)**
195:1

**P**

**P (4)**
3:1,1 252:14,25

**P-O-E-A (1)**
79:13

**p.m (33)**
8:18 196:5,6 197:2,8
223:14,23 237:17
237:21 241:12,15
247:19,22 263:13
263:16 270:14,17
274:24 275:2 281:9
281:12 286:5,8
293:22 322:15,19
331:5,21,24 355:2,5
359:3,5

**PA (1)**
2:12

**package (1)**
60:18

**page (121)**
11:13 69:14 87:2
91:11 92:5,8 96:9
96:11 97:5 104:22
107:2 109:22,25
111:18 117:7
126:10 174:8,9
175:9 176:6,9
177:13 178:1,6,7,10
179:11 180:15,19
180:20 192:24
212:5,8 219:5,6,12
219:13 221:7,10,11
221:12,15,21
223:17 225:24,25
227:8 233:10
235:22 236:5,12
237:24 238:8 239:6
239:25 240:20,20
242:13 243:1,6,22
243:22 244:2,3
246:18 248:5 249:5
249:10,25 251:12
251:25,25 252:7,9
252:12 254:11
260:13,15,17 261:6
261:8 262:22,23
263:9 264:4,19
265:1 267:15 270:3
271:16 273:19
274:3 279:25
281:20 282:7
283:14 290:19,19
290:24 308:1
311:14 314:3 315:4
315:5 317:2 320:22
342:2 345:4,4,5,11
345:13,14 346:2
361:2,7 362:2 363:2
364:2,11 365:3

**pages (8)**
86:15,25 152:24
219:3 232:24
248:16 263:6
290:17

**paid (10)**
131:5,23,24 132:7,11
132:19 134:17,23
135:8 136:12

**pancreatic (11)**
264:13,14,22 265:2
270:25 272:1 273:1
273:24 275:7,21
277:15

**panel (2)**
342:7 343:12

**paper (34)**
37:5 88:6 108:14
109:13 144:15,16
156:6 169:5 170:16
170:20 171:2
174:13 176:1,17
177:15 178:4,5
179:22 180:5,13
181:16,18,20
182:18 183:9
185:21 187:2 188:7
190:1,4,8 329:6,8
330:12

**papers (3)**
146:16,21 174:4

**paragraph (23)**
96:11 105:12,17,24
111:17 112:17
221:24 233:13
246:22 249:9,25
251:11 252:11
258:16 260:16,22
261:5,5,9 264:5
345:25 346:1,4

**Paralegal (1)**
3:19

**parameters (1)**
11:4

**parathion (1)**
138:13

parentheses (2)
312:25 313:3
Park (3)
3:15 16:9 17:1
part (32)
37:16 38:23 39:20
60:20 91:6 100:16
100:20 101:2,12
124:24 125:9,18,20
125:21 130:6 131:7
133:21 136:14,18
139:16 163:2
164:19 191:16
245:2 247:9 258:11
258:22 272:21
278:8 302:5 341:14
364:15
participant (2)
161:20 194:25
participants (4)
129:2 233:22 290:20
363:4
participate (8)
31:9 120:4 122:19
124:12,14,20 140:2
358:14
participated (2)
156:18 160:15
participating (2)
27:16 28:10
participation (1)
35:16
particular (26)
28:12 34:2 65:19 77:5
77:15 94:23,25
119:19,22 120:20
120:25 139:8
144:16 148:2 150:5
150:9 161:10
168:25 187:8
217:16 234:5 253:5
253:6 262:18
300:11 323:10
particularly (7)
90:25 91:12 162:18
174:8 232:23
242:15 243:21
parties (3)
41:21 43:1 360:17
partners (1)
49:15
parts (6)
97:8,16 112:21
222:15 229:2
288:12
party (1)

194:24
pathologist (19)
30:5 160:7 239:11,11
240:5 313:23 317:8
318:15 320:5
321:17,18,20
325:25 326:4
335:15 336:5,9,24
336:25
pathologist's (3)
238:12 312:4 313:5
pathologists (8)
232:13,14,15 233:18
319:7 321:3 325:4
325:15
pathologists' (3)
315:16 316:5,15
pathology (34)
158:21 159:1,11
160:2 232:1,9,11,12
233:4 234:7,15
235:25 236:6,11,15
238:1,10,11,24
239:7,17,17 240:22
241:19 243:23
313:24 317:6,9,11
317:12,17,25
319:17 326:11
pathophysiologicall...
318:9
pay (1)
124:25
paying (5)
82:3,6,19 84:24 85:4
PDF (10)
146:15,22,25 147:2
147:21 148:13
176:24,25 178:9,11
peer (30)
21:2 144:19 149:8
156:3 157:19
158:17 160:5
161:15,22 162:2,11
162:19 163:9,13
164:18 170:10
224:3 232:13
339:14,18 340:20
341:20 342:7,16
343:3,12 345:5,8,18
356:20
pending (1)
73:1
people (18)
19:24 31:13 54:15
77:23 125:7 144:12
187:16,16 207:14

214:18 295:5 296:1
296:18 301:8 340:3
340:6,12,13
percent (18)
97:9,12,17,23 98:9,15
98:15 99:2,24 100:9
105:8 106:3,21
108:17,24 109:6,16
228:21
perform (1)
323:17
performed (3)
30:18 243:11 294:16
period (19)
14:14 19:3 24:2,20,21
25:9,11,13 32:6
79:25 85:23 86:2
187:20 189:21
206:12,19 211:21
287:15,18
peripheral (6)
87:12,22 89:3 90:13
95:2 99:11
person (7)
198:11 202:9,11,19
288:13 340:1,5
personal (2)
5:12 60:11
personally (1)
10:8
personnel (1)
156:18
pertinent (3)
150:5 187:16 238:13
perusal (1)
173:21
Pesticide (2)
247:8 364:14
pesticides (7)
131:17 134:1 138:10
138:19 145:4 297:2
297:3
Ph.D (4)
4:3 16:7,14 359:2
philosophy (1)
296:16
phone (5)
3:5 5:22 39:4 197:10
197:12
phones (1)
4:9
phonetic (1)
105:14
pick (1)
4:5
piece (5)

37:4 91:7,8 183:9,16
pipeline (1)
20:12
place (12)
4:9 9:16,17 13:19,20
42:5 64:13 110:11
110:24 147:25
211:18 304:2
placed (1)
127:18
places (1)
149:24
plaintiff (1)
130:14
plaintiffs (80)
3:3 5:15,24 9:6,8,10
9:18,21 14:10 15:1
26:1,15 29:23 36:9
36:12 40:19 41:25
42:3,22,24,25 44:11
45:17,25 46:5,12
47:15,19 50:17,25
51:10,12,18,24,25
52:6,12,15 54:6,6
55:8,14,25 56:6,7
57:2,5 58:22 59:15
59:22 61:18 62:7,8
62:17 63:3,15,25
65:1,5 69:3,21
81:25 130:9 131:20
132:12 133:1,12,12
142:12 171:15
204:16 332:4,5
333:15,21 343:15
347:14 348:22
349:17 350:3
play (1)
103:1
please (43)
4:4,8 5:2,5 28:24 51:3
53:17 60:13 63:12
88:3 101:1 106:14
106:19 115:9
172:13,14 184:7
186:3 187:13
191:11 210:24
252:8 261:2 289:3
295:17,19 307:19
308:2 311:7,19
314:2,3,9 315:1
316:2,20 317:20
318:11 320:8
322:24 338:5
351:14 352:19
pleasure (1)
354:14

plenary (27)
11:23 200:4,18,20
201:4,7,11,15,19
202:2,8,12,25 203:3
203:10,25 204:6
205:20,25 206:23
207:25 208:8,9,10
208:19 209:13
350:16
Plus (1)
127:14
POEA (1)
79:13
point (30)
50:16 51:8 55:13,21
62:6,16 65:17
112:13 135:4
137:23 148:8
152:10 163:19,20
164:12 190:10,25
191:13 195:6
201:16,24 220:25
240:22 256:11
257:16 272:10
282:18 323:1
337:22 347:12
points (4)
226:20 236:8 253:6
287:9
poison (2)
297:4,5
polemic (1)
183:9
polemical (4)
183:16,20 184:4,7
pondering (1)
276:12
pooled (1)
350:20
poorly (5)
224:24 225:3,10,14
230:13
population (1)
18:6
Portier (1)
209:20
portion (1)
334:18
position (16)
11:18 23:20 42:25
43:6 44:11 45:25
46:5,12,14,15 59:1
59:2,5 66:19 70:16
132:20
positions (1)
117:4

**positive (8)**
265:4 267:17 269:20
270:23 271:19
274:6 275:8 304:18
**possibility (2)**
119:11 285:8
**possible (13)**
19:17 20:1,18 24:7,25
86:4 91:1 167:12
168:18 192:7
343:18 344:3
347:16
**possibly (7)**
20:9 48:8 279:5
295:10 305:24
306:8,9
**potential (14)**
20:9 44:12 47:23 53:5
53:6 93:19 102:18
104:11 166:3
169:11 251:14
318:2 353:2 363:11
**potentially (2)**
50:2 296:1
**practice (1)**
121:20
**preamble (13)**
81:1 134:11 208:4
297:9,14,22 298:3,4
298:14,24 299:17
300:1 350:13
**preclude (1)**
132:18
**prefer (1)**
324:15
**preincubated (1)**
92:17
**preliminary (3)**
146:20 203:14 208:1
**premarked (1)**
223:20
**preneoplastic (3)**
235:16 236:21 238:3
**prenucle (1)**
92:17
**preparation (6)**
81:20 82:1 90:9 297:9
297:14 298:8
**prepare (7)**
35:7 68:14,15 80:21
80:22 252:19
298:22
**prepared (21)**
20:10,14 34:17 35:18
38:12 42:19 60:19
77:14,14 85:23

162:16 163:12
193:1 197:23 211:5
252:21 269:19
270:21 279:17
282:18 299:12
**preparing (7)**
24:4 226:22 227:24
232:22 266:23
332:22 335:6
**presence (2)**
92:14 316:23
**present (12)**
3:19 11:22 31:22 40:8
42:17 134:20 204:9
205:24 238:3 257:5
288:8 324:12
**presentation (3)**
202:24 203:3 207:25
**presented (2)**
31:14 328:2
**presenting (1)**
258:12
**preserve (1)**
78:10
**press (3)**
174:18,24 175:3
**pretrial (10)**
10:13,23 12:11 13:8
13:16,23 14:3
361:21 362:7,10
**pretty (3)**
59:6 155:2,7
**previous (3)**
81:3 129:9 336:7
**previously (15)**
69:9 70:23 74:10
134:5 148:13
165:19 169:6
174:17,18 180:4
185:18 197:4
213:21 319:12
343:14
**printing (1)**
24:23
**printout (1)**
330:10
**prior (34)**
8:20 25:9 28:25 30:20
51:16 52:13 54:2,4
72:15 76:22 81:14
111:23 113:2
133:11,18,24 135:8
140:13,20 141:1,22
154:23 156:8
170:23 171:4 175:3
180:6 197:20

206:22 207:22
238:9 247:25
312:14 348:3
**priorities (1)**
103:1
**priority (1)**
103:24
**private (16)**
18:20 20:4 32:3 33:2
33:5,9,13,22 34:24
35:6 39:20 43:21
132:20 134:23
136:12 137:18
**privilege (9)**
53:1 56:19 59:19
65:24 82:18 83:8,10
135:23 136:1
**privileged (37)**
32:18 33:4,23 34:11
37:20 43:21 44:8
45:9,12 46:21 47:2
47:24 48:9,11,22
49:9 52:18 53:19,23
54:11 55:5 56:10
57:10,12,14,20 58:6
58:7,9,10,19 62:5
81:11 83:25 135:2
137:24 255:9
**privileges (1)**
44:22
**probable (3)**
167:13 302:18,20
**probably (12)**
126:11 136:21,21
141:3 145:7 183:6
225:13 253:13
259:13,13 279:4
304:8
**procedure (3)**
8:15 197:21 298:6
**procedures (1)**
93:15
**proceed (4)**
104:16 191:25 200:8
299:1
**proceeding (1)**
103:16
**process (17)**
76:23 77:9 120:5,9,13
127:8 144:13 200:9
200:12 208:6
258:11 272:23
287:2 290:21
300:17 329:4
344:16
**procuring (1)**

