# Exhibit 15

Page 1

1           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
2

3   IN RE:  ROUNDUP PRODUCTS          MDL NO. 2741
    LIABILITY LITIGATION      CASE NO. 16-MD-02741-VC
4

5   MONSANTO COMPANY'S NOTICE TO TAKE
    ORAL AND VIDEOTAPED DEPOSITION OF
6   DR. MATTHEW ROSS

7   THIS DOCUMENT RELATES TO:

8
    ALL ACTIONS
9

    ***********************************************
10           VIDEOTAPED DEPOSITION OF
                DR. MATTHEW ROSS
11  ***********************************************
12           APPEARANCES NOTED HEREIN

13

14             DATE: MAY 3, 2017
        PLACE: MISSISSIPPI STATE UNIVERSITY
15       ALLEN HALL, 175 PRESIDENT'S CIRCLE
            MISSISSIPPI STATE, MISSISSIPPI
16              TIME 9:33 A.M.

17

18

19  REPORTED BY: TODD J. DAVIS
              BCR, CSR #1406, RPR
20

21

22

23

24

25  JOB NO. 123225

Page 2

1  APPEARANCES:
2
3      Jeffrey Travers, Esq.
       The Miller Firm
4      108 Railroad Avenue
       Orange, Virginia 22960
5
6
7
       Aimee Wagstaff, Esq.
8      Andrus Wagstaff
       7171 West Alaska Drive
9      Lakewood, Colorado 80226
10
11
12         COUNSEL FOR PLAINTIFFS
13
14
       Elyse Shimada, Esq.
15     Kirby Griffis, Esq.
       Hollingsworth
16     1350 I Street, N.W.
       Washington, DC  20005
17
18
19
20         COUNSEL FOR MONSANTO COMPANY
21
22
    Also Present:  Eddie Nabors, Videographer
23             Dylan White, Esq. - MSU
24
25

Page 4

1          Response................   115
2      Exhibit 13-15 Open Letter ............   115
3      Exhibit 13-16 E-mail .................   132
4      Exhibit 13-17 E-mail .................   148
5      Exhibit 13-18 Environmental Health
6          Perspectives ...........   159
7      Exhibit 13-19 Glyphosate Exposure
8          Data ..................   185
9      Exhibit 13-20 Mono 4 Glyphosate
10         Mechanistic Evidence
11         Summary ................   187
12     Exhibit 13-21 Article ...............   219
13     Exhibit 13-22 E-mail .................   219
14     Exhibit 13-23 E-mail .................   224
15     Exhibit 13-24 E-mail .................   241
16     Exhibit 13-25 Letter.................   241
17     Exhibit 13-26 List of Participants ...   272
18     Exhibit 13-27 E-mail .................   286
19     Exhibit 13-28 Review Micronuclei and
20         pesticide exposure .....   297
21     Exhibit 13-29 Article ...............   297
22
23
24
25

Page 3

INDEX

2  Style and Appearances ....................    1
3  Index .....................................    3
4  Examination by Mr. Griffis ...............    8
5  Examination by Ms. Wagstaff ..............  247
6  Examination by Mr. Griffis ...............  300
7  Certificate of Court Reporter ............  314
8
9  EXHIBITS:
10     Exhibit 13-1 Subpoena ................    5
11     Exhibit 13-2 Notice ..................    5
12     Exhibit 13-3 Subpoena ................    5
13     Exhibit 13-4 Curriculum Vitae ........   11
14     Exhibit 13-5 E-mail...................   20
15     Exhibit 13-6 Declaration of Interests.   24
16     Exhibit 13-7 Subgroup 4 Working Group
17         Members...................   26
18     Exhibit 13-8 Vol 112 - Overview of
19         Assignments .............   28
20     Exhibit 13-9 Meeting Timetable .......   40
21     Exhibit 13-10 Preamble ..............   48
22     Exhibit 13-11 Remarks ...............   65
23     Exhibit 13-12 E-mail ................   92
24     Exhibit 13-13 E-mail ................  107
25     Exhibit 13-14 Thoughts on EFSA

Page 5

1      (Exhibit No. 13-1 marked for
2      identification.)
3      (Exhibit No. 13-2 marked for
4      identification.)
5      (Exhibit No. 13-3 marked for
6      identification.)
7      VIDEOGRAPHER:  This is the deposition of
8  Dr. Matthew K. Ross.  This is the start of
9  tape of DVD label number one of the
10 videotaped deposition of Dr. Matthew K. Ross
11 in Re Roundup Product Litigation.  It is in
12 United States District Court for the Northern
13 District of California, Civil Action
14 16-MD-2741-VC.
15     The deposition is being held at Allen
16 Hall, Mississippi State University, on May
17 the 3rd of 2017, commencing at approximately
18 9:33 a.m.
19     My name is Eddie Nabors.  I am the legal
20 video specialist from TSG Reporting,
21 headquartered at 747 Third Avenue, New York,
22 New York.  The court reporter is Todd Davis,
23 also in association with TSG reporting.
24     Ask for counsel introductions on the
25 audio portion, please.

## Page 6

1    MR. GRIFFIS:  Kirby Griffis of
2  Hollingsworth representing Monsanto.
3    MS. SHIMADA:  Elyse Shimada of
4  Hollingsworth representing Monsanto.
5    MR. TRAVERS:  My name is Jeffrey Travers
6  with the Miller Firm representing plaintiffs.
7    MS. WAGSTAFF:  Aimee Wagstaff from
8  Andrus Wagstaff in Denver, Colorado,
9  representing the plaintiffs.
10    MR. WHITE:  Dylan White representing
11  Dr. Matthew Ross.
12    VIDEOGRAPHER:  Will the reporter
13  administer the oath, please.
14
15
16
17
18
19
20
21
22
23
24
25

## Page 7

1    MATTHEW K. ROSS, PH.D,
2  having been first duly sworn, was examined and
3  testified under oath as follows:
4    MS. WAGSTAFF:  So before we start, I
5  would like to read something on to the
6  record.
7    MR. GRIFFIS:  Sure.
8    MS. WAGSTAFF:  If you may.  Just as an
9  administrative matter, Mr. White and I are
10  splitting a microphone which is clipped to a
11  coaster between us, so we are proceeding
12  hopefully that everything will be picked up
13  by that microphone.
14    VIDEOGRAPHER:  I am hearing you
15  perfectly fine.
16    MS. WAGSTAFF:  Excellent.  Excellent.
17  Secondly, Monsanto has requested that
18  Dr. Ross's deposition to "explore the
19  mechanism subgroups conclusion about
20  glyphosate."  They have requested this
21  limited additional discovery, which the Court
22  has allowed.
23    On April 18th, 2017, the MDL Court
24  entered PTO 16, which said that, "Monsanto
25  may subpoena Dr. Ross for 'fact deposition.'"

## Page 8

1    As such, plaintiffs will object to any
2  expert testimony elicited by Monsanto or
3  given to -- or given by Dr. Ross and will try
4  to object as the questions are requested but
5  present this general objection on the record
6  before we begin.
7    MR. GRIFFIS:  Anything else?
8    MS. WAGSTAFF:  Nothing else.  You may
9  proceed.
10    MR. GRIFFIS:  Yeah.
11  EXAMINATION BY MR. GRIFFIS:
12    Q.  Yeah.  I will address that.
13    Dr. Ross, have you been deposed
14  before?
15    A.  No.  This is the first time.
16    Q.  Okay.  I am going to start by asking you
17  to state your full name.
18    A.  My name is Matthew K. Ross.
19    Q.  And you are -- you have a Ph.D.?
20    A.  I have a Ph.D.
21    Q.  And in what, please?
22    A.  It is in environmental toxicology,
23  molecular toxicology.
24    Q.  I'm going to go on and ask some more
25  questions about your qualifications and do a

## Page 9

1  little housekeeping stuff like mark the legal
2  documents that are going to be involved in this
3  deposition.
4    We are going to be doing a number
5  of things like marking documents, putting exhibit
6  stickers on them, and then handing them to you.
7  And the general format is that I'll be asking
8  questions, and you'll be answering the questions.
9    I'm going to assume, if I ask you a
10  question and you don't tell me that you haven't
11  understood it, that you do understand it.  And at
12  times, your attorney may make an objection, or
13  Ms. Wagstaff may make an objection.
14    If your attorney instructs you not
15  to answer a question, then you're entitled to
16  listen to him and not answer that question.
17  Otherwise, it's your obligation to answer the
18  questions that I've asked whether there's an
19  objection or not.
20    Do you understand that, sir?
21    A.  Yes.
22    Q.  Okay.
23    MS. WAGSTAFF:  I would object to the
24  fact that he doesn't know when he doesn't
25  understand you, but I understand your point.

Page 10

1        MR. GRIFFIS:  Sure.
2        The videographer has asked me to put on
3   the record that his -- that although his
4   instructions were to create a split screen
5   video between me and you as a final
6   production copy -- as going forward I have
7   instructed him not to do that, but instead to
8   make two videos.  And we will clarify in post
9   what we want done with those.
10       Presumably, we'll just take delivery of
11  two videos, but in any event, his
12  instructions were incorrect to that extent.
13  BY MR. GRIFFIS:
14       Q.  I have marked as Exhibit 13-1 a subpoena
15  to testify at a deposition in a civil action.
16  It's called a notice of deposition.  This was
17  issued by Monsanto for your deposition here today,
18  sir.
19       13-2 is a cross notice by the
20  plaintiffs for the same deposition.
21       And 13-3 is a subpoena to produce
22  documents, which I presume that you have seen
23  before, sir.  And I'm putting that into evidence
24  because I will be asking some questions about it
25  later and because the notice of the deposition

Page 11

1   refers to it.
2        Have you seen any of those
3   documents before, sir?
4        A.  Yes.
5        Q.  All three?
6        A.  I have not seen this.  No.
7        Q.  Haven't seen the cross notice.  But you
8   have seen Monsanto's notice of deposition, and you
9   have seen the original subpoena for documents to
10  which you responded by producing some documents,
11  correct?
12       A.  Yes.
13       Q.  Okay.  And have you brought any -- other
14  than your CV, which I'm about to mark as Exhibit 4
15  to this deposition, have you made any effort to
16  gather documents for this deposition you didn't
17  previously provide?
18       A.  No.
19       Q.  All right.  Exhibit 13-4 is your CV.
20
21       (Exhibit 13-4 marked for
22       identification.)
23  BY MR. GRIFFIS:
24       Q.  Okay.  That is a current copy of your
25  CV, sir?

Page 12

1        A.  Yes.
2        Q.  Would you please tell the jury your
3   educational background?
4        MS. WAGSTAFF:  Can I have a copy?
5        MR. WHITE:  If you have another one, I'd
6   also like to see.
7        Thank you very much.
8        A.  So I received a bachelor of science
9   degree in chemistry from UC Berkley in 1989.  And
10  then I received a Ph.D. in molecular toxicology
11  from UC Irvine -- University of California at
12  Irvine -- in 1998.
13       Q.  Do you do bench research primarily, sir?
14       A.  Yes.
15       Q.  Would tell the jury what bench research
16  is?
17       A.  So the research I do is focused on
18  analytical chemistry, bioanalytical chemistry, the
19  study of how both environmental agents get
20  metabolized in the body.  In addition to how
21  endogenous lipids get metabolized in the body.
22       Q.  And what does bench mean in the terms of
23  bench research?
24       A.  Yes.  Sorry.  So bench research refers
25  to work done in a laboratory under controlled

Page 13

1   conditions.  So we don't necessarily work with
2   surveys or population surveys.
3        It is not epidemiological research.
4   It's basic science done in a laboratory at the
5   bench.
6        Q.  And do you do work on experimental
7   animals?
8        A.  Yes.
9        Q.  How much of your work is on experimental
10  animals as opposed to in vitro?
11       A.  I do mainly in vitro work.  Mainly in
12  cultured cells.  Human cells, animal cells, and
13  also in vivo studies in collaboration with other
14  scientists at Mississippi State.
15       Q.  And would you please explain to the jury
16  in simple terms the difference between in vitro
17  and in vivo.  We just used both of those terms.
18       A.  Sure.  In vivo studies are studies that
19  look at how a particular chemical may be
20  metabolized within the body, within the human
21  person, or in -- within an intact animal.
22       Those are studies that are
23  performed so that you're looking at the whole
24  system, the whole organism.  In vitro studies are
25  done in which cultured cells are used to study

Page 14

1   various processes.  It could be metabolism of a
2   chemical.  So in vitro is done in isolated
3   cultured cells or what we call the subcellular
4   fraction in which we obtain various parts of a
5   tissue, but it is not the whole organism.
6       Q.  And you mentioned both humans and
7   animals when you described in vivo studies.
8       Do you perform studies in humans?
9       A.  We use human cells.  We use -- we use a
10  cultured cell line that's derived from a -- from
11  humans.  We use tissues from humans.  Primary
12  cells that -- from actual human donors.  So we use
13  those types of materials from humans, yes.
14      Q.  So those are all in vitro studies,
15  though, not whole, intact human beings?  They're
16  done in --
17      A.  Correct.
18      Q.  -- essentially in a Petri dish?
19      A.  Yes.  In test tubes, Petri dishes.
20      Q.  "In vitro" means in glass?
21      A.  That's the Latin word.
22      MS. WAGSTAFF:  I'm going to object to
23  this, as it has nothing to do with the
24  mechanisms, subverts, conclusions about
25  glyphosate.

Page 15

1   BY MR. GRIFFIS:
2       Q.  With regard to in vivo studies done,
3   have you done any in vivo studies in humans?
4       A.  We -- let me see.  As a bioanalytical
5   chemist, I have looked at urine samples to measure
6   pesticide metabolites.
7       Q.  You have been involved as part of a team
8   that was doing epidemiology work?
9       A.  Correct.
10      Q.  And what study or studies was that in
11  connection with?
12      A.  It was related to a study with
13  permethrin.
14      Q.  And what was the research group who was
15  doing that study?
16      MS. WAGSTAFF:  Same objection.
17      A.  It was a research group here at
18  Mississippi State.
19  BY MR. GRIFFIS:
20      Q.  Have you been involved with the
21  Agricultural Health Study?
22      A.  I have been a member of their -- what do
23  you call it?  What is the right word?  Their board
24  that helps external advisory panel that -- that
25  listens to some of their presentations.

Page 16

1       Q.  So you give scientific advice?
2       A.  Correct.
3       Q.  Have you performed any scientific work
4   in connection with any of those studies?
5       A.  No.
6       Q.  Okay.
7       MS. WAGSTAFF:  Same objection.
8   BY MR. GRIFFIS:
9       Q.  Again, talking about in vivo studies
10  only, sir, you told us that you don't do in vivo
11  studies in humans.  You don't run those yourself,
12  at least, except to the extent that you may be
13  involved in analyzing urine samples for pesticide
14  residues, for example, as a part of someone else's
15  epidemiology study.
16      Do you run in vivo studies in any
17  species of intact animals?
18      A.  In mice.
19      Q.  Are you the primary researcher in those
20  studies?
21      A.  In collaboration with my colleague at
22  Mississippi State.
23      Q.  Okay.  And you said that the majority of
24  your work is in vivo work; is that right -- I'm
25  sorry -- in vitro work?

Page 17

1       A.  The majority of my work, I would say, is
2   done in vitro and in terms of bioanalytical
3   chemistry of samples obtained from an intact
4   animal like tissues or excreta from those animals.
5       Q.  Have you done research on glyphosate?
6       A.  No.
7       Q.  That is true both before and after your
8   involvement with working group 112, correct?
9       A.  Yes.
10      Q.  Okay.  Working group 112 is the IARC
11  group that looked into carcinogenicity of
12  glyphosate and four other pesticides, correct?
13      A.  Yes.
14      Q.  Okay.  I'm going to have a number of
15  questions, obviously, today about your
16  participation in IARC and how that came to pass,
17  sir, and we'll turn to that in a moment.
18      First, I'd like to know, before you
19  went to working group 112, before you went to
20  Lyon, France, for that, did you know or had you
21  met Christopher Portier?
22      A.  I have never met him before volume 112.
23      Q.  Didn't know who he was before?
24      MS. WAGSTAFF:  Objection.  This has
25  nothing to do with the mechanisms, subgroups,

1       conclusions about glyphosate.  Chris Portier
2  is not even a monograph 112 member.
3  BY MR. GRIFFIS:
4     Q.  Go ahead.
5     A.  Did I know him?  I knew -- I knew his
6  brother.  I did not know Christopher Portier.  I
7  had met his brother one other time.
8     Q.  Okay.  Before coming involved with
9  working group 112, did you know Kurt Straif?
10    A.  No.
11    Q.  Before becoming involved with working
12  group 112, did you know Phillip Landrican?
13    A.  No.
14    Q.  Did you know -- before becoming involved
15  with working group 112, did you know Lauren Zeise?
16    A.  No.
17    Q.  Before becoming involved with working
18  group 112, did you know Ivan Rusyn?
19    A.  I knew of him.  I knew of him, but I did
20  not know him personally.
21    Q.  You never met him?
22    A.  I had never met him.
23    Q.  Do you know how it was -- how it came to
24  be that you were invited to participate in working
25  group 112?

1       MS. WAGSTAFF:  Objection.  Calls for
2  speculation.
3     A.  I -- I think I became involved because
4  of my experience in bioanalytical chemistry, in
5  the area of toxicokinetics and metabolism, and
6  extensive publications in organophosphate poisons.
7  BY MR. GRIFFIS:
8     Q.  Do you know who whose -- who suggested
9  your name to participate in working group 112?
10       MS. WAGSTAFF:  Calls for speculation.
11       MR. WHITE:  You can answer to the extent
12  that you know.
13    A.  I don't know.
14  BY MR. GRIFFIS:
15    Q.  Were you ever told anything about why
16  you were invited by anyone?
17    A.  I don't recall.
18    Q.  How did you learn that you were being
19  invited to participate in working group 112?
20    A.  I received an e-mail invitation from
21  IARC.
22    Q.  And about how long before the actual
23  working group 112 convened in March of 2015 was
24  that?
25    A.  If I recall, I had an e-mail invitation

1  June 2014.
2    Q.  And were there any rules imposed by the
3  university on your consultation?  Was there
4  anything that you had to have cleared or approved
5  before you could do that?
6       MS. WAGSTAFF:  Objection.  This is
7    outside the scope of what Monsanto requested
8    and what the judge allowed.
9       MR. WHITE:  Again, only answer to the
10    extent that you know.
11    A.  The -- there was no stipulations.  The
12  only -- I only needed to get approval for
13  international travel.
14  BY MR. GRIFFIS:
15    Q.  Okay.  So you got that approval, and
16  you -- as far as you knew, there weren't any other
17  requirements imposed by the university or
18  clearances that you needed to get to participate
19  in IARC working group 112?
20       MS. WAGSTAFF:  Same objection.
21    A.  There was -- no.
22  BY MR. GRIFFIS:
23    Q.  All right.
24      (Exhibit No. 13-5 marked for
25      identification.)

1  BY MR. GRIFFIS:
2    Q.  Marked as Exhibit 5 an e-mail.  And this
3  is an e-mail that you produced to us during
4  response to our deposition notice -- or our
5  request for production of documents which is
6  Exhibit 3.
7      This is from a Kathryn Forgie -- is
8  that pronounced correctly -- who is a lawyer at
9  Andrus Wagstaff, Ms. Wagstaff's firm, asking to
10  meet with you.
11      And did you respond to this e-mail?
12    A.  I don't -- I don't recall.
13    Q.  You don't recall receiving the e-mail?
14    A.  I do remember receiving this e-mail.  I
15  don't recall responding.
16    Q.  Okay.  Have you ever spoken to any
17  lawyers other than Mr. White about your work on
18  working group 112?
19    A.  No.
20       MS. WAGSTAFF:  Objection.  Extremely
21    vague.  Any lawyers anywhere?  What if he has
22    friends that are lawyers.
23       MR. GRIFFIS:  He has answered the
24    question.
25

Page 22

1   BY MR. GRIFFIS:
2   Q.  Now, when did you first meet Christopher
3   Portier, sir?
4       MS. WAGSTAFF:  Objection.  Again,
5   outside the scope of the allowed deposition.
6   Monsanto asked to explore the mechanisms,
7   subgroups, conclusions about glyphosates.
8   And Dr. Portier was not even on the monograph
9   team.
10      MR. WHITE:  Answer only to the extent
11  that you know.
12  A.  I met him the first time at Lyon, at the
13  IARC meeting volume 112.
14  BY MR. GRIFFIS:
15  Q.  At the introductory meeting?
16  A.  At the first day of the meeting.
17  Q.  And on the first day, there was an
18  introductory welcome meeting where everybody got
19  together, and there were some speeches; is that
20  right?
21  A.  I wouldn't call it speeches.
22  Introductions of each member of -- and the panel.
23  Q.  Did everyone sit down together, and
24  people stood up and spoke a little bit about
25  themselves or about one another by way of

Page 23

1   introduction?
2   A.  Yes.
3   Q.  Did Mr. Portier introduce himself when
4   he was talking about himself, or did anyone
5   identify him as a current or former member of the
6   Environmental Defense Fund?
7       MS. WAGSTAFF:  Again, I am going to
8   object -- have a standing objection to
9   questions about Chris Portier.  As I have
10  said, before he was not even a member of the
11  group, and he was not in the mechanism
12  subgroup.
13      MR. WHITE:  You're fine.
14  A.  So he -- in the IARC list of
15  participants, he had disclosed consulting for the
16  Environmental Defense Fund.  That was presented
17  even before the meeting.
18  BY MR. GRIFFIS:
19  Q.  You were given everybody's declaration
20  of interests before the meeting?
21  A.  Yes.  There was a list of declaration of
22  interests, and on that day, we had to sign if
23  there had been any other conflicts of interest,
24  potential conflicts of interest that needed to be
25  disclosed on that very first day.  There was a

Page 24

1   form we had to sign.
2   Q.  There was a supplemental declaration you
3   filled out on the first day?  How far before --
4   how long before the first meeting in Lyon did you
5   receive other people's declaration of interests?
6   A.  I believe -- if I recall, it was on the
7   website of the IARC volume 112 meeting.  When the
8   participants are listed, their conflicts of
9   interest were listed on that particular form that
10  was on the website.  I don't remember the time
11  that showed up on the web, though.
12      MR. GRIFFIS:  All right.  Let's take
13  five minutes so I can organize the next few
14  exhibits.
15      VIDEOGRAPHER:  Off the record at 9:55.
16      (A short recess was taken.)
17      (Exhibit No. 13-6 marked for
18      identification.)
19      VIDEOGRAPHER:  Back on the record at
20      10:07.
21  BY MR. GRIFFIS:
22  Q.  Okay.  Dr. Ross, I have marked as --
23  during the break, I marked as Exhibit 6 this
24  deposition and handed you a copy of your
25  declaration of interest for IARC working group

Page 25

1   112, correct?
2   A.  Yes.
3   Q.  That's what that is?
4   A.  Yes.
5   Q.  Okay.  On the third page of that
6   document, in the box that says Nos. 5 through 6,
7   you disclosed as one of your interests being on
8   the advisory panel for the Agricultural Health
9   Study; is that right?
10  A.  Yes.
11  Q.  And you wrote that you provided
12  expertise on study design, data interpretation,
13  and advice, correct?
14  A.  Yes.
15  Q.  When you were given information about
16  other people's declaration of interests, including
17  Mr. Portier's, did you see them in this form, or
18  were you just given copies of other people's forms
19  that they filled out?
20  A.  I don't recall receiving their conflict
21  of interests or declaration of interest in this
22  form.
23  Q.  In what form do you recall receiving it?
24  A.  What is on the -- was on the website --
25  the IARC website for the meeting and the list

## Page 26

1   of -- the list of participants form that was at
2   the meeting.  Conflicts of interest were shown on
3   that form.
4      Q.  Okay.  I want to mark this as Exhibit 7.
5      (Exhibit No. 13-7 marked for
6      identification.)
7   BY MR. GRIFFIS:
8      Q.  It is another document that you
9   produced, sir, entitled -- headed "IARC
10  International Agency for Research on Cancer,"
11  entitled, "Subgroup 4, working group members."
12     MS. WAGSTAFF:  I'm just going to object
13     that there's no Bates number on this or
14     there's no production number or any sort of
15     identifying number.  But I assume it's
16     authentic.
17     MR. GRIFFIS:  It is.
18  BY MR. GRIFFIS:
19     Q.  And this is a document that you received
20  from IARC listing subgroup 4, working group
21  members, sir?
22     A.  It appears that way, yes.
23     Q.  And you were on -- in working group 4
24  along with Dr. Rusyn as subgroup chair, correct?
25     A.  Yes.

## Page 27

1      Q.  Frank LeCurieux?  Did I pronounce that
2   right?
3      A.  Uh-huh (affirmative response).
4      Q.  Matthew Martin, William -- and Lauren
5   Zeise.  And invited specialist for subgroup 4 was
6   Christopher Portier, correct?
7      A.  Yes.
8      Q.  And he's -- his affiliations here are
9   listed only as retired; is that right?
10     A.  Yes.
11     Q.  Now, I've asked you about some of these
12  people.
13       Did you know Mr. LeCurieux before
14  joining working group 4?
15     A.  No.
16     Q.  Did you know Mr. Martin?
17     A.  No.
18     Q.  You met all of these people for the
19  first time in Lyon; is that correct?
20     MS. WAGSTAFF:  Objection to the form.
21     MR. WHITE:  You can answer.
22     A.  Yes.
23     MS. WAGSTAFF:  You talking about in
24     person that he met them before the meeting?
25     MR. GRIFFIS:  Before being in Lyon is

## Page 28

1   what I'm asking.
2      MS. WAGSTAFF:  Uh-huh (affirmative
3     response).
4      A.  I had not met them before Lyon.
5      MR. GRIFFIS:  Okay.
6      (Exhibit No. 13-8 marked for
7      identification.)
8   BY MR. GRIFFIS:
9      Q.  Exhibit 13-8.  I'm sorry.  I shouldn't
10  have said putting 13.  We are putting "13-" in
11  front of everything.  But it's Exhibit 8 to this
12  deposition.  Sorry.  Is a -- an overview of
13  assignments for -- for group 4 for all of the
14  substances being investigated; is that right?
15     A.  Not only group 4.  There --
16     Q.  Yes, sir.  All of the groups.
17     A.  For -- for it appears to be all of
18  the -- all of the four -- four groups.
19     Q.  And would you quickly review for the
20  jury what pesticides were being examined by
21  working group 112?
22     MS. WAGSTAFF:  Objection to scope.
23     A.  First we worked on malathion, parathion,
24  diazinon, tetrachlorvinphos and glyphosate.
25

## Page 29

1  BY MR. GRIFFIS:
2      Q.  Now, do you know, sir, how those
3  substances were selected to be reviewed by working
4  group 112?
5      MS. WAGSTAFF:  Speculation.
6      A.  I don't.
7   BY MR. GRIFFIS:
8      Q.  Did you learn at any time that
9  glyphosate wasn't originally on the list?
10     MS. WAGSTAFF:  Objection to foundation.
11     A.  I had no knowledge of that.
12  BY MR. GRIFFIS:
13     Q.  Okay.  Did you learn at any time that
14  Mr. Portier was involved in getting glyphosate
15  added to the list?
16     MS. WAGSTAFF:  Objection.  Foundation.
17     A.  I have no knowledge of that.
18  BY MR. GRIFFIS:
19     Q.  Let's look at Exhibit 8, the assignments
20  list, sir, and focus on glyphosate.
21      And this overview of assignments,
22  what work -- what does it mean to be assigned a
23  subsection?
24     A.  So in my -- in my case, my
25  responsibility was to review the toxicokinetic

Page 30

1   data on glyphosate.
2       Q.  And --
3       A.  I was responsible for drafting the
4   documents on the toxicokinetic data.
5       Q.  And how far in advance did you receive
6   your assignment with regard to glyphosate?
7           MS. WAGSTAFF:  Objection to the form.
8       A.  At approximately six months before the
9   meeting, I received assignments.
10  BY MR. GRIFFIS:
11      Q.  And what were you supposed to do in
12  response to this those assignments?
13      A.  We were charged with evaluating the
14  published literature -- in my particular case, the
15  toxicokinetic data on glyphosate in the published
16  literature in publicly available literature and to
17  synthesize a review of what is known regarding the
18  toxicokinetics of glyphosate.
19      Q.  And you prepared a written product from
20  that, sir?
21      A.  Yes.
22      Q.  What was that written product?
23      A.  It was the review of the toxicokinetic
24  data regarding glyphosate.
25      Q.  Was a draft of what ultimately became

Page 31

1   the toxicokinetic data section of the IARC working
2   group 112 monograph?
3       A.  Yes.
4       Q.  And did you have responsibility for
5   writing sections for other substances, as well?
6       A.  No.
7       Q.  I see you listed under toxicokinetic
8   data for tetrachlorvinphos?
9       A.  Correct.  So my charge was to write --
10  to review the toxicokinetic data for each of the
11  five compounds that were being evaluated under
12  volume 112.
13      Q.  Okay.  Before arriving in Lyon, in March
14  of 2015, you were to prepare drafts of
15  toxicokinetic data sections for malathion,
16  parathion, diazinon, glyphosate, and
17  tetrachlorvinphos; is that right?
18      A.  Yes.
19      Q.  And other people were doing the same for
20  other sections, right?
21      A.  Whatever was listed in this overview of
22  assignments, that's -- that was their charge.
23      Q.  When did you see other people's drafts
24  in your subsection, in group 4?
25          MS. WAGSTAFF:  Object to form.

Page 32

1       A.  We were asked to do peer review of
2   certain sections.  I did not do peer review of all
3   the sections.  We were assigned certain drafts to
4   peer review before traveling to Lyon.
5   BY MR. GRIFFIS:
6       Q.  How far in advance was that?
7       A.  Approximately two to three months.
8       Q.  With regard to glyphosate, which
9   sections were you involved in reviewing?
10      A.  Let me see here.  I believe the one
11  section that I peer reviewed for the meeting was
12  4.2.3 oxidative stress inflammation and the immune
13  supression.
14      Q.  Which was drafted by who?
15      A.  Dr. Ivan Rusyn.
16      Q.  Did you provide comments to that
17  section?
18      A.  Yes.
19      Q.  During this process of preparing drafts
20  and sending drafts, how were you sending and
21  receiving drafts?
22      A.  We used a server -- IARC server, IOPS
23  system where we would upload drafts of the
24  documents or peer reviews of a document that we
25  needed to upload on to the server.

Page 33

1       Q.  And were you -- were you given a user
2   name and password for IOPS?
3       A.  Yes.
4       Q.  And when you logged on to IOPS, what did
5   you have access to from working group 112?
6           MS. WAGSTAFF:  I'm going to object to
7       the questions about drafts of IARC based on
8       Judge Charbrio's (phonetic) order saying that
9       IARC drafts are IARC property, immune from
10      subpoena, pursuant to 22-USC-288-A,
11      subsection B, and 919-F, sub 2B-43.
12  BY MR. GRIFFIS:
13      Q.  Go ahead, sir.
14      A.  Can you repeat the question?
15      Q.  Sure.  What did you have access to
16  regarding working group 112 on IOPS?
17      A.  So we could -- certainly, we would have
18  access to our subgroup.  We could access any of
19  the documents that were being produced by the
20  other subgroups if we wanted to read through them.
21  So you could start looking at drafts before
22  arriving in Lyon.
23      Q.  Could you look at what studies had been
24  tagged by your group and by other groups?
25          MS. WAGSTAFF:  Same objection.

Page 34

1    A.  I don't recall.
2  BY MR. GRIFFIS:
3    Q.  Did you participate in tagging studies
4  for review?
5    A.  For the toxicokinetic data, yes.  I was
6  charged with tagging some of the documents, yes.
7    Q.  When you were given your assignment, had
8  other people already tagged toxicokinetic
9  documents for you?
10   A.  No.
11   Q.  So did you pretty much do all of the
12  work of tagging toxicokinetic documents?
13   A.  I believe I did.
14   Q.  Was there a way for you to tag documents
15  in other categories, or do you know?
16   A.  I don't recall that.  Whether I could
17  tag documents in oxidative stress, I don't recall
18  that.
19   Q.  Okay.  How -- if you wanted tay tag a --
20  and when we say tag a document, we're talking
21  about a study?
22   A.  Yes.  A published study in the public --
23  in the publicly available literature.
24   Q.  What was the process for tagging
25  studies?

Page 35

1    A.  In my case, it was directly related to
2  toxicokinetic data, whether it described the
3  absorption, distribution, metabolism, and
4  excretion of glyphosate.
5    Q.  Yes, sir.  I'm asking something a little
6  bit different.
7        Let's say if you had a study in
8  mind that you wanted to tag.  What would you
9  actually do on the computer to tag it?
10   A.  We would evaluate the abstracts.  And if
11  it clearly looked relevant, we would tag them
12  right then and there.  If we were uncertain about
13  the relevance, I would try to get access to the
14  copy of the full article to -- if the abstract
15  wasn't revealing to me enough about the relevance
16  of the article, I would try to get a copy of the
17  actual -- the full article to include it or not
18  include it.
19   Q.  Was there a box to check to tag or not
20  tag documents?
21   A.  We had some mechanism of including or
22  excluding the study in our evaluation.
23   Q.  Now, there was also an online system
24  called the HAWC, H-A-W-C; is that right?
25   A.  Yes.

Page 36

1    Q.  Okay.  And were you given a user name
2  and password for HAWC?
3    A.  Yes.
4      MS. WAGSTAFF:  Same objection.  IARC
5  drafts and work product.
6  BY MR. GRIFFIS:
7    Q.  What was the difference between what you
8  were doing on IARC and what you were doing on
9  HAWC?
10   A.  I don't recall.  I don't recall the
11  difference.  I think the IOPS system was simply a
12  way to upload documents, and HAWC was the software
13  that allowed us to tag documents to include or
14  exclude an evaluation.
15   Q.  So the tagging would have actually been
16  taking place on HAWC, and if you wanted to share a
17  document with the group, it would go through IOPS;
18  is that right?
19   A.  I don't recall the specifics of sharing
20  PDFs of the actual studies.  I don't recall.
21   Q.  Okay.  Did HAWC also have tools for
22  doing data analysis?
23   A.  Not for the toxicokinetics.
24   Q.  You didn't see any data analysis modules
25  on HAWC for working group 112?

Page 37

1    A.  I don't recall ever seeing those.
2    Q.  Did you see any modules that were --
3  could be used to manipulate or generate
4  statistical analyses of data?
5    A.  No.
6    Q.  Okay.  Did HAWC have capacities that you
7  were aware of to process or store or display data
8  from studies in any way?
9    A.  Not that I am aware of.
10   Q.  Okay.  So if I want to summarize the
11  IOPS and HAWC so perhaps we can now move on from it,
12  from what you used those two systems for, then,
13  would have been, one, to tag literature in your
14  assigned areas for these various documents, i.e.,
15  toxicokinetic data; and, two, with regard to the
16  IOPS system to upload your draft sections on
17  toxicokinetics and to download any drafts that you
18  wanted to read that other people had done.
19       Is that right?
20     MS. WAGSTAFF:  Objection.  You're
21  testifying.  That record speaks for itself.
22   A.  The HAWC system was used for tagging
23  studies for inclusion or exclusion.  And IOPS was
24  used for uploading documents, and we could access
25  other -- other documents in the -- in the IOPS

Page 38

1  system, other drafts.
2  BY MR. GRIFFIS:
3      Q.  And was there anything else that you
4  used either of those systems for other than what
5  we just talked about?
6      A.  No.
7      Q.  Okay.  Explain to the jury what
8  toxicokinetics is, please.
9      A.  Toxicokinetics relates to the
10  absorption, distribution, metabolism, and
11  excretion of a particular chemical in the body.
12      Q.  So it's -- is it a fair summary to say
13  how a chemical moves through the body from start
14  to finish?
15      A.  Yes.
16      Q.  Okay.  And toxicokinetics were the only
17  sections you were responsible for before showing
18  up in Lyon; is that right?
19      A.  Yes.
20      MS. WAGSTAFF:  Object to the form.
21  BY MR. GRIFFIS:
22      Q.  Would you have reviewed studies in the
23  other working group 4 subareas like receptor
24  mediated effects, altered self proliferation,
25  cancer suseptibility data, et cetera, other than

Page 39

1  toxicokinetics, of course, before showing up in
2  Lyon?
3      A.  I was charged with peer reviewing the
4  oxidative stress drafts before showing up in Lyon.
5      Q.  Did you review the oxidative stress
6  drafts for all of the substances?
7      A.  I don't recall.
8      Q.  Did you have different assignments than
9  oxidative stress from some of the other
10  substances?
11      A.  I did.  I -- yes.
12      Q.  Do you recall if you had one assignment
13  for each substance -- one peer review assignment
14  for each substance?
15      A.  I don't recall.
16      Q.  Okay.  Do you recall about how many peer
17  review assignments you had total?
18      A.  I can't remember exactly.  Maybe three,
19  maybe four.
20      Q.  How many hours of work do you think you
21  put into the peer review of glyphosate oxidative
22  stress section?
23      A.  Two to three hours.
24      Q.  And what did that -- those two to three
25  hours of work entail?

Page 40

1      A.  Reading the draft and providing comments
2  on the draft document.
3      Q.  Did you review any of the studies?
4      A.  That were in the draft?
5      Q.  Yes, sir.  In those two to three hours,
6  did you actually read any of those studies that
7  were cited therein?
8      A.  I don't recall.
9          (Exhibit No. 13-9 marked for
10          identification.)
11  BY MR. GRIFFIS:
12      Q.  Dr. Ross, I marked as Exhibit 9 a
13  working group 112 meeting timetable that you
14  produced, and that is what's in front of you; is
15  that right?
16      A.  I didn't produce this.  You mean -- what
17  do you mean produced?
18      Q.  I'm sorry.  I'm being a lawyer when I
19  say "produced."  We asked you to provide us with
20  documents that IARC -- and you turned those
21  documents over, and I'll ask you a little bit more
22  about how you did that exactly.  But we ultimately
23  received documents from you, and this is one of
24  the documents that we received.
25          So this is one of the documents

Page 41

1  that you provided to us in response to our
2  document request which is Exhibit 3; is that
3  right?
4      A.  Yes.
5      Q.  Okay.  And this is a timetable that I
6  take it you received from IARC for working group
7  112, right?
8      A.  Yes.
9      Q.  Okay.  And it shows activities from the
10  evening of March 2nd through the afternoon of
11  March 10th of 2015, right?
12      A.  Yes.
13      Q.  Okay.  And on March 2nd, the only
14  activity is an evening meeting -- an evening
15  planning meeting between meeting chairs and
16  subgroup chairs only, correct?
17      A.  That's correct.
18      Q.  Were you involved in that?
19      A.  No.
20      Q.  Okay.  Would you have first started
21  meeting people on the 3rd?
22      MS. WAGSTAFF:  Object to the form.
23      A.  Yes.
24  BY MR. GRIFFIS:
25      Q.  Do you remember when you got into Lyon?

1    A.  March 2nd.
2    Q.  Okay.  And did you not head over to IARC
3  until March 3rd?
4    A.  Correct.
5    Q.  All right.  And when did you leave Lyon?
6    MS. WAGSTAFF:  I am going to object to
7  these questions.  This has nothing to do with
8  the requested discovery of the mechanisms,
9  subgroup conclusions about glyphosate -- when
10  he arrived and when he left Lyon.  You're
11  just badgering the witness.
12  BY MR. GRIFFIS:
13    Q.  Go ahead, sir.
14    A.  Wednesday, March 11th.
15    Q.  Okay.  And when you talked earlier about
16  introductions, meeting people, was that during the
17  opening session of March 3rd, sir?
18    A.  Correct.
19    Q.  Now, there were -- there were a number
20  of subgroup sessions listed on the 3rd, 4th, 5th,
21  6th, and 7th of March.
22    What is a subgroup sessions?
23    A.  These are the times where each subgroup
24  meets together to evaluate the drafts.
25    Q.  And there's also evenings of the 3rd,

1  4th, 5th, and 6th, something called a coronating
2  meeting for the co-chairs and subgroup chairs,
3  correct?
4    A.  Yes.
5    Q.  Were you involved in that?
6    A.  No.
7    Q.  Okay.  And so the subgroup sessions --
8  there were 11 of them that you attended; is that
9  right?
10    MS. WAGSTAFF:  Objection.  Foundation.
11  Doesn't even show how it was followed.
12    A.  There are 11 subgroup sessions listed on
13  this.
14  BY MR. GRIFFIS:
15    Q.  Did you go to all of them?
16    A.  Yes.
17    Q.  Were there subgroup sessions that were
18  held that weren't listed on this on the itinerary?
19    A.  We would meet to -- if there was an
20  important topic that needed to be raised within
21  the subgroup outside of this 11.
22    Q.  What percentage of the working group 4's
23  time was spent on glyphosate as opposed to one of
24  the other four pesticides under review?
25    A.  So we had five compounds.  I would

1  estimate we spent 20 percent of them the time.
2    Q.  About evenly divided?
3    A.  Yes.
4    Q.  And what percentage of that time would
5  you have spent talking about the issues of
6  genotoxicity and oxidative stress?
7    A.  In the subgroup sessions a lot of the
8  time was spent on those issues.
9    Q.  Lot of the glyphosate time would been
10  spent on those two issues?
11    A.  Correct.
12    Q.  Okay.  All right.  And who was involved
13  on behalf of group 4 in coordination meetings?
14    A.  You are referring to the meeting at the
15  end the coordination meeting for cochairs?
16    Q.  Meeting at the end of early of days the
17  3rd, 4th, 5th, 6th.  That says coordination
18  meeting for the cochairs and subgroup chairs?
19    A.  That would have been our subgroup chair
20  of group 4.
21    Q.  Dr. Rusyn?
22    A.  Dr. Rusyn would have been participating
23  in those.
24    Q.  Do you know if Chris Portier was at
25  those?

1    A.  I don't believe so.  He -- no.  I don't
2  think he was.
3    Q.  Did you witness people going off into
4  those meetings, or were you off doing your own
5  thing by then?
6    A.  No.  I didn't witness.
7    Q.  All right.  Mr. Portier is listed as an
8  invited specialist for group 4.  That's in the
9  Exhibit 7, I believe, sir.
10    What was your understanding of what
11  he was an invited specialist for, for group 4?
12    A.  So Dr. Portier is a biostatistician, and
13  he was invited as a specialist to help peer review
14  the tox cast data that was being presented.
15    Q.  For any other purpose?
16    A.  Not that I am aware of.
17    Q.  Did he speak to your group, address your
18  group about issues other than tox cast data?
19    A.  He acted as a peer reviewer.
20    Q.  If he were to give an opinion to the
21  group on the subject of biostatistics and a
22  analysis -- a reanalysis of biostatistics, would
23  you be qualified to evaluate the scientific merit
24  of that opinion?
25    MS. WAGSTAFF:  Objection.  Calls for

Page 46

1  speculation and hypothetical.  You can't just
2  say any opinion Chris Portier gives.
3      A.  I'm not a biostatistician.  It's not my
4  area of expertise.
5  BY MR. GRIFFIS:
6      Q.  Okay.  So if Chris Portier or another
7  biostatistician gives a biostatistics opinion, you
8  wouldn't be qualified as a peer to second guess
9  that opinion.
10          Is that fair?
11      MS. WAGSTAFF:  Objection.  Hypothetical.
12  Calls for speculation.  You don't know what
13  opinion you're talking about.
14      A.  Yeah.  It would depend on the
15  conversation.  Clearly, I can understand the
16  importance of statistical significance and whether
17  an effect is statistically significant, but my
18  area of expertise was on toxicokinectics.
19  BY MR. GRIFFIS:
20      Q.  You were focused on the toxicokinetics
21  during these conversations and not on
22  biostatistics or the other areas listed.
23          Is that fair?
24      MS. WAGSTAFF:  Objection.  Misstates the
25  record.  That's not what the deponent said.

Page 47

1      A.  My main responsibility was the
2  toxicokinetic sections.
3  BY MR. GRIFFIS:
4      Q.  Were you asked by IARC to read their
5  preamble.
6          Do you know what I'm talking about
7  when I say the preamble?
8      A.  Yes.  And I did read it.
9      Q.  Okay.  You were asked by IARC to read
10  that?
11      A.  Yes.
12      Q.  Okay.  As part of your preparation for
13  to participate in working group 112?
14      A.  Correct.
15      Q.  What was your understanding of the
16  purpose for your review of the preamble and how it
17  was to guide you if it was?
18      A.  Repeat the question.
19      Q.  Yes, sir.  What was your understanding
20  of -- I will make it a little simpler.
21          What was your understanding of why
22  you were being asked to review the preamble?
23      A.  It is a guiding document for how the
24  meeting is run, how we evaluate the information,
25  the data that we asked to review.  And it provides

Page 48

1  a rubric for how the classifications are made.
2      (Exhibit No. 13-10 marked for
3  identification.)
4  BY MR. GRIFFIS:
5      Q.  Marked as exhibit 10 is a copy of the
6  IARC preamble.
7          That is what you reviewed, sir?
8      A.  This says 2006.  I don't know if there
9  was a -- what -- if this was the actual document.
10  But the preamble -- whatever they have on their
11  website -- they have it on their website -- is
12  what we read.  And they had this a hard
13  document -- a hard copy on the first day of the
14  meeting.
15      Q.  Okay.  So everybody would have to read
16  it in advance, and everyone was also given a hard
17  copy on the first day; is that right?
18      A.  Correct.
19      Q.  Okay.  And one thing you just told me
20  earlier is that this provided a rubric for your
21  evaluation.
22          Would you explain what you mean by
23  a rubric for your evaluation?
24      A.  In terms of mechanistics subsection,
25  there were key characteristics of carcinogens that

Page 49

1  were evaluated.  There's ten key characteristics.
2  And we were asked to provide -- as a subgroup to
3  provide qualitative descriptors of strong,
4  moderate, or weak in terms of the evidence for
5  each particular character -- key characteristic.
6      Q.  Okay.
7      A.  It...
8      Q.  Sorry.  Were you done?
9      A.  Yes.
10      Q.  Okay.  So there were ten key
11  characteristics.
12          And these are different categories
13  of mechanism; is that right?
14      A.  These are -- yes.  Different categories,
15  different mechanisms by which a carcinogen may act
16  to cause human cancer.
17      Q.  Do you know the source of those ten
18  characteristics?
19      A.  There is an environmental health
20  perspectives study or paper that lays out the ten
21  key characteristics.  It is in the published
22  literature.
23      Q.  Okay.  Do you know when that was
24  published?
25      A.  I believe it was in 2016.

Page 50

1    Q. Okay. Do you know if it was published
2 before or after your working group met?
3    A. It -- this is -- the formal document
4 came out in 2016, but the characteristics were
5 listed on the IARC website where somewhere IARC
6 had a listing of these key characteristics that
7 the subgroup was charged with evaluating.
8    Q. Do you know if those had been submitted
9 to the publication in peer review process before
10 working group 112 met?
11    A. I don't recall that.
12    Q. It was published in 2016.
13       You don't know when might been peer
14 reviewed; is that right?
15    A. I don't --
16    MS. WAGSTAFF: Objection. He said that
17 the ten key characteristics were listed on
18 the IARC website. That has nothing to do
19 with whether or not it was published.
20 Because some author decided to turn it into a
21 publication is irrelevant.
22 BY MR. GRIFFIS:
23    Q. And the classifications that you could
24 give for each of the ten characteristics were --
25 repeat them, please.

Page 51

1       Weak?
2    A. The qualitative descriptors?
3    Q. Yes. The qualitative descriptors.
4    A. Those were weak, moderate, or strong.
5 And those came from the preamble.
6    Q. Okay. And so for each of the ten -- so
7 any study would be divided into one or more of the
8 key characteristics and used to evaluate mechanism
9 under the rubric of that characteristic; is that
10 fair?
11    MS. WAGSTAFF: Objection. Misstates the
12 testimony.
13    A. There -- the papers that were related to
14 genotoxicity -- the evidence based on genotoxicity
15 or oxidative stress were bin -- so papers within
16 those -- since those are the two characteristics
17 that were deemed strong, those papers were within
18 each of those bins.
19 BY MR. GRIFFIS:
20    Q. Okay. And so it would be sorted into
21 the ten bins. And then as to each bin, the group
22 was asked to conclude one of three things: Weak,
23 moderate, or strong; is that right?
24    MS. WAGSTAFF: Objection. Misstates the
25 testimony.

Page 52

1    A. We didn't -- if the evidence was weak,
2 we didn't -- we didn't have to spend a lot of time
3 on that evidence. If it was strong, there was a
4 clearly -- in the monograph, there was a statement
5 to that effect, that the evidence was strong based
6 on the evidence -- the papers were deemed
7 important.
8 BY MR. GRIFFIS:
9    Q. Well, all I'm asking you right now,
10 though, is your three choices were weak, moderate,
11 and strong, right?
12    A. Those were our descriptors.
13    MR. GRIFFIS: Okay. Take a break at
14 this point.
15    VIDEOGRAPHER: All right. Off record at
16 10:44 a.m.
17    (A short recess was taken.)
18    VIDEOGRAPHER: Back on record, 10:56.
19 BY MR. GRIFFIS:
20    Q. Dr. Ross, you told us earlier that your
21 group divided its time pretty evenly among the
22 five substances that were being reviewed,
23 including glyphosate.
24       So you estimated about 20 percent
25 of your time was spent on glyphosate, right?

Page 53

1    A. We spent approximately equal time on all
2 compounds.
3    Q. So is it fair to say that your working
4 group, when it was working together, did the
5 equivalent of about a day's work on glyphosate
6 during work group 112?
7    MS. WAGSTAFF: Objection. Misstates the
8 record. Who knows what a day's work means.
9    A. We had several days on glyphosate.
10 BY MR. GRIFFIS:
11    Q. And those same days were also spent on
12 other substances, right?
13    A. There were other substances discussed in
14 a given day.
15    Q. When I say one day's work, I didn't mean
16 to suggest to you set aside one particular day to
17 focus on that and moved on. I was trying to get a
18 sense of, over this week, how much total work went
19 into it? Was it about a day's work --
20    MS. WAGSTAFF: Object to the form.
21 BY MR. GRIFFIS:
22    Q. -- divided over multiple days?
23    MS. WAGSTAFF: Same.
24    A. It was more than one day's work.
25

Page 54

1    BY MR. GRIFFIS:
2        Q.  Okay.  There were --
3        A.  Several days work.
4        Q.  How many days -- during how many of
5    these days was work done on?  I am looking at
6    Exhibit 9, the timetable.
7        A.  It doesn't say which -- for each
8    subgroup sessions, it doesn't say which compounds
9    we were working on at the time.
10           MS. WAGSTAFF:  I'm going to object
11       also -- Dr. Ross said they met at night when
12       needed.
13   BY MR. GRIFFIS:
14       Q.  So there was actual work done on March
15   3rd, on March 4th, on March 5th, on March 6th,
16   correct?
17       A.  Subgroups, 3rd, 4th, 5th, and 6th, 7th,
18   we met in subgroup.  Those were the times we were
19   meeting in subgroup.  There was work being done on
20   Sunday.  There was reading over drafts.  There was
21   work being done in the evening.
22       Q.  How many total -- on how many total days
23   during your time in Lyon was work being done on
24   glyphosate?
25           MS. WAGSTAFF:  Object to the form.

Page 55

1        A.  I don't recall how many days.  There
2    were several days we were meeting to -- with each
3    of the compounds.  And I don't recall the exact
4    number of days that we've -- that we were on
5    glyphosate.
6    BY MR. GRIFFIS:
7        Q.  Well, the 3rd through the 10th is seven
8    days.  Fair?
9        A.  Yeah.  Yeah.  Eight days if you count
10   Tuesday.
11       Q.  Okay.  Do we count Tuesday?  Was
12   substantive work done on Tuesday?
13       A.  Yes.
14       Q.  Okay.  Eight days total were spent in
15   Lyon doing this work, right?  Five substances were
16   involved.  And you told us your work was divided
17   evenly?
18           MS. WAGSTAFF:  Going --
19   BY MR. GRIFFIS:
20       Q.  Can we conclude that the amount of work
21   done on glyphosate was eight divided by five?
22           MS. WAGSTAFF:  I'm going to object to
23       this question on the suggestion that all the
24       work was done in Lyon.  He has testified
25       numerous times that months of work were put

Page 56

1    into this prior to the meeting.
2        A.  We had our assignments six months before
3    the meeting.  So there was six months of work
4    being done before we met in Lyon.
5    BY MR. GRIFFIS:
6        Q.  Yes, sir.
7            You testified you worked on the
8    toxicokinetic data and that you did a peer review
9    that took two to three hours of work.  Let me --
10   let me clarify something.  It's a point I made a
11   little earlier, but I didn't ask you in that last
12   question.
13           When the group was working
14   together, in whole group work together, the total
15   amount of time you could spent on glyphosate,
16   given your testimony, working together, would have
17   been eight days divided by five substances; is
18   that right?
19           MS. WAGSTAFF:  Objection.  Misstates the
20       testimony.
21       A.  Repeat the question now.
22   BY MR. GRIFFIS:
23       Q.  Okay.  And let's first address the work
24   before you showed up.
25           It would not have been the case

Page 57

1    that the entire group was focusing on oxidative
2    stress or the entire group was focusing on
3    genotoxicity or the entire group was focusing on
4    any other of the ten characteristics that were
5    binned with regard to glyphosate prior to meeting
6    in Lyon; is that right?
7            MS. WAGSTAFF:  Objection.  Dr. Ross
8        can't testify to what other panelists were
9        focusing on.
10       A.  My focus was on the toxicokinetics.
11   That is what I was responsible for.  And I was
12   responsible for peer reviewing the draft on
13   oxidative stress prior to the meeting.
14   BY MR. GRIFFIS:
15       Q.  So prior to the meeting, you spent about
16   two to three hours peer reviewing the oxidative
17   stress draft.
18           And other than that, you were
19   focusing on solely toxicokinetic data prior to
20   showing up at IARC, right?
21           MS. WAGSTAFF:  Objection.  Misstates
22       testimony.
23       A.  I was working on peer reviews of other
24   compounds -- others than were not related to
25   glyphosate.

Page 58

```
 1    BY MR. GRIFFIS:
 2        Q.  Okay.  I do mean to limit myself to
 3    glyphosate in that question.
 4        A.  So the peer -- when I say the peer
 5    review takes two to three hours, that's just the
 6    reading of the document.  That does not include
 7    the amount of time in responding point by point to
 8    the author.
 9        Q.  How much time did you take doing that?
10        A.  Must have -- oh, at least a day.  And I
11    did -- I did look up some methodology papers and
12    some of the -- some of the citations I did look up
13    what type of method they were using for their
14    oxidative stress measurements.  So that would take
15    some time, as well.
16        Q.  How much additional time?
17        A.  That probably would take about an hour
18    to two hours look at that information.
19        Q.  So about a day and half total work for
20    the peer-review process work for oxidative stress?
21        A.  Roughly, yes.
22        Q.  Okay.  And you've -- you were not
23    focused on the genotox prior showing up in Lyon;
24    is that correct?
25            MS. WAGSTAFF:  Objection to the form.
```

Page 59

```
 1        A.  I did not review the genotox --
 2    BY MR. GRIFFIS:
 3        Q.  You weren't included -- sorry.
 4        A.  No.
 5        Q.  You weren't included in any discussions
 6    by the rest of the working group on genotox or
 7    oxidative stress or anything else that took place
 8    before showing up in Lyon; is that right?
 9            MS. WAGSTAFF:  Object to the form.
10        A.  The oxidative stress I had a -- I had
11    peer reviewed the draft before attending Lyon.
12    BY MR. GRIFFIS:
13        Q.  Yes, sir.  But the entire working group
14    was not exchanging communications about the
15    oxidated stress or genotox or anything else as a
16    group prior to showing up in Lyon; is that right?
17        A.  In terms of myself, I wasn't sharing
18    except for the peer review of the oxidative
19    stress.  There may been others who had
20    interactions before the meeting, but I am not
21    aware of that.
22        Q.  Can't have been the whole group because
23    you were part of the whole group, and you didn't
24    see it?
25        A.  As a group, we met in Lyon to go through
```

Page 60

```
 1    the drafts.  That was the first time we were all
 2    together.
 3        Q.  Okay.  And as a group, the total amount
 4    of time you could have spent was about eight days
 5    divided by five substances on glyphosate; is that
 6    fair?
 7            MS. WAGSTAFF:  Object to form.  He
 8    stated that they spent 20 percent of the
 9    subgroup session.  He also stated they worked
10    at night and evening.  He never said that was
11    20 percent.
12        A.  We -- there were some nights we would
13    work on -- I would work on one compound through
14    the night, glyphosate.  So I can't -- I don't know
15    the exact number of hours on glyphosate --
16    BY MR. GRIFFIS:
17        Q.  Okay.
18        A.  -- during the eight days.
19        Q.  There were plenary sessions in addition
20    to the subgroup sessions, correct?
21        A.  Yes.
22        Q.  What is a plenary session?
23        A.  Where all of the four subgroups come
24    together.
25        Q.  And the first plenary session was on the
```

Page 61

```
 1    morning of Wednesday, March 4th, and it was called
 2    evaluation criteria, right?
 3            MS. WAGSTAFF:  I'm going to go ahead and
 4    object to questions about plenary sessions,
 5    as Monsanto had an employee there.  And,
 6    also, the request for this deposition was to
 7    "explore the mechanism subgroup's conclusions
 8    about glyphosate."
 9        A.  The question -- repeat your question.
10    BY MR. GRIFFIS:
11        Q.  Yes, sir.
12            The first plenary session on the
13    morning of Wednesday, March 4th -- which is held
14    on the morning of Wednesday, March 4th, was on the
15    subject of evaluation criteria, correct?
16        A.  Yes.
17        Q.  Was the preamble presented and discussed
18    at that session?
19        A.  Yes.
20        Q.  Who --
21        A.  And it was presented on March 3rd, as
22    well.
23        Q.  All right.  Who was the speaker or
24    speakers at that session?
25            MS. WAGSTAFF:  Same objection.
```

Page 62

1    A.  Dr. Straif.
2  BY MR. GRIFFIS:
3    Q.  Dr. Kurt Straif?
4    A.  Yes.
5    Q.  And was he the only speaker?
6    A.  As I recall, yes.
7    Q.  What did Dr. Straif tell you about the
8  criteria that you were to employ in evaluating the
9  substances?
10   A.  If it is in the preamble.
11   Q.  So he told you that the methodology that
12  should be applied during your review was what was
13  set forth in the preamble, sir?
14   A.  Yes.
15   Q.  The next two plenary sessions, the
16  mornings of the 5th and 6th were called progress
17  report.
18       What happened at the progress
19  report plenary sessions?  I don't mean tell me
20  everything anyone said.  But, in general, what was
21  the point of the progress report meeting?
22   A.  A brief report on the previous day's
23  meetings amongst subgroups.
24   Q.  Did the subgroup chairs present at those
25  meetings?

Page 63

1    A.  In general, yes.
2    Q.  Okay.
3    A.  It was the subgroup chair --
4    Q.  Did anyone else --
5    A.  -- present --
6    Q.  Sorry.
7    A.  I don't recall anyone else presenting.
8    Q.  And what would the subgroup chairs --
9  what sort of thing would they report on?  Let's
10  just confine ourselves to mechanism.
11       What would Dr. Rusyn report on to
12  the other groups?
13   A.  So if --
14       MS. WAGSTAFF:  Objection.  Calls for
15  speculation.
16   A.  He would report on, in terms of the ten
17  key characteristics, which of those ten might have
18  evidence that would be considered strong,
19  moderate, or weak.
20  BY MR. GRIFFIS:
21   Q.  You were at all of these sessions,
22  right?
23   A.  Yes.
24   Q.  Okay.  The evening of Friday, March 6th,
25  there was a plenary session called overview

Page 64

1  discussion.
2       What was that about?
3    A.  Plenary session overview was before the
4  group as a -- as the plenary session, it was
5  the -- it was the general overview of the
6  evaluations of each compound.  We had not met to
7  go through the document line by line at that
8  point.
9    Q.  The two progress reports that we just
10  talked about on the morning of the 5th and 6th
11  were scheduled to be ten minutes long.
12       Were those, in fact, short
13  meetings?
14   A.  Yes.
15   Q.  And then the evening session, the
16  overview discussion was an hour and 45 minutes,
17  right?
18   A.  Yes, roughly.  I don't remember the
19  exact time.
20   Q.  Okay.  Now, while you were in Lyon, you
21  were taking notes about the proceedings on the
22  spiral bound notebook, and you produced some of
23  those.  Produced, again, meaning you turned them
24  over to your lawyers, and they did what they did
25  with them in response to request No. 3, right --

Page 65

1  or Exhibit No. 3?
2    A.  Yes.
3    Q.  Okay.  You had a spiral notebook, and
4  you would take notes by hand as to what was
5  happening that struck your interest.
6       Is that fair?
7    A.  I don't -- the term "strike my
8  interest," I -- that's not relevant.
9    Q.  Okay.  Well, you would choose what to
10  write down and what not to write down, like anyone
11  does who's taking notes is all I meant.
12   A.  Yes.
13   Q.  Okay.  Exhibit 11.
14       (Exhibit No. 13-11 marked for
15       identification.)
16  BY MR. GRIFFIS:
17   Q.  What I've marked as Exhibit 11 is from
18  your spiral notebook, and these are notes from the
19  evening session on March 6th; is that right?
20  Titled "plenary general remarks"?
21   A.  Yes.
22   Q.  Okay.  Now, this notebook --
23       MS. WAGSTAFF:  Objection.  Those are
24  from the evening session.  There was two
25  plenary sessions on March 6th.

Page 66

1    BY MR. GRIFFIS:
2        Q.   The morning session was ten minutes
3    long, and the evening session was much longer.
4            Which one was this?
5        MS. WAGSTAFF:  If you know.
6        A.   I don't recall if it was from the
7    morning or the evening.
8    BY MR. GRIFFIS:
9        Q.   Okay.  We have four pages of notes,
10   right?
11       A.   I don't recall which one it was from.
12       Q.   Okay.  This is from one the plenary
13   meetings of March 6th?
14       A.   It's from March 6th.  That's my...
15       Q.   I'd like to talk about the notebook for
16   a minute.  Was this notebook only -- and these
17   questions are about the process that you went
18   through to respond to our request in document
19   No. 3, the subpoena for production of documents.
20           Was this notebook devoted only to
21   working group 112, or is it also a notebook that
22   you used for other purposes?
23       A.   It -- it was my -- it was a general
24   notebook.
25       Q.   So if we look back in February you might

Page 67

1    have been writing about something you were doing
2    in your lab or some other meeting that you went
3    to; is that right?
4        A.   Yes.  You might have seen lab -- lab
5    data that I had been working on.
6        Q.   You --
7        A.   Unrelated to volume 112.
8        Q.   Sure.  As one way of organizing your
9    life, you keep a notebook keeping track of what
10   you did and observed on various days?
11       A.   Yes.
12       Q.   Okay.  So you pulled out the relevant
13   notebook for when we provided you with that
14   document request, Exhibit 3.  You pulled out the
15   relevant notebook and had copied the pages that
16   pertained to working group 112; is that right?
17       A.   Yes.
18       Q.   Were there any notes from working group
19   112 that you didn't have copied?
20       A.   I provided everything that I had
21   regarding volume 112.
22       Q.   You provided those to your lawyers?
23       A.   Yes.
24       Q.   Okay.  And do you know whether they
25   applied any selection process in deciding what to

Page 68

1    send or not?
2        MR. WHITE:  Only to your knowledge.
3    BY MR. GRIFFIS:
4        Q.   Yeah.  I am just asking if you know.
5        A.   No.  I don't know.
6        Q.   Okay.  And now let's go through your
7    notes here, sir.  Group 1, exposure.
8            Group 1 was the exposure group,
9    right?
10       A.   Yes.
11       Q.   Who was presenting as the head of group
12   1?
13       A.   In this regard, these progress reports
14   are general remarks that would have been the
15   subgroup chair.
16       Q.   Do you remember who that was?
17       A.   For exposure, I'd have to look at the
18   participant list.
19       Q.   Okay.  We have it.  It's Exhibit 8.
20       MS. WAGSTAFF:  Exhibit 8 is the
21   assignment list.
22       MR. GRIFFIS:  Yeah.  The assignments is
23   the closest we have to one with group 1 on
24   it.
25

Page 69

1    BY MR. GRIFFIS:
2        Q.   Does the assignment list help you with
3    that?
4        A.   I think the list of participants says
5    who the subgroup chairs are.
6        Q.   Okay.  The list of participants that we
7    had from you was just for working group 4.
8        A.   Let me just find -- which exhibit?
9        Q.   Exhibit 8 is the one I was talking
10   about, the one with the blue and white -- I see it
11   here.
12       A.   Oh, this one.
13       Q.   No.  There.
14       A.   Oh, this one.  Okay.
15       Q.   Just see if that helps you remember who
16   the chair was.
17       A.   Trying to remember.  I don't recall the
18   group 1 subchair.
19       Q.   Okay.  That's fine, sir.  The group 1
20   chair, whoever that was, was reporting on exposure
21   assessment as a yes/no process, correct?
22       MS. WAGSTAFF:  Object to the form.
23       A.   They -- yes or no?  I don't know what
24   you -- can you rephrase that?
25

Page 70

BY MR. GRIFFIS:
1    Q.  Well, you wrote yes/no.
2        What did you mean?
3    A.  I don't recall what I meant there.
4    Q.  Okay.  And you mentioned the
5  Agricultural Health Study.
6        What point was made at this plenary
7  session about the Agricultural Health Study with
8  prior exposure assessment?
9    A.  I don't recall.  I don't know what
10  compound this is -- this is relates to, which of
11  the compounds.
12    Q.  If you'll see, sir, on the first two
13  pages were devoted to what looked like general
14  comments.  And then the next two pages were
15  talking about specifics of various compounds.  You
16  have compounds listed over and over again on the
17  last two pages and compounds generally not broken
18  out at the bottom of Page 1 early on.
19        So do you recall from this session
20  being given, first, an overview of the processes
21  that each group was going through and assessing
22  the data and then some specific findings?
23    A.  They were giving overviews at their
24  evaluations of their drafts.  I don't remember

Page 71

1  specifics.
2    Q.  The undergroup 2, which is epidemiology,
3  do you recall that being headed by Aaron Blair?
4    A.  Dr. Blair was the chair of the whole
5  committee.
6    Q.  Okay.
7    A.  Of the whole group.
8    Q.  Do you know Dr. Blair?
9    A.  I had met him one other time as a -- as
10  a member of the Ag Health Study.  He was an
11  emeritus faculty at NCI.  I had met him one time
12  before the Lyon meeting.
13    Q.  Okay.  And CI.
14        What is CI?
15    A.  National Cancer Institute.
16    Q.  NCI.  Okay.  Thank you.
17        So I saw on Page 1 of your notes
18  from the March 6th plenary session, sir.  And it
19  mentions -- says group 2, epidemiology, and then
20  Agricultural Health Study.  And then there's a
21  list of exposure assessments below for TCPBP.
22  There's parathion, malathion, and glyphosate.
23        Are those the exposure assessments
24  from the Agricultural Health Study?
25    A.  No.

Page 72

1    Q.  What are they from?
2    A.  Those -- those -- these five compounds.
3  Those -- that doesn't relate to the Agricultural
4  Health Study.
5    Q.  What does it relate to?
6    A.  I believe these were the preliminary
7  evaluations of the epidemiology group.
8    Q.  As to glyphosate, it says, "Limited for
9  NHL and inadequate for multiple myeloma;" is that
10  right?
11    A.  That's right.
12    Q.  Okay.  Now, if you turn over to the
13  section on group 3, animal studies, do you recall
14  who was presenting for that?
15    A.  The group -- the animal subgroup was
16  led -- the subgroup chair was Dr. Jameson.
17    Q.  Did you have interactions with the other
18  subgroups other than sitting in on the plenary
19  sessions?
20    A.  We interacted at coffee breaks, yes.
21    Q.  Okay.  And I mean, other than rubbing
22  shoulders socially, did you have substantive
23  scientific interactions with the other subgroups?
24        MS. WAGSTAFF:  Object to the form.
25    A.  I was not involved in subgroup 3 or

Page 73

1  subgroup 2 or subgroup 1 to any significant
2  extent.
3  BY MR. GRIFFIS:
4    Q.  Okay.  So you didn't have any
5  substantive scientific interactions with members
6  of those other subgroups as part of working group
7  112.
8        Is that fair?
9        MS. WAGSTAFF:  Object to the form.
10    A.  My main responsibility was to evaluate
11  the toxicokinetic data for the five compounds that
12  were charged.
13  BY MR. GRIFFIS:
14    Q.  Okay.  So is the answer, no, you didn't
15  have substantive scientific interaction with the
16  other three groups?
17        MS. WAGSTAFF:  Same objection.
18    A.  I wouldn't call it -- we didn't have
19  substantive talks.  We had discussions.  I
20  would -- substantive.  I don't know.  I can't
21  characterize.  That's hard for me to characterize.
22  BY MR. GRIFFIS:
23    Q.  And I don't know if this is the thing
24  that's getting you tangled up, but I'm talking
25  about as part of an analysis of carcinogenicity of

Page 74

1    these five substances, what you were all there
2    for.
3              Rather than talking scientist to
4    scientist about something of mutual interest; that
5    wasn't what you were there for, right?
6         MS. WAGSTAFF:  Object to the form.
7         A.  So I did not have substantive discussion
8    with the group 3 scientists regarding the cancer
9    bioassay data on glyphosate.  My charge was
10   toxicokinetics.
11   BY MR. GRIFFIS:
12        Q.  And did you have substantive
13   interactions with group 1 or group 2 with regard
14   to the carcinogenicity of glyphosate or the issues
15   they were evaluating with regard to glyphosate?
16        A.  Not that it impacted any of the
17   evaluations.
18        Q.  Okay.  Do you know if Dr. Rusyn had
19   substantive interactions with other groups,
20   particularly with group 3?
21        MS. WAGSTAFF:  Objection.  Speculation.
22        How would he know what Dr. Rusyn did?
23        A.  I can't recall.
24   BY MR. GRIFFIS:
25        Q.  Did Dr. Rusyn talk about having such

Page 75

1    interactions?
2         MS. WAGSTAFF:  Same objection.
3         A.  I can't recall him...
4    BY MR. GRIFFIS:
5         Q.  When your group met each day, did
6    Dr. Rusyn report on what had happened the evening
7    before during the closed coordination meetings for
8    the co-chairs and subgroup chairs?
9         A.  Perhaps in general terms, but I -- I
10   can't remember specifics.
11        Q.  Okay.  Do you know if Kurt Straif was
12   present at those coordination meetings?
13        A.  I can't speak for these coordination
14   meetings.  These are the evening coordination
15   meetings between the subgroup chairs --
16        Q.  Yes.
17        A.  -- and the overall chair of the meeting?
18             I can't speak because I wasn't
19   present at those -- at those meetings.
20        Q.  You didn't hear from Dr. Rusyn or anyone
21   else about who was present or who was leading
22   those meetings?
23        A.  I presume Dr. Straif was there.  But
24   I -- again, I assume he was --
25        MS. WAGSTAFF:  Objection.

Page 76

1         A.  Yeah.
2    BY MR. GRIFFIS:
3         Q.  Okay.  You would presume so, but you
4    don't know?
5         A.  I wasn't at the meeting.
6         Q.  Yes, sir.
7              Under group 4, on the second page
8    of your notes, sir, Exhibit 11, it says, "group
9    4," and then you wrote, "ten key characteristics
10   of agents that cause cancer," correct?
11        A.  Sorry.  You're on page -- which page?
12        Q.  Second page.
13        A.  The second page.  Okay.  Ten key
14   characteristics of agents -- yes.
15        Q.  So this would have been a -- part of a
16   presentation by Dr. Rusyn?
17        MS. WAGSTAFF:  Objection.  Foundation.
18        A.  Yes.
19   BY MR. GRIFFIS:
20        Q.  Okay.  And the ten key characteristics
21   of agents that cause cancer this is what you
22   alluded to earlier as the ten bins into which you
23   were to sort and analyze the mechanism of the
24   evidence part of your methodology, right?
25        A.  Correct.

Page 77

1         Q.  Okay.  And now on the top of the third
2    page, you again start listing group 1, group 2,
3    group 3, group 4.  And it appears that you've --
4    you're talking about the evidence that was
5    presented as to parathion from 1, 2, 3, and 4,
6    correct?
7         A.  Yes.
8         Q.  And then malathion?
9         A.  Correct.
10        Q.  And then diazinon?
11        A.  Diazinon.  Where is dizainon?
12        Q.  The top of the next page.
13        A.  Top of Page 4?  Okay.  Diazinon, yeah.
14   Okay.
15        Q.  Okay.  And then towards the bottom of
16   that page, you started talking about glyphosate,
17   right?
18        A.  Yes.
19        Q.  Okay.  Now, tetrachlorvinphos, was --
20   did you take notes on that and just not provide
21   them to us, or not -- or what do you know?
22        A.  There's something on TCBP.  There's --
23   on Page 2, there's some -- I have some notes on
24   TCBP.
25        Q.  But not broken down by the four groups

Page 78

1  like for the other substances, right?
2      A.  No.
3      Q.  Okay.  Let's talk about the glyphosate
4  notes on Page 4.  Group 1.  The report from group
5  1 share on glyphosate was -- that you wrote down
6  was "detectable in water and food," correct?
7      A.  Yes.
8      Q.  Okay.  For group 2, the report was
9  glyphosate negative non-Hodgkin's lymphoma.  Case
10  control, glyphosate, arrow, non-Hodgkin's
11  lymphoma, right?
12          MS. WAGSTAFF:  Object to the form.
13      A.  This -- this is what I wrote.
14  BY MR. GRIFFIS:
15      Q.  And what's your recollection of what
16  that meant?
17      A.  I don't recall.
18      Q.  Okay.  And you also wrote AHS negative
19  data, correct?
20      A.  I did.
21      Q.  And it is your understanding that AHS
22  data was negative with regard to association with
23  glyphosate?
24          MS. WAGSTAFF:  Object to the form.
25      A.  That is correct.

Page 79

1  BY MR. GRIFFIS:
2      Q.  And that is your understanding?
3      A.  The AHS study.  The AHS study, that was
4  a negative result.
5      Q.  Talking -- when you say the AHS study a
6  negative result regarding glyphosate, are you
7  talking about the DeRoos 2005 publication?
8      A.  No.  No.  No.  No.
9      Q.  Tell me what you --
10      A.  At AHS, there was a negative
11  association, but there was a case control study
12  that showed a positive association.
13      Q.  Which study is that, if you recall?
14      A.  I don't recall the citation.
15      Q.  Okay.
16      A.  But it's in the monograph.
17      Q.  Yes, sir.  Group 3.  You wrote as your
18  report from -- you wrote down from the group 3
19  report, "glyphosate limited to inadequate,"
20  correct?
21      A.  Yes.
22      Q.  Okay.  So was it the finding of the
23  group 3 group at that time that the evidence of
24  carcinogenicity of glyphosate was limited to
25  inadequate in animal studies?

Page 80

1          MS. WAGSTAFF:  Object to the form.
2      A.  So I don't recall the specific
3  discussion at this stage.  This was early
4  preliminary discussions.  The meeting was only
5  halfway through.  So this was just a preliminary
6  note in a plenary session.
7  BY MR. GRIFFIS:
8      Q.  Yes, sir.  Halfway through the group
9  3 -- group 3 had found limited to inadequate
10  evidence of carcinogenicity of glyphosate,
11  correct?
12          MS. WAGSTAFF:  Object to form.  There's
13      no foundation that that's what group 3
14      actually found at that point.
15      A.  I wasn't on group 3, so I wasn't privy
16  to their discussions.
17  BY MR. GRIFFIS:
18      Q.  That was reported to everybody at the
19  plenary session; is that right?
20      A.  I don't remember --
21          MS. WAGSTAFF:  Objection.
22      A.  -- the context, but this is what I
23  wrote.
24  BY MR. GRIFFIS:
25      Q.  Well, you participated in this, and you

Page 81

1  attended multiple plenary sessions where you got
2  progress reports.
3          Your understanding, halfway
4  through, was that group 3 was trending towards
5  limited to inadequate, as far as the animal
6  studies point; is that correct?
7          MS. WAGSTAFF:  Object to form and
8      foundation.
9      A.  They were only halfway through.  They
10  had not completed their evaluation.  We hadn't
11  even gone through the monograph as a whole -- as
12  a -- plenary session line by line.  So I don't
13  I -- I don't know which way they were trending at
14  this point.
15  BY MR. GRIFFIS:
16      Q.  What you wrote down from their report
17  was "limited to inadequate," right?
18      A.  That's what I have written down.
19      Q.  And that would have been them, not you,
20  because were not involved with group 3, as you
21  just said?
22      A.  My main focus was on the toxicokinetics
23  in group 4.
24      Q.  You didn't get involved with any
25  evaluation of the animal studies.

Page 82

1    Is that fair or not?
2        MS. WAGSTAFF:  Objection to the word
3    "involved."
4        A.  I was not in subgroup 3 -- in their
5    subgroup 3 discussions regarding the
6    carcinogenicity of glyphosate in animals.
7    BY MR. GRIFFIS:
8        Q.  Well, was the carcinogenicity of
9    glyphosate in whole animals discussed in group 4?
10       A.  I don't recall specifically.  I don't
11   recall whether the animal bioassay data was
12   discussed explicitly in our subgroup.
13       Q.  Was human evidence -- by humans, I mean
14   whole humans -- discussed in your group?
15       A.  It wasn't in our subgroup.
16       MS. WAGSTAFF:  Object to the form.
17   BY MR. GRIFFIS:
18       Q.  I'm sorry.  I didn't hear your answer.
19       A.  We were focused on mechanisms.  I was --
20   as a subgroup, we were focused on mechanisms.  I
21   was focused on toxicokinetics.
22       Q.  For group 4 -- I'm going back to Exhibit
23   11 here, sir.  For group 4, you just wrote
24   glyphosate.
25       Do you recall what was being

Page 83

1    reported as to group 4's findings at that point?
2        A.  I don't recall.
3        Q.  Okay.  And can you tell the jury, since
4    you were involved in all of these subgroup
5    sessions for group 4, how group 4's thinking
6    evolved over the course of work group 112?
7        MS. WAGSTAFF:  Object to the form.
8        A.  On which compound?  On --
9    BY MR. GRIFFIS:
10       Q.  Glyphosate.
11       A.  Glyphosate?
12       Q.  Yes, sir.
13       A.  Okay.  So the group was leaning towards
14   looking at the data on the genotoxicity and
15   oxidative stress of glyphosate and in evaluating
16   that particular data.  Because we concluded at the
17   end -- by the end, we had concluded that the
18   evidence was strong for those two key
19   characteristics.
20       Q.  Yes, sir.  Over the -- over time, how
21   did you evolve to the point of concluding there
22   was strong as to those two characteristics?
23       A.  I wouldn't use the word "evolve."  I
24   think the evidence was presented early on in the
25   meeting that it was strong.  I don't think there

Page 84

1    was an evolution in that thinking.
2        Q.  Okay.  Were you always -- was your group
3    always leaning towards the 2-A finding?
4        MS. WAGSTAFF:  Object to the form.
5        A.  Say that again one more time.
6    BY MR. GRIFFIS:
7        Q.  Yes.  The ultimate evaluation of IARC
8    was to classify glyphosate as 2-A, correct?
9        A.  That was the ultimate finding, yeah.
10       Q.  And was that always group 4's view, or
11   did that change over time?
12       MS. WAGSTAFF:  Object to the form.
13       A.  That was not always group 4's view, no.
14   BY MR. GRIFFIS:
15       Q.  Tell me how --
16       A.  Because we --
17       Q.  -- group 4 changed over time.
18       A.  Well, we don't make those evaluations in
19   subgroup, like group 2-A or 2-B.  Those are not
20   made within the subgroup.  Those are made as a
21   whole, as a -- within plenary.  Taking into
22   account the human data -- the human epi data, the
23   animal cancer bioassay data, and the mechanistic
24   data.  So evaluations are not made within
25   individual subgroups.

Page 85

1        Q.  So your -- please correct me if I'm
2    wrong.
3        But your task, as part of subgroup
4    4, the subgroup 4 task was to make an evaluation
5    within the ten key cancer characteristics -- the
6    ten bins that we talked about earlier as to weak,
7    limited, or strong?
8        A.  Correct.
9        Q.  Okay.  And then that would go to the
10   group as a whole to see what to do with that
11   information.
12       Is that fair?
13       A.  We would give descriptors to the
14   evidence regarding these to ten key
15   characteristics and summarize that, and it would
16   be presented to the preliminary group.
17       Q.  And your conclusion -- I mean the
18   conclusion you would present would be weak,
19   limited, or strong as to each of those bins with
20   rationale, of course, correct?
21       A.  Which is in the monograph.
22       Q.  Yes, sir.  But am I correct that would
23   be the evaluation?
24       A.  Right.  And that was -- that would be in
25   the -- very clearly stated in the monograph, as it

22

Page 86

1  was.
2      Q.  And where is it written, if anywhere,
3  how IARC evaluates the significance of a finding
4  of strong for genotox and strong for oxidative
5  stress?
6      A.  Where is it -- explain what you mean.
7      Q.  Yes, sir.  Do you have some guidance for
8  whether different substances are going to -- if
9  evaluated in terms of the ten key characteristics
10 of cancer, are different profiles, when divided
11 among the key characteristics of cancer, right?
12     A.  Yes.
13     Q.  There are certainly substances for,
14 example, for oxidated stress that show oxidative
15 stress that aren't in fact carcinogens, right?
16     A.  There are examples.
17     Q.  And there are substances that are
18 carcinogens that don't show oxidative stress?
19     A.  But we're not talking about glyphosate
20 here?
21     Q.  No.  No.
22     A.  You are -- maybe this is hypotheticals
23 now.
24     Q.  It's true, though, correct?
25         MS. WAGSTAFF:  Object as a hypothetical

Page 87

1  and agree with the witness.
2         MR. WHITE:  That's true.  I've
3  instructed my client not to answer any
4  hypotheticals.
5  BY MR. GRIFFIS:
6      Q.  Sir, when you were working with group
7  112, did you have any set of criteria by which you
8  were to evaluate whether a substance was capable
9  of causing human cancers based on the finding of
10 strong or oxidated stress and strong for genotox?
11     A.  We were instructed to evaluate the
12 publicly available literature as a whole to
13 determine whether there was strong evidence,
14 moderate evidence, or weak evidence that
15 glyphosate may cause oxidated stress or glyphosate
16 may induce genotoxicity.
17         So we were instructed to look at
18 the whole -- to the whole database and to draw
19 conclusions whether the database was strong,
20 moderate, or weak.
21     Q.  When you say the whole database, you are
22 referring to published literature and not to any
23 industry studies that were conducted in GLP labs,
24 correct?
25         MS. WAGSTAFF:  Object to the form.

Page 88

1         Suggestion that no industry studies that were
2  conducted in GLP labs were part of the
3  published literature?
4      A.  We had access to the publicly available
5  literature.  It is my understanding that there
6  were some industry studies that EPA had that we
7  could get access to.
8  BY MR. GRIFFIS:
9      Q.  Did you get access to them?
10     A.  This for -- talking about the cancer
11 bioassay data, they had access to EPA data.
12     Q.  Do you know of any -- I'm going to use
13 the term "registration study."
14         Do you know what that means?
15     A.  For EPA.  For data provided by the
16 company to EPA for registration purposes.
17     Q.  Did you look at any registration studies
18 in reaching your evaluation about the mechanism?
19     A.  I don't recall.
20         MS. WAGSTAFF:  Object to the form.
21     A.  There's -- I don't recall.  The person
22 who was looking at the genotox data may have, but
23 there was data that was unavailable to the working
24 group that Monsanto had access to.
25

Page 89

1  BY MR. GRIFFIS:
2      Q.  Do you know that there were publications
3  presenting a great deal of that data, that Hyer &
4  Kirkland published an article that was not
5  reviewed by IARC?
6      A.  And the reason was the committee
7  couldn't evaluate the methodology that those
8  studies used.  They just presented a summary of
9  findings without publishing the methodology
10 involved.  So independent scientists would have a
11 very difficult time of determining the veracity of
12 that data.
13     Q.  And do you know what the methodological
14 gaps that were listed in -- I mean in the IARC
15 monograph, it says, we didn't look at the Hyer &
16 Kirkland data because we couldn't evaluate A, B,
17 C, D about the methodology.
18         Could you evaluate A, B, C, and D
19 from all of the studies you did review from the
20 published literature methodology fully set forth
21 in those study?
22     A.  For the -- I can only speak for the
23 toxicokinetic data because that is what I was
24 responsible for.
25     Q.  Okay.  You can't say as the genotox or

Page 90

1  oxidated stress?
2      MS. WAGSTAFF:  Objection asked and
3  answered.  He has given his response.
4      A.  For the genotox and oxidated stress
5  because I did not write those drafts.  So I didn't
6  look at every single one of those papers.
7      Q.  Yes, sir.
8      A.  I don't know -- I assume the -- for a
9  paper to be brought forward and, especially if it
10 was deemed to be a strong paper in terms of
11 providing evidence for a mechanism, the -- you
12 would need to see the methodology that was
13 utilized in the statistical analysis and so forth.
14      So I'm -- I can't speak to that.  I
15 can't speak directly to that because I was not
16 involved in the draft of that document, but this
17 is publicly available literature.  And it would be
18 important for the reviewers for the -- for the
19 committee to have that methodological information
20 to evaluate the paper.
21      Q.  Do you know who made the decision not to
22 use the Hyer & Kirkland information?
23      A.  I don't know who specifically was
24 responsible for doing that.
25      Q.  Who did you learn -- from whom did you

Page 91

1  learn that that decision had been made?
2      A.  I believe that it was -- it came up in
3  plenary.  And I don't remember if it was
4  Dr. Straif or Dr. Guyton who determined that.
5      Q.  Your belief is that it was either
6  Dr. Straif or Dr. Guyton who rejected the Hyer &
7  Kirkland data?
8      MS. WAGSTAFF:  Object to the form.
9      A.  Yeah.  The specialist in the subgroup
10 who worked on the genotoxicity would have been
11 involved in that decision, as well.
12 BY MR. GRIFFIS:
13      Q.  Okay.  And do you know that, or is that
14 just speculation?
15      A.  I don't know for sure, but that's -- I
16 assume the person who had -- who was in charge of
17 that area would have been involved in discussions
18 regarding that review paper, the cure paper.
19      Q.  Who was that?
20      A.  Who was the genotox specialist?
21      Q.  Yes, sir.
22      A.  On our subgroup?
23      Q.  Yes, sir?
24      A.  Dr. LeCurieux.
25      MS. WAGSTAFF:  I am going to object to

Page 92

1  this line of questioning.  He's -- the
2  deponent has said he doesn't know the answer.
3  And he's also used the word that he's
4  assuming.  So I'm going to object for
5  speculation.
6      MR. WHITE:  And I'd like to add that you
7  don't have to make any assumptions.
8      MR. GRIFFIS:  What time is it?
9      MR. WHITE:  11:41.
10      MR. GRIFFIS:  So we've been going an
11 hour.
12      VIDEOGRAPHER:  44 minutes.
13      (Exhibit No. 13-12 marked for
14      identification.)
15 BY MR. GRIFFIS:
16      Q.  Okay.  Dr. Ross, I handed you a document
17 that you provided to us.  It is an e-mail exchange
18 between you and Dr. Michael Alavanja.
19      Is that pronounced correctly?
20      A.  Yes.
21      Q.  Okay.  And would you please tell us who
22 Dr. Alavanja is?
23      A.  He was the principal investigator of the
24 Agricultural Health Study at the National Cancer
25 Institute.

Page 93

1      Q.  In this thread, he announced that he was
2  retiring from NCI, correct?
3      A.  Yes.
4      Q.  Okay.  You sent him your best wishes and
5  then talked a little bit about AHS and the IARC
6  meeting, correct?
7      A.  Right.
8      Q.  Okay.  And do you know him through your
9  role on the AHS, the advisory committee?
10      A.  Correct.
11      Q.  Is that the only way you know him, or
12 did you have a prior relationship, as well?
13      A.  Not before that.
14      Q.  Okay.  And you told him indeed the AHS
15 worked out a prominent role at the IARC meeting I
16 attended, right?
17      A.  Yes.
18      Q.  What did you mean by that?
19      A.  Many of their studies were being
20 evaluated at the meeting.
21      Q.  And was it your understanding, from
22 attending the plenary sessions and hearing the
23 epidemiology group and exposure group talk about
24 the Agricultural Health Study data, that it was
25 important to their evaluation?

Page 94

1    MS. WAGSTAFF:  Objection.  Dr. Ross
2    stated he didn't -- wasn't involved in those
3    subgroups.  And, also, the Agricultural
4    Health study involves other chemical besides
5    glyphosate, which is outside the scope.
6    BY MR. GRIFFIS:
7    Q.  Go ahead, sir.
8    A.  The AHS studies was not just on
9    glyphosate.  There were other chemicals being
10   evaluated, some of which were the organophosphates
11   at the volume 112 meeting.  So there was -- this
12   is what I mean by AHS had a prominent role at the
13   meeting.
14   Q.  When you said a prominent role, you
15   weren't talking about glyphosate?  You were
16   talking about the other substances?
17       MS. WAGSTAFF:  Objection.  Misstates the
18   testimony.
19   A.  I was talking about in general.
20   BY MR. GRIFFIS:
21   Q.  Okay.
22   A.  The AHS work in general.
23   Q.  Did it have a prominent role with regard
24   to glyphosate?
25   A.  Well, it -- its data was evaluated in

Page 95

1    the glyphosate -- in the evaluation of glyphosate.
2    That study was evaluated.
3    Q.  The whole group met to put all of this
4    together, put the whole evaluation together to
5    talk about all of the data, right?
6    A.  The whole -- the whole group, yes.
7    Sure.
8    Q.  Yes.  And was it your understanding from
9    those meetings the AHS data was important to the
10   evaluations of the glyphosate by the other groups?
11       MS. WAGSTAFF:  Objection.
12   A.  I wasn't in group 2.
13   BY MR. GRIFFIS:
14   Q.  Talking about the meetings.
15       Everybody had to go together?
16   A.  I can't recall that.
17   Q.  You were at glyphosate issue -- back to
18   Exhibit 12 and your e-mail to Dr. Alavanja --
19       "The glyphosate issue kind of blew
20   up after we had finished and left," correct?  What
21   did you mean by it kind of blew up?
22   A.  There was a lot of press.
23   Q.  Then you said, "Although, it was the
24   rodent cancer bioassays, in the case of glyphosate
25   that was really the most controversial issue for

Page 96

1    glyphosate," right?
2    A.  That's what I've written.
3    Q.  What did you mean?
4    A.  There was debate going on within the
5    cancer bioassay subgroup regarding whether it was
6    deemed to be sufficient or limited.  So there was
7    debate -- scientific debate at the meeting --
8    Q.  You --
9    A.  -- regarding those -- that issue.
10   Q.  You considered that to be the most
11   controversial debate that was going on that you
12   were aware of with regard to glyphosate at
13   IARC 112?
14   A.  Yes.
15   Q.  Okay.  And it was between limited or
16   sufficient with regard to cancer bioassays for
17   animals?
18   A.  Yeah.  I -- yes.  It was -- it is that
19   issue.
20   Q.  And did you know who was advocating for
21   limited and who was advocating for sufficient?
22   A.  I don't remember.  I can't recall.
23   Q.  Okay.  Do you recall anyone who was
24   advocating for limited or sufficient?
25   A.  No.

Page 97

1    Q.  Okay.
2    A.  I wasn't privy to their conversations.
3    Q.  Okay.  Now, as a member of the AHS
4    advisory group, are you made aware of the content
5    of the data that hasn't been published?
6       MS. WAGSTAFF:  Objection.
7    BY MR. GRIFFIS:
8    Q.  That data they continue to collect
9    hasn't been published?
10      MS. WAGSTAFF:  His role as an AHS
11      advisory member is outside of the requested
12      discovery of the exploration of the mechanism
13      subgroup's conclusion about glyphosate.
14   A.  I don't receive any unpublished data
15   from AHS.
16   BY MR. GRIFFIS:
17   Q.  Do you receive -- you were giving them
18   advice about things, right?  Did they ever ask you
19   whether you think something should be published?
20   A.  No.
21   Q.  What sorts of things did they ask for
22   advice about?
23   A.  We -- I have only met with them one
24   time.  They would ask studies -- they would ask
25   opinion -- you know, ask us our opinion.  And in

Page 98

1  my case, they would ask my opinion about issues of
2  measuring pesticide, residues, and issues of
3  mechanistic mechanisms by which chemicals might
4  cause cancer, mutations in cancer.
5       Q.  Did you have an understanding, from your
6  review of the preamble, your attendance at the
7  evaluation criteria meeting, all the training you
8  got on IARC methodology, that if the epidemiology
9  evidence, evidence of group 2 is below limited,
10 then the substance in question gets a group 3
11 classification?
12      MS. WAGSTAFF:  Objection.  Calls for
13 speculation.  Foundation.
14 BY MR. GRIFFIS:
15      Q.  Do you recall that?
16      A.  So if -- yeah -- wait a minute.  The
17 human epi, if it was deemed to be inadequate, and
18 the animal cancer bioassay data -- well, it's --
19 we are speculating now because that is not what
20 happened.
21      Q.  Well, let's take a look at the preamble,
22 Page 23.
23           You reviewed and understood the
24 preamble, correct?
25      MS. WAGSTAFF:  I'm actually going to

Page 99

1  object also, this is causing for a
2  hypothetical that is completely unrelated to
3  the mechanism subgroup conclusion about
4  glyphosate.  You're actually proposing a
5  hypothetical on what happens if the
6  epidemiology has a different classifications
7  as to what it ultimately determined.
8       MR. GRIFFIS:  Well, I will link it up.
9  Don't worry.
10 BY MR. GRIFFIS:
11      Q.  Page 23.
12      A.  Uh-huh (affirmative response).
13      Q.  You see, the criteria for an evaluation
14 of group 3, "This category is used most commonly
15 for agents for which the evidence of
16 carcinogenicity is inadequate in humans and
17 inadequate or limited in experimental animals,"
18 right?
19      A.  Correct.
20      Q.  Okay.
21      MS. WAGSTAFF:  I'm going to object to
22 you're saying that that is a "shall make"
23 determination.
24      MR. GRIFFIS:  Let me finish, please.
25

Page 100

1  BY MR. GRIFFIS:
2       Q.  "And, exceptionally, agents for which
3  the evidence of carcinogenicity is inadequate in
4  humans but sufficient in experimental animals may
5  be placed in this category when there's strong
6  evidence that the mechanism of carcinogenicity in
7  experimental animals does not operate in humans,"
8  right?
9       A.  That's what the preamble says.
10      Q.  In group 4, "This category is used for
11 agents for which there is evidence suggesting lack
12 of carcinogenicity in humans and in experimental
13 animals," right?
14      A.  Yes.
15      MS. WAGSTAFF:  Continue to object on the
16 scope, as it seems as you're trying to elicit
17 expert testimony.
18 BY MR. GRIFFIS:
19      Q.  Sir, did you know that Dr. Aaron Blair
20 was deposed in this litigation?
21      A.  Yes.
22      Q.  Did you talk to Dr. Blair about being
23 deposed?
24      A.  No.
25      Q.  Do you know about that fact that he was

Page 101

1  deposed?
2       A.  I found it in the court records.
3       Q.  Did a little research when you heard you
4  were going to be deposed?
5       A.  We are scientists.  It is publicly
6  available.
7       Q.  Did you know Dr. Blair disclosed that
8  the AHS has seven more years of follow-up data
9  than that that was presented to IARC and that that
10 data, which involves many more cases than has been
11 previously published in DeRoos in 2005, the
12 article that was considered by IARC, is strongly
13 negative for non-Hodgkin's lymphoma and that if
14 that data had been put into the meta analysis and
15 was done by the epidemiology group, the relative
16 risk would have been below 1.0.  About 0.9.
17           Did you know that?
18      MS. WAGSTAFF:  Objection.  Misstates
19 the -- Dr. Blair's testimony and is
20 completely irrelevant.  And you're doing a
21 hypothetical upon hypothetical.
22      MR. WHITE:  You can answer as to whether
23 or not you were aware that that was...
24      A.  No.  I wasn't aware of that.
25

Page 102

1  BY MR. GRIFFIS:
2  Q.  Okay.  Do you know what relevance the
3  findings of the mechanism group would have in the
4  presence of negative human epidemiology in the
5  absence of a limited association?
6      MS. WAGSTAFF:  Objection.  Calls for a
7  hypothetical.  If it was presented in this
8  particular monograph 112, then that is
9  appropriate, but I think you're exploring
10 hypotheticals that are inappropriate to the
11 scope.
12 BY MR. GRIFFIS:
13 Q.  Go ahead, sir.
14     MR. WHITE:  You can answer as far as you
15 have factual knowledge of a yes or no, but
16 you do not need to go into any details of a
17 hypothetical.
18 A.  The mechanistic subgroup can upgrade or
19 downgrade if -- if it needs to.  So I -- since
20 that wasn't the issue in this case, then, I don't
21 know what else I can add.
22 BY MR. GRIFFIS:
23 Q.  Well, this is a question about the --
24 your understanding of the methodology applied by
25 IARC in doing its classifications and how

Page 103

1  mechanism fits into that.  What --
2  A.  But then I have to go into a
3  hypothetical.
4  Q.  What is the role of mechanism in the
5  absence -- in the presence of negative human
6  epidemiology?  Negative, not limited.
7      MS. WAGSTAFF:  Objection.  Hypothetical.
8      THE WITNESS:  So should I answer this
9  hypothetical?
10     MR. WHITE:  You can answer it to the
11 extent that you -- that you know under this
12 evaluation, under the way that you were
13 instructed.
14 A.  Right.  So if it was inadequate in
15 humans, sufficient in animal, and we had strong
16 evidence in mechanism -- mechanistic evidence,
17 then we could call for an upgrade to upgrade the
18 classification.
19 BY MR. GRIFFIS:
20 Q.  To 2-A?
21 A.  If it was inadequate -- yes.  Look at --
22 you can look in the preamble.  Okay.
23 Q.  Show where it shows the inadequate
24 evidence in human --
25 A.  Page 22, line 35.  "In some cases, an

Page 104

1  agent may be classified in this category, being
2  2-A, when there is inadequate evidence of
3  carcinogenicity in humans and sufficient evidence
4  of carcinogenicity in experimental animals and
5  strong evidence that carcinogenesis was mediated
6  by a mechanism that also operates in humans."
7  Q.  What strong evidence was presented in
8  the IARC monograph working group 112 that
9  carcinogenesis observed in experimental animals is
10 mediated by a mechanism that also operates in
11 humans?
12     MS. WAGSTAFF:  Objection to the
13 monograph.  It speaks for itself.
14 A.  The mechanistic evidence that was deemed
15 strong was the genotoxicity and the oxidative
16 stress classification.  You know, just those
17 characteristics.
18 BY MR. GRIFFIS:
19 Q.  So just the fact of finding genotoxicity
20 and oxidative stress suffices to show this is a
21 mechanism that operates in humans.
22     Do you have to be more specific
23 than that?
24 A.  Because the findings, the data, were
25 obtained in exposed humans in cultured cells -- in

Page 105

1  vitro human cells -- cultured in vitro, exposed to
2  glyphosate.  And in some animal models, in vivo
3  there was evidence of carcinogenicity -- or excuse
4  me.  Take that back -- of genotoxicity.
5      The important thing, in terms of
6  operable in humans, is the fact that exposed
7  humans showed evidence of genotoxicity, and
8  cultured cells of human origin showed evidence of
9  genotoxicity.  Those were -- those then showed
10 that this mechanism may operate in humans.
11 Q.  You would agree with me that
12 genotoxicity does not mean carcinogenicity, right?
13     MS. WAGSTAFF:  Object to the form.
14 A.  As -- not all genotoxins lead to cancer.
15 BY MR. GRIFFIS:
16 Q.  And that is because there are multiple
17 additional steps that have to take place before
18 cancer is produced, right?
19 A.  Yes.
20 Q.  Geno toxicity would have to lead to a
21 permanent mutation in order to cause cancer,
22 correct?
23     MR. WHITE:  I'm going to object.  At
24 this point, we're moving beyond the scope of
25 IARC, and we're asking for expert testimony.

1    You don't have to answer that.
2  BY MR. GRIFFIS:
3    Q.  Sir, in order to reach a conclusion that
4  the genotoxic mechanisms that you identified as
5  part of working group 112 can operate in humans,
6  there would need to also be evidence that those
7  genotoxic mechanisms would lead to permanent
8  mutations, not just temporary, transient ones,
9  correct?
10   A.  The evidence would be stronger if it was
11 permanent mutations.
12   Q.  If there was evidence -- if, in fact,
13 the evidence was not consistent with permanent
14 mutations, than the genotoxic mechanism that you
15 observed couldn't produce cancer in that way,
16 correct?
17     MS. WAGSTAFF:  Objection.  Calls for a
18 hypothetical.
19   A.  I don't know.  I can't say anything to
20 that. I don't know.
21 BY MR. GRIFFIS:
22   Q.  That wasn't part of your evaluation?
23   A.  Well, if it leads to DNA damage, this
24 could lead to genomic instability and cancer.  So
25 just to rule out DNA damage is not causing -- DNA

1  damage can lead to mutations.
2    Q.  And DNA damage might not lead to
3  mutations, as well?
4    A.  It depends on the context.
5    Q.  There are all sorts of analyses and
6  assays that are done to look for actual mutations
7  such as AIMS test, right?
8    A.  There are.
9    Q.  Okay.  And that evidence is negative for
10 glyphosate?
11   A.  It is in the monograph.  Whatever the
12 AIMS assay showed, it's in the monograph, whether
13 it was positive or negative.
14   Q.  You don't know?
15   A.  I think for the AIMS assay, the data for
16 glyphosate is negative.
17   Q.  Yes, sir.
18     MR. GRIFFIS:  We'll break now then for
19 lunch?
20     VIDEOGRAPHER:  Off record at 11:59.
21     (A lunch recess was taken.)
22     VIDEOGRAPHER:  Back on record.  This is
23 DVD three at 1:05.
24     (Exhibit No. 13-13 marked for
25     identification.)

1      MS. WAGSTAFF:  Just for completeness of
2  record, we had the phone line open all day,
3      and we don't believe anyone has called in;
4      and no one has made a peep.
5  BY MR. GRIFFIS:
6    Q.  Dr. Ross, I hand you Exhibit 13.  And
7  that is an e-mail from Dr. Rusyn to you at Martin
8  and Frank LeCurieux -- did I pronounce that right?
9    A.  Correct.
10   Q.  Dated February 27th of 2015, correct?
11   A.  I am just looking for the actual e-mail
12 here.  Let's see.  Which page is it?  Is it --
13 from -- that's from Kate Guyton and Ivan.
14     MS. WAGSTAFF:  I'm just going to put an
15     objection on the record that there is a
16     document that was produced or provided by
17     Dr. Ross.  It is a more complete cascade of
18     this conversation.  And the fact that it's
19     not to all of those folks.  It's just to
20     Dr. Guyton.
21 BY MR. GRIFFIS:
22   Q.  You see the top of this document?
23   A.  I got cc'd on it.
24   Q.  Okay.  And Dr. Rusyn responded to
25 Kathryn Guyton and cc'd you and suggested that you

1  take a look at some of the subjections that were
2  attached to that document, right?
3    A.  Yes.
4    Q.  And the document in question was the
5  Greim published article; is that correct?  Greim
6  2015?
7    A.  I am not familiar with that article.  I
8  think -- is this the article with the -- there
9  were several studies summarized?
10   Q.  Yes, sir.  A summary of multiple animal
11 studies.  Greim, et al., 2015.
12   A.  Okay.
13   Q.  And Dr. Rusyn forwarded that to you with
14 the suggestion that you take a look at the small
15 vignettes that are relevant to your subsection on
16 mechanistic data; is that correct?
17   A.  Yes.
18   Q.  Dr. Rusyn said, "With regard to the
19 Greim article, this is an interesting prelimical
20 piece," correct?
21   A.  Yes.
22   Q.  And did you view the Greim article as a
23 prelimical piece?
24   A.  I didn't have an opinion on it.
25   Q.  He said -- Dr. Rusyn said, "It does not

1    surprise me that, when under pressure, the
2    industry can muster a relevant publication."  He
3    put relevant in quotes.  "It goes from submission
4    to acceptance in as little as seven weeks,"
5    correct?
6         A.  That's what is written there.
7         Q.  Okay.  And what did you understand him
8    to mean by the industry being under pressure?
9              MS. WAGSTAFF:  Objection.  Calls for
10   speculation.
11        A.  I didn't know what he -- I didn't know
12   what he meant by that.
13   BY MR. GRIFFIS:
14        Q.  Now, you worked with Dr. Rusyn closely
15   during working group 112 and got to know him and
16   his style of working, right?
17        A.  I got to know Dr. Rusyn.
18        Q.  Okay.  And is his sarcastic tone towards
19   industry consistent with your experience working
20   with him on working group 112?
21             MS. WAGSTAFF:  Object to the form.
22   There's nowhere on here that it says it's
23   sarcastic.
24        A.  I didn't find him sarcastic.  I found
25   him objective.

1    BY MR. GRIFFIS:
2         Q.  Did you find this paragraph -- "This is
3    an interesting prelimical piece.  It does not
4    surprise me that, when under pressure, the
5    industry can muster a 'relevant' publication.  It
6    goes from submission to acceptance in as little as
7    seven weeks.  Kudos to CR-2, a known helper to
8    'informative' publications from the industry
9    stakeholders for such expediency and relevancy."
10             You don't find that to be
11   sarcastic?
12             MS. WAGSTAFF:  Objection.  If you want
13        to know if it's sarcastic, you need to ask
14        the person who wrote it and not someone who
15        is merely cc'd on the document.  This is
16        beyond the scope of -- of the subgroup's
17        determination on glyphosate.
18        A.  I don't have an opinion.
19   BY MR. GRIFFIS:
20        Q.  Did Dr. Rusyn express any views about
21   industry to you during working group 112?
22        A.  No.
23        Q.  Did he express any views to you about
24   whether he felt that the chemicals that you were
25   investigating should be more strongly regulated

1    than they were during working group 112?
2         A.  No.
3         Q.  Okay.  He said at the end of his e-mail,
4    "I am confident that the IARC monograph will be
5    much more comprehensive and balanced," correct?
6         A.  Yes.  That's written here.
7         Q.  And the IARC monograph did not include
8    the Greim article or the studies discussed
9    therein, correct?
10        A.  Right.
11        Q.  Did not discuss the Hyer & Kirkland
12   article or the studies discussed therein, correct?
13        A.  Correct.
14        Q.  Okay.  Now, you're aware, because of the
15   correspondence that you were a signatory to
16   following IARC, that there are a number of
17   regulatory agencies that have also done reviews of
18   glyphosate both before and after the IARC review;
19   is that right?
20             MS. WAGSTAFF:  Objection.  This is
21        completely beyond the scope.  Anything that
22        happened after IARC is not allowed by the
23        scope of the order allowed by Judge Charbrio
24        and MDL.
25        A.  So -- okay.  Is your question did I know

1    of anything before the meeting?
2    BY MR. GRIFFIS:
3         Q.  No, sir.  Question is, because you were
4    a signatory to some letters, following IARC, you
5    are aware that regulatory agencies have also done
6    reviews of glyphosate, both before and after
7    working group 112 met?
8              MS. WAGSTAFF:  Objection.  Again, this
9         is completely beyond the scope of what is
10        allowed by this deposition.  The
11        regulatories -- decisions have nothing to do
12        with the mechanism subgroup's conclusion of
13        glyphosate, especially when you're talking
14        about after monograph 112.
15        A.  So I was not aware of EFSA doing their
16   regulatory review until after it came to light --
17   BY MR. GRIFFIS:
18        Q.  Yes, sir.
19        A.  -- that I understood what was going on
20   there.  So I am aware that regulatory agencies
21   have been reviewing glyphosate, yes.
22        Q.  And are you -- and you're aware, because
23   it's part of the substance of the letters that you
24   signed, that those reviews involved a review both
25   of the published literature and the unpublished,

1 right?

2      MS. WAGSTAFF:  Again, this is completely

3 beyond the scope of what's allowed, and this

4 is an abuse of the order that Judge Charbrio

5 entered allowing exploration of the mechanism

6 subgroup's conclusion about glyphosate.

7 You're asking about letters that happened

8 after monograph 112, and you're asking about

9 regulatory agencies which haven't even been

10 allowed in this litigation.

11      MR. WHITE:  Yeah.  At this point, I'm

12 going to instruct my client that he does not

13 have to answer these.  It's not -- if it's

14 not brought back to the actual monogram.

15      MR. GRIFFIS:  I'm bringing it back.

16      MS. WAGSTAFF:  I think he was instructed

17 that he didn't have to answer it.

18 BY MR. GRIFFIS:

19      Q.  Do you know that Dr. Jameson testified

20 today that he wasn't shown the Greim article --

21 Dr. Jameson?

22      MS. WAGSTAFF:  Objection.  We don't have

23 any authority or any foundation that that's

24 true.  And we have no idea what the testimony

25 question was asked or what was said.  That's

1 pure speculation.  How would he know that?

2      MR. WHITE:  You don't have to answer

3 that.

4 BY MR. GRIFFIS:

5      Q.  Do you know if Dr. Jameson was shown

6 Greim?

7      MS. WAGSTAFF:  Objection.  Speculation.

8      MR. GRIFFIS:  Okay.  I'm going to mark

9 another document.

10      (Exhibit No. 13-14 marked for

11 identification.)

12      (Exhibit No. 13-15 marked for

13 identification.)

14      MS. WAGSTAFF:  Did you highlight these,

15 Kirby, or is it --

16      MR. GRIFFIS:  This is how we have it.

17      MS. WAGSTAFF:  Okay.  Wait.

18      MR. WHITE:  We have two -- 14 and 15?

19      MR. GRIFFIS:  Yes, sir.

20      MS. WAGSTAFF:  Which one do you want as

21 14?

22      MR. GRIFFIS:  14 is that one.

23 BY MR. GRIFFIS:

24      Q.  This is from the documents that you

25 provided to us, sir.  Okay.  Marked as Exhibit 14

1 is some comments by Chris Portier on a response by

2 EFSA to a letter sent by Portier and others.

3      And 15 I marked because it's the --

4 it has numbered paragraphs also supplied by you.

5 Numbered paragraphs that link up to the numbered

6 paragraphs in Mr. Portier's --

7      MS. WAGSTAFF:  I'm again going to

8 object.  The request for this deposition was

9 to explore the mechanism subgroup's

10 conclusions about glyphosate.  And that is

11 what the Court allowed as a fact deposition.

12 And now you are asking about something that

13 happened in January 13th, 2016, which is a

14 year and a half after the conclusion came

15 out.  And I think it's a completely

16 inappropriate line of questioning.

17      MR. GRIFFIS:  It links directly to the

18 procedures used by IARC at the group.

19 BY MR. GRIFFIS:

20      Q.  I just want to ask you about one comment

21 by Chris Portier, sir.

22      This is a document that you

23 recognize that came from your production, right?

24      MS. WAGSTAFF:  You're talking about

25 Exhibit 14?

1      MR. GRIFFIS:  Yes.

2      MS. WAGSTAFF:  Okay.  I object as to

3 foundation.  This is from Chris Portier.

4 Nothing on here that shows him as the author.

5 BY MR. GRIFFIS:

6      Q.  Sir, first of all, do you recognize this

7 as a document that you were sent?

8      A.  I mean, I can't recall, but if -- you

9 know, if this was under the subpoena...

10      Q.  It's a document that you provided to us.

11 I will tell you that.

12      A.  If that's the case then, yes, then I --

13 then I would say, yeah, it was swept up.  But I

14 don't recall this specifically.

15      Q.  Okay.

16      MS. WAGSTAFF:  I object to any questions

17 on this document as the deponent said he

18 doesn't recall it.

19 BY MR. GRIFFIS:

20      Q.  Do you recall Mr. Portier communicating

21 with you about the responses that he was putting

22 together in asking you to be part of it and sign

23 responding to EFSA?

24      A.  Yeah.  We -- I was one of a

25 approximately 93 people.

Page 118

1    Q.  Yes, sir.  And it says, "Thoughts on
2    EFSA response.  See EFSA response."
3              Are these Chris Portier's thoughts
4    or your thoughts?
5         MS. WAGSTAFF:  Object to any questions
6         on this document as the deponent has stated
7         he doesn't remember this document.
8         A.  These are not my comments.
9    BY MR. GRIFFIS:
10    Q.  Okay.  Comment on paragraph 19, "After
11    carefully reading the current RAR, they may be
12    correct" -- that's R-A-R -- "they may be correct
13    in saying that IARC could have used these data.
14    However, second guessing this at this time is
15    wasted effort."
16              See that, sir?
17         MS. WAGSTAFF:  Objection to asking
18         questions on this document, as the deponent
19         has said he does not recall it.  He also
20         stated these are not his comments.
21    BY MR. GRIFFIS:
22    Q.  You see that, sir?
23    A.  I see it.  These are not my comments.
24    Q.  No, sir.  I'm not saying that they are.
25    Chris Portier's comments.

Page 119

1              Would you go to paragraph 19 in
2    Exhibit 15 so that we can see what he's talking
3    about?
4         MS. WAGSTAFF:  Objection.  No
5         foundation.  Chris Portier's comments.
6         A.  Exhibit 15.
7    BY MR. GRIFFIS:
8    Q.  Yes, sir.  See these paragraphs are hand
9    numbered, and they match up with the comments on
10    the other.  That's why I produced this one to you.
11    A.  Okay.  Paragraph 19?
12    Q.  Right.  And paragraph 19 reads, "I wish
13    to make a final but important point regarding
14    transparency.  The background documents display
15    detailed information on how EFSA and Member States
16    appraised each study, including industry sponsored
17    studies and how all those which participated,
18    except Sweden, concluded that glyphosate is
19    unlikely to pose a carcinogenic hazard to humans."
20              Did I read that correctly?
21    A.  Yes.
22    Q.  Okay.  So my question to you now, sir,
23    is, do you agree that IARC could have used those
24    data that were reviewed by EFSA and not reviewed
25    by IARC?

Page 120

1    A.  IARC -- the preamble -- sorry.
2         MS. WAGSTAFF:  I was going to say an
3    objection to using this document, as the
4    deponent has said he does not recall this
5    document, and this is calling for an
6    expert -- calling for expert testimony and
7    hypotheticals when he has stated all along
8    that they followed the procedures as set
9    forth in the preamble.
10    BY MR. GRIFFIS:
11    Q.  So your answer?
12    A.  The preamble asked us to look at the
13    publicly available literature.
14    Q.  Okay.  Could IARC -- I don't mean -- was
15    it a -- was it consistent with IARC's rules or
16    would it have been against the rules or not -- as
17    a scientist, doing a review of the science on the
18    mechanism, could you have used the additional data
19    found in the industry studies that were reviewed
20    by EFSA and other regulators?
21         MS. WAGSTAFF:  Objection.  You're asking
22         him whether or not he should have broke from
23         IARC procedure, and I think that puts the
24         deponent in a very uncomfortable position;
25         and it's an inappropriate question.

Page 121

1    BY MR. GRIFFIS:
2    Q.  Let me be clear.  I'm not asking you if
3    it would have been good for you to go ahead and
4    break with IARC procedures.  I'm asking you, as a
5    scientist, doing what's supposed to be an
6    objective evaluation of the available evidence on
7    glyphosate, would it have been useful to you to
8    have even more evidence to look at, i.e., the
9    evidence looked at by EFSA and not by IARC?
10         MS. WAGSTAFF:  Object.
11    BY MR. GRIFFIS:
12    Q.  Would that have improved or made worse
13    your evaluation of mechanism?
14         MS. WAGSTAFF:  Objection.  Foundation.
15         We don't even know what the data is you're
16         talking about -- the strength, weaknesses the
17         biases, anything with respect to that data.
18         MR. WHITE:  When answering this, just
19         answer to the best of your ability with --
20         from your own knowledge.  All right?  You
21         don't need to speculate on whether or not you
22         should or should not have been using data
23         that was not provided to you.
24         A.  I don't know the answer to your
25    question.  I don't know without -- I can't

Page 122

1  speculate.  I feel like I would be speculating.
2  BY MR. GRIFFIS:
3      Q.  Because you don't know what that data
4  shows?
5      A.  The form of the data, where it's
6  published, I would -- I think it's speculative for
7  me to say.
8      Q.  Based on your understanding of the
9  methodology that you were to follow as part of
10  working group 112, would more information that is
11  negative weaken your conclusion of a strong
12  association, or is that not the way the
13  methodology works?
14      MS. WAGSTAFF:  Objection.  Calls for a
15      hypothetical and speculation on what would
16      have happened had some fictitious data been
17      available pursuant to the preamble.
18  BY MR. GRIFFIS:
19      Q.  Do you understand the question, sir?
20      A.  I do.
21      Q.  Okay.  So now -- and what it is, is
22  given the procedure that you're following, given
23  the methodology that IARC asked you to follow, you
24  had evidence of genotoxicity that you considered
25  to be strong.  You had evidence of oxidative

Page 123

1  stress that you considered to be strong.
2      What does the methodology say you
3  are to do with additional negative information
4  about genotoxicity and additional negative
5  information about oxidative stress?  Would that
6  weaken or have no effect on a conclusion of
7  strong?
8      MS. WAGSTAFF:  Objection.  Calls for a
9      hypothetical.  Again, talking about data that
10      is not allowed under the preamble.
11      MR. WHITE:  I advise you to only answer
12      to the extent that you know under the
13      preamble.  All right?
14      A.  Preamble says we were to evaluate the
15  publicly available literature, and that's what we
16  did.
17  BY MR. GRIFFIS:
18      Q.  Do you know, in working group 118 and
19  working group 119, they looked at non-published
20  literature?
21      MS. WAGSTAFF:  Objection.  This is
22      completely outside the scope when we're
23      talking about other monographs.  We're here
24      to talk about monograph 112 and specifically
25      the mechanism subgroup.  And now you're

Page 124

1  bringing up monographs 117 and 120 that we
2  know absolutely nothing about.
3  BY MR. GRIFFIS:
4      Q.  118 and 119.  Did you know that, sir?
5      MR. WHITE:  If we -- if this isn't going
6      to be brought back to the monograph that's
7      actually at issue, I'm going to instruct him
8      not --
9      MR. GRIFFIS:  It is, sir.  It is.
10  BY MR. GRIFFIS:
11      Q.  Do you know that IARC doesn't always
12  follow what you're saying is the rule of only
13  looking at published literature?  Do you know
14  that?
15      MS. WAGSTAFF:  Completely beyond the
16      scope of this deposition.  I object for that.
17      MR. WHITE:  You don't have to answer
18      that.
19  BY MR. GRIFFIS:
20      Q.  Sir, do you know why the leaders of IARC
21  chose not to look at unpublished data in working
22  group 112?
23      MR. WHITE:  To the extent of your
24      knowledge.
25      A.  Because it wasn't in the publicly

Page 125

1  available database.
2  BY MR. GRIFFIS:
3      Q.  And do you know why they chose to look
4  at unpublished literature in other monographs?
5      MS. WAGSTAFF:  Objection.  Foundation.
6      And beyond the scope allowed by this
7      deposition.
8      MR. WHITE:  To the extent of your
9      knowledge.
10      MS. WAGSTAFF:  And calls for
11      speculation.  How is he supposed to know what
12      other people did or didn't do?
13      A.  I didn't know.
14  BY MR. GRIFFIS:
15      Q.  Were you aware before today that IARC
16  doesn't necessarily follow a rule of not looking
17  at unpublished data?
18      MS. WAGSTAFF:  Objection.  Foundation.
19      Timing and the scope of this deposition.  And
20      his attorney has already instructed him not
21      to answer on that.
22      MR. WHITE:  That's true.  You don't have
23      to answer that.
24  BY MR. GRIFFIS:
25      Q.  Sir, you came to working group 112.  You

1    followed the rules.  The rules, as you understood
2    them, didn't permit you to consider registration
3    studies, didn't permit you to consider data
4    generated by industry, and didn't permit to
5    consider -- although you weren't part of that
6    decision -- the Greim data or the Hyer & Kirkland
7    data.
8            Is that all correct?
9        MS. WAGSTAFF:  Objection to the phrasing
10   of that whereas it was the rules as he
11   considered it.  Later monographs looked at
12   unpublished data for one reason or another as
13   you're apparently representing.  We have no
14   idea if the rules change.  We have no idea
15   under what circumstances that happened.  And
16   we have no idea of any facts surrounding that
17   method.  It's beyond the scope of the
18   deposition.
19       MR. GRIFFIS:  I object to the continued
20   speaking deposition [sic] which are taking
21   more transcript than my questions.
22   BY MR. GRIFFIS:
23       Q.  Everything I just said is true, right?
24       A.  We were instructed to evaluate the
25   publicly available literature.

1        Q.  Right.  And you know that there was a
2    body of registration studies, a body of industry
3    studies.  There were studies mentioned in the
4    Greim article study.  There were studies mentioned
5    in Hyer & Kirkland.  And you were not to consider
6    any of those.
7            You did know that, right?
8        A.  I didn't know the specifics of the
9    industry studies.
10       Q.  Okay.  And you didn't look at those
11   studies, I know, but you know that such studies
12   existed and that you weren't going to be looking
13   at them?
14       A.  I didn't know the scope of the industry
15   studies.
16       Q.  Okay.  Do you know today that there are
17   such studies?
18       A.  Based on the Greim article?
19       MS. WAGSTAFF:  Scope.
20   BY MR. GRIFFIS:
21       Q.  Based on the Greim article.
22           You were copied on that e-mail
23   before you went to working group 112 attaching the
24   Greim article, right?
25       A.  Yes.

1        Q.  Okay, sir.  And is it fair to say that
2    you don't know what your conclusions would have
3    been with regard to mechanism had you seen those
4    studies.
5            Is that fair?
6        A.  I can't speculate on that because we
7    didn't see it.
8        Q.  Right.  So you're agreeing with me.
9            You don't even know what -- you
10   didn't know how that would have affected your
11   analysis?
12       A.  I can't speculate on that because we
13   were instructed to look at the publicly available
14   literature.
15       Q.  Okay.  Now, I am going to ask you a
16   question about the methodology that you were asked
17   to follow.
18           And this isn't about whether you
19   look at publicly available literature or not.
20   This isn't about that facet of the methodology
21   prescribed to you by IARC.  It's about a different
22   facet.
23           My question is this, sir.  Were you
24   instructed, if you find multiple articles that
25   show, in your view, a strong genotox signal and

1    multiple articles that show a strong oxidative
2    stress signal, plus there are a whole bunch of
3    other articles in those same categories that are
4    negative, what are you to do with the negative
5    articles?  Do they tend to weaken your conclusion,
6    as to strong association, or they have no impact
7    on it because you already have a number of
8    articles showing this association?
9            Do you understand my question?
10       A.  So we look at the overall database, and
11   we try to balance it with positive articles --
12   articles that suggest strong evidence versus
13   negative evidence.  So we are trying to look at
14   the entire database as a whole and weigh that.
15       Q.  So you were weighing the evidence.  And
16   if there was negative evidence that would tend to
17   count against a conclusion -- a strong conclusion
18   with regard to genotox or oxidative stress or any
19   of the other ten cancer characteristics, right?
20       A.  I believe the -- in the monograph that
21   the tables lay out in a balanced way several of
22   the positive studies and some of the negative
23   studies, but on balance, there were more positives
24   than negatives that helped us draw a conclusion.
25       Q.  Right.  And right now I'm not asking

Page 130

1  about how those studies came out in your -- in
2  your weighing. I'm asking you about what you
3  understood to be the rules that you were following
4  in doing the weighing. And I believe you're
5  telling me your understanding was that, to the
6  extent that there are negative studies in a
7  particular category, those tend to count against a
8  finding of strong.
9          And to the extent that there are
10 positive studies, they tend to count for a finding
11 of strong, and you -- you weigh them; is that
12 correct?
13     A.  Within the publicly available
14 literature, we try to weigh both sets of data.
15     Q.  Okay. And so you try to weigh both sets
16 of data within the literature that you were
17 provided as part of working group 112 and the
18 publicly available literature that you found. And
19 you -- and to the extent that there was negative
20 data in that data set, it counted against your
21 conclusion of strong.
22          That's fair?
23     A.  We would weigh all the studies together,
24 positive and negative.
25     Q.  All right. Is your lab here at MSU a

Page 131

1  GLP lab?
2     A.  No.
3     Q.  Are there any GLP labs at MSU?
4          MS. WAGSTAFF: Object to scope. Whether
5  or not Mississippi State University has a GLP
6  lab has nothing to do with the mechanisms of
7  that group's conclusions about glyphosate,
8  completely irrelevant.
9          MR. WHITE: You can answer to your
10 knowledge?
11     A.  I'm not aware. I don't know if there
12 are or not.
13 BY MR. GRIFFIS:
14     Q.  Okay. Do you know generally how GLP
15 certification is achieved?
16          MS. WAGSTAFF: Objection. This is not
17 relevant to the scope of this deposition.
18          MR. WHITE: Only to your knowledge.
19     A.  My only knowledge is from work I did in
20 a contract lab back in the early '90s that was GLP
21 certified. So that is my knowledge of GLP.
22 BY MR. GRIFFIS:
23     Q.  Okay.
24     A.  When I worked in a contract lab.
25     Q.  Okay. You worked in a GLP lab?

Page 132

1     A.  Yes.
2     Q.  And your -- there were independent
3  auditors in that lab, correct?
4     A.  We would have auditors that came in
5  either from the company or from government, in
6  EPA, for example.
7     Q.  The company auditors -- I don't know if
8  you knew this or not -- but did you know that they
9  were required to have a different management than
10 the management of the lab so that they're
11 reporting to different people?
12          MS. WAGSTAFF: Objection. This is
13 getting way beyond monograph 112 and whether
14 or not he knows about the management of GLP
15 labs.
16     A.  I don't know that level of detail about
17 GLP.
18 BY MR. GRIFFIS:
19     Q.  Okay, sir.
20          (Exhibit No. 13-16 marked for
21          identification.)
22 BY MR. GRIFFIS:
23     Q.  Sir, Exhibit 16 is an e-mail from you to
24 Dr. Rusyn, March 11th of 2015, which is the day
25 you left Lyon, right?

Page 133

1     A.  Yes.
2     Q.  And you told him, "You did a fantastic
3  job as chair," and asked to keep in touch, right?
4     A.  Yes.
5     Q.  Okay. And you were responding to a
6  March 9th -- you weren't responding to the
7  substance, but you clicked respond on a March 9th
8  e-mail from Dr. Rusyn, correct?
9     A.  Yes.
10    Q.  Okay. And Dr. Rusyn wrote, "I would
11 like to convene group 4 downstairs in the first
12 coffee break to discuss the information below,"
13 correct?
14    A.  Yes.
15    Q.  Okay. And March 9th was the second to
16 last day of working group 112, right?
17    A.  Yes.
18    Q.  Okay. This e-mail -- we don't have some
19 of the header information. In Dr. Rusyn's e-mail,
20 your system you were using didn't include it.
21          But was this e-mail sent to you and
22 the others in group 4?
23    A.  I would -- it was sent to me. I would
24 assume all the members received it.
25    Q.  And did you, in fact, convene downstairs

1  in the first coffee break to discuss the
2  information?
3       A.  We did to discuss a potential upgrade.
4       Q.  Okay.  And what do you mean by upgrade?
5       A.  The mechanistic upgrade.  If animal data
6  was considered limited and the human epi data was
7  considered limited by the IARC rubric in the
8  preamble, if there was mechanistic information
9  that was considered strong by the subgroup, we
10 could consider an upgrade.
11      Q.  So you wanted to make sure we were all
12 on the same page, we being group 4, correct?
13      A.  Yes.
14      Q.  Lower the evaluations from groups 2 and
15 3 in the IARC matrix.  You apparently attached the
16 matrix; although, that didn't come through in what
17 you sent us, right?
18      A.  Where's the matrix?  I'm sorry.  I don't
19 see what.
20      Q.  I'm reading from the e-mail.  "Just to
21 make sure we're on the same page, below are the
22 evaluations from groups 2 and 3 and the IARC
23 matrix."
24      A.  Oh, okay.
25      Q.  And there's some image that was attached

1  but didn't come through in what you provided to
2  us, presumably the matrix.
3           "To get us to understand where our
4  conclusions fit."  That's what he wrote, right?
5       A.  Yes.
6       Q.  With regard to glyphosate, he said,
7  "human limited."  That's group 2, finding of
8  limited.  Group 3, finding of limited.
9           Correct?
10      A.  At this -- well, at -- I don't know what
11 was going on in group 2.  I am not privy to their
12 conversations, but it is -- it says "animal,
13 limited" there.  So he was convening a meeting --
14      Q.  He says below --
15      A.  -- to discuss --
16      Q.  Yes, sir.
17           And he was -- this is at 9:00, so
18 it's after both plenary sessions for the day,
19 right?
20      MS. WAGSTAFF:  Objection.  Where do you
21      see that it's at 9:00?
22      MR. GRIFFIS:  I'm sorry.  I'm wrong.
23      It's at 4:42.
24 BY MR. GRIFFIS:
25      Q.  It's at a break from the plenary

1  session, correct?
2       MS. WAGSTAFF:  Well, object to that.  We
3       don't if it's a.m. or p.m.
4       A.  I don't know what time it is.
5  BY MR. GRIFFIS:
6       Q.  Were you taking a coffee break at 4:42
7  a.m. or 4:42 p.m., sir?
8       A.  No.  This was not a -- we were
9  meeting -- the first coffee break, that would be
10 in the morning.
11      Q.  The first coffee -- so was this meeting
12 to be held on the 9th or the 10th?
13      A.  I don't recall.
14      Q.  All right.  Anyway, he was -- he said,
15 "Below are the evaluations from groups 2 and 3."
16 And the evaluation that he reported from group 2
17 was human glyphosate -- human, limited.  And the
18 evaluation that he reported for group 3 for
19 glyphosate was animal, limited.  Correct?
20      A.  That's what's written here.
21      MS. WAGSTAFF:  Object to the form.
22 BY MR. GRIFFIS:
23      Q.  And what would -- you were in the
24 plenary sessions, right, sir?
25      A.  Yes.

1       Q.  What was the basis for the finding of
2  limited in the animal study group as of March 9th?
3       MS. WAGSTAFF:  I'm going to object to
4       the suggestion that these were announced at
5       the plenary session.  Nowhere on here that I
6       can see does it say that Dr. Rusyn got this
7       from the plenary session.  We don't know
8       where he got them from.
9       A.  I don't recall what -- the discussion
10 regarding the limited evidence.
11 BY MR. GRIFFIS:
12      Q.  Do you know, sir, whether Dr. Rusyn got
13 this from a public session that you were present
14 at or from a closed session where only he and a
15 few other people were present?
16      A.  I don't know.
17      Q.  Do you know where Dr. Rusyn got the
18 impetus to ask for an upgrade?
19      MS. WAGSTAFF:  Objection.  Calls for
20      speculation.
21      A.  Part of the rubric or the preamble gives
22 the mechanistic group the ability -- well, to
23 propose an upgrade if the evidence warrants it.
24 BY MR. GRIFFIS:
25      Q.  He says -- okay.  And I want to finish

Page 138

1    out my question.
2          Do you have any understanding as to
3    the basis for the animal group's evaluation, as of
4    March 9th, being limited?
5          MS. WAGSTAFF: Objection. Asked and
6    answered.
7          A. I don't know. I don't know the basis of
8    what was -- what they considered limited.
9    BY MR. GRIFFIS:
10          Q. Earlier you told -- you testified that,
11    in your opinion, the most controversial issue with
12    regarding to glyphosate was group 3's
13    classification as between limited and sufficient
14    with regard to particular animal tumor data; is
15    that right?
16          A. This was the main issue. This was an
17    important issue. There was a lot of debate about
18    it.
19          Q. And when did you witness that debate or
20    hear about that debate?
21          A. In the plenary session.
22          Q. There was debate at the plenary session
23    between limited and sufficient in the animal study
24    group; is that right?
25          A. There was -- in the early plenary

Page 139

1    session, there was -- there was debate. There was
2    further analysis going on, but I was not privy to
3    all that data analysis because I am not a cancer
4    biologist. So it was out of my -- my expertise.
5          Q. What was being said by the advocates for
6    the limited view in those sessions that you
7    witnessed advocating for a limited finding?
8          A. What was said?
9          Q. Yes, sir.
10          A. I don't recall.
11          Q. Who was making -- who was making the
12    points in favor of a limited deal?
13          MS. WAGSTAFF: Objection. Asked and
14    answered. He said he don't know that.
15          A. I really don't recall who was arguing.
16    At this stage, I was busy getting my drafts
17    together, doing some fact-checking. I know there
18    was lots of debate. It wasn't in my area of
19    expertise, so the -- in the conversations that
20    were going in the group 3 where I wasn't present
21    for it.
22          Q. And in evaluating it as the most
23    contentious issue with regard to glyphosate at
24    working group 112, what were you basing that on?
25    Hearing people argue and not understanding the

Page 140

1    arguments or what?
2          A. No. There was a --
3          MS. WAGSTAFF: Objection.
4    Argumentative.
5          A. Yeah. There was a lot of debate. There
6    was a lot of scientific debate about the evidence
7    about -- and how it fit with the preamble.
8    BY MR. GRIFFIS:
9          Q. And as you're sitting here, you can't
10    remember anything about that debate or who was
11    advocating on which side?
12          MS. WAGSTAFF: Objection. Asked and
13    answered.
14          A. I -- I don't recall. I -- I don't
15    recall the limited -- who was advocating for
16    limited. I don't recall who -- who was advocating
17    for a limited stance.
18    BY MR. GRIFFIS:
19          Q. Was it only the members of the -- of
20    group 3 who were having that debate, or was Chris
21    Portier or Kurt Straif or Dr. Rusyn or anyone else
22    also participating in it?
23          A. There was debate with the whole group in
24    the plenary session. There was debate going on
25    with several scientists.

Page 141

1          Q. Any from group 4?
2          A. Yes.
3          Q. Who?
4          A. Dr. Rusyn. He was -- he was debating
5    the evidence.
6          Q. He was advocating for a finding of
7    sufficient, correct?
8          A. I don't -- that word "advocate," I --
9    you know, I don't recall if it was -- he didn't
10    use the word "advocate."
11          Q. Yes, sir. You used the word "debate"
12    earlier.
13          A. Yeah. Debate about the evidence. Or
14    there's debate about how to deal with this animal
15    cancer bioassay data. We had, you know, multiple
16    species getting tumors, different types of tumors,
17    so there was debate there.
18          Q. What analyses or reanalyses of the
19    cancer data are you aware of from being a
20    participant in working group 112?
21          MS. WAGSTAFF: Objection. He testified
22    he did not participate in the animal
23    subgroups.
24          A. I don't know what analyses or reanalyses
25    were being conducted. I know on the -- on the --

Page 142

1  they have -- they stated in the monograph what
2  statistical analyses were being used.  But I am
3  not familiar with what was done.
4  BY MR. GRIFFIS:
5    Q.  Okay.  Was Chris Portier involved in the
6  debate over whether the animal group conclusion
7  should be limited or sufficient?
8    A.  I don't recall him specifically.  I
9  don't can't recall.
10   Q.  Was Kurt Straif involved in that debate?
11     MS. WAGSTAFF:  You now asked him seven
12     different times if he recalls who was
13     involved in the debate on which side, and
14     every time he said he doesn't recall.  So I'm
15     not quite sure we need to stay on this topic.
16   A.  I don't recall if Kurt was involved in
17  the discussion.  He may have been trying to
18  form -- you know, mediate, be a moderator, as his
19  role as the head of the IARC monographs.  But
20  that's, I mean, certainly not advocating for one
21  side or the other.
22  BY MR. GRIFFIS:
23   Q.  Dr. Rusyn says, after he reports that
24  the animal group, as of March 9th, was -- had a
25  finding of limited.  "I have questions on the

Page 143

1  limited in animals because there are two studies
2  showing significant effect."
3       You see that, sir?
4    A.  Yes.
5    Q.  Did Dr. Rusyn express during this coffee
6  break meeting or any other time his position that
7  limited was the wrong conclusion and sufficient
8  was the correct conclusion for the animal studies
9  group?
10     MS. WAGSTAFF:  Objection as to scope.
11     This deposition was noticed to explore the
12     mechanism subgroup's conclusions about
13     glyphosate, and you are directly asking him
14     about some other person's opinion on the
15     animal subgroup.
16   A.  I think he was questioning these two
17  studies showing a significant effect, and I don't
18  recall which two studies they are.  Again, I don't
19  think he was strongly advocating limited or
20  sufficient at that time.
21  BY MR. GRIFFIS:
22   Q.  During this coffee break meeting or at
23  any other meetings with Dr. Rusyn, did he express
24  in front of you what his questions were on the
25  classification as limited?

Page 144

1     MS. WAGSTAFF:  Same objection as to
2     scope.  This deposition was noticed to
3     explore the mechanism subgroup's conclusion
4     about glyphosate, and you're asking him
5     questions about some other scientist's
6     opinion on the animal subgroup.
7    A.  I don't recall what his questions were
8  about limited.
9  BY MR. GRIFFIS:
10   Q.  Again, sir, the point of this meeting --
11  this coffee break meeting on the second to last
12  day of working group 112 was to talk about an
13  upgrade, which is an interaction between the
14  mechanism group's conclusions and those of the
15  animals study's group to alter the classification;
16  is this right?
17     MS. WAGSTAFF:  Object to the form.
18   A.  It was meeting to -- as to whether the
19  mechanistic subgroup should bring forward to the
20  whole group in the plenary session whether a
21  mechanistic upgrade should be voted on or asked
22  for.
23  BY MR. GRIFFIS:
24   Q.  Tell us what happened at this meeting.
25   A.  Which particular meeting?

Page 145

1    Q.  The first coffee break meeting that
2  Dr. Rusyn convened on the second to last day of
3  working group 112?
4    A.  So it dealt with the mechanistic
5  evidence we had.  We had given the qualitative
6  descriptor of strong to both the genotoxicity data
7  and the oxidative stress data.  These were two of
8  the ten characteristics of the human carcinogens.
9  And the debate or the question that was being
10  raised was whether we bring it forward to
11  upgrade -- as an upgrade in the plenary session.
12  Was it -- was the group comfortable with that
13  approach.
14   Q.  Was Dr. Rusyn's recommendation that the
15  group bring it forward, and he was seeing if you
16  were comfortable with that approach?
17     MS. WAGSTAFF:  Objection.  Scope.
18   A.  It wasn't his recommendation.  He took a
19  straw poll of the group -- of the subgroup.
20  BY MR. GRIFFIS:
21   Q.  Did he lay out the analysis before he
22  took the straw poll?
23   A.  The analysis was in the monograph in the
24  drafts of the mechanistic section.  So the
25  rationale is in the monograph for labeling the

Page 146

```
 1   genotoxicity data as strong evidence and the
 2   oxidative stress data as indicating strong
 3   evidence.  So the rationale was there.  So we were
 4   familiar with that.
 5      Q.   Okay.  And as to all three of the
 6   substances that he wanted to talk about --
 7   malathion, diazinon, and glyphosate -- he was
 8   either supporting saying we support the
 9   classification in 2-A or suggesting considering
10   upgrade to 2-A, correct?
11      A.   This is for glyphosate?
12           MS. WAGSTAFF:  Object.
13   BY MR. GRIFFIS:
14      Q.   For malathion, diazinon, and glyphosate.
15           Should I ask the question again,
16   sir?
17      A.   Let me just read this.
18      Q.   Sure.  Okay.
19      A.   Okay, sir.  Your question?
20      Q.   Yes, sir.  In this meeting that
21   Dr. Rusyn convened on the last day -- second to
22   last day of working group 112, with regard to all
23   three of the substances that he addressed in his
24   e-mail, you were either already at 2-A or he was
25   suggesting considering an upgrade to 2-A; is that
```

Page 147

```
 1   right?
 2      A.   For malathion, we were at 2-A.
 3      Q.   And for the other two, he suggested
 4   considering an upgrade to 2-A, right?
 5      A.   He was -- yes.  He was asking whether we
 6   should consider an upgrade to 2-A.
 7      Q.   And the group decided to upgrade to 2-A
 8   as to both of those, right?
 9      A.   Glyphosate, we didn't upgrade.  Right.
10   We did -- didn't -- there was no upgrade because
11   the final conclusion for the human data with
12   limited evidence -- and for the animal data, it
13   was considered sufficient based on IARC's rubric,
14   that constitutes a 2-A classification.  So we did
15   not need to propose an upgrade.
16      Q.   Well, when you walked out of this
17   meeting, what had you decided about proposing an
18   upgrade?
19      A.   That's while the meeting is going on.
20   So we -- he had taken -- we had taken a straw
21   poll, and we supported the proposal to upgrade if
22   necessary.  That never occurred, though.  That
23   never happened because it was 2-A based on the
24   animal data and the human data.
25      Q.   So the outcome of this coffee break
```

Page 148

```
 1   meeting on March 9th was the mechanism group
 2   agreeing to support an upgrade to diazinon and
 3   to glyphosate, but it never became necessary for
 4   the mechanism group to put that into effect at a
 5   plenary session because the animal group moved; is
 6   that right?
 7      A.   For glyphosate.
 8      Q.   For glyphosate.
 9           What happened with diazinon?
10           MS. WAGSTAFF:  Objection.  Scope.
11   Irrelevant to this litigation.
12      A.   I can't recall.  We'll have to look at
13   the monograph.
14   BY MR. GRIFFIS:
15      Q.   Okay.  Was Chris Portier at that
16   meeting, coffee breaking?
17      A.   I don't recall.
18      Q.   Okay.  And, sir, I have some questions
19   for you about your understanding of the nature of
20   the review that you were conducting as a member of
21   working group 112.  I'll show you a document on
22   that first.  Okay.  If I can find it.
23           (Exhibit No. 13-17 marked for
24           identification.)
25           MR. GRIFFIS:  I only have two copies of
```

Page 149

```
 1   that.
 2   BY MR. GRIFFIS:
 3      Q.   Okay.  Sir, on March 30th of 2015,
 4   someone named Nathaniel Harmon, who I assume you
 5   didn't previously know, e-mailed you saying he
 6   worked for Guide Point, inviting you to talk to a
 7   client who was an institutional investor about
 8   glyphosate; is that right?
 9      A.   Yes.
10      Q.   And you declined the invitation but told
11   Mr. Harmon some things about the nature of the
12   evaluation that you had performed as a member of
13   working group 112; is that right?
14      A.   Yes.
15      Q.   First of all, you corrected him that it
16   wasn't a study.
17           It was a review of scientific
18   literature, right?
19      A.   Yes.
20      Q.   And you stress that IARC deals with
21   hazard identification as opposed to a risk
22   assessment; is that right?
23      A.   Correct.
24      Q.   And hazard identification, as you
25   described to Mr. Harmon, is a classification
```

Page 150

1  indicating the strength of the evidence that a
2  substance can cause cancer, right?
3      A.  Correct.
4      Q.  And it's different than a risk
5  assessment, which defines the level of
6  carcinogenic risk for individuals; is that right?
7      A.  Correct.
8      Q.  And you referred him to the IARC
9  preamble on that subject?
10     A.  Yes.
11     Q.  Okay.  And you have the preamble there,
12 sir.  The preamble is Exhibit 10.
13     A.  Okay.
14     Q.  On Page 2, sir, the preamble in the
15 third full paragraph under objective and scope --
16     A.  I'm sorry.  What page?
17     Q.  Page 2.
18     A.  Page 2.
19     Q.  Under the heading of objective and
20 scope.
21     A.  I'm not finding it.
22     Q.  The pages -- when I say Page 2, I mean
23 the page numbered 2, not the second page.
24     A.  Can you point it out to me?
25     Q.  I'm sorry.  The numbers start here.

Page 151

1      A.  Okay.  Got you.
2      Q.  There's no numbers on the first two
3  pages.  Page 2, objective and scope, third full
4  paragraph.  This is -- this is the methodology
5  that you were following.  "Cancer hazard is an
6  agent that is capable of causing cancer under some
7  circumstances; while a cancer risk is an estimate
8  of the carcinogenic effects expected from exposure
9  to a cancer hazard," correct?
10     A.  Yes.
11     Q.  Okay.
12     A.  That's what the IARC preamble says.
13     Q.  And it says -- it goes on to say in that
14 same paragraph that, "The monograph identified
15 cancer hazards even when risks are very low at
16 current exposure levels, and that's because new
17 uses or unforeseen exposures could engender risks
18 that are significantly higher; is that right?
19     A.  Yes.
20     Q.  Okay.  So under this hazard versus risk
21 approach, it is possible for a substance to be a
22 hazard without actually being a risk to causing
23 human cancers.
24         Is that fair?
25     MS. WAGSTAFF:  Objection.  Calls for

Page 152

1  expert opinion.  And it's -- you've just
2  asked him to admit that the IARC doesn't look
3  at risk assessments, so now you're -- you
4  shouldn't be asking about risk assessments as
5  a fact witness on the IARC 112.
6      A.  This -- so your question is hazard --
7  hazard versus risk?
8  BY MR. GRIFFIS:
9      Q.  Yes, sir.
10     A.  And we were dealing with a hazard
11 assessment in IARC.  Risk assessments was not our
12 job.
13     Q.  Right.  And I just wanted to -- these
14 questions are so that we can understand and the
15 jury can understand what you understood yourself
16 to be doing as a member of working group 112.
17 That's why I'm asking you about this, sir.
18         You understood, as a member of
19 working group 112, in identifying glyphosate as
20 being a cancer hazard, that it could be that
21 humans would not be exposed to glyphosate at a
22 level that could be a threat to them, whether it's
23 a hazard or not.  True?
24     MS. WAGSTAFF:  Objections.  Calls for
25 expert opinion.  He's now said two times that

Page 153

1  he didn't do risk assessments.  So asking him
2  whether or not humans are exposed at a level
3  that's dangerous is a back door way of asking
4  for an expert opinion, and it's
5  inappropriate.
6      A.  I'm not an expert in risk assessment.
7  My role here was to study the toxicokinetic
8  database.
9  BY MR. GRIFFIS:
10     Q.  And you were a member of the whole
11 working group on the entire issue of mechanism,
12 right?
13     A.  Correct.
14     Q.  Okay.  Based on your work and your
15 conclusions and what the mechanism group did, the
16 mechanism group's conclusions do not translate to
17 a statement that glyphosate is capable of causing
18 cancer in humans at levels at which humans are
19 actually exposed.
20         Because you didn't look at the
21 exposure issue, correct?
22     MS. WAGSTAFF:  Objection.  Calls for
23 expert opinion.  It's not a negative or a
24 positive finding in that way, I believe that
25 the doctor has said.

1      A.  There is an exposure subgroup in the
2  IARC panel that deals with exposures.
3  BY MR. GRIFFIS:
4      Q.  No.  The --
5      A.  So there is evidence of exposure, human
6  exposure.
7      Q.  Yes.  Whether humans are exposed.
8      A.  Right.
9      Q.  And there's some information as to the
10 ways that they're exposed.
11     But my question is a little
12 different, sir.  As a member of working group 112
13 and a member of the mechanism subgroup, your
14 conclusions about glyphosate being a hazard with
15 regard to carcinogenicity does not translate into
16 a statement that glyphosate is capable of causing
17 cancer in any particular actual human at the
18 levels to which they are exposed?
19     MS. WAGSTAFF:  Objection.  Calls for an
20 expert opinion.  That's not what he's tested,
21 and he's admitted he's not an expert on
22 risk assessment.  This line of questioning is
23 inappropriate.
24     MR. WHITE:  I believe he's answered more
25 than one time that the analysis that they did

1  was for -- not for risks but for hazards.
2  I'm not sure that we need to keep asking the
3  same question.
4  BY MR. GRIFFIS:
5      Q.  Okay.  So that the jury can understand
6  what you understood yourself to be doing and the
7  meaning of the procedure you were following in
8  following the preamble, sir, it is true that we
9  can't conclude that any particular human being
10 ever got cancer from glyphosate from IARC's
11 findings.
12     Is that true?
13     MS. WAGSTAFF:  Objection.  Calls for
14 expert opinion.  Misstates the testimony and
15 the preamble.
16     MR. WHITE:  Yeah.  You only have to
17 answer to the extent of your knowledge based
18 on hazard versus risk.  You do not have to
19 offer any kind of opinion.
20     A.  I think you're asking me to give an
21 opinion.
22 BY MR. GRIFFIS:
23     Q.  I'm asking you to help the jury
24 understand what hazard means, that you were doing
25 a hazard assessment and that you were aiming to

1  point out the difference between hazard and risk,
2  which you told them is done by regulatory
3  bodies -- risk assessment if done by regulatory
4  bodies.
5      MS. WAGSTAFF:  I object.  You're asking
6  him to take the hazard definition and the
7  risk definition as put in the preamble and
8  apply the risk definition to what they -- the
9  IARC found about hazards.  And I feel that
10 that is an expert opinion, and I feel that
11 his attorney is appropriate in instructing
12 him not to answer.
13 BY MR. GRIFFIS:
14     Q.  IARC did not find that any human ever
15 got cancer from glyphosate, right?
16     MS. WAGSTAFF:  Objection.  Misstates the
17 record.
18     A.  IARC's conclusion is that glyphosate
19 falls under two way designation.  Probably
20 carcinogenic to humans.  And that's, I think, all
21 I can say.
22 BY MR. GRIFFIS:
23     Q.  Is it consistent or inconsistent with a
24 finding of 2-A, given the scope of the review that
25 you conducted and given that it was a hazard

1  assessment, that glyphosate has never caused
2  cancer in any human being?
3      MS. WAGSTAFF:  Objection.  You're
4  calling for an expert opinion again.  He's
5  just told you that all he can say is that
6  glyphosate -- or that IARC found it a 2-A.
7  And now you're asking him to apply and come
8  up with an expert opinion, which is
9  inappropriate.
10     A.  I'm not an expert in risk assessment, so
11 I can't really give you an answer on that.
12 BY MR. GRIFFIS:
13     Q.  Okay.  Sir, so is it fair to say that
14 you can't say whether IARC's conclusion that
15 glyphosate is classified as 2-A is consistent with
16 glyphosate never having caused any actual human
17 cancer?
18     MS. WAGSTAFF:  Objection.  You're doing
19 a back door question to get him to give an
20 expert opinion, and that's inappropriate.
21 BY MR. GRIFFIS:
22     Q.  You can't say?
23     MS. WAGSTAFF:  Same objection.  Calling
24 for expert opinion.  I think it's
25 inappropriate.

Page 158

1    MR. WHITE:  You can answer whether or
2 not you have knowledge but not --
3    A.  Glyphosate was deemed to be 2-A by the
4 working group.
5 BY MR. GRIFFIS:
6    Q.  Yes, sir.  And as a member of the
7 working group, I just wanted to know whether it's
8 your understanding that glyphosate could be 2-A
9 and that no human being ever got cancer from
10 glyphosate.  Because that's a risk issue, not a
11 hazard issue.
12        Is that your understanding, or am I
13 wrong about that?
14    MS. WAGSTAFF:  Objection.  Once again,
15 you're calling for an expert opinion.  He's
16 told you what IARC did as a hazard report.
17 He told you the conclusion.  And you're
18 asking him to apply a risk assessment.
19    A.  I can't say for sure -- you don't know.
20 You don't -- 100 percent certainty that glyphosate
21 never caused cancer, you can't say that.
22 BY MR. GRIFFIS:
23    Q.  You can't say one way or the other?
24    MS. WAGSTAFF:  Objection.  Calls for an
25 expert opinion.

Page 159

1    MR. WHITE:  You don't have to answer
2 that.  We've been down this.  You've asked
3 the same question a number of times, and he's
4 given his answer.
5    MR. GRIFFIS:  Let's take five minutes.
6    VIDEOGRAPHER:  Off record at 2:04.
7    (A short recess was taken.)
8    (Exhibit No. 13-18 marked for
9 identification.)
10    VIDEOGRAPHER:  Back on record at 2:11.
11 BY MR. GRIFFIS:
12    Q.  Doctor, I handed you Exhibit 18, which
13 is an Environmental Health Perspective, and I
14 believe this is one you alluded to earlier in the
15 deposition, correct?
16    A.  Yes.
17    Q.  This is the document setting forth what
18 you've called a few times the 10 key
19 characteristics of carcinogens; is that right?
20    A.  Yes.
21    MS. WAGSTAFF:  Objection.  Misstates the
22 testimony.  He stated they were on the
23 website.  And I object to any documents that
24 were after IARC being within the scope of
25 this deposition.

Page 160

1 BY MR. GRIFFIS:
2    Q.  Okay.  Sir, where did you -- how did you
3 come to understand that the source of the 10 key
4 characteristics of carcinogens which you were to
5 apply as a member of working group 112 came from
6 the Environmental Health Perspective document?
7    A.  Well, Kate Guyton, the meeting rapitor,
8 was an author on it.  So she was aware of this
9 article.  This was received 5th of March.  So she
10 was aware, and she had given us a Powerpoint
11 presentation on these key characteristics as a way
12 to prepare for evaluating the data.  There was
13 a -- I believe it was on the IARC website, too.
14    Q.  So Kathryn Guyton had you follow this
15 procedure as part of your methodology.  And it was
16 submitted -- it was received by the journal
17 actually during the working group's review; is
18 that right?
19    A.  Yes.  It was received.
20    Q.  And it's correct that it hadn't been
21 accepted for publication until after working group
22 112 had already left; is that right?
23    A.  Yes.
24    MS. WAGSTAFF:  Object to the question.
25 He stated that these 10 points were on the

Page 161

1 IARC website unrelated to a publication that
2 they were a policy of the IARC.  So any
3 suggestion that this was unpublished
4 manuscript we would object to.
5 BY MR. GRIFFIS:
6    Q.  Do you know, sir, if the procedure that
7 you followed of putting carcinogens into ten
8 different bins was a published peer-reviewed
9 procedure before working group 112?
10    A.  So this -- this paper -- the idea of
11 characteristics of carcinogens actually derives
12 from an earlier paper published in Cell about the
13 10 different cellular mechanisms that can happen
14 during the carcinogenic process and cancer
15 progression.
16        So it was -- there was a Cell paper
17 published -- oh, a few years ago by some eminent
18 cell cancer biologist who -- who brought up the
19 issues that these key characteristics of
20 carcinogens might fit into, like cell
21 proliferation, receptor mediated effects
22 genotoxicity, DNA repair.
23        These -- these known mechanisms by
24 which a cell becomes a cancer cell, the various
25 steps that have to take place.

Page 162

```
1        Q.   And did these Cell articles propose
2   using those the ten characteristics as a screening
3   tool for hazard?
4        A.   No.  No, not at all.
5        Q.   Do you know --
6        A.   This is -- yeah -- no.
7        Q.   Okay.  So this is the first publication
8   that proposes using those ten characteristics as a
9   screening tool for hazard?
10       A.   This one right here, DHP article, the
11  mechanistic data is vast, so this was a way to
12  organize and consolidate and compile the data --
13       Q.   Okay.  So as a --
14       A.   -- in a logical way.
15       Q.   Yes, sir.
16            So as a methodology, this process
17  that you went through, this methodology that you
18  applied as a member of working group 112, didn't
19  get published and peer reviewed until after you
20  had already left Lyon.
21            Fair?
22       A.   This article wasn't in -- yeah.  In
23  press until after the -- until after the meeting.
24       Q.   Okay.  I'd like to take a look at the
25  authors, sir.
```

Page 163

```
1        A.   Uh-huh (affirmative response).
2        Q.   And, first of all, have you heard of
3   either the Ramazzini Institute or the Collegium
4   Ramazzini?
5        A.   No.
6        Q.   Never been asked to be a Ramazzini
7   fellow?
8        A.   No.
9        Q.   Okay.  And do you know of any link
10  between the Ramazzini Institute or the Collegium
11  Ramazzini and IARC?
12       A.   No.
13       Q.   You ever heard of a Ramazzini fellow?
14       A.   No.
15       Q.   Okay.  And I don't know well, sir.
16  You're making a face and shaking your head.
17       A.   Oh, I'm sorry.  This Ramazzini.
18       Q.   Does it ring a little bell, or you just
19  have no idea what --
20       A.   No.  I'm sorry.
21       MS. WAGSTAFF:  Are you seeing that word
22  on here, or is that just a different
23  question?
24       MR. GRIFFIS:  It's not on here.
25       MS. WAGSTAFF:  Okay.
```

Page 164

```
1   BY MR. GRIFFIS:
2        Q.   Do you know, sir, that multiple authors
3   of this paper and multiple signatories of EFSA
4   letter that you were asked to sign off on and the
5   differences letter that Chris Portier asked you to
6   sign off on were members of the Ramazzini
7   Institute or the Collegium Ramazzini?
8        A.   No.
9        Q.   Okay.  You don't know anything about the
10  funding of the Ramazzini Institute or Collegium
11  Ramazzini?
12       A.   No.
13       Q.   Okay.  This -- in this paper under the
14  acknowledgment section on Page 2, it says, "We
15  thank all other members of the 2012 working group
16  who attended the workshops in Lyon, France," and,
17  of course, you weren't part of a working group in
18  2012; is that right?
19       A.   Thank all members of the 2012 working
20  group?
21       Q.   Yes.
22       A.   Did you say volume 12?
23       Q.   2012.
24       A.   2012 working group.  Yeah.  Yeah.  I
25  wasn't a member of that.
```

Page 165

```
1        Q.   All right.  And on Page 4 in the Smith
2   article, sir, under background, the second
3   sentence, it says, "This exercise was complicated
4   by the absence of a broadly accepted systematic
5   method for evaluating mechanistic data to support
6   conclusions regarding human hazard from exposure
7   to carcinogens."
8            Did I read that right?
9        A.   Yes.
10       Q.   Okay.  Is it correct that, as of the
11  time the working group met, there was not a
12  broadly accepted systematic method to evaluate
13  mechanistic data to support conclusions about
14  human hazard to exposure to carcinogens?
15       A.   I think there were approaches to
16  consolidate the data, but this was an attempt to
17  logically place the evidence in these -- in these
18  10 key characteristics.
19       Q.   And since this article was submitted for
20  publication, have there been other attempts by
21  others authors to do that?
22       A.   I believe IARC uses this as their
23  approach in all -- all mechanistic evaluations
24  now.
25       Q.   Yes, sir.  I'm asking something
```

1   different.  I'm asking about published literature
2   on the subjective use of mechanism in hazard
3   assessment.
4           Has anyone else proposed an
5   alternative methodology to this one?
6       A.  Not that I'm aware of.
7       Q.  Okay.  Is that an area of literature
8   that you follow -- that you'd be likely to know or
9   just don't happen to know?
10      A.  It's not -- no.  I just don't know.
11      Q.  Okay.  Now, on Page 6, I'm looking at
12  the middle paragraph and starting about the middle
13  of it.
14          "Herein, we describe" -- you see
15  that?
16      A.  Uh-huh (affirmative response).
17      Q.  "Herein, we describe these 10 key
18  characteristics and discuss their importance in
19  carcinogenesis.  These characteristics are
20  properties that human carcinogens commonly show
21  and can encompass many different types of
22  mechanistic influence.  They are not mechanisms in
23  and of themselves, nor are they adverse outcome
24  pathways."
25          Did I read that right?

1       A.  Yes.
2       Q.  Could you explain to the jury, please,
3   what it means -- the statement that "they are not
4   mechanisms in and of themselves" means and what the
5   statement "they are not adverse outcome
6   pathways" means?
7       MS. WAGSTAFF:  I'm going to object to
8       the use of this document as it was clearly
9       developed and finalized after the monograph
10      112, and Dr. Ross was not an author of this
11      document.  And he has testified that he --
12      that they have a similar set of 10
13      characteristics, but not this document.
14      A.  I don't really follow -- I mean, I'm not
15  sure what is meant by this sentence, as I didn't
16  write this sentence.  I believe adverse outcome
17  pathways relates to risk assessments.
18      MS. WAGSTAFF:  Objection.  Calls for
19      speculation on what others meant.
20  BY MR. GRIFFIS:
21      Q.  This material -- I mean, this is Kathryn
22  Guyton's proposal for how hazard assessments
23  should be done, and she presented on this to you,
24  correct?
25      A.  This is of this whole group here, but

1   Dr. Guyton did present to us the key
2   characteristics -- the 10 key characteristics.
3       Q.  And that's the procedure you followed?
4       A.  And that is.
5       Q.  Okay.  You don't understand what was
6   meant by, "These 10 key characteristics are not
7   mechanisms in and of themselves"?
8       A.  I'm not -- I'm clear on what this is
9   meant -- "they are not mechanisms in and of
10  themselves."  I am not -- I can't read the mind of
11  the author.
12      Q.  Let's go to Page 10.  Characteristic 2
13  is genotoxic, and this is one of the two of the
14  ten characteristics where the working group 112
15  found a strong connection, correct?
16      A.  Correct.
17      Q.  The weight of the evidence that you
18  evaluated was strong, right?
19      A.  Correct.
20      Q.  I am looking at the first full paragraph
21  under genotoxic and the last sentence, "DNA damage
22  by itself is not a mutation," correct?
23      MS. WAGSTAFF:  Are you asking if that's
24      what it says, or are you asking --
25      MR. GRIFFIS:  So far I'm asking if

1   that's what it says.
2       A.  Yes.
3   BY MR. GRIFFIS:
4       Q.  Okay.  And it is true, right?  DNA
5   damage is not a mutation?
6       MS. WAGSTAFF:  Object to the form.
7       A.  DNA damage is -- can lead to a mutation.
8   BY MR. GRIFFIS:
9       Q.  And in order for DNA damage to lead to
10  cancer, it needs to cause a mutation, and that
11  mutation has to be one that affects the cell in a
12  way that leads to unchecked proliferation of
13  cells, correct?
14      MS. WAGSTAFF:  Objection.  This is
15      calling for expert testimony and not the
16      mechanism subgroup's about glyphosate.
17      A.  So my direct responsibility was to do
18  the toxicokinetic evaluation.
19  BY MR. GRIFFIS:
20      Q.  Yes, sir.  And let me ask you about
21  that.  There are -- in the IARC monograph, there
22  are multiple sections, correct?  And multiple
23  sections that the working group -- that your
24  group, group 4, was responsible for collectively,
25  right?

Page 170

1    A.  Yes.  So my section was specifically
2 toxicokinetics.  I wasn't writing on any of the 10
3 key characteristics in terms of draft form.
4    Q.  Yes, sir.
5    A.  I wasn't responsible for that.
6    Q.  So if we went through in detail the IARC
7 monograph and looked at -- I mean, for example,
8 there's a section that addresses genotoxicity,
9 right?
10    A.  Uh-huh (affirmative response).
11    Q.  And it has multiple studies -- multiple
12 tables, and those tables list multiple studies,
13 and there are summaries of what the study showed
14 or didn't show.
15       All of that is in there?
16    A.  Correct.
17    Q.  Would you be an appropriate person to
18 ask about the significance of those tables and the
19 evaluation of those tables and what it said in
20 those studies and the significance of those
21 studies to a finding of genotoxicity or not?
22    A.  I have a background in DNA adduct
23 research as a graduate student and as a post doc.
24 So I -- yes.  There are aspects that I would be
25 appropriate too -- it would be appropriate for me

Page 171

1 to evaluate as a group -- as a mechanism subgroup.
2    Q.  And let me be clear.  I wasn't asking
3 whether you'd be qualified to review those
4 studies.  I'm sure you would.
5       My question is whether, as you sit
6 here today, based on the knowledge in your head
7 and the work that you did in working group 112,
8 you would be qualified to answer detailed
9 questions about those studies, about the tables,
10 about the significance of the studies to working
11 group 112's evaluation of genotoxicity?
12    A.  Well, it's -- it's -- it was a long time
13 ago.  Now, I am familiar with the evaluation, and
14 it's in the monograph.
15    Q.  Okay.
16    A.  So I -- uh-huh (affirmative response).
17    Q.  Okay.  Well, I asked the questions about
18 the layout of the monograph and your expertise
19 because you said, look, I was in charge of
20 pharmacokinetic sections.  So would you explain to
21 us the distinction between the pharmacokinetics
22 section which you wrote in the first instance
23 and -- I'll wait for your mic to go back.
24       Okay.  Would you explain to us the
25 distinction that you were trying to make between

Page 172

1 the pharmacokinetic section, which you wrote in
2 the first instance, and the other sections of
3 group 4 in terms of what you know and can testify
4 to and give opinions about?
5    A.  Right.  So I wrote the drafts on the
6 toxicokinetics, the drafts that were started six
7 months before the meeting.  That was my main
8 responsibility.  I was at the meeting as this
9 evidence is being presented, the genotoxicity
10 evidence and the oxidative stress evidence.
11       And as a peer reviewer, as a
12 scientist peer reviewer, we are asked to evaluate
13 those studies and decide whether they are strong
14 evidence, moderate, or weak evidence.  So we are
15 peer reviewing in that process the data that's
16 being presented and the arguments that are being
17 presented.
18    Q.  For example, with regard to glyphosate
19 and the multiple studies that were cited in tables
20 4.1, 4.2, 4.3. 4.4, 4.5 of the monograph and
21 subject to genotoxicity, did you read all those
22 studies?
23    A.  I did not.
24    Q.  Okay.  Did you read many of those
25 studies?

Page 173

1    A.  We had points -- you know, there were
2 leads on each of those sections -- on
3 genotoxicity, for example --
4    Q.  Yes, sir.
5    A.  -- who were responsible for evaluating
6 those studies and writing summaries about what
7 that data meant.
8    Q.  Sure.  And they presumably read them
9 all, but you did not?
10    A.  Yes.  We did not have time.
11    Q.  Okay.  And you didn't have time because
12 you weren't just looking at genotoxicity.  You
13 were looking other bins, and you were looking at
14 four other chemicals?
15    A.  There was a lot of data.
16    Q.  Correct.
17       On the oxidative stress section,
18 that's where you did a peer review before you
19 came, and you testified that you spent about a day
20 and a half of total work on the peer review,
21 including writing up the comment, which took a
22 day.
23       Did you read all of those studies?
24    A.  Some of the studies where I wanted to
25 understand the method that was used to measure

Page 174

1  oxidative stress, I looked at those papers.
2      Q.  So you pulled some of the papers to look
3  up the methodology --
4      A.  I was interested in that.
5      Q.  -- in those papers, and, otherwise, you
6  didn't read the oxidative stress studies unless
7  cited?
8      A.  I did not read every single study that
9  was cited.
10     Q.  Did you read many of the oxidative
11 stress studies in entirety?
12     A.  I can't put a number on it.
13     Q.  Okay.  As to the other characteristics,
14 the other 10 characteristics -- and I won't list
15 them all here -- did you read the studies cited by
16 working group 112?
17     A.  For the other -- for receptor mediated
18 and so forth?
19     Q.  Receptor mediated, et cetera?
20     A.  Those studies -- those characteristics
21 weren't considered strong, so less -- less weight
22 was put on them.
23     Q.  It's even less likely that you would
24 have read them; is that right?
25     A.  Yes.

Page 175

1      MS. WAGSTAFF:  Object to form.
2  BY MR. GRIFFIS:
3      Q.  Okay.  On Page 20, sir.  Well, first of
4  all, let's go to Page 18.  And the Smith article
5  has a header here on Page 18.  "Using the key
6  characteristics to systematically identify,
7  organize, and summarize mechanisms of
8  information."  Then there's a step one and on
9  subsequent pages, step two and step three.  And
10 this is the methodology that was presented to you
11 by Kathryn Guyton that the working group followed?
12     MS. WAGSTAFF:  Object to the form.
13     A.  I don't know if she presented it in
14 exact same detail as here.
15 BY MR. GRIFFIS:
16     Q.  Do you want to take a minute to read
17 three steps and see if this is the procedure that
18 you followed?
19     A.  So one issue is I wasn't binning the --
20 I wasn't tagging this information for glyphosate.
21 I mean, the toxicokinetics --
22     Q.  I'm sorry.  When I say the procedure you
23 followed, I meant working group 112, not you
24 personally as to every aspect of it.
25     A.  In general, yes.  We used we used HAWC

Page 176

1  to tag studies.  I think, in general, yeah, this
2  is -- it's fair.  To help us compile the relevant
3  information.
4      Q.  Under step 3, the first sentence is
5  says, "It is increasingly evident" -- under step
6  3, the first sentence, "It is increasingly evident
7  that multiple biological alterations or sets of
8  different perturbations are necessary to convert a
9  normal cell to a transformed cell and ultimately a
10 tumor."
11         Did I read that right?
12     A.  Correct.
13     MS. WAGSTAFF:  Can you tell me where
14 you're reading from?
15     MR. GRIFFIS:  Yes, sir.  Step 3 on Page
16 20?
17     MS. WAGSTAFF:  Oh, first sentence.
18     MR. GRIFFIS:  Yes, ma'am.  First
19 sentence.
20 BY MR. GRIFFIS:
21     Q.  So a -- an insult, like a genotoxic
22 insult causes DNA damage.  More things need to
23 happen in a cascade of events before that will
24 produce a tumor and produce a cancer.
25         Is that fair?

Page 177

1      MS. WAGSTAFF:  Objection.  Calls for
2  expert opinion.  This has nothing to do with
3  how monograph -- a subgroup of the mechanism
4  came to a conclusion of glyphosate, whether
5  or not he believes that.
6      A.  So I'm not a cancer biologist.
7  BY MR. GRIFFIS:
8      Q.  Yes, sir.
9      A.  It is out of my expertise, but there are
10 several steps that have to take place.  And that's
11 cited by Hanahan & Weinberg.  That was the article
12 I was referring to.  Multiple -- there's -- there
13 are multiple steps in cancer.
14     Q.  That's the article from Cell that you
15 were referring to earlier?
16     A.  Yeah.  Yeah.
17     Q.  Thank you.
18         Well, as someone who had -- who is
19 on the mechanism subgroup, did you understand
20 yourself to be trying to identify mechanisms by
21 which glyphosate could actually produce cancer in
22 human beings?
23     A.  So the 10 key characteristics are what's
24 known -- human carcinogens, human cancers that are
25 formed by carcinogens like tobacco smoke, they

Page 178

1    have usually two or more of these key
2    characteristics.  They go through a mechanisms
3    that includes at least two or more of those key
4    characteristics to cause tumors.
5              And so we were trying to use those
6    key characteristics to evaluate the glyphosate
7    database.  We were trying to compile the data
8    within those key characteristics to see where the
9    strength of the evidence lay.
10         Q.  And did you consider it to be part of
11   what you were doing to figure out if the
12   mechanisms you were looking at could actually
13   induce that chain of events that could lead
14   hypothetically to human cancer?
15             MS. WAGSTAFF:  Objection.  Your question
16        just says hypothetically.  And now you're
17        again asking about the risk assessment and
18        back-dooring an expert opinion.  And I do not
19        think this is an appropriate scope to ask
20        about risk.
21        A.  So it -- of course, if we could identify
22   mechanisms, that would be important in any
23   evaluation in terms of how a compound causes
24   cancer.
25

Page 179

1    BY MR. GRIFFIS:
2         Q.  Yes, sir.  Did you understand it to
3    be -- from the briefings that you got about the
4    methodology that you were to follow, the
5    methodology set forth in the preamble, et cetera,
6    that it was part of what you were there to do --
7    you being all of working group 112, not
8    necessarily you personally -- to figure out how
9    these mechanisms could actually lead to cancer in
10   human beings or if they did?
11             MS. WAGSTAFF:  Same objection.
12        A.  We were charged with determining whether
13   there was evidence in the glyphosate database --
14   the publicly available database that it had
15   aspects of these 10 key characteristics, was --
16   what was the strength of evidence for those 10 key
17   characteristics.
18   BY MR. GRIFFIS:
19        Q.  And did group 4 take the next step of
20   linking up what you found with regard to the 10
21   key characteristics, the two that were strong with
22   regard to glyphosate to any additional steps in
23   the chain between DNA insult and on one end of the
24   chain and cancer on the other end of the chain?
25        A.  So what we identified in subgroup 4 in

Page 180

1    terms of genotoxicity was that the mechanism was
2    operable in human cells.  Mechanism -- the key
3    characteristic of genotoxicity, actual damage to
4    the nucleic acids.  So that was deemed to be
5    operable in humans and human cells in vitro.
6         Q.  Yes, sir.
7              And did you also reach any
8    conclusions about whether the mechanism then led
9    to the next step in carcinogenesis or whether it
10   may have stopped there?
11        A.  We had strong evidence for genotoxicity
12   and for oxidative stress.
13        Q.  Okay.  Do you understand what I'm asking
14   you, sir?
15        A.  I think I do, but I -- I don't --
16        Q.  Okay.
17        A.  I'm just telling you what we have.
18        Q.  Yes, sir.  I do.  I understand what you
19   have.
20              So you agree with me that there are
21   potential insults to DNA on one side that would
22   include oxidative stress and the genotoxicity
23   findings that were set forth in the monograph.
24   And then in order for actual human cancers to be
25   created, there would need to be a series of

Page 181

1    additional events, like mutations, for example.
2    Like mutations.
3              And my question is, did the
4    mechanism group or any other group you know of as
5    part of working group 112 find any of those
6    additional steps occurring -- find that the
7    mechanisms actually produced any of the additional
8    steps -- caused mutations, caused mutations that
9    lasted, caused mutations that weren't repaired,
10   caused mutations that were relevant to produce
11   cancer, led to cancer?
12             MS. WAGSTAFF:  Objection.  You're asking
13        the same question that the attorney -- that
14        Attorney White told him not to respond to
15        earlier, and that is an expert opinion on the
16        risk assessment.  And when you said probably
17        15 times, have you ever found that it caused
18        it in humans, and he -- and right before the
19        end.  And now you've just rephrased your
20        question, and you're asking it again.  I
21        think that's inappropriate, and I object.
22   BY MR. GRIFFIS:
23        Q.  And to be clear, sir, what I'm asking
24   you is whether IARC or whether the mechanism group
25   or anyone else at IARC that you know of followed

Page 182

1  the chain of evidence that you see and found any
2  further than identifying the initial insult to
3  DNA.
4        MS. WAGSTAFF:  Same objection.
5        A.  So there are -- there is definite
6  evidence of damage to DNA, chromosomal
7  aberrations, micronuclei that indicate damage to
8  the nucleic acids.  And that's in the tables.
9  Those are in the tables.
10        And that's -- that's as far as --
11  we -- we -- if it was there, if there was linkages
12  further down the line, we would have tried to look
13  for that.  Obviously, those 10 key characteristics
14  are all points along that progression from the
15  initial insult to actual tumor.  These 10 key
16  characteristics involved those steps.  So we are
17  looking for those steps.  We are trying to make
18  the linkage.
19  BY MR. GRIFFIS:
20        Q.  Okay.  And you found two?
21        A.  We found two key characteristics of --
22  and those are genotoxicity and oxidative stress.
23        Q.  Do you know of studies have been done
24  looking at whether the actual presence of some of
25  10 key characteristics matches up with actual

Page 183

1  carcinogenicity in multiple substances?
2        MS. WAGSTAFF:  Objection to scope.
3        A.  So there's -- what I understand is in
4  group -- there are some group chemicals that
5  exhibit at least two of the 10 key
6  characteristics.
7  BY MR. GRIFFIS:
8        Q.  And do you know whether large
9  statistical analyses have been done matching up
10  positive findings and the 10 key characteristics
11  with whether a substance is a known carcinogen and
12  finding that there is or is not a relationship
13  between those two things?
14        MS. WAGSTAFF:  Object to the form.
15        A.  I haven't done that analyses.
16  BY MR. GRIFFIS:
17        Q.  Okay.  Do you know of anyone --
18        A.  Analysis.  I don't -- I can't recall.  I
19  don't know that.  I know it's -- yeah.  There's
20  some data out there, but I'm not aware of it,
21  exactly what it is -- where it is.
22        Q.  Okay.  As to the other eight
23  characteristics -- and I'll run through them
24  quickly just so you can remember what they are.
25  And here's my question.  As to other eight, IARC

Page 184

1  working group 112, subgroup 4, either found that
2  it doesn't appear to be applicable at all or found
3  that the evidence was weak, which is the lowest
4  classification you could give it, correct?
5        And that's -- shall I run through
6  them?
7        A.  The ten key characteristics -- or the
8  other eight?  Sure.
9        Q.  Other than genotox and oxidative stress,
10  found --
11        A.  The others --
12        Q.  -- no evidence or weak --
13        A.  Or moderate.  Maybe there was moderate.
14  I don't remember.  One of the key characteristics
15  may have been labeled moderate, but I can't -- I
16  don't recall exactly.
17        Q.  We can -- I can point you to where it
18  is -- each one is in the monograph if you would
19  like.  They're all no evidence or weak.
20        Act as an electrophile, altered DNA
21  repair causing dynamic instability.  That's two so
22  far.  Induce genetic alterations, chronic
23  inflammation, immunosuppressive, modulate receptor
24  mediated effects, immortalization, alter cell
25  proliferation, cell death, nutrient supply.

Page 185

1        A.  Okay.
2        Q.  So weak or no evidence as to those?
3        A.  I will have to look at the monograph.
4  I -- I don't remember --
5        Q.  All right.
6        A.  -- specifically those because our focus
7  was on oxidative stress and genotoxicity.
8        (Exhibit No. 13-19 marked for
9        identification.)
10  BY MR. GRIFFIS:
11        Q.  Exhibit 19 is the monograph, sir.  And
12  if you'll turn to Page 77.
13        A.  Okay.
14        Q.  Left-hand column, the tiniest paragraph
15  in the column.  "Glyphosate is not electrophilic."
16        A.  Yes.
17        Q.  Okay.  Next one, "Altered DNA
18  repairs/cause genomic instability"?
19        A.  Okay.  Where is this?
20        Q.  On 73.
21        A.  Page 73.
22        MS. WAGSTAFF:  Where on Page 73?
23        Q.  4.2.5, other mechanisms.  We can take
24  out several of them here.  "No data on
25  immortalization or genetic alteration, altered DNA

1  repair, or instability after exposure to
2  glyphosate were available to the working group."
3      A.  Okay.
4      MS. WAGSTAFF:  Object to the form.  It
5  says were available.
6  BY MR. GRIFFIS:
7      Q.  Working group found no evidence on
8  those; is that right?
9      A.  There -- well, no data available to
10 examine those.
11     Q.  Page 78.  Weak evidence is at the top of
12 the first column.  "Weak evidence that glyphosate
13 or glyphosate based formulations induced receptor
14 mediated effects."
15     A.  Okay.  Yes.
16     Q.  Weak evidence, next -- start of the next
17 paragraph, "Weak evidence that glyphosate may
18 effect cell proliferation or death."  Next
19 paragraph, "Weak evidence that glyphosate may
20 affect the immune system, both the human and
21 cellular response."
22     Next paragraph, "With regard to the
23 other key characteristics of being a carcinogen,
24 the working group considered that the data were
25 too few for an evaluation to be made.

1      A.  Yes.
2      Q.  So do you agree with me that, other than
3  genotoxic and oxidative stress, as to the 10 key
4  mechanisms, the working group either found no
5  evidence or found the evidence to be weak?
6      MS. WAGSTAFF:  Objection.  Misstates the
7  record.  I think you read that there was no
8  data available in a few of those.
9      A.  There was no data available to evaluate
10 some of these key characteristics, or if there
11 was, it was deemed to be weak evidence.
12 BY MR. GRIFFIS:
13     Q.  Okay.  You didn't have --
14     A.  On the other key -- on those other
15 eight.  Either the data wasn't there or if there
16 was data, it was deemed not to operate through
17 that mechanism.
18     Q.  And you did what you considered to be a
19 comprehensive search to find any data that
20 existed, right?
21     A.  It was a -- yeah.  Yes.  Absolutely.
22     (Exhibit No. 13-20 marked for
23     identification.)
24 BY MR. GRIFFIS:
25     Q.  Okay.  Exhibit 20.

1      MS. WAGSTAFF:  Uh-huh (affirmative
2  response).
3  BY MR. GRIFFIS:
4      Q.  Sir, this is another document that you
5  provided to us or that you provided to your lawyer
6  and they provided to us perhaps.  112 mono 4 --
7  that's working group 112, monograph 4, mechanistic
8  evidence summary.
9      And the first section is
10 toxicokinetics; is that right?
11     A.  Correct.
12     Q.  Is the toxicokinetics section here
13 something that you prepared?
14     A.  I would have had prepared this, yes, as
15 a summary of the -- of the section.
16     Q.  Okay.  So this is a document that you
17 created summarizing the toxicokinetic information
18 that you were finding?
19     A.  Yes.  This would have been the high
20 points to highlight.
21     Q.  All right.  And you created this when?
22     A.  This would have been created -- we
23 created these summaries at the meeting.
24     Q.  Okay.  Key characteristics
25 electrophilicity, glyphosate is not electrophilic.

1      We just found that in the monograph
2  itself, right?
3      A.  Correct.
4      Q.  Okay.  And genotoxicity -- and you wrote
5  in, "In vivo evidence on genotoxicity of
6  glyphosate largely" --
7      A.  Can I clarify one point?
8      Q.  Yes, sir.
9      A.  I summarized the toxicokinetics.  These
10 key characteristics were -- I didn't -- I didn't
11 make this part of the summary.  I just -- whoever
12 and I -- I just provided the toxicokinetic
13 bullets.
14     Q.  Okay.  Who made the key characteristics
15 section?
16     A.  I don't recall.  I don't recall.  It
17 may -- one of the -- one of the five of us who was
18 on that subgroup.
19     Q.  All right.  It was sort of created at
20 the -- at the working group 112 while you were in
21 Lyon by someone in your group but not you?
22     A.  Correct.
23     Q.  Genotoxicity.  It says, "In vivo
24 evidence on genotoxicity of glyphosate is largely
25 inconsistent in studies in rodents, and no

Page 190

1    conclusions can be drawn from human studies due to
2    mixed exposures to pesticides and other
3    chemicals," correct?
4        A.   That's what it says.
5        Q.   Okay.  "In vitro data in human and
6    animal cells contain some evidence of genotoxicity
7    of glyphosate and AMPA; however, a number of
8    studies failed to observe evidence of
9    genotoxicity."
10           I read that right?
11       A.   Yes.
12       Q.   "Positive studies for glyphosate, AMPA,
13   and commercial formulations for glyphosate are
14   available in a variety of plants, fish, and other
15   marine organisms."
16           I read that right, correct?
17       A.   Uh-huh (affirmative response).  Yes.
18       Q.   And then, "The majority of standard AIMS
19   test bacterial strains were not affected by
20   glyphosate or AMPA even in presence of metabolic
21   activation," right?
22       A.   Correct.
23       Q.   Would you explain to the jury how an
24   AIMS test works and what the role of metabolic
25   activation is in an AIMS test?

Page 191

1        A.   So an AIMS test is a mutagenicity assay
2    in which bacteria -- salmonella bacteria are
3    exposed to the chemical of interest and whether
4    there are DNA damage -- DNA damage that results in
5    mutations resulting.  The addition of the
6    metabolic activation system is often used to
7    bioactivate the chemical in question to a DNA
8    reactive molecule.
9        Q.   So this is a test that looks a step or
10   two down the chain that we've been talking about
11   from DNA damage on one end to actual mutations,
12   and it finds whether there are mutations, both in
13   the presence of the chemical being metabolized and
14   not metabolized, right?
15       A.   Yes.  It's a mutagenicity assay using a
16   prokaryotic organism, not a mammalian cell.  A
17   bacterial cell.
18       Q.   And it's universally used by regulatory
19   agencies as a critical cancer screening tool; is
20   that right?
21       A.   It is widely used.
22       Q.   Okay.  Do you know of anyone who doesn't
23   use it?
24           MS. WAGSTAFF:  Objection.
25       A.   I don't know.

Page 192

1    BY MR. GRIFFIS:
2        Q.   Okay.  All right.  Now, during your
3    discussions with group 4 -- subgroup 4, tell me
4    what you discussed about the in vivo evidence on
5    genotoxicity of glyphosate being inconsistent in
6    studies in rodents.
7            What was inconsistent about the in
8    vivo evidence on genotoxicity?
9        A.   I don't -- this could -- this is an
10   earlier draft.  I don't recall what was considered
11   inconsistent about it.  There are tables with
12   information on the in vivo evidence of
13   genotoxicity in some rodent species.  So I don't
14   recall what was considered inconsistent about the
15   studies.
16       Q.   And do you consider that the group's
17   opinion as to whether the studies were
18   inconsistent changed over time?
19       A.   There -- there was more evaluation
20   occurring during the meeting.
21       Q.   Did the --
22       A.   There was more evaluation of the -- of
23   the data.
24       Q.   Did the group's opinion that the in vivo
25   evidence on genotoxicity was largely inconsistent

Page 193

1    in studies in rodents change?
2        A.   It became stronger.
3            MS. WAGSTAFF:  Object to summation.
4    BY MR. GRIFFIS:
5        Q.   And what caused it to become stronger
6    specifically?
7        A.   So I don't know specific information
8    about -- about this, but I know we were in the
9    meeting.  We're evaluating the data at the
10   meeting.  We're debating the data.  It's not
11   locked.  It's not carved in stone when we get to
12   Lyon.  There's a debate that goes on, a peer
13   review that goes on throughout the week.  So
14   things change.  Things are in flux.  This is --
15   there's scientific debate.
16       Q.   Okay.
17       A.   I -- so that -- it's whatever is in the
18   final monograph is the final evaluation.
19       Q.   And is it fair to say -- you know, and I
20   understand that we're here to question you as a
21   fact witness and what you remember, not
22   necessarily what the other members of the group
23   remember, sir.
24           But is it fair to say that what you
25   remember is that the group's conclusion at some

1 point was that in vivo evidence on genotoxicity of
2 glyphosate was largely inconsistent in studies in
3 rodents. Over time, the opinion strengthened in
4 favor of more consistency, and you don't remember
5 specifically why?
6        MS. WAGSTAFF: I'm going to throw an
7    objection in there as to foundation. That
8    was the group's opinion. Dr. Ross testified
9    he didn't write this and is not sure who
10   wrote this. This could be the opinion of one
11   scientist and not the entire subgroup.
12   A. So what you've got here, what you were
13 able to get was before the peer review of the
14 group. So we were charged with writing summaries,
15 and further analyses would have taken place,
16 debate. I do -- I do think I can say that the
17 strength of the evidence of genotoxicity in
18 nonhuman mammalian systems strengthened over the
19 week.
20 BY MR. GRIFFIS:
21   Q. Well, the person who was in charge of
22 drafting the genotox section was Frank LeCurieux
23 as we've established, right?
24   A. I'm -- yes. I'm pretty certain about
25 that.

1    Q. So was this Dr. LeCurieux's initial
2 view, or was it the view of the group after some
3 discussion at some point during the process?
4    A. I don't know who wrote this key
5 characteristics section at this -- you know, I
6 don't know who wrote it. Whether it was Dr.
7 LeCurieux, I'm not sure.
8    Q. There was nobody who was tasked with
9 writing all of these sections, correct?
10   A. The summaries?
11   Q. Yes, sir.
12   A. I was tasked with summarizing the
13 toxicokinetics for each compound for each of these
14 summaries.
15   Q. My point is that there was nobody who
16 was tasked with writing a electrophilicity and
17 genotoxicity and altered repair genomic
18 instability and chronic inflammation or oxidative
19 stress and receptor mediated and proliferation or
20 death and immunosuppression and epigenetic effect
21 and immortalization. This would have to be --
22   A. I don't know if it was done as a group
23 or one individual person did each of these key
24 characteristics. I -- again, because of my focus
25 on toxicokinetics, I don't know the answer.

1    Q. In the initial drafting assignments,
2 there was no one person who was in charge of all
3 of that?
4    A. So --
5    Q. So this isn't somebody's first draft?
6    A. Well, this is someone's first draft of
7 the summary.
8    Q. Of the summary after the group came
9 together and talked, right?
10       MS. WAGSTAFF: Objection. Foundation.
11   A. This -- well, these were -- these were
12 being drafted at the meeting.
13 BY MR. GRIFFIS:
14   Q. Could this be a summary of all of the
15 first drafts?
16   A. It's possible. I don't really know. I
17 don't know at what stage this was being -- at
18 which stage this is at.
19   Q. Okay. What was said, to your
20 recollection, about the position that no
21 conclusions can be drawn from human studies due to
22 mixed exposure pesticides and other chemicals with
23 regard to genotoxicity?
24       MS. WAGSTAFF: Objection to you're
25   asking questions, as Dr. Ross said he didn't

1 draft the key characteristics section of this
2 document.
3    A. I can't speak to what was meant -- what
4 was -- what this author was writing here because
5 it became clear that there were some important
6 studies in exposed humans that suggested or
7 indicated a genotoxic effect.
8 BY MR. GRIFFIS:
9    Q. You're talking about the exposed people
10 in Ecuador?
11   A. Columbia.
12   Q. Columbia. I got the border correct.
13       Those are the studies you mean,
14 though?
15   A. That's in table 4.1.
16   Q. 4.1. Those are the studies you mean,
17 not other ones?
18   A. I'm referring to Bolognesi.
19   Q. Okay. Now, but this was something that
20 was discussed in the group? This genotoxicity
21 stuff was discussed as the group's --
22   A. Yes.
23   Q. -- opinions evolved over time, right?
24   A. Yes.
25   Q. Okay. And so what I'm asking you is

1  what you recall the group discussing with regard
2  to the position that no conclusions can be drawn
3  from human studies due to mixed exposures to
4  pesticides and other chemicals.
5      A.  This is where --
6          MS. WAGSTAFF:  Same objection.
7      A.  -- I was so focused on the
8  toxicokinetics that I don't know the specific
9  details about that.
10         MR. GRIFFIS:  Okay.  Let's take five or
11  ten minutes.
12         VIDEOGRAPHER:  Off record at 3:00.
13         (A short recess was taken.)
14         VIDEOGRAPHER:  Back on the record at
15  3:08.
16  BY MR. GRIFFIS:
17     Q.  Okay.  Sir, before the break, we were
18  talking about Exhibit 20 in the section
19  entitled genotoxicity no conclusions can be drawn
20  from human studies due to mixed exposures to
21  pesticides and other chemicals.
22         And you talked about how the
23  evidence -- how the views of the group changed
24  over time based on human exposures, and you
25  specifically cited the Bolognesi study to me,

1  correct?
2          MS. WAGSTAFF:  I'm going to object on
3      using that key characteristic because he said
4      he didn't know who wrote it, and he didn't
5      even know it was a group opinion.
6      A.  Well, I can say that the -- the -- an
7  important study was the Bolognesi study because it
8  dealt with exposure to glyphosate both before --
9  it indicated that there was evidence of
10  genotoxicity being exposed to humans.
11  BY MR. GRIFFIS:
12     Q.  In the monograph, sir, which I take it
13  is 19, all right.  Exhibit 19, monograph, Page 77.
14  In looking at the right-hand column at the top,
15  sir.  The evidence for genotoxicity caused by
16  glyphosate formulations is strong.  And it says
17  there was three studies of genotoxicity -- end
18  points and community residents exposed to
19  glyphosate based formulations, two of which
20  reported positive associations, right?
21     A.  Uh-huh (affirmative response).
22     Q.  And those are the Bolognesi study -- the
23  Bolognesi study and Tu Pas y Nino (phonetic)
24  study; is that right?
25     A.  Is that in table 4.1?  Yeah.

1      Q.  Yeah.
2      A.  Pas y nino, yes.
3      Q.  And it says that two of the three
4  studies reported positive associations.
5          Do you recall discussing at
6  subgroup 4 that the second pas y nino study --
7  2011 study followed up on the first and found no
8  lasting alterations?
9      A.  It would have been discussed.
10     Q.  Do you recall that discussion?
11         MS. WAGSTAFF:  Objection.  Foundation.
12     A.  Sorry?
13  BY MR. GRIFFIS:
14     Q.  Do you recall that discussion?
15     A.  I don't.
16     Q.  Okay.  You don't recall that there was a
17  first pas y nino study finding formation of some
18  micronuclei that was associated with exposure to
19  Roundup, and the second study looking for lasting
20  damage found none?
21         MS. WAGSTAFF:  Objection to foundation.
22  BY MR. GRIFFIS:
23     Q.  Do you recall that?
24     A.  I don't recall.
25     Q.  Okay.  We'll look at them then.

1          The one that you cited to me was
2  the Bolognesi study, correct?
3      A.  Yes.
4      Q.  Okay.
5          (Exhibit No. 13-21 marked for
6          identification.)
7          MS. WAGSTAFF:  I would object to going
8      through specifically articles in the fact
9      that this was the subgroup's conclusion about
10     glyphosate, and Dr. Ross is just one portion
11     of that.  He's sitting here in the context
12     of a deposition.  Asking him to go through
13     scientific data I don't think was what was
14     contemplated by the order.
15  BY MR. GRIFFIS:
16     Q.  I'm sorry.  Here you go, sir.
17         And when you cited to me before the
18  break the Bolognesi study specifically as evidence
19  of glyphosate causing genotoxicity damage in human
20  beings, what was your -- what was the point of
21  citing that work to me?
22     A.  Because it showed in exposed humans --
23  humans that were exposed to glyphosate based
24  formulations, that the level of genotoxicity
25  immediately following the exposure was greater

Page 202

1 than baseline levels that were taken prior to the
2 spray of the glyphosate based formulation.
3        So there was evidence in an exposed
4 population of genotoxicity caused by the -- by the
5 agent.
6        Q.   And what was the significance of that to
7 subgroup 4?
8        A.   So -- because it's evidence in vivo that
9 glyphosate may cause damage -- genetic damage to
10 cells within an exposed population.
11        Q.   And what was the importance of the
12 Bolognesi study to subgroup 4 in its conclusion
13 that there was strong evidence of genotoxicity?
14        MS. WAGSTAFF:  Object to form.
15        A.   Because looking at exposed populations
16 to an agent and seeing evidence of DNA damage is
17 strong evidence that it is occurring, that it can
18 occur.
19 BY MR. GRIFFIS:
20        Q.   So the Bolognesi was one of the strong
21 pieces of evidence that you were relying on for
22 your conclusions?
23        A.   Not the only piece.
24        Q.   Yes, sir.  One of the strong pieces?
25        A.   One of the -- one of -- one of the

Page 203

1 strong pieces of evidence.
2        Q.   Was it the strongest?
3        A.   I can't -- I'm not -- I can't say that.
4 It -- there was a lot of weight on it because it's
5 in an exposed population.
6        Q.   Okay.  Please --
7        A.   In vivo -- in vivo, too.
8        Q.   Please explain what -- okay.  You said
9 there's a lot of weight on it because, A, it's in
10 an exposed population and, B, in vivo.
11        Would you explain to the jury the
12 significance of those two points, please?
13        A.   Because the mechanism may operate in
14 humans.  The mechanism of genotoxicity may be
15 occurring in exposed populations.
16        Q.   Okay.  And why is that important to a
17 finding of genotoxicity?
18        A.   Because it's becomes the real world.
19 It's a human population exposed to the agent, and
20 these people had evidence of genotoxicity.  So
21 they're -- it's a real world situation.
22        Q.   Did you read the Bolognesi study while
23 you were working group 112?
24        A.   I have looked at it, yes.
25        Q.   Okay.  And did you do it before subgroup

Page 204

1 4 came to its conclusions?
2        A.   No, I did not.
3        Q.   Okay.  This was after you left Lyon?
4        A.   Yes.
5        Q.   Let's take a look at it.
6        All right.  First of all, though,
7 sir, do you know who in subgroup 4 did read and
8 analyze this, other than obviously Dr. LeCurieux
9 who drafted the genotoxicity section?
10        A.   I believe that our subgroup chair read
11 it.
12        Q.   You believe Dr. Rusyn did, too?
13        A.   Yes.
14        Q.   Anyone else?
15        A.   Not that I'm ware of.
16        MS. WAGSTAFF:  Object to speculation.
17 And I also object to questioning on this
18 article.  And I request that, if you're going
19 to be asking him questions on this, that
20 Dr. Ross take the time and read this article
21 completely and refresh himself with it before
22 questions are asked.
23 BY MR. GRIFFIS:
24        Q.   I'm going to direct you to some --
25        MS. WAGSTAFF:  And if you need to read

Page 205

1 the --
2 BY MR. GRIFFIS:
3        Q.   Yes, sir.  I was about to say that.  If
4 you need to read any other part of article other
5 than where I direct you to answer a question,
6 please feel free to do so.  I'm going to start on
7 Page 994, sir.
8        MS. WAGSTAFF:  Dr. Ross, do you need to
9 read the entire article?
10        THE WITNESS:  I'm familiar with it.
11 I -- if he -- if there's a specific question
12 that I'll need time to analyze, then I'll let
13 you know.
14 BY MR. GRIFFIS:
15        Q.   Okay.  This is part of the discussion
16 section.  The discussion section starts on 992,
17 but I'm over on 994.  The right-hand column, the
18 third paragraph.
19        And it's talking about something
20 called BNMN.  For the court reporter --
21        A.   BNMN.  It stands for binucleated cells
22 with micronuclei.
23        Q.   And that's what they are measuring in
24 this study, right?
25        A.   Yes.  One of the end points.

Page 206

1    Q.  So the frequency of BNMN increased after
2    spraying with glyphosate, but not consistently,
3    correct?
4        A.  Point to where you're -- which paragraph
5    now?
6        Q.  The first sentence of the third
7    paragraph.  Right-hand column.
8        A.  Oh, right-hand column?
9        Q.  Yes, sir.  Sorry.
10       A.  Okay.  I see where you're at.
11       Q.  The results of -- and it goes on to say,
12   "The results obtained with a second sampling
13   carried out immediately after the glyphosate
14   spraying showed a statistically significant
15   increase in frequency of BNMN in the three regions
16   where glyphosate was sprayed.  However, this was
17   not consistent with the rates of application used
18   in the regions," correct?
19       A.  Yes.  And this was pointed out in the
20   monograph.
21       Q.  And then the first sentence of the next
22   paragraph says, "There was no significant
23   association between self-reported direct contact
24   with eradication sprays and frequency of BNMN,"
25   correct?

Page 207

1        A.  Yes.  That's what it says.
2        Q.  Okay.  At the bottom of that same
3    paragraph, "Decreases in frequency of BNMN and the
4    recovery period after glyphosate spraying were not
5    consistent."
6            And it gives an example, correct?
7        A.  And these points were brought up in the
8    monograph.
9        Q.  The next sentence -- the first sentence
10   of the next paragraph says, "Overall, these
11   results suggest that genotoxic damage associated
12   with glyphosate spraying as evidenced by the MN
13   test is small and appears to be transient,"
14   correct?
15       A.  This is a conclusion of these authors.
16       Q.  And the authors concluded that -- the
17   authors observed that the changes that they saw
18   were transient, correct?
19       A.  One of the communities still had -- one
20   of the communities had lower levels four months
21   after the spray compared to the four to five days'
22   spray.  So there was evidence of genotoxicity
23   right after the spray, and four to five months
24   later, that genotoxicity had -- was not apparent.
25       Q.  Now, when genotoxicity is repaired by

Page 208

1    the body, it's not leading to cancer, right?
2        A.  What this paper suggested was there is
3    evidence that genotoxicity, in three or four
4    communities that were exposed to the glyphosate
5    based formulation -- that there was a statistical
6    increase in micronuclei immediately after the
7    spray.
8            And what was strong about the
9    study, in our opinion, was there were baseline
10   samples taken immediately before the spray, and
11   those same individuals were assayed four days
12   after the spray, and there was a statistical
13   increase in the micronuclei.
14           That was an important basis for
15   putting a strength -- a strength descriptor on
16   that -- on this particular study.
17       Q.  In doing so, you were disagreeing with
18   the conclusions of the authors themselves,
19   correct?
20           MS. WAGSTAFF:  Object to the form.
21   Argumentative.
22       A.  We were -- in this -- you know, the
23   analysis that was being done by the major
24   participants who had reviewed this data was that
25   there was a statistical increase in the level of

Page 209

1    DNA damage.
2    BY MR. GRIFFIS:
3        Q.  The authors --
4        A.  This was considered to be strength -- a
5    strength to the study.
6        Q.  What the authors said -- the authors of
7    the study said -- I'm on Page 995, the second
8    column, and the second sentence of the first full
9    paragraph.
10           "Based on the applicable Bradford
11   Hill guidelines, it is not possible to assign
12   causality to the increases in frequency of BNMN
13   observed in our study," correct?
14           MS. WAGSTAFF:  Can you tell me where you
15   are?
16           MR. GRIFFIS:  Page 995, right-hand
17   column, first full paragraph, second
18   sentence.
19           MS. WAGSTAFF:  Okay.  Got it.
20   BY MR. GRIFFIS:
21       Q.  That's what they said, right?
22       A.  Yes.  That's what's here.
23       Q.  "There's a smaller frequency of BNMN and
24   MOMN in the region of no pesticide use compared
25   with the regions where pesticides, including

Page 210

1    glyphosate, were used, which is consistent with
2    other reports in the literature.  Although,
3    temporality was satisfied in the increase in
4    frequency of BNMN after spraying, this response
5    did not show strength as it was not consistently
6    correlated with the rate of application.
7                "Recovery was also inconsistent
8    with decreases in frequency of BNMN in the areas
9    or eradication spray, but not in the area where
10   lower rates were applied on sugar cane," correct?
11         MS. WAGSTAFF:  Are you asking if that's
12   what it says?
13   BY MR. GRIFFIS:
14         Q.  Yeah.  That's what it says?
15         A.  Yes.
16         Q.  Correct?
17                And then second sentence in the
18   last paragraph of the article, "The smaller number
19   of subjects recruited in this study and small
20   amount of information about the exposure precluded
21   any conclusions," right?
22         A.  So, yes, that's what it says.  However,
23   the subgroup found that there was a statistically
24   significant increase in micronuclei immediately
25   following the spray application in these

Page 211

1    individuals.
2                Statistically significant meaning
3    there's a higher number -- statistically
4    significant increase in the level of genetic
5    damage immediately following the spray.  This
6    was -- this was considered important.
7         Q.  And all other causes of this in people
8    who were living near the Columbia/Ecuador border
9    being sprayed from planes with glyphosate
10   formulations, many of which being sprayed due to
11   coca eradication -- were those all ruled by the
12   study?
13         MS. WAGSTAFF:  Objection.
14   Argumentative.
15         A.  I don't -- I don't know.  Again, my area
16   of expertise on this sub -- subgroup was to do
17   toxicokinetics analysis.  I am just telling you
18   the subgroup was presented with this information
19   that there was greater levels of genetic damage;
20   that it was due to the glyphosate formulation
21   being sprayed; and it was increased immediately
22   following the spray compared to baseline values in
23   the same individuals.
24                So there was evidence there that --
25   of genotoxicity that -- that was considered

Page 212

1    strong.
2    BY MR. GRIFFIS:
3         Q.  The two people in the group that
4    actually read this -- that you know actually read
5    this before the conclusions came out are Dr. Rusyn
6    and the person who wrote the section, Frank
7    LeCurieux.  Correct?
8         MS. WAGSTAFF:  Objection.  I don't think
9    he knows what everyone in the subgroup read.
10        A.  Yeah.  I don't know -- I don't know what
11   else -- you know, I don't know about the other
12   authors or the other participants.  Whether they
13   read it or not, I don't know.
14   BY MR. GRIFFIS:
15        Q.  Okay.  But --
16        A.  But I know -- I do know that
17   Mr. LeCurieux and Ivan would have read this.
18        Q.  And did they say -- did you disclose in
19   the IARC monograph that the authors of the paper
20   didn't find there was any association?
21        MS. WAGSTAFF:  Objection.  The monograph
22   speaks for itself.
23        A.  Monographs -- it -- there's limitations
24   that were described in the monograph.
25

Page 213

1    BY MR. GRIFFIS:
2         Q.  Did the disagreement with the
3    conclusions of the authors of the article -- was
4    that disclosed in the monograph?
5         MS. WAGSTAFF:  Objection.  The monograph
6    speaks for itself.  Argumentative.
7         A.  I don't know.  I don't -- I don't know
8    if it is or not.
9    BY MR. GRIFFIS:
10        Q.  Okay.  Do you know Dr. Solomon, one of
11   the coauthors of the Bolognesi paper?
12        A.  I don't know him.
13        Q.  Okay.  Do you know that he said in a
14   letter to editor -- I'm sorry -- in an interview
15   that IARC got his study completely wrong?
16        A.  I don't know that.
17        Q.  Okay.  Did anyone tell you that he was
18   quoted as saying, "They got this totally wrong.
19   They said the study showed there was relationship.
20   It's certainly a different conclusion than the one
21   we came to"?
22        MS. WAGSTAFF:  Objection.  Dr. Ross just
23   stated he didn't know.
24        A.  About -- about his comments?  I don't
25   know about those comments.

54

Page 214

BY MR. GRIFFIS:

Q.  Have you followed the discussions in the scientific community about IARC's methodology and IARC's conclusions followed you leaving working group 112?

A.  I am aware of press, yes, regarding --

Q.  Not this specific one, but some other press?

A.  I don't recall this -- seeing this.

Q.  And what have you followed?

A.  I have seen reports in the Morning Consult and New York Times.

Q.  Anything else?

A.  I have seen some stuff in Huffington Post and Genetic Literacy Project and Monsanto's website.

MS. WAGSTAFF:  I'm going to object about questions regarding what he's seen in the press regarding the 112, when the entire alleged purpose of this deposition was the working group mechanism's decision-making process, and what has happened since then in the media is completely irrelevant.  And I believe that Judge Charbrio would agree.

Page 215

BY MR. GRIFFIS:

Q.  Have you been following those things yourself, or are these things that people e-mail you and you read when they happen to do that or what?

MS. WAGSTAFF:  Same objection.

A.  I've been familiar with it.

BY MR. GRIFFIS:

Q.  Okay.  Have any of the people -- and I'm talking about scientists who are commenting.

Have any of scientists who have commented in a critical way about IARC made any points that you considered to be useful or valuable critiques of the review that you did?

MS. WAGSTAFF:  Objection.  Once again, completely irrelevant and outside the scope of what the deposition allowed and requested.

A.  I believe what we did was appropriate on -- based on the guidelines we were given in the preamble and -- yes.  So I think what we did was appropriate.  I can't comment beyond that.

BY MR. GRIFFIS:

Q.  Okay.  So you feel that you appropriately followed the guidelines that you were given?

Page 216

A.  Yes.

Q.  Have you seen any criticisms of the guidelines that you were given you considered to be valid or fair?

A.  No.  I haven't -- no.  I haven't seen criticisms of the guidelines we were given in the preamble that I felt were -- well, let me rephrase that.  I haven't really seen criticisms of the guidelines.

Q.  Okay.  Fair enough.

Now oxidative stress.  You said that you did a peer review of that section.  It took about a day and a half of total time, including sending in the comments; is that right?

A.  Yes.

Q.  Okay.  Now, without the oxidative stress findings, what would the mechanism group's recommendation have been?

MS. WAGSTAFF:  Objection.  That calls for speculation, and it's a hypothetical when the subgroup actually did find oxidative stress in its totality of the evidence type recommendation.  And I don't think that anything -- any response would be anything more than speculation.

Page 217

A.  I'm not sure I understand the question.

BY MR. GRIFFIS:

Q.  Yes, sir.  I'm trying to understand how critical the oxidative stress findings were as compared to the genotoxicity findings in your conclusions that there was strong evidence that mechanisms existed by which glyphosate could cause cancer supporting, at one point, an upgrade which you didn't end up needing to advocate, et cetera.

How critical were the oxidative stress findings as compared to the genotox findings?

MS. WAGSTAFF:  Again, I'll object to the fact that you're asking him to speculate on a hypothetical that never happened.

A.  In terms of the 10 key characteristics, they were equally important.

BY MR. GRIFFIS:

Q.  There's no hierarchy in the 10 key characteristics?

A.  I'm not familiar with one.

Q.  Okay.  Are they considered all to be equal markers of carcinogenicity?

A.  I don't think I am the one who can answer that.

Page 218

1  Q.  Is anyone in the mechanism group one who
2  can answer that?
3  A.  I think they are all given equal weight,
4  in general.  There's a -- yeah.  I can't say
5  there's one given more weight than the other.
6  Q.  Okay.  When you said, "I'm not the one
7  to answer that," did you have someone in mind
8  who --
9  A.  No.
10  Q.  -- would be better able to answer that?
11  A.  I think a cancer biologist might be more
12  appropriate to answer that specific question.
13  We -- looked at these 10 key characteristics as
14  all being equal.  We are trying to find the body
15  of evidence that falls into each one of these key
16  characteristics.  What is the totality of the peer
17  reviewed, published, openly available literature.
18  So I don't think there's any bias in terms of one
19  over another.
20  Q.  Okay, sir.  Tell me if this is right,
21  then, that a cancer biologist may be better able
22  to comment on the relevance of any particular one
23  of the 10 key characteristics to formation of
24  cancer.
25          Your mission was different.  It was

Page 219

1  to put the evidence into the bins and assess
2  whether there was medium, moderate, or strong
3  evidence with regard to each of the bins, correct?
4          MS. WAGSTAFF:  Objection to form.
5  A.  My job was to evaluate the toxicokinetic
6  data on glyphosate.
7  BY MR. GRIFFIS:
8  Q.  And group 4's job --
9  A.  Group 4's job was to work on
10  toxicokinetics, which I was primarily responsible
11  for, and to evaluate the data -- the database on
12  these 10 key characteristics.
13  Q.  So group 4's mission was to put the
14  evidence into the bins, into the ten categories,
15  and assess within each bin whether it was weak,
16  moderate, or strong evidence or we have no data in
17  some cases, correct?
18          MS. WAGSTAFF:  Object to the form.  Use
19  of the word "mission."
20  BY MR. GRIFFIS:
21  Q.  Is that correct, sir?
22  A.  Yes.  Their -- yes.
23  Q.  Okay.
24          (Exhibit No. 13-21 and Exhibit No. 13-22
25          marked for identification.)

Page 220

1          MS. WAGSTAFF:  Did you mark the
2  Bolognesi as 21, or do you want to?
3          MR. GRIFFIS:  I think so, yeah.
4          MS. WAGSTAFF:  Okay.  This will be 22.
5          MR. GRIFFIS:  Yes.
6          MS. WAGSTAFF:  I'm going to object to
7  using the exhibit considering we can't read
8  95 percent of it.
9  BY MR. GRIFFIS:
10  Q.  Exhibit 22, sir, is an e-mail from Ivan
11  Rusyn that you produced as part of your production
12  to Lauren Zeise, Frank LeCurieux to you, and -- I
13  can't read the last one.
14          MS. WAGSTAFF:  Was it produced by --
15  BY MR. GRIFFIS:
16  Q.  What I want to ask you about is the big
17  thing, not the little one.  I mean, the rest of
18  this that's very hard to read is primarily a list
19  of assignments -- or recapitulation of the
20  assignment list.
21          What I want to ask about is this
22  large legible chart that Dr. Rusyn sent to members
23  of the subgroup 4.
24          MS. WAGSTAFF:  Object to foundation of
25  this document.

Page 221

1  BY MR. GRIFFIS:
2  Q.  With regard to mechanistic, do you see
3  the three squares at the top -- three rectangles,
4  cancer in humans, cancer in experimental animals,
5  and mechanistic and other relevant data?
6  A.  Yes.
7  Q.  Okay.  And with regard to mechanistic
8  and other relevant data, which, of course, was the
9  portion that your group was focused on, there was
10  dotted lines blowing up some questions.
11  "Identify, establish some likely mechanistic
12  events."  And then there's some questions relevant
13  to that.
14          And, "Determine whether each
15  mechanism could operate in humans," and there's a
16  question for that.
17          Do you see that?
18  A.  Uh-huh (affirmative response).
19  Q.  Now, do you recall the purpose for which
20  Dr. Rusyn sent this to you and the other members
21  of group 4?
22          MS. WAGSTAFF:  Object to using this
23  document when you can't see the date.  You
24  can't see who sent it.  You can't see who it
25  was sent from.

Page 222

1        And did Hollingsworth, LLP, blow this
2    up, or was it produced --
3        MR. GRIFFIS:  It was produced exactly
4    like this.  The smallness was exactly like
5    this.
6        MS. WAGSTAFF:  Okay.
7        MR. GRIFFIS:  Dated February 10th, 2015.
8    Sent to Zeise, LeCurieux, Ross, and my eyes
9    fail me for the third.
10       MS. WAGSTAFF:  I'll maintain my
11   objection since we can't read this, but go
12   ahead.
13   BY MR. GRIFFIS:
14       Q.  Try to ask the question again?
15       A.  Yeah.  So...
16       Q.  Yes, sir.  There's three rectangles at
17   the top -- cancer in humans, cancer in
18   experimental animals, and mechanistic or other
19   relevant data.  You just said that that was -- of
20   course, that was the area that group 4 was focused
21   on.
22           And then there are these dotted
23   lines that blow up some subpoints and questions
24   relevant to mechanistic and other relevant data,
25   right?

Page 223

1        A.  Correct.
2        Q.  Okay.  The question I asked was, do you
3    recall the purpose for which Dr. Rusyn sent you
4    and other members of the group this chart with
5    questions?
6        A.  This is before the meeting.  We -- we
7    were having a teleconference, I presume.  And this
8    was -- this is -- this looks like verbiage that
9    comes from the preamble and how to address the
10   mechanistic data.
11       Q.  Okay.  So you understood this to be some
12   of the questions that you would be focused on
13   originating in the preamble in doing your
14   mechanistic analysis.
15           Is that fair?
16       A.  That's what the preamble -- yes.  It
17   comes from the preamble.
18       Q.  Okay.  On the issue of -- I'm looking at
19   the first -- first item.  "Identify, establish
20   likely mechanistic events" -- and the second
21   question -- the second set of questions asked,
22   "Has each mechanism been challenged
23   experimentally?  Does supression of key
24   mechanistic processes lead to supression of tumor
25   development," correct?

Page 224

1        A.  Yes.
2        Q.  Okay.  And do you know of any data
3    looked at by working group -- working group 112 at
4    all showing that supression of genotoxicity or
5    supression of oxidative stress, the mechanistic
6    processes that you identified, led to supression
7    of tumor development?
8        A.  By which -- by glyphosate or glyphosate
9    formulations?
10       Q.  Yes, sir.
11       A.  So to my knowledge, there are no
12   evidence that suppressing those two would lead to
13   supression of tumor development.  I am not aware
14   of any studies that looked at that.  We -- yeah.
15   There are supression of oxidative stress by the
16   use of antioxidants when we looked at glyphosate.
17       Q.  But those just looked at oxidative
18   stress end points and not tumor development,
19   right?
20       A.  That's right.
21           (Exhibit No. 13-23 marked for
22           identification.)
23   BY MR. GRIFFIS:
24       Q.  Okay.  Exhibit 23, sir.  This is an
25   e-mail chain involving Frank LeCurieux, yourself,

Page 225

1    Kate Guyton, Matt Martin, and Lauren Zeise and
2    Ivan Rusyn, correct?
3        A.  Yes.
4        Q.  Okay.  Later adding in Andy Shapiro.  I
5    would like to focus first on Kathryn Guyton's
6    March 13th, 2015 e-mail.  Header of which is at
7    the bottom of the first page, and the text appears
8    on the second page.
9            Okay.  Tell me when you're ready,
10   sir.
11       A.  Trying to get a timeline of the day
12   here.  Okay.
13       Q.  Okay.  So, again, I'd like to start out
14   with Kathryn Guyton's March 13th, 2015 e-mail.
15   The header is at the bottom of the first page, and
16   the text is on the second page.
17       A.  Okay.
18       Q.  And she calls subgroup 4 the dream team
19   and says those are Kurt's words -- Kurt Straif,
20   correct?
21       A.  Kurt Straif, yes.
22       Q.  Kurt Straif called subgroup 4 the dream
23   team?
24       A.  That's what's written in this e-mail.
25       Q.  Is that the first time you saw that?

Page 226

1   A.  I've seen this e-mail before.
2   Q.  That's not quite what I meant.
3       Is this the first time you heard
4   group 4 be called the dream team when you saw this
5   e-mail?
6   A.  Yes.
7   Q.  Okay.  She thanks you for your
8   contributions during the plenary session and then
9   says, "We were all impressed that Matt Martin was
10  able to quickly calculate P values for the CA
11  trend cut to aid interpretation of bioassay data."
12      I read that correctly?
13  A.  Yes.
14  Q.  Okay.  And CA means Cochran Armitage?
15  A.  Yes.  I believe so.
16  Q.  Okay.  What --
17  A.  I'm not a biostatistician, but I believe
18  that's right.
19  Q.  All right.  Now, what group was Matt
20  Martin in?
21  A.  He was in subgroup 4.
22  Q.  And what was the bioassay data?  What is
23  that a reference to?
24  A.  Could be one of the five compounds.
25  I -- I can't say with certainty which one it was.

Page 227

1   Q.  Well, it's talking about an animal
2   study, correct?
3   A.  Well, it's talking about some animal --
4   Q.  Animal carcinogenic study?
5   A.  Yeah.  Animal cancer bioassay.  But the
6   specific compound...
7       MS. WAGSTAFF:  Object to foundation of
8   this questioning.  He's unsure if it's even
9   relating to glyphosate.
10  A.  I don't -- I don't know if it relates
11  specifically to glyphosate or not in this context.
12  BY MR. GRIFFIS:
13  Q.  Okay.  First of all, let me ask you
14  this.  Were you aware of Dr. Martin performing
15  calculations on animal group studies?
16  A.  I was vaguely aware.  There was some --
17  he does statistics.  He was doing some work at the
18  meeting.  I don't know the specifics of the
19  analyses or which compounds or which particular
20  animal bioassays were being examined.
21      I don't know the specifics because
22  my focus was so much on the toxicokinetics during
23  this stage of the meeting, that I don't know
24  which -- which bioassay he is referring to.
25  Q.  Were you aware that, during working

Page 228

1   group 112, a Cochran analysis bioassay was
2   recalculated with regard to glyphosate?
3       MS. WAGSTAFF:  Objection.  Foundation.
4   A.  I -- I can't remember specifically if it
5   was for glyphosate.  There were several compounds.
6   It's possible.  It's possible.
7   BY MR. GRIFFIS:
8   Q.  This is a slightly different question
9   than do you remember what Dr. Martin did.  This is
10  specifically asking about glyphosate.
11      Do you recall that a Cochran
12  analysis bioassay calculation was performed with
13  regard to glyphosate during working group 112?
14      MS. WAGSTAFF:  Objection.  Foundation.
15  A.  I can't -- with certainty, I can't
16  remember which one was being analyzed.
17  BY MR. GRIFFIS:
18  Q.  Do you recall that that Cochran
19  analysis -- I'm sorry -- the Cochran Armitage
20  analysis done on a glyphosate bioassay resulted in
21  purported statistical significance where it had
22  not existed before?
23      MS. WAGSTAFF:  Objection.  Foundation.
24  A.  I don't know the specifics of that.
25

Page 229

1   BY MR. GRIFFIS:
2   Q.  Is that something you recall from the
3   plenary sessions or from the other discussions
4   that you participated in or heard?
5   A.  I wasn't in subgroup 3, so I -- I don't
6   know the specifics.  I wasn't in their
7   conversations about the statistical tests.
8   Q.  Other than Matt Martin and Christopher
9   Portier, who do you know who was performing
10  statistical analyses during working group 112?
11      MS. WAGSTAFF:  Objection.
12  A.  I don't even know if Chris Portier was.
13  I don't know.
14  BY MR. GRIFFIS:
15  Q.  Do you not know that Chris Portier was?
16  A.  I don't know.
17  Q.  Okay.  And you told us he was there as
18  the bio statistician.  Correct?
19      MS. WAGSTAFF:  Object to the form.
20  A.  Yes.
21  BY MR. GRIFFIS:
22  Q.  Did he spend time with groups other than
23  working group four?  I'm sorry.  Subgroup four?
24  A.  I don't know if he spent time with them.
25  Q.  Was he present at all subgroup four

Page 230

1   meetings?
2       A.  Oh.  I think there was one point he had
3   to step out.  I don't remember which point.
4       Q.  Okay.
5       A.  There was a -- I can't -- he wasn't 100
6   percent there.
7       Q.  Okay.  One session he stepped out?
8       A.  Yes.
9       Q.  Okay.  Other than that --
10      A.  I recall that.
11      Q.  Other than that, he was in all of your
12  meetings?
13      A.  Other than that, yes.
14      Q.  Okay.  This document mentions IARC table
15  builder.  Okay.  Correct?
16      A.  This e-mail?
17      Q.  Yes.
18      A.  Uh-huh (affirmative response).
19      Q.  Okay.  And do you know what the IARC
20  table builder is?
21      A.  Yes.  I didn't use it, but it -- it was
22  there to present data in the tables that you see
23  in the monograph.
24      Q.  Okay.
25      A.  But I didn't use it.

Page 231

1       Q.  Was it connected to IOPS or HAWC or any
2   other particular system?
3       A.  I believe it is in IOPS.  Maybe in HAWC.
4   I don't think so.  It was -- I think it was IOPSs.
5       Q.  So in the IARC, the way it works, you
6   enter bioassay incidents data and it automatically
7   runs peer wise end trend analyses and presents
8   that data?
9       A.  I don't know anything about that.
10      Q.  Okay.
11      A.  I don't know how it -- how that works.
12      Q.  Do you know or would we have to ask
13  someone else, whether both peer wise and trend,
14  trend Cochran Armitage test are appropriate for
15  all bioassay incident data?
16      A.  It is not my expertise area.  I believe
17  both were used.
18      Q.  Do you know whether they are used under
19  different circumstances, different sorts of data,
20  different rarities of end point et cetera or do
21  you not know?
22      A.  I don't -- I don't know the details of
23  that.  I'm not with the peer wising and trend, I
24  don't know when is the most appropriate to use.  I
25  know in cancer bioassay data it is often used.

Page 232

1   Both types of tests.
2       Q.  Okay.  You don't know when to pick one
3   and when to pick the other --
4       A.  That would be out of my area.
5       Q.  That's fine.  And to the first e-mail in
6   this document, the one from Katherine Guyton.
7   Frank LeCurieux is cc'ing you March 13th of 2015.
8   She is responding to a suggestion, Mr. LeCurieux,
9   to involve subgroup one and more analyses.  That's
10  not the thing I want to focus on.  She says a
11  great suggestion.
12          And she says, "Unfortunately, I
13  among other toxicologist don't understand the
14  epidemiologist and their exposure compadres.
15  However, I agree that their input, whatever it
16  meant on the Bolognesi study, which was critical
17  and in the end as valuable as, quote, sheep dip,
18  with a monkey face?"
19          Would you explain what is meant by
20  the input of the epidemiologist on the Bolognesi
21  study?
22          MS. WAGSTAFF:  Objection.  This calls
23      for speculation.  Dr. Ross did not draft this
24      e-mail.  Dr. Guyton drafted this e-mail and
25      asking him to opine on what she meant is pure

Page 233

1       speculation.
2   BY MR. GRIFFIS:
3       Q.  I'm not asking you to opine on what she
4   meant, Doctor.  I'm asking you what input the
5   epidemiologist had on the Bolognesi study during
6   the deliberation of the working group 112?  Or is
7   this something that happened that you don't know
8   anything about?
9           MS. WAGSTAFF:  Also, objection to the
10      fact that there were multiple Bolognesi
11      studies.
12      A.  I don't recall what -- what is being
13  discussed regarding the epidemiologists.  I could
14  only speculate.
15  BY MR. GRIFFIS:
16      Q.  Whatever --
17      A.  What they were talking about.
18  Confounders and so forth.  So I -- it is not -- I
19  don't recall specifically this.
20      Q.  There are two Bolognesi studies.  One is
21  the one we've discussed previously in this
22  deposition about people being sprayed at the
23  Columbia Ecuador border, and the other is an
24  animal study.  Right?
25      A.  I don't know about the other.  The only

59

Page 234

1  one I'm -- I'm really familiar with is that in --
2  the one we looked at earlier.
3      Q.  Do you know about epidemiologist or
4  exposure people being involved in giving critical
5  input with regard to either of the Bolognesi
6  studies?
7      A.  They may have.  I don't know the answer.
8  How much input, I don't know.
9      Q.  Okay.  You don't know anything about
10  that event or where it took place?
11      A.  I don't remember any conversation about
12  that.  I can't recall it.
13      Q.  Okay.  Take a break.
14      VIDEOGRAPHER:  Off the record at 3:56.
15      (A short recess was taken.)
16      VIDEOGRAPHER:  Back on the record, 4:05.
17  BY MR. GRIFFIS:
18      Q.  Okay.  We made a little bit of a nest of
19  documents I handed you.  I'd like to talk to you
20  briefly about Exhibit 3, which is the subpoena
21  that we sent early in this process, asking you to
22  produce some documents.
23      A.  This is the one in September?
24      Q.  Yeah.  Sometime in that -- not in
25  connection with this deposition.  The one which

Page 235

1  you responded ultimately by sending us some
2  documents.  Would you tell us what you did.  Don't
3  tell me what your lawyers did, but tell us what
4  you did to respond to that.
5      A.  So I did searches of my work computer.
6  Key word searches, I think, were IARC, glyphosate
7  Monsanto.
8          I don't know the specifics.  It was
9  in the subpoena itself.  But whatever was in the
10  subpoena, I would do key word searches to make
11  sure I could pull up all of the word docs, which
12  several early drafts that we had -- I had -- I had
13  drafted.  That was the word docs on my work
14  computer.  I -- as you know, I have a spiral
15  notebook that I kept notes with, and I looked for
16  the notes from the meeting.  And I made
17  photocopies of it.  Scanned it to the lawyers.
18  Provided all of the word docs and provided it to
19  the lawyers.  And, yeah, I think so -- that's what
20  I did.  I scrubbed my computer for the -- you
21  know, for what I needed to provide.
22      Q.  Okay.  I'm going to ask a series of
23  questions to, you know, explore that a little bit
24  and see if I can exhaust the process.
25          Do you work -- did you work on --

Page 236

1  do you have multiple computers?  Have a computer
2  at home?  A laptop --
3      A.  Yeah.
4      Q.  -- use?
5      A.  I have my own laptop.  And I also
6  provided any -- a lot of it was redundant.  I --
7  but if there was any documents on my laptop, I
8  also provided that as well.
9      Q.  Okay.  Let's first get the complete list
10  of computers that you used.
11      A.  So it was my work computer and a
12  personal laptop.
13      Q.  Do you have a computer at home?
14      A.  No.  No.  Not my personal computer.
15      Q.  Do you have a personal computer at home?
16      A.  I'm sorry.  My laptop --
17      Q.  Okay.
18      A.  -- might take -- that I use at home.
19      Q.  Okay.  The laptop serves as your home
20  computer?
21      A.  Yes.  Yes.
22      Q.  And you don't use any other computer or
23  tablets or ...
24      A.  No.
25      Q.  -- anything?  Devices of any sort?

Page 237

1      A.  No.
2      Q.  And you searched both your work computer
3  and the laptop for the terms.  Correct?
4      A.  Right.
5      Q.  Okay.  In what program did you run those
6  searches?
7      A.  This is the search engine, this -- first
8  of all, I knew where most of the documents were
9  located, but to make sure I didn't have something
10  in a folder I wasn't aware of, I used the search
11  functionality on my laptop and on my work
12  computer.  Whatever that's -- that operating
13  system is.  I don't remember but -- what that is.
14      Q.  It was the operating systems search --
15      A.  Yeah.
16      Q.  -- function, not Microsoft Word search
17  function, is it?
18      A.  Not Microsoft Word.  The actual thing
19  that will allow you to find any document that has,
20  say, for example, IARC in the text.
21      Q.  Right.  Now, on the subject of PDFs, PDF
22  don't always --
23      A.  Yes.
24      Q.  -- aren't always searchable.
25      A.  I looked for PDFs as well.

Page 238

1    Q.  How did you look for PDFs that might not
2 be searchable -- scan them or something?
3    A.  I went through all and -- don't even
4 know if we had any PDFs.  I'm not sure.  I can't
5 remember for sure.  But I looked for everything
6 that was there in my PDF folder.  I think there is
7 ways in IARC I can -- you can use asterisks and
8 dot PDF like asterisks IARC, asterisk dot PDF to
9 do searches that would capture that.
10    Q.  Yeah.
11    A.  Capture those file.
12    Q.  Some PDFs are intelligible enough to the
13 computer that you can run word searches and some
14 are not.
15    A.  I --
16    Q.  Okay.  Did you -- what did you do about
17 e-mail?
18    A.  E-mail.  So I looked but I think our IT
19 guys were the ones capturing all of the e-mails
20 that you have that -- that were -- that were
21 responsive to the subpoena.  So the IT guys were
22 responsible for getting those.
23    Q.  Other than any e-mail addresses that you
24 might use exclusively for personal business, how
25 many e-mail addresses do you have?

Page 239

1    A.  Oh.  I have two e-mail addresses.  One a
2 personal and one a work.
3    Q.  And do you send and receive work e-mails
4 on the personal one for convenience ever?
5    A.  No.  The Yahoo one, I don't.  I don't.
6 I don't use it for work.
7    Q.  And the work one, you ran some searches
8 and found e-mails yourself.  Did you provide those
9 to your lawyers?
10    A.  I'm trying to recall.  I was told that
11 IT will capture all of the e-mails.  I don't
12 recall actually handing over any e-mail hard copy
13 of print outs.
14    Q.  Okay.
15    A.  Because I assumed IT would be more
16 effective than I would be.
17    Q.  And by IT, you mean IT here at MSU.
18 Correct?
19    A.  Yes.
20    Q.  Okay.  All right.  Do you know what --
21 did you give them the list of search terms?  Or
22 was it handled by someone else?
23    A.  I think this is a -- it's pretty common
24 that they would have the search terms under the
25 subpoena that they would be looking for.  And they

Page 240

1 would go through that, but I'm not the IT guy
2 so...
3    Q.  Don't know?
4    A.  Yeah.
5    Q.  Okay.  You talked about your notebook.
6 And what you did for that.  You took it and you
7 found -- I take it you found relevant date range.
8    A.  Uh-huh (affirmative response).
9    Q.  And copied the pages within that range
10 and sent them off to your lawyers.  Correct?
11    A.  Right.
12    Q.  Do you recall any pages from that date
13 range that I haven't shown you today?
14    A.  I don't recall.  I don't -- I don't
15 recall.  I think I captured -- captured the date
16 range of the meeting.  Yeah.  So I don't think
17 there was any other -- you may have something I
18 can't remember photocopying, but I don't remember
19 it.
20    Q.  I don't have anything in mine.
21    A.  Okay.  I thought you had another
22 surprise.
23    Q.  No, sir.  No more surprises, if there
24 were any.
25        And paper files, paper documents,

Page 241

1 do you have any other than the notebook pertaining
2 in any way to IARC, glyphosate or Monsanto?
3    A.  No.
4    Q.  Okay.  And do you have any -- way that
5 you operate -- primarily electronically, do y'all
6 print things out?
7    A.  Primarily.
8    Q.  Or do you print them and then throw
9 away?
10    A.  Well, there would have been some early
11 drafts that I would have tossed in the recycle.
12 Might have had a hard copy of it and I was
13 reviewing it myself.  I didn't discover -- I
14 didn't find any hard copies to hand over.
15        (Exhibit No. 13-24 marked for
16        identification.)
17 BY MR. GRIFFIS:
18    Q.  Almost done here, sir.  Exhibit 24.
19 Okay.  Exhibit 25.
20        (Exhibit No. 13-25 marked for
21        identification.)
22        MS. WAGSTAFF:  Objection.  Beyond the
23 scope of this document.  It really has no
24 bearing on the subgroups conclusion about
25 glyphosate.

Page 242

BY MR. GRIFFIS:

1   Q.  Sir, exhibit 24 is an e-mail from
Katherine Guyton to you and to other persons
talking about the subpoenas that were issued by
Monsanto seeking documents, the documents we've
just been talking about.  Correct, sir?

    A.  Yes.

    Q.  Okay.  And when you received this, it
was sent on April 1st of 2016, you saw that
Ms. Guyton was telling you the position of IARC
all draft documents and materials prepared by
the working group in advance or during the in-person
monograph group meeting are to be considered draft
and deliberative.  And she went on to say that
IARC does not encourage participants to retain
working drafts of documents after the related
monograph has been published.  Correct?

    A.  Yes.

    VIDEOGRAPHER:  Off the record.

    (A short recess was taken.)

    VIDEOGRAPHER:  Back on the record.

BY MR. GRIFFIS:

    Q.  Okay.  Mr. White has said while we were
off the record, that he believes that the e-mail
was sent -- Exhibit 24 was sent in response to an

Page 243

1   open record request and not specifically that
document production request.

    But, when you received this, did he
do anything about it?

    A.  Which e-mail?

    Q.  Exhibit 24.  Yeah.

    A.  Let's see.  Well, Mississippi State
lawyers were involved at this point.  So I was
talking with the Mississippi State lawyers about
what -- what I needed to do.

    Q.  Okay.  Don't tell me what you said to
them or what they said to you.

    But I assume you sent this on to
them?

    A.  Yes.  Yes, I did.

    Q.  Did you delete any drafts or any other
documents?

    A.  No.

    Q.  Exhibit 25 is a letter dated April 7th,
six days later from another IARC officer to
working group members talking about request for
disclosure of documents that some members of the
working group to include yourself, sir, had
received.

    And at the end it says, "For all of

Page 244

1   the above reasons IARC request you and your
institute not to release any documents in your or
your institute possession relating to your work in
the capacity as a member of the working group."

    Other than sending this on to your
lawyers, did you do anything in response to this
letter?

    A.  I provided this to the lawyers here at
Mississippi State.  That was -- that was my step.

    Q.  Now, at one point you were concerned
about -- you were asked to participate in working
group 117.  Correct?

    A.  Correct.

    Q.  At one point you were concerned about
doing so given the pendency of these document
requests and your perception that handing over the
documents would possibly put you at odds with IARC
interests.  Is that fair to say?

    MS. WAGSTAFF:  Objection to scope.  This
deposition is to explore the mechanism,
group, subgroups, conclusion about
glyphosate.  And whether or not he had any
reservation about participating in monograph
117, which was years after 112 opinion is
completely irrelevant and outside of scope.

Page 245

1   BY MR. GRIFFIS:

    Q.  Go ahead.

    A.  So my concern was that I would be in a
conflict of interest between IARC and Mississippi
State, and therefore I felt that I should resign
from volume 117.

    Q.  And Kate Guyton at IARC reassured you
and said we don't view there being any conflict?
Correct?

    A.  I had discussions with lawyers here at
Mississippi State.  Kate had discussions with
lawyers at IARC that there was no conflict of
interest to serve on volume 117.

    Q.  And you -- sorry.  Go ahead.

    A.  Go ahead.

    Q.  Didn't mean to cut you off, sir.

    And you were asked to serve as the
chair of mechanism 117.  Is this right?

    A.  I served as the subgroup chair for
mechanisms, yes.

    Q.  Okay.

    A.  For volume 117.

    Q.  Okay.  Do you recall writing to Kate
Guyton, "I expect Ivan, our fearless leader, to be
there.  Dr. Rusyn is a tough act to follow."

Page 246

1     A.  Those -- yes, that is my e-mail.
2     Q.  And what did you mean by that?
3     A.  I have a lot of respect for Dr. Rusyn as
4  a scientist.
5     Q.  What did you observe at working group
6  112.  I assume that's what you were referring to
7  when you said, "Tough act to follow."  Correct?
8     A.  Yes.  I --
9     Q.  What did you observe Dr. Rusyn doing at
10  working group 112 that made you say that?
11     A.  Extreme rigor.  Very rigorous person --
12  scientist.
13     Q.  What do you mean by rigor?
14     A.  Evaluating the data objectively,
15  demanding evidence.
16     Q.  Sir, I'm finished with my questions for
17  the time being.  I'm going to reserve the rest of
18  my time to follow up with -- there's going to be
19  some questions from Ms. Wagstaff.  I hope you
20  understand that I had a job to do and Monsanto had
21  a job to do in sending you those requests and
22  conducting this deposition.  I hope you haven't
23  felt oppressed or harassed by me or my due process
24  any more than is absolutely necessary.
25     A.  Everyone's got a job to do.  I

Page 247

1  understand.
2     Q.  Thank, you sir.
3     VIDEOGRAPHER:  Break.  Off the record.
4     (A short recess was taken.)
5     VIDEOGRAPHER:  Back on record at 4:52.
6  EXAMINATION BY MS. WAGSTAFF:
7     Q.  Good afternoon, Dr. Ross.  My name is
8  Aimee Wagstaff, and I am an attorney who is
9  representing several plaintiffs who allege they
10  have been injured after a result to exposure to
11  glyphosate.  Are you aware of that?
12     A.  Yes.
13     Q.  Okay.  And so your deposition was first
14  noticed by Monsanto in the multi-district
15  litigation out of San Francisco and then we
16  cross-noticed that deposition.  Are you aware of
17  that?
18     A.  I knew it was in San Francisco, and I
19  think it's been consolidated.  What I understand
20  the case has been consolidated.  Is that --
21     Q.  I mean, that's -- I'm just meaning are
22  you aware that we cross-noticed your deposition?
23     A.  Yes.
24     Q.  Okay.  And you and I have never met
25  before today.  Correct?

Page 248

1     A.  Correct.
2     Q.  We've never spoken on the phone together
3  before today.  Correct?
4     A.  Correct.
5     Q.  We've never e-mailed before today.
6  Correct?
7     A.  Correct.
8     Q.  And, in fact, the first time I met you
9  was when you walked into this deposition room this
10  morning.  Correct?
11     A.  Yes.
12     Q.  Okay.  And Mr. Griffis showed you an
13  e-mail that my partner, my law partner Katherine
14  Forgie sent you, I believe, a couple of years ago.
15  Do you remember that this morning?
16     A.  I don't remember what exhibit it was
17  but, yes.  I remember the e-mail.
18     Q.  Okay.  And just to be clear, you've
19  never spoken with Ms. Forgie other than that
20  unilateral attempt to contact you.  Correct?
21     A.  Yeah.  I've never spoken -- spoken with
22  Katherine Forgie.
23     Q.  Okay.  And we searched our law firm
24  e-mails for a response from you and didn't find
25  any.  And that would be consistent with your

Page 249

1  recollections to.  Correct?
2     A.  Yes.
3     Q.  Okay.  So and you haven't spoken with
4  anyone from the Miller Law Firm out of Virginia.
5  Correct?
6     A.  No.
7     Q.  Okay.  And you haven't spoken anyone
8  from Weitz Luxenberg out of New York City.
9  Correct?
10     A.  No.
11     Q.  Okay.  Excellent.  So let's take a look
12  at your CV really quick, which has been marked as
13  Exhibit 4.  And I'd just like to go over this real
14  quickly, if I could.
15     It looks like it was updated in May
16  of '17.
17     A.  Yes.
18     Q.  Okay.  So this is -- this was provided
19  by your attorney a couple of days ago, so it's the
20  most updated CV that you have.  Correct?
21     A.  Right.
22     Q.  Okay.  And it looks like you've got a
23  Ph.D. from UC Irvine?
24     A.  Correct.
25     Q.  Correct.  And a bachelor of science and

Page 250

1  chemistry from Cal Berkley?
2      A.  Correct.
3      Q.  Is that correct?  And then it looks like
4  you've got -- that was in 1998 and 1989
5  respectively.  Correct?
6      A.  Yes.
7      Q.  And so if you backtrack your four years
8  of college, my math may be off a little, but you
9  started studying chemistry somewhere around 1985?
10     A.  Yes.
11     Q.  Okay.  And to -- to today, which is
12  in -- today is May 3rd, 2017, so you've been
13  studying chemistry for about 32 years?  Something
14  like that?
15     A.  Yes.  Date me, yes.
16     Q.  Not to date you.  Okay.  And it looks
17  like you have -- starting with 1987, was your
18  first sort of teaching assistant job at Cal
19  Berkley as -- in the chemistry stock room teaching
20  assistant.  Is that correct?
21     A.  Right.  I worked as both.  In the
22  chemistry stock room and as a teaching assistant
23  while an undergraduate.
24     Q.  Okay.  Great.  So your first teaching
25  job, if you will, in chemistry, was 30 years ago?

Page 251

1      A.  Yeah.
2      Q.  Okay.  And that works all the way up to
3  today where you are, it looks like, currently an
4  associate professor at Mississippi State
5  University.  Correct?
6      A.  Yes.
7      Q.  Okay.  And you were working the
8  department of basic sciences and you were awarded
9  tenure, looks like, in July of 2010.  Is that
10  right?
11     A.  Correct.
12     Q.  Okay.  If you go to the next page.  It
13  looks like you've received a lot of awards.
14  You've listed one, two, three, four, five, six,
15  seven, eight, nine, ten, eleven, twelve, thirteen
16  awards or honors that you've received in the field
17  of advanced education and or chemistry.  Is that
18  correct?
19     A.  Correct.
20     Q.  Okay.  The first one again being back in
21  1986 and the most recent one was an award that you
22  received in China in 2015?
23     A.  Correct.
24     Q.  Okay.  And all of this is true and
25  accurate and up to date.  Right?

Page 252

1      A.  Yes.
2      Q.  Okay.  And then if you scroll down and
3  it says, "Research FTE 70 percent," what does that
4  mean?
5      A.  FTE is a way we break out our research
6  teaching and service at the University.  FTE
7  stands for full time equivalent.
8      Q.  Okay.  And so can I -- can I take that
9  to mean that 70 percent of your time your are
10  researching?
11     A.  That's right.
12     Q.  Okay.  And then you've talked about
13  your -- you list peer review publications and you
14  split that up into publications since joining
15  Mississippi State University and prior to joining
16  Mississippi State University.  Right?
17     A.  Correct.
18     Q.  And it looks like you've written three
19  peer review publications since you joined the
20  University.  Right?  Look at the bottom where your
21  left hand is.
22     A.  More than three since I've joined the
23  University.
24     Q.  Okay.
25     A.  I had several since I joined the

Page 253

1  University.  Several peer review public.  It
2  starts Page 7.
3      Q.  Okay.  So I was just confused because
4  these three aren't numbered and then you start at
5  64, so I didn't know.  So you --
6      A.  Those are -- so first one in
7  preparation.  So this is something we are about to
8  submit.  And the other two are currently under
9  review.  So they haven't been formally accepted.
10     Q.  Okay.  So it's fair to say, though, that
11  you've written in 64 peer review articles?
12     A.  Yes.
13     Q.  Since you joined the University.  Is
14  that correct?
15     A.  Yes.  64 minus 12.  Yes.  So...
16     Q.  A lot?
17     A.  Right.
18     Q.  Regardless.  Okay.  And what's the
19  significance of having a publication peer
20  reviewed?
21     A.  Oh.  Peer review is important in terms
22  of having independent scientist evaluate the data
23  that you are trying to publish and determining
24  whether the conclusions you draw are based on the
25  data that's provided within the publication.

Page 254

1    Q. Okay. And to be published -- well
2  strike that.
3         So is it fair to say peer review is
4  sort of a safety net to ensure that the integrity
5  of the -- and the high quality of the literature?
6    A. Yes. A peer review is very important
7  because you have anonymous reviewers -- your peers
8  in your field reviewing the evidence, reviewing
9  the data and determining whether the conclusions
10 are sound, whether the methodology is -- is sound.
11 And it's an important -- peer review is a critical
12 aspect of the scientific enterprise.
13   Q. Okay. And generally speaking,
14 non-published science is not peer reviewed. Is
15 that correct?
16   A. Non-published science -- it -- well, to
17 be peer reviewed, and to be accepted into a
18 journal, you need that safeguard to evaluate the
19 evidence. Non-published data, we -- no one
20 ever --
21   Q. It is unknown?
22   A. -- it is unknown. It hasn't been peer
23 reviewed. It may be out there, but it's not been
24 peer reviewed.
25   Q. Okay. And then it looks like, if you

Page 255

1  move on to your CV, you get to Page 8, you've
2  written some book chapters, you've written some
3  chapters for some books. Then you participated in
4  two IARC monographs. Is that correct?
5    A. Correct.
6    Q. And we have talked about IARC 112, which
7  is the monograph where IARC considered the
8  carcinogenicity of glyphosate. Right?
9    A. Correct.
10   Q. And then one, looks like you also
11 participated in IARC volume 117 after 112 that did
12 not consider glyphosate. Correct?
13   A. Correct.
14   Q. Okay. And I also saw in one of your
15 e-mails that you were invited to sit on the FIFRA
16 scientific advisory panel board by the EPA. Is
17 that correct?
18   A. Yes. I have served on a FIFRA panel
19 2005 -- 2006 perhaps. It was on pirethrodes. It
20 wasn't glyphosate related.
21   Q. Okay. But that's an invitation from the
22 EPA --
23   A. That was an invitation from the EPA.
24   Q. Okay. And then it looks like you have
25 gone through -- you have one, two, three, four,

Page 256

1  four pages of either current research projects or
2  completed research projects in your CV. Is that
3  correct?
4    A. Correct.
5    Q. And then presentations, and meeting
6  abstracts, I counted up sixty-nine, if you totaled
7  your presentations, your abstracts. Does that
8  sound -- you don't have it numbered, but does that
9  sound about right?
10   A. It sounds appropriate.
11   Q. Okay. And then you get to the Page 18
12 of your CV. My CV is only one page by the way. I
13 think I need to beef that up.
14        But you get to Page 18 and your
15 professional development. And you've got one,
16 two, three, four, five, six, seven, eight courses
17 that you've taken to stay abreast of the current
18 field that you are working in. Correct?
19   A. Correct.
20   Q. Okay. Active outside collaborators.
21 I'm guessing those are people that you collaborate
22 with that are outside of Mississippi State
23 University?
24   A. That's right.
25   Q. Okay.

Page 257

1    A. That's what I mean by that.
2    Q. And you've got that you collaborate with
3  St. Jude's Children Research in Memphis,
4  Tennessee. Correct?
5    A. Right.
6    Q. You collaborate actively with the
7  College of Veterinary Medicine at the University
8  of Georgia. Is that right?
9    A. Right.
10   Q. Okay. And then you also collaborate
11 with Jing Xu Academy of Agricultural Sciences in
12 China. Is that correct?
13   A. Right.
14   Q. Okay. And then we talk about -- then
15 you talk about your -- the rest of your time,
16 which I guess isn't necessarily the rest, but 15
17 percent of your time is spent teaching. Is that
18 right?
19   A. Right.
20   Q. Okay. And you've talked about all of
21 the graduate courses that you have taught. You
22 have taught a graduate course in the mechanisms of
23 toxic action molecular toxicology. Is that
24 correct?
25   A. Right.

Page 258

1    Q.  Okay.  You've also taught in organ
2   systems toxicology one and two.  Is that correct?
3    A.  Right.
4    Q.  You've taught a course multiple times in
5   the mechanisms of toxic action?
6    A.  Yes.
7    Q.  Correct.  And you've taught a course
8   called the current literature in toxicology.  Is
9   that right?
10    A.  Right.
11    Q.  Okay.  You guest lectured in CVM
12   graduate courses.  What's CVM?
13    A.  College of Veterinary Medicine.
14    Q.  Okay.  And you lectured -- you guest
15   lectured on pharmicokinetic in a pharmacology
16   course.  Is that correct?
17    A.  Right.
18    Q.  And these were all -- these guest
19   lectures were invitations from the regular
20   professor.  Right?
21    A.  Right.
22    Q.  Okay.  And then if you turn to Page 20,
23   and I won't go through the list, but it looks like
24   you have student and post doctoral advisements on
25   several students that -- through your time as a

Page 259

1   professor.  Is that right?
2    A.  Right.
3    Q.  I would say a dozen or so.  Does that
4   sound right?
5    A.  In that ballpark, yes.  Yeah.  Uh-huh
6   (affirmative response).
7    Q.  And then we get to your service, which
8   is a -- on Page 21, which is 15 percent of your
9   time as well.  And we look at the external review
10   panels that you've been on and you've been on one,
11   two, three, four, five, six, seven, eight, nine
12   external review panels.  Does that sound right?
13    A.  Yes.
14    Q.  Okay.  And some of those, it says, "That
15   you're an invited member by the NIH study
16   session."  What is NIH?
17    A.  Well, National Institutes of Health.
18    Q.  Okay.  And you were an invited member to
19   sit on their external review panel when they
20   looked at the systemic injury by environmental
21   exposures.  Is that right?
22    A.  Correct.
23    Q.  Okay.  You were also an invited member
24   of the Agricultural Health Study National Advisory
25   panel in Maryland.  Is that right?

Page 260

1    A.  Correct.
2    Q.  And we've talked about that this
3   morning.  Is that correct?
4    A.  Yes.
5    Q.  In fact, you only went to one meeting --
6   testified --
7    A.  It was March 1st through 2nd of 2012.
8    Q.  And then you have a list of the review
9   editorial board that you sit on for journals.
10    And it looks like that there are --
11   I didn't count those up but it looks like there
12   are a lot of those that you sit on.  Is that
13   right?
14    A.  Yeah.  These are primarily as peer
15   reviewer for all of these journals.
16    Q.  Okay.
17    A.  I am on the editorial board of journal
18   called Toxics.
19    Q.  Okay.  So in parenthesis, does that mean
20   how many times you've peer reviewed?
21    A.  Yeah.  That's -- yeah.  That -- yeah.
22   Roughly determines how many times I've reviewed
23   for each of these journals.
24    Q.  Okay.  So I see numbers like one, four,
25   two, sixteen, three, but if you add them all up, I

Page 261

1   mean, it looks like you peer reviewed 30 or 40
2   times?
3    A.  Oh, more than -- yeah, more than that.
4    Q.  Fifty times maybe?
5    A.  Yeah.
6    Q.  You peer reviewed a lot of journals.  Is
7   that fair to say?
8    A.  Yeah, that -- yeah.  Yeah.
9    Q.  Okay.  And then you talk about your
10   university service and your department and college
11   service and your clinical diagnostic service and
12   others.  And then you give some references.  Is
13   that fair to say?
14    A.  Yes.
15    Q.  Okay.  So after reviewing your CV, I
16   think it's fair to say that you are very
17   knowledgeable in molecular toxicology and probably
18   considered an expert in your field?
19    MR. GRIFFIS:  Objection to form.
20   Irrelevant.
21   BY MS. WAGSTAFF:
22    A.  Yes, I've been invited by panels and to
23   review papers and by NIH study sections.
24    Q.  Okay.  So we spent the first five and a
25   half hours of the deposition this morning going

Page 262

1    through piece by piece and pulling out of IARC
2    monograph 112 and pulling out certain pieces and
3    analyzing them in isolation.  Is that fair?
4          MR. GRIFFIS:  Object to the form.
5          A.  We have looked at various exhibits.
6    BY MS. WAGSTAFF:
7          Q.  Okay.
8          A.  -- related to volume 112.
9          Q.  But the bottom line is that the IARC 112
10   determination was made by looking at the totality
11   of the evidence.  Is that fair?
12         A.  Yes.
13         Q.  Okay.  And you would agree with me that
14   there is not just one piece of evidence that drove
15   that decision.  Is that fair?
16         A.  Correct.
17         Q.  Okay.  It was a totality of all of the
18   evidence that was presented to the panel.  Is that
19   fair?
20         A.  Correct.
21         Q.  Okay.  And you would agree with me, too,
22   that the subgroup that you belonged to, which was
23   the mechanism group for subgroup, also looked at
24   the totality of the available evidence.  Correct?
25         MR. GRIFFIS:  Object to the form and

Page 263

1    contrary to the testimony.
2          A.  Looked at the totality of the peer
3    reviewed publicly available evidence for
4    mechanisms and toxicokinetics.
5    BY MS. WAGSTAFF:
6          Q.  Sure.  So if you look -- so you would
7    agree me then that subgroup four, in determining
8    that there was a strong association, looked at the
9    totality of the toxickinetic evidence and also the
10   totality of the evidence that was allowed to be
11   looked at -- strike that.  That was a horrible
12   question.
13         So you would agree with me that
14   work -- that subgroup four, in making its
15   determination of a strong association, looked at
16   the totality of the toxicologic evidence, as well
17   as the published peer reviewed literature?
18         MR. GRIFFIS:  Objection to form.
19   Contrary to prior testimony.
20         A.  It would -- I wouldn't strong
21   association it.  There was strong evidence for
22   genotoxicity.  There was strong evidence for
23   oxidated stress.  Two of the ten characteristics.
24   BY MS. WAGSTAFF:
25         Q.  You're.  And I stand corrected by saying

Page 264

1    that.
2          So you would agree with me that
3    when the subgroup four found strong evidence for
4    genotoxicity and when subgroup four found strong
5    evidence for oxidated stress, that subgroup four
6    looked at the totality of the available
7    evidence --
8          A.  Yes.
9          Q.  -- in making that determination?
10         MR. GRIFFIS:  Object to the form.
11   Contrary to in regarding available evidence.
12         A.  Yes.
13   BY MS. WAGSTAFF:
14         Q.  And you would agree with me that the
15   available evidence includes the evidence as
16   allowed by the preamble of the mon -- of IARC's
17   monograph.  Correct?
18         A.  Yes.
19         Q.  Okay.  And you would also agree with me
20   that there wasn't one particular piece of evidence
21   that drove either of those determinations.
22   Correct?
23         A.  For oxidative stress and genotoxicity,
24   no.  It's not one study that drives it.
25         Q.  Okay.

Page 265

1          A.  It's the totality of -- the overall
2    coherence of the data basis.
3          Q.  Okay.  Excellent.  And in looking at the
4    totality of the evidence, working group -- IARC
5    working group 112 found that glyphosate was a
6    category 2 A probable carcinogen.  Correct?
7          A.  Yes.
8          Q.  Okay.  And that was unanimous vote by
9    all working members.  Correct?
10         A.  Yes, it was unanimous.
11         Q.  Okay.  And similarly, the subgroup fours
12   vote to make a strong -- showing of strong
13   evidence for genotoxicity and for oxidative stress
14   was also unanimous.  Correct?
15         A.  Yes.  With an IARC, yes, it was.
16         Q.  Within your group?
17         A.  Within our subgroup.
18         Q.  And can you explain for the jury, sort
19   of in laymen's term, what oxidative stress means?
20         A.  Yes.  So oxidative stress refers to
21   molecules that have unpaired electrons that are
22   highly reactive and that can damage cellular
23   macromolecule, such as lipids, proteins and
24   nucleic acids.
25         They are produced during normal

Page 266

1  cellular respiration.  We produce it under normal
2  situations.  And in a normal cell, it could be
3  exacerbated by environmental chemicals.
4      Q.  Okay.
5      A.  That is made worse.
6      Q.  Okay.  Can you tell me how much money
7  you made for participating in IARC 112 panel
8  review?
9      A.  Oh.  We need we -- we were not paid for
10  volume 112.  We didn't get paid.  We got per diem
11  and we had travel.
12      Q.  So you didn't make any money?
13      A.  We don't make money.
14      Q.  Okay.  And have you made any money since
15  on -- from your working on -- strike that.
16          Let's look at the preamble.  I
17  forget which exhibit it's marked.  I think it
18  might be 10.  Going off memory though.  Okay.
19      MR. WHITE:  Yes.
20  BY MS. WAGSTAFF:
21      Q.  We have spoken a lot today about
22  classifications that certain subgroups have made
23  whether it be limited or whether it be sufficient.
24  And these are definitions that IARC has put into
25  the preamble.  And we never went over those

Page 267

1  definitions, so I would like to just make sure
2  that the jury understands what IARC means when
3  something is labeled limited or sufficient.
4          So if you could turn please to
5  page -- of the preamble, if you could, please,
6  turn to Page 19.  And this is a section called
7  evaluation and rationale.  Right?
8      A.  Okay.
9      Q.  Okay.  So we're looking at A, which is
10  the carcinogenicity in humans.  Correct?
11      A.  Yes.
12      Q.  Okay.  And when something -- and this is
13  also referred to as the epidemiology group.
14  Correct?
15      A.  Correct.
16      Q.  Okay.  And when something is limited
17  evidence, when the epidemiology group labels it
18  limited evidence, do you -- are you following with
19  me on this?
20      A.  Uh-huh (affirmative response).
21      Q.  The actual -- the subgroup actually
22  finds a positive association between exposure to
23  the agent of cancer for which a causal
24  interpretation is considered by the working group
25  to be credible.  Did I read that correctly?

Page 268

1      MR. GRIFFIS:  Objection.  Beyond scope
2  of this deposition.
3      A.  That is correct.
4      MS. WAGSTAFF:  I cross-noticed this
5  deposition, so I get to ask questions but --
6      MR. GRIFFIS:  I'm not talking about my
7  scope.  I'm talking about the discovery
8  scope.
9  BY MS. WAGSTAFF:
10      Q.  Okay.  So, in fact, when the
11  epidemiology group identify -- or classifies
12  something as limited evidence, they've actually
13  found a positive association that they find
14  credible.  Is that fair?
15      MR. GRIFFIS:  Objection.  Beyond the
16  scope of this deposition and beyond
17  Dr. Ross's knowledge since only working in
18  group four, he testified many times.
19      A.  But this is what is in the IARC
20  preamble.
21  BY MS. WAGSTAFF:
22      Q.  So that's fair.
23      A.  It's in the preamble.
24      Q.  Okay.  So then if you move on, and you
25  if you look down to B, which is the

Page 269

1  carcinogenicity in experimental animals.  Right?
2  So now we're in the animal subgroup.  We're still
3  on Page 20.
4          Oh, and just to be complete on --
5  let me go back up.  To be complete on the limited
6  evidence in the epidemiology group, the definition
7  is written in the preamble is a positive
8  association has been observed between exposure to
9  the agent, which in this case is glyphosate, and
10  cancer for which a causal interpretation is
11  considered by the working group to be credible,
12  but chance bias or confounding could not be ruled
13  out with reasonable confidence.
14          Did I read that correctly?
15      MR. GRIFFIS:  Objection.  Beyond the
16  designated scope set by Judge Charbrio,
17  beyond this witness' knowledge given his
18  prior testimony.
19      A.  That's what written.
20  BY MS. WAGSTAFF:
21      Q.  Did I read that -- okay?
22      A.  That is correct.  It is written in the
23  preamble.
24      Q.  Okay.  Excellent.  And so if you move
25  down to B where you look at the carcinogenicity in

Page 270

1  experimental animals, in fact, working group 112
2  labeled it sufficient evidence.  Is that correct?
3  That was the final determination by the animal
4  group?
5      A.  Sufficient evidence.
6      Q.  Okay.
7      A.  Yes.
8      Q.  And so can you read into the jury
9  what -- what that means?
10     MR. GRIFFIS:  Objection.  Beyond the
11     scope of this deposition as found by Judge
12     Charbrio, beyond this witness' knowledge
13     given his prior testimony.
14     A.  Well, you know for from.
15 BY MS. WAGSTAFF:
16     Q.  Read it.
17     A.  From the preamble, "The working group
18 considers that a causal relationship has been
19 established between the agent and an increased
20 incidents of malignant neoplasms or of an
21 appropriate combination of benign and malignant
22 neoplasms in A, two or more of species of animals
23 or, B, two or more independent studies in one
24 species carried out at different times or in
25 different laboratories or under different

Page 271

1  protocols."  Should I read more?
2      Q.  Nope.  That's good.
3          And then if you look at -- there is
4  a lot of discussion this morning with Mr. Griffis
5  between the animal group determining whether to
6  call it limited evidence or sufficient evidence.
7  Do you remember that?
8      A.  Yes.
9      Q.  Testimony.  Okay.  So see let's look and
10 see what definition means of limited evidence by
11 the animal group.  Okay.  If you could please read
12 that into the record on Page 21.
13     MR. GRIFFIS:  Same objection as
14     previously regarding scope.  And this
15     witness' testimony, he wasn't involved in any
16     of those working groups.  Three -- subgroup
17     3, also, just reading, a document speaks for
18     itself.
19 BY MS. WAGSTAFF:
20     Q.  Go ahead.
21     A.  So this is from the preamble.  "The data
22 suggests a carcinogenic effect" --
23     Q.  Okay.  Hang on real quick.  So limited
24 evidence of carcinogenicity by the animal group
25 still means that the data suggests a carcinogenic

Page 272

1  effect.  Right?
2      MR. GRIFFIS:  Objection --
3  BY MS. WAGSTAFF:
4      Q.  Keep going.
5      A.  "But are limited for making a definitive
6  evaluation because, A, the evidence of
7  carcinogenicity is restricted to a similar
8  experiment; B, there are unresolved questions
9  regarding the adequacy of the design conduct or
10 interpretation of the studies; C, the agent
11 increases the incidents only of benign neoplasms
12 or lesions of uncertain neoplasm potential or, D,
13 the evidence of carcinogencity is restricted to
14 studies that demonstrate only promoting activity
15 in a narrow range of issues or organs.
16     Q.  Okay.  Excellent.  You can put the
17 preamble away.  I think am done with questions
18 about that for right now.
19          And I'd like to introduce as an
20 exhibit -- are we on 26?
21          (Exhibit No. 13-26 marked for
22          identification.)
23     Q.  26.  Okay.  The list of participants
24 that you have referenced numerous times this
25 morning.  So this was the list of participants.

Page 273

1  Correct?
2      A.  Yes.
3      Q.  Okay.  This was the entire list of
4  participants from the working group.  Is that
5  right?
6      A.  Yes.
7      Q.  Okay.  And there you are, about three
8  quarters of way down, Matthew K. Ross, Mississippi
9  State University, United States of America.  Is
10 that right?
11     A.  Correct.
12     Q.  Okay.  And if you go all the way down,
13 invited specialist, there's Dr. Christopher
14 Portier that we talked about numerous times today.
15 Right?
16     A.  Yes.
17     Q.  And then if you go all the way down to
18 the very bottom of the page, is Dr. Portier's
19 conflict -- potential conflict of interest
20 disclosure that you had referenced earlier today.
21 Right?
22     A.  Yes.
23     Q.  Okay.  And if you turn the page --
24 actually before you turn the page, it looks like
25 within this -- this group, there's also a member

## Page 274

1 from the United States EPA, Matthew T. Martin. Is
2 that correct?
3 A. Yes. He's one of the members.
4 Q. Okay. So is he doctor? Is it
5 Dr. Martin?
6 A. Yes.
7 Q. Okay. So Dr. Martin was participating
8 in monograph 112 as a member of the EPA. Is that
9 correct?
10 MR. GRIFFIS: Object to the form.
11 False.
12 A. He was -- he was member of the subgroup
13 four. He was -- he was -- he was an employee of
14 U.S. EPA.
15 BY MS. WAGSTAFF:
16 Q. Let me strike that.
17 And so Matthew T. Martin, while he
18 was participating in monograph 112, was an
19 employee of the United States EPA. Is that
20 correct?
21 MR. GRIFFIS: Object to the form.
22 A. Yes. He was an employee of U.S. EPA.
23 BY MS. WAGSTAFF:
24 Q. And here on this list of participants,
25 Matthew T. Martin is listed as being associated in

## Page 275

1 some way with the United States EPA. Is that
2 correct?
3 A. Yes.
4 Q. Okay. And, in fact, Matthew T. Martin
5 was part of the mechanism subgroup four that you
6 are part of. Correct?
7 A. Correct.
8 Q. And that Matthew T. Martin, the United
9 States EPA employee, was part of the subgroup that
10 found a strong association with genotoxic and
11 oxidative stress. Is that correct?
12 MR. GRIFFIS: Objection to the form.
13 The bold -- at the top says these people not
14 serving in any way representative of their
15 governmental organizational which they are
16 affiliated.
17 BY MS. WAGSTAFF:
18 Q. Is that correct?
19 A. He was a member of subgroup four.
20 Q. And subgroup four was the subgroup that
21 found that there is a strong evidence for
22 genotoxicity and for oxidative stress of
23 glyphosate. Is that correct?
24 A. Yes.
25 Q. Okay. And so if you turn the page --

## Page 276

1 excuse me -- to the next page, it looks like
2 representatives of national and international
3 health agencies are listed there as well. And
4 then you have observers and it look -- if you look
5 a few down, it looks like Thomas Sorahan was there
6 for Monsanto Company. Is that correct?
7 A. Yes.
8 Q. Okay. So Monsanto had an observer there
9 during the working group. Is that correct?
10 A. Yes.
11 Q. Okay. Do you know Mr. Sorahan?
12 A. I do not know him.
13 Q. Okay. It looks -- if you look down at
14 number four, it looks like he had said that he is
15 a member of the European glyphosate toxicology
16 advisory panel and received reimbursement of
17 travel cost from Monsanto to attend Eurotox 2012.
18 Do you see that?
19 A. Yes.
20 Q. Okay. And he's listed as being
21 associated with Monsanto company in this
22 participant list. Is that correct?
23 A. As an observer.
24 Q. Okay. And did -- were you aware that he
25 was reporting back to Monsanto throughout the

## Page 277

1 course of the monograph working group?
2 MR. GRIFFIS: Objection. Foundation.
3 A. I wasn't aware of his communications.
4 (Exhibit No. 13-27 marked for
5 identification.)
6 BY MS. WAGSTAFF:
7 Q. Okay. So I'm going to hand you an
8 e-mail which is marked confidential, but it has
9 already been publicly disclosed, so you don't need
10 to sign a protective order.
11 But if you look at the second page,
12 do you know who Donna Farmer is? You go to the
13 bottom of the cascade. Yeah. Okay.
14 A. Where is she from? She's a Monsanto
15 employee. I don't know Donna Farmer.
16 Q. Well, you see that her e-mail is
17 ███████████████████████?
18 A. Yes.
19 Q. That would suggest she is affiliated
20 with and an employee of Monsanto?
21 MR. GRIFFIS: Objection. Foundation.
22 Beyond the scope of this deposition as
23 designated by Judge Charbrio.
24 BY MS. WAGSTAFF:
25 Q. I will represent to you that she is a

1    Monsanto employee.  Do you have any reason to
2    doubt that?
3        A.  No.
4        Q.  Okay.  And so she is writing to Thomas
5    Sorahan, the Monsanto observer, the working group
6    112.  Correct?
7        A.  Yes.
8        Q.  And this is on March 14th, which was a
9    couple of days after the -- if I recall correctly
10   the working group concluded on the tenth and/or
11   11th of March of 2015?
12       A.  Tuesday -- I don't have the time line in
13   front of me.  I think that's the 10th.
14       Q.  Okay.  And so she -- so -- so Dr. Farmer
15   asked Thomas Sorahan, as well with Christian
16   Strupp, Matt Jensen and Bill Heydens, about the
17   IARC findings at a CLA meeting on Thursday.  And
18   if you look at -- this e-mail is from Thomas
19   Sorahan, if you look at the front page, when he is
20   writing back to her.
21            MR. GRIFFIS:  Objection as to any
22       questions about this document.  The witness
23       was not on the document in any way.  He's
24       never seen it before.  There's no foundation
25       for its relevance.  And this is beyond the

1    scope that was set by Judge Charbrio.
2    BY MS. WAGSTAFF:
3        Q.  Okay.
4        A.  I need to read this.
5        Q.  Sure.
6        A.  I haven't had a chance to read this.
7        Q.  No problem.
8        A.  From Donna Farmer.  Just let me...
9        Q.  No problem.  Okay.
10       A.  Okay.
11       Q.  Ready?
12       A.  Yes.
13       Q.  Okay.  So it looks like Donna Farmer was
14   writing to some folks wondering why the
15   information was released about the 2 A
16   classification of glyphosate.  Right?
17            MR. GRIFFIS:  Objection.  This is
18       utterly speculative.  This is a document that
19       this witness has nothing to do with.  He had
20       to read it the first time.  So question --
21       these questions would be better directed to
22       Donna Farmer -- would have been deposed.
23       This is just an attempt to put into evidence
24       things that have nothing to do with this
25       witness.  Beyond the scope set by the judge.

1    BY MS. WAGSTAFF:
2        Q.  All right.  And I don't necessarily care
3    about your answer to that question, so I can
4    strike it if you want.
5            MR. GRIFFIS:  I'll have the same
6       objection to every question that you have
7       about this document which has nothing do
8       with --
9            MS. WAGSTAFF:  I will tie it in.  Don't
10      worry.
11   BY MS. WAGSTAFF:
12       Q.  So we've talked about the methodology
13   of -- we spent the day talking about the
14   methodology of monograph 112, and Monsanto's
15   attorneys have done everything they possibly can
16   do to try to knock down the creditability of
17   monograph 112, so I'm tying this in to show what
18   one of Monsanto's own employees said about the
19   methodology of 112.  And if you will let me finish
20   my questions, I will tie that in.  So, if you --
21            MR. GRIFFIS:  Objection.  Argumentative.
22       Misrepresents the prior testimony.
23       Misrepresents the course of this deposition.
24       Demonstrates the improper use of the
25       document.  Witness -- nothing to do with this

1    document.
2    BY MS. WAGSTAFF:
3        Q.  Okay.  So it looks like Tom Sorahan, who
4    was there as an observer for Monsanto, writes to
5    Dr. Farmer and says, in the second paragraph,
6    quote, "I know of -- I do know of instances where
7    observers at IARC felt they had been treated
8    rudely or briskly at monograph meetings.  That was
9    not the case for me at volume 112.  I found the
10   chair, subchairs and invited experts to be
11   friendly and prepared to respond all comments I
12   made."  Do you see that?
13       A.  Yes.
14            MR. GRIFFIS:  Objection.  Irrelevant --
15   BY MS. WAGSTAFF:
16       Q.  Was that your experience --
17            MR. GRIFFIS:  -- witness.
18   BY MS. WAGSTAFF:
19       Q.  Was that your experience at monograph
20   112?
21            MR. GRIFFIS:  Objection.  Totally
22       irrelevant.  He wasn't there as an observer.
23       A.  So what the question is -- what's -- ask
24   me the question again.
25   BY MS. WAGSTAFF:

Page 282

1   Q.  Sure.  The question is, did you feel
2   that the chair and the subchairs and the invited
3   experts were prepared to respond to all comments
4   by the observers?
5       MR. GRIFFIS:  Objection.  No foundation.
6   Observers -- or know how the observers were
7   treated.
8       MR. WHITE:  I will advise, Dr. Ross,
9   again, that you only have to answer to the
10  extent that you have actual knowledge.
11      A.  I thought they were cordial.
12  BY MS. WAGSTAFF:
13      Q.  Okay.  And then if you look at the next
14  paragraph, it says, "In my opinion, the meeting
15  followed the IARC guidelines."  Would you agree
16  with that?
17      MR. GRIFFIS:  Objection.  This document
18  is irrelevant to any issue that is relevant
19  to the scope set by the judge.  He's never
20  seen it before.  And it's not -- proper
21  witnesses have already been deposed.
22      A.  Yes.  I felt the guidelines were
23  followed.
24  BY MS. WAGSTAFF:
25      Q.  Excellent.  And then I'd actually like

Page 283

1   to pull out Exhibit 13 that Monsanto's attorney
2   marked this morning, please.  Okay.
3       All right.  So this is an e-mail
4   that Monsanto's marked as an exhibit to this
5   deposition.  So I'd like to actually walk through
6   what -- the genesis of this e-mail.  If you need
7   to take a minute to look at it please, please do.
8   Tell me when you are ready.
9       A.  Okay.
10      Q.  Okay.  So please tell the ladies and
11  gentlemen of the jury who Katherine Guyton is.
12      A.  Dr. Guyton was the responsible officer
13  employed by IARC for the meeting.
14      Q.  Okay.  And so it looks like on this
15  cascade if you go to -- up in the very top left
16  when it says 5039.  Looks like the last couple of
17  pages are just signature blocks.  So this e-mail
18  starts -- you know, e-mails are kind of funky
19  because they go backwards.
20      But this e-mail cascade starts it
21  looks like on February 3rd of 2015.  Correct?
22      A.  Yes.
23      Q.  Okay.  And it looks like Donna Farmer
24  and here's actually you can see -- there's her
25  signature line, so you can actually see now who

Page 284

1   Donna Farmer is -- on the toxicology or the
2   product protection and nutrition lead for the
3   toxicology nutrition center at Monsanto.  You see
4   that?
5       A.  Yes.
6       Q.  Okay.  And so it looks like Donna
7   Farmer, on February 3rd of 2015, is sending a list
8   of material to the -- what was Dr. Guyton's role
9   again?  The --
10      A.  She was the responsible officer for
11  volume 112.
12      Q.  Okay.  So it looks like Dr. Farmer, on
13  February 3rd, is actually sending material to the
14  responsible officer of monograph 112 to be
15  considered for the meeting.  Is that -- and it
16  looks like she is -- she is actually also sending
17  it to an e-mail entitled monograph 112 at IARC.fr.
18  Do you see that?
19      A.  Yes.
20      Q.  Okay.  This was about -- about a month
21  before the IARC met, the IARC committee members
22  met in Lyon, France.  Is that right?
23      A.  Yes.
24      Q.  Okay.  And later that day, Dr. Guyton
25  responds and says thank you for the information.

Page 285

1   We will provide the appropriate scientific
2   articles to the working group.  Do you see that?
3       A.  Yes.
4       Q.  Okay.  And then if you move to the next
5   portion of the cascade, it looks like a few days
6   later, Dr. Farmer from Monsanto again follows up
7   with the -- Dr. Guyton from IARC and requests that
8   confirmation that she received her e-mail and then
9   she says, if you look at the bottom of the first
10  paragraph, "I have also had a Kingston Flash drive
11  with the zip files sent to you via FedEx
12  international priority, which would be there
13  typically in two business days."  You see that?
14      A.  Yes.
15      Q.  Okay.  So it looks like Monsanto was
16  following up again and now they have priority
17  two-day airmailed information and articles to IARC
18  112.  Is that right?
19      A.  Yes.
20      Q.  Okay.  And so then if you -- then if you
21  keep going, you look at February 26th, which is
22  one day later, so three weeks later, Donna Farmer
23  from Monsanto again is writing to Dr. Guyton and
24  giving additional information for the monograph
25  112.  Is this correct?

Page 286

1    A.  Yes.
2    Q.  So it's fair to say that Monsanto
3  provided information to monograph 112 to be
4  considered.  Is that right?
5    A.  It appears that they were sending
6  information to IARC.
7    Q.  Okay.  And so if you look now -- this is
8  where I'm going to start to bounce around a
9  little.  If you could look at the actual
10  monograph, which I believe was -- I'm not sure --
11  what exhibit number was that.
12    MR. WHITE:  19.
13  BY MS. WAGSTAFF:
14    Q.  19.  Okay.  And if you turn to Page 46.
15    (Exhibit No. 13-27 marked for
16      identification.)
17  BY MS. WAGSTAFF:
18    Q.  Okay.  Are you on Page 46?
19    A.  Yes.
20    Q.  Okay.  And this is actually -- I'm
21  sorry.  Turn to Page 45.  This is where the IARC
22  actually talks about the Bolognesi paper that you
23  spent some time talking about with Monsanto's
24  attorney.  Do you remember that?
25    A.  Yes.

Page 287

1    Q.  Okay.  And now I just wanted to show
2  you -- put into prospective where we were.  You
3  see Bolognesi, et al, 2009 in the right hand
4  column of Page 45?
5    A.  Yes.
6    Q.  Okay.  And that's a discussion in the
7  IARC -- the final IARC manuscript about that paper
8  that you had discussed.  Correct?
9    A.  Yes.
10    Q.  So if you turn now to Page 46, I just
11  wanted to -- just wanted to confirm that some of
12  the language that Monsanto's attorney was reading
13  to you about the Bolognesi paper did in fact make
14  its way into the monograph 112 paper as it was
15  considered within the final evaluation.  And where
16  I would point your direction -- point your
17  attention to is where it says, "However, comma,
18  the increased infrequency of micronucleus
19  formation."
20      And that is the language that you
21  were discussing with Monsanto's attorney earlier.
22  Correct?
23    A.  Yes.
24    Q.  Okay.  So that information was
25  considered and actually made it into the published

Page 288

1  final documents.  Is that correct?  That's what
2  we're reading, the final document.  Right?
3    A.  Yes.  This, yes.
4    Q.  So that information was considered in
5  totality of the evidence in making the
6  determination.  Correct?
7    A.  The issue -- this was the -- the point
8  that was raised earlier about micronucleus
9  formation observed immediately after Spring was
10  not consistent with the rate of application used
11  in the regions.  So this is the -- the issue that
12  was brought up by the Monsanto attorney.
13    Q.  Right.  And so --
14    A.  And I made the point that that
15  information is in the monograph.
16    Q.  Excellent.  So my question to you is --
17  and so -- by -- this may seem sort of
18  self-explanatory.  But by virtue of it being in
19  the monograph final published paper, that suggests
20  that it was, in fact, considered in the totality
21  of the evidence determination that both the
22  subgroup four and monograph 112 made.  Is that
23  correct?
24    A.  Yes.
25    Q.  Okay.  And then I'd like to -- okay.

Page 289

1  Okay.  I'd like to --
2    MS. WAGSTAFF:  This is actually
3    highlighted so I'm only going to give you
4    guys one copy.
5  BY MS. WAGSTAFF:
6    Q.  Okay.  This is an article that is from
7  Bolognesi in 2010.  And if you turn to -- this was
8  produced to us by Monsanto, which is why they are
9  Bates labeled below.  But if you turn to the end
10  of the Bates labels being 294, last three -- 294.
11  Okay.
12      And on the left hand column, the
13  end of the first paragraph, it says, "Results
14  showed significant increase in MN frequency after
15  glyphosate exposure, mainly when it is applied for
16  maturation of sugar cane."
17    A.  I've just got to find where you are at
18  here.
19    Q.  You want to look at -- where I
20  highlighted, it will help.
21    MR. GRIFFIS:  Object.  The question
22    about this study which is not one that
23    foundation -- been laid was considered by the
24    witness or anyone else in connection with
25    group four deliberations.

1    A.  Let me just read through this.
2       MR. GRIFFIS:  Calls for expert
3    testimony.
4    A.  Let me just read this paragraph here.
5    BY MS. WAGSTAFF:
6    Q.  Sure.
7    A.  Okay.  I've read it.
8    Q.  All right.  So do you see where it says,
9    "Results showed significant increases in MN
10   frequency after glyphosate exposure, comma, mainly
11   when it is applied for maturation of sugar cane."
12   Do you see that?
13      MR. GRIFFIS:  Same objection.  It is
14      beyond the scope set by Judge Charbrio.
15      Asking this witness to make comments, extra
16      testimony on study unrelated to the
17      glyphosate 112 monograph.
18   A.  I see -- I see that.
19   BY MS. WAGSTAFF:
20   Q.  Okay.  And this is the same Bolognesi
21   who wrote the article in 2009.  Correct?
22      MR. GRIFFIS:  Same objection.
23   A.  I believe so.
24   BY MS. WAGSTAFF:
25   Q.  Okay.  Put that aside.

1       Do you know a Dr. Jim Perry?
2    A.  No.
3    Q.  Okay.  Do you know if during the IARC
4    monograph 112 meeting that the panelists
5    considered Dr. Perry's report that he commissioned
6    for Monsanto?
7       MR. GRIFFIS:  Objection.  Irrelevant
8       beyond the scope of this deposition.
9    A.  I am unfamiliar with the name and any
10   data he -- any report he was commissioned.
11   BY MS. WAGSTAFF:
12   Q.  Okay.  And so earlier today, Monsanto's
13   attorneys tried to whittle down the amount of time
14   that y'all spent on this monograph.  And they were
15   trying to suggest that you spent 20 percent of a
16   week on the glyphosate monograph.  Did you
17   remember that testimony?
18      MR. GRIFFIS:  Object.  Unfair
19      characterization -- Dr. Ross who said 20
20      percent.
21   A.  I remember the testimony.
22   BY MS. WAGSTAFF:
23   Q.  Okay.  But this is all related to work
24   that you do every day.  Correct?
25      MR. GRIFFIS:  Objection.  Vague.

1    Q.  I'll strike that.
2    A.  Rephrase your question.  In terms of
3    juggling acts?
4    BY MS. WAGSTAFF:
5    Q.  No.  I will rephrase.  Okay.
6       An hour that you spend --
7    A.  Yes.
8    Q.  -- with your expertise, education wise
9    and experience is different than an hour that
10   someone without that expertise spends on this type
11   of work.  Correct?
12   A.  Yes.  Yeah, it's fair to say.
13   Q.  Okay.  I don't have any advance degrees
14   in chemistry, toxicology or any of the things on
15   your CV.  So I'm guessing that an hour that you
16   spend on that is way more productive than an hour
17   I spend on that.  Is that correct?
18      MR. GRIFFIS:  Objection.  Vague.
19   A.  I would, yes.
20   BY MS. WAGSTAFF:
21   Q.  It's fair to say that.
22      Okay.  I told you that we weren't
23   going to have any more questions on the preamble,
24   but I do have one more question.  If you could
25   please pull that up.  Which I believe is Exhibit

1    10.
2    A.  10.
3    Q.  10.
4    A.  Okay.
5    Q.  Okay.  Can you point to me the place in
6    the preamble where it says that the procedure that
7    the IARC members follow must be a procedure set
8    forth in a peer reviewed public literature?  And
9    I'm not talking about the data that you -- that
10   you need to analyze.
11      I want to know where in the
12   preamble it says that the procedure followed must
13   be that within a published literature.  And I will
14   submit to you that I don't think that it does say
15   that.
16      MR. GRIFFIS:  Objection.  Relevance.
17   A.  Looking for peer reviewed public
18   literature?
19   BY MS. WAGSTAFF:
20   Q.  No.  I am -- so I know that the preamble
21   says that the IARC panelists must consider -- the
22   data it must consider must be published literature
23   available in the public domain.  I know that.  I'm
24   just wondering -- the procedure I'm actually
25   talking about, the ten factors that we talked

Page 294

1   about that the mechanism group looked at.
2         Monsanto's attorney seemed to make
3   a distinction that the procedure wasn't in
4   published literature until after the monograph
5   happened.  So I'm wondering, is there anything in
6   the preamble that requires your procedure to be in
7   published data?
8         A.  Okay.  Right.  I got you, what you're
9   saying now.
10          Yeah.  So in the -- in the
11  preamble, under the mechanistic and other relevant
12  data, section four, there's nothing in the
13  preamble that states that examining the 10 key
14  characteristics that that evaluation was
15  published.  There is nothing in there about that.
16        Q.  Okay.  And there's nothing in there that
17  says that for procedures go, in any procedures --
18        A.  As a procedural matter.
19        Q.  Yeah.  Okay.  In fact, genotoxic and
20  oxidated stress were known causes of cancer in the
21  peer review literature prior to IARC.  Right?
22        MR. GRIFFIS:  Objection.
23        Mischaracterized the testimony.
24  BY MS. WAGSTAFF:
25        Q.  Okay.  Let me ask you -- let me restate

Page 295

1   that.  Prior to -- that was a bad question.  Okay.
2         Prior to monograph 112, okay, so
3   we're going right before that.  The peer review
4   literature recognized genotoxicity and oxidative
5   stress as causes of cancer.  Correct?
6         A.  There were studies that indicated
7   genotoxicity and oxidated stress by glyphosate --
8   caused by glyphosate.
9         Q.  Okay.  Thanks.  And as much as Monsanto
10  tried this morning to make IARC 112 and subgroup 4
11  the Dr. Ross show, it wasn't.  It was a team
12  effort.  Right?
13        MR. GRIFFIS:  Objection to the
14  characterization.  Misstates the whole day.
15        A.  Yeah.
16  BY MS. WAGSTAFF:
17        Q.  Mean your --
18        A.  Yeah.  I had -- my main focus in this
19  monograph was to evaluate the toxicokinetic data
20  for glyphosate and the other four compounds.  It
21  was to evaluate the toxicokinetic data and report
22  on that and be a member of the subgroup four
23  mechanistic, mechanisms subgroup.
24        Q.  Okay.  Excellent.  And your co-subgroup
25  members are experts in their own right.  Correct?

Page 296

1         A.  Yes.
2         Q.  I mean to get up to become a member of
3   an IARC panel, you must be an expert of some sort?
4         A.  Yes.
5         MR. GRIFFIS:  Objection.  Beyond
6   Dr. Ross's knowledge.  Foundation.
7   BY MS. WAGSTAFF:
8         Q.  And so -- and so it is absolutely
9   appropriate, you would agree with me, that you
10  rely on your comembers analyses of studies.
11  Correct?
12        A.  Yes.  That's very important.
13        Q.  Right.  I mean they didn't -- no one
14  called up Dr. Ross and said, Dr. Ross, make this
15  opinion all by yourself.  Correct?
16        A.  Right.
17        Q.  Okay.  And so it's very appropriate, you
18  would agree, that you didn't read every single
19  article, and, in fact, relied on your co-panelist,
20  who are who co-experts in their analyses?
21  Correct?
22        A.  Yes.
23        Q.  There's nothing abnormal about that.
24  Correct?
25        A.  No.

Page 297

1         Q.  And that is, in fact, what you do in the
2   scientific world in a setting like this.  Correct?
3         A.  Correct.  Absolutely.
4         Q.  Okay.
5         MS. WAGSTAFF:  Let's take like a two or
6   three minute break.  I may be done.  Real
7   quick.  I just want to talk with Jeff.
8         VIDEOGRAPHER:  Off the record at 5:46.
9         (A short recess was taken.)
10        (Exhibit No. 13-28 and Exhibit No. 13-29
11  marked for identification.)
12        VIDEOGRAPHER:  Back on record at 5:53.
13  BY MS. WAGSTAFF:
14        Q.  All right.  I'm going to try to wrap
15  this up in just a few minutes.
16          Why did you participate?  Why --
17  strike that.  Why did you agree to participate in
18  monograph 112?
19        A.  I have a lot of background in research
20  experience in pesticide metabolism,
21  pharmicokinetic, organophosphorus, pesticides in
22  particular.  So I felt I was -- I was well
23  qualified to serve on the panel.
24        Q.  And did you consider the invitation a
25  prestigious invitation?

Page 298

1   A.  Yes.
2   Q.  Okay.  And would you agree with me that
3   scientific debate is a good thing?
4   A.  Yes.
5   Q.  Okay.  I'm going to hand you as my
6   hopefully last exhibit of the day, a document that
7   Monsanto's attorney referenced this morning and it
8   may actually be an exhibit.  I'm not sure if you
9   actually marked it as an exhibit.
10          I tucked under here -- can I have
11  one of those copies back?  Sorry.
12          This is an article that was
13  published in a journal.  Correct?
14  A.  Yes.
15  Q.  Okay.  And it looks like it was -- there
16  are 94 authors of this article.  Right?
17  A.  Yes.
18  Q.  And you are number -- you are in there.
19  A.  Yep.
20  Q.  You're number --
21  A.  68.
22  Q.  68th, correct?  You're the 68th author.
23  And are you familiar with the contents of this
24  article?
25  A.  Yes.

Page 299

1   Q.  Okay.  And as we sit here today, do you
2   still stand by the contents of this article?
3   A.  Yes.
4          MR. GRIFFIS:  Objection.  It is
5       irrelevant to this deposition.  And this
6       article you objected to on the grounds that
7       it postdated IARC beyond the scope of the
8       judge's designation extent that is correct,
9       your questions are out, too.
10  BY MS. WAGSTAFF:
11  Q.  And is anything -- strike that.
12          In March of 2015, you believed
13  based on the totality of the evidence that
14  glyphosate was a probable carcinogen.  Is that
15  correct?
16          MR. GRIFFIS:  Objection.  Misrepresents
17      the record.
18          MR. WHITE:  You can answer within the
19      scope of the IARC.  You don't have to give a
20      personal opinion.
21  A.  The monograph, I think, speaks for
22  itself.  I was a member of the volume 112 team.
23  And it was classified 2 A.
24  BY MS. WAGSTAFF:
25  Q.  Okay.  And is anything -- was anything

Page 300

1   that was said today changed your mind on the
2   decision that monograph 112 panelist came to?
3   A.  No.
4   Q.  Okay.  Thank you.  No further questions.
5       VIDEOGRAPHER:  Off record.
6       (A short recess was taken.)
7       VIDEOGRAPHER:  Back on record.
8   EXAMINATION BY MR. GRIFFIS:
9   Q.  Sir, thank you for your time today.  I
10  have a few more questions on the subject of peer
11  review.
12          There's a difference in the field
13  of academic science, sort of science that you are
14  normally involved in between peer reviewed and
15  non-peer reviewed studies.  Right?
16  A.  There is a difference.
17  Q.  The peer reviewed studies tend to be the
18  better studies because they are good enough that
19  they can be submitted to journals or good enough
20  that when your peers look at them, they give
21  sufficiently favorable reviews the journal would
22  publish them.  Correct?
23  A.  The peer reviews system acts as a
24  gatekeeper in a way.  Quality control mechanism.
25  Q.  And it's certainly not a single unitary

Page 301

1   gate.  Is that right?  And what I mean by that,
2   sir, is that there are journals of varying
3   qualities and there are peer review processes of
4   varying degrees of rigor?
5   A.  I would -- yes, I would agree with that.
6   Q.  There are some journals that are very
7   prestigious, and you know that if something is
8   published in one of those journals, it has been
9   through a pretty good peer review process.
10          In contrast, there are some
11  journals that aren't so prestigious and you may
12  not have such confidence in the peer review
13  process that things that are published and have
14  gone to; is that fair?
15          MS. WAGSTAFF:  Objection.  Foundation.
16  A.  So I don't completely agree with that.
17  BY MR. GRIFFIS:
18  Q.  Tell me why.
19  A.  Because you're assuming that what you
20  think is a lower tiered journal with a low impact
21  factor, every peer review of that article that
22  comes through there is -- is flawed.  And I don't
23  think that's the case.
24  Q.  I didn't mean to put those words into
25  your head at all, sir.  There are -- just that

Page 302

1  there is certainly, in your mind, a hierarchy of
2  journals and hierarchy of rigor of peer review.
3  It may not be from good to bad, but from good to
4  less good?
5       A.  Yeah.  We call those impact factors.
6  The type of journal that we consider of high
7  quality, high level versus lower impact factor
8  journals.
9       Q.  Now, the unpublished data, the stuff
10 that is produced by academic scientists that
11 doesn't get published, that hasn't necessarily
12 been through any sort of review process or
13 auditing process or procedure to make sure that
14 it's good science.  Is that fair?
15      MS. WAGSTAFF:  Objection.
16      A.  Unpublished -- unpublished data
17 essentially doesn't exist in academic science.  It
18 doesn't exist.  If it's not published, it doesn't
19 exist.  In the academic world --
20 BY MR. GRIFFIS:
21      Q.  Academics.  It may as well not exist, is
22 that what you mean?
23      A.  That's right.
24      Q.  I mean, it does actually --
25      A.  Sure.

Page 303

1       Q.  -- existence --
2       A.  Doesn't exist because it's not in the
3  peer reviewed published, published literature.
4       Q.  It doesn't count for you.  You don't
5  consider it?
6       A.  Yes.
7       Q.  Okay.
8       A.  It -- yes.
9       Q.  You didn't mean that such things didn't
10 happen?  Certainly, there are studies that don't
11 ever get published because they are not good
12 enough.  That's fair?
13      A.  There are studies that don't get
14 published because they are not good enough?  Did
15 they go through peer review or did they -- depends
16 on did they go through peer review system.
17      Q.  Right.  So my --
18      A.  And someone may have found a flaw in the
19 analysis.
20      Q.  I would like to talk about good
21 laboratory practices, studies that are done under
22 good laboratory practices, by contrast with
23 unpublished academic things.
24      A.  Uh-huh (affirmative response).
25      Q.  That you said may as well not exist for

Page 304

1  purposes of what academic scientist consider to be
2  valuable information.  GLP labs are certified by
3  the government.  Correct?
4       A.  To my knowledge, they are.
5       Q.  They go through a rigorous certification
6  process.  True?
7       MS. WAGSTAFF:  Object to the form.
8  Using the word "rigorous."
9       A.  I believe so.  You know.  Working in a
10 GPL, I know there are steps they have to take.
11 BY MR. GRIFFIS:
12      Q.  There are multiple levels of audits,
13 both audits by internal auditors and the auditors
14 and the lab are also audited by external auditors.
15 Correct?
16      A.  Yes.
17      Q.  Okay.  Data collection analysis,
18 statistical review of the data, all of that is
19 prescribed and regimented and controlled by the
20 GLP regulations.  Correct?
21      A.  Since I don't work in GLP, it was a long
22 time ago, I can't really address the specifics of
23 what is involved in the GLP studies.
24      Q.  Okay.  But you know that there are a
25 large number of regulations about how the

Page 305

1  laboratory conducts its practice about the
2  collection of data and so on.  You don't know
3  exactly what those are?
4       MS. WAGSTAFF:  Object to foundation.
5       A.  Yes.  I think so.  I don't know all of
6  the details about GLP.  But -- but they are, I'm
7  sure, because I worked in it, there are things
8  that we have to do.
9  BY MR. GRIFFIS:
10      Q.  Do you know, for example, that GLP
11 regulations require that before a study can be
12 conducted, the study plan, the methodology to be
13 used, need to be written down?
14      A.  Yes.  I am aware of that.
15      Q.  So, in academic medicine, you may or may
16 not have a prior plan.  It would be best practice
17 to have a prior plan, but you may not.  But in a
18 GLP lab, you have to have a prior plan; that's the
19 rule.  Right?
20      A.  Again, I'm not an expert in GLP.
21      Q.  Okay.  Do you know, sir, that GLP labs
22 are -- there are guarantees built into the
23 process, as a whole point of GLP, as to the
24 methodology that's followed and that the
25 methodology that was set out in advance was in

Page 306

1  fact followed?
2       MS. WAGSTAFF:  Object to the foundation
3  of -- and the word of the use of word
4  guarantees.  There is no guarantee in that I
5  don't think.  So form and foundation.
6  BY MR. GRIFFIS:
7       Q.  Go ahead, sir.
8       A.  I don't know all of the details of the
9  GLP requirements, and what's involved in that.
10      Q.  Okay.  Do you know -- are you familiar,
11  sir, that in addition to GLP certification and the
12  instance of GLP lab, companies like Monsanto are
13  very heavily regulated with regard to the science
14  that they generate?
15      MS. WAGSTAFF:  Object to foundation.
16      A.  I would presume if they are trying to
17  get their products registered by EPA, they are --
18  they are regulated.
19  BY MR. GRIFFIS:
20      Q.  Are you aware that EPA and other
21  regulators in other countries set forth a list of
22  the experiments that must be done to establish the
23  safety and efficacy of products that are submitted
24  for registration by companies like Monsanto?
25      MS. WAGSTAFF:  Object to the foundation.

Page 307

1  Form and scope of the question.
2       A.  I don't know all of the regulatory tests
3  that are prescribed, but I'm aware that there are
4  some for sure.  I don't know all of the details.
5  BY MR. GRIFFIS:
6       Q.  You don't know which tests are
7  prescribed, but you do know that some are?
8       A.  Clearly.  I worked in a contract lab
9  that would have to submit data to a chemical
10  company that would submit it to EPA.  So I'm
11  familiar with that.
12      Q.  Okay.  When we're talking about the
13  regulatory battery of studies conducted by
14  companies like Monsanto, and other registrants of
15  glyphosate products, we're talking about highly
16  regulated studies with methodologies set forth in
17  advance with bioassays prescribed by the
18  regulators conducted in GLP labs with multiple
19  layers of auditing.  Correct?
20      MS. WAGSTAFF:  Object to the foundation.
21  There's no evidence in front of the deponent
22  that any of that is actually an accurate
23  description of the regulation.  Object to the
24  form.
25      A.  What is the best way to answer it?

Page 308

1       MS. WAGSTAFF:  Another objection is he's
2  testified he's not a regulatory expert.  So
3  he's just speculating.
4       A.  I know there are requirements that they
5  have to meet for their products to be registered
6  with EPA.  I don't know the specific details of
7  it.
8  BY MR. GRIFFIS:
9       Q.  And the quality and rigor of GLP
10  certified studies conducted for regulatory
11  approval is a completely different universe than
12  that of unpublished studies produced by academic
13  labs.  Fair?
14      A.  Unpublished studies?
15      MS. WAGSTAFF:  Object to foundation -- I
16  mean foundation and object to the form.
17  Completely different universe.
18      A.  I don't know.  I can't answer that
19  question.
20  BY MR. GRIFFIS:
21      Q.  There is a world of difference in
22  quality between the two?
23      A.  I would disagree.
24      Q.  You believe the GLPs certified labs
25  produce bad science?

Page 309

1       A.  No.  I didn't say that.
2       Q.  Okay.  What do you mean?
3       A.  You implied that unpublished data that
4  an academic scientist might have was performed
5  poorly.
6       Q.  You told me earlier that -- what I was
7  alluding to, sir, you told me a little bit earlier
8  that unpublished data created by academic science
9  doesn't exist, which you didn't quite mean
10  literally.  You meant it may as well not exist
11  because it is not even considered.  Correct?
12      A.  That's correct.
13      Q.  And by contrast, GLP registration data
14  and both continues to exist and is considered by
15  every regulator in the world in making very
16  important assessments about risk and hazard.
17  Correct?
18      MS. WAGSTAFF:  Object to foundation.
19  Every single regulator in the world relies on
20  GLP and I object to that.  Objection to form.
21      A.  I'm not a GLP expert.  I know there are
22  very stringent regulations in GLP laboratories.
23  That doesn't mean -- that doesn't necessarily mean
24  that the experiments -- that the data is valid.
25      I mean, it could be done poorly.

Page 310

1    The experiments could still be done poorly in a
2    GLP laboratory, the data quality could still be
3    poor.
4    BY MR. GRIFFIS:
5        Q.  There are controls to make sure that
6    they aren't, though.  Right?
7            MS. WAGSTAFF:  Object to foundation.  He
8    said he is not a GLP expert.
9        A.  Yeah.  I'm not a GLP expert.  Controls
10   are important in science and when studies are peer
11   reviewed, the peer reviewers are looking for
12   whether appropriate controls were utilized in the
13   experiments, whether appropriate quality control
14   aspects were followed.
15   BY MR. GRIFFIS:
16       Q.  And you don't know if the data is real?
17           MS. WAGSTAFF:  Objection.
18   Argumentative.
19       A.  You don't know if the data is real?
20   BY MR. GRIFFIS:
21       Q.  Yes, sir.
22       A.  Oh, if -- when you're peer reviewing?
23       Q.  Yes, sir.
24       A.  Oh, you think it could be fabricated?
25   Is that what you're indicating?

Page 311

1        Q.  It's conceivable on peer review because
2    you aren't auditing the lab, not backing up the
3    scientist in that way.  Correct?
4            MS. WAGSTAFF:  Objection.  Hypothetical.
5            MR. WHITE:  You don't have to answer any
6    hypotheticals.
7    BY MR. GRIFFIS:
8        Q.  There aren't controls in academic labs
9    in a systematic way, the way they are in GLP labs
10   to ensure data quality.  That's fair to say,
11   right?
12           MS. WAGSTAFF:  Objection.  Foundation.
13       A.  Yeah.  It's an interesting question
14   because GLP requires a great deal of prescriptions
15   you have to follow.  And I'm aware of that.
16   BY MR. GRIFFIS:
17       Q.  Okay.  I will move on from that.
18           In the preamble, which is Exhibit
19   10 there.  Can you pull it up, please?
20       A.  Preamble?
21       Q.  Yes, sir.  Page 20.
22           MS. WAGSTAFF:  Hold on a second.
23   BY MR. GRIFFIS:
24       Q.  In the description of sufficient
25   evidence of carcinogenicity, do you know why the

Page 312

1    preamble calls for studies ideally to be conducted
2    under good laboratory practices?
3        A.  Let me see.  I'm going to read, "An
4    increase in the incidents of tumors in both sexes
5    of a single species in a well conducted study
6    ideally conducted under good laboratory practices
7    can also provide sufficient evidence."  Do I know
8    why?
9        Q.  Do you know why IARC states that it is
10   willing in some circumstances to rely on a single
11   well conducted study ideally conducted under good
12   laboratory practices?  Why it says ideally
13   conducted in good laboratory practices?
14       A.  I don't know if it says single study.
15   Of a single species --
16       Q.  In a well conducted study.
17       A.  Yeah.  Again, I'm not an expert in GLP
18   that can answer that question.  Why -- I don't
19   think it gets more weight than an academic
20   study -- a GLP study.
21       Q.  IARC says ideally such a study would be
22   conducted under good laboratory practices.  Is
23   that right?
24       A.  That's what -- that's what a preamble
25   says, yes.

Page 313

1        Q.  Thank you for your time today, sir.
2            MS. WAGSTAFF:  No further questions for
3    me.
4            VIDEOGRAPHER:  Off record, 6:11.
5            (Ended at 6:11 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 314

1       CERTIFICATE OF COURT REPORTER
2           I, Todd J. Davis, Court Reporter and
3   Notary Public in and for the County of Madison,
4   State of Mississippi, hereby certify that the
5   foregoing pages contain a true and correct
6   transcript of the testimony of MATTHEW K. ROSS, as
7   taken by me in the aforementioned matter at the
8   time and place heretofore stated, as taken by
9   stenotype and later reduced to typewritten form
10  under my supervision to the best of my skill and
11  ability by means of computer-aided transcription.
12          I further certify that under the
13  authority vested in me by the State of Mississippi
14  that the witness was placed under oath by me to
15  truthfully answer all questions in this matter.
16          I further certify that I am not in the
17  employ of or related to any counsel or party in
18  this matter and have no interest, monetary or
19  otherwise, in the final outcome of this matter.
20          Witness my signature and seal this the
21  5TH day of MAY, 2017.
22          _____
            TODD J. DAVIS, CSR #1406
23
    My Commission Expires:
24  March 27, 2021
25

Page 315

1       ERRATA SHEET
2   Case Name:
3   Deposition Date:
4   Deponent:
5   Pg. No. Now Reads    Should Read  Reason
6   ___ ___ _____  _____  _____
7   ___ ___ _____  _____  _____
8   ___ ___ _____  _____  _____
9   ___ ___ _____  _____  _____
10  ___ ___ _____  _____  _____
11  ___ ___ _____  _____  _____
12  ___ ___ _____  _____  _____
13  ___ ___ _____  _____  _____
14  ___ ___ _____  _____  _____
15  ___ ___ _____  _____  _____
16  ___ ___ _____  _____  _____
17  ___ ___ _____  _____  _____
18  ___ ___ _____  _____  _____
19  ___ ___ _____  _____  _____
20
21          _____
            Signature of Deponent
22
    SUBSCRIBED AND SWORN BEFORE ME
23  THIS ____ DAY OF _____, 2017.
24  _____
25  (Notary Public)  MY COMMISSION EXPIRES:_____

**A**

**a.m (5)**
1:16 5:18 52:16 136:3
136:7
**Aaron (2)**
71:3 100:19
**aberrations (1)**
182:7
**ability (3)**
121:19 137:22 314:11
**able (4)**
194:13 218:10,21
226:10
**abnormal (1)**
296:23
**abreast (1)**
256:17
**absence (1)**
102:5 103:5 165:4
**absolutely (5)**
124:2 187:21 246:24
296:8 297:3
**absorption (2)**
35:3 38:10
**abstract (1)**
35:14
**abstracts (3)**
35:10 256:6,7
**abuse (1)**
114:4
**academic (12)**
300:13 302:10,17,19
303:23 304:1
305:15 308:12
309:4,8 311:8
312:19
**Academics (1)**
302:21
**Academy (1)**
257:11
**acceptance (2)**
110:4 111:6
**accepted (5)**
160:21 165:4,12
253:9 254:17
**access (11)**
33:5,15,18,18 35:13
37:24 88:4,7,9,11
88:24
**account (1)**
84:22
**accurate (2)**
251:25 307:22
**achieved (1)**
131:15
**acids (3)**

180:4 182:8 265:24
**acknowledgment (1)**
164:14
**act (4)**
49:15 184:20 245:25
246:7
**acted (1)**
45:19
**action (4)**
5:13 10:15 257:23
258:5
**ACTIONS (1)**
1:8
**activation (3)**
190:21,25 191:6
**Active (1)**
256:20
**actively (1)**
257:6
**activities (1)**
41:9
**activity (2)**
41:14 272:14
**acts (2)**
292:3 300:23
**actual (21)**
14:12 19:22 35:17
36:20 48:9 54:14
107:6 108:11
114:14 154:17
157:16 180:3,24
182:15,24,25
191:11 237:18
267:21 282:10
286:9
**add (3)**
92:6 102:21 260:25
**added (1)**
29:15
**adding (1)**
225:4
**addition (4)**
12:20 60:19 191:5
306:11
**additional (11)**
7:21 58:16 105:17
120:18 123:3,4
179:22 181:1,6,7
285:24
**address (5)**
8:12 45:17 56:23
223:9 304:22
**addressed (1)**
146:23
**addresses (4)**
170:8 238:23,25

239:1
**adduct (1)**
170:22
**adequacy (1)**
272:9
**administer (1)**
6:13
**administrative (1)**
7:9
**admit (1)**
152:2
**admitted (1)**
154:21
**advance (7)**
30:5 32:6 48:16
242:12 292:13
305:25 307:17
**advanced (1)**
251:17
**adverse (3)**
166:23 167:5,16
**advice (4)**
16:1 25:13 97:18,22
**advise (2)**
123:11 282:8
**advisements (1)**
258:24
**advisory (8)**
15:24 25:8 93:9 97:4
97:11 255:16
259:24 276:16
**advocate (3)**
141:8,10 217:9
**advocates (1)**
139:5
**advocating (10)**
96:20,21,24 139:7
140:11,15,16 141:6
142:20 143:19
**affect (1)**
186:20
**affiliated (2)**
275:16 277:19
**affiliations (1)**
27:8
**affirmative (16)**
27:3 28:2 99:12 163:1
166:16 170:10
171:16 188:1
190:17 199:21
221:18 230:18
240:8 259:6 267:20
303:24
**aforementioned (1)**
314:7
**afternoon (2)**

41:10 247:7
**Ag (1)**
71:10
**agencies (6)**
112:17 113:5,20
114:9 191:19 276:3
**Agency (1)**
26:10
**agent (9)**
104:1 151:6 202:5,16
203:19 267:23
269:9 270:19
272:10
**agents (7)**
12:19 76:10,14,21
99:15 100:2,11
**ago (6)**
161:17 171:13 248:14
249:19 250:25
304:22
**agree (21)**
87:1 105:11 119:23
180:20 187:2
214:24 232:15
262:13,21 263:7,13
264:2,14,19 282:15
296:9,18 297:17
298:2 301:5,16
**agreeing (2)**
128:8 148:2
**Agricultural (12)**
15:21 25:8 70:6,8
71:20,24 72:3 92:24
93:24 94:3 257:11
259:24
**ahead (13)**
18:4 33:13 42:13 61:3
94:7 102:13 121:3
222:12 245:2,14,15
271:20 306:7
**AHS (17)**
78:18,21 79:3,3,5,10
93:5,9,14 94:8,12
94:22 95:9 97:3,10
97:15 101:8
**aid (1)**
226:11
**Aimee (3)**
2:7 6:7 247:8
**aiming (1)**
155:25
**AIMS (7)**
107:7,12,15 190:18
190:24,25 191:1
**airmailed (1)**
285:17

**al (2)**
109:11 287:3
**Alaska (1)**
2:8
**Alavanja (3)**
92:18,22 95:18
**allege (1)**
247:9
**alleged (1)**
214:20
**Allen (2)**
1:15 5:15
**allow (1)**
237:19
**allowed (15)**
7:22 20:8 22:5 36:13
112:22,23 113:10
114:3,10 116:11
123:10 125:6
215:17 263:10
264:16
**allowing (1)**
114:5
**alluded (2)**
76:22 159:14
**alluding (1)**
309:7
**alter (2)**
144:15 184:24
**alteration (1)**
185:25
**alterations (3)**
176:7 184:22 200:8
**altered (5)**
38:24 184:20 185:17
185:25 195:17
**alternative (1)**
166:5
**America (1)**
273:9
**amount (6)**
55:20 56:15 58:7 60:3
210:20 291:13
**AMPA (3)**
190:7,12,20
**analyses (14)**
37:4 107:5 141:18,24
142:2 183:9,15
194:15 227:19
229:10 231:7 232:9
296:10,20
**analysis (22)**
36:22,24 45:22 73:25
90:13 101:14
128:11 139:2,3
145:21,23 154:25

183:18 208:23
211:17 223:14
228:1,12,19,20
303:19 304:17
**analytical (1)**
12:18
**analyze (4)**
76:23 204:8 205:12
293:10
**analyzed (1)**
228:16
**analyzing (2)**
16:13 262:3
**and/or (1)**
278:10
**Andrus (3)**
2:8 6:8 21:9
**Andy (1)**
225:4
**animal (44)**
13:12,21 17:4 72:13
72:15 79:25 81:5,25
82:11 84:23 98:18
103:15 105:2
109:10 134:5
135:12 136:19
137:2 138:3,14,23
141:14,22 142:6,24
143:8,15 144:6
147:12,24 148:5
190:6 227:1,3,4,5
227:15,20 233:24
269:2 270:3 271:5
271:11,24
**animals (21)**
13:7,10 14:7 16:17
17:4 82:6,9 96:17
99:17 100:4,7,13
104:4,9 143:1
144:15 221:4
222:18 269:1 270:1
270:22
**announced (2)**
93:1 137:4
**anonymous (1)**
254:7
**answer (50)**
9:15,16,17 19:11 20:9
22:10 27:21 73:14
82:18 87:3 92:2
101:22 102:14
103:8,10 106:1
114:13,17 115:2
120:11 121:19,24
123:11 124:17
125:21,23 131:9

155:17 156:12
157:11 158:1 159:1
159:4 171:8 195:25
205:5 217:25 218:2
218:7,10,12 234:7
280:3 282:9 299:18
307:25 308:18
311:5 312:18
314:15
**answered (6)**
21:23 90:3 138:6
139:14 140:13
154:24
**answering (2)**
9:8 121:18
**antioxidants (1)**
224:16
**Anyway (1)**
136:14
**apparent (1)**
207:24
**apparently (2)**
126:13 134:15
**appear (1)**
184:2
**Appearances (3)**
1:12 2:1 3:2
**appears (6)**
26:22 28:17 77:3
207:13 225:7 286:5
**applicable (2)**
184:2 209:10
**application (4)**
206:17 210:6,25
288:10
**applied (7)**
62:12 67:25 102:24
162:18 210:10
289:15 290:11
**apply (4)**
156:8 157:7 158:18
160:5
**appraised (1)**
119:16
**approach (4)**
145:13,16 151:21
165:23
**approaches (1)**
165:15
**appropriate (18)**
102:9 156:11 170:17
170:25,25 178:19
215:18,21 218:12
231:14,24 256:10
270:21 285:1 296:9
296:17 310:12,13

**appropriately (1)**
215:24
**approval (3)**
20:12,15 308:11
**approved (1)**
20:4
**approximately (5)**
5:17 30:8 32:7 53:1
117:25
**April (3)**
7:23 242:9 243:19
**area (11)**
19:5 46:4,18 91:17
139:18 166:7 210:9
211:15 222:20
231:16 232:4
**areas (3)**
37:14 46:22 210:8
**argue (1)**
139:25
**arguing (1)**
139:15
**Argumentative (6)**
140:4 208:21 211:14
213:6 280:21
310:18
**arguments (2)**
140:1 172:16
**Armitage (3)**
226:14 228:19 231:14
**arrived (1)**
42:10
**arriving (2)**
31:13 33:22
**arrow (1)**
78:10
**article (42)**
4:12,21 35:14,16,17
89:4 101:12 109:5,7
109:8,19,22 112:8
112:12 114:20
127:4,18,21,24
160:9 162:10,22
165:2,19 175:4
177:11,14 204:18
204:20 205:4,9
210:18 213:3 289:6
290:21 296:19
298:12,16,24 299:2
299:6 301:21
**articles (12)**
128:24 129:1,3,5,8,11
129:12 162:1 201:8
253:11 285:2,17
**aside (2)**
53:16 290:25

**asked (36)**
9:18 10:2 22:6 27:11
32:1 40:19 47:4,9
47:22,25 49:2 51:22
90:2 114:25 120:12
122:23 128:16
133:3 138:5 139:13
140:12 142:11
144:21 152:2 159:2
163:6 164:4,5
171:17 172:12
204:22 223:2,21
244:11 245:17
278:15
**asking (55)**
8:16 9:7 10:24 21:9
28:1 35:5 52:9 68:4
105:25 114:7,8
116:12 117:22
118:17 120:21
121:2,4 129:25
130:2 143:13 144:4
147:5 152:4,17
153:1,3 155:2,20,23
156:5 157:7 158:18
165:25 166:1
168:23,24,25 171:2
178:17 180:13
181:12,20,23
196:25 197:25
201:12 204:19
210:11 217:14
228:10 232:25
233:3,4 234:21
290:15
**aspect (2)**
175:24 254:12
**aspects (3)**
170:24 179:15 310:14
**assay (4)**
107:12,15 191:1,15
**assayed (1)**
208:11
**assays (1)**
107:6
**assess (2)**
219:1,15
**assessing (1)**
70:22
**assessment (15)**
69:21 70:9 149:22
150:5 152:11 153:6
154:22 155:25
156:3 157:1,10
158:18 166:3
178:17 181:16

**assessments (9)**
71:21,23 152:3,4,11
153:1 167:17,22
309:16
**assign (1)**
209:11
**assigned (2)**
29:22 32:3 37:14
**assignment (7)**
30:6 34:7 39:12,13
68:21 69:2 220:20
**assignments (13)**
3:19 28:13 29:19,21
30:9,12 31:22 39:8
39:17 56:2 68:22
196:1 220:19
**assistant (3)**
250:18,20,22
**associate (1)**
251:4
**associated (4)**
200:18 207:11 274:25
276:21
**association (17)**
5:23 78:22 79:11,12
102:5 122:12 129:6
129:8 206:23
212:20 263:8,15,21
267:22 268:13
269:8 275:10
**associations (2)**
199:20 200:4
**assume (9)**
9:9 26:15 75:24 90:8
91:16 133:24 149:4
243:13 246:6
**assumed (1)**
239:15
**assuming (2)**
92:4 301:19
**assumptions (1)**
92:7
**asterisk (1)**
238:8
**asterisks (2)**
238:7,8
**attached (3)**
109:2 134:15,25
**attaching (1)**
127:23
**attempt (3)**
165:16 248:20 279:23
**attempts (1)**
165:20
**attend (1)**
276:17

attendance (1)
98:6
attended (4)
43:8 81:1 93:16
164:16
attending (2)
59:11 93:22
attention (1)
287:17
attorney (15)
9:12,14 125:20
156:11 181:13,14
247:8 249:19 283:1
286:24 287:12,21
288:12 294:2 298:7
attorneys (2)
280:15 291:13
audio (1)
5:25
audited (1)
304:14
auditing (3)
302:13 307:19 311:2
auditors (6)
132:3,4,7 304:13,13
304:14
audits (2)
304:12,13
authentic (1)
26:16
author (8)
50:20 58:8 117:4
160:8 167:10
168:11 197:4
298:22
authority (2)
114:23 314:13
authors (14)
162:25 164:2 165:21
207:15,16,17
208:18 209:3,6,6
212:12,19 213:3
298:16
automatically (1)
231:6
available (30)
30:16 34:23 87:12
88:4 90:17 101:6
120:13 121:6
122:17 123:15
125:1 126:25
128:13,19 130:13
130:18 179:14
186:2,5,9 187:8,9
190:14 218:17
262:24 263:3 264:6

264:11,15 293:23
Avenue (2)
2:4 5:21
award (1)
251:21
awarded (1)
251:8
awards (2)
251:13,16
aware (35)
37:7,9 45:16 59:21
96:12 97:4 101:23
101:24 112:14
113:5,15,20,22
125:15 131:11
141:19 160:8,10
166:6 183:20 214:6
224:13 227:14,16
227:25 237:10
247:11,16,22
276:24 277:3
305:14 306:20
307:3 311:15

_____

**B**

B (8)
33:11 89:16,18
203:10 268:25
269:25 270:23
272:8
bachelor (2)
12:8 249:25
back (26)
24:19 52:18 66:25
82:22 95:17 105:4
107:22 114:14,15
124:6 131:20 153:3
157:19 159:10
171:23 198:14
234:16 242:21
247:5 251:20 269:5
276:25 278:20
297:12 298:11
300:7
back-dooring (1)
178:18
background (5)
12:3 119:14 165:2
170:22 297:19
backing (1)
311:2
backtrack (1)
250:7
backwards (1)
283:19
bacteria (2)

191:2,2
bacterial (2)
190:19 191:17
bad (3)
295:1 302:3 308:25
badgering (1)
42:11
balance (2)
129:11,23
balanced (2)
112:5 129:21
ballpark (1)
259:5
based (22)
33:7 51:14 52:5 87:9
122:8 127:18,21
147:13,23 153:14
155:17 171:6
186:13 198:24
199:19 201:23
202:2 208:5 209:10
215:19 253:24
299:13
baseline (3)
202:1 208:9 211:22
basic (2)
13:4 251:8
basing (1)
139:24
basis (5)
137:1 138:3,7 208:14
265:2
Bates (3)
26:13 289:9,10
battery (1)
307:13
BCR (1)
1:19
bearing (1)
241:24
becoming (3)
18:11,14,17
beef (1)
256:13
behalf (1)
44:13
beings (4)
14:15 177:22 179:10
201:20
belief (1)
91:5
believe (31)
24:6 32:10 34:13 45:1
45:9 49:25 72:6
91:2 108:3 129:20
130:4 153:24

154:24 159:14
160:13 165:22
167:16 204:10,12
214:24 215:18
226:15,17 231:3,16
248:14 286:10
290:23 292:25
304:9 308:24
believed (1)
299:12
believes (2)
177:5 242:24
bell (1)
163:18
belonged (1)
262:22
bench (6)
12:13,15,22,23,24
13:5
benign (2)
270:21 272:11
Berkley (3)
12:9 250:1,19
best (5)
93:4 121:19 305:16
307:25 314:10
better (4)
218:10,21 279:21
300:18
beyond (25)
105:24 111:16 112:21
113:9 114:3 124:15
125:6 126:17
132:13 215:21
241:22 268:1,15,16
269:15,17 270:10
270:12 277:22
278:25 279:25
290:14 291:8 296:5
299:7
bias (2)
218:18 269:12
biases (1)
121:17
big (1)
220:16
Bill (1)
278:16
bin (3)
51:15,21 219:15
binned (1)
57:5
binning (1)
175:19
bins (10)
51:18,21 76:22 85:6

85:19 161:8 173:13
219:1,3,14
binucleated (1)
205:21
bio (1)
229:18
bioactivate (1)
191:7
bioanalytical (4)
12:18 15:4 17:2 19:4
bioassay (17)
74:9 82:11 84:23
88:11 96:5 98:18
141:15 226:11,22
227:5,24 228:1,12
228:20 231:6,15,25
bioassays (4)
95:24 96:16 227:20
307:17
biological (1)
176:7
biologist (5)
139:4 161:18 177:6
218:11,21
biostatistician (4)
45:12 46:3,7 226:17
biostatistics (4)
45:21,22 46:7,22
bit (7)
22:24 35:6 40:21 93:5
234:18 235:23
309:7
Blair (6)
71:3,4,8 100:19,22
101:7
Blair's (1)
101:19
blew (2)
95:19,21
blocks (1)
283:17
blow (2)
222:1,23
blowing (1)
221:10
blue (1)
69:10
BNMN (10)
205:20,21 206:1,15
206:24 207:3
209:12,23 210:4,8
board (4)
15:23 255:16 260:9
260:17
bodies (2)
156:3,4

**body (9)**
12:20,21 13:20 38:11
38:13 127:2,2 208:1
218:14
**bold (1)**
275:13
**Bolognesi (23)**
197:18 198:25 199:7
199:22,23 201:2,18
202:12,20 203:22
213:11 220:2
232:16,20 233:5,10
233:20 234:5
286:22 287:3,13
289:7 290:20
**book (1)**
255:2
**books (1)**
255:3
**border (3)**
197:12 211:8 233:23
**bottom (10)**
70:19 77:15 207:2
225:7,15 252:20
262:9 273:18
277:13 285:9
**bounce (1)**
286:8
**bound (1)**
64:22
**box (2)**
25:6 35:19
**Bradford (1)**
209:10
**break (20)**
24:23 52:13 107:18
121:4 133:12 134:1
135:25 136:6,9
143:6,22 144:11
145:1 147:25
198:17 201:18
234:13 247:3 252:5
297:6
**breaking (1)**
148:16
**breaks (1)**
72:20
**brief (1)**
62:22
**briefings (1)**
179:3
**briefly (1)**
234:20
**bring (3)**
144:19 145:10,15
**bringing (2)**

114:15 124:1
**briskly (1)**
281:8
**broadly (2)**
165:4,12
**broke (1)**
120:22
**broken (2)**
70:18 77:25
**brother (2)**
18:6,7
**brought (7)**
11:13 90:9 114:14
124:6 161:18 207:7
288:12
**builder (2)**
230:15,20
**built (1)**
305:22
**bullets (1)**
189:13
**bunch (1)**
129:2
**business (2)**
238:24 285:13
**busy (1)**
139:16

---

### C

**C (3)**
89:17,18 272:10
**CA (2)**
226:10,14
**Cal (2)**
250:1,18
**calculate (1)**
226:10
**calculation (1)**
228:12
**calculations (1)**
227:15
**California (3)**
1:1 5:13 12:11
**call (7)**
14:3 15:23 22:21
73:18 103:17 271:6
302:5
**called (15)**
10:16 35:24 43:1 61:1
62:16 63:25 108:3
159:18 205:20
225:22 226:4 258:8
260:18 267:6
296:14
**calling (6)**
120:5,6 157:4,23

158:15 169:15
**calls (26)**
19:1,10 45:25 46:12
63:14 98:12 102:6
106:17 110:9
122:14 123:8
125:10 137:19
151:25 152:24
153:22 154:19
155:13 158:24
167:18 177:1
216:19 225:18
232:22 290:2 312:1
**cancer (74)**
26:10 38:25 49:16
71:15 74:8 76:10,21
82:11 84:23 85:5
86:10,11 88:10
92:24 95:24 96:5,16
98:4,4,18 105:14,18
105:21 106:15,24
129:19 139:3
141:15,19 150:2
151:5,6,7,9,15
152:20 153:18
154:17 155:10
156:15 157:2,17
158:9,21 161:14,18
161:24 169:10
176:24 177:6,13,21
178:14,24 179:9,24
181:11,11 191:19
208:1 217:8 218:11
218:21,24 221:4,4
222:17,17 227:5
231:25 267:23
269:10 294:20
295:5
**cancers (4)**
87:9 151:23 177:24
180:24
**cane (3)**
210:10 289:16 290:11
**capable (4)**
87:8 151:6 153:17
154:16
**capacities (1)**
37:6
**capacity (1)**
244:4
**capture (3)**
238:9,11 239:11
**captured (2)**
240:15,15
**capturing (1)**
238:19

**carcinogen (5)**
49:15 183:11 186:23
265:6 299:14
**carcinogencity (2)**
255:8 272:13
**carcinogenesis (4)**
104:5,9 166:19 180:9
**carcinogenic (8)**
119:19 150:6 151:8
156:20 161:14
227:4 271:22,25
**carcinogenicity (24)**
17:11 73:25 74:14
79:24 80:10 82:6,8
99:16 100:3,6,12
104:3,4 105:3,12
154:15 183:1
217:23 267:10
269:1,25 271:24
272:7 311:25
**carcinogens (14)**
48:25 86:15,18 145:8
159:19 160:4 161:7
161:11,20 165:7,14
166:20 177:24,25
**care (1)**
280:2
**carefully (1)**
118:11
**carried (2)**
206:13 270:24
**carved (1)**
193:11
**cascade (6)**
108:17 176:23 277:13
283:15,20 285:5
**case (16)**
1:3 29:24 30:14 35:1
56:25 78:9 79:11
95:24 98:1 102:20
117:12 247:20
269:9 281:9 301:23
315:2
**cases (3)**
101:10 103:25 219:17
**cast (2)**
45:14,18
**categories (5)**
34:15 49:12,14 129:3
219:14
**category (6)**
99:14 100:5,10 104:1
130:7 265:6
**causal (3)**
267:23 269:10 270:18
**causality (1)**

209:12
**cause (11)**
49:16 76:10,21 87:15
98:4 105:21 150:2
169:10 178:4 202:9
217:7
**caused (2)**
157:1,16 158:21
181:8,8,9,10,17
193:5 199:15 202:4
295:8
**causes (5)**
176:22 178:23 211:7
294:20 295:5
**causing (9)**
87:9 99:1 106:25
151:6,22 153:17
154:16 184:21
201:19
**cc'd (3)**
108:23,25 111:15
**cc'ing (1)**
232:7
**cell (18)**
14:10 161:12,16,18
161:20,24,24 162:1
169:11 176:9,9
177:14 184:24,25
186:18 191:16,17
266:2
**cells (16)**
13:12,12,12,25 14:3,9
14:12 104:25 105:1
105:8 169:13 180:2
180:5 190:6 202:10
205:21
**cellular (4)**
161:13 186:21 265:22
266:1
**center (1)**
284:3
**certain (5)**
32:2,3 194:24 262:2
266:22
**certainly (7)**
33:17 86:13 142:20
213:20 300:25
302:1 303:10
**certainty (3)**
158:20 226:25 228:15
**Certificate (2)**
3:7 314:1
**certification (3)**
131:15 304:5 306:11
**certified (4)**
131:21 304:2 308:10

308:24
**certify (3)**
314:4,12,16
**cetera (5)**
38:25 174:19 179:5
217:9 231:20
**chain (7)**
178:13 179:23,24,24
182:1 191:10
224:25
**chair (15)**
26:24 44:19 63:3
68:15 69:16,20 71:4
72:16 75:17 133:3
204:10 245:18,19
281:10 282:2
**chairs (9)**
41:15,16 43:2 44:18
62:24 63:8 69:5
75:8,15
**challenged (1)**
223:22
**chance (2)**
269:12 279:6
**change (4)**
84:11 126:14 193:1
193:14
**changed (4)**
84:17 192:18 198:23
300:1
**changes (1)**
207:17
**chapters (2)**
255:2,3
**character (1)**
49:5
**characteristic (5)**
49:5 51:9 168:12
180:3 199:3
**characteristics (78)**
48:25 49:1,11,18,21
50:4,6,17,24 51:8
51:16 57:4 63:17
76:9,14,20 83:19,22
85:5,15 86:9,11
104:17 129:19
145:8 159:19 160:4
160:11 161:11,19
162:2,8 165:18
166:18,19 167:13
168:2,2,6,14 170:3
174:13,14,20 175:6
177:23 178:2,4,6,8
179:15,17,21
182:13,16,21,25
183:6,10,23 184:7

184:14 186:23
187:10 188:24
189:10,14 195:5,24
197:1 217:16,20
218:13,16,23
219:12 263:23
294:14
**characterization (2)**
291:19 295:14
**characterize (2)**
73:21,21
**Charbrio (8)**
112:23 114:4 214:24
269:16 270:12
277:23 279:1
290:14
**Charbrio's (1)**
33:8
**charge (7)**
31:9,22 74:9 91:16
171:19 194:21
196:2
**charged (7)**
30:13 34:6 39:3 50:7
73:12 179:12
194:14
**chart (2)**
220:22 223:4
**check (1)**
35:19
**chemical (9)**
13:19 14:2 38:11,13
94:4 191:3,7,13
307:9
**chemicals (10)**
94:9 98:3 111:24
173:14 183:4 190:3
196:22 198:4,21
266:3
**chemist (1)**
15:5
**chemistry (13)**
12:9,18,18 17:3 19:4
250:1,9,13,19,22,25
251:17 292:14
**Children (1)**
257:3
**China (2)**
251:22 257:12
**choices (1)**
52:10
**choose (1)**
65:9
**chose (2)**
124:21 125:3
**Chris (17)**

18:1 23:9 44:24 46:2
46:6 116:1,21 117:3
118:3,25 119:5
140:20 142:5
148:15 164:5
229:12,15
**Christian (1)**
278:15
**Christopher (6)**
17:21 18:6 22:2 27:6
229:8 273:13
**chromosomal (1)**
182:6
**chronic (2)**
184:22 195:18
**CI (2)**
71:13,14
**CIRCLE (1)**
1:15
**circumstances (4)**
126:15 151:7 231:19
312:10
**citation (1)**
79:14
**citations (1)**
58:12
**cited (9)**
40:7 172:19 174:7,9
174:15 177:11
198:25 201:1,17
**citing (1)**
201:21
**City (1)**
249:8
**civil (2)**
5:13 10:15
**CLA (1)**
278:17
**clarify (3)**
10:8 56:10 189:7
**classification (11)**
98:11 103:18 104:16
138:13 143:25
144:15 146:9
147:14 149:25
184:4 279:16
**classifications (5)**
48:1 50:23 99:6
102:25 266:22
**classified (3)**
104:1 157:15 299:23
**classifies (1)**
268:11
**classify (1)**
84:8
**clear (6)**

121:2 168:8 171:2
181:23 197:5
248:18
**clearances (1)**
20:18
**cleared (1)**
20:4
**clearly (6)**
35:11 46:15 52:4
85:25 167:8 307:8
**clicked (1)**
133:7
**client (3)**
87:3 114:12 149:7
**clinical (1)**
261:11
**clipped (1)**
7:10
**closed (2)**
75:7 137:14
**closely (1)**
110:14
**closest (1)**
68:23
**co-chairs (2)**
43:2 75:8
**co-experts (1)**
296:20
**co-panelist (1)**
296:19
**co-subgroup (1)**
295:24
**coaster (1)**
7:11
**coauthors (1)**
213:11
**coca (1)**
211:11
**cochairs (2)**
44:15,18
**Cochran (6)**
226:14 228:1,11,18
228:19 231:14
**coffee (12)**
72:20 133:12 134:1
136:6,9,11 143:5,22
144:11 145:1
147:25 148:16
**coherence (1)**
265:2
**collaborate (4)**
256:21 257:2,6,10
**collaboration (2)**
13:13 16:21
**collaborators (1)**
256:20

**colleague (1)**
16:21
**collect (1)**
97:8
**collection (2)**
304:17 305:2
**collectively (1)**
169:24
**college (4)**
250:8 257:7 258:13
261:10
**Collegium (4)**
163:3,10 164:7,10
**Colorado (2)**
2:9 6:8
**Columbia (3)**
197:11,12 233:23
**Columbia/Ecuador ...**
211:8
**column (11)**
185:14,15 186:12
199:14 205:17
206:7,8 209:8,17
287:4 289:12
**combination (1)**
270:21
**come (6)**
51:5 60:23 134:16
135:1 157:7 160:3
**comembers (1)**
296:10
**comes (3)**
223:9,17 301:22
**comfortable (2)**
145:12,16
**coming (1)**
18:8
**comma (2)**
287:17 290:10
**commencing (1)**
5:17
**comment (5)**
116:20 118:10 173:21
215:21 218:22
**commented (1)**
215:12
**commenting (1)**
215:10
**comments (16)**
32:16 40:1 70:15
116:1 118:8,20,23
118:25 119:5,9
213:24,25 216:14
281:11 282:3
290:15
**commercial (1)**

190:13
**Commission (2)**
314:23 315:25
**commissioned (2)**
291:5,10
**committee (5)**
71:5 89:6 90:19 93:9
284:21
**common (1)**
239:23
**commonly (2)**
99:14 166:20
**communicating (1)**
117:20
**communications (2)**
59:14 277:3
**communities (3)**
207:19,20 208:4
**community (2)**
199:18 214:3
**compadres (1)**
232:14
**companies (3)**
306:12,24 307:14
**company (7)**
2:20 88:16 132:5,7
276:6,21 307:10
**COMPANY'S (1)**
1:5
**compared (5)**
207:21 209:24 211:22
217:5,11
**compile (3)**
162:12 176:2 178:7
**complete (4)**
108:17 236:9 269:4,5
**completed (2)**
81:10 256:2
**completely (17)**
99:2 101:20 112:21
113:9 114:2 116:15
123:22 124:15
131:8 204:21
213:15 214:23
215:16 244:25
301:16 308:11,17
**completeness (1)**
108:1
**complicated (1)**
165:3
**compound (7)**
60:13 64:6 70:11 83:8
178:23 195:13
227:6
**compounds (16)**
31:11 43:25 53:2 54:8

55:3 57:24 70:12,16
70:17,18 72:2 73:11
226:24 227:19
228:5 295:20
**comprehensive (2)**
112:5 187:19
**computer (14)**
35:9 235:5,14,20
236:1,11,13,14,15
236:20,22 237:2,12
238:13
**computer-aided (1)**
314:11
**computers (2)**
236:1,10
**conceivable (1)**
311:1
**concern (1)**
245:3
**concerned (2)**
244:10,14
**conclude (3)**
51:22 55:20 155:9
**concluded (5)**
83:16,17 119:18
207:16 278:10
**concluding (1)**
83:21
**conclusion (32)**
7:19 85:17,18 97:13
99:3 106:3 113:12
114:6 116:14
122:11 123:6 129:5
129:17,17,24
130:21 142:6 143:7
143:8 144:3 147:11
156:18 157:14
158:17 177:4
193:25 201:9
202:12 207:15
213:20 241:24
244:21
**conclusions (32)**
14:24 18:1 22:7 42:9
61:7 87:19 116:10
128:2 131:7 135:4
143:12 144:14
153:15,16 154:14
165:6,13 180:8
190:1 196:21 198:2
198:19 202:22
204:1 208:18
210:21 212:5 213:3
214:4 217:6 253:24
254:9
**conditions (1)**

13:1
**conduct (1)**
272:9
**conducted (16)**
87:23 88:2 141:25
156:25 305:12
307:13,18 308:10
312:1,5,6,11,11,13
312:16,22
**conducting (2)**
148:20 246:22
**conducts (1)**
305:1
**confidence (2)**
269:13 301:12
**confident (1)**
112:4
**confidential (1)**
277:8
**confine (1)**
63:10
**confirm (1)**
287:11
**confirmation (1)**
285:8
**conflict (6)**
25:20 245:4,8,12
273:19,19
**conflicts (4)**
23:23,24 24:8 26:2
**Confounders (1)**
233:18
**confounding (1)**
269:12
**confused (1)**
253:3
**connected (1)**
231:1
**connection (5)**
15:11 16:4 168:15
234:25 289:24
**consider (15)**
126:2,3,5 127:5
134:10 147:6
178:10 192:16
255:12 293:21,22
297:24 302:6 303:5
304:1
**considered (37)**
63:18 96:10 101:12
122:24 123:1
126:11 134:6,7,9
138:8 147:13
174:21 186:24
187:18 192:10,14
209:4 211:6,25

215:13 216:3
217:22 242:13
255:7 261:18
267:24 269:11
284:15 286:4
287:15,25 288:4,20
289:23 291:5
309:11,14
**considering (4)**
146:9,25 147:4 220:7
**considers (1)**
270:18
**consistency (1)**
194:4
**consistent (10)**
106:13 110:19 120:15
156:23 157:15
206:17 207:5 210:1
248:25 288:10
**consistently (2)**
206:2 210:5
**consolidate (2)**
162:12 165:16
**consolidated (2)**
247:19,20
**constitutes (1)**
147:14
**Consult (1)**
214:12
**consultation (1)**
20:3
**consulting (1)**
23:15
**contact (2)**
206:23 248:20
**contain (2)**
190:6 314:5
**contemplated (1)**
201:14
**content (1)**
97:4
**contentious (1)**
139:23
**contents (2)**
298:23 299:2
**context (4)**
80:22 107:4 201:11
227:11
**continue (2)**
97:8 100:15
**continued (1)**
126:19
**continues (1)**
309:14
**contract (3)**
131:20,24 307:8

**contrary (3)**
263:1,19 264:11
**contrast (3)**
301:10 303:22 309:13
**contributions (1)**
226:8
**control (4)**
78:10 79:11 300:24
310:13
**controlled (2)**
12:25 304:19
**controls (4)**
310:5,9,12 311:8
**controversial (3)**
95:25 96:11 138:11
**convene (2)**
133:11,25
**convened (3)**
19:23 145:2 146:21
**convenience (1)**
239:4
**convening (1)**
135:13
**conversation (3)**
46:15 108:18 234:11
**conversations (5)**
46:21 97:2 135:12
139:19 229:7
**convert (1)**
176:8
**coordination (7)**
44:13,15,17 75:7,12
75:13,14
**copied (4)**
67:15,19 127:22
240:9
**copies (4)**
25:18 148:25 241:14
298:11
**copy (12)**
10:6 11:24 12:4 24:24
35:14,16 48:5,13,17
239:12 241:12
289:4
**cordial (1)**
282:11
**coronating (1)**
43:1
**correct (242)**
11:11 14:17 15:9 16:2
17:8,12 25:1,13
26:24 27:6,19 31:9
41:16,17 42:4,18
43:3 44:11 47:14
48:18 54:16 58:24
60:20 61:15 69:21

76:10,25 77:6,9
78:6,19,25 79:20
80:11 81:6 84:8
85:1,8,20,22 86:24
87:24 93:2,6,10
95:20 98:24 99:19
105:22 106:9,16
108:9,10 109:5,16
109:20 110:5 112:5
112:9,12,13 118:12
118:12 126:8
130:12 132:3 133:8
133:13 134:12
135:9 136:1,19
141:7 143:8 146:10
149:23 150:3,7
151:9 153:13,21
159:15 160:20
165:10 167:24
168:15,16,19,22
169:13,22 170:16
173:16 176:12
184:4 188:11 189:3
189:22 190:3,16,22
195:9 197:12 199:1
201:2 206:3,18,25
207:6,14,18 208:19
209:13 210:10,16
212:7 219:3,17,21
223:1,25 225:2,20
227:2 229:18
230:15 237:3
239:18 240:10
242:6,17 244:12,13
245:9 246:7 247:25
248:1,3,4,6,7,10,20
249:1,5,9,20,24,25
250:2,3,5,20 251:5
251:11,18,19,23
252:17 253:14
254:15 255:4,5,9,12
255:13,17 256:3,4
256:18,19 257:4,12
257:24 258:2,7,16
259:22 260:1,3
262:16,20,24
264:17,22 265:6,9
265:14 267:10,14
267:15 268:3
269:22 270:2 273:1
273:11 274:2,9,20
275:2,6,7,11,18,23
276:6,9,22 278:6
283:21 285:25
287:8,22 288:1,6,23
290:21 291:24

292:11,17 295:5,25
296:11,15,21,24
297:2,3 298:13,22
299:8,15 300:22
304:3,15,20 307:19
309:11,12,17 311:3
314:5
**corrected (2)**
149:15 263:25
**correctly (7)**
21:8 92:19 119:20
226:12 267:25
269:14 278:9
**correlated (1)**
210:6
**correspondence (1)**
112:15
**cost (1)**
276:17
**counsel (4)**
2:12,20 5:24 314:17
**count (7)**
55:9,11 129:17 130:7
130:10 260:11
303:4
**counted (2)**
130:20 256:6
**countries (1)**
306:21
**County (1)**
314:3
**couple (4)**
248:14 249:19 278:9
283:16
**course (13)**
39:1 83:6 85:20
164:17 178:21
221:8 222:20
257:22 258:4,7,16
277:1 280:23
**courses (3)**
256:16 257:21 258:12
**court (11)**
1:1 3:7 5:12,22 7:21
7:23 101:2 116:11
205:20 314:1,2
**CR-2 (1)**
111:7
**create (1)**
10:4
**created (7)**
180:25 188:17,21,22
188:23 189:19
309:8
**credible (3)**
267:25 268:14 269:11

**creditability (1)**
280:16
**criteria (6)**
61:2,15 62:8 87:7
98:7 99:13
**critical (7)**
191:19 215:12 217:4
217:10 232:16
234:4 254:11
**criticisms (3)**
216:2,6,8
**critiques (1)**
215:14
**cross (2)**
10:19 11:7
**cross-noticed (3)**
247:16,22 268:4
**CSR (2)**
1:19 314:22
**cultured (7)**
13:12,25 14:3,10
104:25 105:1,8
**cure (1)**
91:18
**current (7)**
11:24 23:5 118:11
151:16 256:1,17
258:8
**currently (2)**
251:3 253:8
**Curriculum (1)**
3:13
**cut (2)**
226:11 245:16
**CV (11)**
11:14,19,25 249:12
249:20 255:1 256:2
256:12,12 261:15
292:15
**CVM (2)**
258:11,12

**D**

**D (3)**
89:17,18 272:12
**damage (25)**
106:23,25 107:1,2
168:21 169:5,7,9
176:22 180:3 182:6
182:7 191:4,4,11
200:20 201:19
202:9,9,16 207:11
209:1 211:5,19
265:22
**dangerous (1)**
153:3

**data (165)**
4:8 25:12 30:1,4,15
30:24 31:1,8,10,15
34:5 35:2 36:22,24
37:4,7,15 38:25
45:14,18 47:25 56:8
57:19 67:5 70:23
73:11 74:9 78:19,22
82:11 83:14,16
84:22,22,23,24
88:11,11,15,22,23
89:3,12,16,23 91:7
93:24 94:25 95:5,9
97:5,8,14 98:18
101:8,10,14 104:24
107:15 109:16
118:13 119:24
120:18 121:15,17
121:22 122:3,5,16
123:9 124:21
125:17 126:3,6,7,12
130:14,16,20,20
134:5,6 138:14
139:3 141:15,19
145:6,7 146:1,2
147:11,12,24,24
160:12 162:11,12
165:5,13,16 172:15
173:7,15 178:7
183:20 185:24
186:9,24 187:8,9,15
187:16,19 190:5
192:23 193:9,10
201:13 208:24
219:6,11,16 221:5,8
222:19,24 223:10
224:2 226:11,22
230:22 231:6,8,15
231:19,25 246:14
253:22,25 254:9,19
265:2 271:21,25
291:10 293:9,22
294:7,12 295:19,21
302:9,16 304:17,18
305:2 307:9 309:3,8
309:13,24 310:2,16
310:19 311:10
**database (11)**
87:18,19,21 125:1
129:10,14 153:8
178:7 179:13,14
219:11
**date (9)**
1:14 221:23 240:7,12
240:15 250:15,16
251:25 315:3

**dated (3)**
108:10 222:7 243:19
**Davis (4)**
1:19 5:22 314:2,22
**day (32)**
22:16,17 23:22,25
24:3 48:13,17 53:14
53:16 58:10,19 75:5
108:2 132:24
133:16 135:18
144:12 145:2
146:21,22 173:19
173:22 216:13
225:11 280:13
284:24 285:22
291:24 295:14
298:6 314:21
315:23
**day's (6)**
53:5,8,15,19,24 62:22
**days (24)**
44:16 53:9,11,22 54:3
54:4,5,22 55:1,2,4,8
55:9,14 56:17 60:4
60:18 67:10 208:11
243:20 249:19
278:9 285:5,13
**days' (1)**
207:21
**DC (1)**
2:16
**deal (4)**
89:3 139:12 141:14
311:14
**dealing (1)**
152:10
**deals (2)**
149:20 154:2
**dealt (2)**
145:4 199:8
**death (3)**
184:25 186:18 195:20
**debate (28)**
96:4,7,7,11 138:17,19
138:20,22 139:1,18
140:5,6,10,20,23,24
141:11,13,14,17
142:6,10,13 145:9
193:12,15 194:16
298:3
**debating (2)**
141:4 193:10
**decide (1)**
172:13
**decided (3)**
50:20 147:7,17

**deciding (1)**
67:25
**decision (6)**
90:21 91:1,11 126:6
262:15 300:2
**decision-making (1)**
214:21
**decisions (1)**
113:11
**declaration (8)**
3:15 23:19,21 24:2,5
24:25 25:16,21
**declined (1)**
149:10
**decreases (2)**
207:3 210:8
**deemed (10)**
51:17 52:6 90:10 96:6
98:17 104:14 158:3
180:4 187:11,16
**Defense (2)**
23:6,16
**defines (1)**
150:5
**definite (1)**
182:5
**definition (5)**
156:6,7,8 269:6
271:10
**definitions (2)**
266:24 267:1
**definitive (1)**
272:5
**degree (1)**
12:9
**degrees (2)**
292:13 301:4
**delete (1)**
243:16
**deliberation (1)**
233:6
**deliberations (1)**
289:25
**deliberative (1)**
242:14
**delivery (1)**
10:10
**demanding (1)**
246:15
**demonstrate (1)**
272:14
**Demonstrates (1)**
280:24
**Denver (1)**
6:8
**department (2)**

251:8 261:10
**depend (1)**
46:14
**depends (2)**
107:4 303:15
**deponent (10)**
46:25 92:2 117:17
118:6,18 120:4,24
307:21 315:4,21
**deposed (7)**
8:13 100:20,23 101:1
101:4 279:22
282:21
**deposition (55)**
1:5,10 5:7,10,15 7:18
9:3 10:15,16,17,20
10:25 11:8,15,16
21:4 22:5 24:24
28:12 61:6 113:10
116:8,11 124:16
125:7,19 126:18,20
131:17 143:11
144:2 159:15,25
201:12 214:20
215:17 233:22
234:25 244:20
246:22 247:13,16
247:22 248:9
261:25 268:2,5,16
270:11 277:22
280:23 283:5 291:8
299:5 315:3
**deposition.' (1)**
7:25
**derived (1)**
14:10
**derives (1)**
161:11
**DeRoos (2)**
79:7 101:11
**describe (2)**
166:14,17
**described (4)**
14:7 35:2 149:25
212:24
**description (2)**
307:23 311:24
**descriptor (2)**
145:6 208:15
**descriptors (5)**
49:3 51:2,3 52:12
85:13
**design (2)**
25:12 272:9
**designated (2)**
269:16 277:23

**designation (2)**
156:19 299:8
**detail (3)**
132:16 170:6 175:14
**detailed (2)**
119:15 171:8
**details (7)**
102:16 198:9 231:22
305:6 306:8 307:4
308:6
**detectable (1)**
78:6
**determination (8)**
99:23 111:17 262:10
263:15 264:9 270:3
288:6,21
**determinations (1)**
264:21
**determine (2)**
87:13 221:14
**determined (2)**
91:4 99:7
**determines (1)**
260:22
**determining (6)**
89:11 179:12 253:23
254:9 263:7 271:5
**developed (1)**
167:9
**development (5)**
223:25 224:7,13,18
256:15
**Devices (1)**
236:25
**devoted (2)**
66:20 70:14
**DHP (1)**
162:10
**diagnostic (1)**
261:11
**diazinon (9)**
28:24 31:16 77:10,11
77:13 146:7,14
148:2,9
**diem (1)**
266:10
**difference (7)**
13:16 36:7,11 156:1
300:12,16 308:21
**differences (1)**
164:5
**different (33)**
35:6 39:8 49:12,14,15
86:8,10 99:6 128:21
132:9,11 141:16
142:12 150:4

154:12 161:8,13
163:22 166:1,21
176:8 213:20
218:25 228:8
231:19,19,20
270:24,25,25 292:9
308:11,17
**difficult (1)**
89:11
**dip (1)**
232:17
**direct (4)**
169:17 204:24 205:5
206:23
**directed (1)**
279:21
**direction (1)**
287:16
**directly (4)**
35:1 90:15 116:17
143:13
**disagree (1)**
308:23
**disagreeing (1)**
208:17
**disagreement (1)**
213:2
**disclose (1)**
212:18
**disclosed (6)**
23:15,25 25:7 101:7
213:4 277:9
**disclosure (2)**
243:22 273:20
**discover (1)**
241:13
**discovery (4)**
7:21 42:8 97:12 268:7
**discuss (6)**
112:11 133:12 134:1
134:3 135:15
166:18
**discussed (14)**
53:13 61:17 82:9,12
82:14 112:8,12
192:4 197:20,21
200:9 233:13,21
287:8
**discussing (3)**
198:1 200:5 287:21
**discussion (13)**
64:1,16 74:7 80:3
137:9 142:17 195:3
200:10,14 205:15
205:16 271:4 287:6
**discussions (11)**

59:5 73:19 80:4,16
82:5 91:17 192:3
214:2 229:3 245:10
245:11
**dish (1)**
14:18
**dishes (1)**
14:19
**display (2)**
37:7 119:14
**distinction (3)**
171:21,25 294:3
**distribution (2)**
35:3 38:10
**District (1)**
1:1,1 5:12,13
**divided (9)**
44:2 51:7 52:21 53:22
55:16,21 56:17 60:5
86:10
**dizainon (1)**
77:11
**DNA (24)**
106:23,25,25 107:2
161:22 168:21
169:4,7,9 170:22
176:22 179:23
180:21 182:3,6
184:20 185:17,25
191:4,4,7,11 202:16
209:1
**doc (1)**
170:23
**docs (3)**
235:11,13,18
**doctor (4)**
153:25 159:12 233:4
274:4
**doctoral (1)**
258:24
**document (61)**
1:7 25:6 26:8,19
32:24 34:20 36:17
40:2 41:2 47:23
48:9,13 50:3 58:6
64:7 66:18 67:14
90:16 92:16 108:16
108:22 109:2,4
111:15 115:9
116:22 117:7,10,17
118:6,7,18 120:3,5
148:21 159:17
160:6 167:8,11,13
188:4,16 197:2
220:25 221:23
230:14 232:6

237:19 241:23
243:2 244:15
271:17 278:22,23
279:18 280:7,25
281:1 282:17 288:2
298:6
**documents (46)**
9:2,5 10:22 11:3,9,10
11:16 21:5 30:4
32:34 33:19 34:6,9
34:12,14,17 35:20
36:12,13 37:14,24
37:25 40:20,21,23
40:24,25 66:19
115:24 119:14
159:23 234:19,22
235:2 236:7 237:8
240:25 242:5,5,11
242:16 243:17,22
244:2,17 288:1
**doing (29)**
9:4 15:8,15 31:19
36:8,8,22 45:4
55:15 58:9 67:1
90:24 101:20
102:25 113:15
120:17 121:5 130:4
139:17 152:16
155:6,24 157:18
178:11 208:17
223:13 227:17
244:15 246:9
**domain (1)**
293:23
**Donna (9)**
277:12,15 279:8,13
279:22 283:23
284:1,6 285:22
**donnafarmerat (1)**
277:17
**donors (1)**
14:12
**door (2)**
153:3 157:19
**dot (2)**
238:8,8
**dotted (2)**
221:10 222:22
**doubt (1)**
278:2
**downgrade (1)**
102:19
**download (1)**
37:17
**downstairs (2)**
133:11,25

**dozen (1)**
259:3
**Dr (124)**
1:6,10 5:8,10 6:11
7:18,25 8:3,13 22:8
24:22 26:24 32:15
40:12 44:21,22
45:12 52:20 54:11
57:7 62:1,3,7 63:11
71:4,8 72:16 74:18
74:22,25 75:6,20,23
76:16 91:4,4,6,6,24
92:16,18,22 94:1
95:18 100:19,22
101:7,19 108:6,7,17
108:20,24 109:13
109:18,25 110:14
110:17 111:20
114:19,21 115:5
132:24 133:8,10,19
137:6,12,17 140:21
141:4 142:23 143:5
143:23 145:2,14
146:21 167:10
168:1 194:8 195:1,6
196:25 201:10
204:8,12,20 205:8
212:5 213:10,22
220:22 221:20
223:3 227:14 228:9
232:23,24 245:25
246:3,9 247:7
268:17 273:13,18
274:5,7 278:14
281:5 282:8 283:12
284:8,12,24 285:6,7
285:23 291:1,5,19
295:11 296:6,14,14
**draft (17)**
30:25 37:16 40:1,2,4
57:12,17 59:11
90:16 170:3 192:10
196:5,6 197:1
232:23 242:11,13
**drafted (5)**
32:14 196:12 204:9
232:24 235:13
**drafting (3)**
30:3 194:22 196:1
**drafts (29)**
31:14,23 32:3,19,20
32:21,23 33:7,9,21
36:5 37:17 38:1
39:4,6 42:24 54:20
60:1 70:25 90:5
139:16 145:24

172:5,6 196:15
235:12 241:11
242:16 243:16
**draw (3)**
87:18 129:24 253:24
**drawn (4)**
190:1 196:21 198:2
198:19
**dream (3)**
225:18,22 226:4
**drive (2)**
2:8 285:10
**drives (1)**
264:24
**drove (2)**
262:14 264:21
**due (7)**
190:1 196:21 198:3
198:20 211:10,20
246:23
**duly (1)**
7:2
**DVD (2)**
5:9 107:23
**Dylan (2)**
2:23 6:10
**dynamic (1)**
184:21

_____

**E**
**e-mail (62)**
3:14,23,24 4:3,4,13
4:14,15,18 19:20,25
21:2,3,11,13,14
92:17 95:18 108:7
108:11 112:3
127:22 132:23
133:8,18,19,21
134:20 146:24
215:3 220:10
224:25 225:6,14,24
226:1,5 230:16
232:5,24,24 238:17
238:18,23,25 239:1
239:12 242:2,24
243:5 246:1 248:13
248:17 277:8,16
278:18 283:3,6,17
283:20 284:17
285:8
**e-mailed (2)**
149:5 248:5
**e-mails (7)**
238:19 239:3,8,11
248:24 255:15
283:18

**earlier (20)**
42:15 48:20 52:20
56:11 76:22 85:6
138:10 141:12
159:14 161:12
177:15 181:15
192:10 234:2
273:20 287:21
288:8 291:12 309:6
309:7
**early (9)**
44:16 70:19 80:3
83:24 131:20
138:25 234:21
235:12 241:10
**Ecuador (2)**
197:10 233:23
**Eddie (2)**
2:22 5:19
**editor (1)**
213:14
**editorial (2)**
260:9,17
**education (2)**
251:17 292:8
**educational (1)**
12:3
**effect (11)**
46:17 52:5 123:6
143:2,17 148:4
186:18 195:20
197:7 271:22 272:1
**effective (1)**
239:16
**effects (5)**
38:24 151:8 161:21
184:24 186:14
**efficacy (1)**
306:23
**effort (3)**
11:15 118:15 295:12
**EFSA (11)**
3:25 113:15 116:2
117:23 118:2,2
119:15,24 120:20
121:9 164:3
**eight (13)**
55:9,14,21 56:17 60:4
60:18 183:22,25
184:8 187:15
251:15 256:16
259:11
**either (12)**
38:4 91:5 132:5 146:8
146:24 163:3 184:1
187:4,15 234:5

256:1 264:21
**electronically (1)**
241:5
**electrons (1)**
265:21
**electrophile (1)**
184:20
**electrophilic (2)**
185:15 188:25
**electrophilicity (2)**
188:25 195:16
**eleven (1)**
251:15
**elicit (1)**
100:16
**elicited (1)**
8:2
**else's (1)**
16:14
**Elyse (2)**
2:14 6:3
**emeritus (1)**
71:11
**eminent (1)**
161:17
**employ (2)**
62:8 314:17
**employed (1)**
283:13
**employee (8)**
61:5 274:13,19,22
275:9 277:15,20
278:1
**employees (1)**
280:18
**encompass (1)**
166:21
**encourage (1)**
242:15
**Ended (1)**
313:5
**endogenous (1)**
12:21
**engender (1)**
151:17
**engine (1)**
237:7
**ensure (2)**
254:4 311:10
**entail (1)**
39:25
**enter (1)**
231:6
**entered (2)**
7:24 114:5
**enterprise (1)**

254:12
entire (10)
57:1,2,3 59:13 129:14
153:11 194:11
205:9 214:19 273:3
entirety (1)
174:11
entitled (5)
9:15 26:9,11 198:19
284:17
environmental (10)
4:5 8:22 12:19 23:6
23:16 49:19 159:13
160:6 259:20 266:3
EPA (19)
88:6,11,15,16 132:6
255:16,22,23 274:1
274:8,14,19,22
275:1,9 306:17,20
307:10 308:6
epi (3)
84:22 98:17 134:6
epidemiological (1)
13:3
epidemiologist (4)
232:14,20 233:5
234:3
epidemiologists (1)
233:13
epidemiology (15)
15:8 16:15 71:2,19
72:7 93:23 98:8
99:6 101:15 102:4
103:6 267:13,17
268:11 269:6
epigenetic (1)
195:20
equal (4)
53:1 217:23 218:3,14
equally (1)
217:17
equivalent (2)
53:5 252:7
eradication (3)
206:24 210:9 211:11
ERRATA (1)
315:1
especially (2)
90:9 113:13
Esq (5)
2:3,7,14,15,23
essentially (2)
14:18 302:17
establish (3)
221:11 223:19 306:22
established (2)

194:23 270:19
estimate (2)
44:1 151:7
estimated (1)
52:24
et (7)
38:25 109:11 174:19
179:5 217:9 231:20
287:3
European (1)
276:15
Eurotox (1)
276:17
evaluate (25)
35:10 42:24 45:23
47:24 51:8 73:10
87:8,11 89:7,16,18
90:20 123:14
126:24 165:12
171:1 172:12 178:6
187:9 219:5,11
253:22 254:18
295:19,21
evaluated (8)
31:11 49:1 86:9 93:20
94:10,25 95:2
168:18
evaluates (1)
86:3
evaluating (11)
30:13 50:7 62:8 74:15
83:15 139:22
160:12 165:5 173:5
193:9 246:14
evaluation (38)
35:22 36:14 48:21,23
61:2,15 81:10,25
84:7 85:4,23 88:18
93:25 95:1,4 98:7
99:13 103:12
106:22 121:6,13
136:16,18 138:3
149:12 169:18
170:19 171:11,13
178:23 186:25
192:19,22 193:18
267:7 272:6 287:15
294:14
evaluations (11)
64:6 70:25 72:7 74:17
84:18,24 95:10
134:14,22 136:15
165:23
evening (13)
41:10,14,14 54:21
60:10 63:24 64:15

65:19,24 66:3,7
75:6,14
evenings (1)
42:25
evenly (3)
44:2 52:21 55:17
event (2)
10:11 234:10
events (5)
176:23 178:13 181:1
221:12 223:20
everybody (4)
22:18 48:15 80:18
95:15
everybody's (1)
23:19
Everyone's (1)
246:25
evidence (165)
4:10 10:23 49:4 51:14
52:1,3,5,6 63:18
76:24 77:4 79:23
80:10 82:13 83:18
83:24 85:14 87:13
87:14,14 90:11 98:9
98:9 99:15 100:3,6
100:11 103:16,16
103:24 104:2,3,5,7
104:14 105:3,7,8
106:6,10,12,13
107:9 121:6,8,9
122:24,25 129:12
129:13,15,16
137:10,23 140:6
141:5,13 145:5
146:1,3 147:12
150:1 154:5 165:17
168:17 172:9,10,10
172:14,14 178:9
179:13,16 180:11
182:1,6 184:3,12,19
185:2 186:7,11,12
186:16,17,19 187:5
187:5,11 188:8
189:5,24 190:6,8
192:4,8,12,25 194:1
194:17 198:23
199:9,15 201:18
202:3,8,13,16,17,21
203:1,20 207:22
208:3 211:24
216:22 217:6
218:15 219:1,3,14
219:16 224:12
246:15 254:8,19
262:11,14,18,24

263:3,9,10,16,21,22
264:3,5,7,11,15,15
264:20 265:4,13
267:17,18 268:12
269:6 270:2,5 271:6
271:6,10,24 272:6
272:13 275:21
279:23 288:5,21
299:13 307:21
311:25 312:7
evidenced (1)
207:12
evident (2)
176:5,6
evolution (1)
84:1
evolve (2)
83:21,23
evolved (2)
83:6 197:23
exacerbated (1)
266:3
exact (4)
55:3 60:15 64:19
175:14
exactly (7)
39:18 40:22 183:21
184:16 222:3,4
305:3
Examination (6)
3:4,5,6 8:11 247:6
300:8
examine (1)
186:10
examined (3)
7:2 28:20 227:20
examining (1)
294:13
example (10)
16:14 86:14 132:6
170:7 172:18 173:3
181:1 207:6 237:20
305:10
examples (1)
86:16
Excellent (9)
7:16,16 249:11 265:3
269:24 272:16
282:25 288:16
295:24
exceptionally (1)
100:2
exchange (1)
92:17
exchanging (1)
59:14

exclude (1)
36:14
excluding (1)
35:22
exclusion (1)
37:23
exclusively (1)
238:24
excreta (1)
17:4
excretion (2)
35:4 38:11
excuse (2)
105:3 276:1
exercise (1)
165:3
exhaust (1)
235:24
exhibit (122)
3:10,11,12,13,14,15
3:16,18,20,21,22,23
3:24,25 4:2,3,4,5,7
4:9,12,13,14,15,16
4:17,18,19,21 5:1,3
5:5 9:5 10:14 11:14
11:19,21 20:24 21:2
21:6 24:17,23 26:4
26:5 28:6,9,11
29:19 40:9,12 41:2
45:9 48:2,5 54:6
65:1,13,14,17 67:14
68:19,20 69:8,9
76:8 82:22 92:13
95:18 107:24 108:6
115:10,12,25
116:25 119:2,6
132:20,23 148:23
150:12 159:8,12
183:5 185:8,11
187:22,25 198:18
199:13 201:5
219:24,24 220:7,10
224:21,24 234:20
241:15,18,19,20
242:2,25 243:6,19
248:16 249:13
266:17 272:20,21
277:4 283:1,4
286:11,15 292:25
297:10,10 298:6,8,9
311:18
exhibits (3)
3:9 24:14 262:5
exist (9)
302:17,18,19,21
303:2,25 309:9,10

303:2,25 309:9,10
309:14
**existed (4)**
127:12 187:20 217:7
228:22
**existence (1)**
303:1
**expect (1)**
245:24
**expected (1)**
151:8
**expediency (1)**
111:9
**experience (6)**
19:4 110:19 281:16
281:19 292:9
297:20
**experiment (1)**
272:8
**experimental (12)**
13:6,9 99:17 100:4,7
100:12 104:4,9
221:4 222:18 269:1
270:1
**experimentally (1)**
223:23
**experiments (4)**
306:22 309:24 310:1
310:13
**expert (34)**
8:2 100:17 105:25
120:6,6 152:1,25
153:4,6,23 154:20
154:21 155:14
156:10 157:4,8,10
157:20,24 158:15
158:25 169:15
177:2 178:18
181:15 261:18
290:2 296:3 305:20
308:2 309:21 310:8
310:9 312:17
**expertise (11)**
25:12 46:4,18 139:4
139:19 171:18
177:9 211:16
231:16 292:8,10
**experts (3)**
281:10 282:3 295:25
**Expires (2)**
314:23 315:25
**explain (12)**
13:15 38:7 48:22 86:6
167:2 171:20,24
190:23 203:8,11
232:19 265:18

**explicitly (1)**
82:12
**exploration (2)**
97:12 114:5
**explore (8)**
7:18 22:6 61:7 116:9
143:11 144:3
235:23 244:20
**exploring (1)**
102:9
**exposed (24)**
104:25 105:1,6
152:21 153:2,19
154:7,10,18 191:3
197:6,9 199:10,18
201:22,23 202:3,10
202:15 203:5,10,15
203:19 208:4
**exposure (31)**
4:7,20 68:7,8,17
69:20 70:9 71:21,23
93:23 151:8,16
153:21 154:1,5,6
165:6,14 186:1
196:22 199:8
200:18 201:25
210:20 232:14
234:4 247:10
267:22 269:8
289:15 290:10
**exposures (2)**
151:17 154:2 190:2
198:3,20,24 259:21
**express (4)**
111:20,23 143:5,23
**extensive (1)**
19:6
**extent (16)**
10:12 16:12 19:11
20:10 22:10 73:2
103:11 123:12
124:23 125:8 130:6
130:9,19 155:17
282:10 299:8
**external (5)**
15:24 259:9,12,19
304:14
**extra (1)**
290:15
**Extreme (1)**
246:11
**Extremely (1)**
21:20
**eyes (1)**
222:8

**F**

**fabricated (1)**
310:24
**face (2)**
163:16 232:18
**facet (2)**
128:20,22
**fact (27)**
7:25 9:24 64:12 86:15
100:25 104:19
105:6 106:12
108:18 116:11
133:25 152:5
193:21 201:8
217:14 233:10
248:8 260:5 268:10
270:1 275:4 287:13
288:20 294:19
296:19 297:1 306:1
**fact-checking (1)**
139:17
**factor (2)**
301:21 302:7
**factors (2)**
293:25 302:5
**facts (1)**
126:16
**factual (1)**
102:15
**faculty (1)**
71:11
**fail (1)**
222:9
**failed (1)**
190:8
**fair (44)**
38:12 46:10,23 51:10
53:3 55:8 60:6 65:6
73:8 82:1 85:12
128:1,5 130:22
151:24 157:13
162:21 176:2,25
193:19,24 216:4,10
223:15 244:18
253:10 254:3 261:7
261:13,16 262:3,11
262:15,19 268:14
268:22 286:2
292:12,21 301:14
302:14 303:12
308:13 311:10
**falls (2)**
156:19 218:15
**False (1)**
274:11
**familiar (11)**

109:7 142:3 146:4
171:13 205:10
215:7 217:21 234:1
298:23 306:10
307:11
**fantastic (1)**
133:2
**far (9)**
20:16 24:3 30:5 32:6
81:5 102:14 168:25
182:10 184:22
**Farmer (13)**
277:12,15 278:14
279:8,13,22 281:5
283:23 284:1,7,12
285:6,22
**favor (2)**
139:12 194:4
**favorable (1)**
300:21
**fearless (1)**
245:24
**February (7)**
66:25 108:10 222:7
283:21 284:7,13
285:21
**FedEx (1)**
285:11
**feel (6)**
122:1 156:9,10 205:6
215:23 282:1
**fellow (2)**
163:7,13
**felt (7)**
111:24 216:7 245:5
246:23 281:7
282:22 297:22
**fictitious (1)**
122:16
**field (5)**
251:16 254:8 256:18
261:18 300:12
**FIFRA (2)**
255:15,18
**Fifty (1)**
261:4
**figure (2)**
178:11 179:8
**file (1)**
238:11
**files (2)**
240:25 285:11
**filled (2)**
24:3 25:19
**final (12)**
10:5 119:13 147:11

193:18,18 270:3
287:7,15 288:1,2,19
314:19
**finalized (1)**
167:9
**find (18)**
69:8 110:24 111:2,10
128:24 148:22
156:14 181:5,6
187:19 212:20
216:21 218:14
237:19 241:14
248:24 268:13
289:17
**finding (22)**
79:22 84:3,9 86:3
87:9 104:19 130:8
130:10 135:7,8
137:1 139:7 141:6
142:25 150:21
153:24 156:24
170:21 183:12
188:18 200:17
203:17
**findings (14)**
70:23 83:1 89:9 102:3
104:24 155:11
180:23 183:10
216:17 217:4,5,11
217:12 278:17
**finds (2)**
191:12 267:22
**fine (4)**
7:15 23:13 69:19
232:5
**finish (4)**
38:14 99:24 137:25
280:19
**finished (2)**
95:20 246:16
**firm (5)**
2:3 6:6 21:9 248:23
249:4
**first (74)**
7:2 8:15 17:18 22:2
22:12,16,17 23:25
24:3,4 27:19 28:23
41:20 48:13,17
56:23 60:1,25 61:12
70:13,21 117:6
133:11 134:1 136:9
136:11 145:1
148:22 149:15
151:2 162:7 163:2
168:20 171:22
172:2 175:3 176:4,6

176:17,18 186:12
188:9 196:5,6,15
200:7,17 204:6
206:6,21 207:9
209:8,17 223:19,19
225:5,7,15,25 226:3
227:13 232:5 236:9
237:7 247:13 248:8
250:18,24 251:20
253:6 261:24
279:20 285:9
289:13
**fish (1)**
190:14
**fit (3)**
135:4 140:7 161:20
**fits (1)**
103:1
**five (21)**
24:13 31:11 43:25
52:22 55:15,21
56:17 60:5 72:2
73:11 74:1 159:5
189:17 198:10
207:21,23 226:24
251:14 256:16
259:11 261:24
**Flash (1)**
285:10
**flaw (1)**
303:18
**flawed (1)**
301:22
**flux (1)**
193:14
**focus (10)**
29:20 53:17 57:10
81:22 185:6 195:24
225:5 227:22
232:10 295:18
**focused (10)**
12:17 46:20 58:23
82:19,20,21 198:7
221:9 222:20
223:12
**focusing (5)**
57:1,2,3,9,19
**folder (2)**
237:10 238:6
**folks (2)**
108:19 279:14
**follow (14)**
122:9,23 124:12
125:16 128:17
160:14 166:8
167:14 179:4

245:25 246:7,18
293:7 311:15
**follow-up (1)**
101:8
**followed (20)**
43:11 120:8 126:1
161:7 168:3 175:11
175:18,23 181:25
200:7 214:2,4,10
215:24 282:15,23
293:12 305:24
306:1 310:14
**following (14)**
112:16 113:4 122:22
130:3 151:5 155:7,8
201:25 210:25
211:5,22 215:2
267:18 285:16
**follows (2)**
7:3 285:6
**food (1)**
78:6
**foregoing (1)**
314:5
**forget (1)**
266:17
**Forgie (4)**
21:7 248:14,19,22
**form (65)**
24:1,9 25:17,22,23
26:1,3 27:20 30:7
31:25 38:20 41:22
53:20 54:25 58:25
59:9 60:7 69:22
72:24 73:9 74:6
78:12,24 80:1,12
81:7 82:16 83:7
84:4,12 87:25 88:20
91:8 105:13 110:21
122:5 136:21
142:18 144:17
169:6 170:3 175:1
175:12 183:14
186:4 202:14
208:20 219:4,18
229:19 261:19
262:4,25 263:18
264:10 274:10,21
275:12 304:7 306:5
307:1,24 308:16
309:20 314:9
**formal (1)**
50:3
**formally (1)**
253:9
**format (1)**

9:7
**formation (4)**
200:17 218:23 287:19
288:9
**formed (1)**
177:25
**former (1)**
23:5
**forms (1)**
25:18
**formulation (3)**
202:2 208:5 211:20
**formulations (7)**
186:13 190:13 199:16
199:19 201:24
211:10 224:9
**forth (12)**
62:13 89:20 90:13
120:9 159:17
174:18 179:5
180:23 233:18
293:8 306:21
307:16
**forward (5)**
10:6 90:9 144:19
145:10,15
**forwarded (1)**
109:13
**found (36)**
80:9,14 101:2 110:24
120:19 130:18
156:9 157:6 168:15
179:20 181:17
182:1,20,21 184:1,2
184:10 186:7 187:4
187:5 189:1 200:7
200:20 210:23
239:8 240:7,7 264:3
264:4 265:5 268:13
270:11 275:10,21
281:9 303:18
**foundation (40)**
29:10,16 43:10 76:17
80:13 81:8 98:13
114:23 117:3 119:5
121:14 125:5,18
194:7 196:10
200:11,21 220:24
227:7 228:3,14,23
277:2,21 278:24
282:5 289:23 296:6
301:15 305:4 306:2
306:5,15,25 307:20
308:15,16 309:18
310:7 311:12
**four (40)**

17:12 28:18,18 39:19
43:24 60:23 66:9
77:25 173:14
207:20,21,23 208:3
208:11 229:23,23
229:25 250:7
251:14 255:25
256:1,16 259:11
260:24 263:7,14
264:3,4,5 268:18
274:13 275:5,19,20
276:14 288:22
289:25 294:12
295:20,22
**fours (1)**
265:11
**fraction (1)**
14:4
**France (3)**
17:20 164:16 284:22
**Francisco (2)**
247:15,18
**Frank (7)**
27:1 108:8 194:22
212:6 220:12
224:25 232:7
**free (1)**
205:6
**frequency (10)**
206:1,15,24 207:3
209:12,23 210:4,8
289:14 290:10
**Friday (1)**
63:24
**friendly (1)**
281:11
**friends (1)**
21:22
**front (6)**
28:11 40:14 143:24
278:13,19 307:21
**FTE (3)**
252:3,5,6
**full (9)**
8:17 35:14,17 150:15
151:3 168:20 209:8
209:17 252:7
**fully (1)**
89:20
**function (2)**
237:16,17
**functionality (1)**
237:11
**Fund (2)**
23:6,16
**funding (1)**

164:10
**funky (1)**
283:18
**further (8)**
139:2 182:2,12
194:15 300:4 313:2
314:12,16

_____

**G**
_____

**gaps (1)**
89:14
**gate (1)**
301:1
**gatekeeper (1)**
300:24
**gather (1)**
11:16
**general (15)**
8:5 9:7 62:20 63:1
64:5 65:20 66:23
68:14 70:14 75:9
94:19,22 175:25
176:1 218:4
**generally (3)**
70:18 131:14 254:13
**generate (2)**
37:3 306:14
**generated (1)**
126:4
**genesis (1)**
283:6
**genetic (6)**
184:22 185:25 202:9
211:4,19 214:15
**Geno (1)**
105:20
**genomic (3)**
106:24 185:18 195:17
**genotox (15)**
58:23 59:1,6,15 86:4
87:10 88:22 89:25
90:4 91:20 128:25
129:18 184:9
194:22 217:11
**genotoxic (11)**
106:4,7,14 168:13,21
176:21 187:3 197:7
207:11 275:10
294:19
**genotoxicity (72)**
44:6 51:14,14 57:3
83:14 87:16 91:10
104:15,19 105:4,7,9
105:12 122:24
123:4 145:6 146:1
161:22 170:8,21

171:11 172:9,21
173:3,12 180:1,3,11
180:22 182:22
185:7 189:4,5,23,24
190:6,9 192:5,8,13
192:25 194:1,17
195:17 196:23
197:20 198:19
199:10,15,17
201:19,24 202:4,13
203:14,17,20 204:9
207:22,24,25 208:3
211:25 217:5 224:4
263:22 264:4,23
265:13 275:22
295:4,7
**genotoxins (1)**
105:14
**gentlemen (1)**
283:11
**Georgia (1)**
257:8
**getting (6)**
29:14 73:24 132:13
139:16 141:16
238:22
**give (14)**
16:1 45:20 50:24
85:13 155:20
157:11,19 172:4
184:4 239:21
261:12 289:3
299:19 300:20
**given (29)**
8:3,3 23:19 25:15,18
33:1 34:7 36:1
48:16 53:14 56:16
70:21 90:3 122:22
122:22 145:5
156:24,25 159:4
160:10 215:19,25
216:3,6 218:3,5
244:15 269:17
270:13
**gives (4)**
46:2,7 137:21 207:6
**giving (4)**
70:24 97:17 234:4
285:24
**glass (1)**
14:20
**GLP (37)**
87:23 88:2 131:1,3,5
131:14,20,21,25
132:14,17 304:2,20
304:21,23 305:6,10

305:18,20,21,23
306:9,11,12 307:18
308:9 309:13,20,21
309:22 310:2,8,9
311:9,14 312:17,20
**GLPs (1)**
308:24
**glyphosate (195)**
4:7,9 7:20 14:25 17:5
17:12 18:1 28:24
29:9,14,20 30:1,6
30:15,18,24 31:16
32:8 35:4 39:21
42:9 43:23 44:9
52:23,25 53:5,9
54:24 55:5,21 56:15
57:5,25 58:3 60:5
60:14,15 61:8 71:22
72:8 74:9,14,15
77:16 78:3,5,9,10
78:23 79:6,19,24
80:10 82:6,9,24
83:10,11,15 84:8
86:19 87:15,15 94:5
94:9,15,24 95:1,1
95:10,17,19,24 96:1
96:12 97:13 99:4
105:2 107:10,16
111:17 112:18
113:6,13,21 114:6
116:10 119:18
121:7 131:7 135:6
136:17,19 138:12
139:23 143:13
144:4 146:7,11,14
147:9 148:3,7,8
149:8 152:19,21
153:17 154:14,16
155:10 156:15,18
157:1,6,15,16 158:3
158:8,10,20 169:16
172:18 175:20
177:4,21 178:6
179:13,22 185:15
186:2,12,13,17,19
188:25 189:6,24
190:7,12,13,20
192:5 194:2 199:8
199:16,19 201:10
201:19,23 202:2,9
206:2,13,16 207:4
207:12 208:4 210:1
211:9,20 217:7
219:6 224:8,8,16
227:9,11 228:2,5,10
228:13,20 235:6

241:2,25 244:22
247:11 255:8,12,20
265:5 269:9 275:23
276:15 279:16
289:15 290:10,17
291:16 295:7,8,20
299:14 307:15
**glyphosates (1)**
22:7
**go (44)**
8:24 18:4 33:13 36:17
42:13 43:15 59:25
61:3 64:7 68:6 85:9
94:7 95:15 102:13
102:16 103:2 119:1
121:3 168:12
171:23 175:4 178:2
201:12,16 222:11
240:1 245:2,14,15
249:13 251:12
258:23 269:5
271:20 273:12,17
277:12 283:15,19
294:17 303:15,16
304:5 306:7
**goes (6)**
110:3 111:6 151:13
193:12,13 206:11
**going (70)**
8:16,24 9:2,4,9 10:6
14:22 17:14 23:7
26:12 33:6 42:6
45:3 54:10 55:18,22
61:3 70:22 82:22
86:8 88:12 91:25
92:4,10 96:4,11
98:25 99:21 101:4
105:23 108:14
113:19 114:12
115:8 116:7 120:2
124:5,7 127:12
128:15 135:11
137:3 139:2,20
140:24 147:19
167:7 194:6 199:2
201:7 204:18,24
205:6 214:17 220:6
235:22 246:17,18
261:25 266:18
272:4 277:7 285:21
286:8 289:3 292:23
295:3 297:14 298:5
312:3
**good (20)**
121:3 247:7 271:2
298:3 300:18,19

301:9 302:3,3,4,14
303:11,14,20,22
312:2,6,11,13,22
**government (2)**
132:5 304:3
**governmental (1)**
275:15
**GPL (1)**
304:10
**graduate (4)**
170:23 257:21,22
258:12
**great (4)**
89:3 232:11 250:24
311:14
**greater (2)**
201:25 211:19
**Greim (13)**
109:5,5,11,19,22
112:8 114:20 115:6
126:6 127:4,18,21
127:24
**Griffis (338)**
2:15 3:4,6 6:1,1 7:7
8:7,10,11 10:1,13
11:23 15:1,19 16:8
18:3 19:7,14 20:14
20:22 21:1,23 22:1
22:14 23:18 24:12
24:21 26:7,17,18
27:25 28:5,8 29:1,7
29:12,18 30:10 32:5
33:12 34:2 36:6
38:2,21 40:11 41:24
42:12 43:14 46:5,19
47:3 48:4 50:2
51:19 52:8,13,19
53:10,21 54:1,13
55:6,19 56:5,22
57:14 58:1 59:2,12
60:16 61:10 62:2
63:20 65:16 66:1,8
68:3,22 69:1 70:1
73:3,13,22 74:11,24
75:4 76:2,19 78:14
79:1 80:7,17,24
81:15 82:7,17 83:9
84:6,14 87:5 88:8
89:1 91:12 92:8,10
92:15 94:6,20 95:13
97:7,16 98:14 99:8
99:10,24 100:1,18
102:1,12,22 103:19
104:18 105:15
106:2,21 107:18
108:5,21 110:13

111:1,19 113:2,17
114:15,18 115:4,8
115:16,19,22,23
116:17,19 117:1,5
117:19 118:9,21
119:7 120:10 121:1
121:11 122:2,18
123:17 124:3,9,10
124:19 125:2,14,24
126:19,22 127:20
131:13,22 132:18
132:22 135:22,24
136:5,22 137:11,24
138:9 140:8,18
142:4,22 143:21
144:9,23 145:20
146:13 148:14,25
149:2 152:8 153:9
154:3 155:4,22
156:13,22 157:12
157:21 158:5,22
159:5,11 160:1
161:5 163:24 164:1
167:20 168:25
169:3,8,19 175:2,15
176:15,18,20 177:7
179:1,18 181:22
182:19 183:7,16
185:10 186:6
187:12,24 188:3
192:1 193:4 194:20
196:13 197:8
198:10,16 199:11
200:13,22 201:15
202:19 204:23
205:2,14 209:2,16
209:20 210:13
212:2,14 213:1,9
214:1 215:1,8,22
217:2,18 219:7,20
220:3,5,9,15 221:1
222:3,7,13 224:23
227:12 228:7,17
229:1,14,21 233:2
233:15 234:17
241:17 242:1,22
245:1 248:12
261:19 262:4,25
263:18 264:10
268:1,6,15 269:15
270:10 271:4,13
272:2 274:10,21
275:12 277:2,21
278:21 279:17
280:5,21 281:14,17
281:21 282:5,17

289:21 290:2,13,22
291:7,18,25 292:16
293:16 294:22
295:13 296:5 299:4
299:16 300:8
301:17 302:20
304:11 305:9 306:6
306:19 307:5 308:8
308:20 310:4,15,20
311:7,16,23
**grounds (1)**
299:6
**group (300)**
3:16 15:14,17 17:8,10
17:11,19 18:9,12,15
18:18,25 19:9,19,23
20:19 21:18 23:11
24:25 26:11,20,23
27:14 28:13,15,21
29:4 31:2,24 33:5
33:16,24 36:17,25
38:23 40:13 41:6
43:22 44:13,20 45:8
45:11,17,18,21
47:13 50:2,10 51:21
52:21 53:4,6 56:13
56:14 57:1,2,3 59:6
59:13,16,22,23,25
60:3 64:4 66:21
67:16,18 68:7,8,8
68:11,23 69:7,18,19
70:22 71:7,19 72:7
72:13,15 73:6 74:8
74:13,13,20 75:5
76:7,8 77:2,2,3,3
78:4,4,8 79:17,18
79:23,23 80:8,9,13
80:15 81:4,20,23
82:9,14,22,23 83:1
83:5,5,6,13 84:2,10
84:13,17,19 85:10
85:16 87:6 88:24
93:23,23 95:3,6,12
97:4 98:9,10 99:14
100:10 101:15
102:3 104:8 106:5
110:15,20 111:21
112:1 113:7 116:18
122:10 123:18,19
124:22 125:25
127:23 130:17
133:11,16,22
134:12 135:7,8,11
136:16,18 137:2,22
138:12,24 139:20
139:24 140:20,23

141:1,20 142:6,24
143:9 144:12,15,20
145:3,12,15,19
146:22 147:7 148:1
148:4,5,21 149:13
152:16,19 153:11
153:15 154:12
158:4,7 160:5,21
161:9 162:18
164:15,17,20,24
165:11 167:25
168:14 169:23,24
169:24 171:1,7,11
172:3 174:16
175:11,23 179:7,19
181:4,4,5,24 183:4
183:4 184:1 186:2,7
186:24 187:4 188:7
189:20,21 192:3
193:22 194:14
195:2,22 196:8
197:20 198:1,23
199:5 203:23 212:3
214:5,21 218:1
219:8,9,13 221:9,21
222:20 223:4 224:3
224:3 226:4,19
227:15 228:1,13
229:10,23 233:6
242:12,13 243:21
243:23 244:4,12,21
246:5,10 262:23
265:4,5,16 267:13
267:17,24 268:11
268:18 269:6,11
270:1,4,17 271:5,11
271:24 273:4,25
276:9 277:1 278:5
278:10 285:2
289:25 294:1
**group's (11)**
131:7 138:3 144:14
153:16 160:17
192:16,24 193:25
194:8 197:21
216:17
**groups (13)**
28:16,18 33:24 63:12
73:16 74:19 77:25
95:10 134:14,22
136:15 229:22
271:16
**guarantee (1)**
306:4
**guarantees (2)**
305:22 306:4

**guess (2)**
46:8 257:16
**guessing (3)**
118:14 256:21 292:15
**guest (3)**
258:11,14,18
**guidance (1)**
86:7
**guide (2)**
47:17 149:6
**guidelines (8)**
209:11 215:19,24
216:3,6,9 282:15,22
**guiding (1)**
47:23
**guy (1)**
240:1
**guys (3)**
238:19,21 289:4
**Guyton (21)**
91:4,6 108:13,20,25
160:7,14 168:1
175:11 225:1 232:6
232:24 242:3,10
245:7,24 283:11,12
284:24 285:7,23
**Guyton's (4)**
167:22 225:5,14
284:8

### H

**H-A-W-C (1)**
35:24
**half (5)**
58:19 116:14 173:20
216:13 261:25
**halfway (4)**
80:5,8 81:3,9
**Hall (2)**
1:15 5:16
**Hanahan (1)**
177:11
**hand (9)**
65:4 108:6 119:8
241:14 252:21
277:7 287:3 289:12
298:5
**handed (4)**
24:24 92:16 159:12
234:19
**handing (3)**
9:6 239:12 244:16
**handled (1)**
239:22
**Hang (1)**
271:23

**happen (5)**
161:13 166:9 176:23
215:4 303:10
**happened (15)**
62:18 75:6 98:20
112:22 114:7
116:13 122:16
126:15 144:24
147:23 148:9
214:22 217:15
233:7 294:5
**happening (1)**
65:5
**happens (1)**
99:5
**harassed (1)**
246:23
**hard (8)**
48:12,13,16 73:21
220:18 239:12
241:12,14
**Harmon (3)**
149:4,11,25
**HAWC (13)**
35:24 36:2,9,12,16,21
36:25 37:6,11,22
175:25 231:1,3
**hazard (28)**
119:19 149:21,24
151:5,9,20,22 152:6
152:7,10,20,23
154:14 155:18,24
155:25 156:1,6,25
158:11,16 162:3,9
165:6,14 166:2
167:22 309:16
**hazards (3)**
151:15 155:1 156:9
**head (6)**
42:2 68:11 142:19
163:16 171:6
301:25
**headed (2)**
26:9 71:3
**header (4)**
133:19 175:5 225:6
225:15
**heading (1)**
150:19
**headquartered (1)**
5:21
**health (18)**
4:5 15:21 25:8 49:19
70:6,8 71:10,20,24
72:4 92:24 93:24
94:4 159:13 160:6

259:17,24 276:3
**hear (3)**
75:20 82:18 138:20
**heard (5)**
101:3 163:2,13 226:3
229:4
**hearing (3)**
7:14 93:22 139:25
**heavily (1)**
306:13
**held (4)**
5:15 43:18 61:13
136:12
**help (5)**
45:13 69:2 155:23
176:2 289:20
**helped (1)**
129:24
**helper (1)**
111:7
**helps (2)**
15:24 69:15
**heretofore (1)**
314:8
**Heydens (1)**
278:16
**hierarchy (3)**
217:19 302:1,2
**high (4)**
188:19 254:5 302:6,7
**higher (2)**
151:18 211:3
**highlight (2)**
115:14 188:20
**highlighted (2)**
289:3,20
**highly (2)**
265:22 307:15
**Hill (1)**
209:11
**Hold (1)**
311:22
**Hollingsworth (4)**
2:15 6:2,4 222:1
**home (5)**
236:2,13,15,18,19
**honors (1)**
251:16
**hope (2)**
246:19,22
**hopefully (2)**
7:12 298:6
**horrible (1)**
263:11
**hour (7)**
58:17 64:16 92:11

292:6,9,15,16
**hours (10)**
39:20,23,25 40:5 56:9
57:16 58:5,18 60:15
261:25
**housekeeping (1)**
9:1
**Huffington (1)**
214:14
**human (51)**
13:12,20 14:9,12,15
49:16 82:13 84:22
84:22 87:9 98:17
102:4 103:5,24
105:1,8 134:6 135:7
136:17,17 145:8
147:11,24 151:23
154:5,17 155:9
156:14 157:2,16
158:9 165:6,14
166:20 177:22,24
177:24 178:14
179:10 180:2,5,24
186:20 190:1,5
196:21 198:3,20,24
201:19 203:19
**humans (41)**
14:6,8,11,11,13 15:3
16:11 82:13,14
99:16 100:4,7,12
103:15 104:3,6,11
104:21,25 105:6,7
105:10 106:5
119:19 152:21
153:2,18,18 154:7
156:20 180:5
181:18 197:6
199:10 201:22,23
203:14 221:4,15
222:17 267:10
**Hyer (7)**
89:3,15 90:22 91:6
112:11 126:6 127:5
**hypothetical (18)**
46:1,11 86:25 99:2,5
101:21,21 102:7,17
103:3,7,9 106:18
122:15 123:9
216:20 217:15
311:4
**hypothetically (2)**
178:14,16
**hypotheticals (5)**
86:22 87:4 102:10
120:7 311:6

**I**

**i.e (2)**
37:14 121:8
**IARC (140)**
17:10,16 19:21 20:19
22:13 23:14 24:7,25
25:25 26:9,20 31:1
32:22 33:7,9,9 36:4
36:8 40:20 41:6
42:2 47:4,9 48:6
50:5,5,18 57:20
84:7 86:3 89:5,14
93:5,15 96:13 98:8
101:9,12 102:25
104:8 105:25 112:4
112:7,16,18,22
113:4 116:18
118:13 119:23,25
120:1,14,23 121:4,9
122:23 124:11,20
125:15 128:21
134:7,15,22 142:19
149:20 150:8
151:12 152:2,5,11
154:2 156:9,14
157:6 158:16
159:24 160:13
161:1,2 163:11
165:22 169:21
170:6 181:24,25
183:25 212:19
213:15 215:12
230:14,19 231:5
235:6 237:20 238:7
238:8 241:2 242:10
242:15 243:20
244:1,17 245:4,7,12
255:4,6,7,11 262:1
262:9 265:4,15
266:7,24 267:2
268:19 278:17
281:7 282:15
283:13 284:21,21
285:7,17 286:6,21
287:7,7 291:3 293:7
293:21 294:21
295:10 296:3 299:7
299:19 312:9,21
**IARC's (8)**
120:15 147:13 155:10
156:18 157:14
214:3,4 264:16
**IARC.fr (1)**
284:17
**idea (6)**
114:24 126:14,14,16

161:10 163:19
**ideally (5)**
312:1,6,11,12,21
**identification (31)**
5:2,4,6 11:22 20:25
24:18 26:6 28:7
40:10 48:3 65:15
92:14 107:25
115:11,13 132:21
148:24 149:21,24
159:9 185:9 187:23
201:6 219:25
224:22 241:16,21
272:22 277:5
286:16 297:11
**identified (4)**
106:4 151:14 179:25
224:6
**identify (7)**
23:5 175:6 177:20
178:21 221:11
223:19 268:11
**identifying (3)**
26:15 152:19 182:2
**image (1)**
134:25
**immediately (8)**
201:25 206:13 208:6
208:10 210:24
211:5,21 288:9
**immortalization (3)**
184:24 185:25 195:21
**immune (3)**
32:12 33:9 186:20
**immunosuppressio...**
195:20
**immunosuppressiv...**
184:23
**impact (4)**
129:6 301:20 302:5,7
**impacted (1)**
74:16
**impetus (1)**
137:18
**implied (1)**
309:3
**importance (3)**
46:16 166:18 202:11
**important (21)**
43:20 52:7 90:18
93:25 95:9 105:5
119:13 138:17
178:22 197:5 199:7
203:16 208:14
211:6 217:17
253:21 254:6,11

296:12 309:16
310:10
**imposed (2)**
20:2,17
**impressed (1)**
226:9
**improper (1)**
280:24
**improved (1)**
121:12
**in-person (1)**
242:12
**inadequate (14)**
72:9 79:19,25 80:9
81:5,17 98:17 99:16
99:17 100:3 103:14
103:21,23 104:2
**inappropriate (9)**
102:10 116:16 120:25
153:5 154:23 157:9
157:20,25 181:21
**incident (1)**
231:15
**incidents (4)**
231:6 270:20 272:11
312:4
**include (8)**
35:17,18 36:13 58:6
112:7 133:20
180:22 243:23
**included (2)**
59:3,5
**includes (2)**
178:3 264:15
**including (7)**
25:16 35:21 52:23
119:16 173:21
209:25 216:14
**inclusion (1)**
37:23
**inconsistent (10)**
156:23 189:25 192:5
192:7,11,14,18,25
194:2 210:7
**incorrect (1)**
10:12
**increase (9)**
206:15 208:6,13,25
210:3,24 211:4
289:14 312:4
**increased (4)**
206:1 211:21 270:19
287:18
**increases (3)**
209:12 272:11 290:9
**increasingly (2)**

176:5,6
**independent (4)**
89:10 132:2 253:22
270:23
**Index (2)**
3:1,3
**indicate (1)**
182:7
**indicated (3)**
197:7 199:9 295:6
**indicating (3)**
146:2 150:1 310:25
**individual (2)**
84:25 195:23
**individuals (4)**
150:6 208:11 211:1
211:23
**induce (3)**
87:16 178:13 184:22
**induced (1)**
186:13
**industry (15)**
87:23 88:1,6 110:2,8
110:19 111:5,8,21
119:16 120:19
126:4 127:2,9,14
**inflammation (3)**
32:12 184:23 195:18
**influence (1)**
166:22
**information (33)**
25:15 47:24 58:18
85:11 90:19,22
119:15 122:10
123:3,5 133:12,19
134:2,8 154:9 175:8
175:20 176:3
188:17 192:12
193:7 210:20
211:18 279:15
284:25 285:17,24
286:3,6 287:24
288:4,15 304:2
**informative' (1)**
111:8
**infrequency (1)**
287:18
**initial (4)**
182:2,15 195:1 196:1
**injured (1)**
247:10
**injury (1)**
259:20
**input (5)**
232:15,20 233:4
234:5,8

**instability (5)**
106:24 184:21 185:18
186:1 195:18
**instance (3)**
171:22 172:2 306:12
**instances (1)**
281:6
**institute (8)**
71:15 92:25 163:3,10
164:7,10 244:2,3
**Institutes (1)**
259:17
**institutional (1)**
149:7
**instruct (2)**
114:12 124:7
**instructed (10)**
10:7 87:3,11,17
103:13 114:16
125:20 126:24
128:13,24
**instructing (1)**
156:11
**instructions (2)**
10:4,12
**instructs (1)**
9:14
**insult (5)**
176:21,22 179:23
182:2,15
**insults (1)**
180:21
**intact (4)**
13:21 14:15 16:17
17:3
**integrity (1)**
254:4
**intelligible (1)**
238:12
**interacted (1)**
72:20
**interaction (2)**
73:15 144:13
**interactions (7)**
59:20 72:17,23 73:5
74:13,19 75:1
**interest (14)**
23:23,24 24:9,25
25:21 26:2 65:5,8
74:4 191:3 245:4,13
273:19 314:18
**interested (1)**
174:4
**interesting (3)**
109:19 111:3 311:13
**interests (8)**

3:15 23:20,22 24:5
25:7,16,21 244:18
**internal (1)**
304:13
**international (4)**
20:13 26:10 276:2
285:12
**interpretation (5)**
25:12 226:11 267:24
269:10 272:10
**interview (1)**
213:14
**introduce (2)**
23:3 272:19
**introduction (1)**
23:1
**introductions (3)**
5:24 22:22 42:16
**introductory (2)**
22:15,18
**investigated (1)**
28:14
**investigating (1)**
111:25
**investigator (1)**
92:23
**investor (1)**
149:7
**invitation (7)**
19:20,25 149:10
255:21,23 297:24
297:25
**invitations (1)**
258:19
**invited (15)**
18:24 19:16,19 27:5
45:8,11,13 255:15
259:15,18,23
261:22 273:13
281:10 282:2
**inviting (1)**
149:6
**involve (1)**
232:9
**involved (37)**
9:2 15:7,20 16:13
18:8,11,14,17 19:3
29:14 32:9 41:18
43:5 44:12 55:16
72:25 81:20,24 82:3
83:4 89:10 90:16
91:11,17 94:2
113:24 142:5,10,13
142:16 182:16
234:4 243:8 271:15
300:14 304:23

306:9
**involvement (1)**
17:8
**involves (2)**
94:4 101:10
**involving (1)**
224:25
**IOPS (12)**
32:22 33:2,4,16 36:11
36:17 37:11,16,23
37:25 231:1,3
**IOPSs (1)**
231:4
**irrelevant (13)**
50:21 101:20 131:8
148:11 214:23
215:16 244:25
261:20 281:14,22
282:18 291:7 299:5
**Irvine (3)**
12:11,12 249:23
**isolated (1)**
14:2
**isolation (1)**
262:3
**issue (20)**
95:17,19,25 96:9,19
102:20 124:7
138:11,16,17
139:23 153:11,21
158:10,11 175:19
223:18 282:18
288:7,11
**issued (2)**
10:17 242:4
**issues (9)**
44:5,8,10 45:18 74:14
98:1,2 161:19
272:15
**item (1)**
223:19
**itinerary (1)**
43:18
**Ivan (7)**
18:18 32:15 108:13
212:17 220:10
225:2 245:24

_____
**J**
_____

**J (3)**
1:19 314:2,22
**Jameson (4)**
72:16 114:19,21
115:5
**January (1)**
116:13

**Jeff (1)**
297:7
**Jeffrey (2)**
2:3 6:5
**Jensen (1)**
278:16
**Jim (1)**
291:1
**Jing (1)**
257:11
**job (11)**
1:25 133:3 152:12
219:5,8,9 246:20,21
246:25 250:18,25
**joined (4)**
252:19,22,25 253:13
**joining (3)**
27:14 252:14,15
**journal (7)**
160:16 254:18 260:17
298:13 300:21
301:20 302:6
**journals (11)**
260:9,15,23 261:6
300:19 301:2,6,8,11
302:2,8
**Jude's (1)**
257:3
**judge (12)**
20:8 33:8 112:23
114:4 214:24
269:16 270:11
277:23 279:1,25
282:19 290:14
**judge's (1)**
299:8
**juggling (1)**
292:3
**July (1)**
251:9
**June (1)**
20:1
**jury (16)**
12:2,15 13:15 28:20
38:7 83:3 152:15
155:5,23 167:2
190:23 203:11
265:18 267:2 270:8
283:11

_____
**K**
_____

**K (6)**
5:8,10 7:1 8:18 273:8
314:6
**Kate (6)**
108:13 160:7 225:1

245:7,11,23
**Katherine (5)**
232:6 242:3 248:13
248:22 283:11
**Kathryn (7)**
21:7 108:25 160:14
167:21 175:11
225:5,14
**keep (5)**
67:9 133:3 155:2
272:4 285:21
**keeping (1)**
67:9
**kept (1)**
235:15
**key (66)**
48:25 49:1,5,10,21
50:6,17 51:8 63:17
76:9,13,20 83:18
85:5,14 86:9,11
159:18 160:3,11
161:19 165:18
166:17 168:1,2,6
170:3 175:5 177:23
178:1,3,6,8 179:15
179:16,21 180:2
182:13,15,21,25
183:5,10 184:7,14
186:23 187:3,10,14
188:24 189:10,14
195:4,23 197:1
199:3 217:16,19
218:13,15,23
219:12 223:23
235:6,10 294:13
**kind (4)**
95:19,21 155:19
283:18
**Kingston (1)**
285:10
**Kirby (3)**
2:15 6:1 115:15
**Kirkland (7)**
89:4,16 90:22 91:7
112:11 126:6 127:5
**knew (8)**
18:5,5,19,19 20:16
132:8 237:8 247:18
**knock (1)**
280:16
**know (258)**
9:24 17:18,20,23 18:5
18:6,9,12,14,15,18
18:20,23 19:8,12,13
20:10 22:11 27:13
27:16 29:2 34:15

44:24 46:12 47:6
48:8 49:17,23 50:1
50:8,13 60:14 66:5
67:24 68:4,5 69:23
70:10 71:8 73:20,23
74:18,22 75:11 76:4
77:21 81:13 88:12
88:14 89:2,13 90:8
90:21,23 91:13,15
92:2 93:8,11 96:20
97:25 100:19,25
101:7,17 102:2,21
103:11 104:16
106:19,20 107:14
110:11,11,15,17
111:13 112:25
114:19 115:1,5
117:9 121:15,24,25
122:3 123:12,18
124:2,4,11,13,20
125:3,11,13 127:1,7
127:8,11,11,14,16
128:2,9,10 131:11
131:14 132:7,8,16
135:10 136:4 137:7
137:12,16,17 138:7
138:7 139:14,17
141:9,15,24,25
142:18 149:5 158:7
158:19 161:6 162:5
163:9,15 164:2,9
166:8,9,10 172:3
173:1 175:13 181:4
181:25 182:23
183:8,17,19,19
191:22,25 193:7,8
193:19 195:4,5,6,22
195:25 196:16,17
198:8 199:4,5 204:7
205:13 208:22
211:15 212:4,10,10
212:11,11,13,16,16
213:7,7,10,12,13,16
213:23,25 224:2
227:10,18,21,23
228:24 229:6,9,12
229:13,15,16,24
230:19 231:9,11,12
231:18,21,22,24,25
232:2 233:7,25
234:3,7,8,9 235:8
235:14,21,23 238:4
239:20 240:3 253:5
270:14 276:11,12
277:12,15 281:6,6
282:6 283:18 291:1

291:3 293:11,20,23
301:7 304:9,10,24
305:2,5,10,21 306:8
306:10 307:2,4,6,7
308:4,6,18 309:21
310:16,19 311:25
312:7,9,14
**knowledge (21)**
29:11,17 68:2 102:15
121:20 124:24
125:9 131:10,18,19
131:21 155:17
158:2 171:6 224:11
268:17 269:17
270:12 282:10
296:6 304:4
**knowledgeable (1)**
261:17
**known (6)**
30:17 111:7 161:23
177:24 183:11
294:20
**knows (3)**
53:8 132:14 212:9
**Kudos (1)**
111:7
**Kurt (9)**
18:9 62:3 75:11
140:21 142:10,16
225:19,21,22
**Kurt's (1)**
225:19

_____

**L**

**lab (16)**
67:2,4,4 130:25 131:1
131:6,20,24,25
132:3,10 304:14
305:18 306:12
307:8 311:2
**label (1)**
5:9
**labeled (4)**
184:15 267:3 270:2
289:9
**labeling (1)**
145:25
**labels (2)**
267:17 289:10
**laboratories (1)**
270:25 309:22
**laboratory (11)**
12:25 13:4 303:21,22
305:1 310:2 312:2,6
312:12,13,22
**labs (11)**

87:23 88:2 131:3
132:15 304:2
305:21 307:18
308:13,24 311:8,9
**lack (1)**
100:11
**ladies (1)**
283:10
**laid (1)**
289:23
**Lakewood (1)**
2:9
**Landrican (1)**
18:12
**language (2)**
287:12,20
**laptop (8)**
236:2,5,7,12,16,19
237:3,11
**large (3)**
183:8 220:22 304:25
**largely (4)**
189:6,24 192:25
194:2
**lasted (1)**
181:9
**lasting (2)**
200:8,19
**Latin (1)**
14:21
**Lauren (4)**
18:15 27:4 220:12
225:1
**law (3)**
248:13,23 249:4
**lawyer (3)**
21:8 40:18 188:5
**lawyers (16)**
21:17,21,22 64:24
67:22 235:3,17,19
239:9 240:10 243:8
243:9 244:6,8
245:10,12
**lay (3)**
129:21 145:21 178:9
**layers (1)**
307:19
**laymen's (1)**
265:19
**layout (1)**
171:18
**lays (1)**
49:20
**lead (13)**
105:14,20 106:7,24
107:1,2 169:7,9

178:13 179:9
223:24 224:12
284:2
**leader (1)**
245:24
**leaders (1)**
124:20
**leading (2)**
75:21 208:1
**leads (3)**
106:23 169:12 173:2
**leaning (2)**
83:13 84:3
**learn (5)**
19:18 29:8,13 90:25
91:1
**leave (1)**
42:5
**leaving (1)**
214:4
**lectured (3)**
258:11,14,15
**lectures (1)**
258:19
**LeCurieux (14)**
27:1,13 91:24 108:8
194:22 195:7 204:8
212:7,17 220:12
222:8 224:25 232:7
232:8
**LeCurieux's (1)**
195:1
**led (4)**
72:16 180:8 181:11
224:6
**left (9)**
42:10 95:20 132:25
160:22 162:20
204:3 252:21
283:15 289:12
**Left-hand (1)**
185:14
**legal (2)**
5:19 9:1
**legible (1)**
220:22
**lesions (1)**
272:12
**let's (20)**
24:12 29:19 35:7
56:23 63:9 68:6
78:3 98:21 108:12
159:5 168:12 175:4
198:10 204:5 236:9
243:7 249:11
266:16 271:9 297:5

**letter (8)**
4:2,16 116:2 164:4,5
213:14 243:19
244:7
**letters (3)**
113:4,23 114:7
**level (8)**
132:16 150:5 152:22
153:2 201:24
208:25 211:4 302:7
**levels (7)**
151:16 153:18 154:18
202:1 207:20
211:19 304:12
**LIABILITY (1)**
1:3
**life (1)**
67:9
**light (1)**
113:16
**limit (1)**
58:2
**limitations (1)**
212:23
**limited (55)**
7:21 72:8 79:19,24
80:9 81:5,17 85:7
85:19 96:6,15,21,24
98:9 99:17 102:5
103:6 134:6,7 135:7
135:8,8,13 136:17
136:19 137:2,10
138:4,8,13,23 139:6
139:7,12 140:15,16
140:17 142:7,25
143:1,7,19,25 144:8
147:12 266:23
267:3,16,18 268:12
269:5 271:6,10,23
272:5
**line (14)**
14:10 64:7,7 81:12,12
92:1 103:25 108:2
116:16 154:22
182:12 262:9
278:12 283:25
**lines (2)**
221:10 222:23
**link (3)**
99:8 116:5 163:9
**linkage (1)**
182:18
**linkages (1)**
182:11
**linking (1)**
179:20

**links (1)**
116:17
**lipids (2)**
12:21 265:23
**list (30)**
4:17 23:14,21 25:25
26:1 29:9,15,20
68:18,21 69:2,4,6
71:21 170:12
174:14 220:18,20
236:9 239:21
252:13 258:23
260:8 272:23,25
273:3 274:24
276:22 284:7
306:21
**listed (18)**
24:8,9 27:9 31:7,21
42:20 43:12,18 45:7
46:22 50:5,17 70:17
89:14 251:14
274:25 276:3,20
**listen (1)**
9:16
**listens (1)**
15:25
**listing (3)**
26:20 50:6 77:2
**Literacy (1)**
214:15
**literally (1)**
309:10
**literature (40)**
30:14,16,16 34:23
37:13 49:22 87:12
87:22 88:3,5 89:20
90:17 113:25
120:13 123:15,20
124:13 125:4
126:25 128:14,19
130:14,16,18
149:18 166:1,7
210:2 218:17 254:5
258:8 263:17 293:8
293:13,18,22 294:4
294:21 295:4 303:3
**litigation (6)**
1:3 5:11 100:20
114:10 148:11
247:15
**little (18)**
9:1 22:24 35:5 40:21
47:20 56:11 93:5
101:3 110:4 111:6
154:11 163:18
220:17 234:18

235:23 250:8 286:9
309:7
**living (1)**
211:8
**LLP (1)**
222:1
**located (1)**
237:9
**locked (1)**
193:11
**logged (1)**
33:4
**logical (1)**
162:14
**logically (1)**
165:17
**long (6)**
19:22 24:4 64:11 66:3
171:12 304:21
**longer (1)**
66:3
**look (61)**
13:19 29:19 33:23
58:11,12,18 66:25
68:17 87:17 88:17
89:15 90:6 98:21
103:21,22 107:6
109:1,14 120:12
121:8 124:21 125:3
127:10 128:13,19
129:10,13 148:12
152:2 153:20
162:24 171:19
174:2 182:12 185:3
200:25 204:5 238:1
249:11 252:20
259:9 263:6 266:16
268:25 269:25
271:3,9 276:4,4,13
277:11 278:18,19
282:13 283:7 285:9
285:21 286:7,9
289:19 300:20
**looked (29)**
15:5 17:11 35:11
70:14 121:9 123:19
126:11 170:7 174:1
203:24 218:13
224:3,14,16,17
234:2 235:15
237:25 238:5,18
259:20 262:5,23
263:2,8,11,15 264:6
294:1
**looking (27)**
13:23 33:21 54:5

83:14 88:22 108:11
124:13 125:16
127:12 166:11
168:20 173:12,13
173:13 178:12
182:17,24 199:14
200:19 202:15
223:18 239:25
262:10 265:3 267:9
293:17 310:11
**looks (34)**
191:9 223:8 249:15
249:22 250:3,16
251:3,9,13 252:18
254:25 255:10,24
258:23 260:10,11
261:1 273:24 276:1
276:5,13,14 279:13
281:3 283:14,16,21
283:23 284:6,12,16
285:5,15 298:15
**lot (19)**
44:7,9 52:2 95:22
138:17 140:5,6
173:15 203:4,9
236:6 246:3 251:13
253:16 260:12
261:6 266:21 271:4
297:19
**lots (1)**
139:18
**low (2)**
151:15 301:20
**lower (5)**
134:14 207:20 210:10
301:20 302:7
**lowest (1)**
184:3
**lunch (2)**
107:19,21
**Luxenberg (1)**
249:8
**lymphoma (3)**
78:9,11 101:13
**Lyon (34)**
17:20 22:12 24:4
27:19,25 28:4 31:13
32:4 33:22 38:18
39:2,4 41:25 42:5
42:10 54:23 55:15
55:24 56:4 57:6
58:23 59:8,11,16,25
64:20 71:12 132:25
162:20 164:16
189:21 193:12
204:3 284:22

**M**
**ma'am (1)**
176:18
**macromolecule (1)**
265:23
**Madison (1)**
314:3
**main (6)**
47:1 73:10 81:22
138:16 172:7
295:18
**maintain (1)**
222:10
**major (1)**
208:23
**majority (3)**
16:23 17:1 190:18
**making (8)**
139:11,11 163:16
263:14 264:9 272:5
288:5 309:15
**malathion (7)**
28:23 31:15 71:22
77:8 146:7,14 147:2
**malignant (2)**
270:20,21
**mammalian (2)**
191:16 194:18
**management (3)**
132:9,10,14
**manipulate (1)**
37:3
**manuscript (2)**
161:4 287:7
**March (42)**
19:23 31:13 41:10,11
41:13 42:1,3,14,17
42:21 54:14,15,15
54:15 61:1,13,14,21
63:24 65:19,25
66:13,14 71:18
132:24 133:6,7,15
137:2 138:4 142:24
148:1 149:3 160:9
225:6,14 232:7
260:7 278:8,11
299:12 314:24
**marine (1)**
190:15
**mark (5)**
9:1 11:14 26:4 115:8
220:1
**marked (44)**
5:1,3,5 10:14 11:21
20:24 21:2 24:17,22
24:23 26:5 28:6

40:9,12 48:2,5
65:14,17 92:13
107:24 115:10,12
115:25 116:3
132:20 148:23
159:8 185:8 187:22
201:5 219:25
224:21 241:15,20
249:12 266:17
272:21 277:4,8
283:2,4 286:15
297:11 298:9
**markers (1)**
217:23
**marking (1)**
9:5
**Martin (16)**
27:4,16 108:7 225:1
226:9,20 227:14
228:9 229:8 274:1,5
274:7,17,25 275:4,8
**Maryland (1)**
259:25
**match (1)**
119:9
**matches (1)**
182:25
**matching (1)**
183:9
**material (3)**
167:21 284:8,13
**materials (2)**
14:13 242:11
**math (1)**
250:8
**matrix (5)**
134:15,16,18,23
135:2
**Matt (5)**
225:1 226:9,19 229:8
278:16
**matter (6)**
7:9 294:18 314:7,15
314:18,19
**Matthew (15)**
1:6,10 5:8,10 6:11 7:1
8:18 27:4 273:8
274:1,17,25 275:4,8
314:6
**maturation (2)**
289:16 290:11
**MDL (3)**
1:3 7:23 112:24
**mean (56)**
12:22 29:22 40:16,17
48:22 53:15 58:2

62:19 70:3 72:21
82:13 85:17 86:6
89:14 93:18 94:12
95:21 96:3 105:12
110:8 117:8 120:14
134:4 142:20
150:22 167:14,21
170:7 175:21
197:13,16 220:17
239:17 245:16
246:2,13 247:21
252:4,9 257:1
260:19 261:1
295:17 296:2,13
301:1,24 302:22,24
303:9 308:16 309:2
309:9,23,23,25
**meaning (4)**
64:23 155:7 211:2
247:21
**means (14)**
14:20 53:8 88:14
155:24 167:3,4,6
226:14 265:19
267:2 270:9 271:10
271:25 314:11
**meant (17)**
65:11 70:4 78:16
110:12 167:15,19
168:6,9 173:7
175:23 197:3 226:2
232:16,19,25 233:4
309:10
**measure (2)**
15:5 173:25
**measurements (1)**
58:14
**measuring (2)**
98:2 205:23
**mechanism (61)**
7:19 23:11 35:21
49:13 51:8 61:7
63:10 76:23 88:18
90:11 97:12 99:3
100:6 102:3 103:1,4
103:16 104:6,10,21
105:10 106:14
113:12 114:5 116:9
120:18 121:13
123:25 128:3
143:12 144:3,14
148:1,4 153:11,15
153:16 154:13
166:2 169:16 171:1
177:3,19 180:1,2,8
181:4,24 187:17

203:13,14 216:17
218:1 221:15
223:22 244:20
245:18 262:23
275:5 294:1 300:24
**mechanism's (1)**
214:21
**mechanisms (32)**
14:24 17:25 22:6 42:8
49:15 82:19,20 98:3
106:4,7 131:6
161:13,23 166:22
167:4 168:7,9 175:7
177:20 178:2,12,22
179:9 181:7 185:23
187:4 217:7 245:20
257:22 258:5 263:4
295:23
**mechanistic (33)**
4:10 84:23 98:3
102:18 103:16
104:14 109:16
134:5,8 137:22
144:19,21 145:4,24
162:11 165:5,13,23
166:22 188:7 221:2
221:5,7,11 222:18
222:24 223:10,14
223:20,24 224:5
294:11 295:23
**mechanistics (1)**
48:24
**media (1)**
214:23
**mediate (1)**
142:18
**mediated (9)**
38:24 104:5,10
161:21 174:17,19
184:24 186:14
195:19
**medicine (3)**
257:7 258:13 305:15
**medium (1)**
219:2
**meet (4)**
21:10 22:2 43:19
308:5
**meeting (88)**
3:20 22:13,15,16,18
23:17,20 24:4,7
25:25 26:2 27:24
30:9 32:11 40:13
41:14,15,15,21
42:16 43:2 44:14,15
44:16,18 47:24

48:14 54:19 55:2
56:1,3 57:5,13,15
59:20 62:21 67:2
71:12 75:17 76:5
80:4 83:25 93:6,15
93:20 94:11,13 96:7
98:7 113:1 135:13
136:9,11 143:6,22
144:10,11,18,24,25
145:1 146:20
147:17,19 148:1,16
160:7 162:23 172:7
172:8 188:23
192:20 193:9,10
196:12 223:6
227:18,23 235:16
240:16 242:13
256:5 260:5 278:17
282:14 283:13
284:15 291:4
**meetings (18)**
44:13 45:4 62:23,25
64:13 66:13 75:7,12
75:14,15,19,22 95:9
95:14 143:23 230:1
230:12 281:8
**meets (1)**
42:24
**member (32)**
15:22 18:2 22:22 23:5
23:10 71:10 97:3,11
119:15 148:20
149:12 152:16,18
153:10 154:12,13
158:6 160:5 162:18
164:25 244:4
259:15,18,23
273:25 274:8,12
275:19 276:15
295:22 296:2
299:22
**members (20)**
3:17 26:11,21 73:5
133:24 140:19
164:6,15,19 193:22
220:22 221:20
223:4 243:21,22
265:9 274:3 284:21
293:7 295:25
**memory (1)**
266:18
**Memphis (1)**
257:3
**mentioned (4)**
14:6 70:5 127:3,4
**mentions (2)**

71:19 230:14
**merely (1)**
111:15
**merit (1)**
45:23
**met (27)**
17:21,22 18:7,21,22
22:12 27:18,24 28:4
50:2,10 54:11,18
56:4 59:25 64:6
71:9,11 75:5 95:3
97:23 113:7 165:11
247:24 248:8
284:21,22
**meta (1)**
101:14
**metabolic (3)**
190:20,24 191:6
**metabolism (5)**
14:1 19:5 35:3 38:10
297:20
**metabolites (1)**
15:6
**metabolized (5)**
12:20,21 13:20
191:13,14
**method (5)**
58:13 126:17 165:5
165:12 173:25
**methodological (2)**
89:13 90:19
**methodologies (1)**
307:16
**methodology (33)**
58:11 62:11 76:24
89:7,9,17,20 90:12
98:8 102:24 122:9
122:13,23 123:2
128:16,20 151:4
160:15 162:16,17
166:5 174:3 175:10
179:4,5 214:3
254:10 280:12,14
280:19 305:12,24
305:25
**mic (1)**
171:23
**mice (1)**
16:18
**Michael (1)**
92:18
**micronuclei (7)**
4:19 182:7 200:18
205:22 208:6,13
210:24
**micronucleus (2)**

287:18 288:8
**microphone (2)**
7:10,13
**Microsoft (2)**
237:16,18
**middle (2)**
166:12,12
**Miller (3)**
2:3 6:6 249:4
**mind (5)**
35:8 168:10 218:7
300:1 302:1
**mine (1)**
240:20
**minus (1)**
253:15
**minute (5)**
66:16 98:16 175:16
283:7 297:6
**minutes (8)**
24:13 64:11,16 66:2
92:12 159:5 198:11
297:15
**Mischaracterized (1)**
294:23
**Misrepresents (3)**
280:22,23 299:16
**mission (3)**
218:25 219:13,19
**Mississippi (20)**
1:14,15,15 5:16 13:14
15:18 16:22 131:5
243:7,9 244:9 245:4
245:11 251:4
252:15,16 256:22
273:8 314:4,13
**Misstates (13)**
46:24 51:11,24 53:7
56:19 57:21 94:17
101:18 155:14
156:16 159:21
187:6 295:14
**mixed (4)**
190:2 196:22 198:3
198:20
**MN (3)**
207:12 289:14 290:9
**models (1)**
105:2
**moderate (13)**
49:4 51:4,23 52:10
63:19 87:14,20
172:14 184:13,13
184:15 219:2,16
**moderator (1)**
142:18

modulate (1)
184:23
modules (2)
36:24 37:2
molecular (4)
8:23 12:10 257:22
261:17
molecule (1)
191:8
molecules (1)
265:21
moment (1)
17:17
MOMN (1)
209:24
mon (1)
264:16
monetary (1)
314:18
money (4)
266:6,12,13,14
monkey (1)
232:18
mono (2)
4:9 188:6
monogram (1)
114:14
monograph (83)
18:2 22:8 31:2 52:4
79:16 81:11 85:21
85:25 89:15 102:8
104:8,13 107:11,12
112:4,7 113:14
114:8 123:24 124:6
129:20 132:13
142:1 145:23,25
148:13 151:14
167:9 169:21 170:7
171:14,18 172:20
177:3 180:23
184:18 185:3,11
188:7 189:1 193:18
199:12,13 206:20
207:8 212:19,21,24
213:4,5 230:23
242:13,17 244:23
255:7 262:2 264:17
274:8,18 277:1
280:14,17 281:8,19
284:14,17 285:24
286:3,10 287:14
288:15,19,22
290:17 291:4,14,16
294:4 295:2,19
297:18 299:21
300:2

monographs (7)
123:23 124:1 125:4
126:11 142:19
212:23 255:4
Monsanto (39)
1:5 2:20 6:2,4 7:17,24
8:2 10:17 20:7 22:6
61:5 88:24 235:7
241:2 242:5 246:20
247:14 276:6,8,17
276:21,25 277:14
277:20 278:1,5
281:4 284:3 285:6
285:15,23 286:2
288:12 289:8 291:6
295:9 306:12,24
307:14
Monsanto's (12)
11:8 214:15 280:14
280:18 283:1,4
286:23 287:12,21
291:12 294:2 298:7
Monsanto.com (1)
277:17
month (1)
284:20
months (8)
30:8 32:7 55:25 56:2
56:3 172:7 207:20
207:23
morning (17)
61:1,13,14 64:10 66:2
66:7 136:10 214:11
248:10,15 260:3
261:25 271:4
272:25 283:2
295:10 298:7
mornings (1)
62:16
move (6)
37:11 255:1 268:24
269:24 285:4
311:17
moved (2)
53:17 148:5
moves (1)
38:13
moving (1)
105:24
MSU (4)
2:23 130:25 131:3
239:17
multi-district (1)
247:14
multiple (25)
53:22 72:9 81:1

105:16 109:10
128:24 129:1
141:15 164:2,3
169:22,22 170:11
170:11,12 172:19
176:7 177:12,13
183:1 233:10 236:1
258:4 304:12
307:18
muster (2)
110:2 111:5
mutagenicity (2)
191:1,15
mutation (6)
105:21 168:22 169:5
169:7,10,11
mutations (16)
98:4 106:8,11,14
107:1,3,6 181:1,2,8
181:8,9,10 191:5,11
191:12
mutual (1)
74:4
myeloma (1)
72:9

_____
N
N.W (1)
2:16
Nabors (2)
2:22 5:19
name (10)
5:19 6:5 8:17,18 19:9
33:2 36:1 247:7
291:9 315:2
named (1)
149:4
narrow (1)
272:15
Nathaniel (1)
149:4
national (5)
71:15 92:24 259:17
259:24 276:2
nature (2)
148:19 149:11
NCI (3)
71:11,16 93:2
near (1)
211:8
necessarily (8)
13:1 125:16 179:8
193:22 257:16
280:2 302:11
309:23
necessary (4)

147:22 148:3 176:8
246:24
need (22)
90:12 102:16 106:6
111:13 121:21
142:15 147:15
155:2 176:22
180:25 204:25
205:4,8,12 254:18
256:13 266:9 277:9
279:4 283:6 293:10
305:13
needed (8)
20:12,18 23:24 32:25
43:20 54:12 235:21
243:10
needing (1)
217:9
needs (2)
102:19 169:10
negative (25)
78:9,18,22 79:4,6,10
101:13 102:4 103:5
103:6 107:9,13,16
122:11 123:3,4
129:4,4,13,16,22
130:6,19,24 153:23
negatives (1)
129:24
neoplasm (1)
272:12
neoplasms (3)
270:20,22 272:11
nest (1)
234:18
net (1)
254:4
never (20)
17:22 18:21,22 60:10
147:22,23 148:3
157:1,16 158:21
163:6 217:15
247:24 248:2,5,19
248:21 266:25
278:24 282:19
new (5)
5:21,22 151:16
214:12 249:8
NHL (1)
72:9
night (3)
54:11 60:10,14
nights (1)
60:12
NIH (3)
259:15,16 261:23

nine (2)
251:15 259:11
nino (4)
199:23 200:2,6,17
non-Hodgkin's (3)
78:9,10 101:13
non-peer (1)
300:15
non-published (4)
123:19 254:14,16,19
nonhuman (1)
194:18
Nope (1)
271:2
normal (4)
176:9 265:25 266:1,2
normally (1)
300:14
Northern (2)
1:1 5:12
Nos (1)
25:6
Notary (2)
314:3 315:25
note (1)
80:6
notebook (15)
64:22 65:3,18,22
66:15,16,20,21,24
67:9,13,15 235:15
240:5 241:1
NOTED (1)
1:12
notes (14)
64:21 65:4,11,18 66:9
67:18 68:7 71:17
76:8 77:20,23 78:4
235:15,16
notice (8)
1:5 3:11 10:16,19,25
11:7,8 21:4
noticed (3)
143:11 144:2 247:14
nucleic (3)
180:4 182:8 265:24
number (21)
5:9 9:4 17:14 26:13
26:14,15 42:19 55:4
60:15 112:16 129:7
159:3 174:12 190:7
210:18 211:3
276:14 286:11
298:18,20 304:25
numbered (7)
116:4,5,5 119:9
150:23 253:4 256:8

**numbers (3)**
150:25 151:2 260:24
**numerous (3)**
55:25 272:24 273:14
**nutrient (1)**
184:25
**nutrition (2)**
284:2,3

---

**O**

**oath (3)**
6:13 7:3 314:14
**object (101)**
8:1,4 9:23 14:22 23:8
26:12 31:25 33:6
38:20 41:22 42:6
53:20 54:10,25
55:22 59:9 60:7
61:4 69:22 72:24
73:9 74:6 78:12,24
80:1,12 81:7 82:16
83:7 84:4,12 86:25
87:25 88:20 91:8,25
92:4 99:1,21 100:15
105:13,23 110:21
116:8 117:2,16
118:5 121:10
124:16 126:19
131:4 136:2,21
137:3 144:17
146:12 156:5
159:23 160:24
161:4 167:7 169:6
175:1,12 181:21
183:14 186:4 193:3
199:2 201:7 202:14
204:16,17 208:20
214:17 217:13
219:18 220:6,24
221:22 227:7
229:19 262:4,25
264:10 274:10,21
289:21 291:18
304:7 305:4 306:2
306:15,25 307:20
307:23 308:15,16
309:18,20 310:7
**objected (1)**
299:6
**objection (167)**
8:5 9:12,13,19 15:16
16:7 17:24 19:1
20:6,20 21:20 22:4
23:8 27:20 28:22
29:10,16 30:7 33:25
36:4 37:20 43:10

45:25 46:11,24
50:16 51:11,24 53:7
56:19 57:7,21 58:25
61:25 63:14 65:23
73:17 74:21 75:2,25
76:17 80:21 82:2
90:2 94:1,17 95:11
97:6 98:12 101:18
102:6 103:7 104:12
106:17 108:15
110:9 111:12
112:20 113:8
114:22 115:7
118:17 119:4 120:3
120:21 121:14
122:14 123:8,21
125:5,18 126:9
131:16 132:12
135:20 137:19
138:5 139:13 140:3
140:12 141:21
143:10 144:1
145:17 148:10
151:25 153:22
154:19 155:13
156:16 157:3,18,23
158:14,24 159:21
167:18 169:14
177:1 178:15
179:11 181:12
182:4 183:2 187:6
191:24 194:7
196:10,24 198:6
200:11,21 211:13
212:8,21 213:5,22
215:6,15 216:19
219:4 222:11 228:3
228:14,23 229:11
232:22 233:9
241:22 244:19
261:19 263:18
268:1,15 269:15
270:10 271:13
272:2 275:12 277:2
277:21 278:21
279:17 280:6,21
281:14,21 282:5,17
290:13,22 291:7,25
292:18 293:16
294:22 295:13
296:5 299:4,16
301:15 302:15
308:1 309:20
310:17 311:4,12
**Objections (1)**
152:24

**objective (5)**
110:25 121:6 150:15
150:19 151:3
**objectively (1)**
246:14
**obligation (1)**
9:17
**observe (3)**
190:8 246:5,9
**observed (7)**
67:10 104:9 106:15
207:17 209:13
269:8 288:9
**observer (5)**
276:8,23 278:5 281:4
281:22
**observers (5)**
276:4 281:7 282:4,6,6
**obtain (1)**
14:4
**obtained (3)**
17:3 104:25 206:12
**obviously (3)**
17:15 182:13 204:8
**occur (1)**
202:18
**occurred (1)**
147:22
**occurring (4)**
181:6 192:20 202:17
203:15
**odds (1)**
244:17
**offer (1)**
155:19
**officer (4)**
243:20 283:12 284:10
284:14
**oh (16)**
58:10 69:12,14
134:24 161:17
163:17 176:17
206:8 230:2 239:1
253:21 261:3 266:9
269:4 310:22,24
**okay (438)**
8:16 9:22 11:13,24
16:6,23 17:10,14
18:8 20:15 21:16
24:22 25:5 26:4
28:5 29:13 31:13
34:19 36:1,21 37:6
37:10 38:7,16 39:16
41:5,9,13,20 42:2
42:15 43:7 44:12
46:6 47:9,12 48:15

48:19 49:6,10,23
50:1 51:6,20 52:13
54:2 55:11,14 56:23
58:2,22 60:3,17
63:2,24 64:20 65:3
65:9,13,22 66:9,12
67:12,24 68:6,19
69:6,14,19 70:5
71:6,13,16 72:12,21
73:4,14 74:18 75:11
76:3,13,20 77:1,13
77:14,15,19 78:3,8
78:18 79:15,22 83:3
83:13 84:2 85:9
89:25 91:13 92:16
92:21 93:4,8,14
94:21 96:15,23 97:1
97:3 99:20 102:2
103:22 107:9
108:24 109:12
110:7,18 112:3,14
112:25 115:8,17,25
117:2,15 118:10
119:11,22 120:14
122:21 127:10,16
128:1,15 130:15
131:14,23,25
132:19 133:5,10,15
133:18 134:4,24
137:25 142:5 146:5
146:18,19 148:15
148:18,22 149:3
150:11,13 151:1,11
151:20 153:14
155:5 157:13 160:2
162:7,13,24 163:9
163:15,25 164:9,13
165:10 166:7,11
168:5 169:4 171:15
171:17,24 172:24
173:11 174:13
175:3 180:13,16
182:20 183:17,22
185:1,13,17,19
186:3,15 187:13,25
188:16,24 189:4,14
190:5 191:22 192:2
193:16 196:19
197:19,25 198:10
198:17 200:16,25
201:4 203:6,8,16,25
204:3 205:15
206:10 207:2
209:19 212:15
213:10,13,17 215:9
215:23 216:10,16

217:22 218:6,20
219:23 220:4 221:7
222:6 223:2,11,18
224:2,24 225:4,9,12
225:13,17 226:7,14
226:16 227:13
229:17 230:4,7,9,14
230:15,19,24
231:10 232:2 234:9
234:13,18 235:22
236:9,17,19 237:5
238:16 239:14,20
240:5,21 241:4,19
242:8,23 243:11
245:21,23 247:13
247:24 248:12,18
248:23 249:3,7,11
249:18,22 250:11
250:16,24 251:2,7
251:12,20,24 252:2
252:8,12,24 253:3
253:10,18 254:1,13
254:25 255:14,21
255:24 256:11,20
256:25 257:10,14
257:20 258:1,11,14
258:22 259:14,18
259:23 260:16,19
260:24 261:9,15,24
262:7,13,17,21
264:19,25 265:3,8
265:11 266:4,6,14
266:18 267:8,9,12
267:16 268:10,24
269:21,24 270:6
271:9,11,23 272:16
272:23 273:3,7,12
273:23 274:4,7
275:4,25 276:8,11
276:13,20,24 277:7
277:13 278:4,14
279:3,9,10,13 281:3
282:13 283:2,9,10
283:14,23 284:6,12
284:20,24 285:4,15
285:20 286:7,14,18
286:20 287:1,6,24
288:25,25 289:1,6
289:11 290:7,20,25
291:3,12,23 292:5
292:13,22 293:4,5
294:8,16,19,25
295:1,2,9,24 296:17
297:4 298:2,5,15
299:1,25 300:4
303:7 304:17,24

305:21 306:10
307:12 309:2
311:17
**Once (2)**
158:14 215:15
**ones (3)**
106:8 197:17 238:19
**online (1)**
35:23
**open (3)**
4:2 108:2 243:1
**opening (1)**
42:17
**openly (1)**
218:17
**operable (3)**
105:6 180:2,5
**operate (7)**
100:7 105:10 106:5
187:16 203:13
221:15 241:5
**operates (3)**
104:6,10,21
**operating (2)**
237:12,14
**opine (2)**
232:25 233:3
**opinion (43)**
45:20,24 46:2,7,9,13
97:25,25 98:1
109:24 111:18
138:11 143:14
144:6 152:1,25
153:4,23 154:20
155:14,19,21
156:10 157:4,8,20
157:24 158:15,25
177:2 178:18
181:15 192:17,24
194:3,8,10 199:5
208:9 244:24
282:14 296:15
299:20
**opinions (2)**
172:4 197:23
**opposed (3)**
13:10 43:23 149:21
**oppressed (1)**
246:23
**ORAL (1)**
1:5
**Orange (1)**
2:4
**order (9)**
33:8 105:21 106:3
112:23 114:4 169:9

180:24 201:14
277:10
**organ (1)**
258:1
**organism (3)**
13:24 14:5 191:16
**organisms (1)**
190:15
**organizational (1)**
275:15
**organize (3)**
24:13 162:12 175:7
**organizing (1)**
67:8
**organophosphate (1)**
19:6
**organophosphates (...**
94:10
**organophosphorus ...**
297:21
**organs (1)**
272:15
**origin (1)**
105:8
**original (1)**
11:9
**originally (1)**
29:9
**originating (1)**
223:13
**outcome (5)**
147:25 166:23 167:5
167:16 314:19
**outs (1)**
239:13
**outside (10)**
20:7 22:5 43:21 94:5
97:11 123:22
215:16 244:25
256:20,22
**overall (4)**
75:17 129:10 207:10
265:1
**overview (9)**
3:18 28:12 29:21
31:21 63:25 64:3,5
64:16 70:21
**overviews (1)**
70:24
**oxidated (10)**
59:15 86:14 87:10,15
90:1,4 263:23 264:5
294:20 295:7
**oxidative (55)**
32:12 34:17 39:4,5,9
39:21 44:6 51:15

57:1,13,16 58:14,20
59:7,10,18 83:15
86:4,14,18 104:15
104:20 122:25
123:5 129:1,18
145:7 146:2 172:10
173:17 174:1,6,10
180:12,22 182:22
184:9 185:7 187:3
195:18 216:11,16
216:21 217:4,10
224:5,15,17 264:23
265:13,19,20
275:11,22 295:4

---

**P**

**P (1)**
226:10
**p.m (3)**
136:3,7 313:5
**page (73)**
25:5 70:19 71:17 76:7
76:11,11,12,13 77:2
77:12,13,16,23 78:4
98:22 99:11 103:25
108:12 134:12,21
150:14,16,17,18,22
150:23,23 151:3
164:14 165:1
166:11 168:12
175:3,4,5 176:15
185:12,21,22
186:11 199:13
205:7 209:7,16
225:7,8,15,16
251:12 253:2 255:1
256:11,12,14
258:22 259:8 267:5
267:6 269:3 271:12
273:18,23,24
275:25 276:1
277:11 278:19
286:14,18,21 287:4
287:10 311:21
**pages (13)**
66:9 67:15 70:14,15
70:18 150:22 151:3
175:9 240:9,12
256:1 283:17 314:5
**paid (2)**
266:9,10
**panel (13)**
15:24 22:22 25:8
154:2 255:16,18
259:19,25 262:18
266:7 276:16 296:3

297:23
**panelist (1)**
300:2
**panelists (3)**
57:8 291:4 293:21
**panels (3)**
259:10,12 261:22
**paper (21)**
49:20 90:9,10,20
91:18,18 161:10,12
161:16 164:3,13
208:2 212:19
213:11 240:25,25
286:22 287:7,13,14
288:19
**papers (10)**
51:13,15,17 52:6
58:11 90:6 174:1,2
174:5 261:23
**paragraph (28)**
111:2 118:10 119:1
119:11,12 150:15
151:4,14 166:12
168:20 185:14
186:17,19,22
205:18 206:4,7,22
207:3,10 209:9,17
210:18 281:5
282:14 285:10
289:13 290:4
**paragraphs (4)**
116:4,5,6 119:8
**parathion (4)**
28:23 31:16 71:22
77:5
**parenthesis (1)**
260:19
**part (30)**
15:7 16:14 47:12
59:23 73:6,25 76:15
76:24 85:3 88:2
106:5,22 113:23
117:22 122:9 126:5
130:17 137:21
160:15 164:17
178:10 179:6 181:5
189:11 205:4,15
220:11 275:5,6,9
**participant (3)**
68:18 141:20 276:22
**participants (13)**
4:17 23:15 24:8 26:1
69:4,6 208:24
212:12 242:15
272:23,25 273:4
274:24

**participate (10)**
18:24 19:9,19 20:18
34:3 47:13 141:22
244:11 297:16,17
**participated (5)**
80:25 119:17 229:4
255:3,11
**participating (6)**
44:22 140:22 244:23
266:7 274:7,18
**participation (1)**
17:16
**particular (19)**
13:19 24:9 30:14
38:11 49:5 53:16
83:16 102:8 130:7
138:14 144:25
154:17 155:9
208:16 218:22
227:19 231:2
264:20 297:22
**particularly (1)**
74:20
**partner (2)**
248:13,13
**parts (1)**
14:4
**party (1)**
314:17
**pas (4)**
199:23 200:2,6,17
**pass (1)**
17:16
**password (2)**
33:2 36:2
**pathways (3)**
166:24 167:6,17
**PDF (4)**
237:21 238:6,8,8
**PDFs (6)**
36:20 237:21,25
238:1,4,12
**peep (1)**
108:4
**peer (74)**
32:1,2,4,11,24 39:3
39:13,16,21 45:13
45:19 46:8 50:9,13
56:8 57:12,16,23
58:4,4 59:11,18
162:19 172:11,12
172:15 173:18,20
193:12 194:13
216:12 218:16
231:7,13,23 252:13
252:19 253:1,11,19

253:21 254:3,6,11
254:14,17,22,24
260:14,20 261:1,6
263:2,17 293:8,17
294:21 295:3
300:10,14,17,23
301:3,9,12,21 302:2
303:3,15,16 310:10
310:11,22 311:1
**peer-review (1)**
58:20
**peer-reviewed (1)**
161:8
**peers (2)**
254:7 300:20
**pendency (1)**
244:15
**people (24)**
22:24 27:12,18 31:19
34:8 37:18 41:21
42:16 45:3 117:25
125:12 132:11
137:15 139:25
197:9 203:20 211:7
212:3 215:3,9
233:22 234:4
256:21 275:13
**people's (4)**
24:5 25:16,18 31:23
**percent (13)**
44:1 52:24 60:8,11
158:20 220:8 230:6
252:3,9 257:17
259:8 291:15,20
**percentage (2)**
43:22 44:4
**perception (1)**
244:16
**perfectly (1)**
7:15
**perform (1)**
14:8
**performed (5)**
13:23 16:3 149:12
228:12 309:4
**performing (2)**
227:14 229:9
**period (1)**
207:4
**permanent (4)**
105:21 106:7,11,13
**permethrin (1)**
15:13
**permit (3)**
126:2,3,4
**Perry (1)**

291:1
**Perry's (1)**
291:5
**person (11)**
13:21 27:24 88:21
91:16 111:14
170:17 194:21
195:23 196:2 212:6
246:11
**person's (1)**
143:14
**personal (7)**
236:12,14,15 238:24
239:2,4 299:20
**personally (3)**
18:20 175:24 179:8
**persons (1)**
242:3
**Perspective (2)**
159:13 160:6
**perspectives (2)**
4:6 49:20
**pertained (1)**
67:16
**pertaining (1)**
241:1
**perturbations (1)**
176:8
**pesticide (6)**
4:20 15:6 16:13 98:2
209:24 297:20
**pesticides (9)**
17:12 28:20 43:24
190:2 196:22 198:4
198:21 209:25
297:21
**Petri (2)**
14:18,19
**Pg (1)**
315:5
**Ph.D (5)**
7:1 8:19,20 12:10
249:23
**pharmacokinetic (2)**
171:20 172:1
**pharmacokinetics (1)**
171:21
**pharmacology (1)**
258:15
**pharmicokinetic (2)**
258:15 297:21
**Phillip (1)**
18:12
**phone (2)**
108:2 248:2
**phonetic (2)**

33:8 199:23
**photocopies (1)**
235:17
**photocopying (1)**
240:18
**phrasing (1)**
126:9
**pick (2)**
232:2,3
**picked (1)**
7:12
**piece (8)**
109:20,23 111:3
202:23 262:1,1,14
264:20
**pieces (4)**
202:21,24 203:1
262:2
**pirethrodes (1)**
255:19
**place (11)**
1:14 36:16 59:7
105:17 161:25
165:17 177:10
194:15 234:10
293:5 314:8
**placed (2)**
100:5 314:14
**plaintiffs (6)**
2:12 6:6,9 8:1 10:20
247:9
**plan (4)**
305:12,16,17,18
**planes (1)**
211:9
**planning (1)**
41:15
**plants (1)**
190:14
**please (24)**
5:25 6:13 8:21 12:2
13:15 38:8 50:25
85:1 92:21 99:24
167:2 203:6,8,12
205:6 267:4,5
271:11 283:2,7,7,10
292:25 311:19
**plenary (37)**
60:19,22,25 61:4,12
62:15,19 63:25 64:3
64:4 65:20,25 66:12
70:7 71:18 72:18
80:6,19 81:1,12
84:21 91:3 93:22
135:18,25 136:24
137:5,7 138:21,22

138:25 140:24
144:20 145:11
148:5 226:8 229:3
**plus (1)**
129:2
**point (40)**
9:25 52:14 56:10 58:7
58:7 62:21 64:8
70:7 80:14 81:6,14
83:1,21 105:24
114:11 119:13
144:10 149:6
150:24 156:1
184:17 189:7 194:1
195:3,15 201:20
206:4 217:8 230:2,3
231:20 243:8
244:10,14 287:16
287:16 288:7,14
293:5 305:23
**pointed (1)**
206:19
**points (11)**
139:12 160:25 173:1
182:14 188:20
199:18 203:12
205:25 207:7
215:13 224:18
**poisons (1)**
19:6
**policy (1)**
161:2
**poll (3)**
145:19,22 147:21
**poor (1)**
310:3
**poorly (3)**
309:5,25 310:1
**population (6)**
13:2 202:4,10 203:5
203:10,19
**populations (2)**
202:15 203:15
**Portier (27)**
17:21 18:1,6 22:3,8
23:3,9 27:6 29:14
44:24 45:7,12 46:2
46:6 116:1,2,21
117:3,20 140:21
142:5 148:15 164:5
229:9,12,15 273:14
**Portier's (6)**
25:17 116:6 118:3,25
119:5 273:18
**portion (4)**
5:25 201:10 221:9

285:5
**pose (1)**
119:19
**position (5)**
120:24 143:6 196:20
198:2 242:10
**positive (14)**
79:11 107:13 129:11
129:22 130:10,24
153:24 183:10
190:12 199:20
200:4 267:22
268:13 269:7
**positives (1)**
129:23
**possession (1)**
244:3
**possible (5)**
151:21 196:16 209:11
228:6,6
**possibly (2)**
244:17 280:15
**post (4)**
10:8 170:23 214:15
258:24
**postdated (1)**
299:7
**potential (5)**
23:24 134:3 180:21
272:12 273:19
**Powerpoint (1)**
160:10
**practice (2)**
305:1,16
**practices (7)**
303:21,22 312:2,6,12
312:13,22
**preamble (63)**
3:21 47:5,7,16,22
48:6,10 51:5 61:17
62:10,13 98:6,21,24
100:9 103:22 120:1
120:9,12 122:17
123:10,13,14 134:8
137:21 140:7 150:9
150:11,12,14
151:12 155:8,15
156:7 179:5 215:20
216:7 223:9,13,16
223:17 264:16
266:16,25 267:5
268:20,23 269:7,23
270:17 271:21
272:17 292:23
293:6,12,20 294:6
294:11,13 311:18

311:20 312:1,24
**precluded (1)**
210:20
**prelimical (3)**
109:19,23 111:3
**preliminary (4)**
72:6 80:4,5 85:16
**preparation (2)**
47:12 253:7
**prepare (2)**
31:14 160:12
**prepared (6)**
30:19 188:13,14
242:11 281:11
282:3
**preparing (1)**
32:19
**prescribed (5)**
128:21 304:19 307:3
307:7,17
**prescriptions (1)**
311:14
**presence (5)**
102:4 103:5 182:24
190:20 191:13
**present (14)**
2:22 8:5 62:24 63:5
75:12,19,21 85:18
137:13,15 139:20
168:1 229:25
230:22
**presentation (2)**
76:16 160:11
**presentations (3)**
15:25 256:5,7
**presented (19)**
23:16 45:14 61:17,21
77:5 83:24 85:16
89:8 101:9 102:7
104:7 167:23 172:9
172:16,17 175:10
175:13 211:18
262:18
**presenting (4)**
63:7 68:11 72:14 89:3
**presents (1)**
231:7
**PRESIDENT'S (1)**
1:15
**press (5)**
95:22 162:23 214:6,8
214:19
**pressure (3)**
110:1,8 111:4
**prestigious (3)**
297:25 301:7,11

**presumably (3)**
10:10 135:2 173:8
**presume (5)**
10:22 75:23 76:3
223:7 306:16
**pretty (5)**
34:11 52:21 194:24
239:23 301:9
**previous (1)**
62:22
**previously (5)**
11:17 101:11 149:5
233:21 271:14
**primarily (6)**
12:13 219:10 220:18
241:5,7 260:14
**primary (2)**
14:11 16:19
**principal (1)**
92:23
**print (3)**
239:13 241:6,8
**prior (21)**
56:1 57:5,13,15,19
58:23 59:16 70:9
93:12 202:1 252:15
263:19 269:18
270:13 280:22
294:21 295:1,2
305:16,17,18
**priority (2)**
285:12,16
**privy (4)**
80:15 97:2 135:11
139:2
**probable (2)**
265:6 299:14
**probably (4)**
58:17 156:19 181:16
261:17
**problem (2)**
279:7,9
**procedural (1)**
294:18
**procedure (16)**
120:23 122:22 155:7
160:15 161:6,9
168:3 175:17,22
293:6,7,12,24 294:3
294:6 302:13
**procedures (5)**
116:18 120:8 121:4
294:17,17
**proceed (1)**
8:9
**proceeding (1)**

7:11
**proceedings (1)**
64:21
**process (22)**
32:19 34:24 37:7 50:9
58:20 66:17 67:25
69:21 161:14
162:16 172:15
195:3 214:22
234:21 235:24
246:23 301:9,13
302:12,13 304:6
305:23
**processes (5)**
14:1 70:21 223:24
224:6 301:3
**produce (10)**
10:21 40:16 106:15
176:24,24 177:21
181:10 234:22
266:1 308:25
**produced (20)**
21:3 26:9 33:19 40:14
40:17,19 64:22,23
105:18 108:16
119:10 181:7
220:11,14 222:2,3
265:25 289:8
302:10 308:12
**producing (1)**
11:10
**product (5)**
5:11 30:19,22 36:5
284:2
**production (7)**
10:6 21:5 26:14 66:19
116:23 220:11
243:2
**productive (1)**
292:16
**products (5)**
1:3 306:17,23 307:15
308:5
**professional (1)**
256:15
**professor (3)**
251:4 258:20 259:1
**profiles (1)**
86:10
**program (1)**
237:5
**progress (6)**
62:16,18,21 64:9
68:13 81:2
**progression (2)**
161:15 182:14

**Project (1)**
214:15
**projects (2)**
256:1,2
**prokaryotic (1)**
191:16
**proliferation (6)**
38:24 161:21 169:12
184:25 186:18
195:19
**prominent (4)**
93:15 94:12,14,23
**promoting (1)**
272:14
**pronounce (2)**
27:1 108:8
**pronounced (2)**
21:8 92:19
**proper (1)**
282:20
**properties (1)**
166:20
**property (1)**
33:9
**proposal (2)**
147:21 167:22
**propose (3)**
137:23 147:15 162:1
**proposed (1)**
166:4
**proposes (1)**
162:8
**proposing (2)**
99:4 147:17
**prospective (1)**
287:2
**protection (1)**
284:2
**protective (1)**
277:10
**proteins (1)**
265:23
**protocols (1)**
271:1
**provide (10)**
11:17 32:16 40:19
49:2,3 77:20 235:21
239:8 285:1 312:7
**provided (26)**
25:11 41:1 48:20
67:13,20,22 88:15
92:17 108:16
115:25 117:10
121:23 130:17
135:1 188:5,5,6
189:12 235:18,18

236:6,8 244:8
249:18 253:25
286:3
**provides (1)**
47:25
**providing (2)**
40:1 90:11
**PTO (1)**
7:24
**public (8)**
34:22 137:13 253:1
293:8,17,23 314:3
315:25
**publication (11)**
50:9,21 79:7 110:2
111:5 160:21 161:1
162:7 165:20
253:19,25
**publications (6)**
19:6 89:2 111:8
252:13,14,19
**publicly (17)**
30:16 34:23 87:12
88:4 90:17 101:5
120:13 123:15
124:25 126:25
128:13,19 130:13
130:18 179:14
263:3 277:9
**publish (2)**
253:23 300:22
**published (45)**
30:14,15 34:22 49:21
49:24 50:1,12,19
87:22 88:3 89:4,20
97:5,9,19 101:11
109:5 113:25 122:6
124:13 161:8,12,17
162:19 166:1
218:17 242:17
254:1 263:17
287:25 288:19
293:13,22 294:4,7
294:15 298:13
301:8,13 302:11,18
303:3,3,11,14
**publishing (1)**
89:9
**pull (4)**
235:11 283:1 292:25
311:19
**pulled (3)**
67:12,14 174:2
**pulling (2)**
262:1,2
**pure (2)**

115:1 232:25
**purported (1)**
228:21
**purpose (5)**
45:15 47:16 214:20
221:19 223:3
**purposes (3)**
66:22 88:16 304:1
**pursuant (2)**
33:10 122:17
**put (21)**
10:2 39:21 55:25 95:3
95:4 101:14 108:14
110:3 148:4 156:7
174:12,22 219:1,13
244:17 266:24
272:16 279:25
287:2 290:25
301:24
**puts (1)**
120:23
**putting (7)**
9:5 10:23 28:10,10
117:21 161:7
208:15

**Q**

**qualifications (1)**
8:25
**qualified (5)**
45:23 46:8 171:3,8
297:23
**qualitative (4)**
49:3 51:2,3 145:5
**qualities (1)**
301:3
**quality (8)**
254:5 300:24 302:7
308:9,22 310:2,13
311:10
**quarters (1)**
273:8
**question (69)**
9:10,15,16 21:24
33:14 47:18 55:23
56:12,21 58:3 61:9
61:9 98:10 102:23
109:4 112:25 113:3
114:25 119:22
120:25 121:25
122:19 128:16,23
129:9 138:1 145:9
146:15,19 152:6
154:11 155:3
157:19 159:3
160:24 163:23

171:5 178:15 181:3
181:13,20 183:25
191:7 193:20 205:5
205:11 217:1
218:12 221:16
222:14 223:2,21
228:8 263:12
279:20 280:3,6
281:23,24 282:1
288:16 289:21
292:2,24 295:1
307:1 308:19
311:13 312:18
**questioning (6)**
92:1 116:16 143:16
154:22 204:17
227:8
**questions (49)**
8:4,25 9:8,8,18 10:24
17:15 23:9 33:7
42:7 61:4 66:17
117:16 118:5,18
126:21 142:25
143:24 144:5,7
148:18 152:14
171:9,17 196:25
204:19,22 214:18
221:10,12 222:23
223:5,12,21 235:23
246:16,19 268:5
272:8,17 278:22
279:21 280:20
292:23 299:9 300:4
300:10 313:2
314:15
**quick (3)**
249:12 271:23 297:7
**quickly (4)**
28:19 183:24 226:10
249:14
**quite (3)**
142:15 226:2 309:9
**quote (2)**
232:17 281:6
**quoted (1)**
213:18
**quotes (1)**
110:3

**R**

**R-A-R (1)**
118:12
**Railroad (1)**
2:4
**raised (3)**
43:20 145:10 288:8

**Ramazzini (11)**
163:3,4,6,10,11,13,17
164:6,7,10,11
**ran (1)**
239:7
**range (5)**
240:7,9,13,16 272:15
**rapitor (1)**
160:7
**RAR (1)**
118:11
**rarities (1)**
231:20
**rate (2)**
210:6 288:10
**rates (2)**
206:17 210:10
**rationale (4)**
85:20 145:25 146:3
267:7
**reach (2)**
106:3 180:7
**reaching (1)**
88:18
**reactive (2)**
191:8 265:22
**read (62)**
7:5 33:20 37:18 40:6
47:4,8,9 48:12,15
119:20 146:17
165:8 166:25
168:10 172:21,24
173:8,23 174:6,8,10
174:15,24 175:16
176:11 187:7
190:10,16 203:22
204:7,10,20,25
205:4,9 212:4,4,9
212:13,17 215:4
220:7,13,18 222:11
226:12 267:25
269:14,21 270:8,16
271:1,11 279:4,6,20
290:1,4,7 296:18
312:3 315:5
**reading (9)**
40:1 54:20 58:6
118:11 134:20
176:14 271:17
287:12 288:2
**reads (2)**
119:12 315:5
**ready (3)**
225:9 279:11 283:8
**real (7)**
203:18,21 249:13

271:23 297:6
310:16,19
**really (10)**
95:25 139:15 157:11
167:14 196:16
216:8 234:1 241:23
249:12 304:22
**reanalyses (2)**
141:18,24
**reanalysis (1)**
45:22
**reason (4)**
89:6 126:12 278:1
315:5
**reasonable (1)**
269:13
**reasons (1)**
244:1
**reassured (1)**
245:7
**recalculated (1)**
228:2
**recall (102)**
19:17,25 21:12,13,15
24:6 25:20,23 34:1
34:16,17 36:10,10
36:19,20 37:1 39:7
39:12,15,16 40:8
50:11 55:1,3 62:6
63:7 66:6,11 69:17
70:4,10,20 71:3
72:13 74:23 75:3
78:17 79:13,14 80:2
82:10,11,25 83:2
88:19,21 95:16
96:22,23 98:15
117:8,14,18,20
118:19 120:4
136:13 137:9
139:10,15 140:14
140:15,16 141:9
142:8,9,14,16
143:18 144:7
148:12,17 183:18
184:16 189:16,16
192:10,14 198:1
200:5,10,14,16,23
200:24 214:9
221:19 223:3
228:11,18 229:2
230:10 233:12,19
234:12 239:10,12
240:12,14,15
245:23 278:9
**recalls (1)**
142:12

**recapitulation (1)**
220:19
**receive (5)**
24:5 30:5 97:14,17
239:3
**received (20)**
12:8,10 19:20 26:19
30:9 40:23,24 41:6
133:24 160:9,16,19
242:8 243:3,24
251:13,16,22
276:16 285:8
**receiving (5)**
21:13,14 25:20,23
32:21
**receptor (7)**
38:23 161:21 174:17
174:19 184:23
186:13 195:19
**recess (10)**
24:16 52:17 107:21
159:7 198:13
234:15 242:20
247:4 297:9 300:6
**recognize (2)**
116:23 117:6
**recognized (1)**
295:4
**recollection (2)**
78:15 196:20
**recollections (1)**
249:1
**recommendation (2)**
145:14,18 216:18,23
**record (35)**
7:6 8:5 10:3 24:15,19
37:21 46:25 52:15
52:18 53:8 107:20
107:22 108:2,15
156:17 159:6,10
187:7 198:12,14
234:14,16 242:19
242:21,24 243:1
247:3,5 271:12
297:8,12 299:17
300:5,7 313:4
**records (1)**
101:2
**recovery (2)**
207:4 210:7
**recruited (1)**
210:19
**rectangles (2)**
221:3 222:16
**recycle (1)**
241:11

**reduced (1)**
314:9
**redundant (1)**
236:6
**reference (1)**
226:23
**referenced (3)**
272:24 273:20 298:7
**references (1)**
261:12
**referred (2)**
150:8 267:13
**referring (7)**
44:14 87:22 177:12
177:15 197:18
227:24 246:6
**refers (3)**
11:1 12:24 265:20
**refresh (1)**
204:21
**regard (33)**
15:2 30:6 32:8 37:15
57:5 68:13 74:13,15
78:22 94:23 96:12
96:16 109:18 128:3
129:18 135:6
138:14 139:23
146:22 154:15
172:18 179:20,22
186:22 196:23
198:1 219:3 221:2,7
228:2,13 234:5
306:13
**regarding (22)**
30:17,24 33:16 67:21
74:8 79:6 82:5
85:14 91:18 96:5,9
119:13 137:10
138:12 165:6 214:6
214:18,19 233:13
264:11 271:14
272:9
**Regardless (1)**
253:18
**regimented (1)**
304:19
**region (1)**
209:24
**regions (4)**
206:15,18 209:25
288:11
**registered (2)**
306:17 308:5
**registrants (1)**
307:14
**registration (7)**

88:13,16,17 126:2
127:2 306:24
309:13
**regular (1)**
258:19
**regulated (4)**
111:25 306:13,18
307:16
**regulation (1)**
307:23
**regulations (4)**
304:20,25 305:11
309:22
**regulator (2)**
309:15,19
**regulatories (1)**
113:11
**regulators (3)**
120:20 306:21 307:18
**regulatory (12)**
112:17 113:5,16,20
114:9 156:2,3
191:18 307:2,13
308:2,10
**reimbursement (1)**
276:16
**rejected (1)**
91:6
**relate (2)**
72:3,5
**related (9)**
15:12 35:1 51:13
57:24 242:16
255:20 262:8
291:23 314:17
**relates (5)**
1:7 38:9 70:11 167:17
227:10
**relating (2)**
227:9 244:3
**relationship (4)**
93:12 183:12 213:19
270:18
**relative (1)**
101:15
**release (1)**
244:2
**released (1)**
279:15
**relevance (6)**
35:13,15 102:2
218:22 278:25
293:16
**relevancy (1)**
111:9
**relevant (19)**

35:11 65:8 67:12,15
109:15 110:2,3
131:17 176:2
181:10 221:5,8,12
222:19,24,24 240:7
282:18 294:11
**relevant' (1)**
111:5
**relied (1)**
296:19
**relies (1)**
309:19
**rely (2)**
296:10 312:10
**relying (1)**
202:21
**remarks (3)**
3:22 65:20 68:14
**remember (38)**
21:14 24:10 39:18
41:25 64:18 68:16
69:15,17 70:25
75:10 80:20 91:3
96:22 118:7 140:10
183:24 184:14
185:4 193:21,23,25
194:4 228:4,9,16
230:3 234:11
237:13 238:5
240:18,18 248:15
248:16,17 271:7
286:24 291:17,21
**repair (4)**
161:22 184:21 186:1
195:17
**repaired (2)**
181:9 207:25
**repairs/cause (1)**
185:18
**repeat (5)**
33:14 47:18 50:25
56:21 61:9
**rephrase (4)**
69:24 216:7 292:2,5
**rephrased (1)**
181:19
**report (17)**
62:17,19,21,22 63:9
63:11,16 75:6 78:4
78:8 79:18,19 81:16
158:16 291:5,10
295:21
**reported (7)**
1:19 80:18 83:1
136:16,18 199:20
200:4

**reporter (6)**
3:7 5:22 6:12 205:20
314:1,2
**reporting (5)**
5:20,23 69:20 132:11
276:25
**reports (6)**
64:9 68:13 81:2
142:23 210:2
214:11
**represent (1)**
277:25
**representative (1)**
275:14
**representatives (1)**
276:2
**representing (7)**
6:2,4,6,9,10 126:13
247:9
**request (12)**
21:5 41:2 61:6 64:25
66:18 67:14 116:8
204:18 243:1,2,21
244:1
**requested (7)**
7:17,20 8:4 20:7 42:8
97:11 215:17
**requests (3)**
244:16 246:21 285:7
**require (1)**
305:11
**required (1)**
132:9
**requirements (3)**
20:17 306:9 308:4
**requires (2)**
294:6 311:14
**research (18)**
12:13,15,17,23,24
13:3 15:14,17 17:5
26:10 101:3 170:23
252:3,5 256:1,2
257:3 297:19
**researcher (1)**
16:19
**researching (1)**
252:10
**reservation (1)**
244:23
**reserve (1)**
246:17
**residents (1)**
199:18
**residues (2)**
16:14 98:2
**resign (1)**

245:5
**respect (2)**
121:17 246:3
**respectively (1)**
250:5
**respiration (1)**
266:1
**respond (7)**
21:11 66:18 133:7
181:14 235:4
281:11 282:3
**responded (3)**
11:10 108:24 235:1
**responding (6)**
21:15 58:7 117:23
133:5,6 232:8
**responds (1)**
284:25
**response (31)**
4:1 21:4 27:3 28:3
30:12 41:1 64:25
90:3 99:12 116:1
118:2,2 163:1
166:16 170:10
171:16 186:21
188:2 190:17
199:21 210:4
216:24 221:18
230:18 240:8
242:25 244:6
248:24 259:6
267:20 303:24
**responses (1)**
117:21
**responsibility (6)**
29:25 31:4 47:1 73:10
169:17 172:8
**responsible (14)**
30:3 38:17 57:11,12
89:24 90:24 169:24
170:5 173:5 219:10
238:22 283:12
284:10,14
**responsive (1)**
238:21
**rest (5)**
59:6 220:17 246:17
257:15,16
**restate (1)**
294:25
**restricted (2)**
272:7,13
**result (3)**
79:4,6 247:10
**resulted (1)**
228:20

**resulting (1)**
191:5
**results (6)**
191:4 206:11,12
207:11 289:13
290:9
**retain (1)**
242:15
**retired (1)**
27:9
**retiring (1)**
93:2
**revealing (1)**
35:15
**review (72)**
4:19 28:19 29:25
30:17,23 31:10 32:1
32:2,4 34:4 39:5,13
39:17,21 40:3 43:24
45:13 47:16,22,25
50:9 56:8 58:5 59:1
59:18 62:12 89:19
91:18 98:6 112:18
113:16,24 120:17
148:20 149:17
156:24 160:17
171:3 173:18,20
193:13 194:13
215:14 216:12
252:13,19 253:1,9
253:11,21 254:3,6
254:11 259:9,12,19
260:8 261:23 266:8
294:21 295:3
300:11 301:3,9,12
301:21 302:2,12
303:15,16 304:18
311:1
**reviewed (33)**
29:3 32:11 38:22 48:7
50:14 52:22 59:11
89:5 98:23 119:24
119:24 120:19
162:19 208:24
218:17 253:20
254:14,17,23,24
260:20,22 261:1,6
263:3,17 293:8,17
300:14,15,17 303:3
310:11
**reviewer (4)**
45:19 172:11,12
260:15
**reviewers (3)**
90:18 254:7 310:11
**reviewing (11)**

32:9 39:3 57:12,16
113:21 172:15
241:13 254:8,8
261:15 310:22
**reviews (7)**
32:24 57:23 112:17
113:6,24 300:21,23
**right (240)**
11:19 15:23 16:24
20:23 22:20 24:12
25:9 27:2,9 28:14
31:17,20 35:12,24
36:18 37:19 38:18
40:15 41:3,7,11
42:5 43:9 44:12
45:7 48:17 49:13
50:14 51:23 52:9,11
52:15,25 53:12
55:15 56:18 57:6,20
59:8,16 61:2,23
63:22 64:17,25
65:19 66:10 67:3,16
68:9 72:10,11 74:5
76:24 77:17 78:1,11
80:19 81:17 85:24
86:11,15 93:7,16
95:5 96:1 97:18
99:18 100:8,13
103:14 105:12,18
107:7 108:8 109:2
110:16 112:10,19
114:1 116:23
119:12 121:20
123:13 126:23
127:1,7,24 128:8
129:19,25,25
130:25 132:25
133:3,16 134:17
135:4,19 136:14,24
138:15,24 144:16
147:1,4,8,9 148:6
149:8,13,18,22
150:2,6 151:18
152:13 153:12
154:8 156:15
159:19 160:18,22
162:10 164:18
165:1,8 166:25
168:18 169:4,25
170:9 172:5 174:24
176:11 181:18
185:5 186:8 187:20
188:10,21 189:2,19
190:10,16,21
191:14,20 192:2
194:23 196:9

197:23 199:13,20
199:24 204:6
205:24 207:23
208:1 209:21
210:21 216:14
218:20 222:25
224:19,20 226:18
226:19 233:24
237:4,21 239:20
240:11 245:18
249:21 250:21
251:10,25 252:11
252:16,20 253:17
255:8 256:9,24
257:5,8,9,13,18,19
257:25 258:3,9,10
258:17,20,21 259:1
259:2,4,12,21,25
260:13 267:7 269:1
272:1,18 273:5,10
273:15,21 279:16
280:2 283:3 284:22
285:18 286:4 287:3
288:2,13 290:8
294:8,21 295:3,12
295:25 296:13,16
297:14 298:16
300:15 301:1
302:23 303:17
305:19 310:6
311:11 312:23
**right-hand (5)**
199:14 205:17 206:7
206:8 209:16
**rigor (5)**
246:11,13 301:4
302:2 308:9
**rigorous (3)**
246:11 304:5,8
**ring (1)**
163:18
**risk (27)**
101:16 149:21 150:4
150:6 151:7,20,22
152:3,4,7,11 153:1
153:6 154:22
155:18 156:1,3,7,8
157:10 158:10,18
167:17 178:17,20
181:16 309:16
**risks (3)**
151:15,17 155:1
**rodent (2)**
95:24 192:13
**rodents (4)**
189:25 192:6 193:1

194:3
**role (11)**
93:9,15 94:12,14,23
97:10 103:4 142:19
153:7 190:24 284:8
**room (3)**
248:9 250:19,22
**Ross (36)**
1:6,10 5:8,10 6:11 7:1
7:25 8:3,13,18
24:22 40:12 52:20
54:11 57:7 92:16
94:1 108:6,17
167:10 194:8
196:25 201:10
204:20 205:8
213:22 222:8
232:23 247:7 273:8
282:8 291:19
295:11 296:14,14
314:6
**Ross's (3)**
7:18 268:17 296:6
**roughly (3)**
58:21 64:18 260:22
**Roundup (3)**
1:3 5:11 200:19
**RPR (1)**
1:19
**rubbing (1)**
72:21
**rubric (7)**
48:1,20,23 51:9 134:7
137:21 147:13
**rudely (1)**
281:8
**rule (4)**
106:25 124:12 125:16
305:19
**ruled (2)**
211:11 269:12
**rules (8)**
20:2 120:15,16 126:1
126:1,10,14 130:3
**run (7)**
16:11,16 47:24
183:23 184:5 237:5
238:13
**runs (1)**
231:7
**Rusyn (43)**
18:18 26:24 32:15
44:21,22 63:11
74:18,22,25 75:6,20
76:16 108:7,24
109:13,18,25

110:14,17 111:20
132:24 133:8,10
137:6,12,17 140:21
141:4 142:23 143:5
143:23 145:2
146:21 204:12
212:5 220:11,22
221:20 223:3 225:2
245:25 246:3,9
**Rusyn's (2)**
133:19 145:14

**S**

**safeguard (1)**
254:18
**safety (2)**
254:4 306:23
**salmonella (1)**
191:2
**samples (4)**
15:5 16:13 17:3
208:10
**sampling (1)**
206:12
**San (2)**
247:15,18
**sarcastic (5)**
110:18,23,24 111:11
111:13
**satisfied (1)**
210:3
**saw (6)**
71:17 207:17 225:25
226:4 242:9 255:14
**saying (10)**
33:8 99:22 118:13,24
124:12 146:8 149:5
213:18 263:25
294:9
**says (60)**
25:6 44:17 48:8 69:4
71:19 72:8 76:8
89:15 100:9 110:22
118:1 123:14
135:12,14 137:25
142:23 151:12,13
164:14 165:3
168:24 169:1 176:5
178:16 186:5
189:23 190:4
198:18 199:16
200:3 206:22 207:1
207:10 210:12,14
210:22 225:19
226:9 232:10,12
243:25 252:3

259:14 275:13
281:5 282:14
283:16 284:25
285:9 287:17
289:13 290:8 293:6
293:12,21 294:17
312:12,14,21,25
**scan (1)**
238:2
**Scanned (1)**
235:17
**scheduled (1)**
64:11
**science (14)**
12:8 13:4 120:17
249:25 254:14,16
300:13,13 302:14
302:17 306:13
308:25 309:8
310:10
**sciences (2)**
251:8 257:11
**scientific (17)**
16:1,3 45:23 72:23
73:5,15 96:7 140:6
149:17 193:15
201:13 214:3
254:12 255:16
285:1 297:2 298:3
**scientist (12)**
74:3,4 120:17 121:5
172:12 194:11
246:4,12 253:22
304:1 309:4 311:3
**scientist's (1)**
144:5
**scientists (8)**
13:14 74:8 89:10
101:5 140:25
215:10,11 302:10
**scope (52)**
20:7 22:5 28:22 94:5
100:16 102:11
105:24 111:16
112:21,23 113:9
114:3 123:22
124:16 125:6,19
126:17 127:14,19
131:4,17 143:10
144:2 145:17
148:10 150:15,20
151:3 156:24
159:24 178:19
183:2 215:16
241:23 244:19,25
268:1,7,8,16 269:16

270:11 271:14
277:22 279:1,25
282:19 290:14
291:8 299:7,19
307:1
**screen (1)**
10:4
**screening (3)**
162:2,9 191:19
**scroll (1)**
252:2
**scrubbed (1)**
235:20
**seal (1)**
314:20
**search (7)**
187:19 237:7,10,14
237:16 239:21,24
**searchable (2)**
237:24 238:2
**searched (2)**
237:2 248:23
**searches (7)**
235:5,6,10 237:6
238:9,13 239:7
**second (25)**
46:8 76:7,12,13
118:14 133:15
144:11 145:2
146:21 150:23
165:2 200:6,19
206:12 209:7,8,17
210:17 223:20,21
225:8,16 277:11
281:5 311:22
**Secondly (1)**
7:17
**section (27)**
31:1 32:11,17 39:22
72:13 145:24
164:14 170:1,8
171:22 172:1
173:17 188:9,12,15
189:15 194:22
195:5 197:1 198:18
204:9 205:16,16
212:6 216:12 267:6
294:12
**sections (16)**
31:5,15,20 32:2,3,9
37:16 38:17 47:2
169:22,23 171:20
172:2 173:2 195:9
261:23
**see (59)**
12:6 15:4 25:17 31:7

31:23 32:10 36:24
37:2 59:24 69:10,15
70:13 85:10 90:12
99:13 108:12,22
118:2,16,22,23
119:2,8 128:7
134:19 135:21
137:6 143:3 166:14
175:17 178:8 182:1
206:10 221:2,17,23
221:24,24 230:22
235:24 243:7
260:24 271:9,10
276:18 277:16
281:12 283:24,25
284:3,18 285:2,13
287:3 290:8,12,18
290:18 312:3
**seeing (5)**
37:1 145:15 163:21
202:16 214:9
**seeking (1)**
242:5
**seen (17)**
10:22 11:2,6,7,8,9
67:4 128:3 214:11
214:14,18 216:2,5,8
226:1 278:24
282:20
**selected (1)**
29:3
**selection (1)**
67:25
**self (1)**
38:24
**self-explanatory (1)**
288:18
**self-reported (1)**
206:23
**send (2)**
68:1 239:3
**sending (10)**
32:20,20 216:14
235:1 244:5 246:21
284:7,13,16 286:5
**sense (1)**
53:18
**sent (20)**
93:4 116:2 117:7
133:21,23 134:17
220:22 221:20,24
221:25 222:8 223:3
234:21 240:10
242:9,25,25 243:13
248:14 285:11
**sentence (15)**

165:3 167:15,16
168:21 176:4,6,17
176:19 206:6,21
207:9,9 209:8,18
210:17
**September (1)**
234:23
**series (2)**
180:25 235:22
**serve (3)**
245:13,17 297:23
**served (2)**
245:19 255:18
**server (3)**
32:22,22,25
**serves (1)**
236:19
**service (5)**
252:6 259:7 261:10
261:11,11
**serving (1)**
275:14
**session (36)**
42:17 60:9,22,25
61:12,18,24 63:25
64:3,4,15 65:19,24
66:2,3 70:8,20
71:18 80:6,19 81:12
136:1 137:5,7,13,14
138:21,22 139:1
140:24 144:20
145:11 148:5 226:8
230:7 259:16
**sessions (22)**
42:20,22 43:7,12,17
44:7 54:6 60:19,20
61:4 62:15,19 63:21
65:25 72:19 81:1
83:5 93:22 135:18
136:24 139:6 229:3
**set (19)**
53:16 62:13 87:7
89:20 120:8 130:20
167:12 179:5
180:23 223:21
269:16 279:1,25
282:19 290:14
293:7 305:25
306:21 307:16
**sets (3)**
130:14,15 176:7
**setting (2)**
159:17 297:2
**seven (8)**
55:7 101:8 110:4
111:7 142:11

251:15 256:16
259:11
**sexes (1)**
312:4
**shaking (1)**
163:16
**Shapiro (1)**
225:4
**share (2)**
36:16 78:5
**sharing (2)**
36:19 59:17
**sheep (1)**
232:17
**SHEET (1)**
315:1
**Shimada (3)**
2:14 6:3,3
**short (10)**
24:16 52:17 64:12
159:7 198:13
234:15 242:20
247:4 297:9 300:6
**shoulders (1)**
72:22
**show (14)**
43:11 86:14,18
103:23 104:20
128:25 129:1
148:21 166:20
170:14 210:5
280:17 287:1
295:11
**showed (14)**
24:11 56:24 79:12
105:7,8,9 107:12
170:13 201:22
206:14 213:19
248:12 289:14
290:9
**showing (12)**
38:17 39:1,4 57:20
58:23 59:8,16 129:8
143:2,17 224:4
265:12
**shown (4)**
26:2 114:20 115:5
240:13
**shows (4)**
41:9 103:23 117:4
122:4
**sic (1)**
126:20
**side (4)**
140:11 142:13,21
180:21

sign (6)
23:22 24:1 117:22
164:4,6 277:10
signal (2)
128:25 129:2
signatories (1)
164:3
signatory (2)
112:15 113:4
signature (4)
283:17,25 314:20
315:21
signed (1)
113:24
significance (9)
46:16 86:3 170:18,20
171:10 202:6
203:12 228:21
253:19
significant (11)
46:17 73:1 143:2,17
206:14,22 210:24
211:2,4 289:14
290:9
significantly (1)
151:18
similar (2)
167:12 272:7
similarly (1)
265:11
simple (1)
13:16
simpler (1)
47:20
simply (1)
36:11
single (9)
90:6 174:8 296:18
300:25 309:19
312:5,10,14,15
sir (152)
9:20 10:18,23 11:3,25
12:13 16:10 17:17
22:3 26:9,21 28:16
29:2,20 30:20 33:13
35:5 40:5 42:13,17
45:9 47:19 48:7
56:6 59:13 61:11
62:13 68:7 69:19
70:13 71:18 76:6,8
79:17 80:8 82:23
83:12,20 85:22 86:7
87:6 90:7 91:21,23
94:7 100:19 102:13
106:3 107:17
109:10 113:3,18

115:19,25 116:21
117:6 118:1,16,22
118:24 119:8,22
122:19 124:4,9,20
125:25 128:1,23
132:19,23 135:16
136:7,24 137:12
139:9 141:11 143:3
144:10 146:16,19
146:20 148:18
149:3 150:12,14
152:9,17 154:12
155:8 157:13 158:6
160:2 161:6 162:15
162:25 163:15
164:2 165:2,25
169:20 170:4 173:4
175:3 176:15 177:8
179:2 180:6,14,18
181:23 185:11
188:4 189:8 193:23
195:11 198:17
199:12,15 201:16
202:24 204:7 205:3
205:7 206:9 217:3
218:20 219:21
220:10 222:16
224:10,24 225:10
240:23 241:18
242:2,6 243:23
245:16 246:16
247:2 300:9 301:2
306:7,11 309:7
310:21,23 311:21
313:1
sit (7)
22:23 171:5 255:15
259:19 260:9,12
299:1
sitting (3)
72:18 140:9 201:11
situation (1)
203:21
situations (1)
266:2
six (8)
30:8 56:2,3 172:6
243:20 251:14
256:16 259:11
sixteen (1)
260:25
sixty-nine (1)
256:6
skill (1)
314:10

slightly (1)
228:8
small (3)
109:14 207:13 210:19
smaller (2)
209:23 210:18
smallness (1)
222:4
Smith (2)
165:1 175:4
smoke (1)
177:25
socially (1)
72:22
software (1)
36:12
solely (1)
57:19
Solomon (1)
213:10
somebody's (1)
196:5
someone's (1)
196:6
Sorahan (6)
276:5,11 278:5,15,19
281:3
sorry (28)
12:24 16:25 28:9,12
40:18 49:8 59:3
63:6 76:11 82:18
120:1 134:18
135:22 150:16,25
163:17,20 175:22
200:12 201:16
206:9 213:14
228:19 229:23
236:16 245:14
286:21 298:11
sort (12)
26:14 63:9 76:23
189:19 236:25
250:18 254:4
265:18 288:17
296:3 300:13
302:12
sorted (1)
51:20
sorts (3)
97:21 107:5 231:19
sound (6)
254:10,10 256:8,9
259:4,12
sounds (1)
256:10
source (2)

49:17 160:3
speak (7)
45:17 75:13,18 89:22
90:14,15 197:3
speaker (2)
61:23 62:5
speakers (1)
61:24
speaking (2)
126:20 254:13
speaks (6)
37:21 104:13 212:22
213:6 271:17
299:21
specialist (8)
5:20 27:5 45:8,11,13
91:9,20 273:13
species (7)
16:17 141:16 192:13
270:22,24 312:5,15
specific (10)
70:23 80:2 104:22
193:7 198:8 205:11
214:7 218:12 227:6
308:6
specifically (17)
82:10 90:23 117:14
123:24 142:8 170:1
185:6 193:6 194:5
198:25 201:8,18
227:11 228:4,10
233:19 243:1
specifics (11)
36:19 70:16 71:1
75:10 127:8 227:18
227:21 228:24
229:6 235:8 304:22
speculate (6)
121:21 122:1 128:6
128:12 217:14
233:14
speculating (3)
98:19 122:1 308:3
speculation (22)
19:2,10 29:5 46:1,12
63:15 74:21 91:14
92:5 98:13 110:10
115:1,7 122:15
125:11 137:20
167:19 204:16
216:20,25 232:23
233:1
speculative (2)
122:6 279:18
speeches (2)
22:19,21

spend (5)
52:2 229:22 292:6,16
292:17
spends (1)
292:10
spent (21)
43:23 44:1,5,8,10
52:25 53:1,11 55:14
56:15 57:15 60:4,8
173:19 229:24
257:17 261:24
280:13 286:23
291:14,15
spiral (4)
64:22 65:3,18 235:14
split (2)
10:4 252:14
splitting (1)
7:10
spoke (1)
22:24
spoken (8)
21:16 248:2,19,21,21
249:3,7 266:21
sponsored (1)
119:16
spray (11)
202:2 207:21,22,23
208:7,10,12 210:9
210:25 211:5,22
sprayed (5)
206:16 211:9,10,21
233:22
spraying (5)
206:2,14 207:4,12
210:4
sprays (1)
206:24
Spring (1)
288:9
squares (1)
221:3
St (1)
257:3
stage (5)
80:3 139:16 196:17
196:18 227:23
stakeholders (1)
111:9
stance (1)
140:17
stand (2)
263:25 299:2
standard (1)
190:18
standing (1)

23:8
**stands (2)**
205:21 252:7
**start (12)**
5:8 7:4 8:16 33:21
38:13 77:2 150:25
186:16 205:6
225:13 253:4 286:8
**started (4)**
41:20 77:16 172:6
250:9
**starting (2)**
166:12 250:17
**starts (4)**
205:16 253:2 283:18
283:20
**state (20)**
1:14,15 5:16 8:17
13:14 15:18 16:22
131:5 243:7,9 244:9
245:5,11 251:4
252:15,16 256:22
273:9 314:4,13
**stated (12)**
60:8,9 85:25 94:2
118:6,20 120:7
142:1 159:22
160:25 213:23
314:8
**statement (5)**
52:4 153:17 154:16
167:3,5
**states (10)**
1:1 5:12 119:15 273:9
274:1,19 275:1,9
294:13 312:9
**statistical (12)**
37:4 46:16 90:13
142:2 183:9 208:5
208:12,25 228:21
229:7,10 304:18
**statistically (5)**
46:17 206:14 210:23
211:2,3
**statistician (1)**
229:18
**statistics (1)**
227:17
**stay (2)**
142:15 256:17
**stenotype (1)**
314:9
**step (11)**
175:8,9,9 176:4,5,15
179:19 180:9 191:9
230:3 244:9

**stepped (1)**
230:7
**steps (11)**
105:17 161:25 175:17
177:10,13 179:22
181:6,8 182:16,17
304:10
**stickers (1)**
9:6
**stipulations (1)**
20:11
**stock (2)**
250:19,22
**stone (1)**
193:11
**stood (1)**
22:24
**stopped (1)**
180:10
**store (1)**
37:7
**Straif (13)**
18:9 62:1,3,7 75:11
75:23 91:4,6 140:21
142:10 225:19,21
225:22
**strains (1)**
190:19
**straw (3)**
145:19,22 147:20
**Street (1)**
2:16
**strength (10)**
121:16 150:1 178:9
179:16 194:17
208:15,15 209:4,5
210:5
**strengthened (2)**
194:3,18
**stress (66)**
32:12 34:17 39:4,5,9
39:22 44:6 51:15
57:2,13,17 58:14,20
59:7,10,15,19 83:15
86:5,14,15,18 87:10
87:15 90:1,4 104:16
104:20 123:1,5
129:2,18 145:7
146:2 149:20
172:10 173:17
174:1,6,11 180:12
180:22 182:22
184:9 185:7 187:3
195:19 216:11,16
216:22 217:4,11
224:5,15,18 263:23

264:5,23 265:13,19
265:20 275:11,22
294:20 295:5,7
**strike (9)**
65:7 254:2 263:11
266:15 274:16
280:4 292:1 297:17
299:11
**stringent (1)**
309:22
**strong (69)**
49:3 51:4,17,23 52:3
52:5,11 63:18 83:18
83:22,25 85:7,19
86:4,4 87:10,10,13
87:19 90:10 100:5
103:15 104:5,7,15
122:11,25 123:1,7
128:25 129:1,6,12
129:17 130:8,11,21
134:9 145:6 146:1,2
168:15,18 172:13
174:21 179:21
180:11 199:16
202:13,17,20,24
203:1 208:8 212:1
217:6 219:2,16
263:8,15,20,21,22
264:3,4 265:12,12
275:10,21
**stronger (3)**
106:10 193:2,5
**strongest (1)**
203:2
**strongly (3)**
101:12 111:25 143:19
**struck (1)**
65:5
**Strupp (1)**
278:16
**student (2)**
170:23 258:24
**students (1)**
258:25
**studies (126)**
13:13,18,18,22,24
14:7,8,14 15:2,3,10
16:4,9,11,16,20
33:23 34:3,25 36:20
37:8,23 38:22 40:3
40:6 72:13 79:25
81:6,25 87:23 88:1
88:6,17 89:8,19
93:19 94:8 97:24
109:9,11 112:8,12
119:17 120:19

126:3 127:2,3,3,4,9
127:11,11,15,17
128:4 129:22,23
130:1,6,10,23 143:1
143:8,17,18 170:11
170:12,20,21 171:4
171:9,10 172:13,19
172:22,25 173:6,23
173:24 174:6,11,15
174:20 176:1
182:23 189:25
190:1,8,12 192:6,15
192:17 193:1 194:2
196:21 197:6,13,16
198:3,20 199:17
200:4 224:14
227:15 233:11,20
234:6 270:23
272:10,14 295:6
296:10 300:15,17
300:18 303:10,13
303:21 304:23
307:13,16 308:10
308:12,14 310:10
312:1
**study (85)**
12:19 13:25 15:10,12
15:15,21 16:15 25:9
25:12 34:21,22 35:7
35:22 49:20 51:7
70:6,8 71:10,20,24
72:4 79:3,3,5,11,13
88:13 89:21 92:24
93:24 94:4 95:2
119:16 127:4 137:2
138:23 149:16
153:7 170:13 174:8
198:25 199:7,7,22
199:23,24 200:6,7
200:17,19 201:2,18
202:12 203:22
205:24 208:9,16
209:5,7,13 210:19
211:12 213:15,19
227:2,4 232:16,21
233:5,24 259:15,24
261:23 264:24
289:22 290:16
305:11,12 312:5,11
312:14,16,20,20,21
**study's (1)**
144:15
**studying (2)**
250:9,13
**stuff (4)**
9:1 197:21 214:14

302:9
**style (2)**
3:2 110:16
**sub (2)**
33:11 211:16
**subareas (1)**
38:23
**subcellular (1)**
14:3
**subchair (1)**
69:18
**subchairs (2)**
281:10 282:2
**subgroup (112)**
3:16 23:12 26:11,20
26:24 27:5 33:18
41:16 42:9,20,22,23
43:2,7,12,17,21
44:7,18,19 49:2
50:7 54:8,18,19
60:9,20 62:24 63:3
63:8 68:15 69:5
72:15,16,25 73:1,1
75:8,15 82:4,5,12
82:15,20 83:4 84:19
84:20 85:3,4 91:9
91:22 96:5 99:3
102:18 123:25
134:9 143:15 144:6
144:19 145:19
154:1,13 171:1
177:3,19 179:25
184:1 189:18 192:3
194:11 200:6 202:7
202:12 203:25
204:7,10 210:23
211:16,18 212:9
216:21 220:23
225:18,22 226:21
229:5,23,25 232:9
245:19 262:22,23
263:7,14 264:3,4,5
265:11,17 267:21
269:2 271:16
274:12 275:5,9,19
275:20,20 288:22
295:10,22,23
**subgroup's (10)**
61:7 97:13 111:16
113:12 114:6 116:9
143:12 144:3
169:16 201:9
**subgroups (16)**
7:19 17:25 22:7 33:20
54:17 60:23 62:23
72:18,23 73:6 84:25

94:3 141:23 241:24
244:21 266:22
**subject (6)**
45:21 61:15 150:9
172:21 237:21
300:10
**subjections (1)**
109:1
**subjective (1)**
166:2
**subjects (1)**
210:19
**submission (2)**
110:3 111:6
**submit (4)**
253:8 293:14 307:9
307:10
**submitted (5)**
50:8 160:16 165:19
300:19 306:23
**subpoena (14)**
3:10,12 7:25 10:14,21
11:9 33:10 66:19
117:9 234:20 235:9
235:10 238:21
239:25
**subpoenas (1)**
242:4
**subpoints (1)**
222:23
**SUBSCRIBED (1)**
315:22
**subsection (5)**
29:23 31:24 33:11
48:24 109:15
**subsequent (1)**
175:9
**substance (9)**
39:13,14 87:8 98:10
113:23 133:7 150:2
151:21 183:11
**substances (21)**
28:14 29:3 31:5 39:6
39:10 52:22 53:12
53:13 55:15 56:17
60:5 62:9 74:1 78:1
86:8,13,17 94:16
146:6,23 183:1
**substantive (9)**
55:12 72:22 73:5,15
73:19,20 74:7,12,19
**subverts (1)**
14:24
**suffices (1)**
104:20
**sufficient (21)**

96:6,16,21,24 100:4
103:15 104:3
138:13,23 141:7
142:7 143:7,20
147:13 266:23
267:3 270:2,5 271:6
311:24 312:7
**sufficiently (1)**
300:21
**sugar (3)**
210:10 289:16 290:11
**suggest (5)**
53:16 129:12 207:11
277:19 291:15
**suggested (5)**
19:8 108:25 147:3
197:6 208:2
**suggesting (3)**
100:11 146:9,25
**suggestion (7)**
55:23 88:1 109:14
137:4 161:3 232:8
232:11
**suggests (3)**
271:22,25 288:19
**summaries (6)**
170:13 173:6 188:23
194:14 195:10,14
**summarize (1)**
37:10 85:15 175:7
**summarized (2)**
109:9 189:9
**summarizing (2)**
188:17 195:12
**summary (10)**
4:11 38:12 89:8
109:10 188:8,15
189:11 196:7,8,14
**summation (1)**
193:3
**Sunday (1)**
54:20
**supervision (1)**
314:10
**supplemental (1)**
24:2
**supplied (1)**
116:4
**supply (1)**
184:25
**support (4)**
146:8 148:2 165:5,13
**supported (1)**
147:21
**supporting (2)**
146:8 217:8

**supposed (3)**
30:11 121:5 125:11
**suppressing (1)**
224:12
**supression (8)**
32:13 223:23,24
224:4,5,6,13,15
**sure (36)**
7:7 10:1 13:18 33:15
67:8 91:15 95:7
134:11,21 142:15
146:18 155:2
158:19 167:15
171:4 173:8 184:8
194:9 195:7 217:1
235:11 237:9 238:4
238:5 263:6 267:1
279:5 282:1 286:10
290:6 298:8 302:13
302:25 305:7 307:4
310:5
**surprise (3)**
110:1 111:4 240:22
**surprises (1)**
240:23
**surrounding (1)**
126:16
**surveys (2)**
13:2,2
**suseptibility (1)**
38:25
**Sweden (1)**
119:18
**swept (1)**
117:13
**sworn (2)**
7:2 315:22
**synthesize (1)**
30:17
**system (14)**
13:24 32:23 35:23
36:11 37:16,22 38:1
133:20 186:20
191:6 231:2 237:13
300:23 303:16
**systematic (3)**
165:4,12 311:9
**systematically (1)**
175:6
**systemic (1)**
259:20
**systems (5)**
37:12 38:4 194:18
237:14 258:2

_____
**T**

**T (5)**
274:1,17,25 275:4,8
**table (4)**
197:15 199:25 230:14
230:20
**tables (11)**
129:21 170:12,12,18
170:19 171:9
172:19 182:8,9
192:11 230:22
**tablets (1)**
236:23
**tag (12)**
34:14,17,19,20 35:8,9
35:11,19,20 36:13
37:13 176:1
**tagged (2)**
33:24 34:8
**tagging (7)**
34:3,6,12,24 36:15
37:22 175:20
**take (35)**
1:5 10:10 24:12 41:6
52:13 58:9,14,17
65:4 77:20 98:21
105:4,17 109:1,14
156:6 159:5 161:25
162:24 175:16
177:10 179:19
185:23 198:10
199:12 204:5,20
234:13 236:18
240:7 249:11 252:8
283:7 297:5 304:10
**taken (18)**
24:16 52:17 107:21
147:20,20 159:7
194:15 198:13
202:1 208:10
234:15 242:20
247:4 256:17 297:9
300:6 314:7,8
**takes (1)**
58:5
**talk (16)**
66:15 74:25 78:3
93:23 95:5 100:22
123:24 144:12
146:6 149:6 234:19
257:14,15 261:9
297:7 303:20
**talked (15)**
38:5 42:15 64:10 85:6
93:5 196:9 198:22
240:5 252:12 255:6
257:20 260:2

273:14 280:12
293:25
**talking (47)**
16:9 23:4 27:23 34:20
44:5 46:13 47:6
69:9 70:16 73:24
74:3 77:4,16 79:5,7
86:19 88:10 94:15
94:16,19 95:14
113:13 116:24
119:2 121:16 123:9
123:23 191:10
197:9 198:18
205:19 215:10
227:1,3 233:17
242:4,6 243:9,21
268:6,7 280:13
286:23 293:9,25
307:12,15
**talks (2)**
73:19 286:22
**tangled (1)**
73:24
**tape (1)**
5:9
**task (2)**
85:3,4
**tasked (3)**
195:8,12,16
**taught (5)**
257:21,22 258:1,4,7
**tay (1)**
34:19
**TCBP (2)**
77:22,24
**TCPBP (1)**
71:21
**teaching (6)**
250:18,19,22,24
252:6 257:17
**team (7)**
15:7 22:9 225:18,23
226:4 295:11
299:22
**teleconference (1)**
223:7
**tell (25)**
9:10 12:2,15 62:7,19
79:9 83:3 84:15
92:21 117:11
144:24 176:13
192:3 209:14
213:17 218:20
225:9 235:2,3,3
243:11 266:6 283:8
283:10 301:18

**telling (4)**
130:5 180:17 211:17
242:10
**temporality (1)**
210:3
**temporary (1)**
106:8
**ten (33)**
49:1,10,17,20 50:17
50:24 51:6,21 57:4
63:16,17 64:11 66:2
76:9,13,20,22 85:5
85:6,14 86:9 129:19
145:8 161:7 162:2,8
168:14 184:7
198:11 219:14
251:15 263:23
293:25
**tend (5)**
129:5,16 130:7,10
300:17
**Tennessee (1)**
257:4
**tenth (1)**
278:10
**tenure (1)**
251:9
**term (3)**
65:7 88:13 265:19
**terms (23)**
12:22 13:16,17 17:2
48:24 49:4 59:17
63:16 75:9 86:9
90:10 105:5 170:3
172:3 178:23 180:1
217:16 218:18
237:3 239:21,24
253:21 292:2
**test (9)**
14:19 107:7 190:19
190:24,25 191:1,9
207:13 231:14
**tested (1)**
154:20
**testified (12)**
7:3 55:24 56:7 114:19
138:10 141:21
167:11 173:19
194:8 260:6 268:18
308:2
**testify (3)**
10:15 57:8 172:3
**testifying (1)**
37:21
**testimony (28)**
8:2 51:12,25 56:16,20

57:22 94:18 100:17
101:19 105:25
114:24 120:6
155:14 159:22
169:15 263:1,19
269:18 270:13
271:9,15 280:22
290:3,16 291:17,21
294:23 314:6
**tests (4)**
229:7 232:1 307:2,6
**tetrachlorvinphos (4)**
28:24 31:8,17 77:19
**text (3)**
225:7,16 237:20
**thank (10)**
12:7 71:16 164:15,19
177:17 247:2
284:25 300:4,9
313:1
**thanks (2)**
226:7 295:9
**thing (9)**
45:5 48:19 63:9 73:23
105:5 220:17
232:10 237:18
298:3
**things (18)**
9:5 51:22 97:18,21
149:11 176:22
183:13 193:14,14
215:2,3 241:6
279:24 292:14
301:13 303:9,23
305:7
**think (60)**
19:3 36:11 39:20 45:2
69:4 83:24,25 97:19
102:9 107:15 109:8
114:16 116:15
120:23 122:6
143:16,19 155:20
156:20 157:24
165:15 176:1
178:19 180:15
181:21 187:7
194:16 201:13
212:8 215:20
216:23 217:24
218:3,11,18 220:3
230:2 231:4,4 235:6
235:19 238:6,18
239:23 240:15,16
247:19 256:13
261:16 266:17
272:17 278:13

293:14 299:21
301:20,23 305:5
306:5 310:24
312:19
**thinking (2)**
83:5 84:1
**third (8)**
5:21 25:5 77:1 150:15
151:3 205:18 206:6
222:9
**thirteen (1)**
251:15
**Thomas (4)**
276:5 278:4,15,18
**thought (2)**
240:21 282:11
**thoughts (4)**
3:25 118:1,3,4
**thread (1)**
93:1
**threat (1)**
152:22
**three (37)**
11:5 32:7 39:18,23,24
40:5 51:22 52:10
56:9 57:16 58:5
73:16 107:23 146:5
146:23 175:9,17
199:17 200:3
206:15 208:3 221:3
221:3 222:16
251:14 252:18,22
253:4 255:25
256:16 259:11
260:25 271:16
273:7 285:22
289:10 297:6
**throw (2)**
194:6 241:8
**Thursday (1)**
278:17
**tie (2)**
280:9,20
**tiered (1)**
301:20
**time (75)**
1:16 8:15 18:7 22:12
24:10 27:19 29:8,13
43:23 44:1,4,8,9
52:2,21,25 53:1
54:9,23 56:15 58:7
58:9,15,16 60:1,4
64:19 71:9,11 79:23
83:20 84:5,11,17
89:11 92:8 97:24
118:14 136:4

142:14 143:6,20
154:25 165:11
171:12 173:10,11
192:18 194:3
197:23 198:24
204:20 205:12
216:13 225:25
226:3 229:22,24
246:17,18 248:8
252:7,9 257:15,17
258:25 259:9
278:12 279:20
286:23 291:13
300:9 304:22 313:1
314:8
**timeline (1)**
225:11
**times (19)**
9:12 42:23 54:18
55:25 142:12 145:2
152:25 159:3,18
181:17 214:12
258:4 260:20,22
261:2,4 268:18
270:24 272:24
273:14
**timetable (4)**
3:20 40:13 41:5 54:6
**Timing (1)**
125:19
**tiniest (1)**
185:14
**tissue (1)**
14:5
**tissues (2)**
14:11 17:4
**Titled (1)**
65:20
**tobacco (1)**
177:25
**today (21)**
10:17 17:15 114:20
125:15 127:16
171:6 240:13
247:25 248:3,5
250:11,12 251:3
266:21 273:14,20
291:12 299:1 300:1
300:9 313:1
**Todd (4)**
1:19 5:22 314:2,22
**told (20)**
16:10 19:15 48:19
52:20 55:16 62:11
93:14 133:2 138:10
149:10 156:2 157:5

158:16,17 181:14
229:17 239:10
292:22 309:6,7
**Tom (1)**
281:3
**tone (1)**
110:18
**tool (3)**
162:3,9 191:19
**tools (1)**
36:21
**top (10)**
77:1,12,13 108:22
186:11 199:14
221:3 222:17
275:13 283:15
**topic (2)**
43:20 142:15
**tossed (1)**
241:11
**total (10)**
39:17 53:18 54:22,22
55:14 56:14 58:19
60:3 173:20 216:13
**totaled (1)**
256:6
**totality (15)**
216:22 218:16 262:10
262:17,24 263:2,9
263:10,16 264:6
265:1,4 288:5,20
299:13
**totally (2)**
213:18 281:21
**touch (1)**
133:3
**tough (2)**
245:25 246:7
**tox (2)**
45:14,18
**toxic (2)**
257:23 258:5
**toxicity (1)**
105:20
**toxicokinetic (1)**
263:9
**toxicokinetics (1)**
46:18
**toxicokinetic (25)**
29:25 30:4,15,23 31:1
31:7,10,15 34:5,8
34:12 35:2 37:15
47:2 56:8 57:19
73:11 89:23 153:7
169:18 188:17
189:12 219:5

295:19,21
**toxicokinetics (26)**
19:5 30:18 36:23
    37:17 38:8,9,16
    39:1 46:20 57:10
    74:10 81:22 82:21
    170:2 172:6 175:21
    188:10,12 189:9
    195:13,25 198:8
    211:17 219:10
    227:22 263:4
**toxicologic (1)**
263:16
**toxicologist (1)**
232:13
**toxicology (11)**
8:22,23 12:10 257:23
    258:2,8 261:17
    276:15 284:1,3
    292:14
**Toxics (1)**
260:18
**track (1)**
67:9
**training (1)**
98:7
**transcript (2)**
126:21 314:6
**transcription (1)**
314:11
**transformed (1)**
176:9
**transient (3)**
106:8 207:13,18
**translate (2)**
153:16 154:15
**transparency (1)**
119:14
**travel (3)**
20:13 266:11 276:17
**traveling (1)**
32:4
**Travers (3)**
2:3 6:5,5
**treated (2)**
281:7 282:7
**trend (5)**
226:11 231:7,13,14
    231:23
**trending (2)**
81:4,13
**tried (3)**
182:12 291:13 295:10
**true (13)**
17:7 86:24 87:2
    114:24 125:22

126:23 152:23
155:8,12 169:4
251:24 304:6 314:5
**truthfully (1)**
314:15
**try (9)**
8:3 35:13,16 129:11
    130:14,15 222:14
    280:16 297:14
**trying (17)**
53:17 69:17 100:16
    129:13 142:17
    171:25 177:20
    178:5,7 182:17
    217:3 218:14
    225:11 239:10
    253:23 291:15
    306:16
**TSG (2)**
5:20,23
**Tu (1)**
199:23
**tubes (1)**
14:19
**tucked (1)**
298:10
**Tuesday (4)**
55:10,11,12 278:12
**tumor (8)**
138:14 176:10,24
    182:15 223:24
    224:7,13,18
**tumors (4)**
141:16,16 178:4
    312:4
**turn (15)**
17:17 50:20 72:12
    185:12 258:22
    267:4,6 273:23,24
    275:25 286:14,21
    287:10 289:7,9
**turned (2)**
40:20 64:23
**twelve (1)**
251:15
**two (64)**
10:8,11 32:7 37:12,15
    39:23,24 40:5 44:10
    51:16 56:9 57:16
    58:5,18 62:15 64:9
    65:24 70:13,15,18
    83:18,22 115:18
    143:1,16,18 145:7
    147:3 148:25 151:2
    152:25 156:19
    168:13 175:9 178:1

178:3 179:21
182:20,21 183:5,13
184:21 191:10
199:19 200:3
203:12 212:3
224:12 233:20
239:1 251:14 253:8
255:4,25 256:16
258:2 259:11
260:25 263:23
270:22,23 285:13
297:5 308:22
**two-day (1)**
285:17
**tying (1)**
280:17
**type (4)**
58:13 216:22 292:10
    302:6
**types (4)**
14:13 141:16 166:21
    232:1
**typewritten (1)**
314:9
**typically (1)**
285:13

_____
            **U**
**U.S (2)**
274:14,22
**UC (3)**
12:9,11 249:23
**uh-huh (16)**
27:3 28:2 99:12 163:1
    166:16 170:10
    171:16 188:1
    190:17 199:21
    221:18 230:18
    240:8 259:5 267:20
    303:24
**ultimate (2)**
84:7,9
**ultimately (5)**
30:25 40:22 99:7
    176:9 235:1
**unanimous (3)**
265:8,10,14
**unavailable (1)**
88:23
**uncertain (2)**
35:12 272:12
**unchecked (1)**
169:12
**uncomfortable (1)**
120:24
**undergraduate (1)**

250:23
**undergroup (1)**
71:2
**understand (28)**
9:11,20,25,25 46:15
    110:7 122:19 129:9
    135:3 152:14,15
    155:5,24 160:3
    168:5 173:25
    177:19 179:2
    180:13,18 183:3
    193:20 217:1,3
    232:13 246:20
    247:1,19
**understanding (19)**
45:10 47:15,19,21
    78:21 79:2 81:3
    88:5 93:21 95:8
    98:5 102:24 122:8
    130:5 138:2 139:25
    148:19 158:8,12
**understands (1)**
267:2
**understood (9)**
9:11 98:23 113:19
    126:1 130:3 152:15
    152:18 155:6
    223:11
**Unfair (1)**
291:18
**unfamiliar (1)**
291:9
**unforeseen (1)**
151:17
**Unfortunately (1)**
232:12
**unilateral (1)**
248:20
**unitary (1)**
300:25
**United (7)**
1:1 5:12 273:9 274:1
    274:19 275:1,8
**universally (1)**
191:18
**universe (2)**
308:11,17
**university (18)**
1:14 5:16 12:11 20:3
    20:17 131:5 251:5
    252:6,15,16,20,23
    253:1,13 256:23
    257:7 261:10 273:9
**unknown (2)**
254:21,22
**unpaired (1)**

265:21
**unpublished (15)**
97:14 113:25 124:21
    125:4,17 126:12
    161:3 302:9,16,16
    303:23 308:12,14
    309:3,8
**unrelated (4)**
67:7 99:2 161:1
    290:16
**unresolved (1)**
272:8
**unsure (1)**
227:8
**updated (2)**
249:15,20
**upgrade (25)**
102:18 103:17,17
    134:3,4,5,10 137:18
    137:23 144:13,21
    145:11,11 146:10
    146:25 147:4,6,7,9
    147:10,15,18,21
    148:2 217:8
**upload (4)**
32:23,25 36:12 37:16
**uploading (1)**
37:24
**urine (2)**
15:5 16:13
**use (27)**
14:9,9,9,11,12 83:23
    88:12 90:22 141:10
    166:2 167:8 178:5
    191:23 209:24
    219:18 224:16
    230:21,25 231:24
    236:4,18,22 238:7
    238:24 239:6
    280:24 306:3
**useful (2)**
121:7 215:13
**user (2)**
33:1 36:1
**uses (2)**
151:17 165:22
**usually (1)**
178:1
**utilized (2)**
90:13 310:12
**utterly (1)**
279:18

_____
            **V**
**vague (3)**
21:21 291:25 292:18

**vaguely (1)**
227:16
**valid (2)**
216:4 309:24
**valuable (3)**
215:14 232:17 304:2
**values (2)**
211:22 226:10
**variety (1)**
190:14
**various (7)**
14:1,4 37:14 67:10
70:16 161:24 262:5
**varying (2)**
301:2,4
**vast (1)**
162:11
**veracity (1)**
89:11
**verbiage (1)**
223:8
**versus (5)**
129:12 151:20 152:7
155:18 302:7
**vested (1)**
314:13
**Veterinary (2)**
257:7 258:13
**video (2)**
5:20 10:5
**videographer (27)**
2:22 5:7 6:12 7:14
10:2 24:15,19 52:15
52:18 92:12 107:20
107:22 159:6,10
198:12,14 234:14
234:16 242:19,21
247:3,5 297:8,12
300:5,7 313:4
**videos (2)**
10:8,11
**videotaped (3)**
1:5,10 5:10
**view (8)**
84:10,13 109:22
128:25 139:6 195:2
195:2 245:8
**views (3)**
111:20,23 198:23
**vignettes (1)**
109:15
**Virginia (2)**
2:4 249:4
**virtue (1)**
288:18
**Vitae (1)**

3:13
**vitro (13)**
13:10,11,16,24 14:2
14:14,20 16:25 17:2
105:1,1 180:5 190:5
**vivo (22)**
13:13,17,18 14:7 15:2
15:3 16:9,10,16,24
105:2 189:5,23
192:4,8,12,24 194:1
202:8 203:7,7,10
**Vol (1)**
3:18
**volume (17)**
17:22 22:13 24:7
31:12 67:7,21 94:11
164:22 245:6,13,22
255:11 262:8
266:10 281:9
284:11 299:22
**vote (2)**
265:8,12
**voted (1)**
144:21

_____

**W**

**Wagstaff (314)**
2:7,8 3:5 6:7,7,8 7:4,8
7:16 8:8 9:13,23
12:4 14:22 15:16
16:7 17:24 19:1,10
20:6,20 21:9,20
22:4 23:7 26:12
27:20,23 28:2,22
29:5,10,16 30:7
31:25 33:6,25 36:4
37:20 38:20 41:22
42:6 43:10 45:25
46:11,24 50:16
51:11,24 53:7,20,23
54:10,25 55:18,22
56:19 57:7,21 58:25
59:9 60:7 61:3,25
63:14 65:23 66:5
68:20 69:22 72:24
73:9,17 74:6,21
75:2,25 76:17 78:12
78:24 80:1,12,21
81:7 82:2,16 83:7
84:4,12 86:25 87:25
88:20 90:2 91:8,25
94:1,17 95:11 97:6
97:10 98:12,25
99:21 100:15
101:18 102:6 103:7
104:12 105:13

106:17 108:1,14
110:9,21 111:12
112:20 113:8 114:2
114:16,22 115:7,14
115:17,20 116:7,24
117:2,16 118:5,17
119:4 120:2,21
121:10,14 122:14
123:8,21 124:15
125:5,10,18 126:9
127:19 131:4,16
132:12 135:20
136:2,21 137:3,19
138:5 139:13 140:3
140:12 141:21
142:11 143:10
144:1,17 145:17
146:12 148:10
151:25 152:24
153:22 154:19
155:13 156:5,16
157:3,18,23 158:14
158:24 159:21
160:24 163:21,25
167:7,18 168:23
169:6,14 175:1,12
176:13,17 177:1
178:15 179:11
181:12 182:4 183:2
183:14 185:22
186:4 187:6 188:1
191:24 193:3 194:6
196:10,24 198:6
199:2 200:11,21
201:7 202:14
204:16,25 205:8
208:20 209:14,19
210:11 211:13
212:8,21 213:5,22
214:17 215:6,15
216:19 217:13
219:4,18 220:1,4,6
220:14,24 221:22
222:6,10 227:7
228:3,14,23 229:11
229:19 232:22
233:9 241:22
244:19 246:19
247:6,8 261:21
262:6 263:5,24
264:13 266:20
268:4,9,21 269:20
270:15 271:19
272:3 274:15,23
275:17 277:6,24
279:2 280:1,9,11

281:2,15,18,25
282:12,24 286:13
286:17 289:2,5
290:5,19,24 291:11
291:22 292:4,20
293:19 294:24
295:16 296:7 297:5
297:13 299:10,24
301:15 302:15
304:7 305:4 306:2
306:15,25 307:20
308:1,15 309:18
310:7,17 311:4,12
311:22 313:2
**Wagstaff's (1)**
21:9
**wait (3)**
98:16 115:17 171:23
**walk (1)**
283:5
**walked (2)**
147:16 248:9
**want (16)**
10:9 26:4 37:10
111:12 115:20
116:20 137:25
175:16 220:2,16,21
232:10 280:4
289:19 293:11
297:7
**wanted (13)**
33:20 34:19 35:8
36:16 37:18 134:11
146:6 152:13 158:7
173:24 287:1,11,11
**ware (1)**
204:15
**warrants (1)**
137:23
**Washington (1)**
2:16
**wasn't (40)**
29:9 35:15 59:17 74:5
75:18 76:5 80:15,15
82:15 94:2 95:12
97:2 101:24 102:20
106:22 114:20
124:25 139:18,20
145:18 149:16
162:22 164:25
170:2,5 171:2
175:19,20 187:15
229:5,6 230:5
237:10 255:20
264:20 271:15
277:3 281:22 294:3

295:11
**wasted (1)**
118:15
**water (1)**
78:6
**way (41)**
22:25 26:22 34:14
36:12 37:8 67:8
81:13 93:11 103:12
106:15 122:12
129:21 132:13
153:3,24 156:19
158:23 160:11
162:11,14 169:12
215:12 231:5 241:2
241:4 251:2 252:5
256:12 273:8,12,17
275:1,14 278:23
287:14 292:16
300:24 307:25
311:3,9,9
**ways (2)**
154:10 238:7
**we'll (5)**
10:10 17:17 107:18
148:12 200:25
**we're (17)**
34:20 86:19 105:24
105:25 123:22,23
134:21 193:9,10,20
267:9 269:2,2 288:2
295:3 307:12,15
**we've (11)**
55:4 92:10 159:2
191:10 194:23
233:21 242:5 248:2
248:5 260:2 280:12
**weak (24)**
49:4 51:1,4,22 52:1
52:10 63:19 85:6,18
87:14,20 172:14
184:3,12,19 185:2
186:11,12,16,17,19
187:5,11 219:15
**weaken (3)**
122:11 123:6 129:5
**weaknesses (1)**
121:16
**web (1)**
24:11
**website (12)**
24:7,10 25:24,25
48:11,11 50:5,18
159:23 160:13
161:1 214:16
**Wednesday (4)**

42:14 61:1,13,14
**week (4)**
53:18 193:13 194:19
  291:16
**weeks (3)**
110:4 111:7 285:22
**weigh (5)**
129:14 130:11,14,15
  130:23
**weighing (3)**
129:15 130:2,4
**weight (7)**
168:17 174:21 203:4
  203:9 218:3,5
  312:19
**Weinberg (1)**
177:11
**Weitz (1)**
249:8
**welcome (1)**
22:18
**went (12)**
17:19,19 53:18 66:17
  67:2 127:23 162:17
  170:6 238:3 242:14
  260:5 266:25
**weren't (13)**
20:16 43:18 59:3,5
  94:15 126:5 127:12
  133:6 164:17
  173:12 174:21
  181:9 292:22
**West (1)**
2:8
**white (43)**
2:23 6:10,10 7:9 12:5
  19:11 20:9 21:17
  22:10 23:13 27:21
  68:2 69:10 87:2
  92:6,9 101:22
  102:14 103:10
  105:23 114:11
  115:2,18 121:18
  123:11 124:5,17,23
  125:8,22 131:9,18
  154:24 155:16
  158:1 159:1 181:14
  242:23 266:19
  282:8 286:12
  299:18 311:5
**whittle (1)**
291:13
**widely (1)**
191:21
**William (1)**
27:4

**willing (1)**
312:10
**wise (3)**
231:7,13 292:8
**wish (1)**
119:12
**wishes (1)**
93:4
**wising (1)**
231:23
**witness (18)**
42:11 45:3,6 87:1
  103:8 138:19 152:5
  193:21 205:10
  278:22 279:19,25
  280:25 281:17
  289:24 290:15
  314:14,20
**witness' (3)**
269:17 270:12 271:15
**witnessed (1)**
139:7
**witnesses (1)**
282:21
**wondering (3)**
279:14 293:24 294:5
**word (21)**
14:21 15:23 82:2
  83:23 92:3 141:8,10
  141:11 163:21
  219:19 235:6,10,11
  235:13,18 237:16
  237:18 238:13
  304:8 306:3,3
**words (2)**
225:19 301:24
**work (69)**
12:25 13:1,6,9,11
  15:8 16:3,24,24,25
  17:1 21:17 29:22
  34:12 36:5 39:20,25
  53:5,6,8,15,18,19
  53:24 54:3,5,14,19
  54:21,23 55:12,15
  55:16,20,24,25 56:3
  56:9,14,23 58:19,20
  60:13,13 83:6 94:22
  131:19 153:14
  171:7 173:20
  201:21 219:9
  227:17 235:5,13,25
  235:25 236:11
  237:2,11 239:2,3,6
  239:7 244:3 263:14
  291:23 292:11
  304:21

**worked (12)**
28:23 56:7 60:9 91:10
  93:15 110:14
  131:24,25 149:6
  250:21 305:7 307:8
**working (141)**
3:16 17:8,10,19 18:9
  18:11,15,17,24 19:9
  19:19,23 20:19
  21:18 24:25 26:11
  26:20,23 27:14
  28:21 29:3 31:1
  33:5,16 36:25 38:23
  40:13 41:6 43:22
  47:13 50:2,10 53:3
  53:4 54:9 56:13,16
  57:23 59:6,13 66:21
  67:5,16,18 69:7
  73:6 87:6 88:23
  104:8 106:5 110:15
  110:16,19,20
  111:21 112:1 113:7
  122:10 123:18,19
  124:21 125:25
  127:23 130:17
  133:16 139:24
  141:20 144:12
  145:3 146:22
  148:21 149:13
  152:16,19 153:11
  154:12 158:4,7
  160:5,17,21 161:9
  162:18 164:15,17
  164:19,24 165:11
  168:14 169:23
  171:7,10 174:16
  175:11,23 179:7
  181:5 184:1 186:2,7
  186:24 187:4 188:7
  189:20 203:23
  214:4,21 224:3,3
  227:25 228:13
  229:10,23 233:6
  242:12,16 243:21
  243:23 244:4,11
  246:5,10 251:7
  256:18 265:4,5,9
  266:15 267:24
  268:17 269:11
  270:1,17 271:16
  273:4 276:9 277:1
  278:5,10 285:2
  304:9
**works (5)**
122:13 190:24 231:5
  231:11 251:2

**workshops (1)**
164:16
**world (7)**
203:18,21 297:2
  302:19 308:21
  309:15,19
**worry (2)**
99:9 280:10
**worse (2)**
121:12 266:5
**wouldn't (5)**
22:21 46:8 73:18
  83:23 263:20
**wrap (1)**
297:14
**write (6)**
31:9 65:10,10 90:5
  167:16 194:9
**writes (1)**
281:4
**writing (14)**
31:5 67:1 170:2 173:6
  173:21 194:14
  195:9,16 197:4
  245:23 278:4,20
  279:14 285:23
**written (17)**
30:19,22 81:18 86:2
  96:2 110:6 112:6
  136:20 225:24
  252:18 253:11
  255:2,2 269:7,19,22
  305:13
**wrong (6)**
85:2 135:22 143:7
  158:13 213:15,18
**wrote (24)**
25:11 70:2 76:9 78:5
  78:13,18 79:17,18
  80:23 81:16 82:23
  111:14 133:10
  135:4 171:22 172:1
  172:5 189:4 194:10
  195:4,6 199:4 212:6
  290:21

| **X** |
| --- |

**Xu (1)**
257:11

| **Y** |
| --- |

**y (4)**
199:23 200:2,6,17
**y'all (2)**
241:5 291:14
**Yahoo (1)**

239:5
**yeah (67)**
8:10,12 46:14 55:9,9
  68:4,22 76:1 77:13
  84:9 91:9 96:18
  98:16 114:11
  117:13,24 140:5
  141:13 155:16
  162:6,22 164:24,24
  176:1 177:16,16
  183:19 187:21
  199:25 200:1
  210:14 212:10
  218:4 220:3 222:15
  224:14 227:5
  234:24 235:19
  236:3 237:15
  238:10 240:4,16
  243:6 248:21 251:1
  259:5 260:14,21,21
  260:21 261:3,5,8,8
  261:8 277:13
  292:12 294:10,19
  295:15,18 302:5
  310:9 311:13
  312:17
**year (1)**
116:14
**years (7)**
101:8 161:17 244:24
  248:14 250:7,13,25
**Yep (1)**
298:19
**yes/no (2)**
69:21 70:2
**York (4)**
5:21,22 214:12 249:8

| **Z** |
| --- |

**Zeise (5)**
18:15 27:5 220:12
  222:8 225:1
**zip (1)**
285:11

| **0** |
| --- |

**0.9 (1)**
101:16

| **1** |
| --- |

**1 (15)**
3:2 68:7,8,12,23
  69:18,19 70:19
  71:17 73:1 74:13
  77:2,5 78:4,5
**1.0 (1)**

101:16
**1:05 (1)**
107:23
**10 (35)**
48:5 150:12 159:18
160:3,25 161:13
165:18 166:17
167:12 168:2,6,12
170:2 174:14
177:23 179:15,16
179:20 182:13,15
182:25 183:5,10
187:3 217:16,19
218:13,23 219:12
266:18 293:1,2,3
294:13 311:19
**10:07 (1)**
24:20
**10:44 (1)**
52:16
**10:56 (1)**
52:18
**100 (2)**
158:20 230:5
**107 (1)**
3:24
**108 (1)**
2:4
**10th (5)**
41:11 55:7 136:12
222:7 278:13
**11 (8)**
3:13 43:8,12,21 65:13
65:17 76:8 82:23
**11:41 (1)**
92:9
**11:59 (1)**
107:20
**112 (128)**
3:18 17:8,10,19,22
18:2,9,12,15,18,25
19:9,19,23 20:19
21:18 22:13 24:7
25:1 28:21 29:4
31:2,12 33:5,16
36:25 40:13 41:7
47:13 50:10 53:6
66:21 67:7,16,19,21
73:7 83:6 87:7
94:11 96:13 102:8
104:8 106:5 110:15
110:20 111:21
112:1 113:7,14
114:8 122:10
123:24 124:22
125:25 127:23

130:17 132:13
133:16 139:24
141:20 144:12
145:3 146:22
148:21 149:13
152:5,16,19 154:12
160:5,22 161:9
162:18 167:10
168:14 171:7
174:16 175:23
179:7 181:5 184:1
188:6,7 189:20
203:23 214:5,19
224:3 228:1,13
229:10 233:6
244:24 246:6,10
255:6,11 262:2,8,9
265:5 266:7,10
270:1 274:8,18
278:6 280:14,17,19
281:9,20 284:11,14
284:17 285:18,25
286:3 287:14
288:22 290:17
291:4 295:2,10
297:18 299:22
300:2
**112's (1)**
171:11
**115 (2)**
4:1,2
**117 (8)**
124:1 244:12,24
245:6,13,18,22
255:11
**118 (2)**
123:18 124:4
**119 (2)**
123:19 124:4
**11th (3)**
42:14 132:24 278:11
**12 (3)**
95:18 164:22 253:15
**120 (1)**
124:1
**123225 (1)**
1:25
**13 (3)**
28:10 108:6 283:1
**13- (1)**
28:10
**13-1 (3)**
3:10 5:1 10:14
**13-10 (2)**
3:21 48:2
**13-11 (2)**

3:22 65:14
**13-12 (2)**
3:23 92:13
**13-13 (2)**
3:24 107:24
**13-14 (2)**
3:25 115:10
**13-15 (2)**
4:2 115:12
**13-16 (2)**
4:3 132:20
**13-17 (2)**
4:4 148:23
**13-18 (2)**
4:5 159:8
**13-19 (2)**
4:7 185:8
**13-2 (3)**
3:11 5:3 10:19
**13-20 (2)**
4:9 187:22
**13-21 (3)**
4:12 201:5 219:24
**13-22 (2)**
4:13 219:24
**13-23 (2)**
4:14 224:21
**13-24 (2)**
4:15 241:15
**13-25 (2)**
4:16 241:20
**13-26 (2)**
4:17 272:21
**13-27 (3)**
4:18 277:4 286:15
**13-28 (2)**
4:19 297:10
**13-29 (2)**
4:21 297:10
**13-3 (3)**
3:12 5:5 10:21
**13-4 (3)**
3:13 11:19,21
**13-5 (2)**
3:14 20:24
**13-6 (2)**
3:15 24:17
**13-7 (2)**
3:16 26:5
**13-8 (3)**
3:18 28:6,9
**13-9 (2)**
3:20 40:9
**132 (1)**
4:3
**1350 (1)**

2:16
**13th (4)**
116:13 225:6,14
232:7
**14 (5)**
115:18,21,22,25
116:25
**1406 (2)**
1:19 314:22
**148 (1)**
4:4
**14th (1)**
278:8
**15 (7)**
115:18 116:3 119:2,6
181:17 257:16
259:8
**159 (1)**
4:6
**16 (2)**
7:24 132:23
**16-MD-02741-VC (1)**
1:3
**16-MD-2741-VC (1)**
5:14
**17 (1)**
249:16
**175 (1)**
1:15
**18 (5)**
159:12 175:4,5
256:11,14
**185 (1)**
4:8
**187 (1)**
4:11
**18th (1)**
7:23
**19 (10)**
118:10 119:1,11,12
185:11 199:13,13
267:6 286:12,14
**1985 (1)**
250:9
**1986 (1)**
251:21
**1987 (1)**
250:17
**1989 (2)**
12:9 250:4
**1998 (2)**
12:12 250:4
**1st (2)**
242:9 260:7

_____
2

**2 (27)**
71:2,19 73:1 74:13
77:2,5,23 78:8
95:12 98:9 134:14
134:22 135:7,11
136:15,16 150:14
150:17,18,22,23
151:3 164:14
168:12 265:6
279:15 299:23
**2-A (20)**
84:3,8,19 103:20
104:2 146:9,10,24
146:25 147:2,4,6,7
147:14,23 156:24
157:6,15 158:3,8
**2-B (1)**
84:19
**2:04 (1)**
159:6
**2:11 (1)**
159:10
**20 (14)**
3:14 44:1 52:24 60:8
60:11 175:3 176:16
187:25 198:18
258:22 269:3
291:15,19 311:21
**20005 (1)**
2:16
**2005 (3)**
79:7 101:11 255:19
**2006 (2)**
48:8 255:19
**2009 (2)**
287:3 290:21
**2010 (2)**
251:9 289:7
**2011 (1)**
200:7
**2012 (7)**
164:15,18,19,23,24
260:7 276:17
**2014 (1)**
20:1
**2015 (17)**
19:23 31:14 41:11
108:10 109:6,11
132:24 149:3 222:7
225:6,14 232:7
251:22 278:11
283:21 284:7
299:12
**2016 (5)**
49:25 50:4,12 116:13
242:9

**2017 (6)**
1:14 5:17 7:23 250:12
  314:21 315:23
**2021 (1)**
314:24
**21 (3)**
220:2 259:8 271:12
**219 (2)**
4:12,13
**22 (3)**
103:25 220:4,10
**22-USC-288-A (1)**
33:10
**224 (1)**
4:14
**22960 (1)**
2:4
**23 (3)**
98:22 99:11 224:24
**24 (5)**
3:15 241:18 242:2,25
  243:6
**241 (2)**
4:15,16
**247 (1)**
3:5
**25 (2)**
241:19 243:19
**26 (3)**
3:17 272:20,23
**26th (1)**
285:21
**27 (1)**
314:24
**272 (1)**
4:17
**2741 (1)**
1:3
**27th (1)**
108:10
**28 (1)**
3:19
**286 (1)**
4:18
**294 (2)**
289:10,10
**297 (2)**
4:20,21
**2B-43 (1)**
33:11
**2nd (4)**
41:10,13 42:1 260:7

——————
**3**
——————
**3 (40)**
1:14 3:3 21:6 41:2

64:25 65:1 66:19
67:14 72:13,25 74:8
74:20 77:3,5 79:17
79:18,23 80:9,9,13
80:15 81:4,20 82:4
82:5 98:10 99:14
134:15,22 135:8
136:15,18 139:20
140:20 176:4,6,15
229:5 234:20
271:17
**3's (1)**
138:12
**3:00 (1)**
198:12
**3:08 (1)**
198:15
**3:56 (1)**
234:14
**30 (2)**
250:25 261:1
**300 (1)**
3:6
**30th (1)**
149:3
**314 (1)**
3:7
**32 (1)**
250:13
**35 (1)**
103:25
**3rd (15)**
5:17 41:21 42:3,17,20
  42:25 44:17 54:15
  54:17 55:7 61:21
  250:12 283:21
  284:7,13

——————
**4**
——————
**4 (60)**
3:16 4:9 11:14 26:11
26:20,23 27:5,14
28:13,15 31:24
38:23 44:13,20 45:8
45:11 69:7 76:7,9
77:3,5,13 78:4
81:23 82:9,22,23
83:5 84:17 85:4,4
100:10 133:11,22
134:12 141:1 165:1
169:24 172:3
179:19,25 184:1
188:6,7 192:3,3
200:6 202:7,12
204:1,7 220:23
221:21 222:20

225:18,22 226:4,21
249:13 295:10
**4's (8)**
43:22 83:1,5 84:10,13
  219:8,9,13
**4.1 (4)**
172:20 197:15,16
  199:25
**4.2 (1)**
172:20
**4.2.3 (1)**
32:12
**4.2.5 (1)**
185:23
**4.3 (1)**
172:20
**4.4 (1)**
172:20
**4.5 (1)**
172:20
**4:05 (1)**
234:16
**4:42 (3)**
135:23 136:6,7
**4:52 (1)**
247:5
**40 (2)**
3:20 261:1
**44 (1)**
92:12
**45 (3)**
64:16 286:21 287:4
**46 (3)**
286:14,18 287:10
**48 (1)**
3:21
**4th (8)**
42:20 43:1 44:17
  54:15,17 61:1,13,14

——————
**5**
——————
**5 (5)**
3:10,11,12 21:2 25:6
**5:46 (1)**
297:8
**5:53 (1)**
297:12
**5039 (1)**
283:16
**5th (9)**
42:20 43:1 44:17
  54:15,17 62:16
  64:10 160:9 314:21

——————
**6**
——————
**6 (3)**

24:23 25:6 166:11
**6:11 (2)**
313:4,5
**64 (3)**
253:5,11,15
**65 (1)**
3:22
**68 (1)**
298:21
**68th (2)**
298:22,22
**6th (13)**
42:21 43:1 44:17
  54:15,17 62:16
  63:24 64:10 65:19
  65:25 66:13,14
  71:18

——————
**7**
——————
**7 (3)**
26:4 45:9 253:2
**70 (2)**
252:3,9
**7171 (1)**
2:8
**73 (3)**
185:20,21,22
**747 (1)**
5:21
**77 (2)**
185:12 199:13
**78 (1)**
186:11
**7th (3)**
42:21 54:17 243:19

——————
**8**
——————
**8 (7)**
3:4 28:11 29:19 68:19
  68:20 69:9 255:1
**80226 (1)**
2:9

——————
**9**
——————
**9 (2)**
40:12 54:6
**9:00 (2)**
135:17,21
**9:33 (2)**
1:16 5:18
**9:55 (1)**
24:15
**90s (1)**
131:20
**919-F (1)**
33:11

**92 (1)**
3:23
**93 (1)**
117:25
**94 (1)**
298:16
**95 (1)**
220:8
**992 (1)**
205:16
**994 (2)**
205:7,17
**995 (2)**
209:7,16
**9th (8)**
133:6,7,15 136:12
  137:2 138:4 142:24
  148:1