# Exhibit 16

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4    IN RE:  ROUNDUP PRODUCTS        )

                                     )

5    LIABILITY LITIGATION,           )

                                     )

6                                    ) MDL No. 2741

                                     )

7                                    ) Case No.

                                     )

8                                    ) 16-md-02741-VC

                                     )

9    _____ )

                                     )

10   This Document Relates To:       )

                                     )

11   ALL ACTIONS                     )

     _____ )

12

13

14

15         DEPOSITION OF DENNIS WEISENBURGER, M.D.

16              MONDAY, SEPTEMBER 11, 2017

17                    9:13 A.M.

18

19

20

21

22

23   REPORTED BY:  KATHERINE FERGUSON

24                 RPR CSR NO. 12332

25                 JOB NO. 128476

Page  2

September 11, 2017
9:13 a.m.

Deposition of DENNIS WEISENBURGER, M.D., held at Courtyard by Marriott, 700 Huntington Drive, Monrovia, California, before Katherine Ferguson, Certified Shorthand Reporter.

---

Page  4

Exhibit 16-9   86    Cancer Epidemiology, Biomarkers & Prevention
Exhibit 16-10  98    Hardell 2002 study
Exhibit 16-11  108   De Roos 2003 study
Exhibit 16-12  124   Slide show by Dr. Pahwa
Exhibit 16-13  137   September 21, 2015 Draft publication on glyphosate used in risk of NHL
Exhibit 16-14  151   8/26/15 e-mail
Exhibit 16-15  153   8/27/15 e-mail
Exhibit 16-16  154   11/27/14 e-mail
Exhibit 16-17  161   8/22/16 e-mail
Exhibit 16-18  165   5/5/16 e-mail
Exhibit 16-19  167   9/10/17 e-mail
Exhibit 16-20  181   Article, Internation Journal of Cancer
Exhibit 16-21  186   Article, Environmental Health Perspectives
Exhibit 16-22  195   Article, Environmental Health Perspectives
Exhibit 16-23  202   Draft, Lymphoma risk and pesticide use in the agricultural health study
Exhibit 16-24  232   Article, Genetics and Molecular Biology

---

Page  3

I N D E X

WITNESS      EXAMINATION      PAGE
Dennis Weisenburger, M.D.
    By Mr. Griffis        8
                  260
    By Ms. Forgie        256

E X H I B I T S

NO.     PAGE     DESCRIPTION
Exhibit 16-1   11   Retention agreement
Exhibit 16-2   12   Bills
Exhibit 16-3   12   Expert report
Exhibit 16-4   29   Notice of Deposition
Exhibit 16-5   29   Objections and responses to Monsanto's Schedule A
Exhibit 16-6   46   Cox article in Journal of Pesticide Reform
Exhibit 16-7   58   Article, The Environment and Disease: Association or Causation
Exhibit 16-8   78   Study - Etiologic Heterogeneity among Non-Hodgkin Lymphoma Subtypes

---

Page  5

Exhibit 16-25  248   Article, Rev Environmental Health
Exhibit 16-26  252   Article, Journal of Toxicology and Environmental Health

---

Page 6

1   APPEARANCES:
2
3   FOR PLAINTIFF:
4     ANDRUS WAGSTAFF
5     BY: KATHRYN FORGIE, ESQ.
6       7171 West Alaska Drive
7       Lakewood, Colorado 80226
8
9   FOR MONSANTO:
10    HOLLINGSWORTH
11    BY: KIRBY GRIFFIS, ESQ.
12    BY: ELYSE SHIMADA, ESQ.
13      1350 I Street NW
14      Washington, DC 20005
15
16  ALSO PRESENT:
17    Rosa Trembour
18    Pearl Robertson (on speakerphone)
19    David Wool (on speakerphone)
20
21
22
23
24
25

Page 7

1   MONROVIA, CALIFORNIA; MONDAY, SEPTEMBER 11, 2017
2   9:13 A.M.
3
4       THE VIDEOGRAPHER:  Good morning.  This is
5   the start of tape labeled Number 1 in the videotaped
6   deposition of Dr. Dennis Weisenburger in the matter
7   of Roundup Products Liability Litigation.  This case
8   is before the United States District Court, the
9   Northern District of California, MDL number 2741 and
10  case number 16-MD-02741-VC.
11      This deposition is being held at Courtyard
12  by Marriott at 17 -- 770 Huntington Drive in
13  Monrovia, California.  Today's date is September
14  11th, 2017.  The time is approximately 9:12 a.m.
15      My name is Scott McNair from TSG Reporting
16  Incorporated.  I'm the legal video specialist.  The
17  court reporter today is Kathy Ferguson, also in
18  association with TSG Reporting.
19      Counsel, please identify yourselves for the
20  record.
21      MS. FORGIE:  Kathryn Forgie for the
22  plaintiffs.
23      MS. TREMBOUR:  Rosa Trembour for the
24  plaintiffs.
25      MR. GRIFFIS:  Kirby Griffis, from

Page 8

1   Hollingsworth, LLP, for Monsanto.
2       MS. SHIMADA:  Elyse Shimada, from
3   Hollingsworth, LLP, for Monsanto.
4       THE VIDEOGRAPHER:  Thank you.  Will the
5   court reporter please swear in the witness.
6
7       DENNIS WEISENBURGER, M.D.,
8   called as a witness by and on behalf of the Defendants,
9   and having been first duly sworn by the Certified
10  Shorthand Reporter, was examined and testified as
11  follows:
12
13      EXAMINATION
14  BY MR. GRIFFIS:
15      Q  Good morning, sir.  We've just met,
16  correct?
17      A  Correct.
18      Q  Would you state your name, please?
19      A  Dennis Weisenburger.
20      Q  How many times have you had your deposition
21  taken before?
22      A  Dozens of times.
23      Q  How many times have you given testimony in
24  court outside of the context of depositions?
25      A  Three times.

Page 9

1       Q  How many expert reports do you believe
2   you've created over the course of your career?
3       A  30 or so.
4       Q  How many times do you think you've heard a
5   lawyer make an objection?
6       A  To what?
7       Q  A question.  Five hundred, two hundred?
8       MS. FORGIE:  Objection.
9       A  Many times.
10      MR. GRIFFIS:  The objection?
11      MS. FORGIE:  Yeah, I don't know if you're
12  talking about in the context of a deposition or in
13  general.
14  BY MR. GRIFFIS:
15      Q  You understand, sir, from your extensive
16  deposing experience, if you don't understand
17  something in a question that I ask, you're free to
18  ask for clarification from me, correct?
19      A  Yes.
20      Q  And if you don't know some fact that you
21  need to know in order to answer a question of mine,
22  you know that you're free to say so, correct?
23      A  Yes.
24      Q  You've been through this drill before?
25      A  Yes.

1  Q  When -- what did you do to prepare for this
2  deposition?
3  A  To prepare for the deposition?
4  Q  Yes.
5  A  I reviewed, again, all of the materials
6  that I had accumulated on glyphosate and glyphosate
7  based formulations, including reports from the IARC,
8  EPA, EES -- FAA -- EFSA, whatever, the European Group and all
9  the underlying epidemiologic data, the animal
10  toxicology data, the mechanistic data.
11  referenced in all of those more global papers as well
12  as I did my own literature search multiple times to
13  find anything that -- in addition or anything more
14  recent.
15  Q  And when did you do that preparation you
16  just described?
17  A  The preparation for the deposition?
18  Q  Yes.
19  A  Over the last week.
20  Q  How many times did you meet with lawyers to
21  get ready for the deposition?
22  A  Twice.
23  Q  When was that?
24  A  Yesterday and this morning.
25  Q  For how long a period each time?

1  A  Yesterday, it was for about four and a half
2  hours and today it was about half an hour.
3  Q  You understand, sir, that if Ms. Forgie
4  makes an objection and does not direct you not to
5  answer the question, then you're to give me the best
6  answer that you can to the best of your ability when
7  she's done objecting, correct?
8  A  Yes.
9  MR. GRIFFIS:  I'm going to mark several
10  exhibits, sir.
11  (Discussion off record.)
12  (Exhibit 16-1, retention agreement, was
13  marked for identification.)
14  MS. FORGIE:  Maybe what we can do, if
15  you're going to mark a bunch of exhibits, we can get
16  the phone plugged in and mark exhibits and take a
17  break.
18  MR. GRIFFIS:  I'm going to mark three, but
19  we can pause it and --
20  MS. FORGIE:  So why don't we take a short
21  pause.
22  THE VIDEOGRAPHER:  We're off the record at
23  9:16 a.m.
24  (Brief recess.)
25  THE VIDEOGRAPHER:  We are back on the

1  record at 9:28 a.m.
2  BY MR. GRIFFIS:
3  Q  Sir, we've marked as Exhibit 1 a retention
4  agreement between you and the firm Andrus Wagstaff;
5  is that correct?
6  A  Yes.
7  Q  And the date on that agreement is signed by
8  Andrus Wagstaff on August 11th, 2015 and by you on
9  August 12th, 2015, correct?
10  A  Yes.
11  Q  You are to be paid a rate of $500 per hour
12  for your work and you got a $5000 retainer to start,
13  right?
14  A  Yes.
15  (Exhibit 16-2, 16-3, were marked for
16  identification.)
17  BY MR. GRIFFIS:
18  Q  Exhibit 2 to this deposition are the bills
19  that you produced a few days ago, sir.  And Exhibit
20  3, which we'll get to later, is a copy of your expert
21  report.
22  Did I identify those correctly?
23  A  That's correct.
24  MS. FORGIE:  Let me see them for a second.
25  BY MR. GRIFFIS:

1  Q  In 2015, you received $13,200 for your
2  work?
3  A  Yes, I think it's a retainer.
4  Q  In 2016, you received $21,500?
5  A  Yes.
6  Q  2017 through April, through your work, work
7  through April 19th I guess -- do I have that end date
8  right?
9  A  I don't have that here.
10  Q  Turn to the back of the page.
11  A  Oh.  Correct.
12  Q  Through April 19th, you were paid $68,750,
13  right?
14  A  That's correct.
15  Q  For a grand total, per math, of $103,450.
16  How many hours have you worked on this
17  litigation since April 19th of this year?
18  A  Over a hundred hours.
19  Q  Sir, you are not a board certified
20  epidemiologist, right?
21  A  I'm not a board certified epidemiologist,
22  but I have extensive experience in epidemiology.
23  Q  You don't consider yourself to be a
24  statistician, right?
25  A  No, I'm not a statistician.

Page 14

1  Q  You don't have any formal training in
2  epidemiology except for a three-week course you took
3  once in Boston, right?
4      MS. FORGIE:  Objection.
5      A  That's true, although I've read a lot of
6  epidemiology textbooks and articles and have
7  interacted extensively with epidemiologists during
8  the course of my career.
9  BY MR. GRIFFIS:
10     Q  Yes, sir.  It's correct that the only
11 formal training in epidemiology you had was the
12 three-week course you took in Boston, right?
13     MS. FORGIE:  Objection, asked and answered.
14     A  That's correct.
15 BY MR. GRIFFIS:
16     Q  And you've had no formal training after
17 medical school in the field of biostatistics except
18 for that three-week course you took once in Boston,
19 right?
20     A  I believe that's correct.
21     Q  And you're not an expert on the design of
22 epidemiology studies; is that fair to say?
23     A  No, but when I've done studies, I've always
24 worked with epidemiologists who assisted in the
25 design.

Page 15

1      Q  Yes, sir.  When you collaborate with people
2  and your name is certainly on a number of
3  epidemiology studies, when you collaborate with
4  people on an epidemiology study, the design of the
5  study is left to others, correct?
6      MS. FORGIE:  Objection.
7      A  Yes.
8  BY MR. GRIFFIS:
9      Q  And you wouldn't be an expert either on the
10 statistical analysis of the data collected in the
11 epidemiology study, right?
12     A  That's correct, although I understand how
13 to interpret the data.
14     Q  Yes, sir.  The choice of what statistical
15 tools to use and what tools to use to control for
16 possible biases in the data and interpreting the
17 data, those discussions would be made by others,
18 correct?
19     MS. FORGIE:  Objection.
20     A  That's correct.
21 BY MR. GRIFFIS:
22     Q  You would not be an expert on identifying
23 the medical confounders for epidemiology studies,
24 meaning saying this, this and this are the
25 confounders in this particular set of data; is that

Page 16

1  correct?
2      A  I have general knowledge about what the
3  risk factors are for Non-Hodgkin's Lymphoma, so I
4  would say they would be the same ones that would be
5  found in any epidemiological study that have been
6  found.
7      Q  Well, here's what I mean, sir.  Some
8  medical issues can be confounders in a particular set
9  of data and not in a different set of data, correct?
10     A  Yes.
11     Q  So it would be someone else who would be
12 the expert on figuring out which particular issues
13 are confounders in a particular set of data by
14 applying statistical tools to the data, correct?
15     A  Yes.
16     MS. FORGIE:  Objection, asked and answered.
17     A  Yes, but I often was involved in those
18 decisions.
19 BY MR. GRIFFIS:
20     Q  And you would be involved primarily with
21 identifying which things need to be looked for as
22 potential confounders, right?
23     A  Yes.
24     Q  You don't have formal training in animal
25 pathology, correct?

Page 17

1      A  No, but I've done -- human pathology and
2  animal pathology is very similar and I've done quite
3  a bit of animal pathology in my career.
4      Q  As far as formal training, you don't have
5  formal training in animal pathology, right?
6      MS. FORGIE:  Objection, asked and answered.
7  You can answer it again.
8      A  No, but as I said, human pathology and
9  animal pathology is very similar.  The diseases are
10 similar.
11 BY MR. GRIFFIS:
12     Q  There is such a thing as training in animal
13 pathology and training in human pathology and people
14 do specialize in one or the other or both, correct?
15     A  Veterinarians specialize in animal
16 pathology.
17     Q  And people who perform animal studies
18 extensively as part of their career also specialize
19 in animal pathology frequently, correct?
20     MS. FORGIE:  Objection.
21     A  Sometimes they do, sometimes they enlist
22 animal pathologists or even human pathologists to
23 assist in those studies.
24 BY MR. GRIFFIS:
25     Q  You don't have board certification of any

Page 18

1  kind in toxicology, right?
2      A  I do not.
3      Q  Or any formal training in toxicology,
4  right?
5          MS. FORGIE:  Objection.
6      A  As part of my training in clinical
7  pathology, we also are trained in toxicology.  And I
8  have extensive experience in the practical knowledge
9  of toxicology and its application.  I've done lots of
10 reading on my own, textbook reading, article reading,
11 I've done my own animal toxicology studies and I've
12 participated in animal carcinogenesis tests as a
13 pathologist and as a consultant.
14 BY MR. GRIFFIS:
15     Q  Is your answer that although you don't have
16 formal training in toxicology, you've got a lot of
17 experience in the area?
18     A  Yes.
19         MS. FORGIE:  Objection, asked and answered,
20 you can answer.
21 BY MR. GRIFFIS:
22     Q  So the answer is yes as to no formal
23 training in toxicology?
24         MS. FORGIE:  Objection.  You can answer
25 again.

Page 19

1      A  I have practical training in toxicology and
2  some formal training as part of my clinical pathology
3  training.
4      Q  When was that?
5      Q  When was that?
6      Q  Yes, sir.
7      A  That was during my pathology residency at
8  the University of Iowa.  I have to look on my CV to
9  see exactly when it was, but it was during my
10 pathology residency we trained in.  Where we did our
11 training in pathology, part of it was clinical
12 pathology and part of that was toxicology.
13     Q  No formal training after medical school in
14 the science of risk assessment, correct?
15         MS. FORGIE:  Objection.
16     A  I have no formal training in the science of
17 risk assessment.
18 BY MR. GRIFFIS:
19     Q  And can you say a few words to the camera
20 about what the difference is between hazard and risk
21 assessment, in your view?
22     A  Well, hazard assessment is a determination
23 of whether a specific chemical has the potential to
24 cause an illness or disease.  And risk assessment
25 looks at the risk associated with a certain dosage

Page 20

1  and different dosages to give the actual risks of
2  what that -- how often that disease would develop.
3      Q  And you understand that IARC performed a
4  hazard assessment on glyphosate, a non risk
5  assessment, correct?
6      A  Yes.
7      Q  You understand that the various agencies,
8  like EPA and EFSA, that have looked at the issue of
9  glyphosate in human carcinogenicity have performed
10 risk assessment, correct?
11         MS. FORGIE:  Objection.
12     A  Yes, I believe that's true.
13 BY MR. GRIFFIS:
14     Q  You have no formal training in oncology,
15 correct?
16         MS. FORGIE:  Objection.
17     A  Well, I have worked very closely with
18 oncologists for all of my career and during my
19 internship I spent about four months doing clinical
20 oncology, so I have extensive experience in oncology,
21 particularly in hematopoietic malignancies such as
22 leukemia, lymphoma.
23 BY MR. GRIFFIS:
24     Q  Do you treat patients?
25     A  I have not treated patients since I was an

Page 21

1  intern.
2      Q  You don't consider yourself to be an
3  oncologist, right?
4          MS. FORGIE:  Objection.
5      A  No, I'm not an oncologist.
6  BY MR. GRIFFIS:
7      Q  Most of the -- you told us that you
8  testified in many depositions earlier.
9          Most of your testifying has been on behalf
10 of the plaintiffs; is that right?
11         MS. FORGIE:  Objection.
12     A  So it's been mixed.  I testified on behalf
13 of plaintiffs in a number of different lawsuits and
14 I've also testified for the defendants in some
15 lawsuits.  So it's really been mixed.
16 BY MR. GRIFFIS:
17     Q  It's accurate to say you've testified for a
18 defendant before in a few cases, but most of the
19 testifying you do is on behalf of plaintiffs, right?
20         MS. FORGIE:  Objection, asked and answered.
21     A  I haven't quantitated it, so I couldn't
22 answer that.
23 BY MR. GRIFFIS:
24     Q  You recall testifying in the Wendell versus
25 Johnson & Johnson case that you've testified for a

Page 22

1 defendant before in a few cases, but most of the
2 testifying you do is on behalf of plaintiffs?
3     MS. FORGIE: Objection.
4     A  I don't remember saying that. I've
5 testified on both sides.
6 BY MR. GRIFFIS:
7     Q  Do you disagree with that statement?
8     Can I see it? Is this a statement I made?
9     Q  I'll paraphrase it for you, sir. I've
10 testified for defendants before in a few cases, but
11 most of the testifying I do is on behalf of
12 plaintiffs.
13     Do you disagree with that is the question?
14     MS. FORGIE: Objection, asked and answered.
15     A  I don't disagree with it, no.
16 BY MR. GRIFFIS:
17     Q  Now, the standard you would use for
18 opinions in a medical article that you would put your
19 name on and publish in the medical literature would
20 be more rigorous than opinions in a litigation case,
21 because otherwise it might not be accepted by the
22 scientific reviewers who review the article, correct?
23     MS. FORGIE: Objection.
24     A  That's correct.
25 BY MR. GRIFFIS:

Page 23

1     Q  And you believe that your experience
2 qualifies you, but your training does not, to make
3 causal assessments between occupational exposures and
4 Non-Hodgkin's Lymphoma, correct?
5     MS. FORGIE: Objection.
6     A  So self-training is a form of training, so
7 I have had some formal training and I've done my own
8 training and I've worked with people who have trained
9 me in the practical aspects of those different
10 disciplines.
11 BY MR. GRIFFIS:
12     Q  So if we adjust for the self-training point
13 and say that you would agree that it is your
14 experience and not any formal training that you've
15 received that qualifies you to make, in your opinion,
16 causal assessments between occupational exposures and
17 Non-Hodgkin's Lymphoma; you would agree with that?
18     MS. FORGIE: Wait. Objection, asked and
19 answered. You can answer again.
20     A  So we already talked about I have had some
21 formal training.
22 BY MR. GRIFFIS:
23     Q  What is the formal training you've had?
24     MS. FORGIE: Objection, asked and answered.
25 You can answer again.

Page 24

1     A  Formal training in what?
2 BY MR. GRIFFIS:
3     Q  In whatever you feel qualifies you to make
4 causal assessments between occupational exposures and
5 Non-Hodgkin's Lymphoma; what formal training are you
6 referring to when you say no to my question?
7     A  So I've had formal training and
8 self-training in epidemiology and toxicology, of
9 course pathology, and I have extensive experience in
10 all the various clinical, biological aspects of
11 lymphoma. So I have extensive experience.
12     Q  The formal training in toxicology would be
13 during your internship or medical school?
14     MS. FORGIE: Objection.
15     A  During my medical school and residency,
16 yes.
17     MS. FORGIE: Let me get my objection in.
18 Objection, asked and answered.
19 BY MR. GRIFFIS:
20     Q  The formal training in epidemiology would
21 be that three-week course in Boston we talked about
22 earlier, right?
23     A  Yes.
24     MS. FORGIE: Objection, asked and answered.
25     A  And training in medical school.

Page 25

1 BY MR. GRIFFIS:
2     Q  And you are -- you said in your expert
3 report that you're working on some lymphoma
4 epidemiology studies with InterLymph, correct?
5     A  Yes.
6     Q  Are you doing any work that includes or
7 involves in any way glyphosate?
8     A  No.
9     Q  And I don't mean to just limit myself to
10 InterLymph.
11     Are you doing any sort of scientific work
12 or research, outside of your litigation consulting
13 work, scientific work or research in any way that
14 involves glyphosate?
15     A  Well, I was principal investigator in the
16 Nebraska epidemiology study which was part of the De
17 Roos pooling paper --
18     Q  Yes, and I'm --
19     MS. FORGIE: Let him finish his answer.
20     A  And also --
21     MS. FORGIE: He's entitled to finish his
22 answer.
23     A  And also part of the NAPP study, which is
24 an ongoing study. So that data is all part of -- my
25 data is all part of that, so I have been involved.

## Page 26

BY MR. GRIFFIS:

Q  I was going to cut you off to say I wasn't asking about the past.  And I'll cover a lot of stuff on the past, I was asking about the future.

But perhaps you mean to talk about the future when you mentioned the NAPP study, do you?

A  Well, the NAPP study is the present and the future.

Q  What glyphosate data collection is going on currently with the NAPP study?

A  The data has all been collected.

Q  What glyphosate data analysis is going on with the NAPP study?

MS. FORGIE:  Objection, you can answer to the extent that you're not giving away anything that's confidential and protected by academic privilege.

A  So the analysis is continuing and data is being refined in that study.

BY MR. GRIFFIS:

Q  Is there analysis and data refinement proceeding with regard to glyphosate?

A  Yes.

Q  Is anything in publication or being submitted for publication with regard to glyphosate?

## Page 27

MS. FORGIE:  Objection, same objection about confidentiality.

A  There's a draft manuscript that has not been finalized or submitted for publication.

BY MR. GRIFFIS:

Q  And as far as glyphosate is concerned, what is the issue that's being examined; is it Non-Hodgkin's Lymphoma or some other condition?

MS. FORGIE:  Same objection.

A  It's Non-Hodgkin's Lymphoma.

BY MR. GRIFFIS:

Q  So there's a publication that's been submitted using the NAPP data with regard to glyphosate and Non-Hodgkin's Lymphoma?

MS. FORGIE:  Objection.

A  The manuscript is in draft form, it's not been submitted.

BY MR. GRIFFIS:

Q  The manuscript in draft form.

Are you one of the proposed coauthors in that draft manuscript?

A  Yes.

Q  Who are the other coauthors?

A  The lead author's name is Pahwa, P-A-H-W-A. I can't, off the top of my head, name all of the

## Page 28

coauthors.  Aaron Blair is a coauthor, a lady named Beane Freeman is the senior author.  There are a variety of other authors from U.S. and Canada whose names I can't, off the top of my head, give you.

Q  Yes, sir.  And we'll talk about NAPP a little later and maybe it will refresh your memory about all the authors.

But is the publication that's in press the same data that Dr. Pahwa presented in a slide show in Brazil?

A  It's not in press.  It's in draft form.

Q  I apologize.  In draft form.

A  It's substantially the same.

Q  Okay.  So we talked about -- I was trying to explore any scientific work that you're involved in currently or future involving glyphosate and you've identified this in-draft NAPP publication.

Is there anything else?

A  No.

Q  What do you know, if anything, about the Ramazzini Institute study on glyphosate?

A  I don't know anything about it.

Q  Have you ever been considered to be a fellow of the Ramazzini Institute?

A  No.

## Page 29

Q  Do you know what the Ramazzini Institute is?

A  I don't.

Q  Are you hearing the word for the first time from me?

A  No, I've come across it before, but I don't know what it is.

Q  What is your understanding of what it is?

A  I don't know what it is.

Q  Do you know where they are?

A  I don't know for sure.  Probably Italy with a name Ramazzini, but I don't actually know.

Q  Do you know, for example, if Aaron Blair is a fellow?

A  I don't know.

Q  Do you know if Christopher Portier is a fellow?

A  I don't know.

Q  Do you know anyone who is a fellow?

A  I don't.

MR. GRIFFIS:  Yes, sir.  I'm going to mark next --

(Exhibit 16-4, deposition notice, was marked for identification.)

MR. GRIFFIS:  That's 5.

Page 30

1    (Exhibit 16-5, Objections and responses to
2  Schedule A, was marked for identification.)
3  BY MR. GRIFFIS:
4    Q  Sir, I marked as Exhibit 4 a copy of a
5  notice to take oral and videotaped deposition of
6  Dr. Dennis Weisenburger that we issued to your
7  counsel.
8    Have you seen this document before?
9    A  Yes, I have.
10    Q  Do you see, when you turn several pages
11  back, there's a Schedule A with numbered pages and on
12  page 2 a number of requests for production begin?
13    A  Yes.
14    Q  When did you first see those requests for
15  production, sir, or hear about them?
16    A  I don't remember precisely when it was.  It
17  was probably two weeks ago or so.
18    Q  With regard to item 7 on page 3, "a copy of
19  all abstracts, articles, books or book excerpts of
20  which you are an author, coauthor or editor, and any
21  correspondence you have written to or exchanged with
22  members of any regulatory or legislative body, which
23  has as all or part of its subject matter any
24  hematopoietic malignancies, glyphosate and/or Roundup
25  that are not publicly or otherwise available," what

Page 31

1  did you do to assemble documents in response to that
2  request, sir, if anything?
3    A  I determined that everything I had was
4  publicly available and that I hadn't really had any
5  of these exchanges.
6    Q  For example, sir, do you have a copy of the
7  Brazil slide show by Dr. Pahwa with regard to the
8  NAPP study?
9    A  Yes, we disclosed that.
10    Q  And -- what do you mean by we "disclosed
11  that"?
12    MS. FORGIE:  Objection, don't answer about
13  any discussions you had with me.
14    THE WITNESS:  Okay.
15    MS. FORGIE:  It's privileged.
16  BY MR. GRIFFIS:
17    Q  Tell me what your understanding is of "we
18  disclosed that."
19    A  I provided that to Ms. Forgie.
20    Q  Okay.  Did you provide any other documents
21  under seven here to Ms. Forgie?
22    MS. FORGIE:  Don't say anything about any
23  discussions that we've had.
24    A  I provided all of the abstracts and slide
25  presentations from the NAPP presentations to her.

Page 32

1  BY MR. GRIFFIS:
2    Q  Any other kinds of abstracts, slide
3  presentations, books, book excerpts, et cetera?
4    A  No.
5    Q  So multiple things from NAPP is what you
6  provided to Ms. Forgie?
7    A  Yes.
8    Q  All right.  Item 8, "handouts, PowerPoints
9  or other documents used by you at any lecture you
10  have given in the past five years relating to
11  hematopoietic malignancies, including NHL, that are
12  not publicly or otherwise available," what did you do
13  to respond to that request?
14    A  Well, we felt this was -- I felt this was
15  burdensome because I give many lectures, but none of
16  the lectures that I've given in the last five years
17  deal with glyphosate or any pesticide as an etiology
18  from lymphoma.  So I didn't really feel that
19  providing all of this was really relevant to the
20  case.
21    Q  So there are such documents, but in your
22  view they were not relevant; is that correct?
23    MS. FORGIE:  Objection.
24    A  That's correct.
25  BY MR. GRIFFIS:

Page 33

1    Q  Item 9 is, "a copy of all handouts,
2  PowerPoints or other documents used by you at any
3  lecture you have given on pesticides including
4  glyphosate and/or Roundup that are not publicly or
5  otherwise available."
6    What did you do to respond to that request?
7    MS. FORGIE:  Objection.
8    A  I haven't given any such lectures in many
9  years and I've never spoken in public on glyphosate
10  or Roundup.
11  BY MR. GRIFFIS:
12    Q  When is the last time you've given a
13  lecture about any pesticides and possible etiology of
14  Non-Hodgkin's Lymphoma?
15    A  It would have probably been 10 years ago or
16  more based on the studies we did in Nebraska, so the
17  data and studies we did in Nebraska.
18    Q  Did you provide any documents to
19  Ms. Forgie --
20    MS. FORGIE:  Objection.
21    Q  -- in response to that one?
22    A  No, I don't think I could even find these
23  materials.
24  BY MR. GRIFFIS:
25    Q  Item 11, sir, "any communications and

Page 34

1  documents relating to communications between you and
2  any or all of the following individuals regarding
3  glyphosate and/or Roundup which are not publicly or
4  otherwise available:  Beate Ritz, Christopher
5  Portier, Alfred Neugut, Charles Jameson, Chadi
6  Nabhan, Aaron Blair, Matthew Ross; what, if anything,
7  did you do to respond to that request?
8       MS. FORGIE:  Objection.
9       A  So I haven't had any communications with
10  these people except for Dr. Portier.  And the
11  communications that we had were relating to the
12  letter and the article that was written regarding the
13  European decision.  Frankly, all the e-mails are
14  purged from my computer every so often when it gets
15  overloaded and all of these communications with him
16  would have been purged from my computer.
17  BY MR. GRIFFIS:
18       Q  Did you do any search for communications
19  with Mr. Portier?
20       MS. FORGIE:  Objection.
21       A  No.
22  BY MR. GRIFFIS:
23       Q  Did you do a search for any communications
24  that copied or included any of those other persons?
25       MS. FORGIE:  Objection.

Page 35

1       A  I have not communicated with any of the
2  other persons.
3  BY MR. GRIFFIS:
4       Q  How many different e-mail addresses have
5  you used for professional work that you could have
6  received e-mails or sent e-mails to these people over
7  the past 10 years?
8       MS. FORGIE:  Objection.
9       A  In when?
10  BY MR. GRIFFIS:
11       Q  Over the past 10 years.
12       A  Well, at City of Hope, I only use my work
13  e-mail and in Nebraska I would have used my work
14  e-mail, so it would have been just two.
15       Q  So your work e-mail in Nebraska and work
16  e-mail at City of Hope.
17       Do you know whether either of those
18  institutions automatically backs up people's e-mail
19  periodically?
20       MS. FORGIE:  Objection.
21       A  I don't know.
22  BY MR. GRIFFIS:
23       Q  Did you make any effort to find out whether
24  back up tapes exist with e-mail communications or
25  other communications with these people?

Page 36

1       MS. FORGIE:  Objection.
2       A  I did not.
3  BY MR. GRIFFIS:
4       Q  Did you provide any communications in
5  response to number 11 to Ms. Forgie?
6       MS. FORGIE:  Objection.
7       A  I did not.
8  BY MR. GRIFFIS:
9       Q  When you say these are periodically
10  deleted -- purged/deleted, do you mean by yourself?
11       A  By my assistant on my behalf.
12       Q  And what do you mean by getting too many
13  e-mails that you need to purge, what happens?
14       MS. FORGIE:  Objection.
15       A  Well, my computer doesn't work when it has
16  too much data in it, so I have to purge things from
17  time to time.  So it's usually stuff that's been
18  accumulating.
19  BY MR. GRIFFIS:
20       Q  Do you receive e-mails or do you access
21  e-mails not only on a work computer but also on a
22  laptop?
23       MS. FORGIE:  Objection.
24       A  I have an iPad, but I use the same e-mail
25  address.

Page 37

1  BY MR. GRIFFIS:
2       Q  Yes, sir.  And do you use any backup
3  services that back up your data from the iPad or from
4  your computer at work to the cloud?
5       MS. FORGIE:  Objection.
6       A  No, not that I know of.
7  BY MR. GRIFFIS:
8       Q  And when you ask your secretary to purge
9  e-mails, what instructions do you give to your
10  secretary?
11       MS. FORGIE:  Objection.
12       A  Well, I would say, you know, please purge
13  my e-mails from 2016 back, so I usually would keep my
14  most recent e-mails.
15  BY MR. GRIFFIS:
16       Q  So right now your e-mails would go back to
17  some particular date and then you wouldn't have
18  anything before that; is that correct?
19       A  Right.
20       MS. FORGIE:  Objection.
21  BY MR. GRIFFIS:
22       Q  Item 13, "all communications and documents
23  relating to the North American Pooled Project,
24  including, but not limited to, all communications and
25  documents" with a number of named persons here.

Page 38

1   What, if anything, did you do to respond to
2   that request, sir?
3       MS. FORGIE:  Objection.  Again, limit your
4   answers to things that are nonconfidential in a sense
5   that they relate to the academic privilege.
6       A   So for this, I did do a search of my
7   database and did find the presentations, I'd save
8   those, the presentations, the various presentations
9   that were given by people from NAPP and those I
10  forwarded to Ms. Forgie.  There were some e-mail
11  communications.  They'd all been purged as far as I
12  know.  And they were really not substantial in terms
13  of the data because I have not been -- I would say I
14  have not been highly active in formulating or
15  critiquing the draft presentations.
16  BY MR. GRIFFIS:
17      Q   Why is that; what is your role instead?
18      A   My role --
19      MS. FORGIE:  Objection.  Only answer to the
20  extent you're not giving away information that's
21  confidential.
22      A   Yeah.  So my role was the original role as
23  principal investigator of the Nebraska study, so the
24  Nebraska study provided data and that data is part of
25  the study.  So as I said, most of the work of

Page 39

1   analyzing the data, formulating the slides and the
2   presentations was done by the group in Canada.
3   BY MR. GRIFFIS:
4       Q   Yes, sir.  And Ms. Forgie keeps telling you
5   to only answer to the extent it doesn't violate
6   what's called an academic privilege.
7       What's your understanding of the sort of
8   information that you are not permitted to tell me
9   because of an academic privilege?
10      MS. FORGIE:  Objection.  Don't answer that
11  if it has anything to do with discussions you and I
12  have had.
13      A   I don't know.  I don't know the answer to
14  that question.
15  BY MR. GRIFFIS:
16      Q   For example, the fact that a publication is
17  in the works, that's not something that you consider
18  to be academic privilege, correct?
19      MS. FORGIE:  Objection, asked and answered.
20  You can answer again.
21      A   Correct.
22  BY MR. GRIFFIS:
23      Q   Is the kinds of analyses that were
24  performed something that you considered to be subject
25  to the academic privilege?

Page 40

1       MS. FORGIE:  Objection.
2       A   Yes.
3   BY MR. GRIFFIS:
4       Q   Are the conclusions something you consider
5   to be subject to the academic privilege?
6       MS. FORGIE:  Objection.
7       A   Yes.
8   BY MR. GRIFFIS:
9       Q   Are which associations or absences of
10  associations you chose to focus on something you
11  consider to be subject to the academic privilege?
12      MS. FORGIE:  Objection.
13      A   Yes.
14  BY MR. GRIFFIS:
15      Q   And the reason for the academic privilege
16  in your understanding is what, sir?
17      MS. FORGIE:  Objection.  Again, don't
18  discuss anything that you and I have discussed.
19      A   Well, the data is in the process of being
20  analyzed, it's not finalized.  The manuscript is a
21  draft manuscript that will probably undergo changes.
22  So these are all privileged documents that are not
23  really made available until -- usually until the
24  manuscript has actually been accepted for publication
25  at the earliest.

Page 41

1   BY MR. GRIFFIS:
2       Q   Yes, sir.  Before your conversations with
3   Ms. Forgie, if any, about the subject of academic
4   privilege, what was your understanding about the
5   scope of academic privilege?
6       A   It was the same.
7       Q   What was that understanding?
8       MS. FORGIE:  Objection, asked and answered.
9   You can answer again.
10      A   That draft of the manuscript or substantial
11  data from the manuscript should not be made available
12  for public review or use until the manuscript is
13  actually accepted for publication.
14  BY MR. GRIFFIS:
15      Q   And what is your understanding of the
16  reason for that role?
17      MS. FORGIE:  Objection.
18      A   Well, it's just convention.  It's academic
19  convention.  This is the way academic people do
20  things.  I think the reason is that -- that if
21  information is released prior to acceptance, it could
22  be used in ways to affect whether something is
23  accepted or not, questions the data could be
24  misinterpreted.  There are all kinds of reasons.
25  BY MR. GRIFFIS:

Page 42

1      Q  Could you turn to your expert report, sir.
2  That's Exhibit 3.
3      A  Expert report?
4      Q  Yes.  By the way, before we do that, you
5  brought a folder with you today.
6         What do you have in the folder?
7      A  Just my expert report.
8      Q  What other documents are in there?
9      A  Nothing.
10     Q  The reason I'm asking about other documents
11 is you have about six paperclips and two binder clips
12 which makes me think --
13        MS. FORGIE:  I asked the same question, but
14 it's got exhibits.
15        It's all the exhibits.
16 BY MR. GRIFFIS:
17     Q  Fine.  So the expert report there, Exhibit
18 3, would you turn to page 3 of the expert report,
19 please.
20     A  Page 3?
21     Q  Yes.  On pages 1 and 2 you're talking about
22 your own background and on page 3 you start talking
23 about glyphosate; is that right?
24        MS. FORGIE:  Objection.
25     A  Yes.

Page 43

1         MR. GRIFFIS:  To help my understanding,
2  what is the nature of that objection?
3         MS. FORGIE:  What happens is you keep
4  making these declaratory statements before you ask
5  the question and I object to the declaratory
6  statements.
7         MR. GRIFFIS:  That's utterly accurate.
8         MS. FORGIE:  They're not appropriate and
9  they're not necessarily accurate.
10 BY MR. GRIFFIS:
11     Q  Page 3, sir, the -- on page 3, when you
12 have a citation, you use parentheses and a number and
13 a close parentheses to indicate where we can find the
14 citation in your own notes, right?
15     A  Yes.
16     Q  So the first citation that you give when
17 you start talking about glyphosate is to what,
18 please?
19     A  It's number 3.
20     Q  What is it?
21        MS. FORGIE:  Objection.
22     A  What is the reference?
23 BY MR. GRIFFIS:
24     Q  Yeah, what is the reference?
25     A  This document by Cox, entitled "Glyphosate

Page 44

1  fact sheets part 1, toxicology part 2, human exposure
2  and ecological effects in the Journal of Pesticide
3  Reform, 1995."
4      Q  Now, do you know what the Journal of
5  Pesticide Reform is?
6      A  I don't.
7      Q  You know that hasn't been published in more
8  than a decade, but it was published by something
9  called The Northwest Center for Alternatives to
10 Pesticides?
11        MS. FORGIE:  Objection.
12     A  I didn't know that.
13 BY MR. GRIFFIS:
14     Q  How did you find this article?
15     A  I probably saw it in reference by another
16 article.
17     Q  The articles that you pulled together for
18 your expert report, were any of those provided to you
19 by plaintiff's counsel or anyone else?
20     A  A few were provided, but most of them are
21 ones that I found myself or looked for myself.
22     Q  And the ones that were provided to you, are
23 those ones you had a hard time finding and so you
24 asked for help or are they ones they said take a look
25 at this and sent them to you?

Page 45

1         MS. FORGIE:  Objection.
2      A  Both.
3  BY MR. GRIFFIS:
4      Q  Both.
5         Do you recall which ones that they
6  suggested you take a look at?
7         MS. FORGIE:  First of all, objection.
8  Don't answer anything about any discussions you and I
9  had or you had with any other lawyer, please.
10     A  No, I don't remember which ones were which.
11 They all were put together in piles and became part
12 of one large accumulation of documents.
13 BY MR. GRIFFIS:
14     Q  Okay.  To get back to the Northwest Center
15 for Alternatives to Pesticides, you never heard of
16 that group before?
17        MS. FORGIE:  Objection.
18     A  I have.
19 BY MR. GRIFFIS:
20     Q  So you don't know that it's a lobbying
21 group opposed to pesticides?
22     A  I didn't know that.
23     Q  And you didn't know this journal was
24 dedicated to that same cause?
25        MS. FORGIE:  Objection, asked and answered.

1    You can answer again.
2        A  I didn't know that.
3    BY MR. GRIFFIS:
4        Q  Do you know if it purports to even be peer
5    reviewed?
6        MS. FORGIE:  Objection, asked and answered.
7    You can answer it again.
8        A  I assumed it was, but I don't actually know
9    that for a fact.
10   BY MR. GRIFFIS:
11       Q  Yes, sir.  And the article you cite is by
12   the Journal of Pesticide Reform editor, it wasn't
13   something submitted to the editor but written by the
14   editor of the journal, correct?
15       MS. FORGIE:  Objection, asked and answered.
16   You can answer it again.
17       A  I don't know that.
18   BY MR. GRIFFIS:
19       Q  You didn't notice that when you looked at
20   the article?
21       A  No.
22       (Exhibit 16-6, Carolyn Cox article, was
23   marked for identification.)
24   BY MR. GRIFFIS:
25       Q  Do you see, sir -- I've handed you Exhibit

1    6, the -- and this is the Cox article you cited,
2    right?
3        MS. FORGIE:  Objection, give him a chance
4    to look, please.
5        A  I don't know that it is.  I don't think it
6    is.  Or it could be and mine was in a different
7    format because it looks quite different, actually.
8    BY MR. GRIFFIS:
9        Q  These are the glyphosate fact sheets, part
10   1 of 2 and part 2 of 2; do you see that on the top
11   line, sir?
12       A  Uh-huh.
13       Q  And it says "Carolyn Cox and Glyphosate
14   Fact Sheet, Part 1 and Part 2," that's your citation
15   on page 13 of your expert report, correct?
16       MS. FORGIE:  Objection, asked and answered.
17   You can answer it again.
18       A  I don't know whether it's the same document
19   or not.
20   BY MR. GRIFFIS:
21       Q  Your citation, sir, on page 13 of your
22   expert report, is "Cox, C., Glyphosate Fact Sheets:
23   Part 1, Toxicology; Part 2, Human Exposure and
24   Ecological Effects.  Journal of Pesticide Reform."
25       Correct?

1        MS. FORGIE:  Objection, asked and answered.
2    This is bordering on badgering the witness.
3        A  I don't see --
4        MS. FORGIE:  Wait.  Let me get my objection
5    in.  He said he doesn't know.  Now you're badgering
6    him.
7        You can answer it one more time.
8        A  I don't know if it's different or not.
9    BY MR. GRIFFIS:
10       Q  Sir, I asked a different question.  I said
11   the cite on page 13 is "Cox, C., Glyphosate Fact
12   Sheets:  Part 1, Toxicology; Part 2, Human Exposure
13   and Ecological Effects" from the Journal of Pesticide
14   Reform.
15       That's your cite on page 3?
16       MS. FORGIE:  Objection, asked and answered.
17       A  But Part 1 is not labeled "toxicology"
18   here.
19   BY MR. GRIFFIS:
20       Q  What we have as Exhibit --
21       A  And Part 2 does not have a label either.
22       Q  Yes, sir.  What we have as Exhibit 6 -- and
23   I understand you've seen a different version, sir,
24   perhaps -- is labeled "Glyphosate Fact Sheet" and we
25   have Part 1 and Part 2 and it's by Carolyn Cox in the

1    Journal of Pesticide Reform, correct?
2        MS. FORGIE:  Objection, asked and answered.
3    You can answer it again.  You're badgering him.
4        A  That's what your document says, but I'm not
5    sure -- it looks different than the document that I
6    -- that's all I can say.  It might be the same, it
7    might not.  I don't know.
8    BY MR. GRIFFIS:
9        Q  Do you see that it says "Carolyn Cox is
10   JPR's editor"?
11       A  Yes.
12       Q  Okay.  Now, are articles from the Journal
13   of Pesticide Reform generally accepted as reliable in
14   your field?
15       MS. FORGIE:  Objection.
16       A  I don't know the answer to that.
17   BY MR. GRIFFIS:
18       Q  Do you know if it's generally accepted --
19   the Journal of Pesticide Reform, do you know if it's
20   generally accepted as scientifically reliable?
21       MS. FORGIE:  Objection, asked and answered.
22   You can answer it again.
23       A  I don't know the answer to that.
24   BY MR. GRIFFIS:
25       Q  In your expert report, sir, on page 3, your

Page 50

1  second citation -- I'll wait for you to get there.
2  The second citation, Citation 4, is to the IARC
3  Monographs, correct?
4       MS. FORGIE:  He's not there yet.
5       A  Yes.
6  BY MR. GRIFFIS:
7       Q  Tell me how much you relied on the IARC
8  Monographs and the IARC findings in reaching your
9  conclusions about glyphosate and Non-Hodgkin's
10 Lymphoma.
11      A  Well, it was one of the documents I
12 reviewed in the -- as well as many other things that
13 I reviewed.  And I reviewed it carefully and I pulled
14 a lot of the articles that were referenced there as
15 part of the materials that I reviewed.  So I used it
16 more as an information source than anything else,
17 just like the other documents that I looked at.
18      Q  Did you use it as kind of a guideline to
19 which articles you should take a look at?
20      MS. FORGIE:  Objection.
21      A  It was a starting point, but, you know,
22 then I did my own searches, I reviewed the EPA
23 documents, the EFSA documents, all kinds of documents
24 so --
25 BY MR. GRIFFIS:

Page 51

1       Q  And how influenced were you in reaching
2  your own conclusions that IARC had reached the
3  conclusions that they had after doing their review?
4       MS. FORGIE:  Objection.
5       A  I wasn't influenced.  My strategy was to
6  make up my own mind based on all the literature that
7  I reviewed.
8  BY MR. GRIFFIS:
9       Q  Are you relying on the fact that IARC went
10 through this process and reached the conclusions that
11 they did to support your views that glyphosate causes
12 Non-Hodgkin's Lymphoma?
13      MS. FORGIE:  Objection, asked and answered.
14 You can answer it again.
15      A  No.
16 BY MR. GRIFFIS:
17      Q  So you won't be telling a jury or a judge
18 that IARC reached these conclusions and that's one of
19 the reasons that you should agree with me that
20 glyphosate causes Non-Hodgkin's Lymphoma; is that
21 correct?
22      MS. FORGIE:  Objection, asked and answered.
23 You can answer it again.
24      A  Well, I think it is telling that IARC came
25 to that conclusion, but I did not rely on the IARC

Page 52

1  conclusion to draw my own conclusion.
2  BY MR. GRIFFIS:
3       Q  Do you intend to argue to a judge or a jury
4  that they should believe that glyphosate causes
5  Non-Hodgkin's Lymphoma because IARC -- in part
6  because IARC reached a conclusion like that?
7       MS. FORGIE:  Objection, asked and answered.
8  You can answer it again.
9       A  No, I would give my own conclusions.
10 BY MR. GRIFFIS:
11      Q  You read the deposition of Dr. Blair,
12 correct?
13      A  I did.
14      Q  And you saw that he testified that the IARC
15 working group spent only one or two days total in
16 analyzing whether glyphosate causes cancer, right?
17      MS. FORGIE:  Objection, mischaracterizes
18 the deposition.
19      A  I don't remember that.  I know the IARC
20 spent about a week reviewing four or five different
21 pesticides, but how much time they spent on each one,
22 I don't really know.
23 BY MR. GRIFFIS:
24      Q  A week -- evaluating four or five would
25 leave obviously less than a week for any one of them,

Page 53

1  right?
2       MS. FORGIE:  Objection.
3       A  Depending on how the time was apportioned,
4  it depends entirely on that.  I wasn't part of the
5  IARC, so I have no firsthand knowledge.
6       Q  Yes, sir.  If Dr. Blair testified, and it
7  was true, that the IARC working group only spent one
8  or two days total analyzing whether glyphosate can
9  cause cancer, that's less time than you spent, right?
10      MS. FORGIE:  Objection, mischaracterizes
11 the deposition.
12      A  Yes.  But as I understand it, the IARC
13 spent -- the different people in the IARC spent quite
14 literally months analyzing data and writing draft
15 reports prior to their meeting, so they -- they spent
16 a lot of time in aggregate.
17 BY MR. GRIFFIS:
18      Q  And did you see that Dr. Blair testified
19 with regard to that issue, that the evaluation
20 process didn't start until day 1 of the one-week
21 meeting?
22      MS. FORGIE:  Objection, mischaracterizes
23 the deposition and asked and answered.  You can
24 answer it again.
25      A  I don't remember that, but I think the

Page 54

1  evaluation really started when people were reviewing
2  documents and writing draft reports months before.
3  BY MR. GRIFFIS:
4    Q  And you -- do you recall that Dr. Blair
5  testified that the months before period was used for
6  gathering studies and gathering information and not
7  analysis?
8    A  And writing draft reports.
9    MS. FORGIE:  Wait.  Is there a question?
10   MR. GRIFFIS:  Yes.
11  BY MR. GRIFFIS:
12   Q  Do you recall Dr. Blair testified to that?
13   MS. FORGIE:  Objection, asked and answered
14  and mischaracterizes.
15   A  Repeat the question.  I'm sorry.
16  BY MR. GRIFFIS:
17   Q  Yes, sir.  Do you recall that Dr. Blair
18  testified that that month or longer period that you
19  just referred to was, in fact, spent gathering
20  studies and not analyzing them?
21   MS. FORGIE:  Objection, asked and answered,
22  mischaracterizes the deposition testimony.
23   A  I don't remember that, but my
24  recollection -- what I do recollect is that there
25  were subgroup leaders who were analyzing data and

Page 55

1  manuscripts and writing draft reports.  So when they
2  came to the meeting in Leon, they came with draft
3  reports which had analyzed data.
4    Q  So people who are not subgroup leaders then
5  would be in the position of dealing with, as you
6  understand the process, an already written draft
7  report and having a day or two to analyze all that
8  data and reach their own conclusions; is that fair?
9    MS. FORGIE:  Objection, mischaracterizes
10  his prior testimony and asked and answered.
11   A  So I don't know what the other members were
12  doing during that time.  I assumed that they had
13  access to the same documents, but I don't really know
14  what they did.
15  BY MR. GRIFFIS:
16   Q  Okay.  Your first category of evidence that
17  you set forth in your expert report is epidemiology;
18  is that right?
19   A  Yes.
20   Q  Why is that?
21   A  You have to start somewhere.  I didn't -- I
22  could have started with the animal toxicology as
23  well.  It was an arbitrary decision.
24   Q  You would agree that epidemiologic studies
25  in humans provides the best and most convincing data

Page 56

1  linking environmental exposures to cancer, right?
2    MS. FORGIE:  Objection.
3    A  Well, epidemiology is one source of data.
4  I'm not sure it's the best.  In some studies it's the
5  best.  In some analyses it's the best, in others it's
6  not the best.
7  BY MR. GRIFFIS:
8    Q  Yes, sir.  I'm not talking about any
9  particular set of data.  I'm talking about as a
10  general proposition, as a comparison of classes of
11  evidence, epidemiological studies in humans provide the
12  best and most convincing data linking environmental
13  exposures to cancer, correct?
14   MS. FORGIE:  Objection, asked and answered.
15  You can answer it again.
16   A  It depends entirely on the quality of the
17  data.
18  BY MR. GRIFFIS:
19   Q  Do you recall testifying in Wendell versus
20  Johnson & Johnson that epidemiological studies in
21  humans provide the best and most convincing data
22  linking environmental exposure to cancer?
23   MS. FORGIE:  Objection.
24   A  I don't remember.
25  BY MR. GRIFFIS:

Page 57

1    Q  What is your view of the importance of
2  epidemiology and the role of epidemiology in a body
3  of evidence that includes epidemiology and animal
4  studies and mechanistic evidence like genotoxicity or
5  oxidative stress evidence?
6    A  I think epidemiology is one of the
7  disciplines that is important, but all the
8  disciplines are important.  And depending on the
9  situation, one could be more important than the other
10  depending on the quality and quantity of the data.
11   Q  With regard to the quality and quantity of
12  data that exists regarding Non-Hodgkin's Lymphoma,
13  how do you rank epidemiology, animal studies and
14  mechanistic data in terms of their importance in
15  reaching a conclusion?
16   MS. FORGIE:  Objection.
17   A  I think they're all important.
18  BY MR. GRIFFIS:
19   Q  They're all equally important?
20   A  Yes.
21   MS. FORGIE:  Counsel, at some point when
22  it's convenient can we have a break?
23   MR. GRIFFIS:  Now is fine.
24   MS. FORGIE:  Thank you.
25   THE VIDEOGRAPHER:  We are off the record at

Page 58

1    10:20 a.m.
2        (Exhibit 16-7, Article, was marked for
3    identification.)
4        THE VIDEOGRAPHER:  We are back on the
5    record at 10:32 a.m.
6    BY MR. GRIFFIS:
7        Q   Sir, we established earlier that you've
8    been paid so far in this litigation $103,450 and you
9    told me that since April 19th, which is the last date
10   on the bills you provided to us, you worked about a
11   hundred hours, correct?
12       A   Yes.
13       Q   So just doing the math, a hundred hours at
14   $500 an hour is $50,000; $103,000 plus $50,000 is the
15   $153,000 that you've earned so far in this
16   litigation, correct?
17       A   Yes.
18       Q   I've marked as Exhibit 7 the original
19   article by Sir Austin Bradford Hill that became known
20   as the Bradford Hill Criteria; do you recognize that,
21   sir?
22       A   Yes.
23       Q   And in the right-hand column on the first
24   page, page 295, this is before -- I'll back up a
25   moment.

Page 59

1        The Bradford Hill Criteria are a number of
2    numbered criteria like strength, consistency, et
3    cetera, and that starts in the third full paragraph
4    on page 295 in the right-hand column, right?
5        MS. FORGIE:  Objection.
6        A   Yes.
7    BY MR. GRIFFIS:
8        Q   And immediately before that, setting this
9    up, Dr. Bradford Hill describes what it is that the
10   criteria are for; is that right?
11       MS. FORGIE:  Objection.
12       A   I'd have to read the preamble.  I don't
13   know.
14   BY MR. GRIFFIS:
15       Q   Let's -- I'll read that paragraph, the
16   paragraph immediately before the numbered paragraph
17   strength.  And you just follow along and make sure I
18   get it right, sir.  "Disregarding then any such
19   problem in semantics we have this situation.  Our
20   observations reveal an association between two
21   variables, perfectly clearcut and beyond what we
22   would care to attribute to the play of chance.  What
23   aspects of that association should we especially
24   consider before deciding that the most likely
25   interpretation of it is causation?"  And then he goes

Page 60

1    into the first criteria in strength, right?
2        A   Yes.
3        Q   Okay.  So I read that correctly, sir?
4        A   Yes.
5        MS. FORGIE:  Objection.  I object to the
6    use of the word "criteria."  You're looking at me
7    like what is the grounds.
8        MR. GRIFFIS:  I'm not looking at you
9    anymore.
10       MS. FORGIE:  Right, you looked at me?
11       MR. GRIFFIS:  I did look at you.  Then I
12   stopped.
13       MS. FORGIE:  You can look at me.  I don't
14   care.  But that's the grounds.
15   BY MR. GRIFFIS:
16       Q   You call them the Hill Criteria?
17       A   Some people call them the Hill Criteria.  I
18   believe they're more guidelines that people should
19   use rather than criteria.  It's a matter of
20   semantics.
21       Q   In your expert report, you call them "these
22   guidelines or criteria," correct?
23       A   Yes.
24       MS. FORGIE:  Objection.
25   BY MR. GRIFFIS:

Page 61

1        Q   Either term is right?
2        A   Either term is right.
3        Q   Okay.  So the third sentence that I read,
4    sir, "What aspects of that association should we
5    especially consider before deciding that the most
6    likely interpretation of it is causation?"
7        Now, what Dr. Bradford Hill is doing here
8    is pointing out that when two things are associated
9    with one another, there's a difference between them
10   being associated with one another and the one causing
11   the other; is that right?
12       MS. FORGIE:  Objection.
13       A   That's right.
14   BY MR. GRIFFIS:
15       Q   Association means we have observed that one
16   happens and the other tends to happen more commonly
17   and that might be due to a causal association or that
18   might be due to something else; is that fair?
19       A   Yes.
20       Q   And among the things that it might be due
21   to are some different causation that we're not seeing
22   in the data or confounding or bias or the play of
23   chance.
24       Those are all possibilities for the
25   perceived association; is that right?

Page 62

1    MS. FORGIE:  Objection.
2    A  That's right.
3  BY MR. GRIFFIS:
4    Q  He says, "Our observations reveal an
5  association between two variables, perfectly clearcut
6  and beyond what we would care to attribute to the
7  play of chance."
8    Dr. Bradford Hill is considered one of the
9  founders of modern epidemiology; is that right?
10   A  Yes.
11   Q  And the association he's talking about here
12  is an association seen in epidemiological data,
13  right?
14   MS. FORGIE:  Objection.
15   A  People use these guidelines or criteria
16  also with regard sometimes to animal data and other
17  data.  So they're sort of general guidelines
18  criteria.  Most often they're applied to
19  epidemiology, but they can be applied to other
20  disciplines as well.
21  BY MR. GRIFFIS:
22   Q  When you say "applied to epidemiology," I
23  want us to all understand each other.
24    Epidemiology is sort of a threshold, we
25  find an association in epidemiology and then in

Page 63

1  looking at the factors we pull in data from animal
2  studies if it's available, mechanistic data if it's
3  available from other disciplines, right?
4    MS. FORGIE:  Objection.
5    A  Or it could happen the other way.  You
6  could start with animal data that showed an
7  association and then you might go and do your
8  epidemiology later.  There are different orders that
9  things can happen in.
10  BY MR. GRIFFIS:
11   Q  Okay, sir.  Can you give me an example of a
12  published Bradford Hill analysis, on any subject
13  whatsoever, that starts with an association seen in
14  animal data and then looks at other kinds of
15  information?
16    MS. FORGIE:  Objection.
17   A  Not off the top of my head.
18  BY MR. GRIFFIS:
19   Q  Can you give me an example of a published
20  paper that uses -- applies the Bradford Hill analysis
21  that starts with any kind of association other than
22  epidemiology, not just animal studies?
23    MS. FORGIE:  Objection.
24   A  Not off the top of my head.
25  BY MR. GRIFFIS:

Page 64

1    Q  Okay.  Let's talk about "perfectly clearcut
2  and beyond what we care to attribute to the play of
3  chance."
4    Modern epidemiologists have a number of
5  statistical tools that they use to establish
6  whether something is beyond what we would care to
7  attribute to the play of chance, correct?
8    A  Yes.
9    Q  And statistical significance is one of
10  those tools, correct?
11   A  Yes.
12   Q  And the -- although there are a number of
13  confidence levels that people can select for
14  particular studies based on their prior assumptions
15  about the data, the most commonly used confidence
16  interval in science is the 95 percent confidence
17  interval, right?
18    MS. FORGIE:  Objection.
19   A  Yes.
20  BY MR. GRIFFIS:
21   Q  And a 95 percent confidence interval means
22  what?
23   A  It means that you can have 90 percent
24  confidence or 95 -- 95 percent confidence or 95
25  percent certainty that the value that you see is not

Page 65

1  due to chance, but there's a five percent chance
2  that -- there is a five percent possibility that it
3  is due to chance.
4    Q  Yes, sir.  It doesn't say anything about
5  causation in itself, correct?
6    MS. FORGIE:  Objection.
7    A  That's correct.
8  BY MR. GRIFFIS:
9    Q  Okay.  So what we mean by due to chance,
10  when we're talking about a 95 percent confidence
11  interval in the data, is if we did the same
12  experiment again, there's a 95 percent chance that we
13  would be in the same range; is that right?
14    MS. FORGIE:  Objection.
15   A  Yes.
16  BY MR. GRIFFIS:
17   Q  And it could be that we would be in the
18  same range because of some problem with the way we
19  designed the study or because of confounding or
20  because of bias or it could be that we would be in
21  the same range because there's a true causal
22  association here, we don't know without looking
23  further; is that fair?
24    MS. FORGIE:  Objection.
25   A  You would have to repeat the question.

1  That was a complicated question.
2  BY MR. GRIFFIS:
3     Q  Sure.  Yes, sir.  A 95 percent -- 95
4  percent chance that we would get the same results
5  again, that could mean there's a 95 percent chance we
6  would get it again if we ran the experiment again
7  because the new experiment would have the same biases
8  or confounding or other problems as the first
9  experiment or it could be that there's a true causal
10  association that we have seen and the second study
11  would find it too, right?
12        MS. FORGIE:  Objection.
13     A  That's correct.
14  BY MR. GRIFFIS:
15     Q  Okay.  You remember, sir, that when you
16  looked at the IARC Monograph, the IARC working group
17  reached particular conclusions about the different
18  types of evidence that they looked at; they had a
19  conclusion about epidemiology that was limited to
20  them, they had a conclusion about the animal studies
21  and a conclusion about the mechanistic data, correct?
22        MS. FORGIE:  Objection.
23     A  That's correct.
24  BY MR. GRIFFIS:
25     Q  And you recall -- I got it right that the

1  working group's assessment about the epidemiological
2  evidence was that it was, quote, "limited," close
3  quote, right?
4     A  Yes, that's a term they use based on the
5  criteria they use in general for IARC conclusions,
6  so --
7     Q  Yes, sir.  Did you read the preamble that
8  sets forth what those criteria were?
9     A  Yes, I did.
10     Q  Do you recall that the criteria for limited
11  evidence of carcinogenicity in the human study, the
12  epidemiology, it says "a positive association has
13  been observed between exposure to the agent and
14  cancer for which a causal interpretation is
15  considered by the working group to be credible, of
16  which chance, bias or confounding could not be ruled
17  out with reasonable confidence?
18        MS. FORGIE:  Objection.
19     A  That's the IARC definition.
20  BY MR. GRIFFIS:
21     Q  And do you agree that the epidemiology
22  evidence that exists with regard to glyphosate and
23  Non-Hodgkin's Lymphoma is limited by the IARC
24  definition?
25        MS. FORGIE:  Objection.

1     A  That's the IARC's definition.
2  BY MR. GRIFFIS:
3     Q  Yes, sir.  Do you agree that the evidence
4  is limited if you were to apply the IARC definition?
5        MS. FORGIE:  Objection.
6     A  I would probably say it was sufficient, but
7  I don't quibble with the IARC.  They have their own
8  terminology, their own rules and if you -- and so the
9  IARC working group applied the IARC methodology and
10  that's what they said.
11  BY MR. GRIFFIS:
12     Q  I'll read the standards again.  "Positive
13  association has been observed between exposure to the
14  agent and cancer."
15        You believe a positive association is
16  demonstrated in the epidemiology, correct?
17     A  Yes.
18     Q  For which a causal interpretation is
19  considered by the working group to be credible and
20  you consider there to be a credible causal
21  association in the epidemiology, correct?
22     A  Yes.
23     Q  But chance, bias or confounding could not
24  be ruled out with reasonable confidence.
25        And do you agree or disagree with regard to

1  the epidemiology on glyphosate and Non-Hodgkin's
2  Lymphoma, that chance, bias or confounding cannot be
3  ruled out with reasonable confidence?
4        MS. FORGIE:  Object.
5     A  I don't use that convention when I evaluate
6  the epidemiology data.  That's the IARC's convention.
7  That's the terminology they use.
8  BY MR. GRIFFIS:
9     Q  Yes, sir.  And you said you don't quibble
10  with them on it.
11        I'm trying to find out whether you agree or
12  disagree that -- is your view, sir, that chance,
13  bias or confounding can be ruled out with reasonable
14  confidence in the epidemiology data in glyphosate and
15  Non-Hodgkin's Lymphoma?
16        MS. FORGIE:  Object to form.
17     A  Yes.
18  BY MR. GRIFFIS:
19     Q  So you disagree with IARC on that?
20     A  Well, it's a matter of degree in terms of
21  the confidence one has in the data.  And IARC
22  basically had two categories they could use:  They
23  could use 1 or the 2A and they didn't feel they had
24  enough data to put it into one so they left it in 2A.
25  But I think that the epidemiologic studies are

1  well-constructed, they're well-done and they took
2  every precaution to, as best they can, eliminate
3  bias, eliminate -- to account for confounding.  And,
4  you know, so we have to accept the studies on the
5  basis of their quality and who performed them and,
6  you know, the results.
7      Q  Yes, sir.  Is it your view that the
8  evidence on epidemiology is sufficient, in part,
9  because it's the best -- the information we have on
10  epidemiology is the best epidemiology evidence
11  available so we have to take it the way it is?
12      MS. FORGIE:  Objection.
13      A  The epidemiology data is high-quality data.
14  I wouldn't necessarily use the term "best," but it --
15  they're well-done studies with very credible results,
16  published in peer-reviewed journals and accepted by
17  IARC and all the regulatory agencies as part of their
18  reviews, so I accept it.
19  BY MR. GRIFFIS:
20      Q  You read the deposition of Dr. Neugut,
21  right?
22      A  Yes.
23      Q  Did you read the deposition of Dr. Portier?
24      A  I did.
25      Q  Do you agree with Dr. Neugut that the

1  epidemiology alone is not sufficient to say there's a
2  causal association between glyphosate and
3  Non-Hodgkin's Lymphoma?
4      MS. FORGIE:  Objection, asked and answered.
5  You can answer it again.
6      A  Well, I would never look at the
7  epidemiology alone.  But what I did is I looked at
8  the total body of information and epidemiology was
9  one part, an important part.
10  BY MR. GRIFFIS:
11      Q  Do you agree or disagree with Dr. Neugut's
12  statement that epidemiology alone is not sufficient
13  to say there's a causal association?
14      MS. FORGIE:  Objection, asked and answered.
15  You can answer it again.
16      A  I would say by itself, it isn't.  But no
17  one would ever just do that kind of analysis.
18  BY MR. GRIFFIS:
19      Q  Okay.  And you know that Dr. Portier also
20  said that the epidemiology alone is not sufficient to
21  say there's a causal association and you agree with
22  that, right?
23      MS. FORGIE:  Objection, asked and answered.
24  You can answer it again.
25      A  Well, I just answered the question, I have

1  the same answer, that it's an important part of the
2  information, but no one would just look at one piece
3  of the information to come to a conclusion.
4  BY MR. GRIFFIS:
5      Q  Do you agree with Dr. Portier that the
6  genotoxicology alone is not sufficient to say there's
7  a causal association?
8      BY MS. FORGIE:  Objection.
9      A  Yes.
10  BY MR. GRIFFIS:
11      Q  I'm going to ask you some general questions
12  of the same sort that I was asking when we were
13  talking about the Bradford Hill paper, sir.  This is
14  not about this particular set of data before us, but
15  about association and causation in general, all
16  right.
17      Do you agree that associations with high
18  relative risks are more likely to be causal assuming
19  reasonably stable data?
20      MS. FORGIE:  Objection.
21      A  In general, yes.
22  BY MR. GRIFFIS:
23      Q  And do you agree that significant
24  associations may not be causal, significant meaning
25  statistical significance, but causal associations

1  should be statistically significant?
2      MS. FORGIE:  Objection.
3      A  In general, that's true, yes.
4  BY MR. GRIFFIS:
5      Q  Do you agree with Dr. Neugut, from his
6  deposition, sir, that a positive epidemiology study
7  is one with an odds ratio of greater than one that
8  was statistically significant?
9      MS. FORGIE:  Objection.  Could I have that
10  question read back?
11      MR. GRIFFIS:  It was do you agree with
12  Dr. Neugut.
13      A  Could you repeat it?
14  BY MR. GRIFFIS:
15      Q  Sure.  Do you agree with Dr. Neugut, sir,
16  from his deposition, that a positive epidemiology
17  study is one with an odds ratio of greater than one
18  and was statistically significant?
19      MS. FORGIE:  Objection.
20      A  That would be considered a positive study,
21  yes.
22  BY MR. GRIFFIS:
23      Q  And do you agree that you would not -- with
24  Dr. Neugut from his deposition -- you agree with
25  Dr. Neugut you would not label an exposure as being

Page 74

1  even associated with an outcome unless there is a
2  finding an increased risk of significance?
3       MS. FORGIE:  Objection, mischaracterizes
4  the deposition.
5    A  So one can overinterpret the whole concept
6  of statistically significant.  And so sometimes
7  results are not entirely -- they may be a borderline
8  significance.
9  BY MR. GRIFFIS:
10   Q  Is it necessary --
11      MS. FORGIE:  Wait, let him finish.
12   A  One has to look at the totality of the
13  evidence.  Some of it may be statistically
14  significant, some of it might be borderline
15  significant, some of it might be elevated but not
16  significant.  One has to look at all the data, the
17  totality of the data.  One cannot make decisions
18  based on one data point.
19  BY MR. GRIFFIS:
20   Q  Certainly there are a number of substances
21  about which you can say, based on statistically
22  significant data, unquestionably statistically
23  significant data, that there is a positive causal
24  association between that and a cancer, correct?
25   A  Yes.

Page 75

1       MS. FORGIE:  Objection.
2  BY MR. GRIFFIS:
3    Q  And glyphosate is not one of those
4  substances, correct?
5       MS. FORGIE:  Objection.
6    A  With glyphosate, there are multiple
7  epidemiologic studies, there are multiple animal
8  studies, there are a number of mechanistic studies
9  that all show statistically significance with regard
10  to etiology.
11 BY MR. GRIFFIS:
12   Q  So you believe that glyphosate does qualify
13  as a substance for which there is unquestionably
14  statistically significant data upon which you can
15  rely in finding a true causal association?
16      MS. FORGIE:  Objection, asked and answered.
17  You can answer it again.
18   A  I believe the data is convincing.
19 BY MR. GRIFFIS:
20   Q  Are there any --
21      MS. FORGIE:  Let him finish.
22      MR. GRIFFIS:  Sorry, I thought you were.
23      THE WITNESS:  I was.
24 BY MR. GRIFFIS:
25   Q  Are there any epidemiology -- are there any

Page 76

1  statistically significant associations between
2  glyphosate and Non-Hodgkin's Lymphoma with an odds
3  ratio of greater than one that are controlled for
4  other pesticides?
5       MS. FORGIE:  Objection.
6    A  Yes.
7  BY MR. GRIFFIS:
8    Q  Tell me what.
9    A  Tell you one?
10   Q  Tell me them.
11   A  Well, they're shown in my table.  The De
12  Roos study has an elevation of 2.1 that's
13  statistically significant.  The Eriksson study has an
14  elevation of 1.51 which was not statistically
15  significant.  And the Hardell has an increase of 1.85
16  that is not statistically significant.  And although
17  I don't have it listed here, if you look at the NAPP
18  study, that shows a statistically significant
19  increase risk for NHL and for diffuse large B-cell
20  lymphoma that is adjusted for other pesticides.  So,
21  in fact, all four of the major studies has shown an
22  increased risk ratio adjusted for other pesticides,
23  two of which are significant --
24   Q  The two that are significant --
25      MS. FORGIE:  Wait.  Were you finished?

Page 77

1    A  -- and two that are not.
2  BY MR. GRIFFIS:
3    Q  The two that are significant in your view
4  are De Roos, Item 3 on your chart, and the NAPP study
5  that you didn't actually list on your chart; is that
6  right?
7       MS. FORGIE:  Objection.
8    A  Right.
9  BY MR. GRIFFIS:
10   Q  All right.  We'll get to NAPP later.
11      Could you tell us briefly why you chose not
12  to include that in your expert report?
13   A  Yeah.  It was an arbitrary decision.  I
14  felt like I would be sort of using it twice because
15  the NAPP study is based on the McDuffie study and De
16  Roos study.  It's a pooling of that data.  So it's
17  really the same data.  So I decided -- and the fact
18  that it -- it has not been published, I decided not
19  to use it.  But I --
20   Q  Okay.
21   A  I'm happy to talk about it.
22      MS. FORGIE:  Were you finished?
23      THE WITNESS:  Yes.
24 BY MR. GRIFFIS:
25   Q  To be fair, if we were to put NAPP into

Page 78

1    your table, it would be, so that we don't double
2    count, we need to delete McDuffie and De Roos because
3    it's using the same data?
4        A  Yes.
5        MS. FORGIE:  Objection.
6    BY MR. GRIFFIS:
7        Q  And some of these studies actually kind of
8    have the same issue; they represent a combination of
9    two or more older studies, right?
10       A  Yes.
11       MS. FORGIE:  Objection.
12   BY MR. GRIFFIS:
13       Q  Do you agree, sir, it's important to have
14   consistent findings across different epidemiologic
15   studies to determine a causal relationship?
16       MS. FORGIE:  Objection.
17       A  Yes.
18       (Exhibit 16-8, Study - Etiologic
19   Heterogeneity Among Non-Hodgkin Lymphoma Subtypes:
20   The InterLymph Non-Hodgkin Lymphoma Subtypes Project,
21   was marked for identification.)
22   BY MR. GRIFFIS:
23       Q  Sir, I have marked as Exhibit 8 a study in
24   the Journal of the National Cancer Institute
25   Monographs, 2014, on which you are a coauthor, among

Page 79

1    many other coauthors, entitled "Etiologic
2    Heterogeneity among Non-Hodgkin's Lymphoma Subtypes:
3    The InterLymph Non-Hodgkin's Lymphoma Subtype
4    Project," correct?
5        A  Yes.
6        Q  And would you tell us, first of all, what
7    your role was in this study?
8        A  Well, I was involved in organizing the
9    study, designing how the different subtypes were
10   grouped.  And I was actually a peer reviewer for
11   about four or five of the other papers that were part
12   of this monograph.  So I was sort of, in a way, one
13   of the editors.  So this -- the whole monograph was
14   based on pooled analyses of many epidemiological
15   studies.
16       Q  And by "monograph," you mean a single
17   edition of the journal that was devoted to a common
18   subject, multiple papers within --
19       A  This is one of the papers, correct.
20       Q  So you were a peer review on some of the
21   other papers?
22       A  Yes.
23       Q  And please explain briefly what this study,
24   the one I've marked as Exhibit 8, was doing.
25       A  Well, study 8 took a look at all the data

Page 80

1    globally and I think showed that some risk factors
2    are important for some types, some subtypes, but not
3    important for other subtypes.  So that -- and this is
4    something we've known from other data that certain
5    risk factors are important for some subtypes, but
6    don't have any -- don't have any role in other
7    subtypes.
8        On the other hand, there are some risk
9    factors which appeared to increase the risk for all
10   subtypes, so --
11       Q  So you can't really generalize about risk
12   factors without actually looking at the data; is that
13   fair?
14       MS. FORGIE:  Objection.
15       A  Right.
16   BY MR. GRIFFIS:
17       Q  When you say "subtypes," what you're
18   talking about is subtypes of Non-Hodgkin's Lymphoma,
19   right?
20       A  Yes.
21       Q  Non-Hodgkin's Lymphoma is a heterogenous
22   group of conditions, not a single unitary condition,
23   right?
24       MS. FORGIE:  Objection.
25       A  Well, traditionally it's been thought of as

Page 81

1    a single disease, but I think our concepts and ideas
2    have changed about it so that we really believe now
3    that some of the subtypes are quite distinctive, some
4    subtypes are related to other subtypes, but other
5    subtypes are not at all related to other subtypes.
6    So it is a very heterogenous group of diseases.
7        Q  And this study, Exhibit 8, sir, was a
8    statistical analysis of a large amount of data about
9    the etiology of various subtypes of Non-Hodgkin's
10   Lymphoma, meaning things that cause those various
11   subtypes of Non-Hodgkin's Lymphoma, right?
12       A  Yes.
13       Q  On page 138, sir --
14       A  138?
15       Q  Yes.  I'm in the "discussion" section.
16       A  Okay.
17       Q  I'm going to start with the second sentence
18   in the "discussion" section, sir.  "Based on a novel
19   methodological approach to cluster NHL subtypes
20   according to a broad spectrum of risk factors, the
21   majority of risk factors showed differences in risk
22   among NHL subtypes whereas fewer factors showed
23   consistent risks among subtypes," correct?
24       MS. FORGIE:  Objection.
25       A  That's what it says.  I have to read it

Page 82

1   again to understand it.
2   BY MR. GRIFFIS:
3       Q   Okay.  And do you -- isn't that exactly
4   what you were just telling me, that what you have
5   found, based on this work and other work, that some
6   risk factors are associated with particular subtypes
7   and some risk factors are associated with multiple
8   subtypes?
9       MS. FORGIE:  Objection.  Also, he's
10  requested time to review which I think should --
11      A   I think it says the same thing.  You're
12  right.
13      Q   Okay.  It goes on to say, "Overall, this
14  approach most strongly distinguished T-cell from
15  B-cell lymphomas with additional heterogeneity among
16  specific types of B-cell lymphoma, although the
17  patterns of effect heterogeneity varied substantially
18  for the different risk factors," right?
19      A   Yes, that's what it says.
20      Q   Can you explain what that means,
21  distinguishing -- "most strongly distinguish T-cell
22  from B-cell lymphomas with some additional
23  heterogeneity among specific types of B-cell
24  lymphoma"?

Page 83

1       A   I haven't read this paper for a long time,
2   but let me attempt here.  It says --
3       MS. FORGIE:  You can take your time to read
4   it.
5       THE WITNESS:  Let me read the comment
6   again.
7   BY MR. GRIFFIS:
8       Q   Let me be clear.  What I -- my question is
9   primarily asking you to make it clear to a relative
10  lay person what T-cell and B-cell lymphoma means in
11  the context of that sentence, because they may not
12  know the difference.
13      MS. FORGIE:  And make it clear you read as
14  much as you need to read.
15      A   Let me read the comment again.
16  BY MR. GRIFFIS:
17      Q   Sure.
18      A   So what it's saying is there seemed to be
19  risk factors for B-cell lymphoma and there seemed to
20  be risk factors for T-cell lymphoma.  Those are two
21  different immunological types -- subtypes of
22  Non-Hodgkin's Lymphoma.  So there seemed to be some
23  correlation of certain factors with more so with T or
24  more so with B and then even within B, with some
25  subtypes of B.

Page 84

1       Q   Okay.
2       A   I think that's what it said.
3       Q   It would be fair to say, sir, before we go
4   and turn to the specific data on glyphosate, that the
5   conclusion that different risk factors may or may not
6   have heterogenous impact on Non-Hodgkin's Lymphoma
7   would be true of glyphosate?
8       MS. FORGIE:  Objection.
9       A   So it could be true for glyphosate.  We
10  don't know.  I mean, the -- there are a few studies
11  that have looked at risk for B versus -- I think B or
12  B versus T, but at least for B because B is the
13  biggest group.  And the NAPP actually looked at the
14  large subtypes, because for the small subtypes you
15  don't have enough cases so they aggregated those into
16  one sort of very heterogenous group.
17  BY MR. GRIFFIS:
18      Q   The other group?
19      A   The other group, yeah.
20      Q   So some of the studies have actually
21  looked -- broken it down by subtype, but as a general
22  proposition, it would be necessary to look at the
23  data on glyphosate to figure out whether it was the
24  kind of risk factor that affects different subtypes
25  differently or whether it affects the subtypes the

Page 85

1   same?
2       MS. FORGIE:  Objection, mischaracterizes
3   his testimony.
4       A   So traditionally, in the past,
5   epidemiologists looked at the NHL as a -- as an
6   entity.  But as a pathologist, one of the things that
7   I really pushed hard in the InterLymph group was this
8   idea of looking at subtypes, because we've learned a
9   lot about how distinctive some of the various
10  subtypes are, so it would make sense to look and see
11  whether there aren't specific risk factors for
12  subtypes.  And for some types we have already known
13  that.  But looking at things, environmental things
14  that might have more specificity for subtypes.  That
15  was one of the things that I really pushed hard into
16  the InterLymph group.  That was one of my
17  contributions.
18      MR. GRIFFIS:  I'm going to turn now, sir,
19  to the epidemiology studies that you listed in Table
20  1 of your expert report.  Let's take a five-minute
21  break before we do that.
22      THE VIDEOGRAPHER:  We are off the record at
23  11:06 a.m.
24      (Brief recess.)
25      THE VIDEOGRAPHER:  We are back on the

Page 86

1  record at 11:18 a.m.
2      (Exhibit 16-9, Cancer Epidemiology,
3  Biomarkers & Prevention, was marked for
4  identification.)
5  BY MR. GRIFFIS:
6      Q   Sir, I've marked as Exhibit 9 the McDuffie
7  article and this is the first of the epidemiology
8  articles that you put into your expert report, Number
9  1 on your Table 1, your table of epidemiologic
10  studies of Non-Hodgkin's Lymphoma and glyphosate and
11  the first one you discussed, right?
12      A   Yes.
13      Q   And the study looked at many different
14  substances at once, it wasn't specifically designed
15  to test the hypothesis that glyphosate caused
16  Non-Hodgkin's Lymphoma, right?
17      MS. FORGIE:  Objection.
18      A   Right.
19  BY MR. GRIFFIS:
20      Q   Now, why is it important for an
21  epidemiology study to describe at the outset which
22  specific relationships are being investigated?
23      Let me rephrase that, because I don't mean
24  that they should write it at the beginning of the
25  paper, but why is it important for epidemiologists

Page 87

1  and people performing epidemiology studies to decide
2  up front which specific relationships are being
3  examined and to declare that?
4      MS. FORGIE:  Objection.
5      A   Well, it can impact on how you design the
6  study and how many cases and how many controls you
7  need, so it's important to understand what your
8  intent is for the study in order to design the study
9  properly.
10      In this study, they -- the question
11  generally was looking at whether a specific class is
12  or even specific pesticides are associated with
13  Non-Hodgkin's Lymphoma, so it was a more general
14  approach rather than looking at one class of
15  pesticides or one specific pesticide.
16      Q   Yes, sir.  And when they mentioned, when
17  they were discussing how they set up the study, the
18  specific classes and chemical groups and individual
19  compounds they mentioned -- I'm over on page 1156,
20  right-hand column.
21      A   Okay.
22      Q   And here they're talking about how they
23  collected the pesticide data and how they drilled
24  down from broadest categories of exposure to classes
25  to chemical groups and finally individual compounds.

Page 88

1      And that's at the end of the first
2  paragraph, right?
3      A   The pesticide data was collected at various
4  levels -- separate levels, if that's what you're
5  talking about.
6      Q   Right.  And the specific examples that they
7  gave are of the phenoxyherbicides which don't include
8  glyphosate and the individual compounds that they
9  mentioned in the example also don't include
10  glyphosate, right?
11      A   Yes.
12      Q   And the authors describe their analyses in
13  the study as exploratory, right?
14      MS. FORGIE:  Objection.
15      A   Where do you see it?
16  BY MR. GRIFFIS:
17      Q   Page 1161, sir.
18      A   Oh, in the --
19      Q   When you get there I'll direct you more
20  specifically.  1161 -- sorry, are you there?
21      A   Yeah.
22      Q   Right-hand column, the second full
23  paragraph, third paragraph.  It says, "We reported
24  results for a number of chemical agents and
25  exposures, not all of which were specified in

Page 89

1  hypothesis.  Therefore, the statistical analyses
2  related to these unspecified agents should be
3  considered exploratory.  As a consequence of
4  conducting multiple comparisons, a small number of
5  statistically significant results may be attributable
6  to chance."
7      That's what they wrote, right?
8      A   Yes.
9      Q   The issue they're talking about here is
10  when you gather a whole bunch of data about a whole
11  bunch of possible association, are likely, just
12  by the play of chance, to see statistically
13  significant association just due to the operation of
14  chance, right?
15      MS. FORGIE:  Objection.
16      A   That's certainly a possibility, yes.
17  BY MR. GRIFFIS:
18      Q   If you're using a 95 percent confidence
19  interval, it would happen about one out of every 20
20  associations, right?
21      MS. FORGIE:  Objection.
22      A   Right.
23  BY MR. GRIFFIS:
24      Q   And glyphosate isn't mentioned in the
25  abstract or in the discussion section of this

Page 90

1   article, right?
2     A  I'd have to read through it to be sure.
3     Q  Okay.  Go ahead.
4      MS. FORGIE:  Objection.
5     A  Yeah, that's correct.  Glyphosate is not
6   mentioned, although they do comment that risks were
7   found for a number of herbicides so they don't
8   specify.
9   BY MR. GRIFFIS:
10    Q  Now, Table 2, sir, is a listing of a number
11  of individual herbicides with some associated odds
12  ratios.
13      Would you explain the difference between
14  the odds ratio A and the odds ratio B column in Table
15  2, sir?
16    A  Yeah.  So you have to look at the footnote
17  and odds ratio A is sort of adjusted for -- it's
18  adjusted for age and province or residence.  And then
19  -- so adjusted on two variables.  And then B is
20  adjusted on that, as well as I think they list a
21  bunch of medical variables, as well as a positive
22  history of cancer in first-degree relatives.  So it's
23  a more detailed adjustment.
24    Q  It's more adjusted?
25    A  More adjusted, yes.

Page 91

1    Q  Now, we established earlier that you
2  wouldn't be the person to figure out exactly which
3  things need to be adjusted for or to construct the
4  statistical tools used to do the adjustment.  But
5  would you explain, please, why it is that the column
6  B adjustment is more helpful than the column A
7  adjustment.
8     MS. FORGIE:  Objection.
9    A  I think it's more helpful because it -- it
10  adjusts for more variables and it equalizes the
11  analysis in a better way.  And, you know, a lot of
12  the things they've adjusted for I don't think are
13  important, but some of the things are important.  You
14  always want to adjust for age and province or state
15  or residence just because there could be differences
16  in different places.  And it's good to adjust for a
17  family history of -- not sure of a family history of
18  cancer, but a family history of hematopoietic cancer
19  would be a better thing to adjust for.  So -- I don't
20  know.  I mean, the second adjustment is not really,
21  to me, very much better than the first.
22    Q  Yes, sir.  You chose, when you created your
23  chart in your expert report, your Table 1 listing,
24  the epidemiology studies and some selected risk
25  estimates pulled out of those epidemiology studies

Page 92

1   and they were selected, right, assuming you didn't
2  report every single risk assessment from the study?
3    A  I didn't.  No, I reported just for
4  glyphosate.
5    Q  And not every single one for glyphosate,
6  you pulled particular ones out to show us, correct?
7     MS. FORGIE:  Objection.
8    A  Right.
9   BY MR. GRIFFIS:
10    Q  For example, the very first one that you
11  report from McDuffie is the 1.2 from the more
12  adjusted odds ratio column, correct?
13     MS. FORGIE:  Objection.
14    A  Yes.  You can see it's not much different
15  than the one that's adjusted, seeing just a couple
16  variables, it's almost the same.
17  BY MR. GRIFFIS:
18    Q  It didn't change the numbers much, but it's
19  a better figure because it adjusts for more relevant
20  variables, right?
21     MS. FORGIE:  Objection, asked and answered.
22  You can answer that again.
23    A  That's the reason I selected that one.
24  BY MR. GRIFFIS:
25    Q  Yes, sir.  Now, in your expert report, you

Page 93

1   also point to an analysis from the McDuffie paper of
2  the odds ratios for less than or equal to two days a
3  year of exposure to glyphosate and one for greater
4  than two days per year of glyphosate, right?
5    A  Yes.
6    Q  That is from Table 8 on page 1161, correct?
7    A  Yes.
8    Q  And they did not adjust -- those figures
9  are not adjusted for exposure to other pesticides,
10  right?
11    A  That's correct.
12    Q  And that is the 2.12 odds ratio with a
13  confidence interval of 1.2 to 3.73 and you put that
14  into your table and bolded it, right?
15    A  Yes.
16    Q  Now, that is certainly a major confounder
17  for the issue of whether glyphosate can cause
18  Non-Hodgkin's Lymphoma, right?
19     MS. FORGIE:  Objection.
20    A  What's a major confounder?
21  BY MR. GRIFFIS:
22    Q  Exposure to other pesticides.
23    A  Yes, it could be.
24    Q  And they said -- the authors said, on page
25  1160, in the right-hand column at the bottom,

Page 94

1  "clearly, we had few exposed men whose exposure was
2  limited to one pesticide or one class of pesticides,"
3  right?
4      A  Yes, that's what it says.
5      Q  So confounding was certainly happening in
6  this study, right?
7      MS. FORGIE:  Objection.
8      A  Well, it's potentially confounding.  We
9  don't really know it's confounding, but there's
10  potential for confounding.
11  BY MR. GRIFFIS:
12     Q  The 2.12, that you listed on your Table 1
13  and put into bold, wasn't even adjusted for the other
14  medical variables that we saw adjusted for in Table
15  2, right?
16     MS. FORGIE:  Objection.
17     A  No, it was just adjusted for age and
18  province of residence.
19     MR. GRIFFIS:  I've been told we need to change
20  the tape, so I'm going to pause and we can do that.
21     THE WITNESS:  Okay.
22     THE VIDEOGRAPHER:  This marks the end of
23  Videotape Number 1 in the deposition of Dr. Dennis
24  Weisenburger.  We're off the record at 11:32 a.m.
25     (Brief recess.)

Page 95

1      THE VIDEOGRAPHER:  We are back on the
2  record at 11:34 a.m.  This marks the beginning of
3  Videotape Number 2 in the deposition of Dr. Dennis
4  Weisenburger.
5  BY MR. GRIFFIS:
6      Q  Doctor, I'm on Table 8 in the McDuffie
7  study.
8      A  Okay.
9      Q  Exhibit 9.  And again, this is the table
10  from which you pulled the 2.12 odds ratio that you
11  put in Table 1 in your expert report and bolded.
12     The analysis that you cited in your expert
13  report on the issue of dose response of glyphosate in
14  Non-Hodgkin's Lymphoma, is it greater than zero, less
15  than or equal to two versus greater than two, days
16  per year of exposure, does not take into account the
17  duration of exposure, correct?
18     MS. FORGIE:  Objection.
19     A  That's correct.
20  BY MR. GRIFFIS:
21     Q  So, for example, a person could use
22  glyphosate twice a year for each of 10 consecutive
23  years and they'd be put in the low exposure group and
24  someone who used it three times in their life but all
25  three times in the same year on different days would

Page 96

1  be put into the high exposure group, right?
2      MS. FORGIE:  Objection.
3      A  I'm not sure that's true.  I'd have to look
4  in the methods to see if they have any qualifiers --
5  BY MR. GRIFFIS:
6      Q  Okay.  Go ahead.
7      A  -- to that.  Based on what they say in the
8  methods, you really can't know, but I would assume
9  that's correct.
10     Q  It's possible that the dose response
11  analysis in this study could be backward with regard
12  to these two groups, the low exposure group and the
13  high exposure group could be backwards depending on
14  how duration matches up with this measure that they
15  chose of dates per year, right?
16     MS. FORGIE:  Objection.
17     A  So this parameter, less than or equal to
18  two days and greater than two days, is a surrogate
19  for dose intensity rather than total dose.  So
20  intensity is important as well as time and this looks
21  more at intensity, so low intensity versus high
22  intensity.
23  BY MR. GRIFFIS:
24     Q  Well, sir, someone could be exposed to it,
25  tiny amounts of glyphosate with a trivial exposure on

Page 97

1  three different days in a year and put into the high
2  risk group, or somebody could be massively exposed on
3  two days during the year and be put into the low risk
4  group, right?
5      MS. FORGIE:  Objection, asked and answered.
6  You can answer it again.
7      A  It's certainly possible, but that's the
8  way -- that's the way they did it in this study.
9  BY MR. GRIFFIS:
10     Q  Yes, sir.  It's possible, though, that the
11  actual exposures, both in terms of total number of
12  exposures and intensity of exposures, could be
13  reversed between these two groups, correct?
14     MS. FORGIE:  Objection, asked and answered.
15  You can answer it again.
16     A  Well, as I said, this is a measure of
17  intensity of exposure, so it's looking at people who
18  had more exposure in a short period of time, which is
19  a year, versus those who had less exposure in a short
20  period of time.  So it -- it is what it is.
21  BY MR. GRIFFIS:
22     Q  But my statement is correct, that the
23  people that are placed in the low group and the
24  people that were placed -- a person could be put in
25  the lower exposure group having had a more meaningful

Page 98

1  exposure to glyphosate than someone who is placed
2  into the high exposure group, right?
3      A  It's possible.
4      MS. FORGIE:  Objection, asked and answered.
5  You can answer it again.
6      A  It's possible.
7  BY MR. GRIFFIS:
8      Q  Sir, there's no odds ratio reported in this
9  study between glyphosate and NHL, Non-Hodgkin's
10  Lymphoma, that is statistically significant and is
11  adjusted for other pesticides, right?
12      MS. FORGIE:  Objection, asked and answered.
13      A  That's correct.
14      MR. GRIFFIS:  Exhibit 10 will be the
15  Hardell study.
16      (Exhibit 16-10, Hardell study, was marked
17  for identification.)
18  BY MR. GRIFFIS:
19      Q  Sir, we talked earlier about how some of
20  the epidemiology studies were actually groupings of
21  smaller, older epidemiology studies and that's true
22  of this one, right?
23      A  Yes.
24      Q  This Hardell 2002 study looked at the
25  Hardell 1999 and the Nordstrom 1998 studies, right?

Page 99

1      A  Yes, and pooled them.
2      Q  And this is like the McDuffie study,
3  another study where data was gathered for a large
4  group of herbicides and pesticides and other
5  chemicals, not focussed on glyphosate, correct?
6      MS. FORGIE:  Objection.
7      A  Yes.
8  BY MR. GRIFFIS:
9      Q  So you would expect to see multiple
10  statistically significant associations just due to
11  chance alone in such a grouping of data, right?
12      MS. FORGIE:  Objection.
13      A  You certainly could.
14  BY MR. GRIFFIS:
15      Q  There were only eight people with
16  Non-Hodgkin's Lymphoma exposed to glyphosate, even in
17  this pooled analysis out of 404 total cases, right?
18      MS. FORGIE:  Objection.
19      A  That's correct.
20  BY MR. GRIFFIS:
21      Q  And you say that -- in your Table 1 in your
22  expert report, that there is limited statistical
23  power to this study, right?
24      A  Yes.
25      Q  Is that because of the very small number of

Page 100

1  people exposed?
2      A  Yes.
3      Q  And could you explain what "limited
4  statistical power" means?
5      A  Well, it means when you have a small number
6  of exposed cases, your ability to detect significant
7  differences is limited by the number of cases.
8      Q  Yes, sir.
9      A  So the power is weak.
10      Q  And when power is weak, you can get false
11  results in both directions, right; you can get
12  seemingly false positive associations that are really
13  based on how scant the data is and you can get
14  seeming false negative associations that are really
15  based on how scant the data is; fair?
16      MS. FORGIE:  Objection.
17      A  Yes, you can get either false positive or
18  false negative results.
19  BY MR. GRIFFIS:
20      Q  Now, Dr. Hardell and his colleagues did
21  multivariate analysis adjust for confounders in this
22  study, right?
23      A  Yes.
24      Q  What is multivariate analysis?
25      A  Well, it's a form of analysis where you

Page 101

1  can -- you can look at how different variables affect
2  each other and you can modify the effects by the
3  effects due to other variables.  So you can come to a
4  more -- a more, I guess, accurate appraisal of what
5  the true result is.
6      Q  Okay.  In the -- and Table 7 reports the
7  univariate and the multivariate analyses that they
8  employ to get the various odds ratios that they
9  reported for a number of specific substances,
10  including glyphosate, right?
11      A  Yes.
12      Q  And you chose to put into your Table 1 in
13  your expert report the 3.04, 1.08 to 8.52, from the
14  univariate analysis; is that right?
15      A  Yes.
16      Q  And you also listed the multivariate one,
17  1.85, 0.55 to 6.2?
18      A  Yes.
19      Q  You bolded the 3.04 one and not the 1.85
20  one.
21      First of all, why are some things bolded
22  and some things not bolded in Table 1 of your expert
23  report?
24      A  So I bolded the ones that were
25  statistically significant.

Page 102

1    Q  Okay.  And the better controlled one, the
2    multivariate analysis, is not statistically
3    significant in the Hardell study, right?
4         MS. FORGIE:  Objection.
5    A  Right.
6    BY MR. GRIFFIS:
7    Q  And you say that the multivariate analysis
8    that you report here, 1.85, not statistically
9    significant, is adjusted for other pesticides, right?
10   A  Yes.
11   Q  Let's go to the statistical analysis
12   section, so 1044 -- page 1044.
13   A  Okay.
14   Q  It goes over onto the next page.  I showed
15   you where the section starts, but the part I would
16   like you to focus on is the second page, 1045.  They
17   talk about both univariate and multivariate analyses
18   were done.  We were just in the table that shows the
19   results of that.
20        And they say, "in this pooled analysis,
21   adjustment was made for study area and vital status,"
22   right.
23   A  Right.
24   Q  Vital status means alive or dead?
25   A  Correct.

Page 103

1    Q  So they didn't control in the multivariate
2    analysis for other pesticides, correct?
3    A  If you read on, it says, "when risk
4    estimates for different pesticides were analyzed."
5    I'm assuming -- that's a good question.
6    Q  They say in the next sentence --
7         MS. FORGIE:  Wait, he's reading so he can
8    answer your question.
9    A  It's not clear from the methods, but in the
10   results section, they talk about multivariate
11   analysis.  Tables 6 and 7, it says "multivariate
12   analysis of exposure to phenoxyacetic acids,
13   insecticides, fungicides" --
14        MR. GRIFFIS:  Can you tell me where you're
15   reading?
16        THE WITNESS:  Yeah, it's the third
17   paragraph on 1046.
18   A  It says, "an increased risk persisted for
19   exposure to herbicides, fungicides and impregnating
20   agents.  A separate multivariate analysis was
21   performed for exposure to herbicides.  Lower risk
22   estimates were obtained, although all herbicides
23   still constituted risk factors for NHL."  It implies
24   they did risk adjustment for other pesticides.  I
25   know -- I mean, other experts have also come to that

Page 104

1    conclusion.
2    Q  Do they say anywhere that they controlled
3    for other pesticides?
4         MS. FORGIE:  Objection, asked and answered.
5    He just answered that question.  You can answer it
6    again.
7    A  It doesn't clearly say.
8    BY MR. GRIFFIS:
9    Q  On page 1047, sir, three paragraphs down
10   from the table, Table 7 on the left-hand side,
11   talking about the multivariate analysis as performed
12   for herbicides, fungicides and impregnating agents.
13   And two -- three sentences in, they say, "The results
14   in multivariate analysis must be interpreted with
15   caution since exposure to different types of
16   pesticides correlate," correct?
17        MS. FORGIE:  Objection.  You left out part
18   of the sentence.
19        MR. GRIFFIS:  No, I read the whole
20   sentence.
21        MS. FORGIE:  No.
22        MR. GRIFFIS:  The sentence says, "the
23   results in multivariate analysis must be interpreted
24   with caution since exposure to different types of
25   pesticides correlate."

Page 105

1         MS. FORGIE:  But you started to read "in
2    the multivariate analysis exposure to herbicides,
3    fungicides and impregnated agents increased the risk"
4    and you left out although OR was lower than the unit
5    variant analysis.
6         MR. GRIFFIS:  Okay.  Now I'm focussed on
7    the results.
8         MS. FORGIE:  So skipping the first two
9    sentences to the third sentence, is that what you're
10   doing?
11        MR. GRIFFIS:  Yeah, that's what I said I
12   was doing.
13   A  I don't know --
14        MS. FORGIE:  Objection, asked and answered.
15   You can answer it again.
16   A  All I can say is that I assume the
17   multivariate analysis included analysis for other
18   pesticides and other people who reviewed this paper
19   came to the same conclusions.  So -- but I'm not sure
20   at this point.
21   BY MR. GRIFFIS:
22   Q  You agree with me, sir, they don't say
23   anywhere that they controlled for other pesticides
24   and they say that, hey, when you look at the
25   multivariate analysis result you have to interpret

1 them with caution because there is, in fact,
2 correlation with exposures to different pesticides,
3 right?
4        MS. FORGIE: Objection, asked and answered.
5 He's answered this twice. You can answer it a third
6 time, but it's starting to be harassing.
7    A That's what they say.
8 BY MR. GRIFFIS:
9    Q And the statement that "the results in
10 multivariate analysis must be interpreted with
11 caution since exposure to different types of
12 pesticides correlate" doesn't make sense if they have
13 already controlled for the effective exposure to
14 different types of pesticides in the multivariate
15 analysis, right?
16        MS. FORGIE: Objection, asked and answered.
17 You can answer it again.
18    A It doesn't make sense.
19 BY MR. GRIFFIS:
20    Q Now, whether Table 7 did or didn't control
21 for other pesticides and herbicides, that odds ratio
22 is not statistically significant, right?
23    A Correct.
24    Q It's certainly the case that there is no
25 odds ratio in Hardell that shows a statistically

1 significant association between glyphosate and
2 Non-Hodgkin's Lymphoma controlled for other
3 pesticides; true?
4        MS. FORGIE: Objection.
5    A Well, the multivariate analysis for
6 glyphosate is not statistically significant.
7 BY MR. GRIFFIS:
8    Q Is there any other odds ratio reported in
9 this study that shows a statistically significant
10 association between glyphosate and Non-Hodgkin's
11 Lymphoma controlled for other pesticides?
12        MS. FORGIE: Objection, asked and answered.
13 This is the fifth time he's explained it to you, many
14 times.
15    A No.
16 BY MR. GRIFFIS:
17    Q The next thing I'm going to look at,
18 Doctor, is the De Roos 2003. That's a little bit
19 intricate and it's almost lunchtime.
20        Would you like to break?
21    A Sure.
22        THE VIDEOGRAPHER: We are off the record at
23 11:54 a.m.
24        (Lunch recess.)
25        THE VIDEOGRAPHER: We are back on the

1 record. The time is 12:48 p.m.
2        (Exhibit 16-11, De Roos 2003 study, was
3 marked for identification.)
4 BY MR. GRIFFIS:
5    Q Sir, I've marked as Exhibit 11 the De Roos
6 2003 paper and this is the paper that appears in your
7 expert report, Table 1, correct, Item 3?
8    A Yes.
9    Q And this study pooled three smaller older
10 studies: The Cantor study from 1992, the Zahm study
11 from 1990 and the Hoar study from 1986, correct?
12    A Yes.
13    Q Did I pronounce those names correctly?
14    A Yes.
15    Q And you were one of the coauthors on the De
16 Roos 2003 paper, right?
17    A Yes.
18    Q And what was your role?
19    A So the Nebraska study is one of the three
20 studies that they pooled and that was the study that
21 I was the PI on. So it was all data from Nebraska.
22 I helped organize the study, I managed the study, I
23 did all the pathology on the study.
24    Q Okay. And is there a sense in which De
25 Roos 2003 supersedes Cantor 92, Zahm 94, Hoar 86?

1        MS. FORGIE: Objection.
2    A I'm not sure I'd use that terminology. It
3 pooled the data from those three studies so they're
4 bigger numbers and more power to analyze. So in a
5 way, yes, because I used it instead of the other
6 three. And some of the other three don't maybe even
7 look at glyphosate, so this one had enough cases to
8 do that.
9    Q The idea of pooling, when you do it right
10 like this, is to try to get more power and get more
11 information than could be contained in the smaller
12 studies by comparing like to like; is that fair?
13    A Yes.
14    Q That's the sense when I mean supersede;
15 this, if it's done right, should be better than the
16 sum of the parts; is that fair?
17        MS. FORGIE: Objection.
18    A Yes.
19 BY MR. GRIFFIS:
20    Q That was your intent anyway?
21    A Yes.
22    Q And none of the studies that went into
23 this -- Cantor, Zahm or Hoar -- was designed to test
24 the hypothesis that glyphosate specifically was
25 associated with Non-Hodgkin's Lymphoma, right?

Page 110

1    MS. FORGIE:  Objection.
2    A  That's correct.
3  BY MR. GRIFFIS:
4    Q  This looked at -- they looked at and the De
5  Roos 2003 pooled analysis looked at 47 pesticides
6  simultaneously, right?
7    A  Yes.
8    Q  And as we discussed earlier, with so many
9  comparisons going on, multiple comparisons, more than
10  20 comparisons, you would expect some false positives
11  just by virtue of the fact that you're looking at so
12  many different statistical comparisons at once,
13  right?
14    MS. FORGIE:  Objection.
15    A  Yes.
16  BY MR. GRIFFIS:
17    Q  Generally speaking, smaller studies with
18  fewer patients are more prone to chance complicating
19  their findings or falsifying their findings, right?
20    A  Yes.
21    Q  Now, in -- did you read the expert reports
22  of any of the other expert witnesses in the
23  litigation, sir?
24    A  Yes.
25    Q  Did you read the report of Dr. Neugut?

Page 111

1    A  Yes.
2    Q  Did you see that Dr. Neugut said that the
3  Cantor study, one of the ones that's pooled here, had
4  low power because there were only 26 cases of
5  Non-Hodgkin's Lymphoma with exposure to glyphosate?
6    MS. FORGIE:  Objection.
7    A  I don't remember that.
8  BY MR. GRIFFIS:
9    Q  Okay.  Well, let's set aside whether he
10  said it.
11    Do you agree that the Cantor study has low
12  power because there are only 26 cases in
13  Non-Hodgkin's Lymphoma with exposure to glyphosate?
14    MS. FORGIE:  Objection.
15    A  I would actually probably have to look at
16  the study.  26 cases is a fair number of cases even
17  compared to the other cases we've been studying so --
18    Q  Okay.
19    MS. FORGIE:  Were you finished with your
20  answer?
21  BY MR. GRIFFIS:
22    Q  Hardell is one that you listed in your
23  expert report as having low statistical power, right?
24    A  Right.
25    Q  And that was one with eight individuals

Page 112

1  with exposure glyphosate in Non-Hodgkin's Lymphoma,
2  right?
3    A  Right.
4    Q  So 26, you seem to have a different
5  threshold perhaps than Dr. Neugut that at eight you
6  would agree with him about the low statistical power,
7  right?
8    MS. FORGIE:  Objection.
9    A  Yeah, I agree that eight is, as I said in
10  my report, it has limited power.
11  BY MR. GRIFFIS:
12    Q  And some of the other studies that you list
13  on your Table 1 in your expert report have comparable
14  or less than Hardell, right, like Cocco has only four
15  individuals with exposure to glyphosate in
16  Non-Hodgkin's Lymphoma?
17    A  Yes.
18    Q  And Orsi has only 12 exposure to glyphosate
19  in Non-Hodgkin's Lymphoma?
20    A  Yes.
21    Q  Do you think Orsi has limited statistical
22  power?
23    A  Yes.
24    Q  Now, I'm looking at your Table 1 in your
25  expert report, sir.  You report only one odds ratio

Page 113

1  from the De Roos study and that is a 2.1 with a
2  confidence interval of 1.1 to 4.0.
3    A  Correct.
4    Q  And that's bolded which in your -- in the
5  rubric you were using means it was statistically
6  significant.  And there's an asterisk which refers us
7  to the comment over on the right, "adjusted for other
8  pesticides," correct?
9    A  Yes.
10    Q  And when I asked you earlier, are there any
11  statistically significant findings with an odds
12  ration of greater than one in testing for other
13  pesticides, in the epidemiology literature you said
14  yes, there's one in De Roos 2003, meaning this one,
15  and there's also one in the North American Pooled
16  Project data.
17    And although you didn't list it in your
18  expert report, you were aware of that one, correct?
19    A  Correct.
20    MS. FORGIE:  Objection.
21  BY MR. GRIFFIS:
22    Q  So those were the two.
23    Now, on page 2 of the De Roos study, we
24  have the "statistical analyses" section and the data
25  that was -- the odds ratios that were given in this

Page 114

1    were controlled in two different ways, the logistical
2    regression and hierarchical regression, correct?
3        A   Yes.
4        Q   And in the "statistical analysis" section,
5    they explain -- it's explained that the pesticide --
6    other pesticide exposures were controlled in the
7    hierarchical regression analysis, correct?
8        A   Yes.
9        Q   And not in the logistical regression
10   analysis, right?
11       A   They're controlled in both.
12       Q   Where does it say that?
13       A   I have to sit down and read the whole paper
14   again to really be sure.
15       MS. FORGIE:  Do you want him to read the
16   whole paper to find it?
17       MR. GRIFFIS:  Looking for him to finish his
18   sentence.
19       A   So on the title for Table 3, it says
20   "Effect estimates for use of specific pesticides and
21   NHL incidence, adjusting for use of other
22   pesticides," and there's an asterisk.  And the
23   asterisk says, "Each estimate is adjusted for use of
24   all other pesticides listed in Table 3, age and study
25   site."  Logistic regression and hierarchical

Page 115

1    regression use slightly different methods to do
2    basically the same thing.
3        Q   Okay.  Let's go to page 2 of 9,
4    "statistical analysis" section.
5        A   209.
6        Q   Two of 9?
7        MS. FORGIE:  Page 2.
8        THE WITNESS:  Page 2.  I'm sorry.
9    BY MR. GRIFFIS:
10       Q   And I'm looking at the first paragraph
11   under "statistical analysis" first, about halfway
12   down the paragraph where it says "we employed two
13   approaches to our analysis:  Standard statistical
14   regression (maximum likelihood estimation), and
15   hierarchical regression."  And then it says, "all
16   models included variables for age and indicator
17   variables for study site."  It goes on to explain
18   that it was considered whether to control for
19   first-degree relative with hematopoietic cancer,
20   education and smoking, but those weren't important
21   confounders; I'm right so far?
22       MS. FORGIE:  No.  Objection.
23   BY MR. GRIFFIS:
24       Q   Is that correct so far?
25       A   I think so, yeah.

Page 116

1        Q   Okay.  And then "the standard logistic
2    regression models did not assume any prior
3    distribution of pesticide effects, in contrast to the
4    hierarchical regression modelling;" did I read that
5    correctly?
6        A   Uh-huh.
7        Q   Explain what that means.
8        A   Well, I'm not really sure what it means.  I
9    think it means that they made adjustments for each of
10   the pesticides, but they didn't really take into
11   consideration how often they were covariates, how
12   often they were used, whereas the other one, the
13   hierarchical regression, was a more detailed
14   analysis.
15       Q   If you keep reading the next sentence under
16   the title "Hierarchical regression of multiple
17   pesticide exposures" gives us some more information
18   saying "in the first-level model of the hierarchical
19   regression analysis, NHL disease status was regressed
20   simultaneously on the 47 pesticide exposures, age and
21   study site."
22       Can you explain what it means to be
23   regressed simultaneously on the 47 pesticide
24   exposures?
25       A   No, I can't.  I'm not an expert on these

Page 117

1    kind of multivariate analyses and differences.
2        Q   Then please explain a little more -- I
3    believe you said earlier that the logistic regression
4    control for other pesticides was less thorough or
5    less sophisticated or less complete than the
6    hierarchical.
7        Would you explain what you meant by that if
8    I even got it right?
9        MS. FORGIE:  Objection.
10       A   I think that's the best I can do.
11   BY MR. GRIFFIS:
12       Q   Okay.
13       A   They explain it in their -- on the end of
14   the description of hierarchical regression.  They
15   say, "Because our prior covariates were crudely
16   defined and because there is little information on
17   factors that would be expected to affect the
18   magnitude of the effect of pesticides on NHL
19   incidence, we also performed a hierarchical
20   regression analysis of multiple pesticides using an
21   intercept-only model in which all pesticide effects
22   were assumed to arise from a common prior
23   distribution with a prior residual variance.  In
24   other words, this modelling assumed that there was no
25   a priori reason to believe that any specific

Page 118

1   pesticide was more likely to be associated with NHL
2   incidence than any other pesticide in the model."
3       So it's a different way of doing it. I'm
4   not sure -- I'm not sure it's better or more
5   sophisticated or less sophisticated. That would be a
6   question for an epidemiologist or a statistician.
7       Q  Which of the people on the paper would that
8   be a question for?
9       A  It would be a question for De Roos or Zahm
10  or Cantor or Blair, Burmeister also. They're all
11  epidemiologists. Burmeister is a statistician.
12      Q  When the -- I'm sorry, you were just
13  reading from a paragraph that extends from page 4
14  over to page 5. And I'm now looking at the last
15  sentence in that paragraph, sir, that's on page 5.
16      It says, "Indeed a linear regression
17  analysis of 47 logistic regression beta coefficients
18  for the pesticides regressed on the prior covariates
19  found no statistical significant association at a
20  significance level of P less than 0.05 results not
21  shown." Can you explain --
22      A  Where is that? I'm sorry.
23      Q  You were reading from the paragraph that
24  extends from page 4 to page 5.
25      A  No, I was reading from page 2.

Page 119

1       Q  Were you?
2       A  Uh-huh.
3       Q  I was looking at an almost identical
4   sentence that was extending from 4 to 5 talking about
5   the linear intercept model. Anyway, if you turn to
6   page 5 and look at the paragraph that ends there.
7       A  So they looked at it one way and it was
8   statistically significant and they looked at it a
9   second way and it was still elevated, but it was no
10  longer statistically significant.
11      Q  And the linear regression analysis, which
12  is another way they looked at it but did not show the
13  results, found no statistically significant
14  association, correct?
15      MS. FORGIE: Objection.
16  BY MR. GRIFFIS:
17      Q  Do you need to know where I am, sir?
18      A  I know where you're at. I need to read
19  this again.
20      Q  Sure.
21      A  That's what it says. They used another
22  method called "linear regression analysis," but it
23  doesn't show the data.
24      Q  Yeah, it says "data results not shown,"
25  right?

Page 120

1       A  Yeah.
2       Q  So there could have been a column of
3   logistic regression -- sorry, linear regression
4   analysis next to the logistic regression and
5   hierarchical regression, but none of those would have
6   been statistically significant, right?
7       MS. FORGIE: Objection.
8       A  That's what it says.
9   BY MR. GRIFFIS:
10      Q  Okay. So there was -- to sum up, I think,
11  if I got this correct, there were three different
12  ways that the data was analyzed in this study:
13  Statistical regression, hierarchical regression and
14  linear regression; am I right so far?
15      MS. FORGIE: Objection.
16      A  I believe so.
17  BY MR. GRIFFIS:
18      Q  In the logistic -- and you believe that the
19  logistic regression, hierarchical regression and
20  linear regression all controlled for other
21  pesticides, correct?
22      A  Yes.
23      Q  In the logistic regression, there was a
24  statistically significant odds ratio, 2.1 with a
25  confidence interval of 1.1 to 4.0, correct?

Page 121

1       A  Correct.
2       Q  In the hierarchical regression, it was not
3   statistically significant, correct?
4       A  That's correct, but it was still elevated.
5       Q  And in the linear regression, it was also
6   not statistically significant, although we don't know
7   what the numbers are, right?
8       A  Correct.
9       Q  Did you originally have access to those
10  numbers?
11      MS. FORGIE: Objection.
12      A  I never saw the numbers.
13  BY MR. GRIFFIS:
14      Q  So you wouldn't have seen the -- a table
15  with the linear regression analysis?
16      A  No, I don't -- I don't remember. I don't
17  think so, but I don't remember.
18      Q  You don't generate these tables?
19      A  No.
20      Q  The value that you reported in your expert
21  report was the one that is statistically significant
22  and not the -- not either of the nonsignificant
23  values, correct?
24      A  Correct.
25      Q  Why is that?

1     A  Well, because, you know, I probably should
2  have -- I probably should have listed both, but I
3  listed the one that was statistically significant.
4     Q  And is it fair to say you don't know which
5  of the three regressions best controls for other
6  pesticides exposures?
7        MS. FORGIE:  Objection.
8     A  I don't know which one does, no.  They
9  don't really talk about that.
10  BY MR. GRIFFIS:
11     Q  Please explain what the North American
12  Pooled Project is.
13     A  Yeah, so the North American Pooled Project
14  is a pooling project of studies -- the three studies
15  in the De Roos 2003 paper and the McDuffie paper, so
16  it's a pooling of Canadian and U.S. case control
17  studies.
18     Q  We talked a few minutes ago about how
19  there's a sense in which the De Roos 2003 paper
20  supersedes the three papers that it pooled, Cantor,
21  the Zahm and Hoar.
22        In the same sense, does the North American
23  Pooled Project supersede the De Roos 2003 and
24  McDuffie papers?
25        MS. FORGIE:  Objection.

1     A  Yes, because it pools them and uses the
2  data in bigger, more powerful study.
3  BY MR. GRIFFIS:
4     Q  And again, the intent of pooling is to
5  increase the power and increase the value of the
6  statistical analyses performed on the data; is that
7  fair?
8        MS. FORGIE:  Objection.
9     A  Yes.
10  BY MR. GRIFFIS:
11     Q  Now, there hasn't been a publication yet
12  from the North American Pooled Project, right?
13        MS. FORGIE:  Objection.
14     A  There's a publication that's actually been
15  published.
16  BY MR. GRIFFIS:
17     Q  On the subject of glyphosate and
18  Non-Hodgkin's Lymphoma, there hasn't been a
19  publication yet?
20        MS. FORGIE:  Objection.
21     A  No, there hasn't, not to my knowledge.
22  BY MR. GRIFFIS:
23     Q  And that's what is, we were talking about
24  earlier, that's in draft, right?
25     A  Yes.

1     Q  The findings -- and as we discussed
2  earlier, the findings that are going to be published
3  in the paper that's in draft right now have been
4  presented at various scientific conferences and there
5  are slide shows corresponding to that, right?
6     A  Yes.
7        (Exhibit 16-12, slide show, was marked for
8  identification.)
9  BY MR. GRIFFIS:
10     Q  I've marked as Exhibit 12 a slide show from
11  a presentation --
12        MS. FORGIE:  Are we on 12?  Sorry.
13  BY MR. GRIFFIS:
14     Q  -- PowerPoint presentation that was done by
15  Dr. Pahwa in Brazil; is that correct?
16     A  Yes.
17     Q  And you've seen these slides before, they
18  were sent to you, right?
19     A  Yes.
20     Q  You got e-mails from Dr. Pahwa and others
21  and sending e-mails back and forth discussing the
22  slides attached, correct?
23        MS. FORGIE:  Objection.
24     A  Yes.
25  BY MR. GRIFFIS:

1     Q  Now, unfortunately, the -- she didn't turn
2  on page numbering on the slides, but if you'll turn
3  to the ninth slide --
4        MS. FORGIE:  You mean ninth by page number
5  or double sides; which nine do you mean?
6        MR. GRIFFIS:  Mine isn't.  Mine's by page
7  number.
8        MS. FORGIE:  Okay.  So it's going to be 18
9  for us.
10        MR. GRIFFIS:  No.  There aren't -- do you
11  have page numbers on yours?
12        MS. FORGIE:  No.  We have double-sided.
13  BY MR. GRIFFIS:
14     Q  What would be the ninth slide?
15     A  Just show us.
16        MS. FORGIE:  Yeah, just show us.
17        THE WITNESS:  It's this one?
18  BY MR. GRIFFIS:
19     Q  Yeah.  So the ninth slide is showing
20  glyphosate used and NHL risks for ever/never use of
21  glyphosate, correct?
22     A  Yes.
23     Q  What is ever/never?
24     A  So if they've ever been exposed, they're
25  counted as exposed and if they've never been exposed,

Page 126

1    they're counted as unexposed.
2        Q  It's one of the ways that epidemiologists
3    assess causation, correct, ever/never?
4        MS. FORGIE:  Objection.
5        A  Yes, sir, it's a rather crude method.
6    BY MR. GRIFFIS:
7        Q  Yes, sir.  And we have a column called
8    "odds ratio A, 95 percent confidence interval" and
9    one called "odds ratio B, 95 percent confidence
10   interval," right?
11       A  Yes.
12       Q  The first column, odds ratio A, adjusts for
13   age, sex, state province and lymphatic or
14   hematopoietic cancer in first-degree relative, a
15   proxy respondent and use of any personal protective
16   equipment, correct?
17       A  Yes.
18       Q  And B adjusts for everything that I just
19   said from A, plus use of 2,4-D, which is another
20   pesticide, use of Dicamba, use of Malathion, two more
21   pesticides, right?
22       A  Correct.
23       Q  And in the "adjusted for other pesticides"
24   column, there are no statistically significant
25   results, correct?

Page 127

1        A  That's correct.
2        Q  And does that accurately reflect the draft
3    data on ever/never use of pesticides?
4        MS. FORGIE:  Objection.
5        A  Yes.  The numbers are different, but I
6    think the findings are similar.
7    BY MR. GRIFFIS:
8        Q  So for ever and never use of pesticides,
9    the NAPP, North American Pooled Project, has a null
10   finding for glyphosate and NHL overall, right?
11       MS. FORGIE:  Objection.
12       A  It's not a null finding, but it's not
13   statistically significantly increased.
14   BY MR. GRIFFIS:
15       Q  And if you look at the subtypes, the odds
16   ratio for each subtype varied, correct?
17       A  Yes.
18       Q  And they were all nonsignificant, right?
19       A  Yes.
20       Q  And one was less than zero as a matter of
21   fact -- less than one, correct?
22       A  Yes.
23       Q  And what does an odds ratio of less than
24   one as compared to one that's greater than one mean?
25       A  It doesn't mean much.  It means that it's

Page 128

1    less than one, so it's -- it could be equivalent to
2    one, but you see the range goes between .4 and 1.15,
3    so it's somewhere in that range.
4        Q  Right.  I'm probably just asking too simple
5    a question.
6        For a jury or judge that doesn't know
7    statistics, generally speaking, an odds ratio of
8    greater than one is --
9        A  Suggests risk.
10       Q  -- suggests risks, all things being equal,
11   and whether all things are equal or not is always a
12   matter of debate, and an odds ratio of less than one
13   suggests a decrease, all things being equal; is that
14   fair?
15       MS. FORGIE:  Objection.
16       A  Well, I would say it means there's no
17   increased risk, there's no increased risk.  You could
18   say a decreased risk, but we don't really believe
19   that glyphosate prevents cancer.
20   BY MR. GRIFFIS:
21       Q  Sir, turn to the third slide from the end,
22   please.  The title is "Proxy vs. Self Respondents."
23       A  Start at the beginning.
24       Q  Third from the end is the easiest way to
25   get there.  Start at the back, go in three.

Page 129

1        A  Oh, there.  Got it.
2        Q  So here we have two columns:  One is "proxy
3    and self respondents" and the other is "self
4    respondents only," correct?
5        A  Correct.
6        Q  And there was an issue with some question
7    about the value of the proxy responses as compared to
8    the value of the self responses in this data, right?
9        MS. FORGIE:  Objection.
10       A  That was one of the things they -- that's
11   one of the things they analyzed as a possible
12   covariate.
13   BY MR. GRIFFIS:
14       Q  And they found that the proxy responses
15   were less reliable than the self respondents which is
16   consistent with standard epidemiology, right?
17       MS. FORGIE:  Objection.
18       A  It's often -- that's often the case,
19   although not always.
20   BY MR. GRIFFIS:
21       Q  And it was in this data, right?
22       MS. FORGIE:  Objection.
23       A  Well, they don't actually show you the data
24   for the proxy, but you would assume that that's true
25   because the odds ratios are higher for -- well, for

Page 130

1  some of them than when you add the proxies in than
2  when you do the self respondents.  But for others
3  it's really no different.
4      Q  Yes, sir.  And I'm not asking you based on
5  what's revealed on this slide, but based on your
6  knowledge of this study and your knowledge of the
7  underlying studies, the issues of less reliable data
8  from proxy respondents was something that you all
9  found and identified in that data, correct?
10         MS. FORGIE:  Objection, asked and answered.
11  You can answer it again.
12      A  I don't think it was clear in the analysis
13  frankly.  There were some other -- there were some
14  other slides -- there's another slide set that looked
15  at it and really didn't seem there was any real
16  difference.  So here you see for some of them, the
17  odds ratio were a little higher when you had the
18  proxies, but for others it's really not.  So I really
19  can't answer that question with regard to the
20  specific project based on this data.
21      Q  Okay.
22      A  I mean, if you aggregated all of this data
23  together, it may not be much different.
24      Q  Do you recall, sir, whether the NAPP
25  scientists looked at the issue of proxy versus self

Page 131

1  respondents and were concerned about unreliability,
2  the relative unreliability of the proxy respondents?
3         MS. FORGIE:  Objection, asked and answered.
4  You can answer it again.
5      A  They looked at it with that thought in
6  mind, but I don't see anything here that would
7  convince me that it's a major issue.
8  BY MR. GRIFFIS:
9      Q  Okay.  And I'm not asking about this slide,
10  but your memory of the project.
11         Do you recall in the project that being
12  identified as a concern and that the proxy data was,
13  in fact, less reliable than the self respondent data?
14         MS. FORGIE:  Objection, asked and answered.
15  You can answer it again.
16      A  No, I don't recall that.  In fact, in the
17  analyses they did, they used proxy as a covariate so
18  they adjusted for it.
19  BY MR. GRIFFIS:
20      Q  In which set?
21      A  In almost all of the data sets.
22      Q  When adjusted for proxy respondents, the
23  statistical significance of statistically significant
24  findings decreased, right?
25         MS. FORGIE:  Objection, asked and answered.

Page 132

1  You can answer it again.
2      A  I don't know which data you're talking
3  about.
4  BY MR. GRIFFIS:
5      Q  I'm asking about your memory of the study
6  in the data analyses therein.
7         MS. FORGIE:  Objection, asked and answered.
8      A  I remember the data that it wasn't a major
9  issue.
10  BY MR. GRIFFIS:
11      Q  Okay.  So I want to look at the various
12  measures -- what this chart is showing, in addition
13  to proxy and self respondents in one column and self
14  respondents in another, is several measures of
15  intensity; right; we have never/ever in the first two
16  rows; we have duration, number of years of use in the
17  next two; frequency, which is something we saw from
18  McDuffie in the next two; and then lifetime days,
19  which is number of years times number of days per
20  year in the last two, right?
21         MS. FORGIE:  Objection.
22      A  Right.
23  BY MR. GRIFFIS:
24      Q  And the lifetime days is a measure that was
25  not reported in the published studies that we've

Page 133

1  looked at to date; is that right?
2         MS. FORGIE:  Objection, there's two
3  questions pending.
4      A  That is correct.
5  BY MR. GRIFFIS:
6      Q  The lifetime days analysis would adjust for
7  the possible exposure, misclassification issue that
8  we talked about with regard to McDuffie which was
9  only measuring greater than zero, less than or equal
10  to two days versus greater than two days per year,
11  right?
12         MS. FORGIE:  Objection, mischaracterizes.
13      A  It's just a different parameter to measure
14  that really -- it does a different -- it does a
15  different thing.
16  BY MR. GRIFFIS:
17      Q  It captures both the number of days per
18  year and for how many years you've been using it?
19      A  Right.
20      Q  And it puts that information together so
21  that people who have been exposed to glyphosate on
22  more occasions over the course of their life and more
23  frequently will be -- will tend to be put into a
24  higher risk group than those who have not, correct?
25         MS. FORGIE:  Objection.

Page 134

1    A   That's correct.
2   BY MR. GRIFFIS:
3    Q   Now, the odds ratio for Non-Hodgkin's
4   Lymphoma with exposure in the highest dose category
5   of greater than seven days per year is 1.08 in the
6   first column, proxy and first respondents, and 1.06
7   in the second column, self respondents, correct?
8    A   Correct.
9    Q   And neither one of those is statistically
10  significant, right?
11   A   Right.
12   Q   Those are null results?
13      MS. FORGIE:  Objection.
14   A   Correct.
15  BY MR. GRIFFIS:
16   Q   Do you recall Dr. Blair testifying in the
17  deposition that you read that the self-reported data
18  of proxies is less reliable than self-reported data
19  of the individual who had the exposure?
20      MS. FORGIE:  Objection, mischaracterizes
21  the testimony.
22   A   I don't remember that.
23  BY MR. GRIFFIS:
24   Q   You agree that, generally speaking, that's
25  correct?

Page 135

1       MS. FORGIE:  Objection.
2    A   It's a concern that it has to be
3   considered.  It depends.  In some studies it hasn't
4   been a problem, in other studies it has.  So it's
5   always something to be considered.
6   BY MR. GRIFFIS:
7    Q   Yes, sir.  The ever/never odds ratio
8   calculated for the self respondents was less than
9   1.0, correct?
10   A   Yes.
11   Q   When looking at the number of years of
12  exposure, sir, duration in terms of number of years,
13  you looked at greater than zero and less than or
14  equal to 3.5 years of exposure versus more than 3.5
15  years of exposure, correct?
16   A   Yes.
17   Q   And there was, if anything, a negative
18  trend in the data with people who had been exposed
19  for a longer period of time having a lower odds
20  ratio, correct?
21      MS. FORGIE:  Objection.
22   A   That's correct, although the numbers aren't
23  so very different.
24  BY MR. GRIFFIS:
25   Q   That was true for both proxy and self

Page 136

1   respondents and self respondents, correct?
2       MS. FORGIE:  Objection, asked and answered.
3   You can answer it again.
4    A   Correct.
5   BY MR. GRIFFIS:
6    Q   And none of the figures were statistically
7   significant, right?
8    A   Correct.
9    Q   Now, you mentioned there has been a
10  publication by the North American Pooled Project for
11  multiple myeloma, right?
12   A   Yes.
13   Q   And the findings were negative for
14  glyphosate in multiple myeloma, right?
15      MS. FORGIE:  Objection.
16   A   Yes.
17  BY MR. GRIFFIS:
18   Q   You don't claim, sir, that glyphosate or
19  any glyphosate-containing product causes any kinds of
20  cancer other than Non-Hodgkin's Lymphoma, correct?
21      MS. FORGIE:  Objection.
22   A   That's correct.
23  BY MR. GRIFFIS:
24   Q   In other publications upon which you've
25  been a coauthor, sir, you've expressed concerns about

Page 137

1   proxy respondents, right?
2       MS. FORGIE:  Objection.
3    A   Proxies are always a concern.  They have to
4   be considered.
5   BY MR. GRIFFIS:
6    Q   They're more likely to give don't know
7   answers than self responders, right?
8       MS. FORGIE:  Objection.
9    A   Yes.
10  BY MR. GRIFFIS:
11   Q   They are more likely to give unreliable
12  answers with regard to pesticide exposure, right?
13      MS. FORGIE:  Objection.
14   A   I would say maybe less reliable.  I
15  wouldn't say unreliable.
16      MR. GRIFFIS:  Take a two-minute break?
17      MS. FORGIE:  Sure.
18      MR. GRIFFIS:  Give me five if you prefer.
19      MS. FORGIE:  I'd rather take five.
20      THE VIDEOGRAPHER:  Off the record at 1:34
21  p.m.
22      (Brief recess.)
23      THE VIDEOGRAPHER:  We are back on the
24  record at 1:54 p.m.
25      (Exhibit 16-13, September 21, 2005 draft

Page 138

1  publication, was marked for identification.)
2  BY MR. GRIFFIS:
3      Q   Doctor, I've marked as Exhibit 13 a copy at
4  the top where it says, "Date of last revision:
5  September 21, 2015," draft publication on glyphosate
6  used in risk of NHL, Non-Hodgkin's Lymphoma, major
7  histological subtypes in the North American Pooled
8  Project; did I identify that correctly?
9      A   Yes.
10     Q   This is one of the drafts that was
11 exchanged among the coauthors of the North American
12 Pooled Project of this potential publication of
13 glyphosate and NHL, correct?
14     A   Yes.
15     Q   On page 8, sir, under "statistical
16 analyses," the second paragraph, it says at the
17 start, "It was possible that the use of other
18 pesticides in the NAPP may confound the relationship
19 between glyphosate used and NHL risk;" did I read
20 that correctly?
21     A   Yes.
22     Q   And then at the end of the paragraph, it
23 explains which pesticides were correlated with
24 glyphosate as confounders saying, "Pesticides that
25 were most strongly correlated with glyphosate,

Page 139

1  defined in this study as Spearman coefficients
2  greater than or equal to 0.35 and Cohen's Kappa value
3  greater than or equal to 0.30, and that were
4  significantly or strongly associated with NHL in
5  previous studies were evaluated as confounders," and
6  it identifies the herbicides 2,4-D and Dicamba and
7  Malathion, right?
8      A   Yes.
9      Q   And it's correct that those were
10 confounders in this data, correct?
11     MS. FORGIE:  Objection.
12     A   Well, they were considered to be
13 confounded.  I don't know the underlying data, but
14 they were highly correlated with glyphosate and at
15 least 2,4-D and I think others, too, have been
16 reported as increasing risks, so they were considered
17 potential confounders and that's why they adjusted
18 for them.
19 BY MR. GRIFFIS:
20     Q   When you say "increasing the risk," you
21 mean increasing the risk of NHL?
22     A   Yes.
23     Q   Turn to page 10, please.
24     MS. FORGIE:  You can take your time to
25 review this if you need to.

Page 140

1      A   Okay.
2  BY MR. GRIFFIS:
3      Q   I'm looking at the header "Glyphosate use
4  and NHL risks overall and by major histological
5  subtype."  And the first paragraph reports a
6  significant association between glyphosate used in
7  risk of NHL overall and with regard to subtypes, it
8  says the magnitude of risk differed by subtype.
9      A   Yes.
10     Q   And that's an accurate reflection of the
11 data in the North American Pooled Project, right?
12     MS. FORGIE:  Objection.
13     A   Yes.
14 BY MR. GRIFFIS:
15     Q   It goes on to say, "Associations were
16 attenuated and no longer statistically significant
17 when the model represented by odds ratio A was
18 further adjusted for ever use of 2,4-D, Dicamba and
19 Malathion," right?
20     A   Yes.
21     Q   So ever and never -- the ever and never
22 association disappeared when it was controlled for
23 confounding by these other pesticides, right?
24     A   Correct.
25     Q   The next paragraph discusses duration and

Page 141

1  says "There was a general inverse trend in risks
2  except for cases of SLL" -- what is SLL?
3      A   Small lymphocytic lymphoma.
4      Q   -- "where the odds increase with longer
5  duration of glyphosate used."
6          And this trend was of borderline
7  statistical significance, correct?
8      A   Yes.
9      MS. FORGIE:  Objection.
10 BY MR. GRIFFIS:
11     Q   So glyphosate use examined by duration
12 shows a general inverse trend for most of the
13 subtypes examined, right?
14     MS. FORGIE:  Objection.
15     A   That's what it says.
16 BY MR. GRIFFIS:
17     Q   And then that's an accurate description of
18 the data, right?
19     MS. FORGIE:  Objection.
20     A   Yeah, it's an accurate -- apparently it's
21 an accurate description of the data from this early
22 version of the manuscript.
23 BY MR. GRIFFIS:
24     Q   An additional adjustment for the chemicals
25 2,4-D, Dicamba and Malathion generally resulted in

Page 142

1   attenuated risk estimates compared to models
2   unadjusted for these pesticides, correct?
3       MS. FORGIE:  Objection.
4       A   Except for SLL.
5   BY MR. GRIFFIS:
6       Q   Except for SLL for which the addition of
7   these agents in logistic regression model had no
8   substantial effect on risk, correct?
9       A   Correct.
10      Q   Was there a later draft of this document
11  among the documents that you gave to Ms. Forgie?
12      A   There's probably more than one.
13          (Phone ringing).
14      Q   How recent would the drafts be dated,
15  approximately?
16      MS. FORGIE:  Objection.
17      A   I don't know how many -- there had been --
18  there are more recent drafts, let me say that.  I
19  don't know how many.
20  BY MR. GRIFFIS:
21      Q   I'm trying to understand generally, was
22  this something that was worked on some in 2016 so
23  there might be a draft or two or is it something
24  that's being actively revised right now so there
25  would be much more up-to-date drafts or what?

Page 143

1       A   It was definitely worked on in 2016 and
2   even 2017.
3       Q   Did you turn over drafts from 2016 and
4   2017?
5       MS. FORGIE:  Objection.
6       A   To who?
7   BY MR. GRIFFIS:
8       Q   Ms. Forgie.
9       A   No, I didn't.
10      Q   Do you have drafts from 2016 and 2017?
11      A   I do.
12      MS. FORGIE:  To be clear, he didn't give me
13  any.
14  BY MR. GRIFFIS:
15      Q   The next paragraph, sir, on page 10, talks
16  about frequency of glyphosate used, correct?  This is
17  the greater than or equal to two days and greater
18  than zero, less than or equal to two days a year?
19      A   Yes.
20      Q   And the last sentence says, "The pattern of
21  increased risks with more frequent glyphosate
22  handling was still apparent for NHL overall and all
23  subtypes, all the trends were no longer statistically
24  significant upon adjusting for these three
25  pesticides," correct?

Page 144

1       MS. FORGIE:  Objection.
2       A   That's what it says.
3   BY MR. GRIFFIS:
4       Q   Does that accurately reflect the data?
5       MS. FORGIE:  Objection.
6       A   It may have changed in subsequent
7   manuscripts.
8   BY MR. GRIFFIS:
9       Q   Do you claim that in the current
10  manuscript, any of the associations between
11  glyphosate and Non-Hodgkin's Lymphoma or any subtype
12  that control for other pesticides is statistically
13  significant?
14      A   Yes.
15      Q   Which?
16      A   So for greater than two days, there's a
17  statistically significant increase for NHL overall
18  and for large B-cell lymphoma.  And there are
19  nonsignificant increase of the same magnitude for the
20  other subtypes as well.
21      Q   What do you mean by "nonsignificant
22  increase of the same magnitude"?
23      A   It means that if NHL overall was -- had a
24  twofold increase risk that was statistically
25  significant, the other subtypes had a similar

Page 145

1   magnitude, twofold, greater or less, but not
2   statistically significant.
3       Q   Okay.  So --
4       A   So that should be actually reflected in
5   table 2 in the manuscript here which you don't
6   provide.
7       Q   Which was not provided to us.
8       A   Well --
9       Q   So the data for duration, number of years
10  of exposure, that shows a negative trend with
11  increasing duration, correct, meaning most recent
12  data?
13      MS. FORGIE:  Objection.
14      A   I don't -- I can't comment on it.  I don't
15  remember that precisely, but I do remember that
16  duration was only significant for small lymphocytic
17  lymphoma; for others, it didn't increase duration, it
18  did not significantly increase risk.  The risks might
19  actually have gone down.  I don't remember that data
20  precisely without having it in front of me.
21      Q   Well, we have Exhibit 12, the slide show --
22      MS. FORGIE:  Well, objection.
23      Q   -- on the table of proxy versus self
24  respondents for duration, frequency and lifetime
25  days.

Page 146

1    MS. FORGIE:  Objection, he's already stated
2  there's tables missing from Exhibit 13.
3  BY MR. GRIFFIS:
4    Q  You have drafts with these tables in them?
5    A  I do.
6    Q  I demand production of them.
7    MS. FORGIE:  Don't respond.
8  BY MR. GRIFFIS:
9    Q  That wasn't for you, that was for you.
10    The duration data, sir -- you can take a
11  look at the slide show if that helps you, three pages
12  from the back, looking at number of years of
13  exposure -- there's a negative trend with increasing
14  duration of exposure in the North American Pooled
15  Project data, correct?
16    A  Correct.
17    Q  And that's reflected in the current drafts
18  as well, right?
19    MS. FORGIE:  Objection.  You mean this
20  draft?
21    MR. GRIFFIS:  No, I mean the one on his
22  computer.
23    A  That's what the words in the draft say.
24  BY MR. GRIFFIS:
25    Q  I'm not talking about this draft, I'm

Page 147

1  talking about the most recent one on your computer.
2    MS. FORGIE:  I'm going to object to that.
3  That's confidential.  I don't know how you got a copy
4  of this draft, but that information is confidential.
5  This is not a published document.  It's unfair to be
6  asking him things he may or may not have seen.
7    A  I don't remember precisely.  I do remember
8  the duration was -- did not show any significant
9  results except possibly for small lymphocytic
10  lymphoma.
11  BY MR. GRIFFIS:
12    Q  The data that you've been -- your group has
13  been reporting publicly -- and you can see this in
14  the slide show -- shows a negative trend with
15  increasing duration, right?
16    A  For NHL overall.
17    Q  And it shows a positive trend for frequency
18  when calculated in terms of number of days per year,
19  correct?
20    A  Yes.
21    Q  And it shows nothing statistically
22  significant when the two are summed, correct, number
23  of years times number of days per year, right?
24    MS. FORGIE:  Objection.
25    A  That's correct.

Page 148

1  BY MR. GRIFFIS:
2    Q  So the direction of the trend, when you
3  look at the number of years, is the opposite of the
4  trend when you look at the number of days per year
5  and when you combine the two, significance is
6  extinguished, correct?
7    A  Correct.  I think we saw this same
8  phenomenon on our paper on 2,4-D, so my impression of
9  the data is intensity of exposure is a better -- is a
10  better measure of risk than length of exposure.
11    Q  Or it's a better way to get statistically
12  significantly findings to report?
13    MS. FORGIE:  Objection.
14    A  That's what epidemiologists look to do.
15  BY MR. GRIFFIS:
16    Q  Find the best significant risks to report?
17    MS. FORGIE:  Objection.
18    A  No, to find the truth.
19  BY MR. GRIFFIS:
20    Q  Why is the truth the biggest number?
21    A  I didn't say it was.  I just said
22  epidemiologists look at things in different ways to
23  find the truth.
24    Q  Okay.  What you said was it seems that the
25  intensity is the best measure.  It also is the

Page 149

1  measure that has a statistically significant finding
2  associated with it.
3    Why, other than the fact that it's the only
4  one that has a statistically significant increased
5  trend, is it the best measure?
6    MS. FORGIE:  Objection, asked and answered.
7  You can answer it again.
8    A  Well, this is my personal opinion, and that
9  is that the intensity of the exposure is the most
10  important feature of the exposure.  If you get high
11  doses over a short period of time, it is, in general,
12  increases risk much more than lower exposures over a
13  long period of time.  So if you do the product of low
14  exposures over a long period of time, you don't
15  get -- often don't get much of an increase in risk.
16  That's what we saw in 2,4-D.  But if you look at high
17  exposures over a short period of time, you see
18  increased risk because it's the high exposures that
19  really increase the risk.
20  BY MR. GRIFFIS:
21    Q  What your data is measuring is not how much
22  glyphosate people were exposed to, but on how many
23  days during a particular year they were exposed,
24  right?
25    MS. FORGIE:  Objection.

Page 150

1    A  It's a surrogate for that.
2    BY MR. GRIFFIS:
3    Q  And do you know of any data showing it's a
4    useful surrogate or that it reliably correlates with
5    the amount of glyphosate to which they were actually
6    exposed?
7    A  Not for glyphosate, no.
8    Q  For any substance?
9    A  Not that I can remember.  But it's a
10   commonly used surrogate.
11   Q  On page 13, sir --
12   A  Page 13?
13   MS. FORGIE:  Back to Exhibit 13?
14   MR. GRIFFIS:  Yes.
15   BY MR. GRIFFIS:
16   Q  Second full paragraph, looking at the first
17   two sentences, "a fairly consistent decrease in NHL
18   risk was found when odds ratios were further adjusted
19   for pesticides 2,4-D, Dicamba and Malathion.  This
20   observation suggested that elevated risk of NHL may
21   be attributed in part to pesticides other than
22   glyphosate;" did I read that correctly?
23   A  Yes.
24   Q  Is that a correct description of the data
25   in the most recent draft?

Page 151

1    MS. FORGIE:  Objection.
2    A  Yes, I think so.
3    BY MR. GRIFFIS:
4    Q  Page 15, second full paragraph, starting
5    with the second sentence, "NHL is a constellation of
6    heterogenous cancers that each has its own causes,
7    risk factors and etiologies" --
8    A  Make sure I know where you're at.
9    Q  Page 15, second full paragraph, starting
10   with second sentence.  "NHL is a constellation of
11   heterogenous cancers that each has its own causes,
12   risk factors and etiologies.  Pesticides, including
13   individual agents such as glyphosate, may exert
14   different effects on these subtypes and the large
15   size of the NAPP made it possible to parse this out;"
16   did I read that correctly?
17   A  Yes.
18   Q  Is that an accurate description of the data
19   included the most recent drafts?
20   MS. FORGIE:  Objection.
21   A  Yes.  Although it only looked at the most
22   common subtype -- the three most common subtypes.
23   (Exhibit 16-14, 8/26/15 e-mail, was marked
24   for identification.)
25   BY MR. GRIFFIS:

Page 152

1    Q  Sir, I've marked as Exhibit 14 an e-mail
2    from Aaron Blair dated August 26th, 2015 to multiple
3    people, including yourself.
4    When Dr. Pahwa was headed to Brazil for her
5    presentation, she circulated her slides to you and
6    the other coauthors, right?
7    A  Yes.
8    Q  And Aaron Blair suggested to the group that
9    the group should notify IARC that the presentation
10   was coming, correct?
11   A  Yes.
12   Q  And nobody disagreed with that, right?
13   MS. FORGIE:  Objection.  I mean, in this
14   e-mail?
15   A  I don't remember.  I don't think anybody
16   disagreed, but I don't remember.
17   BY MR. GRIFFIS:
18   Q  Why was it important to notify IARC?
19   A  I don't know.  It wasn't my idea.  I think
20   IARC was interested in the results of this study, so
21   maybe they -- maybe they thought that it was
22   appropriate to send the slides to IARC.  I don't
23   know.
24   Q  Did you have any opinion on whether it was
25   important to notify IARC?

Page 153

1    A  No.
2    (Exhibit 16-15, 8/27/15 e-mail, was marked
3    for identification.)
4    BY MR. GRIFFIS:
5    Q  Exhibit 15, sir, is an e-mail thread.  If
6    you look at the bottom of the first page, on August
7    26th, 2015 --
8    MS. FORGIE:  Hold on, I have a problem with
9    my mic.
10   BY MR. GRIFFIS:
11   Q  On August 26th, 2015, Aaron Blair sent a
12   number of talking points for consideration to the
13   group, correct?
14   MS. FORGIE:  Objection.
15   A  Yes.
16   BY MR. GRIFFIS:
17   Q  He said, "Below is a start of thinking
18   about talking points to questions about IARC," right?
19   A  Right.
20   Q  And one of the things he said is
21   "adjustment for other pesticides made the
22   associations that you saw not significant," right?
23   A  That's correct.
24   MS. FORGIE:  Objection.
25   A  That's for ever and never, I believe.

Page 154

1   BY MR. GRIFFIS:
2       Q  He said, "the association may differ by
3   histological type and that FL was not linked to
4   glyphosate at all," correct?
5           MS. FORGIE:  Objection.
6       A  That's what he says.  I'm not sure that --
7   I'm not sure what he's basing that on.
8   BY MR. GRIFFIS:
9       Q  You disagree that FL is not linked to
10  glyphosate at all?
11      A  I don't have -- I don't have an opinion one
12  way or the other.
13      Q  Do you have an opinion, one way or the
14  other, whether FL is linked to glyphosate at all in
15  the NAPP data?
16      A  If you look at the greater than two days
17  exposure, the odds are increased for FL.  It's just
18  not significant.
19      Q  What is FL?
20      A  Follicular lymphoma.
21          (Exhibit 16-16, 11/27/14 e-mail, was marked
22  for identification.)
23  BY MR. GRIFFIS:
24      Q  By the way, does this refresh your memory
25  that you received e-mails from Aaron Blair?

Page 155

1           MS. FORGIE:  Objection.  He already stated
2   that.
3       A  There were e-mails circulating --
4           MS. FORGIE:  There's no question pending.
5   BY MR. GRIFFIS:
6       Q  You remember earlier in the deposition you
7   said you never got an e-mail from Aaron Blair?
8           MS. FORGIE:  Objection, that
9   mischaracterizes his testimony.
10      A  No.  What I said was that I had not
11  communicated directly with Aaron Blair about -- these
12  were group e-mails, okay, so they were going around
13  to everyone.  I didn't do any direct communication
14  back and forth to Aaron Blair.  These were all group
15  e-mails.
16  BY MR. GRIFFIS:
17      Q  So when you were interpreting our document
18  requests for this deposition, you interpreted any
19  communications with Chris Portier and Aaron Blair and
20  others as meaning communications that were just the
21  two of you going back and forth rather than e-mails
22  coming to you and others from those people?
23      A  They were group e-mails.
24      Q  So you interpreted it to exclude any group
25  e-mails; is that right?

Page 156

1           MS. FORGIE:  Objection.  He's also stated
2   he didn't save all these.  How could he remember.
3   This isn't fair.
4           MR. GRIFFIS:  That's a speaking objection.
5   I move to strike it.
6       A  It's true, I don't have these e-mails in my
7   computer anymore, so I didn't remember -- I didn't
8   remember some of them, although I knew there was this
9   group e-mail conversation, okay, and you have it
10  here.
11  BY MR. GRIFFIS:
12      Q  I have some of it.
13          Sir, do you know for a fact that there are
14  no e-mails on your computer pertaining to glyphosate
15  in any way that are to or from Aaron Blair or Chris
16  Portier or the other people we listed with or without
17  others copied?
18          MS. FORGIE:  Objection, asked and answered.
19      A  So the only things that I have are the
20  PowerPoint presentations that were sent to Ms. Forgie
21  and I assumed it had been sent on to you.  So I gave
22  her everything I had.
23  BY MR. GRIFFIS:
24      Q  Were there e-mails associated with those
25  PowerPoint presentations?

Page 157

1       A  With some of them there were, yes.
2       Q  And the drafts of the NAPP study on
3   glyphosate and NHL, are there e-mails associated with
4   those?
5           MS. FORGIE:  Objection.  He never stated.
6       A  You mean with the PowerPoint presentations?
7   BY MR. GRIFFIS:
8       Q  I'm talking about the drafts of the
9   in-press NAPP study on glyphosate.
10          MS. FORGIE:  Objection, mischaracterizes
11  his prior testimony.
12      A  Sure there are e-mails associated with that
13  because those were circulated in the group e-mails as
14  well and people commented, made changes and this
15  is -- this is normal.
16  BY MR. GRIFFIS:
17      Q  Yes, sir.  So you do have e-mails with some
18  other people on our list that you're calling group
19  e-mails that pertain to the exchanges about the
20  drafts of the NAPP; is that right?
21          MS. FORGIE:  Objection, mischaracterizes
22  his testimony.  Also, you've produced information
23  that he would consider confidential and I do as well.
24      A  I do as well.
25  BY MR. GRIFFIS:

1    Q  Yes, sir.  Is what I said correct, though?
2        MS. FORGIE:  Objection.  If it relates to
3    confidential information about confidential drafts --
4        A  I don't know.  I didn't go back and look
5    for manuscripts because we considered manuscripts
6    confidential.
7    BY MR. GRIFFIS:
8        Q  Yes, sir.
9        A  And the conversations around manuscripts
10   confidential.  These are works in progress.
11       Q  There are e-mails that are associated with
12   the draft, for example, e-mails transmitting the
13   drafts or commenting on the drafts between you and
14   your coauthors with regard to the pending NAPP
15   publication that is in press right now, correct?
16       MS. FORGIE:  Objection, you're getting into
17   confidential information.  I've already told you he
18   did not provide me any manuscripts because he
19   considered them confidential.  They didn't come to me
20   and they're not going to you.
21       MR. GRIFFIS:  I'm asking about the
22   existence of any e-mails, not the content of e-mails.
23       A  There were e-mails.  I'm not sure if I have
24   them on my computer or not.
25   BY MR. GRIFFIS:

1        Q  I would ask you not to delete any e-mails
2    that have the word "glyphosate."
3        MS. FORGIE:  Don't respond.
4        MR. GRIFFIS:  And I'll ask you to see that
5    that happens as counsel.
6        MS. FORGIE:  You're not entitled to
7    confidential information.  I don't know where you
8    received these e-mails.  I don't know where you
9    received these manuscripts.  But I can tell you I did
10   not receive any manuscripts from Dr. Weisenburger
11   because that is confidential and you know it is.  I
12   don't have any draft manuscripts, but if I did, I
13   would not produce them.  It's privileged.
14       MR. GRIFFIS:  Anything else?
15       MS. FORGIE:  I'll probably think of
16   something else.
17       MR. GRIFFIS:  Save it for briefing.
18       MS. FORGIE:  I think it's inappropriate.
19   Have these been previously produced, Counsel, these
20   draft manuscripts?
21       MR. GRIFFIS:  Yes, it's all been produced.
22       MS. FORGIE:  When were they produced?
23       MR. GRIFFIS:  By Aaron Blair.
24       MS. FORGIE:  That's not what I was told,
25   but I'll look again.  Thank you.

1    BY MR. GRIFFIS:
2        Q  All right.  I'm sorry.  I've gotten a
3    little confused.  Can I see what you have marked in
4    front of you.
5        So January 14th, 2016 e-mail from Kenneth
6    Cantor to you, among other people, attaching five
7    abstracts for the IARC meeting and these are NAPP
8    abstracts, correct?
9        A  Correct.
10       Q  Tell me what the NAPP abstracts for the
11   IARC meeting are.
12       A  I'm not sure I can tell you all of them.
13       Q  I don't mean list each one.
14       What's the IARC meeting and why is NAPP
15   sending abstracts?
16       A  So the IARC apparently has an annual
17   meeting or a regular meeting in which new research is
18   presented and the NAPP group targeted these five
19   abstracts to the IARC meeting for presentation and
20   one of them was the NHL abstract.  The other ones, I
21   don't know exactly what they were.  I think one was
22   myeloma.  I don't know what the other ones were.
23       Q  Was someone on the team tasked with putting
24   these abstracts together?
25       MS. FORGIE:  Objection.

1        A  It was Pahwa and the Canadian group.
2    BY MR. GRIFFIS:
3        Q  And Ken Cantor, Dr. Cantor writes, at the
4    bottom of the first page here, "results in the second
5    abstract (glyphosate) are less than convincing, given
6    that control for other pesticides results in
7    attenuated odds ratios which aren't in the abstract,"
8    correct?
9        A  That's what it says.
10       Q  And do you agree with that?
11       A  I can't remember what was in that final
12   abstract.  These are drafts of abstracts.  So
13   apparently in the draft that he saw that was the
14   case, but I don't remember.
15       (Exhibit 16-17, 8/22/16 e-mail, was marked
16   for identification.)
17   BY MR. GRIFFIS:
18       Q  Sir, on August 14th, 2016, you e-mailed
19   Dr. Christopher Portier asking him the status of an
20   EU glyphosate review and wanted to know the status?
21       A  Correct.
22       Q  Wanted to know if glyphosate had been
23   approved for use and if there had been restrictions,
24   right?
25       A  Right.  This is in followup to the letter

Page 162

1  we had written as a group where he had been the first
2  author and then the manuscript, so I was just curious
3  to know whether there had been any action on the part
4  of the EU, so it was a simple question.
5      Q  Is this the only occasion on which you have
6  directly corresponded with Portier directly, not with
7  group e-mail, but you e-mailing him and him
8  responding to you?
9      MS. FORGIE:  Objection, asked and answered.
10  You can answer it again.
11     A  To the best of my knowledge.  I've never
12  met him, I've never -- so I don't really know him.
13  This was in followup to the document that I was a
14  cosignature on.
15  BY MR. GRIFFIS:
16     Q  The document on which you're a cosignature,
17  there were actually a couple of them, there was a
18  letter to the EU commissioner and there was a
19  followup publication letter, correct?
20     A  Right.
21     Q  And as to those, did you receive e-mails
22  from Chris Portier to you and to others soliciting
23  your signing on to those letters?
24     MS. FORGIE:  Objection, asked and answered.
25     A  I received an e-mail from someone.  I don't

Page 163

1  know who it was.
2  BY MR. GRIFFIS:
3      Q  And did you just respond and say yes, I
4  will sign off or was there an exchange on the
5  subject?
6      MS. FORGIE:  Objection.
7      A  There was not an exchange.  I read it -- I
8  read -- I read one or two drafts, I made some
9  suggested corrections in the drafts and sent them
10  back to Portier.  They weren't substantial changes.
11  They were mainly grammar and phrasing of things.
12  BY MR. GRIFFIS:
13     Q  Are they still on your computer, the edits?
14     A  No.
15     Q  He sent a draft document in Word format or
16  some other format and you edited it on your computer
17  and sent the changes back?
18     MS. FORGIE:  Objection.
19     A  It would have printed -- I don't do a lot
20  of stuff on my computer so I did it manually.  It
21  probably would have been scanned and sent back to
22  him.
23  BY MR. GRIFFIS:
24     Q  Would there be a PDF image on your computer
25  possibly?

Page 164

1      A  Yeah, but this is two or three years
2  possibly.  I don't have it on my computer.
3      Q  Have you looked for it?
4      A  I know it's not there because nothing --
5  practically nothing there from 2016 is still there.
6  And this was prior to this.  I don't know when it
7  was.  It's probably '15.
8      Q  Dr. Portier responded to you and told you
9  that the EU approved the use of glyphosate for 18
10  months while the European Chemical Agency reviews the
11  data and then you forwarded that to Aaron Blair,
12  correct?
13     A  I did, that's right.
14     Q  And you said, "It seems important to get
15  our US/Canadian paper on this" -- meaning the NAPP
16  data, right -- "submitted soon so it could be
17  considered in this review."  You just nodded, but the
18  court reporter can't take that down.
19     A  True, I was concerned it was taking a long
20  time to get the NAPP data submitted, so I was trying
21  to push the group, the NAPP group to get the data
22  submitted so that it could be publicly available.
23     Q  What do you consider the NAPP data to
24  contribute to the picture on glyphosate in NHL?
25     A  Well, it -- as we've discussed, it pools

Page 165

1  the data from two large studies and it's able to
2  do -- have a more powerful approach to analyzing some
3  of the dose response and subtype data.
4      Q  What is the information that is different
5  in the NAPP data from what is available in the
6  underlying data?
7      A  Well, the data is very similar to what's
8  been presented in the various meetings.
9      Q  When you say "the various meetings," you're
10  referring to, among others, the Brazil slide show?
11     A  Right.
12     (Exhibit 16-18, 5/5/16 e-mail, was marked
13  for identification.)
14  BY MR. GRIFFIS:
15     Q  Sir, Exhibit 18, a May 5th, 2016 e-mail
16  from Kathryn Forgie to you forwarding an article,
17  correct?
18     A  Yes.
19     Q  And you responded saying, "when do you want
20  to discuss your first case," correct?
21     A  Correct.
22     Q  What did you mean by "first case"?
23     A  Well --
24     MS. FORGIE:  I'm going to object.  I think
25  this is all privileged information.  I'm going to let

Page 166

1  him answer, but I'm not going to waive our privilege.
2      A   She had some specific cases she wanted to
3  discuss.
4  BY MR. GRIFFIS:
5      Q   Like cases about the specific people rather
6  than about general causation?
7      A   Yes.
8      Q   And you forwarded that to Aaron Blair and
9  said "FYI;" why did you do that?
10     A   Probably to let him know I was consulting
11 with her.  I'm not sure he knew that I was retained
12 by her.
13     Q   When is the last time you purged your
14 e-mails, sir?
15         MS. FORGIE:  Objection, asked and answered.
16 You can answer it again.
17     A   Maybe within the last few months.  I'm not
18 sure exactly when.
19 BY MR. GRIFFIS:
20     Q   Now, we discussed earlier that there was an
21 open letter to the EU commissioner that you signed
22 off on at the request of either Chris Portier or
23 someone else who e-mailed you, you couldn't remember
24 whom.  And later, there was a publication on the
25 differences between the IARC analysis and the

Page 167

1  analysis performed by the European Food Safety
2  Agency, correct?
3          MS. FORGIE:  Let me stop for a second.
4  I've just been advised there's a problem with phone
5  interference.  Is there any way we can check on that?
6          MR. GRIFFIS:  We can go off the record.
7          THE VIDEOGRAPHER:  Off the record at 2:31
8  p.m.
9          (Brief recess.)
10         THE VIDEOGRAPHER:  We are back on the
11 record at 2:45 p.m.  This marks the beginning of
12 Videotape Number 3 of the deposition of
13 Dr. Weisenburger.
14         MS. FORGIE:  I've been advised that the
15 rough draft, which is exhibit -- I mean the draft
16 manuscript, which is Exhibit 13, was, in fact,
17 produced by Dr. Blair but not attached to his
18 deposition which is why I didn't know about it.  So I
19 apologize.  I stand corrected on that.  We still
20 believe that all of this information is privileged in
21 terms of the academic privilege and we don't think
22 it's appropriate to discuss it, nor would we
23 produce -- nor have any drafts been produced to me
24 because of that privilege.  That's all.
25         (Exhibit 16-19, 9/10/17 e-mail, was marked

Page 168

1  for identification.)
2          MS. FORGIE:  19 is the additional
3  materials; is that right?
4          MR. GRIFFIS:  Plus your cover e-mail.
5          MS. FORGIE:  I haven't seen the cover
6  e-mail.
7  BY MR. GRIFFIS:
8      Q   Sir, Exhibit 19 is an e-mail that we
9  received yesterday, which was a Sunday, at 12:56 p.m.
10 Eastern time, attaching what was called "an
11 additional materials list."
12         Do you recognize the additional materials
13 list?
14     A   Yes, I prepared these lists.
15     Q   When did you review the materials on the
16 additional materials list?
17     A   Over the last few months.
18     Q   And there are 45 citations on the
19 additional materials list, right?
20     A   Yes, I guess so.  Let me look.
21     Q   Okay.  They're numbered.
22     A   It looks different than what I sent.
23     Q   Let me see, make sure I give you the right
24 thing.  Yeah, that's what we received.
25     A   So it was actually three separate lists

Page 169

1  which looks like they've been consolidated into one
2  list.
3      Q   When did you send the three lists, sir?
4      A   It was within --
5          MS. FORGIE:  Objection, that's privileged.
6          THE WITNESS:  Did I send it, it's
7  privileged?
8          MS. FORGIE:  Yeah, communications between
9  us are privileged.
10         MR. GRIFFIS:  Please direct him not to
11 answer that.
12         MS. FORGIE:  Don't answer that.
13 BY MR. GRIFFIS:
14     Q   Sir, did you send the first of those lists
15 more than a week ago?
16         MS. FORGIE:  Don't answer that.  Actually,
17 you can go ahead and answer it.  Don't say anything
18 about any communications we had, just the date.
19     A   Yeah, so it would have been sent last
20 Tuesday, the day after Labor Day.
21 BY MR. GRIFFIS:
22     Q   All three lists?
23     A   Yes.
24     Q   Have you been -- and why were there three
25 lists?

1    A  One was additional materials reviewed, one
2  was additional materials relied on and one was other
3  additional things reviewed.
4    Q  And what is the difference between
5  reviewed, relied on and other additional things
6  reviewed?
7      MS. FORGIE: Objection.
8    A  Well, I can't tell -- I mean, I could show
9  you the three lists.  I have them with me.
10      MS. FORGIE:  No, that's okay.  Just if
11  you -- if there's a difference, you can tell us.  If
12  not --
13    A  So there was a list of manuscripts that I
14  relied on that I would have referenced in my -- in my
15  report, if I had them at the time I wrote the report,
16  there was a list of materials I reviewed that I
17  wouldn't have referenced in my report and then there
18  was a list of other materials that I reviewed that I
19  thought were important like the -- for example, the
20  letter to the commissioner of the EFS -- whatever it
21  is, EFSA, and the manuscript that I was a coauthor on
22  with Portier.  I also listed the Aaron Blair
23  deposition -- no, that was on my other one.  I listed
24  the draft of the Agricultural Health Study that was
25  attached to the Aaron Blair deposition, I listed the

1  most recent meta analysis that was done, things that
2  I had reviewed since I wrote my report.
3  BY MR. GRIFFIS:
4    Q  When you reviewed the Blair deposition, did
5  it come with exhibits attached?
6    A  I don't think it did.  I don't think it
7  did.  Because otherwise I would have printed it.  So
8  when I reviewed the Blair deposition, I had only the
9  deposition and then only later, fairly recently, did
10  I ask for --
11      MS. FORGIE:  Don't give any statements
12  about communications between us.
13    A  Okay.  I didn't -- I had no access to it.
14  BY MR. GRIFFIS:
15    Q  So you asked to have it provided to you?
16    A  Yes.
17    Q  How long ago was that?
18      MS. FORGIE:  Just give him the date on
19  communications, approximately.
20    A  I don't know the date.  It was a month or
21  two ago, fairly recent.
22  BY MR. GRIFFIS:
23    Q  Okay.  So you -- you originally had a list
24  that showed which materials you considered important
25  enough you would have included them in your expert

1  report had you had them at the time; is that right?
2      MS. FORGIE:  Objection.
3    A  I would have referenced them in my report,
4  yes.
5  BY MR. GRIFFIS:
6    Q  Do you have anything to add to your expert
7  report or change about your expert report in the
8  light of the various materials that you reviewed that
9  were disclosed to us yesterday?
10    A  No, there wouldn't be any substantial
11  changes.
12    Q  So these would be additional references
13  that you would be relying on with sufficient
14  importance to put a parenthetical referenced to them
15  in your report; is that right?
16    A  Yes.
17      MS. FORGIE:  Objection.
18  BY MR. GRIFFIS:
19    Q  And do you remember which references those
20  are looking at the list in front of you?
21    A  Well, this is a consolidated list.
22    Q  Yes, sir.
23    A  I couldn't go and tell you which was which
24  off the top of my head.  I couldn't.
25    Q  So you can't unscramble the list without

1  looking at what was provided to us?
2      MS. FORGIE:  Objection.
3    A  Probably not.
4  BY MR. GRIFFIS:
5    Q  You told us that you sent those lists two
6  weeks ago.
7      Were there any materials that you have seen
8  since you sent those three lists to plaintiff's
9  counsel that you consider important enough to be on
10  the list?
11    A  No.
12      MS. FORGIE:  Objection.
13    A  I sent the lists last Tuesday which would
14  have been less than a week ago.
15  BY MR. GRIFFIS:
16    Q  I'm sorry, I wrote two weeks ago about
17  something else.
18      MS. FORGIE:  That's why I objected.  It was
19  the day after Labor Day is when he sent them.  I know
20  that because it was my daughter's birthday.
21  BY MR. GRIFFIS:
22    Q  Did you see anything since you sent the
23  three lists last Tuesday?
24    A  No, I didn't review anything, anything new.
25    Q  Yes, sir.  So with last Tuesday as the

Page 174

1  bound farthest forward in time, how far back does
2  your review of documents on that list go; months?
3      A   Yeah, to the time that I wrote my report,
4  submitted my report.
5      Q   So it's a catchup of everything from the
6  time of your report until now?
7      A   Yes.
8      Q   And the -- when we looked at your billings,
9  the 2017 billing and the April 19th, did that match
10 up in any way to your expert report drafting?
11     A   So the biggest -- the last and biggest bill
12 was submitted I think right after I submitted my
13 report.
14     Q   Okay.  So the hundred hours since then that
15 you estimated that you had worked since April 19th of
16 2017 would include your review of these materials and
17 other work that you did; is that right?
18     A   Yes.
19         MR. GRIFFIS:  I'm going to make an
20 objection on the record.  This isn't for you to
21 respond to, it's to put it on the record at this
22 time.  That is, that the Federal Rules of Civil
23 Procedure require a timely disclosure of an expert's
24 opinions and the bases, therefore, this certainly
25 pertains to the bases, therefore, and that disclosure

Page 175

1  has to be timely and updated in a timely fashion to
2  permit appropriate cross-examination.
3         Because this was provided to us 45
4  substantial citations the day before your deposition
5  and on a Sunday while we were traveling to get all
6  the way across the country, we reserve the right to
7  reopen your deposition at plaintiff's counsel's
8  expense to question you about these 45 citations and
9  the substance thereof.
10        In addition, we reserve the right to reopen
11 your deposition at plaintiff's counsel's cost and
12 expense with regard to e-mails for which we will seek
13 disclosure, drafts of the NAPP document and other
14 documents that we requested in the Notice of
15 Deposition that we were told, in response to the
16 Notice of Deposition, would be produced to the extent
17 that we didn't already have them or that they were
18 not otherwise objectionable.  And we did not receive
19 them.
20        We will be filing appropriate motions.
21 That doesn't call for any response from you or any
22 action from you.
23        MS. FORGIE:  I'm going to respond to it.
24 We, of course, don't agree with that.  We think that
25 every document that was not already publicly

Page 176

1  available or already produced in the MDL was produced
2  to you except for those for which we claim academic
3  privilege.  And we believe that the academic
4  privilege does apply to draft manuscripts of the
5  NAPP.  And he's already stated there were no e-mails
6  that were provided that were already -- weren't
7  already produced to you that we're aware of.  And
8  with regard to the articles, he said they don't
9  change his opinion, they're just additional reading,
10 they didn't change his opinion in his expert report.
11        MR. GRIFFIS:  And sir, with regard to the
12 request that I made earlier, that you do not delete or
13 get rid of any e-mails or documents, et cetera, that
14 also doesn't call for a response from you, but it does
15 trigger legal obligations and I advise you to speak to
16 counsel about that, without me sitting around, about
17 what obligations that produces on your behalf and her
18 behalf and the rest of the plaintiff's committee.
19        MS. FORGIE:  And we don't agree with that
20 either.  We'll take it up with him separately and
21 privately.
22        MR. GRIFFIS:  Thank you.
23 BY MR. GRIFFIS:
24     Q   Sir, one of the things that you have
25 published on in the past is an increase in the

Page 177

1  incidence of Non-Hodgkin's Lymphoma nationwide that
2  began in the 1950s, correct?
3      A   Yes.
4      Q   And that was something that -- a number of
5  hypotheses were generated about what could be causing
6  that, including such things as better reporting,
7  better surveillance and those were pretty much ruled
8  out as explanations for the increase, correct?
9          MS. FORGIE:  Objection.
10     A   Well, we really don't know why it increased
11 dramatically in that sort of 20-year period.  We
12 don't really understand why.  Part of it was probably
13 HIV/AIDS, part of it was probably better reporting,
14 better recognition of lymphomas by pathologists.  But
15 most of it we don't understand.
16 BY MR. GRIFFIS:
17     Q   And the -- what do you consider to be the
18 known causes of Non-Hodgkin's Lymphoma that are
19 firmly established by science?
20     A   Okay.  One is immunosuppression, another
21 one is a family history of hematopoietic cancer or
22 lymphoma, certain autoimmune diseases increase risk,
23 certain infections increase risk, HIV/AIDS is an
24 example, ST (indecipherable) virus infection,
25 infection of other viruss like HTL V1 or HH V8 or

Page 178

1   hepatitis C, certain bacterial infections.  And then
2   there are a variety of chemicals, solvents,
3   pesticides, maybe other things I'm not thinking of.
4   That's a good portion of the list.
5       Q   Solvents and pesticides, those are
6   obviously very broad categories.
7       Do you consider all solvents and all
8   pesticides to be causes of Non-Hodgkin's Lymphoma?
9       A   No.  But there are certain solvents and
10  general exposure to solvents which increase risk.
11  And for pesticides, there are some pesticides which
12  are accepted risk factors and other ones which are
13  suspected and other ones that probably aren't risk
14  factors.
15      Q   Which solvents do you consider to be
16  accepted risk factors for Non-Hodgkin's Lymphoma?
17      A   So -- trying to think of the terminology --
18  it's usually exposure to mixed solvents, often
19  solvents including what are called mineral oils.
20  There's some evidence for benzene.  But most of the
21  solvent literature is on general exposure to mixed
22  solvents, so it's not parsed out very well.
23      Q   Okay.  So what pesticides do you consider
24  to be accepted risk factors for Non-Hodgkin's
25  Lymphoma?

Page 179

1       MS. FORGIE:  Objection.
2       A   Well, I think -- there's good data on
3   2,4-D, there's data on Lindane, there's data on --
4   off the top of my head, I think Malathion is another
5   one.  I mean, I don't have an active list for
6   pesticides.  But those are some examples of people
7   commonly associated with NHL.
8   BY MR. GRIFFIS:
9       Q   Other than solvents and pesticides, what
10  other environmental factors do you consider to be
11  causes of Non-Hodgkin's Lymphoma?
12      A   There's some data on exposure to diesel
13  fumes which, in a way, would be exposure to
14  petrochemicals and solvents, so it falls within the
15  same category.
16      Q   Do you consider that to be a generally
17  accepted risk factor?
18      MS. FORGIE:  Objection.
19      A   It's a reported risk factor.  I don't know
20  whether it's generally accepted or not.
21  BY MR. GRIFFIS:
22      Q   Okay.  Go on.
23      A   That's all I can think of at the moment.
24      Q   This rising epidemic of Non-Hodgkin's
25  Lymphoma that began in the 1950s, at least the first

Page 180

1   part of the increase could not have been caused by
2   glyphosate since glyphosate wasn't around yet,
3   correct?
4       MS. FORGIE:  Objection.
5       A   That's correct.
6   BY MR. GRIFFIS:
7       Q   Do you agree, sir, that most Non-Hodgkin's
8   Lymphomas are spontaneous?
9       MS. FORGIE:  Objection.
10      A   Well, I think most -- I think most
11  Non-Hodgkin's Lymphomas, we don't have an obvious
12  etiology that we can point to.
13  BY MR. GRIFFIS:
14      Q   You testified in the past that 80 to 90
15  percent -- 80 to 90 percent of Non-Hodgkin's Lymphoma
16  cases are idiopathic, correct?
17      MS. FORGIE:  Objection.
18      A   As far as we know, but I think that that's
19  changing because we're finding more causes over time.
20  BY MR. GRIFFIS:
21      Q   What do you think the percentage is now?
22      MS. FORGIE:  Objection.
23      A   I don't know.  Maybe 70 percent.
24  BY MR. GRIFFIS:
25      Q   It's more than half?

Page 181

1       A   Yes.
2       (Exhibit 16-20, article, was marked for
3   identification.)
4   BY MR. GRIFFIS:
5       Q   Exhibit 20 is the Eriksson study that you
6   listed on Table 1 in your expert report; is that
7   right?
8       A   Yes.
9       Q   And this is another study, like the others
10  we've been discussing, that looked at potential
11  associations between Non-Hodgkin's Lymphoma and a
12  wide variety of different herbicides, insecticides
13  and other pesticides, right?
14      A   Yes.
15      Q   So like McDuffie, it was an exploratory
16  study, correct?
17      MS. FORGIE:  Objection.
18      A   Yes.
19  BY MR. GRIFFIS:
20      Q   And you report that Eriksson showed a
21  statistically significant response?
22      A   Yes.
23      Q   And you were talking about data from Table
24  2 on page 1659, right?
25      A   Yes.

Page 182

1  Q  So less than or equal to 10 days of
2  exposure, there was an odds ratio of 1.69, greater
3  than 10 days there was an odds ratio of 2.36,
4  correct?
5  A  Yes.
6  Q  And that wasn't adjusted for other
7  pesticides, right?
8  A  That's correct.
9  Q  And the odds that are -- the odds ratio
10  given in Table 3, which break down by NHL subtype,
11  also were not adjusted for other pesticides, right?
12  A  That's correct.
13  Q  You don't know if any of the odds ratios
14  reported on either of those tables would be
15  statistically significant if they were controlled for
16  other pesticides; is that fair?
17     MS. FORGIE:  Objection.
18  A  Yes.
19  BY MR. GRIFFIS:
20  Q  Now, the only odds ratio that is
21  controlled -- the only adjusted odds ratio adjusted
22  for exposure to other pesticides is the multivariate
23  analysis in Table 7; is that right?
24  A  That's correct.
25  Q  The multivariate analysis there is not

Page 183

1  statistically significant, correct?
2  A  That's correct.
3  Q  And Table 2, sir, exposure to various
4  herbicides and Table 4, exposure to various other
5  pesticides, virtually every substance looked at has an
6  unadjusted odds ratio above one, right?
7     MS. FORGIE:  Objection.
8  A  That's true -- well, there's one that's
9  under -- two under.
10  BY MR. GRIFFIS:
11  Q  Yeah, I said virtually.
12     MS. FORGIE:  Objection.
13  BY MR. GRIFFIS:
14  Q  It's true that virtually every one is over
15  one?
16  A  To me, virtually every one means every one,
17  but not every one.
18     MS. FORGIE:  You're talking about what's in
19  the table.
20  BY MR. GRIFFIS:
21  Q  Talking about Table 2 and Table 4.
22  A  Almost every one.
23  Q  Okay.  That would suggest the possibility
24  of systemic bias in the study, right, the fact that
25  almost everything is found to be greater than one?

Page 184

1     MS. FORGIE:  Objection.
2  A  Well, it would suggest some kind of bias.
3  BY MR. GRIFFIS:
4  Q  It's impossible to tell from this study
5  whether the unconfounded odds ratio that they give
6  for glyphosate exposure for more than 10 years would
7  be statistically significant if it was controlled for
8  other pesticides, right?
9     MS. FORGIE:  Can I have that question read
10  back, please.
11     (The requested portion of the record was
12  read by the reporter at 3:15 p.m.)
13     MS. FORGIE:  Objection.
14  A  I don't know -- I don't know what number
15  you're -- or what category you're talking about.
16  BY MR. GRIFFIS:
17  Q  I need to fix it because I meant days, not
18  years.  Table 2, exposure to various herbicides,
19  glyphosate less than or equal to 10 days and greater
20  than 10 days.
21     MS. FORGIE:  What's the question?
22     MR. GRIFFIS:  I'm pointing him to the
23  table.
24  BY MR. GRIFFIS:
25  Q  The question is, there's no way to tell

Page 185

1  whether the purportedly statistically significant
2  finding for glyphosate exposure of greater than 10
3  days duration would be statistically significant if
4  adjusted for other pesticides, correct?
5     MS. FORGIE:  Objection.
6  A  There's no way to know that's correct.
7  BY MR. GRIFFIS:
8  Q  There's no statistically significant odds
9  ratio greater than one that is controlled for other
10  pesticides in this study, the Eriksson study,
11  correct?
12     MS. FORGIE:  Objection.
13  A  I'm sorry, can you repeat that again?
14  BY MR. GRIFFIS:
15  Q  There's no statistically significant
16  association between glyphosate and Non-Hodgkin's
17  Lymphoma or any subtype of Non-Hodgkin's Lymphoma in
18  this study that is statistically significant greater
19  than one and controlled for other pesticides, right?
20  A  That's correct.
21     MS. FORGIE:  Objection.
22     MR. GRIFFIS:  Mark as Exhibit 1 the De Roos
23  2005 study.
24     MS. FORGIE:  Exhibit 1?
25     MR. GRIFFIS:  21.

Page 186

1    (Exhibit 16-21, article, was marked for
2  identification.)
3  BY MR. GRIFFIS:
4    Q   You discuss that in your expert report on
5  page 5, but it's not in your Table 1, correct?
6    A   That's correct.
7    Q   And you report that the study did not find
8  a significantly elevated risk of cancer overall or
9  types of cancer including NHL, right?
10    A   Yes.
11    Q   And you have a couple of critiques of it.
12  You said the median followup time in the study was
13  only 6.7 years, too short a time to detect a
14  meaningful increase in NHL or other cancers including
15  glyphosate, right?
16    A   Yes.
17    Q   Can you explain what you mean by that,
18  please?
19    A   Well, usually you do a cohort study, you
20  follow the individuals for a long period of time, say
21  20 or even 30 years.  So this was a very early
22  preliminary analysis of data.
23    Q   Okay.  How long a period of time do you
24  need between an exposure of an environmental --
25  possible environmental risk factor for Non-Hodgkin's

Page 187

1  Lymphoma and presentation of the disease in order to
2  detect it?
3    MS. FORGIE:  Objection.
4    A   You mean on average or --
5  BY MR. GRIFFIS:
6    Q   Let's talk about epidemiology studies first
7  of all.
8    How long a period do you need for an
9  epidemiology study to provide useful data?
10    MS. FORGIE:  Objection.
11    A   For NHL?
12  BY MR. GRIFFIS:
13    Q   Yes, sir, for NHL.
14    A   Well, I don't think I can answer that in a
15  general fashion.  I think depending on the intensity
16  of the exposure -- depends on the intensity of the
17  exposure and length of the exposure, one can see
18  cases of NHL as early as two years after exposure and
19  as long as 30 or more years after exposure.  So it's
20  a very wide -- it's a very wide interval.
21    Q   When you say as early as two years and as
22  long as 30 years, you're talking about individuals,
23  correct?
24    MS. FORGIE:  Objection.
25    A   Yes.

Page 188

1  BY MR. GRIFFIS:
2    Q   So if an individual is -- and you were
3  making an intensity distinction, correct, so that if
4  someone's -- has an intense exposure, their latency
5  period to presentation would probably be shorter than
6  someone with less intense exposure?
7    A   In general.
8    Q   So for an individual patient, you would
9  expect to see NHL more than two years, less than 30
10  years after exposure, depending on intensity?
11    MS. FORGIE:  Objection.
12    A   So for NHL, I would expect cases to start
13  appearing maybe two years after exposure, but you
14  could see cases for many years, more than 30 years.
15  BY MR. GRIFFIS:
16    Q   Okay.  So from greater than two and no
17  outer bound; is that right?
18    A   Yes.
19    MS. FORGIE:  Objection.
20  BY MR. GRIFFIS:
21    Q   For epidemiology.  Epidemiology obviously
22  collects multiple people, it's not looking at one
23  individual.
24    To have a meaningful test of whether a
25  particular -- let's say pesticides to be topical, for

Page 189

1  the particular pesticide can cause NHL, how long a
2  period of time do you think you need between the
3  exposures and the cancers that you're measuring?
4    MS. FORGIE:  Objection, asked and answered.
5  You can answer it again.
6    A   I don't think there's any accepted answer
7  to that.  Obviously the longer, the better, yeah.  So
8  obviously the longer the better.  I can't give you a
9  more specific answer than that.
10  BY MR. GRIFFIS:
11    Q   6.7 years is too short in your view, right?
12    MS. FORGIE:  Objection.
13    A   In my view it's too short, yes.
14  BY MR. GRIFFIS:
15    Q   Is 10 too short?
16    MS. FORGIE:  Objection.
17    A   No, probably not.  But -- probably not.
18  BY MR. GRIFFIS:
19    Q   Okay.  Where -- I understand that you have
20  to draw a line and it would be a little bit
21  arbitrary, but we have it down between 6.7 and 10,
22  where would you draw that line?
23    MS. FORGIE:  Objection, mischaracterizes
24  his testimony.
25    A   I couldn't draw a line.  I think 6.7 years

Page 190

1  is too short for a cohort study.  For the design of
2  any epidemiologic study, it would be best to have a
3  longer exposure, the longer the better, but I don't
4  have a specific number that I can apply to say this
5  is the magic number.
6  BY MR. GRIFFIS:
7     Q   Okay.  The longer the better, 6.7 is too
8  short, 10 is probably long enough and you couldn't
9  draw a line -- you couldn't be more specific in
10  between those two; is that fair?  That's fair, sir?
11     A   Yes.
12     Q   Okay.  And the relevant period of time is
13  the period between when the people in the study were
14  exposed to glyphosate and when the people in the
15  study get cancer, that's the period of time we need
16  to look at, right?
17     A   Correct.
18     Q   Now, the De Roos 2005 study, Exhibit 21,
19  that's part of a much larger effort called "the
20  Agricultural Health Study," right?
21     A   That's correct.
22     Q   This is one of multiple publications that's
23  come out of the Agricultural Health Study, right?
24     A   Yes.
25     Q   And that's a National Cancer Institute,

Page 191

1  National Institute of Environmental Health Sciences,
2  et cetera, government-funded study, right?
3     A   Yes.
4     Q   And this is the only prospective cohort
5  study that looks at, among other things, possible
6  association between glyphosate and cancer, right?
7     A   To my knowledge, yes.
8     Q   And as you reported in your expert report,
9  the results of the study were negative, there was no
10  association found between glyphosate exposure and
11  Non-Hodgkin's Lymphoma either in crude analysis or in
12  analyses controlled for pesticide -- other pesticide
13  exposures, right?
14        MS. FORGIE:  Objection.
15     A   That's correct.
16  BY MR. GRIFFIS:
17     Q   You don't rely on this as a study that
18  supports your conclusion that glyphosate can cause
19  Non-Hodgkin's Lymphoma, correct?
20     A   That's correct.
21     Q   And when the De Roos 2005 study looked at
22  higher exposures to glyphosate, looked at the issue
23  of dose response, it found no dose response; is that
24  right?
25     A   That's correct.

Page 192

1     Q   And the total days of exposure to
2  glyphosate of exposed members in the Agricultural
3  Health Study cohort were significantly higher than
4  those in the case controlled studies that we've been
5  looking at so far, right?
6        MS. FORGIE:  Objection.
7     A   Are you talking about cumulative days?
8  BY MR. GRIFFIS:
9     Q   Yes, sir.
10     A   Yes, that's true.
11     Q   I mean, the lowest exposure group -- I'm
12  looking at Table 3 on page 52 -- was between 1 and 20
13  days of glyphosate exposure?
14     A   Right.
15     Q   And the next group was 21 to 56 days and
16  the next one is 57 to 2678 days, right?
17     A   Right.
18     Q   And what they found was the risk in the
19  highest exposed group, people exposed from 57 to 2678
20  days, had a lower odds ratio than those in the lowest
21  exposure group, 1 to 20 days, right?
22        MS. FORGIE:  Objection.
23     A   That's correct.
24  BY MR. GRIFFIS:
25     Q   Now, it's both for cumulative exposure days

Page 193

1  and intensity weighted exposure days, correct?
2     A   That's correct.
3     Q   Do you have criticisms of the De Roos 2005
4  study other than the followup time of 6.7 years being
5  too short?
6     A   Well, there are a number of criticisms.
7  One, the people that were followed were quite young.
8  The median age was only, I think, 45, so such a young
9  cohort would need longer followup than, say, a cohort
10  with the median age of 65.  So that's another reason
11  why the followup is too short.
12        The other -- one of the other criticisms is
13  that they compared the highest tertile to the lowest
14  tertile rather than to those that were unexposed
15  which would tend to decrease that kind of analysis --
16  that kind of analysis would tend to decrease to the
17  null.  There are some things that -- which lead one
18  to sort of question these results from such a
19  preliminary analysis of -- of the data.
20     Q   So your three criticisms are median age of
21  45 being rather young, that they compared the highest
22  tertile -- and that was in the Table 3 we were just
23  talking about?
24     A   Right.
25     Q   Highest tertile to the lowest tertile and

1  not to the unexposed population?
2      A  Right.
3      Q  And you considered the 6.7 year median
4  followup to be too short, correct?
5      MS. FORGIE:  Objection.
6      A  Right.
7  BY MR. GRIFFIS:
8      Q  And the only one of those three criticisms
9  you made in your expert report was the last, 6.7 year
10 median being too short to follow up, right?
11     MS. FORGIE:  Objection.
12     A  It ties in with the age.  They tie in
13 together.  That's the major criticism.
14 BY MR. GRIFFIS:
15     Q  Did you formulate the first two criticisms
16 after you wrote your expert report?
17     MS. FORGIE:  Objection.
18     A  No.
19 BY MR. GRIFFIS:
20     Q  Okay.  You just didn't put them in your
21 expert report?
22     MS. FORGIE:  Objection, mischaracterizes
23 his testimony.  He said they are in there.
24     MR. GRIFFIS:  He said they're not.
25     MS. FORGIE:  He said they tied in together.

1  BY MR. GRIFFIS:
2      Q  The highest tertile to lowest tertile,
3  that's not in there at all, right?
4      MS. FORGIE:  Objection.
5      A  No, I didn't mention that in my report,
6  something -- yeah, I don't -- I -- it's probably
7  something that I came upon after I wrote my report.
8  BY MR. GRIFFIS:
9      Q  And you came upon it after you wrote your
10 report how?
11     A  Either by reading the paper or perhaps
12 reading the other depositions.  I don't remember.
13     Q  You mentioned that -- never mind.
14     The followup time of 6.7 years in the De
15 Roos study, that's the number of years after the
16 aegis gathered information on prior exposures, right?
17     MS. FORGIE:  Objection.
18     A  Right, that's the followup with regard to
19 their survival or status.
20     (Exhibit 16-22, article, was marked for
21 identification.)
22 BY MR. GRIFFIS:
23     Q  Exhibit 22, Doctor, that I've just marked
24 as such, is published in Environmental Health
25 Perspectives in April 1996.  It's titled "The

1  Agricultural Health Study" and it gives general data
2  about the Agricultural Health Study and its
3  participants, correct?
4      A  Yes.
5      Q  If you look at Table 1, sir, page 365, one
6  of the pieces of information they give is years that
7  the participants first reply back to pesticide; do
8  you see that?
9      A  Yes.
10     Q  Do you see that the median number of years
11 that people participating is something on the order
12 of 15 years with that data?
13     A  Yes.
14     Q  And the information collected, is it based
15 on information that was collected in 1993 to 1997,
16 according to the Exhibit 21, correct, under materials
17 and methods, talking about when recruitment of the
18 applicator occurred?
19     A  Yeah, just let me --
20     MS. FORGIE:  Take your time.
21     A  Let me see the De Roos study here.  1993 to
22 1997.
23 BY MR. GRIFFIS:
24     Q  When these initial questionnaires were
25 done, which was '93 to '97, the median exposure to

1  pesticides in the cohort was already about 15 years,
2  right?
3      MS. FORGIE:  Objection.
4      A  That's correct.
5  BY MR. GRIFFIS:
6      Q  And glyphosate, at the time, had been on
7  the market for 20 or more years, right?
8      A  That's correct.  Almost 20 years.
9      Q  So the potential period of time in the De
10 Roos 2005 study for which people could have been
11 exposed to glyphosate, just at the time of data
12 collection, was 15 to 20 years, right?
13     MS. FORGIE:  Objection.
14     A  But we don't really know what the data is
15 for glyphosate.
16 BY MR. GRIFFIS:
17     Q  It's potentially 15 to 20 years, right?
18     MS. FORGIE:  Objection, asked and answered.
19 You can answer it again.
20     A  This is for pesticides in general.  So we
21 really don't know what the data is for glyphosate.
22 BY MR. GRIFFIS:
23     Q  Is there a reason that the differential
24 would skew towards later for glyphosate and not for
25 other pesticides?

Page 198

1    A  Yes, because glyphosate was not really very
2  highly used for many, many years.  Only until the mid
3  1990s did it really take off as being used.  So it
4  was, I think, made up maybe three percent or four
5  percent of all the pesticides used during those early
6  years.  So it's unlikely that it contributed 15
7  years.  It's unlikely.
8    Q  It's certainly not the case that the people
9  in the De Roos study had 6.7 years between their
10 exposure to glyphosate and developing cancer if they
11 did develop cancer, right?
12       MS. FORGIE:  Objection, asked and answered.
13 You can answer again.
14    A  Yeah, they would have had exposure because
15 exposure goes back.  But we don't know how far back
16 it goes.
17 BY MR. GRIFFIS:
18    Q  It could have gone, on average, further
19 than 10 years, right?
20       MS. FORGIE:  Objection, asked and answered.
21 You can answer it again.
22    A  It's possible.
23 BY MR. GRIFFIS:
24    Q  You have no reason to say that it was 6.7
25 years and not greater than 10 years, your threshold

Page 199

1  for a study yielding fruitful data on exposure to a
2  substance and Non-Hodgkin's Lymphoma, correct?
3       MS. FORGIE:  Objection, asked and answered.
4  He just gave you a reason.  You can give it to him
5  again.
6    A  I need to hear the question again.
7  BY MR. GRIFFIS:
8    Q  Yes, sir.  You have no reason to suppose
9  that the true period of time for the people who were
10 exposed to glyphosate, who developed Non-Hodgkin's
11 Lymphoma, between their exposure and their diagnosis,
12 was not 10 years or more, the period of time that you
13 say it is, is a fruitful period for a study?
14       MS. FORGIE:  Objection, asked and answered.
15 You can answer it again.
16    A  I have no way to know what it was.
17 BY MR. GRIFFIS:
18    Q  The real number is not 6.7, right?
19       MS. FORGIE:  Objection, asked and answered.
20 You can answer it again.
21    A  We really don't know what the number was.
22 We really don't know what the number was because they
23 could have -- they could have used glyphosate and
24 they could have stopped before they were even
25 enrolled in the study.  So we really don't know what

Page 200

1  the number is.
2    Q  If the real number is 10 or greater as
3  opposed to 6.7 you put in your expert report, then
4  this is not an immature study, correct?
5       MS. FORGIE:  Objection, asked and answered.
6    A  It is an immature study because we -- for a
7  cohort study of young applicators, it's very unlikely
8  that you would see an increased odds ratio with such
9  a short followup because you wouldn't have
10 accumulated enough cases of NHL to do that.
11 BY MR. GRIFFIS:
12    Q  And the followup, though, is only one part
13 of the relevant time consideration, correct, the true
14 time consideration is the time between exposure and
15 the assessment of cancers, right?
16       MS. FORGIE:  Objection, asked and answered
17 several times.  You're starting to badger.  You can
18 answer again.
19    A  Yes, it's true.  The exposure time is from
20 the time -- it's actually the time from when they
21 started the -- using the chemical to the time they
22 stopped using the chemical.  That's exposure time.
23 And the latency would be the time they started using
24 the chemical until they developed the cancer.
25    Q  Okay.  And that is a different number than

Page 201

1  the time between the initial questionnaire and final
2  followup; that's a different number, right?
3       MS. FORGIE:  Objection, asked and answered.
4  You can answer it again.
5    A  You're asking now exposure time or latency?
6  BY MR. GRIFFIS:
7    Q  Well, the 6.7 that you said was too short a
8  time is based on followup, right?
9       MS. FORGIE:  Objection, asked and answered.
10 You can answer it again.
11    A  Yes.  That was the median followup time.
12 BY MR. GRIFFIS:
13    Q  Okay.  But the important figure is not how
14 long between initial questionnaire and followup in a
15 particular study, the important number for the issue
16 of latency, which is your criticism, is between the
17 initial exposure and the cancer assessment, correct?
18       MS. FORGIE:  Objection, asked and answered
19 like five times.  You can answer it again.
20    A  Yes.
21 BY MR. GRIFFIS:
22    Q  How many years of followup, in addition to
23 6.7, do you think would make this no longer an
24 immature study?
25       MS. FORGIE:  Objection, asked and answered.

Page 202

1    A  I don't know the answer to that.  I
2  think -- I think the -- the best followup would be at
3  least 20 years or more, but I think we don't really
4  know the answer to that question.
5       MS. FORGIE:  When you finish with AHS, can we
6  take a quick break, when you're finished?
7       MR. GRIFFIS:  Yeah.  I'm seeing if I am.
8  Okay.
9       THE WITNESS:  Break.
10      THE VIDEOGRAPHER:  We're off the record at
11  3:40 p.m.
12      (Brief recess.)
13      THE VIDEOGRAPHER:  We are back on the
14  record at 3:55 p.m.
15      (Exhibit 16-23, Draft publication, was
16  marked for identification.)
17  BY MR. GRIFFIS:
18    Q  I've marked as Exhibit 23 a draft of
19  2013 -- 2013 draft of updated data from the
20  Agricultural Health Study; have you seen this before,
21  sir?
22    A  I have, yes.  Thank you.
23    Q  When did you see it?
24    A  A few weeks ago.
25    Q  And you saw it a few weeks ago because you

Page 203

1  read about it in one of the depositions and asked for
2  a copy?
3       MS. FORGIE:  How did you know that?
4    A  Well, I -- I knew about it because Aaron
5  Blair was questioned about it and then I did see it
6  referenced in other depositions and I -- so then I
7  asked for a copy, yes.
8  BY MR. GRIFFIS:
9    Q  The cancers assessed in the De Roos '05
10  April were done through December 31, '01, and these
11  were in the 2013 data, they were assessed through
12  December 31, 2008; did you see that when you reviewed
13  these two papers?
14    A  Yes.
15    Q  It's another seven years of followup,
16  correct?
17    A  Correct.
18    Q  6.7 plus seven, even if we pay no attention
19  to how long it was before initial questionnaires that
20  people were initially exposed to glyphosate, would
21  take us over your 10-year threshold for an effective
22  epidemiology study on glyphosate and NHL, right?
23       MS. FORGIE:  Objection.
24    A  So I didn't -- I didn't give you any
25  threshold, but it would -- it would put the followup

Page 204

1  over 10 years.
2    Q  Well, you told us that 6.7 was too short
3  and you thought more than 10 would be too long and
4  you couldn't tell us more specifically in between
5  those two, right?
6       MS. FORGIE:  Objection, mischaracterizes
7  his testimony.
8    A  I didn't give you any threshold.
9  BY MR. GRIFFIS:
10    Q  So what is the --
11    A  Other than 6.7 is too short and 10 would
12  probably be a minimum number.
13    Q  So 6.7 plus another seven is also too
14  short?
15       MS. FORGIE:  Objection, asked and answered.
16  You can answer it again.
17    A  Well, I don't know.  I mean it's better
18  than 6.7.  It's longer than 10.
19  BY MR. GRIFFIS:
20    Q  Do you feel that the data in the 2013 draft
21  is immature and has too short a followup time?
22       MS. FORGIE:  Objection.
23    A  No, but there are other issues with this
24  manuscript which are problematic.
25  BY MR. GRIFFIS:

Page 205

1    Q  Okay.  The followup time is no longer a
2  criticism?
3       MS. FORGIE:  Objection.
4    A  The followup time is better, much better,
5  okay.
6  BY MR. GRIFFIS:
7    Q  It's a much larger cohort than the De Roos
8  2005, right, as far as number of cases?
9    A  Yes.
10      MS. FORGIE:  Objection.
11    A  Yes.
12  BY MR. GRIFFIS:
13    Q  And the people in the study are older,
14  people in the cohort are older in the status which
15  addresses your concern about average age of
16  45-year-old applicators, correct?
17      MS. FORGIE:  Objection.
18    A  Right, but they're still pretty young.
19  BY MR. GRIFFIS:
20    Q  They're in a much better age range with the
21  2013 data than they were with the De Roos 2005 data,
22  right?
23    A  Yes.
24      MS. FORGIE:  Objection, asked and answered.
25  BY MR. GRIFFIS:

Page 206

1   Q  Okay.  Sir, go to page 31, please.  I'm
2   going to show you some data tables and each time I'm
3   going to take you to the first page of the table so
4   we can see what it is and then the part of the table
5   that has glyphosate data.
6       So on page 31, we have Table 2, which is
7   pesticide exposure, lifetime days and intensity
8   weighted lifetime days and the age adjusted risk of
9   NHL, correct?
10   A  Yes.
11   Q  And if you go to page 34, you see the
12   glyphosate data there?
13   A  Yes.
14   Q  And first of all, you see that there were
15   250 -- 89 plus 78 plus 83 -- cases with exposure to
16   glyphosate in the various exposure groups, correct?
17       MS. FORGIE:  Objection.
18   A  Correct.
19   BY MR. GRIFFIS:
20   Q  And do you see that in each case, there is
21   no significant trend and no P value even above one in
22   the data showing any sort of association between
23   glyphosate and Non-Hodgkin's Lymphoma in this data,
24   correct?
25   A  That's correct.

Page 207

1   Q  That's true for all of the dosage groups,
2   correct?
3   A  Yes.
4   Q  Go to page 36, Table 3.  This shows
5   exposure, lifetime days and the age adjusted risk of
6   NHL.
7       And this time it's breaking down by
8   Non-Hodgkin's Lymphoma type, correct?
9       MS. FORGIE:  Objection.
10   A  Here it says "lifetime days."
11   BY MR. GRIFFIS:
12   Q  Are you on page 36, Table 3?
13   A  Yes.
14   Q  So lifetime days -- yes, sir, lifetime
15   days.
16       But it's broken down by NHL subtype, right?
17   A  Correct.
18   Q  If you go to page 39, there are no
19   statistically significant positive associations for
20   any NHL subtype in these data, correct?
21   A  That's correct.
22   Q  And the P trend for diffuse large B-cell
23   lymphoma is actually statistically significant
24   negative, right?
25       MS. FORGIE:  Objection.

Page 208

1   A  That's correct.
2   BY MR. GRIFFIS:
3   Q  Page 53, this table is showing -- wait for
4   you to get there.
5   A  Yes.
6   Q  Page 53, this table is showing pesticide
7   exposures, total days and intensity weighted total
8   days, fully adjusted of NHL, '92 through 2008.
9       And glyphosate data is presented on page
10   59, and again, there are no statistically significant
11   associations in these data, correct?
12       MS. FORGIE:  Objection.
13   A  So how is this different from the first
14   table we looked at?
15   BY MR. GRIFFIS:
16   Q  These are -- these have confounder
17   adjustments.
18       MS. FORGIE:  Objection.  I object to his
19   statement.  There's more to it than that.
20   A  So where is the --
21   BY MR. GRIFFIS:
22   Q  Glyphosate data?
23   A  Yeah.
24   Q  On page 59.
25   A  Okay.

Page 209

1   Q  So my statement is correct, there are no
2   statistically significant associations, positive
3   associations in these data, correct?
4       MS. FORGIE:  Objection.
5   A  That's correct.
6   BY MR. GRIFFIS:
7   Q  And to cut short the flipping through
8   additional tables, you looked through these data
9   tables and you found no statistically significant
10   positive associations between glyphosate and
11   Non-Hodgkin's Lymphoma in these data, correct?
12   A  That's correct.
13   Q  What are your criticisms of the 2013 AHS
14   data?
15   A  Well, I think the main criticism is that
16   when they administered the followup questionnaire, 37
17   percent of the participants failed to respond, so
18   they had a large number of participants that dropped
19   out of the study.  And so there are two approaches on
20   how to deal with that; one is to just analyze the
21   data for the other 63 percent, but that would result
22   in a significant -- potential significant selection
23   bias because you don't know what the exposures of the
24   37 percent would have been.
25       The other issue is that instead, they

Page 210

1  decided to imputate, in effect guess, what the
2  exposures would have been for that 37 percent.  And
3  that's a very questionable approach to the missing
4  data because they're basing data on participants that
5  they do have data on and they're basing the data on
6  the fact that participants with the missing data are
7  assumed to have continued to use glyphosate.
8        And another significant criticism is that
9  right about this time, around 1996, the usage of
10  glyphosate took off and began to go up at about a
11  45-degree angle.  And they don't really capture much
12  of that at all in this -- in this analysis.  So the
13  issue of significant people dropping out of the study
14  with no data and imputating the data, or guessing
15  what the data was, I think is a major problem with
16  this manuscript and is probably one of the reasons
17  why this manuscript hasn't gone anywhere.
18     Q  Do you have any other criticisms besides
19  the two that you identified?
20     A  I think those are the major criticisms.
21     Q  Did you come up with those two criticisms
22  by your own analysis of this study or from looking at
23  some work from other persons?
24        MS. FORGIE:  Objection.
25     A  Well, part of it was from my own analysis

Page 211

1  and part of it was from reading the rebuttal written
2  by Dr. Ritz who provided a much more detailed and
3  sophisticated explanation than I have.
4     Q  Yes, sir.  Dr. Ritz, of course, is an
5  epidemiologist?
6     A  Yes.
7     Q  Do you feel qualified to assess the
8  imputation methodology that was used in the study and
9  critique it or are you really relying on Dr. Ritz for
10  that?
11        MS. FORGIE:  Objection, asked and answered.
12     A  I'm relying on her assessment.
13  BY MR. GRIFFIS:
14     Q  Okay.  And with regard to the increase in
15  usage on glyphosate and whether -- it would be
16  necessary for there to be a differential between the
17  cases and the controls for the increase in glyphosate
18  use to cause a relevant fuzzing of the statistics; is
19  that fair to say?
20        MS. FORGIE:  Objection.
21     A  Say it again.
22  BY MR. GRIFFIS:
23     Q  Yes, sir.  It would be necessary for there
24  to be a differential in increased glyphosate used
25  between cases and controls for that to alter the

Page 212

1  statistics in a study, right?
2        MS. FORGIE:  Objection.
3     A  No, it would -- most likely what would
4  happen is they have nondifferential -- you don't --
5  first of all, you don't know what the real values are
6  for a significant proportion of the participants and
7  the methodology they use would have created a
8  nondifferential misclassification which would have
9  made it -- which would have lowered any risk ratios
10  towards the null.  So it's a major problem with
11  this -- with this updated manuscript.
12  BY MR. GRIFFIS:
13     Q  Same question as for your first criticism,
14  are you assessing the nondifferential bias that you
15  say may exist from increase use of glyphosate using
16  your own epidemiological expertise or are you mostly
17  relying on Dr. Ritz's analysis from her supplemental
18  expert report?
19        MS. FORGIE:  Asked and answered.
20     A  I'm relying on my expertise.
21  BY MR. GRIFFIS:
22     Q  And the -- is it your position, sir, that
23  epidemiology can't be done anymore because so many
24  people are exposed to glyphosate?
25        MS. FORGIE:  Objection.

Page 213

1     A  It's my opinion that this is -- this has
2  become a very flawed study due to loss of
3  participants, that it is probably never going to be
4  able to provide relevant results with regard to
5  glyphosate.
6  BY MR. GRIFFIS:
7     Q  I was asking about the other criticisms,
8  sir, not that one, increasing glyphosate use.
9     A  I'm sorry, ask your question.  I must have
10  been thinking ahead of you.  I'm sorry.
11     Q  Yes, sir.  Is it your view that increased
12  glyphosate use makes further epidemiology in the
13  current era impossible because so many people are
14  exposed?
15        MS. FORGIE:  Objection.
16     A  It makes it much more difficult to
17  demonstrate differences, because in a study like
18  this, you need to have enough unexposed participants
19  to compare to the exposed participants.  And if the
20  majority, 70, 80 percent of the participants are
21  exposed, it makes it more difficult to do the study
22  because you need a much larger number of participants
23  to get enough contrast in the exposures to see any
24  difference.
25  BY MR. GRIFFIS:

1    Q  Do you know, sir, that some data from --
2  not involving glyphosate, but involving other
3  substances, was published in 2014 from this later
4  data collection?
5    A  Yes.
6    Q  And that included what was published
7  despite the dropout issue that you identified as your
8  first criticism?
9    A  Yes, but in that study, the imputation was
10  likely more accurate because although we don't really
11  know, it's a guesstimate there too, but it's likely
12  more accurate because they had -- because of the
13  pretty level use of the various different pesticides.
14  In other words, you didn't have this dramatic
15  increase in those pesticides like we know occurred
16  for glyphosate.
17    Q  Would you support the submission of this
18  data for publication as something important for
19  people to know about?
20    MS. FORGIE:  Objection, speculation.
21    A  I think they should -- I think they should
22  publish it, but I think, you know, if it has adequate
23  and critical peer review, it may not be accepted.
24  BY MR. GRIFFIS:
25    Q  You saw Dr. Blair's testimony in his

1  deposition that he and the other authors discussed
2  publishing it in advance of IARC so that IARC could
3  review it and thought it would be important for IARC
4  to review it; you saw his testimony saying that?
5    MS. FORGIE:  Objection, mischaracterizes
6  the testimony.
7    A  I don't remember exactly what was -- I
8  don't remember that from his -- from his deposition.
9  If you want to show it to me, I'd be happy to see it,
10  but I don't remember that specifically.
11  BY MR. GRIFFIS:
12    Q  You don't remember them discussing the
13  possibility of publishing it before IARC?
14    A  I don't remember that.
15    Q  Do you remember that he testified at his
16  deposition that he didn't tell anyone at IARC about
17  this data that he knew about?
18    MS. FORGIE:  Objection, mischaracterizes
19  the testimony.
20    A  I think it was generally known that there
21  was data out there.
22  BY MR. GRIFFIS:
23    Q  You think it was generally known by the
24  IARC participants that there was updated AHS data?
25    A  That's what you do with cohort studies, you

1  update them periodically, so that's -- that's the
2  natural evolution of reporting on cohort studies.  So
3  people knew the original cohort study was there and
4  people, I think, were and have been waiting for
5  followup publications.  So I don't know what the IARC
6  people knew or didn't know.
7    Q  Do you know if they've even tried to have
8  it published?
9    A  I don't know that.
10    Q  Do you know why?
11    A  No.
12    Q  You read Dr. Ritz's expert report, not
13  supplemental, but expert report -- did you read her
14  expert report?
15    A  Yes.
16    Q  Did you see she said the NAPP data should
17  be considered in any analysis?
18    A  I think once the NAPP data is published, it
19  could be -- it could be included in a meta-analysis,
20  yes.  But prior to having it published, I would say
21  no.
22    Q  And you know that Dr. Blair testified -- if
23  you read his deposition, did you see he testified if
24  the NAPP data were included in a meta-analysis, the
25  risk would have been nonsignificant?

1    MS. FORGIE:  Objection, mischaracterizes
2  his testimony.
3    A  I don't think we know that until it's
4  actually done.  It wouldn't surprise me actually
5  because it's the same data that's already in the
6  meta-analysis, right?  You're taking the NAPP and
7  putting it in and taking the De Roos 2003 and the
8  McDuffie out, so you're basically putting -- you're
9  basically putting the same data back into the
10  meta-analysis.
11  BY MR. GRIFFIS:
12    Q  There are analyses and tranches of data
13  reported in the NAPP data that don't show up at all
14  in De Roos '03.
15    MS. FORGIE:  There's no question.
16    Q  Correct?
17    MS. FORGIE:  Objection.
18    A  The NAPP includes De Roos 2003 and the
19  McDuffie --
20    Q  McDuffie.
21    A  -- groups.  So it's -- you're really not
22  changing the data very much.
23    Q  For example, the combined data of intensity
24  by year and by number of days of use during the year,
25  that's new, it wasn't reported in McDuffie or in De

Page 218

1   Roos '03, right?
2        MS. FORGIE:  Objection.
3        A   That's true, that's new data that would
4   contribute to a meta-analysis, but I doubt whether it
5   would take the odds ratios down.  It would keep them
6   the same or even increase them because it's the same
7   basic data.
8   BY MR. GRIFFIS:
9        Q   When we say --
10       A   But you have to do the analysis.  It's hard
11  to sort of guess what the results would be without
12  doing it.
13       Q   Why haven't the NAPP data been published
14  yet?
15       MS. FORGIE:  Objection, calls for
16  speculation.
17       A   Well, I wish I had the answer to that.
18  It's been slow and methodical.  As you know, I've
19  been pushing hard to get it published and it's slow
20  and methodical.
21  BY MR. GRIFFIS:
22       Q   You don't know the reason for the holdup?
23       MS. FORGIE:  Objection, asked and answered.
24  You can answer it again.
25       A   I don't.  It's been slow and methodical.

Page 219

1   BY MR. GRIFFIS:
2        Q   Do you know whether the AHS data is
3   suffering from the same mysterious slowdowns?
4        MS. FORGIE:  Objection.
5        A   I don't know.  I don't think so, but I
6   don't know.
7   BY MR. GRIFFIS:
8        Q   In your expert report, sir, the section on
9   animal studies, it starts on page 6.
10       A   Yes.
11       Q   You say, "glyphosate has also been tested
12  for carcinogenicity in mice and rats in multiple
13  studies," and you give some sites, "and some studies
14  have been positive for the development of tumors,"
15  right?
16       A   Yes.
17       Q   And what you mean by positive is
18  statistically significant associations found for
19  particular tumors in particular studies, right?
20       A   Yes.
21       Q   And as we've discussed, if a study looks at
22  multiple end points, like dozens of cancers in a
23  group of animals, about one out of 20 of those
24  associations are going to be positive in any
25  particular study, right?

Page 220

1        MS. FORGIE:  Objection.
2        A   That's possible.
3   BY MR. GRIFFIS:
4        Q   That's true by the play of chance alone,
5   it's a math thing, not a science thing?
6        A   Right.
7        MS. FORGIE:  Objection.
8   BY MR. GRIFFIS:
9        Q   So it's really important to look at whether
10  the number of associations exceeds the number that
11  you would expect due to chance, whether the
12  associations that you see are consistent across
13  animal species, whether they're consistent across
14  males and females, whether they're consistent with
15  the tissues targeted, et cetera, correct?
16       MS. FORGIE:  Objection, speculation.
17       A   All of those things are important to
18  consider, yes.
19  BY MR. GRIFFIS:
20       Q   And none of those analyses appear in your
21  expert report; is that fair?
22       A   I think they do.  I mean, I comment on
23  whether things were statistically significant or not.
24  I discuss whether they were males or females or both.
25       What are the other issues that you brought

Page 221

1   up?
2        Q   Whether the same associations are found
3   across multiple studies.
4        A   So I comment on that in my closing remarks
5   on Bradford Hill.
6        Q   And I think that might have been it.
7        Do you say, in your section on animal
8   studies, we have seen the consistent results
9   targeting similar tissues in mice and in rats, in
10  males and in females across multiple studies?
11       MS. FORGIE:  Objection, asked and answered.
12  You can answer it again.
13       A   Well, yes, if you read through the animal
14  studies, you'll see I do comment on that.
15  BY MR. GRIFFIS:
16       Q   Show me where.
17       A   So --
18       MS. FORGIE:  You mean other than what he's
19  already pointed out?
20       MR. GRIFFIS:  He hasn't pointed out
21  anything yet.
22       Q   Show me where, please.
23       MS. FORGIE:  Objection.
24       A   Well, there -- you know, there is -- so for
25  example, probably the best example is the lymphoma

1 studies on page 7, in the middle paragraph, where you
2 see, in one study, lymphomas in both males and female
3 mice.  In another study, you see it in males, another
4 study you see it in males and another study you see
5 it in females.  So, I mean, that's probably the best
6 example.
7        Most of the tumors occurred in males and
8 not in females.  But there was -- and so I -- I
9 summarized where there was a consistency in the --
10 under the Bradford Hill Criteria for replication of
11 results where I say animal studies are replicated,
12 the findings for pancreatic islet cell adenoma,
13 cellular adenoma, hemangioma, hemangioma sarcoma and
14 malignant lymphoma.  And actually, there a couple
15 other ones that were also replicated when I reviewed
16 the more detailed toxicology studies of Portier and
17 Jameson, T-cell tumors of the thyroid were replicated
18 and kidney tumors were replicated.
19     Q   You said the studies; do you mean the
20 expert reports of Portier and Jameson?
21     A   Yes, the expert reports of Portier and
22 Jameson.
23     Q   Are you relying on their expert reports for
24 their --
25     A   Yes, I am.  It was something -- they

1 reviewed -- they reviewed the actual animal studies.
2 I was limited, like IARC, to reviewing summaries of
3 the studies, either from IARC or from EPA or from the
4 EFSA or -- yeah, so those are the sources that I used
5 to compile what I found.
6     Q   Did you see in Dr. Portier's deposition
7 that he said that the pooling methodology that he
8 applied to malignant lymphomas did not work and did
9 not show a significant trend when he applied it to
10 24-month studies as opposed to the 18-month studies?
11        MS. FORGIE:  Objection.  He didn't read
12 that.
13     A   His report?
14 BY MR. GRIFFIS:
15     Q   His deposition.
16        Did you tell me earlier you read his
17 deposition?
18     A   That was a mistake.  I didn't read his
19 deposition.
20     Q   You don't know what he said about his
21 pooling results and what they didn't show in his
22 deposition?
23     A   No.
24     Q   If he said the various things that he said
25 in his expert report were not so in his deposition,

1 that would undermine your reliance on the expert
2 report; would that be fair to say?
3        MS. FORGIE:  Objection, mischaracterizes
4 the deposition of Portier and -- well, I won't make a
5 speaking objection, but you might want to ask him
6 about timing of when he read things.
7     A   So I'm mainly relying on my own evaluation
8 of the published reports that I had in hand.
9 BY MR. GRIFFIS:
10     Q   Okay.  Now, you also said a little earlier,
11 sir, that you didn't have available to you original
12 animal data and that IARC also didn't have available
13 to it original animal data.
14        Did you read the Greim paper?
15        MS. FORGIE:  Objection.
16     A   I did and I referenced it and I actually
17 discussed it in my report.
18 BY MR. GRIFFIS:
19     Q   Did you look at the raw data that was
20 provided, the original data that was provided along
21 with the Greim paper?
22     A   The Greim, no, I did not.
23     Q   That was available online, as it says in
24 the Greim paper, and it's still available online and
25 always available online since the Greim paper was

1 published; did you know that?
2     A   Yes, I did.
3     Q   Did you look at it?
4     A   No, I did not.
5     Q   And did you read, in the depositions of
6 Dr. Blair and Dr. Ross and others who participated in
7 IARC, that the Greim data was -- that they could have
8 looked at it if they had chosen to, but it was too
9 voluminous and they chose not to look at it?
10        MS. FORGIE:  Objection, mischaracterizes
11 the testimony.
12     A   From the IARC report, what they said is it
13 wasn't published in a peer-reviewed journal and it
14 wasn't reviewed by another regulatory agency, so by
15 their rules that IARC has, they would not review it
16 and do an independent analysis.  So I'm not -- I'm
17 not sure what you said is true.
18     Q   Okay.
19     A   I'm not sure.  Maybe you should rephrase it
20 or ask me again.
21     Q   Well, you may not be the right person to
22 know about the details of IARC's procedures, and tell
23 me if you're not, but do you know that IARC has a
24 rule that if something as incorrect as Greim was at
25 the time of the IARC review, they will review it?

1    MS. FORGIE:  Objection.
2    A  If they knew about it.
3    BY MR. GRIFFIS:
4    Q  And do you know that they admitted that
5    they knew about it, it was in their hands and there's
6    e-mails proving it?
7        MS. FORGIE:  Objection, mischaracterizes.
8    A  I'm not privy to what happened at IARC.
9    BY MR. GRIFFIS:
10   Q  Well, whatever happened at IARC and
11   whatever their rules are, is it your rule that you
12   won't look at animal data that's provided in an
13   electronic annex along with the published article
14   like the Greim report?
15       MS. FORGIE:  Objection.
16   A  I would probably rely on someone who --
17   like Portier or Jameson or somebody else who has more
18   experience in doing this than I do.
19   BY MR. GRIFFIS:
20   Q  Fair enough.  So knowing that Dr. Portier,
21   maybe Dr. Jameson have looked at that data and
22   analyzed it and have more experience, you wouldn't
23   look at the raw data yourself, you would rely on what
24   they have done; is that fair?
25       MS. FORGIE:  Objection.

1    A  I probably wouldn't, no.  I think, based on
2    what's already been published in the review articles
3    and in the analyses that IARC did and that EPA did
4    and that EFSA did and the German group did, I mean --
5    and -- and in the reports of Jameson and Portier,
6    there's an abundance of evidence, which I sort of
7    listed here, that I'd like to say reduces tumors of
8    various types in rats and mice.  And there's some
9    consistency in that.  It was reproduced more than
10   once, twice, three times for some tumors.
11   Q  Sir, you don't have any problem
12   philosophically with unpublished as opposed to
13   published data, do you?
14       MS. FORGIE:  Objection.
15   A  I personally think that all data that's
16   considered should be published and peer reviewed.
17   BY MR. GRIFFIS:
18   Q  What do you mean "all data that's
19   considered"?
20   A  That's considered in any kind of evaluation
21   like this, that's considered by the EPA, by IARC, by
22   anybody.  The data should be publicly available, peer
23   reviewed and available for anybody to analyze and
24   that has not been the case.
25   Q  Okay, sir.  I want to understand why you

1    have that view.
2        Is it because you think that that sort of
3    data should be transparent to the general public and
4    scientists so that anyone can look at it or you think
5    that data that is unpublished is of a low quality,
6    and therefore, shouldn't be looked at by regulators?
7        MS. FORGIE:  Object to form.
8    A  No, I think all the data should be looked
9    at by regulators and judged based on its quality.
10   And I think probably for the most part it is high
11   quality, but one cannot know unless one has the
12   opportunity to review it.
13   BY MR. GRIFFIS:
14   Q  Okay.  Well, when you said that all data
15   that is looked at by EPA and by regulators should be
16   published, why do you say that?
17   A  Well, because then it would be publicly
18   available.  Then I could sit down and evaluate it, if
19   I wanted to, or somebody like Portier could sit down
20   and evaluate it or other regulatory agencies could
21   sit down and evaluate it.  If it's not publicly
22   available, it -- you can't evaluate it for quality
23   and you can't make up your own mind about, you know,
24   what does the data really show, were the analyses
25   done by the company pathologist, by the company

1    biostatisticians correct.
2    Q  I know it's getting late and you're a
3    little tired, but I want to be clear about this.
4        The reason that you say that all this data
5    should be made public isn't because of -- isn't
6    because the process of making it public improves its
7    quality so much as you think that all such data
8    should be available so that anyone who wants to can
9    see, it's an open access sort of --
10   A  Yes.
11       MS. FORGIE:  Objection, mischaracterizes
12   his prior testimony.
13   A  There should be total transparency.
14   BY MR. GRIFFIS:
15   Q  Okay.  You understand, sir, that regulators
16   very frequently do make decisions based on largely an
17   unpublished data, correct?
18       MS. FORGIE:  Objection.
19   A  That's been the tradition, but I -- I think
20   that transparency is a much better approach to this.
21   Q  And -- late for me too.  Take a few
22   minutes.
23       MS. FORGIE:  For all of us.
24       THE WITNESS:  Are we taking a break?
25       MR. GRIFFIS:  Sure.

## Page 230

1    THE WITNESS:  Can I grab a coffee?
2    MR. GRIFFIS:  Yeah, let's make it like two
3    rather than 10 minutes.
4        THE VIDEOGRAPHER:  Off the record at 4:34
5    p.m.  This marks the end of Videotape Number 3 in the
6    deposition of Dr. Dennis Weisenburger.
7        (Brief recess.)
8        THE VIDEOGRAPHER:  We are back on the
9    record at 4:39 p.m.  This marks the beginning of
10   Videotape Number 4 in the deposition of Dr. Dennis
11   Weisenburger.
12   BY MR. GRIFFIS:
13   Q  Sir, I'm looking at your expert report on
14   pages 8 through 10, "mechanisms of carcinogenesis,"
15   and you describe several different kinds of studies
16   here and the first is human in vivo genotox and then
17   in vitro studies and then some studies in in vivo, in
18   vitro mammals and other organisms, animals and plants
19   both.
20       Which category is the most important and
21   most relevant to assessing whether glyphosate can
22   cause Non-Hodgkin's Lymphoma?
23       MS. FORGIE:  Objection.
24   A  For me, the most relevant is the studies
25   done to humans, human cells, in mammals and mammal

## Page 231

1    cells --
2    Q  All right.  And of those, which is the most
3    important --
4        MS. FORGIE:  Are you finished?
5    A  And other living organisms.
6    BY MR. GRIFFIS:
7    Q  What did you leave out?  Was it without a
8    rank order or was that just listing everything?
9    A  It was sort of a rank order.
10   Q  So the most important is in living humans,
11   right?
12       MS. FORGIE:  Objection, asked and answered.
13   You can answer it again.
14   A  The most important is in humans and
15   mammals, in vivo and in vitro.  And then other, how
16   do you say it, other in vivo studies, non-mammals.
17   BY MR. GRIFFIS:
18   Q  That's another rank of everything?
19   A  Yes.
20   Q  Of everything?
21   A  More or less.
22   Q  You say on page 8, the first two things you
23   talked about are the Paz-y-Mino 2007 and Bolognesi 09
24   studies and you say they are particularly informative
25   with regard to the genotoxicity of these chemicals in

## Page 232

1    humans in your expert report, right?
2    A  Yes.
3    Q  What do you mean by "particularly
4    informative"?
5    A  Well, they're both studies of workers and
6    other people who were exposed to glyphosate that was
7    sprayed.  And in the first study, the exposures were
8    quite high, perhaps like you would see in an animal
9    study, and in the second study the exposures were
10   lower.  And in both cases, they saw significant
11   increases in genotoxicity in cells of the humans who
12   were exposed.  So for me, this is strong evidence
13   that the formulations that they were exposed to were
14   genotoxic.
15       (Exhibit 16-24, article, was marked for
16   identification.)
17       MR. GRIFFIS:  That's Exhibit 24, right?
18       THE WITNESS:  24.
19   BY MR. GRIFFIS:
20   Q  Exhibit 24, sir, is the Paz-y-Mino 2007
21   study.  And the study reports the results of
22   something called a comet assay test looking at blood
23   samples from 24 individuals living in Ecuador near
24   the Columbian border and comparing that to
25   individuals in a control group not living near the

## Page 233

1    border, right?
2    A  Yes.
3    Q  Do you know where the controlled population
4    lived?
5    A  They lived in an area that wasn't sprayed
6    with glyphosate.  I'll see if they give more details
7    to that.  Unexposed control group consisted of 21
8    unrelated, healthy individuals living 80 kilometers
9    away from the spraying area, similar exposed group,
10   et cetera.
11   Q  Where are you reading?
12   A  It's top of 258, first paragraph on the
13   left.
14   Q  258?
15   A  I'm sorry, 458, third page.
16   Q  They're similar to the exposed group
17   regarding demographic characteristics and occupation,
18   but were not matched controls, correct?
19   A  Yes.
20       MS. FORGIE:  Objection.
21   BY MR. GRIFFIS:
22   Q  That's what it says, right?
23   A  That's what it says.
24   Q  And do you know if they had differences in
25   income levels?

Page 234

1    A  No.
2    Q  Do you know if they had differences in
3  access to sanitation like indoor plumbing?
4    A  No.
5    Q  Do you know if they have differences in the
6  degree to which they were urban or rural?
7    A  Well, they were matched for demographic
8  characteristics, so I'm assuming there was some
9  matching.  They don't give you the details, but urban
10  and rural would fit into that category.
11    Q  You consider urban and rural a demographic
12  characteristic?
13    A  Yes.
14    Q  Do you know whether they match that?
15    A  No.
16    Q  Do you agree the differences in sanitation,
17  like indoor plumbing, housing, income levels, et
18  cetera, could affect general health and background
19  level of genotoxicity?
20      MS. FORGIE:  Objection.
21    A  I don't know that without more specifics.
22  BY MR. GRIFFIS:
23    Q  The only demographic information they give
24  us about the cases and controls in the study in Table
25  1 are the gender and age, correct?

Page 235

1      MS. FORGIE:  Objection, mischaracterizes
2  what he just said.
3    A  They give the gender and age.  In the next
4  paragraph actually below the one we were just on, it
5  says "neither the exposed or the control group smoked
6  tobacco, drank alcohol, took prescription drugs or
7  had been exposed to pesticides during the course of
8  their normal daily lives and mainly worked at home,
9  cultivating and harvesting crops, pesticides, other
10  herbal substances" and then named activities.  So it
11  sounds like they were matched for activities and
12  other -- other things that could affect genotoxicity
13  studies.
14    Q  It says --
15    A  It doesn't say how they were matched, but
16  it sounds like they were similar.
17    Q  It says they were not matched controls in
18  the previous paragraph, right?
19    A  Right.
20      MS. FORGIE:  Objection.
21  BY MR. GRIFFIS:
22    Q  What's a matched control?
23    A  Well, a matched control, it depends on what
24  you match on.  Usually you match at a minimum on age
25  and sex, but you could match on many things.

Page 236

1    Q  The study population, the people living
2  near the border who were sprayed were complaining of
3  multiple acute illnesses, correct?
4    A  Yes.
5    Q  Page 457, left-hand column, intestinal pain
6  and vomiting, diarrhea, fever, heart palpitations,
7  headaches, dizziness, numbness, insomnia, sadness,
8  burning of eyes or skin, blurred vision, difficulty
9  in breathing, blisters or rash, correct?
10    A  Correct.
11    Q  And they didn't match controls for
12  suffering from those symptoms or for level of
13  illness, correct?
14      MS. FORGIE:  Objection.
15    A  No, because I think many of those symptoms
16  were due to the pesticides that they were sprayed
17  with.
18  BY MR. GRIFFIS:
19    Q  Having intestinal pain and vomiting, having
20  diarrhea, having heart palpitations, having systemic
21  complaints significant enough to cause clinical
22  symptoms can itself cause genotoxicity and
23  occupational stress; is that right?
24      MS. FORGIE:  Objection.
25    A  Severe stress could do that, yes.

Page 237

1  BY MR. GRIFFIS:
2    Q  And whatever illnesses that they were
3  suffering from, which you don't know, were due to
4  pesticides could do that as well, right?
5      MS. FORGIE:  Objection, asked and answered.
6    A  It's very likely the illnesses were due to
7  pesticides -- due to the sprayed pesticides.
8  BY MR. GRIFFIS:
9    Q  And if genotoxicity was secondary to the
10  symptoms that they were showing and not primarily
11  caused by the pesticides, it would be not evidence of
12  glyphosate-induced genotoxicity, right?
13      MS. FORGIE:  Objection.
14    A  Well, it would be hard for me to believe
15  that any of these symptoms would cause enough
16  oxidative stress to produce the kinds of measurable
17  changes we saw in genotoxicity in this study.  It
18  would be hard for me to believe.
19  BY MR. GRIFFIS:
20    Q  Do you know the degree to which systemic
21  illness causes oxidative stress?
22      MS. FORGIE:  Objection.
23    A  It does increase the oxidative stress, but
24  by and large, the body can deal with the oxidative
25  stress that's -- that's generated from things like

Page 238

1   that unless it's -- unless it's chronic oxidative --
2   chronic illness that causes increased oxidative
3   stress. I'm talking in generalities though.
4   BY MR. GRIFFIS:
5       Q   Yes, sir. Oxidative stress is damage to
6   DNA caused by reactive oxidative species, correct?
7       MS. FORGIE:  Objection.
8       A   Well, oxidative stress is the physiologic
9   term for the process that generates the free
10  radicals, but otherwise what you said is true, yes.
11  BY MR. GRIFFIS:
12      Q   The reason that we care about oxidative
13  stress with regard to glyphosate is because the
14  hypothesis has been generated that oxidative stress
15  is a mechanism by which glyphosate can damage DNA and
16  ultimately lead to cancer; is that right?
17      MS. FORGIE:  Objection.
18      A   Oxidative stress is one mechanism, another
19  is direct genotoxicity.
20  BY MR. GRIFFIS:
21      Q   Yes, sir, I'm talking about oxidative
22  stress.
23      A   Okay.
24      Q   That's the hypothesis, right, that
25  oxidative stress can cause damage to DNA, which after

Page 239

1   an additional specific of events can potentially lead
2   to cancer; is that right?
3       MS. FORGIE:  Objection, asked and answered.
4       A   That's one hypothesis.
5   BY MR. GRIFFIS:
6       Q   Are there other hypotheses about how
7   glyphosate, through oxidative stress, could cause
8   cancer?
9       A   No, through oxidative stress, that is the
10  hypothesis.
11      Q   And oxidative stress is something that's
12  going on all the time in every cell in our body
13  whether we're exposed to glyphosate or other
14  substances or not, correct?
15      A   That's right.
16      Q   There are up to 10 thousand or more DNA
17  lesions per cell throughout our body per day due to
18  oxidative stress, correct?
19      MS. FORGIE:  Objection.
20      A   I don't know if that's correct. It's
21  common and it occurs in all of us.
22  BY MR. GRIFFIS:
23      Q   That number doesn't surprise you?
24      A   It does surprise me, but it could be true.
25      Q   Many lesions per cell, would that surprise

Page 240

1   you, per day?
2       MS. FORGIE:  Objection, speculation.
3       A   Again, I don't know the answer to that.
4   There would be -- if there was that much -- if there
5   was that much stress, there probably would be many
6   lesions. The good thing about it is the body has
7   ways to compensate and either heal the lesions or the
8   cell dies.
9   BY MR. GRIFFIS:
10      Q   Too many lesions in DNA can be dealt with
11  by the body in multiple ways by DNA repair which is
12  going on all the time in every cell in our bodies,
13  correct?
14      A   Correct.
15      MS. FORGIE:  Objection.
16  BY MR. GRIFFIS:
17      Q   By various actions taken to remove a
18  damaged cell from circulation being eaten by other
19  cells or programmed to just die on its own, for
20  example, correct?
21      MS. FORGIE:  Objection.
22      A   Yes.
23  BY MR. GRIFFIS:
24      Q   And even if a DNA lesion survives and is
25  reproduced, it would be necessary for it to be the

Page 241

1   right kind of lesion to cause changes in the cell
2   that are stable and lead to cells either to become
3   immortal or to reproduce itself at a disproportionate
4   rate in order for it to cause cancer; is that right?
5       MS. FORGIE:  Objection.
6       A   It would require one or more changes to
7   have that kind, yes.
8   BY MR. GRIFFIS:
9       Q   There are multiple steps in the process,
10  right?
11      MS. FORGIE:  Objection.
12      A   Yes.
13  BY MR. GRIFFIS:
14      Q   Our body has very robust mechanisms to make
15  sure that cells don't become carcinogenic even if
16  exposed to genotoxic substances or oxidative
17  stressors, right?
18      MS. FORGIE:  Objection.
19      A   That's true.
20  BY MR. GRIFFIS:
21      Q   It's only when those mechanisms are
22  overwhelmed that we have a problem, right?
23      MS. FORGIE:  Objection.
24      A   Or fail.
25  BY MR. GRIFFIS:

1    Q   Blood samples are -- on page 458 in your
2  2007 study -- blood samples were collected and
3  processed from the controls, but not at the same time
4  as the blood samples that were collected and
5  processed in the exposed group, right?
6        MS. FORGIE:  Objection.
7  BY MR. GRIFFIS:
8    Q   I'm in the very first paragraph on page
9  458.
10   A   Yeah.  Blood samples were collected and
11 processed as per the exposed group, but not
12 concorromly.
13   Q   You mean not at the same time, correct?
14   A   Correct.
15   Q   So we don't know if blood samples were
16 drawn during the same kind of season with the same
17 exposure to ultraviolet light during a sunny season
18 versus a rainy season, et cetera, correct?
19       MS. FORGIE:  Objection.
20   A   We don't know that.
21 BY MR. GRIFFIS:
22   Q   If blood samples from the exposed group
23 were frozen, that would be an improper methodology
24 for comet assay samples, correct?
25       MS. FORGIE:  Objection.

1    A   I don't know the answer to that question.
2  BY MR. GRIFFIS:
3    Q   Okay.  Have you done comet assays yourself?
4    A   No.
5    Q   So you don't know whether it would be a
6  violation of methodology to freeze samples from the
7  controls and not freeze samples from the -- I'm
8  sorry, freeze samples from the exposed group and not
9  freeze samples from the controls?
10       MS. FORGIE:  Objection, asked and answered.
11   A   Typically when you do a study, you want to
12 handle the samples the same way.  So I don't know
13 whether it would affect the results, in some assays
14 it doesn't and some assays it does, so you would have
15 to know that.  And I don't know that.
16 BY MR. GRIFFIS:
17   Q   Right.  The spray that was involved in the
18 study, sir -- I'm on the first page -- was Roundup
19 Ultra and Cosmo-Flux 411F, correct?
20   A   Trying to see where you're at -- there it
21 is.  Yeah, POEA and Cosmo-Flux 411F.
22   Q   And it says that's a proprietary Columbian
23 component, right?
24   A   Yes.
25   Q   Do you know if Cosmo-Flux 411F is

1  genotoxic?
2    A   I do not.
3    Q   Do you know what's in it?
4    A   No.
5    Q   Do you know how long a comet assay can
6  detect DNA damage purportedly caused by specific
7  exposure?
8    A   How long -- how long after the exposure?
9    Q   Yeah.
10   A   As long as the DNA damage is there, it can
11 detect it.
12   Q   Do you know how long DNA damage would
13 remain without either being repaired or eliminated
14 from the body?
15       MS. FORGIE:  Objection.
16   A   DNA damage can be repaired, it can be
17 eliminated or it can persist.
18 BY MR. GRIFFIS:
19   Q   Do you know how much DNA damage can persist
20 months after an exposure?
21       MS. FORGIE:  Objection, asked and answered.
22 You can answer it again.
23   A   No, but if the cells are -- don't repair it
24 and it's not significant enough to kill the cell,
25 then the cells can divide and proliferate and they

1  can carry the lesion and that can occur -- that can
2  occur.  That's how cancers develop.
3    Q   So the only cells that would still be
4  around a couple of months after an exposure would be
5  cells that are proliferating with the genetic defect
6  in them; is that right?
7        MS. FORGIE:  Objection.
8    A   That's true.
9  BY MR. GRIFFIS:
10   Q   And that would be a whole lot fewer than
11 the cells that were initially damaged; is that right?
12       MS. FORGIE:  Objection.
13   A   It would depend entirely on what their
14 proliferate advantage would be.
15 BY MR. GRIFFIS:
16   Q   Is there any indication that the
17 investigators that were scoring the comet assay were
18 blinded as to the scoring samples?
19   A   I don't know.  I would have to read the
20 methods to tell you that.  I don't remember.
21       MS. FORGIE:  Do you want him to read the
22 paper?
23       MR. GRIFFIS:  No.  I want to take pity on
24 our court reporter.
25 BY MR. GRIFFIS:

Page 246

1    Q  If they weren't blinded, then that would be
2   a flaw; is that right?
3        MS. FORGIE:  Objection.
4    A  Yes, they should be blinded.
5   BY MR. GRIFFIS:
6    Q  And if it doesn't say they were blinded in
7   here, you don't know whether they were or not; is
8   that fair?
9    A  That's fair.
10   Q  Table 1 shows the data that was collected,
11  correct?
12       MS. FORGIE:  The data that was what?  I
13  didn't hear.
14       MR. GRIFFIS:  Collected.
15   A  Yes.
16  BY MR. GRIFFIS:
17   Q  And in the final scoring, the median length
18  of the comet assays in all but one of the 21
19  controlled subjects was identical, right, 25.0?
20   A  Yes.
21   Q  Which was not the case in the exposed
22  glyphosate group, right?
23   A  Yes.
24   Q  That's virtually impossible for the median
25  in 21, 20 different people to be identical in a comet

Page 247

1   assay, right?
2        MS. FORGIE:  Objection.
3    A  They aren't identical.  There's one that's
4   higher.  That might be the minimal level they measure
5   at.
6   BY MR. GRIFFIS:
7    Q  It says median, right?
8        MS. FORGIE:  Objection, asked and answered.
9    A  If it was the minimal level and they were
10  all the same, then the median level would be the
11  minimum, right.
12  BY MR. GRIFFIS:
13   Q  So they were all 25 or shorter, 25 or
14  longer, what?
15   A  I don't know.  I don't know -- I don't know
16  why that has occurred.  They don't comment on it in
17  the papers I remember, but it might be the -- it
18  might be the lower level of detection.  I don't know.
19   Q  Have you done comet assays so you know
20  whether there is a lower limited detection?
21   A  I have not done comet assays, no.  But all
22  the other values in the exposed are higher than 25
23  which would tell me that 25 is probably the lower
24  limit of detection.
25   Q  That's your guess, right?

Page 248

1        MS. FORGIE:  Objection.
2    A  That's a guess.
3   BY MR. GRIFFIS:
4    Q  Now, Dr. Paz-y-Mino performed a second
5   study of people exposed to glyphosate containing
6   compounds near the Columbian border, correct?
7    A  Yes.
8    Q  And have you reviewed that study?
9    A  Yes.
10   Q  When did you review it, sir?  It wasn't
11  listed in your report.
12   A  Yeah, it was listed in my -- either in my
13  other papers reviewed or maybe more in my -- or in
14  the more recent list that you have.  I can't remember
15  where it's listed.
16   Q  Okay.  You didn't describe it in the body
17  of your expert report or cite it there?
18   A  No, I didn't rely on it; I didn't.
19   Q  Why not?
20   A  Because I didn't think it was useful.
21       (Exhibit 16-25, article, was marked for
22  identification.)
23  BY MR. GRIFFIS:
24   Q  This is a study in which the investigators
25  from the first -- some of the investigators from the

Page 249

1   first study looked at -- looked for geno --
2   indications of genotoxicity based on blood samples of
3   people sprayed with glyphosate containing compounds
4   near the Columbian border, right?
5    A  Yes.
6    Q  They say in the abstract -- this is near
7   the end of the abstract -- "in conclusion, the study
8   population did not present significant chromosomal
9   and DNA alterations," correct?
10   A  Correct.
11   Q  They were looking for chromosomal
12  fragmentation in karyotypes which is a step farther
13  up the chain than genotoxicity, right?
14       MS. FORGIE:  Objection.
15   A  Yeah, it's a more specific assay.
16  BY MR. GRIFFIS:
17   Q  Genotoxicity that it's going to lead to
18  cancer is going to move through higher phases like
19  that, like cause chromosomal damage, not just spot
20  damage to detected --
21   A  Correct.
22   Q  So genotoxicity can be assessed at various
23  levels at the very early stages of the process,
24  damage occurring to the DNA and at higher levels
25  looking at whether there's damage to chromosomes,

Page 250

1  whether damage is persisting and being replicated, et
2  cetera, right?
3      A  Correct.
4      Q  And they say at the end here several -- I'm
5  sorry, I'm on page 50, the last paragraph of the
6  study.
7      A  Okay.
8      Q  Several research studies related to
9  glyphosate exposure have been conducted in Columbia,
10  by Bolognesi, et al., and that's actually referring
11  to one of the studies that you cited in your expert
12  report?
13      A  Correct.
14      Q  Solomon, et al.  And which stated the
15  publications have low geotoxic risk associated with
16  glyphosate, correct?
17      A  That was --
18      MS. FORGIE:  Objection.
19      A  That was the conclusion of some of the
20  studies, yes.
21  BY MR. GRIFFIS:
22      Q  Regarding our study, you obtained results
23  showing no chromosomal in the analyzed individuals?
24      A  Right.
25      Q  This is a negative study on the issue of

Page 251

1  genotoxicity in the study that causes --
2      A  Yes, this was a study done two years later.
3  So I would be very surprised to see abnormalities in
4  chromosomes or DNA alterations two years later unless
5  the patients had cancer or something.  So this is a
6  long time after the exposure.
7      Q  For genotoxicity, for genotoxic exposure to
8  cause cancer it has to persist and they found no
9  persistence in the study, right?
10      MS. FORGIE:  Objection.
11      A  It's a small sample size.  I would say for
12  the vast majority of us, the -- the damage is
13  repaired and doesn't persist.  So it's not surprising
14  they didn't find anything.  This is what I would have
15  predicted.
16      Q  And you recall from the Bolognesi study,
17  which you also cite in your expert report, that they
18  concluded in 2011 that the genotoxic risk potentially
19  associated with exposure to glyphosate in areas where
20  it is applied on it and was low, that was their
21  conclusion, right?
22      MS. FORGIE:  Objection.
23      A  I'd like to see the conclusion but I --
24      Q  Towards the end of the abstract, sir.
25      (Exhibit 16-26, article, was marked for

Page 252

1  identification.)
2      MS. FORGIE:  Is that a new exhibit?
3      THE WITNESS:  Yeah, 26.
4      MS. FORGIE:  Do you have another copy?
5      A  That was their conclusion.  The basis of
6  that conclusion is kind of unclear.
7  BY MR. GRIFFIS:
8      Q  They say, sir, in the abstract, overall
9  data suggests that genotoxic damage associated with
10  glyphosate as evidenced by small -- and appears to be
11  transient, correct?
12      A  Yes.
13      Q  And they go on to say, potentially
14  associated to glyphosate in areas where herbicide is
15  applied is low, correct?
16      A  That's what they say.
17      Q  A little higher in the abstract, the
18  increase in frequency of BMNN, that was one of their
19  measures of genotoxicity, right?
20      A  Yes.
21      Q  Observed immediately after the glyphosate
22  spraying was not consistent with the rates of
23  application used in the regions and there was no
24  association between self-reported direct contact with
25  eradication sprays and frequency of BMNN, correct?

Page 253

1      A  That's what they say, but it's actually
2  contradicted in another area where they actually
3  contradict themselves.  So again, it was a bit -- bit
4  confusing.
5      Q  It said in multiple places that greater --
6  I'm sorry, that there -- that the rates of BMNN that
7  they observed was not consistent with rates of
8  application used in the regions, correct?
9      MS. FORGIE:  Objection.
10      A  Yeah, but the other statement is the one
11  I'm questioning.
12      Q  That no significant association between
13  self-reported direct contact and frequency of BMNN?
14      A  Right.  Unfortunately I don't know where
15  they say that here.
16      Q  Take a look at page 994, sir, right-hand
17  column, the last full paragraph, second to last
18  paragraph.  There was no significant association
19  between self-reported direct contact with eradication
20  sprays and frequency of BMNN.  The frequency of BMNN
21  and participants who self-reported because they
22  entered the field immediately after spraying to pick
23  the copa leaves, felt spray drops in their skin who
24  thought they were exposed was not significantly
25  greater than folks living in the same areas who were

1    not present during spraying; that's what they
2    reported, right?
3         A   Right.
4         MR. GRIFFIS:  What's our time?
5         THE VIDEOGRAPHER:  5:40.
6         MR. GRIFFIS:  I'm going to pause for a
7    minute.
8         THE VIDEOGRAPHER:  Off the record at 5:13
9    p.m.
10         (Brief recess.)
11         THE VIDEOGRAPHER:  We are back on the
12    record at 5:18 p.m.
13         MR. GRIFFIS:  Dr. Weisenburger, during the
14    break, I was told that we have used 5 hours and 40
15    minutes of deposition time of seven hours, default under
16    the federal rules.  Because we have identified multiple
17    areas of documents, including the documents that you had
18    told us about that you had relied on yesterday -- this
19    is going to be another one of those statements that
20    don't require you to say anything, sir.  There were
21    multiple documents that you provided to us only
22    yesterday for which we have not had time to even acquire
23    the relevant documents in this location or review them
24    or prepared to ask you questions about them for which
25    you originally provided information about which ones you

1    considered important enough to put into that expert
2    report.  But that information is lost to us by the
3    manner in which they were presented to us.
4         And the identification of multiple documents
5    that reflect other areas of interest to us, such as
6    drafts of NAPP study, e-mails with the authors of those
7    studies, et cetera, things that were requested in the
8    document production request and not produced, I'm going
9    to reserve the remainder of my time to return and
10    question you about those matters and forego a good deal
11    of questioning I could do otherwise on remaining areas
12    of your expert report, we feel that the newly disclosed
13    and identified stuff that we can't get into today
14    because we don't have it at all or because it was so
15    recently disclosed is more important.
16         So I'm going to stop at this time and suspend
17    my questioning of you at this time.  There will probably
18    have to be motions practice as to circumstances of our
19    return, but I'll have an hour and 20 minutes.  Turn it
20    over to you.
21         MS. FORGIE:  Yeah.  And, of course, we
22    don't agree with any of that.  We are producing him
23    today.  We are prepared to complete the deposition
24    and go forward in the other hour and 20 minutes and I
25    highly intend that you do.

1         MR. GRIFFIS:  I can do that only if you
2    provided me with all the documents we asked for.
3         MS. FORGIE:  We're not going to argue.
4    We're going to take a two-minute break because we may
5    have a few questions to ask.
6         THE VIDEOGRAPHER:  We are off the record at
7    5:21 p.m.
8         (Brief recess.)
9         THE VIDEOGRAPHER:  We are back on the
10    record at 5:31 p.m.
11
12         EXAMINATION
13    BY MS. FORGIE:
14         Q   Doctor, I have just a few questions for
15    you.
16         You were asked some questions about expert
17    work you have done for defendants in the past; do you
18    remember those questions?
19         A   Yes.
20         Q   And have you reviewed literature for
21    defendants with regard to asbestos and whether or not
22    asbestos is a risk factor for Non-Hodgkin's Lymphoma?
23         A   Yes, I've handled quite a number of cases
24    alleging that asbestos causes Non-Hodgkin's Lymphoma
25    and my position has always been that asbestos does

1    not increase the risk or cause Non-Hodgkin's
2    Lymphoma.
3         Q   And you gave those opinions to defendants,
4    is that correct, defendant's lawyers?
5         A   Yes.
6         Q   You mentioned that you had read the
7    expert's -- had read the expert report of
8    Dr. Portier; do you remember that testimony?
9         A   Yes.
10         Q   And you also mentioned that you read the
11    expert report of Dr. Jameson; do you remember that
12    testimony?
13         A   Yes.
14         Q   Did you read those reports before or after
15    you wrote your expert report?
16         A   After -- after I wrote my report.
17    Actually, I read them just recently.
18         Q   But after you wrote your own report?
19         A   Yes.
20         Q   So you couldn't have relied on those
21    reports in forming -- in drafting your report since
22    you read them afterwards, correct?
23         MR. GRIFFIS:  Objection, leading.
24         A   That's correct.
25         Q   With regard to your criticisms of the draft

1  manuscript of unpublished -- of the unpublished
2  health study, you relied upon your review of the
3  drafts in making your criticisms about the imputation
4  of exposure data given the increased use of
5  glyphosate; is that correct?
6      MR. GRIFFIS:  Objection, leading.
7      A  That's correct.
8      Q  And you only relied upon the Ritz rebuttal
9  report to confirm your opinion; is that correct?
10     MR. GRIFFIS:  Objection, leading contrary
11 to his testimony.
12     A  Yes.
13     Q  You were asked numerous questions about the
14 NAPP study and the draft manuscripts of the NAPP
15 study; do you remember those questions?
16     A  Yes.
17     Q  Do you recall if the NAPP study made a
18 breakdown of odds ratios for people who used
19 glyphosate for more than two days per year?
20     A  Yes.
21     Q  Do you remember approximately the odds
22 ratio for people in the NAPP study for people who
23 used glyphosate for more than two days per year?
24     A  Yes, it was approximately two -- twofold
25 increase and that was -- it was statistically

1  significant and had been adjusted for the other three
2  pesticides.
3      Q  Okay.  And was that data presented in one
4  of the slide shows that are publicly available in
5  connection with the NAPP study?
6      A  Yes.
7      Q  Did you provide me any draft manuscripts of
8  the NAPP study?
9      A  No.
10     Q  Why is that?
11     A  Because it wouldn't have been ethical or
12 correct or academically correct.
13     Q  Why is that?
14     A  Well, because it's -- it's -- can't think
15 of the terminology.  It's -- it's not academic
16 practice to make preliminary publications available
17 for public use.
18     Q  Okay.  And you were asked -- you provided
19 additional studies to me that -- the day after Labor
20 Day and then I provided them to the defense; do you
21 remember that testimony?
22     A  Yes.
23     MR. GRIFFIS:  Objection, counsel's
24 testifying.
25     MS. FORGIE:  I'd love to, but I can't.

1  BY MS. FORGIE:
2      Q  Where any of those additional studies
3  necessary to your expert report?
4      A  No.
5      Q  And do any of those additional studies
6  change any of the opinions that were expressed in
7  your expert report?
8      A  No.
9      MS. FORGIE:  I don't have anything else.

10
11              RE-EXAMINATION
12 BY MR. GRIFFIS:
13     Q  Did you discuss the content of any of these
14 questions during the break just now?
15     MS. FORGIE:  Objection, don't answer that.
16 That's privileged.
17     MR. GRIFFIS:  Questioning on a break during
18 a deposition is privileged?
19     MS. FORGIE:  Yeah, any discussions between
20 us are privileged, you know, both by agreement and by
21 the rules.
22     MR. GRIFFIS:  No further questions.
23     MS. FORGIE:  Thank you.
24     THE VIDEOGRAPHER:  This concludes today's
25 proceedings of Dr. Dennis Weisenburger.  The total

1  number of videotapes used today was four and we're
2  off the record at 5:36 p.m.

Page 262

1  STATE OF CALIFORNIA    )
                          ) ss
2  COUNTY OF LOS ANGELES  )
3      I, KATHERINE FERGUSON, Certified Shorthand
4  Reporter, for the State of California, do hereby
5  certify:
6      That prior to being examined, the witness named in
7  the foregoing deposition, was by me duly sworn to
8  testify the truth, the whole truth and nothing but the
9  truth;
10     That the testimony of the witness and all
11 objections made at the time of the examination were
12 recorded stenographically by me;
13     That the foregoing transcript is a true record of
14 the testimony and all objections made at the time of the
15 examination.
16     Before completion of the deposition, review of the
17 transcript [x] was [ ] was not requested.  If requested,
18 any changes made by the deponent (and provided to the
19 reporter) during the period allowed are appended hereto.
20     I hereby certify that I am not interested in the
21 event of the action.
22     IN WITNESS WHEREOF, I have subscribed my name this
23 13th day of September, 2017.
24     _____
25         Katherine Ferguson, CSR 12332

Page 263

1  NAME OF CASE: In re: Roundup Products Liability Litigation
2  DATE OF DEPOSITION: 9/11/2017
3  NAME OF WITNESS: Dennis Weisenburger, M.D.
4  Reason Codes:
5      1. To clarify the record.
6      2. To conform to the facts.
7      3. To correct transcription errors.
8  Page _____ Line _____ Reason _____
9  From _____ to _____
10 Page _____ Line _____ Reason _____
11 From _____ to _____
12 Page _____ Line _____ Reason _____
13 From _____ to _____
14 Page _____ Line _____ Reason _____
15 From _____ to _____
16 Page _____ Line _____ Reason _____
17 From _____ to _____
18 Page _____ Line _____ Reason _____
19 From _____ to _____
20 Page _____ Line _____ Reason _____
21 From _____ to _____
22 Page _____ Line _____ Reason _____
23 From _____ to _____
24
25     _____

67

**A**

**aaron (18)**
28:1 29:13 34:6 152:2
152:8 153:11
154:25 155:7,11,14
155:19 156:15
159:23 164:11
166:8 170:22,25
203:4
**ability (2)**
11:6 100:6
**able (2)**
165:1 213:4
**abnormalities (1)**
251:3
**absences (1)**
40:9
**abstract (10)**
89:25 160:20 161:5,7
161:12 249:6,7
251:24 252:8,17
**abstracts (10)**
30:19 31:24 32:2
160:7,8,10,15,19,24
161:12
**abundance (1)**
227:6
**academic (17)**
26:16 38:5 39:6,9,18
39:25 40:5,11,15
41:3,5,18,19 167:21
176:2,3 259:15
**academically (1)**
259:12
**accept (2)**
70:4,18
**acceptance (1)**
41:21
**accepted (15)**
22:21 40:24 41:13,23
49:13,18,20 70:16
178:12,16,24
179:17,20 189:6
214:23
**access (6)**
36:20 55:13 121:9
171:13 229:9 234:3
**account (2)**
70:3 95:16
**accumulated (2)**
10:6 200:10
**accumulating (1)**
36:18
**accumulation (1)**
45:12
**accurate (11)**

21:17 43:7,9 101:4
140:10 141:17,20
141:21 151:18
214:10,12
**accurately (2)**
127:2 144:4
**acids (1)**
103:12
**acquire (1)**
254:22
**action (3)**
162:3 175:22 262:21
**actions (2)**
1:11 240:17
**active (2)**
38:14 179:5
**actively (1)**
142:24
**activities (2)**
235:10,11
**actual (3)**
20:1 97:11 223:1
**acute (1)**
236:3
**add (2)**
130:1 172:6
**addition (5)**
10:13 132:12 142:6
175:10 201:22
**additional (19)**
82:16,23 141:24
168:2,11,12,16,19
170:1,2,3,5 172:12
176:9 209:8 239:1
259:19 260:2,5
**address (1)**
36:25
**addresses (2)**
35:4 205:15
**adenoma (2)**
222:12,13
**adequate (1)**
214:22
**adjust (7)**
23:12 91:14,16,19
93:8 100:21 133:6
**adjusted (5)**
76:20,22 90:17,18,19
90:20,24,25 91:3,12
92:12,15 93:9 94:13
94:14,17 98:11
102:9 113:7 114:23
126:23 131:18,22
139:17 140:18
150:18 182:6,11,21
182:21 185:4 206:8

207:5 208:8 259:1
**adjusting (2)**
114:21 143:24
**adjustment (9)**
90:23 91:4,6,7,20
102:21 103:24
141:24 153:21
**adjustments (2)**
116:9 208:17
**adjusts (4)**
91:10 92:19 126:12
126:18
**administered (1)**
209:16
**admitted (1)**
226:4
**advance (1)**
215:2
**advantage (1)**
245:14
**advise (1)**
176:15
**advised (2)**
167:4,14
**aegis (1)**
195:16
**affect (6)**
41:22 101:1 117:17
234:18 235:12
243:13
**age (18)**
90:18 91:14 94:17
114:24 115:16
116:20 126:13
193:8,10,20 194:12
205:15,20 206:8
207:5 234:25 235:3
235:24
**agencies (3)**
20:7 70:17 228:20
**agency (3)**
164:10 167:2 225:14
**agent (2)**
67:13 68:14
**agents (7)**
88:24 89:2 103:20
104:12 105:3 142:7
151:13
**aggregate (1)**
53:16
**aggregated (2)**
84:15 130:22
**ago (12)**
12:19 30:17 33:15
122:18 169:15
171:17,21 173:6,14

173:16 202:24,25
**agree (31)**
23:13,17 51:19 55:24
67:21 68:3,25 69:11
70:25 71:11,21 72:5
72:17,23 73:5,11,15
73:23,24 78:13
105:22 111:11
112:6,9 134:24
161:10 175:24
176:19 180:7
234:16 255:22
**agreement (5)**
3:11 11:12 12:4,7
260:20
**agricultural (8)**
4:23 170:24 190:20
190:23 192:2 196:1
196:2 202:20
**ahead (4)**
90:3 96:6 169:17
213:10
**ahs (4)**
202:5 209:13 215:24
219:2
**aids (2)**
177:13,23
**al (2)**
250:10,14
**alaska (1)**
6:5
**alcohol (1)**
235:6
**alfred (1)**
34:5
**alive (1)**
102:24
**alleging (1)**
256:24
**allowed (1)**
262:19
**alter (1)**
211:25
**alterations (2)**
249:9 251:4
**alternatives (2)**
44:9 45:15
**american (12)**
37:23 113:15 122:11
122:13,22 123:12
127:9 136:10 138:7
138:11 140:11
146:14
**amount (2)**
81:8 150:5
**amounts (1)**

96:25
**analyses (18)**
39:23 56:5 79:14
88:12 89:1 101:7
102:17 113:24
117:1 123:6 131:17
132:6 138:16
191:12 217:12
220:20 227:3
228:24
**analysis (71)**
15:10 26:12,18,21
54:7 63:12,20 71:17
81:8 91:11 93:1
95:12 96:11 99:17
100:21,24,25
101:14 102:2,7,11
102:20 103:2,11,12
103:20 104:11,14
104:23 105:2,5,17
105:17,25 106:10
106:15 107:5 110:5
114:4,7,10 115:4,11
115:13 116:14,19
117:20 118:17
119:11,22 120:4
121:15 130:12
133:6 166:25 167:1
171:1 182:23,25
186:22 191:11
193:15,16,19
210:12,22,25
212:17 216:17
218:10 225:16
**analyze (4)**
55:7 109:4 209:20
227:23
**analyzed (7)**
40:20 55:3 103:4
120:12 129:11
226:22 250:23
**analyzing (7)**
39:1 52:16 53:8,14
54:20,25 165:2
**andrus (3)**
6:3 12:4,8
**angeles (1)**
262:2
**angle (1)**
210:11
**animal (33)**
10:9 16:24 17:2,3,5,9
17:12,15,17,19,22
18:11,12 55:22 57:3
57:13 62:16 63:1,6
63:14,22 66:20 75:7

219:9 220:13 221:7
221:13 222:11
223:1 224:12,13
226:12 232:8
**animals (2)**
219:23 230:18
**annex (1)**
226:13
**annual (1)**
160:16
**answer (89)**
9:21 11:5,6 17:7
18:15,20,22,24
21:22 23:19,25
25:19,22 26:14
31:12 38:19 39:5,10
39:13,20 41:9 45:8
46:1,7,16 47:17
48:7 49:3,16,22,23
51:14,23 52:8 53:24
56:15 71:5,15,24
72:1 75:17 92:22
97:6,15 98:5 103:8
104:5 105:15 106:5
106:17 111:20
130:11,19 131:4,15
132:1 136:3 149:7
162:10 166:1,16
169:11,12,16,17
187:14 189:5,6,9
197:19 198:13,21
199:15,20 200:18
201:4,10,19 202:1,4
204:16 218:17,24
221:12 231:13
240:3 243:1 244:22
260:15
**answered (81)**
14:13 16:16 17:6
18:19 21:20 22:14
23:19,24 24:18,24
39:19 41:8 45:25
46:6,15 47:16 48:1
48:16 49:2,21 51:13
51:22 52:7 53:23
54:13,21 55:10
56:14 71:4,14,23,25
75:16 92:21 97:5,14
98:4,12 104:4,5
105:14 106:4,5,16
107:12 130:10
131:3,14,25 132:7
136:2 149:6 156:18
162:9,24 166:15
189:4 197:18
198:12,20 199:3,14

199:19 200:5,16
201:3,9,18,25
204:15 205:24
211:11 212:19
218:23 221:11
231:12 237:5 239:3
243:10 244:21
247:8
**answers (3)**
38:4 137:7,12
**anybody (3)**
152:15 227:22,23
**anymore (3)**
60:9 156:7 212:23
**anyway (2)**
109:20 119:5
**apologize (2)**
28:12 167:19
**apparent (1)**
143:22
**apparently (3)**
141:20 160:16 161:13
**appear (1)**
220:20
**appearances (1)**
6:1
**appeared (1)**
80:9
**appearing (1)**
188:13
**appears (2)**
108:6 252:10
**appended (1)**
262:19
**application (3)**
18:9 252:23 253:8
**applicator (1)**
196:18
**applicators (2)**
200:7 205:16
**applied (8)**
62:18,19,22 68:9
223:8,9 251:20
252:15
**applies (1)**
63:20
**apply (3)**
68:4 176:4 190:4
**applying (1)**
16:14
**apportioned (1)**
53:3
**appraisal (1)**
101:4
**approach (6)**
81:19 82:15 87:14

165:2 210:3 229:20
**approaches (2)**
115:13 209:19
**appropriate (5)**
43:8 152:22 167:22
175:2,20
**approved (2)**
161:23 164:9
**approximately (5)**
7:14 142:15 171:19
258:21,24
**april (9)**
13:6,7,12,17 58:9
174:9,15 195:25
203:10
**arbitrary (3)**
55:23 77:13 189:21
**area (5)**
18:17 102:21 233:5,9
253:2
**areas (6)**
251:19 252:14 253:25
254:17 255:5,11
**arent (6)**
85:11 125:10 135:22
161:7 178:13 247:3
**argue (2)**
52:3 256:3
**article (30)**
3:17,19 4:15,17,19,24
5:1,3 18:10 22:18
22:22 34:12 44:14
44:16 46:11,20,22
47:1 58:2,19 86:7
90:1 165:16 181:2
186:1 195:20
226:13 232:15
248:21 251:25
**articles (9)**
14:6 30:19 44:17
49:12 50:14,19 86:8
176:8 227:2
**asbestos (4)**
256:21,22,24,25
**aside (1)**
111:9
**asked (89)**
14:13 16:16 17:6
18:19 21:20 22:14
23:18,24 24:18,24
39:19 41:8 42:13
44:24 45:25 46:6,15
47:16 48:1,10,16
49:2,21 51:13,22
52:7 53:23 54:13,21
55:10 56:14 71:4,14

71:23 75:16 92:21
97:5,14 98:4,12
104:4 105:14 106:4
106:16 107:12
113:10 130:10
131:3,14,25 132:7
136:2 149:6 156:18
162:9,24 166:15
171:15 189:4
197:18 198:12,20
199:3,14,19 200:5
200:16 201:3,9,18
201:25 203:1,7
204:15 205:24
211:11 212:19
218:23 221:11
231:12 237:5 239:3
243:10 244:21
247:8 256:2,16
258:13 259:18
**asking (14)**
26:3,4 42:10 72:12
83:9 128:4 130:4
131:9 132:5 147:6
158:21 161:19
201:5 213:7
**aspects (4)**
23:9 24:10 59:23 61:4
**assay (6)**
232:22 242:24 244:5
245:17 247:1
249:15
**assays (6)**
243:3,13,14 246:18
247:19,21
**assemble (1)**
31:1
**assess (2)**
126:3 211:7
**assessed (3)**
203:9,11 249:22
**assessing (2)**
212:14 230:21
**assessment (13)**
19:14,17,21,22,24
20:4,5,10 67:1 92:2
200:15 201:17
211:12
**assessments (3)**
23:3,16 24:4
**assist (1)**
17:23
**assistant (1)**
36:11
**assisted (1)**
14:24

71:23 75:15 92:21
97:5,14 98:4,12
104:4 105:14 106:4
106:16 107:12
113:10 130:10
131:3,14,25 132:7
136:2 149:6 156:18
162:9,24 166:15
171:15 189:4
197:18 198:12,20
199:3,14,19 200:5
200:16 201:3,9,18
201:25 203:1,7
204:15 205:24
211:11 212:19
218:23 221:11
231:12 237:5 239:3
243:10 244:21
247:8 256:2,16
258:13 259:18
**associated (21)**
19:25 61:8,10 74:1
82:6,7 87:12 90:11
109:25 118:1 139:4
149:2 156:24 157:3
157:12 158:11
179:7 250:15
251:19 252:9,14
**association (44)**
3:20 7:18 59:20,23
61:4,15,17,25 62:5
62:11,12,25 63:7,13
63:21 65:22 66:10
67:12 68:13,15,21
71:2,13,21 72:7,15
74:24 75:15 89:11
89:13 107:1,10
118:19 119:14
140:6,22 154:2
185:16 191:6,10
206:22 252:24
253:12,18
**associations (24)**
40:9,10 72:17,24,25
76:1 89:20 99:10
100:12,14 140:15
144:10 153:22
181:11 207:19
208:11 209:2,3,10
219:18,24 220:10
220:12 221:2
**assume (4)**
96:8 105:16 116:2
129:24
**assumed (6)**
46:8 55:12 117:22,24
156:21 210:7
**assuming (4)**
72:18 92:1 103:5
234:8
**assumptions (1)**
64:14
**asterisk (3)**
113:6 114:22,23
**attached (4)**
124:22 167:17 170:25
171:5
**attaching (2)**
160:6 168:10
**attempt (1)**
83:2
**attention (1)**
203:18
**attenuated (3)**
140:16 142:1 161:7
**attributable (1)**

89:5
**attribute (4)**
59:22 62:6 64:2,7
**attributed (1)**
150:21
**august (6)**
12:8,9 152:2 153:6,11
161:18
**austin (1)**
58:19
**author (3)**
28:2 30:20 162:2
**authors (7)**
27:24 28:3,7 88:12
93:24 215:1 255:6
**autoimmune (1)**
177:22
**automatically (1)**
35:18
**available (25)**
30:25 31:4 32:12 33:5
34:4 40:23 41:11
63:2,3 70:11 164:22
165:5 176:1 224:11
224:12,23,24,25
227:22,23 228:18
228:22 229:8 259:4
259:16
**average (3)**
187:4 198:18 205:15
**aware (2)**
113:18 176:7

_____

**B**

**b (14)**
3:8 83:24,24,25 84:11
84:11,12,12,12
90:14,19 91:6 126:9
126:18
**back (36)**
11:25 13:10 30:11
35:24 37:3,13,16
45:14 58:4,24 73:10
85:25 95:1 107:25
124:21 128:25
137:23 146:12
150:13 155:14,21
158:4 163:10,17,21
167:10 174:1
184:10 196:7
198:15,15 202:13
217:9 230:8 254:11
256:9
**background (2)**
42:22 234:18
**backs (1)**

35:18
**backup (1)**
37:2
**backward (1)**
96:11
**backwards (1)**
96:13
**bacterial (1)**
178:1
**badger (1)**
200:17
**badgering (3)**
48:2,5 49:3
**based (23)**
10:7 33:16 51:6 64:14
67:4 74:18,21 77:15
79:14 81:18 82:5
96:7 100:13,15
130:4,5,20 196:14
201:8 227:1 228:9
229:16 249:2
**bases (2)**
174:24,25
**basic (1)**
218:7
**basically (4)**
69:22 115:2 217:8,9
**basing (3)**
154:7 210:4,5
**basis (2)**
70:5 252:5
**bcell (9)**
76:19 82:16,17,23,24
83:10,19 144:18
207:22
**beane (1)**
28:2
**beate (1)**
34:4
**began (3)**
177:2 179:25 210:10
**beginning (5)**
86:24 95:2 128:23
167:11 230:9
**behalf (9)**
8:8 21:9,12,19 22:2
22:11 36:11 176:17
176:18
**believe (20)**
9:1 14:20 20:12 23:1
52:4 60:18 68:15
75:12,18 81:2 117:3
117:25 120:16,18
128:18 153:25
167:20 176:3
237:14,18

**benzene (1)**
178:20
**best (23)**
11:5,6 55:25 56:4,5,5
56:6,12,21 70:2,9
70:10,14 117:10
122:5 148:16,25
149:5 162:11 190:2
202:2 221:25 222:5
**beta (1)**
118:17
**better (23)**
91:11,19,21 92:19
102:1 109:15 118:4
148:9,10,11 177:6,7
177:13,14 189:7,8
190:3,7 204:17
205:4,4,20 229:20
**beyond (4)**
59:21 62:6 64:2,6
**bias (11)**
61:22 65:20 67:16
68:23 69:2,13 70:3
183:24 184:2
209:23 212:14
**biases (2)**
15:16 66:7
**bigger (2)**
109:4 123:2
**biggest (4)**
84:13 148:20 174:11
174:11
**bill (1)**
174:11
**billing (1)**
174:9
**billings (1)**
174:8
**bills (3)**
3:12 12:18 58:10
**binder (1)**
42:11
**biological (1)**
24:10
**biology (1)**
4:25
**biomarkers (2)**
4:2 86:3
**biostatisticians (1)**
229:1
**biostatistics (1)**
14:17
**birthday (1)**
173:20
**bit (5)**
17:3 107:18 189:20

253:3,3
**blair (31)**
28:1 29:13 34:6 52:11
53:6,18 54:4,12,17
118:10 134:16
152:2,8 153:11
154:25 155:7,11,14
155:19 156:15
159:23 164:11
166:8 167:17
170:22,25 171:4,8
203:5 216:22 225:6
**blairs (1)**
214:25
**blinded (4)**
245:18 246:1,4,6
**blisters (1)**
236:9
**blood (8)**
232:22 242:1,2,4,10
242:15,22 249:2
**blurred (1)**
236:8
**bmnn (6)**
252:18,25 253:6,13
253:20,20
**board (3)**
13:19,21 17:25
**bodies (1)**
240:12
**body (11)**
30:22 57:2 71:8
237:24 239:12,17
240:6,11 241:14
244:14 248:16
**bold (1)**
94:13
**bolded (7)**
93:14 95:11 101:19
101:21,22,24 113:4
**bolognesi (3)**
231:23 250:10 251:16
**book (2)**
30:19 32:3
**books (2)**
30:19 32:3
**border (5)**
232:24 233:1 236:2
248:6 249:4
**bordering (1)**
48:2
**borderline (3)**
74:7,14 141:6
**boston (4)**
14:3,12,18 24:21
**bottom (3)**

93:25 153:6 161:4
**bound (2)**
174:1 188:17
**bradford (11)**
58:19,20 59:1,9 61:7
62:8 63:12,20 72:13
221:5 222:10
**brazil (5)**
28:10 31:7 124:15
152:4 165:10
**break (13)**
11:17 57:22 85:21
107:20 137:16
182:10 202:6,9
229:24 254:14
256:4 260:14,17
**breakdown (1)**
258:18
**breaking (1)**
207:7
**breathing (1)**
236:9
**brief (9)**
11:24 85:24 94:25
137:22 167:9
202:12 230:7
254:10 256:8
**briefing (1)**
159:17
**briefly (2)**
77:11 79:23
**broad (2)**
81:20 178:6
**broadest (1)**
87:24
**broken (2)**
84:21 207:16
**brought (2)**
42:5 220:25
**bunch (4)**
11:15 89:10,11 90:21
**burdensome (1)**
32:15
**burmeister (2)**
118:10,11
**burning (1)**
236:8

_____

**C**

**c (3)**
47:22 48:11 178:1
**calculated (2)**
135:8 147:18
**california (7)**
1:2 2:11 7:1,9,13
262:1,4

**call (5)**
60:16,17,21 175:21
176:14
**called (10)**
8:8 39:6 44:9 119:22
126:7,9 168:10
178:19 190:19
232:22
**calling (1)**
157:18
**calls (1)**
218:15
**camera (1)**
19:19
**canada (2)**
28:3 39:2
**canadian (3)**
122:16 161:1 164:15
**cancer (36)**
4:1,16 52:16 53:9
56:1,13,22 67:14
68:14 74:24 78:24
86:2 90:22 91:18,18
115:19 126:14
128:19 136:20
177:21 186:8,9
190:15,25 191:6
198:10,11 200:24
201:17 238:16
239:2,8 241:4
249:18 251:5,8
**cancers (8)**
151:6,11 186:14
189:3 200:15 203:9
219:22 245:2
**cant (19)**
27:25 28:4 80:11 96:8
116:25 130:19
145:14 161:11
164:18 170:8
172:25 189:8
212:23 228:22,23
248:14 255:13
259:14,25
**cantor (10)**
108:10,25 109:23
111:3,11 118:10
122:20 160:6 161:3
161:3
**capture (1)**
210:11
**captures (1)**
133:17
**carcinogenesis (2)**
18:12 230:14
**carcinogenic (1)**

241:15
**carcinogenicity (3)**
20:9 67:11 219:12
**care (6)**
59:22 60:14 62:6 64:2
64:6 238:12
**career (6)**
9:2 14:8 17:3,18
20:18
**carefully (1)**
50:13
**carolyn (4)**
46:22 47:13 48:25
49:9
**carry (1)**
245:1
**case (18)**
1:7 7:7,10 21:25
22:20 32:20 106:24
122:16 129:18
161:14 165:20,22
192:4 198:8 206:20
227:24 246:21
263:1
**cases (29)**
21:18 22:1,10 84:15
87:6 99:17 100:6,7
109:7 111:4,12,16
111:16,17 141:2
166:2,5 180:16
187:18 188:12,14
200:10 205:8
206:15 211:17,25
232:10 234:24
256:23
**catchup (1)**
174:5
**categories (3)**
69:22 87:24 178:6
**category (6)**
55:16 134:4 179:15
184:15 230:20
234:10
**causal (19)**
23:3,16 24:4 61:17
65:21 66:9 67:14
68:18,20 71:2,13,21
72:7,18,24,25 74:23
75:15 78:15
**causation (8)**
3:21 59:25 61:6,21
65:5 72:15 126:3
166:6
**cause (19)**
19:24 45:24 53:9
81:10 93:17 189:1

191:18 211:18
230:22 236:21,22
237:15 238:25
239:7 241:1,4
249:19 251:8 257:1
**caused (5)**
86:15 180:1 237:11
238:6 244:6
**causes (15)**
51:11,20 52:4,16
136:19 151:6,11
177:18 178:8
179:11 180:19
237:21 238:2 251:1
256:24
**causing (2)**
61:10 177:5
**caution (4)**
104:15,24 106:1,11
**cell (9)**
222:12 239:12,17,25
240:8,12,18 241:1
244:24
**cells (11)**
230:25 231:1 232:11
240:19 241:2,15
244:23,25 245:3,5
245:11
**cellular (1)**
222:13
**center (2)**
44:9 45:14
**certain (7)**
19:25 80:4 83:23
177:22,23 178:1,9
**certainly (10)**
15:2 74:20 89:16
93:16 94:5 97:7
99:13 106:24
174:24 198:8
**certainty (1)**
64:25
**certification (1)**
17:25
**certified (5)**
2:11 8:9 13:19,21
262:3
**certify (2)**
262:5,20
**cetera (10)**
32:3 59:3 176:13
191:2 220:15
233:10 234:18
242:18 250:2 255:7
**chadi (1)**
34:5

**chain (1)**
249:13
**chance (24)**
47:3 59:22 61:23 62:7
64:3,7 65:1,1,3,9,12
66:4,5 67:16 68:23
69:2,12 89:6,12,14
99:11 110:18 220:4
220:11
**change (6)**
92:18 94:19 172:7
176:9,10 260:6
**changed (2)**
81:2 144:6
**changes (9)**
40:21 157:14 163:10
163:17 172:11
237:17 241:1,6
262:18
**changing (2)**
180:19 217:22
**characteristic (1)**
234:12
**characteristics (2)**
233:17 234:8
**charles (1)**
34:5
**chart (3)**
77:4,5 91:23 132:12
**check (1)**
167:5
**chemical (8)**
19:23 87:18,25 88:24
164:10 200:21,22
200:24
**chemicals (4)**
99:5 141:24 178:2
231:25
**choice (1)**
15:14
**chose (6)**
40:10 77:11 91:22
96:15 101:12 225:9
**chosen (1)**
225:8
**chris (4)**
155:19 156:15 162:22
166:22
**christopher (3)**
29:16 34:4 161:19
**chromosomal (4)**
249:8,11,19 250:23
**chromosomes (2)**
249:25 251:4
**chronic (2)**
238:1,2

**circulated (2)**
152:5 157:13
**circulating (1)**
155:3
**circulation (1)**
240:18
**circumstances (1)**
255:18
**citation (8)**
43:12,14,16 47:14,21
50:1,2,2
**citations (3)**
168:18 175:4,8
**cite (5)**
46:11 48:11,15
248:17 251:17
**cited (3)**
47:1 95:12 250:11
**city (2)**
35:12,16
**civil (1)**
174:22
**claim (3)**
136:18 144:9 176:2
**clarification (1)**
9:18
**clarify (1)**
263:5
**class (3)**
87:11,14 94:2
**classes (3)**
56:10 87:18,24
**clear (7)**
83:8,9,13 103:9
130:12 143:12
229:3
**clearcut (3)**
59:21 62:5 64:1
**clearly (2)**
94:1 104:7
**clinical (6)**
18:6 19:2,11 20:19
24:10 236:21
**clips (1)**
42:11
**close (2)**
43:13 67:2
**closely (1)**
20:17
**closing (1)**
221:4
**cloud (1)**
37:4
**cluster (1)**
81:19
**coauthor (5)**

28:1 30:20 78:25
136:25 170:21
**coauthors (8)**
27:20,23 28:1 79:1
108:15 138:11
152:6 158:14
**cocco (1)**
112:14
**codes (1)**
263:4
**coefficients (2)**
118:17 139:1
**coffee (1)**
230:1
**cohens (1)**
139:2
**cohort (13)**
186:19 190:1 191:4
192:3 193:9,9 197:1
200:7 205:7,14
215:25 216:2,3
**collaborate (2)**
15:1,3
**colleagues (1)**
100:20
**collected (11)**
15:10 26:11 87:23
88:3 196:14,15
242:2,4,10 246:10
246:14
**collection (3)**
26:9 197:12 214:4
**collects (1)**
188:22
**colorado (1)**
6:6
**columbia (1)**
250:9
**columbian (4)**
232:24 243:22 248:6
249:4
**column (18)**
58:23 59:4 87:20
88:22 90:14 91:5,6
92:12 93:25 120:2
126:7,12,24 132:13
134:6,7 236:5
253:17
**columns (1)**
129:2
**combination (1)**
78:8
**combine (1)**
148:5
**combined (1)**
217:23

**come (8)**
29:6 72:3 101:3
103:25 158:19
171:5 190:23
210:21
**comet (9)**
232:22 242:24 243:3
244:5 245:17
246:18,25 247:19
247:21
**coming (2)**
152:10 155:22
**comment (9)**
83:5,15 90:6 113:7
145:14 220:22
221:4,14 247:16
**commented (1)**
157:14
**commenting (1)**
158:13
**commissioner (3)**
162:18 166:21 170:20
**committee (1)**
176:18
**common (5)**
79:17 117:22 151:22
151:22 239:21
**commonly (4)**
61:16 64:15 150:10
179:7
**communicated (2)**
35:1 155:11
**communication (1)**
155:13
**communications (19)**
33:25 34:1,9,11,15,18
34:23 35:24,25 36:4
37:22,24 38:11
155:19,20 169:8,18
171:12,19
**company (2)**
228:25,25
**comparable (1)**
112:13
**compare (1)**
213:19
**compared (6)**
111:17 127:24 129:7
142:1 193:13,21
**comparing (2)**
109:12 232:24
**comparison (1)**
56:10
**comparisons (5)**
89:4 110:9,9,10,12
**compensate (1)**

240:7
**compile (1)**
223:5
**complaining (1)**
236:2
**complaints (1)**
236:21
**complete (2)**
117:5 255:23
**completion (1)**
262:16
**complicated (1)**
66:1
**complicating (1)**
110:18
**component (1)**
243:23
**compounds (5)**
87:19,25 88:8 248:6
249:3
**computer (15)**
34:14,16 36:15,21
37:4 146:22 147:1
156:7,14 158:24
163:13,16,20,24
164:2
**concept (1)**
74:5
**concepts (1)**
81:1
**concern (4)**
131:12 135:2 137:3
205:15
**concerned (3)**
27:6 131:1 164:19
**concerns (1)**
136:25
**concluded (1)**
251:18
**concludes (1)**
260:24
**conclusion (18)**
51:25 52:1,1,6 57:15
66:19,20,21 72:3
84:5 104:1 191:18
249:7 250:19
251:21,23 252:5,6
**conclusions (11)**
40:4 50:9 51:2,3,10
51:18 52:9 55:8
66:17 67:5 105:19
**concommonly (1)**
242:12
**condition (2)**
27:8 80:22
**conditions (1)**

80:22
**conducted (1)**
250:9
**conducting (1)**
89:4
**conferences (1)**
124:4
**confidence (18)**
64:13,15,16,21,24,24
65:10 67:17 68:24
69:3,14,21 89:18
93:13 113:2 120:25
126:8,9
**confidential (13)**
26:16 38:21 147:3,4
157:23 158:3,3,6,10
158:17,19 159:7,11
**confidentiality (1)**
27:2
**confirm (1)**
258:9
**conform (1)**
263:6
**confound (1)**
138:18
**confounded (1)**
139:13
**confounder (3)**
93:16,20 208:16
**confounders (11)**
15:23,25 16:8,13,22
100:21 115:21
138:24 139:5,10,17
**confounding (13)**
61:22 65:19 66:8
67:16 68:23 69:2,13
70:3 94:5,8,9,10
140:23
**confused (1)**
160:3
**confusing (1)**
253:4
**connection (1)**
259:5
**consecutive (1)**
95:22
**consequence (1)**
89:3
**consider (19)**
13:23 21:2 39:17 40:4
40:11 59:24 61:5
68:20 157:23
164:23 173:9
177:17 178:7,15,23
179:10,16 220:18
234:11

**consideration (4)**
116:11 153:12 200:13
200:14
**considered (24)**
28:23 39:24 62:8
67:15 68:19 73:20
89:3 115:18 135:3,5
137:4 139:12,16
158:5,19 164:17
171:24 194:3
216:17 227:16,19
227:20,21 255:1
**consisted (1)**
233:7
**consistency (3)**
59:2 222:9 227:9
**consistent (10)**
78:14 81:23 129:16
150:17 220:12,13
220:14 221:8
252:22 253:7
**consolidated (2)**
169:1 172:21
**constellation (2)**
151:5,10
**constituted (1)**
103:23
**construct (1)**
91:3
**consultant (1)**
18:13
**consulting (2)**
25:12 166:10
**contact (3)**
252:24 253:13,19
**contained (1)**
109:11
**containing (2)**
248:5 249:3
**content (2)**
158:22 260:13
**context (3)**
8:24 9:12 83:11
**continued (1)**
210:7
**continuing (1)**
26:18
**contradict (1)**
253:3
**contradicted (1)**
253:2
**contrary (1)**
258:10
**contrast (2)**
116:3 213:23
**contribute (2)**

164:24 218:4
**contributed (1)**
198:6
**contributions (1)**
85:17
**control (13)**
15:15 103:1 106:20
115:18 117:4
122:16 144:12
161:6 232:25 233:7
235:5,22,23
**controlled (21)**
76:3 102:1 104:2
105:23 106:13
107:2,11 114:1,6,11
120:20 140:22
182:15,21 184:7
185:9,19 191:12
192:4 233:3 246:19
**controls (11)**
87:6 122:5 211:17,25
233:18 234:24
235:17 236:11
242:3 243:7,9
**convenient (1)**
57:22
**convention (4)**
41:18,19 69:5,6
**conversation (1)**
156:9
**conversations (2)**
41:2 158:9
**convince (1)**
131:7
**convincing (5)**
55:25 56:12,21 75:18
161:5
**copa (1)**
253:23
**copied (2)**
34:24 156:17
**copy (10)**
12:20 30:4,18 31:6
33:1 138:3 147:3
203:2,7 252:4
**correct (263)**
8:16,17 9:18,22 11:7
12:5,9,23 13:11,14
14:10,14,20 15:5,12
15:18,20 16:1,9,14
16:25 17:14,19
19:14 20:5,10,15
22:22,24 23:4 25:4
32:22,24 37:18
39:18,21 46:14
47:15,25 49:1 50:3

51:21 52:12 56:13
58:11,16 60:22 64:7
64:10 65:5,7 66:13
66:21,23 68:16,21
74:24 75:4 79:4,19
81:23 90:5 92:6,12
93:6,11 95:17,19
96:9 97:13,22 98:13
99:5,19 102:25
103:2 104:16
106:23 108:7,11
110:2 113:3,8,18,19
114:2,7 115:24
119:14 120:11,21
120:25 121:1,3,4,8
121:23,24 124:15
124:22 125:21
126:3,16,22,25
127:1,16,21 129:4,5
130:9 133:4,24
134:1,7,8,14,25
135:9,15,20,22
136:1,4,8,20,22
138:13 139:9,10
140:24 141:7 142:2
142:8,9 143:16,25
145:11 146:15,16
147:19,22,25 148:6
148:7 150:24
152:10 153:13,23
154:4 158:1,15
160:8,9 161:8,21
162:19 164:12
165:17,20,21 167:2
177:2,8 180:3,5,16
181:16 182:4,8,12
182:24 183:1,2
185:4,6,11,20 186:5
186:6 187:23 188:3
190:17,21 191:15
191:19,20,25
192:23 193:1,2
194:4 196:3,16
197:4,8 199:2 200:4
200:13 201:17
203:16,17 205:16
206:9,16,18,24,25
207:2,8,17,20,21
208:1,11 209:1,3,5
209:11,12 217:16
220:15 229:1,17
233:18 234:25
236:3,9,10,13 238:6
239:14,18,20
240:13,14,20
242:13,14,18,24

243:19 246:11
248:6 249:9,10,21
250:3,13,16 252:11
252:15,25 253:8
257:4,22,24 258:5,7
258:9 259:12,12
263:7
**corrected (1)**
167:19
**corrections (1)**
163:9
**correctly (8)**
12:22 60:3 108:13
116:5 138:8,20
150:22 151:16
**correlate (3)**
104:16,25 106:12
**correlated (3)**
138:23,25 139:14
**correlates (1)**
150:4
**correlation (2)**
83:23 106:2
**corresponded (1)**
162:6
**correspondence (1)**
30:21
**corresponding (1)**
124:5
**cosignature (2)**
162:14,16
**cosmoflux (3)**
243:19,21,25
**cost (1)**
175:11
**couldnt (9)**
21:21 166:23 172:23
172:24 189:25
190:8,9 204:4
257:20
**counsel (8)**
7:19 30:7 44:19 57:21
159:5,19 173:9
176:16
**counsels (3)**
175:7,11 259:23
**count (1)**
78:2
**counted (2)**
125:25 126:1
**country (1)**
175:6
**county (1)**
262:2
**couple (5)**
92:15 162:17 186:11

222:14 245:4
**course (12)**
9:2 14:2,8,12,18 24:9
24:21 133:22
175:24 211:4 235:7
255:21
**court (7)**
1:1 7:8,17 8:5,24
164:18 245:24
**courtyard (2)**
2:10 7:11
**covariate (2)**
129:12 131:17
**covariates (3)**
116:11 117:15 118:18
**cover (3)**
26:3 168:4,5
**cox (3)**
3:17 43:25 46:22 47:1
47:13,22 48:11,25
49:9
**created (3)**
9:2 91:22 212:7
**credible (4)**
67:15 68:19,20 70:15
**criteria (16)**
58:20 59:1,2,10 60:1
60:6,16,17,19,22
62:15,18 67:5,8,10
222:10
**critical (1)**
214:23
**criticism (7)**
194:13 201:16 205:2
209:15 210:8
212:13 214:8
**criticisms (13)**
193:3,6,12,20 194:8
194:15 209:13
210:18,20,21 213:7
257:25 258:3
**critique (1)**
211:9
**critiques (1)**
186:11
**critiquing (1)**
38:15
**crops (1)**
235:9
**crossexamination (1)**
175:2
**crude (2)**
126:5 191:11
**crudely (1)**
117:15
**csr (2)**

1:24 262:25
**cultivating (1)**
235:9
**cumulative (2)**
192:7,25
**curious (1)**
162:2
**current (3)**
144:9 146:17 213:13
**currently (2)**
26:10 28:16
**cut (2)**
26:2 209:7
**cv (1)**
19:8

**D**

**d (6)**
1:15 2:9 3:1,4 8:7
263:3
**daily (1)**
235:8
**damage (15)**
238:5,15,25 244:6,10
244:12,16,19
249:19,20,24,25
250:1 251:12 252:9
**damaged (2)**
240:18 245:11
**data (225)**
10:9,10,10 15:10,13
15:16,17,25 16:9,9
16:13,14 25:24,25
26:9,11,12,18,21
27:13 28:9 33:17
36:16 37:3 38:13,24
38:24 39:1 40:19
41:11,23 53:14
54:25 55:3,8,25
56:3,9,12,17,21
57:10,12,14 61:22
62:12,16,17 63:1,2
63:6,14 64:15 65:11
66:21 69:6,14,21,24
70:13,13 72:14,19
75:14,18 77:16,17
78:3 79:25 80:4,12
81:8 84:4,23 87:23
88:3 89:10 99:3,11
100:13,15 108:21
109:3 113:16,24
119:23,24 120:12
123:2,6 127:3 129:8
129:21,23 130:7,9
130:20,22 131:12

131:13,21 132:2,6,8
134:17,18 135:18
139:10,13 140:11
141:18,21 144:4
145:9,12,19 146:10
146:15 147:12
148:9 149:21 150:3
150:24 151:18
154:15 164:11,16
164:20,21,23 165:1
165:3,5,6,7 179:2,3
179:3,12 181:23
186:22 187:9
193:19 196:1,12
197:11,14,21 199:1
202:19 203:11
204:20 205:21,21
206:2,5,12,22,23
207:20 208:9,11,22
209:3,8,11,14,21
210:4,4,5,5,6,14,14
210:15 214:1,4,18
215:17,21,24
216:16,18,24 217:5
217:9,12,13,22,23
218:3,7,13 219:2
224:12,13,19,20
225:7 226:12,21,23
227:13,15,18,22
228:3,5,8,14,24
229:4,7,17 246:10
246:12 252:9 258:4
259:3
**database (1)**
38:7
**date (11)**
7:13 12:7 13:7 37:17
58:9 133:1 138:4
169:18 171:18,20
263:2
**dated (2)**
142:14 152:2
**dates (1)**
96:15
**daughters (1)**
173:20
**david (1)**
6:18
**day (12)**
53:20 55:7 169:20,20
173:19,19 175:4
239:17 240:1
259:19,20 262:23
**days (54)**
12:19 52:15 53:8 93:2
93:4 95:15,25 96:18

96:18 97:1,3 132:18
132:19,24 133:6,10
133:10,17 134:5
143:17,18 144:16
145:25 147:18,23
148:4 149:23
154:16 182:1,3
184:17,19,20 185:3
192:1,7,13,15,16,20
192:21,25 193:1
206:7,8 207:5,10,14
207:15 208:7,8
217:24 258:19,23
**dc (1)**
6:13
**de (34)**
4:4 25:16 76:11 77:4
77:15 78:2 107:18
108:2,5,15,24 110:4
113:1,14,23 118:9
122:15,19,23
185:22 190:18
191:21 193:3
195:14 196:21
197:9 198:9 203:9
205:7,21 217:7,14
217:18,25
**dead (1)**
102:24
**deal (4)**
32:17 209:20 237:24
255:10
**dealing (1)**
55:5
**dealt (1)**
240:10
**debate (1)**
128:12
**decade (1)**
44:8
**december (2)**
203:10,12
**decide (1)**
87:1
**decided (3)**
77:17,18 210:1
**deciding (2)**
59:24 61:5
**decision (3)**
34:13 55:23 77:13
**decisions (3)**
16:18 74:17 229:16
**declaratory (2)**
43:4,5
**declare (1)**
87:3

**decrease (4)**
128:13 150:17 193:15
193:16
**decreased (2)**
128:18 131:24
**dedicated (1)**
45:24
**default (1)**
254:15
**defect (1)**
245:5
**defendant (2)**
21:18 22:1
**defendants (7)**
8:8 21:14 22:10
256:17,21 257:3,4
**defense (1)**
259:20
**defined (2)**
117:16 139:1
**definitely (1)**
143:1
**definition (4)**
67:19,24 68:1,4
**degree (3)**
69:20 234:6 237:20
**delete (3)**
78:2 159:1 176:12
**deleted (2)**
36:10,10
**demand (1)**
146:6
**demographic (4)**
233:17 234:7,11,23
**demonstrate (1)**
213:17
**demonstrated (1)**
68:16
**dennis (13)**
1:15 2:9 3:4 7:6 8:7
8:19 30:6 94:23
95:3 230:6,10
260:25 263:3
**depend (1)**
245:13
**depending (6)**
53:3 57:8,10 96:13
187:15 188:10
**depends (5)**
53:4 56:16 135:3
187:16 235:23
**deponent (1)**
262:18
**deposing (1)**
9:16
**deposition (61)**

1:15 2:9 3:14 7:6,11
8:20 9:12 10:2,3,17
10:21 12:18 29:23
30:5 52:11,18 53:11
53:23 54:22 70:20
70:23 73:6,16,24
74:4 94:23 95:3
134:17 155:6,18
167:12,18 170:23
170:25 171:4,8,9
175:4,7,11,15,16
215:1,8,16 216:23
223:6,15,17,19,22
223:25 224:4 230:6
230:10 254:15
255:23 260:18
262:7,16 263:2
**depositions (6)**
8:24 21:8 195:12
203:1,6 225:5
**describe (4)**
86:21 88:12 230:15
248:16
**described (1)**
10:16
**describes (1)**
59:9
**description (6)**
3:10 117:14 141:17
141:21 150:24
151:18
**design (6)**
14:21,25 15:4 87:5,8
190:1
**designed (3)**
65:19 86:14 109:23
**designing (1)**
79:9
**despite (1)**
214:7
**detailed (4)**
90:23 116:13 211:2
222:16
**details (3)**
225:22 233:6 234:9
**detect (5)**
100:6 186:13 187:2
244:6,11
**detected (1)**
249:20
**detection (3)**
247:18,20,24
**determination (1)**
19:22
**determine (1)**
78:15

**determined (1)**
31:3
**develop (3)**
20:2 198:11 245:2
**developed (2)**
199:10 200:24
**developing (1)**
198:10
**development (1)**
219:14
**devoted (1)**
79:17
**diagnosis (1)**
199:11
**diarrhea (2)**
236:6,20
**dicamba (5)**
126:20 139:6 140:18
141:25 150:19
**didnt (54)**
32:18 44:12 45:22,23
46:2,19 53:20 55:21
69:23 77:5 92:1,3
92:18 103:1 106:20
113:17 116:10
125:1 130:15 143:9
143:12 145:17
148:21 155:13
156:2,7,7 158:4,19
167:18 171:13
173:24 175:17
176:10 194:20
195:5 203:24,24
204:8 214:14
215:16 216:6
223:11,18,21
224:11,12 236:11
246:13 248:16,18
248:18,20 251:14
**die (1)**
240:19
**dies (1)**
240:8
**diesel (1)**
179:12
**differ (1)**
154:2
**differed (1)**
140:8
**difference (8)**
19:20 61:9 83:12
90:13 130:16 170:4
170:11 213:24
**differences (10)**
81:21 91:15 100:7
117:1 166:25

213:17 233:24
234:2,5,16
**different (58)**
16:9 20:1 21:13 23:9
35:4 47:6,7 48:8,10
48:23 49:5 52:20
53:13 61:21 63:8
66:17 78:14 79:9
82:19 83:21 84:5,24
86:13 91:16 92:14
95:25 97:1 101:1
103:4 104:15,24
106:2,11,14 110:12
112:4 114:1 115:1
118:3 120:11 127:5
130:3,23 133:13,14
133:15 135:23
148:22 151:14
165:4 168:22
181:12 200:25
201:2 208:13
214:13 230:15
246:25
**differential (3)**
197:23 211:16,24
**differently (1)**
84:25
**difficult (2)**
213:16,21
**difficulty (1)**
236:8
**diffuse (2)**
76:19 207:22
**direct (8)**
11:4 88:19 155:13
169:10 238:19
252:24 253:13,19
**direction (1)**
148:2
**directions (1)**
100:11
**directly (3)**
155:11 162:6,6
**disagree (8)**
22:7,13,15 68:25
69:12,19 71:11
154:9
**disagreed (2)**
152:12,16
**disappeared (1)**
140:22
**disciplines (5)**
23:10 57:7,8 62:20
63:3
**disclosed (6)**
31:9,10,18 172:9

255:12,15
**disclosure (3)**
174:23,25 175:13
**discuss (7)**
40:18 165:20 166:3
167:22 186:4
220:24 260:13
**discussed (9)**
40:18 86:11 110:8
124:1 164:25
166:20 215:1
219:21 224:17
**discusses (1)**
140:25
**discussing (4)**
87:17 124:21 181:10
215:12
**discussion (4)**
11:11 81:15,18 89:25
**discussions (6)**
15:17 31:13,23 39:11
45:8 260:19
**disease (6)**
3:20 19:24 20:2 81:1
116:19 187:1
**diseases (3)**
17:9 81:6 177:22
**disproportionate (1)**
241:3
**disregarding (1)**
59:18
**distinction (1)**
188:3
**distinctive (2)**
81:3 85:9
**distinguish (1)**
82:22
**distinguished (1)**
82:15
**distinguishing (1)**
82:22
**distribution (2)**
116:3 117:23
**district (4)**
1:1,2 7:8,9
**divide (1)**
244:25
**dizziness (1)**
236:7
**dna (15)**
238:6,15,25 239:16
240:10,11,24 244:6
244:10,12,16,19
249:9,24 251:4
**doctor (5)**
95:6 107:18 138:3

195:23 256:14
**document (15)**
1:10 30:8 43:25 47:18
49:4,5 142:10 147:5
155:17 162:13,16
163:15 175:13,25
255:8
**documents (30)**
31:1,20 32:9,21 33:2
33:18 34:1 37:22,25
40:22 42:8,10 45:12
50:11,17,23,23,23
54:2 55:13 142:11
174:2 175:14
176:13 254:17,17
254:21,23 255:4
256:2
**doesnt (17)**
36:15 39:5 48:5 65:4
104:7 106:12,18
119:23 127:25
128:6 175:21
176:14 235:15
239:23 243:14
246:6 251:13
**doing (13)**
20:19 25:6,11 51:3
55:12 58:13 61:7
79:24 105:10,12
118:3 218:12
226:18
**dont (213)**
9:11,16,20 11:20 13:9
13:23 14:1 16:24
17:4,25 18:15 21:2
22:4,15 25:9 28:22
29:3,6,9,11,12,15
29:18,20 30:16
31:12,22 33:22
35:21 39:10,13,13
40:17 44:6 45:8,10
45:20 46:8,17 47:5
47:5,18 48:3,8 49:7
49:16,23 52:19,22
53:25 54:23 55:11
55:13 56:24 59:12
60:13 65:22 68:7
69:5,9 76:17 78:1
80:6,6 84:10,15
86:23 88:7,9 90:7
91:12,19 94:9
105:13,22 109:6
111:7 121:6,16,16
121:16,17,18 122:4
122:8,9 128:18
129:23 130:12

131:6,16 132:2
134:22 136:18
137:6 139:13
142:17,19 145:5,14
145:14,19 146:7
147:3,7 149:14,15
152:15,15,16,19,22
154:11,11 156:6
158:4 159:3,7,8,12
160:13,21,22
161:14 162:12,25
163:19 164:2,6
167:21 169:12,16
169:17 171:6,6,11
171:20 175:24
176:8,19 177:10,12
177:15 179:5,19
180:11,23 182:13
184:14,14 187:14
189:6 190:3 191:17
195:6,12 197:14,21
198:15 199:21,22
199:25 202:1,3
204:17 209:23
210:11 212:4,5
214:10 215:7,8,10
215:12,14 216:5,9
217:3,13 218:22,25
219:5,5,6 223:20
227:11 234:9,21
237:3 239:20 240:3
241:15 242:15,20
243:1,5,12,15
244:23 245:19,20
246:7 247:15,15,15
247:16,18 253:14
254:20 255:14,22
260:9,15
**dosage (2)**
19:25 207:1
**dosages (1)**
20:1
**dose (8)**
95:13 96:10,19,19
134:4 165:3 191:23
191:23
**doses (1)**
149:11
**double (2)**
78:1 125:5
**doublesided (1)**
125:12
**doubt (1)**
218:4
**dozens (2)**
8:22 219:22

**dr (61)**
4:5 7:6 28:9 30:6 31:7
34:10 52:11 53:6,18
54:4,12,17 59:9
61:7 62:8 70:20,23
70:25 71:11,19 72:5
73:5,12,15,24,25
94:23 95:3 100:20
110:25 111:2 112:5
124:15,20 134:16
152:4 159:10 161:3
161:19 164:8
167:13,17 211:2,4,9
212:17 214:25
216:12,22 223:6
225:6,6 226:20,21
230:6,10 248:4
254:13 257:8,11
260:25
**draft (45)**
4:6,21 27:3,16,19,21
28:11,12 38:15
40:21 41:10 53:14
54:2,8 55:1,2,6
123:24 124:3 127:2
137:25 138:5
142:10,23 146:20
146:23,25 147:4
150:25 158:12
159:12,20 161:13
163:15 167:15,15
170:24 176:4
202:15,18,19
204:20 257:25
258:14 259:7
**drafting (2)**
174:10 257:21
**drafts (22)**
138:10 142:14,18,25
143:3,10 146:4,17
151:19 157:2,8,20
158:3,13,13 161:12
163:8,9 167:23
175:13 255:6 258:3
**dramatic (1)**
214:14
**dramatically (1)**
177:11
**drank (1)**
235:6
**draw (5)**
52:1 189:20,22,25
190:9
**drawn (1)**
242:16
**drill (1)**

9:24
**drilled (1)**
87:23
**drive (3)**
2:10 6:5 7:12
**dropout (1)**
214:7
**dropped (1)**
209:18
**dropping (1)**
210:13
**drops (1)**
253:23
**drugs (1)**
235:6
**due (16)**
61:17,18,20 65:1,3,9
89:13 99:10 101:3
213:2 220:11
236:16 237:3,6,7
239:17
**duly (2)**
8:9 262:7
**duration (17)**
95:17 96:14 132:16
135:12 140:25
141:5,11 145:9,11
145:16,17,24
146:10,14 147:8,15
185:3

———————
**E**
**e (2)**
3:1,8
**earlier (15)**
21:8 24:22 58:7 91:1
98:19 110:8 113:10
117:3 123:24 124:2
155:6 166:20
176:12 223:16
224:10
**earliest (1)**
40:25
**early (6)**
141:21 186:21 187:18
187:21 198:5
249:23
**earned (1)**
58:15
**easiest (1)**
128:24
**eastern (1)**
168:10
**eaten (1)**
240:18
**ecological (3)**

44:2 47:24 48:13
**ecuador (1)**
232:23
**edited (1)**
163:16
**edition (1)**
79:17
**editor (5)**
30:20 46:12,13,14
49:10
**editors (1)**
79:13
**edits (1)**
163:13
**education (1)**
115:20
**ees (1)**
10:8
**effect (5)**
82:18 114:20 117:18
142:8 210:1
**effective (2)**
106:13 203:21
**effects (8)**
44:2 47:24 48:13
101:2,3 116:3
117:21 151:14
**effort (2)**
35:23 190:19
**efs (1)**
170:20
**efsa (6)**
10:8 20:8 50:23
170:21 223:4 227:4
**eight (4)**
99:15 111:25 112:5,9
**either (17)**
15:9 35:17 48:21 61:1
61:2 100:17 121:22
166:22 176:20
182:14 191:11
195:11 223:3 240:7
241:2 244:13
248:12
**electronic (1)**
226:13
**elevated (5)**
74:15 119:9 121:4
150:20 186:8
**elevation (2)**
76:12,14
**eliminate (2)**
70:2,3
**eliminated (2)**
244:13,17
**elyse (2)**

6:11 8:2
**email (33)**
4:9,10,11,12,13,14
35:4,13,14,15,16,18
35:24 36:24 38:10
151:23 152:1,14
153:2,5 154:21
155:7 156:9 160:5
161:15 162:7,25
165:12,15 167:25
168:4,6,8
**emailed (2)**
161:18 166:23
**emailing (1)**
162:7
**emails (41)**
34:13 35:6,6 36:13,20
36:21 37:9,13,14,16
124:20,21 154:25
155:3,12,15,21,23
155:25 156:6,14,24
157:3,12,13,17,19
158:11,12,22,22,23
159:1,8 162:21
166:14 175:12
176:5,13 226:6
255:6
**employ (1)**
101:8
**employed (1)**
115:12
**ends (1)**
119:6
**enlist (1)**
17:21
**enrolled (1)**
199:25
**entered (1)**
253:22
**entirely (4)**
53:4 56:16 74:7
245:13
**entitled (4)**
25:21 43:25 79:1
159:6
**entity (1)**
85:6
**environment (1)**
3:19
**environmental (13)**
4:17,19 5:1,4 56:1,12
56:22 85:13 179:10
186:24,25 191:1
195:24
**epa (7)**
10:8 20:8 50:22 223:3

227:3,21 228:15
**epidemic (1)**
179:24
**epidemiologic (8)**
10:9 55:24 56:11
69:25 75:7 78:14
86:9 190:2
**epidemiological (6)**
16:5 56:20 62:12 67:1
79:14 212:16
**epidemiologist (4)**
13:20,21 118:6 211:5
**epidemiologists (9)**
14:7,24 64:4 85:5
86:25 118:11 126:2
148:14,22
**epidemiology (66)**
4:1 13:22 14:2,6,11
14:22 15:3,4,11,23
24:8,20 25:4,16
55:17 56:3 57:2,2,3
57:6,13 62:9,19,22
62:24,25 63:8,22
66:19 67:12,21
68:16,21 69:1,6,14
70:8,10,10,13 71:1
71:7,8,12,20 73:6
73:16 75:25 85:19
86:2,7,21 87:1
91:24,25 98:20,21
113:13 129:16
187:6,9 188:21,21
203:22 212:23
213:12
**equal (14)**
93:2 95:15 96:17
128:10,11,13 133:9
135:14 139:2,3
143:17,18 182:1
184:19
**equalizes (1)**
91:10
**equally (1)**
57:19
**equipment (1)**
126:16
**equivalent (1)**
128:1
**era (1)**
213:13
**eradication (2)**
252:25 253:19
**eriksson (4)**
76:13 181:5,20
185:10
**errors (1)**

263:7
**especially (2)**
59:23 61:5
**esq (3)**
6:4,10,11
**establish (1)**
64:5
**established (3)**
58:7 91:1 177:19
**estimate (1)**
114:23
**estimated (1)**
174:15
**estimates (5)**
91:25 103:4,22
114:20 142:1
**estimation (1)**
115:14
**et (12)**
32:3 59:2 176:13
191:2 220:15
233:10 234:17
242:18 250:1,10,14
255:7
**ethical (1)**
259:11
**etiologic (3)**
3:22 78:18 79:1
**etiologies (2)**
151:7,12
**etiology (5)**
32:17 33:13 75:10
81:9 180:12
**eu (5)**
161:20 162:4,18
164:9 166:21
**european (4)**
10:8 34:13 164:10
167:1
**evaluate (5)**
69:5 228:18,20,21,22
**evaluated (1)**
139:5
**evaluating (1)**
52:24
**evaluation (4)**
53:19 54:1 224:7
227:20
**event (1)**
262:21
**events (1)**
239:1
**evidence (17)**
55:16 56:11 57:3,4,5
66:18 67:2,11,22
68:3 70:8,10 74:13

178:20 227:6
232:12 237:11
**evidenced (1)**
252:10
**evolution (1)**
216:2
**exactly (6)**
19:9 82:3 91:2 160:21
166:18 215:7
**examination (5)**
3:3 8:13 256:12
262:11,15
**examined (6)**
8:10 27:7 87:3 141:11
141:13 262:6
**example (16)**
29:13 31:6 39:16
63:11,19 88:9 92:10
95:21 158:12
170:19 177:24
217:23 221:25,25
222:6 240:20
**examples (2)**
88:6 179:6
**exceeds (1)**
220:10
**excerpts (2)**
30:19 32:3
**exchange (2)**
163:4,7
**exchanged (2)**
30:21 138:11
**exchanges (2)**
31:5 157:19
**exclude (1)**
155:24
**exert (1)**
151:13
**exhibit (89)**
3:11,12,13,14,15,17
3:19,22 4:1,3,4,5,6
4:9,10,11,12,13,14
4:15,17,19,21,24
5:1,3 11:12 12:3,15
12:18,19 29:23 30:1
30:4 42:2,17 46:22
46:25 48:20,22 58:2
58:18 78:18,23
79:24 81:7 86:2,6
95:9 98:14,16 108:2
108:5 124:7,10
137:25 138:3
145:21 146:2
150:13 151:23
152:1 153:2,5
154:21 161:15

165:12,15 167:15
167:16,25 168:8
181:2,5 185:22,24
186:1 190:18
195:20,23 196:16
202:15,18 232:15
232:17,20 248:21
251:25 252:2
**exhibits (6)**
11:10,15,16 42:14,15
171:5
**exist (2)**
35:24 212:15
**existence (1)**
158:22
**exists (2)**
57:12 67:22
**expect (5)**
99:9 110:10 188:9,12
220:11
**expected (1)**
117:17
**expense (2)**
175:8,12
**experience (11)**
9:16 13:22 18:8,17
20:20 23:1,14 24:9
24:11 226:18,22
**experiment (4)**
65:12 66:6,7,9
**expert (74)**
3:13 9:1 12:20 14:21
15:9,22 16:12 25:2
42:1,3,7,17,18
44:18 47:15,22
49:25 55:17 60:21
77:12 85:20 86:8
91:23 92:25 95:11
95:12 99:22 101:13
101:22 108:7
110:21,22 111:23
112:13,25 113:18
116:25 121:20
171:25 172:6,7
174:10 176:10
181:6 186:4 191:8
194:9,16,21 200:3
212:18 216:12,13
216:14 219:8
220:21 222:20,21
222:23 223:25
224:1 230:13 232:1
248:17 250:11
251:17 255:1,12
256:16 257:7,11,15
260:3,7

**expertise (2)**
212:16,20
**experts (3)**
103:25 174:23 257:7
**explain (15)**
79:23 82:21 90:13
91:5 100:3 114:5
115:17 116:7,22
117:2,7,13 118:21
122:11 186:17
**explained (2)**
107:13 114:5
**explains (1)**
138:23
**explanation (1)**
211:3
**explanations (1)**
177:8
**exploratory (3)**
88:13 89:3 181:15
**explore (1)**
28:15
**exposed (42)**
94:1 96:24 97:2 99:16
100:1,6 125:24,25
125:25 133:21
135:18 149:22,23
150:6 190:14 192:2
192:19,19 197:11
199:10 203:20
212:24 213:14,19
213:21 232:6,12,13
233:9,16 235:5,7
239:13 241:16
242:5,11,22 243:8
246:21 247:22
248:5 253:24
**exposure (108)**
44:1 47:23 48:12
56:22 67:13 68:13
73:25 87:24 93:3,9
93:22 94:1 95:16,17
95:23 96:1,12,13,25
97:17,18,19,25 98:1
98:2 103:12,19,21
104:15,24 105:2
106:11,13 111:5,13
112:1,15,18 133:7
134:4,19 135:12,14
135:15 137:12
145:10 146:13,14
148:9,10 149:9,10
154:17 178:10,18
178:21 179:12,13
182:2,22 183:3,4
184:6,18 185:2

186:24 187:16,17
187:17,18,19 188:4
188:6,10,13 190:3
191:10 192:1,11,13
192:21,25 193:1
196:25 198:10,14
198:15 199:1,11
200:14,19,22 201:5
201:17 206:7,15,16
207:5 242:17 244:7
244:8,20 245:4
250:9 251:6,7,19
258:4
**exposures (29)**
23:3,16 24:4 56:1,13
88:25 97:11,12,12
106:2 114:6 116:17
116:20,24 122:6
149:12,14,17,18
189:3 191:13,22
195:16 208:7
209:23 210:2
213:23 232:7,9
**expressed (2)**
136:25 260:6
**extending (1)**
119:4
**extends (2)**
118:13,24
**extensive (6)**
9:15 13:22 18:8 20:20
24:9,11
**extensively (2)**
14:7 17:18
**extent (4)**
26:15 38:20 39:5
175:16
**extinguished (1)**
148:6
**eyes (1)**
236:8

_____
**F**
_____

**faa (1)**
10:8
**fact (23)**
9:20 39:16 44:1 46:9
47:9,14,22 48:11,24
51:9 54:19 76:21
77:17 106:1 110:11
127:21 131:13,16
149:3 156:13
167:16 183:24
210:6
**factor (5)**
84:24 179:17,19

186:25 256:22
**factors (26)**
16:3 63:1 80:1,5,9,12
81:20,21,22 82:6,7
82:19 83:19,20,23
84:5 85:11 103:23
117:17 151:7,12
178:12,14,16,24
179:10
**facts (1)**
263:6
**fail (1)**
241:24
**failed (1)**
209:17
**fair (25)**
14:22 55:8 61:18
65:23 77:25 80:13
84:3 100:15 109:12
109:16 111:16
122:4 123:7 128:14
156:3 182:16
190:10,10 211:19
220:21 224:2
226:20,24 246:8,9
**fairly (3)**
150:17 171:9,21
**falls (1)**
179:14
**false (6)**
100:10,12,14,17,18
110:10
**falsifying (1)**
110:19
**family (4)**
91:17,17,18 177:21
**far (13)**
17:4 27:6 38:11 58:8
58:15 115:21,24
120:14 174:1
180:18 192:5
198:15 205:8
**farther (1)**
249:12
**farthest (1)**
174:1
**fashion (2)**
175:1 187:15
**feature (1)**
149:10
**federal (2)**
174:22 254:16
**feel (6)**
24:3 32:18 69:23
204:20 211:7
255:12

**fellow (4)**
28:24 29:14,17,19
**felt (4)**
32:14,14 77:14
253:23
**female (1)**
222:2
**females (5)**
220:14,24 221:10
222:5,8
**ferguson (5)**
1:23 2:11 7:17 262:3
262:25
**fever (1)**
236:6
**fewer (3)**
81:22 110:18 245:10
**field (3)**
14:17 49:14 253:22
**fifth (1)**
107:13
**figure (4)**
84:23 91:2 92:19
201:13
**figures (2)**
93:8 136:6
**figuring (1)**
16:12
**filing (1)**
175:20
**final (3)**
161:11 201:1 246:17
**finalized (2)**
27:4 40:20
**finally (1)**
87:25
**find (15)**
10:13 33:22 35:23
38:7 43:13 44:14
62:25 66:11 69:11
114:16 148:16,18
148:23 186:7
251:14
**finding (8)**
44:23 74:2 75:15
127:10,12 149:1
180:19 185:2
**findings (12)**
50:8 78:14 110:19,19
113:11 124:1,2
127:6 131:24
136:13 148:12
222:12
**fine (2)**
42:17 57:23
**finish (6)**

25:19,21 74:11 75:21
114:17 202:5
**finished (5)**
76:25 77:22 111:19
202:6 231:4
**firm (1)**
12:4
**firmly (1)**
177:19
**first (49)**
8:9 29:4 30:14 43:16
45:7 55:16 58:23
60:1 66:8 79:6 86:7
86:11 88:1 91:21
92:10 101:21 105:8
115:10,11 126:12
132:15 134:6,6
140:5 150:16 153:6
161:4 162:1 165:20
165:22 169:14
179:25 187:6
194:15 196:7 206:3
206:14 208:13
212:5,13 214:8
230:16 231:22
232:7 233:12 242:8
243:18 248:25
249:1
**firstdegree (3)**
90:22 115:19 126:14
**firsthand (1)**
53:5
**firstlevel (1)**
116:18
**fit (1)**
234:10
**five (13)**
9:7 32:10,16 52:20,24
65:1,2 79:11 137:18
137:19 160:6,18
201:19
**fiveminute (1)**
85:20
**fix (1)**
184:17
**fl (5)**
154:3,9,14,17,19
**flaw (1)**
246:2
**flawed (1)**
213:2
**flipping (1)**
209:7
**focus (2)**
40:10 102:16
**focussed (2)**

99:5 105:6
**folder (2)**
42:5,6
**folks (1)**
253:25
**follicular (1)**
154:20
**follow (3)**
59:17 186:20 194:10
**followed (1)**
193:7
**following (1)**
34:2
**follows (1)**
8:11
**followup (25)**
161:25 162:13,19
186:12 193:4,9,11
194:4 195:14,18
200:9,12 201:2,8,11
201:14,22 202:2
203:15,25 204:21
205:1,4 209:16
216:5
**food (1)**
167:1
**footnote (1)**
90:16
**forego (1)**
255:10
**foregoing (2)**
262:7,13
**forgie (498)**
3:7 6:4 7:21,21 9:8,11
11:3,14,20 12:24
14:4,13 15:6,19
16:16 17:6,20 18:5
18:19,24 19:15
20:11,16 21:4,11,20
22:3,14,23 23:5,18
23:24 24:14,17,24
25:19,21 26:14 27:1
27:9,15 31:12,15,19
31:21,22 32:6,23
33:7,19,20 34:8,20
34:25 35:8,20 36:1
36:5,6,14,23 37:5
37:11,20 38:3,10,19
39:4,10,19 40:1,6
40:12,17 41:3,8,17
42:13,24 43:3,8,21
44:11 45:1,7,17,25
46:6,15 47:3,16
48:1,4,16 49:2,15
49:21 50:4,20 51:4
51:13,22 52:7,17

53:2,10,22 54:9,13
54:21 55:9 56:2,14
56:23 57:16,21,24
59:5,11 60:5,10,13
60:24 61:12 62:1,14
63:4,16,23 64:18
65:6,14,24 66:12,22
67:18,25 68:5 69:4
69:16 70:12 71:4,14
71:23 72:8,20 73:2
73:9,19 74:3,11
75:1,5,16,21 76:5
76:25 77:7,22 78:5
78:11,16 80:14,24
81:24 82:9 83:3,13
84:8 85:2 86:17
87:4 88:14 89:15,21
90:4 91:8 92:7,13
92:21 93:19 94:7,16
95:18 96:2,16 97:5
97:14 98:4,12 99:6
99:12,18 100:16
102:4 103:7 104:4
104:17,21 105:1,8
105:14 106:4,16
107:4,12 109:1,17
110:1,14 111:6,14
111:19 112:8
113:20 114:15
115:7,22 117:9
119:15 120:7,15
121:11 122:7,25
123:8,13,20 124:12
124:23 125:4,8,12
125:16 126:4 127:4
127:11 128:15
129:9,17,22 130:10
131:3,14,25 132:7
132:21 133:2,12,25
134:13,20 135:1,21
136:2,15,21 137:2,8
137:13,17,19
139:11,24 140:12
141:9,14,19 142:3
142:11,16 143:5,8
143:12 144:1,5
145:13,22 146:1,7
146:19 147:2,24
148:13,17 149:6,25
150:13 151:1,20
152:13 153:8,14,24
154:5 155:1,4,8
156:1,18,20 157:5
157:10,21 158:2,16
159:3,6,15,18,22,24
160:25 162:9,24

163:6,18 165:16,24
166:15 167:3,14
168:2,5 169:5,8,12
169:16 170:7,10
171:11,18 172:2,17
173:2,12,18 175:23
176:19 177:9 179:1
179:18 180:4,9,17
180:22 181:17
182:17 183:7,12,18
184:1,9,13,21 185:5
185:12,21,24 187:3
187:10,24 188:11
188:19 189:4,12,16
189:23 191:14
192:6,22 194:5,11
194:17,22,25 195:4
195:17 196:20
197:3,13,18 198:12
198:20 199:3,14,19
200:5,16 201:3,9,18
201:25 202:5 203:3
203:23 204:6,15,22
205:3,10,17,24
206:17 207:9,25
208:12,18 209:4
210:24 211:11,20
212:2,19,25 213:15
214:20 215:5,18
217:1,15,17 218:2
218:15,23 219:4
220:1,7,16 221:11
221:18,23 223:11
224:3,15 225:10
226:1,7,15,25
227:14 228:7
229:11,18,23
230:23 231:4,12
233:20 234:20
235:1,20 236:14,24
237:5,13,22 238:7
238:17 239:3,19
240:2,15,21 241:5
241:11,18,23 242:6
242:19,25 243:10
244:15,21 245:7,12
245:21 246:3,12
247:2,8 248:1
249:14 250:18
251:10,22 252:2,4
253:9 255:21 256:3
256:13 259:25
260:1,9,15,19,23
**form (8)**
23:6 27:16,19 28:11
28:12 69:16 100:25

228:7
**formal (22)**
14:1,11,16 16:24 17:4
   17:5 18:3,16,22
   19:2,13,16 20:14
   23:7,14,21,23 24:1
   24:5,7,12,20
**format (3)**
47:7 163:15,16
**forming (1)**
257:21
**formulate (1)**
194:15
**formulating (2)**
38:14 39:1
**formulations (2)**
10:7 232:13
**forth (5)**
55:17 67:8 124:21
   155:14,21
**forward (2)**
174:1 255:24
**forwarded (3)**
38:10 164:11 166:8
**forwarding (1)**
165:16
**found (19)**
16:5,6 44:21 82:5
   90:7 118:19 119:13
   129:14 130:9
   150:18 183:25
   191:10,23 192:18
   209:9 219:18 221:2
   223:5 251:8
**founders (1)**
62:9
**four (9)**
11:1 20:19 52:20,24
   76:21 79:11 112:14
   198:4 261:1
**fragmentation (1)**
249:12
**frankly (2)**
34:13 130:13
**free (3)**
9:17,22 238:9
**freeman (1)**
28:2
**freeze (4)**
243:6,7,8,9
**frequency (9)**
132:17 143:16 145:24
   147:17 252:18,25
   253:13,20,20
**frequent (1)**
143:21

**frequently (3)**
17:19 133:23 229:16
**front (4)**
87:2 145:20 160:4
   172:20
**frozen (1)**
242:23
**fruitful (2)**
199:1,13
**full (6)**
59:3 88:22 150:16
   151:4,9 253:17
**fully (1)**
208:8
**fumes (1)**
179:13
**fungicides (4)**
103:13,19 104:12
   105:3
**further (6)**
65:23 140:18 150:18
   198:18 213:12
   260:22
**future (4)**
26:4,6,8 28:16
**fuzzing (1)**
211:18
**fyi (1)**
166:9

**G**

**gather (1)**
89:10
**gathered (2)**
99:3 195:16
**gathering (3)**
54:6,6,19
**gender (2)**
234:25 235:3
**general (23)**
9:13 16:2 56:10 62:17
   67:5 72:11,15,21
   73:3 84:21 87:13
   141:1,12 149:11
   166:6 178:10,21
   187:15 188:7 196:1
   197:20 228:3
   234:18
**generalities (1)**
238:3
**generalize (1)**
80:11
**generally (13)**
49:13,18,20 87:11
   110:17 128:7
   134:24 141:25

142:21 179:16,20
   215:20,23
**generate (1)**
121:18
**generated (3)**
177:5 237:25 238:14
**generates (1)**
238:9
**genetic (1)**
245:5
**genetics (1)**
4:24
**geno (1)**
249:1
**genotox (1)**
230:16
**genotoxic (6)**
232:14 241:16 244:1
   251:7,18 252:9
**genotoxicity (17)**
57:4 231:25 232:11
   234:19 235:12
   236:22 237:9,12,17
   238:19 249:2,13,17
   249:22 251:1,7
   252:19
**genotoxicology (1)**
72:6
**geotoxic (1)**
250:15
**german (1)**
227:4
**getting (3)**
36:12 158:16 229:2
**give (28)**
11:5 20:1 28:4 32:15
   37:9 43:16 47:3
   52:9 63:11,19 137:6
   137:11,18 143:12
   168:23 171:11,18
   184:5 189:8 196:6
   199:4 203:24 204:8
   219:13 233:6 234:9
   234:23 235:3
**given (11)**
8:23 32:10,16 33:3,8
   33:12 38:9 113:25
   161:5 182:10 258:4
**gives (2)**
116:17 196:1
**giving (2)**
26:15 38:20
**global (1)**
10:11
**globally (1)**
80:1

**glyphosate (177)**
4:7 10:6,6 20:4,9 25:7
   25:14 26:9,12,22,25
   27:6,14 28:16,21
   30:24 32:17 33:4,9
   34:3 42:23 43:17,25
   47:9,13,22 48:11,24
   50:9 51:11,20 52:4
   52:16 53:8 67:22
   69:1,14 71:2 75:3,6
   75:12 76:2 84:4,7,9
   84:23 86:10,15 88:8
   88:10 89:24 90:5
   92:4,5 93:3,4,17
   95:13,22 96:25 98:1
   98:9 99:5,16 101:10
   107:1,6,10 109:7,24
   111:5,13 112:1,15
   112:18 123:17
   125:20,21 127:10
   128:19 133:21
   136:14,18 138:5,13
   138:19,24,25
   139:14 140:3,6
   141:5,11 143:16,21
   144:11 149:22
   150:5,7,22 151:13
   154:4,10,14 156:14
   157:3,9 159:2 161:5
   161:20,22 164:9,24
   180:2,2 184:6,19
   185:2,16 186:15
   190:14 191:6,10,18
   191:22 192:2,13
   197:6,11,15,21,24
   198:1,10 199:10,23
   203:20,22 206:5,12
   206:16,23 208:9,22
   209:10 210:7,10
   211:15,17,24
   212:15,24 213:5,8
   213:12 214:2,16
   219:11 230:21
   232:6 233:6 238:13
   238:15 239:7,13
   246:22 248:5 249:3
   250:9,16 251:19
   252:10,14,21 258:5
   258:19,23
**glyphosatecontaini...**
136:19
**glyphosateinduced ...**
237:12
**go (21)**
37:16 63:7 84:3 90:3
   96:6 102:11 115:3

128:25 158:4 167:6
169:17 172:23
174:2 179:22 206:1
206:11 207:4,18
210:10 252:13
255:24
**goes (8)**
59:25 82:14 102:14
   115:17 128:2
   140:15 198:15,16
**going (38)**
11:9,15,18 26:2,9,12
   29:21 72:11 81:17
   85:18 94:20 107:17
   110:9 124:2 125:8
   147:2 155:12,21
   158:20 165:24,25
   166:1 174:19
   175:23 206:2,3
   213:3 219:24
   239:12 240:12
   249:17,18 254:6,19
   255:8,16 256:3,4
**good (8)**
7:4 8:15 91:16 103:5
   178:4 179:2 240:6
   255:10
**gotten (1)**
160:2
**governmentfunded ...**
191:2
**grab (1)**
230:1
**grammar (1)**
163:11
**grand (1)**
13:15
**greater (32)**
73:7,17 76:3 93:3
   95:14,15 96:18
   113:12 127:24
   128:8 133:9,10
   134:5 135:13 139:2
   139:3 143:17,17
   144:16 145:1
   154:16 182:2
   183:25 184:19
   185:2,9,18 188:16
   198:25 200:2 253:5
   253:25
**greim (8)**
224:14,21,22,24,25
   225:7,24 226:14
**griffis (484)**
3:5 6:10 7:25,25 8:14
   9:10,14 11:9,18

12:2,17,25 14:9,15
15:8,21 16:19 17:11
17:24 18:14,21
19:18 20:13,23 21:6
21:16,23 22:6,16,25
23:11,22 24:2,19
25:1 26:1,20 27:5
27:11,18 29:21,25
30:3 31:16 32:1,25
33:11,24 34:17,22
35:3,10,22 36:3,8
36:19 37:1,7,15,21
38:16 39:3,15,22
40:3,8,14 41:1,14
41:25 42:16 43:1,7
43:10,23 44:13 45:3
45:13,19 46:3,10,18
46:24 47:8,20 48:9
48:19 49:8,17,24
50:6,25 51:8,16
52:2,10,23 53:17
54:3,10,11,16 55:15
56:7,18,25 57:18,23
58:6 59:7,14 60:8
60:11,15,25 61:14
62:3,21 63:10,18,25
64:20 65:8,16 66:2
66:14,24 67:20 68:2
68:11 69:8,18 70:19
71:10,18 72:4,10,22
73:4,11,14,22 74:9
74:19 75:2,11,19,22
75:24 76:7 77:2,9
77:24 78:6,12,22
80:16 82:2,13 83:7
83:16 84:17 85:18
86:5,19 88:16 89:17
89:23 90:9 92:9,17
92:24 93:21 94:11
94:19 95:5,20 96:5
96:23 97:9,21 98:7
98:14,18 99:8,14,20
100:19 102:6
103:14 104:8,19,22
105:6,11,21 106:8
106:19 107:7,16
108:4 109:19 110:3
110:16 111:8,21
112:11 113:21
114:17 115:9,23
117:11 119:16
120:9,17 121:13
122:10 123:3,10,16
123:22 124:9,13,25
125:6,10,13,18
126:6 127:7,14

128:20 129:13,20
131:8,19 132:4,10
132:23 133:5,16
134:2,15,23 135:6
135:24 136:5,17,23
137:5,10,16,18
138:2 139:19 140:2
140:14 141:10,16
141:23 142:5,20
143:7,14 144:3,8
146:3,8,21,24
147:11 148:1,15,19
149:20 150:2,14,15
151:3,25 152:17
153:4,10,16 154:1,8
154:23 155:5,16
156:4,11,23 157:7
157:16,25 158:7,21
158:25 159:4,14,17
159:21,23 160:1
161:2,17 162:15
163:2,12,23 165:14
166:4,19 167:6
168:4,7 169:10,13
169:21 171:3,14,22
172:5,18 173:4,15
173:21 174:19
176:11,22,23
177:16 179:8,21
180:6,13,20,24
181:4,19 182:19
183:10,13,20 184:3
184:16,22,24 185:7
185:14,22,25 186:3
187:5,12 188:1,15
188:20 189:10,14
189:18 190:6
191:16 192:8,24
194:7,14,19,24
195:1,8,22 196:23
197:5,16,22 198:17
198:23 199:7,17
200:11 201:6,12,21
202:7,17 203:8
204:9,19,25 205:6
205:12,19,25
206:19 207:11
208:2,15,21 209:6
211:13,22 212:12
212:21 213:6,25
214:24 215:11,22
217:11 218:8,21
219:1,7 220:3,8,19
221:15,20 223:14
224:9,18 226:3,9,19
227:17 228:13

229:14,25 230:2,12
231:6,17 232:17,19
233:21 234:22
235:21 236:18
237:1,8,19 238:4,11
238:20 239:5,22
240:9,16,23 241:8
241:13,20,25 242:7
242:21 243:2,16
244:18 245:9,15,23
245:25 246:5,14,16
247:6,12 248:3,23
249:16 250:21
252:7 254:4,6,13
256:1 257:23 258:6
258:10 259:23
260:12,17,22
**grounds (2)**
  60:7,14
**group (62)**
  10:8 39:2 45:16,21
  52:15 53:7 66:16
  67:15 68:9,19 80:22
  81:6 84:13,16,18,19
  85:7,16 95:23 96:1
  96:12,13 97:2,4,23
  97:25 98:2 99:4
  133:24 147:12
  152:8,9 153:13
  155:12,14,23,24
  156:9 157:13,18
  160:18 161:1 162:1
  162:7 164:21,21
  192:11,15,19,21
  219:23 227:4
  232:25 233:7,9,16
  235:5 242:5,11,22
  243:8 246:22
**grouped (1)**
  79:10
**grouping (1)**
  99:11
**groupings (1)**
  98:20
**groups (8)**
  67:1 87:18,25 96:12
  97:13 206:16 207:1
  217:21
**guess (7)**
  13:7 101:4 168:20
  210:1 218:11
  247:25 248:2
**guessing (1)**
  210:14
**guesstimate (1)**
  214:11

**guideline (1)**
  50:18
**guidelines (4)**
  60:18,22 62:15,17

**H**

**h (1)**
  3:8
**hadnt (1)**
  31:4
**half (3)**
  11:1,2 180:25
**halfway (1)**
  115:11
**hand (2)**
  80:8 224:8
**handed (1)**
  46:25
**handle (1)**
  243:12
**handled (1)**
  256:23
**handling (1)**
  143:22
**handouts (2)**
  32:8 33:1
**hands (1)**
  226:5
**happen (5)**
  61:16 63:5,9 89:19
  212:4
**happened (2)**
  226:8,10
**happening (1)**
  94:5
**happens (4)**
  36:13 43:3 61:16
  159:5
**happy (2)**
  77:21 215:9
**harassing (1)**
  106:6
**hard (7)**
  44:23 85:7,15 218:10
  218:19 237:14,18
**hardell (11)**
  4:3 76:15 98:15,16,24
  98:25 100:20 102:3
  106:25 111:22
  112:14
**harvesting (1)**
  235:9
**hasnt (7)**
  44:7 123:11,18,21
  135:3 210:17
  221:20

**havent (6)**
  21:21 33:8 34:9 83:1
  168:5 218:13
**hazard (3)**
  19:20,22 20:4
**head (6)**
  27:25 28:4 63:17,24
  172:24 179:4
**headaches (1)**
  236:7
**headed (1)**
  152:4
**header (1)**
  140:3
**heal (1)**
  240:7
**health (16)**
  4:17,19,23 5:2,5
  170:24 190:20,23
  191:1 192:3 195:24
  196:1,2 202:20
  234:18 258:2
**healthy (1)**
  233:8
**hear (3)**
  30:15 199:6 246:13
**heard (2)**
  9:4 45:15
**hearing (1)**
  29:4
**heart (2)**
  236:6,20
**held (2)**
  2:9 7:11
**help (2)**
  43:1 44:24
**helped (1)**
  108:22
**helpful (2)**
  91:6,9
**helps (1)**
  146:11
**hemangioma (2)**
  222:13,13
**hematopoietic (7)**
  20:21 30:24 32:11
  91:18 115:19
  126:14 177:21
**hepatitis (1)**
  178:1
**herbal (1)**
  235:10
**herbicide (1)**
  252:14
**herbicides (13)**
  90:7,11 99:4 103:19

103:21,22 104:12
105:2 106:21 139:6
181:12 183:4
184:18
**heres (1)**
16:7
**hereto (1)**
262:19
**hes (12)**
25:21 50:4 62:11 82:9
103:7 106:5 107:13
146:1 154:7 156:1
176:5 221:18
**heterogeneity (6)**
3:23 78:19 79:2 82:16
82:18,24
**heterogenous (6)**
80:21 81:6 84:6,16
151:6,11
**hey (1)**
105:24
**hh (1)**
177:25
**hierarchical (15)**
114:2,7,25 115:15
116:4,13,16,18
117:6,14,19 120:5
120:13,19 121:2
**high (11)**
72:17 96:1,13,21 97:1
98:2 149:10,16,18
228:10 232:8
**higher (10)**
129:25 130:17 133:24
191:22 192:3 247:4
247:22 249:18,24
252:17
**highest (6)**
134:4 192:19 193:13
193:21,25 195:2
**highly (4)**
38:14 139:14 198:2
255:25
**highquality (1)**
70:13
**hill (13)**
58:19,20 59:1,9 60:16
60:17 61:7 62:8
63:12,20 72:13
221:5 222:10
**histological (3)**
138:7 140:4 154:3
**history (5)**
90:22 91:17,17,18
177:21
**hiv (2)**

177:13,23
**hoar (4)**
108:11,25 109:23
122:21
**hold (1)**
153:8
**holdup (1)**
218:22
**hollingsworth (3)**
6:9 8:1,3
**home (1)**
235:8
**hope (2)**
35:12,16
**hour (5)**
11:2 12:11 58:14
255:19,24
**hours (8)**
11:2 13:16,18 58:11
58:13 174:14
254:14,15
**housing (1)**
234:17
**htl (1)**
177:25
**human (11)**
17:1,8,13,22 20:9
44:1 47:23 48:12
67:11 230:16,25
**humans (8)**
55:25 56:11,21
230:25 231:10,14
232:1,11
**hundred (6)**
9:7,7 13:18 58:11,13
174:14
**huntington (2)**
2:10 7:12
**hypotheses (2)**
177:5 239:6
**hypothesis (7)**
86:15 89:1 109:24
238:14,24 239:4,10

---

**I**

**iarc (61)**
10:7 20:3 50:2,7,8
51:2,9,18,24,25
52:5,6,14,19 53:5,7
53:12,13 66:16,16
67:5,19,23 68:4,7,9
68:9 69:19,21 70:17
152:9,18,20,22,25
153:18 160:7,11,14
160:16,19 166:25
215:2,2,3,13,16,24

216:5 223:2,3
224:12 225:7,12,15
225:23,25 226:8,10
227:3,21
**iarcs (3)**
68:1 69:6 225:22
**id (10)**
38:7 59:12 90:2 96:3
109:2 137:19 215:9
227:7 251:23
259:25
**idea (3)**
85:8 109:9 152:19
**ideas (1)**
81:1
**identical (4)**
119:3 246:19,25
247:3
**identification (26)**
11:13 12:16 29:24
30:2 46:23 58:3
78:21 86:4 98:17
108:3 124:8 138:1
151:24 153:3
154:22 161:16
165:13 168:1 181:3
186:2 195:21
202:16 232:16
248:22 252:1 255:4
**identified (7)**
28:17 130:9 131:12
210:19 214:7
254:16 255:13
**identifies (1)**
139:6
**identify (3)**
7:19 12:22 138:8
**identifying (2)**
15:22 16:21
**idiopathic (1)**
180:16
**ill (12)**
22:9 26:3 50:1 58:24
59:15 68:12 88:19
159:4,15,25 233:6
255:19
**illness (4)**
19:24 236:13 237:21
238:2
**illnesses (3)**
236:3 237:2,6
**im (96)**
7:16 11:9,18 13:21,25
21:5 25:18 29:21
42:10 49:4 54:15
56:4,8,9 60:8 69:11

72:11 77:21 81:15
81:17 85:18 87:19
94:20 95:6 96:3
103:5 105:6,19
107:17 109:2
112:24 115:8,10,21
116:8,25 118:3,4,12
118:14,22 128:4
130:4 131:9 132:5
140:3 142:21
146:25,25 147:2
154:6,7 157:8
158:21,23 160:2,12
165:24,25 166:1,11
166:17 173:16
174:19 175:23
178:3 184:22
185:13 192:11
202:7 206:1,2
211:12 212:20
213:9,10 224:7
225:16,16,19 226:8
230:13 233:15
234:8 238:3,21
242:8 243:7,18
250:4,5 253:6,11
254:6 255:8,16
**image (1)**
163:24
**immature (4)**
200:4,6 201:24
204:21
**immediately (4)**
59:8,16 252:21
253:22
**immortal (1)**
241:3
**immunologically (1)**
83:21
**immunosuppressio...**
177:20
**impact (2)**
84:6 87:5
**implies (1)**
103:23
**importance (3)**
57:1,14 172:14
**important (37)**
57:7,8,9,17,19 71:9
72:1 78:13 80:2,3,5
86:20,25 87:7 91:13
91:13 96:20 115:20
149:10 152:18,25
164:14 170:19
171:24 173:9
201:13,15 214:18

215:3 220:9,17
230:20 231:3,10,14
255:1,15
**impossible (3)**
184:4 213:13 246:24
**impregnated (1)**
105:3
**impregnating (2)**
103:19 104:12
**impression (1)**
148:8
**improper (1)**
242:23
**improves (1)**
229:6
**imputate (1)**
210:1
**imputating (1)**
210:14
**imputation (3)**
211:8 214:9 258:3
**inappropriate (1)**
159:18
**incidence (4)**
114:21 117:19 118:2
177:1
**include (4)**
77:12 88:7,9 174:16
**included (8)**
34:24 105:17 115:16
151:19 171:25
214:6 216:19,24
**includes (3)**
25:6 57:3 217:18
**including (12)**
10:7 32:11 33:3 37:24
101:10 151:12
152:3 177:6 178:19
186:9,14 254:17
**income (2)**
233:25 234:17
**incorporated (1)**
7:16
**incorrect (1)**
225:24
**increase (30)**
76:15,19 80:9 123:5,5
141:4 144:17,19,22
144:24 145:17,18
149:15,19 176:25
177:8,22,23 178:10
180:1 186:14
211:14,17 212:15
214:15 218:6
237:23 252:18
257:1 258:25

**increased (17)**
74:2 76:22 103:18
105:3 127:13
128:17,17 143:21
149:4,18 154:17
177:10 200:8
211:24 213:11
238:2 258:4
**increases (2)**
149:12 232:11
**increasing (7)**
139:16,20,21 145:11
146:13 147:15
213:8
**indecipherable (1)**
177:24
**independent (1)**
225:16
**indicate (1)**
43:13
**indication (1)**
245:16
**indications (1)**
249:2
**indicator (1)**
115:16
**individual (9)**
87:18,25 88:8 90:11
134:19 151:13
188:2,8,23
**individuals (7)**
34:2 111:25 112:15
186:20 187:22
232:23,25 233:8
250:23
**indoor (2)**
234:3,17
**indraft (1)**
28:17
**infection (2)**
177:24,25
**infections (2)**
177:23 178:1
**influenced (2)**
51:1,5
**information (29)**
38:20 39:8 41:21
50:16 54:6 63:15
70:9 71:8 72:2,3
109:11 116:17
117:16 133:20
147:4 157:22 158:3
158:17 159:7 165:4
165:25 167:20
195:16 196:6,14,15
234:23 254:25

255:2
**informative (2)**
231:24 232:4
**initial (5)**
196:24 201:1,14,17
203:19
**initially (2)**
203:20 245:11
**inpress (1)**
157:9
**insecticides (2)**
103:13 181:12
**insomnia (1)**
236:7
**institute (6)**
28:21,24 29:1 78:24
190:25 191:1
**institutions (1)**
35:18
**instructions (1)**
37:9
**intend (2)**
52:3 255:25
**intense (2)**
188:4,6
**intensity (19)**
96:19,20,21,21,22
97:12,17 132:15
148:9,25 149:9
187:15,16 188:3,10
193:1 206:7 208:7
217:23
**intent (3)**
87:8 109:20 123:4
**interacted (1)**
14:7
**intercept (1)**
119:5
**interceptonly (1)**
117:21
**interest (1)**
255:5
**interested (2)**
152:20 262:20
**interference (1)**
167:5
**interlymph (6)**
25:4,10 78:20 79:3
85:7,16
**intern (1)**
21:1
**internation (1)**
4:15
**internship (2)**
20:19 24:13
**interpret (2)**

15:13 105:25
**interpretation (4)**
59:25 61:6 67:14
68:18
**interpreted (5)**
104:14,23 106:10
155:18,24
**interpreting (2)**
15:16 155:17
**interval (11)**
64:16,17,21 65:11
89:19 93:13 113:2
120:25 126:8,10
187:20
**intestinal (2)**
236:5,19
**intricate (1)**
107:19
**inverse (2)**
141:1,12
**investigated (1)**
86:22
**investigator (2)**
25:15 38:23
**investigators (3)**
245:17 248:24,25
**involved (6)**
16:17,20 25:25 28:15
79:8 243:17
**involves (2)**
25:7,14
**involving (3)**
28:16 214:2,2
**iowa (1)**
19:8
**ipad (2)**
36:24 37:3
**islet (1)**
222:12
**isnt (8)**
71:16 82:3 89:24
125:6 156:3 174:20
229:5,5
**issue (18)**
20:8 27:7 53:19 78:8
89:9 93:17 95:13
129:6 130:25 131:7
132:9 133:7 191:22
201:15 209:25
210:13 214:7
250:25
**issued (1)**
30:6
**issues (5)**
16:8,12 130:7 204:23
220:25

**italy (1)**
29:11
**item (7)**
30:18 32:8 33:1,25
37:22 77:4 108:7
**ive (36)**
14:5,23,23 17:1,2
18:9,11,11 21:14
22:4,9 23:7,8 24:7
29:6 32:16 33:9
46:25 58:18 79:24
86:6 94:19 108:5
124:10 138:3 152:1
158:17 160:2
162:11,12 167:4,14
195:23 202:18
218:18 256:23

**J**
**jameson (8)**
34:5 222:17,20,22
226:17,21 227:5
257:11
**january (1)**
160:5
**job (1)**
1:25
**johnson (4)**
21:25,25 56:20,20
**journal (16)**
3:17 4:15 5:3 44:2,4
45:23 46:12,14
47:24 48:13 49:1,12
49:19 78:24 79:17
225:13
**journals (1)**
70:16
**jprs (1)**
49:10
**judge (3)**
51:17 52:3 128:6
**judged (1)**
228:9
**jury (3)**
51:17 52:3 128:6

**K**
**kappa (1)**
139:2
**karyotypes (1)**
249:12
**katherine (4)**
1:23 2:11 262:3,25
**kathryn (3)**
6:4 7:21 165:16
**kathy (1)**

7:17
**keep (4)**
37:13 43:3 116:15
218:5
**keeps (1)**
39:4
**ken (1)**
161:3
**kenneth (1)**
160:5
**kidney (1)**
222:18
**kill (1)**
244:24
**kilometers (1)**
233:8
**kind (15)**
18:1 50:18 63:21
71:17 78:7 84:24
117:1 184:2 193:15
193:16 227:20
241:1,7 242:16
252:6
**kinds (8)**
32:2 39:23 41:24
50:23 63:14 136:19
230:15 237:16
**kirby (2)**
6:10 7:25
**knew (8)**
156:8 166:11 203:4
215:17 216:3,6
226:2,5
**know (174)**
9:11,20,21,22 28:20
28:22 29:1,7,9,10
29:11,12,13,15,16
29:18,19 35:17,21
37:6,12 38:12 39:13
39:13 44:4,7,12
45:20,22,23 46:2,4
46:8,17 47:5,18
48:5,8 49:7,16,18
49:19,23 50:21
52:19,22 55:11,13
59:13 65:22 70:4,6
71:19 83:12 84:10
91:11,20 94:9 96:8
103:25 105:13
119:17,18 121:6
122:1,4,8 128:6
132:2 137:6 139:13
142:17,19 147:3
150:3 151:8 152:19
152:23 156:13
158:4 159:7,8,11

160:21,22 161:20
161:22 162:3,12
163:1 164:4,6
166:10 167:18
171:20 173:19
177:10 179:19
180:18,23 182:13
184:14,14 185:6
197:14,21 198:15
199:16,21,22,25
202:1,4 203:3
204:17 209:23
212:5 214:1,11,15
214:19,22 216:5,6,7
216:9,10,22 217:3
218:18,22 219:2,5,6
221:24 223:20
225:1,22,23 226:4
228:11,23 229:2
233:3,24 234:2,5,14
234:21 237:3,20
239:20 240:3
242:15,20 243:1,5
243:12,15,15,25
244:3,5,12,19
245:19 246:7
247:15,15,15,18,19
253:14 260:20
**knowing (1)**
226:20
**knowledge (8)**
16:2 18:8 53:5 123:21
130:6,6 162:11
191:7
**known (6)**
58:19 80:4 85:12
177:18 215:20,23

L

**label (2)**
48:21 73:25
**labeled (3)**
7:5 48:17,24
**labor (3)**
169:20 173:19 259:19
**lady (1)**
28:1
**lakewood (1)**
6:6
**laptop (1)**
36:22
**large (11)**
45:12 76:19 81:8
84:14 99:3 144:18
151:14 165:1
207:22 209:18

237:24
**largely (1)**
229:16
**larger (3)**
190:19 205:7 213:22
**late (2)**
229:2,21
**latency (4)**
188:4 200:23 201:5
201:16
**lawsuits (2)**
21:13,15
**lawyer (2)**
9:5 45:9
**lawyers (2)**
10:20 257:4
**lay (1)**
83:10
**lead (6)**
27:24 193:17 238:16
239:1 241:2 249:17
**leaders (2)**
54:25 55:4
**leading (3)**
257:23 258:6,10
**learned (1)**
85:8
**leave (2)**
52:25 231:7
**leaves (1)**
253:23
**lecture (3)**
32:9 33:3,13
**lectures (3)**
32:15,16 33:8
**left (5)**
15:5 69:24 104:17
105:4 233:13
**lefthand (2)**
104:10 236:5
**legal (2)**
7:16 176:15
**legislative (1)**
30:22
**length (3)**
148:10 187:17 246:17
**leon (1)**
55:2
**lesion (3)**
240:24 241:1 245:1
**lesions (5)**
239:17,25 240:6,7,10
**letter (6)**
34:12 161:25 162:18
162:19 166:21
170:20

**letters (1)**
162:23
**leukemia (1)**
20:22
**level (8)**
118:20 214:13 234:19
236:12 247:4,9,10
247:18
**levels (7)**
64:13 88:4,4 233:25
234:17 249:23,24
**liability (3)**
1:5 7:7 263:1
**life (2)**
95:24 133:22
**lifetime (10)**
132:18,24 133:6
145:24 206:7,8
207:5,10,14,14
**light (2)**
172:8 242:17
**likelihood (1)**
115:14
**limit (3)**
25:9 38:3 247:24
**limited (14)**
37:24 66:19 67:2,10
67:23 68:4 94:2
99:22 100:3,7
112:10,21 223:2
247:20
**lindane (1)**
179:3
**line (13)**
47:11 189:20,22,25
190:9 263:8,10,12
263:14,16,18,20,22
**linear (9)**
118:16 119:5,11,22
120:3,14,20 121:5
121:15
**linked (3)**
154:3,9,14
**linking (3)**
56:1,12,22
**list (23)**
77:5 90:20 112:12
113:17 157:18
160:13 168:11,13
168:16,19 169:2
170:13,16,18
171:23 172:20,21
172:25 173:10
174:2 178:4 179:5
248:14
**listed (17)**

76:17 85:19 94:12
101:16 111:22
114:24 122:2,3
156:16 170:22,23
170:25 181:6 227:7
248:11,12,15
**listing (3)**
90:10 91:23 231:8
**lists (11)**
168:14,25 169:3,14
169:22,25 170:9
173:5,8,13,23
**literally (1)**
53:14
**literature (6)**
10:12 22:19 51:6
113:13 178:21
256:20
**litigation (9)**
1:5 7:7 13:17 22:20
25:12 58:8,16
110:23 263:1
**little (10)**
28:6 107:18 117:2,16
130:17 160:3
189:20 224:10
229:3 252:17
**lived (2)**
233:4,5
**lives (1)**
235:8
**living (7)**
231:5,10 232:23,25
233:8 236:1 253:25
**llp (2)**
8:1,3
**lobbying (1)**
45:20
**location (1)**
254:23
**logistic (10)**
114:25 116:1 117:3
118:17 120:3,4,18
120:19,23 142:7
**logistical (2)**
114:1,9
**long (22)**
10:25 83:1 149:13,14
164:19 171:17
186:20,23 187:8,19
187:22 189:1 190:8
201:14 203:19
204:3 244:5,8,8,10
244:12 251:6
**longer (16)**
54:18 119:10 135:19

140:16 141:4
143:23 189:7,8
190:3,3,7 193:9
201:23 204:18
205:1 247:14
**look (46)**
19:8 44:24 45:6 47:4
50:19 60:11,13 71:6
72:7 74:12,16 76:17
79:25 84:22 85:10
90:16 96:3 101:1
105:24 107:17
109:7 111:15 119:6
127:15 132:11
146:11 148:3,4,14
148:22 149:16
153:6 154:16 158:4
159:25 168:20
190:16 196:5 220:9
224:19 225:3,9
226:12,23 228:4
253:16
**looked (42)**
16:21 20:8 44:21
46:19 50:17 60:10
66:16,18 71:7 84:11
84:13,21 85:5 86:13
98:24 110:4,4,5
119:7,8,12 130:14
130:25 131:5 133:1
135:13 151:21
164:3 174:8 181:10
183:5 191:21,22
208:14 209:8 225:8
226:21 228:6,8,15
249:1,1
**looking (30)**
60:6,8 63:1 65:22
80:12 85:8,13 87:11
87:14 97:17 110:11
112:24 114:17
115:10 118:14
119:3 135:11 140:3
146:12 150:16
172:20 173:1
188:22 192:5,12
210:22 230:13
232:22 249:11,25
**looks (9)**
19:25 47:7 49:5 63:14
96:20 168:22 169:1
191:5 219:21
**los (1)**
262:2
**loss (1)**
213:2

**lost (1)**
255:2
**lot (9)**
14:5 18:16 26:3 50:14
53:16 85:9 91:11
163:19 245:10
**lots (1)**
18:9
**love (1)**
259:25
**low (14)**
95:23 96:12,21 97:3
97:23 111:4,11,23
112:6 149:13 228:5
250:15 251:20
252:15
**lower (10)**
97:25 103:21 105:4
135:19 149:12
192:20 232:10
247:18,20,23
**lowered (1)**
212:9
**lowest (5)**
192:11,20 193:13,25
195:2
**lunch (1)**
107:24
**lunchtime (1)**
107:19
**lymphatic (1)**
126:13
**lymphocytic (3)**
141:3 145:16 147:9
**lymphoma (92)**
3:24 4:21 16:3 20:22
23:4,17 24:5,11
25:3 27:8,10,14
32:18 33:14 50:10
51:12,20 52:5 57:12
67:23 69:2,15 71:3
76:2,20 78:19,20
79:2,3 80:18,21
81:10,11 82:17,25
83:10,19,20,22 84:6
86:10,16 87:13
93:18 95:14 98:10
99:16 107:2,11
109:25 111:5,13
112:1,16,19 123:18
134:4 136:20 138:6
141:3 144:11,18
145:17 147:10
154:20 177:1,18,22
178:8,16,25 179:11
179:25 180:15

181:11 185:17,17
187:1 191:11,19
199:2,11 206:23
207:8,23 209:11
221:25 222:14
230:22 256:22,24
257:2
**lymphomas (7)**
82:16,23 177:14
180:8,11 222:2
223:8

———— **M** ————
**m (34)**
1:15,17 2:6,9 3:4 7:2
7:14 8:7 11:23 12:1
58:1,5 85:23 86:1
94:24 95:2 107:23
108:1 137:21,24
167:8,11 168:9
184:12 202:11,14
230:5,9 254:9,12
256:7,10 261:2
263:3
**magic (1)**
190:5
**magnitude (5)**
117:18 140:8 144:19
144:22 145:1
**main (1)**
209:15
**major (11)**
76:21 93:16,20 131:7
132:8 138:6 140:4
194:13 210:15,20
212:10
**majority (3)**
81:21 213:20 251:12
**making (4)**
43:4 188:3 229:6
258:3
**malathion (6)**
126:20 139:7 140:19
141:25 150:19
179:4
**males (7)**
220:14,24 221:10
222:2,3,4,7
**malignancies (3)**
20:21 30:24 32:11
**malignant (2)**
222:14 223:8
**mammal (1)**
230:25
**mammals (3)**
230:18,25 231:15

**managed (1)**
108:22
**manner (1)**
255:3
**manually (1)**
163:20
**manuscript (21)**
27:3,16,19,21 40:20
40:21,24 41:10,11
41:12 141:22
144:10 145:5 162:2
167:16 170:21
204:24 210:16,17
212:11 258:1
**manuscripts (14)**
55:1 144:7 158:5,5,9
158:18 159:9,10,12
159:20 170:13
176:4 258:14 259:7
**mark (6)**
11:9,15,16,18 29:21
185:22
**marked (38)**
11:13 12:3,15 29:24
30:2,4 46:23 58:2
58:18 78:21,23
79:24 86:3,6 98:16
108:3,5 124:7,10
138:1,3 151:23
152:1 153:2 154:21
160:3 161:15
165:12 167:25
181:2 186:1 195:20
195:23 202:16,18
232:15 248:21
251:25
**market (1)**
197:7
**marks (5)**
94:22 95:2 167:11
230:5,9
**marriott (2)**
2:10 7:12
**massively (1)**
97:2
**match (6)**
174:9 234:14 235:24
235:24,25 236:11
**matched (7)**
233:18 234:7 235:11
235:15,17,22,23
**matches (1)**
96:14
**matching (1)**
234:9
**materials (18)**

10:5 33:23 50:15
168:3,11,12,15,16
168:19 170:1,2,16
170:18 171:24
172:8 173:7 174:16
196:16
**math (3)**
13:15 58:13 220:5
**matter (6)**
7:6 30:23 60:19 69:20
127:20 128:12
**matters (1)**
255:10
**matthew (1)**
34:6
**maximum (1)**
115:14
**mcduffie (16)**
77:15 78:2 86:6 92:11
93:1 95:6 99:2
122:15,24 132:18
133:8 181:15 217:8
217:19,20,25
**mcnair (1)**
7:15
**mdl (3)**
1:6 7:9 176:1
**mean (43)**
16:7 25:9 26:5 31:10
36:10,12 65:9 66:5
79:16 84:10 86:23
91:20 103:25
109:14 125:4,5
127:24,25 130:22
139:21 144:21
146:19,21 152:13
157:6 160:13
165:22 167:15
170:8 179:5 186:17
187:4 192:11
204:17 219:17
220:22 221:18
222:5,19 227:4,18
232:3 242:13
**meaning (7)**
15:24 72:24 81:10
113:14 145:11
155:20 164:15
**meaningful (3)**
97:25 186:14 188:24
**means (17)**
61:15 64:21,23 82:21
83:10 100:4,5
102:24 113:5 116:7
116:8,9,22 127:25
128:16 144:23

183:16
**meant (2)**
117:7 184:17
**measurable (1)**
237:16
**measure (9)**
96:14 97:16 132:24
133:13 148:10,25
149:1,5 247:4
**measures (3)**
132:12,14 252:19
**measuring (3)**
133:9 149:21 189:3
**mechanism (2)**
238:15,18
**mechanisms (3)**
230:14 241:14,21
**mechanistic (6)**
10:10 57:4,14 63:2
66:21 75:8
**median (13)**
186:12 193:8,10,20
194:3,10 196:10,25
201:11 246:17,24
247:7,10
**medical (11)**
14:17 15:23 16:8
19:13 22:18,19
24:13,15,25 90:21
94:14
**meet (1)**
10:20
**meeting (9)**
53:15,21 55:2 160:7
160:11,14,17,17,19
**meetings (2)**
165:8,9
**members (3)**
30:22 55:11 192:2
**memory (4)**
28:6 131:10 132:5
154:24
**men (1)**
94:1
**mention (1)**
195:5
**mentioned (10)**
26:6 87:16,19 88:9
89:24 90:6 136:9
195:13 257:6,10
**met (2)**
8:15 162:12
**meta (1)**
171:1
**metaanalysis (5)**
216:19,24 217:6,10

218:4
**method (2)**
119:22 126:5
**methodical (3)**
218:18,20,25
**methodological (1)**
81:19
**methodology (6)**
68:9 211:8 212:7
223:7 242:23 243:6
**methods (6)**
96:4,8 103:9 115:1
196:17 245:20
**mic (1)**
153:9
**mice (4)**
219:12 221:9 222:3
227:8
**mid (1)**
198:2
**middle (1)**
222:1
**mind (4)**
51:6 131:6 195:13
228:23
**mine (3)**
9:21 47:6 125:6
**mineral (1)**
178:19
**mines (1)**
125:6
**minimal (2)**
247:4,9
**minimum (3)**
204:12 235:24 247:11
**minute (1)**
254:7
**minutes (6)**
122:18 229:22 230:3
254:15 255:19,24
**mischaracterizes (24)**
52:17 53:10,22 54:14
54:22 55:9 74:3
85:2 133:12 134:20
155:9 157:10,21
189:23 194:22
204:6 215:5,18
217:1 224:3 225:10
226:7 229:11 235:1
**misclassification (2)**
133:7 212:8
**misinterpreted (1)**
41:24
**missing (3)**
146:2 210:3,6
**mistake (1)**

223:18
**mixed (4)**
21:12,15 178:18,21
**model (6)**
116:18 117:21 118:2
119:5 140:17 142:7
**modelling (2)**
116:4 117:24
**models (3)**
115:16 116:2 142:1
**modern (2)**
62:9 64:4
**modify (1)**
101:2
**molecular (1)**
4:25
**moment (2)**
58:25 179:23
**monday (2)**
1:16 7:1
**monograph (4)**
66:16 79:12,13,16
**monographs (3)**
50:3,8 78:25
**monrovia (3)**
2:10 7:1,13
**monsanto (3)**
6:8 8:1,3
**monsantos (1)**
3:16
**month (2)**
54:18 171:20
**months (10)**
20:19 53:14 54:2,5
164:10 166:17
168:17 174:2
244:20 245:4
**morning (3)**
7:4 8:15 10:24
**motions (2)**
175:20 255:18
**move (2)**
156:5 249:18
**multiple (27)**
10:12 32:5 75:6,7
79:18 82:7 89:4
99:9 110:9 116:16
117:20 136:11,14
152:2 188:22
190:22 219:12,22
221:3,10 236:3
240:11 241:9 253:5
254:16,21 255:4
**multivariate (23)**
100:21,24 101:7,16
102:2,7,17 103:1,10

103:11,20 104:11
104:14,23 105:2,17
105:25 106:10,14
107:5 117:1 182:22
182:25
**myeloma (3)**
136:11,14 160:22
**mysterious (1)**
219:3

_____

**N**

**n (1)**
3:1
**nabhan (1)**
34:6
**name (10)**
7:15 8:18 15:2 22:19
27:24,25 29:12
262:22 263:1,3
**named (4)**
28:1 37:25 235:10
262:6
**names (2)**
28:4 108:13
**napp (52)**
25:23 26:6,7,10,13
27:13 28:5,17 31:8
31:25 32:5 38:9
76:17 77:4,10,15,25
84:13 127:9 130:24
138:18 151:15
154:15 157:2,9,20
158:14 160:7,10,14
160:18 164:15,20
164:21,23 165:5
175:13 176:5
216:16,18,24 217:6
217:13,18 218:13
255:6 258:14,14,17
258:22 259:5,8
**national (3)**
78:24 190:25 191:1
**nationwide (1)**
177:1
**natural (1)**
216:2
**nature (1)**
43:2
**near (6)**
232:23,25 236:2
248:6 249:4,6
**nebraska (9)**
25:16 33:16,17 35:13
35:15 38:23,24
108:19,21
**necessarily (2)**

43:9 70:14
**necessary (6)**
74:10 84:22 211:16
211:23 240:25
260:3
**need (20)**
9:21 16:21 36:13 78:2
83:14 87:7 91:3
94:19 119:17,18
139:25 184:17
186:24 187:8 189:2
190:15 193:9 199:6
213:18,22
**negative (10)**
100:14,18 135:17
136:13 145:10
146:13 147:14
191:9 207:24
250:25
**neither (2)**
134:9 235:5
**neugut (11)**
34:5 70:20,25 73:5,12
73:15,24,25 110:25
111:2 112:5
**neuguts (1)**
71:11
**never (21)**
33:9 45:15 71:6
121:12 125:20,23
125:25 126:3 127:3
127:8 132:15 135:7
140:21,21 153:25
155:7 157:5 162:11
162:12 195:13
213:3
**new (6)**
66:7 160:17 173:24
217:25 218:3 252:2
**newly (1)**
255:12
**nhl (49)**
4:8 32:11 76:19 81:19
81:22 85:5 98:9
103:23 114:21
116:19 117:18
118:1 125:20
127:10 138:6,13,19
139:4,21 140:4,7
143:22 144:17,23
147:16 150:17,20
151:5,10 157:3
160:20 164:24
179:7 182:10 186:9
186:14 187:11,13
187:18 188:9,12

189:1 200:10
203:22 206:9 207:6
207:16,20 208:8
**nine (1)**
125:5
**ninth (4)**
125:3,4,14,19
**nodded (1)**
164:17
**non (1)**
20:4
**nonconfidential (1)**
38:4
**nondifferential (3)**
212:4,8,14
**nonhodgkin (3)**
3:24 78:19,20
**nonhodgkins (71)**
16:3 23:4,17 24:5
27:8,10,14 33:14
50:9 51:12,20 52:5
57:12 67:23 69:1,15
71:3 76:2 79:2,3
80:18,21 81:9,11
83:22 84:6 86:10,16
87:13 93:18 95:14
98:9 99:16 107:2,10
109:25 111:5,13
112:1,16,19 123:18
134:3 136:20 138:6
144:11 177:1,18
178:8,16,24 179:11
179:24 180:7,11,15
181:11 185:16,17
186:25 191:11,19
199:2,10 206:23
207:8 209:11
230:22 256:22,24
257:1
**nonmammals (1)**
231:16
**nonsignificant (5)**
121:22 127:18 144:19
144:21 216:25
**nordstrom (1)**
98:25
**normal (2)**
157:15 235:8
**north (12)**
37:23 113:15 122:11
122:13,22 123:12
127:9 136:10 138:7
138:11 140:11
146:14
**northern (2)**
1:2 7:9

**northwest (2)**
44:9 45:14
**notes (1)**
43:14
**notice (6)**
3:14 29:23 30:5 46:19
175:14,16
**notify (3)**
152:9,18,25
**novel (1)**
81:18
**null (5)**
127:9,12 134:12
193:17 212:10
**number (73)**
7:5,9,10 15:2 21:13
30:12 36:5 37:25
43:12,19 59:1 64:4
64:12 74:20 75:8
86:8 88:24 89:4
90:7,10 94:23 95:3
97:11 99:25 100:5,7
101:9 111:16 125:4
125:7 132:16,19,19
133:17 135:11,12
145:9 146:12
147:18,22,23 148:3
148:4,20 153:12
167:12 177:4
184:14 190:4,5
193:6 195:15
196:10 199:18,21
199:22 200:1,2,25
201:2,15 204:12
205:8 209:18
213:22 217:24
220:10,10 230:5,10
239:23 256:23
261:1
**numbered (4)**
30:11 59:2,16 168:21
**numbering (1)**
125:2
**numbers (8)**
92:18 109:4 121:7,10
121:12 125:11
127:5 135:22
**numbness (1)**
236:7
**numerous (1)**
258:13
**nw (1)**
6:12

─────────────

**O**

**object (8)**

43:5 60:5 69:4,16
147:2 165:24
208:18 228:7
**objected (1)**
173:18
**objecting (1)**
11:7
**objection (402)**
9:5,8,10 11:4 14:4,13
15:6,19 16:16 17:6
17:20 18:5,19,24
19:15 20:11,16 21:4
21:11,20 22:3,14,23
23:5,18,24 24:14,17
24:18,24 26:14 27:1
27:1,9,15 31:12
32:23 33:7,20 34:8
34:20,25 35:8,20
36:1,6,14,23 37:5
37:11,20 38:3,19
39:10,19 40:1,6,12
40:17 41:8,17 42:24
43:2,21 44:11 45:1
45:7,17,25 46:6,15
47:3,16 48:1,4,16
49:2,15,21 50:20
51:4,13,22 52:7,17
53:2,10,22 54:13,21
55:9 56:2,14,23
57:16 59:5,11 60:5
60:24 61:12 62:1,14
63:4,16,23 64:18
65:6,14,24 66:12,22
67:18,25 68:5 70:12
71:4,14,23 72:8,20
73:2,9,19 74:3 75:1
75:5,16 76:5 77:7
78:5,11,16 80:14,24
81:24 82:9 84:8
85:2 86:17 87:4
88:14 89:15,21 90:4
91:8 92:7,13,21
93:19 94:7,16 95:18
96:2,16 97:5,14
98:4,12 99:6,12,18
100:16 102:4 104:4
104:17 105:14
106:4,16 107:4,12
109:1,17 110:1,14
111:6,14 112:8
113:20 115:22
117:9 119:15 120:7
120:15 121:11
122:7,25 123:8,13
123:20 124:23
126:4 127:4,11

128:15 129:9,17,22
130:10 131:3,14,25
132:7,21 133:2,12
133:25 134:13,20
135:1,21 136:2,15
136:21 137:2,8,13
139:11 140:12
141:9,14,19 142:3
142:16 143:5 144:1
144:5 145:13,22
146:1,19 147:24
148:13,17 149:6,25
151:1,20 152:13
153:14,24 154:5
155:1,8 156:1,4,18
157:5,10,21 158:2
158:16 160:25
162:9,24 163:6,18
166:15 169:5 170:7
172:2,17 173:2,12
174:20 177:9 179:1
179:18 180:4,9,17
180:22 181:17
182:17 183:7,12
184:1,13 185:5,12
185:21 187:3,10,24
188:11,19 189:4,12
189:16,23 191:14
192:6,22 194:5,11
194:17,22 195:4,17
197:3,13,18 198:12
198:20 199:3,14,19
200:5,16 201:3,9,18
201:25 203:23
204:6,15,22 205:3
205:10,17,24
206:17 207:9,25
208:12,18 209:4
210:24 211:11,20
212:2,25 213:15
214:20 215:5,18
217:1,17 218:2,15
218:23 219:4 220:1
220:7,16 221:11,23
223:11 224:3,5,15
225:10 226:1,7,15
226:25 227:14
229:11,18 230:23
231:12 233:20
234:20 235:1,20
236:14,24 237:5,13
237:22 238:7,17
239:3,19 240:2,15
240:21 241:5,11,18
241:23 242:6,19,25
243:10 244:15,21

245:7,12 246:3
247:2,8 248:1
249:14 250:18
251:10,22 253:9
257:23 258:6,10
259:23 260:15
**objectionable (1)**
175:18
**objections (4)**
3:15 30:1 262:11,14
**obligations (2)**
176:15,17
**observation (1)**
150:20
**observations (2)**
59:20 62:4
**observed (5)**
61:15 67:13 68:13
252:21 253:7
**obtained (2)**
103:22 250:22
**obvious (1)**
180:11
**obviously (5)**
52:25 178:6 188:21
189:7,8
**occasion (1)**
162:5
**occasions (1)**
133:22
**occupation (1)**
233:17
**occupational (4)**
23:3,16 24:4 236:23
**occur (2)**
245:1,2
**occurred (4)**
196:18 214:15 222:7
247:16
**occurring (1)**
249:24
**occurs (1)**
239:21
**odds (52)**
73:7,17 76:2 90:11,14
90:14,17 92:12 93:2
93:12 95:10 98:8
101:8 106:21,25
107:8 112:25
113:11,25 120:24
126:8,9,12 127:15
127:23 128:7,12
129:25 130:17
134:3 135:7,19
140:17 141:4
150:18 154:17

161:7 182:2,3,9,9
182:13,20,21 183:6
184:5 185:8 192:20
200:8 218:5 258:18
258:21
**oh (3)**
13:11 88:18 129:1
**oils (1)**
178:19
**okay (77)**
28:14 31:14,20 45:14
49:12 55:16 60:3
61:3 63:11 64:1
65:9 66:15 71:19
77:20 81:16 82:3,14
84:1 87:21 90:3
94:21 95:8 96:6
101:6 102:1,13
105:6 108:24 111:9
111:18 115:3 116:1
117:12 120:10
125:8 130:21 131:9
132:11 140:1 145:3
148:24 155:12
156:9 168:21
170:10 171:13,23
174:14 177:20
178:23 179:22
183:23 186:23
188:16 189:19
190:7,12 194:20
200:25 201:13
202:8 205:1,5 206:1
208:25 211:14
224:10 225:18
227:25 228:14
229:15 238:23
243:3 248:16 250:7
259:3,18
**older (5)**
78:9 98:21 108:9
205:13,14
**once (7)**
14:3,12,18 86:14
110:12 216:18
227:10
**oncologist (2)**
21:3,5
**oncologists (1)**
20:18
**oncology (3)**
20:14,20,20
**ones (16)**
16:4 44:21,22,23,24
45:5,10 92:6 101:24
111:3 160:20,22

178:12,13 222:15
254:25
**oneweek (1)**
53:20
**ongoing (1)**
25:24
**online (3)**
224:23,24,25
**open (2)**
166:21 229:9
**operation (1)**
89:13
**opinion (9)**
23:15 149:8 152:24
154:11,13 176:9,10
213:1 258:9
**opinions (5)**
22:18,20 174:24
257:3 260:6
**opportunity (1)**
228:12
**opposed (4)**
45:21 200:3 223:10
227:12
**opposite (1)**
148:3
**oral (1)**
30:5
**order (7)**
9:21 87:8 187:1
196:11 231:8,9
241:4
**orders (1)**
63:8
**organisms (2)**
230:18 231:5
**organize (1)**
108:22
**organizing (1)**
79:8
**original (6)**
38:22 58:18 216:3
224:11,13,20
**originally (3)**
121:9 171:23 254:25
**orsi (2)**
112:18,21
**outcome (1)**
74:1
**outer (1)**
188:17
**outset (1)**
86:21
**outside (2)**
8:24 25:12
**overall (10)**

82:14 127:10 140:4,7
143:22 144:17,23
147:16 186:8 252:8
**overinterpret (1)**
74:5
**overloaded (1)**
34:15
**overwhelmed (1)**
241:22
**oxidative (20)**
57:5 237:16,21,23,24
238:1,2,5,6,8,12,14
238:18,21,25 239:7
239:9,11,18 241:16

---

**P**

**p (19)**
108:1 118:20 137:21
137:24 167:8,11
168:9 184:12
202:11,14 206:21
207:22 230:5,9
254:9,12 256:7,10
261:2
**page (84)**
3:3,10 13:10 30:12,18
42:18,20,22 43:11
43:11 47:15,21
48:11,15 49:25
58:24,24 59:4 81:13
87:19 88:17 93:6,24
102:12,14,16 104:9
113:23 115:3,7,8
118:13,14,15,24,24
118:25 119:6 125:2
125:4,6,11 138:15
139:23 143:15
150:11,12 151:4,9
153:6 161:4 181:24
186:5 192:12 196:5
206:1,3,6,11 207:4
207:12,18 208:3,6,9
208:24 219:9 222:1
231:22 233:15
236:5 242:1,8
243:18 250:5
253:16 263:8,10,12
263:14,16,18,20,22
**pages (5)**
30:10,11 42:21
146:11 230:14
**pahwa (9)**
4:5 27:24,24 28:9
31:7 124:15,20
152:4 161:1
**paid (3)**

12:11 13:12 58:8
**pain (2)**
236:5,19
**palpitations (2)**
236:6,20
**pancreatic (1)**
222:12
**paper (25)**
25:17 63:20 72:13
83:1 86:25 93:1
105:18 108:6,6,16
114:13,16 118:7
122:15,15,19 124:3
148:8 164:15
195:11 224:14,21
224:24,25 245:22
**paperclips (1)**
42:11
**papers (10)**
10:11 79:11,18,19,21
122:20,24 203:13
247:17 248:13
**paragraph (30)**
59:3,15,16,16 88:2,23
88:23 103:17
115:10,12 118:13
118:15,23 119:6
138:16,22 140:5,25
143:15 150:16
151:4,9 222:1
233:12 235:4,18
242:8 250:5 253:17
253:18
**paragraphs (1)**
104:9
**parameter (2)**
96:17 133:13
**paraphrase (1)**
22:9
**parentheses (2)**
43:12,13
**parenthetical (1)**
172:14
**parse (1)**
151:15
**parsed (1)**
178:22
**part (48)**
17:18 18:6 19:2,11,12
25:16,23,24,25
30:23 38:24 44:1,1
45:11 47:9,10,14,14
47:23,23 48:12,12
48:17,21,25,25
50:15 52:5 53:4
70:8,17 71:9,9 72:1

79:11 102:15
104:17 150:21
162:3 177:12,13
180:1 190:19
200:12 206:4
210:25 211:1
228:10
**participants (14)**
196:3,7 209:17,18
210:4,6 212:6 213:3
213:18,19,20,22
215:24 253:21
**participated (2)**
18:12 225:6
**participating (1)**
196:11
**particular (18)**
15:25 16:8,12,13
37:17 56:9 64:14
66:17 72:14 82:6
92:6 149:23 188:25
189:1 201:15
219:19,19,25
**particularly (3)**
20:21 231:24 232:3
**parts (1)**
109:16
**pathologist (3)**
18:13 85:6 228:25
**pathologists (3)**
17:22,22 177:14
**pathology (19)**
16:25 17:1,2,3,5,8,9
17:13,13,16,19 18:7
19:2,7,10,11,12
24:9 108:23
**patient (1)**
188:8
**patients (4)**
20:24,25 110:18
251:5
**pattern (1)**
143:20
**patterns (1)**
82:18
**pause (4)**
11:19,21 94:20 254:6
**pay (1)**
203:18
**pazymino (3)**
231:23 232:20 248:4
**pdf (1)**
163:24
**pearl (1)**
6:17
**peer (6)**

46:4 79:10,20 214:23
227:16,22
**peerreviewed (2)**
70:16 225:13
**pending (3)**
133:3 155:4 158:14
**people (63)**
15:1,4 17:13,17 23:8
34:10 35:6,25 38:9
41:19 53:13 54:1
55:4 60:17,18 62:15
64:13 87:1 97:17,23
97:24 99:15 100:1
105:18 118:7
133:21 135:18
149:22 152:3
155:22 156:16
157:14,18 160:6
166:5 179:6 188:22
190:13,14 192:19
193:7 196:11
197:10 198:8 199:9
203:20 205:13,14
210:13 212:24
213:13 214:19
216:3,4,6 232:6
236:1 246:25 248:5
249:3 258:18,22,22
**peoples (1)**
35:18
**perceived (1)**
61:25
**percent (25)**
64:16,21,23,24,25
65:1,2,10,12 66:3,4
66:5 89:18 126:8,9
180:15,15,23 198:4
198:5 209:17,21,24
210:2 213:20
**percentage (1)**
180:21
**perfectly (3)**
59:21 62:5 64:1
**perform (1)**
17:17
**performed (10)**
20:3,9 39:24 70:5
103:21 104:11
117:19 123:6 167:1
248:4
**performing (1)**
87:1
**period (24)**
10:25 54:5,18 97:18
97:20 135:19
149:11,13,14,17

177:11 186:20,23
187:8 188:5 189:2
190:12,13,15 197:9
199:9,12,13 262:19
**periodically (3)**
35:19 36:9 216:1
**permit (1)**
175:2
**permitted (1)**
39:8
**persist (4)**
244:17,19 251:8,13
**persisted (1)**
103:18
**persistence (1)**
251:9
**persisting (1)**
250:1
**person (5)**
83:10 91:2 95:21
97:24 225:21
**personal (2)**
126:15 149:8
**personally (1)**
227:15
**persons (4)**
34:24 35:2 37:25
210:23
**perspectives (3)**
4:18,20 195:25
**pertain (1)**
157:19
**pertaining (1)**
156:14
**pertains (1)**
174:25
**pesticide (32)**
3:18 4:22 32:17 44:2
44:5 46:12 47:24
48:13 49:1,13,19
87:15,23 88:3 94:2
114:5,6 116:3,17,20
116:23 117:21
118:1,2 126:20
137:12 189:1
191:12,12 196:7
206:7 208:6
**pesticides (93)**
33:3,13 44:10 45:15
45:21 52:21 76:4,20
76:22 87:12,15 93:9
93:22 94:2 98:11
99:4 102:9 103:2,4
103:24 104:3,16,25
105:18,23 106:2,12
106:14,21 107:3,11

110:5 113:8,13
114:20,22,24
116:10 117:4,18,20
118:18 120:21
122:6 126:21,23
127:3,8 138:18,23
138:24 140:23
142:2 143:25
144:12 150:19,21
151:12 153:21
161:6 178:3,5,8,11
178:11,23 179:6,9
181:13 182:7,11,16
182:22 183:5 184:8
185:4,10,19 188:25
197:1,20,25 198:5
214:13,15 235:7,9
236:16 237:4,7,7,11
259:2
**petrochemicals (1)**
179:14
**phases (1)**
249:18
**phenomenon (1)**
148:8
**phenoxyacetic (1)**
103:12
**phenoxyherbicides ...**
88:7
**philosophically (1)**
227:12
**phone (3)**
11:16 142:13 167:4
**phrasing (1)**
163:11
**physiologic (1)**
238:8
**pi (1)**
108:21
**pick (1)**
253:22
**picture (1)**
164:24
**piece (1)**
72:2
**pieces (1)**
196:6
**piles (1)**
45:11
**pity (1)**
245:23
**placed (3)**
97:23,24 98:1
**places (2)**
91:16 253:5
**plaintiff (1)**

6:2
**plaintiffs (12)**
7:22,24 21:10,13,19
22:2,12 44:19 173:8
175:7,11 176:18
**plants (1)**
230:18
**play (7)**
59:22 61:22 62:7 64:2
64:7 89:12 220:4
**please (19)**
7:19 8:5,18 37:12
42:19 43:18 45:9
47:4 79:23 91:5
117:2 122:11
128:22 139:23
169:10 184:10
186:18 206:1
221:22
**plugged (1)**
11:16
**plumbing (2)**
234:3,17
**plus (7)**
58:14 126:19 168:4
203:18 204:13
206:15,15
**poea (1)**
243:21
**point (7)**
23:12 50:21 57:21
74:18 93:1 105:20
180:12
**pointed (2)**
221:19,20
**pointing (2)**
61:8 184:22
**points (3)**
153:12,18 219:22
**pooled (22)**
37:23 79:14 99:1,17
102:20 108:9,20
109:3 110:5 111:3
113:15 122:12,13
122:20,23 123:12
127:9 136:10 138:7
138:12 140:11
146:14
**pooling (8)**
25:17 77:16 109:9
122:14,16 123:4
223:7,21
**pools (2)**
123:1 164:25
**population (4)**
194:1 233:3 236:1

249:8
**portier (25)**
29:16 34:5,10,19
70:23 71:19 72:5
155:19 156:16
161:19 162:6,22
163:10 164:8
166:22 170:22
222:16,20,21 224:4
226:17,20 227:5
228:19 257:8
**portiers (1)**
223:6
**portion (2)**
178:4 184:11
**position (3)**
55:5 212:22 256:25
**positive (17)**
67:12 68:12,15 73:6
73:16,20 74:23
90:21 100:12,17
147:17 207:19
209:2,10 219:14,17
219:24
**positives (1)**
110:10
**possibilities (1)**
61:24
**possibility (4)**
65:2 89:16 183:23
215:13
**possible (16)**
15:16 33:13 89:11
96:10 97:7,10 98:3
98:6 129:11 133:7
138:17 151:15
186:25 191:5
198:22 220:2
**possibly (3)**
147:9 163:25 164:2
**potential (8)**
16:22 19:23 94:10
138:12 139:17
181:10 197:9
209:22
**potentially (5)**
94:8 197:17 239:1
251:18 252:13
**power (13)**
99:23 100:4,9,10
109:4,10 111:4,12
111:23 112:6,10,22
123:5
**powerful (2)**
123:2 165:2
**powerpoint (4)**

124:14 156:20,25
157:6
**powerpoints (2)**
32:8 33:2
**practical (2)**
18:8 19:1 23:9
**practically (1)**
164:5
**practice (2)**
255:18 259:16
**preamble (2)**
59:12 67:7
**precaution (1)**
70:2
**precisely (4)**
30:16 145:15,20
147:7
**predicted (1)**
251:15
**prefer (1)**
137:18
**preliminary (3)**
186:22 193:19 259:16
**preparation (2)**
10:15,17
**prepare (2)**
10:1,3
**prepared (7)**
168:14 254:24 255:23
**prescription (1)**
235:6
**present (4)**
6:15 26:7 249:8 254:1
**presentation (7)**
124:11,14 152:5,9
160:19 187:1 188:5
**presentations (11)**
31:25,25 32:3 38:7,8
38:8,15 39:2 156:20
156:25 157:6
**presented (7)**
28:9 124:4 160:18
165:8 208:9 255:3
259:3
**press (3)**
28:8,11 158:15
**pretty (3)**
177:7 205:18 214:13
**prevention (2)**
4:2 86:3
**prevents (1)**
128:19
**previous (2)**
139:5 235:18
**previously (1)**
159:19

**primarily (3)**
16:20 83:9 237:10
**principal (2)**
25:15 38:23
**printed (2)**
163:19 171:7
**prior (15)**
41:21 53:15 55:10
64:14 116:2 117:15
117:22,23 118:18
157:11 164:6
195:16 216:20
229:12 262:6
**priori (1)**
117:25
**privately (1)**
176:21
**privilege (16)**
26:17 38:5 39:6,9,18
39:25 40:5,11,15
41:4,5 166:1 167:21
167:24 176:3,4
**privileged (11)**
31:15 40:22 159:13
165:25 167:20
169:5,7,9 260:16,18
260:20
**privy (1)**
226:8
**probably (35)**
29:11 30:17 33:15
40:21 44:15 68:6
111:15 122:1,2
128:4 142:12
159:15 163:21
164:7 166:10 173:3
177:12,13 178:13
188:5 189:17,17
190:8 195:6 204:12
210:16 213:3
221:25 222:5
226:16 227:1
228:10 240:5
247:23 255:17
**problem (9)**
59:19 65:18 135:4
153:8 167:4 210:15
212:10 227:11
241:22
**problematic (1)**
204:24
**problems (1)**
66:8
**procedure (1)**
174:23
**procedures (1)**

225:22
**proceeding (1)**
26:22
**proceedings (1)**
260:25
**process (8)**
40:19 51:10 53:20
55:6 229:6 238:9
241:9 249:23
**processed (3)**
242:3,5,11
**produce (3)**
159:13 167:23 237:16
**produced (12)**
12:19 157:22 159:19
159:21,22 167:17
167:23 175:16
176:1,7 255:8
**produces (1)**
176:17
**producing (1)**
255:22
**product (2)**
136:19 149:13
**production (4)**
30:12,15 146:6 255:8
**products (3)**
1:4 7:7 263:1
**professional (1)**
35:5
**programmed (1)**
240:19
**progress (1)**
158:10
**project (18)**
37:23 78:20 79:4
113:16 122:12,13
122:14,23 123:12
127:9 130:20
131:10,11 136:10
138:8,12 140:11
146:15
**proliferate (2)**
244:25 245:14
**proliferating (1)**
245:5
**prone (1)**
110:18
**pronounce (1)**
108:13
**properly (1)**
87:9
**proportion (1)**
212:6
**proposed (1)**
27:20

**proposition (2)**
56:10 84:22
**proprietary (1)**
243:22
**prospective (1)**
191:4
**protected (1)**
26:16
**protective (1)**
126:15
**provide (10)**
31:20 33:18 36:4
56:11,21 145:6
158:18 187:9 213:4
259:7
**provided (23)**
31:19,24 32:6 38:24
44:18,20,22 58:10
145:7 171:15 173:1
175:3 176:6 211:2
224:20,20 226:12
254:21,25 256:2
259:18,20 262:18
**provides (1)**
55:25
**providing (1)**
32:19
**province (4)**
90:18 91:14 94:18
126:13
**proving (1)**
226:6
**proxies (4)**
130:1,18 134:18
137:3
**proxy (17)**
126:15 128:22 129:2
129:7,14,24 130:8
130:25 131:2,12,17
131:22 132:13
134:6 135:25 137:1
145:23
**public (6)**
33:9 41:12 228:3
229:5,6 259:17
**publication (22)**
4:7 26:24,25 27:4,12
28:8,17 39:16 40:24
41:13 123:11,14,19
136:10 138:1,5,12
158:15 162:19
166:24 202:15
214:18
**publications (5)**
136:24 190:22 216:5
250:15 259:16

**publicly (12)**
30:25 31:4 32:12 33:4
34:3 147:13 164:22
175:25 227:22
228:17,21 259:4
**publish (2)**
22:19 214:22
**published (27)**
44:7,8 63:12,19 70:16
77:18 123:15 124:2
132:25 147:5
176:25 195:24
214:3,6 216:8,18,20
218:13,19 224:8
225:1,13 226:13
227:2,13,16 228:16
**publishing (2)**
215:2,13
**pull (1)**
63:1
**pulled (5)**
44:17 50:13 91:25
92:6 95:10
**purge (4)**
36:13,16 37:8,12
**purged (5)**
34:14,16 36:10 38:11
166:13
**purportedly (2)**
185:1 244:6
**purports (1)**
46:4
**push (1)**
164:21
**pushed (2)**
85:7,15
**pushing (1)**
218:19
**put (21)**
22:18 45:11 69:24
77:25 86:8 93:13
94:13 95:11,23 96:1
97:1,3,24 101:12
133:23 172:14
174:21 194:20
200:3 203:25 255:1
**puts (1)**
133:20
**putting (4)**
160:23 217:7,8,9

_____
**Q**
**qualified (1)**
211:7
**qualifiers (1)**
96:4

**qualifies (3)**
23:2,15 24:3
**qualify (1)**
75:12
**quality (9)**
56:16 57:10,11 70:5
228:5,9,11,22 229:7
**quantitated (1)**
21:21
**quantity (2)**
57:10,11
**question (41)**
9:7,17,21 11:5 22:13
24:6 39:14 42:13
43:5 48:10 54:9,15
65:25 66:1 71:25
73:10 83:8 87:10
103:5,8 104:5 118:6
118:8,9 128:5 129:6
130:19 155:4 162:4
175:8 184:9,21,25
193:18 199:6 202:4
212:13 213:9
217:15 243:1
255:10
**questionable (1)**
210:3
**questioned (1)**
203:5
**questioning (4)**
253:11 255:11,17
260:17
**questionnaire (3)**
201:1,14 209:16
**questionnaires (2)**
196:24 203:19
**questions (13)**
41:23 72:11 133:3
153:18 254:24
256:5,14,16,18
258:13,15 260:14
260:22
**quibble (2)**
68:7 69:9
**quick (1)**
202:6
**quite (7)**
17:2 47:7 53:13 81:3
193:7 232:8 256:23
**quote (2)**
67:2,3

_____
**R**
**radicals (1)**
238:10
**rainy (1)**

242:18
**ramazzini (4)**
28:21,24 29:1,12
**ran (1)**
66:6
**range (6)**
65:13,18,21 128:2,3
205:20
**rank (4)**
57:13 231:8,9,18
**rash (1)**
236:9
**rate (2)**
12:11 241:4
**rates (3)**
252:22 253:6,7
**ratio (39)**
73:7,17 76:3,22 90:14
90:14,17 92:12
93:12 95:10 98:8
106:21,25 107:8
112:25 120:24
126:8,9,12 127:16
127:23 128:7,12
130:17 134:3 135:7
135:20 140:17
182:2,3,9,20,21
183:6 184:5 185:9
192:20 200:8
258:22
**ration (1)**
113:12
**ratios (11)**
90:12 93:2 101:8
113:25 129:25
150:18 161:7
182:13 212:9 218:5
258:18
**rats (3)**
219:12 221:9 227:8
**raw (2)**
224:19 226:23
**reach (1)**
55:8
**reached (5)**
51:2,10,18 52:6 66:17
**reaching (3)**
50:8 51:1 57:15
**reactive (1)**
238:6
**read (56)**
14:5 52:11 59:12,15
60:3 61:3 67:7
68:12 70:20,23
73:10 81:25 83:1,3
83:5,13,14,15 90:2

103:3 104:19 105:1
110:21,25 114:13
114:15 116:4
119:18 134:17
138:19 150:22
151:16 163:7,8,8
184:9,12 203:1
216:12,13,23
221:13 223:11,16
223:18 224:6,14
225:5 245:19,21
257:6,7,10,14,17,22
**reading (14)**
18:10,10,10 103:7,15
116:15 118:13,23
118:25 176:9
195:11,12 211:1
233:11
**ready (1)**
10:21
**real (4)**
130:15 199:18 200:2
212:5
**really (47)**
21:15 31:4 32:18,19
38:12 40:23 52:22
54:1 55:13 77:17
80:11 81:2 85:7,15
91:20 94:9 96:8
100:12,14 114:14
116:8,10 122:9
128:18 130:3,15,18
130:18 133:14
149:19 162:12
177:10,12 197:14
197:21 198:1,3
199:21,22,25 202:3
210:11 211:9
214:10 217:21
220:9 228:24
**reason (23)**
40:15 41:16,20 42:10
92:23 117:25
193:10 197:23
198:24 199:4,8
218:22 229:4
238:12 263:4,8,10
263:12,14,16,18,20
263:22
**reasonable (4)**
67:17 68:24 69:3,13
**reasonably (1)**
72:19
**reasons (3)**
41:24 51:19 210:16
**rebuttal (2)**

211:1 258:8
**recall (14)**
21:24 45:5 54:4,12,17
56:19 66:25 67:10
130:24 131:11,16
134:16 251:16
258:17
**receive (4)**
36:20 159:10 162:21
175:18
**received (10)**
13:1,4 23:15 35:6
154:25 159:8,9
162:25 168:9,24
**recess (10)**
11:24 85:24 94:25
107:24 137:22
167:9 202:12 230:7
254:10 256:8
**recognition (1)**
177:14
**recognize (2)**
58:20 168:12
**recollect (1)**
54:24
**recollection (1)**
54:24
**record (31)**
7:20 11:11,22 12:1
57:25 58:5 85:22
86:1 94:24 95:2
107:22 108:1
137:20,24 167:6,7
167:11 174:20,21
184:11 202:10,14
230:4,9 254:8,12
256:6,10 261:2
262:13 263:5
**recorded (1)**
262:12
**recruitment (1)**
196:17
**reduces (1)**
227:7
**reexamination (1)**
260:11
**reference (3)**
43:22,24 44:15
**referenced (8)**
10:11 50:14 170:14
170:17 172:3,14
203:6 224:16
**references (2)**
172:12,19
**referred (1)**
54:19

**referring (3)**
24:6 165:10 250:10
**refers (1)**
113:6
**refined (1)**
26:19
**refinement (1)**
26:21
**reflect (3)**
127:2 144:4 255:5
**reflected (2)**
145:4 146:17
**reflection (1)**
140:10
**reform (9)**
3:18 44:3,5 46:12
47:24 48:14 49:1,13
49:19
**refresh (2)**
28:6 154:24
**regard (27)**
26:22,25 27:13 30:18
31:7 53:19 57:11
62:16 67:22 68:25
75:9 96:11 130:19
133:8 137:12 140:7
158:14 175:12
176:8,11 195:18
211:14 213:4
231:25 238:13
256:21 257:25
**regarding (5)**
34:2,12 57:12 233:17
250:22
**regions (2)**
252:23 253:8
**regressed (3)**
116:19,23 118:18
**regression (35)**
114:2,2,7,9,25 115:1
115:14,15 116:2,4
116:13,16,19 117:3
117:14,20 118:16
118:17 119:11,22
120:3,3,4,5,13,13
120:14,19,19,20,23
121:2,5,15 142:7
**regressions (2)**
122:5
**regular (1)**
160:17
**regulators (4)**
228:6,9,15 229:15
**regulatory (4)**
30:22 70:17 225:14
228:20

**relate (1)**
38:5
**related (4)**
81:4,5 89:2 250:8
**relates (2)**
1:10 158:2
**relating (4)**
32:10 34:1,11 37:23
**relationship (2)**
78:15 138:18
**relationships (2)**
86:22 87:2
**relative (5)**
72:18 83:9 115:19
126:14 131:2
**relatives (1)**
90:22
**released (1)**
41:21
**relevant (10)**
32:19,22 92:19
190:12 200:13
211:18 213:4
230:21,24 254:23
**reliable (7)**
49:13,20 129:15
130:7 131:13
134:18 137:14
**reliably (1)**
150:4
**reliance (1)**
224:1
**relied (8)**
50:7 170:2,5,14
254:18 257:20
258:2,8
**rely (6)**
51:25 75:15 191:17
226:16,23 248:18
**relying (8)**
51:9 172:13 211:9,12
212:17,20 222:23
224:7
**remain (1)**
244:13
**remainder (1)**
255:9
**remaining (1)**
255:11
**remarks (1)**
221:4
**remember (45)**
22:4 30:16 45:10
52:19 53:25 54:23
56:24 66:15 111:7
121:16,17 132:8

134:22 145:15,15
145:19 147:7,7
150:9 152:15,16
155:6 156:2,7,8
161:11,14 166:23
172:19 195:12
215:7,8,10,12,14,15
245:20 247:17
248:14 256:18
257:8,11 258:15,21
259:21
**remove (1)**
240:17
**reopen (2)**
175:7,10
**repair (2)**
240:11 244:23
**repaired (3)**
244:13,16 251:13
**repeat (4)**
54:15 65:25 73:13
185:13
**rephrase (2)**
86:23 225:19
**replicated (5)**
222:11,15,17,18
250:1
**replication (1)**
222:10
**reply (1)**
196:7
**report (95)**
3:13 12:21 25:3 42:1
42:3,7,17,18 44:18
47:15,22 49:25 55:7
55:17 60:21 77:12
85:20 86:8 91:23
92:2,11,25 95:11,13
99:22 101:13,23
102:8 108:7 110:25
111:23 112:10,13
112:25,25 113:18
121:21 148:12,16
170:15,15,17 171:2
172:1,3,7,7,15
174:3,4,6,10,13
176:10 181:6,20
186:4,7 191:8 194:9
194:16,21 195:5,7
195:10 200:3
212:18 216:12,13
216:14 219:8
220:21 223:13,25
224:2,17 225:12
226:14 230:13
232:1 248:11,17

250:12 251:17
255:2,12 257:7,11
257:15,16,18,21
258:9 260:3,7
**reported (15)**
1:23 88:23 92:3 98:8
101:9 107:8 121:20
132:25 139:16
179:19 182:14
191:8 217:13,25
254:2
**reporter (9)**
2:12 7:17 8:5,10
164:18 184:12
245:24 262:4,19
**reporting (6)**
7:15,18 147:13 177:6
177:13 216:2
**reports (18)**
9:1 10:7 53:15 54:2,8
55:1,3 101:6 110:21
140:5 222:20,21,23
224:8 227:5 232:21
257:14,21
**represent (1)**
78:8
**represented (1)**
140:17
**reproduce (1)**
241:3
**reproduced (2)**
227:9 240:25
**request (8)**
31:2 32:13 33:6 34:7
38:2 166:22 176:12
255:8
**requested (6)**
82:10 175:14 184:11
255:7 262:17,17
**requests (3)**
30:12,14 155:18
**require (3)**
174:23 241:6 254:20
**research (3)**
25:12,13 160:17
250:8
**reserve (3)**
175:6,10 255:9
**residence (3)**
90:18 91:15 94:18
**residency (3)**
19:7,10 24:15
**residual (1)**
117:23
**respond (10)**
32:13 33:6 34:7 38:1

146:7 159:3 163:3
174:21 175:23
209:17
**responded (2)**
164:8 165:19
**respondent (2)**
126:15 131:13
**respondents (18)**
128:22 129:3,4,15
130:2,8 131:1,2,22
132:13,14 134:6,7
135:8 136:1,1 137:1
145:24
**responders (1)**
137:7
**responding (1)**
162:8
**response (12)**
31:1 33:21 36:5 95:13
96:10 165:3 175:15
175:21 176:14
181:21 191:23,23
**responses (5)**
3:15 30:1 129:7,8,14
**rest (1)**
176:18
**restrictions (1)**
161:23
**result (3)**
101:5 105:25 209:21
**resulted (1)**
141:25
**results (33)**
66:4 70:6,15 74:7
88:24 89:5 100:11
100:18 102:19
103:10 104:13,23
105:7 106:9 118:20
119:13,24 126:25
134:12 147:9
152:20 161:4,6
191:9 193:18 213:4
218:11 221:8
222:11 223:21
232:21 243:13
250:22
**retained (1)**
166:11
**retainer (2)**
12:12 13:3
**retention (3)**
3:11 11:12 12:3
**return (2)**
255:9,19
**rev (1)**
5:1

**reveal (2)**
59:20 62:4
**revealed (1)**
130:5
**reversed (1)**
97:13
**review (24)**
22:22 41:12 51:3
79:20 82:10 139:25
161:20 164:17
168:15 173:24
174:2,16 214:23
215:3,4 225:15,25
225:25 227:2
228:12 248:10
254:23 258:2
262:16
**reviewed (29)**
10:5 46:5 50:12,13,13
50:15,22 51:7
105:18 170:1,3,5,6
170:16,18 171:2,4,8
172:8 203:12
222:15 223:1,1
225:14 227:16,23
248:8,13 256:20
**reviewer (1)**
79:10
**reviewers (1)**
22:22
**reviewing (3)**
52:20 54:1 223:2
**reviews (2)**
70:18 164:10
**revised (1)**
142:24
**revision (1)**
138:4
**rid (1)**
176:13
**right (289)**
12:13 13:8,13,20,24
14:3,12,19 15:11
16:22 17:5 18:1,4
21:3,10,19 24:22
32:8 37:16,19 42:23
43:14 47:2 52:16
53:1,9 55:18 56:1
59:4,10,18 60:1,10
61:1,2,11,13,25
62:2,9,13 63:3
64:17 65:13 66:11
66:25 67:3 70:21
71:22 72:16 77:6,8
77:10 78:9 80:15,19
80:23 81:11 82:12

82:19 86:11,16,18
88:2,6,10,13 89:7
89:14,20,22 90:1
92:1,8,20 93:4,10
93:14,18 94:3,6,15
96:1,15 97:4 98:2
98:11,22,25 99:11
99:17,23 100:11,22
101:10,14 102:3,5,9
102:22,23 106:3,15
106:22 108:16
109:9,15,25 110:6
110:13,19 111:23
111:24 112:2,3,7,14
113:7 114:10
115:21 117:8
119:25 120:6,14
121:7 123:12,24
124:3,5,18 126:10
126:21 127:10,18
128:4 129:8,16,21
131:24 132:15,20
132:22 133:1,11,19
134:10,11 136:7,11
136:14 137:1,7,12
139:7 140:11,19,23
141:13,18 142:24
146:18 147:15,23
149:24 152:6,12
153:18,19,22
155:25 157:20
158:15 160:2
161:24,25 162:20
164:13,16 165:11
168:3,19,23 172:1
172:15 174:12,17
175:6,10 181:7,13
181:24 182:7,11,23
183:6,24 184:8
185:19 186:9,15
188:17 189:11
190:16,20,23 191:2
191:6,13,24 192:5
192:14,16,17,21
193:24 194:2,6,10
195:3,16,18 197:2,7
197:12,17 198:11
198:19 199:18
200:15 201:2,8
203:22 204:5 205:8
205:18,22 207:16
207:24 210:9 212:1
217:6 218:1 219:15
219:19,25 220:6
225:21 231:2,11
232:1,17 233:1,22

235:18,19 236:23
237:4,12 238:16,24
239:2,15 241:1,4,10
241:17,22 242:5
243:17,23 245:6,11
246:2,19,22 247:1,7
247:11,25 249:4,13
250:2,24 251:9,21
252:19 253:14
254:2,3
**righthand (6)**
58:23 59:4 87:20
88:22 93:25 253:16
**rigorous (1)**
22:20
**ringing (1)**
142:13
**rising (1)**
179:24
**risk (84)**
4:8,21 16:3 19:14,17
19:20,24,25 20:4,10
74:2 76:19,22 80:1
80:5,8,9,11 81:20
81:21,21 82:6,7,19
83:19,20 84:5,11,24
85:11 91:24 92:2
97:2,3 103:3,18,21
103:23,24 105:3
128:9,17,17,18
133:24 138:6,19
139:20,21 140:7,8
142:1,8 144:24
145:18 148:10
149:12,15,18,19
150:18,20 151:7,12
177:22,23 178:10
178:12,13,16,24
179:17,19 186:8,25
192:18 206:8 207:5
212:9 216:25
250:15 251:18
256:22 257:1
**risks (12)**
20:1 72:18 81:23 90:6
125:20 128:10
139:16 140:4 141:1
143:21 145:18
148:16
**ritz (5)**
34:4 211:2,4,9 258:8
**ritzs (2)**
212:17 216:12
**robertson (1)**
6:17
**robust (1)**

241:14
**role (9)**
38:17,18,22,22 41:16
57:2 79:7 80:6
108:18
**roos (34)**
4:4 25:17 76:12 77:4
77:16 78:2 107:18
108:2,5,16,25 110:5
113:1,14,23 118:9
122:15,19,23
185:22 190:18
191:21 193:3
195:15 196:21
197:10 198:9 203:9
205:7,21 217:7,14
217:18 218:1
**rosa (2)**
6:16 7:23
**ross (2)**
34:6 225:6
**rough (1)**
167:15
**roundup (8)**
1:4 7:7 30:24 33:4,10
34:3 243:18 263:1
**rows (1)**
132:16
**rpr (1)**
1:24
**rubric (1)**
113:5
**rule (2)**
225:24 226:11
**ruled (5)**
67:16 68:24 69:3,13
177:7
**rules (6)**
68:8 174:22 225:15
226:11 254:16
260:21
**rural (3)**
234:6,10,11

_____

**S**

**s (3)**
3:8 28:3 122:16
**sadness (1)**
236:7
**safety (1)**
167:1
**sample (1)**
251:11
**samples (15)**
232:23 242:1,2,4,10
242:15,22,24 243:6

243:7,8,9,12 245:18
249:2
**sanitation (2)**
234:3,16
**sarcoma (1)**
222:13
**save (3)**
38:7 156:2 159:17
**saw (14)**
44:15 52:14 94:14
121:12 132:17
148:7 149:16
153:22 161:13
202:25 214:25
215:4 232:10
237:17
**saying (7)**
15:24 22:4 83:18
116:18 138:24
165:19 215:4
**says (41)**
47:13 49:4,9 62:4
67:12 81:25 82:11
82:20 83:2 88:23
94:4 103:3,11,18
104:22 114:19,23
115:12,15 118:16
119:21,24 120:8
138:4,16 140:8
141:1,15 143:20
144:2 154:6 161:9
207:10 224:23
233:22,23 235:5,14
235:17 243:22
247:7
**scanned (1)**
163:21
**scant (2)**
100:13,15
**schedule (3)**
3:16 30:2,11
**school (5)**
14:17 19:13 24:13,15
24:25
**science (5)**
19:14,16 64:16
177:19 220:5
**sciences (1)**
191:1
**scientific (5)**
22:22 25:11,13 28:15
124:4
**scientifically (1)**
49:20
**scientists (2)**
130:25 228:4

**scope (1)**
41:5
**scoring (3)**
245:17,18 246:17
**scott (1)**
7:15
**search (4)**
10:12 34:18,23 38:6
**searches (1)**
50:22
**season (3)**
242:16,17,18
**second (21)**
12:24 50:1,2 66:10
81:17 88:22 91:20
102:16 119:9 134:7
138:16 150:16
151:4,5,9,10 161:4
167:3 232:9 248:4
253:17
**secondary (1)**
237:9
**secretary (2)**
37:8,10
**section (11)**
81:15,18 89:25
102:12,15 103:10
113:24 114:4 115:4
219:8 221:7
**see (58)**
12:24 19:9 22:8 30:10
30:14 46:25 47:10
48:3 49:9 53:18
64:25 85:10 88:15
89:12 92:14 96:4
99:9 111:2 128:2
130:16 131:6
147:13 149:17
159:4 160:3 168:23
173:22 187:17
188:9,14 196:8,10
196:21 200:8
202:23 203:5,12
206:4,11,14,20
213:23 215:9
216:16,23 220:12
221:14 222:2,3,4,4
223:6 229:9 232:8
233:6 243:20 251:3
251:23
**seeing (3)**
61:21 92:15 202:7
**seek (1)**
175:12
**seemingly (1)**
100:12

**seen (12)**
30:8 48:23 62:12
63:13 66:10 121:14
124:17 147:6 168:5
173:7 202:20 221:8
**select (1)**
64:13
**selected (3)**
91:24 92:1,23
**selection (1)**
209:22
**self (16)**
128:22 129:3,3,8,15
130:2,25 131:13
132:13,13 134:7
135:8,25 136:1
137:7 145:23
**selfreported (6)**
134:17,18 252:24
253:13,19,21
**selftraining (3)**
23:6,12 24:8
**semantics (2)**
59:19 60:20
**send (4)**
152:22 169:3,6,14
**sending (2)**
124:21 160:15
**senior (1)**
28:2
**sense (8)**
38:4 85:10 106:12,18
108:24 109:14
122:19,22
**sent (17)**
35:6 44:25 124:18
153:11 156:20,21
163:9,15,17,21
168:22 169:19
173:5,8,13,19,22
**sentence (15)**
61:3 81:17 83:11
103:6 104:18,20,22
105:9 114:18
116:15 118:15
119:4 143:20 151:5
151:10
**sentences (3)**
104:13 105:9 150:17
**separate (3)**
88:4 103:20 168:25
**separately (1)**
176:20
**september (8)**
1:16 2:5 4:6 7:1,13
137:25 138:5

262:23
**services (1)**
37:3
**set (11)**
15:25 16:8,9,13 55:17
56:9 72:14 87:17
111:9 130:14
131:20
**sets (2)**
67:8 131:21
**setting (1)**
59:8
**seven (6)**
31:21 134:5 203:15
203:18 204:13
254:15
**severe (1)**
236:25
**sex (2)**
126:13 235:25
**sheet (2)**
47:14 48:24
**sheets (4)**
44:1 47:9,22 48:12
**shes (1)**
11:7
**shimada (3)**
6:11 8:2,2
**short (22)**
11:20 97:18,19
149:11,17 186:13
189:11,13,15 190:1
190:8 193:5,11
194:4,10 200:9
201:7 204:2,11,14
204:21 209:7
**shorter (2)**
188:5 247:13
**shorthand (3)**
2:12 8:10 262:3
**shouldnt (1)**
228:6
**show (26)**
4:5 28:9 31:7 75:9
92:6 119:12,23
124:7,10 125:15,16
129:23 145:21
146:11 147:8,14
165:10 170:8 206:2
215:9 217:13
221:16,22 223:9,21
228:24
**showed (7)**
63:6 80:1 81:21,22
102:14 171:24
181:20

**showing (8)**
125:19 132:12 150:3
206:22 208:3,6
237:10 250:23
**shown (4)**
76:11,21 118:21
119:24
**shows (13)**
76:18 102:18 106:25
107:9 124:5 141:12
145:10 147:14,17
147:21 207:4
246:10 259:4
**side (1)**
104:10
**sides (2)**
22:5 125:5
**sign (1)**
163:4
**signed (2)**
12:7 166:21
**significance (9)**
64:9 72:25 74:2,8
75:9 118:20 131:23
141:7 148:5
**significant (93)**
72:23,24 73:1,8,18
74:6,14,15,16,22,23
75:14 76:1,13,15,16
76:18,23,24 77:3
89:5,13 98:10 99:10
100:6 101:25 102:3
102:9 106:22 107:1
107:6,9 113:6,11
118:19 119:8,10,13
120:6,24 121:3,6,21
122:3 126:24
131:23 134:10
136:7 140:6,16
143:24 144:13,17
144:25 145:2,16
147:8,22 148:16
149:1,4 153:22
154:18 181:21
182:15 183:1 184:7
185:1,3,8,15,18
206:21 207:19,23
208:10 209:2,9,22
209:22 210:8,13
212:6 219:18
220:23 223:9
232:10 236:21
244:24 249:8
253:12,18 259:1
**significantly (7)**
127:13 139:4 145:18

148:12 186:8 192:3
253:24
**signing (1)**
162:23
**similar (10)**
17:2,9,10 127:6
144:25 165:7 221:9
233:9,16 235:16
**simple (2)**
128:4 162:4
**simultaneously (3)**
110:6 116:20,23
**single (5)**
79:16 80:22 81:1 92:2
92:5
**sir (142)**
8:15 9:15 11:3,10
12:3,19 13:19 14:10
15:1,14 16:7 19:6
22:9 28:5 29:21
30:4,15 31:2,6
33:25 37:2 38:2
39:4 40:16 41:2
42:1 43:11 46:11,25
47:11,21 48:10,22
48:23 49:25 53:6
54:17 56:8 58:7,19
58:21 59:18 60:3
61:4 63:11 65:4
66:3,15 67:7 68:3
69:9,12 70:7 72:13
73:6,15 78:13,23
81:7,13,18 84:3
85:18 86:6 87:16
88:17 90:10,15
91:22 92:25 96:24
97:10 98:8,19 100:8
104:9 105:22 108:5
110:23 112:25
118:15 119:17
126:5,7 128:21
130:4,24 135:7,12
136:18,25 138:15
143:15 146:10
150:11 152:1 153:5
156:13 157:17
158:1,8 161:18
165:15 166:14
168:8 169:3,14
172:22 173:25
176:11,24 180:7
183:3 187:13
190:10 192:9 196:5
199:8 202:21 206:1
207:14 211:4,23
212:22 213:8,11

214:1 219:8 224:11
227:11,25 229:15
230:13 232:20
238:5,21 243:18
248:10 251:24
252:8 253:16
254:20
**sit (4)**
114:13 228:18,19,21
**site (3)**
114:25 115:17 116:21
**sites (1)**
219:13
**sitting (1)**
176:16
**situation (2)**
57:9 59:19
**six (1)**
42:11
**size (2)**
151:15 251:11
**skew (1)**
197:24
**skin (2)**
236:8 253:23
**skipping (1)**
105:8
**slide (20)**
4:5 28:9 31:7,24 32:2
124:5,7,10 125:3,14
125:19 128:21
130:5,14 131:9
145:21 146:11
147:14 165:10
259:4
**slides (7)**
39:1 124:17,22 125:2
130:14 152:5,22
**slightly (1)**
115:1
**sll (4)**
141:2,2 142:4,6
**slow (3)**
218:18,19,25
**slowdowns (1)**
219:3
**small (9)**
84:14 89:4 99:25
100:5 141:3 145:16
147:9 251:11
252:10
**smaller (4)**
98:21 108:9 109:11
110:17
**smoked (1)**
235:5

**smoking (1)**
115:20
**soliciting (1)**
162:22
**solomon (1)**
250:14
**solvent (1)**
178:21
**solvents (11)**
178:2,5,7,9,10,15,18
178:19,22 179:9,14
**somebody (3)**
97:2 226:17 228:19
**someones (1)**
188:4
**soon (1)**
164:16
**sophisticated (4)**
117:5 118:5,5 211:3
**sorry (17)**
54:15 75:22 88:20
115:8 118:12,22
120:3 124:12 160:2
173:16 185:13
213:9,10 233:15
243:8 250:5 253:6
**sort (17)**
25:11 39:7 62:17,24
72:12 77:14 79:12
84:16 90:17 177:11
193:18 206:22
218:11 227:6 228:2
229:9 231:9
**sounds (2)**
235:11,16
**source (2)**
50:16 56:3
**sources (1)**
223:4
**speak (1)**
176:15
**speakerphone (2)**
6:17,18
**speaking (5)**
110:17 128:7 134:24
156:4 224:5
**spearman (1)**
139:1
**specialist (1)**
7:16
**specialize (3)**
17:14,15,18
**species (2)**
220:13 238:6
**specific (24)**
19:23 82:17,24 84:4

85:11 86:22 87:2,11
87:12,15,18 88:6
101:9 114:20
117:25 130:20
166:2,5 189:9 190:4
190:9 239:1 244:6
249:15
**specifically (5)**
86:14 88:20 109:24
204:4 215:10
**specificity (1)**
85:14
**specifics (1)**
234:21
**specified (1)**
88:25
**specify (1)**
90:8
**spectrum (1)**
81:20
**speculation (4)**
214:20 218:16 220:16
240:2
**spent (10)**
20:19 52:15,20,21
53:7,9,13,13,15
54:19
**spoken (1)**
33:9
**spontaneous (1)**
180:8
**spot (1)**
249:19
**spray (2)**
243:17 253:23
**sprayed (6)**
232:7 233:5 236:2,16
237:7 249:3
**spraying (4)**
233:9 252:22 253:22
254:1
**sprays (2)**
252:25 253:20
**ss (1)**
262:1
**st (1)**
177:24
**stable (2)**
72:19 241:2
**stages (1)**
249:23
**stand (1)**
167:19
**standard (4)**
22:17 115:13 116:1
129:16

**standards (1)**
68:12
**start (13)**
7:5 12:12 42:22 43:17
53:20 55:21 63:6
81:17 128:23,25
138:17 153:17
188:12
**started (5)**
54:1 55:22 105:1
200:21,23
**starting (5)**
50:21 106:6 151:4,9
200:17
**starts (5)**
59:3 63:13,21 102:15
219:9
**state (5)**
8:18 91:14 126:13
262:1,4
**stated (6)**
146:1 155:1 156:1
157:5 176:5 250:14
**statement (8)**
22:7,8 71:12 97:22
106:9 208:19 209:1
253:10
**statements (4)**
43:4,6 171:11 254:19
**states (2)**
1:1 7:8
**statistical (27)**
15:10,14 16:14 64:5,9
72:25 81:8 89:1
91:4 99:22 100:4
102:11 110:12
111:23 112:6,21
113:24 114:4 115:4
115:11,13 118:19
120:13 123:6
131:23 138:15
141:7
**statistically (68)**
73:1,8,18 74:6,13,21
74:22 75:9,14 76:1
76:13,14,16,18 89:5
89:12 98:10 99:10
101:25 102:2,8
106:22,25 107:6,9
113:5,11 119:8,10
119:13 120:6,24
121:3,6,21 122:3
126:24 127:13
131:23 134:9 136:6
140:16 143:23
144:12,17,24 145:2

147:21 148:11
149:1,4 181:21
182:15 183:1 184:7
185:1,3,8,15,18
207:19,23 208:10
209:2,9 219:18
220:23 258:25
**statistician (4)**
13:24,25 118:6,11
**statistics (3)**
128:7 211:18 212:1
**status (7)**
102:21,24 116:19
161:19,20 195:19
205:14
**stenographically (1)**
262:12
**step (1)**
249:12
**steps (1)**
241:9
**stop (2)**
167:3 255:16
**stopped (3)**
60:12 199:24 200:22
**strategy (1)**
51:5
**street (1)**
6:12
**strength (3)**
59:2,17 60:1
**stress (20)**
57:5 236:23,25
237:16,21,23,25
238:3,5,8,13,14,18
238:22,25 239:7,9
239:11,18 240:5
**stressors (1)**
241:17
**strike (1)**
156:5
**strong (1)**
232:12
**strongly (4)**
82:15,22 138:25
139:4
**studies (94)**
14:22,23 15:3,23
17:17,23 18:11 25:4
33:16,17 54:6,20
55:24 56:4,11,20
57:4,13 63:2,22
64:14 66:20 69:25
70:4,15 75:7,8,8
76:21 78:7,9,15
79:15 84:10,20

85:19 86:10 87:1
91:24,25 98:20,21
98:25 108:10,20
109:3,12,22 110:17
112:12 122:14,14
122:17 130:7
132:25 135:3,4
139:5 165:1 187:6
192:4 215:25 216:2
219:9,13,13,19
221:3,8,10,14 222:1
222:11,16,19 223:1
223:3,10,10 230:15
230:17,17,24
231:16,24 232:5
235:13 250:8,11,20
255:7 259:19 260:2
260:5
**study (183)**
3:22 4:3,4,23 15:4,5
15:11 16:5 25:16,23
25:24 26:6,7,10,13
26:19 28:21 31:8
38:23,24,25 65:19
66:10 67:11 73:6,17
73:20 76:12,13,18
77:4,15,15,16 78:18
78:23 79:7,9,23,25
81:7 86:13,21 87:6
87:8,8,10,17 88:13
92:2 94:6 95:7
96:11 97:8 98:9,15
98:16,24 99:2,3,23
100:22 102:3,21
107:9 108:2,9,10,10
108:11,19,20,22,22
108:23 111:3,11,16
113:1,23 114:24
115:17 116:21
120:12 123:2 130:6
132:5 139:1 152:20
157:2,9 170:24
181:5,9,16 183:24
184:4 185:10,10,18
185:23 186:7,12,19
187:9 190:1,2,13,15
190:18,20,23 191:2
191:5,9,17,21 192:3
193:4 195:15 196:1
196:2,21 197:10
198:9 199:1,13,25
200:4,6,7 201:15,24
202:20 203:22
205:13 209:19
210:13,22 211:8
212:1 213:2,17,21

214:9 216:3 219:21
219:25 222:2,3,4,4
232:7,9,9,21,21
234:24 236:1
237:17 242:2
243:11,18 248:5,8
248:24 249:1,7
250:6,22,25 251:1,2
251:9,16 255:6
258:2,14,15,17,22
259:5,8
**studying (1)**
111:17
**stuff (4)**
26:3 36:17 163:20
255:13
**subgroup (2)**
54:25 55:4
**subject (9)**
30:23 39:24 40:5,11
41:3 63:12 79:18
123:17 163:5
**subjects (1)**
246:19
**submission (1)**
214:17
**submitted (11)**
26:25 27:4,13,17
46:13 164:16,20,22
174:4,12,12
**subscribed (1)**
262:22
**subsequent (1)**
144:6
**substance (5)**
75:13 150:8 175:9
183:5 199:2
**substances (8)**
74:20 75:4 86:14
101:9 214:3 235:10
239:14 241:16
**substantial (6)**
38:12 41:10 142:8
163:10 172:10
175:4
**substantially (2)**
28:13 82:18
**subtype (12)**
79:3 84:21 127:16
140:5,8 144:11
151:22 165:3
182:10 185:17
207:16,20
**subtypes (43)**
3:24 78:19,20 79:2,9
80:2,3,5,7,10,17,18

81:3,4,4,5,5,9,11,19
81:22,23 82:6,8
83:21,25 84:14,14
84:24,25 85:8,10,12
85:14 127:15 138:7
140:7 141:13
143:23 144:20,25
151:14,22
**suffering (3)**
219:3 236:12 237:3
**sufficient (7)**
68:6 70:8 71:1,12,20
72:6 172:13
**suggest (2)**
183:23 184:2
**suggested (4)**
45:6 150:20 152:8
163:9
**suggests (4)**
128:9,10,13 252:9
**sum (2)**
109:16 120:10
**summaries (1)**
223:2
**summarized (1)**
222:9
**summed (1)**
147:22
**sunday (2)**
168:9 175:5
**sunny (1)**
242:17
**supersede (2)**
109:14 122:23
**supersedes (2)**
108:25 122:20
**supplemental (2)**
212:17 216:13
**support (2)**
51:11 214:17
**supports (1)**
191:18
**suppose (1)**
199:8
**sure (32)**
29:11 49:5 56:4 59:17
66:3 73:15 83:17
90:2 91:17 96:3
105:19 107:21
109:2 114:14 116:8
118:4,4 119:20
137:17 151:8 154:6
154:7 157:12
158:23 160:12
166:11,18 168:23
225:17,19 229:25

241:15
**surprise (4)**
217:4 239:23,24,25
**surprised (1)**
251:3
**surprising (1)**
251:13
**surrogate (4)**
96:18 150:1,4,10
**surveillance (1)**
177:7
**survival (1)**
195:19
**survives (1)**
240:24
**suspected (1)**
178:13
**suspend (1)**
255:16
**swear (1)**
8:5
**sworn (2)**
8:9 262:7
**symptoms (5)**
236:12,15,22 237:10
237:15
**systemic (3)**
183:24 236:20 237:20

_____

**T**

**t (3)**
3:8 83:23 84:12
**table (56)**
76:11 78:1 85:19 86:9
86:9 90:10,14 91:23
93:6,14 94:12,14
95:6,9,11 99:21
101:6,12,22 102:18
104:10,10 106:20
108:7 112:13,24
114:19,24 121:14
145:5,23 181:6,23
182:10,23 183:3,4
183:19,21,21
184:18,23 186:5
192:12 193:22
196:5 206:3,4,6
207:4,12 208:3,6,14
234:24 246:10
**tables (8)**
103:11 121:18 146:2
146:4 182:14 206:2
209:8,9
**take (27)**
11:16,20 30:5 44:24
45:6 50:19 70:11

83:3 85:20 95:16
116:10 137:16,19
139:24 146:10
164:18 176:20
196:20 198:3 202:6
203:21 206:3 218:5
229:21 245:23
253:16 256:4
**taken (2)**
8:21 240:17
**talk (8)**
26:5 28:5 64:1 77:21
102:17 103:10
122:9 187:6
**talked (7)**
23:20 24:21 28:14
98:19 122:18 133:8
231:23
**talking (32)**
9:12 42:21,22 43:17
56:8,9 62:11 65:10
72:13 80:18 87:22
88:5 89:9 104:11
119:4 123:23 132:2
146:25 147:1
153:12,18 157:8
181:23 183:18,21
184:15 187:22
192:7 193:23
196:17 238:3,21
**talks (1)**
143:15
**tape (2)**
7:5 94:20
**tapes (1)**
35:24
**targeted (2)**
160:18 220:15
**targeting (1)**
221:9
**tasked (1)**
160:23
**tcell (5)**
82:15,22 83:10,20
222:17
**team (1)**
160:23
**tell (23)**
31:17 39:8 50:7 76:8
76:9,10 77:11 79:6
103:14 159:9
160:10,12 170:8,11
172:23 184:4,25
204:4 215:16
223:16 225:22
245:20 247:23

**telling (4)**
39:4 51:17,24 82:4
**tend (3)**
133:23 193:15,16
**tends (1)**
61:16
**term (5)**
61:1,2 67:4 70:14
238:9
**terminology (5)**
68:8 69:7 109:2
178:17 259:15
**terms (7)**
38:12 57:14 69:20
97:11 135:12
147:18 167:21
**tertile (7)**
193:13,14,22,25,25
195:2,2
**test (4)**
86:15 109:23 188:24
232:22
**tested (1)**
219:11
**testified (18)**
8:10 21:8,12,14,17,25
22:5,10 52:14 53:6
53:18 54:5,12,18
180:14 215:15
216:22,23
**testify (1)**
262:8
**testifying (8)**
21:9,19,24 22:2,11
56:19 134:16
259:24
**testimony (24)**
8:23 54:22 55:10 85:3
134:21 155:9
157:11,22 189:24
194:23 204:7
214:25 215:4,6,19
217:2 225:11
229:12 257:8,12
258:11 259:21
262:10,14
**testing (1)**
113:12
**tests (1)**
18:12
**textbook (1)**
18:10
**textbooks (1)**
14:6
**thank (6)**
8:4 57:24 159:25

176:22 202:22
260:23
**thats (194)**
12:23 13:14 14:5,14
14:20 15:12,20
20:12 22:24 26:16
27:7,12 28:8 29:25
32:24 36:17 38:20
39:17 42:2 43:7
47:14 48:15 49:4,6
51:18 53:9 60:14
61:13 62:2 65:7
66:13,23 67:4,19
68:1,10 69:6,7 73:3
76:12 81:25 82:20
84:2 88:1,4 89:7,16
90:5 92:15,23 93:11
94:4 95:19 96:3,9
97:7,8 98:13,21
99:19 103:5 105:11
106:7 107:18
109:14 110:2 111:3
113:4 117:10
118:15 119:21
120:8 121:4 123:14
123:23,24 124:3
127:1,24 129:10,18
129:24 134:1,24
135:22 136:22
139:17 140:10
141:15,17 142:24
144:2 146:17,23
147:3,25 148:14
149:16 153:23,25
154:6 156:4 159:24
161:9 164:13
167:24 168:24
169:5 170:10
173:18 178:4
179:23 180:5,18
182:8,12,24 183:2,8
183:8 185:6,20
186:6 190:10,15,19
190:21,22,25
191:15,20,25
192:10,23 193:2,10
194:13 195:3,15,18
197:4,8 200:22
201:2 206:25 207:1
207:21 208:1 209:5
209:12 210:3
215:25 216:1,1
217:5,25 218:3,3
220:2,4 222:5
226:12 227:15,18
227:20,21 229:19

231:18 232:17
233:22,23 237:25
237:25 238:24
239:4,11,15,20
241:19 243:22
245:2,8 246:9,24
247:3,25 248:2
250:10 252:16
253:1 254:1 257:24
258:7 260:16
**thereof (1)**
175:9
**theres (50)**
27:3,12 30:11 61:9
65:1,12,21 66:5,9
71:1,13,21 72:6
94:9 98:8 113:6,14
113:15 114:22
122:19 123:14
128:16,17 130:14
133:2 142:12
144:16 146:2,13
155:4 167:4 170:11
178:20 179:2,3,3,12
183:8 184:25 185:6
185:8,15 189:6
208:19 217:15
226:5 227:6,8 247:3
249:25
**theyre (30)**
43:8,9 57:17,19 60:18
62:17,18 70:1,15
76:11 87:22 89:9
109:3 114:11
118:10 125:24
126:1 137:6 158:20
168:21 176:9
194:24 205:18,20
210:4,5 220:13,14
232:5 233:16
**theyve (5)**
91:12 125:24,25
169:1 216:7
**thing (10)**
17:12 82:11 91:19
107:17 115:2
133:15 168:24
220:5,5 240:6
**things (46)**
16:21 32:5 36:16 38:4
41:20 50:12 61:8,20
63:9 81:10 85:6,13
85:13,15 91:3,12,13
101:21,22 128:10
128:11,13 129:10
129:11 147:6

148:22 153:20
156:19 163:11
170:3,5 171:1
176:24 177:6 178:3
191:5 193:17
220:17,23 223:24
224:6 231:22
235:12,25 237:25
255:7
**think (86)**
9:4 13:3 33:22 41:20
42:12 47:5 51:24
53:25 57:6,17 69:25
80:1 81:1 82:10,11
84:2,11 90:20 91:9
91:12 112:21
115:25 116:9
117:10 120:10
121:17 127:6
130:12 139:15
148:7 151:2 152:15
152:19 159:15,18
160:21 165:24
167:21 171:6,6
174:12 175:24
178:17 179:2,4,23
180:10,10,18,21
187:14,15 189:2,6
189:25 193:8 198:4
201:23 202:2,2,3
209:15 210:15,20
214:21,21,22
215:20,23 216:4,18
217:3 219:5 220:22
221:6 227:1,15
228:2,4,8,10 229:7
229:19 236:15
248:20 259:14
**thinking (3)**
153:17 178:3 213:10
**third (9)**
59:3 61:3 88:23
103:16 105:9 106:5
128:21,24 233:15
**thorough (1)**
117:4
**thought (8)**
75:22 80:25 131:5
152:21 170:19
204:3 215:3 253:24
**thousand (1)**
239:16
**thread (1)**
153:5
**three (33)**
8:25 11:18 95:24,25

97:1 104:9,13 108:9
108:19 109:3,6,6
120:11 122:5,14,20
128:25 143:24
146:11 151:22
164:1 168:25 169:3
169:22,24 170:9
173:8,23 193:20
194:8 198:4 227:10
259:1
**threeweek (4)**
14:2,12,18 24:21
**threshold (6)**
62:24 112:5 198:25
203:21,25 204:8
**thyroid (1)**
222:17
**tie (1)**
194:12
**tied (1)**
194:25
**ties (1)**
194:12
**time (86)**
7:14 10:25 29:4 33:12
36:17,17 44:23 48:7
52:21 53:3,9,16
55:12 82:10 83:1,3
96:20 97:18,20
106:6 107:13 108:1
135:19 139:24
149:11,13,14,17
164:20 166:13
168:10 170:15
172:1 174:1,3,6,22
180:19 186:12,13
186:20,23 189:2
190:12,15 193:4
195:14 196:20
197:6,9,11 199:9,12
200:13,14,14,19,20
200:20,21,22,23
201:1,5,8,11 204:21
205:1,4 206:2 207:7
210:9 225:25
239:12 240:12
242:3,13 251:6
254:4,15,22 255:9
255:16,17 262:11
262:14
**timely (3)**
174:23 175:1,1
**times (16)**
8:20,22,23,25 9:4,9
10:12,20 95:24,25
107:14 132:19

147:23 200:17
201:19 227:10
**timing (1)**
224:6
**tiny (1)**
96:25
**tired (1)**
229:3
**tissues (2)**
220:15 221:9
**title (3)**
114:19 116:16 128:22
**titled (1)**
195:25
**tobacco (1)**
235:6
**today (6)**
7:17 11:2 42:5 255:13
255:23 261:1
**todays (2)**
7:13 260:24
**told (11)**
21:7 58:9 94:19
158:17 159:24
164:8 173:5 175:15
204:2 254:14,18
**tools (6)**
15:15,15 16:14 64:5
64:10 91:4
**top (9)**
27:25 28:4 47:10
63:17,24 138:4
172:24 179:4
233:12
**topical (1)**
188:25
**total (12)**
13:15 52:15 53:8 71:8
96:19 97:11 99:17
192:1 208:7,7
229:13 260:25
**totality (2)**
74:12,17
**toxicology (19)**
5:4 10:10 18:1,3,7,9
18:11,16,23 19:1,12
24:8,12 44:1 47:23
48:12,17 55:22
222:16
**tradition (1)**
229:19
**traditionally (2)**
80:25 85:4
**trained (3)**
18:7 19:10 23:8
**training (32)**

14:1,11,16 16:24 17:4
17:5,12,13 18:3,6
18:16,23 19:1,2,3
19:11,13,16 20:14
23:2,6,7,8,14,21,23
24:1,5,7,12,20,25
**tranches (1)**
217:12
**transcript (2)**
262:13,17
**transcription (1)**
263:7
**transient (1)**
252:11
**transmitting (1)**
158:12
**transparency (2)**
229:13,20
**transparent (1)**
228:3
**traveling (1)**
175:5
**treat (1)**
20:24
**treated (1)**
20:25
**trembour (3)**
6:16 7:23,23
**trend (14)**
135:18 141:1,6,12
145:10 146:13
147:14,17 148:2,4
149:5 206:21
207:22 223:9
**trends (1)**
143:23
**tried (1)**
216:7
**trigger (1)**
176:15
**trivial (1)**
96:25
**true (32)**
14:5 20:12 53:7 65:21
66:9 73:3 75:15
84:7,9 96:3 98:21
101:5 107:3 129:24
135:25 156:6
164:19 183:8,14
192:10 199:9
200:13,19 207:1
218:3 220:4 225:17
238:10 239:24
241:19 245:8
262:13
**truth (6)**

148:18,20,23 262:8
  262:8,9
try (1)
  109:10
trying (6)
  28:14 69:11 142:21
  164:20 178:17
  243:20
tsg (2)
  7:15,18
tuesday (4)
  169:20 173:13,23,25
tumors (7)
  219:14,19 222:7,17
  222:18 227:7,10
turn (13)
  13:10 30:10 42:1,18
  84:4 85:18 119:5
  125:1,2 128:21
  139:23 143:3
  255:19
twice (5)
  10:22 77:14 95:22
  106:5 227:10
two (77)
  9:7 30:17 35:14 42:11
  52:15 53:8 55:7
  59:20 61:8 62:5
  69:22 76:23,24 77:1
  77:3 78:9 83:20
  90:19 93:2,4 95:15
  95:15 96:12,18,18
  97:3,13 104:13
  105:8 113:22 114:1
  115:6,12 126:20
  129:2 132:15,17,18
  132:20 133:2,10,10
  142:23 143:17,18
  144:16 147:22
  148:5 150:17
  154:16 155:21
  163:8 164:1 165:1
  171:21 173:5,16
  183:9 187:18,21
  188:9,13,16 190:10
  194:15 203:13
  204:5 209:19
  210:19,21 230:2
  231:22 251:2,4
  258:19,23,24
twofold (3)
  144:24 145:1 258:24
twominute (2)
  137:16 256:4
type (2)
  154:3 207:8

types (12)
  66:18 80:2 82:17,24
  83:21 85:12 104:15
  104:24 106:11,14
  186:9 227:8
typically (1)
  243:11

U

u (2)
  28:3 122:16
uhhuh (3)
  47:12 116:6 119:2
ultimately (1)
  238:16
ultra (1)
  243:19
ultraviolet (1)
  242:17
unadjusted (2)
  142:2 183:6
unclear (1)
  252:6
unconfounded (1)
  184:5
undergo (1)
  40:21
underlying (4)
  10:9 130:7 139:13
  165:6
undermine (1)
  224:1
understand (18)
  9:15,16 11:3 15:12
  20:3,7 48:23 53:12
  55:6 62:23 82:1
  87:7 142:21 177:12
  177:15 189:19
  227:25 229:15
understanding (8)
  29:8 31:17 39:7 40:16
  41:4,7,15 43:1
unexposed (5)
  126:1 193:14 194:1
  213:18 233:7
unfair (1)
  147:5
unfortunately (2)
  125:1 253:14
unit (1)
  105:4
unitary (1)
  80:22
united (2)
  1:1 7:8
univariate (3)

101:7,14 102:17
university (1)
  19:8
unpublished (5)
  227:12 228:5 229:17
  258:1,1
unquestionably (2)
  74:22 75:13
unrelated (1)
  233:8
unreliability (2)
  131:1,2
unreliable (2)
  137:11,15
unscramble (1)
  172:25
unspecified (1)
  89:2
update (1)
  216:1
updated (4)
  175:1 202:19 212:11
  215:24
uptodate (1)
  142:25
urban (3)
  234:6,9,11
usage (2)
  210:9 211:15
use (52)
  4:22 15:15,15 22:17
  35:12 36:24 37:2
  41:12 43:12 50:18
  60:6,19 62:15 64:5
  67:4,5 69:5,7,22,23
  70:14 77:19 95:21
  109:2 114:20,21,23
  115:1 125:20
  126:15,19,20,20
  127:3,8 132:16
  138:17 140:3,18
  141:11 161:23
  164:9 210:7 211:18
  212:7,15 213:8,12
  214:13 217:24
  258:4 259:17
useful (3)
  150:4 187:9 248:20
uses (2)
  63:20 123:1
usually (6)
  36:17 37:13 40:23
  178:18 186:19
  235:24
utterly (1)
  43:7

V

v1 (1)
  177:25
v8 (1)
  177:25
value (7)
  64:25 121:20 123:5
  129:7,8 139:2
  206:21
values (3)
  121:23 212:5 247:22
variables (12)
  59:21 62:5 90:19,21
  91:10 92:16,20
  94:14 101:1,3
  115:16,17
variance (1)
  117:23
variant (1)
  105:5
varied (2)
  82:18 127:16
variety (3)
  28:3 178:2 181:12
various (22)
  20:7 24:10 38:8 81:9
  81:10 85:9 88:3
  101:8 124:4 132:11
  165:8,9 172:8 183:3
  183:4 184:18
  206:16 214:13
  223:24 227:8
  240:17 249:22
vast (1)
  251:12
version (2)
  48:23 141:22
versus (12)
  21:24 56:19 84:11,12
  95:15 96:21 97:19
  130:25 133:10
  135:14 145:23
  242:18
veterinarians (1)
  17:15
video (1)
  7:16
videographer (26)
  7:4 8:4 11:22,25
  57:25 58:4 85:22,25
  94:22 95:1 107:22
  107:25 137:20,23
  167:7,10 202:10,13
  230:4,8 254:5,8,11
  256:6,9 260:24
videotape (5)

94:23 95:3 167:12
  230:5,10
videotaped (2)
  7:5 30:5
videotapes (1)
  261:1
view (10)
  19:21 32:22 57:1
  69:12 70:7 77:3
  189:11,13 213:11
  228:1
views (1)
  51:11
violate (1)
  39:5
violation (1)
  243:6
virtually (5)
  183:5,11,14,16
  246:24
virtue (1)
  110:11
virus (1)
  177:24
viruss (1)
  177:25
vision (1)
  236:8
vital (2)
  102:21,24
vitro (3)
  230:17,18 231:15
vivo (4)
  230:16,17 231:15,16
voluminous (1)
  225:9
vomiting (2)
  236:6,19
vs (1)
  128:22

W

wagstaff (3)
  6:3 12:4,8
wait (8)
  23:18 48:4 50:1 54:9
  74:11 76:25 103:7
  208:3
waiting (1)
  216:4
waive (1)
  166:1
want (12)
  62:23 91:14 114:15
  132:11 165:19
  215:9 224:5 227:25

229:3 243:11
245:21,23
**wanted (4)**
161:20,22 166:2
228:19
**wants (1)**
229:8
**washington (1)**
6:13
**wasnt (16)**
26:2 46:12 51:5 53:4
86:14 94:13 132:8
146:9 152:19 180:2
182:6 217:25
225:13,14 233:5
248:10
**way (30)**
25:7,13 41:19 42:4
63:5 65:18 70:11
79:12 91:11 97:8,8
109:5 118:3 119:7,9
119:12 128:24
148:11 154:12,13
154:24 156:15
167:5 174:10 175:6
179:13 184:25
185:6 199:16
243:12
**ways (7)**
41:22 114:1 120:12
126:2 148:22 240:7
240:11
**weak (2)**
100:9,10
**week (6)**
10:19 52:20,24,25
169:15 173:14
**weeks (5)**
30:17 173:6,16
202:24,25
**weighted (3)**
193:1 206:8 208:7
**weisenburger (16)**
1:15 2:9 3:4 7:6 8:7
8:19 30:6 94:24
95:4 159:10 167:13
230:6,11 254:13
260:25 263:3
**wellconstructed (1)**
70:1
**welldone (2)**
70:1,15
**wendell (2)**
21:24 56:19
**went (2)**
51:9 109:22

**west (1)**
6:5
**weve (11)**
8:15 12:3 31:23 80:4
85:8 111:17 132:25
164:25 181:10
192:4 219:21
**whats (12)**
39:6,7 93:20 130:5
160:14 165:7
183:18 184:21
227:2 235:22 244:3
254:4
**whatsoever (1)**
63:13
**whereof (1)**
262:22
**wide (3)**
181:12 187:20,20
**wish (1)**
218:17
**witness (22)**
3:3 8:5,8 31:14 48:2
75:23 77:23 83:5
94:21 103:16 115:8
125:17 169:6 202:9
229:24 230:1
232:18 252:3 262:6
262:10,22 263:3
**witnesses (1)**
110:22
**wont (3)**
51:17 224:4 226:12
**wool (1)**
6:18
**word (4)**
29:4 60:6 159:2
163:15
**words (4)**
19:19 117:24 146:23
214:14
**work (24)**
12:12 13:2,6,6 25:6
25:11,13,13 28:15
35:5,12,13,15,15
36:15,21 37:4 38:25
82:5,5 174:17
210:23 223:8
256:17
**worked (9)**
13:16 14:24 20:17
23:8 58:10 142:22
143:1 174:15 235:8
**workers (1)**
232:5
**working (8)**

25:3 52:15 53:7 66:16
67:1,15 68:9,19
**works (2)**
39:17 158:10
**wouldnt (13)**
15:9 37:17 70:14 91:2
121:14 137:15
170:17 172:10
200:9 217:4 226:22
227:1 259:11
**write (1)**
86:24
**writes (1)**
161:3
**writing (4)**
53:14 54:2,8 55:1
**written (6)**
30:21 34:12 46:13
55:6 162:1 211:1
**wrote (11)**
89:7 170:15 171:2
173:16 174:3
194:16 195:7,9
257:15,16,18

_____

**X**

**x (3)**
3:1,8 262:17

_____

**Y**

**yeah (41)**
9:11 38:22 43:24
77:13 84:19 88:21
90:5,16 103:16
105:11 112:9
115:25 119:24
120:1 122:13
125:16,19 141:20
164:1 168:24 169:8
169:19 174:3
183:11 189:7 195:6
196:19 198:14
202:7 208:23 223:4
230:2 242:10
243:21 244:9
248:12 249:15
252:3 253:10
255:21 260:19
**year (25)**
13:17 93:3,4 95:16,22
95:25 96:15 97:1,3
97:19 132:20
133:10,18 134:5
143:18 147:18,23
148:4 149:23 194:3
194:9 217:24,24

258:19,23
**years (59)**
32:10,16 33:9,15 35:7
35:11 95:23 132:16
132:19 133:18
135:11,12,14,15
145:9 146:12
147:23 148:3 164:1
184:6,18 186:13,21
187:18,19,21,22
188:9,10,13,14,14
189:11,25 193:4
195:14,15 196:6,10
196:12 197:1,7,8,12
197:17 198:2,6,7,9
198:19,25,25
199:12 201:22
202:3 203:15 204:1
251:2,4
**yesterday (6)**
10:24 11:1 168:9
172:9 254:18,22
**yielding (1)**
199:1
**youll (2)**
125:2 221:14
**young (5)**
193:7,8,21 200:7
205:18
**youre (44)**
9:11,17,22 11:5,15
14:21 25:3 26:15
28:15 38:20 42:21
48:5 49:3 60:6
80:17 82:11 88:4
89:18 103:14 105:9
110:11 119:18
132:2 151:8 157:18
158:16 159:6
162:16 165:9
183:18 184:15,15
187:22 189:3
200:17 201:5 202:6
217:6,8,8,21 225:23
229:2 243:20
**youve (20)**
9:2,4,24 14:16 18:16
21:17,25 23:14,23
28:17 33:12 48:23
58:7,15 124:17
133:18 136:24,25
147:12 157:22

_____

**Z**

**zahm (5)**
108:10,25 109:23

118:9 122:21
**zero (5)**
95:14 127:20 133:9
135:13 143:18

_____

**0**

**0 (8)**
101:17 113:2 118:20
120:25 135:9 139:2
133:3 246:19
**000 (4)**
58:14,14,14,15
**01 (1)**
203:10
**03 (2)**
217:14 218:1
**04 (2)**
101:13,19
**05 (2)**
118:20 203:9
**06 (2)**
85:23 134:6
**08 (2)**
101:13 134:5
**09 (1)**
231:23

_____

**1**

**1 (57)**
7:5 12:3 42:21 44:1
47:10,14,23 48:12
48:17,25 53:20
69:23 76:12,14,15
85:20 86:9,9 91:23
92:11 93:13 94:12
94:23 95:11 99:21
101:12,13,17,19,22
102:8 108:7 112:13
112:24 113:1,2,2
120:24,25,25 128:2
134:5,6 135:9
137:20,24 181:6
182:2 185:22,24
186:5 192:12,21
196:5 234:25
246:10 263:5
**10 (31)**
4:14 33:15 35:7,11
58:1,5 95:22 98:14
139:23 143:15
167:25 182:1,3
184:6,19,20 185:2
189:15,21 190:8
198:19,25 199:12
200:2 204:1,3,11,18
230:3,14 239:16

**103 (3)**
13:15 58:8,14
**1044 (2)**
102:12,12
**1045 (1)**
102:16
**1046 (1)**
103:17
**1047 (1)**
104:9
**108 (1)**
4:4
**10year (1)**
203:21
**11 (15)**
1:16 2:5 3:11 4:11 7:1
    33:25 36:5 85:23
    86:1 94:24 95:2
    107:23 108:5
    154:21 263:2
**1156 (1)**
87:19
**1160 (1)**
93:25
**1161 (3)**
88:17,20 93:6
**11th (2)**
7:14 12:8
**12 (12)**
3:12,13 7:14 93:12
    94:12 95:10 108:1
    112:18 124:10,12
    145:21 168:9
**12332 (1)**
1:24 262:25
**124 (1)**
4:5
**128476 (1)**
1:25
**12th (1)**
12:9
**13 (15)**
1:17 2:6 7:2 13:1
    37:22 47:15,21
    48:11 138:3 146:2
    150:11,12,13
    167:16 254:8
**1350 (1)**
6:12
**137 (1)**
4:6
**138 (2)**
81:13,14
**13th (1)**
262:23
**14 (3)**

4:11 152:1 154:21
**14th (2)**
160:5 161:18
**15 (15)**
4:9,10 128:2 151:4,9
    151:23 153:2,5
    164:7 184:12
    196:12 197:1,12,17
    198:6
**151 (1)**
4:9
**153 (2)**
4:10 58:15
**154 (1)**
4:11
**16 (5)**
4:12,13 11:23 161:15
    165:12
**161 (3)**
3:11 4:12 11:12
**1610 (2)**
4:3 98:16
**1611 (2)**
4:4 108:2
**1612 (2)**
4:5 124:7
**1613 (2)**
4:6 137:25
**1614 (2)**
4:9 151:23
**1615 (2)**
4:10 153:2
**1616 (2)**
4:11 154:21
**1617 (2)**
4:12 161:15
**1618 (2)**
4:13 165:12
**1619 (2)**
4:14 167:25
**162 (2)**
3:12 12:15
**1620 (2)**
4:15 181:2
**1621 (2)**
4:17 186:1
**1622 (2)**
4:19 195:20
**1623 (2)**
4:21 202:15
**1624 (2)**
4:24 232:15
**1625 (2)**
5:1 248:21
**1626 (2)**
5:3 251:25

**163 (2)**
3:13 12:15
**164 (2)**
3:14 29:23
**165 (3)**
3:15 4:13 30:1
**1659 (1)**
181:24
**166 (2)**
3:17 46:22
**167 (3)**
3:19 4:14 58:2
**168 (2)**
3:22 78:18
**169 (2)**
4:1 86:2
**16md02741vc (2)**
1:8 7:10
**17 (3)**
4:14 7:12 167:25
**18 (5)**
86:1 125:8 164:9
    165:15 254:12
**181 (1)**
4:15
**186 (1)**
4:17
**18month (1)**
223:10
**19 (2)**
168:2,8
**195 (1)**
4:19
**1950s (2)**
177:2 179:25
**1986 (1)**
108:11
**1990 (1)**
108:11
**1990s (1)**
198:3
**1992 (1)**
108:10
**1993 (2)**
196:15,21
**1995 (1)**
44:3
**1996 (2)**
195:25 210:9
**1997 (2)**
196:15,22
**1998 (1)**
98:25
**1999 (1)**
98:25
**19th (6)**

13:7,12,17 58:9 174:9
    174:15
———————
**2**
———————
**2 (49)**
12:18 30:12 42:21
    44:1 47:10,10,10,14
    47:23 48:12,21,25
    76:12 90:10,15
    92:11 93:12,13
    94:12,15 95:3,10
    101:17 113:1,23
    115:3,7,8 118:25
    120:24 126:19
    139:6,15 140:18
    141:25 145:5 148:8
    149:16 150:19
    167:7,11 179:3
    181:24 182:3 183:3
    183:21 184:18
    206:6 263:6
**20 (16)**
58:1 89:19 110:10
    181:5 186:21
    192:12,21 197:7,8
    197:12,17 202:3
    219:23 246:25
    255:19,24
**200 (1)**
13:1
**20005 (1)**
6:13
**2002 (2)**
4:3 98:24
**2003 (13)**
4:4 107:18 108:2,6,16
    108:25 110:5
    113:14 122:15,19
    122:23 217:7,18
**2005 (8)**
137:25 185:23 190:18
    191:21 193:3
    197:10 205:8,21
**2007 (3)**
231:23 232:20 242:2
**2008 (2)**
203:12 208:8
**2011 (1)**
251:18
**2013 (6)**
202:19,19 203:11
    204:20 205:21
    209:13
**2014 (2)**
78:25 214:3
**2015 (8)**

**4:6** 12:8,9 13:1 138:5
    152:2 153:7,11
**2016 (10)**
13:4 37:13 142:22
    143:1,3,10 160:5
    161:18 164:5
    165:15
**2017 (12)**
1:16 2:5 7:1,14 13:6
    143:2,4,10 174:9,16
    262:23 263:2
**202 (1)**
4:21
**209 (1)**
115:5
**20year (1)**
177:11
**21 (12)**
4:6 13:4 137:25 138:5
    185:25 190:18
    192:15 196:16
    233:7 246:18,25
    256:7
**22 (3)**
4:12 161:15 195:23
**23 (1)**
202:18
**232 (1)**
4:24
**24 (4)**
232:17,18,20,25
**248 (1)**
5:1
**24month (1)**
223:10
**25 (5)**
246:19 247:13,13,22
    247:23
**250 (1)**
206:15
**252 (1)**
5:3
**256 (1)**
3:7
**258 (2)**
233:12,14
**26 (7)**
4:9 111:4,12,16 112:4
    151:23 252:3
**260 (1)**
3:6
**2678 (2)**
192:16,19
**26th (3)**
152:2 153:7,11
**27 (4)**

4:10,11 153:2
154:21
**2741 (2)**
1:6 7:9
**28 (1)**
12:1
**29 (2)**
3:14,15
**295 (2)**
58:24 59:4
**2a (2)**
69:23,24

___

**3**

**3 (32)**
12:20 30:18 42:2,18
42:18,20,22 43:11
43:11,19 48:15
49:25 77:4 93:13
101:13,19 108:7
114:19,24 135:14
135:14 167:12
182:10 184:12
192:12 193:22
202:11,14 207:4,12
230:5 263:7
**30 (7)**
9:3 139:3 186:21
187:19,22 188:9,14
**31 (6)**
167:7 203:10,12
206:1,6 256:10
**32 (2)**
58:5 94:24
**34 (4)**
95:2 137:20 206:11
230:4
**35 (1)**
139:2
**36 (4)**
182:3 207:4,12 261:2
**365 (1)**
196:5
**37 (3)**
209:16,24 210:2
**39 (2)**
207:18 230:9

___

**4**

**4 (13)**
30:4 50:2 113:2
118:13,24 119:4
120:25 128:2 183:4
183:21 230:4,9,10
**40 (3)**
202:11 254:5,14

**404 (1)**
99:17
**411f (3)**
243:19,21,25
**45 (6)**
167:11 168:18 175:3
175:8 193:8,21
**450 (2)**
13:15 58:8
**457 (1)**
236:5
**458 (3)**
233:15 242:1,9
**45degree (1)**
210:11
**45yearold (1)**
205:16
**46 (1)**
3:17
**47 (4)**
110:5 116:20,23
118:17
**48 (1)**
108:1
**4d (9)**
126:19 139:6,15
140:18 141:25
148:8 149:16
150:19 179:3

___

**5**

**5 (20)**
4:13,13 29:25 118:14
118:15,24 119:4,6
135:14,14 165:12
165:12 186:5 254:5
254:8,12,14 256:7
256:10 261:2
**50 (3)**
58:14,14 250:5
**500 (3)**
12:11 13:4 58:14
**5000 (1)**
12:12
**51 (1)**
76:14
**52 (2)**
101:13 192:12
**53 (2)**
208:3,6
**54 (2)**
107:23 137:24
**55 (2)**
101:17 202:14
**56 (2)**
168:9 192:15

**57 (2)**
192:16,19
**58 (1)**
3:19
**59 (2)**
208:10,24
**5th (1)**
165:15

___

**6**

**6 (25)**
47:1 48:22 101:17
103:11 186:13
189:11,21,25 190:7
193:4 194:3,9
195:14 198:9,24
199:18 200:3 201:7
201:23 203:18
204:2,11,13,18
219:9
**63 (1)**
209:21
**65 (1)**
193:10
**68 (1)**
13:12
**69 (1)**
182:2

___

**7**

**7 (28)**
30:18 58:18 101:6
103:11 104:10
106:20 182:23
186:13 189:11,21
189:25 190:7 193:4
194:3,9 195:14
198:9,24 199:18
200:3 201:7,23
203:18 204:2,11,13
204:18 222:1
**70 (2)**
180:23 213:20
**700 (1)**
2:10
**7171 (1)**
6:5
**73 (1)**
93:13
**750 (1)**
13:12
**770 (1)**
7:12
**78 (2)**
3:22 206:15

**8**

**8 (18)**
3:5 4:9,10,12 32:8
78:23 79:24,25 81:7
93:6 95:6 101:13
138:15 151:23
153:2 161:15
230:14 231:22
**80 (4)**
180:14,15 213:20
233:8
**80226 (1)**
6:6
**83 (1)**
206:15
**85 (4)**
76:15 101:17,19
102:8
**86 (2)**
4:1 108:25
**89 (1)**
206:15

___

**9**

**9 (14)**
1:17 2:6 4:14 7:2,14
11:23 12:1 33:1
86:6 95:9 115:3,6
167:25 263:2
**90 (3)**
64:23 180:14,15
**92 (2)**
108:25 208:8
**93 (1)**
196:25
**94 (1)**
108:25
**95 (13)**
64:16,21,24,24,24
65:10,12 66:3,3,5
89:18 126:8,9
**97 (1)**
196:25
**98 (1)**
4:3
**994 (1)**
253:16