# Exhibit 20



September 14, 2017

Heather A. Pigman
dir 202 898 5814
hpigman@hollingsworthllp.com

*Via Electronic Mail*

Robin Greenwald
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Re: *In re: Roundup Prod. Liab. Litig.*, No. 3:16-md-02741-VC

Dear Ms. Greenwald:

During his deposition on September 5th, Dr. Portier indicated that his pooling methodology derived from two articles written by Michael Dourson and that Dr. Portier "would have to reference" Dr. Dourson's articles (see pages 190-91 and 295 of deposition transcript). These articles are not identified on Dr. Portier's Materials Considered List.

As Dr. Portier is relying upon these articles to support his expert opinion, please identify the citation for these articles by September 15, 2017.

Sincerely,

Heather A. Pigman