**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  202-898-5800
Facsimile:   202-682-1639
Email:       jhollingsworth@hollingsworthllp.com
             elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | |

**DEFENDANT MONSANTO COMPANY'S PROOF OF SERVICE REGARDING MDL PRETRIAL ORDER NO. 31**

Pursuant to the Court's Pretrial Order ("PTO") No. 31, ECF No. 524, Defendant Monsanto Company ("Monsanto") reports that it has provided a copy of PTO No. 31 to each state court judge currently assigned to a Participating Case as defined in PTO No. 12, ECF No. 161 (except for those cases where plaintiffs had previously filed a copy of PTO No. 31). Monsanto submits this Proof of Service describing Monsanto's efforts in transmitting copies of PTO No. 31, and states as follows:

**MISSOURI STATE COURT**

On October 4, 2017, counsel for Monsanto provided a copy of PTO No. 31 to The Honorable Michael Kellan Mullen, Judge for the 22nd Circuit Court for the State of Missouri, during a hearing with Judge Mullen in St. Louis City.  Judge Mullen is presiding over the following cases in the Circuit Court for St. Louis City:

1. *Barbara Bates, et al. v. Monsanto Co.*, Case No. 1722-CC10856 (Mo. Cir. Ct. St. Louis City)

2. *Sterling Bates, et al. v. Monsanto Co., et al.*, Case No. 1722-CC00796-01 (Mo. Cir. Ct. St. Louis City)

3. *Philip Cobb, et al. v. Monsanto Co., et al.*, Case No. 1722-CC00696-01 (Mo. Cir. Ct. St. Louis City)

4. *Nathaniel Evans, et al. v. Monsanto Co.*, Case No. 1722-CC01372-01 (Mo. Cir. Ct. St. Louis City)

5. *Gerald R. Feranec, et al. v. Monsanto Co., et al.*, Case No. 1722-CC00799-01 (Mo. Cir. Ct. St. Louis City)

6. *Cleatus James Geile, et al. v. Monsanto Co.*, Case No. 1722-CC11075 (Mo. Cir. Ct. St. Louis City)

7. *Lonnie Harvey, et al. v. Monsanto Co., et al.*, Case No. 1722-CC00722-01 (Mo. Cir. Ct. St. Louis City)

8. *Daniel G. Hudspeth, et al. v. Monsanto Co.*, Case No. 1722-CC10878 (Mo. Cir. Ct. St. Louis City)

9. *Timothy Kane, et al. v. Monsanto Co.*, Case No. 1622-CC10172 (Mo. Cir. Ct. St. Louis City)

10. *Thelma Lewis, et al. v. Monsanto Co., et al.*, Case No. 1722-CC00537-01 (Mo. Cir. Ct. St. Louis City)

11. *James Martin, III, et al. v. Monsanto Co.*, Case No. 1722-CC10879 (Mo. Cir. Ct. St. Louis City)

12. *Howard and Cheryl Montaigne, et al. v. Monsanto Co., et al.*, Case No. 1722-CC00760-01 (Mo. Cir. Ct. St. Louis City)

13. *Earl Neal, et al. v. Monsanto Co.*, Case No. 1722-CC10773 (Mo. Cir. Ct. St. Louis City)

14. *Mark O'Brien, et al. v. Monsanto Co.*, Case No. 1722-CC00819 (Mo. Cir. Ct. St. Louis City)

15. *Jafurl Parks, et al. v. Monsanto Co., et al.*, Case No. 1722-CC00800-01 (Mo. Cir. Ct. St. Louis City)

16. *Ronald Peterson and Jeff Hall v. Monsanto Co., et al.*, Case No. 1622-CC01071 (Mo. Cir. Ct. St. Louis City)

17. *Yvonne Robertson, et al. v. Monsanto Co.*, Case No. 1722-CC01459-01 (Mo. Cir. Ct. St. Louis City)

18. *Joseph Robichaud, et al. v. Monsanto Co., et al.*, Case No. 1722-CC00759-01 (Mo. Cir. Ct. St. Louis City)

19. *Steve Salvaggio, et al. v. Monsanto Co., et al.*, Case No. 1722-CC00746-01 (Mo. Cir. Ct. St. Louis City)

20. *Florence Scott, et al. v. Monsanto Co.*, Case No. 1722-CC10636 (Mo. Cir. Ct. St. Louis City)

21. *Leroy Seitz, et al. v. Monsanto Co.*, Case No. 1722-CC11325 (Mo. Cir. Ct. St. Louis City)

