Hunter W. Lundy
hlundy@lundylawllp.com
Matthew E. Lundy
mlundy@lundylawllp.com
Rudie R. Soileau, Jr.
rudiesoileau@gmail.com
Kristie M. Hightower
khightower@lundylawllp.com
**LUNDY, LUNDY, SOILEAU & SOUTH, LLP**
501 Broad Street
Post Office Box 3010
Lake Charles, LA 70602
Tel.: 337-439-0707
Fax: 337-438-1029

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | **PROOF OF SERVICE** |
| | Hon. Vince Chhabria |
| This Document relates to: ALL ACTIONS | |

Counsel for Plaintiff hereby submits this proof of service pursuant to Pretrial Order No. 31 (ECF Dkt. 524). On October 4, 2016, Judge Michael K. Mullen, assigned to *Hudspeth, et al. v. Monsanto Co.,* St. Louis Circuit Court, Case No. 1722-CC10878, was presented with a copy of Pretrial Order No. 31.

| | | |
|---|---|---|
| 1 | DATED: October 9, 2017 | Respectfully submitted, |
| 2 | | **LUNDY, LUNDY, SOILEAU & SOUTH, LLP** |
| 3 | | /s/ Hunter W. Lundy |
| | | Hunter W. Lundy |
| 4 | | hlundy@lundylawllp.com |
| | | 501 Broad Street |
| 5 | | Post Office Box 3010 |
| | | Lake Charles, LA 70602 |
| 6 | | Tel.: 337-439-0707 |
| | | Fax: 337-438-1029 |
| 7 | | |
| | | *Attorneys for Plaintiffs* |