**WEITZ & LUXENBERG, PC**
Robin L. Greenwald (*pro hac vice*)
700 Broadway
New York, NY 10003
Tel: 212-558-5802
Email: rgreenwald@weitzlux.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **PROOF OF SERVICE** |
| ALL ACTIONS | Hon. Vince Chhabria |

Counsel for Plaintiffs hereby submit this proof of service pursuant to Pretrial Order No. On October 2, 2017, undersigned counsel lodged a notice and attached a copy of PTO 31 with the following state court dockets:

1. *Seitz, et al. v. Monsanto Company*, St. Louis Circuit Court, Case No. 1722-CC11325
2. *Martin, et al. v. Monsanto Company*, St. Louis Circuit Court, Case No. 1722-CC10879
3. *Bates, et al. v. Monsanto Company*, St. Louis Circuit Court, Case No. 1722-CC10856
4. *Neal,* et al. v. *Monsanto Company*, St. Louis Circuit Court, Case No. 1722-CC10773
5. *O'Brien, et al. v. Monsanto Company*, St. Louis Circuit Court, Case No. 1722-CC00819
6. *Kane, et al. v. Monsanto Company*, St. Louis Circuit Court, Case No. 1622-CC10172
7. *Curts v. Monsanto Company,* Superior Court of Delaware, Case No. N17C-06-360
8. *Zilmer v. Monsanto Company,* Superior Court of Delaware, Case No. N17C-06-210
9. *Bowman v. Monsanto Company,* Superior Court of Delaware, Case No. N17C-05-629
10. *Barrera, et al. v. Monsanto Company,* Superior Court of Delaware, Case No. N15C-10-118

| | |
|---|---|
| DATED:  October 9, 2017 | Respectfully submitted,<br><br>/s/ Robin Greenwald<br>Robin Greenwald<br>rgreenwald@weitzlux.com<br>Weitz & Luxenberg<br>700 Broadway<br>New York, NY 10003<br><br>*Attorney for Plaintiffs* |

2

CERTIFICATE OF SERVICE
16-MD-02741-VC

1
2
3
4          DATED:  October 9, 2017                    Respectfully submitted,
5
                                                      /s/ Robin Greenwald
6                                                     Robin Greenwald
                                                      rgreenwald@weitzlux.com
7                                                     Weitz & Luxenberg
                                                      700 Broadway
8                                                     New York, NY 10003

9                                                     *Attorney for Plaintiffs*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

      I, Robin L. Greenwald, hereby certify that, on October 9, 2017, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED:  October 9, 2017                                        /s/ Robin Greenwald

                                                                             Robin Greenwald