Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No.  16-md-02741-VC |
| This Document Relates To All Actions | |

## **PLAINTIFFS' PROOF OF SERVICE REGARDING MDL PTO NO. 31**

Pursuant to the Court's Pretrial Order ("PTO") No. 31, ECF No. 524, counsel for plaintiffs hereby submits this proof of service confirming that a copy of PTO No. 31 has been provided to each state court judge currently assigned to the cases identified below.

On October 4, 2017, counsel for Plaintiffs filed a notice and attached PTO No. 31 in the following lawsuits pending in the Circuit Courts of St. Louis City and St. Louis County:

1. *Chester Adams, et al., v. Monsanto Company*, Case No. 17SL-CC02722 (Mo. Cir. Ct. St. Louis Cnty.)

2. *James Adams, et al., v. Monsanto Company*, Case No. 17SL-CC02721 (Mo. Cir. Ct. St. Louis Cnty.)

3. *Lona Akers, et al., v. Monsanto Company*, Case No. 17SL-CC02729 (Mo. Cir.

Ct. St. Louis Cnty.)

4. *Edward Atchley, et al., v. Monsanto Company*, Case No. 17SL-CC02515 (Mo. Cir. Ct. St. Louis Cnty.)

5. *Louis Citarelli, et al., v. Monsanto Company*, Case No. 17SL-CC02730 (Mo. Cir. Ct. St. Louis Cnty.)

6. *Nathaniel Evans, et al., v. Monsanto Company*, Case No. 1722-CC01372-01 (Mo. Cir. Ct. St. Louis City)

7. *Cleatus James Geile, et al., v. Monsanto Company*, Case No. 1722-CC11075 (Mo. Cir. Ct. St. Louis City)

8. *Peter Holbrook, et al., v. Monsanto Company*, Case No. 17SL-CC03204 (Mo. Cir. Ct. St. Louis Cnty.)

9. *Louis Pavlack v. Monsanto Company*, Case No. 17SL-CC03205 (Mo. Cir. Ct. St. Louis Cnty.)

10. *Yvonne Robertson, et al., v. Monsanto Company*, Case No. 1722-CC01459 (Mo. Cir. Ct. St. Louis City)

11. *Florence Scott, et al., v. Monsanto Company*, Case No. 1722-CC10636 (Mo. Cir. Ct. St. Louis City)

On October 9, 2017, Plaintiffs filed a notice and attached PTO No. 31 in the following lawsuit pending in the Circuit Court of St. Louis County:

12. *Burrell Lamb, et al., v. Monsanto Company*, Case No. 17SL-CC03681 (Mo. Cir. Ct. St. Louis Cnty.)

Dated:  October 9, 2017

*/s/ Aimee Wagstaff*
Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record. .

DATED: October 9, 2017

*/s/ Aimee Wagstaff*
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361