**WEITZ & LUXENBERG, PC**
Robin L. Greenwald (*pro hac vice*)
700 Broadway
New York, NY 10003
Tel: 212-558-5802
Email: rgreenwald@weitzlux.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **CORRECTED PROOF OF SERVICE** |
| ALL ACTIONS | Hon. Vince Chhabria |

Counsel for Plaintiffs hereby submit this corrected proof of service pursuant to Pretrial Order No. On October 2, 2017, undersigned counsel lodged a notice and attached a copy of PTO 31 with the following state court dockets:

1. *Seitz, et al. v. Monsanto Company*, St. Louis Circuit Court, Case No. 1722-CC11325
2. *Martin, et al. v. Monsanto Company*, St. Louis Circuit Court, Case No. 1722-CC10879
3. *Bates, et al. v. Monsanto Company*, St. Louis Circuit Court, Case No. 1722-CC10856
4. *Neal,* et al. v. *Monsanto Company*, St. Louis Circuit Court, Case No. 1722-CC10773
5. *O'Brien, et al. v. Monsanto Company*, St. Louis Circuit Court, Case No. 1722-CC00819
6. *Kane, et al. v. Monsanto Company*, St. Louis Circuit Court, Case No. 1622-CC10172
7. *Bowman v. Monsanto Company,* Superior Court of Delaware, Case No. N17C-05-629
8. *Barrera, et al. v. Monsanto Company,* Superior Court of Delaware, Case No. N15C-10-118

DATED:  October 10, 2017

Respectfully submitted,

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003

*Attorney for Plaintiffs*