1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:   202-898-5800
4  Facsimile:   202-682-1639
Email:       jhollingsworth@hollingsworthllp.com
5             elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  IN RE: ROUNDUP PRODUCTS              MDL No. 2741
LIABILITY LITIGATION
11                                        Case No. 3:16-md-02741-VC

12  This document relates to:

13  *Michael Andrews, et al. v. Monsanto Co.*,
Case No. 3:17-cv-04266-VC
14

15                     **MONSANTO COMPANY'S**
          **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17        Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

18  named parties, there is no such interest to report.

19  DATED:  October 12, 2017           Respectfully submitted,

20                                      /s/ Joe G. Hollingsworth
                                        Joe G. Hollingsworth (*pro hac vice*)
21                                      (jhollingsworth@hollingsworthllp.com)
                                        Eric G. Lasker (*pro hac vice*)
22                                      (elasker@hollingsworthllp.com)
                                        HOLLINGSWORTH LLP
23                                      1350 I Street, N.W.
                                        Washington, DC  20005
24                                      Telephone:   (202) 898-5800
                                        Facsimile:   (202) 682-1639
25
                                        *Attorneys for Defendant*
26                                      *MONSANTO COMPANY*

27

28

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:17-cv-04266-VC