1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  202-898-5800
4  Facsimile:   202-682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5                elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
11 | | Case No. 3:16-md-02741-VC |
12 | This document relates to: | |
13 | *Robert Bilodeau et al. v. Monsanto Co.*, Case No. 3:17-cv-04279-VC | |
14

15              **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18        1.     Monsanto is not owned by any parent corporation.

19        2.     No publicly traded company owns 10% or more of the stock of Monsanto.

20 DATED:  October 12, 2017                    Respectfully submitted,

21                                             /s/ Joe G. Hollingsworth
                                               Joe G. Hollingsworth (*pro hac vice*)
22                                             (jhollingsworth@hollingsworthllp.com)
                                               Eric G. Lasker (*pro hac vice*)
23                                             (elasker@hollingsworthllp.com)
                                               HOLLINGSWORTH LLP
24                                             1350 I Street, N.W.
                                               Washington, DC  20005
25                                             Telephone:  (202) 898-5800
                                               Facsimile:   (202) 682-1639
26
                                               *Attorneys for Defendant*
27                                             *MONSANTO COMPANY*

28