1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:   202-898-5800
4  Facsimile:    202-682-1639
   Email:         jhollingsworth@hollingsworthllp.com
5                    elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
11 |  | Case No. 3:16-md-02741-VC |
12 | This document relates to: | |
13 | *Robin Brown et al. v. Monsanto Co.*, Case No. 3:17-cv-04437-VC | |
14

15                    **MONSANTO COMPANY'S**
                      **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17        Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

18 named parties, there is no such interest to report.

19 DATED:  October 12, 2017                     Respectfully submitted,

20                                              /s/ Joe G. Hollingsworth
                                                Joe G. Hollingsworth (*pro hac vice*)
21                                              (jhollingsworth@hollingsworthllp.com)
                                                Eric G. Lasker (*pro hac vice*)
22                                              (elasker@hollingsworthllp.com)
                                                HOLLINGSWORTH LLP
23                                              1350 I Street, N.W.
                                                Washington, DC  20005
24                                              Telephone:   (202) 898-5800
                                                Facsimile:    (202) 682-1639
25
                                                *Attorneys for Defendant*
26                                              *MONSANTO COMPANY*

27

28