1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:   202-898-5800
4  Facsimile:    202-682-1639
Email:         jhollingsworth@hollingsworthllp.com
5                  elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Myra J. Buettner, et al. v. Monsanto Co.*, Case No. 3:17-cv-04645-VC | |

15                    **MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17        Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

18  named parties, there is no such interest to report.

19  DATED:  October 13, 2017                Respectfully submitted,

20                                           /s/ Joe G. Hollingsworth
                                             Joe G. Hollingsworth (*pro hac vice*)
21                                           (jhollingsworth@hollingsworthllp.com)
                                             Eric G. Lasker (*pro hac vice*)
22                                           (elasker@hollingsworthllp.com)
                                             HOLLINGSWORTH LLP
23                                           1350 I Street, N.W.
                                             Washington, DC  20005
24                                           Telephone:   (202) 898-5800
                                             Facsimile:    (202) 682-1639
25
                                             *Attorneys for Defendant*
26                                           *MONSANTO COMPANY*

27

28