John J. Driscoll (MO Bar No. 54729)
Gregory J. Pals (MO Bar No. 48820)
The Driscoll Firm, P.C.
211 N. Broadway, Suite 4050
St. Louis, MO 63102
Telephone:  (314) 932-3232
Facsimile:   (314) 932-3233
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2741-VC |
| This Document Relates To:  *Gandolfo v. Monsanto Co.*,  3:17-cv-05478-VC | **ENTRY OF APPEARANCE** |

COMES NOW attorney Gregory J. Pals and The Driscoll Firm, P.C., and hereby enters his appearance on behalf of Frank Gandolfo in this matter, *Gandolfo v. Monsanto Co.*, 3:17-cv-05478-VC.

Dated: October 13, 2017

Respectfully submitted,

By: __/s/ Gregory J. Pals_____
Gregory J. Pals (MO Bar No. 48820)
The Driscoll Firm, P.C.
211 N. Broadway, Suite 4050
St. Louis, MO 63102
Telephone:   (314) 932-3232
Facsimile:    (314) 932-3233
*Attorney for Plaintiffs*

Attorneys admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the 13th day of October, 2017, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of filing to all appearing parties of record.

/s/ Gregory J. Pals