1

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)

2

Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.

3

Washington, DC  20005
Telephone:   202-898-5800

4

Facsimile:   202-682-1639
Email:        jhollingsworth@hollingsworthllp.com

5

elasker@hollingsworthllp.com

6

*Attorneys for Defendant*
*MONSANTO COMPANY*

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

11

Case No. 3:16-md-02741-VC

12

This document relates to:

13

*Jessie Camarena et al. v. Monsanto Co.*,
Case No. 3:17-cv-04264-VC

14

15

<u>**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**</u>

16

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17

("Monsanto") makes the following disclosures:

18

1.      Monsanto is not owned by any parent corporation.

19

2.      No publicly traded company owns 10% or more of the stock of Monsanto.

20

DATED:  October 16, 2017                     Respectfully submitted,

21

/s/ Joe G. Hollingsworth

22

Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)

23

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)

24

HOLLINGSWORTH LLP
1350 I Street, N.W.

25

Washington, DC  20005
Telephone:   (202) 898-5800

26

Facsimile:    (202) 682-1639

27

*Attorneys for Defendant*
*MONSANTO COMPANY*

28