1   **HOLLINGSWORTH LLP**
    Joe G. Hollingsworth (*pro hac vice*)
2   Eric G. Lasker (*pro hac vice*)
    1350 I Street, N.W.
3   Washington, DC  20005
    Telephone:     202-898-5800
4   Facsimile:      202-682-1639
    Email: jhollingsworth@hollingsworthllp.com
5           elasker@hollingsworthllp.com

6   *Attorneys for Defendant*
    *MONSANTO COMPANY*

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10  | IN RE: ROUNDUP PRODUCTS | MDL No. 2741 |
    | LIABILITY LITIGATION |  |
11  |  | Case No. 3:16-md-02741-VC |

12  This document relates to:

13  *Jay Cantor on behalf of the Estate of Lynne M.*
    *Vegas v. Monsanto Co.*,
14  Case No. 3:17-cv-04643-VC

15

16                   **MONSANTO COMPANY'S**
               **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
17

18          Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

19  named parties, there is no such interest to report.

20  DATED:  October 16, 2017          Respectfully submitted,

21                                    /s/ Joe G. Hollingsworth
                                      Joe G. Hollingsworth (*pro hac vice*)
22                                    (jhollingsworth@hollingsworthllp.com)
                                      Eric G. Lasker (*pro hac vice*)
23                                    (elasker@hollingsworthllp.com)
                                      HOLLINGSWORTH LLP
24                                    1350 I Street, N.W.
                                      Washington, DC  20005
25                                    Telephone:    (202) 898-5800
                                      Facsimile:     (202) 682-1639
26
                                      *Attorneys for Defendant*
27                                    *MONSANTO COMPANY*

28

---