TATE J. KUNKLE
*Admitted Pro Hac Vice*
tkunkle@napolilaw.com
NAPOLI SHKOLNIK PLLC
400 Broadhollow Road, Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 843-7603

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| Thomas Baker and Marcia Baker, Husband and Wife, | NOTICE OF APPEARANCE OF TATE J. KUNKLE AS COUNSEL FOR PLAINTIFFS |
| Plaintiffs, | Case No. 3:17-cv-05477 |
| v. | |
| Monsanto Company, | |
| Defendant. | |

TO:    The Clerk of Court and all parties of record

I am admitted *Pro Hac Vice* to practice in this court, and I appear in this case for Plaintiffs.

Please serve said counsel with all pleadings and notices in this action.

DATED:  October 17, 2017

_____
Tate J. Kunkle, Esq.
400 Broadhollow Road, Suite 305
Melville, New York 11747
(212) 397-1000