Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA  22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No.  16-md-02741 |
| This Document Relates To All Actions | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Amended Protective and Confidentiality Order entered by the Court on September 6, 2017 ("Amended Protective Order"), Plaintiffs hereby submit this Administrative Motion to File Under Seal.  Pursuant to the Amended Protective Order, "[w]hen a Party wishes to use a document that has been designated as

- 1 -

confidential in support of a motion or other filing with the court, it will move the Court to file the document under seal pursuant to Civil Local Rule 79-5…." *See* Amended Protective Order, ¶ 18.

### I. Plaintiffs Conditionally Lodge Under Seal Documents Designated as Confidential by Defendant Monsanto Company.

Pursuant to Civil Local Rule 79-5(e), Plaintiffs hereby notify the Court that they have conditionally filed under seal a document which has been designated Confidential by Monsanto Company, or which contains or referencse information so designated.  Specifically, Plaintiffs have conditionally filed under seal Exs. 21, 35, 36, 53 and 91 to their Opposition to Monsanto Company's *Daubert* and Summary Judgment Motion and in Support of Plaintiffs' *Daubert* Motion. Pursuant to the Amended Protective Order, "the designating party will have 10 court days to file the responsive declarations required by Civil Local Rule 79-5(e) ." *See* Amended Protective Order, ¶ 18.

This application is also based on the information set forth in the Declaration of Aimee H. Wagstaff in Support of this Administrative Motion to File Under Seal, filed concurrently herewith.

Dated:  October 27, 2017

*/s/ Aimee Wagstaff*
Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

*Co-Lead Plaintiffs' Counsel
For MDL 2741*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record. .

DATED: October 27, 2017

*/s/ Aimee Wagstaff*
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361