Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No.  16-md-02741 |
| This Document Relates To All Actions | **WAGSTAFF DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Aimee H. Wagstaff, declare:

1. I am a member of the executive committee of MDL 2741.  I make this declaration in support of Plaintiffs' Administrative Motion to File Under Seal filed on October 27, 2017.  I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. Plaintiffs have filed conditionally under seal Exhibit Nos. 21, 35, 36, 53 and 91 as these documents contain or reference material and information designated Confidential by Monsanto.

3. Counsel for the Parties have met and conferred regarding the confidentiality of Exhibit 53 and Monsanto's counsel notified Plaintiffs' counsel that Monsanto is still evaluating the confidentiality designation of this document. I declare under penalty of perjury that the

1 | foregoing is true and correct.
2 |     Executed this 27th day of October, 2017.
3 |
4 |                                 */s/ Aimee H. Wagstaff*
5 |                                 Aimee H. Wagstaff

- 2 -

WAGSTAFF DECL. IN SUPPORT OF ADMIN. MOTION TO FILE UNDER SEAL
3:16-md-02741-VC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record. .

DATED: October 27, 2017            */s/ Aimee Wagstaff*
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

- 3 -
WAGSTAFF DECL. IN SUPPORT OF ADMIN. MOTION TO FILE UNDER SEAL
3:16-md-02741-VC