UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No. 16-md-02741 |
| This Document Relates To All Actions | **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Having reviewed Plaintiffs' Administrative Motion to File Under Seal and the Declaration of Aimee H. Wagstaff in support thereof, the Court ORDERS that:

Plaintiffs' Exhibits 21, 35, 36, 53 and 91 to their Opposition to Monsanto Company's *Daubert* and Summary Judgment Motion and in Support of Plaintiffs' *Daubert* Motion shall remain filed conditionally under seal for ten (10) days after the date they were originally filed conditionally under seal, pursuant to the Amended Protective and Confidentiality Order in this case and Civil Local Rule 79-5(e).

Dated:_____    _____
Hon. Vince Chhabria
Judge of the United States District Court

1