# EXHIBIT 35