# EXHIBIT 36