# EXHIBIT 91