# EXHIBIT 1

## Greenwald, Robin

| | |
|---|---|
| **From:** | Pigman, Heather <HPigman@Hollingsworthllp.com> |
| **Sent:** | Wednesday, May 17, 2017 4:30 PM |
| **To:** | Greenwald, Robin |
| **Cc:** | Aimee H. Wagstaff (aimee.wagstaff@andruswagstaff.com); Michael Miller <MMiller@millerfirmllc.com> (MMiller@millerfirmllc.com); Lasker, Eric |
| **Subject:** | RE: 2017-5-16 RU follow up expert depo date letter.docx |

Robin – Thanks for this information. In their reports, plaintiffs' experts provide a variety of opinions offered to a reasonable degree of medical and/or scientific certainty that are not within the areas identified in your letter. Are you withdrawing those opinions, or will each expert in fact be offering expert testimony in all areas set forth in their reports?

If the former, please provide revised reports striking the portions of each report outside the subject areas you have now designated.



**Heather A. Pigman**
Partner

D 202.898.5814 | HPigman@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005
www.hollingsworthllp.com

**From:** Greenwald, Robin [mailto:RGreenwald@weitzlux.com]
**Sent:** Tuesday, May 16, 2017 5:31 PM
**To:** Pigman, Heather
**Cc:** Aimee H. Wagstaff (aimee.wagstaff@andruswagstaff.com); Michael Miller <MMiller@millerfirmllc.com> (MMiller@millerfirmllc.com); Lasker, Eric
**Subject:** FW: 2017-5-16 RU follow up expert depo date letter.docx

Heather:
Please see attached letter regarding Plaintiffs' expert witnesses.
Regards,
Robin


Please visit us at http://www.weitzlux.com

Like us on Facebook
Follow us on Twitter
Add us on Google +
Connect with us on LinkedIn

****************************************************************

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by replying to the message and deleting it and all of its attachments from your computer. Thank you. Weitz & Luxenberg, P.C.