# EXHIBIT 2

# Greenwald, Robin

**From:** Pigman, Heather <HPigman@Hollingsworthllp.com>
**Sent:** Monday, July 24, 2017 3:17 PM
**To:** Greenwald, Robin
**Subject:** In re Roundup MDL - expert deposition scheduling

Robin –

I have not heard from you since our last phone conversation over a week ago. During that call, I requested that plaintiffs provide earlier deposition dates (including weekend dates as options) for the four plaintiffs' experts that remain unscheduled. As we have discussed, each of plaintiffs' experts addresses multiple scientific disciplines. Under the Court-ordered deposition protocol, all of plaintiffs' experts who will offer testimony in a specific subject area must be deposed before Monsanto's expert(s) in the same area. When we raised this issue in connection with the original discovery deadlines, plaintiffs sent a letter indicating that the experts' specialties were far narrower than the topics disclosed in their reports, but plaintiffs later declined our request to withdraw those sections of the reports that did not match counsel's letter. As we noted then and as you and I have discussed more recently, as a practical matter, plaintiffs' decision requires that all of plaintiffs' experts be deposed before any defense experts.

To date, two depositions have been confirmed (August 7 for Dr. Neugut and August 23 for Dr. Nabhan). Plaintiffs propose that the remaining four experts' depositions happen in mid-September (September 11 for Drs. Portier and Weisenberger, September 13 or 15 for Dr. Jameson, and September 18 for Dr. Ritz). In essence, of the five week deposition period allowed by the Court (August 21 through September 22), plaintiffs' experts' depositions would be spread out over all five.

This proposal is highly prejudicial to Monsanto in a variety of ways, including that it would allow inadequate time for Monsanto's experts to review the transcripts of several of plaintiffs' experts' depositions before completing their own. Therefore, we reiterate our request for earlier potential deposition dates, particularly for Drs. Weisenberger, Jameson, and Ritz, so that defense expert depositions can be scheduled between September 12 and September 22. Thanks.



**Heather A. Pigman**
Partner

D 202.898.5814 | HPigman@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005
www.hollingsworthllp.com

This electronic message contains information from the law firm of Hollingsworth LLP, which may be confidential or privileged. The information is for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic transmission in error, please notify us immediately at (202) 898-5800.