# EXHIBIT 11

## HEYDENS, WILLIAM F [AG/1000]

| | |
|---|---|
| **From:** | JENKINS, DANIEL J [AG/1920] |
| **Sent:** | Wednesday, June 24, 2015 8:32 AM |
| **To:** | HEYDENS, WILLIAM F [AG/1000] |
| **Cc:** | LISTELLO, JENNIFER J [AG/1000] |
| **Subject:** | RE: GA Update on US Government Outreach - WHO IARC Clarification on Glyphosate |

Completely agree. Mary Manibusan told me yesterday that EPA has had several issues in the past with ATSDR coming to different conclusions. She said they tried to execute several MOUs but were unsuccessful. She describes ATSDR as being VERY conservative and IARC like in this regard as well as the fact that they are hazard based.

Makes me very nervous, but I asked Jack whether or not he was worried about ATSDR coming out with something different and he said he wasn't and I think he was being genuine.

Dan Jenkins
U.S. Agency Lead
Regulatory Affairs
Monsanto Company
1300 I St., NW
Suite 450 East
Washington, DC 20005
Office:
Cell:

---

**From:** HEYDENS, WILLIAM F [AG/1000]
**Sent:** Wednesday, June 24, 2015 8:49 AM
**To:** JENKINS, DANIEL J [AG/1920]
**Cc:** LISTELLO, JENNIFER J [AG/1000]
**Subject:** RE: GA Update on US Government Outreach - WHO IARC Clarification on Glyphosate

Dan,

'Distinguishable and not duplicative'? Seriously? And I will believe the not 'making a call on cancer' part when I see it.

Anyway, at least they know they are being watched, and hopefully that keeps them from doing anything too stupid...

Thanks much for the follow-up.

Bill

---

**From:** JENKINS, DANIEL J [AG/1920]
**Sent:** Tuesday, June 23, 2015 8:17 AM
**To:** DYKES, MICHAEL D [AG/1920]
**Cc:** VAUGHN, TY T [AG/1000]; JACOBS, ERIK [AG/1000]; REYNOLDS, TRACEY L [AG/1000]; MARTINO-CATT, SUSAN J [AG/1000]; STATER, STACEY L [AG/1000]; DUNCAN, MELISSA S [AG/1000]; SCHLICHER, MARTHA A [AG/1000]; PARRISH, MICHAEL [AG/1000]; CHRISTIANSEN, JESSICA [AG/1000]; LISTELLO, JENNIFER J [AG/1000]; MILLER, PHILIP W [AG/1000]; AGUSTIN, MELISSA [AG/1920]; GUARD, JAMES [AG/1000]; HORAK, MICHAEL J [AG/1000]; COLE,

1

## HEYDENS, WILLIAM F [AG/1000]

**From:** JENKINS, DANIEL J [AG/1920]
**Sent:** Wednesday, June 24, 2015 12:59 PM
**To:** LISTELLO, JENNIFER J [AG/1000]; HEYDENS, WILLIAM F [AG/1000]
**Subject:** FW: ATSDR

FYI

Dan Jenkins
U.S. Agency Lead
Regulatory Affairs
Monsanto Company
1300 I St., NW
Suite 450 East
Washington, DC 20005
Office:
Cell:

---

**From:** Housenger, Jack
**Sent:** Wednesday, June 24, 2015 1:48 PM
**To:** JENKINS, DANIEL J [AG/1920]
**Subject:** ATSDR

Dan, here is everyone I talked to
Henry was the one who ended up saying that they would put glyphosate on hold holding the OPP risk assessment release
Hope this helps

Breysse, Patrick N......he's the Director of NCEH/ATSDR
Stephens, James W (aka Jimmy) he's the acting director of the Division of Community Health Investigation
Henry Abadin......he's the branch chief
Hannah Pohl.....is the person doing the work on glyphosate

Jack E. Housenger, Director
Office of Pesticide Programs

1

Confidential - Produced Subject to Protective Order