# EXHIBIT 13

**ACTION PLAN ECHA**

- GTF statement positioning the publication of proposal in context of EChA process and the recommendations by BAUA at high level : June 2nd
- Gain intel on household products classified with STOT-RE2 to put things into context
- **Technical comments (GTF) < July 18**
    - -Technical comments on draft CLH classification proposal
    - -Compilation of regional reviews on CARC
    - -Other relevant technical comments in anticipation of NGO submissions/suggestions
- Decide on submission of EDSP data to ECHA (explore ways for ECHA to consider the data eg through JMPR)
- Convince independant experts to submit arguments against STOT-RE as well as issuing reinforcing comments confirming no need for carcino
    - -map which influencial experts wants to do this (no funding; sensitive!)
- In parallel, gather intel on Norway in context of EChA (track record)
- Gain intelligence on ECHA following EFSA classification proposals
- STOT-RE 2 clssified compounds; what can we learn?
- Have toxicologist at RAC meeting (through ECPA)
- **Influence positions of MS on classification proposal**
    - - **Note**: panel members should not be approached !
    - - Map the panel members (who, affiliations, reputation,etc)
    - - Map Key Influencial People (KIPs) to panel members
    - - Understand panel memebers positions/concerns through KIPs /publications
    - Expose panel members through KIPs-affiliates-communications in media they are exposed to
- Later, in anticipation of publication of final conclusions/classification by EChA ,work on good public brief on EChA process and next steps (idea

| Status | Comments | timelines | | |
|---|---|---|---|---|
| 🟩 | available on GTF website | | | |
| 🟨 | Mark Martens; in progress level 2 | | | |
| | | first draft available 14/6 | | Contact§ Francesca for uploading |
| ⬜ | in progress level 1 | | | |
| ⬜ | in progress level 1 | | | |
| ⬜ | in progress level 1 | | | |
| 🟥 | Access to EDSP pending; ECHA does typicall not review ED | | | |
| genicity cl 🟨 | in progress level 2 | | | Kimberly to draw up the list with B |
| 🟨 | in progress level 2 | | | |
| 🟨 | in progress level 2 | | | ECPA can help |
| 🟩 | ECPA will update | | | |
| 🟨 | Mark Martens; in progress level 2 | | | |
| 🟩 | need to notify ECHA one month ahead of RAC | | | synergy with other a.i. discussions |
| 🟩 | more intel needed on connections with activist authors | | | Mike/Jen to contact Bill reeves and |
| 🟨 | in progress level 2 | | | |
| 🟨 | in progress level 2 | | | |
| 🟨 | in progress level 2 | | | |

is to provide nuance to who really has the last word and on what exactly)

comments

3ill heydens (Eu experts, Greim, Kirkland, Kier)

to be explored; experts can be inter-changed per dicipline

d the fusion center