# EXHIBIT 15

Message

**From:** HEYDENS, WILLIAM F [AG/1000] [/o=Monsanto/ou=NA-1000-01/cn=Recipients/cn=230737]
**on behalf of** HEYDENS, WILLIAM F [AG/1000]
**Sent:** 3/17/2015 6:51:32 PM
**To:** MONKEN, JOSH [AG/1000] [/O=Monsanto/OU=NA-1000-01/cn=Recipients/cn=JMONKEN]
**Subject:** RE: CE Collaboration Project

Josh,

I was reminded of 5 more issues we faced in the early glyphosate days (mid-late 1980s):

- Low level presence of formaldehyde (carcinogen by inhalation) in Roundup
- Low level presence of NNG (N-nitroso-glyphosate) in Roundup – many N-Nitroso compounds are carcinogenic
- Many tox studies for glyphosate had been done at a lab (IBT –Industrial Biotest) that FDA/EPA found to generate fraudulent data back in the 70s
- EPA seriously questioned if glyphosate produced tumors in the chronic mouse study – glyphosate was put in Category D for carcinogenicity for several years – our detractors falsely spread the word that EPA considered glyphosate to have carcinogenic potential
- It was falsely said that glyphosate is an organophoshate (OP) molecule, and OPs produce neurotoxicity, thus glyphosate is a neurotoxin

Bill
*William F. Heydens*
*Product Safety Assessment Strategy Lead*
*Phone:* ████

-----Original Appointment-----
**From:** MONKEN, JOSH [AG/1000]
**Sent:** Friday, March 13, 2015 11:29 AM
**To:** MONKEN, JOSH [AG/1000]; HEYDENS, WILLIAM F [AG/1000]
**Subject:** CE Collaboration Project
**When:** Tuesday, March 17, 2015 12:30 PM-1:00 PM (UTC-06:00) Central Time (US & Canada).
**Where:** Bill's Office

Bill,

I'm working with Corporate Engagement on a timeline project around historical sentiment against Monsanto. I talked earlier this week with Donna about glyphosate, Caroline Cox, NCAP, and some other history stuff, and would like to pick your brain a bit as well if you have a little time. Thanks!

Josh

Confidential - Produced Subject to Protective Order                                                                      MONGLY00990361