# EXHIBIT 26

## HEYDENS, WILLIAM F [AG/1000]

| | |
|---|---|
| From: | HEYDENS, WILLIAM F [AG/1000] |
| Sent: | Thursday, February 05, 2015 2:25 PM |
| To: | KOCH, MICHAEL S [AG/1000]; KOCH, MICHAEL S [AG/1000]; FARMER, DONNA R [AG/1000]; SALTMIRAS, DAVID A [AG/1000]; GARNETT, RICHARD P [AG/5040]; GUSTIN, CHRISTOPHE [AG/5040] |
| Cc: | LISTELLO, JENNIFER J [AG/1000] |
| Subject: | IARC Planning |
| Attachments: | Work Plan .xlsx |

All,

Attached is an updated spreadsheet for our IARC preparations – we have come a long way already!
Please let me know if you have any additions/corrections. Ongoing Activities are indicated by light blue fill color.

At our next IARC Planning meeting Monday, I would like us to turn our attention to next publications (new Meta-analysis & WoE/Plausibility paper) – how should we go about doing them, who does what, start working up costs, etc.

Please let me know if you have other ideas or comments.

Thanks.

Bill

1

Confidential - Produced Subject to Protective Order

MONGLY00977264
MONGLY00977264

## HEYDENS, WILLIAM F [AG/1000]

| | |
|---|---|
| From: | HEYDENS, WILLIAM F [AG/1000] |
| Sent: | Tuesday, February 17, 2015 4:53 PM |
| To: | KOCH, MICHAEL S [AG/1000]; FARMER, DONNA R [AG/1000]; SALTMIRAS, DAVID A [AG/1000]; GARNETT, RICHARD P [AG/5040]; GUSTIN, CHRISTOPHE [AG/5040]; LISTELLO, JENNIFER J [AG/1000] |
| Cc: | HEYDENS, WILLIAM F [AG/1000] |
| Subject: | IARC Planning |
| Attachments: | Work Plan .xlsx |

All,

Attached is an updated spreadsheet for our IARC preparations.
Please let me know if you have any additions/corrections. Ongoing Activities are indicated by light blue fill color.

We did not have our IARC Planning meeting Monday due to the site being closed. However, Donna and I had a phone conference with John Acquavella today, and this resulted in several additions which are on page 4 of the attached Work Plan document.

Please let me know if you have other ideas or comments.

Thanks.

Bill

1

Confidential - Produced Subject to Protective Order

## HEYDENS, WILLIAM F [AG/1000]

| | |
|---|---|
| **From:** | HEYDENS, WILLIAM F [AG/1000] |
| **Sent:** | Tuesday, February 17, 2015 4:53 PM |
| **To:** | KOCH, MICHAEL S [AG/1000]; FARMER, DONNA R [AG/1000]; SALTMIRAS, DAVID A [AG/1000]; GARNETT, RICHARD P [AG/5040]; GUSTIN, CHRISTOPHE [AG/5040]; LISTELLO, JENNIFER J [AG/1000] |
| **Cc:** | HEYDENS, WILLIAM F [AG/1000] |
| **Subject:** | IARC Planning |
| **Attachments:** | Work Plan .xlsx |

All,

Attached is an updated spreadsheet for our IARC preparations.
Please let me know if you have any additions/corrections. Ongoing Activities are indicated by light blue fill color.

We did not have our IARC Planning meeting Monday due to the site being closed. However, Donna and I had a phone conference with John Acquavella today, and this resulted in several additions which are on page 4 of the attached Work Plan document.

Please let me know if you have other ideas or comments.

Thanks.

Bill

1

Confidential - Produced Subject to Protective Order

MONGLY00977266
MONGLY00977266

## HEYDENS, WILLIAM F [AG/1000]

**From:** SALTMIRAS, DAVID A [AG/1000]
**Sent:** Thursday, February 19, 2015 4:01 PM
**To:** HEYDENS, WILLIAM F [AG/1000]; FARMER, DONNA R [AG/1000]
**Cc:** KOCH, MICHAEL S [AG/1000]; HODGE-BELL, KIMBERLY C [AG/1000]
**Subject:** RE: IARC Planning

Bill et al.,

I had an extended chat with Roger this afternoon, as is the custom. He said that Critical Reviews has already dedicated some significant space to the glyphosate topic, especially the pending issue #3 with both the carc paper & Kier paper. However, to the contrary, he did say he'd consider something along the lines of the 1, 3 – butadiene issue... I think we would have to prepare a very compelling story.

