# EXHIBIT 30

Message

| | |
|---|---|
| **From**: | HEYDENS, WILLIAM F [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=230737] |
| **Sent**: | 12/8/2010 10:17:48 PM |
| **To**: | SALTMIRAS, DAVID A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=DASALT] |
| **Subject**: | FW: Updated glyphosate activities presentation for Friday's CPTLT meeting |
| **Attachments**: | Glyphosate Toxicology Activities #2.pptx |

David,

I took a quick look and have a few comments in deck in red font. Let me know if you have any questions.

Also, add page numbers and "Monsanto Company Confidential" to slide deck.

Bill

**From:** SALTMIRAS, DAVID A [AG/1000]
**Sent:** Wednesday, December 08, 2010 11:17 AM
**To:** HEYDENS, WILLIAM F [AG/1000]
**Subject:** Updated glyphosate activities presentation for Friday's CPTLT meeting

Bill,

Updated and attached for your comment.

Thanks,

*David Saltmiras, Ph.D., D.A.B.T.*
Toxicology Manager
Regulatory Product Safety Center
Monsanto
ph ▮▮▮▮▮▮▮▮

Confidential - Produced Subject to Protective Order

MONGLY02067859