# EXHIBIT 40

Message

| | |
|---|---|
| From: | FARMER, DONNA R [AG/1000] [█████████████] |
| Sent: | 9/29/2014 5:08:50 PM |
| To: | Acquavella, John [█████████████] |
| Subject: | IARC Review. |

John,

I met with Bill Heydens, Richard Garnett and David Saltmiras on Wednesday night. David is another toxicologist in the group who has been supporting glyphosate for the past 5 years.

We would definitely like to get your help with this issue.

To move forward quickly when Nov.21 comes along we would like to get a consulting agreement set up with you. It can take several weeks as you know so we would like to start that process now. So if that is agreeable to you I will start the paper work.

We also would like to set up a call with you and hopefully Tom Sorahan at the same time. Tom is available anytime on Sept. 30 or Oct 1, 2, 6 or 8. I have looked at our calendars and it seems like 11 am CST, which is ~ 9 am your time correct? and ~ 5 pm Tom's time would be a good time and most of us here at Monsanto are available on 9/30 and 10/2, 6 or 8.

Would this time and any of the dates work for you?

Regards,

Donna

-----Original Message-----
From: Acquavella, John [mailto:█████████████]
Sent: Thursday, September 18, 2014 4:17 PM
To: FARMER, DONNA R [AG/1000]
Subject: RE: Long time...

Hi Donna:

I could certainly discuss this with you & colleagues prior to Nov. 21. However, work per se would need to be after Nov. 21.

If they knew glyphosate like we know glyphosate ...

Regards,

John Acquavella, PhD
Amgen Inc.
█████████████

-----Original Message-----
From: FARMER, DONNA R [AG/1000] [mailto:█████████████]
Sent: Thursday, September 18, 2014 2:12 PM
To: Acquavella, John
Subject: RE: Long time...

John,

It is great to hear from you!!

Congratulations on your retirement and move to Prescott!! And will pass on the great news and email to your Monsanto friends. Please give my best to Jean! Would definitely take you up on your offer if we get out that way...thanks.

We just found out about the IARC review this week and are just now getting together to develop a plan for the IARC review and would absolutely consider having you as a consultant to help. You know IARC, you know glyphosate and your experience and expertise would be extremely helpful. The call for data ends Feb. 2015 which gives us time but we need to get some folks to apply for Observer Status with the closing date Nov. 3, 2014. So you would not available to discuss this or do any work until after Nov. 21 is that correct?

Confidential - Produced Subject to Protective Order

We knew it was being considered for 2015-2016 and this is what they said about glyphosate:

Glyphosate is a widely used broad-spectrum herbicide to which exposures occur occupationally and potentially through residues in foods or in the environment. Glyphosate has not been previously reviewed by IARC. There were some emerging epidemiological data regarding glyphosate, such as from the NCI Agricultural Health Study, that reported that exposure was not associated with incidence of cancer overall, but it was observed that multiple myeloma warranted further investigation. An association with non-Hodgkin lymphoma has also been reported recently in a meta-analysis. Cancer bioassay data were also available. There was experimental evidence of genotoxicity and pro-oxidant activity both in vitro and in vivo.
Recommendation: Medium priority

Somehow it went from a Medium Priority to a high priority.

The most recent publication (4/14) was an IARC metanalysis http://www.ncbi.nlm.nih.gov/pubmed/24762670

Jack Mandel and Pam Mink published a cancer and non-cancer reviews unfortunately right...IARC won't look at them?http://www.ncbi.nlm.nih.gov/pubmed/22683395
http://www.ncbi.nlm.nih.gov/pubmed/21798302

I look forward to hearing from you and working with you again.

All the best,

Donna
-----Original Message-----
From: Acquavella, John [mailto:                    ]
Sent: Thursday, September 18, 2014 3:07 PM
To: FARMER, DONNA R [AG/1000]
Subject: RE: Long time...

Hi Donna. So nice to hear from you. I hope things are going well in StL.

After 10 years at Amgen, I will be retiring on Nov. 21. Jean/I are planning to move to Prescott, AZ between Thanksgiving and Christmas. You can reach me after Nov 21 at           @gmail.com. I am planning to be semi-retired for the next 5 years - perhaps up to 40% of my time. I would be glad to help with IARC - reviewing drafts, etc.

BTW, we have plenty of room in Prescott, in case you are ever planning a visit to the Grand Canyon or elsewhere in AZ.

Please say high to my friends at Monsanto and feel free to pass on my email.

Regards,

John Acquavella, PhD
Amgen Inc.


-----Original Message-----
From: FARMER, DONNA R [AG/1000] [mailto:                        ]
Sent: Thursday, September 18, 2014 12:19 PM
To: Acquavella, John
Subject: Long time...

John,

I do hope this finds you and your family well. After being the stewardship group for 5 years I am back in toxicology and once again supporting glyphosate.

Just wanted to let you that what we have long been concerned about has happened. Glyphosate is on for an IARC review in March of 2015.
 http://monographs.iarc.fr/ENG/Meetings/index.php

Meeting 112:     Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate,
                 Malathion, Parathion, and Tetrachlorvinphos
                 (3-10 March 2015)

        Call for Data (closing date 3 February 2015)
        Call for Experts (closing date 30 July 2014)
        Request for Observer Status (closing date 3 November 2014)
        WHO Declaration of Interests for this volume

Confidential - Produced Subject to Protective Order                                                    MONGLY01207343

Glyphosate had been listed as a medium priority for 2015-2016 but clearly something happened and it got moved up to an ultra priority.

Monsanto has continued to work with Tom Sorahan and developed a relationship with Sir Colin Barry after the loss of Sir Richard.  I have sent Tom an email asking for his help as we move forward.

Again do wish you well and really will miss your expertise and leadership on this issue!!

Warmest regards,

Donna

This e-mail message may contain privileged and/or confidential information, and is intended to be received only by persons entitled to receive such information. If you have received this e-mail in error, please notify the sender immediately. Please delete it and all attachments from any servers, hard drives or any other media. Other use of this e-mail by you is strictly prohibited.

All e-mails and attachments sent and received are subject to monitoring, reading and archival by Monsanto, including its subsidiaries. The recipient of this e-mail is solely responsible for checking for the presence of "Viruses" or other "Malware".
Monsanto, along with its subsidiaries, accepts no liability for any damage caused by any such code transmitted by or accompanying this e-mail or any attachment.


The information contained in this email may be subject to the export control laws and regulations of the United States, potentially including but not limited to the Export Administration Regulations (EAR) and sanctions regulations issued by the U.S. Department of Treasury, Office of Foreign Asset Controls (OFAC). As a recipient of this information you are obligated to comply with all applicable U.S. export laws and regulations.
This e-mail message may contain privileged and/or confidential information, and is intended to be received only by persons entitled to receive such information. If you have received this e-mail in error, please notify the sender immediately. Please delete it and all attachments from any servers, hard drives or any other media. Other use of this e-mail by you is strictly prohibited.

All e-mails and attachments sent and received are subject to monitoring, reading and archival by Monsanto, including its subsidiaries. The recipient of this e-mail is solely responsible for checking for the presence of "Viruses" or other "Malware".
Monsanto, along with its subsidiaries, accepts no liability for any damage caused by any such code transmitted by or accompanying this e-mail or any attachment.


The information contained in this email may be subject to the export control laws and regulations of the United States, potentially including but not limited to the Export Administration Regulations (EAR) and sanctions regulations issued by the U.S. Department of Treasury, Office of Foreign Asset Controls (OFAC). As a recipient of this information you are obligated to comply with all applicable U.S. export laws and regulations.