# EXHIBIT 42



*Attorney Client Privilege*

**IARC CARCINOGEN RATING OF GLYPHOSATE**
**PREPAREDNESS AND ENGAGEMENT PLAN**
*DRAFT: FEBRUARY 3, 2015*

## SITUATIONAL ANALYSIS

The International Agency for Research on Cancer (IARC), part of the World Health Organization, coordinates and conducts both epidemiological and laboratory research into the causes of human cancer. While glyphosate has been a low or medium priority for IARC for more than two decades, it was nominated for review mid-2014.

After learning of the nomination in September, the regulatory team's initial focus was publishing safety studies that were not yet in the public domain. All research must be published by Feb. 3, 2015 to be considered in the IARC review. Regulatory Affairs is sharing these recent publications with panelists and observers.

IARC has a history of questionable and politically charged rulings on the carcinogenic properties of products such as cell phones, coffee and caffeine. We should assume and prepare for the outcome of a 2B rating (possible human carcinogen); a 2A rating (probably human carcinogen) is possible but less likely.

It is possible that IARC's decision will impact future regulatory decision making. Regulatory is not aware of a situation where a regulatory body took a different position than IARC; this could further delay the U.S. EPA review.

We are already seeing activists increase allegations against the Roundup brand (ilo glyphosate) and link those allegations directly to GM crops. We anticipate this will increase with the IARC decision. To date, CLA and CLI have not been willing to engage; we will need industry support.

## OBJECTIVES FOR PREPAREDNESS & ENGAGEMENT

- Protect the reputation and FTO of Roundup by communicating the safety of glyphosate
- Amplify science-based information to prevent unfounded claims from becoming popular opinion
- Provide cover for regulatory agencies to continue making re-registration decisions based on science

## AUDIENCES

- IARC Panelists and Observers
- Regulators
- Stakeholders
- Farmer Customers

## STRATEGIES/TACTICS

*PRE-IARC*

1. **Amplification of Scientific Studies**

[ PAGE \* MERGEFORMAT ]

Confidential - Produced Subject to Protective Order                                                                                                   MONGLY01021845



*Attorney Client Privilege*

- Support the development of three new papers on glyphosate focused on epidemiology and toxicology
- Work with RPSA and Strategic Communications to amplify existing studies and new papers
  - Authors work directly with scientific journals to issue alerts and news releases on new bodies of work
  - RPSA posts blog from first-person viewpoint of Monsanto's David Saltmiras, co-author of one of the glyphosate cancer papers
  - Share resources and content with Monsanto key regions to amplify the message globally

2. **Inform / Inoculate / Engage Industry Partners**
   - Develop a "toolkit" containing key information and resources
     - Identify any message shortcomings and address through updates to monsanto.com/glyphosate and through US and EU blog posts
   - Work with RPSA, Stakeholder Outreach Team, Industry Affairs, Government Affairs, US Business, Global CE and Regulatory teams, etc. to engage industry partners
     - <u>Tier 1:</u>  Crop Life International / European Crop Protection Association / GMO Answers / BIO – identify committees that are best to engage
     - <u>Tier 2:</u>  Academics (AgBioChatter), Biofortified, Sense About Science, Genetic Literacy Project, Academics Review
     - <u>Tier 3:</u>  Alert food companies via Stakeholder Engagement team (IFIC, GMA, CFI) for "inoculation strategy" to provide early education on glyphosate residue levels, describe science-based studies versus agenda-driven hypotheses
     - <u>Tier 4:</u>  Inoculate key grower associations

3. **Address New Allegations**
   - Respond quickly and publically to new pseudoscience cancer studies
   - Identify / request third-party experts to blog, op/ed, tweet and/or link, repost, retweet, etc.

<u>*POST-IARC*</u>

4. **Orchestrate Outcry with IARC Decision ~ March 10, 2015**
   - Industry conducts robust media / social media outreach on process and outcome
     - [Sense About Science?] leads industry response and provides platform for IARC observers and industry spokesperson
     - CLI and other associations issue press releases
     - Joint Glyphosate Taskforce publishes press release, letter signed by leaders of each manufacturer in North America and Europe
     - Push opinion leader letter to key daily newspaper on day of IARC ruling with assistance of Potomac Group
   - Monsanto responds with strong reactive statement
     - Distribute video and audio responses to IARC decision
     - Address media inquiries with company glyphosate spokesperson
     - Utilize Monsanto channels (web, FB, Twitter, blog, etc) to provide Monsanto POV
     - Corporate Engagement team packages industry and Monsanto responses, then distributes via email to ~20 most influential ag media outlets across print, radio and TV

5. **Engage Regulatory Agencies**

[ PAGE \* MERGEFORMAT ]



- Grower associations / growers write regulators with an appeal that they remain focused on the science, not the politically charged decision by IARC

[ PAGE \* MERGEFORMAT ]

Confidential - Produced Subject to Protective Order                                                                                              MONGLY01021847