# EXHIBIT 44

Message

| | |
|---|---|
| **From**: | John Acquavella [ ████████████ ] |
| **Sent**: | 4/9/2015 3:28:01 PM |
| **To**: | FARMER, DONNA R [AG/1000] [ ████████████ ] |
| **Subject**: | Re: NEED INPUT: WHO report on Glyphosate and Cancer - ICABR Session in June |

Hi Donna. Thanks for asking. A few thoughts about Jane in this context.

Jane was Dale Sandler's second-in-command at NIEHS for the Ag Health Study. While Dale is particularly anti-industry, Jane never struck me as anti-industry despite her close working relationship with Dale. However, I think Jane, like the other government leaders of the Ag Health Study, starts with the belief that pesticides are causing a lot of disease. Otherwise, how do you justify the $$s spent on the Ag Health Study to date? So, I don't see her being very critical of the IARC review. It is not really an issue of (not) being fair and balanced; it is more an issue of worldview. So, I would be surprised if Jane provided a strong con to Aaron's likely strong pro – in part because of her core belief that pesticides are causing illness and secondarily because of Aaron's seniority. Fundamentally, I doubt that two Ag Health Study veterans will take opposite views in public. That seems a major flaw in the organizer's concept about this panel. It would be like trying to get two long time Monsanto colleagues to disagree publicly.

I have to question so much emphasis on epidemiology in the panel. IARC's classification of the epidemiology evidence follows directly from their definition of "limited." There is not really much to quarrel about with respect to the epidemiology classification - though one could have hoped that because of recall bias, etc. the several positive case control studies would have been disregarded totally in favor of the findings from the prospective Ag Health Study. It was really the toxicology work groups that went overboard. Unless you expect the epidemiology to override the toxicology – contrary to the IARC process – the real debate needs to be about the toxicology judgments. If the toxicology judgments at IARC were consistent with other much more in-depth expert reviews, the classification would have been 2b (possible). One could rationalize a 2b classification by saying that the weight of evidence is not supportive, but anything is possible within the IARC process, which is set up for signal detection rather than weight of evidence.

Jane seems a bit miscast for this debate because she is not really a cancer person. NIEHS has focused on non-cancer outcomes in the Ag Health Study, leaving the cancer research to NCI. While Jane has been involved in some of the Ag Health Study cancer publications, I think it was mostly as a minor co-author because she was co-lead at NIEHS. She is not known in the epidemiology community or in government as a cancer epidemiology expert. Whereas Aaron is widely seen as a cancer expert. A better balance to Aaron would be someone with more of a cancer pedigree external to the Ag Health Study. Also, I don't expect that Jane will want to be critical of WHO because she would like the prestige of being selected to IARC or other WHO panels in future.

One final note, interestingly, Jane has a toxicology background in addition to her doctorate in epidemiology. If I remember correctly, she has a degree or a minor in environmental toxicology. That's not really helpful here (leave the toxicology debate to real experts), but I note it because Jane is one of the few epidemiologists with a toxicology background.

Judging from the emails, contact has already been made with Jane. So, perhaps the train has already left the station. I don't see Jane doing a lot of harm from Monsanto's perspective. However, my reaction to the planning for the panel is that it is suboptimal for two important reasons:

1.      You cannot expect to get a lively pro/con debate from two long term Ag Health Study epidemiology colleagues who are mostly like-minded about pesticides.

ACQUAVELLAPROD00010215

2.    The IARC mis-classification has little to do with epidemiology. It was really the toxicology workgroups that went awry. Arguing about the epidemiology per se does not seem to advance the debate.


Regards,

John



**From:** "FARMER, DONNA R [AG/1000]" <                                    >
**Date:** Thursday, April 9, 2015 at 6:27 AM
**To:** John Acquavella <                             >
**Subject:** FW: NEED INPUT: WHO report on Glyphosate and Cancer - ICABR Session in June

John,

See the email messages below about a meeting, a suggested panel and then Bill's question. Appreciate your thoughts.

Donna

**From:** HEYDENS, WILLIAM F [AG/1000]
**Sent:** Thursday, April 09, 2015 7:50 AM
**To:** FARMER, DONNA R [AG/1000]
**Subject:** RE: NEED INPUT: WHO report on Glyphosate and Cancer - ICABR Session in June

Donna,

Would you please check with John A to see what he thinks about Jane Hoppin – is she fair, would she be balanced at a meeting like this?

