# EXHIBIT 45

Confidential - Subject to Protective Order

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2

 3     IN RE: ROUNDUP              )
       PRODUCTS LIABILITY          )   MDL No. 2741
 4     LITIGATION                  )
       _____ )   Case No.
 5     THIS DOCUMENT RELATES       )   16-md-02741-VC
       TO ALL CASES                )
 6

 7             SATURDAY, APRIL 8, 2017
 8     CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
 9                      - - -
10           Videotaped deposition of John
11     Acquavella, Ph.D., Volume II, held at the
12     offices of HUSCH BLACKWELL, L.L.C., 190
13     Carondelet Plaza, Suite 600, St. Louis,
14     Missouri, commencing at 9:11 a.m., on the
15     above date, before Carrie A. Campbell,
16     Registered Diplomate Reporter, Certified
17     Realtime Reporter, Illinois, California &
18     Texas Certified Shorthand Reporter, Missouri
19     & Kansas Certified Court Reporter.
20                      - - -
21
22
23
24
25
```

Confidential - Subject to Protective Order

```
 1                  MR. MILLER:  Excuse me,
 2       Counsel.  I don't have a copy yet.
 3                  Thank you.  All right.  I have
 4       it now.
 5  QUESTIONS BY MR. COPLE:
 6       Q.    Do you remember that exhibit,
 7  10-5?
 8       A.    Yes.
 9       Q.    Now, do you remember yesterday
10  with respect to Exhibit 10-5 counsel asking
11  you questions regarding California's
12  Proposition 65?
13       A.    Yes.
14       Q.    Now, as a nonlawyer, are you
15  aware whether Prop 65 was triggered by a
16  finding issued by IARC?
17       A.    You know, I've heard that.  It
18  didn't occur to me yesterday when I was
19  giving testimony, but I know that IARC
20  decisions have an effect in lots of
21  jurisdictions, and California is one of them.
22       Q.    IARC determined, based on
23  hazard identification, that glyphosate, in
24  its view, is a probable carcinogen.
25                  Is that a correct finding?
```