27:9
**produce (12)**
6:9,13,17 7:11 8:19
8:23 59:25 60:8,10
61:18 62:18 76:10
**produced (25)**
7:1 10:15 11:12 23:1
42:16 59:9 67:14
70:10,23 71:1 73:6
73:6 74:10 75:10
78:22 84:6 90:2
142:10 169:23
171:11,14 210:21
251:13 319:20
342:10
**produces (1)**
14:20
**producing (4)**
7:23 8:25 40:14 62:7
**product (5)**
114:18 163:23 164:2
262:3 292:18
**production (3)**
72:1,3 74:22
**Products (2)**
1:3 4:12
**professional (6)**
2:14,15 16:11,12
360:7,8
**prog (1)**
28:14
**program (15)**
16:17,21,22,24 17:5,7
21:16,17 23:4 85:15
87:10 119:16
121:11 127:13
300:8
**progress (4)**
28:2 201:3 272:15
357:6
**progression (7)**
265:5 267:18 269:21
271:1,21 274:7
275:10
**projected (1)**
350:20
**proliferative (1)**
318:2
**pronouncing (2)**
88:14 198:13
**proper (7)**
22:10 27:7 35:20 83:2
93:13 135:21
205:16
**properly (4)**
28:4 160:4 226:18

356:25
**property (2)**
60:10,21
**proposed (1)**
48:3
**proposition (1)**
329:9
**protect (1)**
296:11
**Protection (3)**
35:9 79:1 168:21
**protective (1)**
296:13
**protocol (4)**
27:16,20,21 92:17
**provide (23)**
56:2,6 57:2,7 58:21
62:9 64:3,8 83:13
83:17 116:9 144:7
147:11 183:23
185:24 186:7
195:24 201:18
202:1 220:13
259:25 289:14
296:3
**provided (40)**
7:24 9:9 55:15,24
56:7 58:23 63:25
65:14 69:3,20
136:12 170:13
173:13 174:18,24
175:19 176:20
181:25 185:25
190:10 191:1,15
192:2 193:11 199:3
203:5 208:11
217:20 219:8
221:16 224:13,21
248:3 254:11 256:9
259:18 260:7
279:11 332:3
349:17
**provides (6)**
123:20 178:4 226:23
227:12 242:13
249:15
**providing (7)**
36:9 107:4 174:4,11
195:9 202:9 236:13
**public (16)**
2:16 5:19 17:17 19:24
197:5 295:23 351:7
351:25 352:25
353:6,11 356:14,20
357:8 359:11 360:9
**publication (29)**

169:7 175:3,6,19
176:11,21 177:1
179:2 180:21
182:12 183:15,23
184:12 185:9,16
186:1,9 187:4,25
188:3 189:19,20
191:2,17 259:21
277:24 287:3 291:9
301:1
**publications (2)**
161:15,16
**publicly (2)**
72:8 149:11
**published (24)**
28:11 69:9 85:15
96:20 153:24 156:3
156:3 161:22
162:10,19 163:22
164:18 167:22
170:6 174:12,12,25
254:2 272:18
278:20 286:23
288:5 289:9 356:21
**pure (1)**
176:13
**purity (1)**
27:10
**purpose (5)**
43:11 267:13 298:2,3
298:5
**purposes (12)**
6:16 34:18 60:17
134:12 160:23
163:15 167:1,11
175:14 213:22
266:20 332:21
**pursuant (1)**
80:17
**put (5)**
15:24 20:12 86:16
328:21 347:3
**putting (1)**
75:8
**PWG (15)**
233:9,13 234:2 235:1
235:6,21,25 238:9
239:9 240:3 321:1
326:7,10 339:3,3

_____ Q _____
**qualified (1)**
232:15
**qualify (1)**
136:22
**question (136)**

12:14 23:15 24:17,19
26:8,23 30:1,21
32:15 33:8 34:21
36:4 38:2,18 39:13
39:17,18,19 40:18
40:21 42:21 43:25
44:17 47:17 48:2,15
51:7 53:10,13,15
54:1,2 58:3 63:7
70:15 72:5,25 74:1
74:4 76:11 82:14
83:15 84:24 85:3
88:2 96:8 101:1,8
102:4 103:10 106:1
106:19 107:18
110:16 111:3,10
123:10,12 131:10
135:16 137:11
149:6 159:17
161:18 165:18
178:12,13,17,19,22
184:8,14 185:7,10
186:3 190:20,23
191:6,8,11 195:8
204:20,22 210:7
222:23,25 223:1
236:3 250:22
255:22 256:16,16
258:5,6 259:14
260:1 267:5 277:7,8
280:7,14 281:4
289:2 295:18
297:24,25 298:1
312:14 317:14
319:5 322:21,24
325:18 326:16
329:24 332:6
335:20 336:12,13
337:3,5,19 338:4,17
340:11 341:16
342:25 344:12,19
344:20 347:13
349:25 351:13
352:21 353:9
356:18
**questionable (1)**
316:21
**questioning (9)**
14:5 26:18,19 36:7
70:20 110:9 294:4
348:22 349:17
**questions (68)**
14:11 28:19 32:13,14
36:18 38:21 39:1,11
40:6 41:14 42:7
43:18,24 44:4,5,12

45:6 46:1,9,22
56:13 58:12 62:14
65:9 66:5,8 72:22
73:21 81:5 89:19
94:3 96:1,7 115:1,5
115:11 116:4 132:6
146:4 152:15 153:7
170:20 195:12
204:6 257:25
276:11 287:18
293:14 294:1,11,13
306:17,19 308:9,16
329:5 332:4 333:17
333:22 346:23,25
350:2 352:22 354:1
355:9,10 356:16
358:21
**quick (1)**
173:21
**quote (2)**
249:25 327:14
**quoted (1)**
222:14

_____ R _____
**R (9)**
1:23 2:13 3:1 5:17
197:1,3 360:1,6,23
**radioactivity (3)**
108:23,24 109:1
**raise (4)**
37:25 38:8 47:8 65:15
**raised (1)**
287:18
**Ramazzini (6)**
284:21,24 285:5,9,11
285:22
**random (1)**
301:9
**range (3)**
251:5 309:23 313:19
**ranges (2)**
250:4 261:12
**rapporteur (3)**
289:21 291:13,18
**rapporteurs (2)**
289:14,17
**RAR (1)**
174:6
**rare (1)**
207:17
**rat (30)**
92:19 93:1 113:21,23
262:17,20 263:5,20
263:24 264:7
265:19 267:14,21

268:9 269:17
270:21 272:2 273:2
273:17,23 274:4
275:6,22 277:15
280:23 281:16,18
281:21 282:6
283:25
**rats (14)**
85:13 91:16,23 97:1,7
110:22 112:17
113:7 153:24 154:7
164:23,25 166:25
264:12
**raw (5)**
307:6 329:25 330:4
330:11,14
**re-evaluations (1)**
69:8
**reach (3)**
31:4 121:20 201:24
**reached (9)**
133:13 199:5 239:16
244:12 245:24
265:10,17 267:15
267:20
**reaching (9)**
236:9,16 237:12,13
280:16 283:17
348:17,24 349:8
**reaction (1)**
150:1
**read (57)**
53:16,18 80:24 81:1,4
88:1 90:10,11 92:12
95:20,23 96:4 101:1
106:12,13 108:7
110:11 143:13
144:11 162:15
163:11 172:6,11,12
172:13 177:7,20
186:3,5 214:18
221:24 222:2,21
223:2,6,10 241:7,10
250:20 295:18,20
299:10 313:2,2
315:18,24 316:1,13
320:4 322:23,25
327:5 351:13,15
355:18,25 358:23
**reading (12)**
87:17 111:15 112:7
112:14 114:2
222:20 227:22
228:15 250:13
317:21 343:1
345:22

**ready (3)**
18:1 212:1 320:20
**realize (1)**
183:1
**really (17)**
21:22 37:21 47:13
50:9 86:10 98:11,25
137:14 143:4 155:6
161:17 186:11
191:21 198:3 235:1
262:1 287:6
**Realtime (2)**
2:15 360:7
**reams (2)**
260:6,6
**reason (25)**
29:1 64:3 95:8 100:20
101:2,14 137:6
226:8 276:15 277:2
322:2,5 323:2,3
365:5,6,8,9,11,12
365:14,15,17,18,20
**reasonably (2)**
18:4,10
**reasons (4)**
102:1 133:15 296:21
365:3
**recall (61)**
55:19 77:20 80:10
81:15,18 98:8 123:3
144:25 145:9 146:6
153:16 155:10,24
156:5 159:24 160:4
193:19,21,22 194:3
197:25 198:3
199:12 203:20,24
206:4,5,21 207:4,19
209:23 210:2 212:3
219:1 242:10 243:2
243:10,15 244:18
244:25 253:5,7,15
253:22 262:6,10
272:24 277:1,2
283:1,5 287:13
297:11 308:15
328:17 333:24
349:21 351:18
355:10,14 358:20
**recalled (1)**
208:1
**receive (8)**
69:24 70:3 72:6,17
119:15 145:2 180:5
195:9
**received (16)**
6:23 16:4,7 20:3

55:17 60:4,25 68:5
69:10 70:2 73:11
142:18 151:11
187:5,19 349:12
**receiving (2)**
78:5 199:12
**recess (18)**
64:21 75:22 84:14
150:24 196:6
223:15 237:18
241:13 247:20
263:14 270:15
281:10 286:6
293:20 322:16
331:6,22 355:3
**recitation (1)**
338:5
**recognition (1)**
127:3
**recognize (2)**
100:15 203:1
**recollection (10)**
143:6 145:14 153:8
154:22 156:16
206:7,8 225:7,15
248:13
**recommendation (2)**
22:14 124:17
**recommendations (1)**
22:12
**record (98)**
4:7 6:4 9:3 14:2 26:2
36:23 44:10 46:4
47:4 49:19 53:18
64:20,23,25 66:19
75:4,18,21,24 84:13
84:22 85:8 86:16
92:13,24 132:11
150:23 151:1,9
152:20 169:16,22
173:8 194:21 195:4
195:18 196:3,5
197:8,9 204:17
206:10 214:24
215:9,21 223:9,14
223:23 224:1 232:5
234:1 237:17,20
238:19 241:9,12,15
247:13,15,19,22
263:1,10,13,16
270:12,14,17
274:24,25 275:2
281:7,9,12 286:5,8
293:16,19,22
295:20 306:1 316:2
321:24 322:15,18

322:25 331:2,5,8,15
331:21,24 351:15
354:24 355:2,5
359:4 360:14
**recorded (5)**
233:22 250:3,14
251:4 349:5
**records (1)**
238:13
**recourse (1)**
354:10
**recross (1)**
354:8
**recruited (1)**
16:18
**redirect (1)**
294:9
**redrafts (1)**
209:3
**refer (9)**
12:10 86:13,25 87:2
88:7 181:15 235:22
312:9,21
**reference (8)**
12:2 150:11 153:5
174:4 216:24 267:2
287:11 316:25
**referenced (7)**
179:3 194:6,7,9,11
217:8 329:25
**references (11)**
60:16 61:8 147:21
153:21 176:10
180:25 181:6
214:15 217:23,25
292:14
**referencing (1)**
105:13
**referred (4)**
170:15 330:4,12
350:6
**referring (18)**
118:20 159:14 183:13
189:5 190:19
212:23 213:10
237:5,10 244:3
246:19 264:15
316:17,18 317:15
318:18,25 319:3
**refers (5)**
183:8 185:21 300:2
300:25 312:25
**reflect (1)**
244:7
**reflected (5)**
158:6 173:12 180:14

335:7,11
**reflective (1)**
335:24
**reflects (2)**
164:7 242:19
**refresh (1)**
153:8
**refreshes (1)**
143:6
**regard (19)**
58:6 66:3,5 131:3
296:23 299:2,14,15
299:20,21 301:13
302:11 312:20
316:21 319:18
322:7,9 324:4
326:18
**regarding (16)**
42:17 72:24 153:18
154:16 157:12
158:8 193:3 217:3
217:11,15,19
234:10 248:4
285:22 332:7
350:20
**regards (12)**
29:3 35:16 51:4 59:7
59:10 66:11,15
84:24 93:14 255:18
255:19 256:6
**register (1)**
19:23
**Registered (2)**
2:14 360:6
**registration (5)**
154:8 184:22 267:11
269:2 307:4
**regularly (2)**
121:10,14
**regulatory (13)**
34:16,17 149:11
150:4,11,14 165:18
168:20 174:7
184:21 185:2
193:17,23
**relate (2)**
45:22 356:7
**related (25)**
238:2 239:14 240:8
240:10,25 241:22
265:8 266:4 267:17
267:20 269:20
270:24 271:3 272:3
273:3 274:6,12
275:9,22 277:14
282:1,12 284:13