22. *James Sevier, et al. v. Monsanto Co., et al.*, Case No. 1722-CC08672 (Mo. Cir. Ct. St. Louis City)

23. *Patricia Turner, et al. v. Monsanto Co., et al.*, Case No. 1722-CC00757-01 (Mo. Cir. Ct. St. Louis City)

24. *Christopher Wade, et al. v. Monsanto Co., et al.*, Case No. 1722-CC00370 (Mo. Cir. Ct. St. Louis City)

25. *Sherlene Ward, et al. v. Monsanto Co., et al.*, Case No. 1722-CC00761-01 (Mo. Cir. Ct. St. Louis City)

On October 6, 2017, counsel for Monsanto filed a notice and attached PTO No. 31 in the following lawsuits pending in the Circuit Courts of St. Louis County, Jackson County, and Camden County:

26. *James Adams, Jr., et al. v. Monsanto Co.*, Case No. 17SL-CC02721 (Mo. Cir. Ct. St. Louis Cnty.)

27. *Edward Atchley, et al. v. Monsanto Co.*, Case No. 17SL-CC02515 (Mo. Cir. Ct. St. Louis Cnty.)

28. *Sharon Bradford, et al. v. Monsanto Co., et al.*, Case No. 1716-CV18005 (Mo. Cir. Ct. Jackson Cnty.)

29. *Joseph and Belynd Gutierrez, et al. v. Monsanto Co., et al.*, Case No. 1716-CV18008 (Mo. Cir. Ct. Jackson Cnty.)

30. *John Hardy, et al. v. Monsanto Co., et al.*, Case No. 1716-CV18107 (Mo. Cir. Ct. Jackson Cnty.)

31. *Peter Holbrook, et al. v. Monsanto Co.*, Case No. 17SL-CC03204 (Mo. Cir. Ct. St. Louis Cnty.)

32. *Phyllis Kennedy v. Monsanto Co.*, Case No. 16CM-CC00001 (Mo. Cir. Ct. Camden Cnty.)[1]

33. *Gary Kump, et al. v. Monsanto Co., et al.*, Case No. 1716-CV18126 (Mo. Cir. Ct. Jackson Cnty.)

---

[1] On October 6, 2017, Monsanto also e-mailed a courtesy copy of the notice in *Kennedy* to the Honorable Kenneth M. Hayden, Presiding Judge for the Circuit Court of Camden County, Missouri, as no individual judge has been assigned to that case.

3

MONSANTO COMPANY'S PROOF OF SERVICE RE PRETRIAL ORDER NO. 31
3:16-md-02741-VC

1
2
3
    34. *Louis Pavlack v. Monsanto Co.*, Case No. 17SL-CC03205 (Mo. Cir. Ct. St. Louis Cnty.)

    35. *Dorothy Steffens, et al. v. Monsanto Co.*, Case No. 1716-CV18140 (Mo. Cir. Ct. Jackson Cnty.)

## **DELAWARE STATE COURT**

On October 2, 2017, counsel for Monsanto provided a copy of PTO No. 31 via hand delivery and through electronic filing to the Honorable Vivian L. Medinilla, Judge for the Superior Court of Delaware, who is presiding over the following lawsuits:

1. *Miguel Aguilar v. Monsanto Co.*, C.A. N17C-03-259 VLM (Del. Super. Ct.)
2. *Richard Aird v. Monsanto Co.*, C.A. N17C-03-261 VLM (Del. Super. Ct.)
3. *Larry Ashworth v. Monsanto Co. and John Does 1-50*, C.A. N16C-02-242 VLM (Del. Super. Ct.)
4. *Joseph Barrera, et al. v. Monsanto Co.*, C.A. No. 15C-10-118 VLM (Del Super. Ct.)
5. *Stephen Boden v. Monsanto Co.*, C.A. N17C-03-262 VLM (Del. Super. Ct.)
6. *David Borrowman v. Monsanto Co.*, N17C-03-264 VLM (Del. Super. Ct.)
7. *James E. Bowman v. Monsanto Co.*, N17C-05-629 VLM (Del. Super. Ct.)
8. *Thomas J. Carr, et al. v. Monsanto Co.*, C.A. N16C-03-159 VLM (Del. Super. Ct.)
9. *Gary Couch v. Monsanto Co.*, C.A. N17C-06-280 VLM (Del. Super. Ct.)
10. *Elizabeth Dale v. Monsanto Co.*, C.A. N17C-04-190 VLM (Del. Super. Ct.)
11. *Vernon Davis, et al. v. Monsanto Co.*, C.A. N16C-11-164 VLM (Del. Super. Ct.)
12. *Allen Goeders v. Monsanto Co.*, C.A. N17C-03-278 VLM (Del. Super. Ct.)
13. *Jorge Gonzalez v. Monsanto Co.*, C.A. N17C-03-266 VLM (Del. Super. Ct.)
14. *Terrance Kadlec v. Monsanto Co.*, C.A. N17C-04-143 VLM (Del. Super. Ct.)
15. *Daniel K. Kowal v. Monsanto Co.*, C.A. N16C-11-222 VLM (Del. Super. Ct.)
16. *John Malone v. Monsanto Co.*, C.A. N17C-04-171 VLM (Del. Super. Ct.)
17. *Mildred Matt, et al. v. Monsanto Co.*, C.A. N16C-11-276 VLM (Del. Super. Ct.)
18. *Tammy McIntosh v. Monsanto Co.*, C.A. N17C-03-268 VLM (Del. Super. Ct.)
19. *Jon Ortman v. Monsanto Co.*, C.A. N17C-03-140 VLM (Del. Super. Ct.)
20. *Kenneth Panthen v. Monsanto Co.*, C.A. N16-04-037 VLM (Del. Super. Ct.)

21. *Estate of Jerry Plagge*, C.A. N17C-04-172 VLM (Del. Super. Ct.)

22. *Blake Rottink v. Monsanto Co.*, C.A. N17C-03-279 VLM (Del. Super. Ct.)

23. *Theodore Steinhorst v. Monsanto Co.*, C.A. N17C-03-269 VLM (Del. Super. Ct.)

24. *Thomas Taylor v. Monsanto Co.*, C.A. N17C-03-1664 VLM (Del. Super. Ct.)

**CALIFORNIA STATE COURT**

On October 3, 2017, counsel for Monsanto filed a notice and attached PTO No. 31 in the following lawsuits pending in the California Superior Courts of Alameda County and Riverside County (and provided courtesy copies to the assigned judges):

1. *Charles Baker v. Monsanto Co., et al.*, Case No. RG17876143 (Cal. Super. Ct. Alameda Cnty.)

2. *Kelly v. Bezzerides v. Monsanto Co., et al.*, Case No. RG17873193 (Cal. Super. Ct. Alameda Cnty.)

3. *Millard F. Billings, et al. v. Monsanto Co.*, Case No. RG17852375 (Cal. Super. Ct. Alameda Cnty.)

4. *William Clevenger v. Monsanto Co., et al.*, Case No. RG17872423 (Cal. Super. Ct. Alameda Cnty.)

5. *Rick Cole v. Monsanto Co., et al.*, Case No. RG17875095 (Cal. Super. Ct. Alameda Cnty.)

6. *Marjorie Grubka v. Monsanto Co., et al.*, Case No. RG17876229 (Cal. Super. Ct. Alameda Cnty.)

7. *Brenda Huerta and James Huerta v. Monsanto Co.*, Case No. RIC 1600639 (Cal. Super. Ct. Riverside Cnty.)

8. *Sharon McClurg v. Monsanto Co., et al.*, Case No. RG17876148 (Cal. Super. Ct. Alameda Cnty.)

9. *Gayle Michel v. Monsanto Co., et al.*, Case No. RG17872413 (Cal. Super. Ct. Alameda Cnty.)

10. *John Novak v. Monsanto Co., et al.*, Case No. RG17876078 (Cal. Super. Ct. Alameda Cnty.)

11. *Alva and Alberta Pilliod, et al. v. Monsanto Co., et al.*, Case No. RG17862702 (Cal. Super. Ct. Alameda Cnty.)

12. *Gino Roth v. Monsanto Co., et al.*, Case No. RG17854000 (Cal. Super. Ct. Alameda Cnty.)

13. *Sharon Rowland v. Monsanto Co., et al.*, Case No. RG17876283 (Cal. Super. Ct. Alameda Cnty.)

1   14. *Michael Woodbury, et al. v. Monsanto Co., et al.*, Case No. RG17855094 (Cal. Super. Ct. Alameda Cnty.)

On September 29, 2017, Monsanto and plaintiff filed a Joint Case Management Conference Statement with PTO No. 31 attached as Exhibit A in *Dewayne Johnson v. Monsanto Co.*, Case No. CGC-16-550128 (Cal. Super. Ct. San Francisco Cnty.).

DATED: October 9, 2017                     Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*