*David Saltmiras, Ph.D., D.A.B.T.*
Science Fellow
Novel Chemistry and Microbials Product Lead
Toxicology and Nutrition Center
Monsanto
ph

---

> **From:** HEYDENS, WILLIAM F [AG/1000]
> **Sent:** Thursday, February 19, 2015 7:53 AM
> **To:** FARMER, DONNA R [AG/1000]
> **Cc:** KOCH, MICHAEL S [AG/1000]; SALTMIRAS, DAVID A [AG/1000]; HODGE-BELL, KIMBERLY C [AG/1000]
> **Subject:** RE: IARC Planning
>
> Donna,
>
> Per our phone call with John the other day, the next two most important things that we need to do are the Meta-analysis publication and the Ag Health Study Follow-up publication, assuming we can get our hands on the data in a reasonable timeframe. I feel confident that we will have organizational support for doing these projects, so I think we need to start setting them up now.
>
> For the meta-analysis, please contact Elizabeth, let her know we would like her/Ellen to do this, and get a cost estimate from her.
>
> For the AHS data, I heard 2 action items during our call: first - get with the lawyers to initiate the FOI process; second - contact Tom Sorohan and get him lined up to do the analysis when we get the data; also, get a cost estimate from him.
>
> For the overall plausibility paper that we discussed with John (where he gave the butadiene example), I'm still having a little trouble wrapping my mind around that. If we went full-bore, involving experts from all the major areas (Epi, Tox, Genetox, MOA, Exposure - not sure who we'd get), we could be pushing $250K or maybe even more. A less expensive/more palatable approach might be to involve experts only for the areas of contention, epidemiology and possibly MOA (depending on what comes out of the IARC meeting), and we ghost-write the Exposure Tox & Genetox sections. An option would be to add Greim and Kier or Kirkland to have their names on the publication, but we would be keeping the cost down by us doing the writing and they would just edit & sign their names so to speak. Recall that is how we handled Williams Kroes & Munro, 2000.

1

Confidential - Produced Subject to Protective Order

MONGLY00977267
MONGLY00977267

One thing we could do now on this is to contact Roger McClellan at CRC and see if they would be amenable to putting this publication in *Crit. Rev. Toxicol.* John said he knew that Roger had done such a publication in the past. David, since you have worked with Roger on the other papers, would you be willing to contact him to judge his willingness to publish such a paper?

Any other thoughts welcomed.

Bill

---

**From:** HEYDENS, WILLIAM F [AG/1000]
**Sent:** Tuesday, February 17, 2015 4:53 PM
**To:** KOCH, MICHAEL S [AG/1000]; FARMER, DONNA R [AG/1000]; SALTMIRAS, DAVID A [AG/1000]; GARNETT, RICHARD P [AG/5040]; GUSTIN, CHRISTOPHE [AG/5040]; LISTELLO, JENNIFER J [AG/1000]
**Cc:** HEYDENS, WILLIAM F [AG/1000]
**Subject:** IARC Planning

All,

Attached is an updated spreadsheet for our IARC preparations.
Please let me know if you have any additions/corrections. Ongoing Activities are indicated by light blue fill color.

We did not have our IARC Planning meeting Monday due to the site being closed. However, Donna and I had a phone conference with John Acquavella today, and this resulted in several additions which are on page 4 of the attached Work Plan document.

Please let me know if you have other ideas or comments.

Thanks.

Bill

2

Confidential - Produced Subject to Protective Order

MONGLY00977268
MONGLY00977268

## HEYDENS, WILLIAM F [AG/1000]

| | |
|---|---|
| **From:** | Mette K. Jensen [█████████] |
| **Sent:** | Monday, February 23, 2015 8:10 AM |
| **To:** | FARMER, DONNA R [AG/1000]; HEYDENS, WILLIAM F [AG/1000]; █████████@de.adama.com'; 'Thomas Sorahan'; SALTMIRAS, DAVID A [AG/1000]; HODGE-BELL, KIMBERLY C [AG/1000]; KOCH, MICHAEL S [AG/1000] |
| **Cc:** | Kimberly Bell |
| **Subject:** | RE: IARC Meeting 112 |
| **Attachments:** | WorkingSchedule-Vol.112.doc |

Dera Donna and All
Thank you for the very useful discussion;
It was nice speaking to you all and I look forward to meeting Thomas and Christian in person.