Thanks,

Bill

**From:** SACHS, ERIC S [AG/1000]
**Sent:** Wednesday, April 08, 2015 2:39 PM
**To:** GARNETT, RICHARD P [AG/5040]
**Cc:** REYNOLDS, TRACEY L [AG/1000]; JACOBS, ERIK [AG/1000]; VAUGHN, TY T [AG/1000]; VICINI, JOHN L [AG/1000]; FARMER, DONNA R [AG/1000]; HEYDENS, WILLIAM F [AG/1000]; GOLDSTEIN, DANIEL A [AG/1000]; LISTELLO, JENNIFER J [AG/1000]; JENKINS, DANIEL J [AG/1920]
**Subject:** NEED INPUT: WHO report on Glyphosate and Cancer - ICABR Session in June

Hi Richard,
The International Consortium of Applied Bioeconomy Research (ICABR) will hold their annual meeting in Ravello, June 16-19. This year's conference is entitled, "Impacts of the Bioeconomy on Agricultural Sustainability, the Environment and Human Health" and will explore important societal issues related to environmental, social and economic challenges,

Confidential - Produced Subject to Protective Order

ACQUAVELLAPROD00010216

as well as serve as a multidisciplinary forum of discussion to examine how the Bioeconomy can contribute more to human health and the environment in the future.

That's a mouthful but we are very familiar with ICABR and have been a sponsor and participant for 15+ years.  I have many close relationships with the leadership and conference attendees, including the program committee (Carl Pray, David Zilberman, Justus Wesseler, Jose Falck-Zepeda, Stuart Smyth and Sara Savastano).  The program committee has noted the recent IARC decision and has decided to include a session with experts to talk about the process, decision, other evidence related to human health, and ramifications for agriculture and society.  They have reached out to me for input and suggested speakers.

I have discussed with Bill, John and Dan and would like to get your input on this straw proposal.  Time is critical so please provide feedback ASAP.  I don't know how many persons would be invited to speak but suspect it would be 4-5.  The e-mail chain below includes some of the exchanges that have already occurred.

Potential Panel members:
1.      <!--[if !supportLists]--><!--[endif]-->**Jane Hoppin** (epidemiologist and co-PI of Ag Health Study) is currently at NC State in the Center on Genetic Engineering and Society (**already contacted by Program Committee**)
a.      <!--[if !supportLists]--><!--[endif]-->She would talk about the Ag Health Study and the lack of evidence that glyphosate causes cancer in the farming community
2.      <!--[if !supportLists]--><!--[endif]-->**Aaron Blair** (chair of IARC Panel) is retired from the National Cancer Institute (as you know)
a.      <!--[if !supportLists]--><!--[endif]-->He likely would defend the IARC process and decision along the lines of their pubic statement
b.      <!--[if !supportLists]--><!--[endif]-->If invited, he would provide balance to the discussion
3.      <!--[if !supportLists]--><!--[endif]-->**Dr. Kula** (BfR) is knowledgeable about the recent findings of the BrR review of glyphosate
a.      <!--[if !supportLists]--><!--[endif]-->He would be expected to could speak to the safety of glyphosate and the extensive review by German authorities
b.      <!--[if !supportLists]--><!--[endif]-->Close to Italy.
4.      <!--[if !supportLists]--><!--[endif]-->**Chris Strupp** (ADAMA) and member of ECPA and the Glyphosate Task Force
a.      <!--[if !supportLists]--><!--[endif]-->He was present at IARC and could point out some of the weaknesses of the IARC process; or differences from other regulatory reviews
b.      <!--[if !supportLists]--><!--[endif]-->Although he is industry, he is not Monsanto.  His voice might be helpful.
c.      <!--[if !supportLists]--><!--[endif]-->Close to Italy
5.      <!--[if !supportLists]--><!--[endif]-->**Jess Roland** (EPA) was present in the IARC proceedings
a.      <!--[if !supportLists]--><!--[endif]-->Ideally, he would be willing to discuss EPA's assessment of glyphosate and conclusion it is not carcinogenic.
b.      <!--[if !supportLists]--><!--[endif]-->Minimally, he would participate and point out elements of the IARC process that fall short of more in depth reviews by regulators
6.      <!--[if !supportLists]--><!--[endif]-->**Dan Jenkins** (Monsanto)
a.      <!--[if !supportLists]--><!--[endif]-->He could explain how Monsanto responded and why, as well as answer other questions
b.      <!--[if !supportLists]--><!--[endif]-->He could speak about the implications as well as the need for economic analysis of the opportunity costs of such politically motivated decisions