321:10 360:16
**relates (4)**
1:5 28:25 88:11 297:6
**relating (3)**
37:19 43:2 55:18
**relationship (4)**
41:22 250:1 251:2
255:20
**relatively (1)**
310:17
**relevance (6)**
82:10 83:4,10,16
128:20 130:16
**relevancy (1)**
285:14
**relevant (15)**
11:7 20:15 25:23
29:10 32:11 47:13
101:8 115:18 131:2
147:13 148:9
183:24 184:13
185:10 187:10
**relied (5)**
227:24 236:13 267:6
280:15 283:16
**rely (6)**
161:13 167:22 289:13
323:14,16,22
**relying (1)**
266:19
**remain (1)**
274:20
**remained (1)**
274:18
**remaining (2)**
109:17 331:11
**remember (43)**
43:7 52:4 63:20 64:11
86:11 98:25 116:23
143:7 145:6 146:11
146:12 147:16
155:6,12 156:7
168:17 186:12
191:21 203:9 207:2
253:12,14 262:10
273:3,6 276:22
277:4 283:5 286:15
287:6,14,24 288:21
305:17 306:19
329:6 330:11
333:13 344:4,6
349:4 356:16,18
**remembered (1)**
276:14
**remembering (1)**
168:15

**remembers (1)**
222:24
**remind (2)**
61:3,10
**remove (2)**
262:6 276:3
**removed (13)**
262:13 276:7,10
277:2,3,5,9,10,17
283:2,6,11 323:10
**renal (50)**
218:4,21 220:2,7,14
221:16 224:13,17
225:8,16 227:18
231:20 232:2
233:16,19,20 237:1
238:25 239:12
240:6,24 241:20
242:16 243:13
245:17 254:17,17
254:25 255:5 256:1
256:21 257:11
258:15,19 259:7,11
260:2 314:6,10
321:3 335:9,24
336:16 337:9,11
338:22 342:8,11,19
343:5
**renewal (4)**
192:15,25 193:13,23
**reopen (1)**
47:7
**repeat (17)**
24:16,19 29:14 51:7
63:12 72:15 87:16
106:1 107:18
110:15 111:3 135:7
166:18 190:22
338:7,13 349:24
**repeated (1)**
65:2
**repeatedly (1)**
46:10
**rephrase (2)**
321:18 356:3
**replicate (2)**
258:20,20
**report (71)**
14:20 17:11,14,16,21
17:25 18:2,16,24
19:5,11 20:2 24:3
24:21 28:7,11,14
35:1 40:14 41:2
84:16 85:11,22 86:1
86:10,14 87:9,19
93:4,17 95:18 96:12

123:17,25 137:3
143:18 158:3 161:6
161:13 162:4,16
163:12 167:8,16,19
167:23 168:1
192:15 193:1,13,23
197:18 202:11,15
220:11 240:3
249:17 255:2
265:12,19,25
298:22 320:25
325:4,23 330:1
337:1 339:2,4
341:21 362:22
**reported (15)**
1:22 158:17 160:5,8
230:22 237:6
252:24 258:14,15
258:25,25 259:3
260:23 279:1
319:12
**reporter (16)**
2:14,15,15 4:25 5:5
12:4,8,17 67:8
105:19 128:23
216:5 247:6 360:7,8
360:8
**reporting (4)**
4:23 5:1 253:18 259:7
**reports (26)**
19:4,6,13 34:7 149:10
157:18 158:13,14
158:21,24 159:1,4
159:11 162:7
165:23,25 167:14
201:9 224:15,16
227:16,25 251:1
259:2 278:21
349:15
**represent (11)**
5:3 10:7 36:13 69:23
71:9,25 74:24 130:9
142:17 216:20
318:8
**representation (6)**
9:7 37:7 41:4 43:15
47:12 73:5
**representations (1)**
44:25
**representative (8)**
11:21 124:4,7,10,16
204:8 304:25 358:9
**representatives (1)**
156:17
**representing (4)**
5:15 40:13 57:22

358:16
**represents (1)**
105:18
**request (15)**
7:25 8:1 45:3 63:22
63:23 69:6,16 70:9
71:5 72:16 74:2
78:12 80:16 223:5
362:19
**requested (4)**
11:25 18:9 23:2
334:13
**requesting (1)**
135:2
**requests (10)**
7:14 9:24 11:6 15:4
67:24 74:15 75:7
76:9 362:16 364:23
**required (2)**
17:17 202:22
**requires (1)**
17:20
**research (5)**
17:1 21:18 22:7 69:7
298:8
**reserve (10)**
28:18 47:7 70:18
72:22 138:7 294:3,8
331:11 354:4
357:15
**residues (2)**
247:8 364:15
**respect (90)**
14:2,16,24 23:25 24:1
33:17 58:22 59:23
70:19,19 76:7 77:19
78:19 79:5,19,22
80:3 81:14 93:25
94:10 95:1 99:10
107:5 112:2 113:6
114:15 116:10
119:10 131:6
140:23 164:18
166:12 202:24
216:19 218:4,21
220:1,7,14 224:12
225:22 230:3
231:20 233:14
243:23 244:12,13
245:20,25 249:23
250:23 254:17,21
254:25 257:10
259:11 260:24
263:4 264:11 265:2
270:21 274:4,16
275:6,19 277:14

278:14 279:6,7,9
280:16 281:17,21
282:5 283:22 284:8
290:10 296:15
315:17 316:6,16
333:5 335:8 344:23
348:17 351:9 352:2
353:1,12 357:19
**respective (1)**
291:13
**respond (13)**
35:25 36:2 42:10
58:12,14,24 59:17
61:25 63:4,16 65:20
85:1 223:7
**responding (3)**
9:24 177:14 178:14
**responds (3)**
179:1,20 181:10
**response (30)**
7:12,25 9:4,10 10:5
45:16 55:22 57:24
62:18 64:4,9 68:13
70:4,10,24 74:23
76:13 84:6 96:7
137:11 182:20
195:21 221:21
250:1 332:4 342:10
343:15 347:14
349:16 350:2
**responses (6)**
6:18 7:8,13 73:9
76:12 361:12
**responsibility (2)**
288:8 333:1
**responsible (14)**
17:5 18:14 19:10,21
24:22 27:5,8 119:18
147:8 173:10
175:13 262:2
288:14 292:21
**responsive (10)**
61:16 64:1 68:21,23
69:15 74:10 75:6
78:7,14 80:8
**rest (2)**
201:1 350:22
**restate (6)**
131:10 228:25 250:21
255:21 342:24
351:23
**result (1)**
301:9
**results (12)**
88:8 96:13 98:17
99:11 148:1 315:3

315:11,18 316:1
317:17 334:23
335:2
**resumed (1)**
197:3
**retain (1)**
287:16
**retained (29)**
42:13 44:19 47:14,15
47:18,21 49:5 50:17
50:21,24 51:10,24
52:14 53:11,25 54:4
55:6 56:14 57:21
58:18 59:4 131:19
132:25 133:11,19
134:22 135:5,8
136:5
**retaining (2)**
50:2,5
**retaken (1)**
26:13
**retired (1)**
18:17
**retirement (1)**
18:19
**returned (2)**
61:6 144:22
**Returning (1)**
283:14
**review (130)**
20:23,24,25 21:2,13
21:14 22:11 26:15
31:3,9 60:20 90:9
107:13 109:10
120:19,24 134:12
137:2 143:22
144:19,20 148:25
154:6,12,25 156:3
157:19 158:18
160:2,5 162:13
166:11,12,21 167:1
169:9 170:6 172:2
173:11 175:15
181:1,7,8,9 183:21
184:22,24 186:16
187:11,17 192:1,8
193:10 197:22
200:9 206:14
213:22,23 214:2
224:4,11 232:13,16
232:18 233:5 235:7
238:9,10 245:3
246:25 248:1
251:10,17,23,25
258:22 259:6 263:4
263:19 265:11,18

266:11,19,23 267:8
267:21 268:9,18
269:1,7,8 272:13
274:22 278:11,13
280:6,19 284:2
297:13 298:12,21
299:7 300:17 313:4
313:22 324:5 325:3
325:15 326:4 329:4
330:2,18 332:2
339:14,18 340:14
340:20 341:20
342:7,16 343:3,12
343:12 345:5,8,18
349:13 350:14
357:20 363:11
**reviewed (63)**
20:1 21:25 22:13
69:10 81:15 85:18
87:19 89:24 115:15
137:3,12 140:10
149:8 154:11,17
156:3 158:18
161:15,22 162:2,11
162:20 163:9,14
164:19 165:13
167:7 170:10
176:12 198:1
217:10 220:13
226:22 232:24
234:16,16 238:11
243:18 244:14
262:21 263:5
270:21 273:18
279:13 281:18
282:6 284:3 297:9
306:18,23 307:6,7
307:12,16 313:23
337:1 339:3 348:16
348:24 356:20
357:20,22 358:1
**reviewing (24)**
27:24 28:6,14 30:2,11
34:7,15,25 81:18
119:21 120:16
121:23 147:4
160:21 161:4,11,12
161:21 227:5
238:25 239:11
305:22 306:11
344:1
**reviews (7)**
20:22 170:7,9 176:11
266:10 278:2
279:17
**revised (1)**

288:4
**revision (1)**
328:4
**revisions (4)**
287:4 289:7 291:7
328:11
**revisited (1)**
26:20
**reworded (1)**
271:13
**right (70)**
26:2 28:18 39:4 40:23
42:13 44:21 47:7
48:6 49:7 68:25
72:23 82:21 83:19
84:10 87:6 91:10
94:2,20,22 105:4
107:7,20,22 117:3
118:11,12 121:2
125:2,8 126:12
127:2 138:15 141:7
148:11,21 149:4
152:4 159:7,9 161:9
163:10 168:2
169:25 176:12
177:16 181:4,24
182:10 189:2 196:1
204:4 206:21
209:11 212:17
214:7 225:18,21,25
226:3 254:12 257:5
287:11 300:19
311:9 325:7 326:23
328:18,22 329:23
356:25
**rights (2)**
70:18 138:7
**ring (1)**
120:10
**rise (1)**
72:22
**Risk (2)**
193:2,16
**Robert (7)**
215:5 216:10 222:6
223:19 363:22
364:8,12
**Robin (2)**
13:4 362:5
**ROC (2)**
137:8,15
**rodent (4)**
16:21 17:7 169:13
363:13
**role (4)**
29:6 39:8 59:7 133:2

**Ron (2)**
129:23 130:2
**Ronald (1)**
130:1
**Ross (4)**
11:10 13:9 181:24
362:8
**Rossi (2)**
223:19 364:12
**roughly (3)**
108:17 145:15,15
**Roundup (20)**
1:3 4:12 77:19,21
110:2,6,19 111:7,12
111:24 112:4,18
113:3,10,20,21
114:5,11,18 116:15
**routinely (4)**
60:12 61:7 90:20 91:4
**RPR (2)**
1:23 360:23
**rule (1)**
258:3
**rules (13)**
8:13,14 49:12 130:19
131:1 132:17
134:11,11 149:14
149:19 175:1
189:10 245:4
**run (10)**
16:10 76:24 90:21
93:18,22,22 94:19
98:10,13 127:9
**running (1)**
150:17
**Rusyn (16)**
171:21 175:19,25
176:8,10 177:2,13
179:1,20 180:11,13
180:20 181:10
182:19 183:8
363:15
**Rusyn's (1)**
181:19

_____
**S**
**S (10)**
3:1 5:17,17 8:9 197:1
197:1,1,3,3 361:18
**S9 (2)**
92:20,23
**Safety (1)**
80:3
**Saint (1)**
16:5
**Salmonella (6)**