Please find attached the more detailed draft working schedule that I received from Kathryn Guyton.

In line with what Thomas said, Kathryn pointed out that the working schedule may change depending on the progress of the Working Groups.
She also said that " We'd be grateful if you could let us know your attendance plans",
I interpret this as if although we are free to attend any of the sessions as observers, the IARC would nevertheless appreciate to know our plans beforehand. Christian and Thomas, is it also your experience that we should let IARC know in advance which sessions we plan to attend?

best regards
Mette

**Mette Kirstine Boye Jensen**
Cheminova A/S
Senior Regulatory Scientist - Toxicology - Direct +█████████

---

**From:** FARMER, DONNA R [AG/1000] [mailto:█████████]
**Sent:** 23. februar 2015 04:26
**To:** FARMER, DONNA R [AG/1000]; HEYDENS, WILLIAM F [AG/1000]; '█████████@de.adama.com'; 'Thomas Sorahan'; Mette K. Jensen; SALTMIRAS, DAVID A [AG/1000]; HODGE-BELL, KIMBERLY C [AG/1000]; KOCH, MICHAEL S [AG/1000]
**Cc:** Kimberly Bell
**Subject:** RE: IARC Meeting 112

-----Original Appointment-----
**From:** FARMER, DONNA R [AG/1000]
**Sent:** Wednesday, February 18, 2015 8:59 AM
**To:** FARMER, DONNA R [AG/1000]; HEYDENS, WILLIAM F [AG/1000]; '█████████@de.adama.com'; 'Thomas Sorahan'; 'Mette K. Jensen'; SALTMIRAS, DAVID A [AG/1000]; HODGE-BELL, KIMBERLY C [AG/1000]; KOCH, MICHAEL S [AG/1000]
**Cc:** Kimberly Bell
**Subject:** IARC Meeting 112
**When:** Monday, February 23, 2015 7:00 AM-8:00 AM (UTC-06:00) Central Time (US & Canada).
**Where:** Conf Call

1

Confidential - Produced Subject to Protective Order

MONGLY00977269
MONGLY00977269

## HEYDENS, WILLIAM F [AG/1000]

| | |
|---|---|
| **From:** | John Acquavella [] |
| **Sent:** | Monday, February 23, 2015 5:12 PM |
| **To:** | FARMER, DONNA R [AG/1000] |
| **Cc:** | HEYDENS, WILLIAM F [AG/1000] |
| **Subject:** | Re: IARC Meeting 112 |

Donna/Bill:

The schedule looks favorable. Since it will be Thursday before the workgroup starts to discuss the glyphosate draft and I assume Tom will get a copy of the glyphosate draft on Tuesday, Tom will have time to assess the key issues and give us a read on the draft before the initial IARC discussions. That would provide time to give any support he thinks necessary.

John

> On Feb 23, 2015, at 1:00 PM, FARMER, DONNA R [AG/1000] <​​​​​​​​​​​​​​​​​​​​​​​> wrote:
>
> We had a conf call this morning with the 3 observers and the attached schedule was provided to the Mette Jensen the observer from Cheminova, Tom received a more generic schedule and Christian Strupp from ADAMA did not receive anything.

```
This e-mail message may contain privileged and/or confidential information,
and is intended to be received only by persons entitled
to receive such information. If you have received this e-mail in error,
please notify the sender immediately. Please delete it and
all attachments from any servers, hard drives or any other media. Other use
of this e-mail by you is strictly prohibited.

All e-mails and attachments sent and received are subject to monitoring,
reading and archival by Monsanto, including its
subsidiaries. The recipient of this e-mail is solely responsible for checking
for the presence of "Viruses" or other "Malware".
Monsanto, along with its subsidiaries, accepts no liability for any damage
caused by any such code transmitted by or accompanying
this e-mail or any attachment.


The information contained in this email may be subject to the export control
laws and regulations of the United States, potentially
including but not limited to the Export Administration Regulations (EAR) and
sanctions regulations issued by the U.S. Department of
Treasury, Office of Foreign Asset Controls (OFAC).  As a recipient of this
information you are obligated to comply with all
applicable U.S. export laws and regulations.
```

> <WorkingSchedule-Vol.112.doc>

Confidential - Produced Subject to Protective Order    MONGLY00977270
MONGLY00977270