Please provide your thoughts on these potential panel members and suggest any other persons that you feel could be stronger.  If you agree with Kula and/or Strupp, do you think they will be willing and able to participate?  I need to provide guidance back to the program committee ASAP.  They will reach out to the speakers so Monsanto will not be in the loop.  That said, the organizers value our input and perspective.

Confidential - Produced Subject to Protective Order

Best,

Eric

**From:** Wesseler, Justus [█████████████████████]
**Sent:** Wednesday, April 08, 2015 1:05 AM
**To:** David ZILBERMAN; Carl Pray
**Cc:** SACHS, ERIC S [AG/1000]; Stuart Smyth; Jose Falck-Zepeda; Sara Savastano
**Subject:** RE: WHO report on Glyphosate and Cancer

Indeed, we need to have a strong panel. If we can get Aaron Blair and Jane Poppin would be great...

**From:** David ZILBERMAN [█████████████████████]
**Sent:** woensdag 8 april 2015 7:13
**To:** Carl Pray
**Cc:** SACHS, ERIC S [AG/1000]; Wesseler, Justus; Stuart Smyth; Jose Falck-Zepeda; Sara Savastano
**Subject:** Re: WHO report on Glyphosate and Cancer

It will be important to a have strong panel on this topic- people started to harass me already...
David

On Tue, Apr 7, 2015 at 2:10 PM, Carl Pray <█████████████████> wrote:

Eric and the program committee,

I just talked to Jane Poppin at NC State who is an epidemiologist working on agricultural chemicals and was a Staff Scientist at the National Institute of Environmental Health Sciences (NIEHS) and co-Principal Investigator (PI) of the Agricultural Health Study, which is a 20 year study of the health of farmers and their spouses in North Carolina and Iowa. She has not been on one of these WHO panels but knows about how they work and was somewhat surprised by their decision on Round-up. She is very curious to look at the monograph when it comes out.

She suggested that we send a note to Aaron Blair who was the head of the IARC panel. He is retired from the National Cancer Institute and is still in the Washington area. Before I try to contact him I wondered if you (Eric) had contacted him or anyone else at WHO.

I think Jane might be a good choice for the panel. She could describe how these panels work, what is known about glyphosate other herbicides like atrazine and then talk about some of the results from the Agricultural Health study. She just joined NC State and is associated with their Center on Genetic Engineering and Society. She has been trying to figure out how to get started on studies of the impact of genetically engineered plants and society. So, she might enjoy talking to us in Ravello.

Regards,

Carl

**From:** SACHS, ERIC S [AG/1000]
**Sent:** Tuesday, March 31, 2015 9:16 AM
**To:** VICINI, JOHN L [AG/1000]; FARMER, DONNA R [AG/1000]; HEYDENS, WILLIAM F [AG/1000]; GOLDSTEIN, DANIEL A [AG/1000]; JENKINS, DANIEL J [AG/1920]
**Cc:** REYNOLDS, TRACEY L [AG/1000]; JACOBS, ERIK [AG/1000]; VAUGHN, TY T [AG/1000]
**Subject:** FW: WHO report on Glyphosate and Cancer

All –

Confidential - Produced Subject to Protective Order

See my response to Carl Pray. Tracy and John agreed that we should support this initiative. I attend the ICABR (International Consortium of Applied Bioeconomy Researchers) meeting in Ravello, Italy each year and have built very strong relationships with many of the most influential ag economists and policy researchers interested in GM crops. We need to suggest a few names ASAP. In addition, as I pitched to Carl below, there is a opportunity to ensure the content and discussion goes beyond the decision and it's lack of foundation to the potential consequences to our FTO. Given the discussions already happening with US agencies, perhaps Dan J would be a good candidate to speak about the implications as well as the need for economic analysis of the opportunity costs of such politically motivated decisions.

I am convinced that this would be a strong session – it already has the support of the ICABR steering/program committee.