88:12,13,16,20 92:15
96:13
**San (1)**
65:6
**sat (1)**
130:23
**satisfied (2)**
63:23 130:24
**saw (4)**
248:14 288:2 328:9
334:7
**saying (18)**
58:2,4 60:25 113:15
113:17,18 164:4
174:3 179:21 190:6
206:5 209:10
228:11 318:23
319:8 320:2 322:2
349:4
**says (51)**
39:15 74:12 108:15
109:12,20 110:4
112:1 113:5 115:21
115:25 116:19
119:20 174:15,24
177:16 178:8,15
179:19 181:5
183:11 212:14
213:2,4 215:25
218:5 220:11 226:6
228:11,17 231:8,18
236:10,18 237:1
238:16 244:9 249:7
250:7,14,16 251:16
252:12 261:14
264:9 320:25
334:12 339:3 340:5
340:22,24 346:10
**scenario (1)**
324:10
**scheme (1)**
73:25
**science (3)**
16:4 43:2 161:15
**Sciences (5)**
16:25 17:10 123:20
124:4,9
**scientific (11)**
11:15 22:5 125:7,21
161:14 183:23
184:13 205:6
256:19 353:1,12
**scientists (11)**
20:24 22:6,10 93:8
122:18 125:12
134:16 139:7

278:12 279:18
285:3
**scope (50)**
14:16,24 15:4 22:21
24:14 25:3,19 28:16
34:12 35:14,24
38:11 41:13 43:12
43:22 44:9,15,25
45:10 46:6,15 53:6
65:4,10,25 66:1,17
78:17 80:13 82:22
83:1,11 98:12
107:16 135:20
138:1 174:22 204:7
204:20 257:1
295:13 300:23
301:16 329:12,18
346:21 347:24
352:8 353:4,18
**SDT (15)**
67:15,25 68:1 71:7,7
71:10 84:18,18
86:18 362:16,16,19
362:20,23,23
**search (20)**
20:6,14 77:5,18,20,24
78:20 79:7,9,12,15
79:20,24 80:16
146:21,24 148:2
149:3,7 150:7
**searched (2)**
77:7 78:18
**searches (5)**
76:24 78:25 79:4 80:2
80:7
**second (51)**
21:14 26:13,18 96:9
96:11 106:14
111:17 174:8 178:1
178:5 215:15 224:3
227:8 233:12
236:23 242:13
246:14,21 248:4
249:9,24 260:15,15
261:4 264:5 270:3
271:16 273:17
274:4 275:5,18,19
275:22 277:15
281:19 282:6
302:14 311:14
313:3,9 316:8 328:3
333:19 337:24
339:14,18 342:7,16
343:3 345:4,18
**Secretary (2)**
17:20 22:17

**section (37)**
147:8,13,17 148:10
152:25 153:1,13
157:8 158:5 164:20
165:13 204:9 210:6
210:16 211:9,10
212:7,10 214:10
239:24 242:25
263:8 290:10 308:2
308:5,13,17 311:22
313:8 315:3,11,19
316:1 332:22 333:2
342:9 363:18
**sections (8)**
143:9,10 148:15,19
208:13 238:14
288:12 334:13
**secure (1)**
154:2
**see (82)**
18:23 19:9 20:7 21:3
37:21 76:16 89:9
90:21 92:2 93:22
94:19 95:21 98:18
99:25 100:21 101:3
101:24 102:20,22
105:22 112:8,19
113:10 120:2
122:19 125:16
126:9 129:24 130:2
143:6 173:21
178:25 179:13,18
182:17 190:1,5
220:19,20 221:16
221:18,22 233:23
240:11 242:21
244:8,9 252:16,17
258:24 259:10,25
270:7,10 272:17
274:1,18 282:3,14
297:3 304:14
307:12 308:5,10,13
310:24 311:1,16,24
312:6 314:5 315:13
318:14 319:11,22
320:5,24 321:6,11
326:21 328:6
345:23
**seeing (1)**
253:17
**seeking (1)**
15:1
**seen (7)**
240:24 287:21 309:14
312:10 314:11
318:4 330:10

**select (2)**
127:1 139:7
**selected (1)**
127:16
**selection (1)**
334:14
**self-nominate (1)**
123:6
**self-nominated (1)**
122:25
**self-nominations (1)**
121:1
**send (6)**
60:5,6,18 149:23
176:23 178:9
**sends (7)**
119:20 124:4 176:25
180:13,20 182:19
182:21
**senior (1)**
16:20
**sense (7)**
22:20 25:15 26:12
66:12 166:7 215:14
281:5
**sensitive (1)**
4:5
**sent (7)**
22:16 174:11 175:25
199:4,9,10 326:3
**sentence (22)**
92:12 105:22 112:1,7
112:14 113:5,14,16
114:3 183:12 240:3
249:9,24 250:13
261:8 275:12
281:19 308:10
315:22 316:14
321:13 346:3
**sentences (4)**
320:25 328:14,15,19
**separate (3)**
9:20 94:6 116:13
**separately (4)**
110:5,18 111:5,11
**separating (1)**
148:20
**September (3)**
9:13,14 221:22
**Ser (1)**
198:11
**Seralini (1)**
164:23
**Sergi (2)**
198:12,19
**series (5)**

20:22 74:17 94:6
152:23 276:11
**serve (12)**
9:25 55:9,14 121:7
122:25 127:13
129:11,14 131:4,5
133:5 140:4
**served (16)**
8:13,17 11:3 67:6
73:23 117:11 120:6
122:23 129:22
131:12 133:15,22
134:5 137:1 207:20
207:21
**serves (1)**
288:11
**Service (1)**
17:18
**Services (2)**
17:21 22:17
**serving (11)**
41:1 119:11 120:7
122:8 125:18
127:10,11 129:18
130:7,19 156:25
**session (21)**
200:4,19,20 201:4,7
202:2,8,25 203:3,25
204:6 205:20
206:23 207:25
208:9,10 209:13
286:11 291:21
340:16 350:17
**sessions (8)**
11:23 201:12,16
203:10 204:4
205:25 208:19
209:22
**set (21)**
18:19 74:2,4,5,22
165:7 208:19 226:8
236:11 243:11
244:4,22 245:15
251:24 263:23
283:21 299:1,17
313:3 360:12,20
**sets (1)**
334:6
**setting (3)**
93:19 95:15 104:10
**seven (7)**
14:6 118:1,9 119:3
183:6 341:7,18
**seven-hour (1)**
14:14
**Seven-page (4)**

7:6 171:19 361:12
363:15
**seventh (1)**
226:2
**sex (1)**
249:13
**share (1)**
168:25
**Sharon (4)**
3:14,16 5:11 81:6
**short (3)**
64:14 75:14 286:1
**show (9)**
102:7 103:14 169:4
171:10 190:18
210:8 229:14,22
290:2
**showed (4)**
96:14 104:15 305:3
326:8
**showing (1)**
305:9
**shown (6)**
20:9 188:8 191:23
305:14,14,17
**shows (3)**
103:12 166:3 230:4
**sic (7)**
37:25 174:3 177:24
215:12 243:1
252:25 299:15
**side (1)**
295:16
**sign (2)**
341:19,21
**signature (1)**
340:25
**signatures (2)**
216:2 341:25
**signed (6)**
334:4 339:21 341:8
342:17 343:4 345:6
**significance (9)**
244:23 246:1,9 250:2
251:3 308:25 309:3
309:11,25
**significant (24)**
242:20 243:13 244:7
245:6,12,16 249:11
252:13,24 253:1,19
260:25 265:4
267:17 269:20
270:23 271:19
274:6 275:8 308:21
308:22 309:1,13
318:9

**signs (1)**
251:14
**similar (18)**
21:7 28:19 66:12
111:23 113:2 122:5
150:2 226:4 230:12
230:20 231:11
308:12 309:17,22
310:6,6,9 317:24
**simply (1)**
328:25
**single (1)**
163:24
**sir (2)**
36:20 42:10
**sit (3)**
15:13 38:12 124:13
**site (12)**
120:14 146:14 147:20
148:1,13 149:20,22
153:15 187:9 259:2
330:6,6
**sites (3)**
258:24 281:25 282:11
**sitting (8)**
155:8 169:25 192:9
245:23 246:12
255:3,25 256:19
**situ (1)**
102:24
**situation (2)**
60:3 100:3
**six (9)**
12:15 14:5 76:22
117:25 118:9 119:3
183:2 341:7,18
**sixth (1)**
261:4
**skipping (1)**
110:11
**slides (21)**
28:14 30:2 232:16
233:14 234:2,4,5,16
235:3,4,11 334:8,15
335:16,17,19 336:7
336:10,23 337:1
339:3
**small (1)**
318:5
**smear (1)**
89:9
**smoother (1)**
66:24
**solely (3)**
199:20 209:14 279:10
**somebody (6)**

120:19 127:12 128:3
128:7 200:11
335:15
**soon (1)**
147:2
**Sorahan (4)**
11:22 204:9 327:9,13
**sorry (78)**
12:6,21 13:13 22:19
25:7 49:1 67:22
71:18,23 73:14
76:19 79:21 81:12
81:22 87:16 92:11
92:23 96:10 98:23
105:11,21 106:12
106:18 109:24
116:23 126:17
131:9 132:14 133:8
133:9 138:16,18
141:17,20 149:18
151:4 166:19
172:24 179:9
190:21 198:4
201:22 212:3 216:6
219:4,12 221:9
227:21 233:11
237:14 238:18
239:23 249:3,5
254:19,20 260:8,12
260:17 265:16
288:20 291:4
292:10 294:2,9
307:22 310:13
311:10 318:20
320:10 337:18
342:5,24 344:14,17
348:21 349:24
352:20
**sort (7)**
62:3 120:10 125:20
126:23 145:13
164:13 201:15
**sorts (1)**
356:24
**sounds (2)**
118:12 239:4
**soup (1)**
161:7
**source (3)**
246:25 248:8 356:4
**sparked (1)**
297:2
**speak (7)**
12:4 99:17 126:25
128:11 130:22
202:19,20

speaking (3)
144:24 204:17 294:17
special (1)
118:15
specialist (2)
4:22 209:21
species (1)
346:9
specific (22)
7:13 39:13 45:14 54:3
60:24 66:15 76:25
76:25 100:21 101:3
101:13,17 102:8
103:13 104:13
144:25 147:13
187:11 202:18
253:23 309:7 310:1
specifically (8)
30:21 81:17 203:16
279:6 300:2 301:22
305:15 350:13
specifics (1)
333:13
speculate (4)
177:7 198:17 273:14
273:15
speculation (23)
176:14 177:19 179:6
182:16 184:3 193:5
194:23 235:19
265:15 266:14
268:1,4,12 279:23
289:12 291:23
293:11 304:12,22
318:17 323:25
342:22 358:12
spent (1)
206:12
spin (1)
122:20
split (1)
139:1
spoken (1)
83:21
sponsored (1)
161:5
Sprague-Dawley (4)
91:16,23 92:19 93:1
ss (1)
360:3
stack (1)
151:6
staff (20)
19:16 22:13 31:10,13
119:19 173:9
189:18 209:14

253:13 287:19
288:23 289:6,18,19
290:2 291:6,18
292:5 293:3 317:25
stamp (8)
67:25 71:6 84:17
210:17 362:16,19
362:23 363:19
stamped (3)
67:15 71:10 86:16
stand (4)
92:21 97:15 271:22
354:15
standard (4)
88:24 89:13 90:14
218:10
standing (7)
28:21,24 29:12,19
205:9,14,16
standpoint (2)
27:18 299:25
stands (2)
111:3 353:9
start (20)
4:1 16:2 23:9,13 45:8
84:4 98:14,16
102:16 118:6
141:19 144:1
167:21 172:16
201:6,8,14 208:9
221:20 302:13
started (10)
76:23 124:6,9,20
141:3,6 146:9 147:3
188:21 348:3
starting (5)
5:4 212:6,8 264:5
268:24
starts (7)
105:23 173:4 186:23
311:14,15 315:7,13
state (20)
2:16 5:3 11:14 131:11
165:9 195:3 202:22
206:2 225:23,25
244:1,6 245:24
256:15 308:20
321:8 327:19 342:9
360:2,9
stated (23)
11:5 41:16 42:3 46:13
52:19 74:23,25
96:16,22 163:2
176:16 179:25
191:20 205:4 206:4
239:8 240:9 269:5,8