The meeting is June 16-19 in Ravello, so we need to engage quickly to support this request. I am happy to arrange a meeting for later this week to ensure we are aligned. Before I do, is there another meeting already planned on IARC where this could be added to the agenda?

Eric

**From:** SACHS, ERIC S [AG/1000]
**Sent:** Tuesday, March 31, 2015 10:02 AM
**To:** 'Carl Pray'
**Cc:** 'David ZILBERMAN'; 'Wesseler, Justus'; Stuart Smyth; Jose Falck-Zepeda (███████████████████); Sara Savastano (███████████████)
**Subject:** RE: WHO report on Glyphosate and Cancer

Carl – I discussed your proposal internally and my team is in full agreement. I am pursing your request. Also, I want to make a suggestion for the group to consider. While the categorization by IARC is without robust scientific foundation as the BfR and EPA (among others) can attest to, there are important ramifications that impact regulators, policy makers and the public. The cost to society of such actions while potentially difficult to quantify are very real. I would like for the panel to consider including a speaker from Monsanto to discuss these implications and the potential consequences to the Ag sector and farmers.

Best,
Eric

**From:** Carl Pray [███████████████████]
**Sent:** Friday, March 27, 2015 10:31 AM
**To:** SACHS, ERIC S [AG/1000]
**Subject:** FW: WHO report on Glyphosate and Cancer

Dear Eric,

As you can see below, I think it would be interesting and useful to have a session on the WHO classification of Round-up and the rest of the program committee is interested also. Stuart reports that there was just an in depth review of glyphosate in Germany which found it safe and Justus has found somebody who was involved in that and could come to Ravello. I am trying to find somebody that is either currently or formerly was on the IARC or WHO who could talk to us about how these decisions are made. I think it would be really useful to have somebody who could compare the risks of the main herbicides. Can you suggest somebody from academia who could do that? Do you have some way of

Confidential - Produced Subject to Protective Order

identifying somebody from WHO who might be willing to come to Ravello to talk about either this decision or the general process by which chemicals are classified?

Regards,

Carl

**From:** Carl Pray ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, March 25, 2015 11:29 AM
**To:** 'David Zilberman'; ▮▮▮▮▮▮▮▮▮▮; 'Smyth, Stuart'; Falck-Zepeda, Jose (IFPRI) (▮▮▮▮
▮▮▮▮▮▮▮▮▮▮); 'Sara Savastano'
**Subject:** WHO report on Glyphosate and Cancer

Given the recent publicity about Round-up and cancer, should we try to put together a session at Ravello on this topic?  Ideally we would have somebody from the IARC of WHO or at least somebody from WHO.

http://www.nytimes.com/2015/03/21/business/who-report-links-ingredient-in-roundup-to-cancer.html
http://www.nytimes.com/2015/03/25/opinion/stop-making-us-guinea-pigs.html?ref=opinion
http://www.thelancet.com/journals/lanonc/article/PIIS1470-2045(15)70134-8/fulltext
http://www.monsanto.com/iarc-roundup/pages/default.aspx

We already have a session on herbicide tolerance which presumably will be talking about different types of herbicides along with management practices….

Carl

Carl E. Pray Ph.D.
Distinguished Professor
Department of Agriculture, Food, and Resource Economics
School of Environmental and Biological Sciences
Rutgers University
55 Dudley Road
New Brunswick, NJ 08901-8520

This e-mail message may contain privileged and/or confidential information, and is intended to be received only by persons entitled
to receive such information. If you have received this e-mail in error, please notify the sender immediately. Please delete it and
all attachments from any servers, hard drives or any other media. Other use of this e-mail by you is strictly prohibited.

All e-mails and attachments sent and received are subject to monitoring, reading and archival by Monsanto, including its

subsidiaries. The recipient of this e-mail is solely responsible for checking for the
presence of "Viruses" or other "Malware".
Monsanto, along with its subsidiaries, accepts no liability for any damage caused by any
such code transmitted by or accompanying
this e-mail or any attachment.


The information contained in this email may be subject to the export control laws and
regulations of the United States, potentially
including but not limited to the Export Administration Regulations (EAR) and sanctions
regulations issued by the U.S. Department of
Treasury, Office of Foreign Asset Controls (OFAC).  As a recipient of this information
you are obligated to comply with all
applicable U.S. export laws and regulations.

Confidential - Produced Subject to Protective Order