282:22 321:9 343:4
343:6
statement (30)
74:20 120:1 195:16
230:19 240:21
241:17 244:9 265:1
269:18 271:14,18
271:25 272:25
273:4,7,10 274:10
275:18,23 276:3,6,9
276:13,15 277:1,12
277:17 281:22
282:8 320:24
statements (24)
133:14 241:22 261:16
261:17,22 262:6,12
271:4,10,12 274:16
274:18,19 282:16
282:21 283:2,6,10
306:24 323:20
332:6,13 333:5,8
states (39)
1:1 4:13 8:19 12:13
18:7 19:18 24:24
74:9 96:12,18
106:25 163:18
180:24 193:7 219:7
219:15 230:11
233:12 238:6,9
239:9,15 240:2,12
242:12 249:10,14
249:21 250:23
251:8,10 252:5
261:9 274:4 308:11
311:24 334:23
342:14 345:7
stating (9)
13:17,18 62:4 224:20
243:12 319:21
326:20,25 341:21
statis (1)
310:11
statistical (26)
30:13,17,18,22
242:23 243:3,11
244:13,23 245:25
246:9 250:2 251:3
252:19,23 253:8
308:25 309:3,11,13
309:18,19,25 310:7
310:8,20
statistically (22)
242:20 243:13 244:7
245:6,11,16 249:10
252:12,24 253:1,19
265:3 267:16

269:20 270:23
271:19 274:5 275:8
308:21,22,25
310:12
statisticians (1)
31:2
step (2)
218:7 281:15
steps (2)
162:5 296:11
stimulation (1)
122:16
stomach (1)
27:14
stop (4)
37:9 195:23 311:4
316:8
Straif (1)
119:17
strain (1)
88:23
strains (1)
92:15
Street (1)
3:9
strength (3)
259:4 295:24 332:9
strike (13)
50:22 55:15 119:8
133:10 160:18
171:9 186:15
211:15 228:25
242:11 260:8
305:13 332:19
string (1)
178:15
strong (1)
303:5
strongest (1)
127:23
studied (6)
104:3 121:4 132:22
166:3 219:24
334:16
studies (132)
28:4 30:19 34:4,5,8
34:16,17 35:1,8
38:22 69:8,9 84:17
85:11 86:9 87:11,21
88:6,8 93:18 97:22
98:6,24 99:1,6,14
99:20 100:8,14
102:16 103:12,14
104:20 116:9
140:16,22,23,23
141:4,9,13,21,24

143:22 144:2 146:8
148:9 149:1 153:24
154:7,11,16 156:1
157:13,19 158:18
158:19,22 159:13
159:20,22 161:5
162:10,18,20 163:9
163:13 164:19,21
165:7,10,13,21
166:13,15 168:8,18
169:14 184:20
185:1,2 206:12
207:12 213:24
214:2,5 217:16
226:10 228:2
230:24 255:24
256:19 258:13,24
262:17,20 263:5,8
263:20,24 264:2,7
267:8,10 278:10
279:9 280:8,11,15
280:17,22,23,23
281:16,18 283:19
283:24,25 284:2,9
305:2 307:3 330:1
332:8 333:6 346:8
362:22 363:13
study (223)
27:14,22,25 28:2,5
30:9 31:6 35:2 39:8
88:13 89:10 93:16
93:17,24 94:23,25
95:14,19,20,23 96:2
97:6 98:3,4,20 99:4
100:4,5,15,16,17
101:19,25 102:2,7
102:17,21,23 103:2
103:6,7,11,12
104:10,11,12,13
105:3,14 108:16
156:5 158:13 159:2
159:11 160:3,7
161:6,10,21 164:21
165:23,25 167:2,8
167:14,18,19 168:1
170:14 190:12
195:10 212:19,21
213:10,13 216:20
216:21 217:3,11,19
218:10,19,24 219:7
219:18 224:14,18
225:9 226:5,15,19
226:24 227:14
229:10 231:11,22
232:2,14 233:5

234:8,10,17,17,19
234:21 236:24
237:3,4,7,8,9 238:4
238:20,20 239:1,13
240:2,7,19,25
241:21 242:14
245:7,18 246:1,14
246:17,24 248:4,9
248:16,17,18,24
249:17 250:3,15,25
251:4,10,18,18
252:5 253:3 254:3,3
254:10,18,20 255:1
255:5 256:1,22
257:10 258:2,14,16
258:18,21,25 259:1
259:3,8,9,10,15
260:2,12 261:11
264:11 265:12,19
266:12 267:14,14
267:21 268:9,19
269:1,12,17 270:21
272:2 273:2,17,23
273:25 274:4 275:6
275:20,22 277:15
278:14,14 279:19
281:21 282:6 300:9
300:11 301:6,8
303:6 310:24
313:21,24 320:6
321:4 324:5,6,8,8
335:9 336:15,16,18
337:8,9,12 338:23
342:19 343:6,7
350:18
**studying (1)**
175:16
**stuff (3)**
74:19 115:5 149:22
**sub-chronic (5)**
101:25 236:23 237:2
237:7,9
**subgroup (70)**
11:9,11 12:1 29:7
35:17 38:14,23 39:9
42:18,20 77:10
134:2,6 139:8,13,16
139:22 140:4,15,17
144:7,14,19 179:23
180:1,1 182:9,11,13
186:24,25 187:22
197:18,22,25
199:20,22 200:15
200:21 202:9,13,14
202:15,16 203:13
205:11 206:15,17

206:22 207:14
209:1,15,25 233:3
252:21 253:8
264:11 270:20
287:9 289:14,17,20
289:23 297:19
301:22 302:9
306:22 332:21
337:8 349:18
**subgroup's (6)**
11:17,20 29:4 203:4
205:7 211:19
**subgroups (9)**
124:12 138:21 201:1
201:5,17,24 207:22
210:1 291:14
**subject (2)**
40:10 78:2
**submission (6)**
35:8 45:19 187:7
189:10 194:22
206:13
**submit (9)**
8:22 17:21 19:5 35:7
119:25 120:18
129:11 187:12,13
**submitted (18)**
18:1 19:7 20:10 62:2
74:15 154:8 159:13
168:9,19 184:20
185:2 188:1,3 214:2
267:11 269:2
292:16 307:3
**subpoena (49)**
9:11,25 15:5 55:17,22
57:24 58:14,24 59:8
59:18,23 60:4 61:16
61:25 62:19 63:5,16
64:2,4,9 67:5,11
68:4,23 69:7 70:4
70:11,12,24 72:19
74:4 75:7 76:8,8,13
77:2,4 78:6,7,15,15
78:18 80:8,13,17
84:6 151:11 152:1
362:13
**subpoenaed (1)**
69:7
**subpoenas (1)**
61:22
**Subscribed (2)**
359:8 365:22
**subsequent (7)**
14:21 63:24 78:5 96:7
286:20 287:2,18
**subsequently (3)**

17:24 131:5 134:17
**substance (9)**
20:8 27:6 28:12
148:10 166:3
175:16 298:12,16
352:3
**substances (14)**
34:3 131:6 132:21
134:24 135:9 136:6
136:13,18 137:1,3
137:17 266:10
351:8,10
**substantive (1)**
201:25
**subsumed (1)**
159:16
**sudden (1)**
276:14
**sufficient (12)**
8:23 21:5 207:7,18
283:18,24 284:10
302:22,25 303:9,16
303:24
**sufficiently (1)**
201:17
**suggest (2)**
258:17 259:24
**suggested (1)**
225:20
**suggesting (1)**
172:11
**suggestions (2)**
144:21 208:23
**summaries (1)**
184:19
**summarize (1)**
161:23
**summarized (1)**
190:2
**summary (3)**
154:12 279:11 280:2
**Sunday (1)**
209:8
**supplement (5)**
146:24 170:12 186:9
191:2,16
**supplemental (5)**
185:17,25 186:14,17
192:2
**support (6)**
123:20,22 222:13
283:23 284:10
329:8
**supported (1)**
280:13
**supporter (1)**

124:2
**supporting (2)**
21:9 303:10
**supportive (1)**
303:24
**suppose (2)**
131:3 233:15
**supposed (5)**
17:23 127:9 230:15
257:2 323:22
**sure (34)**
12:12 14:25 17:15
27:6 28:3 29:11
48:10 52:4 64:17
67:2 75:19 88:18
93:13 96:7 133:18
146:25 151:10
155:2,7,14,22
166:20 204:14
273:8 276:22 281:2
296:14 297:21
300:8 316:3 322:22
330:22 343:2 350:1
**surfactant (1)**
79:10
**surrounding (1)**
318:7
**survival (29)**
225:24 226:1,3,7,16
226:23 227:13,17
228:1,5,22,24 229:1
229:10,15,24 230:4
230:5,11,20,23
231:3,10,13 308:11
308:20 309:21
310:18,21
**survivals (1)**
310:6
**survived (1)**
230:8
**surviving (1)**
310:10
**swear (1)**
5:5
**switch (3)**
293:17 331:16,18
**switching (1)**
40:17
**sworn (5)**
5:18 197:4 359:8
360:13 365:22
**Syrian (6)**
91:16,24 92:3,19,22
93:1
**system (4)**
76:25 79:1,5 88:21

**systemic (8)**
107:5,8,22,25 108:3
108:17 109:5,16

------

**T**

**T (3)**
197:1 360:1,1
**TA100 (1)**
92:16
**TA1535 (1)**
92:16
**TA97 (1)**
92:16
**TA98 (1)**
92:16
**table (18)**
108:15 187:4 225:1
227:9,12,16,23
228:15,17 229:14
229:21 231:8,18
314:5,8,10 317:5
330:10
**Table~3 (2)**
107:9,19
**tables (22)**
158:25 159:12 170:13
185:17,17,25 186:8
186:14,17 190:9,13
190:17,18 191:1,15
192:2,6,10 238:12
259:20,25 307:6
**tagged (1)**
18:12
**take (43)**
9:16,17 13:19 42:5
45:3 62:20 64:14,15
72:23 75:13 95:22
100:4 122:8 140:20
148:5 150:16 162:5
163:25 172:2,13
189:18 210:24,25
218:7 222:1 223:11
237:12 253:15
254:6 258:2 274:15
274:17,21 275:11
278:18 280:5,25
281:3,15 286:1
296:11 330:20
354:12
**taken (45)**
22:12,13 40:11 41:20
42:1 64:21 71:17,19
75:22 84:14 136:17
150:24 200:23
208:24 222:5
223:15 236:8

237:18 241:1,13
242:7 247:20
261:17 263:14
270:15 276:13,15
278:6 279:15
281:10 286:6 288:1
293:20 322:3,6,16
323:3,21 328:20,20
328:21 331:6,22
333:10 355:3
**takes (1)**
209:1
**talk (16)**
15:14 33:18 35:18
50:10,13 51:8 52:20
54:7 58:17 59:3
164:16 165:17
182:2 194:4 324:12
324:15
**talked (11)**
50:5 51:16,19 75:9
120:6 156:11
236:19 280:18,22
292:24 293:8
**talking (25)**
15:11 50:1 57:15
73:16 84:5 97:3
98:4 105:14 107:20
110:22 114:14
118:25 152:6 162:6
202:17 211:3
213:13 229:7,9
235:24 254:21
263:19 324:6,21
327:1
**talks (2)**
236:14 262:16
**tape (4)**
149:21 150:17 237:14
322:11
**target (2)**
103:13 104:13
**task (1)**
152:7
**Taylor (6)**
215:5 216:10 223:19
363:22 364:8,12
**TCVP (3)**
138:13 143:19 145:25
**technical (7)**
28:11 55:3 84:16
85:11 167:23 357:9
362:22
**technically (1)**
236:20
**tecum (3)**

67:6,11 362:13
**telephonically (1)**
5:25
**tell (10)**
37:12 62:25 63:10
72:2,13 102:21
182:22 202:12
248:22 307:15
**telling (2)**
63:8 314:9
**tells (1)**
298:15
**ten (7)**
118:5,8,11,22 119:5
122:24 123:2
**Ten-page (4)**
13:1 216:8 362:4
364:7
**tenure (1)**
20:21
**term (5)**
79:9,12,15 309:4,5
**terms (4)**
45:5 318:11,13 357:9
**test (22)**
87:22 88:25 89:4,14
90:13,14,18,20 95:2
96:24 99:11,12,12
99:18 100:1 104:1,2
107:24 109:17
113:12 116:12,13
**tested (7)**
92:16 93:5 98:4 99:1
100:22 101:5 113:9
**testified (14)**
5:19 23:25 46:22
115:15 160:14
180:5 190:24
191:12 197:5
301:17 330:9
347:14 348:15
349:16
**testify (4)**
11:15 52:20 93:14
205:5
**testifying (7)**
47:22,23 48:3,19
50:21 136:5 343:25
**testimony (34)**
45:20 50:4 129:9
182:3 192:4 195:21
195:24 206:1
254:14 260:4
266:21 277:21
292:1,9 295:14
297:11 330:17

332:3,18 333:4
343:15,24 347:23
348:20 349:3,21,23
350:11,25 351:6,18
351:24 352:11
360:14
**testing (6)**
91:14,21 92:25 113:6
114:17 310:25
**tests (15)**
87:12 93:7 94:6,7,10
94:11,12 95:9 96:14
96:25 100:9,9 104:1
104:14 116:10
**Texas (1)**
183:6
**text (1)**
78:1
**Thank (21)**
6:6 8:6 9:2 48:17
59:12 67:20 75:25
76:6 86:21 101:6
116:7 117:2 126:8
195:22 216:7
247:17 260:20
268:6 269:4 353:25
357:12
**they'd (1)**
127:25
**thing (7)**
6:8 24:12 157:23
159:1 187:25
271:23 297:8
**things (10)**
23:8 66:9,23 127:8
164:15 179:22
200:23 203:1
226:14 353:17
**think (95)**
10:8 17:18,25 19:10
23:1,3,11,19,21
24:12 29:16 41:23
43:23 44:3,6,8,8
59:6 62:2,23,24
66:4 68:12,17,24
69:25 85:16 86:11
89:17 104:19
110:10 112:16
114:22 115:1
118:19 126:10
127:3,6 133:21
135:14,18 142:22
150:1 152:25
153:10 155:4,5,17
156:20 160:13
164:20 165:2

166:13 183:5
186:11 193:20
195:13 197:19
198:15,23 203:9,15
207:5,8,13 210:4
214:6 220:23
225:13,13 234:6
256:16 269:5 270:8
278:6,17 286:17
288:19,19 294:5
295:21 309:10
323:5 325:7,17
330:9,19 336:6
340:22 344:10
353:17 354:5,7
355:10,13
**thinks (1)**
221:4
**third (7)**
4:24 41:21 42:25
192:24 203:10
250:13 336:21
**third-party (5)**
44:13 45:18 58:14,24
59:18
**Thirty (1)**
266:7
**thorough (1)**
20:13
**thought (15)**
12:7 15:10,12 38:3
62:21,22 63:22
126:21 191:20,23
192:19,23 199:14
312:19 325:19
**three (33)**
52:5 71:22 117:25
118:8 119:2 136:21
143:23 145:4,15,16
145:23 164:22
166:13,22 200:17
206:16 216:17
217:1 222:3 227:18
231:22 268:22
313:14,18 314:24
316:10 321:22
325:6,11 341:6,17
344:10 345:2
**three-minute (1)**
330:20
**three-month (3)**
206:11 236:23 237:2
**Three-page (4)**
129:1 215:16 363:4
364:4
**Three-week (1)**

93:18
**throw (1)**
120:10
**thyroid (2)**
281:25 282:11
**till (2)**
142:5 307:22
**time (133)**
4:19 8:23 10:1 12:16
12:23 14:2,14 26:14
26:16 29:22 35:21
35:25 47:9 50:15
51:16 55:21 60:3
61:21 62:6,16 64:10
64:19,24 75:21,24
76:17 79:19 84:13
84:22 88:1 95:22
108:7 109:9 124:19
133:19 134:9
135:17 146:11
150:21 151:2 152:7
152:11 153:17
154:25 171:9 172:9
180:12 186:19
189:21 190:3,7
196:5 197:2,8
201:16 203:11,15
204:15 205:2
207:24 208:20
209:24 210:25
222:2 223:12,14,23
225:9 226:11
230:18 231:9 232:6
232:7,16 237:16,21
241:12 247:19,22
257:5 259:23,24
260:5 263:13,16
270:14,17 274:24
275:2 281:9,12
286:5,8,18 287:3,8
287:8,15,19 291:20
293:19,22 294:3
305:21 306:3,11,21
322:14,19 324:12
324:17 325:2
330:25 331:5,8,24
336:21 337:16,20
343:16,21 344:1
346:17 348:5
353:16 355:2
358:17 359:3,5
**timely (1)**
189:10
**times (7)**
19:4 257:22 268:23

344:5,7,21 345:2
**tissue (11)**
28:14 30:2 31:3,4
235:11 238:14
249:23 281:25
282:10 318:4,7
**tissues (4)**
100:18 218:10,14
232:17
**TMI (2)**
21:23 311:5
**today (31)**
4:19 14:15 29:2 38:12
39:7 42:17,19 53:3
53:7 59:9 70:17
73:11 82:4 85:5
155:8 192:9 206:1
208:1 245:23
246:12 255:3,10,25
256:20 257:3 292:1
293:8 297:10,15
319:20 328:3
**today's (2)**
6:16 84:25
**told (6)**
35:15 48:11,13,19
56:17 138:2
**tolerated (1)**
311:1
**toluidine (2)**
130:10,14
**top (13)**
97:19 99:25 174:10
176:9 177:12 178:7
178:25 179:10,11
219:13 328:7
345:12,17
**total (5)**
12:15 14:6 18:21 97:9
97:23
**touch (1)**
294:22
**tox (1)**
303:11
**toxicity (24)**
84:16 85:11 87:18
90:6 91:3 94:6,11
96:1,24,25 100:21
101:4,14,18 102:8
103:11,12,13
104:13,14 236:23
237:1,3 362:22
**Toxicological (2)**
247:9 364:15
**toxicologist (6)**
30:7 31:21 89:6 90:20

99:19 128:4
**toxicology (31)**
16:24 17:5 21:16,19
23:4 29:7,9 34:4,8
34:16,17 35:1,2,7,8
85:14 87:10 91:13
92:5,13 134:2,6
138:22 139:17
141:23 145:4 146:8
153:13 170:7,9
176:12
**track (1)**
288:11
**training (1)**
16:13
**transcripts (2)**
81:15,19
**transferred (1)**
16:23
**travel (1)**
125:1
**treated (8)**
30:9 228:6,7,8 229:7
231:4 310:11,15
**treatment (7)**
113:19 226:17,24
227:13,19 228:3
233:15
**trend (12)**
242:20 243:5,13
244:7,14 265:4
267:17 269:21
270:24 271:20
274:6 275:9
**Triangle (1)**
17:1
**trouble (3)**
12:5 105:20 148:19
**true (3)**
42:14 101:22 360:14
**truly (1)**
21:11
**trust (1)**
354:18
**truth (1)**
194:24
**try (3)**
76:4 150:13 352:16
**trying (13)**
23:7 25:15 60:4 61:24
76:2 98:8 103:4
106:12 161:2
168:14 177:22
272:21 278:9
**TSG (2)**
4:23 5:1

**tube (1)**
342:19
**tubular (9)**
233:16,19,20 239:12
314:10,15,18,21
342:12
**tubular-cell (3)**
240:6 314:6 321:4
**tubule (2)**
242:16 243:14
**tumor (38)**
30:11,14 31:5 158:25
169:12 190:13
238:25 242:14
254:17 258:24
259:2,7,15,15 261:9
313:18 316:9,23
317:1 318:3,14
319:11,22 320:5
326:8,21 335:24
336:16,17,17 337:9
338:21,22 342:8,8
342:18 343:7
363:12
**tumors (69)**
30:8 207:16,17 218:4
218:21 219:8,16
220:2,4,8,15 221:17
224:13,17 225:8,17
226:11 227:18
231:20,22 232:2
233:16,19 235:11
240:24 241:21
245:6,17 249:12
254:17,25 255:5
256:1,21 257:11
258:15,19 259:11
260:2 261:11
264:13 265:5
271:20 274:7 275:9
280:9 281:23 282:9
311:24 312:4,10
313:10,14,17,18
315:17 316:6,16
317:16 321:20,21
324:7 325:5 334:15
335:8,9,12 337:11
343:5
**turn (11)**
4:8 15:15 214:23
262:17 279:25
307:18,21 308:1
311:6 314:1,3
**turning (3)**
138:8 197:17 259:9
**turns (1)**

177:1
**TVCP (1)**
138:16
**twice (2)**
210:6 336:20
**two (43)**
7:16 52:5 81:4 103:6
117:25 118:8 119:2
123:4 141:5,11,14
142:22 143:14
145:7 156:21,24
164:20 166:25
182:23 188:8
197:21 199:2
206:11,14 261:15
261:17 263:8,24
264:7 280:22,23
281:16 283:25
284:2 309:24
314:20 320:25
340:3,6 341:6,17,20
346:8
**Two-page (2)**
71:4 362:18
**two-year (14)**
93:23 97:22 100:16
101:9,15,19 102:2,9
102:23 103:7,16
104:5,11,16
**twofold (1)**
42:11
**type (11)**
23:8 44:18 65:13 81:5
91:2 100:1 118:25
123:22 150:8
157:22 159:1
**types (4)**
97:21 98:6 99:14
100:13
**typhimurium (4)**
88:13,16 92:15 96:13
**typically (1)**
98:2

_____ U _____
**U.S (5)**
18:12 24:4 86:3
167:12 319:19
**Uh-huh (32)**
19:14 69:12,17 89:7
105:25 106:15
107:23 108:11
119:6,14 126:14
127:20 146:5 153:9
164:24 165:1,6
166:24 168:16,23

198:21 211:7
233:24 246:23
263:22 270:5
311:17,23 315:2
320:23 326:19
339:19
**ultimate (3)**
28:11 280:13 338:19
**ultimately (6)**
18:11,15 22:14
283:16 288:13
300:10
**Umm (1)**
269:24
**unable (2)**
340:8,24
**unanimous (2)**
304:3,15
**unanimously (3)**
239:10 240:5 321:2
**unchanged (3)**
107:10 108:4,18
**unclear (1)**
190:16
**uncomfortable (2)**
41:16 43:20
**underlying (10)**
158:22 159:11 166:15
167:2 185:1 190:12
213:24 269:12
279:19 356:24
**understand (43)**
6:2 23:19 25:25 34:13
37:23 38:16 41:18
42:12 61:13 66:13
66:18 68:18 70:5
74:18,18 75:6 83:6
102:3 103:8 124:25
138:20 144:25
147:5 157:7 162:9
190:20 199:16
204:21,25 208:6
213:9 222:22 232:6
232:7,8 233:25
267:3 272:20
276:23 278:9
292:23 349:25
357:9
**understanding (41)**
35:13,24 38:5 47:18
47:22 50:12 63:4,15
69:1 115:21 156:13
158:12 185:20
188:2 189:17
216:16 220:12
255:4 256:20 266:9

266:21 267:6
286:19 298:3 302:2
303:14 306:5 324:7
324:10 325:2
326:10 335:5,21
336:14 337:6
343:16 344:8,22
345:1 346:12,15
**understood (2)**
164:10 208:3
**unfair (2)**
110:14 177:8
**unfamiliar (1)**
127:13
**Unfortunately (2)**
10:16 102:24
**United (5)**
1:1 4:13 18:7 19:18
24:24
**University (4)**
2:12 4:18 16:8 183:6
**unpublished (2)**
154:10 356:23
**untreated (1)**
229:8
**update (1)**
200:22
**updated (1)**
350:18
**Upwards (1)**
218:14
**urine (5)**
107:11 108:5,19,25
109:7
**use (10)**
12:18 89:9 99:6
163:15 186:13
296:8 299:8,23
327:21 328:24
**usual (2)**
105:17,23
**usually (13)**
61:8,11 95:15 119:15
127:16 200:13,21
201:2 202:20
208:18,21 287:8
310:24

---

**V**

**valid (2)**
26:4 42:8
**value (1)**
252:14
**variety (1)**
83:9
**various (17)**

61:23 72:4 86:25
100:18 117:12
121:7 143:8 175:13
208:13 211:4
222:15 226:24
289:14 292:1
328:14 333:10
334:8
**vehicle (1)**
27:11
**veracity (1)**
194:24
**verbally (1)**
126:15
**verification (1)**
292:14
**version (6)**
174:13,19,25 261:20
289:8,10
**versions (2)**
142:22 328:1
**versus (6)**
30:8 65:5 161:21
212:12 310:7,8
**veterinary (2)**
232:14,15
**video (50)**
4:2,22 64:19,20,23,23
75:21,24 84:13,22
150:21,22 151:1,1
196:5 197:8 223:14
223:23 237:16,17
237:20,20 241:12
241:15 247:19,22
263:13,16 270:14
270:17 274:24
275:2 281:9,12
286:5,8 293:19,22
322:14,15,18,18
331:5,8,21,24
354:22 355:2,5
359:2
**videographer (44)**
3:20 4:1 64:18,22
75:17,20,23 84:12
84:21 150:20,25
196:4 197:7 204:15
223:13,22 237:15
237:19 241:11,14
247:18,21 263:12
263:15 270:13,16
274:23 275:1 281:8
281:11 286:4,7
293:18,21 322:13
322:17 331:4,7,20
331:23 354:21

355:1,4 358:25
**videotaped (4)**
1:11 2:10 4:2 359:1
**view (3)**
88:11 183:15 342:15
**viewing (1)**
305:21
**viewpoint (1)**
233:21
**Vince (2)**
13:2 362:4
**violation (2)**
52:24,25
**visibly (1)**
304:14
**vitae (7)**
7:15,19 15:16 18:24
35:19 36:5 361:15
**Vol (4)**
142:15 210:15 363:6
363:18
**volume (15)**
60:24 80:25 118:6
119:22 134:4
142:20 147:18
152:23 173:11
187:8,12 290:15,18
358:6 364:18
**voluntarily (2)**
8:24 10:3
**volunteered (1)**
296:22
**vote (3)**
124:17 304:14,16
**voted (2)**
304:25 305:7
**voting (2)**
130:3 305:8

---

**W**

**W (9)**
1:11 2:11 4:3 5:17
197:3 359:1,7
360:11 361:3
**Wagstaff (6)**
3:2,19 5:15,24 13:4
362:5
**wait (38)**
10:4 24:10 31:16 41:6
44:1 57:17 58:4
92:7 98:21 123:9
132:4 142:5 168:5
178:16 180:17
181:11 184:9 191:5
192:16 222:19
268:2 272:7 276:18

276:24 289:1,2
307:22 320:17
338:10 339:8
340:10 344:11,11
344:11 345:10
352:13,13,13
**waiting (1)**
62:1
**waive (1)**
8:25
**waived (3)**
56:19,21,24
**walked (1)**
293:1
**want (38)**
6:3 11:1 29:22 33:18
60:15 64:15 70:15
74:13 84:2 95:22
96:4 107:18 127:12
136:23 147:24
152:11 172:9,18
204:14 205:9
211:24 213:12
222:2 223:10
226:16 273:15
274:15 276:17,22
280:25 290:3 296:5
311:5 323:6 329:15
330:20 338:10,14
**wanted (9)**
50:10 61:3 124:12
164:6 281:20
297:21 332:2 336:7
336:23
**wants (4)**
33:10 36:12 220:24
298:21
**Washington (1)**
3:9
**wasn't (8)**
50:9 76:3 100:16
188:11 195:20
259:16 307:11
351:2
**watching (1)**
205:21
**water (3)**
27:13 112:20 113:7
**way (26)**
21:20 34:12 44:17
63:13 103:9 107:24
107:24 109:1
113:22 119:9
125:20 139:1
225:19 242:1 286:3
294:15,21 302:3

307:5,13 316:13
327:19 346:20
347:24 354:6
360:18
**we'll (22)**
14:9 39:3 47:9 54:13
65:15 72:22 78:12
80:15 138:6 146:3
153:6 163:6 171:16
182:2 194:4 213:11
215:1 247:13 258:9
262:17 352:16
358:23
**we're (69)**
10:12 12:25 38:12
40:25 41:1 45:5
53:8 64:20 65:17
75:20,23 84:10,12
84:21 98:4 105:16
150:17,22,25
157:21 163:21
164:16 174:5
181:23 196:3,4
197:7 199:21 223:2
223:13,22 229:9
231:19 237:11,12
237:13,17,19
241:11,14 247:18
247:21 250:12
254:21 257:19
263:12,15 270:13
270:16 274:14,23
275:1 281:8,11
286:4,7 293:18,21
322:15,17 324:6
331:4,7,20,23
354:21 355:1,4
359:3
**we've (19)**
23:1 45:11,13 54:15
54:17 56:20 115:3
185:17 197:13
204:11 207:20
212:8 255:11
279:13 280:17
283:25 284:3 354:7
354:7
**wear (2)**
295:8 296:13
**Web (11)**
120:14 146:14 147:20
148:1,13 149:20,22
153:15 187:9 330:6
330:6
**Wednesday (1)**
1:13

**week (11)**
125:3 140:13 141:11
141:14 157:22
199:19 201:23
211:20 286:11,20
288:3
**weeks (1)**
251:13
**well-demarcated (1)**
318:5
**went (14)**
16:19 20:20,21 21:13
76:14,14 98:8
124:19 153:14
177:23,24 285:17
285:18 348:9
**weren't (4)**
141:18 162:18 308:24
310:12
**West (1)**
3:3
**WHEREOF (1)**
360:20
**whispering (1)**
4:6
**wide (1)**
45:5
**wife (1)**
83:23
**William (6)**
215:6,18 216:11
363:22 364:5,8
**wish (1)**
365:2
**withdraw (2)**
326:14 329:24
**withdrawn (1)**
326:17
**withheld (2)**
74:21 75:2
**witness (118)**
3:14 5:6,18 9:8 23:5
26:14 37:25 38:3
40:5 41:9 49:2 51:2
51:11 52:14 54:5
65:3,9 66:20 68:7
68:11 74:7 81:12
82:13 83:2,15 85:1
87:5,15 88:1,4
106:7,17,18 108:8,9
109:11 115:2,14
123:15 130:8,9
131:20 132:14
133:6,12 135:15
136:6 143:3,11
149:18 150:18

155:21 163:5 168:7
172:16,21,25
174:23 176:5,15
177:9,21 179:7
197:4 198:8,16
211:1 212:25
216:13,14 219:11
219:14 221:13,25
222:4,17 229:18
236:2,25 241:8
243:25 247:11
248:21 249:2
257:24 258:4
260:21 261:1
262:24 264:20
269:25 270:2,6,9
281:6 301:17
311:11 317:9
320:16 322:20,23
325:8,17 331:18
334:11 335:3
337:21 339:11,23
342:23 344:17
347:24 357:13
360:11,15,20 361:2
365:1
**witnesses (4)**
44:14 45:18 131:5,6
**wonder (1)**
259:14
**Wool (5)**
3:5 5:23,23 54:22,22
**word (3)**
77:19 309:17 354:23
**worded (6)**
224:24 225:3,10,14
225:19 230:13
**wording (2)**
190:6 287:11
**words (3)**
256:8 309:6 323:14
**work (69)**
16:19 19:15 31:12
32:6,17 33:20 34:25
37:16 39:20,21 40:6
41:15 43:3,19 44:13
45:10 46:2 47:1
55:18 85:19 87:20
89:25 90:24 99:23
115:16,18 126:23
127:4 131:23,24
134:18,23,25 135:8
136:3,7,12,14,19
137:15,18,19,19
139:1 142:4,5
147:14 163:2,7

176:23 178:8
201:17,25 203:12
266:8 272:15
286:22 294:1,12,14
294:15,25 295:2
296:22 297:1,18
299:14 357:6,21
**worked (14)**
14:7 25:7 45:14 119:4
134:15 148:6
185:22 266:5 285:3
285:17 290:2,9
294:24 297:18
**workers (1)**
305:6
**working (230)**
60:7,9,20 61:1,23
69:11 85:19 87:20
89:25 90:9 117:12
118:2,10,14,21,23
119:4,11 120:7
121:6,7,11 122:7,9
122:22 124:21,24
124:24 125:14,19
125:19 126:2,5,7,20
128:14,17,19 129:5
129:12,14,18,21,21
129:23 130:4,20
131:4,7,12,16
132:19,22 133:3,16
133:23,25 134:7,10
134:16 137:1 138:8
138:9,9,25 139:4,21
140:5,9,9 141:23
142:11,19 143:15
143:21 144:15,16
145:2,16 146:20
147:11,19 153:14
156:9,19,24,25
157:13 160:24
163:23,24 164:3,8
164:14 165:14
170:24,24 171:5,11
173:15,16 175:2,13
175:20,23 180:6
185:23 186:6
190:11 191:14
193:25 195:11
197:19 198:6 199:6
199:17 200:3,19
201:8 202:3 204:2
205:22 207:22
208:23 209:2,21
216:19 219:25
220:6 232:1,8,9,11
232:12 233:5 234:7

234:15 236:1,6,11
236:15 238:1,10,24
239:7,18 240:22
241:19 243:24
244:11,19 252:9
253:16 254:4,8
259:23 261:16
262:3 271:6,18
272:12,13,13 278:1
278:18,22,23 279:3
279:8 282:18
284:19 285:4
286:10,21 287:2,20
288:1,2,16 289:9,23
290:6 291:8,20
292:6,15,18,20
296:22 298:21
299:1,6,15,20
301:11 302:5
303:19,21,22 304:7
304:17 305:20
317:6,9,11,12,17
319:17 323:8,15,22
324:1 326:11 329:3
330:14 335:6,7
336:14 337:6,7
343:17 349:19
350:4,16,23 357:21
358:4,6,15,18
**works (2)**
127:8 173:5
**World (5)**
79:5,7 154:17 155:13
247:1
**wouldn't (2)**
127:12 209:5
**write (3)**
37:1,2 122:1
**writing (4)**
28:10 36:10,21,24
**wrong (6)**
200:2 219:4 249:5
341:15 354:11,14
**wrote (2)**
231:9 340:1

**_____**
**X**
**_____**
**X------------------- (1)**
361:1

**_____**
**Y**
**_____**
**Yann (2)**
289:24 290:25
**yeah (41)**
25:13 80:23 87:7
88:16 92:9 96:16

106:16 118:3
123:13 126:12
128:19 130:12
137:12 138:17
145:18 147:9 148:7
149:20 160:11
168:7 170:3 179:15
181:22 188:15
189:7 198:22 213:1
213:2,16 216:6
219:15 240:17
294:17 298:19
307:24 308:7
320:12,14 339:11
346:10,16
**year (2)**
17:24 120:7
**years (15)**
118:5,8,11,22 119:5
122:24 123:2,5
125:14 126:2,24
160:13 266:6,7
294:24
**yesterday (3)**
9:19,25 151:12
**York (1)**
4:24

**_____**
**Z**
**_____**
**zero (15)**
213:4 312:20,24,25
313:9,16,16,17
314:16,16,18,19,19
314:23 321:21

**_____**
**0**
**_____**
**0 (3)**
242:17 243:8 342:12
**0.001 (1)**
252:15
**0.5 (1)**
112:21
**0000009 (2)**
71:7 362:20
**000008 (3)**
71:7,11 362:19
**0001 (1)**
252:25
**001 (1)**
312:5
**001124 (3)**
84:18 86:18 362:23
**001181 (2)**
84:19 362:23
**001693 (3)**
67:15,25 362:16

**001696 (2)**
68:1 362:16
**04-Glyphosate (2)**
210:15 363:18
**09 (1)**
71:11

_____

**1**

**1 (16)**
4:2 7:12 64:19 109:16
242:16,18 243:7
313:3,11 314:5
342:12,12 345:14
361:8 362:4 363:4
**1,000 (2)**
213:3,4
**1:23 (2)**
197:2,8
**1:57 (1)**
223:14
**10 (11)**
67:22 118:1,9 119:3,4
122:22 341:7,18
361:21 362:14
363:11
**10/30/91 (2)**
223:20 364:12
**10:02 (1)**
75:24
**10:12 (2)**
84:13,22
**100,000 (1)**
112:21
**1013 (1)**
244:5
**104 (1)**
251:13
**10th (2)**
49:16 50:23
**11 (8)**
118:1,10 341:7,18
342:2,4 362:13,17
**11:27 (1)**
150:22
**11:50 (1)**
151:2
**1112 (5)**
299:15 301:11 302:6
327:8 330:14
**112 (54)**
60:24 69:11 80:25
85:20 87:20 90:1,9
131:13,16 133:25
134:4,10 138:9,9
139:12,21 140:5,10
141:23 142:15,20

143:15 145:2,17
147:18 152:23
153:14 170:25
171:5 173:11,15
187:8,12 197:19
209:21 261:17
271:6 284:19
286:11 288:1,17
289:23 290:2,7,15
290:18 303:18,19
304:7 349:19 350:4
358:6 363:6 364:18
**112-Monograph (2)**
210:15 363:18
**1137 (1)**
97:5
**1141 (1)**
87:3
**1142 (1)**
87:4
**1143 (1)**
107:2
**1144 (2)**
109:24 111:18
**115 (9)**
126:2,6,7 128:14,18
128:19 129:21
130:20 198:9
**1158 (3)**
88:7 91:11 96:9
**1159 (3)**
104:22 105:6,11
**1161 (1)**
96:11
**1180 (1)**
86:19
**1181 (2)**
86:20,22
**11th (1)**
216:1
**12 (7)**
118:1 128:21 331:11
339:7 341:7,18
362:21
**12-1 (2)**
6:9 7:2
**12-10 (8)**
67:13,23 68:10,14,19
69:2 71:20 85:17
**12-11 (6)**
71:3,4,18,19,21 85:17
**12-12 (3)**
84:15 85:9 86:8
**12-13 (2)**
128:24 129:1
**12-14 (4)**

142:13,14,17 145:10
**12-15 (7)**
152:16,17,21 212:4,5
240:16,18
**12-16 (4)**
169:8,9 170:5 171:17
**12-17 (9)**
171:17,19 188:14,16
192:13,18,21,24
194:22
**12-18 (10)**
210:14 212:9 239:23
243:1 260:10 264:4
264:17 320:8,9,11
**12-19 (4)**
210:11 215:3,8 227:3
**12-2 (2)**
7:6 73:8
**12-20 (8)**
215:11,16 216:4
311:9,10 315:1
333:16,20
**12-21 (14)**
215:23 216:5,6,8
220:22 221:8,8
232:20,25 233:11
237:24 239:6
243:20 314:2
**12-22 (6)**
223:16 224:2 233:11
237:24 339:13
345:3
**12-23 (2)**
247:7 248:1
**12-24 (1)**
290:13
**12-3 (4)**
7:12,18 116:25
240:15
**12-4 (4)**
7:22 8:4,7 49:14
**12-5 (2)**
10:12,22
**12-6 (2)**
11:2 13:1
**12-7 (2)**
12:25 13:7
**12-8 (2)**
13:16,22
**12-9 (4)**
67:5,10,21 68:4
**12/4/85 (2)**
215:19 364:5
**12:40 (2)**
196:5,6
**121 (1)**

248:16
**122 (5)**
248:16 249:4,6,10,25
**123 (2)**
248:25 249:1
**123274 (1)**
1:24
**1254-induced (1)**
92:18
**12800 (2)**
2:12 4:17
**129 (1)**
363:4
**12th (2)**
19:11 40:24
**13 (11)**
24:20 93:16 118:1
128:23 341:7,18
342:6 362:4,7,10
363:3
**13-week (23)**
93:17 94:1 95:14,19
96:1,24,25 97:6
98:3,4,20 99:3
100:15,17 102:7,17
102:21 103:6,10,12
104:1,9,12
**13-year (1)**
24:2
**135 (1)**
364:20
**1350 (1)**
3:9
**137 (1)**
364:21
**14 (8)**
118:1 190:14 341:8
341:18 363:5,6,18
364:17
**14-year (1)**
24:20
**142 (1)**
363:6
**15 (7)**
118:1 307:18 339:21
341:8,18 361:3
363:8
**15-year (2)**
25:11,13
**152 (1)**
363:9
**16 (9)**
10:13,23 112:22
341:8 361:21
362:22 363:10
364:4,11

**16-md-02741-VC (2)**
1:3 4:15
**16857 (1)**
240:1
**169 (1)**
363:11
**1696 (1)**
67:16
**16th (1)**
221:22
**17 (8)**
171:17 189:6 192:17
341:8 342:16 343:4
345:6 363:14
**171 (1)**
363:15
**18 (14)**
13:17,23 142:24
192:17,20,23
210:12,13 320:7
328:6 361:15
362:10 363:9,17
**19 (8)**
109:22,23 213:14
264:20 305:16,16
355:10 363:20
**196 (1)**
65:6
**1968 (1)**
17:18
**1979 (1)**
237:6
**1983 (28)**
216:20 217:11,19
218:19 219:6,18
224:14 225:9
227:14 228:2 229:9
231:11,21 234:8,17
238:20 239:1 240:1
241:21 242:14
245:17 246:1
258:14,21 259:8
335:9 338:23 343:6
**1985 (12)**
212:24 214:8 215:2
215:13,15 230:22
311:20 315:8
355:11,18,24 356:6
**1985a (3)**
215:1 227:3,23
**1985b (1)**
214:8
**1985d (1)**
215:12
**1986 (8)**
214:8 215:23 216:1,3

232:21 233:11
243:19 355:11
**19883 (1)**
226:5
**1990 (2)**
260:8 267:14
**1991 (17)**
214:9 224:4 240:9
270:22 282:7
339:15,17 345:18
346:13 347:9,17
348:2,3 355:14,18
355:24 356:6
**1992 (2)**
85:15 259:9
**1993 (19)**
238:4,20 248:17,24
249:7 250:24
251:10 254:18,20
255:5 256:1,22
257:9 258:1,16,18
259:10 260:2,12
**1995 (2)**
18:25 25:9
**1997 (1)**
260:12

_____
**2**

**2 (7)**
6:21 42:15 64:24
150:21 340:20
361:9,11
**2/27/15 (2)**
171:21 363:16
**2:08 (1)**
223:23
**2:24 (1)**
237:17
**2:31 (1)**
237:21
**2:35 (1)**
241:12
**2:36 (1)**
241:15
**2:44 (1)**
247:19
**2:53 (1)**
247:22
**20 (14)**
305:16 311:7 319:1
319:18 322:9
324:24,25 325:1,16
326:18 339:21
355:9 363:15 364:3
**2000 (1)**
65:7

**20005 (1)**
3:9
**2002 (1)**
117:17
**2003 (1)**
117:22
**2004 (5)**
247:8,9 248:2 364:15
364:15
**2006 (4)**
155:22 246:20 248:2
253:17
**2007 (1)**
119:2
**2008 (8)**
18:18,19,25 32:3,7,17
39:21 40:7
**2014 (2)**
142:24,25
**2015 (20)**
76:17 175:18 179:12
180:7,14,21 181:2
183:22 188:19,22
194:1 199:18,18
234:20 239:2 259:7
286:12,15 288:4,5
**2016 (7)**
9:14 49:17 67:7 68:6
70:13 72:20 78:16
**2017 (7)**
1:13 2:4 4:19 11:3
359:9 360:21
365:23
**20th (1)**
142:25
**21 (4)**
305:16 317:2 355:9
364:6
**210 (1)**
363:18
**215 (2)**
363:21 364:4
**216 (1)**
364:7
**22 (9)**
12:11 13:8 14:4 265:1
305:16 361:21
362:8,10 364:10
**223 (1)**
364:11
**23 (2)**
247:6 364:13
**24 (10)**
8:20 109:5,16 227:17
228:18 231:17
265:2 281:22

362:15 364:16
**247 (1)**
364:14
**25 (4)**
182:20,24 266:6
281:22
**255 (2)**
364:21,22
**256 (1)**
364:22
**257 (1)**
364:21
**258 (1)**
364:21
**27 (1)**
175:18
**2741 (1)**
1:3
**27th (3)**
180:14,21 181:2
**290 (1)**
364:17
**294 (1)**
361:4
**2A (13)**
302:15,16,17,25
303:7,17,20 304:1,3
304:16,25 305:1,8
**2nd (3)**
210:16 213:3 363:19

_____
**3**

**3 (26)**
1:13 2:4 11:13 15:20
15:21 116:25 117:7
151:2 152:25
164:20 179:23
180:1 182:13
210:16 211:9
212:11 221:10
237:16 242:18
312:5 313:13
342:13 345:13
361:14 363:18,21
**3.1 (1)**
212:11
**3.1.1 (4)**
212:11,14,15 308:5
**3/11/86 (2)**
216:11 364:9
**3:11 (1)**
263:13
**3:26 (1)**
263:16
**3:34 (1)**
270:14

**3:37 (1)**
270:17
**3:41 (1)**
274:24
**3:43 (1)**
275:2
**3:50 (1)**
281:9
**30 (14)**
8:14 105:8 106:3,21
152:24 212:5,8
219:5,12 225:24,25
240:20 266:6 308:1
**30,000 (2)**
213:5 229:2
**3023 (1)**
316:17
**33 (9)**
219:3,6,13 240:20
242:13 246:18
248:5 252:9,12
**332 (1)**
361:3
**34 (1)**
219:3
**34109-2023 (1)**
3:16
**35 (1)**
364:20
**355 (1)**
361:4
**357 (1)**
361:3
**36 (5)**
262:22 263:6 270:3
271:16 294:5
**362 (1)**
65:6
**38 (3)**
294:6,7 364:20
**3rd (4)**
4:19 188:19 189:1
215:2

_____
**4**

**4 (10)**
69:6 72:5 74:5 117:9
126:10 179:23
182:11 237:21
322:14 361:17
**4-references (2)**
71:5 362:19
**4/24/17 (1)**
8:16
**4/3/85 (2)**
215:6 363:23

**4/4/17 (2)**
13:5 362:5
**4:00 (1)**
8:18
**4:05 (1)**
281:12
**4:11 (1)**
286:5
**4:42 (1)**
286:8
**4:50 (1)**
293:19
**40 (3)**
262:23 263:6 364:20
**4023 (1)**
316:18
**4029 (1)**
316:18
**4041 (1)**
316:18
**41 (2)**
87:8 152:25
**42 (1)**
87:8
**44 (1)**
109:24
**45 (1)**
8:14
**47 (1)**
364:22
**48 (2)**
364:20,22
**49 (6)**
242:17,17 243:8,8
342:12,12
**4th (5)**
11:3 188:21 215:13
311:20 315:8

_____
**5**

**5 (19)**
43:10 74:2 97:9,12,17
97:23 98:9,15,15
99:2,24 100:9 221:7
221:11,12 274:5
322:19 361:20
362:18
**5,000 (1)**
213:5
**5.6 (6)**
105:7 106:3,20
111:21 112:24
113:12
**5/2/17 (1)**
8:18
**5:02 (1)**

293:22
**5:34 (1)**
322:15
**5:42 (1)**
322:19
**5:53 (1)**
331:5
**50 (5)**
218:14 242:18,19
 342:13,13
**50,000 (2)**
97:8,16
**50/50 (1)**
212:23
**5035 (2)**
179:11 180:19
**5036 (2)**
174:10 178:2
**52 (2)**
364:20,22
**53 (1)**
364:22
**54 (1)**
364:22
**55 (1)**
364:20
**56 (1)**
364:22
**5633 (1)**
3:15
**57 (1)**
364:22
**58 (1)**
92:8
**5th (2)**
13:20,21

— 6 —
**6 (6)**
43:10 46:16 204:11
 331:8 361:12 362:3
**6:01 (1)**
331:21
**6:04 (1)**
331:24
**6:26 (1)**
355:2
**6:32 (1)**
355:5
**6:36 (2)**
359:3,5
**60 (2)**
264:11,12
**62 (1)**
364:22
**67 (2)**

362:13,15

— 7 —
**7 (14)**
232:25 233:10 238:8
 274:5 282:9 290:19
 290:24 361:9,12,15
 361:18 362:6,7
 364:14
**70 (2)**
228:21 364:24
**71 (1)**
362:18
**7171 (1)**
3:3
**747 (1)**
4:24
**76 (2)**
279:25 283:14
**78 (1)**
364:24
**7th (1)**
360:21

— 8 —
**8 (8)**
239:6 244:3 314:3
 317:2,5 361:18
 362:9 364:7
**8/10/16 (2)**
8:9 361:19
**8:14 (4)**
180:14,18,22 181:3
**8:37 (2)**
2:5 4:20
**80 (1)**
364:24
**80226 (1)**
3:4
**82 (1)**
364:20
**84 (1)**
362:22
**858 (3)**
260:13,14,19
**85a (1)**
214:11
**85b (1)**
214:11
**86 (1)**
214:11
**863 (8)**
263:9 264:4,5,19
 267:15 273:19,20
 281:20
**864 (3)**

273:21 274:3 282:7
**874 (1)**
210:23

— 9 —
**9 (13)**
7:25 8:1 67:4,5
 112:22 232:25
 235:22 236:5
 237:24 243:22
 244:2 282:9 362:12
**9:35 (1)**
64:20
**9:47 (1)**
64:24
**9:59 (1)**
75:21
**90 (2)**
108:17,24
**97 (1)**
118:7
**98 (1)**
109:6