# EXHIBIT 48

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

------------------------------x

IN RE: ROUNDUP PRODUCTS ) MDL No. 2741
LIABILITY LITIGATION )
) Case No.
______________________________) 16-md-02741-VC
THIS DOCUMENT RELATES TO ALL )
CASES )
______________________________)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF AARON EARL BLAIR, Ph.D.

WASHINGTON, D.C.

MONDAY, MARCH 20, 2017

8:59 A.M.

Reported by: Leslie A. Todd

Deposition of AARON EARL BLAIR, Ph.D., held at the offices of:

HOLLINGSWORTH, LLP
1350 I Street, N.W.
Suite 1000
Washington, DC 20005
(202) 898-5800

Pursuant to notice, before Leslie Anne Todd, Court Reporter and Notary Public in and for the District of Columbia, who officiated in administering the oath to the witness.

A P P E A R A N C E S

ON BEHALF OF PLAINTIFFS:
MICHAEL MILLER, ESQUIRE
mmiller@millerlawfirmllc.com
NANCY GUY ARMSTRONG MILLER, ESQ.
JEFFREY TRAVERS, ESQUIRE
JTravers@millerfirmllc.com
MILLER FIRM, LLC
108 Railroad Avenue
Orange, Virginia 22960
(540) 672-4224
-and-
KATHRYN M. FORGIE, ESQUIRE
kathryn.forgie@andruswagstaff.com
AIMEE H. WAGSTAFF, ESQUIRE (Telephonically)
aimee.wagstaff@andruswagstaff.com
ANDRUS WAGSTAFF, PC
7171 West Alaska Drive
Lakewood, Colorado 80226
(310) 339-8214

ON BEHALF OF MONSANTO COMPANY:
ERIC G. LASKER, ESQUIRE
elasker@hollingsworthllp.com
JOSEPH G. HOLLINGSWORTH, ESQUIRE
jhollingsworth@hollingsworthllp.com
ELYSE A. SHIMADA, ESQUIRE
eshimada@hollingsworthllp.com
HOLLINGSWORTH, LLP
1350 I Street, N.W., Suite 1000
Washington, DC 20005
(202) 898-5800

A P P E A R A N C E S (Continued)

ON BEHALF OF THE WITNESS:
DAVID S. GREENE, ESQUIRE
LAW OFFICES OF DAVID S. GREENE, LLC
611 Rockville Pike
Suite 225
Rockville, Maryland 20852
(301) 279-7600

ALSO PRESENT:
DANIEL HOLMSTOCK (Videographer)

C O N T E N T S

| EXAMINATION OF AARON EARL BLAIR, Ph.D. | PAGE |
|---|---|
| By Mr. Miller | 11, 263, 296 |
| By Mr. Lasker | 89, 293 |

E X H I B I T S

(Attached to transcript)

| BLAIR DEPOSITION EXHIBITS | | PAGE |
|---|---|---|
| No. 1 | Curriculum Vitae of Aaron Earl Blair, February 6, 2017 | 18 |
| No. 2 | IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Preamble, Lyon, France 2006 | 23 |
| No. 3 | IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 112 | 36 |
| No. 4 | Document titled "Glyphosate" | 45 |
| No. 5 | Article entitled "Carcinogenicity of Tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate" | 66 |
| No. 6 | International Agency for Research on Cancer, World Health Organization paper | 71 |

EXHIBITS CONTINUED

(Attached to transcript)

BLAIR DEPOSITION EXHIBIT PAGE

No. 7 NAPP Poster Presentation, Bates MONGLY00340901 to MONGLY00340902 80

No. 8 E-mail string re IARC - NAPP Epidemiology Study Abstract re: Glyphosate and NHL, Bates MONGLY02365099 to MONGLY02365101 82

No. 9 Environmental Health Perspectives, IARC Monographs: 40 Years of Evaluating Carcinogenic Hazards to Humans, Bates MONGLY01154782 to MONGLY01154819 85

No. 10 E-mail re Monograph Meeting 98

No. 11 E-mail string re Monograph Meeting 99

No. 12 Volume 112 - Overview of assignments 104

No. 13 Handwritten notes 122

No. 14 E-mail string re Minutes from NAPP Meeting on October 20 130

No. 15 E-mail re Proposal to analyze Glyphosate exposure and NHL risk in NAPP 133

EXHIBITS CONTINUED

(Attached to transcript)

BLAIR DEPOSITION EXHIBIT PAGE

No. 16 OCRC: An Detailed Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma in the North American Pooled Project (NAPP) 145

No. 17 Article entitled "Cancer Incidence Among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study" 152

No. 18 Article entitled "Differences in the Carcinogenic Evaluation of Glyphosate Between the International Agency for Research on Cancer and the European Food Safety Authority" 158

No. 19a DRAFT - Risk of total and cell Specific non-Hodgkin Lymphoma and pesticide use in the Agricultural Health Study 165

No. 19b DRAFT - Lymphoma risk and pesticide use in the Agricultural Health Study 165

EXHIBITS CONTINUED

(Attached to transcript)

BLAIR DEPOSITION EXHIBIT PAGE

No. 20 Article entitled "Non-Hodgkin Lymphoma and Occupational Exposure to Agricultural Pesticide Chemical Groups and Active Ingredients: A Systematic Review and Meta-Analysis" 178

No. 21 E-mail re: A second thought about the Rejection of the NHL manuscript 200

No. 22 E-mail string dated September 16, 2016 210

No. 23 E-mail string re Interview with Betty Jibben and the Farm Journal 217

No. 24 E-mail string re Quick question from Carey Gillam 220

No. 25 E-mail string From Marie-Monique Robin/On behalf of Kathleen Guyton 221

No. 26 E-mail string re IARC 225

No. 27 WHO Q&A on Glyphosate, 1 March 2016 228

No. 28 E-mail string re Meeting on Glyphosate 05/16/16 at 10AM 230

No. 29 E-mail string re Pesticide Exposure and Cancer 232

No. 30 E-mail string re EPA and glyphosate 235

EXHIBITS CONTINUED

(Attached to transcript)

BLAIR DEPOSITION EXHIBIT PAGE

No. 31 E-mail string re Glyphosate and NHL Presentation (ISEE Conference) 239

No. 32 E-mail string re Glyphosate and NHL Presentation (ISEE Conference) 243

No. 33 E-mail string re Your Departure 6ZHHOW: IAD-LHR 1 Mar 2015 18:30 246

No. 34 OCRC: A Detailed assessment of glyphosate use and the risks of non-Hodgkin lymphoma overall and by major histological sub-types: Findings from the North American Pooled Project, June 10, 2016 250

No. 35 E-mail string re EU glyphosate review 255

No. 36 Article entitled "Increased Cancer Burden Among Pesticide Applicators and Others Due to Pesticide Exposure" 266

No. 37 EHP ISEE - Conference Abstracts, 2015 Conference 274

P R O C E E D I N G S

------------------

THE VIDEOGRAPHER: We are now on the record. My name is Daniel Holmstock. I'm the videographer for Golkow Technologies. Today's date is March 20th, 2017, and the time is 8:59 a.m.

This deposition is being held at the law offices of Hollingsworth, LLP, at 1350 I Street, Northwest, in Washington, D.C., in the matter of In Re Roundup Products Liability Litigation, MDL No. 2741. The case is pending before the United States District Court of the Northern District of California.

Our deponent today is Dr. Aaron Blair.

Counsel, would you please identify yourselves and whom you represent.

MR. MILLER: Yes, good morning. I'm Michael Miller, and I represent the plaintiffs, together with my law partner Nancy Miller, law partner Jeff Travers, and an attorney from Denver Kathryn Forgie.

MS. FORGIE: With Andrus Wagstaff.

MR. LASKER: David?

MR. GREENE: I'm sorry. David Greene. I represent Dr. Blair.

MR. HOLLINGSWORTH: Joe Hollingsworth. I represent Monsanto,

MS. SHIMADA: Elyse Shimada. I represent Monsanto.

MR. LASKER: Eric Lasker for Monsanto.

THE VIDEOGRAPHER: Anybody via telephone, please identify.

MS. WAGSTAFF: Good morning, everyone. This is Aimee Wagstaff from Andrus Wagstaff, and I represent the plaintiffs in this matter.

THE VIDEOGRAPHER: Anybody else via telephone?

Okay. Our reporter is Leslie A. Todd, who will now administer the oath.

WHEREUPON,

AARON EARL BLAIR, Ph.D.,

called as a witness, and having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. MILLER:

Q Good morning, Dr. Blair.

A And good morning.

MR. LASKER: Mike, as you said, just before we get started, a statement on the record. This is Eric Lasker for Monsanto.

Based upon discussions we had with Dr. Blair's counsel when this deposition was subpoenaed and -- subpoenaed by plaintiffs, it is our understanding that Dr. Blair has been produced solely as a fact witness to provide testimony about his factual knowledge and his experiences in connection with issues for which he will be questioned, and not to offer any expert opinions in this litigation. And we have prepared for the deposition accordingly.

MR. MILLER: Well, and we agree to the extent that we -- we have not retained Dr. Blair as an expert. I don't believe Monsanto has retained Dr. Blair as an expert, but as we get into the deposition, and we both know Dr. Blair was part of a committee that formulated opinions, and we'll only ask about opinions that were formulated within that process and not for expert opinion as he sits here today. We certainly are not asking that.

So let's get going and see if we can complete our day.

MR. LASKER: As questions are asked, we will object or not according to our understanding.

MR. MILLER: As the rules allow.

BY MR. MILLER:

Q All right. Good morning, Dr. Blair.

A Good morning.

Q How are you, sir?

A Okay.

Q Good. What -- would you please state your name on the record.

A Aaron Earl Blair.

Q All right, sir. And Aaron Earl Blair, and you're a doctor?

A Ph.D.

Q Ph.D. You've got -- I'm going to start and go through a little bit of your credentials, if I may, sir.

A Sure.

Q Okay. You graduated in 1965 with a degree in biology from Kansas Wesleyan University?

A Yes.

Q Master of Science degree in '67 from North Carolina State University?

A Yes.

Q And a Ph.D. in genetics at North Carolina State University?

A Yes.

Q And then in 1976, you got a MPH. What is an MPH?

A Masters in Public Health.

Q And that's -- your CV says epidemiology?
A Correct.
Q Okay. And what is epidemiology?
A The study of causes and distribution of diseases.
Q Have you -- have you been professionally since 1976 studying the causes of diseases?
A Yes.
Q And explain it to me, if you would. Where and how have you been studying the causes of diseases since 1976?
A The study of disease in human populations, evaluating various factors that might be related to the initiation or etiology of those diseases.
Q As the -- you say you've spent your professional life with this doctorate degree studying the causes of diseases. Have you studied the causes of cancer?
A Yes.
Q And within the broad field of studying the causes of cancer, have you studied the causes of non-Hodgkin's lymphoma?
A Yes.
Q I'm a lay person. Tell me what is non-Hodgkin's lymphoma.

A Lymphatic and hematopoietic tumors have a variety of different specific diseases. One is Hodgkin's disease, you've probably heard of. It's a lymphoma. Non-Hodgkin's lymphoma is all the lymphomas that aren't Hodgkin's disease.
Q So non-Hodgkin's lymphoma is a form of cancer. You have to answer --
A Yes.
Q And non-Hodgkin's lymphoma is a form of cancer in the blood?
A Yes.
Q So any kind of blood cancer that is not Hodgkin's lymphoma would be called non-Hodgkin's lymphoma?
A No. It is --
Q All right. Explain to me why I'm --
A -- any type of lymphoma --
Q I see.
A -- that isn't Hodgkin's disease is non-Hodgkin's lymphoma.
Q So there can be other blood cancers such as leukemia?
A Yes.
Q I understand. Thank you for that correction.

Now, it sounds like you spend an awful lot of time at the National Cancer Institute. Is that right?
A Yes.
Q What is the National Cancer Institute?
A It is one of the institutes, the National Institutes of Health devoted to studying cancer.
Q And you started there in 1976?
A Yes.
Q I think we're about the same age. How many years ago was that?
A Quite a few.
Q Yeah. Thanks for clearing that up.
And how long did you stay there, from 1976 until when? Are you still there or are you retired or --
A I am retired now, but I have an emeritus position, which means I go in a couple of days a week and do what I've always done. I just don't get paid.
Q Sounds like an interesting promotion, Dr. Blair.
All right. So you started there in 1976. You were a staff fellow for the Environmental Epidemiology Branch at the National Cancer Institute?

A Correct.
Q Went on 1978 to '82, became the acting chief of the occupational study section of the Environmental Epidemiology Branch, National Cancer Institute?
A Yes.
Q Describe for us what it is you are doing there and --
A Studying various sorts of exposures that occur in occupations and to see if they are related to cancer.
Q Would farming be one of those occupations that you've studied for the causes of cancer?
A Yes.
Q Wouldn't that be true for your entire profession -- professional career?
A That was one of the early things I started doing was studies of farmers.
Q Did there come a time when you saw an increase in cancers in farmers?
A Yes.
Q All right. Let's go on then. You became the chief of the occupational study section in 1982, right?
A Yes.

Q Okay. Remained the chief for, and I will do this math, 14 years until 1996?
A Sounds right.
Q Okay, sir. And I have -- you have a copy of your CV there. I have a copy here. If you want to look at it, feel free.
And what I will do, I will mark as Exhibit 1 a copy of your CV or curriculum vitae, okay?
(Blair Exhibit No. 1 was marked for identification.)
BY MR. MILLER:
Q And hand it to you. And you can let me know if this is -- all right. Thank you, sir.
MR. MILLER: A copy for counsel.
MR. LASKER: Thank you. Yeah, do that.
BY MR. MILLER:
Q Is this your CV, sir?
A Yes.
Q Okay. So we were down here, we were looking at some of your professions. You were at the National Cancer Institute after receiving your Ph.D. --
MR. LASKER: Mike, for the record, are these highlights your highlights on the document?

MR. MILLER: Yes. Yes. Yes, they are. Thanks for asking.
MR. LASKER: That's the document that you will be using for the deposition?
MR. MILLER: I -- I think we're allowed to do that, if I recall, under the rules.
MR. LASKER: Okay, that's fine.
MR. MILLER: Yeah. I'm just highlighting to aid the jury along the way.
BY MR. MILLER:
Q These highlights aren't yours, are they, Dr. Blair?
A No.
Q Okay. It's all important, isn't it? Your whole body of work, do you feel like it's important?
A Oh. Yes, sure.
Q All right. So after being the chief for 14 years at the Occupation and Environmental Epidemiology Branch, you went on to become in 2004 a senior investigator. Please tell us what that means.
A It means I stepped down as head of the unit and just retained a position at the National Cancer Institute, and that is a senior position.
Q Okay. And then you retired from

full-time work there in 2007.
A Yes.
Q And have been working for free as a professor emeritus there ever since.
A Yes.
Q Very good. All right.
And the reason I'm asking about your background, sir, there came a time when this organization asked you to do some scientific work for them. Is that fair?
MR. LASKER: Objection to form.
THE WITNESS: Yes.
BY MR. MILLER:
Q Who is WHO?
A World Health Organization.
Q Okay. So the World Health Organization, what did they ask you to do? What did they ask you to do, sir?
A Are you asking about a particular time or --
Q You know, that's a fair question. When was the first time the World Health Organization contacted Aaron Blair and asked him to perform some professional services?
A I -- I don't --

MR. LASKER: Objection to form.
You can answer.
THE WITNESS: I don't actually remember the earliest year that it was, but I have served on various World Health Organization groups over the years.
BY MR. MILLER:
Q Could you just let the jury know some of those groups that you served at the request and for the World Health Organization.
A Well, the main one is the International Agency for Research on Cancer, which is part of the World Health Organization.
Q Okay. And is that also referred to as IARC?
A Correct.
Q Okay. So -- and that stands for International Association --
A Agency.
Q I'm sorry. International Agency for the Research on Cancer?
A Correct.
Q And that is an organization which is part of the World Health Organization.
A Yes.

Page 22

Q And how many times have you served as an IARC volunteer?
A You know, I don't actually remember the -- the number. Seven maybe.
Q Okay. And I'm going now to your CV to page 3, and it shows that you served on IARC as early as 1985.
Does that sound about right, Dr. Blair?
A Sounds about right.
Q Okay. And you were at -- you were involved in an IARC monograph. I guess we will stop there. What's a monograph?
A Just a publication, a book.
Q Okay. So it's an International Agency for the Research of Cancer book on the evaluation of carcinogenic -- I guess that's cancer?
A Yes.
Q -- of cancer risks to humans.
A Yes.
Q And you -- Volume 35, these books come out from the World Health Organization in volumes, I guess?
A Yes.
Q Okay. So Volume 35 was probably one of the first ones that you worked on.

Page 23

A Yes.
Q So off and on, as requested by World Health Organization, it would be fair to say you've been involved in working with them since 1985, right?
A Yes.
MR. LASKER: Objection to form.
BY MR. MILLER:
Q Or about -- is that 32 years? I'm real bad with math. Sound about right?
A Sounds right.
Q Okay. All right. So that was Volume 35.
Did there come a time when you were asked to be involved with the World Health Organization, the International Association of Cancer, to what has now become Volume 112 of the monographs?
A Yes.
MR. LASKER: Objection to form.
BY MR. MILLER:
Q And I'm going to put a copy under the highlighter -- and that is my highlighting, so we all know -- I'll tell you what I will do, I will use a non-highlighted copy and a highlighter to work with.
(Blair Exhibit No. 2 was marked for identification.)
BY MR. MILLER:

Page 24

Q And a copy for you, Doctor.
MR. MILLER: And a copy for counsel.
Q All right. Here, Doctor.
A Thank you.
Q All right. So what we have here, can you identify this document, which is Exhibit 2, please?
A Well, it is one of the monographs.
Q Okay. And I just want to ask you a few questions about the front page of this document. So it says -- again, we've been talking about it, but it's a World Health Organization, right?
A Yes.
Q And it's the International Agency for Research on Cancer.
A Yes.
Q Also known as IARC, right?
A Yes.
Q All right. Now, this is a preamble. What is a preamble?
A Sort of the beginning discussion of what follows in the monograph.
Q Okay. And they meet in a place called Lyon, France?
A Correct.
Q All right. And this preamble was written

Page 25

in 2006. Have you reviewed this before?
A Yes. Not -- not recently.
Q Well, I know, and I'm not -- it's not a test, but I just want to go over a couple of things with you.
And will go, if you would, sir, to the first page of the preamble, and it says here that the IARC was established in two -- in 1965.
Is that your understanding?
A Yes.
Q All right. It says: Through the IARC" -- I'm sorry, I will quote exactly.
"Through the monographs program, IARC seeks to identify the causes of human cancer."
That's true, isn't it, sir?
A Yes.
Q Okay. And some terms, so the jury and I can understand them. In this preamble they tell us, the World Health Organization, that a cancer hazard is an agent that is capable of causing cancer under some circumstances. While a cancer risk is an estimate of carcinogen -- carcinogenic effects expected from exposure to a cancer hazard.
I mean, is that what we should understand?

A Yes.
Q Okay. All right. And there's in the preamble a discussion of the selection of agents for review by IARC, and I want to ask you about it.
It says: "Agents are selected for review" -- is that for review to see if they cause cancer?
A Yes.
Q -- "on the basis of two main criteria: There is evidence of human exposure, and there is some evidence or suspicion of carcinogenicity."
Is that your understanding, Dr. Blair?
A Yes.
Q Okay. And IARC has in this preamble a discussion of what they will review as they consider these issues, right, sir?
A Yes.
Q Okay. And it talks about with regard to epidemiological studies -- now, first, let's stop there.
What is an epidemiological study?
A It's a study of -- in humans to evaluate risk of disease or risk factors.
Q To find out if some agent may cause some condition?

A Right.
Q Okay.
MR. LASKER: Object to form.
BY MR. MILLER:
Q What is a cancer bioassay?
A It's an experimental study. Usually it means studies in animals.
Q Okay. What do we mean by "mechanistic and other relevant data"?
A What are the biologic processes that might lead from an exposure to development of cancer.
Q Yes, sir.
"Only reports that have been published or accepted for publication in openly available scientific literature are reviewed."
Is that true, sir?
A Yes.
Q And why is that true? Why -- why does IARC only review those publications that have been published in available scientific literature or have been accepted for publication?
MR. LASKER: Objection to form.
BY MR. MILLER:
Q You can answer.
A Because these materials are then

available to anyone.
Q And IARC also reviews those exposure data?
A Yes.
Q And exposure data means how are humans exposed to that agent, right?
A Yes.
Q Okay. And IARC extends invitations to scientists around the world to participate in the creation of a monograph for a book, right?
A Yes.
Q And it -- in this preamble it tells us: "Before an invitation is extended, each potential applicant participant, including the IARC Secretariat, completes a WHO declaration of interest to report financial interests, employment, and consulting, and individual and institutional research support related to the subject of the meeting."
Is that your understanding?
A Yes.
Q So before these folks are invited to be on this IARC panel, they have to declare their interests?
A Yes.
MR. LASKER: Objection to form.

BY MR. MILLER:
Q And it says in this monograph preamble that a working group -- and I want to ask you, what is a working group?
A It's the group of people invited to perform this activity.
Q And the working group meets at IARC for seven to eight days to discuss and finalize the text and to formulate the evaluation.
Is that your experience?
A Roughly that number of days, yes.
Q Excuse me. All right. Page 8. I want to ask you about this if I can.
It says: "Regarding occurrence and exposure, data that indicate the extent of past and present human exposure, the sources of exposure, the people most likely to be exposed, and the factors that contribute to exposure are reported."
Is that your experience, sir?
A Yes.
Q And one more sentence here. It says, quote: Information is presented on the range of human exposure, including occupational and environmental exposure.
Occupational exposure I guess would mean

being exposed to the agent at work?
MR. LASKER: Objection to form.
THE WITNESS: Yes.
BY MR. MILLER:
Q And environmental exposure means what, sir?
A Usually not exposed at work. In other ways.
Q All right. And I'm -- I just want to ask you a few more questions. Page 9, there's a whole section, and I'm not going to read it, but that IARC considers the quality of studies considered, right?
A Yes.
Q Okay. And then on page 10, IARC considers meta-analysis?
A Yes.
Q Now, could you tell the jury what is a meta-analysis?
A It is a quantitative or statistical way of summing up results from several studies.
Q Okay. And does IARC not only consider meta-analysis that are available in the public literature, but does IARC in fact do their own meta-analysis?
A Sometimes.

Q Okay. And we're going to get to the IARC monograph on Roundup in a minute, but now I will jump out of turn and ask, did they -- did IARC working group do a meta-analysis on Roundup --
MR. LASKER: Objection to form.
BY MR. MILLER:
Q -- and the epidemiology concerning the issue of Roundup in non-Hodgkin's lymphoma?
A I'm not sure I remember.
Q All right. We will take a look in a minute then. Thank you.
And does IARC also review pooled analysis?
A Yes.
Q Okay. All right. And IARC looks at temporal effects, right, sir?
A Yes.
Q So they analyze both the detailed analysis of both relative and absolute risk in relation to temporal variables. Now, that's a mouthful.
Detailed analysis of both relative and absolute risk. What is a relative risk?
A It would be the calculation of a rate in one group compared to a rate in another.

Q I see. Perhaps a group who's been exposed to an agent compared to a group that has not been exposed to an agent?
A Yes.
Q Okay. And an absolute risk would -- would be what, sir?
A The rate of occurrence of disease in a group.
Q Yes, sir. They consider age at first exposure, time since first exposure, duration of exposure, cumulative exposure, peak exposure, when appropriate and time sense -- cessation of exposures are reviewed and summarized when available. Is that right, sir?
A Yes.
Q All right. Going, if we would, to page 11 in the preamble for IARC, it tells us that they use a criteria to establish causality, right, sir?
MR. LASKER: Objection to form.
BY MR. MILLER:
Q You can answer.
A Yes.
Q And in their criteria for cruality -- causality, excuse me, in making its judgment, the

working group considers several criteria for causality. Hill, 1965.
Do you see that, sir?
A Yes.
Q And that is Sir Bradford Hill?
A Yes.
Q Okay. It says in the preamble for IARC: "If the risk increases with exposure, this is considered a strong indication of causality."
Is that true, sir?
A Yes.
Q IARC also considers studies of cancer in experimental animals?
A Yes.
Q Page 15. In the preamble they discuss that IARC considers mechanistic and other relevant data. Is that right, sir?
A Yes.
Q Okay. And that would include toxicokinetic data.
Now, what does toxicokinetic data mean, Dr. Blair?
A Sort of the processes of chemicals interacting with human systems.
Q Okay, sir. And they consider data on

mechanisms of carcinogens?
A Yes.
Q And what is that?
A Various pathways appear to lead to carcinogenicity.
Q And after -- even before this seven- to nine-day working group meeting in France, does the working group review materials in the time before that?
MR. LASKER: Object -- objection to form.
THE WITNESS: The individuals on the working group --
MR. MILLER: Yes.
THE WITNESS: -- review materials before then.
BY MR. MILLER:
Q Okay. And for what period of time approximately do individuals in the working group review material?
A A couple of months. Three months. It's a while.
Q Okay. And then after they review, there is a determination made whether the agent being reviewed is carcinogenic or not. Is that fair?
MR. LASKER: Objection to form.

THE WITNESS: Yes.
BY MR. MILLER:
Q And there are different categories. There's 1, 2A, 2B, 3, that sort of thing?
A Yes.
Q Okay. Category 2A is the agent is probably carcinogenic to humans, right?
A Yes.
Q And carcinogenic means causes cancer, right?
A Yes.
Q Okay. So -- and we're going to talk about it in more detail, but you were selected for the working group that looked at Roundup, right?
MR. LASKER: Objection to form.
BY MR. MILLER:
Q You can answer.
A Yes.
Q And your group -- I think there were 17 scientists on that group?
A Sounds about right.
Q Yeah, I understand. We'll look at it in a sec.
But that group decided that Roundup and glyphosate was probably carcinogenic to humans,

right?
MR. LASKER: Objection to form.
THE WITNESS: Yes.
BY MR. MILLER:
Q You have to answer again. 2A, "yes" is the answer?
A Yes.
Q Okay. All right. And so we're going to look at how that process was played out and see if we can understand it.
A Okay.
Q I want to look at Exhibit 3, which is -- one moment.
Okay. Exhibit 3, Dr. Blair, is a list of participants for the IARC Monograph on Evaluation of Carcinogenic Risk to Humans, which included a review of glyphosate, okay? I have a copy for you and a copy for counsel. So it will be Exhibit 3.
Here.
MR. MILLER: All right. Counsel.
(Blair Exhibit No. 3 was marked for identification.)
BY MR. MILLER:
Q All right, Dr. Blair. This is a list of participants for the IARC Monograph on the Evaluation

of Carcinogenic Risk to Humans, right, sir?
A Yes.
Q So it's Volume 112 of these monographs we've been talking about, right?
A Yes.
Q And one of the things that -- one of the agents that IARC Volume 112 looked at was glyphosate, right?
A Yes.
Q And the meeting occurred in Lyon, France, March 3rd through 10th, 2015, right?
A Yes.
Q And the list of participants -- I would like to go over it for -- if I could, included Aaron Blair, National Cancer Institute, retired --
That's you, right, sir?
A Yes.
Q -- from the United States of America, and you were the overall chair of the group, weren't you?
A Yes.
Q Okay. How much did they pay you for that?
A We're not paid.
Q It's a volunteer assignment, isn't it?
A Yes.

Q So you reviewed all these materials for months. Right?
MR. LASKER: Objection to form.
THE WITNESS: Yes.
BY MR. MILLER:
Q You flew to France.
A Yes.
Q Spent seven to nine days -- I'm sorry, it looks like seven days reviewing these materials with these other scientists, and you volunteered and did it all for free.
A Other than travel expenses.
Q Okay. They paid your airfare. Okay. Thank you.
All right. Let's look at -- did all 17 of these people do this as volunteers?
A Yes.
Q Okay. I want to look at some of them.
Also from America, Gloria Jahnke. Am I pronouncing that right?
A I'm not sure.
Q She's from the National Institute of Environmental Health Sciences of the United States?
A Yeah.
Q Do you know her?

A No.
Q Okay.
A Other than through this meeting, I mean.
Q Yes, I understand. You spent seven days with her.
Charles Jameson from CWJ Consulting, LLC, United States. He is a subgroup chair in cancer in experimental animals.
Do you see that, sir?
A Yeah.
Q So how many subgroups are there or were there in this particular group?
A Four.
Q Okay. And there were people from the Environmental Protection Agency who volunteered and served on this panel that concluded that glyphosate was a probable cause of human cancer.
MR. LASKER: Objection to form.
THE WITNESS: Yes.
BY MR. MILLER:
Q One of them is Matthew Martin, right?
A Yes.
Q And Matthew Martin is -- was employed in 2015 by the United States Environmental Protection Agency, right?

MR. LASKER: Objection to form.
THE WITNESS: Yes.
(Counsel conferring.)
BY MR. MILLER:
Q Oh, I skipped somebody. Peter -- I'll never pronounce this right, Peter Egeghy?
A I don't know.
Q I don't know either. From the United States Environmental Protection Agency, unable to attend.
Now, would he participate either by phone or not have participated, or how does that work?
A Well, I -- I think everyone is there.
Q Okay. All right. So if you're not there, you don't vote, or how does that work, do you know?
A I don't know of an example where someone was not there and voted.
Q Okay. From Canada, John McLaughlin, University of Toronto.
A Yes.
Q Do you know him?
A Yes.
Q I mean before the meeting.
A Yes.

Q Okay. How do you know him?
A We're both epidemiologists doing the same work.
Q Yes, sir. All right.
And from Mississippi State University, Matthew K. Ross. My wife wouldn't let me -- I would be in trouble if I didn't bring out Mississippi State University.
Do you know him?
A Yes.
Q All right. And what sort of professional is he?
A He's a toxicologist, a bioassay person.
Q And from Texas A&M, Ivan Rusyn, he was a sub -- subgroup chair in mechanism.
Did you know him professionally before?
A Yes.
Q Do you know any of these people socially?
A A few.
Q Okay. Who?
A Andrea 't Mannetje; John McLaughlin. If "socially" means sometimes I see them not strictly in a professional meeting.
Q Have dinner after a meeting or something?
A Occasionally.

Q Yeah, sure.
All right. From California Environmental Protection Agency, Lauren Zeise. Do you know what her profession is?
A No.
Q Okay. So those were the members.
Now, these people were the ones that ultimately voted that Roundup or glyphosate was a probable human carcinogen for non-Hodgkin's lymphoma.
Was the vote unanimous?
MR. LASKER: Objection to form.
BY MR. MILLER:
Q You can answer.
A I actually don't remember for sure. I think so.
I just want to say one thing --
Q Please do.
A -- these are the people who voted. You've just underlined a whole bunch of them.
Q Yes, sir.
A They all voted.
Q Oh, I understand, sir. Yes, sir. I wasn't trying to suggest otherwise. Everyone on here voted, right?
A Yes.

Q And you think it was unanimous, but you're not a hundred percent sure. Is that fair?
A Yeah.
Q Now, I want to ask you, an invited specialist, what is an invited specialist?
A It may be that someone brings special expertise so it would be of value to the working group.
Q And the World Health Organization decided that there was an invited specialist they wanted to invite for this issue of glyphosate. Is that fair?
MR. LASKER: Objection to form.
THE WITNESS: Or for the other pesticides being evaluated.
BY MR. MILLER:
Q Sure.
A I don't know why they did it.
Q Yes, sir, I understand. You didn't make the invitation?
A I did not make the invitation.
Q But an invitation was extended to Christopher Portier, who was from the Agency for Toxic Substances and Disease Registry in the United States.
A Yes.

Q Do you know Dr. Portier?
A Yes.
Q Okay. Also present was a gentleman by the name of Jesudosh -- I'm sorry if I'm pronouncing it wrong -- Jesudosh Rowland from the United States Environmental Protection Agency.
Do you see that, sir?
A Yes.
Q Do you know him?
A No. You know, he was at the meeting. I probably met him --
Q Right, I understand.
A -- at the meeting, but -- yeah.
Q I understand. And there were observers at the meeting. Now, what's the function of an observer?
A That usually means they are sort of stakeholders in the issue being evaluated.
Q Okay.
A A few who were invited to come.
Q And the Monsanto Company was allowed to have an observer at the meeting, weren't they, sir?
A Yeah.
Q That was a Dr. Thomas Sorahan, right?
A Yes.

Q Do you know Dr. Sorahan?
A I do.
Q And did he -- was he allowed to speak up at the meeting?
A Yes.
Q Okay. Did he object to or complain about the unanimous decision to declare glyphosate a probable human carcinogen for non-Hodgkin's lymphoma?
MR. LASKER: Objection to form.
THE WITNESS: I don't think I remember this for sure, but typically invited specialists are asked to comment on specific things, not on the formal evaluation.
BY MR. MILLER:
Q I understand. All right.
(Counsel conferring.)
BY MR. MILLER:
Q All right. So after this selection of these 17 people IARC put together, you were the chairman. After months of review, a seven-day meeting, there was a report issued. Is that fair to say?
A Yes.
(Blair Exhibit No. 4 was marked for identification.)

BY MR. MILLER:
Q Okay. Let's take a look at what I believe to be the IARC report for glyphosate. And I marked it as Exhibit 4, and I have a copy for you and counsel. And I put 4 on it so you know when somebody goes back to it later, you're going to know what number it is.
MR. MILLER: Counsel, here you go.
BY MR. MILLER:
Q This is a report from IARC for glyphosate?
A Okay. Yes.
Q Yes? Okay.
And glyphosate is the active ingredient in Roundup?
A Yes, sir.
Q Okay. And I want to ask you a few questions about the report, spend a little time going over it.
I'm not going to ask you about the molecular structure. I didn't do very well in high school chemistry. You'll forgive me.
If you would go to page 4.
The report says that: "Glyphosate is widely used for household weed control throughout the

world. In the USA, glyphosate was consistently ranked as the second most commonly used pesticide (after 2,4-D) in the home and garden market sector between 2001 and 2007, with an annual use of 2,000 to 4,000 tonnes." And you cite the authority for that comment.
That was your understanding after researching the matter?
A That's my understanding.
MR. LASKER: Objection to form. Lacks foundation.
BY MR. MILLER:
Q All right. I want to go to page 45 of this report.
IARC studied obviously the drug in humans and studied it in exposed humans. That's a fair statement?
A Yes.
MR. LASKER: Objection to form.
BY MR. MILLER:
Q Okay. You looked at the study, one of -- was it about a thousand studies you guys looked at in this process?
MR. LASKER: Objection to form.
THE WITNESS: I don't actually know what

the total number across all types of studies is. It was a lot, but I -- I don't know if that's the right number or not.
BY MR. MILLER:
Q Can you give me an estimate?
A Not really because I'm on the epidemiology panel.
Q Okay.
A And I sort of look at it. I mean the monograph lists all of them --
Q Right.
A -- that we looked at.
Q Right, right. Okay. So you not only chaired the entire panel but you subchaired the epidemiology section.
A I was on the epidemiology --
Q I'm sorry. Well, was there a subchair?
A There was.
Q Who?
A I don't remember.
Q Okay, fair enough.
The report says: "The baseline frequency of binucleated cells with micronuclei" -- excuse me -- "was significantly higher in subjects from the three regions where there had been aerial spraying

with glyphosate formulations."
Do you remember reading the Bolognesi study?
MR. LASKER: Objection to form. And objection to using this witness just as a basis for reading in portions of the document and not having a set of questions with respect to that.
BY MR. MILLER:
Q You can answer.
A This is a toxicologic study. I'm an epidemiologist. Different subgroups evaluate different components. I'm really familiar with epidemiology, not so much the other.
Q That's fair. All right. All right. Thank you.
Let's look at the epidemiology then. I think that probably would make more sense. There's a table in the report with the epidemiology on it, isn't there?
A Yes.
(Counsel conferring.)
BY MR. MILLER:
Q Okay. Going to page 78 of your report, "Cancer in Humans." We're on page 78. Do you see this, Doctor?

It says: "There is limited evidence in humans for the carcinogenicity of glyphosate. A positive association has been observed for non-Hodgkin's lymphoma."
What does a "positive association" mean, sir?
MR. LASKER: Objection to form.
BY MR. MILLER:
Q Yeah, you can answer. I'm sorry.
A It means there were studies that showed an excess risk for people exposed.
Q And that would include the epidemiological studies that were done.
A Yes.
MR. LASKER: Objection to form.
BY MR. MILLER:
Q And we'll take a look at a lot of them, but all right.
Your report goes on to say: "There is strong evidence that exposure to glyphosate or glyphosate-based formulations is genotoxic based on studies in humans in vitro and studies in experimental animals."
That's what your 17-expert committee found?

MR. LASKER: Objection to form.
THE WITNESS: Yes.
BY MR. MILLER:
Q You also concluded: "There is strong evidence that glyphosate and glyphosate-based formulations, and aminomethylphosphonic acid can act to induce oxidative stress based on studies in experimental animals and in studies in humans in vitro."
Now, that's a mouthful, so I've got to ask you, why did you mention aminomethylphosphonic acid?
MR. LASKER: Objection to form.
THE WITNESS: Again, this comes from the subgroups with a discipline that I'm not as knowledgeable about.
BY MR. MILLER:
Q Okay.
A And I think this is a breakdown product, but I'm not sure.
Q I understand. Well, we'll pass that off to people that study the breakdown products. Okay.
MR. LASKER: Objection to form to that last comment.
BY MR. MILLER:

Q To be clear, though, before we leave the "Conclusion" section, this report is in March of 2015, right?
A Yes, sir.
Q And "the positive association has been observed for non-Hodgkin's lymphoma," IARC has not retracted that statement in any way, shape or form as we sit here in March of 2017?
A Not to my knowledge.
Q And there's been requests by Monsanto Corporation to retract that, hasn't there?
MR. LASKER: Objection to form.
THE WITNESS: I understand that to be true.
BY MR. MILLER:
Q Now, let's look at some of the epidemiology in the -- all right. There we go.
Table 2.2 is a table about the epidemiology -- well, let's look at it. And it's quite a long one here.
Okay. Table 2.2 is -- I got it from here -- is case-control studies of leukemia and lymphoma and exposure to glyphosate, right, sir?
A Yes.
Q Okay. Now, I'm not going to ask about

leukemia. But the first study in 1992, Cantor did not show any statistical significance, right, sir?
A Correct.
Q Explain to a lay person what "statistical significance" means.
A In statistical analyses, there is a phenomenon known as noise, which means if you do different studies, you don't get exactly the same response. And statistical approaches are used to decide if it is sort of outside the bounds of what you would anticipate to occur being just from noise.
Q Okay. So whenever -- explain to us -- in parentheses here, this 0.7-1.9, what does that tell us?
A The estimate of 1.1 says that is an estimate of elevated risk from this exposure. It's like a 10 percent increase, but it's not very big. And these other two numbers, 0.7 to 1.9, said we have -- I think in this case it's a 95 percent confidence interval that the real true estimate is somewhere between those two numbers.
Q Yes, sir. So then moving on in time, the next study we see on your chart for non-Hodgkin's lymphoma is a study by De Roos in 2003, right?
A Yeah.

Q And what Dr. De Roos and others did -- and this is an epidemiological report from a peer-reviewed journal?
A Yes.
Q What do we mean by "a peer-reviewed journal"?
A You send a manuscript to a scientific journal, and they send it out if they think it might be worthy of fitting in that journal to other scientists to review it and make comments about its quality.
Q Okay. And Dr. De Roos and others in this peer-reviewed journal studied people who were exposed to glyphosate in Nebraska, Iowa, Minnesota, Kansas, from the period 1979 to 1986, right?
A Yes.
Q And what they found was that there was over a doubling of the risk of non-Hodgkin's lymphoma for people who had been exposed to glyphosate, right?
MR. LASKER: Objection to form.
THE WITNESS: Yes.
BY MR. MILLER:
Q And because our numbers here, 1.1 to 4.0 are higher than 1.0, they've taken chance out of it at 95 percent, right?

MR. LASKER: Objection to form.
THE WITNESS: Yes.
BY MR. MILLER:
Q Is it -- is this finding of a doubling of the risk of non-Hodgkin's lymphoma, is it statistically significant?
A Yes.
MR. LASKER: Objection to form.
BY MR. MILLER:
Q Is this one of the pieces of evidence upon which your committee based their opinion there was a positive association between exposure to glyphosate and non-Hodgkin's lymphoma?
A Yes.
(Counsel conferring.)
BY MR. MILLER:
Q All right. So I'm going to go -- the Lee study was also about non-Hodgkin's lymphoma. Is that right, sir?
A Yes.
Q And it showed an increased risk of 40 percent but could not rule out chance. Is that fair or am I misinterpreting it?
A Correct.
Q Okay.

MR. LASKER: Objection to form to the last question.
BY MR. MILLER:
Q And then in 2001, there was a large study -- well, strike that.
There was a study from Canada called the McDuffie study, right, sir?
A Yes.
Q Would you describe it as -- for a case-control study -- a large study or not?
A Yes.
Q And they examined people who had been exposed to glyphosate from 1991 to 1994, right, sir?
A They examined cases who occurred in that time period, I think, who might have been exposed.
Q Yes, sir. And they did exposure, unexposed. They did people that had been exposed for zero to two days and for people who had been exposed to greater than two days in that time period, right?
A Yes.
Q And for people that had been exposed to zero to two days, they found no increased risk of non-Hodgkin's lymphoma, right?
MR. LASKER: Objection.
THE WITNESS: That actually is the

reference population.
BY MR. MILLER:
Q That's the reference population?
A So it's set at 1.0.
Q Oh, I see. Of course. All right.
But for people that were exposed for greater than two days, they found a doubling of the risk of non-Hodgkin's lymphoma from exposure to Roundup or glyphosate?
A Yes.
MR. LASKER: Objection to form.
BY MR. MILLER:
Q And they found that was statistically significant, that is to say it did not occur by chance?
MR. LASKER: Objection to form.
THE WITNESS: Outside the realm of chance.
BY MR. MILLER:
Q Yes, sir.
A Yes.
Q Okay. How would you pronounce this, Karunanayake? I'm sorry. I don't know how to pronounce that.
A Okay. I'm sorry, I can't quite read it.

Q K-A-R-U-N-A-N-A-Y-A-K-E.
A I don't know.
Q Okay. He did a study out of Canada in -- for exposure period from '91 to '94, published in 2012, did not find a statistically significant increased risk in his study. Is that fair?
A Yes.
Q The next year, 2013, Kachuri, et al, in six provinces in Canada, studying multiple myeloma.
Is multiple myeloma a form of non-Hodgkin's lymphoma?
A No. Non-Hodgkin's lymphomas had different definitions over time. When this study was done, it was not a form of non-Hodgkin's lymphoma.
Q All right, sir.
All right. Excuse me. Continuing on your table of epidemiological studies, we have Hardell and Eriksson in 1999 do a study on non-Hodgkin's lymphoma from northern and middle Sweden during a three-year period, '87 to '90.
Do you see that, sir?
A Yes.
Q Now, they found under ever used glyphosate univariate analysis -- what is a univariate analysis?

A Just looking at the relationship in a statistical analysis that includes glyphosate and not much of anything else.
Q All right. And what is an ever glyphosate multivariate analysis?
A They have included other factors that they think might be related to this cancer.
Q I see.
And what they concluded was, just using glyphosate, they had a doubling of the risk, but it was not statistically significant. Is that a fair assessment?
MR. LASKER: Objection to form.
THE WITNESS: Yes.
BY MR. MILLER:
Q And if ever used glyphosate as a multivariate analysis, they had an over 500 percent increased risk, but again, not statistically significant, right?
MR. LASKER: Objection to form.
THE WITNESS: Correct.
BY MR. MILLER:
Q So then we go to the Hardell study in Sweden, 2002 -- and all these are peer reviewed or they wouldn't be in your table, right?

A Yes.
Q And what they do, they take Sweden, four northern counties, and they take studying non-Hodgkin's lymphoma and Hodgkin's lymphoma, and what they conclude -- I'm sorry. They don't. I've just been corrected.
Non-Hodgkin's lymphoma and hairy cell, right, which is a form of non-Hodgkin's --
A Hairy cell leukemia.
Q Yes, which is a form of non-Hodgkin's lymphoma?
A Depends on the time frame, but I think it was at that time. I'm not sure.
Q Okay. And they find a 300 percent increased risk statistically significant?
MR. LASKER: Objection to form.
THE WITNESS: Yes.
BY MR. MILLER:
Q Okay. Meaning that they've eliminated chance to the 95 percent.
A Yes.
Q Okay.
MR. LASKER: Objection to form.
BY MR. MILLER:
Q All right. So now we go to the next page

of your table where you report on the study of Eriksson, an epidemiological study on non-Hodgkin's lymphoma published in 2008, and exposure to any glyphosate, they've got a doubling of the risk of non-Hodgkin's lymphoma statistically significant, right?
MR. LASKER: Objection to form.
THE WITNESS: Yes.
MR. LASKER: You're just going to read from one of those? There's two.
BY MR. MILLER:
Q They go on to look at days of use. Do you see that, sir? Less than ten days use?
A Yes.
Q Greater than ten days use?
A Yes.
Q So for less than ten days use, they have a nonstatistically significant increased risk of 69 percent, right?
MR. LASKER: Objection to form.
THE WITNESS: Yes.
(Interruption in the proceedings.)
MR. MILLER: Do you need to take a break?
THE WITNESS: No.
MR. LASKER: And for the record, for this

whole line of questioning, we make an objection to testimony of studies based upon a table as opposed to the studies themselves. So objection based on lack of foundation as well.

BY MR. MILLER:

Q Okay. So for the Eriksson study, less than ten days use, 69 percent increased risk, not statistically significant, correct?

A Correct.

MR. LASKER: Objection to form.

BY MR. MILLER:

Q Well, tell us what the findings were for less than ten days use from the Eriksson study.

A So you just read what the findings were.

Q He's objected to me reading. He wants you to explain it.

A Oh. There was a 1.69 relative risk calculated for less than 10 years use that was not statistically significant.

Q For ten days use.

A For less than ten days use, it was not statistically significant.

Q All right, sir.

And for greater than ten days per year use, what did the Eriksson study reveal about

non-Hodgkin's lymphoma after exposure to ten days of glyphosate?

MR. LASKER: Objection to form.

THE WITNESS: For this category of use, it was -- the relative risk was 2.36, which was statistically significant.

BY MR. MILLER:

Q And 2.36 would be how much of an increase in risk?

MR. LASKER: Objection to form.

THE WITNESS: It's better if you just say the relative risk. It's the relative risk is 2.36.

BY MR. MILLER:

Q Okay. Would it be --

A It's more than doubling.

Q It's more than doubling. All right.

And what is dose response?

A As level of exposure goes up, the risk or relative risk goes up.

Q Did we see dose response here in the Eriksson study for non-Hodgkin's lymphoma in exposure to Roundup?

MR. LASKER: Objection to form, calls for expert opinion.

THE WITNESS: Yes.

BY MR. MILLER:

Q And the preamble to IARC said dose response was strong evidence of causality; is that true?

A Yes.

Q All right. Let's go to lymphatic -- I'm sorry, lymphocytic lymphoma B-cell. Do you see that?

A Yes.

Q Exposure to glyphosate?

A Yes.

MR. LASKER: Objection to form.

BY MR. MILLER:

Q Tell us what the findings were by Eriksson.

A For this subgroup of lymphoma, the relative risk was 3.35, which was statistically significant, because the confidence interval, the lower level was greater than 1.0.

Q And I know you don't like to put a percentage on it, but would that be a 300 percent increased risk?

MR. LASKER: Objection to form.

THE WITNESS: Roughly.

BY MR. MILLER:

Q Yes, sir. Okay.

And unspecified non-Hodgkin's lymphoma and exposure to glyphosate, what were the findings, and were they statistically significant?

A The relative risk was 5.63, and the confidence interval did not include 1.0, so it was statistically significant.

Q Would that be synonymous with a five times risk?

A Roughly.

MR. LASKER: Objection to form. Objection to the selective questioning regarding the table.

BY MR. MILLER:

Q There was a study called Orsi, but is it fair to say none of his findings were statistically significant; is that accurate?

A I'm looking. None were statistically significant on this page.

Q Study from the Czech Republic, the Cocco study on the issue of B-cell lymphoma. And, first, B-cell lymphoma is a form of non-Hodgkin's lymphoma?

A Yes.

Q And this study, what were the findings of this study, Dr. Blair?

A The relative risk was 3.1, and the

confidence interval was less -- the lower amount was less than 1.0, so it was not statistically significant.

Q And even though it was not statistically significant, does this inform us or aid us in reaching the conclusions the panel was charged with or -- or not? How does that play out?

A All studies inform us.

Q Okay. There was -- we've looked at the big thick hundred-and-some-page report of IARC on glyphosate. There was also a shorter summary of the findings published in Lancet. Do you remember that?

A Yes.

Q And Lancet is a peer-reviewed journal?

A Yes.

Q And would it be fair to say -- or you tell me, is Lancet a prestigious medical journal?

A Lancet Oncology is a prestigious journal.

Q Yeah.

(Blair Exhibit No. 5 was marked for identification.)

BY MR. MILLER:

Q And so I want to look at the IARC findings published in Lancet Oncology, and I've marked them as Exhibit 5. And I got a copy for you

and a copy for counsel.

Do you want to take a break?

A No.

Q Okay. All right. So what we're looking at, Doctor, is from the Lancet Oncology, right?

A Yes.

Q And it was published hard copy May 2015; published online, it tells us, March 20th, 2015.

Do you see that?

A Yes.

Q Okay. And it's carcinogenicity of several things, which we're not involved in, but one of them we are, and that's glyphosate, right?

A Yes.

Q Okay. And it tells us there were 17 experts from 11 countries who met at the International Agency for the Research on Cancer to assess the carcinogenicity of these products, including glyphosate, right?

A Correct.

Q Okay. There was only one cancer that the committee found to be associated with glyphosate, right?

MR. LASKER: Objection to form.

THE WITNESS: Yes.

BY MR. MILLER:

Q And that's non-Hodgkin's lymphoma?

A Correct.

Q And the mechanistic evidence was what, sir?

MR. LASKER: Objection to form. Lacks foundation.

BY MR. MILLER:

Q I'm sorry. You can answer. He objects, but you can answer.

A That it was genotoxic and had another possible effect with oxidative stress.

Q Did you help author this article in Lancet?

A Yes.

Q Okay. You say here: "Glyphosate" -- and I'm on page 2 -- "is a broad spectrum" -- there it is right there -- "broad spectrum herbicide currently with the highest production volume of all herbicides. It is used in more than 750 different products for agriculture, forestry and home application. Its use has increased sharply with the development of genetically modified glyphosate-resistant crop varieties."

And that was part of the research that

you folks developed in preparing this report?

MR. LASKER: Objection to form.

BY MR. MILLER:

Q You can answer.

A It was part of the evidence we reviewed.

Q Okay. And we've just been talking about them, but I want -- "case-control studies" -- those are the studies that we just talked about, right?

A Yes.

Q Okay. "-- of occupation exposure in the United States, Canada, and Sweden, reported increased risk for non-Hodgkin's lymphoma that persisted after adjustment for other pesticides."

What does that mean?

MR. LASKER: Objection to form.

THE WITNESS: It means that's the multivariate analysis. You include other things that might include a disease in the analysis until you know which is doing what.

BY MR. MILLER:

Q Okay. Now, for the first time we're talking about a study here, the AHS study. I want to ask you about it: "The AHS cohort did not show a significantly increased risk of non-Hodgkin's lymphoma."

So there was a study that did not show the association between -- between glyphosate and non-Hodgkin's lymphoma, right?
A Yes.
MR. LASKER: Objection to form.
BY MR. MILLER:
Q And in fact, you were the author of that study, or one of them, right, sir?
A One of the authors.
Q And in spite of being the author of the study that didn't show the association, you voted that in fact there was an association based on the totality of the evidence, right, sir?
MR. LASKER: Objection to form.
THE WITNESS: Yes.
BY MR. MILLER:
Q Okay. All right. "And glyphosate has been detected in the blood and urine of agricultural workers indicating absorption."
What does that mean, sir?
MR. LASKER: Objection to form, lacks foundation.
BY MR. MILLER:
Q You can answer.
A If it's in the blood, it had to get there

somehow.
Q Sure.
A So it had to be absorbed through some tissue.
Q After you and your working group volunteered, looked at all of this material, concluded there was a positive association between glyphosate and non-Hodgkin's lymphoma, did Monsanto attack you and other members of the IARC panel?
MR. LASKER: Objection to form.
THE WITNESS: I don't think I quite know how to answer that.
BY MR. MILLER:
Q I understand. Let's take a look at this document, and it will I think help -- helps us look at it.
This is going to be marked as Exhibit 10 -- is it 10 already?
MR. LASKER: 10?
MR. MILLER: Six. Oh, it's six. Wrote the wrong one. Hardest part of my job.
All right. Six. It shall be marked as Exhibit 6. And I have a copy for you, Doctor, and a copy for counsel. Here you go.
(Blair Exhibit No. 6 was marked for

identification.)
BY MR. MILLER:
Q This has been produced by IARC on these issues, and I want to ask you a little bit about it, okay?
Have you seen this before, Doctor?
A Well, I -- I think so.
Q Well, let's look at it. If at any time you want to stop and read it, it's okay with me. All right. I don't want to -- I don't want to go too fast and don't expect you to have read everything.
But this is promulgated by IARC. It says: "Originally prepared as a confidential briefing for government councilmembers on IARC evaluation of glyphosate and requests for meetings from CropLife."
Do you know who CropLife is?
A It's an organization that includes many pesticide manufacturers on it.
Q And IARC says here in point number 2 that: "Monsanto rejected and attacked the IARC findings, calling it junk -- junk science, and immediately requested that the World Health Organization retract the International Agency for the Research of Cancer evaluation, and privately lobbied

the USEPA to reject IARC's findings."
You see that?
A Yes.
MR. LASKER: Objection to form, foundation, hearsay. 601, 801.
BY MR. MILLER:
Q Have you been aware --
THE REPORTER: I'm sorry?
MR. LASKER: I'm sorry. 601, 602, 801.
BY MR. MILLER:
Q Have you felt some of this pressure from IARC -- excuse me -- from Monsanto?
A Well, I know -- I've seen this.
Q Okay. I didn't know that. Okay.
A I mean, I've seen that sort of information, yes.
Q Yes.
MR. LASKER: Same objection.
BY MR. MILLER:
Q Did you help prepare this or do you know who did?
A No.
Q Probably Kathy Geiten, you think, or --
MR. LASKER: Objection to form.
THE WITNESS: I don't know.

BY MR. MILLER:
Q Okay. On 4d, Monsanto claimed, quote: The data evaluated do not represent, quote, real world exposures.
But IARC writes: "This ignores the fact that cancer epidemiology based on real world exposures associated with cancer risk in humans is the cornerstone of IARC Monograph evaluation."
That's true, isn't it?
MR. LASKER: Objection to form.
Counsel, the witness has already said he doesn't -- is not sure he has seen this document and he did not write the document.
BY MR. MILLER:
Q You can answer.
A Epidemiology is based on real world exposures. That's what humans get.
Q And is epidemiology the cornerstone of what IARC Monographs are about?
A It is at least one of them.
Q And are -- and is epidemiology, is it based on real world exposures?
A Yes.
Q Okay. They go on to say that: "Other members of the working group and IARC Secretariat are

now being subject to intimidating letters from Monsanto lawyers."
Did you get a letter from Monsanto lawyers about this?
MR. LASKER: Same objection.
BY MR. MILLER:
Q It's okay to answer.
A No.
Q Did Monsanto lawyers call you?
A I don't think so.
Q Okay. You have spoken to one of the lawyers that represents plaintiffs at one time, right, just to be fair about all this?
A Yes.
Q But you're not an expert for either side in this case, are you?
A No.
Q Okay. Are you aware that Monsanto has been lobbying the House of Representatives to cut off funding for IARC because of this?
MR. LASKER: Objection to form.
BY MR. MILLER:
Q You can answer.
A Yes.
Q How do you feel about that?

MR. LASKER: Objection to form.
THE WITNESS: I don't see why that's pertinent.
BY MR. MILLER:
Q I -- pertinent in the sense that if scientists are being intimidated for their conclusions, that's probably relevant in this lawsuit.
MR. LASKER: Objection to form.
THE WITNESS: Do I have to answer?
BY MR. MILLER:
Q No. If you don't want to, I will withdraw the question. Okay?
MR. MILLER: All right. Why don't we take a five-minute break and --
THE VIDEOGRAPHER: The time is 10:14 a.m. We're going off the record.
(Recess.)
THE VIDEOGRAPHER: The time is 10:33 a.m., March 20th, 2017, and we are on the record with video 2.
BY MR. MILLER:
Q So what we were just talking about off record, and we shared with your counsel, it's a protective order that the court wants us to have

witnesses sign before they look at documents. We haven't had any problems. There are lots of experts on both sides who have signed it. They've looked at documents.
I will be frank with you, Dr. Blair, my experts have already seen the document I'm going to show you, so you wouldn't be the only one that looked at it. I have lots of fellows and gals who have looked at it. But we all know you're a man of honor, you sign this, you're not going to show it to anybody. So that's all we're asking.
A So that's not my question.
Q What's your question?
A My question is I don't -- I do sign it, I never tell anyone, it gets leaked, and I get accused because people know I had it. What's my protection?
Q Well, I mean, I see your point. I mean, I'm in the same boat. I've signed --
A There is none.
Q Well, I guess honesty is your protection. You really won't leak it, so you won't -- I've seen -- and you guys can speak to this, but I've seen one litigation one lawyer who leaked something, and Zyprexa comes to mind, and there is some sort of coding in the documents or something, I don't know,

but they will know it's not you. We're not going to give you a copy. You're going to leave without a copy anyway, so you couldn't leak it.

MR. GREENE: Dr. Blair, I've had a number of cases where we've had confidentiality agreements because of documents being produced in my cases by the defendant, and my clients have signed it. It's just part of the discovery process. And I've never had any repercussions from anybody or anything dealing with these agreements.

I would suggest, as your counsel, that you can sign this.

THE WITNESS: Okay. Okay.

MR. MILLER: Okay, great. Do you need a pen?

THE WITNESS: I need a pen.

MR. MILLER: Yes, sir. Here you go, sir.

MR. GREENE: Mr. Miller, can I keep a copy of it?

MR. MILLER: Absolutely. Absolutely.

THE WITNESS: This is me here, right?

MR. MILLER: Yes, sir.

THE WITNESS: (Witness signs document.)

MR. MILLER: All right. Thank you, Doctor.

All right. You've got it. Okay.

Here you go, Jeffrey. You're in charge of those, and if you want, we will send a copy of the signed one.

MR. GREENE: Just out of curiosity, do you want me to sign something?

MR. MILLER: I don't think you have to. I don't think it's required.

MR. LASKER: Actually, it probably is.

MR. MILLER: Okay. Well, then hand it on down.

MR. LASKER: Since you're not counsel of record.

MR. GREENE: (Counsel signs document.)

(A discussion was held off the record.)

BY MR. MILLER:

Q All set?

All right. Doctor, thank you for your patience.

I want to ask you a little bit about the North American Pooled Project, the NAPP. It's "Pooled analyses of case-control studies of pesticides and agriculture exposures, lymphohematopoietic cancers" --

A Yes.

Q -- "and sarcomas."

Are you one of the authors of this new study?

A One of the authors of these papers, yes.

Q Yes. And I will mark it as Exhibit 7, a poster presentation concerning the NAPP study. All right?

(Blair Exhibit No. 7 was marked for identification.)

BY MR. MILLER:

Q And here is a copy, sir. Thanks.

And that's one of the reasons we had you sign a protective order is because I got this from the files of Monsanto. Okay.

A Then I have a question.

Q Sure.

MR. LASKER: For the record, I don't think this document was marked "Confidential." It's a public document.

MR. MILLER: This is a public document, but my copy is marked "Confidential." I'm just being --

THE WITNESS: Yes, it's published in the proceedings.

MR. MILLER: Yes, I understand.

MR. LASKER: I don't think these are confidential documents.

MR. MILLER: Yeah, right, this is not a confidential document.

MR. LASKER: It doesn't say "Confidential" on this.

MR. MILLER: All right, it's not a confidential document.

BY MR. MILLER:

Q So let me ask you about Exhibit 7, and just generally, let me ask you about the North American Pooled Project. Please tell me something about this study that you're one of the authors of.

MR. LASKER: Objection.

THE WITNESS: Pooling is assembling data from different individual studies and putting it together for analysis, which makes the analyses more robust because there are larger numbers.

BY MR. MILLER:

Q And are you still -- is this study still ongoing?

A Yes.

Q And has it generated some results?

A I think only this, although maybe there is one other paper on another cancer. I sort of

forget for sure now. But other things are ongoing.
Q Okay. Got it.
Do you know John Acquavella?
A I do.
Q How do you know John Acquavella?
A John is an epidemiologist that has studied farmers and pesticide exposures.
Q In the agriculture workers study, did -- which you were an author of we just spoke briefly about, right?
A Yes.
Q Previously. Did John Acquavella provide some of the input on how to collect the data in that study?
A No.
Q No? Okay. All right.
(Blair Exhibit No. 8 was marked for identification.)
BY MR. MILLER:
Q All right. Well, let me show you what I marked as Exhibit 8, and this is a series of e-mails from Dr. Acquavella that we've gotten from -- from Monsanto. And you probably haven't seen that before. If you want a second to look at it, that's certainly fine.

A (Perusing document.)
Q And what I wanted to ask you about was on the second page.
A (Perusing document.)
Q And this gentleman, I believe his name is Bill Haydens -- we've actually had the privilege of taking his deposition, an employee of Monsanto -- he talks about the results for -- am I -- wait. Let me see. Okay.
-- results unadjusted for other pesticides, subjects who ever used glyphosate had a significantly elevated non-Hodgkin lymphoma risk, odds ratio 1.43; confidence interval, 1.11 to 1.83. Glyphosate used for 3.5 years increased SLL risk 1.98; confidence interval, 0.89 to 4.39.
Handling glyphosate for two days was associated with significantly higher odds of non-Hodgkin lymphoma. Odds ratio, 2.42; confidence interval, 1.4, 3.96.
This is a pooled analysis from the NAPP study, right, sir?
MR. LASKER: Objection to form. I think you started off saying that Bill -- this is just is a reprint of a presentation. This isn't any of this Bill Haydens' words.

MR. MILLER: I'm not suggesting these are Bill Haydens' words.
BY MR. MILLER:
Q These are the numbers, the findings from the NAPP study, right?
MR. LASKER: Objection to form.
THE WITNESS: I guess. I wouldn't want to -- I think so. But --
BY MR. MILLER:
Q Is this data published now?
MR. LASKER: Lack of foundation.
BY MR. MILLER:
Q Or any data, it's not published --
A Only the abstract.
Q I see. And when do you anticipate publication of the final NAPP study?
A I'm not sure when that will be out.
Q Within a year, do you think?
A Probably within a year.
Q Okay. Do you know what journal it's been presented to for publication?
A I don't think it's been submitted yet.
Q I see. Okay. All right.
But these numbers are generally consistent with what you remember the findings being?

A Yes.
(Counsel conferring.)
BY MR. MILLER:
Q Okay. I'm going to show you a publication that you and others published in Environmental Health Perspectives in February of 2015, and just ask you a few questions about it, and I'm getting about to where I'm about at the end of the line with my questions. You've been very patient with me.
Here is a copy for you, sir.
MR. MILLER: And I have a copy for counsel.
(Blair Exhibit No. 9 was marked for identification.)
BY MR. MILLER:
Q All right. This is a publication "IARC Monographs: 40 Years of Evaluating Carcinogenic Hazards to Humans."
Do you remember that?
A Yes.
Q And you're one of the authors?
A Yes.
Q All right. I just put the sticker on the wrong copy. Hang on.

All right. A few questions on it, and then we'll move on.

Basically, what you were looking at here was to look historically at IARC's findings to see if they had gotten it right or wrong over the years. Is that a fair assessment?

A And to discuss the process that they go through.

Q And what you concluded, and correct me if I'm wrong, was -- was that IARC got it right most of the time, or wrong?

A That they get it right most of the time.

Q It says, for background: "Some critics have claimed that IARC working groups, failures to recognize study weaknesses and biases of working group members, have led to inappropriate classification of a number of agents as carcinogenic to humans."

That was the background for which caused you to want to research this subject, right?

A Yes.

Q And what did you do to investigate this to see if in fact IARC had been getting it right more often than not?

MR. LASKER: Objection to form,

soliciting expert opinion.

BY MR. MILLER:

Q You can answer.

A Well, we looked at the process that IARC followed, the historical examples of what they had done, and whether or not later changes were made to the evaluations to indicate general agreement with what IARC had done or not.

Q And you concluded, "you" being this group of scientists, concluded that these recent criticisms are unconvincing, right?

MR. LASKER: Objection to form, beyond the scope.

THE WITNESS: Yes.

BY MR. MILLER:

Q I'm not real good with numbers, but I'm going to give it a try. One, two -- there's over 110 scientists that authored this paper.

A Right.

Q So you're 40 years in -- in your field now?

A Yeah, right.

Q And over that 40 years of studying this issue, you have observed that farmers have an increased incidence of this hematopoietic cancer,

right?

A Among others.

Q And non-Hodgkin lymphoma is a cancer of the hematopoietic system, right?

A Yes.

Q And you agree farmers have a good recall of what pesticides they've used, right?

A Yes.

Q Even homeowners are aware of what they spray on their products -- I mean on their gardens and their lawns?

A Less so than farmers.

Q Are they good, though, or no good at it, do you think?

A It depends.

Q And exposure misclassification can occur in a cohort study, can't it?

A It can occur in all studies.

Q Yes, sir. Confounding is a problem but it rarely occurs; is that fair?

MR. LASKER: Objection to form.

THE WITNESS: That's fair.

BY MR. MILLER:

Q Exposure miss -- exposure misclassification most likely causes false negatives;

is that fair?

A Correct.

MR. LASKER: Objection to form, beyond the scope, calls for expert opinion.

MR. MILLER: I've taken enough of your time. I may come back and ask some rebuttal questions. I'm now going to yield the floor to the attorneys for the Monsanto Corporation.

THE WITNESS: Okay.

MR. MILLER: Thank you so much for your time, Dr. Blair.

MR. LASKER: Go off the record.

THE VIDEOGRAPHER: The time is 10:52 a.m., And we're going off the record.

(Recess.)

THE VIDEOGRAPHER: The time is 10:57 a.m., and we're back on record.

CROSS-EXAMINATION

BY MR. LASKER:

Q Good morning, Dr. Blair. My name is Eric Lasker on behalf of Monsanto. I have some questions for you this morning.

A Okay.

Q Let's start off where you left off with plaintiffs' counsel. You have been doing research

regarding cancer in farmers for, what, 40 years now?
A Close.
Q And, in fact, you have publications on cancer and hematopoietic cancers in farmers dating back, from my research, at least to 1979?
A Yes.
Q And there have been epidemiological studies that have associated farming with hematopoietic cancers and non-Hodgkin lymphoma dating back to the 1960s, right?
A Yes.
Q And that was well before glyphosate was on the market, correct?
A Yes.
Q So it's fair to say that there is some -- something going on with farmers that appears to be associated with an increased risk of non-Hodgkin lymphoma that predated glyphosate being on the scene, right?
A Yes.
Q There is something going on with farmers and non-Hodgkin's that is associated with an increased risk -- strike that. Strike that.
There is something going on with farmers and their exposures that is leading to an increased

risk of non-Hodgkin lymphoma that we know for a fact can't be glyphosate, correct?
A Yes.
Q And when plaintiffs' counsel was asking you about the issue of confounding, that is in epidemiology when there are other factors that may be in play that cause an association between a disease in a certain population aside from the one you're looking at, correct?
A That is part of the definition of "confounding." Only part.
Q But for farmers, when we're studying farmers today and we're looking at various pesticides, and in particular, when we're looking at glyphosate, we know that there are other factors out there that would be independent of glyphosate that would increase risks for farmers of non-Hodgkin lymphoma, correct?
A Probably. When you say we know for a fact --
Q Well --
A -- is I think not true.
Q Okay. But when you're studying glyphosate in epidemiology, when you're focusing on glyphosate in farmers, you want to make sure that you

control -- that you can control for those other possible confounders to be sure that you are actually studying glyphosate, correct?
A Yes.
Q Now, your research into farmers has included both case -- what's called case-control studies and cohort studies, correct?
A Yes.
Q And you played a significant role -- I think this was referred to briefly in your testimony with questions from plaintiffs' counsel -- about the formation of the Agricultural Health Study, correct?
A Correct.
Q And the Agricultural Health Study is a collaborative effort involving the National Cancer Institute, the National Institute of Environmental Health Sciences, and the United States Environmental Protection Agency, correct?
A Those three, and also the National Institute of Occupational Safety and Health, and the University of Iowa.
Q And the Agricultural Health Study is what's called a cohort study, correct?
A Yes.
Q And that is when you get a group of

individuals, and in this case, farmers, correct?
A Yes.
Q And you --
A And their spouses.
Q And their spouses.
And you find out various exposures they've had, various facts about them before they have any -- the disease in question that you're going to be studying, correct?
A Correct.
Q And then you follow them over time to determine whether or not that disease develops --
A Yes.
Q -- or certain diseases develop?
And in this case you brought together -- how many -- how many farmers and their wives did you gather information on in your study?
A About 80,000.
Q And for those 80,000 then, you obtained information about all sorts of different exposures that they may have had, correct?
A Yes.
Q And that included obtaining information regarding any exposures to glyphosate, correct?
A Yes.

Q And at the time you gathered that information, you were not -- you were looking at exposures, historical exposures going back in time, correct?
A Yes.
Q And the Agricultural Health Study was initiated and formed to address some of the limitations in the earlier case-control studies that had been conducted regarding risks of pesticides or other exposures in farmers, correct?
A It -- it was initiated and formed to provide a different design to look at the same issue.
Q It was initiated, at least in part, to address some of the limitations of the case-control studies, correct?
A Yes.
Q And, for example, one of the limitations of the case-control studies was something called recall bias, correct?
A It's a potential limitation.
Q The Agricultural Health Study was initiated in order to have a study that was examining the possibility of exposures, for example, glyphosate and non-Hodgkin lymphoma that did not have this problem with recall bias, correct?

A Correct.
Q The issue of recall bias is that when you are asking individuals who have a disease already about their past exposures, the concern is that they will recall more exposures than people who don't have the disease, correct?
A That's a concern.
Q If you have recall bias, then you're going to have an artificial increase in that odds ratio, those numbers we were looking at previously, that is due to the fact that the individual with cancer just recalls more exposures, not that he actually had more exposures, right?
A Of course, it depends on the direction of the bias. It can be either direction.
Q But for recall bias, if a person with cancer recalls more exposures than a person who doesn't have cancer and hasn't been thinking about that --
A If they record more exposures, that would be true. If they recalled less, it would be the other direction.
Q Understood. And so the Agricultural Health Study was designed to avoid that problem altogether, correct?

A Correct.
Q The Agricultural Health Study was also designed to try and deal with issues of misclassification of exposures by going to farmers who you -- you testified earlier have better recall and also periodic follow-up, correct?
A Yes.
Q At the time of enrollment and -- and if you don't have this recollection, I understand. I will show you some studies and we can talk about it.
But at the time of enrollment, the members of the AHS cohort had an average of about 15 years of experience mixing or applying pesticides, correct?
A Sounds about right.
Q And you have been -- just to step back, you've been researching the issues of potential association between pesticides and cancer for nearly your entire professional career, correct?
A Correct.
Q The effort to determine pesticides that might be associated with cancer has been your life's work, correct?
A Well, one of them.
Q You certainly invested a lot of time into

looking for potential expose -- associations between pesticides and hematopoietic cancers, correct?
A Yes.
Q When you heard that IARC was going to look at this issue that you've been studying for 40 years of pesticides and cancer, you reached out to them to ask them about what their -- what analyses they were going to undertake, correct?
Let me strike that and ask again.
When you learned that IARC was going to be looking at pesticides and cancers, your life's work, you contacted IARC about that, correct?
A Well, when IARC start -- that may be true, but just let me explain a little. When IARC decides they're going to do something, they send out information to people who might be able to provide them with relevant papers and that sort of thing. So if that happened, then I probably contacted them.
Q Now, Dr. Blair, you provided counsel to both sides with certain documents from your own files.
A Yes.
Q Well, I'm going to ask you some questions about some of those documents. I know we haven't talked about them yet with plaintiffs' questioning.

Let me mark as the next exhibit in line, and we will make this --

MR. LASKER: How have we been doing this? Has it just been sequential?

MR. MILLER: I would continue with the numbering.

What is the next number?

MR. LASKER: It's 10.

MR. MILLER: 10? That will continue.

(Blair Exhibit No. 10 was marked for identification.)

BY MR. LASKER:

Q And this is an e-mail, Dr. Blair, that we obtained from your files, just in order to refresh your recollection. This is dated March 19th, 2014, and this is an e-mail from you to Kurt Straif, correct?

A Yeah.

Q And who is Kurt Straif?

A He's the head of the IARC Monograph program.

Q And seeing this e-mail, does this refresh your recollection as to whether or not you reached out to IARC after you found out that they were going to be conducting an analysis of pesticides and --

A Yeah, after the announcement about the meeting had occurred.

Q Now, do you recall how IARC responded to your e-mail?

A No.

(Blair Exhibit No. 11 was marked for identification.)

MR. LASKER: And counsel.

BY MR. LASKER:

Q And I'm going to show you a highlighted document that I've highlighted to help you focus on parts of this.

(A discussion was held off the record.)

BY MR. LASKER:

Q So, Dr. Blair, in response to your inquiry, Kathryn Guyton sent you an e-mail back. Who is Kathryn Guyton?

A She was the -- like the IARC coordinator for that evaluation of pesticides that included glyphosate.

Q And Kathryn Guyton asked whether you would be interested in participating in the Volume 112 meeting of IARC, correct?

A Yeah.

Q And do you recall how you responded to

that request?

A I think initially I was saying, well, maybe not.

Q Okay. Let's mark the next exhibit in line. Well, strike that.

Do you recall having a concern about serving on working group 112 because the working group would be looking at many of the studies that you had been conducting that you had published as part of your life's work?

A Yep, that's one of them.

Q Your concern was that, given that this was your life's work, it might be viewed as -- by others as improper for you to be sitting on a committee that was going to be evaluating whether or not what you had been researching for 40 years actually indicated an association of certain pesticides and cancer, correct?

A Correct.

Q IARC continued, though, to solicit your involvement in this working group despite that concern, correct?

A Yes.

Q And in fact, Kathryn Guyton of IARC asked that you chair the entire committee that was going to

be looking at this issue, correct?

A Yes.

Q When plaintiffs' counsel showed you the part of that preamble that asks individuals on the working group to disclose potential interests that might give rise to questions of bias, does that disclosure form require individuals to disclose their prior research activities and whatever interest they may have in the outcome of a monograph because of those research activities?

A I'm not sure.

Q Did you fill out a conflict of interest form that listed as conflicts your life's work in trying to find associations between pesticides and cancers?

A I -- actually, I don't recall.

Q You don't recall doing that?

A I mean, I had to fill one out, but generally, the -- the conflicts aren't the research you have done. The conflicts is hire for money, that sort of thing.

Q So if there are individuals invited to be members of IARC working groups who have personal interests in the outcome of the IARC evaluation but do not have financial conflicts, that information

does not have to be disclosed, correct?
A I don't think so.
Q Dr. Blair, the IARC working group that considered glyphosate also review -- reviewed four other pesticides, correct?
A Yes.
Q The other four pesticides were TCVP, parathion, malathion, and diazinon, correct?
A Yes.
Q For each of these five pesticides, am I correct that there were four different subgroups formed: One for exposure, one for epidemiology, one for animal toxicology and one for mechanism?
A Right.
Q And I think you stated that maybe three months before the meeting, individuals on the working group would be tasked to look at certain parts of the science with respect to the various pesticides that were being reviewed, correct?
A To look at the certain parts of?
Q Certain parts of the scientific literature.
A Yes, right.
Q The members of the working group would not be looking at all the scientific literature on a

pesticide before they went to the meeting, correct? For example, you didn't look at anything outside of epidemiology, correct?
A Up until shortly before the meeting when drafts, other drafts were distributed on it.
Q Okay.
A But mainly you focused on your discipline and the working group you were in, yes.
Q Is it also fair to say that prior to that week -- that one-week meeting, you would be focusing on specific assignments that had been given to you to write certain parts of the Monograph?
A That would be the main focus, not the only focus. And the next focus is the subgroup you're in, to look at that literature because that's where your expertise lies.
Q Okay. And with respect to working group 112, the working group members split up the work that they had with respect to all five of these pesticides and all four different subgroup analyses, correct?
A Yes.
Q And I'd like to show you a document we received from another IARC working group member, Dr. Ross, and I think there was some testimony about him earlier today. And this is going to be --

MR. LASKER: Exhibit number again? Marked this Defense Exhibit 11, is that the correct number?
MR. MILLER: 12.
MR. LASKER: 12?
(Blair Exhibit No. 12 was marked for identification.)
MR. MILLER: Yeah, 11 was an e-mail from Kathryn Guyton. And you have a copy of 12 --
MR. LASKER: Yep.
BY MR. LASKER:
Q Actually, Dr. Blair, if you can just trade -- oh, no, never mind. Got one.
Give this one -- you can actually have this one so the court reporter can have the official exhibits.
And, Dr. Blair, I don't expect you to remember the various assignments that individuals on the working group had, but if this is -- if you look at the second page of this document, on the bottom it says "last update," and you can look at the one in your hand, but "Last update, November 20, 2014." So this is about three-and-a-half months before that working group meeting, the plenary session, the one-week meeting we've talked about, correct?

A Yes.
Q So that's about consistent with your testimony earlier that it was about three months beforehand that people started getting to work and looking at some of the science, correct?
A Yes.
Q And for working group 112, they had a lot of different eyes of science that they had to look at, correct? They had -- what is it, one, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen, sixteen -- seventeen different sections of science or groups of science that they had to look at for malathion, correct?
A Yes.
Q And there was equally -- it looks like about 15 or more bodies of scientific literature they were looking at for parathion. Correct?
A Yes.
Q And there were 15 categories of science for diazinon and also for glyphosate and for tetrachlorvinphose (phonetic). Is that correct?
A Phos.
Q Phos.
And for each of these different

pesticides, individual members of the working group were assigned responsibility to look at the scientific literature in that area, correct, and then to prepare the initial draft analysis that the working group would look at during that one-week meeting, correct?

A Yes.

Q And I've looked through this listing of assignments, and correct me if I'm wrong, but you were not given any assignment to write up any individual portions of the working group's draft Monographs prior to the meeting; is that right?

A No. Bottom of the second page, "Studies of Cancer in Humans on Tetrachlorvinphos."

Q Okay. So your focus prior to the meeting and prior to the one-week meeting was to review the literature on tetrachlorvin -- tetrachlorvinphos?

A Tetrachlorvinphos, yes.

Q And prepare a report that would then form the basis of the discussion of the epidemiology subgroup on tetrachlorvinphos at that meeting, correct?

A Yes.

Q And that was the focus of the research you were doing or the study you were doing prior to

that meeting, correct?

A Tetrachlorvinphos was in those studies, that's right.

Q And for each of the individual pesticides, and, for example, with respect to glyphosate, there was particular individuals who were the people who during those -- that three-month period prior to the meeting were looking at the literature with respect to glyphosate. So, for example, with epidemiology, that was Dr. Forrest -- Forastiere, correct?

A Forastiere.

Q Forastiere. And for animal toxicology, that was Dr. Jameson, correct?

A Yes.

Q Those would been the individuals -- those would have been the individuals who within that three-month period were -- prepared an analysis on either the epidemiology of glyphosate or on animal studies and glyphosate that would then be presented to that working group during that one-week meeting, correct?

A Preparing a document and the tables, yes.

Q You mentioned previously that those documents then were distributed to the working group

members shortly before the meeting; is that correct?

A Sometime before the meeting, shortly. I must admit I don't quite remember the time frame, but of --

Q Do you remember -- do you remember how many days before the working group meeting --

A No.

Q -- you obtained copies of any of the --

A That I don't. It's because there were -- there's websites where they're on, and you can go to the website. The ones you -- people pay most attention to, of course, is the working group you're in, but the documents are fed into a website that is available to group members.

Q So there's no process to actually physically send to working group members any analyses of these pesticides or glyphosate before the working group meeting --

A I don't think that was the case. I think you used the website.

Q So for individual members of the working group, they either did or did not look at -- go to the website to find out something before the meeting began, correct?

A I assume so, yeah.

Q Some of the working group members may have just shown up at the meeting and seen these analyses for the first time when they -- when the working group plenary session -- or when the working group meeting began, correct?

A I have no way of knowing.

Q Well, for you personally, would I be correct in my understanding that you did not look at any analyses for glyphosate, for example, for anything other than epidemiology before you got to that meeting?

A No, I don't think that's correct. I don't remember how many of all the things I scanned, but I did at least look at a lot of -- whether I looked at every single one, I don't know, but I looked at a lot of them because I knew you were going to have to evaluate things.

Q Do you recall how many days that was before the meeting began that you looked at those?

A No.

Q And you do not know what was reviewed by other working group members before that one-week meeting began, correct?

A No, other than each draft was assigned a secondary reviewer, and so every draft had a

Page 110

secondary reviewer who looked at it before the meeting.

Q Okay. So it would -- there would be at least two people of the working group, but you're not sure how many others who would have looked at drafts of analyses before that one-week meeting began?

A True.

Q The bulk of the work then of doing the analysis for the working group of all the data took place during that one-week session, correct?

A Well, that -- I mean it's a little hard to answer because a lot of work goes into reviewing all the papers by the people who did -- wrote the draft and so forth, but the bulk -- now I don't know, this is adding up minutes.

Q Right.

A I don't know.

Q So putting aside sections for which an individual was the principal author or maybe the secondary author, the bulk of the work then for the working group in analyzing the scientific literature would take place during that one-week session, correct?

A Well, a lot of it would. The bulk -- I'm just quibbling with the bulk because I don't have any

Page 111

information to tell you about that other than those documents are available.

Q So you don't know one way or the other whether --

A I don't know one way or other. So I can't answer your comment where the bulk of it was --

Q So it's possible that working group members would be looking at the science for the first time at the beginning of that one-week meeting or it's possible not, you just can't say one way or the other; is that fair?

A I can't say one way or the other.

Q So let's talk about that one-week period then. During that one week, the working group needed to research -- specifically with Volume 112, the working group needed to reach classifications under the IARC scheme of cancer rating for five different pesticides, correct?

A Correct.

Q So is this a -- is this -- are you working through weekends, or is it a five-day workweek, or how long was this?

A You work however much time you have available while you're there. It often means nights and weekends.

Page 112

Q So for the one-week session for each of the five pesticides, you had maybe a day or a little bit more of a day of time to be able to reach a determination, correct?

A Doing the division, that is correct. But you understand that it isn't done -- things are done first all things on one day and all things on the next.

Q Right.

A They repeat it and come back to it.

Q Understood. And if I understood correctly, during the first week of the week the working group splits up into those subgroups, correct?

A Yes.

Q So you have subgroup meetings for the first part of the week, and then you meet together as a plenary group, the entire group about midway?

A There's -- there are plenary sessions every day. Always plenary sessions. In the early part, they are more instructive rather than evaluative.

Q When does the working group as a whole first have an evaluative meeting to reach an assessment?

Page 113

A I would be guessing at what day that actually comes on.

Q Sometime in --

A I mean it's not the first day.

Q The evaluative process of determining whether or not the science in particular categories point one way or the other, first is conducted by the subgroup that has responsibility for that area, correct?

A Correct.

Q So, for example, when you broke into the epidemiology subgroup, you would be then looking at the analyses that were prepared by the individual assigned for each of five different pesticides, correct?

A In some serial order.

Q Yes, obviously.

You would then listen to the presentations of the individual working group member who had been assigned to prepare the analysis for that pesticide, correct?

A Prepare the document for that pesticide.

Q And over the next maybe two or three days, the subgroup would go through each of those analyses and reach their conclusion based upon the

subgroup expertise as to how they are classified as science with respect to each of those pesticides, correct?
A Would go through the documents of the review of the papers to come to that conclusion. I just object to your use of "analyses."
Q Okay. I'm sorry.
A Some of the times it's just putting things in a table. That's hardly an analysis. It's an assembly of the data.
Q Fair clarification. So let me go back then.
The -- the work that was being done during that three-month period before the meeting, the responsibility was to assemble the data and put into tables. It was not to come up with an evaluation during that prior period, correct?
A Right.
Q So the evaluation process doesn't begin until the start of that one-week period, correct?
A Correct.
Q So -- and then during that one-week period for Monograph 112, which is the monograph for glyphosate, the working group was then doing the analysis for five different pesticides, correct?

A What analysis was done and evaluation of five different pesticides.
Q So the analysis and evaluation that led to the classification of glyphosate was -- and I recognize it was split over the week -- but was a total combined time of roughly a day plus doing the math, correct?
A Understanding it's just doing the math, and I don't actually remember how many -- how much -- how many hours it took, and it varies by how easy it is to come to a decision.
Q So you would have maybe a day or two of analysis and evaluation that went into the IARC working group's classification of glyphosate, correct?
A Roughly correct.
Q So --
A But spread over the five days.
Q Right.
A So it -- you know, it's important that it's not just done this day and then it's done.
Q Right.
A It's done, you look at it, you think about it, you come back to it, you look at it and think about it, you come back to it.

Q Right.
A That's a different process than just you got this day.
Q Understood. And that would be the same process for the other subgroups. So, for example, IARC's -- the IARC working group analysis of the science with respect to animal toxicology of glyphosate would have been conducted with different -- over different days for a total amount of time, but maybe a day plus for glyphosate, correct?
A In the same procedure of looking at it, evaluating, reconsidering, coming back a day later and so forth.
Q The analysis of glyphosate science with respect to mechanism of toxicity and the like, that would have been a combined total time of approximately a day or a little bit more than a day for the IARC working group, correct?
A Again, in the same procedure that people go through, just doing the math. I don't actually know how much time they spent.
Q Well, it's obviously something less than a week's worth of time, some portion, one-fifth or a little bit more of the time --

A Yes.
Q -- they spent on glyphosate.
So that's a lot of work in a short period of time.
A Except the documents are already there.
Q So -- but for the analysis, it's a lot of work in a short period of time. The analysis of the --
A No. Again, you keep saying "analysis."
Q Okay.
A It's not an analysis. It's a document with tables that have been prepared that the people look at.
Q I understand. My -- my mistake. Let me clarify.
The evaluation analysis only takes place during that one-week period, correct?
A Yes.
Q And for the working group for that one-week period where you actually do the evaluation and the analysis of five different pesticides with four different categories of science, that's a lot of work in a week.
A It is a lot of work.
Q For glyphosate -- well, strike that.

When you have the first plenary session, which is evaluative -- I think that's the term you used -- well, strike that.

At the end of that process where the subgroup is doing its evaluations of the literature in its -- in its discipline, does it then provide a presentation to the plenary of what the subgroup has determined is its conclusion with respect to that -- the strength of that science for that pesticide?

A Yes.

Q So the epidemiology subgroup would give its presentation to the full plenary session on the epidemiologic evidence for each of the different pesticides, correct?

A Yes. Not all at one time. Again, as they come along.

Q Right. Understood.

For glyphosate, the full working group ultimately determined that the epidemiology on glyphosate and cancer was limited, right?

A For the full working group?

Q Yes.

A Well, for the full working group, it's listed as probable.

Q I'm sorry. I'm limiting it just to the

epidemiology, not for the -- not for the full analysis.

A Yes.

Q But the full working group does --

A Does look at each one of them, yes.

THE REPORTER: You're talking at the same time. It's?

THE WITNESS: It was limited.

BY MR. LASKER:

Q So for the full --

A That was a recommendation of the subgroup, and the working plenary group agreed.

Q So just so I'm clear, the IARC working group, both the subgroup and the full working group, determined that the evidence of glyphosate with respect to non-Hodgkin lymphoma was limited, correct?

A For epidemiology, yes.

Q The term "limited" as used by IARC, and as you understood it when you were making that finding, is that epidemiology -- epidemiology studies have found an association between glyphosate and cancer, but that chance, bias and confounding could not be excluded as explanations for the finding, correct?

A Correct.

Q Now, you had previously in your previous answer talked about the separate evaluation that IARC came to as far as overall the 2A classification, correct? So epidemiology is a part of that, right?

A Yes.

Q But the 2A classification for glyphosate was based, at least in part, on a separate determination regarding the animal studies, correct?

A Yes.

Q The 2A classification for glyphosate is based upon the determination that the animal studies provided strong evidence of carcinogenicity in animals for glyphosate, correct?

A Yes, that's as I recall it. Because now you're going to the subgroup --

Q Right.

A -- that I didn't sit in on, you know, and I just have to remember what they said. Yes, I think that's right.

Q When the animal subgroup did its initial assessment of glyphosate and presented their conclusions to the plenary session, it had not classified the animal studies of glyphosate as providing strong evidence of cancer in animals, had it?

A I don't remember.

Q Do you recall whether or not in fact the animal toxicology subgroup had determined that the animal studies provided limited to inadequate evidence that glyphosate could cause cancer in animals?

A I -- I don't recall.

Q Well, Dr. Blair, let me -- let me show you another document that's been provided to us, and I will represent in -- from Dr. Blair -- Matthew Blair, and Dr. Blair was another member of the working group 112, correct?

A I think so.

Q You testified about him earlier. He did the work for Mississippi State, correct?

A No.

Q I think you said he's an expert in animal --

A You said Matthew Blair?

Q I'm sorry.

A Ross.

Q Matthew Ross. I understand. My apologies.

A Yes.

Q This is a document you received from

Dr. Ross, and Dr. Ross was a member of working group 112, correct?
A Yes.
Q You had mentioned that Dr. -- Dr. Ross was an expert in cancer -- animal cancer bioassays, right?
A Yes.
MR. LASKER: And this is 13?
(Blair Exhibit No. 13 was marked for identification.)
BY MR. LASKER:
Q And I would like to ask you --
MR. MILLER: May I have a copy, please, Counsel?
MR. LASKER: Yes. If I can.
BY MR. LASKER:
Q If I could ask you -- and this is -- these are --
MR. MILLER: I want to object first. Lack of foundation.
MR. LASKER: Understood.
BY MR. LASKER:
Q And if I could ask you just to take some time to look through, and we will take time and -- to read -- for you to read through this, these notes.

And why don't we do that first so you can just familiarize yourself with the notes and -- and what they appear to set forth.
A (Perusing document.)
Q And just for the record, these notes at the top of the first page state: "March 6, 2015, Plenary General Remarks." And this date would be about halfway through that working group one-week meeting, correct?
A Yeah. Yes.
Q And the process that appears to be reflected in these notes of presentations to the plenary session by different groups for different substances would be consistent with the process that you told us about a little while ago, right?
A Yes.
Q So what would happen is the plenary group got together, and the subgroup -- people in the individual subgroups for the individual pesticides would then give presentations to the full working group, correct?
A Report where they are in the process, what they were thinking, yes.
Q And so these notes would reflect about midway through the working group one-week meeting,

correct?
A If that time frame fits midway through, I --
Q And if I could direct you to the last page of this document and -- actually, let me take you first to the second page of the document, because there's -- there's these different groups identified, Group 1, Group 2, and then Group 3. So -- and Group 4.
Am I correct in my understanding that from that Group 1 would be the exposure assessment, Group 2 would be epidemiology, Group 3 would be animal studies -- I'm sorry -- and then Group 4 then would be mechanistic data, correct?
A Correct.
Q And then the final page of this document, there is the presentation of each of these subgroups as of March 6th, 2015, with respect to glyphosate, correct? Right here (indicating), glyphosate?
A The last page?
Q Is it the last page? I believe it's the last page of the document. The very bottom of the last page, do you see Glyphosate Group 1, Glyphosate Group 2, Glyphosate Group 3, and Group 4?
A Here is the last page of mine.

Q Yeah, right here (indicating). Glyphosate, glyphosate, right there (indicating).
A Okay.
MR. MILLER: Again, I object to the entire line of questions for lack of foundation for the document.
BY MR. LASKER:
Q So with respect to glyphosate as reflected in these notes, there is a presentation by the -- there is a presentations by the exposure group, by the epidemiology group, by the animal cancer -- animal bioassay group, and the mechanistic group, Groups 1 through 4, correct?
A Yes.
Q And Group 2 is your group, the epidemiology group, correct?
A Yes.
Q And the notes here state: "Glyphosate, negative non-Hodgkin lymphoma. Case-control glyphosate," arrow, "non-Hodgkin lymphoma. AHS, negative data."
Is this consistent with your recollection of the epidemiology working group's presentation of the data on glyphosate and non-Hodgkin lymphoma?
A Yeah, roughly so. The case -- there were

case-control studies were positive and AHS was negative, yeah.

Q For Group 3, for the subgroup that was responsible for looking at the animal data for glyphosate and cancer, the determination was that that evidence was limited to inadequate, correct?

A I -- that is what it says. I actually don't remember.

Q And so you -- sitting here today, can you exclude the possibility that the animal toxicology subgroup of IARC determined that the animal data associating glyphosate with cancer was limited to inadequate?

A No.

Q Do you recall what happened from the time of this initial plenary session in March -- on March 6, 2015, through to the end of the working group that led to the change of the evaluation of the animal data from limited or inadequate to strong?

MR. MILLER: Object to the form of the question.

THE WITNESS: Well, only in a sense that from sort of preliminary discussion where things are, then the subgroups go back and -- and look and evaluate and discuss, and that's what happened. I

was not in the subgroup, so I have no idea what the discussion was.

BY MR. LASKER:

Q So sometime after this initial -- this plenary session on March 6, 2015, something happened over the next few days that led the subgroup to change its evaluation of the animal data with respect to glyphosate. Is that fair to say?

A You know, I'm not even sure I can say that, because what this says is "limited to inadequate." So if note-taking is messy, it could be limited or inadequate. Now it's a choice. So they haven't chosen. I have no idea. I really don't remember what went on at that time, other than this is saying they're exactly unsure where to put it. And I was not privy to discussions of that group at that time. So...

Q You are aware that the ultimate determination that appears in the final monograph is that the animal data was strong. Correct?

A Yeah.

Q And in fact, if the animal -- if the ultimate determination that the animal data was either limited or inadequate, the full working group would not have reached the determination that

glyphosate was a probable carcinogen, correct?

MR. MILLER: Object to the form of the question.

THE WITNESS: Probably not.

BY MR. LASKER:

Q In fact, with that analysis and that evaluation of the animal data and the conclusion of your subgroup that the epidemiology data was limited, the highest classification that IARC working group could have come to is that glyphosate is a possible --

A That's correct.

Q -- carcinogen, right?

And in fact, with inadequate animal data, the IARC working group may have concluded that the size of the whole was inadequate to reach determination, and it would be a Group 3 substance, correct?

A They could have concluded that, yes.

Q And you discussed earlier that pursuant to the preamble for IARC, IARC only considers scientific literature that is peer-reviewed or made-publicly-available regulatory documents; is that correct?

A Not just regulatory. It's peer reviewed

or publicly available is the key thing.

Q Understood. Prior to Monograph 112 -- the Monograph 112 working group meeting, you were aware of unpublished epidemiological data regarding glyphosate and hematopoietic cancers, correct?

A Well, I'm hesitating because it means were we working on the pooled analysis at that time, which I think was probably true.

Q Okay. And, in fact, we have some documents on that that I will show you about that.

So we -- you had some testimony earlier in question -- response to questions from Mr. Miller about the North American Pooled Project, correct?

A Yes.

Q That is a study that is pooling data that has been previously used for the Canadian McDuffie -- McDuffie study and the U.S. studies in that 2003 case-control study in the United States, correct?

A It's three different case-control studies in the United States.

Q Right. Yeah. So all of those studies were combined for the North American Pooled Project in this pooled analysis, correct?

A Yes.

Q And that was De Roos 2003 was the --

A De Roos was the pooling of the American, the U.S. studies, and they were then pooled with the Canadian studies.
Q So let me mark as Exhibit 13 -- 14. I'm as good as Mr. Miller at this.
MR. MILLER: It's a high compliment.
MR. LASKER: I have to count the double digits. You were on the single digits. So I don't know. It's a little harder when you have to take off your shoe.
(Blair Exhibit No. 14 was marked for identification.)
BY MR. LASKER:
Q And this is a series of e-mails that we -- that you provided to us from your files.
And if -- am I correct that these are e-mails discussing some of the analyses that were being conducted for the North American Pooled Project in October of 2014?
A It looks like it, yeah.
Q So this would have been prior to the IARC working group meeting, which obviously was in March of 2015.
A Right.
Q Correct. In these e-mails, Dr. Pahwa --

who is Dr. Pahwa?
A He's a scientist in Canada.
Q Is that a he or a she?
A A she.
Q And she is an epidemiologist like yourself?
A Yes.
Q And Dr. Pahwa and you are discussing the epidemial -- epidemiologic analysis that was being discussed as part of the North American Pooled Project in these e-mails, correct?
A Correct.
Q And in her October 23rd e-mail to you and others, I guess these -- am I correct these other individuals are other epidemiologists who are part of the North American Pooled Project study?
A Correct.
Q In this October 23rd e-mail, Dr. Pahwa provides a summary of a meeting you guys had on October 20 in which you discussed in part the possibility of getting some -- I will focus this because it's getting out of focus.
Dr. Pahwa is recounting a discussion that you had on October 20 about the possibility of getting some NAPP data on glyphosate published in

time for consideration by the Monograph 112 working group, correct?
A Yes.
Q And during this meeting, you explained your role on the Monograph 112 working group and the deadline for getting data published for consideration by the working group in its evaluation of glyphosate, correct?
A Well, is it in here somewhere?
Q Yes.
A You're saying --
Q I'm sorry. It's the final bullet on the first page, and it's highlighted on the document, but it starts: "Aaron will be" -- the final bullet.
A Okay. Closing date. All right. Yes.
Q "Aaron will be on the IARC" --
A Yeah.
Q -- "Monograph 112 working group on March 3rd to 10 to help evaluate malathion, parathion" --
A Yeah, okay.
Q -- "diazinon, glyphosate," et cetera. "The closing date for data is February 3rd. Manisha has agreed to lead an analysis of glyphosate and NHL, MM and HL risks. She will submit her proposal to the

NAPP executive committee by October 24th. Once approved, a progress check will be done in a month to determine if it's feasible to meet the February 3rd deadline. NHL is the priority cancer site."
You see that?
A Yeah.
Q And in your e-mail back to Manisha, you state: "Let me know if I can help in trying to meet the IARC manuscript deadline." Correct?
A Yeah.
Q So you were -- not only were you the chair of the working group, but in the months leading up to the working group, you were involved in investigating some data that might inform the decision of the working group but only if it was published, correct?
A Yes.
Q Now, let me mark the next document of mine.
(Blair Exhibit No. 15 as marked for identification.)
BY MR. LASKER:
Q And can you -- am I correct these are some further e-mails between you and other individuals, investigators for the North American

Pooled Project, presenting some analysis of the data with respect to glyphosate and cancer risks, correct?
A Well, I can clearly read the names, so it's people in the North American Pooled Project. Yes, okay. Finally, I see glyphosate, so it appears to be so, yes.
Q And there are a series of communications reflected in this document between you and other NAPP investigators about, say, for certain analyses of glyphosate that could be published in time for the IARC working group deliberations, correct?
A I take your word for it. I --
Q Well, there is data on this -- there's data on this document with respect --
A I'm not disagreeing. I just mean you handed this to me, and these are e-mails of years ago, and you're saying this is correct. I'm just saying if it's in the document, I agree.
Q Okay. Well, just to be clear, this is an e-mail that was sent to you -- and these e-mails were sent to you in October of 2014, roughly four, four-and-a-half months before the IARC working group meeting, correct?
A Correct.
Q And these e-mails contain analyses of the

North American Pooled Project data with respect to glyphosate, and in this case multiple myeloma, correct?
A Well, at least -- yes.
Q And if you could, because this is the way e-mails are, they always work this way when you print them out, they don't go in chronological order so it's hard to read them.
But if I could ask you to turn to the very last page, which is the first e-mail in this chain on October 27, 2014, from Dr. Pahwa, it starts: "Hi, John, Shelly and Laura." Do you see that?
A Yeah.
Q Now, in this -- on October 27 -- it's not focusing, so let me just read it, what the e-mail states.
Dr. Pahwa is discussing -- states: "I have prepared a research proposal for assessing glyphosate exposure and NHL risk in the NAPP. While we had discussed looking at glyphosate exposure and the risks of non-Hodgkin lymphoma, multiple myeloma and Hodgkin lymphoma in the NAPP, I thought to start off with non-Hodgkin lymphoma since it has been identified as a priority cancer type in general and has the largest sample size compared to the other

cancer types."
Correct?
A You say this is the last page of this document you handed me?
Q Yes, the last page -- Dr. Pahwa is sending around a proposal for assessing glyphosate exposure in non-Hodgkin's lymphoma risk, correct?
A All right, here it is. You -- I just couldn't see this "I have prepared," but it's in a couple of words. Okay.
Q Right.
A All right.
Q So Dr. Pahwa, on October 27th, 2014, she sends around a proposal for assessing glyphosate exposure and non-Hodgkin lymphoma in the NAPP data, correct?
A Yes.
Q Now, in response to her e-mail, and again we have to go backwards in time, but Dr. Harris -- so it's on the bottom of the second to the last page, the e-mail that responds to Dr. Pahwa. In response, Dr. Harris, another NAPP investigator, suggests extending the analysis to include other cancers, correct?
A Okay. Yes.

Q And then in response to Dr. Harris's e-mail, another NAPP investigator, Dr. Freeman, notes that there may already have been an investigation of the NAPP data to determine whether there was an association between glyphosate and multiple myeloma, correct?
A So tell me your interpretation of this sentence again.
Q That Dr. Beane-Freeman in the e-mail was asking whether or not -- hey, haven't we already looked at the NAPP data on glyphosate to determine if there is an association with multiple myeloma, correct? That's her question.
A Yes. Yes.
Q And then Dr. Pahwa comes back and says, You're right, we've already done this, but I'm not sure what we found. Correct?
A Yes.
Q And then Dr. Freeman in her e-mail, which is on the middle of this page, on October 28th, 2014, at 10:54, suggests that the group of NAPP investors, including yourself, have, quote: A strategic decision about whether to include multiple myeloma in the paper that was being considered for publication in time for the IARC Monograph review of glyphosate,

correct?
A Yes.
Q We're not going to read that, but Dr. Freeman raises two factors for consideration: How far along the analysis is of glyphosate and multiple myeloma from the NAPP data; and whether there was, quote, any hint of an association, end quote. Correct?
A Yes.
Q And she states that the answers to those questions and probably others might affect how we think about the question, correct?
A Yes.
Q So the NAPP investigators, including yourself, wanted to find out first whether there was, quote, any hint of an association between glyphosate and multiple myeloma before deciding whether to make that data available for use in the IARC review, correct?
A Whether to complete the analysis.
Q In response to Dr. Freeman's e-mail, Dr. Harris took a look at the analysis that had been conducted from the North American Pooled Project data regarding glyphosate and multiple myeloma, correct?
A Where -- where is this? So I see --

Q The first -- the first page now, the final e-mail, it's from Dr. Harris.
A Okay.
Q And she is going through --
A Okay.
Q -- and saying, Yes, we've done this analysis, and she presents the data from the North American Pooled Project on glyphosate and multiple myeloma, correct?
A Okay.
Q Correct?
A Yes.
Q Dr. Harris reports back to the group that the North American Pooled Project data did not show an elevated risk for multiple myeloma associated with glyphosate, correct?
A Yes.
Q The adjusted odds ratio for multiple myeloma for ever and never use of glyphosate was 1.23 with confidence intervals of 0.86 to 1.76, correct?
A Yes.
Q That's what epidemiologists refer to as a null finding, correct?
A No, that's not what they refer to as a null finding.

Q Not the --
A That's what they refer to as an excess that isn't statistically significant.
Q A nonstatistically significant finding, correct?
A Nonstatistically significant excess.
Q Okay. So there was no statistically significant association between glyphosate exposure and multiple myeloma in the NAPP data, correct?
A Correct.
Q Dr. Harris also reports results with proxy respondents excluded, correct? The last three columns in her table?
A Yes.
Q A proxy is a next of kin or a spouse, not the actual individual who had the potential exposure, correct?
A Correct.
Q And generally speaking, self-reported data of the individual who had the exposure is considered more reliable than proxy reported exposure data, correct?
A Correct.
Q When proxy respondents were excluded, the NAP data -- NAPP data showed that the odds ratio for

ever/never use of glyphosate and multiple myeloma was 0.97 with confidence intervals of 0.63 to 1.48, correct?
A Right.
Q So using the most reliable exposure data, there was no suggestion whatsoever of any increased risk of multiple myeloma with glyphosate exposure, correct?
A Correct.
Q So that was a null finding, correct?
A Yes.
Q Now, Dr. Harris notes that they could have a draft of this paper, including this glyphosate analysis, available for review in the next few weeks and that a paper could be submitted for publication early in the new year or before, correct?
And that's the very beginning of her e-mail, the second paragraph, the last sentence: "I expect you will have a draft to review in the next few weeks, and the paper could be submitted" --
A Well, if you're reading it, I don't find it, but okay, fine.
Q Well, no, I want you to be able to see it. In the very top of the e-mail, the first line is: "Hi, everyone. Thanks all for weighing in on

Page 142

this." Correct?
A Yeah.
Q And then the second paragraph, the last sentence, starting at the end of line 2: "I expect we will have a draft to review in the next few weeks and a paper could be submitted early in the new year or before." Correct?
A Okay. Yes.
Q And you were copied on obviously this e-mail that sets forth the NAPP data for glyphosate and multiple myeloma, correct?
A Correct.
Q But despite the fact that you had this data and it was in a form that could be submitted for review and submitted for publication in time for the IARC Monograph, this data was not in fact published in time for the IARC Monograph 112 review, was it?
A I think not.
Q In fact, the data was not published until June of 2016, some twenty months later and well after the IARC working group had conducted its review of glyphosate, correct?
A And I don't think it was submitted to -- it can be submitted to IARC if it's accepted for publication, but I don't think this was. So I think

Page 143

your answer -- your comments are correct.
Q Now, the June 2000 --
A And I just want to make the point that it doesn't have to be published, it has to be accepted, which means it's available from the journal.
Q Good clarification. So if you had -- you and the other NAPP investigators had submitted this data, it could have been considered by the IARC working group even if it hadn't been published yet?
A If it had been accepted by the journal and up on the journal's website, which happens to -- actually, one of the papers I got is the website version. It is the same thing as the published one.
Q But you guys didn't -- you guys didn't do that. You didn't get this data in a position that the IARC working group could consider it, correct?
A Correct.
Q And -- but you were obviously aware of this data during the IARC working group deliberations, right?
A Yes.
Q Did you mention the NAPP findings of no association between glyphosate and multiple myeloma to any of your fellow working group members during the Monograph 112 deliberations?

Page 144

A I don't think so. But I don't recall for sure. It wasn't published.
Q Just to be clear, it wasn't published because you guys decided not to publish it, correct?
A Because we didn't go through the process to get everything ready to send it off for publication. It's still not a sure thing, you understand. You make it sound like you decide, then it's done for sure. No, that's not the case. You work on it, you look at it, you revise, you send it to the journal to get reviews back from authors of -- the reviewers at the journal and so forth, and all that goes into the decision of whether you can make it, and we didn't do that. That is correct.
Q Dr. Harris in October of 2014 is suggesting, Hey, let's get this -- let's submit this to a journal and get it published so the IARC working group can consider it, but you didn't do that, correct?
A Did not do that.
Q Now, Dr. Pahwa had also discussed in these e-mails that she was looking at the North American Pooled Project data with respect to glyphosate and non-Hodgkin's lymphoma, correct?
A Right.

Page 145

Q And the NAPP investigators did not publish any findings with respect to glyphosate and non-Hodgkin's lymphoma prior to the monograph one -- IARC 112 meeting in March 2015, correct?
A I think that's correct, yeah.
Q Now, you have presented -- the NAPP investigators have presented data about glyphosate and non-Hodgkin's lymphoma at various scientific meetings, correct?
A At least two, I think.
Q Okay. Let me ask you about the first of those. What I believe is the first, and correct me if I'm wrong.
(Blair Exhibit No. 16 was marked for identification.)
MR. MILLER: 16?
MR. LASKER: 16.
BY MR. LASKER:
Q And, Dr. Blair, this is a presentation that the North American Pooled project investigators, including yourself, made with respect to what the NAPP data showed for glyphosate and non-Hodgkin lymphoma, correct?
A Yeah. Yes.
Q And this was presented on June 2015,

which was after the IARC -- a few months after the IARC Monograph 112 meeting, correct?

A Right.

Q Now, if I can direct you to the first data table in this log deck, and it's a few pages in, and specifically -- so it would be this table right here (indicating). Okay. We will put it up on the screen.

MR. LASKER: Help me focus this. Zoom out, actually.

(Counsel conferring.)

BY MR. LASKER:

Q So the -- this table presents data on what the North American Pooled Project had found with respect to glyphosate use and non-Hodgkin lymphoma risks, correct?

A Yes.

Q And the first -- the overall odds ratio for ever/never use of glyphosate and non-Hodgkin lymphoma in the North American Pooled Project is 1.22 with confidence intervals of 0.91 to 1.63, correct?

A Correct.

Q So this is basically the same finding that the NAPP had made with respect to multiple myeloma back in October of 2014, almost exact same

odds ratios, not statistically significant, correct?

A The odds ratio that are similar, right?

Q Yes.

A Is that your point?

Q Yes.

A Yes.

Q And not statistically significant, correct?

A Yes.

Q And just like with the multiple myeloma analysis we looked at before, we also have an analysis that breaks out proxies and looks only at the most reliable exposure data, and I think that is the table that looks like this (indicating). I apologize, there's not -- there are no page numbers here.

A Okay.

Q But in this analysis, proxy by self-respondents, just as with multiple myeloma finding, when you looked at the NAPP data and you looked at the most -- the more reliable self-respondent only data, you have an odds ratio for non-Hodgkin lymphoma and glyphosate in the North American Pooled Project of 1.04, with a confidence interval of 0.75 to 1.45, correct?

A Correct.

Q So, again, this is a null finding from the North American Pooled Project with respect to whether or not glyphosate is associated with non-Hodgkin lymphoma, correct?

A Yes.

Q Did you mention these North American Pooled Project findings of no association between glyphosate and non-Hodgkin lymphoma to any of your fellow working group members during the Monograph 112 deliberations?

A I don't think so. And I want to say, actually I don't know whether these were available or not. So you -- I mean whether I even knew about them, because the analysis of multiple myeloma was going on, but I don't know whether this one was done or not. If it was, I'm sure you're going to show me, but I don't know whether this one was done or not.

Q Well, you certainly knew that you had the ability to look at that. You were --

A Well, that's a different thing than knowing what it is. We can look at a lot of things.

Q So in October of 2014, though, you and Dr. Pahwa and the others were talking about, Hey, let's look at the data from our North American Pooled

Project with respect to glyphosate and non-Hodgkin lymphoma, correct?

A Yes.

Q Is it your testimony that you in fact, though, then didn't look at that data?

A I -- there were a bunch of things going on, and they were already analyzing, and I just don't remember the sequence that got to it. You make it sound like as if you can decide to look at it, and just it's over and done. These things take months and months and months. And so if you haven't looked at anything at all, the odds aren't good that you can complete it beforehand, before some date. And I think that was part of the thinking about non-Hodgkin lymphoma, that we couldn't get it ready in time.

Q You haven't published your findings with respect to glyphosate and non-Hodgkin lymphoma to this day, have you?

A No.

Q It's now three years later, correct?

A Scientific research takes time.

Q The -- and because of the fact that you had not published these results, including this finding of -- a null finding in the North American Pooled Project for glyphosate and non-Hodgkin

lymphoma, that information was not available to IARC. Correct?
A No.
Q It was not available, correct?
A No.
Q I'm going to restate that.
It is correct that IARC did not have this information, right? Yes, IARC didn't have it?
A IARC did not have it.
Q IARC didn't have it.
A No.
Q And the various regulatory agencies, including the EPA and regulatory agencies around the world, also have not had this information that the -- that you've been aware of with respect to non-Hodgkin lymphoma?
A Yeah, except -- so, okay, I see you're pushing this hard now. So what if we look at frequency of days per year of use?
Q Okay.
A So now when you look at the people who used it more, they do have an excess of non-Hodgkin's lymphoma among the self-respondents.
Q That -- now, that's interesting you picked that one out. Why did you not look at

duration or lifetime days?
A There's a lot --
Q There's a lot of analyses. You picked that one.
A There are a lot of them. You look at a lot of different things and you have to try to evaluate the whole thing. I picked out one and you picked out one.
Q Okay. But you didn't present any of the data so that the IARC working group could look --
A Because it wasn't -- I don't think it was available at the IARC working group time. If it --
Q But it was available to you.
A I'm not sure it was available to me. If you have information to show it's available, well, tell me, but I don't it was available. I remember this coming after the IARC working group stuff.
Q We just looked at October 28th, 2014 e-mails where you or the NAPP investigators were discussing --
A What to do. They didn't -- I don't remember it saying we had done it and this information was available. That's the issue.
Q Now, so that I understand, the NAPP analysis was based upon data that was already

available to the IARC working group because it was pooling --
A Yes.
Q -- the McDuffie case report and the De Roos 2003 report.
A Correct.
Q Okay. Now, during the IARC Monograph -- during the IARC Monograph 112 deliberations, you were also -- strike that.
During the IARC Monograph 112 deliberations, you were also aware of unpublished data on glyphosate and non-Hodgkin lymphoma from the Agricultural Health Study, correct?
A You know, I -- I don't remember.
Q Okay. Well, we will go through this, but let me first refresh and let the jury understand because during Mr. Miller's questioning you didn't have the opportunity to talk about the findings from the Agricultural Health Study that has been published on glyphosate and non-Hodgkin lymphoma.
So let me provide for you, and we will mark this as Defense Exhibit 16 -- 17. 17. Sorry.
(Blair Exhibit No. 17 was marked for identification.)
MR. MILLER: Thank you. Exhibit 17.

MR. LASKER: Exhibit 17.
MR. MILLER: We have a rule in the law, Doctor, it's called hungry break.
MR. LASKER: Oh, you want to take a break?
MR. MILLER: Whatever. It's not up to me. It's up to you, Doctor. You're the witness. So you can keep going or you can take a break. It's up to you.
THE WITNESS: It would be nice to take a break. It's sort of a physiological position. So is that --
MR. LASKER: Okay. That is -- we can take a break whenever you want. I just don't know if you mean now or later. Whenever you want to, just let me know.
THE WITNESS: I have no clue.
MR. LASKER: You have no clue whether you want to take a break?
THE WITNESS: No. I mean --
MR. LASKER: Well, we should have -- we should definitely have a lunch break. If you want to take it now, it's up to you.
THE WITNESS: Well, you're on a topic now. What I'm trying to find out is, are you going

to go on this for a while and then switch to something else? I would prefer to get this done.

MR. LASKER: Okay.

THE WITNESS: But I don't know that.

MR. LASKER: Okay. Well, why --

THE WITNESS: Only you know that.

MR. LASKER: Okay. Well, why don't we get this done, and then we will switch to something else.

THE WITNESS: Okay.

MR. LASKER: Okay.

BY MR. LASKER:

Q So, with respect to the De Roos 2005 paper, this is a paper that you were -- a study that you were co-author on, correct?

A Yes.

Q And this is the cohort study we have been discussing before and the analysis of cancer incidence among glyphosate-exposed pesticide applicators, correct?

A Yeah. Yes.

Q And if you turn to page 49, the first page actually, on the "Materials and Methods" section, the De Roos 2005 paper was reporting out the findings from the AHS cohort based upon exposure data

gathered between 1993 and 1997, and incidence of cancers identified as of December 31st, 2001, correct?

A Well, the '93 to '97 is correct. I guess the other is.

Q If you read down a little bit further along that same section, you will see --

A Yes.

Q -- cancers.

A Okay. Yes. Okay.

Q And if you go to page 51, Table 2, based on this data, De Roos 2005 identified 92 cases of non-Hodgkin lymphoma in farmers and the cohorts who had been -- who had reported exposure to glyphosate, correct?

A Yes.

Q And De Roos calculated and adjusted risk ratio for ever/never use of glyphosate and non-Hodgkin lymphoma of 1.1 with a confidence interval of 0.7 to 1.9, correct?

A Correct.

Q Which is showing no statistically significant association, correct?

A Yes.

Q And De Roos 2005 also presents data on

non-Hodgkin lymphoma and glyphosate in association with the duration and intensity of exposure to glyphosate, correct?

A Yes.

Q That data was presented on page 52, Table 3?

A Yes.

Q And provides an analysis of 61 cases of non-Hodgkin lymphoma in farmers who had been exposed to glyphosate, correct? Towards the bottom of that chart, the non-Hodgkin lymphoma.

A Yes. Yes. Yes.

Q And for both -- let me do this so it's not in the -- actually, it's better to put it there.

A Which I found it in the table. Now you don't need to.

Q For both cumulative exposure days -- well, first of all, let me see if I understand this.

What is cumulative exposure days in the AHS evaluation?

A The number of days per year they say they applied a chemical multiplied by the number of years they said they used it.

Q And what is the intensity of exposure?

A It's those two factors weighted also by

how they use protective equipment and things such as that that would influence exposure.

Q So in the De Roos 2005 paper for both cumulative exposure days, which is this data here (indicating), and for intensity weighted exposure dates, which is this data here (indicating), the relative risk for non-Hodgkin lymphoma was below 1.0 for higher exposures to glyphosate, correct?

A Correct.

Q So farmers who had either more days of exposure to glyphosate or had more intense exposure to glyphosate had a high -- had a lower --

A Lower.

Q -- lower incidence of non-Hodgkin lymphoma than farmers who had not used glyphosate, correct?

A That was not statistically significant.

Q So this would be a negative association. It wouldn't be a null finding, but it would not be statistically significant, correct?

A Correct.

Q Okay. And are you aware of some of the discussions that have taken place following the IARC classification of glyphosate about this AHS study and its strengths or weaknesses?

A I mean I'm involved in the study, so if the answer is are there -- am I involved in discussions about it, well, yes.
Q Okay. Well, let me show you --
A But why don't you ask what you're interested in.
Q Let me show you specifically -- let me show you specifically a publication by Dr. Portier. I think you mentioned him earlier.
You know Dr. Portier, correct?
A I do.
(Blair Exhibit No. 18 was marked for identification.)
BY MR. LASKER:
Q And this is Defense Exhibit 18.
A You have two things there. Did you --
Q Oh, that has highlighting. Thank you.
A Actually, you have three things there.
MR. MILLER: Three things.
BY MR. LASKER:
Q Okay. And in this publication, Dr. Portier is -- well, first of all, it's entitled "Differences in carcinogenic evaluation of glyphosate between the IARC -- between the International Agency for Research on Cancer and the European Food Safety

Authority," correct?
A Yes.
Q And in this publication, a variety of individuals are trying to address their views about the differences between what IARC concluded with respect to glyphosate and cancer and what the European Food Safety Authority concluded, correct?
A Yes.
Q And if we turn to the second page of this commentary, Dr. Portier is talking specifically about -- at the bottom of the first page and then turning over to the second page -- the Agricultural Health Study we were just looking at, the 2005 publication, correct?
A Okay. Yes.
Q And at page 2, on the top of that left column, Dr. Portier writes: "Despite potential advantages of cohort versus case-control studies, the AHS only had 92 NHL cases in the unadjusted analysis as compared to 650 cases in the case-control studies." Correct?
A Yes.
Q So he is pointing to the fact that there's only 92 NHLs found as of 2005?
A Yes.

Q He also talks about the fact that the median follow-up time in AHS was 6.7 years, which is unlikely to be long enough to account for cancer latency, correct?
A Yes.
Q Now, in fact, the 6.7 years of follow-up to which Dr. Portier is referring to is not the amount of time between exposure and cancer, is it?
A No.
Q In fact, as we discussed earlier, at the time of entry into the Agricultural Health Study, the subject applicators, the farmers, had an average of about 15 years of pesticide use already, correct?
A Correct.
Q And glyphosates had been on the market since 1974 or about that time. I think Mr. Miller just read something about that in his questioning. Right?
A Yeah.
Q So on average, by the time the data collected for the 2005 De Roos study was analyzed, the farmers would have had -- more than 20 years had passed from the time of their first exposure to their cancer potentially, correct?
A More than twenty years' exposure to what?

Q To glyphosate.
A Some may have. Right?
Q Correct.
A Some may have.
Q Certainly more than 6.7 years. That's not the correct year to be looking at for how much exposure they had had, correct?
A That's the person -- their follow-up time.
Q So that was the time from the questionnaire to follow-up, not exposure to follow-up?
A Correct.
Q So Dr. Portier's comment here in this publication is inaccurate, correct? There is something wrong with it?
A In --
MR. MILLER: Object to the form of the question, but it says "in addition to median follow-up time."
MR. LASKER: You can object. You can't testify. That's what the witness does.
THE WITNESS: Well, I -- I'm debating whether to answer your question or give you an epidemiology primer. I think I will just -- the

length of time of follow-up has to be from the time you've followed people.

BY MR. LASKER:

Q Right.

A So if a person was exposed to anything 20 years before you started the study and died 19 years after -- before you started the study, they wouldn't be in it.

Q Understood.

A So there is that element in it, but it's correct that 6.7 is not the total amount of time that people would have -- some of the people would have been exposed in this study.

Q Well, the -- the median we talked about before for these farmers was that if they had 15 years of pesticide use prior to -- at the time of their questionnaire, correct?

A 15 years of pesticide use.

Q And you had data also on glyphosates, correct?

A But, again, it's a matter of how many people started using it and when they started using it.

I'm just saying your characterization is not fully descriptive. It goes on in the cohort

study. There are staggered times --

Q Understood.

A -- going on and so forth. People have different amounts, but it could be -- some of them clearly have it more than 6.7 years.

Q And we're not -- to be clear, we're not talking about my characterization of the study. We're talking about Dr. Portier's characterization of the study.

MR. MILLER: Well, I object and move to strike that.

BY MR. LASKER:

Q And just so it's clear --

MR. MILLER: I just object and move to strike. Dr. Portier's characterization is follow-up, not exposure. You're interchanging those two terms intentionally to mislead, and I object.

BY MR. LASKER:

Q Just to be clear, the period of 6.7 years, which Dr. Portier says is unlikely to account for the cancer latency, is not the period of time from exposure to cancer that was assessed in the non -- in the AHS study, correct?

A That's correct. He says it's the median follow-up time.

Q Right. So cancer latency, what's important is date of exposure to date of cancer, not date of questionnaire to date of cancer, correct?

A Yes, but he says follow-up time, not latency.

Q No, he mentions latency right there. That's what he talks about. He says, "Unlikely to be long enough to account for cancer latency," correct?

A But he says it's a median follow-up time.

Q Correct.

A Yeah.

Q But just we're clear, the median follow-up time doesn't tell you anything about the period of exposure to cancer. That's relating for -- to latency, correct?

A Yes.

Q Okay. Now, in fact, the AHS has conducted additional analyses of glyphosate following the 2005 paper -- published study with far larger -- a far larger number of incidence of NHL cases and longer follow-up, correct?

A There is a paper on that?

Q AHS has conducted analyses of glyphosate --

A Oh, okay. Okay.

Q -- following the 2005 publication with a far larger number of NHL cases and a longer follow-up, correct?

A I think that's underway, yes.

Q Let me mark as next exhibit in line, and I will do this as Exhibit A and B. So 19-A and 19-B.

(Blair Exhibit Nos. 19-A and 19-B were marked for identification.)

BY MR. LASKER:

Q And let me represent that there is a printing date on this that is when this document was printed, somebody -- or maybe for public -- for production, but there is also a date on the document of when it was prepared. So we will have two dates on the document.

And this is yours.

A Oh, yes. I'm sorry. I was thinking you were talking about an analysis of just glyphosate people, but there is a -- this paper has been published actually for non-Hodgkin's lymphoma.

Q Okay. Well, we will talk about that.

A Yeah.

Q We will talk about what data was published and what data was not published.

But this is 19-B. And here you are.

Page 166

So I marked two versions of -- well, first of all, if you could just identify for the record what I've handed you as Exhibit 19-A and 19-B.
A Well, they look like documents, probably drafts that were prepared for the study of lymphoma and pesticide use in the Agricultural Health Study.
Q And these are drafts dated February 6, 2013, and March 15, 2013, correct?
A Well, mine says --
Q Well, there's a print --
A -- December 5th, 2016, and this one is November 30th, 2016.
Q And just -- that's why I want to clarify when we talk about -- that's when it was printed out by somebody, that's a Word -- something the Word program does, but if you look at the actual -- in the text --
A Oh, okay. Okay. Yes. Yes.
Q So these are drafts prepared in February 2013 and March of 2013, correct?
A Yes.
Q And if you look at the February '13 -- February 2013 -- strike that.
If you look at the February 2013 draft, there is -- in fact, starting on the very first page,

Page 167

a comment on the draft by an AEB, and that would be you, correct? Aaron Blair.
A On the first page?
Q Well, if you look on the right, you will see these little comment bubbles. And if you look throughout the document, you will see these comment bubbles.
A Yes. Yes.
Q And these -- this is your comment -- these are your comments on the document, correct?
A Yeah. Correct.
Q And if you look at the March 2013 draft, which is the next document, it also has various comments by you on the publication -- on the draft publication, correct?
A Yes.
Q Okay. Now, let's -- so it's fair to say that as of March 2013, you had reviewed at least two versions of this draft publication, correct?
A Yes.
Q Well, let's focus on the March 2013 draft. And if I could turn you first to page 6 in the discussion of the study population.
A We're at 2000 -- oh, March '13. Okay. Yes, got it.

Page 168

Q So I turn you to page 6.
A Six?
Q Yes. And this has a discussion of the study population about halfway through, correct?
A Yes.
Q And now we're looking at all -- I'm sorry, if you look at page 7, all incidence of primary non-Hodgkin lymphoma in the AHS cohort from enrollment through December 31st, 2008, correct? At the very top.
A Yes.
Q So this study includes an additional seven years of follow-up, an additional seven years of NHL cases beyond those that were reported and published in the De Roos 2005 paper, correct?
A Yes.
Q And if you look at page 9 of this 2013 draft paper, in the second paragraph on that page, it talks about the fact that this study also includes additional exposure data from a follow-up questionnaire.
So you have five years of additional exposure data that was not available for the 2005 study that was published, correct?
A Correct.

Page 169

Q Then the 2013 paper -- or 2013 study, I'm sorry, that includes a series of tables in the back that reports on the findings of various analyses of different exposures and the risks of non-Hodgkin lymphoma, correct? There's a whole bunch of tables back here.
A Okay.
Q Data tables?
A Yeah.
Q So how are these data tables prepared?
A I don't understand your question.
Q Okay, let me strike that.
This is the data that was available to the Agricultural Health Study and was to be presented in this publication, correct?
A Yes.
Q And this is -- these tables are showing the relative risks of non-Hodgkin lymphoma in farmers with various exposures based upon the additional data that had been generated in the AHS study, correct?
A Correct.
Q Now, I've looked through these tables, and the 2013 study does not appear to contain data on ever/never use. But I would like to have you turn to page 34.

And on page -- on page 34 of the document, we have the AHS updated data on glyphosate and non-Hodgkin lymphoma, correct?
A Yes.
Q And we have -- this is the data for both duration and intensity-weighted duration of exposure to glyphosate, correct?
A Well, I think that's the case. I have to look at the -- not duration but total days of exposure and intensity-weighted days of exposure.
Q Okay. Well, isn't total days of exposure the duration of exposure?
A Not in normal epidemiologic parlance.
Q Okay.
A Duration is often measured in years, and that can be different than the total number of days.
Q But in the 2005 De Roos paper, De Roos was -- 2005 De Roos paper, duration was number of days and --
A Yes. And this is the same. It's the same.
Q It's the same analysis --
A Same analysis.
Q -- as the 2005 exposure -- 2005 publication, except in this analysis we have a

category also of no exposure, correct?
A Yes.
Q And the De Roos 2005 analysis that we looked at was based upon -- the exposure analysis was based upon 61 cases of non-Hodgkin lymphoma in farmers who had reported exposure to glyphosate, correct?
A That sounds right to me.
Q The 2013 analysis includes data on 250 NHL cases among farmers who had reported exposure to glyphosate, correct? Just add up the three rows of exposure, about 250?
A About. I was looking, and say, Well, it's not going to add to 250, but it's about 250. I'm not quibbling.
Q I think it actually is, but it's about 250. That's fine.
And so this 2013 cohort study has results for glyphosate and non-Hodgkin lymphoma -- I'm sorry. Strike that.
This 2013 cohort study with results for glyphosate and non-Hodgkin lymphoma is more than four times larger than the De Roos 2005 study, correct?
A Yes.
Q It's gone from 61 -- or 62 to 250 cases.

A Yes.
Q And the confidence intervals for the various analyses of NHL based upon the levels of glyphosate exposure, because it's a larger study, are much tighter than the confidence intervals were for De Roos 2005, correct?
A Correct.
Q Because this study now has more power, correct?
A Correct.
Q So this 2013 cohort study finds no association -- no evidence of association between exposure to glyphosate and non-Hodgkin lymphoma, correct?
A Correct.
Q And based upon the data that's set forth here, if you look at individuals who had no exposure to glyphosate, which is that first row, and you look at the three categories of individuals who did have exposure to glyphosate, if we were to do an ever/never analysis of glyphosate and non-Hodgkin lymphoma, the -- the relative risk here would be something below 1.0, correct? About 0.9?
A That's a reasonable guess, I think, yes.
Q So that means that the incidence of

non-Hodgkin lymphoma in farmers exposed to glyphosate in the 2013 cohort study was lower than the incidence of non-Hodgkin lymphoma in farmers who were not exposed to glyphosate, correct?
A But not statistically significant.
Q So it's a negative association, but statistically --
A Not statistically significant.
Q Not a null result but a negative association.
A Correct.
Q And the applicators in the highest levels of exposure to glyphosate, both by lifetime days and intensity-weighted lifetime days, had the exact same incidence of non-Hodgkin lymphoma as applicators with no exposure to glyphosate whatsoever, correct?
A Correct.
Q So for the highest -- for each of these measures of exposure, for the relative risk for non-Hodgkin lymphoma at the highest level of exposure to glyphosate as compared to not exposed was a completely null result, correct?
A Yes.
Q The median lifetime use in days for the highest exposure group now is 172 days, correct?

A Where do I see that?
Q Right here (indicating). The median days in the highest exposure group, 173 days. I apologize.
So the highest -- the highest exposure group for duration, we're looking at farmers with an average of 173 days of exposure to glyphosate, correct?
A I must be on the wrong table then.
Q If you look at the first column --
A Well, it's just not the ones I had. Maybe I've got the --
Q Are you on page 34?
A Page 34.
Q If you --
A The March 15th document.
Q Yep.
A Right? Glyphosate --
Q We have none, low, medium. Right here (indicating). You have the numbers in the brackets, right? Those numbers in the brackets are the median days of exposure, correct? Right here (indicating).
A Oh, 173. I'm sorry. I was hearing something else. It was there. I thought it's not the same number. Yeah, okay. Yes.

Q So the median lifetime days of glyphosate exposure in this high exposure group where there was no finding of any increased risk of non-Hodgkin lymphoma whatsoever was 173 days, correct?
A Well, again, now I'm quibbling, because we've got two categories --
Q We have three.
A One is cumulative days, and the other is the intensity-weighted one. And so I think you're right that the judgment is this is the days, but that finding applies all across that row, and that can't be.
Q Okay.
A You know, but I think you're right, I think this is cumulative days, yes.
Q Got it. Okay.
A That's not your fault. That's --
Q And -- yes.
A -- the paper's fault.
Q And because of the fact that we now have longer follow-up, the exposure levels at each of these three categories of low, medium and high exposure to glyphosate also are much higher than the exposure levels in the corresponding analysis in the 2005 published paper, correct?

A The cumulative exposure is higher.
Q Now, these findings for glyphosate have never been published, have they?
A No. They haven't been published.
Q These findings, the AHS updated findings for glyphosate and non-Hodgkin lymphoma were not considered by IARC in its review of glyphosate, correct?
A No.
Q These findings also have not been available to any of the regulatory agencies that have been conducting reviews of glyphosate and cancer, correct?
A Correct.
Q Now, this obviously is data that you had in your possession and were aware of at the time of the IARC working group meeting, which is two years after you reviewed this paper, correct?
A Say again.
Q Well, you reviewed this data in March 2013, correct?
A Yes.
Q And then in March 2015, you were the chair of the IARC working group that was considering the question of --

A Yes.
Q -- what the epidemiological data shows with respect to --
A Yeah, right.
Q -- glyphosate and non-Hodgkin --
A Right.
Q So you obviously knew about --
THE REPORTER: Excuse me. I need you to finish that question, please.
BY MR. LASKER:
Q I'll say it again. So in -- let me rephrase.
At the time that you were the chair of the IARC working group and a member of the epidemiology subgroup that was looking at the evidence of whether or not glyphosate was associated with non-Hodgkin lymphoma, you were aware of this updated data of a study four times larger than the published 2005 paper with respect to glyphosate and non-Hodgkin lymphoma, correct?
A That there were analyses of such data, but no published studies.
Q Correct. But you were aware of what the data showed, correct?
A Yes. But no published studies.

Q Right. And did you alert any of your fellow working group members or any of the other members of the subgroup on epidemiology at IARC about the fact that this much larger AHS cohort study with larger follow -- a larger time of follow-up and higher levels of exposure had been conducted?
A No.
Q Now, the IARC working group also cited to a meta-analysis that IARC had prepared of the epidemiological studies regarding glyphosate and non-Hodgkin lymphoma. And Mr. Miller asked you about that earlier today. Correct?
A Yes.
Q Well, let me show you a copy of that meta-analysis, if I might.
(Blair Exhibit No. 20 was marked for identification.)
BY MR. LASKER:
Q This is Defense Exhibit 20.
And also let me just -- we have -- do you have the monograph working group which was a plaintiffs' exhibit? Oh, you have that. Okay.
This was marked previously as a plaintiffs' exhibit, I just don't remember what number it was, but this is the monograph.

MR. LASKER: Do you remember what number this is, Mr. Miller?
MR. MILLER: This should be 20.
MR. LASKER: Four. Plaintiffs' 4? No, this is Plaintiffs' 4. It's the same -- you guys marked this.
MR. MILLER: Oh, I'm sorry.
MR. LASKER: I'm talking about the --
MR. MILLER: Well, we need to be more precise. Okay. 20 was the last exhibit you handed me. Now you're asking me what the original monograph was?
MR. LASKER: I believe it's Plaintiffs' Exhibit 4.
MR. MILLER: Four? Okay. Very well. On we go.
BY MR. LASKER:
Q I'm just going to hand you a copy of the monograph again. It's the same document. Mr. Miller can confirm.
But with respect to the meta-analysis that IARC conducted, that is mentioned on page 30 of the monograph. So if I could just turn you to page 30 of the monograph.
And do you see there is the discussion of

a meta-analysis?
A Yes.
Q And the meta-analysis is identified as Schinasi and Leon. That is the publication, the paper I just handed to you, which we marked as exhibit -- Defense Exhibit 20, correct?
A Correct.
Q And it discusses the meta-analysis that was done by Schinasi and Leon, and then an adjustment that the working group made to that monograph -- I'm sorry, to that meta-analysis so as to use fully adjusted estimates of the risks with non-Hodgkin's lymphoma and glyphosate, correct?
A Yes.
Q And the IARC working group's conclusion was that the meta risk ratio of all the epidemiology was 1.3, which had a confidence interval of 1.03 to 1.65. So it just made barely that level of statistically significance, correct?
A Correct.
Q Now, the meta-analysis was based in part on the 2005 AHS publication, correct?
A Correct.
Q It was not based upon the data we've now just looked at of the 2013 AHS data, correct?

A Right.
Q So if we look at Defense Exhibit 20, which is the Schinasi paper, and if you look at page 4505, this sets forth the various studies that IARC looked at with respect to glyphosate and non-Hodgkin lymphoma and the risk ratios from those studies, correct?
A Correct.
Q And the meta-analysis is a process of weighing these findings from these studies, correct?
A Right.
Q And the way that the meta-analysis works is it gives a different weight to different studies based upon the power of the study, which is reflected in the size of those confidence intervals, correct?
A Correct.
Q So the IARC meta-analysis weighing of the 2005 AHS study, which is listed here, is based upon the 71 cases of non-Hodgkin lymphoma that were available as of the time of that 2005 publication, correct?
A Correct.
Q Now, as we've already discussed, the 2013 data finds for a much larger number of NHL cases -- provides findings for a much larger number of NHL

cases, we had like some four times, like 250 cases --
A Right.
Q -- in that data, correct?
A Right.
Q And the confidence intervals, because it's a much larger study, were much tighter in that 2013 data than the -- than the data we have here, correct?
A Correct.
Q And we already talked about the fact that the relative risk from the 2013 data of ever/never use was below 1.0, something like 0.9, so it was slightly below the 1.1 relative risk for the De Roos 2005 paper, correct?
A Correct.
Q So if the 2013 data, which you were aware of, had been available for IARC in its meta-analysis, the AHS data would have had significantly more weight in the meta-analysis than is reflected here --
A Yes.
Q -- and the relative risk data would have been lower than the 2005 study that's incorporated here, correct?
A The relative risk for the AHS study would have been lower.

Q Right.
A Was lower. Yeah.
Q Yes, it would have been.
A Yeah.
Q So it's fair to say, given that IARC -- your meta-analysis was just barely statistically significant at 1.03 in the lower bound, if IARC had had the data from the 2013 study, much more -- a much larger study, much greater weight, lower relative risk -- that would have driven the meta-relative risk downward, correct?
A Correct.
Q And the meta-relative risk with that 2013 data from the AHS study that you were aware of would have not have been statistically significant, would it?
A I don't know, but probably not.
Q Probably not.
Now, during the Monograph 112 working group meeting, IARC provided the working group with this meta-analysis data, correct?
A Yes.
Q Did you mention to anyone at the meeting the likely impact that the more recent data from AHS would have in decreasing the meta -- meta-relative

risk for glyphosate and non-Hodgkin lymphoma?
A No.
Q Now, the Schinasi meta-analysis also includes data from a case-control study, a pooled analysis in the U.S., the De Roos 2003 paper, and it includes relative risk from the McDuffie paper from Canada, correct? Those are also on this chart?
A Yes.
Q And Schinasi, IARC used an odds ratio of 2.1 for the Canadian -- I'm sorry, for the U.S. case-control data, correct? It's on the charts here, the De Roos 2003 with an odds ratio --
A You are --
Q We're still -- we're still on the Schinasi paper. Same --
A Oh, okay. Oh, okay.
Q So the De Roos 2003 is listed here. That's the U.S. case-control data, and that's an odds ratio of 2.1, correct?
A Yes.
MR. MILLER: What page are we on?
MR. LASKER: We're on page 4505.
MR. MILLER: 4505.
BY MR. LASKER:
Q And McDuffie, that's the Canadian

case-control study, and that's 1.2, correct?
A Correct.
Q And now if -- there's a little bit different weighting of those two studies because McDuffie is a little bit larger, but if you were to sort of take those two studies in aggregate as considered by the meta-analysis, that works out to -- for those two studies an odds ratio of about 1.6 for purposes of meta-analysis if you combine those two studies, correct? 2.1, 1.2, it's going to be around that -- that area, right?
A Probably. I don't know. Sometimes you can't just put them together.
Q Roughly -- but roughly, roughly 1.6 or so, correct?
A Probably.
Q Okay. Now, the NAP data -- NAPP data that we were discussing earlier, that's actually a pooled analysis of the data from McDuffie 2001 and De Roos 2003, correct?
A Yes.
Q And the way that this meta-analysis works is IARC takes the most recent and most comprehensive pooled analysis and doesn't consider the earlier studies, correct?

So, for example, Kantor 1992 is not in here because it was pooled into De Roos 2003, correct?
A They do -- unless the individual papers have information that isn't in the pooled analyses, which is often the case.
Q But with respect to this analysis, for example, De Roos 2003, they don't include Cantor -- the Cantor study. They include the most recent pooled data, correct?
A In this table.
Q Yes.
A Yes.
Q And in this meta-analysis.
A And in this meta-analysis.
Q So if we were then to use -- if the NAPP data had been available to IARC, the data we were looking at previously, you recall that the NAPP odds ratio, even including proxy respondents for ever/never use, for glyphosate and non-Hodgkin's lymphoma was 1.22, correct? We looked at that previously.
A Sounds right.
Q Okay. So if the NAPP data, again that you were aware of at the time, had been available to

IARC and had been put into this analysis and replaced McDuffie 2001 and De Roos 2003, the odds ratio number for the U.S. and Canadian case-control studies would drop from probably somewhere around 1.6 to 1.2 or so, correct?
A I -- you know, I'm not comfortable making pronouncements about your combining of data from different studies without me seeing the data.
Q Okay. Well, just so we're clear, the NAPP data is your data. We looked at it earlier.
A It's not in front of me. I'm not comfortable --
Q Okay. Well, then --
A -- with combining --
Q -- let's go -- that's a good point.
A -- different things without seeing that.
Q Let's go back to that. That's a very good point.
So if we could refer -- okay. Look back to Defense Exhibit --
MS. SHIMADA: 16.
BY MR. LASKER:
Q -- 16. So it should be on that -- on the pile, probably in reverse order.
MR. MILLER: Well, while we look at that,

we're calling a break. It's 1 o'clock. We've been going --
MR. LASKER: We're in the middle -- when we finish this line of questioning, we will take a break.
MR. MILLER: We said that a half an hour ago.
MR. LASKER: When I finish this line of questioning. I'm almost done. We'll be fine. I've got maybe five or ten more questions at most.
THE WITNESS: Is this the one you're --
BY MR. LASKER:
Q That's the one.
A Okay.
Q So this is the one that we looked at previously, and the first data table we looked at was the -- this table right here, right? This is the ever/never use. That's it.
So the ever/never use of this pooled analysis that's pooling the data from McDuffie and from De Roos 2003, the data that you had was 1.22 as the odds ratio, correct?
A Correct.
Q So that is a lower odds ratio than was used for purposes of the IARC meta-analysis because

that meta-analysis was combining a 2.1 and a 1.2, correct?
A Yes.
Q So if that NAPP data had been available to IARC for its meta-analysis, that also would have lowered the meta-relative risk for glyphosate and non-Hodgkin lymphoma even further, correct?
A Probably.
MR. LASKER: We can take a break now.
THE VIDEOGRAPHER: The time is 12:56 p.m. We're off the record.
(Lunch Recess.)
THE VIDEOGRAPHER: The time is 1:47 p.m., on March 20th, 2017. And we are on the record with video 3.
MR. MILLER: I just wanted to make a short statement regards time management. Plaintiffs went about an hour and 30 something. I think the --
THE VIDEOGRAPHER: 1:34.
MR. MILLER: 1:34. So far defendants have gone --
THE VIDEOGRAPHER: Two hours.
MR. MILLER: -- two hours.
Counsel for Dr. Blair has been kind enough to say a total of eight hours, and that's time

on record I wanted to clear up and we want our equal time on the record. So we think you would have two hours left then.

MR. LASKER: I don't have any problem with that.

MR. MILLER: Okay, great. Hopefully you will be done before then, and certainly I'm not going to go on just to hear myself talk either, believe me. Just -- all right, let's go.

BY MR. LASKER:

Q Okay, back on the record.

Dr. Blair, I would like to continue our discussion of the 2013 AHS data on glyphosate and -- or actually on pesticides and lymphoma risk or non-Hodgkin lymphoma risks, and particularly the glyphosate data.

If I could ask you to turn to page 84 of that document, Supplemental Table 7. And you had testified earlier this morning about the fact that the definition of non-Hodgkin lymphoma has changed over time. Do you recall that?

A Yes.

Q And in this 2013 study, the AHS data is actually presented with two different definitions of non-Hodgkin lymphoma, and Supplemental Table 7 is

data that uses what is referred to as the old NHL definition.

Do you see that?

A Yes.

Q Okay. And do you recall how the definition changed from the old definition to the definition that's being used today?

MR. MILLER: Excuse me, Counsel. Page number?

MR. LASKER: 84.

THE WITNESS: Lymphoma -- non-Hodgkin lymphoma now includes multiple myeloma and chronic lymphocytic leukemia.

BY MR. LASKER:

Q Okay. So this data table, Supplemental Table 7 is defining non-Hodgkin lymphoma as not including multiple myeloma or CLL; is that correct?

A Correct.

Q Okay. So let's look at the data for glyphosate under the old definition, and that's on page 91.

And on the middle of the page, again we have glyphosate data, both the duration and intensity of use, correct?

A Yes.

Q And again, we have data on no exposure and then low, medium and high exposure groups, correct?

A Correct.

Q Now, the total number of -- of farmers with non-Hodgkin lymphoma in this analysis is 72 plus 51 plus 60, that's about 183 farmers, correct?

A Correct.

Q So with using this data from the 2013 study, the study is about three times larger than the published data from the 2005 study, correct?

A Okay.

Q And the findings as far as the relative risks are concerned are pretty close to what the findings were with the new definition, correct?

A Correct.

Q As far as non-Hodgkin lymphoma risks?

A Yes.

Q So as we look at no exposures versus different levels of exposure, the ever/never risk ratio is again something like 0.9 or so, correct?

A Probably.

Q Okay. And the same discussion we had previously about how use of this updated data in the IARC meta-analysis would lower the meta-relative

risk, that same answer would apply for this data as well, correct?

A Yes.

Q Now, I would like to take you to another part of the analysis in the 2013 -- in the 2013 AHS study with respect to different NHL subtypes.

Now, let me -- let's turn first to page 7 of the -- of the paper because they discuss the different subtypes there. And there are five different groups of subtypes discussed under tumor characteristics.

Do you see that?

A Yes.

Q So the -- this is looking at different types of non-Hodgkin lymphoma putting them into categories, correct?

A Correct.

Q And then there is a separate analysis conducted in this 2013 paper looking at the relative risks for the studied herbicides for each of the different NHL subtype categories, correct?

A Correct.

Q And that data -- that analysis starts on page 69. And specifically on page 69, we have data on glyphosate. Let's look first so we can get the

categories correct -- on page 66 at the beginning of the table, so we can understand what is what.

So page 66 has the different categories of non-Hodgkin lymphoma on those columns on the top, right?

A Correct.

Q Okay. And then if you just keep your finger on that page just so you can remind yourself which categories are which, page 69 is where they have the findings for glyphosate, and I would like to ask you about the glyphosate finding with respect to -- on these different types of non-Hodgkin lymphoma.

So if you look at page 69, the AHS analysis in the first subtype grouping, which is chronic B-cell lymph -- lymphocytic lymphoma, small B-cell lymphocytic lymphomas, and mantle cell lymphomas, the 2013 AHS data analysis does not find any association between glyphosate and that NHL subtype, correct?

A Correct.

Q And if we look at -- in fact, for that subgroup -- oh, strike that.

If you look at the large B-cell lymphoma --

MR. MILLER: I'm sorry. What page are we on?

MR. LASKER: We're on page 69.

MR. MILLER: Thank you.

BY MR. LASKER:

Q -- the second column is large B-cell lymphoma, correct?

A Diffuse large B-cell, yeah.

Q And the 2013 AHS data actually finds a statistically significant negative association between increased glyphosate exposure and -- and diffuse large B-cell lymphoma, correct?

A For days per year, yes.

Q Yeah. So, in other words, as a farmer has more days of exposure of glyphosate in this study population, the instance of large B-cell lymphoma actually decreases, correct?

A Correct.

Q And that's a statistically significant finding, correct?

A Yes. Trend test.

Q The 2013 AHS data also looks at follicular B-cell lymphomas, correct?

A Yes.

Q And the 2013 AHS analysis does not find

any association between glyphosate exposure and follicular B-cell lymphomas, correct?

A Deficits that aren't statistically significant.

Q And when you say "deficits," what actually they found in this study, again, is as the level of -- as a farmer had more days of exposure to glyphosate, the incidence of follicular B-cell lymphomas went down, correct?

A No. It means that at any level of exposure, the level, the relative risk was less than 1.0.

Q Correct. Correct. Correct.

A It was 0.7 or 0.6. It does not go down.

Q So what with the 2013 AHS data reveals is that any level of exposure to glyphosate resulted in a lower incidence of follicular B-cell lymphomas, correct?

A Lower -- lower incidence or lower relative risk that isn't statistically significant.

Q And with respect to the category for --

A Other B-cell.

Q -- other B-cell type lymphomas, again we see that with any level of exposure to glyphosate, the incidence of B-cell type lymphomas, the relative

risk goes down, correct?

A It's lower.

Q And if you look at the point estimate for relative risk, both for the other B-cell type lymphomas and the follicular B-cell lymphomas at the highest level of exposure, the relative risk is 30 to 40 percent lower for farmers with the highest level of glyphosate exposure compared to farmers with no exposure, correct?

A Correct.

Q Did you inform anyone at the IARC working group that the AHS -- that the Agricultural Health Study had conducted additional analyses of glyphosate for various NHL subtypes?

A No, because it wasn't published.

Q Now, let me ask you to turn to page 78 of this paper. And here we have a table that's looking at potential individual and joint effects of pesticide combinations and NHL risk, correct?

A Yes.

Q So now we're looking to see, well, what if you put two different types of pesticides together, what is that -- what is reflected in the data for that, correct?

A Correct.

Q So let's turn to page 80 and 81. And here we have the data for glyphosate with -- in combination with other types of -- with other -- three other pesticides.
Do you see that?
A Yes.
Q So glyphosate and atrazine, glyphosate and 2,4-D, and glyphosate and chlordane, correct?
A Yes.
Q And the analysis, when you look at it this way for glyphosate only, and the atrazine -- glyphosate and atrazine analysis, glyphosate only is 0.96; for glyphosate only with the glyphosate and 2,4-D, it's 1.1; for glyphosate only and glyphosate and chlordane is 0.9.
So in the glyphosate-only portions of this, again we're not showing any increased risk of non-Hodgkin lymphoma, correct?
A Correct.
MR. MILLER: Object to the form of the question.
BY MR. LASKER:
Q And with respect to combinations, if you look at farmers exposed to glyphosate and atrazine together, there is no increased risk -- statistically

significant increased risk of non-Hodgkin lymphoma, correct?
A Say again.
Q For farmers who are exposed to both glyphosate and atrazine, there is no statistically significant increased risk of non-Hodgkin lymphoma, correct?
A Correct.
Q For farmers exposed to both glyphosate and 2,4-D, there is no statistically significant increased risk of non-Hodgkin lymphoma, correct?
A Correct.
Q For farmers exposed to glyphosate and chlordane, there is no statistically significant increased risk of non-Hodgkin lymphoma, correct?
A Yes.
Q And this is also information that the IARC working group did not have at the time it made its analysis of glyphosate, correct?
A Correct.
Q Now, I want to show you another document that was from your production to us, and this is an e-mail between you and some of the other Agricultural Health Study investigators in February 2014.
First of all, who is Dr. Alavanha

(phonetic)?
A Alavanja.
Q Alavanja.
A He was an investigator at the National Cancer Institute and was involved in the Agricultural Health Study.
Q Is he an epidemiologist as well --
A Yes.
Q -- as yourself?
Okay. Let's mark this as Defense Exhibit 21.
(Blair Exhibit No. 21 was marked for identification.)
BY MR. LASKER:
Q Well, first of all, do you recall when it was that the glyphosate data was removed from this AHS study that we've been talking about?
A Not exactly, but it went through many iterations after we decided to remove it because there really wasn't -- you couldn't put it all into one paper.
Q Let's look at an e-mail dated February 28, 2014, and this is an e-mail from Dr. Alavanja to other members of the AHS, including yourself, correct?

A This is the one you just handed me?
Q Yes.
A Yes.
Q Dr. Alavanja, he was the lead author, wasn't he -- was he not, on the 2013 paper that we were just looking at?
A The document, yes. Right.
Q In his February 14, 2014 e-mail, Dr. Alavanja is discussing the AHS team's efforts to get its updated NHL analysis published, correct?
A Yes, I guess so.
Q And I take it from your former answer, you're not -- you don't recall now whether or not the glyphosate data was still in the paper at this point in time or not, correct?
A No, it was not because it had been submitted to a journal, and we never submitted to a journal with that data in it.
Q Okay. So in this e-mail Dr. Alavanja is discussing the fact that the International Journal of Cancer had decided not to publish what was at that point the updated manuscript for non-Hodgkin lymphoma and other pesticides, correct?
A Yes. Insecticides.
Q Insecticides. And Dr. Alavanja

attributes the journal's decision not to publish the AHS paper on NHL and insecticides on the fact that the paper did not present conclusive evidence associating NHL with any of the pesticides examined, correct?

A That's what it says.

Q So Dr. Alavanja is referring to the fact that journals are sometimes less willing to publish epidemiologic studies if they don't find positive associations, correct?

A Yes.

Q This problem is sometimes referred to as publication bias, correct?

A Yes.

Q It's more difficult to get negative findings published, correct?

A Correct.

Q And as a result, sometimes negative findings and epidemiological studies are not published, correct?

A Yes. Right.

Q And Dr. Alavanja notes in the second paragraph of his e-mail -- and let's see, if it's working its way -- I was going to read it: "At the current time" -- and this is the second paragraph

starting at the very beginning: "At the current time IARC is making plans for a new monograph on pesticides."

And so, again, we're talking about the monograph that ultimately became Monograph 112 where you were the chair prior, correct?

A Well, it preceded that monograph certainly.

Q Right. So when he is talking about IARC is making plans for a new monograph on pesticides, he is referring to the monograph that was the one that you ultimately worked on, correct?

A Yes. Right.

Q And Dr. Alavanja states: "Concerning IARC's timetable for selecting candidates for the monograph, it would be irresponsible if we didn't seek publication of our NHL manuscript in time to influence IARC's decision."

Do you see that?

A Yeah.

Q And you would agree that the AHS provides important data regarding potential associations between pesticides and cancer, correct?

A Yes.

Q You would agree that the AHS data and the

most updated AHS data should be considered by IARC, correct?

A Yes.

Q You would agree that it would be --

A Well, wait, wait. If it's been published.

Q And you would agree with Dr. Alavanja that it would be irresponsible for the AHS -- Agricultural Health Study investigators not to publish the updated findings on pesticides and NHL in time to influence IARC's decision, correct?

A No. I don't agree with that. And the reason is because the timetable about when you have to have it published is arbitrary. And doing analyses and writing papers is not wedded to a timetable. And what is irresponsible is to rush something out that's not fully analyzed or thought out.

Q Let me ask you --

A That's irresponsible.

Q I'm sorry. Let me ask you then about the e-mails you were talking about previously with respect to the North American Pooled Project, and we can go back to those if you want. But as I remember, Dr. Pahwa was discussing the possibility of doing

some analyses of NHL and multiple myeloma and glyphosate in time to get those published for the IARC analysis, right?

A Yeah.

Q And at that time you offered Dr. Pahwa whatever help she needed to see if you could get that data published, and this is before you saw what the data was, correct?

A I don't remember about that. Maybe. I -- I just don't remember about that.

Q So --

A I mean about whether I had seen the -- any data or not. I mean tables come out. There's -- none of this is listed in -- glistened down in your mind about where things are.

Q Well, if we can go back to Exhibit 14, and that should be in your pile there, but I can give you another copy if you want if that would be easier. Dr. Blair.

A Yeah.

Q So -- so this, just to refresh our jury's recollection, was prior to Dr. Pahwa going back and finding out what the data showed from NAPP for glyphosate and NHL or MM and -- or HL, Hodgkin lymphoma. You were offering Dr. Pahwa whatever help

you could to try to get the data published in time for the IARC monograph meeting, correct?

A Yeah.

Q But then after we -- after you determined and found out what the data showed with respect to glyphosate and these cancers, the data wasn't published, correct?

A The paper wasn't finished, and you have to finish things in the analysis and the writing before you can publish it.

Q Okay. So let's go back then to what the IARC analysis was and what the working group did.

So the IARC working group then in its analysis of the epidemiology was relying upon -- was not relying upon the most up-to-date AHS data, correct?

A It was relying upon the most up-to-date published data, and that's always the standard at IARC.

Q I understand. But just so the record is clear, IARC was not relying upon the most updated analysis that you were aware of from the AHS data with respect to glyphosate and non-Hodgkin lymphoma, correct?

A Now you present it as if the analyses

were completed. Analyses were done, manuscripts were in description, but the work wasn't finished, which means it's incomplete, and that you don't want to be reporting on. And we didn't.

Q So -- understood.

And because of the fact that you had not completed the manuscript that was in at least manuscript form in March of 2013 in time for it to be a publication by March 2015, IARC didn't have that information?

A That's correct.

Q Now, going back to this issue of publication bias, did the Agricultural Health Study decide not to include data regarding glyphosate and non-Hodgkin lymphoma in its updated publication because the data did not show a positive association?

A No. It decided to do pesticides first because we proceeded -- insecticides first, we sort of proceeded down that line early on and didn't think we had time to switch and do the other when IARC become clear that that's what they were going to look at.

Q Now, you and other AHS investigators are certainly aware, and we looked at some of this discussion previously, that questions have arisen

about IARC's -- I won't say questions -- have arisen about IARC's classification of glyphosate, correct?

MR. MILLER: Objection to form. Questions by whom, Monsanto?

BY MR. LASKER:

Q Well, let me put it this way: You're aware that Christopher Portier, we looked at one of his publications, has been defending the IARC classification of glyphosate by relying on the old data from the Agricultural Health Study to try and minimize the importance of that study, correct?

A Well, I guess as he reported about what IARC did, it was the -- there's no new published data from AHS to look at.

Q And --

A Is that what you're saying?

Q Well, Dr. Portier, though, as we looked at previously, in defending the IARC classification, has included arguments that the AHS data -- the AHS study in 2005 was of smaller numbers and limited follow-up. Remember we looked at that?

A Yes.

Q Okay. Nearly four years have passed now since you and the other AHS investigators looked at the updated and more robust AHS data and found no

association between glyphosate and non-Hodgkin lymphoma, correct?

MR. MILLER: Object to the form of the question.

BY MR. LASKER:

Q You can answer.

MR. MILLER: You can answer.

BY MR. LASKER:

Q I will repeat the question.

A Yes.

Q Nearly four years have passed now since you and other AHS investigators looked at the updated data and saw that it did not show any association between glyphosate and non-Hodgkin lymphoma, correct?

MR. MILLER: And I object to the form of the question because you intentionally leave out that it's not statistical.

THE WITNESS: Yes, we -- we've looked at some data like that, but we haven't looked at a finished product.

BY MR. LASKER:

Q Now, the updated AHS data would directly answer the questions Dr. Portier raised about the size of the study and about the length of follow-up time, correct?

Page 210

A Yes.
Q But you and the other AHS investigators have, as of today's date in March 2017, not yet published this updated AHS data on glyphosate, correct?
A Correct.
Q In fact, the AHS has actively sought to prevent Monsanto from learning about this updated AHS data, hasn't it?
A I -- I -- I don't know about that.
Q Well, let me ask you -- let me show you another e-mail from your document production to us.
(Blair Exhibit No. 22 was marked for identification.)
BY MR. LASKER:
Q This is Defense Exhibit 22.
And this is an e-mail in which Mr. Sandler is responding to your e-mail to him attaching a copy of a subpoena we sent to you in this litigation, correct?
A Yes.
Q Mr. Sandler notes --
A It's a woman.
Q I'm sorry?
A It's a woman.

Page 211

Q Oh, Ms. Sandler. Dr. Sandler?
A Dr. Sandler.
Q Dr. Sandler. Thank you.
Dr. Sandler notes that our subpoena to you, and Dr. Sandler -- just so I understand, Dr. Sandler is with NIEHS?
A Correct.
Q The National Institute of Health?
A Environmental Health Sciences.
Q And Dr. Sandler notes in her e-mail back that our subpoena to you was seeking the same AHS papers and requests for data that Monsanto had separately sought from the AHS investigators affiliated with the National Institutes of Health through a FOIA request, correct?
MR. MILLER: Object to the form of the question. Intentionally misrepresenting the document. Read the document, Counsel.
BY MR. LASKER:
Q Dr. Blair?
A Apparently that's it.
Q And Dr. Sandler states, quote: We were hoping to make the Freedom of Information Act go away by offering data through a data sharing agreement.
Do you see that?

Page 212

A I do.
Q But -- and then Dr. Sandler says: "It's probably time to seek protection from NA -- NIH lawyers." Correct?
A Yes.
Q So the AHS investigators at the National Institutes of Health were seeking protection from National Institutes of Health lawyers to prevent Monsanto from getting access to the updated AHS data showing no association between glyphosate and non-Hodgkin lymphoma.
MR. MILLER: Object to the form of the question.
THE WITNESS: Maybe they did. I'm just -- I see the e-mail. It's the only thing I know about it.
BY MR. LASKER:
Q Okay. But you received this e-mail, correct? It's from your document production.
A Yes. But I'm saying I see this e-mail and that's the only thing I know about this.
Q You would agree that it's not appropriate for the National Institutes of Health to be seeking protection from its lawyers to prevent Monsanto from learning that the updated AHS data showed no

Page 213

association between glyphosate and non-Hodgkin lymphoma, don't you?
MR. MILLER: Objection. Calls for a legal conclusion. We already had one subpoena quashed.
THE WITNESS: I guess I don't see -- give me your question again, because I don't see it here. They're asking for data. That's the raw data.
BY MR. LASKER:
Q So do you believe -- well, strike that.
You would agree that it's not appropriate for the National Institutes of Health to turn to its lawyers to protect it from Monsanto's efforts to obtain updated Agricultural Health Study data with respect to glyphosate and non-Hodgkin lymphoma, don't you?
MR. MILLER: Objection to the question. It calls for a legal conclusion, when you've already lost before the court.
THE WITNESS: I don't think I can provide -- I mean there is a Freedom of Information Act that government employees follow, so I --
BY MR. LASKER:
Q Let me --
A -- I don't think I have any expertise in

this.

Q Do you think it's appropriate for the National Institutes of Health to try and use legal means to avoid providing Monsanto with updated Agricultural Health Study data?

MR. MILLER: Object to the question. Requires a legal conclusion and on a motion to quash you've already lost, Counselor. And that's the third time you've asked the witness the same question. You're clearly harassing the witness.

BY MR. LASKER:

Q Do you think it's appropriate for the National Institutes of Health to use its lawyers to prevent Monsanto from getting updated AHS data that shows no association between glyphosate and non-Hodgkin lymphoma?

MR. MILLER: Objection to the question. Calls for a legal conclusion on a motion to quash you have already lost and will lose when you try again. You are harassing the witness. That is the fourth time you have asked the same question. You have only a certain amount of time left.

Ask it again and there will be a fifth objection.

MR. LASKER: Okay. So you are objecting

to us finding out why the NIH has not given us the update from the Agricultural Health Study showing no association between glyphosate and cancer --

MR. MILLER: I'm referring to the National Institute of Health and their attorneys to find out what their legal rights might be, Counselor.

BY MR. LASKER:

Q And, Dr. Blair, perhaps counsel may try to prevent you from answering this question one more time, but I will ask you one more time.

MR. GREENE: Objection. I don't know if Dr. Blair --

MR. LASKER: He can answer that -- if that's his answer, that's fine. I just want an answer from him.

MR. GREENE: It's his position --

MR. LASKER: That's his -- if he has that answer, that's fine. I need to hear an answer from him, though. He's the witness.

MR. MILLER: What's the question, Counselor?

BY MR. LASKER:

Q Dr. Blair, do you think it's appropriate for the National Institutes of Health to use their lawyers to prevent Monsanto from getting updated

Agricultural Health Study data showing no association between glyphosate and non-Hodgkin lymphoma?

MR. MILLER: And I object to the question. This calls for a legal conclusion on the harassing subpoenas that have been sent out by Monsanto and have been quashed by this court as recently as two weeks ago. You have now asked the witness the same question six times. Ask it of the National Institutes of Health attorneys. Ask it of Judge Chhabria, see if Judge Chhabria will give it to you.

BY MR. LASKER:

Q Dr. Blair, do you have an answer to my question?

MR. MILLER: You don't have to answer that.

MR. LASKER: He's not your witness.

MR. MILLER: He's not my witness, but --

BY MR. LASKER:

Q Dr. Blair, do you have an answer to my question?

A No.

Q All right. Dr. Blair, you have had the opportunity to discuss the IARC classification with various interested parties over the past three years,

correct?

A In general, yes. Right.

Q I would like to ask you about some of those communications.

(Blair Exhibit No. 23 was marked for identification.)

BY MR. LASKER:

Q Marked as Exhibit 23. And this is an e-mail string from March 23rd to March 25th of 2015 between you and a number of members of the IARC staff, including Kurt Straif, Dana Loomis and Kate Guyton, correct?

A Yeah.

Q And in the beginning of this e-mail chain, which again is at the end of the physical documents, or actually it's the third page in, you are advising IARC about a number of press interviews that you had conducted in the wake of the IARC classification of glyphosate, correct?

A Yes.

Q And you state here that the reporters questioned you about why the IARC evaluation of glyphosate was different than those done earlier elsewhere, correct?

A Yes.

Q You stated -- I'm sorry, you state that your answer to the question was that, quote: New information becomes available over time. Right?
A Yes.
Q In discussing this new information, did you inform any of these reporters about the updated Agricultural Health Study data finding no association between glyphosate and non-Hodgkin lymphoma based upon a study that was three to four times larger than the 2005 AHS paper?
MR. MILLER: Objection to the form of the question.
THE WITNESS: No, because we're talking about papers that are published.
BY MR. LASKER:
Q Is there any rule that reporters impose like IARC imposes that prevents you from informing them about scientific data if it's not published?
A There is when talking about the IARC data, which is based on published studies.
Q Well, did the reporters -- here you're saying new information becomes available over time. Did you tell those reporters, Listen, I'm only going to talk to you about the published data and not the unpublished data that I'm aware of?

A No, I certainly didn't do that.
Q You've also had a --
A Let me add to that, though. Yes, I didn't do that, but it's only prudent and appropriate to talk about studies that are finished before you start talking to the press about them.
Q And --
A Because things change.
Q And it's your decision with the AHS, as an AHS investigator, to determine and decide when you're going to try and submit things for them to be published, correct?
A Absolutely.
Q You've also had a number of discussions with a reporter named Carey Gillam, correct?
A Yes, I think so.
Q Did you ever tell Carey Gillam about the updated AHS data showing no association between glyphosate and non-Hodgkin lymphoma?
A No.
Q Now, Ms. Gillam reached out to you in September of 2016, and let me show you the document because I don't know if you will remember this.
And let's this -- we will mark this as Exhibit 24.

(Blair Exhibit No. 24 was marked for identification.)
BY MR. LASKER:
Q And this is an e-mail exchange between you and Carey Gillam, correct?
A Yes.
Q And in this e-mail she is reaching out to you in September 2016 after a phone call she had with Chris Portier, correct?
A Yes.
Q And again, we've discussed the fact that Chris Portier has been critical of the published 2005 AHS study because of what he viewed as limited numbers and limited use of follow-up, correct?
A Yes.
Q Did the issue of the AHS study come up during this conversation with Ms. Gillam?
A The issue of the AHS study?
Q Yes. And Dr. Portier's criticisms of that study.
A I -- I don't recall.
Q Do you recall if Ms. Gillam was following up on Chris Portier's observations about the 2005 AHS study?
A Well, she had talked to him, but I --

nothing do I remember specific what was in the conversation she had with him.
Q But you do know that you did not tell her about the updated AHS data we've been discussing, correct?
A Correct.
Q You also contacted -- you were also contacted by someone named Marie-Monique Robin, correct?
Well, let me show you --
A Is there a document here somewhere?
Q There will be. It's the next one in line. Just wait a second.
A Doesn't ring a bell.
MR. LASKER: This will be Defense Exhibit 25.
(Blair Exhibit No. 25 was marked for identification.)
MR. MILLER: Thank you. 25.
MR. LASKER: 25.
BY MR. LASKER:
Q And so this is an e-mail in August of 2016 from Marie-Monique Robin to you, correct?
A Yes.
Q And in her e-mail to you, Ms. Robin

explains that she is the author of a number of books that have been sharply critical of Monsanto and glyphosate, including, quote, Our Daily Poison, correct?
A I assume that is in there somewhere, but --
Q It's right at the beginning of her e-mail to you. "I am the author of documentaries and books, The World According to Monsanto, Our Daily Poison --
A Okay. Yes.
Q -- Crops of the Future, Good Old Growth.
A Yes.
Q And she also in that e-mail in the next paragraph accuses Monsanto of crimes against the environment and the ecosystem because of its sales of glyphosate, correct?
A Well, I don't see exactly the words you just read, but --
Q Well, she talks about submitting -- and about halfway through, she talks about making recommendations to the International Criminal Court in The Hague to recognize the crime of ecocide.
Do you see that?
A Okay.
Q So she is suggesting that Monsanto should

be tried in the International Court -- Criminal Court in The Hague, correct?
A I -- I guess. I mean this is not something I -- I mean this sounds legal that I -- I can guess what the words say, but I have no idea what that means.
Q And Ms. Robin was referred to you by Kathryn Guyton of IARC, correct? That's what her subject line says.
A Yes.
Q Do you know why IARC suggested that Ms. Robin speak with you about glyphosate and her views about the International Criminal Court?
A No.
Q Do you believe --
A Other than I assume it's because I was on the IARC panel.
Q Do you believe that the sale of glyphosate amounts to a violation of international criminal law?
A I --
MR. MILLER: Calls for a legal conclusion.
THE WITNESS: Yeah, I --
BY MR. LASKER:

Q You don't have an opinion one way or the other on that?
A No.
Q Did you --
MR. LASKER: Whoever is on the phone, if they could moot -- mute their line, please.
MR. MILLER: Is anyone on the phone?
MS. WAGSTAFF: Yeah, Aimee Wagstaff. I will put it back on mute.
MR. MILLER: Thank you. Thank you, Ms. Wagstaff.
BY MR. LASKER:
Q Did you tell Ms. Robin about the updated Agricultural Health Study data that showed no association between glyphosate and non-Hodgkin lymphoma?
A No.
Q Okay. You were also contacted on March 6th --
A I did not tell her about the incompleted AHS study --
Q Understood.
A -- that purports to show no -- yes. Let's use those words from now on.
Q And again, as an investigator for the

AHS, it was your determination whether to submit that data for publication or not, correct?
A Yes. Not mine; authors.
Q You were one of --
A I'm just one of the authors.
Q -- the authors. Okay.
(Blair Exhibit No. 26 was marked for identification.)
THE WITNESS: Are we done with the one we just looked at?
MR. LASKER: Yes, we are.
BY MR. LASKER:
Q So Exhibit 26, now you have an inquiry from Mr. A Martin from Bloomberg News, correct? Andrew Martin?
A Yes.
Q And in his e-mail to you on March 24th, 2016, he states, quote: I wonder if you would be willing to talk about the pesticide -- pesticide industry's response to the IARC report on glyphosate, in particular criticism that was specific to you.
Do you see that?
A Yes.
Q And you in response to this reach out to IARC asked them what -- what this might be about,

correct? You reach out to Kathryn Guyton and Kurt Straif of IARC.

You have to go backwards. It's the first page that has your response.

A Well, I certainly referred him to IARC. I --

Q Well, you reach out to IARC and say, any idea of what criticisms he is referring to --

A Okay, yes. I see it.

Q -- or any advice.

A Yes. Right.

Q So you asked IARC for advice as to how to respond to Andrew Martin from Bloomberg News.

A The -- actually, the decision was always who was going to talk to whom. IARC people talk to some, I talk to other people, and it was just a decision of who was going to talk to him.

Q So IARC in their response to you state that Mr. Martin might be talking about two potential criticisms, correct? There are two potential issues that come to mind?

A This is the top?

Q The top e-mail.

A Yes.

Q And the first potential criticism that

IARC identifies is the issue of the negative AHS study outweighing the positive studies on non-Hodgkin lymphoma, correct?

A Okay. Yes.

Q And the second potential criticism is about experts reviewing their own work --

A Yes.

Q -- which is the issue that you had raised at the very beginning of this process, correct?

A Yes.

Q And Mr. Straif of IARC refers you to some IARC Q&A in response to those criticisms regarding IARC's treatment of the Agricultural Health Study, correct?

"We have posted additional material on our website responding to some criticisms." Do you see that?

A This is still in the top?

Q Yeah, the top e-mail, the third paragraph: After the latest invitation to the European Parliament, we have posted additional materials on our website" --

A Okay. Okay. Yes. All right.

Q -- "responding to some criticisms including the AHS issue." Correct?

A Okay. Yes.

Q So let's take a look at that IARC Q&A document.

(Blair Exhibit No. 27 was marked for identification.)

BY MR. LASKER:

Q Exhibit 27. And this is from the IARC website dated March 1st, 2016. So this is a few weeks before the e-mail exchange we just looked at, correct?

A Yes.

Q So this is the Q&A on glyphosate that IARC refers you to with respect to the criticisms of the AHS study, correct?

A Yes.

Q Now, with respect to the Agricultural Health Study, if you can go to page 2, there is in the middle of the page in bold a discussion of the Agricultural Health Study and the criticisms of IARC's dealing with that study and then IARC's response. Correct?

A Yes.

Q And IARC in its Q&A states: "The Agricultural Health Study has been described as the most powerful study, but this is not correct. The

AHS data on cancer and pesticides use in more than 50,000 farmers and pesticide applicators in two states in the U.S., the weakness of the study is that people were followed up for a short period of time, which means fewer cases of cancer would have had time to appear." Correct?

A Yes.

Q But as of this date, you were aware and had been for three years that there was more AHS data that had a longer follow-up and some four times more cases of NHL than had been discussed in the 2005 published paper, correct?

A Yes. For analyses that had not been completed.

Q Did you write back to Kurt Straif at IARC and point out that there is actually more updated data available from the AHS and that this criticism was no longer valid?

A No, because IARC works on papers that have been published.

Q And the IARC Q&A also refers in that last -- second paragraph, last paragraph in response to the questions about the Agricultural Health Study that the IARC working group had done an analysis -- statistical analysis of the results of all of the

available studies on glyphosate and non-Hodgkin lymphoma, which includes the AHS and all the case-control studies, and that's referring to the meta-analysis, correct?

A Yes.

Q And the Q&A states that the data from all the studies combined showed a statistically significant association between non-Hodgkin lymphoma and exposure to glyphosate, correct?

A Correct.

Q And did you write back to Kurt Straif and point out that there was updated both from the Agricultural Health Study and through the NAPP that, if included, would result in that meta-analysis not showing a statistically significant increased risk of non-Hodgkin lymphoma?

A No, because those studies hadn't been published and weren't finished.

Q Now, you have also had conversations since the IARC glyphosate monograph with scientists at EPA, correct?

A Yeah, I guess. I --

MR. LASKER: Let's mark this as Exhibit 28.

(Blair Exhibit No. 28 was marked for

identification.)

BY MR. LASKER:

Q Now, Dr. Blair, does EPA have any rule that states that it will not look at data unless it's been published, to your knowledge?

A Not to my knowledge.

Q Okay. So this is an e-mail chain from May 2016 between you and a scientist at EPA named Natasha Henry. Did you in fact meet with EPA about glyphosate on or about May 2016?

A I'm trying to remember whether we met or just talked. I actually don't remember.

Q Okay. Do you recall if you've had more than one conversation with EPA about glyphosate?

A I had two conversations with this person. But two for sure.

Q Okay. And did you tell Dr. Henry or anyone else at EPA about the updated AHS findings of no association between glyphosate exposure and AH -- and non-Hodgkin lymphoma that are set forth in that 2013 study we just looked at?

A No, because the studies weren't finished and weren't published.

Q But we just talked about the fact that EPA does not limit its anal- -- analysis to published

data, correct?

A But it makes a difference to scientists to not release things before you're finished with it. And that was the case here.

Q Did EPA ask you any questions about the AHS?

A I don't remember.

Q And you are aware that EPA has -- is in the process of -- of conducting its analysis and has issued some findings with respect to glyphosate and cancer, including non-Hodgkin lymphoma, correct?

A I've seen it in the press.

Q EPA, in reaching that determination, has not had the benefit that you have of having seen the updated Agricultural Health Study data showing no association between glyphosate and non-Hodgkin lymphoma, correct?

A Correct.

Q Now, you've also been contacted by plaintiffs' attorneys in this litigation, correct?

A Yes.

Q Let me mark as the next exhibit in line, Exhibit 29.

(Blair Exhibit No. 29 was marked for identification.)

MR. MILLER: 28. I could be wrong.

MR. LASKER: This is 29.

THE WITNESS: This is 29.

MR. MILLER: Okay, 29 it is.

BY MR. LASKER:

Q And this is an e-mail exchange between you and Kathryn Forgie, who is sitting at the end of this table, at the Andrus Wagstaff law form -- law firm, correct?

A Yes.

Q And did you in fact meet with Ms. Forgie or any other plaintiffs' attorneys in December 2015?

A Well, I must admit I don't remember, but this sounds like I did. So I must have.

Q Well, let me ask you --

A I know I talked to her.

Q Separate from this document, you've had -- you've had a conversation with plaintiffs' counsel.

A Absolutely. Yes.

Q How many conversations have you had with plaintiffs' counsel in this litigation prior to today?

A Well, it -- I'm not sure I can give a precise answer, but not many.

Q A half dozen?
A I don't think it was that many, but I don't know for sure.
Q Three or four?
A That would be my guess, three or four.
Q And what -- what did you and plaintiffs' counsel discuss during these conversations?
A Well, as I recall, they were asking about what went on at IARC and I think whether or not I would provide advice regarding this. And I said no.
Q Did they ask you any questions about your own scientific research including the Agricultural Health Study?
A I don't remember.
Q Do you recall if you shared with plaintiffs' attorneys any information about either the North American Pooled Project or the Agricultural Health Study analyses that were still going forward?
A I doubt it.
Q You said you had three or four conversations with plaintiffs' counsel.
A No, I said I guessed.
Q So the first conversation, was the issue of whether or not you would serve as an expert witness raised?

A Well, I'm not sure whether it was the first conversation or which one. I --
Q So there were a series of conversations in which you guys were discussing the possibility, three to four conversations; is that fair?
A There was more than one. I don't actually know what the number was. But adding the numbers, it's more than one. That's all I know for sure.
Q Do you recall how long these conversation lasted?
A Not long.
Q Let me show you an e-mail from May of 2016. And this is an e-mail exchange between you and a Dr. Weisenburger. Do you who Dr. Weisenburger is?
A I do.
Q Who is Dr. Weisenburger?
A He is a cancer researcher.
MR. MILLER: May I have a copy, please. Exhibit 30? Maybe it is behind there.
MR. LASKER: I'm sorry. I did that. Just -- sorry.
MR. MILLER: Sure. Okay. Exhibit 30.
(Blair Exhibit 30 was marked for identification.)

BY MR. LASKER:
Q Okay. So this is an e-mail that was forwarded to you from Dr. Weisenburger. Again, I'm sorry, I missed it. Who was Dr. Weisenburger?
A Pardon?
Q Who is Dr. Weisenburger?
A He's a pathologist who does epidemiologic studies like I do.
Q And he -- he actually is one of the other investigators with you on the North American Pooled Project?
A He is.
Q And so he also would be aware and would have been aware of this analysis of the NAPP data that we looked at earlier before the IARC monograph --
A Well, probably, but there's a lot of co-authors in that study and they get informed at different times, depending on where you are in the analysis, and I don't remember about this one. Eventually he would be informed if he wasn't then.
Q And so Dr. Weisenburger here -- Dr. Weisenburger, these e-mails reflect, is serving as an expert witness for plaintiffs' counsel, correct?

A I think so.
Q You have had conversations --
A Yes.
Q -- with him where he's told you that, correct?
A Yes.
Q And in this e-mail he is passing on to you, he is letting you know that plaintiffs' counsel have contacted him about discussing his first case, correct?
A Yes.
Q What did Dr. Weisenburger tell you about his meetings with plaintiffs' counsel regarding this litigation?
MR. MILLER: Objection.
THE WITNESS: I -- I -- I don't remember.
BY MR. LASKER:
Q Do you recall having conversations with him about the NAPP data and how and when that might be published?
A I'm sure we had conversations about that.
Q Well --
A I don't remember details, but I'm sure we had conversations.
Q Okay. You had mentioned earlier with

respect to the NAPP that there has been a number of -- more than one presentation of that data to date, correct?

A Well, two for sure. Maybe more than that.

Q And during that process, the NAPP investigators, you and Dr. Ferguson and other -- Dr. Weisenburger, I'm sorry, and others have been looking at the data in different ways, correct, and reporting it in different ways? Is that fair to say?

A We've been looking at the analyses that have been done trying to make judgments about what it says. Is that what you mean?

Q Well, in your presentation of the data, the data you're presenting had been changing over time, correct?

A I don't actually know whether that's true or not.

Q Okay. Well, let me show you an e-mail exchange between NAPP investigators -- actually, before we get to that, let's just refer back to Exhibit 29, which is the e-mail exchange between you and Ms. Forgie, plaintiffs' counsel.

And if you look at the first e-mail in that chain, it's dated -- again, it's the last page,

so the second to the last page or the last page of the document. It's from Ms. Forgie to you, and it states: "Dear Dr. Blair" -- and this is dated on August 20, 2015, correct? Go to the last page.

So Ms. Forgie sent you this e-mail, plaintiffs' counsel, on August 20, 2015, correct?

A August 20. I thought you said August 15. August 20.

Q And in this e-mail, plaintiffs' counsel indicates that they have spoken to you twice with regard to pesticide exposure and cancer, and she notes that she is an attorney with Aimee Wagstaff, correct?

A Okay. Yes.

Q Okay. So I just want to put that in time.

If we can go back now to what has been marked as Exhibit 31. This is now an e-mail exchange on August 26, 2015, correct? I'm sorry.

A I don't have 31.

(Blair Exhibit No. 31 was marked for identification.)

MR. LASKER: I'm sorry, I need to give you one here. Let me finish this process.

MR. MILLER: 31?

MR. LASKER: 31.

MR. MILLER: 31.

BY MR. LASKER:

Q So this is -- this e-mail is about a week after your e-mail exchange with plaintiffs' counsel, correct?

A Yes. Yes. August 20 -- 26th.

Q So if we can now look at the earliest e-mail in this string, Exhibit 31, so, again, you got to go back to the end and read forward, Dr. Pahwa is advising you and other NAPP investigators that she was going to be presenting findings about glyphosate use and NHL risk at the International Society for Environmental Epidemiology in August -- on August 31st, 2015, correct?

A Yes.

Q And she states in her e-mail, the very last line, that she is sharing her slide deck for that presentation with you all in advance, quote, given the sensitivity of the topic, correct?

A Yes.

Q And in your e-mail response, which is -- starts on the bottom of the first page of this document and then continues through the second page, you state that Dr. Pahwa will need to be prepared for

questions after the presentation and that the -- the question is going to be, Do these data indicate that the IARC evaluation was wrong?

Do you see that?

A It's on the first page?

Q It's on the second page.

A Yes.

Q And you also suggest alerting IARC in advance of the meeting, correct?

A Yes.

Q Now, you do not suggest alerting Monsanto to the NAPP data, do you?

A No.

Q And if you look at page -- the first page of this e-mail chain, in fact, you were concerned that Monsanto might be, quote, scanning programs of meetings like ISEE and might find out about the NAPP findings, correct?

A Well, if you're presenting at a meeting, you can't be concerned about them finding it because, again --

Q Doctor --

A -- it's at the meeting.

Q Dr. Blair, do you see --

MR. MILLER: Don't. Stop. Let him -- I

object.

Doctor, if you want to finish the answer, go right ahead.

MR. LASKER: I'm sorry.

MR. MILLER: He doesn't have the right to interrupt you.

BY MR. LASKER:

Q I'm sorry, did you have more to say? I thought you were finished.

A It's -- if you're presenting at a meeting, you would assume people might be able to get something, and you just want to be prepared to deal with questions that might come. It's known that this is pretty topical.

Q You state in your e-mail that, quote: I just suspect Monsanto has someone scanning programs of meetings like ISEE and would want to get press if they can. Correct?

A Yes. Yes.

Q And you were worried about that possibility, correct?

A Worried about the person presenting not being prepared to address questions that are relevant to them.

Q And for that reason, you decided -- you

told Dr. Pahwa that she should alert IARC in advance, correct?

A Because it would affect what IARC gets, yeah.

Q Now, let me show you another e-mail that branches off in this e-mail chain of Exhibit 31, Exhibit 32.

(Blair Exhibit No. 32 was marked for identification.)

MR. MILLER: 32.

MR. LASKER: 32.

MR. MILLER: Gotcha.

BY MR. LASKER:

Q And this e-mail chain sort of branches off from the earlier e-mail chain, and the second e-mail in this chain starting from -- again, we've got to go to the back, so we have to read this backwards, I apologize -- but the second to the last page, there is an e-mail that was sent by you at 4:11 p.m. on August 26, 2015.

Do you see that?

A Yeah.

Q So that e-mail was sent -- and, I'm sorry, to make you do this, if you go back to Exhibit 31 -- this e-mail was sent roughly nine hours

after you -- after you had raised the issue of the questions that Dr. Pahwa might receive about her presentation, correct?

A Okay.

Q And as set forth in this e-mail now at 4:11 p.m., and Dr. Pahwa's responding e-mail at 4:22, Dr. Pahwa had revised her slide presentation in response to comments she had received from you and from the other NAPP investigators, correct?

A Yes.

Q She also states that the abstract of the NAPP findings for glyphosate and non-Hodgkin lymphoma, quote: Does not appear on the ISEE website or in the conference program. Correct?

A Yes.

Q So she addressed your concern about the possibility that Monsanto might learn about these NAPP findings. Correct?

A Yes.

Q Dr. Pahwa agrees with you that it would be best for her not to deal with any potential press at the COP conference about her NAPP findings, correct?

A Yes.

Q She states, though, that she will prepare

some talking points, and that she will share them with you and the rest of the group prior to the conference, correct?

A Yes.

Q In response, you again suggest that the abstract and the slide deck should be shared with IARC prior to the ISEE conference, correct?

A Yes.

Q So even though you now were sure that Monsanto was unlikely to learn about the NAPP findings, you still wanted IARC to be prepared in the event that the findings somehow got out to the press --

A Yes.

Q -- correct?

A Yes.

Q And then you prepared some talking points for Dr. Pahwa in case she was questioned about the NAPP findings and how they relate to the IARC evaluation, correct?

A Which -- where are you reading --

Q The first page now, the last e-mail: "I think we also should provide some suggested talking points in case" --

A Okay, yes. First page, yes.

Q So you prepared some talking points for Dr. Pahwa just in case --
A Yes.
Q -- she was asked about IARC?
A Yes.
Q Now, Dr. Pahwa gave a subsequent presentation about the NAPP findings in connection with IARC's 50th anniversary conference in June 2016, correct?
A Yes.
Q Let me show you an e-mail chain with respect to that presentation. And this is going to be 33.
(Blair Exhibit No. 33 was marked for identification.)
BY MR. LASKER:
Q And this is the e-mail chain between various of the NAPP investigators, including Dr. Cantor, correct?
A Yes.
Q And you are on there as well.
A From Dr. Cantor, yes.
Q Who is Dr. Cantor?
A He is a retired epidemiologist from the National Cancer Institute.

Q And Dr. Cantor actually was lead author on one of the first studies on -- that reported data on glyphosate and non-Hodgkin lymphoma, correct?
A Correct.
Q And in his original case-control study, he did not find any association between glyphosate and non-Hodgkin lymphoma, correct?
A That's what I remember.
Q But that data has now been pooled into the NAPP, correct?
A Yes.
Q Now, in this e-mail chain, there is a discussion of five abstracts that the NAPP was preparing for the IARC conference, correct?
A Yes.
Q And one of these abstracts addressed the NAPP findings that were going to be reported with respect to glyphosate and non-Hodgkin lymphoma, correct?
A Yes.
Q And Dr. Cantor in his e-mail talks specifically about that abstract with respect to glyphosate, correct?
A Yes.
Q And in his e-mail about the NAPP

findings, Dr. Cantor states that the findings with respect to glyphosate and NHL, quote, are less than convincing given that control for other pesticides resulted in attenuated OR, which aren't in the abstract. Correct?
A Yes.
Q So we discussed earlier the NAPP data in June 2015 which showed no association between glyphosate and non-Hodgkin lymphoma when adjusted for other pesticides. You recall that, correct?
A Yes.
Q And Dr. Cantor is explaining in his e-mail now in January 2016 that the NAPP data still did not show any statistically significant association between glyphosate and non-Hodgkin lymphoma when the data was controlled for other pesticides, correct?
A Correct.
Q But in presenting the NAPP data for the IARC meeting, the abstract only reports odds ratios without controlling for other pesticide exposures, correct?
A I don't remember.
Q Well, Dr. Cantor is expressing that concern in this e-mail, correct, that the data on --

the control data is not reported in the abstract?
A Well, he suggests the last sentence be removed.
Q He states that: "Results in the second abstract glyphosate -- about glyphosate are less than convincing given that control for other pesticides resulted in attenuated OR which aren't in the abstract."
So this concern is that the presentation of the NAPP data was not making clear that when the data was controlled for other exposures, there was no association between glyphosate and non-Hodgkin lymphoma?
A I understand all that. I don't -- but then he suggests it should be removed from the -- and so I'm not clear whether he is suggesting remove it from the abstract for this meeting or from some later publication. I'm not clear about that.
Q But his concern was that we were presenting -- the NAPP was presenting data without presenting the data on controlled --
A Clear --
Q -- exposures with glyphosate and other pesticides?
A Yes.

Q Okay. So let's turn to the slide deck that the NAPP presented at that IARC conference.

(Blair Exhibit No. 34 was marked for identification.)

MR. MILLER: And this is Exhibit 34.

BY MR. LASKER:

Q So you could take a chance to look through it. This document Exhibit 34 is the presentation that was made -- strike that. Hold on a second. I'm not sure I have the right one. I don't know if this is the right one. This is June 2016 -- yeah, no, I'm sorry, this is right. Okay.

So this is the presentation that was made in June 2016 as part of the IARC @ 50 Conference, correct?

A I think so, yes.

Q And unlike the June 2015 data that we -- that we talked about earlier which presented only the controlled odds ratios accounting for other pesticide exposures, this June 16 presentation also presents odds ratios not controlled for those exposures, correct? So it's presenting the uncontrolled data.

A (Perusing document.)

Q Do see the reports that -- both for uncontrolled and for controlled for the pesticide

exposures, have both those data in there?

And if you look at the tables -- on the bottom of those tables, they have ORA and ORB. So ORA is the unadjusted numbers and ORB is the adjusted numbers. Do you see that?

A Yes.

Q And so by presenting the unadjusted data, NAPP was able to present data that it could report as being statistically significant with respect to glyphosate and non-Hodgkin lymphoma, correct?

A Where on this table it says it's adjusted for --

Q Yes.

A -- 2,4-D, diazinon and malathion.

Q Right, that's ORB, correct?

There's ORA and there's ORB, and you present, unlike in June 2015 when you controlled for other exposures and just presented the controlled data, in this presentation you've now added in a presentation of the uncontrolled odds ratios, correct?

A Oh, yes. If that's your point, yes. I thought you were saying it was only presenting ORA. Well, it presents both.

Q It presents both. And by presenting the

uncontrolled data, you therefore were able to present NAPP data to IARC that had a numerical number that was statistically significant, correct, with respect to glyphosate?

A That is the case, yes.

Q And unlike the June 2015 data we looked at, the June 2016 presentation does not provide any odds ratios that exclude proxy respondents and relied solely on the more reliable self-reported data, correct?

A Suggested for use of proxy respondents.

Q It does not -- it does not present data solely for self-respondent data, though, correct?

A It's suggested for use of proxy -- proxy respondents.

Q I understand. My question is, it does not present data solely from self-reported --

A That --

Q -- correct?

A That adjustment does literally the same thing.

Q Well, we know from the June 2015 data that when self-responded only data from the NAPP is used, the result is virtually null, with odds ratio of 1.04 for glyphosate and non-Hodgkin lymphoma,

correct?

A Yes.

Q But that information is no longer in the presentation in 2016; that's been -- correct?

A It's adjusted for proxy respondents.

Q That data point, 1.04, showing a null result from the most reliable exposure data for glyphosate and non-Hodgkin lymphoma is no longer in the presentation.

MR. MILLER: Objection. Asked and answered. He said it's been adjusted.

MR. LASKER: Okay. Now we have two witnesses, but I will ask the question --

MR. MILLER: No, you don't have two witnesses.

THE WITNESS: Just say it again.

MR. MILLER: You have one lawyer who is harassing one witness. He said it had been adjusted.

BY MR. LASKER:

Q Dr. Blair --

A Say it again.

Q -- the data with the 1.04 odds ratio that was in the presentation in June 2015 that showed a complete null result of ever versus never use for glyphosate and non-Hodgkin lymphoma, is that 1.04

data point in this presentation?
MR. MILLER: Objection. Asked and answered.
Go ahead, Doctor.
THE WITNESS: I don't actually know whether it is, but there are a lot of data points that are less than 1.0.
You know, so is the one you're mentioning in there, I -- I would have to pour through this. You may be right, but I'm saying there are a lot of others in here that are less than 1.0.
BY MR. LASKER:
Q It's fair to say, Dr. Blair, that the NAPP has presented different data, and presented different data now in June 2016 for this IARC meeting than it had presented in June 2015, correct?
A Yes. And that's because analyses move along and you do different things.
Q Okay. And this presentation in June 2016 was made -- and one of the authors, by the way, or one of the listed authors on this June 2016 presentation is Dr. Weisenburger, correct?
A Yes.
Q And Dr. Weisenburger as of this time we know was already serving as an expert witness for plaintiffs, correct?
A Probably, yeah.
Q Let's mark as the next exhibit in line an e-mail you received from Dr. Weisenburger on August -- in August 2016.
(Blair Exhibit No. 35 was marked for identification.)
BY MR. LASKER:
Q And this is Exhibit 35.
MR. MILLER: 35.
MR. LASKER: 35.
MR. MILLER: Got it.
BY MR. LASKER:
Q And again, so the record is clear, at the time Dr. Weisenburger wrote this e-mail to you in August 2016, he was serving as an expert witness for plaintiffs in this litigation, correct?
A I -- I don't know that, but you must have the dates.
Q Well, we can go back to this. He had sent you an e-mail in -- in May 2016. I think that was Exhibit 30 if you want to refer back.
A No, that's --
Q May 2016.
A I'm just saying you asked me point blank all these dates --
Q Okay.
A -- and immediately I do it, you start fumbling through the paper. Just say, No, we got an e-mail, and got it, and then we will move on. Okay?
Q Well, I was trying to find the e-mail to help refresh your recollection.
A No, you weren't.
Q Dr. Blair -- Dr. Blair, in May of 2016, you had an e-mail that made it clear to you that Dr. Weisenburger was serving as an expert for plaintiffs in this litigation, correct?
A Yes.
Q Okay. So in August of -- let me get my dates correct -- in August of 2016, you certainly were aware of the fact that Dr. Weisenburger was serving as an expert witness for the plaintiffs in this litigation, correct?
A Yes.
Q And in his e-mail to you, he is pressing for publication of the NAPP data as it had been most recently presented at the IARC meeting, correct?
A Yes.
Q Dr. Weisenburger says, quote: It is important to get our U.S.-Canadian paper on this submitted soon as to be considered by the European authorities in their review of glyphosate. Correct?
A Yes. To be --
MR. MILLER: You read the quote wrong.
MR. LASKER: I'm sorry. I will read it again.
THE WITNESS: Yeah.
BY MR. LASKER:
Q I will read it again. The earlier e-mail, and that's --
A Yes. Okay. I'm sorry.
No, it's okay, it's down in the bottom. Only just "European authorities" was not in the line you were reading and I was trying to follow.
Q To be fair --
A But it's down below. It's okay.
Q To be fair, the e-mails below are between Christopher Portier and Dr. Weisenburger, correct?
A Yes. Yes.
Q And Christopher Portier is also an expert witness for plaintiffs, correct?
A I don't -- maybe I know that. But I don't know.
Q I will represent to you that he has because he's subpoenaed already for plaintiffs in

this litigation.
A Okay.
Q So the first e-mail is between Chris Portier and Dennis Weisenburger, two plaintiffs' experts in the litigation, talking about the EU's review of glyphosate, correct?
A Yes.
Q And then Dr. Weisenburger turns to you and sends an e-mail saying, quote: It seems important to get our U.S.-Canadian paper on this submitted soon so it can be considered in this review. Correct?
A Correct.
Q And he is talking about the NAPP paper that was now being --
A I -- I assume so. I'm sure that's the case, yeah.
Q So -- and again, as one of the investigators on the NAPP, you and Dr. Weisenburger have the ability to publish data or not publish data as you -- as you choose, correct?
A No. Dr. Weisenburger and I and the many other authors on the paper make the decision when papers are ready for submission for publication.
Q So you certainly have the ability to try

and get data published at --
A Absolutely.
Q -- whatever time when you decide to do so.
A Absolutely.
Q And prior to the IARC working group meeting, you had data from the North American Pooled Project, you had data from the Agricultural Health Study, and you decided, for whatever reason, that that data was not going to be published at that time, and therefore was not considered by IARC, correct?
A No. Again, you foul up the process. What we decided was the work that we were doing on these different studies were not yet -- were not yet ready to submit to journals. Even after you decide to submit them to journals for review, you don't decide when it gets published.
Q You submit --
A But first you have to decide is it ready for submission; that the -- all the authors are satisfied with the analysis and interpretation, and that's the process these papers are in.
Q You submitted AHS data for pesticides in 2014, correct?
A I -- again, I don't know what you're

referring to AHS data on. Many AHS data on pesticides are submitted.
Q Okay. There's an updated data -- updated study on the Agricultural Health Study data on non-Hodgkin lymphoma and pesticides, and you decided to submit that data in 2014, and in fact, that study was published in 2014, correct?
A Yes.
Q All right. And you decided not to submit data that had been included in a draft with that same pesticide data for publication, correct?
A Yes.
Q And you to this day have not submitted that data for publication, correct?
A Correct.
Q But in this exchange in August 2016, we have two plaintiffs' counsel discussing how they can get certain data published so that it could be considered, correct?
MR. MILLER: Object to the form of the question.
BY MR. LASKER:
Q That is Chris Portier and Dennis Weisenburger trying to figure out, now that the NAPP data has been reviewed and altered from August of --

from 2015 to 2016, they're now talking about how can we get this published, aren't they?
MR. MILLER: Object to the form of the question.
THE WITNESS: Well, that's not the words I would use to describe what they're trying to do, but that is okay.
MR. LASKER: Let's take a brief break. I may be done.
THE VIDEOGRAPHER: Okay. The time is 3:10 p.m. We're going off the record.
(Recess.)
THE VIDEOGRAPHER: The time is 3:16 p.m., and we're back on the record.
BY MR. LASKER:
Q Dr. Blair, I need you to turn to another issue briefly. What is the Ramazzini Institute?
A It's not an institute. It's an association, a professional association.
Q Have you ever done work for the Ramazzini association?
A No.
Q Have you ever collaborated with the Ramazzini association with respect to any scientific research that you can recall?

A Not that I -- I don't think so. I -- I'm a member of it. I don't think I've ever done anything with them.
Q So you're -- you're a member. Does that mean you've gone to meetings?
A I've been to one meeting.
Q Okay. Have you had any discussions with anyone at Ramazzini regarding glyphosate?
A I don't remember it, but I guess it's possible.
MR. LASKER: Thank you, Doctor. I have no further questions.
I do have to -- just before I forget, there was one document that -- and we can do this after you are done, but I am remembering now, so I want to do it. There was one document that you used in your direct examination that was an e-mail that's confidential and under the protective order. So just that document, and it was really like maybe two or three questions about that document, we will designate as "Confidential" under the protective order.
MR. MILLER: That is fair. Okay.
MR. LASKER: And that's that.
MR. MILLER: Great. Let's switch seats

and keep this moving.
THE VIDEOGRAPHER: The time is 3:18 p.m. We're going off the record.
(Recess.)
THE VIDEOGRAPHER: The time is 3:22 p.m., March 20th, 2017, and we are on the record with video 4.

REDIRECT EXAMINATION

BY MR. MILLER:
Q Good afternoon, Dr. Blair.
A Afternoon.
Q Again, I'm Michael Miller, and I started out today asking questions, and I'm going to follow up in response to the questions from Monsanto's attorneys, okay?
A Okay.
Q Okay. Now, you and I never met each before today, have we?
A I don't think so.
Q No. I'm about your age. I'm not sure -- yeah, our memories are what they are. But we've never met each other, right?
A Right.
Q Okay. And we've never talked on the phone, right?

A No, I don't think so.
Q Okay. And to the extent you talked to one lady lawyer out of Denver that asked you to be an expert for plaintiffs, you said you would rather not do that, right?
A Right.
Q You wanted to stay impartial and neutral, didn't you?
A That's the way I look at it, yes.
Q Your science is what's important to you?
A Yes.
Q Okay. Now, let's get over some of the substance that was brought up by Monsanto's attorneys.
One of the issues that he talked about, and he showed you Exhibit 26, was an issue that someone at IARC had e-mailed you about after -- is it fair to say after IARC issued its report that probably -- that glyphosate probably caused non-Hodgkin lymphoma, there was quite a bit of ruckus, if you will, about all that, wasn't there?
MR. LASKER: Objection to form.
THE WITNESS: Yes.
BY MR. MILLER:
Q Okay. And one of the issues was that

there was this negative AHS study that you've been talking about a lot with Monsanto's lawyers, right?
A Yes.
Q And there were the -- the positive studies on non-Hodgkin lymphoma, right?
A Yes.
Q So the issue is we're weighing the positive case-control studies, more than a few of them that the jury has heard of by now, that show the association statistically significant between glyphosate and non-Hodgkin lymphoma, and the negative study, AHS, which really didn't show a statistically significant association, right?
A Correct.
Q And you, Dr. Blair, are one of the authors of that AHS study, right?
A Yes.
Q Yet when it came time to vote as a volunteer scientist on the International Agency for the Research for Cancer, you voted unanimously with 16 of your peers that there was a probable association between glyphosate and non-Hodgkin lymphoma, right?
A Well, I voted that way. I think it was unanimous. I don't actually remember.

Q I understand. I understand.
And you're not the only author of the AHS study that -- that thinks there is an association between glyphosate and non-Hodgkin lymphoma, are you, sir?
MR. LASKER: Objection to form.
THE WITNESS: I actually don't know the answer to that.
MR. MILLER: What's our next number exhibit?
MR. LASKER: 36.
MR. MILLER: Thank you.
All right. 36.
(Blair Exhibit No. 36 was marked for identification.)
BY MR. MILLER:
Q And I might not be pronouncing this right, but Michael Alavanja?
A Alavanya (phonetic).
Q Excuse me. Michael Alavanja is one of the authors of the AHS study, isn't he?
A He is.
Q No. 36. All right. Here is an article that Dr. Alavanja wrote that came out -- let's make sure we get the date right -- in 2013? Yes, okay.

Which was about -- well, which was the same year as you had your AHS data, right, that you talked about so much --
MR. MILLER: Excuse me, here's a copy for counsel.
MR. LASKER: Thank you.
BY MR. MILLER:
Q And here's a copy for you, Dr. Blair.
-- the same year that you had that -- that AHS study, right?
A Yes, this paper is in the same time frame, '13.
MR. LASKER: And I'm going to object to form. Questioning a fact witness about a paper that he is not an author of. Lack of foundation.
BY MR. MILLER:
Q And here's what he says on page 5 in his table about glyphosate --
MR. LASKER: Where are you?
MR. MILLER: Table 5.
MR. LASKER: What page is it?
MR. MILLER: Let's count them out. Let's count them out. One, two --
MR. LASKER: That's not going to work. I thought there was a page number on the bottom.

MR. MILLER: No, sir, I don't have one. When you have -- when you have Table 5, let me know, and we will get back to work here.
MR. LASKER: Table 5?
BY MR. MILLER:
Q But this author of the AHS study in the same year that you have --
MR. LASKER: I'm sorry. Is this the glyphosate on the middle of the page?
MR. MILLER: Table 5. Are you -- when you've found Table 5, I'm going to ask my question. Are you ready, Counsel?
MR. LASKER: Okay.
MR. MILLER: Okay.
BY MR. MILLER:
Q Table 5, this author of the AHS in the same year that this so-called new data comes out in 2013 says: "Glyphosate is positively associated with non-Hodgkin lymphoma. That's the epidemiologic evidence."
Do you see that, sir?
MR. LASKER: Objection to form. Incomplete reading of the exact line that you're looking at.
BY MR. MILLER:

Q You can answer, Doctor.
A All right. I'm actually trying to find it. Is it on the first page of the table or the second?
Q I tell you what, it's easier if we all look at the screen.
A Oh, oh, sorry. All right.
Q I said Table 5, Dr. Alavanja says "epidemiologic evidence." Do you see that, sir?
A Yes.
Q And he lists --
A Yeah. Okay.
MR. LASKER: 47. Reference Windstar.
BY MR. MILLER:
Q And he says: "Glyphosate positively associated with non-Hodgkin lymphoma."
MR. LASKER: Objection to form.
THE WITNESS: That's what he says.
BY MR. MILLER:
Q Yes, sir. And following up on counsel's questions, you certainly never wrote a letter to Dr. Alavanja, your co-author, and said, Gee, you're wrong when you say that glyphosate is positively associated with non-Hodgkin lymphoma, right?
MR. LASKER: Misrepresenting a document.

Objection to form.
BY MR. MILLER:
Q You can answer.
A I did not.
Q Okay. And I think -- well, the jury is going to hear a lot about this, but I want to ask you, this AHS study was a cohort study, right?
A Yes.
Q And these other studies, the case-control studies upon which the positive association with non-Hodgkin lymphoma, it's a different kind of epidemiological study, right, as compared to a cohort study?
A Yes.
Q And that one of the problems -- all studies have problems and no studies are perfect. Is that fair?
A Fair.
Q Okay. One of the problems of cohort studies is they've got to be powered up enough to find statistically significant information that we as scientists can rely upon, right?
A True for all studies, yes.
Q Sure. But if they're not powered up enough, the information comes back and it's not

statistically significant, right?
A Yes.
MR. LASKER: Objection to form.
THE WITNESS: It's harder to find statistical significance, yes.
BY MR. MILLER:
Q Sure. And a responsible scientist is not going to rely upon information that is not statistically significant when he has statistically significant information he can look at, right?
MR. LASKER: Objection to form.
THE WITNESS: Yes.
BY MR. MILLER:
Q Sure. And one of the other problems with cohort studies like the AHS study is loss to follow-up. You've heard that phrase before, haven't you?
A Yes.
Q Tell the jury what "loss to follow-up" means, Doctor.
MR. LASKER: Objection to form. Calling for expert opinion now.
BY MR. MILLER:
Q You can answer.
A The --

MR. LASKER: Beyond the scope.
THE WITNESS: In the cohort studies, that you have to keep following people, and in an open society, it's hard to do.
BY MR. MILLER:
Q And, look, we know you and Dr. Alavanja are hard-working scientists that are working on this issue when you prepared that cohort study, the AHS study, but the truth is you had loss to follow-up.
A We did.
Q Yeah. And the truth is the information that counsel kept asking about in a hundred different ways for the last several hours was not statistically significant, was it?
We can go back and look at a lot of numbers, but that 2013 data was, by and large, not statistically significant.
A It was no excess, but it wasn't a statistically significant deficit, I think.
Q Sure.
A Is that correct.
Q I think. I think that's a fair way to put it, Doctor.
Let's look at the NAPP study. Now, the NAPP study is the North American Pooled Project which

is looking again scientifically at this issue of glyphosate and non-Hodgkin lymphoma, right?
A It's one of the pesticides that can be looked at, yes.
Q And unlike the voluminous data in the AHS study that had the problems of loss to follow-up that was not statistically significant, the abstract for the NAPP study shows statistically significant information, right, sir?
MR. LASKER: Objection to form, misstates the document.
THE WITNESS: I -- I've seen a lot of stuff. I sort of generally know what studies I've been involved with show. I feel uncomfortable giving a "yes" or "no" answer without the evidence in front of me to look at. I think that's correct.
BY MR. MILLER:
Q Totally fair, Doctor. And let me then show you that statistically significant information, and we can look at it together, and I have a --
MR. LASKER: May I have a document?
MR. MILLER: Of course. Of course, you can.
MR. LASKER: What's the date of --
MR. MILLER: 37.

MR. LASKER: What is the date on this one?

(Exhibit No. 37 was marked for identification.)

BY MR. MILLER:

Q All right. So here we are, Doctor. Statistically significant information from a study that you authored with others. And this is an abstract, right, sir?

A Yes.

Q Explain to the jury what an abstract is.

A Different scientific associations have meetings of their members, and at those meetings there will be verbal presentations, and you get accepted to be on the program by submitting an abstract to decide who gets to be on the program. And these are the abstracts. This is one of those abstracts.

Q Sure.

A It's not a full paper, but it's a -- a synopsis of some work someone has done they're willing to talk about.

Q All right, sir. And it's presented at the International Society for Environmental Epidemiology. Right, sir?

A Yes.

Q And that was at their 2015 conference, right, sir?

A I think so, yes.

Q All right, sir. And so the jury understands, it was an evaluation of glyphosate, which is the active ingredient in Roundup, right?

A Yes.

Q And the risk of non-Hodgkin lymphoma --

A Yes.

Q -- major histological subtypes in the North American Pooled Project, right?

A Correct.

Q And you are one of the authors, Aaron Blair from the United States Cancer Institute, right?

A Yes.

Q And Dennis Weinberger -- I'm sorry, Weisenburger from the City of Hope Hospital. Right?

A Yes.

Q And among many others, right?

A A number of others.

Q Yes, sir.

And what you scientists found statistically significant and presented to the International Society for Environmental Epidemiology

was several findings, results. Cases who ever use glyphosate had elevated non-Hodgkin lymphoma risk overall, with an odds ratio of 1.51 statistically significant. Right?

A Yes.

Q And as a scientist, statistical significance is important, isn't it?

A Yes.

Q The highest risks were found for other subtypes, "other" meaning other types of non-Hodgkin lymphoma?

A It means if we looked at several different subtypes, and the one that's sort of the catchall category was the one that had a statistically significant elevation.

Q An odds ratio of 1.9 are almost a doubling of the risk, right?

A Correct.

Q Statistically significant?

A Yes.

Q All right. Subjects who used glyphosate for greater than five years had an increased odds ratio that was higher, 2.58, right?

A Yes.

Q And that shows as dose-dependent

response, right?

A That is -- you did say "subtype," right?

Q Yes, sir.

A Yeah, okay. Yes.

Q And dose-dependant response is strong evidence of causality is what the preamble to the IARC tells us, right?

A Yes.

MR. LASKER: Objection to form. Objection to the line of questioning to the extent that plaintiffs now apparently are using or trying to use Dr. Blair as an expert witness. Beyond the scope of the litigation.

MR. MILLER: Did you get the answer?

THE REPORTER: Yes.

BY MR. MILLER:

Q Okay. "Compared to non-handlers, those who handled glyphosate for greater than two days/year had significantly elevated odds of non-Hodgkin lymphoma overall, odds ratio of 2.66."

Was that statistically significant, Doctor?

A Yes.

Q And it goes on to tell us about various subtypes of non-Hodgkin lymphoma, right?

A Correct.
Q What's FL?
A Follicular lymphoma.
Q Okay. And that odds ratio was 2.36?
A Correct.
Q And that's statistically significant?
A Yes.
Q And DLBCL, what's that?
A Diffuse B-cell chronic leukemia.
Q Trip -- triple the risk of diffuse B-cell non-Hodgkin lymph --
A Lymphoma, yeah.
Q Right, sir?
Statistically significant?
A Yes.
Q As a result of exposure to glyphosate?
A Yes.
Q And this is information that was reported out after IARC found the positive association between glyphosate and non-Hodgkin lymphoma, right?
A Yes.
Q Okay. But you couldn't tell IARC about this positive finding from this NAPP study because it hadn't been published in March when you were in your IARC meetings in Lyon, France, correct?

A Correct.
Q Scientists follow protocols, right?
A Correct.
Q Do what you say, say what you do.
MR. LASKER: Object to form.
THE WITNESS: Well, you want to make sure that the analysis is complete and the interpretation is the best you can make it.
BY MR. MILLER:
Q You are not as quite as old as I, but do you remember Paul Harvey?
A I do.
Q "The rest of the story," as he liked to say.
Monsanto's lawyer showed you Exhibit 34, a PowerPoint by Dr. -- is it Patchwa?
MR. LASKER: Pahwa.
THE WITNESS: Pahwa.
BY MR. MILLER:
Q I'm sorry, I didn't mean to mispronounce it. My apologies.
We will get this thing where you can look at it.
(Counsel conferring.)
BY MR. MILLER:

Q So he showed you this, which is Exhibit 34, from the doctor --
MR. MILLER: Well, I know it is. I know it is.
(Counsel conferring.
BY MR. MILLER:
Q Exhibit 16 is a detailed evaluation of glyphosate using the risk of non-Hodgkin lymphoma in the North American Pooled Project presented in June of 2015. Do you see that?
A Yes.
Q Okay. What counsel didn't show you was in that PowerPoint there was in fact a statistically significant increased risk for non-Hodgkin lymphoma with use of glyphosate, right, sir?
MR. LASKER: Objection to form.
THE WITNESS: For some subtypes.
BY MR. MILLER:
Q And that's for the diffuse B-cell --
A Yep.
Q -- and others?
A And other.
Q Okay. For others, it was over double the risk and statistically significant, right?
MR. LASKER: Objection to form,

mischaracterizes the document.
THE WITNESS: Yes.
BY MR. MILLER:
Q Also in that PowerPoint about this North American Pooled Project was the frequency, that is the number of days a year, of glyphosate handling and NHL risk. Do you see that, sir?
A Yes.
Q And what they're telling us is here that there was overall almost a doubling of the risk statistically significant if you handled a glyphosate for greater than two days; is that right, sir?
A Yes.
Q And for diffuse B-cell, it was 2.49 statistically significant, right?
A Correct.
Q What does the trend test tell us?
A It's a measurement across the different exposure categories and whether or not that trend line is statistically significant.
Q Okay. What is the difference between proxy and self-respondents?
A Proxy would be someone else reporting for the subject in the study where it's often the spouse or child or brother or sister.

Q Because the person who got non-Hodgkin lymphoma may not be alive to report.
A May not be alive or may be incapacitated and can't report.
Q Sure. So what would be the significance in comparing in the North American Pooled Project proxy information versus self-respondent information?
A Well, the general assumption -- in fact, the data supported it -- that proxy respondents tend to make more errors and so would tend to drive the risk down, where you get more accurate reporting and more accurate analyses based on information from the individuals themselves.
Q And so when proxies were compared to self-respondents for frequency of greater than two days use, we had a statistical doubling of the risk from proxy and self-respondents, right?
A Yes.
Q At one point --
A Actually, sorry. Let me --
Q Sure, go ahead.
A That's one -- one component is proxies can't tell you as much, which means more exposure misclassification, which drives the risk down. The other is the worry that proxies will remember things

that aren't correct, and seize upon the topic of the day and falsely report things in such numbers that gives you a false positive. But the thing about case-control studies is it can go in both directions.
Q And you did not find a problem with self-reporting in the case-control studies when you reviewed this for IARC. Fair enough?
MR. LASKER: Objection to form.
THE WITNESS: Well, we did some methodologic aspects to our studies to see if there was case response bias.
BY MR. MILLER:
Q And what did you find?
A We did not find case response bias.
Q You did not find a problem. Right?
A With case response bias.
Q Okay. So -- and case response bias was the allegation of bias against the case-control studies, isn't it?
MR. LASKER: Objection to form.
THE WITNESS: It's one of them.
BY MR. MILLER:
Q And you didn't find it?
A We did not find it.
Q And this PowerPoint supports the position

of not finding that bias because in fact when you compared self-respondents only, you got remarkably similar to proxy and self-respondents, 1.98 and 2.05, right?
MR. LASKER: Objection to form, incomplete discussion of the document.
THE WITNESS: Yes.
BY MR. MILLER:
Q Okay. I want to -- I want to go back to Exhibit 27 that -- that Monsanto's counsel showed you. It was a question and answer that was prepared by IARC.
Do you remember generally speaking to him about this document?
A (No response.)
Q Sir?
A Yeah.
Q Do you generally remember speaking to Monsanto's lawyer about this document?
A Yeah.
Q Okay.
A Sorry.
Q That's all right. It's a long day. We're doing the best we can.
Let's go to page 2 of this document

prepared by IARC in response to the allegations that this -- well, let's just ask about it.
This question and answer: "Several of the epidemiological studies considered by the IARC expert working group showed increased cancer rates in occupational settings after exposure to glyphosate in herbicides. Can this be attributed to glyphosate as a single ingredient or could it be due to other -- other chemicals in the formulations? And that was the question.
And the answer that IARC --
MR. LASKER: Objection to form, beyond the scope.
BY MR. MILLER:
Q And the answer that IARC was, quote: Real world exposures that people experience are to glyphosate in formulated products. Studies of humans exposed to different formulations in different regions at different times reported similar increases on the same type of cancer, non-Hodgkin lymphoma.
That's what you saw, right, Doctor?
MR. LASKER: Objection to form.
THE WITNESS: Yes.
BY MR. MILLER:
Q And one of the questions that IARC wanted

a formal answer to was the question posed by Monsanto's attorneys as to whether the Agricultural Health Study was the most powerful study, and IARC said no. Isn't that right, Doctor?

MR. LASKER: Objection to form.

THE WITNESS: It's -- it's a powerful study. And it has advantages. I'm not sure I would say it was the most powerful, but it is a powerful study.

BY MR. MILLER:

Q Sure. Unfortunately, not powered up enough to get statistically significant information in 2013.

MR. LASKER: Objection to form. In 2005 or 2013?

MR. MILLER: I said 2013.

MR. LASKER: 2013. Okay. Well, that's --

THE WITNESS: I would not say it in that way because it assumes that if you make the study bigger, you will get the same answer. And that's not --

BY MR. MILLER:

Q Oh.

A -- scientific.

Q Oh, I --

A Whatever you find now with some study, you make it bigger, the relative risk may go in either direction.

Q Understood.

A So it's --

Q I understand.

A Power is power, but it doesn't direct where it's going to fall.

Q Absolutely. And what you're looking to get is enough power to get statistically significant information --

A Absolutely.

MR. LASKER: Objection to form.

THE WITNESS: Yes.

BY MR. MILLER:

Q Okay. Let's go back to see what IARC's official position is on whether the AHS was the most powerful study, and the answer provided is: "The Agricultural Health Study has been described as the most powerful study, but this is not correct."

That's --

MR. LASKER: Objection to form. Can we clarify which study you're talking about now?

BY MR. MILLER:

Q The official position of IARC, isn't it, Doctor?

A You're asking me if that is the official position --

Q Yes, sir.

A -- of IARC?

MR. LASKER: Objection to form.

THE WITNESS: Yes, apparently so.

MR. MILLER: All right, sir. All right.

(Counsel conferring.)

BY MR. MILLER:

Q Remember counsel for Monsanto spent a long time talking to you about the draft of the AHS study that you have not released because -- you explained to us, I guess, why. It -- it's still -- this still hasn't been published, has it?

A Well, we published half of it. We published on the insecticides.

Q Sure.

A But not on the herbicides.

Q I understand. But in this -- yes, sir. I understand.

In this draft that counsel talked to you about, he didn't show you the sentence, you write in there --

MR. LASKER: Where are you?

MR. MILLER: On page 20, bottom of the page.

BY MR. MILLER:

Q -- quote: Cautious interpretation of these results is advised. Since the number of exposed cases for each subgroup of NHL --

MR. LASKER: Objection to form. Where are you?

BY MR. MILLER:

Q -- for each subgroup of NHL in the AHS is still relatively small.

MR. MILLER: It's pages 20 and 21.

BY MR. MILLER:

Q That's what you --

MR. LASKER: Objection to form.

BY MR. MILLER:

Q That's what you wrote, right, Doctor?

MR. LASKER: Objection to form, mischaracterizing the document.

THE WITNESS: Well, this was in -- this is in the document.

BY MR. MILLER:

Q Yes, sir.

A Right, it was in the document.

Q That's right.
A That's what that non-finished document says.
Q Yes, I understand.
A Yes.
Q And the reason you caution people because this is a draft document, isn't it, sir?
A Yes. Yeah.
MR. LASKER: Objection.
BY MR. MILLER:
Q And the data in this document only goes to 2008, right, sir?
A I think that's correct.
Q I understand.
A I don't remember for sure.
Q And I think you've -- I think you've already said as much, but we're looking at an old interview that you did --
MR. LASKER: Do you have a document for me?
MR. MILLER: In a minute when I use one.
MR. LASKER: Okay.
BY MR. MILLER:
Q Recall by -- recall bias, it doesn't add up to much. Isn't that basically your experience?

MR. LASKER: Objection to form, beyond the scope, calling for expert opinion.
THE WITNESS: In our evaluation of it, it doesn't occur very often.
BY MR. MILLER:
Q Okay. And when it -- when it does happen, it can cause the association between the agent and the disease to actually look smaller than it really is or look a little larger than it really is. It can go in either direction.
A It can go in either direction.
MR. LASKER: Objection to form, calling for an expert opinion, beyond the scope of the deposition.
BY MR. MILLER:
Q You know what SEER data is, right?
A Yes.
Q In SEER data, since 1975 to present, the number of cases of death by non-Hodgkin lymphoma in this country have doubled, haven't they?
MR. LASKER: Objection to form. Objection, beyond the scope --
BY MR. MILLER:
Q You can answer.
MR. LASKER: -- of the deposition as

noticed, beyond the scope of my direct examination and without a document.
BY MR. MILLER:
Q You can answer.
A Both mortality and incidence has gone up.
Q This, I believe, was Exhibit 13. Counsel marked some notes from some other fellow that was on -- invited to be a member of IARC.
Do you remember that general line of questions?
A Yes.
Q Okay. So without any lawyers around, this fellow made some notes. What was his name again?
A It was Ross, I think.
Q He said --
A Last name Ross.
Q He said: "Case-control glyphosate, non-Hodgkin lymphoma." Right?
A Yes.
Q That wraps it up, doesn't it really?
MR. LASKER: Object to form.
THE WITNESS: Well, that's what he thought.
BY MR. MILLER:

Q That's what the panel unanimously thought, right?
MR. LASKER: Objection to form.
THE WITNESS: Yes.
BY MR. MILLER:
Q Okay. Has anything you've been shown by Monsanto's lawyers in the 3 hours and 40 minutes that he questioned you changed the opinions that you had at the IARC meeting about glyphosate and non-Hodgkin lymphoma?
MR. LASKER: Objection to form, beyond the scope.
BY MR. MILLER:
Q You can answer.
A No.
MR. MILLER: I didn't even use an hour. Thank you for your time.
MR. LASKER: I have like three questions, but I will ask them from here. We don't have to go off.
MR. MILLER: Sure. Sure. If the doctor is okay with it, I'm okay with it.
THE WITNESS: That's fine.

RECROSS-EXAMINATION

BY MR. LASKER:

Q Dr. Blair, I just want to clarify something. I believe you said in response to one of the questions from Mr. Miller that you don't look at nonsignificant data. Is that what you said?
A Well, if I did, it's wrong.
Q Okay. Clearly, you do look at nonsignificant data in evaluating the scientific evidence, correct?
A Absolutely.
Q And epidemiological studies that do not find a significant association are important studies to consider in evaluating whether or not a substance can cause or is associated with an illness, correct?
A Absolutely. They're -- all data are useful to some extent.
Q And you were shown -- strike that.
Mr. Miller asked you about the case-control studies and whether or not they found a positive association. And just so the record is clear, the North American Pooled Project analysis that we've discussed a fair amount today is a pooling of case-control studies, correct?
A Correct.
Q In fact, it's a pooling of all the case-control studies in North America, correct?

A I think so.
Q And as we discussed in our presentation -- in our questions --
A Of non-Hodgkin lymphoma.
Q Exactly.
As we discussed in our questions and your answers earlier, when the pooled data is looked at for all the case-control studies in North America for non-Hodgkin lymphoma and that data is controlled for exposures to other pesticides, there is no statistically significant positive association between glyphosate and non-Hodgkin lymphoma, correct?
A Well, it depends on what you actually look at. Overall, yes. Now, whether you look at categories, whether you look at subgroups, it's not that simplistic.
Q The yes/no, ever exposed versus exposed analysis that was used in the meta-analyses, for example, that you relied upon that I prepared show that for all the case-control data in North America, when it's controlled for exposures to other pesticides, there is no statistically significant positive association between glyphosate and non-Hodgkin lymphoma, correct?
A I think that's right for ever/never

exposure.
Q And Mr. Miller on redirect showed you some presentation from the North American Pooled Project, and the data that he showed you -- and let me absolutely just go to this. This was plaintiffs' exhibit -- or Exhibit 16, I'm sorry, and he went through and showed certain data on -- he pointed out certain numbers that were statistically significant among the various evaluations that were presented in this -- I'm sorry -- June 10, 2016 presentation. Do you recall that?
A Yes.
Q And those data points that he was pointing to you was of the analysis that was not controlled for exposures to other pesticides, correct?
A If you say so. I don't remember.
Q Okay. So you don't know -- when you were looking at it, you didn't know if that data was controlled or not controlled. You were just reading what the numbers were on the page.
A Absolutely.
MR. LASKER: I have no further questions.
MR. MILLER: Just --
MR. LASKER: Oh, that's the document.

MR. MILLER: Just one.
REDIRECT EXAMINATION
BY MR. MILLER:
Q So a person who ever used Roundup for one time would be in the ever exposed group.
THE WITNESS: Yes.
MR. MILLER: Okay. Thank you for your time.
MR. LASKER: No further questions. Thank you, Dr. Blair.
MR. GREENE: Before we stop. Doctor, you have the right to read your deposition, and even though I know that the reporter does a very good job as far as taking down everything that was said and all the questions asked, knowing how you are with respect to accuracy, I would suggest in this case you may want to read.
THE WITNESS: I think I would like that.
MR. MILLER: Yeah, we'll send you a copy. We'll send it to your counsel and --
MR. LASKER: The court reporter can send it to him.
MR. MILLER: There is a certain amount of time involved.
THE WITNESS: Sure.

MR. MILLER: Sure, absolutely, we'll --

THE WITNESS: I have one other request. Can I have a card from everybody in this room?

MR. MILLER: Sure. Absolutely.

THE VIDEOGRAPHER: The time is 3:58 p.m., March 20th, 2017. Going off the record, concluding the videotaped deposition.

(Whereupon, at 3:58 p.m. the deposition of AARON EARL BLAIR, Ph.D. was concluded.)

ACKNOWLEDGMENT OF DEPONENT

I,____________________, do hereby certify that I have read the foregoing pages, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____________________________________

AARON EARL BLAIR, PH.D. DATE

Subscribed and sworn to before me this _____ day of ______________, 20____.

My commission expires:______________

___________________________________

Notary Public

- - - - - -
E R R A T A
- - - - - -

PAGE LINE CHANGE

____ ____ ____________________________
REASON: ____________________________

____ ____ ____________________________
REASON: ____________________________

____ ____ ____________________________
REASON: ____________________________

____ ____ ____________________________
REASON: ____________________________

____ ____ ____________________________
REASON: ____________________________

____ ____ ____________________________
REASON: ____________________________

____ ____ ____________________________
REASON: ____________________________

____ ____ ____________________________
REASON: ____________________________

____ ____ ____________________________
REASON: ____________________________

____ ____ ____________________________
REASON: ____________________________

CERTIFICATE OF NOTARY PUBLIC

I, LESLIE ANNE TODD, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me in stenotype and thereafter reduced to typewriting under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by and the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

LESLIE ANNE TODD
Notary Public in and for the
District of Columbia

My commission expires:
November 14, 2017

**A**

**A&M** 41:14
**a.m** 1:18 10:6 76:16,20 89:14,17
**Aaron** 1:15 2:1 5:2 5:12 10:14 11:16 13:6,7 20:23 37:14 132:14,16 167:2 275:14 298:9 300:15
**ability** 148:20 258:20,25
**able** 97:16 112:3 141:23 242:11 251:8 252:1
**absolute** 31:19,23 32:5
**absolutely** 78:20,20 219:13 233:20 259:2,5 287:10,13 294:9,14 296:5,22 298:1,4
**absorbed** 71:3
**absorption** 70:19
**abstract** 6:7 84:14 244:11 245:6 247:22 248:5,20 249:1,5,8,17 273:7 274:9,11,16
**abstracts** 9:20 247:13,16 274:17 274:18
**accepted** 27:14,21 142:24 143:4,10 274:15
**access** 212:9
**account** 160:3 163:20 164:8
**accounting** 250:19
**accuracy** 297:16
**accurate** 65:16 282:11,12
**accused** 77:15
**accuses** 222:14
**acid** 51:6,12
**ACKNOWLED...** 300:2
**Acquavella** 82:3,5 82:12,22
**act** 51:6 211:23 213:22
**acting** 17:2
**action** 301:11,15
**active** 8:7 46:14 275:7
**actively** 210:7
**activities** 101:8,10
**activity** 29:6
**actual** 140:16 166:16
**add** 171:11,14 219:3 290:24
**added** 251:19
**adding** 110:15 235:7
**addition** 161:19
**additional** 164:18 168:12,13,20,22 169:19 197:13 227:15,21
**address** 94:7,14 159:4 242:23
**addressed** 244:16 247:16
**adjusted** 139:18 155:17 180:12 248:9 251:4,11 253:5,11,18
**adjustment** 69:13 180:9 252:20
**administer** 11:14
**administering** 2:16
**admit** 108:3 233:13
**advance** 240:19 241:9 243:1
**advantages** 159:18 286:7
**advice** 226:10,12 234:10
**advised** 289:6
**advising** 217:17 240:11
**AEB** 167:1
**aerial** 48:25
**affect** 138:11 243:3
**affiliated** 211:14
**afternoon** 263:10 263:11
**age** 16:11 32:9 263:20
**agencies** 150:12,13 176:11
**Agency** 5:24 7:14 21:12,19,20 22:14 24:13 39:15,25 40:9 42:3 43:22 44:6 67:17 72:24 92:18 158:24 265:19
**agent** 25:20 26:24 28:6 30:1 32:2,3 34:23 35:6 291:8
**agents** 26:3,5 37:7 86:17
**aggregate** 185:6
**ago** 16:12 123:15 134:17 188:7 216:7
**agree** 12:10 88:6 134:18 203:21,25 204:4,7,12 212:22 213:11
**agreed** 119:12 132:24
**agreement** 87:7 211:24
**agreements** 78:5 78:10
**agrees** 244:20
**agricultural** 7:10 7:19,22 8:6 70:18 92:12,14,22 94:6 94:21 95:23 96:2 152:13,19 159:12 160:11 166:6 169:14 197:12 199:23 200:5 204:9 207:13 208:10 213:14 214:5 215:2 216:1 218:7 224:14 227:13 228:16,19 228:24 229:23 230:13 232:15 234:12,17 259:8 260:4 286:2 287:20
**agriculture** 68:21 79:23 82:8
**AH** 231:19
**ahead** 242:3 254:4 282:21
**AHS** 69:22,23 96:12 125:20 126:1 154:25 156:20 157:24 159:19 160:2 163:23 164:17,23 168:8 169:20 170:2 176:5 178:4 180:22,25 181:18 182:18,24 183:14 183:24 190:13,23 193:5 194:14,18 195:9,22,25 196:15 197:12 200:17,24 201:9 202:2 203:21,25 204:1,8 206:15,22 207:23 208:14,19 208:19,24,25 209:12,22 210:2,4 210:7,8 211:11,13 212:6,9,25 214:14 218:10 219:9,10 219:18 220:13,16 220:18,23 221:4 224:21 225:1 227:1,25 228:14 229:1,9,17 230:2 231:18 232:6 259:23 260:1,1 265:1,12,16 266:2 266:21 267:2,10 268:6,16 270:7 271:15 272:8 273:5 287:18 288:13 289:11
**aid** 19:9 66:5
**Aimee** 3:13 11:9 224:8 239:12
**aimee.wagstaff@...** 3:13
**airfare** 38:13
**al** 58:8
**Alaska** 3:14
**Alavanha** 199:25
**Alavanja** 200:2,3 200:23 201:4,9,19 201:25 202:7,22 203:14 204:7 266:18,20,24 269:8,22 272:6
**Alavanya** 266:19
**alert** 178:1 243:1
**alerting** 241:8,11
**alive** 282:2,3
**allegation** 283:18
**allegations** 285:1
**allow** 12:23
**allowed** 19:5 44:21 45:3
**altered** 260:25
**altogether** 95:25
**America** 37:18 38:19 294:25 295:8,20
**American** 7:7 9:14 79:21 81:12 129:13,22 130:1 130:18 131:10,16 133:25 134:4 135:1 138:23 139:8,14 144:23 145:20 146:14,20 147:24 148:3,7,25 149:24 204:23 234:17 236:10 259:7 272:25 275:12 280:9 281:5 282:6 294:20 296:3
**aminomethylpho...** 51:6,11

**amount** 66:1 116:9 160:8 162:11 214:22 294:21 297:23
**amounts** 163:4 223:19
**anal-** 231:25
**analyses** 53:6 79:22 81:17 97:7 103:20 108:16 109:3,9 110:6 113:13,25 114:6 130:17 134:9,25 151:3 164:18,23 169:3 172:3 177:21 186:5 197:13 204:15 205:1 206:25 207:1 229:13 234:18 238:11 254:17 282:12
**analysis** 31:13,19 31:22 58:24,25 59:2,5,17 69:17 69:18 81:17 83:20 98:25 106:4 107:18 110:9 113:20 114:9,25 115:1,3,13 116:6 116:15 117:6,7,9 117:11,16,21 119:2 128:6 129:7 129:23 131:9 132:24 134:1 136:23 138:5,20 138:22 139:7 141:14 147:11,12 147:18 148:15 151:25 154:18 156:8 159:19 165:18 170:22,23 170:25 171:3,4,9 172:21 175:24 184:5 185:19,24 186:7 187:1 188:20 192:6 193:5,18,23 194:15,18 195:25 198:10,12 199:19 201:10 205:3 206:9,12,14,22 229:24,25 231:25 232:9 236:14,20 259:21 279:7 294:20 295:18 296:14
**analyze** 6:21 31:18
**analyzed** 160:21 204:17
**analyzing** 110:21 149:7
**and-** 3:11
**Andrea** 41:21
**Andrew** 225:15 226:13
**Andrus** 3:14 10:22 11:9 233:8
**animal** 102:13 107:13,19 116:7 120:8,11,20,23 121:3,4,18 122:5 124:13 125:11,12 126:4,10,11,19 127:7,20,22,23 128:7,14
**animals** 27:7 33:13 39:8 50:23 51:8 120:13,24 121:6
**Anne** 2:14 301:3,17
**anniversary** 246:8
**announcement** 99:1
**annual** 47:4
**answer** 15:8 21:2 27:24 32:22 35:17 36:5,6 42:13 49:9 50:9 68:9,10 69:4 70:24 71:12 74:15 75:7,23 76:10 87:3 110:12 111:6 120:2 143:1 158:2 161:24 193:1 201:12 209:6,7,23 215:13,14,15,18 215:18 216:13,15 216:20 218:2 233:25 242:2 266:8 269:1 270:3 271:24 273:15 277:14 284:11 285:3,11,15 286:1 286:21 287:19 291:24 292:4 293:14
**answered** 253:11 254:3
**answering** 215:9
**answers** 138:10 295:7 300:7
**anticipate** 53:11 84:15
**anybody** 11:6,11 77:11 78:9
**anyway** 78:3
**apologies** 121:23 279:21
**apologize** 147:15 174:4 243:18
**apparently** 211:21 277:11 288:8
**appear** 34:4 123:3 169:23 229:6 244:13
**appears** 90:16 123:11 127:19 134:5 301:5
**applicant** 28:14
**application** 68:21
**applicators** 7:10 9:18 154:20 160:12 173:12,15 229:2
**applied** 156:22
**applies** 175:11
**apply** 193:1
**applying** 96:13
**approaches** 53:9
**appropriate** 32:12 212:22 213:11 214:2,12 215:23 219:4
**approved** 133:2
**approximately** 34:18 116:18
**arbitrary** 204:14
**area** 106:3 113:8 185:11
**arguments** 208:19
**arisen** 207:25 208:1
**ARMSTRONG** 3:5
**arrow** 125:20
**article** 5:21 7:8,12 8:4 9:17 68:13 266:23
**artificial** 95:9
**aside** 91:8 110:18
**asked** 12:21 20:9 20:23 23:12 45:12 99:21 100:24 178:11 214:9,21 216:7 225:25 226:12 246:4 253:10 254:2 255:25 264:3 294:17 297:15
**asking** 12:18 19:2 20:7,19 77:11 91:4 95:3 137:10 179:11 213:8 234:8 263:13 272:12 288:3
**asks** 101:4
**aspects** 283:10
**assemble** 114:15
**assembling** 81:15
**assembly** 114:10
**assess** 67:18
**assessed** 163:22
**assessing** 135:18 136:6,14
**assessment** 9:10 59:12 86:6 112:25 120:21 124:11
**assigned** 106:2 109:24 113:14,20
**assignment** 37:24 106:10
**assignments** 6:17 103:11 104:18 106:9
**associated** 67:22 74:7 83:17 90:8 90:17,22 96:22 139:15 148:4 177:16 268:18 269:16,24 294:13
**associating** 126:12 202:4
**association** 21:18 23:14 50:3,5 52:5 55:12 70:2,11,12 71:7 91:7 96:18 100:17 119:21 137:5,12 138:7,16 140:8 143:23 148:8 155:23 156:1 157:18 172:12,12 173:6 173:10 194:19 195:10 196:1 207:16 209:1,13 212:10 213:1 214:15 215:3 216:1 218:7 219:18 224:15 230:8 231:19 232:16 247:6 248:8,15 249:12 261:19,19,21,24 265:10,13,22 266:3 270:10 278:19 291:7 294:11,19 295:11 295:23
**associations** 97:1 101:14 202:10 203:22 274:12
**assume** 108:25 222:5 223:16 242:11 258:16
**assumes** 286:20
**assumption** 282:8
**atrazine** 198:7,11 198:12,24 199:5

**attached** 5:10 6:2 7:2 8:2 9:2 300:11
**attaching** 210:19
**attack** 71:9
**attacked** 72:21
**attend** 40:10
**attention** 108:12
**attenuated** 248:4 249:7
**attorney** 10:20 239:12 301:13
**attorneys** 89:8 215:5 216:9 232:20 233:12 234:16 263:15 264:14 286:2
**attributed** 285:7
**attributes** 202:1
**August** 221:22 239:4,6,7,7,8,19 240:7,14,15 243:20 255:5,5,16 256:14,15 260:16 260:25
**author** 68:13 70:7 70:10 82:9 110:19 110:20 201:4 222:1,8 247:1 266:2 267:15 268:6,16
**authored** 87:18 274:8
**authorities** 257:2 257:13
**authority** 7:16 47:5 159:1,7
**authors** 70:9 80:2,4 81:13 85:22 144:11 225:3,5,6 254:20,21 258:23 259:20 265:16 266:21 275:14
**available** 27:14,20 28:1 30:22 32:13 108:14 111:2,24 129:1 138:18 141:14 143:5 148:13 150:1,4 151:12,13,14,15 151:16,23 152:1 168:23 169:13 176:11 181:20 182:17 186:17,25 189:4 218:3,22 229:17 230:1
**Avenue** 3:8
**average** 96:12 160:12,20 174:7
**avoid** 95:24 214:4
**aware** 73:7 75:18 88:9 127:18 129:4 143:18 150:15 152:11 157:22 176:16 177:17,23 182:16 183:14 186:25 206:22 207:24 208:7 218:25 229:8 232:8 236:13,14 256:16
**awful** 16:2

**B**

**B** 5:9 6:1 7:1 8:1 9:1 165:6
**B-cell** 64:7 65:20 65:21 194:16,17 194:24 195:6,8,12 195:16,23 196:2,8 196:17,22,23,25 197:4,5 278:9,10 280:19 281:14
**back** 46:6 89:6,17 90:5,10 94:3 96:16 99:16 112:10 114:11 115:24,25 116:13 126:24 133:7 137:15 139:13 144:11 146:25 169:2,6 187:17,19 190:11 204:24 205:16,22 206:11 207:12 211:10 224:9 229:15 230:11 238:21 239:17 240:10 243:17,24 255:20 255:22 261:14 268:3 270:25 272:15 284:9 287:17
**background** 20:8 86:13,19
**backwards** 136:19 226:3 243:18
**bad** 23:9
**barely** 180:18 183:6
**based** 12:1 50:21 51:7 55:11 62:2,3 70:12 74:6,16,22 113:25 120:7,11 151:25 154:25 155:11 169:19 171:4,5 172:3,16 180:21,24 181:14 181:18 218:8,20 282:12
**baseline** 48:22
**basically** 86:3 146:23 290:25
**basis** 26:9 49:5 106:20
**Bates** 6:4,8,13
**Beane-Freeman** 137:9
**began** 108:24 109:5 109:19,23 110:6
**beginning** 24:20 111:9 141:17 194:1 203:1 217:14 222:7 227:9
**behalf** 3:3,17 4:3 8:17 89:21
**believe** 12:12 46:3 83:5 124:21 145:12 179:13 190:8 213:10 223:15,18 292:6 294:2
**bell** 221:14
**benefit** 232:14
**best** 244:21 279:8 284:24
**better** 63:11 96:5 156:14
**Betty** 8:12
**beyond** 87:12 89:3 168:14 272:1 277:12 285:12 291:1,13,22 292:1 293:11
**bias** 94:19,25 95:2 95:8,15,16 101:6 119:22 202:13 207:13 283:11,14 283:16,17,18 284:1 290:24
**biases** 86:15
**big** 53:17 66:10
**bigger** 286:21 287:3
**Bill** 83:6,23,25 84:2
**binucleated** 48:23
**bioassay** 27:5 41:13 125:12
**bioassays** 122:5
**biologic** 27:10
**biology** 13:15
**bit** 13:11 72:4 79:20 112:3 116:18,25 155:6 185:3,5 264:20
**Blair** 1:15 2:1 5:2 5:11,12 6:3 7:3 8:3 9:3 10:14,25 11:16,21 12:4,11 12:13,14,25 13:6 13:7 16:22 18:10 19:12 20:23 22:8 23:23 26:12 33:22 36:14,21,24 37:15 45:24 65:24 66:20 71:25 77:5 78:4 80:8 82:17 85:14 89:11,20 97:19 98:10,13 99:6,15 102:3 104:6,12,17 121:8,10,11,11,19 122:9 130:11 133:20 145:14,19 152:23 158:12 165:7 167:2 178:16 189:24 190:12 200:12 205:19 210:13 211:20 215:8,12 215:23 216:13,20 216:23 217:5 220:1 221:17 225:7 228:4 230:25 231:3 232:24 235:24 239:3,21 241:24 243:8 246:14 250:3 253:20 254:13 255:6 256:9,9 261:16 263:10 265:15 266:14 267:8 275:15 277:12 294:1 297:10 298:9 300:15
**Blair's** 12:2
**blank** 255:25
**blood** 15:11,13,22 70:18,25
**Bloomberg** 225:14 226:13
**boat** 77:18
**bodies** 105:17
**body** 19:15
**bold** 228:18
**Bolognesi** 49:2
**book** 22:13,15 28:10
**books** 22:20 222:1 222:8
**bottom** 104:20 106:13 124:22 136:20 156:10 159:11 240:23

251:3 257:12 267:25 289:2
**bound** 183:7
**bounds** 53:10
**brackets** 174:20,21
**Bradford** 33:5
**Branch** 16:25 17:4 19:20
**branches** 243:6,14
**break** 61:23 67:2 76:15 153:3,5,8 153:11,14,19,22 188:1,5 189:9 261:8
**breakdown** 51:19 51:22
**breaks** 147:12
**brief** 261:8
**briefing** 72:14
**briefly** 82:9 92:10 261:17
**bring** 41:7
**brings** 43:6
**broad** 14:21 68:17 68:18
**broke** 113:11
**brother** 281:25
**brought** 93:15 264:13
**bubbles** 167:5,7
**bulk** 110:8,14,20 110:24,25 111:6
**bullet** 132:12,14
**bunch** 42:19 149:6 169:5
**Burden** 9:18

**C**

**C** 3:1 4:1 5:1 6:1 7:1 8:1 9:1 10:1
**calculated** 62:18 155:17
**calculation** 31:24
**California** 1:2 10:13 42:2
**call** 75:9 220:8
**called** 11:17 15:14 24:22 56:6 65:14 92:6,23 94:18 153:3
**calling** 72:22 188:1 271:21 291:2,12
**calls** 63:23 89:4 213:3,18 214:18 216:4 223:22
**Canada** 40:19 56:6 58:3,9 69:11 131:2 184:7
**Canadian** 129:16 130:3 184:10,25 187:3
**cancer** 5:25 7:8,15 8:23 9:17 14:19 14:22 15:8,11,13 16:3,6,8,25 17:4 17:11,13 18:22 19:24 21:12,21 22:15,16,18 23:14 24:14 25:14,19,20 25:21,23 26:7 27:5,11 33:12 35:9 37:15 39:7 39:17 49:24 59:7 67:17,21 72:25 74:6,7 81:25 87:25 88:3 90:1,4 92:15 95:12,17,18 96:18,22 97:6 100:18 106:14 111:17 118:20 119:22 120:24 121:5 122:5,5 125:12 126:5,12 133:4 134:2 135:24 136:1 154:18 158:25 159:6 160:3,8,24 163:21,22 164:1,2 164:3,8,14 176:12 200:5 201:21 203:23 215:3 229:1,5 232:11 235:18 239:11 246:25 265:20 275:15 285:5,20
**cancers** 15:22 17:20 79:24 90:4 90:9 97:2,11 101:15 129:5 136:23 155:2,9 206:6
**candidates** 203:15
**Cantor** 53:1 186:8 186:9 246:19,22 246:23 247:1,21 248:1,12,24
**capable** 25:20
**carcinogen** 25:22 42:9 45:8 128:1 128:13
**carcinogenic** 5:15 5:18 6:12 7:13 22:16 25:22 34:24 35:7,9,25 36:16 37:1 85:18 86:17 158:23
**carcinogenicity** 5:21 26:11 34:5 50:2 67:11,18 120:12
**carcinogens** 34:1
**card** 298:3
**career** 17:16 96:19
**Carey** 8:15 219:15 219:17 220:5
**Carolina** 13:18,20
**case** 1:7 10:11 53:19 75:16 92:6 93:1,15 108:19 125:25 135:2 144:9 152:4 170:8 186:6 232:4 237:9 245:18,24 246:2 252:5 258:17 283:11,14,16,17 297:16
**case-** 270:9
**case-control** 52:22 56:10 69:7 79:22 92:6 94:8,14,18 125:19 126:1 129:18,19 159:18 159:20 184:4,11 184:18 185:1 187:3 230:3 247:5 265:8 283:4,6,18 292:18 294:18,22 294:25 295:8,20
**cases** 1:10 56:14 78:5,6 155:12 156:8 159:19,20 164:20 165:2 168:14 171:5,10 171:25 181:19,24 182:1,1 229:5,11 276:1 289:7 291:19
**catchall** 276:14
**categories** 35:3 105:20 113:6 117:22 172:19 175:6,22 193:16 193:21 194:1,3,9 281:19 295:15
**category** 35:6 63:4 171:1 196:21 276:14
**causality** 32:18,25 33:2,9 64:3 277:6
**cause** 26:6,24 39:17 91:7 121:5 291:7 294:13
**caused** 86:19 264:19
**causes** 14:4,7,10,18 14:18,22,22 17:13 25:14 35:9 88:25
**causing** 25:20
**caution** 290:6
**Cautious** 289:5
**cell** 7:17 60:7,9 194:17
**cells** 48:23
**certain** 91:8 93:14 97:20 100:17 102:17,20,21 103:12 134:9 214:22 260:18 296:7,8 297:23
**certainly** 12:18 82:24 96:25 148:19 161:5 190:7 203:8 207:24 219:1 226:5 256:15 258:25 269:21
**CERTIFICATE** 301:1
**certify** 300:5 301:4
**cessation** 32:12
**cetera** 132:22
**chain** 135:11 217:15 231:7 238:25 241:15 243:6,14,15,16 246:11,17 247:12
**chair** 37:19 39:7 41:15 100:25 133:12 176:24 177:13 203:6
**chaired** 48:14
**chairman** 45:20
**chance** 54:24 55:22 57:15,18 60:20 119:22 250:7
**change** 126:18 127:7 219:8 299:4
**changed** 190:20 191:6 293:8
**changes** 87:6 300:10
**changing** 238:15
**characteristics** 193:11
**characterization** 162:24 163:7,8,15
**charge** 79:2
**charged** 66:6
**Charles** 39:6
**chart** 53:23 156:11 184:7
**charts** 184:11
**check** 133:2
**chemical** 8:6 156:22

**chemicals** 33:23 285:9
**chemistry** 46:22
**Chhabria** 216:10 216:10
**chief** 17:3,23 18:1 19:18
**child** 281:25
**chlordane** 198:8,15 199:14
**choice** 127:12
**choose** 258:21
**chosen** 127:13
**Chris** 220:9,12,23 258:3 260:23
**Christopher** 43:22 208:7 257:18,20
**chronic** 191:12 194:16 278:9
**chronological** 135:7
**circumstances** 25:21
**cite** 47:5
**cited** 178:8
**City** 275:18
**claimed** 74:2 86:14
**clarification** 114:11 143:6
**clarify** 117:15 166:13 287:24 294:1
**classification** 86:17 115:4,14 120:3,6 120:10 128:9 157:24 208:2,9,18 216:24 217:19
**classifications** 111:16
**classified** 114:1 120:23
**clear** 52:1 119:13 134:19 144:3 163:6,13,19 164:12 187:9 190:1 206:21 207:21 249:10,16 249:18,22 255:14 256:10 294:20
**clearing** 16:14
**clearly** 134:3 163:5 214:10 294:6
**clients** 78:7
**CLL** 191:17
**close** 90:2 192:14
**closing** 132:15,23
**clue** 153:17,18
**co-author** 154:15 269:22
**co-authors** 236:18
**Cocco** 65:19
**coding** 77:25
**cohort** 69:23 88:17 92:7,23 96:12 154:17,25 159:18 162:25 168:8 171:18,21 172:11 173:2 178:4 270:7 270:12,19 271:15 272:2,8
**cohorts** 155:13
**collaborated** 261:23
**collaborative** 92:15
**collect** 82:13
**collected** 160:21
**Colorado** 3:15
**Columbia** 2:16 301:19
**column** 159:17 174:10 195:6
**columns** 140:13 194:4
**combination** 198:3
**combinations** 197:19 198:23
**combine** 185:9
**combined** 115:6 116:17 129:22 230:7
**combining** 187:7 187:14 189:1
**come** 17:19 22:20 23:12 44:20 89:6 112:10 114:5,16 115:11,24,25 118:16 128:10 205:13 220:16 226:21 242:13
**comes** 51:14 77:24 113:2 137:15 268:17 270:25
**comfortable** 187:6 187:12
**coming** 116:13 151:17
**comment** 45:12 47:6 51:24 111:6 161:14 167:1,5,6 167:9
**commentary** 159:10
**comments** 54:10 143:1 167:10,14 244:8
**commission** 300:20 301:20
**committee** 12:15 50:24 55:11 67:22 100:15,25 133:1
**commonly** 47:2
**communications** 134:7 217:4
**Company** 3:17 44:21
**compared** 31:25 32:2 135:25 159:20 173:21 197:8 270:12 277:17 282:14 284:2
**comparing** 282:6
**complain** 45:6
**complete** 12:20 138:20 149:13 253:24 279:7
**completed** 207:1,7 229:14
**completely** 173:22
**completes** 28:15
**compliment** 130:6
**component** 282:22
**components** 49:12
**comprehensive** 185:23
**concern** 95:4,7 100:6,12,22 244:16 248:25 249:9,19
**concerned** 192:14 241:15,20
**concerning** 31:7 80:6 203:14
**conclude** 60:5
**concluded** 39:16 51:4 59:9 71:7 86:9 87:9,10 128:15,19 159:5,7 298:10
**concluding** 298:6
**conclusion** 52:2 113:25 114:5 118:8 128:7 180:15 213:4,18 214:7,18 216:4 223:23
**conclusions** 66:6 76:7 120:22
**conclusive** 202:3
**condition** 26:25
**conducted** 94:9 113:7 116:8 130:18 138:23 142:21 164:18,23 178:6 179:22 193:19 197:13 217:18
**conducting** 98:25 100:9 176:12 232:9
**conference** 9:5,7,20 9:21 244:14,22 245:3,7 246:8 247:14 250:2,14 275:2
**conferring** 40:3 45:16 49:21 55:15 85:2 146:11 279:24 280:5 288:10
**confidence** 53:20 64:17 65:5 66:1 83:13,15,18 139:20 141:2 146:21 147:24 155:19 172:2,5 180:17 181:15 182:5
**confidential** 1:13 72:13 80:18,21 81:2,4,6,8 262:18 262:21
**confidentiality** 78:5
**confirm** 179:20
**conflict** 101:12
**conflicts** 101:13,19 101:20,25
**confounders** 92:2
**confounding** 88:19 91:5,11 119:22
**connection** 12:6 246:7
**consider** 26:15 30:21 32:9 33:25 143:16 144:18 185:24 294:12
**consideration** 132:1,6 138:4
**considered** 30:12 33:9 102:4 137:24 140:21 143:8 176:7 185:7 204:1 257:1 258:11 259:11 260:19 285:4
**considering** 176:24
**considers** 30:12,15 33:1,12,16 128:21
**consistent** 84:25 105:2 123:14 125:22
**consistently** 47:1
**consulting** 28:17 39:6

**contacted** 20:23 97:12,18 221:7,8 224:18 232:19 237:9
**contain** 134:25 169:23
**continue** 98:5,9 190:12
**continued** 4:1 100:20
**continues** 240:24
**Continuing** 58:16
**contribute** 29:18
**control** 46:25 92:1 92:1 248:3 249:1 249:6 270:10
**controlled** 248:16 249:11,21 250:19 250:21,25 251:17 251:18 295:9,21 296:15,20,20
**controlling** 248:21
**conversation** 220:17 221:2 231:14 233:18 234:23 235:2,10 235:19 267:4,8 297:19
**cornerstone** 74:8 74:18
**Corporation** 52:11 89:8
**correct** 14:2 17:1 21:16,22 24:24 53:3 55:24 59:21 62:8,9 67:20 68:3 86:9 89:2 90:13 91:2,9,18 92:3,7 92:12,13,18,23 93:1,9,10,21,24 94:4,10,15,19,25 95:1,6,25 96:1,6 96:14,19,20,23 97:2,8,12 98:17 99:23 100:18,19 100:22 101:1 102:1,5,8,11,19 103:1,3,20 104:2 104:25 105:5,9,14 105:18,22 106:3,6 106:9,22 107:1,11 107:14,22 108:1 108:24 109:5,8,12 109:23 110:10,23 111:18,19 112:4,5 112:14 113:9,10 113:15,21 114:3 114:17,20,21,25 115:7,15,16 116:11,19 117:17 118:14 119:16,24 119:25 120:4,8,13 121:12,15 122:2 123:9,21 124:1,10 124:14,15,19 125:13,16 126:6 127:20 128:1,12 128:18,24 129:5 129:13,18,23 130:16,25 131:11 131:12,14,17 132:2,8 133:9,16 133:23 134:2,11 134:17,23,24 135:3 136:2,7,16 136:24 137:6,13 137:17 138:1,8,12 138:19,24 139:9 139:11,16,20,23 140:5,9,10,12,17 140:18,22,23 141:3,8,9,10,16 142:1,7,11,12,22 143:1,16,17 144:4 144:14,19,24 145:4,5,9,12,23 146:2,16,21,22 147:1,8,25 148:1 148:5 149:2,20 150:2,4,7 152:6 152:13 154:15,20 155:3,4,15,20,21 155:23 156:3,10 157:8,9,16,20,21 158:10 159:1,7,14 159:21 160:4,13 160:14,24 161:3,6 161:7,13,15 162:11,17,20 163:23,24 164:3,8 164:10,15,21 165:3 166:8,20 167:2,10,11,15,19 168:4,9,15,24,25 169:5,15,20,21 170:3,7 171:1,7 171:11,23 172:6,7 172:9,10,14,15,23 173:4,11,16,17,22 173:25 174:8,22 175:4,25 176:8,13 176:14,18,21 177:20,23,24 178:12 180:6,7,13 180:19,20,22,23 180:25 181:7,8,10 181:15,16,21,22 182:3,8,9,14,15 182:23 183:11,12 183:21 184:7,11 184:19 185:1,2,10 185:15,20,25 186:3,10,21 187:5 188:22,23 189:2,7 191:17,18,24 192:3,4,7,8,11,15 192:16,21 193:2 193:16,17,21,22 194:1,6,20,21 195:7,12,17,18,20 195:23 196:2,9,13 196:13,13,18 197:1,9,10,19,24 197:25 198:8,18 198:19 199:2,7,8 199:11,12,15,19 199:20 200:25 201:10,15,23 202:5,10,13,16,17 202:20 203:6,12 203:23 204:2,11 205:8 206:2,7,16 206:24 207:11 208:2,11 209:2,14 209:25 210:5,6,20 211:7,15 212:4,19 217:1,12,19,24 219:12,15 220:5,9 220:14 221:5,6,9 221:23 222:4,16 223:2,8 225:2,14 226:1,20 227:3,9 227:14,25 228:10 228:14,21,25 229:6,12 230:4,9 230:10,21 232:1 232:11,17,18,20 233:9 236:25 237:5,10 238:3,9 238:16 239:4,6,13 239:19 240:6,15 240:20 241:9,18 242:18,21 243:2 244:3,9,14,18,23 245:3,7,15,20 246:9,19 247:3,4 247:7,10,14,19,23 248:5,10,17,18,22 248:25 250:15,22 251:10,15,21 252:3,10,13,19 253:1,4 254:16,22 255:1,17 256:12 256:15,18,22 257:2,18,21 258:6 258:12,13,21 259:11,24 260:7 260:11,14,15,19 265:14 272:21 273:16 275:13 276:18 278:1,5,25 279:1,3 281:16 283:1 287:21 290:13 294:8,13 294:22,23,25 295:12,24 296:16 300:7
**corrected** 60:6
**correction** 16:1
**corrections** 300:9
**correctly** 112:12
**corresponding** 175:24
**councilmembers** 72:14
**counsel** 10:15 12:2 18:15 24:2 36:18 36:20 40:3 45:16 46:5,8 49:21 55:15 67:1 71:24 74:11 76:24 78:11 79:12,14 85:2,13 89:25 91:4 92:11 97:19 99:8 101:3 122:14 146:11 189:24 191:8 211:18 215:8 233:19,22 234:7 234:21 236:24 237:8,13 238:23 239:6,9 240:5 260:17 267:5 268:12 272:12 279:24 280:5,12
**COP** 244:22
**copied** 142:9
**copies** 108:8
**copy** 18:4,5,8,15 23:19,22 24:1,2 36:17,18 46:4 66:25 67:1,7 71:23,24 78:2,3 78:19 79:3 80:11 80:21 85:11,12,25 104:9 122:13 178:14 179:18 205:18 210:19
**convincing** 248:3 249:6
**coordinator** 99:18
**conversations** 230:19 231:15 233:21 234:7,21 235:3,5 237:2,18 237:21,24

284:10 288:10,12 288:23 292:6 297:20 301:10,13
**counsel's** 269:20
**Counselor** 214:8 215:6,21
**count** 130:7 267:22 267:23
**counties** 60:3
**countries** 67:16
**country** 291:20
**couple** 16:19 25:4 34:20 136:10
**course** 57:5 95:14 108:12 273:22,22
**court** 1:1 2:14 10:12 76:25 104:15 213:19 216:6 222:21 223:1,1,13 297:21
**creation** 28:10
**credentials** 13:11
**crime** 222:22
**crimes** 222:14
**criminal** 222:21 223:1,13,20
**criteria** 26:9 32:18 32:24 33:1
**critical** 220:12 222:2
**criticism** 225:21 226:25 227:5 229:17
**criticisms** 87:10 220:19 226:8,20 227:12,16,24 228:13,19
**critics** 86:13
**crop** 68:23
**CropLife** 72:16,17
**Crops** 222:11
**CROSS-EXAMI...** 89:18
**cruality** 32:24
**cumulative** 32:11 156:17,19 157:4 175:8,15 176:1
**curiosity** 79:5
**current** 202:25 203:1
**currently** 68:18
**curriculum** 5:12 18:8
**cut** 75:19
**CV** 14:1 18:5,8,18 22:5
**CWJ** 39:6
**Czech** 65:19

**D**

**D** 6:1 7:1 8:1 9:1 10:1
**D.C** 1:16 10:9
**Daily** 222:3,9
**Dana** 217:11
**Daniel** 4:12 10:4
**data** 27:9 28:3,5 29:15 33:17,20,21 33:25 74:3 81:15 82:13 84:10,13 110:9 114:10,15 124:14 125:21,24 126:4,11,19 127:7 127:20,23 128:7,8 128:14 129:4,15 131:25 132:6,23 133:14 134:1,13 134:14 135:1 136:15 137:4,11 138:6,18,23 139:7 139:14 140:9,20 140:22,25,25 141:5 142:10,14 142:16,19 143:8 143:15,19 144:23 145:7,22 146:5,13 147:13,20,22 148:25 149:5 151:10,25 152:12 154:25 155:12,25 156:5 157:4,6 160:20 162:19 165:23,24 168:20 168:23 169:8,10 169:13,19,23 170:2,5 171:9 172:16 176:15,20 177:2,18,21,24 180:24,25 181:24 182:3,7,7,11,16 182:18,21 183:8 183:14,21,24 184:4,11,18 185:17,17,19 186:10,17,17,24 187:7,8,10,10 188:16,20,21 189:4 190:13,16 190:23 191:1,15 191:19,23 192:1,9 192:11,24 193:1 193:23,24 194:18 195:9,22 196:15 197:24 198:2 200:16 201:14,18 203:22,25 204:1 205:7,8,13,23 206:1,5,6,15,18 206:22 207:14,16 208:10,13,19,25 209:13,19,22 210:4,9 211:12,24 211:24 212:9,25 213:8,8,14 214:5 214:14 216:1 218:7,18,20,24,25 219:18 221:4 224:14 225:2 229:1,9,17 230:6 231:4 232:1,15 236:14 237:19 238:2,9,14,15 241:2,12 247:2,9 248:7,13,16,19,25 249:1,10,11,20,21 250:17,22 251:1,7 251:8,19 252:1,2 252:6,9,12,13,17 252:22,23 253:6,7 253:22 254:1,6,14 254:15 256:21 258:20,20 259:1,7 259:8,10,23 260:1 260:1,3,4,6,10,11 260:14,18,25 267:2 268:17 272:16 273:5 282:9 290:11 291:16,18 294:4,7 294:14 295:7,9,20 296:4,7,13,19
**date** 10:5 123:7 132:15,23 149:13 164:2,2,3,3 165:11,13 210:3 229:8 238:3 266:25 273:24 274:1 300:15
**dated** 8:11 98:15 166:7 200:22 228:8 238:25 239:3
**dates** 157:6 165:14 255:19 256:1,15
**dating** 90:4,9
**David** 4:4,5 10:23 10:24
**day** 12:20 112:2,3,7 112:20 113:1,4 115:6,12,21 116:3 116:10,13,18,18 149:18 260:13 283:2 284:23 300:19
**days** 16:19 29:8,11 38:8,9 39:4 56:18 56:19,22 57:7 61:12,13,15,17 62:7,13,20,21,24 63:1 83:16 108:6 109:18 113:24 115:18 116:9 127:6 150:19 151:1 156:17,19 156:21 157:4,10 170:9,10,11,16,19 173:13,14,24,25 174:2,3,7,22 175:1,4,8,10,15 195:13,15 196:7 281:6,12 282:16
**days/year** 277:18
**DC** 2:8 3:23
**De** 53:24 54:1,12 129:25 130:1 152:5 154:13,24 155:12,17,25 157:3 160:21 168:15 170:17,17 170:18 171:3,23 172:6 182:13 184:5,12,17 185:20 186:2,8 187:2 188:21
**deadline** 132:6 133:4,9
**deal** 96:3 242:12 244:21
**dealing** 78:10 228:20
**Dear** 239:3
**death** 291:19
**debating** 161:23
**December** 155:2 166:11 168:9 233:12
**decide** 53:10 144:8 149:9 207:14 219:10 259:3,15 259:17,19 274:16
**decided** 35:24 43:9 144:4 200:19 201:21 207:17 242:25 259:9,13 260:5,9
**decides** 97:15
**deciding** 138:17
**decision** 45:7 115:11 133:15 137:23 144:13 202:1 203:18 204:11 219:9 226:14,17 258:23
**deck** 146:5 240:18 245:6 250:1

**declaration** 28:15
**declare** 28:22 45:7
**decreases** 195:17
**decreasing** 183:25
**defendant** 78:7
**defendants** 189:20
**defending** 208:8,18
**Defense** 104:2
  152:22 158:15
  178:19 180:6
  181:2 187:20
  200:10 210:16
  221:15
**deficit** 272:19
**deficits** 196:3,5
**defining** 191:16
**definitely** 153:22
**definition** 91:10
  190:20 191:2,6,6
  191:7,20 192:15
**definitions** 58:13
  190:24
**degree** 13:15,17
  14:17
**deliberations**
  134:11 143:20,25
  148:11 152:8,11
**Dennis** 258:4
  260:23 275:17
**Denver** 10:20
  264:3
**Departure** 9:8
**depending** 236:19
**depends** 60:12
  88:15 95:14
  295:13
**deponent** 10:14
  300:2
**deposition** 1:15 2:1
  5:11 6:3 7:3 8:3
  9:3 10:7 12:2,9,14
  19:4 83:7 291:14
  291:25 297:12
  298:7,9 301:4,6,8
  301:11
**describe** 17:7 56:9
  261:6

**described** 228:24
  287:20
**description** 207:2
**descriptive** 162:25
**design** 94:12
**designate** 262:21
**designed** 95:24
  96:3
**despite** 100:21
  142:13 159:17
**detail** 35:13
**detailed** 7:4 9:10
  31:18,22 280:7
**details** 237:23
**detected** 70:18
**determination**
  34:23 112:4 120:8
  120:11 126:5
  127:19,23,25
  128:17 225:1
  232:13
**determine** 93:12
  96:21 133:3 137:4
  137:11 219:10
**determined** 118:8
  118:19 119:15
  121:3 126:11
  206:4
**determining** 113:5
**develop** 93:14
**developed** 69:1
**development** 27:11
  68:22
**develops** 93:12
**devoted** 16:8
**diazinon** 5:23
  102:8 105:21
  132:22 251:14
**died** 162:6
**difference** 232:2
  281:21
**differences** 7:12
  158:23 159:5
**different** 15:3 35:3
  49:11,12 53:8
  58:13 68:20 81:16
  93:20 94:12

102:11 103:20
105:8,12,25
111:17 113:14
114:25 115:2
116:2,9,9 117:21
117:22 118:13
123:13,13 124:7
129:19 148:21
151:6 163:4 169:4
170:16 181:13,13
185:4 187:8,16
190:24 192:20
193:6,9,10,14,21
194:3,12 197:22
217:23 236:19
238:9,10 254:14
254:15,18 259:14
270:11 272:12
274:12 276:13
281:18 285:18,18
285:19
**difficult** 202:15
**diffuse** 195:8,12
  278:9,10 280:19
  281:14
**digits** 130:8,8
**dinner** 41:24
**direct** 11:19 124:4
  146:4 262:17
  287:8 292:1
**direction** 95:14,15
  95:22 287:4
  291:10,11 301:8
**directions** 283:4
**directly** 209:22
**disagreeing** 134:15
**discipline** 51:15
  103:7 118:6
**disclose** 101:5,7
**disclosed** 102:1
**disclosure** 101:7
**discovery** 78:8
**discuss** 29:8 33:15
  86:7 126:25 193:8
  216:24 234:7
**discussed** 128:20
  131:10,20 135:20

144:21 160:10
181:23 193:10
220:11 229:11
248:7 294:21
295:2,6
**discusses** 180:8
**discussing** 130:17
  131:8 135:17
  151:20 154:18
  185:18 201:9,20
  204:25 218:5
  221:4 235:4 237:9
  260:17
**discussion** 24:20
  26:3,15 79:15
  99:13 106:20
  126:23 127:2
  131:23 167:23
  168:3 179:25
  190:13 192:23
  207:25 228:18
  247:13 284:6
**discussions** 12:1
  127:16 157:23
  158:3 219:14
  262:7
**disease** 14:12 15:4
  15:6,20 26:23
  32:7 43:23 69:18
  91:7 93:8,12 95:3
  95:6 291:8
**diseases** 14:5,7,11
  14:15,18 15:3
  93:14
**distributed** 103:5
  107:25
**distribution** 14:4
**District** 1:1,2 2:15
  10:12,12 301:19
**division** 112:5
**DLBCL** 278:8
**doctor** 13:8 24:1,3
  49:25 67:5 71:23
  72:6 78:25 79:18
  153:3,7 241:22
  242:2 254:4
  262:11 269:1

271:20 272:23
273:18 274:6
277:22 280:2
285:21 286:4
288:2 289:18
293:21 297:11
**doctorate** 14:17
**document** 1:9 5:20
  18:25 19:3 24:6,9
  49:6 71:15 74:12
  74:13 77:6 78:23
  79:14 80:18,19,20
  81:4,8 83:1,4
  99:11 103:22
  104:20 107:23
  113:22 117:11
  121:9,25 123:4
  124:5,6,16,22
  125:6 132:13
  133:18 134:8,14
  134:18 136:4
  165:11,13,15
  167:6,10,13 170:2
  174:16 179:19
  190:18 199:21
  201:7 210:12
  211:18,18 212:19
  219:22 221:11
  228:3 233:17
  239:2 240:24
  250:8,23 262:14
  262:16,19,20
  269:25 273:11,21
  281:1 284:6,14,19
  284:25 289:20,22
  289:25 290:2,7,11
  290:19 292:2
  296:25
**documentaries**
  222:8
**documents** 77:1,4
  77:25 78:6 81:2
  97:20,24 107:25
  108:13 111:2
  114:4 117:5
  128:23 129:10
  166:4 217:16

**doing** 17:7,18 41:2 69:19 89:25 98:3 101:17 106:25,25 110:8 112:5 114:24 115:6,8 116:21 118:5 204:14,25 259:13 284:24
**dose** 63:17,20 64:2
**dose-dependant** 277:5
**dose-dependent** 276:25
**double** 130:7 280:23
**doubled** 291:20
**doubling** 54:18 55:4 57:7 59:10 61:4 63:15,16 276:17 281:10 282:16
**doubt** 234:19
**downward** 183:11
**dozen** 234:1
**Dr** 10:14,25 11:21 12:2,4,11,13,14 12:25 16:22 19:12 22:8 26:12 33:22 36:14,24 44:1,24 45:1 54:1,12 65:24 77:5 78:4 82:22 89:11,20 97:19 98:13 99:15 102:3 103:24 104:12,17 107:10 107:14 121:8,10 121:11 122:1,1,4 122:4 130:25 131:1,8,18,23 135:11,17 136:5 136:13,19,21,22 137:1,2,9,15,19 138:4,21,22 139:2 139:13 140:11 141:12 144:15,21 145:19 148:24 158:8,10,22 159:10,17 160:7 161:14 163:8,15 163:20 189:24 190:12 199:25 200:23 201:4,9,19 201:25 202:7,22 203:14 204:7,25 205:5,19,22,25 208:17 209:23 211:1,2,3,4,5,6,10 211:20,22 212:2 215:8,12,23 216:13,20,23 220:19 231:3,17 235:15,15,17 236:3,4,6,22,23 237:12 238:7,8 239:3 240:10,25 241:24 243:1 244:2,6,7,20 245:18 246:2,6,19 246:22,23 247:1 247:21 248:1,12 248:24 253:20 254:13,22,24 255:4,15 256:9,9 256:11,16,24 257:18 258:8,19 258:22 261:16 263:10 265:15 266:24 267:8 269:8,22 272:6 277:12 279:16 294:1 297:10
**draft** 7:17,21 106:4 106:11 109:24,25 110:14 141:13,19 142:5 166:24 167:1,12,14,19,22 168:18 260:10 288:13,23 290:7
**drafts** 103:5,5 110:5 166:5,7,19
**drive** 3:14 282:10
**driven** 183:10
**drives** 282:24
**drop** 187:4
**drug** 47:15
**due** 9:19 95:11 285:8
**duly** 11:17 301:6
**duration** 32:10 151:1 156:2 170:6 170:6,9,12,15,18 174:6 191:23

**E**

**E** 3:1,1 4:1,1 5:1,9 6:1,1 7:1,1 8:1,1 9:1,1 10:1,1 299:1
**e-mail** 6:6,15,16,19 6:21 8:9,11,12,14 8:16,18,20,22,24 9:4,6,8,16 98:13 98:16,22 99:4,16 104:8 131:13,18 133:7 134:20 135:10,15 136:18 136:21 137:2,9,19 138:21 139:2 141:18,24 142:10 199:23 200:22,23 201:8,19 202:23 210:12,17,18 211:10 212:15,18 212:20 217:9,14 220:4,7 221:22,25 222:7,13 225:17 226:23 227:19 228:9 231:7 233:6 235:13,14 236:2 237:7 238:19,22 238:24 239:5,9,18 240:4,5,9,17,22 241:15 242:15 243:5,6,14,15,16 243:19,23,25 244:5,6 245:22 246:11,17 247:12 247:21,25 248:13 248:25 255:4,15 255:21 256:5,6,10 256:20 257:10 258:3,9 262:17
**e-mailed** 264:17
**e-mails** 82:21 130:14,17,25 131:11 133:24 134:16,20,25 135:6 144:22 151:19 204:22 236:23 257:17
**Earl** 1:15 2:1 5:2 5:12 11:16 13:6,7 298:9 300:15
**earlier** 94:8 96:5 103:25 105:3 121:14 128:20 129:11 158:9 160:10 178:12 185:18,24 187:10 190:19 217:23 236:15 237:25 243:15 248:7 250:18 257:9 295:7
**earliest** 21:4 240:8
**early** 17:17 22:6 112:20 141:16 142:6 207:19
**easier** 205:18 269:5
**easy** 115:10
**ecocide** 222:22
**ecosystem** 222:15
**effect** 68:12
**effects** 25:22 31:16 197:18
**effort** 92:15 96:21
**efforts** 201:9 213:13
**Egeghy** 40:6
**EHP** 9:20
**eight** 29:8 105:10 189:25
**either** 40:8,11 75:15 95:15 107:19 108:22 127:24 157:10 190:8 234:16 287:4 291:10,11
**elasker@hollings...** 3:18
**element** 162:10
**elevated** 53:16 83:12 139:15 276:2 277:19
**elevation** 276:15
**eleven** 105:11
**eliminated** 60:19
**Elyse** 3:20 11:3
**emeritus** 16:18 20:4
**employed** 39:23 301:10,13
**employee** 83:7 301:13
**employees** 213:22
**employment** 28:16
**enrollment** 96:8,11 168:9
**entire** 17:15 48:14 96:19 100:25 112:18 125:5
**entitled** 5:21 7:8,12 8:4 9:17 158:22
**entry** 160:11
**environment** 222:15
**environmental** 6:10 16:24 17:4 19:19 29:24 30:5 38:23 39:15,24 40:9 42:2 44:6 85:6 92:16,17 211:9 240:14 274:24 275:25
**EPA** 8:24 150:13 230:21 231:3,8,9 231:14,18,25 232:5,8,13
**epidemial** 131:9
**epidemiologic** 118:13 131:9 170:13 202:9 236:7 268:19 269:9
**epidemiological** 26:19,21 50:13

54:2 58:17 61:2 90:7 129:4 177:2 178:10 202:19 270:12 285:4 294:10
**epidemiologist** 49:11 82:6 131:5 200:7 246:24
**epidemiologists** 41:2 131:15 139:22
**epidemiology** 6:7 14:1,3 16:25 17:4 19:20 31:7 48:7 48:15,16 49:13,16 49:18 52:17,19 74:6,16,18,21 91:6,24 102:12 103:3 106:20 107:10,19 109:10 113:12 118:11,19 119:1,17,20,20 120:4 124:12 125:11,16,23 128:8 161:25 177:15 178:3 180:16 206:14 240:14 274:25 275:25
**equal** 190:1
**equally** 105:16
**equipment** 157:1
**Eric** 3:18 11:5,25 89:20
**Eriksson** 58:18 61:2 62:6,13,25 63:21 64:14
**Errata** 300:11
**errors** 282:10
**eshimada@holli...** 3:20
**ESQ** 3:5
**ESQUIRE** 3:4,6,12 3:13,18,19,20 4:4
**establish** 32:18
**established** 25:8
**estimate** 25:22 48:5 53:15,16,20 197:3
**estimates** 180:12
**et** 58:8 132:22
**etiology** 14:14
**EU** 9:16
**EU's** 258:5
**European** 7:15 158:25 159:7 227:21 257:1,13
**evaluate** 26:22 49:11 109:17 126:25 132:19 151:7
**evaluated** 43:14 44:18 74:3
**evaluating** 6:12 14:13 85:18 100:15 116:13 294:7,12
**evaluation** 5:14,17 7:4,13 22:15 29:9 36:15,25 45:13 72:15,25 74:8 99:19 101:24 114:17,19 115:1,3 115:13 117:16,20 120:2 126:18 127:7 128:7 132:7 156:20 158:23 217:22 241:3 245:20 275:6 280:7 291:3
**evaluations** 87:7 118:5 296:9
**evaluative** 112:22 112:24 113:5 118:2
**event** 245:12
**Eventually** 236:21
**ever/never** 141:1 146:19 155:18 169:24 172:21 182:11 186:20 188:18,19 192:20 295:25
**everybody** 298:3
**evidence** 26:10,11 50:1,20 51:5 55:10 64:3 68:4 69:5 70:13 118:13 119:15 120:12,24 121:5 126:6 172:12 177:16 202:3 268:20 269:9 273:15 277:6 294:8
**exact** 146:25 173:14 268:23
**exactly** 25:12 53:8 127:15 200:18 222:17 295:5
**examination** 5:2 11:19 262:17 263:8 292:1 297:2
**examined** 11:18 56:12,14 202:4
**examining** 94:22
**example** 40:17 94:17,23 103:2 107:5,10 109:9 113:11 116:5 186:1,8 295:19
**examples** 87:5
**excess** 50:11 140:2 140:6 150:22 272:18
**exchange** 220:4 228:9 233:6 235:14 238:20,22 239:18 240:5 260:16
**exclude** 126:10 252:8
**excluded** 119:23 140:12,24
**excuse** 29:12 32:25 48:23 58:16 73:12 177:8 191:8 266:20 267:4
**executive** 133:1
**exhibit** 6:3 7:3 8:3 9:3 18:8,10 23:23 24:6 36:12,14,18 36:21 45:24 46:4 66:20,25 71:18,23 71:25 80:5,8 81:10 82:17,21 85:14 98:1,10 99:6 100:4 104:1 104:2,6 122:9 130:4,11 133:20 145:14 152:22,23 152:25 153:1 158:12,15 165:5,6 165:7 166:3 178:16,19,22,24 179:10,14 180:6,6 181:2 187:20 200:10,12 205:16 210:13,16 217:5,8 219:25 220:1 221:16,17 225:7 225:13 228:4,7 230:24,25 232:22 232:23,24 235:20 235:23,24 238:22 239:18,21 240:9 243:6,7,8,25 246:14 250:3,5,8 255:3,6,9,22 264:16 266:10,14 274:3 279:15 280:2,7 284:10 292:6 296:6,6
**exhibits** 5:11 104:16
**expect** 72:11 104:17 141:19 142:4
**expected** 25:23
**expenses** 38:12
**experience** 29:10 29:19 96:13 285:16 290:25
**experiences** 12:6
**experimental** 27:6 33:13 39:8 50:23 51:8
**expert** 12:8,12,13 12:17 63:24 75:15 87:1 89:4 121:17 122:5 234:24 236:24 254:25 255:16 256:11,17 257:20 264:4 271:22 277:12 285:5 291:2,13
**expertise** 43:7 103:16 114:1 213:25
**experts** 67:16 77:2 77:6 227:6 258:5
**expires** 300:20 301:20
**explain** 14:9 15:17 53:4,12 62:16 97:14 274:11
**explained** 132:4 288:15
**explaining** 248:12
**explains** 222:1
**explanations** 119:23
**expose** 97:1
**exposed** 28:6 29:17 30:1,7 32:2,3 47:16 50:11 54:13 54:19 56:13,15,17 56:18,21 57:6 156:9 162:5,13 173:1,4,21 198:24 199:4,9,13 285:18 289:7 295:17,17 297:5
**exposure** 6:22 8:5 8:22 9:19 25:23 26:10 27:11 28:2 28:5 29:15,16,16 29:18,23,24,25 30:5 32:10,10,11 32:11,11 33:8 50:20 52:23 53:16 55:12 56:16 57:8 58:4 61:3 63:1,18 63:21 64:9 65:2 69:10 88:16,24,24 102:12 124:11 125:10 135:19,20

136:7,15 140:8,16 140:20,21 141:5,7 147:13 154:25 155:14 156:2,17 156:19,24 157:2,4 157:5,11,11 160:8 160:23,25 161:7 161:11 163:16,22 164:2,14 168:20 168:23 170:6,10 170:10,11,12,24 171:1,4,6,10,12 172:4,13,17,20 173:13,16,19,20 173:25 174:3,5,7 174:22 175:2,2,21 175:23,24 176:1 178:6 192:1,2,20 195:11,15 196:1,7 196:11,16,24 197:6,8,9 230:9 231:19 239:11 253:7 278:16 281:19 282:23 285:6 296:1
**exposures** 17:9 32:12 74:4,7,17 74:22 79:23 82:7 90:25 93:6,20,24 94:3,3,10,23 95:4 95:5,12,13,17,20 96:4 157:8 169:4 169:19 192:19 248:21 249:11,23 250:20,21 251:1 251:18 285:16 295:10,21 296:15
**expressing** 248:24
**extended** 28:13 43:21
**extending** 136:23
**extends** 28:8
**extent** 12:11 29:15 264:2 277:10 294:15
**eyes** 105:8

**F**

**fact** 12:5 30:23 70:7,12 74:5 86:23 90:3 91:1 91:20 95:11 100:24 121:2 127:22 128:6,14 129:9 142:13,16 142:19 149:4,22 159:23 160:1,6,10 164:17 166:25 168:19 175:20 178:4 182:10 190:19 194:22 201:20 202:2,7 207:6 210:7 220:11 231:9,24 233:11 241:15 256:16 260:6 267:14 280:13 282:8 284:1 294:24
**factors** 14:13 26:23 29:17 59:6 91:6 91:15 138:4 156:25
**facts** 93:7
**factual** 12:6
**failures** 86:14
**fair** 20:10,21 23:3 34:24 43:2,11 45:21 47:16 48:21 49:14 55:22 58:6 59:11 65:15 66:16 75:13 86:6 88:20 88:22 89:1 90:15 103:9 111:11 114:11 127:8 167:17 183:5 235:5 238:10 254:13 257:15,17 262:23 264:18 270:17,18 272:22 273:18 283:7 294:21
**fall** 287:9
**false** 88:25 283:3
**falsely** 283:2
**familiar** 49:12
**familiarize** 123:2
**far** 120:3 138:5 164:19,20 165:2 189:20 192:13,17 297:14
**Farm** 8:13
**farmer** 195:14 196:7
**farmers** 17:18,20 82:7 87:24 88:6 88:12 90:1,4,16 90:21,24 91:12,13 91:17,25 92:5 93:1,16 94:10 96:4 155:13 156:9 157:10,15 160:12 160:22 162:15 169:18 171:6,10 173:1,3 174:6 192:5,7 197:7,8 198:24 199:4,9,13 229:2
**farming** 17:12 90:8
**fast** 72:11
**fault** 175:17,19
**feasible** 133:3
**February** 5:13 85:6 132:23 133:3 166:7,19,22,23,24 199:24 200:22 201:8
**fed** 108:13
**feel** 18:6 19:15 75:25 273:14
**fellow** 16:24 143:24 148:10 178:2 292:7,13
**fellows** 77:8
**felt** 73:11
**Ferguson** 238:7
**fewer** 229:5
**field** 14:21 87:20
**fifteen** 105:11
**fifth** 214:23
**figure** 260:24
**files** 80:14 97:21 98:14 130:15
**fill** 101:12,18
**final** 84:16 124:16 127:19 132:12,14 139:2
**finalize** 29:8
**Finally** 134:5
**financial** 28:16 101:25
**financially** 301:14
**find** 26:24 58:5 60:14 93:6 101:14 108:23 138:15 141:21 153:25 194:18 195:25 202:9 215:6 241:17 247:6 256:6 269:2 270:21 271:4 283:5,13,14,15,23 283:24 287:2 294:11
**finding** 55:4 119:20 119:23 139:23,25 140:4 141:10 146:23 147:20 148:2 149:24,24 157:19 175:3,11 194:11 195:20 205:23 215:1 218:7 241:20 278:23 284:1
**findings** 9:14 62:12 62:14 64:13 65:2 65:15,23 66:12,24 72:22 73:1 84:4 84:25 86:4 143:22 145:2 148:8 149:16 152:18 154:25 169:3 176:2,5,5,10 181:10,25 192:13 192:15 194:10 202:16,19 204:10 231:18 232:10 240:12 241:18 244:12,18,22 245:11,12,19 246:7 247:17 248:1,1 276:1
**finds** 172:11 181:24 195:9
**fine** 19:7 82:25 141:22 171:17 188:9 215:14,18 293:23
**finger** 194:8
**finish** 177:9 188:4 188:8 206:9 239:24 242:2
**finished** 206:8 207:2 209:20 219:5 230:18 231:22 232:3 242:9
**firm** 3:7 233:9
**first** 11:17 20:22 22:25 25:7 26:19 32:9,10 53:1 65:20 69:21 109:3 111:8 112:7,12,17 112:24 113:4,7 118:1 122:19 123:1,6 124:6 132:13 135:10 138:15 139:1,1 141:24 145:11,12 146:4,18 152:16 154:22 156:18 158:22 159:11 160:23 166:2,25 167:3,22 172:18 174:10 188:16 193:7,25 194:15 199:25 200:15 207:17,18 226:3 226:25 234:23 235:2 237:9 238:24 240:23 241:5,14 245:22 245:25 247:2 258:3 259:19

269:3
**fits** 124:2
**fitting** 54:9
**five** 65:7 102:10 103:19 105:10 111:17 112:2 113:14 114:25 115:2,18 117:21 168:22 188:10 193:9 247:13 276:22
**five-day** 111:21
**five-minute** 76:15
**FL** 278:2
**flew** 38:6
**floor** 89:7
**focus** 99:11 103:13 103:14,14 106:15 106:24 131:21,22 146:9 167:21
**focused** 103:7
**focusing** 91:24 103:10 135:15
**FOIA** 211:15
**folks** 28:21 69:1
**follicular** 195:23 196:2,8,17 197:5 278:3
**follow** 93:11 178:5 213:22 257:14 263:13 279:2
**follow-up** 96:6 160:2,6 161:8,11 161:12,20 162:1 163:15,25 164:4,9 164:13,21 165:3 168:13,20 175:21 178:5 208:21 209:24 220:14 229:10 271:16,19 272:9 273:6
**followed** 87:5 162:2 229:4
**following** 157:23 164:18 165:1 220:22 269:20 272:3
**follows** 11:18 24:21
**Food** 7:16 158:25 159:7
**Forastiere** 107:11 107:12,13
**foregoing** 300:6 301:4,6
**forestry** 68:21
**forget** 82:1 262:13
**Forgie** 3:12 10:21 10:22 233:7,11 238:23 239:2,5
**forgive** 46:22
**form** 15:7,10 20:11 21:1 23:6,17 27:3 27:22 28:25 30:2 31:5 32:20 34:10 34:25 35:15 36:2 38:3 39:18 40:1 42:11 43:12 45:9 47:10,19,24 49:4 50:7,15 51:1,13 51:23 52:7,12 54:20 55:1,8 56:1 57:11,16 58:10,14 59:13,20 60:8,10 60:16,23 61:7,20 62:10 63:3,10,23 64:11,22 65:10,21 67:24 68:6 69:2 69:15 70:5,14,21 71:10 73:4,24 74:10 75:21 76:1 76:9 83:22 84:6 86:25 87:12 88:21 89:3 101:7,13 106:19 126:20 128:2 142:14 161:18 198:20 207:8 208:3 209:3 209:15 211:16 212:12 218:11 233:8 260:20 261:3 264:22 266:6 267:14 268:22 269:17 270:1 271:3,11,21 273:10 277:9 279:5 280:16,25 283:8,20 284:5 285:12,22 286:5 286:14 287:14,23 288:7 289:8,16,19 291:1,12,21 292:22 293:3,11 300:10
**formal** 45:13 286:1
**formation** 92:12
**formed** 94:7,11 102:12
**former** 201:12
**formulate** 29:9
**formulated** 12:15 12:16 285:17
**formulations** 49:1 50:21 51:6 285:9 285:18
**Forrest** 107:10
**forth** 110:14 116:14 123:3 142:10 144:12 163:3 172:16 181:4 231:20 244:5
**forward** 234:18 240:10
**forwarded** 236:3
**foul** 259:12
**found** 50:25 54:17 56:22 57:7,13 58:23 67:22 98:24 119:21 137:17 146:14 156:15 159:24 196:6 206:5 208:25 268:11 275:23 276:9 278:19 294:18
**foundation** 47:11 62:4 68:7 70:22 73:5 84:11 122:20 125:5 267:15
**four** 39:13 60:2 102:4,7,11 103:20 105:10 117:22 134:21 171:22 177:18 179:4,15 182:1 208:23 209:11 218:9 229:10 234:4,5,20 235:5
**four-and-a-half** 134:22
**fourteen** 105:11
**fourth** 214:20
**frame** 60:12 108:3 124:2 267:12
**France** 5:16 24:23 34:7 37:10 38:6 278:25
**frank** 77:5
**free** 18:6 20:3 38:11
**Freedom** 211:23 213:21
**Freeman** 137:2,19 138:4
**Freeman's** 138:21
**frequency** 48:22 150:19 281:5 282:15
**front** 24:9 187:11 273:15
**full** 118:12,18,21 118:23 119:1,4,10 119:14 123:20 127:24 274:20
**full-time** 20:1
**fully** 162:25 180:11 204:17
**fumbling** 256:4
**function** 44:15
**funding** 75:20
**further** 133:24 155:6 189:7 262:12 296:23 297:9 301:12
**Future** 222:11

**G**

**G** 3:18,19 10:1
**gals** 77:8
**garden** 47:3
**gardens** 88:10
**gather** 93:17
**gathered** 94:1 155:1
**Gee** 269:22
**Geiten** 73:23
**general** 87:7 123:7 135:24 217:2 282:8 292:9
**generally** 81:11 84:24 101:19 140:19 273:13 284:13,18
**generated** 81:23 169:20
**genetically** 68:23
**genetics** 13:20
**genotoxic** 50:21 68:11
**gentleman** 44:3 83:5
**getting** 85:8 86:23 105:4 131:21,22 131:25 132:6 212:9 214:14 215:25
**Gillam** 8:15 219:15 219:17,21 220:5 220:17,22
**give** 48:5 78:2 87:17 101:6 104:14 118:11 123:20 161:24 205:17 213:6 216:10 233:24 239:23
**given** 100:12 103:11 106:10 183:5 215:1 240:20 248:3 249:6 300:8 301:9
**gives** 181:13 283:3
**giving** 273:14
**glistened** 205:14
**Gloria** 38:19

**glyphosate** 5:20,23
6:8,22 7:5,13 8:19
8:20,24 9:4,6,11
9:16 35:25 36:17
37:7 39:16 42:8
43:11 45:7 46:3
46:11,14,24 47:1
49:1 50:2,20 51:5
52:23 54:14,19
55:13 56:13 57:9
58:24 59:2,5,10
59:16 61:4 63:2
64:9 65:2 66:11
67:13,19,22 68:16
70:2,17 71:8
72:15 83:11,14,16
90:12,18 91:2,15
91:16,24,25 92:3
93:24 94:23 99:20
102:4 105:21
107:6,9,19,20
108:17 109:9
114:24 115:4,14
116:8,10,15 117:2
117:25 118:18,20
119:15,21 120:6
120:10,13,21,23
121:5 124:18,19
124:23,23,24
125:2,2,8,18,20
125:24 126:5,12
127:8 128:1,10
129:5 131:25
132:7,22,24 134:2
134:5,10 135:2,19
135:20 136:6,14
137:5,11,25 138:5
138:16,24 139:8
139:16,19 140:8
141:1,7,13 142:10
142:22 143:23
144:24 145:2,7,22
146:15,19 147:23
148:4,9 149:1,17
149:25 152:12,20
155:14,18 156:1,3
156:10 157:8,11

157:12,15,24
158:23 159:6
161:1 164:18,24
165:18 170:2,7
171:6,11,19,22
172:4,13,18,20,21
173:1,4,13,16,21
174:7,18 175:1,23
176:2,6,7,12
177:5,16,19
178:10 180:13
181:5 184:1
186:20 189:6
190:13,16 191:20
191:23 193:25
194:10,11,19
195:11,15 196:1,8
196:16,24 197:8
197:13 198:2,7,7
198:8,11,12,12,13
198:13,14,14,24
199:5,9,13,19
200:16 201:14
205:2,24 206:6,23
207:14 208:2,9
209:1,14 210:4
212:10 213:1,15
214:15 215:3
216:2 217:19,23
218:8 219:19
222:3,16 223:12
223:19 224:15
225:20 228:12
230:1,9,20 231:10
231:14,19 232:10
232:16 240:12
244:12 247:3,6,18
247:23 248:2,9,15
249:5,5,12,23
251:10 252:4,25
253:8,25 257:2
258:6 262:8
264:19 265:11,22
266:4 267:18
268:9,18 269:15
269:23 273:2
275:6 276:2,21

277:18 278:16,20
280:8,15 281:6,11
285:6,7,17 292:18
293:9 295:12,23
**glyphosate-based**
50:21 51:5
**glyphosate-expos...**
7:9 154:19
**glyphosate-only**
198:16
**glyphosate-resist...**
68:23
**glyphosates** 160:15
162:19
**go** 13:11 16:19
17:22 25:4,6
37:14 46:8,23
47:13 52:17 55:17
59:23 60:25 61:12
64:6 71:24 72:10
74:24 78:17 79:2
86:7 89:12 108:10
108:22 113:24
114:4,11 116:21
126:24 135:7
136:19 144:5
152:15 154:1
155:11 179:16
187:15,17 190:8,9
196:14 204:24
205:16 206:11
211:23 226:3
228:17 239:4,17
240:10 242:3
243:17,24 254:4
255:20 272:15
282:21 283:4
284:9,25 287:3,17
291:10,11 293:19
296:5
**goes** 46:6 50:19
63:18,19 110:12
144:13 162:25
197:1 277:24
290:11
**going** 12:19 13:10
22:5 23:19 30:11

31:1 32:16 35:12
36:8 46:6,18,20
49:23 52:25 55:17
61:9 71:17 76:17
77:6,10 78:1,2
85:4 87:17 89:7
89:14 90:16,21,24
93:8 94:3 95:9
96:4 97:4,8,10,15
97:23 98:24 99:10
100:15,25 103:25
109:16 120:15
138:3 139:4
148:16,17 149:6
150:6 153:8,25
163:3 171:14
179:18 185:10
188:2 190:7
202:24 205:22
207:12,21 218:23
219:11 226:15,17
234:18 240:12
241:2 246:12
247:17 259:10
261:11 263:3,13
267:13,24 268:11
270:6 271:8 287:9
298:6
**Golkow** 10:5
**good** 10:17 11:8,21
11:22 12:25 13:1
13:4 20:6 87:16
88:6,13,13 89:20
130:5 143:6
149:12 187:15,18
222:11 263:10
297:13
**Gotcha** 243:12
**gotten** 82:22 86:5
**government** 72:14
213:22
**graduated** 13:14
**great** 78:14 190:6
262:25
**greater** 56:19 57:7
61:15 62:24 64:18
183:9 276:22

277:18 281:12
282:15
**Greene** 4:4,5 10:24
10:24 78:4,18
79:5,14 215:11,16
297:11
**group** 29:3,4,5,7
31:4,25 32:1,2,8
33:1 34:7,8,12,18
35:14,19,20,24
37:19 39:12 43:8
71:5 74:25 86:16
87:9 92:25 100:7
100:8,21 101:5
102:3,17,24 103:8
103:17,18,23
104:19,24 105:7
106:1,5 107:21,25
108:6,12,14,16,18
108:22 109:1,4,5
109:22 110:4,9,21
111:7,14,16
112:13,18,18,23
113:19 114:24
116:6,19 117:19
118:18,21,23
119:4,12,14,14
121:12 122:1
123:8,17,21,25
124:8,8,8,9,11,12
124:12,13,23,24
124:24,24 125:11
125:11,12,13,15
125:15,16 126:3
126:18 127:16,24
128:9,15,17 129:3
130:22 132:2,5,7
132:18 133:12,13
133:15 134:11,22
137:21 139:13
142:21 143:9,16
143:19,24 144:18
148:10 151:10,12
151:17 152:1
173:25 174:3,6
175:2 176:17,24
177:14 178:2,8,21

180:10 183:20,20 197:12 199:18 206:12,13 229:24 245:2 259:6 285:5 297:5
**group's** 106:11 115:14 125:23 180:15
**grouping** 194:15
**groups** 8:6 21:5,9 86:14 101:23 105:13 123:13 124:7 125:13 192:2 193:10
**Growth** 222:11
**guess** 22:11,16,22 29:25 77:20 84:7 131:14 155:4 172:24 201:11 208:12 213:6 223:3,5 230:22 234:5 262:9 288:15
**guessed** 234:22
**guessing** 113:1
**GUY** 3:5
**guys** 47:22 77:22 131:19 143:14,14 144:4 179:5 235:4
**Guyton** 8:17 99:16 99:17,21 100:24 104:9 217:12 223:8 226:1

**H**

**H** 3:13 5:9 6:1 7:1 8:1 9:1
**Hague** 222:22 223:2
**hairy** 60:7,9
**half** 188:6 234:1 288:17
**halfway** 123:8 168:4 222:20
**hand** 18:13 79:10 104:22 179:18
**handed** 134:16 136:4 166:3 179:10 180:5 201:1
**handled** 277:18 281:11
**handling** 83:16 281:6
**Handwritten** 6:18
**Hang** 85:25
**happen** 123:17 291:7
**happened** 97:18 126:15,25 127:5
**happens** 143:11
**harassing** 214:10 214:20 216:5 253:18
**hard** 67:7 110:11 135:8 150:18 272:4
**hard-working** 272:7
**Hardell** 58:18 59:23
**harder** 130:9 271:4
**Hardest** 71:21
**Harris** 136:19,22 138:22 139:2,13 140:11 141:12 144:15
**Harris's** 137:1
**Harvey** 279:11
**Haydens** 83:6
**Haydens'** 83:25 84:2
**hazard** 25:19,23
**Hazards** 6:12 85:19
**head** 19:22 98:20
**Health** 5:25 6:10 7:10,20,23 13:25 16:8 20:15,16,22 21:5,10,13,24 22:21 23:3,13 24:11 25:19 38:23 43:9 72:23 85:6 92:12,14,17,20,22 94:6,21 95:24 96:2 152:13,19 159:13 160:11 166:6 169:14 197:12 199:24 200:6 204:9 207:13 208:10 211:8,9,14 212:7 212:8,23 213:12 213:14 214:3,5,13 215:2,5,24 216:1 216:9 218:7 224:14 227:13 228:17,19,24 229:23 230:13 232:15 234:13,18 259:8 260:4 286:3 287:20
**hear** 190:8 215:18 270:6
**heard** 15:4 97:4 265:9 271:16
**hearing** 174:23
**hearsay** 73:5
**held** 2:1 10:7 79:15 99:13
**help** 68:13 71:15 73:20 99:11 132:19 133:8 146:9 205:6,25 256:7
**helps** 71:15
**hematopoietic** 15:2 87:25 88:4 90:4,9 97:2 129:5
**Henry** 231:9,17
**herbicide** 68:18
**herbicides** 68:19 193:20 285:7 288:20
**hereto** 301:14
**hesitating** 129:6
**hey** 137:10 144:16 148:24
**Hi** 135:12 141:25
**high** 46:21 130:6 157:12 175:2,22 192:2
**higher** 48:24 54:24 83:17 157:8 175:23 176:1 178:6 276:23
**highest** 68:19 128:9 173:12,18,20,25 174:3,5,5 197:6,7 276:9
**highlighted** 99:10 99:11 132:13
**highlighter** 23:20 23:22
**highlighting** 19:8 23:20 158:17
**highlights** 18:25,25 19:11
**Hill** 33:2,5
**hint** 138:7,16
**hire** 101:20
**histological** 9:13 275:11
**historical** 87:5 94:3
**historically** 86:4
**HL** 132:25 205:24
**Hodgkin** 7:6 9:12 135:22 205:24
**Hodgkin's** 15:4,6 15:14,20 60:4
**Hold** 250:9
**Hollingsworth** 2:5 3:19,21 10:8 11:1 11:1
**Holmstock** 4:12 10:4
**home** 47:3 68:21
**homeowners** 88:9
**honesty** 77:20
**honor** 77:9
**Hope** 275:18
**Hopefully** 190:6
**hoping** 211:23
**Hospital** 275:18
**hour** 188:6 189:18 293:16
**hours** 115:10 189:22,23,25 190:3 243:25 272:13 293:7
**House** 75:19
**household** 46:25
**human** 14:12 25:14 26:10 29:16,23 33:24 39:17 42:9 45:8
**humans** 5:15,18 6:13 22:18 26:22 28:5 35:7,25 36:16 37:1 47:15 47:16 49:24 50:2 50:22 51:8 74:7 74:17 85:19 86:18 106:14 285:17
**hundred** 43:2 272:12
**hundred-and-so...** 66:10
**hungry** 153:3

**I**

**IAD-LHR** 9:9
**IARC** 5:14,17 6:6 6:11 8:18 21:15 22:2,6,11 24:16 25:8,11,13 26:4 26:14 27:19 28:2 28:8,14,22 29:7 30:11,14,21,23 31:1,3,12,15 32:17 33:7,12,16 36:15,25 37:7 45:19 46:3,10 47:15 52:6 64:2 66:10,23 71:9 72:3,12,14,20,21 73:12 74:5,8,19 74:25 75:20 85:17 86:10,14,23 87:4 87:8 97:4,10,12 97:13,14 98:20,24 99:3,18,23 100:20 100:24 101:23,24 102:3 103:23 111:17 115:13 116:6,19 119:13

119:18 120:2
126:11 128:9,15
128:21,21 130:21
132:16 133:9
134:11,22 137:25
138:18 142:16,17
142:21,24 143:8
143:16,19 144:17
145:4 146:1,2
150:1,7,8,9,10
151:10,12,17
152:1,7,8,10
157:23 158:24
159:5 176:7,17,24
177:14 178:3,8,9
179:22 180:15
181:5,17 182:17
183:5,7,20 184:9
185:23 186:17
187:1 188:25
189:5 192:25
197:11 199:18
203:2,9 204:1
205:3 206:2,12,13
206:19,21 207:9
207:20 208:8,13
208:18 216:24
217:10,17,18,22
218:17,19 223:8
223:11,17 225:20
225:25 226:2,5,7
226:12,15,18
227:1,11,12 228:2
228:7,13,23
229:15,19,21,24
230:20 234:9
236:15 241:3,8
243:1,3 245:7,11
245:19 246:4
247:14 248:20
250:2,14 252:2
254:15 256:22
259:6,11 264:17
264:18 277:7
278:19,22,25
283:7 284:12
285:1,4,11,15,25

286:3 288:1,6
292:8 293:9
**IARC's** 73:1 86:4
116:6 203:15,18
204:11 208:1,2
227:13 228:20,20
246:8 287:17
**idea** 127:1,13 223:5
226:8
**identification**
18:11 23:24 36:22
45:25 66:21 72:1
80:9 82:18 85:15
98:11 99:7 104:7
122:10 130:12
133:21 145:15
152:24 158:13
165:8 178:17
200:13 210:14
217:6 220:2
221:18 225:8
228:5 231:1
232:25 235:25
239:22 243:9
246:15 250:4
255:7 266:15
274:4
**identified** 124:8
135:24 155:2,12
180:3
**identifies** 227:1
**identify** 10:15 11:7
24:6 25:14 166:2
**ignores** 74:5
**illness** 294:13
**immediately** 72:23
256:3
**impact** 183:24
**impartial** 264:7
**importance** 208:11
**important** 19:14,16
115:20 164:2
203:22 256:25
258:10 264:10
276:7 294:11
**impose** 218:16
**imposes** 218:17

**improper** 100:14
**inaccurate** 161:15
**inadequate** 121:4
126:6,13,19
127:11,12,24
128:14,16
**inappropriate**
86:16
**incapacitated**
282:3
**incidence** 7:8 87:25
154:19 155:1
157:14 164:20
168:7 172:25
173:2,15 196:8,17
196:19,25 292:5
**include** 33:19
50:12 65:5 69:17
69:18 136:23
137:23 186:8,9
207:14
**included** 36:16
37:14 59:6 92:6
93:23 99:19
208:19 230:14
260:10
**includes** 59:2 72:18
168:12,19 169:2
171:9 184:4,6
191:12 230:2
**including** 28:14
29:23 67:19
137:22 138:14
141:13 145:21
149:23 150:13
186:19 191:17
200:24 217:11
222:3 227:25
232:11 234:12
246:18
**incomplete** 207:3
268:23 284:6
**incompleted**
224:20
**incorporated**
182:22
**increase** 17:20

53:17 63:8 91:17
95:9
**increased** 9:17
55:21 56:22 58:6
59:18 60:15 61:18
62:7 64:21 68:22
69:11,24 83:14
87:25 90:17,23,25
141:6 175:3
195:11 198:17,25
199:1,6,11,15
230:15 276:22
280:14 285:5
**increases** 33:8
285:19
**independent** 91:16
**indicate** 29:15 87:7
241:2
**indicated** 100:17
**indicates** 239:10
**indicating** 70:19
124:19 125:1,2
146:7 147:14
157:5,6 174:2,20
174:22
**indication** 33:9
**individual** 28:17
81:16 95:11 106:1
106:11 107:4
108:21 110:19
113:13,19 123:19
123:19 140:16,20
186:4 197:18
**individuals** 34:11
34:18 93:1 95:3
101:4,7,22 102:16
104:18 107:6,16
107:17 131:15
133:25 159:4
172:17,19 282:13
**induce** 51:7
**industry's** 225:20
**influence** 157:2
203:18 204:11
**inform** 66:5,8
133:14 197:11
218:6

**information** 29:22
73:16 93:17,20,23
94:2 97:16 101:25
111:1 150:1,8,14
151:15,23 186:5
199:17 207:10
211:23 213:21
218:3,5,22 234:16
253:3 270:21,25
271:8,10 272:11
273:9,19 274:7
278:18 282:7,7,12
286:12 287:12
**informed** 236:18
236:21
**informing** 218:17
**ingredient** 46:14
275:7 285:8
**Ingredients** 8:7
**initial** 106:4 120:20
126:16 127:4
**initially** 100:2
**initiated** 94:7,11,13
94:22
**initiation** 14:14
**input** 82:13
**inquiry** 99:16
225:13
**insecticides** 201:24
201:25 202:2
207:18 288:18
**instance** 195:16
**institute** 16:3,6,25
17:5 18:22 19:24
37:15 38:22 92:16
92:16,20 200:5
211:8 215:5
246:25 261:17,18
275:15
**institutes** 16:7,8
211:14 212:7,8,23
213:12 214:3,13
215:24 216:9
**institutional** 28:17
**instructive** 112:21
**intense** 157:11
**intensity** 156:2,24

157:5 191:23
**intensity-weighted** 170:6,10 173:14 175:9
**intentionally** 163:17 209:16 211:17
**interacting** 33:24
**interchanging** 163:16
**interest** 28:15 101:8,12
**interested** 99:22 158:6 216:25 301:15
**interesting** 16:21 150:24
**interests** 28:16,23 101:5,24
**international** 5:24 7:14 21:11,18,20 22:14 23:14 24:13 67:17 72:24 158:24 201:20 222:21 223:1,13 223:19 240:13 265:19 274:24 275:25
**interpretation** 137:7 259:21 279:7 289:5
**interrupt** 242:6
**Interruption** 61:22
**interval** 53:20 64:17 65:5 66:1 83:13,15,19 147:25 155:20 180:17
**intervals** 139:20 141:2 146:21 172:2,5 181:15 182:5
**interview** 8:12 290:18
**interviews** 217:17
**intimidated** 76:6
**intimidating** 75:1
**invested** 96:25
**investigate** 86:22
**investigating** 133:14
**investigation** 137:3
**investigator** 19:21 136:22 137:2 200:4 219:10 224:25
**investigators** 133:25 134:9 138:14 143:7 145:1,7,20 151:19 199:24 204:9 207:23 208:24 209:12 210:2 211:13 212:6 236:10 238:7,20 240:11 244:9 246:18 258:19
**investors** 137:21
**invitation** 28:13 43:19,20,21 227:20
**invitations** 28:8
**invite** 43:11
**invited** 28:21 29:5 43:4,5,10 44:20 45:11 101:22 292:8
**involved** 22:11 23:4,13 67:12 133:13 158:1,2 200:5 273:14 297:24
**involvement** 100:21
**involving** 92:15
**Iowa** 54:14 92:21
**irresponsible** 203:16 204:8,16 204:20
**ISEE** 9:5,7,20 241:17 242:17 244:13 245:7
**issue** 31:8 43:11 44:18 65:20 87:24 91:5 94:12 95:2 97:5 101:1 151:23 207:12 220:16,18 227:1,8,25 234:23 244:1 261:17 264:16 265:7 272:8 273:1
**issued** 45:21 232:10 264:18
**issues** 12:7 26:16 72:4 96:3,17 226:20 264:15,25
**iterations** 200:19
**Ivan** 41:14

**J**

**Jahnke** 38:19
**Jameson** 39:6 107:14
**January** 248:13
**Jeff** 10:20
**Jeffrey** 3:6 79:2
**Jesudosh** 44:4,5
**jhollingsworth@...** 3:19
**Jibben** 8:13
**job** 71:21 297:13
**Joe** 11:1
**John** 40:19 41:21 82:3,5,6,12 135:12
**joint** 197:18
**JOSEPH** 3:19
**journal** 8:13 54:3,6 54:8,9,13 66:14 66:17,18 84:20 143:5,10 144:11 144:12,17 201:17 201:18,20
**journal's** 143:11 202:1
**journals** 202:8 259:15,16
**JTravers@mille...** 3:6
**Judge** 216:10,10
**judgment** 32:25 175:10
**judgments** 238:12
**jump** 31:2
**June** 9:15 142:20 143:2 145:25 246:8 248:8 250:11,14,17,20 251:17 252:6,7,22 253:23 254:15,16 254:19,21 280:9 296:10
**junk** 72:22,22
**jury** 19:9 21:8 25:17 30:17 152:16 265:9 270:5 271:19 274:11 275:5
**jury's** 205:21

**K**

**K** 41:6
**K-A-R-U-N-A-N...** 58:1
**Kachuri** 58:8
**Kansas** 13:15 54:14
**Kantor** 186:1
**Karunanayake** 57:23
**Kate** 217:11
**Kathleen** 8:17
**Kathryn** 3:12 10:21 99:16,17,21 100:24 104:9 223:8 226:1 233:7
**kathryn.forgie@...** 3:12
**Kathy** 73:23
**keep** 78:18 117:9 153:8 194:7 263:1 272:3
**kept** 272:12
**key** 129:1
**kin** 140:15
**kind** 15:13 189:24 270:11
**knew** 109:16
148:14,19 177:7
**know** 12:14 18:14 20:21 21:8 22:3 23:21 25:3 38:25 40:7,8,16,17,22 41:1,9,16,18 42:3 43:17 44:1,9,10 45:1 46:5,6 47:25 48:2 57:23 58:2 64:19 69:19 71:11 72:17 73:13,14,20 73:25 77:9,16,25 78:1 82:3,5 84:20 91:1,15,19 97:24 109:15,21 110:14 110:17 111:3,5 115:20 116:22 120:17 127:9 130:9 133:8 148:13,16,18 152:14 153:14,16 154:4,6 158:10 175:14 183:17 185:12 187:6 210:10 212:15,21 215:11 219:23 221:3 223:11 233:16 234:3 235:7,8 237:8 238:17 250:11 252:22 254:5,8,25 255:18 257:22,23 259:25 266:7 268:2 272:6 273:13 280:3,3 291:16 296:18,19 297:13
**knowing** 109:6 148:22 297:15
**knowledge** 12:6 52:9 231:5,6
**knowledgeable** 51:16
**known** 24:16 53:7 242:13
**Kurt** 98:16,19 217:11 226:1

229:15 230:11

L

**lack** 62:3 84:11 122:20 125:5 267:15
**lacks** 47:10 68:6 70:21
**lady** 264:3
**Lakewood** 3:15
**Lancet** 66:12,14,17 66:18,24 67:5 68:14
**large** 56:4,10 194:24 195:6,8,12 195:16 272:16
**larger** 81:18 164:19,20 165:2 171:23 172:4 177:18 178:4,5,5 181:24,25 182:6 183:9 185:5 192:10 218:9 291:9
**largest** 135:25
**Lasker** 3:18 5:4 10:23 11:5,5,23 11:25 12:21 18:16 18:24 19:3,7 20:11 21:1 23:6 23:17 27:3,22 28:25 30:2 31:5 32:20 34:10,25 35:15 36:2 38:3 39:18 40:1 42:11 43:12 45:9 47:10 47:19,24 49:4 50:7,15 51:1,13 51:23 52:12 54:20 55:1,8 56:1,24 57:11,16 59:13,20 60:16,23 61:7,9 61:20,25 62:10 63:3,10,23 64:11 64:22 65:10 67:24 68:6 69:2,15 70:5 70:14,21 71:10,19 73:4,9,18,24 74:10 75:5,21 76:1,9 79:9,12 80:17 81:1,5,14 83:22 84:6,11 86:25 87:12 88:21 89:3,12,19,21 98:3,8,12 99:8,9 99:14 104:1,5,10 104:11 119:9 122:8,11,15,16,21 122:22 125:7 127:3 128:5 130:7 130:13 133:22 145:17,18 146:9 146:12 153:1,4,13 153:18,21 154:3,5 154:7,11,12 158:14,20 161:21 162:3 163:12,18 165:9 177:10 178:18 179:1,4,8 179:13,17 184:22 184:24 187:22 188:3,8,12 189:9 190:4,10 191:10 191:14 195:3,5 198:22 200:14 208:5 209:5,8,21 210:15 211:19 212:17 213:9,23 214:11,25 215:7 215:13,17,22 216:12,17,19 217:7 218:15 220:3 221:15,20 221:21 223:25 224:5,12 225:11 225:12 228:6 230:23 231:2 233:2,5 235:21 236:1 237:17 239:23 240:1,3 242:4,7 243:11,13 246:16 250:6 253:12,19 254:12 255:8,11,13 257:5 257:8 260:22 261:8,15 262:11 262:24 264:22 266:6,11 267:6,13 267:19,21,24 268:4,8,13,22 269:13,17,25 271:3,11,21 272:1 273:10,21,24 274:1 277:9 279:5 279:17 280:16,25 283:8,20 284:5 285:12,22 286:5 286:14,17 287:14 287:23 288:7 289:1,8,16,19 290:9,19,22 291:1 291:12,21,25 292:22 293:3,11 293:18,25 296:23 296:25 297:9,21
**lasted** 235:11
**latency** 160:4 163:21 164:1,5,6 164:8,15
**latest** 227:20
**Laura** 135:12
**Lauren** 42:3
**law** 4:5 10:7,19,19 153:2 223:20 233:8,8
**lawns** 88:11
**lawsuit** 76:8
**lawyer** 77:23 253:17 264:3 279:15 284:19
**lawyers** 75:2,4,9,12 212:4,8,24 213:13 214:13 215:25 265:2 292:12 293:7
**lay** 14:25 53:4
**lead** 27:11 34:4 132:24 201:4 247:1
**leading** 90:25 133:12
**leak** 77:21 78:3
**leaked** 77:15,23
**learn** 244:17 245:10
**learned** 97:10
**learning** 210:8 212:25
**leave** 52:1 78:2 209:16
**led** 86:16 115:3 126:18 127:6
**Lee** 55:17
**left** 89:24 159:16 190:3 214:22
**legal** 213:4,18 214:3,7,18 215:6 216:4 223:4,22
**length** 162:1 209:24
**Leon** 180:4,9
**Leslie** 1:25 2:14 11:13 301:3,17
**let's** 12:19 17:22 26:19 38:15 46:2 49:16 52:16,19 64:6 71:14 72:8 89:24 100:4 111:13 144:16,16 148:25 167:17,21 187:15,17 190:9 191:19 193:7,25 198:1 200:10,22 202:23 206:11 219:24 224:24 228:2 230:23 238:21 250:1 255:3 261:8 262:25 264:12 266:24 267:22,22 272:24 284:25 285:2 287:17
**letter** 75:3 269:21
**letters** 75:1
**letting** 237:8
**leukemia** 15:23 52:22 53:1 60:9 191:13 278:9
**level** 63:18 64:18 173:20 180:18 196:7,10,11,16,24 197:6,7
**levels** 172:3 173:12 175:21,24 178:6 192:20
**Liability** 1:6 10:10
**lies** 103:16
**life** 14:17
**life's** 96:22 97:11 100:10,13 101:13
**lifetime** 151:1 173:13,14,24 175:1
**liked** 279:13
**limit** 231:25
**limitation** 94:20
**limitations** 94:8,14 94:17
**limited** 50:1 118:20 119:8,16,18 121:4 126:6,12,19 127:10,12,24 128:8 208:20 220:13,14
**limiting** 118:25
**line** 62:1 85:9 98:1 100:5 125:5 141:24 142:4 165:5 188:4,8 207:19 221:13 223:9 224:6 232:22 240:18 255:3 257:13 268:23 277:10 281:20 292:9 299:4
**list** 36:14,24 37:13
**listed** 101:13 118:24 181:18 184:17 205:14 254:21
**listen** 113:18 218:23
**listing** 106:8
**lists** 48:10 269:11

**literally** 252:20
**literature** 27:15,20 30:23 102:22,25 103:15 105:17 106:3,17 107:9 110:21 118:5 128:22
**litigation** 1:6 10:10 12:8 77:23 210:20 232:20 233:22 237:14 255:17 256:12,18 258:1,5 277:13
**little** 13:11 46:18 72:4 79:20 97:14 110:11 112:2 116:18,25 123:15 130:9 155:6 167:5 185:3,5 291:9
**LLC** 3:7 4:5 39:6
**LLP** 2:5 3:21 10:8
**lobbied** 72:25
**lobbying** 75:19
**log** 146:5
**long** 16:15 52:20 111:22 160:3 164:8 235:10,12 284:23 288:13
**longer** 164:21 165:2 175:21 229:10,18 253:3,8
**look** 18:6 31:10 35:22 36:9,12 38:15,18 46:2 48:9 49:16 50:17 52:16,19 61:12 66:23 71:14,15 72:8 77:1 82:24 86:4 94:12 97:5 102:17,20 103:2 103:15 104:19,21 105:8,13 106:2,5 108:22 109:8,14 115:23,24 117:13 119:5 122:24 126:24 138:22 144:10 148:20,22 148:25 149:5,9 150:18,21,25 151:5,10 166:4,16 166:22,24 167:4,5 167:12 168:7,17 170:9 172:17,18 174:10 181:2,3 187:19,25 191:19 192:19 193:25 194:14,22,24 197:3 198:10,24 200:22 207:21 208:14 228:2 231:4 238:24 240:8 241:14 250:7 251:2 264:9 269:6 271:10 272:6,15,24 273:16,20 279:22 291:8,9 294:3,6 295:14,14,15
**looked** 35:14 37:7 47:21,22 48:12 66:9 71:6 77:3,7,9 87:4 106:8 109:15 109:16,19 110:1,5 137:11 147:11,20 147:21 149:11 151:18 169:22 171:4 180:25 181:5 186:21 187:10 188:15,16 207:24 208:7,17 208:21,24 209:12 209:18,19 225:10 228:9 231:21 236:15 252:6 273:4 276:12 295:7
**looking** 18:21 59:1 65:17 67:4 86:3 91:9,13,14 94:2 95:10 97:1,11 100:8 101:1 102:25 105:5,18 107:8 111:8 113:12 116:12 126:4 135:20 144:22 159:13 161:6 168:6 171:13 174:6 177:15 186:18 193:14,19 197:17 197:21 201:6 238:9,11 268:24 273:1 287:10 290:17 296:19
**looks** 31:15 38:9 105:16 130:20 147:12,14 195:22
**Loomis** 217:11
**lose** 214:19
**loss** 271:15,19 272:9 273:6
**lost** 213:19 214:8 214:19
**lot** 16:3 48:2 50:17 96:25 105:7 109:14,16 110:12 110:24 117:3,6,22 117:24 148:22 151:2,3,5,6 236:17 254:6,10 265:2 270:6 272:15 273:12
**lots** 77:2,8
**low** 174:19 175:22 192:2
**lower** 64:18 66:1 157:12,13,14 173:2 182:22,25 183:2,7,9 188:24 192:25 196:17,19 196:19,19 197:2,7
**lowered** 189:6
**lunch** 153:22 189:12
**lymph** 194:16 278:11
**lymphatic** 15:2 64:6
**lymphocytic** 64:7 191:13 194:16,17
**lymphohematop...** 79:24
**lymphoma** 7:6,18 7:21 8:5 9:12 14:23 15:1,5,5,7 15:10,14,15,18,21 31:8 42:9 45:8 50:4 52:6,23 53:24 54:18 55:5 55:13,18 56:23 57:8 58:11,14,19 60:4,4,7,11 61:3,5 63:1,21 64:7,15 65:1,20,21,21 68:2 69:12,25 70:3 71:8 83:12 83:18 88:3 90:9 90:18 91:1,18 94:24 119:16 125:19,20,24 135:21,22,23 136:7,15 144:24 145:3,8,23 146:15 146:20 147:23 148:5,9 149:2,15 149:17 150:1,16 150:23 152:12,20 155:13,19 156:1,9 156:11 157:7,15 165:20 166:5 168:8 169:5,18 170:3 171:5,19,22 172:13,22 173:1,3 173:15,20 175:4 176:6 177:17,20 178:11 180:13 181:6,19 184:1 186:21 189:7 190:14,15,20,25 191:11,12,16 192:6,17 193:15 194:4,13,16,25 195:7,12,16 198:18 199:1,6,11 199:15 201:22 205:25 206:23 207:15 209:2,14 212:11 213:2,15 214:16 216:2 218:8 219:19 224:16 227:3 230:2,8,16 231:20 232:11,17 244:13 247:3,7,18 248:9 248:16 249:13 251:10 252:25 253:8,25 260:5 264:20 265:5,11 265:23 266:4 268:19 269:16,24 270:11 273:2 275:9 276:2,11 277:20,25 278:3 278:12,20 280:8 280:14 282:2 285:20 291:19 292:19 293:10 295:4,9,12,24
**lymphomas** 15:6 58:12 194:17,18 195:23 196:2,9,17 196:23,25 197:5,5
**Lyon** 5:16 24:23 37:10 278:25

**M**

**M** 3:12
**made-publicly-a...** 128:23
**main** 21:11 26:9 103:13
**major** 9:13 275:11
**making** 32:25 119:19 187:6 203:2,10 222:20 249:10
**malathion** 5:23 102:8 105:14 132:19 251:14
**man** 77:9
**management** 189:17
**Manisha** 132:23 133:7
**Mannetje** 41:21

**mantle** 194:17
**manufacturers** 72:19
**manuscript** 8:10 54:7 133:9 201:22 203:17 207:7,8
**manuscripts** 207:1
**Mar** 9:9
**March** 1:17 8:19 10:6 37:11 52:2,8 67:8 76:20 98:15 123:6 124:18 126:16,17 127:5 130:22 132:19 145:4 166:8,20 167:12,18,21,24 174:16 176:21,23 189:14 207:8,9 210:3 217:9,9 224:19 225:17 228:8 263:6 278:24 298:6
**Marie-Monique** 8:16 221:8,23
**mark** 18:7 80:5 98:1 100:4 130:4 133:18 152:22 165:5 200:10 219:24 230:23 232:22 255:3
**marked** 18:10 23:23 36:21 45:24 46:4 66:20,25 71:17,22,25 80:8 80:18,21 82:17,21 85:14 98:10 99:6 104:2,6 122:9 130:11 133:20 145:14 152:23 158:12 165:8 166:1 178:16,23 179:6 180:5 200:12 210:13 217:5,8 220:1 221:17 225:7 228:4 230:25 232:24 235:24 239:18,21 243:8 246:14 250:3 255:6 266:14 274:3 292:7
**market** 47:3 90:13 160:15
**Martin** 39:21,23 225:14,15 226:13 226:19
**Maryland** 4:8
**Master** 13:17
**Masters** 13:25
**material** 34:19 71:6 227:15
**materials** 27:25 34:8,14 38:1,9 154:23 227:22
**math** 18:2 23:9 115:7,8 116:21
**matter** 10:9 11:10 47:8 162:21
**Matthew** 39:21,23 41:6 121:10,19,22
**McDuffie** 56:7 129:16,17 152:4 184:6,25 185:5,19 187:2 188:20
**McLaughlin** 40:19 41:21
**MDL** 1:5 10:10
**mean** 25:24 27:8 29:25 33:21 39:3 40:24 48:9 50:5 54:5 69:14 70:20 73:15 77:17,17 88:10 101:18 110:11 113:4 134:15 148:14 153:15,20 158:1 205:12,13 213:21 223:3,4 238:13 262:5 279:20
**meaning** 60:19 276:10
**means** 16:19 19:21 19:22 27:7 28:5 30:5 35:9 41:22 44:17 50:10 53:5 53:7 69:16 111:24 129:6 143:5 172:25 196:10 207:3 214:4 223:6 229:5 271:20 276:12 282:23
**measured** 170:15
**measurement** 281:18
**measures** 173:19
**mechanism** 41:15 102:13 116:16
**mechanisms** 34:1
**mechanistic** 27:8 33:16 68:4 124:14 125:12
**median** 160:2 161:19 162:14 163:24 164:9,12 173:24 174:2,21 175:1
**medical** 66:17
**medium** 174:19 175:22 192:2
**meet** 24:22 112:17 133:3,8 231:9 233:11
**meeting** 6:15,16,20 8:20 28:18 34:7 37:10 39:3 40:24 41:23,24 44:10,13 44:15,22 45:4,21 99:2,23 102:16 103:1,4,10 104:24 104:25 106:6,12 106:15,16,21 107:1,8,21 108:1 108:2,6,18,23 109:2,5,11,19,23 110:2,6 111:9 112:24 114:14 123:9,25 129:3 130:22 131:19 132:4 134:23 145:4 146:2 176:17 183:20,23 206:2 241:9,19,23 242:11 248:20 249:17 254:15 256:22 259:7 262:6 293:9
**meetings** 72:15 112:16 145:9 237:13 241:17 242:17 262:5 274:13,13 278:25
**meets** 29:7
**member** 103:23 113:19 121:11 122:1 177:14 262:2,4 292:8
**members** 42:6 71:9 74:25 86:16 96:12 101:23 102:24 103:18 106:1 108:1,14,16,21 109:1,22 111:8 143:24 148:10 178:2,3 200:24 217:10 274:13
**memories** 263:21
**mention** 51:11 143:22 148:7 183:23
**mentioned** 107:24 122:4 158:9 179:22 237:25
**mentioning** 254:8
**mentions** 164:6
**messy** 127:11
**met** 44:11 67:16 231:11 263:17,22
**meta** 180:16 183:25
**meta-analyses** 295:18
**meta-analysis** 8:8 30:15,18,22,24 31:4 178:9,15 179:21 180:1,3,8 180:11,21 181:9 181:12,17 182:17 182:19 183:6,21 184:3 185:7,9,22 186:14,15 188:25 189:1,5 192:25 230:4,14
**meta-relative** 183:10,13,25 189:6 192:25
**methodologic** 283:10
**Methods** 154:23
**Michael** 3:4 10:18 263:12 266:18,20
**micronuclei** 48:23
**middle** 58:19 137:20 188:3 191:22 228:18 268:9
**midway** 112:18 123:25 124:2
**Mike** 11:23 18:24
**Miller** 3:4,5,7 5:3 10:17,18,19 11:20 12:10,23,24 18:12 18:15,17 19:1,5,8 19:10 20:13 21:7 23:7,18,25 24:2 27:4,23 29:1 30:4 31:6 32:21 34:13 34:16 35:2,16 36:4,20,23 38:5 39:20 40:4 42:12 43:15 45:14,17 46:1,8,9 47:12,20 48:4 49:8,22 50:8 50:16 51:3,17,25 52:15 54:22 55:3 55:9,16 56:3 57:2 57:12,19 59:15,22 60:18,24 61:11,23 62:5,11 63:7,13 64:1,12,24 65:13 66:22 68:1,8 69:3 69:20 70:6,16,23 71:13,20 72:2 73:6,10,19 74:1 74:14 75:6,22 76:4,11,14,22

78:14,17,18,20,22 78:24 79:7,10,16 80:10,20,25 81:3 81:7,9,19 82:19 84:1,3,9,12 85:3 85:12,16 87:2,15 88:23 89:5,10 98:5,9 104:4,8 122:13,19 125:4 126:20 128:2 129:12 130:5,6 145:16 152:25 153:2,6 158:19 160:16 161:18 163:10,14 178:11 179:2,3,7,9,15,19 184:21,23 187:25 188:6 189:16,20 189:23 190:6 191:8 195:1,4 198:20 208:3 209:3,7,15 211:16 212:12 213:3,17 214:6,17 215:4,20 216:3,15,18 218:11 221:19 223:22 224:7,10 233:1,4 235:19,23 237:15 239:25 240:2 241:25 242:5 243:10,12 250:5 253:10,14 253:17 254:2 255:10,12 257:4 260:20 261:3 262:23,25 263:9 263:12 264:24 266:9,12,16 267:4 267:7,16,20,22 268:1,5,10,14,15 268:25 269:14,19 270:2 271:6,13,23 272:5 273:17,22 273:25 274:5 277:14,16 279:9 279:19,25 280:3,6 280:18 281:3 283:12,22 284:8 285:14,24 286:10 286:16,23 287:16 287:25 288:9,11 289:2,4,10,13,14 289:17,23 290:10 290:21,23 291:5 291:15,23 292:3 292:25 293:5,13 293:16,21 294:3 294:17 296:2,24 297:1,3,7,19,23 298:1,4

**Miller's** 152:17
**mind** 77:24 104:13 205:15 226:21
**mine** 124:25 133:19 166:9 225:3
**minimize** 208:11
**Minnesota** 54:14
**minute** 31:2,11 290:21
**minutes** 6:19 110:15 293:7
**mischaracterizes** 281:1
**mischaracterizing** 289:20
**misclassification** 88:16,25 96:4 282:24
**misinterpreting** 55:23
**mislead** 163:17
**mispronounce** 279:20
**misrepresenting** 211:17 269:25
**missed** 236:4
**Mississippi** 41:5,7 121:15
**misstates** 273:10
**mistake** 117:14
**mixing** 96:13
**MM** 132:25 205:24
**mmiller@millerl...** 3:4
**modified** 68:23
**molecular** 46:21
**moment** 36:13
**MONDAY** 1:17
**money** 101:20
**MONGLY00340...** 6:5
**MONGLY00340...** 6:5
**MONGLY01154...** 6:13
**MONGLY01154...** 6:14
**MONGLY02365...** 6:9
**MONGLY02365...** 6:9
**monograph** 6:15 6:16 22:11,12 24:21 28:10 29:2 31:2 36:15,25 48:10 74:8 98:20 101:9 103:12 114:23,23 127:19 129:2,3 132:1,5 132:18 137:25 142:16,17 143:25 145:3 146:2 148:10 152:7,8,10 178:21,25 179:11 179:19,23,24 180:10 183:19 203:2,5,5,7,10,11 203:16 206:2 230:20 236:16
**monographs** 5:14 5:17 6:11 23:15 24:7 25:13 37:3 74:19 85:18 106:12
**Monsanto** 3:17 11:2,4,5,25 12:12 44:21 52:10 71:8 72:21 73:12 74:2 75:2,3,9,18 80:14 82:23 83:7 89:8 89:21 208:4 210:8 211:12 212:9,24 214:4,14 215:25 216:6 222:2,9,14 222:25 241:11,16 242:16 244:17 245:10 288:12
**Monsanto's** 213:13 263:14 264:13 265:2 279:15 284:10,19 286:2 293:7
**month** 133:2
**months** 34:20,20 38:2 45:20 102:16 104:23 105:3 133:12 134:22 142:20 146:1 149:10,11,11
**moot** 224:6
**morning** 10:17 11:8,21,22 12:25 13:1 89:20,22 190:19
**mortality** 292:5
**motion** 214:7,18
**mouthful** 31:21 51:10
**move** 86:2 163:10 163:14 254:17 256:5
**moving** 53:22 263:1
**MPH** 13:23,24
**multiple** 58:9,10 135:2,21 137:5,12 137:23 138:6,17 138:24 139:8,15 139:18 140:9 141:1,7 142:11 143:23 146:24 147:10,19 148:15 191:12,17 205:1
**multiplied** 156:22
**multivariate** 59:5 59:17 69:17
**mute** 224:6,9
**myeloma** 58:9,10 135:2,21 137:5,12 137:23 138:6,17 138:24 139:9,15 139:19 140:9 141:1,7 142:11 143:23 146:25 147:10,19 148:15 191:12,17 205:1

### N

**N** 3:1 4:1 5:1,1 6:1 6:1 7:1,1 8:1,1 9:1,1 10:1
**N.W** 2:6 3:22
**name** 10:4 13:5 44:4 83:5 89:20 292:13,17
**named** 219:15 221:8 231:8
**names** 134:3
**Nancy** 3:5 10:19
**NAP** 140:25 185:17
**NAPP** 6:4,6,19,23 7:7 79:21 80:6 83:20 84:5,16 131:25 133:1 134:8 135:19,22 136:15,22 137:2,4 137:11,21 138:6 138:14 140:9,25 142:10 143:7,22 145:1,6,22 146:24 147:20 151:19,24 185:17 186:16,18 186:24 187:10 189:4 205:23 230:13 236:14 237:19 238:1,6,20 240:11 241:12,17 244:9,12,18,22 245:10,19 246:7 246:18 247:10,13 247:17,25 248:7 248:13,19 249:10 249:20 250:2 251:8 252:2,23

254:14 256:21 258:14,19 260:24 272:24,25 273:8 278:23
**Natasha** 231:9
**National** 16:3,6,7 16:25 17:4 18:22 19:23 37:15 38:22 92:15,16,19 200:4 211:8,14 212:6,8 212:23 213:12 214:3,13 215:5,24 216:9 246:25
**nearly** 96:18 208:23 209:11
**Nebraska** 54:14
**need** 61:23 78:14 78:16 156:16 177:8 179:9 215:18 239:23 240:25 261:16
**needed** 111:14,16 205:6
**negative** 125:19,21 126:2 157:18 173:6,9 195:10 202:15,18 227:1 265:1,11
**negatives** 88:25
**neither** 301:9
**neutral** 264:7
**never** 40:6 77:15 78:8 104:13 139:19 176:3 201:17 253:24 263:17,22,24 269:21
**new** 80:2 141:16 142:6 192:15 203:2,10 208:13 218:2,5,22 268:17
**News** 225:14 226:13
**NHL** 6:8,22 8:10 9:4,6 132:24 133:4 135:19 159:19 164:20 165:2 168:14 171:10 172:3 181:24,25 191:1 193:6,21 194:19 197:14,19 201:10 202:2,4 203:17 204:10 205:1,24 229:11 240:13 248:2 281:7 289:7 289:11
**NHLs** 159:24
**nice** 153:10
**NIEHS** 211:6
**nights** 111:24
**NIH** 212:3 215:1
**nine** 38:8 105:10 243:25
**nine-day** 34:7
**noise** 53:7,11
**non** 163:23
**non-** 7:5 9:11
**non-finished** 290:2
**non-handlers** 277:17
**non-highlighted** 23:22
**non-Hodgkin** 7:18 8:4 83:12,18 88:3 90:9,17 91:1,17 94:24 119:16 125:19,20,24 135:21,23 136:15 145:22 146:15,19 147:23 148:5,9 149:1,14,17,25 150:15 152:12,20 155:13,19 156:1,9 156:11 157:7,14 168:8 169:4,18 170:3 171:5,19,22 172:13,21 173:1,3 173:15,20 175:3 176:6 177:5,17,20 178:11 181:6,19 184:1 189:7 190:15,20,25 191:11,16 192:6 192:17 193:15 194:4,12 198:18 199:1,6,11,15 201:22 206:23 207:15 209:1,14 212:11 213:1,15 214:16 216:2 218:8 219:19 224:15 227:2 230:1,8,16 231:20 232:11,16 244:12 247:3,7,18 248:9 248:15 249:12 251:10 252:25 253:8,25 260:5 264:20 265:5,11 265:22 266:4 268:19 269:16,24 270:11 273:2 275:9 276:2,10 277:19,25 278:11 278:20 280:8,14 282:1 285:20 291:19 292:19 293:9 295:4,9,12 295:24
**non-Hodgkin's** 14:23 15:1,5,7,10 15:14,21 31:8 42:9 45:8 50:4 52:6 53:23 54:18 55:5,13,18 56:23 57:8 58:11,12,14 58:19 60:4,7,8,10 61:2,5 63:1,21 65:1,21 68:2 69:12,24 70:3 71:8 90:22 136:7 144:24 145:3,8 150:22 165:20 180:12 186:20
**nonsignificant** 294:4,7
**nonstatistically** 61:18 140:4,6
**normal** 170:13
**North** 7:6 9:14 13:18,20 79:21 81:11 129:13,22 130:18 131:10,16 133:25 134:4 135:1 138:23 139:7,14 144:22 145:20 146:14,20 147:23 148:3,7,25 149:24 204:23 234:17 236:10 259:7 272:25 275:12 280:9 281:4 282:6 294:20,25 295:8 295:20 296:3
**northern** 1:2 10:12 58:19 60:3
**Northwest** 10:9
**Nos** 165:7
**Notary** 2:15 300:22 301:1,18
**note-taking** 127:11
**noted** 300:11
**notes** 6:18 122:25 123:2,5,12,24 125:9,18 137:2 141:12 202:22 210:22 211:4,10 239:12 292:7,13
**notice** 2:14
**noticed** 292:1
**November** 104:22 166:12 301:21
**null** 139:23,25 141:10 148:2 149:24 157:19 173:9,22 252:24 253:6,24
**number** 22:4 29:11 46:7 48:1,3 72:20 78:4 86:17 98:7 104:1,3 156:21,22 164:20 165:2 170:16,18 174:25 178:25 179:1 181:24,25 187:2 191:9 192:5 217:10,17 219:14 222:1 235:7 238:1 252:2 266:9 267:25 275:21 281:6 289:6 291:19
**numbering** 98:6
**numbers** 53:18,21 54:23 81:18 84:4 84:24 87:16 95:10 147:15 174:20,21 208:20 220:14 235:8 251:4,5 272:16 283:2 296:8,21
**numerical** 252:2

**O**

**O** 5:1 6:1 7:1 8:1 9:1 10:1
**o'clock** 188:1
**oath** 2:16 11:14
**object** 12:22 27:3 34:10 45:6 114:6 122:19 125:4 126:20 128:2 161:18,21 163:10 163:14,17 198:20 209:3,15 211:16 212:12 214:6 216:3 242:1 260:20 261:3 267:13 279:5 292:22
**objected** 62:15
**objecting** 214:25
**objection** 20:11 21:1 23:6,17 27:22 28:25 30:2 31:5 32:20 34:10 34:25 35:15 36:2 38:3 39:18 40:1 42:11 43:12 45:9 47:10,19,24 49:4 49:5 50:7,15 51:1 51:13,23 52:12 54:20 55:1,8 56:1

56:24 57:11,16 59:13,20 60:16,23 61:7,20 62:1,3,10 63:3,10,23 64:11 64:22 65:10,11 67:24 68:6 69:2 69:15 70:5,14,21 71:10 73:4,18,24 74:10 75:5,21 76:1,9 81:14 83:22 84:6 86:25 87:12 88:21 89:3 208:3 213:3,17 214:17,24 215:11 218:11 237:15 253:10 254:2 264:22 266:6 268:22 269:17 270:1 271:3,11,21 273:10 277:9,10 280:16,25 283:8 283:20 284:5 285:12,22 286:5 286:14 287:14,23 288:7 289:8,16,19 290:9 291:1,12,21 291:22 293:3,11
**objects** 68:9
**observations** 220:23
**observed** 50:3 52:6 87:24
**observer** 44:16,22
**observers** 44:14
**obtain** 213:14
**obtained** 93:19 98:14 108:8
**obtaining** 93:23
**obviously** 47:15 113:17 116:23 130:22 142:9 143:18 176:15 177:7
**Occasionally** 41:25
**occupation** 19:19 69:10
**occupational** 8:5 17:3,23 29:23,25 92:20 285:6
**occupations** 17:10 17:12
**occur** 17:10 53:11 57:14 88:16,18 291:4
**occurred** 37:10 56:14 99:2
**occurrence** 29:14 32:7
**occurs** 88:20
**OCRC** 7:4 9:10
**October** 6:20 130:19 131:13,18 131:20,24 133:1 134:21 135:11,14 136:13 137:20 144:15 146:25 148:23 151:18
**odds** 83:13,17,18 95:9 139:18 140:25 146:18 147:1,2,22 149:12 184:9,12,18 185:8 186:18 187:2 188:22,24 248:20 250:19,21 251:20 252:8,24 253:22 276:3,16,22 277:19,20 278:4
**offer** 12:8
**offered** 205:5
**offering** 205:25 211:24
**officer** 301:3
**offices** 2:2 4:5 10:8
**official** 104:15 287:18 288:1,3
**officiated** 2:16
**oh** 19:17 40:5 42:22 57:5 62:17 71:20 104:13 153:4 158:17 164:25 165:17 166:18 167:24 174:23 178:22 179:7 184:16,16 194:23 211:1 251:22 269:7,7 286:24 287:1 296:25
**okay** 11:13 13:3,14 14:3 18:1,4,9,20 19:7,14,25 20:16 21:14,17 22:5,10 22:14,24 23:11 24:8,22 25:17 26:2,14,18 27:2,8 28:8 30:14,21 31:1,15 32:5 33:7 33:19,25 34:17,22 35:6,12 36:8,11 36:14,17 37:21 38:13,13,18 39:2 39:14 40:14,19 41:1,20 42:6 44:3 44:19 45:6 46:2 46:12,13,17 47:21 48:8,13,21 49:23 51:18,22 52:21,25 53:12 54:12 55:25 57:22,25 58:3 60:14,19,22 62:6 63:14 64:25 66:9 67:4,11,15,21 68:16 69:6,10,21 70:17 72:5,9 73:14,14 74:2,24 75:7,11,18 76:13 78:13,13,14 79:1 79:10 80:14 82:2 82:16 83:9 84:20 84:23 85:4 89:9 89:23 91:23 100:4 103:6,17 106:15 110:3 114:7 117:10 125:3 129:9 132:15,21 134:5,19 136:10 136:25 139:3,5,10 140:7 141:22 142:8 145:11 146:7 147:17 150:17,20 151:9 152:7,15 153:13 154:3,5,7,10,11 155:10,10 157:22 158:4,21 159:15 164:17,25,25 165:21 166:18,18 167:17,24 169:7 169:12 170:11,14 174:25 175:13,16 178:22 179:10,15 184:16,16 185:17 186:24 187:9,13 187:19 188:14 190:6,11 191:5,15 191:19 192:12,23 194:7 200:10 201:19 206:11 208:23 212:18 214:25 222:10,24 224:18 225:6 226:9 227:4,23,23 228:1 231:7,13,17 233:4 235:23 236:2 237:25 238:19 239:14,15 244:4 245:25 250:1,12 253:12 254:19 256:2,5,14 257:11,12,16 258:2 260:3 261:7 261:10 262:7,23 263:15,16,17,24 264:2,12,25 266:25 268:13,14 269:12 270:5,19 277:4,17 278:4,22 280:12,23 281:21 283:17 284:9,21 286:17 287:17 290:22 291:6 292:12 293:6,22 293:22 294:6 296:18 297:7
**old** 191:1,6,20 208:9 222:11 279:10 290:17
**Once** 133:1
**Oncology** 66:18,24 67:5
**one-fifth** 116:24
**one-week** 103:10 104:25 106:5,16 107:21 109:22 110:6,10,22 111:9 111:13 112:1 114:20,22 117:17 117:20 123:8,25
**ones** 22:25 42:7 108:11 174:11
**ongoing** 81:21 82:1
**online** 67:8
**open** 272:3
**openly** 27:14
**opinion** 12:17 55:11 63:24 87:1 89:4 224:1 271:22 291:2,13
**opinions** 12:8,15,16 293:8
**opportunity** 152:18 216:24
**opposed** 62:2
**ORA** 251:3,4,16,23
**Orange** 3:9
**ORB** 251:3,4,15,16
**order** 1:13 76:25 80:13 94:22 98:14 113:16 135:7 187:24 262:18,22
**organization** 5:25 20:9,15,16,22 21:5,10,13,23,24 22:21 23:3,13 24:11 25:19 43:9 72:18,24
**original** 179:11 247:5
**Originally** 72:13
**Orsi** 65:14
**outcome** 101:9,24 301:15
**outside** 53:10 57:17 103:2
**outweighing** 227:2

**overall** 9:12 37:19 120:3 146:18 276:3 277:20 281:10 295:14
**Overview** 6:17
**oxidative** 51:7 68:12

**P**

**P** 3:1,1 4:1,1 10:1
**p.m** 189:10,13 243:20 244:6 261:11,13 263:2,5 298:5,8
**page** 5:2,11 6:3 7:3 8:3 9:3 22:6 24:9 25:7 29:12 30:10 30:14 32:17 33:15 46:23 47:13 49:23 49:24 60:25 65:18 68:17 83:3 104:20 106:13 123:6 124:5,6,16,20,21 124:22,23,25 132:13 135:10 136:3,5,20 137:20 139:1 147:15 154:22,23 155:11 156:5 159:9,11,12 159:16 166:25 167:3,22 168:1,7 168:17,18 169:25 170:1,1 174:13,14 179:22,24 181:4 184:21,22 190:17 191:8,21,22 193:7 193:24,24 194:1,3 194:8,9,14 195:1 195:3 197:16 198:1 217:16 226:4 228:17,18 238:25 239:1,1,4 240:23,24 241:5,6 241:14,14 243:19 245:22,25 267:17 267:21,25 268:9 269:3 284:25 289:2,3 296:21 299:4
**pages** 146:5 289:13 300:6
**Pahwa** 130:25 131:1,8,18,23 135:11,17 136:5 136:13,21 137:15 144:21 148:24 204:25 205:5,22 205:25 240:10,25 243:1 244:2,7,20 245:18 246:2,6 279:17,18
**Pahwa's** 244:6
**paid** 16:20 37:23 38:13
**panel** 28:22 39:16 48:7,14 66:6 71:9 223:17 293:1
**paper** 5:25 81:25 87:18 137:24 141:13,15,20 142:6 154:14,14 154:24 157:3 164:19,22 165:19 168:15,18 169:1 170:17,18 175:25 176:18 177:19 180:5 181:3 182:14 184:5,6,15 193:8,19 197:17 200:21 201:5,14 202:2,3 206:8 218:10 229:12 256:4,25 258:10 258:14,23 267:11 267:14 274:20
**paper's** 175:19
**papers** 80:4 97:17 110:13 114:5 143:12 186:4 204:15 211:12 218:14 229:19 258:24 259:22
**paragraph** 141:18 142:3 168:18 202:23,25 222:14 227:20 229:22,22
**parathion** 5:22 102:8 105:18 132:20
**Pardon** 236:5
**parentheses** 53:13
**parlance** 170:13
**Parliament** 227:21
**part** 12:14 21:12,23 68:25 69:5 71:21 78:8 91:10,11 94:13 100:10 101:4 112:17,21 120:4,7 131:10,15 131:20 149:14 180:21 193:5 250:14
**participant** 28:14
**participants** 36:15 36:25 37:13
**participate** 28:9 40:11
**participated** 40:12
**participating** 99:22
**particular** 20:19 39:12 91:14 107:6 113:6 225:21
**particularly** 190:15
**parties** 216:25 301:11,14
**partner** 10:19,20
**parts** 99:12 102:17 102:20,21 103:12
**pass** 51:21
**passed** 160:23 208:23 209:11
**passing** 237:7
**Patchwa** 279:16
**pathologist** 236:7
**pathways** 34:4
**patience** 79:19
**patient** 85:9
**Paul** 279:11
**pay** 37:21 108:11
**PC** 3:14
**peak** 32:11
**peer** 59:24 128:25
**peer-reviewed** 54:3 54:5,13 66:14 128:22
**peers** 265:21
**pen** 78:15,16
**pending** 10:11
**people** 29:5,17 38:16 39:14 41:18 42:7,18 45:19 50:11 51:22 54:13 54:19 56:12,17,18 56:21 57:6 77:16 95:5 97:16 105:4 107:7 108:11 110:4,13 116:20 117:12 123:18 134:4 150:21 162:2,12,12,22 163:3 165:19 226:15,16 229:4 242:11 272:3 285:16 290:6
**percent** 43:2 53:17 53:19 54:25 55:22 59:17 60:14,20 61:19 62:7 64:20 197:7
**percentage** 64:20
**perfect** 270:16
**perform** 20:23 29:6
**period** 34:17 54:15 56:15,19 58:4,20 107:8,18 111:13 114:14,17,20,23 117:3,7,17,20 163:19,21 164:14 229:4
**periodic** 96:6
**persisted** 69:12
**person** 14:25 41:13 53:4 95:16,17 161:8 162:5 231:15 242:22 282:1 297:4
**personal** 101:23
**personally** 109:7
**Perspectives** 6:10 85:6
**pertinent** 76:3,5
**Perusing** 83:1,4 123:4 250:23
**pesticide** 7:9,19,22 8:6,22 9:18,19 47:2 72:19 82:7 103:1 113:21,22 118:9 154:19 160:13 162:16,18 166:6 197:19 225:19,19 229:2 239:11 248:21 250:19,25 260:11
**pesticides** 43:13 69:13 79:23 83:11 88:7 91:14 94:9 96:13,18,21 97:2 97:6,11 98:25 99:19 100:18 101:14 102:5,7,10 102:18 103:19 106:1 107:5 108:17 111:18 112:2 113:14 114:2,25 115:2 117:21 118:14 123:19 190:14 197:22 198:4 201:23 202:4 203:3,10,23 204:10 207:17 229:1 248:3,10,17 249:6,24 259:23 260:2,5 273:3 295:10,22 296:15
**Peter** 40:5,6
**Ph.D** 1:15 2:1 5:2 11:16 13:9,10,20 18:23 298:10 300:15
**phenomenon** 53:7
**phone** 40:11 220:8 224:5,7 263:25
**phonetic** 105:22 200:1 266:19

**Phos** 105:23,24
**phrase** 271:16
**physical** 217:15
**physically** 108:16
**physiological** 153:11
**picked** 150:25 151:3,7,8
**pieces** 55:10
**Pike** 4:6
**pile** 187:24 205:17
**place** 24:22 110:10 110:22 117:16 157:23
**plaintiffs** 3:3 10:18 11:10 12:3 75:12 189:17 255:1,17 256:12,17 257:21 257:25 264:4 277:11
**plaintiffs'** 89:25 91:4 92:11 97:25 101:3 178:22,24 179:4,5,13 232:20 233:12,18,22 234:6,16,21 236:24 237:8,13 238:23 239:6,9 240:5 258:4 260:17 296:5
**plans** 203:2,10
**play** 66:7 91:7
**played** 36:9 92:9
**please** 10:15 11:7 13:4 19:21 24:6 42:17 81:12 122:13 177:9 224:6 235:19
**plenary** 104:24 109:4 112:18,19 112:20 118:1,7,12 119:12 120:22 123:7,13,17 126:16 127:5
**plus** 115:6 116:10 192:6,7
**point** 72:20 77:17 113:7 143:3 147:4 187:15,18 197:3 201:14,22 229:16 230:12 251:22 253:6 254:1 255:25 282:19
**pointed** 296:7
**pointing** 159:23 296:14
**points** 245:1,17,24 246:1 254:6 296:13
**Poison** 222:3,9
**pooled** 7:7 9:15 31:12 79:21,22 81:12 83:20 129:7 129:13,22,23 130:2,18 131:10 131:16 134:1,4 135:1 138:23 139:8,14 144:23 145:20 146:14,20 147:24 148:3,8,25 149:25 184:4 185:19,24 186:2,5 186:10 188:19 204:23 234:17 236:10 247:9 259:7 272:25 275:12 280:9 281:5 282:6 294:20 295:7 296:3
**pooling** 81:15 129:15 130:1 152:2 188:20 294:21,24
**population** 57:1,3 91:8 167:23 168:4 195:16
**populations** 14:13
**Portier** 43:22 44:1 158:8,10,22 159:10,17 160:7 163:20 208:7,17 209:23 220:9,12 257:18,20 258:4 260:23
**Portier's** 161:14 163:8,15 220:19 220:23
**portion** 116:24
**portions** 49:6 106:11 198:16
**posed** 286:1
**position** 16:19 19:23,24 143:15 153:11 215:16 283:25 287:18 288:1,4
**positive** 50:3,5 52:5 55:12 71:7 126:1 202:9 207:16 227:2 265:4,8 270:10 278:19,23 283:3 294:19 295:11,23
**positively** 268:18 269:15,23
**possession** 176:16
**possibility** 94:23 126:10 131:21,24 204:25 235:4 242:21 244:17
**possible** 68:12 92:2 111:7,10 128:11 262:10
**posted** 227:15,21
**poster** 6:4 80:6
**potential** 28:13 94:20 96:17 97:1 101:5 140:16 159:17 197:18 203:22 226:19,20 226:25 227:5 244:21
**potentially** 160:24
**pour** 254:9
**power** 172:8 181:14 287:8,8,11
**powered** 270:20,24 286:11
**powerful** 228:25 286:3,6,8,8 287:19,21
**PowerPoint** 279:16 280:13 281:4 283:25
**preamble** 5:16 24:18,19,25 25:7 25:18 26:3,14 28:12 29:2 32:17 33:7,15 64:2 101:4 128:21 277:6
**preceded** 203:7
**precise** 179:10 233:25
**predated** 90:18
**prefer** 154:2
**preliminary** 126:23
**prepare** 73:20 106:4,19 113:20 113:22 244:25
**prepared** 12:9 72:13 107:18 113:13 117:12 135:18 136:9 165:14 166:5,19 169:10 178:9 240:25 242:12,23 245:11,17 246:1 272:8 284:11 285:1 295:19
**preparing** 69:1 107:23 247:14
**present** 4:11 29:16 44:3 151:9 202:3 206:25 251:8,17 252:1,12,17 291:18
**presentation** 6:4 9:5,7 80:6 83:24 118:7,12 124:17 125:9,23 145:19 238:2,14 240:19 241:1 244:3,7 246:7,12 249:9 250:9,13,20 251:19,20 252:7 253:4,9,23 254:1 254:19,22 295:3 296:3,10
**presentations** 113:19 123:12,20 125:10 274:14
**presented** 29:22 84:21 107:20 120:21 145:6,7,25 156:5 169:14 190:24 250:2,18 251:18 254:14,14 254:16 256:22 274:23 275:24 280:9 296:9
**presenting** 134:1 238:15 240:12 241:19 242:10,22 248:19 249:20,20 249:21 250:22 251:7,23,25
**presents** 139:7 146:13 155:25 250:20 251:24,25
**press** 217:17 219:6 232:12 242:17 244:21 245:13
**pressing** 256:20
**pressure** 73:11
**prestigious** 66:17 66:18
**pretty** 192:14 242:14
**prevent** 210:8 212:8,24 214:14 215:9,25
**prevents** 218:17
**previous** 120:1
**previously** 82:12 95:10 107:24 120:1 129:16 178:23 186:18,22 188:16 192:24 204:22 207:25 208:18
**primary** 168:8
**primer** 161:25
**principal** 110:19

**print** 135:6 166:10
**printed** 165:12 166:14
**printing** 165:11
**prior** 101:8 103:9 106:12,15,16,25 107:8 114:17 129:2 130:21 145:3 162:16 203:6 205:22 233:22 245:2,7 259:6
**priority** 133:4 135:24
**privately** 72:25
**privilege** 83:6
**privy** 127:16
**probable** 39:17 42:9 45:8 118:24 128:1 265:21
**probably** 15:4 22:24 35:7,25 44:11 49:17 73:23 76:7 79:9 82:23 84:19 91:19 97:18 128:4 129:8 138:11 166:4 183:17,18 185:12 185:16 187:4,24 189:8 192:22 212:3 236:17 255:2 264:19,19
**problem** 88:19 94:25 95:24 190:4 202:12 283:5,15
**problems** 77:2 270:15,16,19 271:14 273:6
**procedure** 116:12 116:20
**proceeded** 207:18 207:19
**proceedings** 61:22 80:24
**process** 12:17 36:9 47:23 78:8 86:7 87:4 108:15 113:5 114:19 116:2,5 118:4 123:11,14 123:22 144:5 181:9 227:9 232:9 238:6 239:24 259:12,22
**processes** 27:10 33:23
**produced** 12:4 72:3 78:6
**product** 51:19 209:20
**production** 68:19 165:13 199:22 210:12 212:19
**products** 1:5 10:10 51:22 67:18 68:20 88:10 285:17
**profession** 17:16 42:4
**professional** 14:17 17:16 20:24 41:11 41:23 96:19 261:19
**professionally** 14:6 41:16
**professions** 18:21
**professor** 20:4
**program** 25:13 98:21 166:16 244:14 274:15,16
**programs** 241:16 242:16
**progress** 133:2
**project** 7:7 9:15 79:21 81:12 129:13,22 130:18 131:11,16 134:1,4 135:1 138:23 139:8,14 144:23 145:20 146:14,20 147:24 148:3,8 149:1,25 204:23 234:17 236:11 259:8 272:25 275:12 280:9 281:5 282:6 294:20 296:4
**promotion** 16:21
**promulgated** 72:12
**pronounce** 40:6 57:22,24
**pronouncements** 187:7
**pronouncing** 38:20 44:4 266:17
**proposal** 6:21 132:25 135:18 136:6,14
**propounded** 300:9
**protect** 213:13
**protection** 39:15 39:24 40:9 42:3 44:6 77:16,20 92:18 212:3,7,24
**protective** 1:13 76:25 80:13 157:1 262:18,21
**protocols** 279:2
**provide** 12:5 82:12 94:12 97:16 118:6 152:21 213:21 234:10 245:23 252:7
**provided** 97:19 120:12 121:4,9 130:15 183:20 287:19
**provides** 131:19 156:8 181:25 203:21
**providing** 120:24 214:4
**provinces** 58:9
**proxies** 147:12 282:14,22,25
**proxy** 140:12,15,21 140:24 147:18 186:19 252:8,11 252:14,14 253:5 281:22,23 282:7,9 282:17 284:3
**prudent** 219:4
**public** 2:15 13:25 30:22 80:19,20 165:12 300:22 301:1,18
**publication** 22:13 27:14,21 84:16,21 85:5,17 137:24 141:15 142:15,25 144:7 158:8,21 159:3,14 161:15 165:1 167:14,15 167:19 169:15 170:25 180:4,22 181:20 202:13 203:17 207:9,13 207:15 225:2 249:18 256:21 258:24 260:11,14
**publications** 27:19 90:3 208:8
**publicly** 129:1
**publish** 144:4 145:2 201:21 202:1,8 204:10 206:10 258:20,20
**published** 27:13,20 58:4 61:3 66:12 66:24 67:7,8 80:23 84:10,13 85:5 100:9 131:25 132:6 133:16 134:10 142:16,19 143:4,9,13 144:2 144:3,17 149:16 149:23 152:19 164:19 165:20,24 165:24 168:15,24 175:25 176:3,4 177:19,22,25 192:11 197:15 201:10 202:16,20 204:6,14 205:2,7 206:1,7,18 208:13 210:4 218:14,18 218:20,24 219:12 220:12 229:12,20 230:18 231:5,23 231:25 237:20 259:1,10,17 260:7 260:18 261:2 278:24 288:16,17 288:18
**purports** 224:23
**purposes** 185:9 188:25
**pursuant** 2:14 128:20
**pushing** 150:18
**put** 23:19 45:19 46:5 64:19 85:24 114:15 127:15 146:7 156:14 185:13 187:1 197:22 200:20 208:6 224:9 239:15 272:23
**putting** 81:16 110:18 114:8 193:15

**Q**

**Q&A** 8:19 227:12 228:2,12,23 229:21 230:6
**quality** 30:12 54:11
**quantitative** 30:19
**quash** 214:7,18
**quashed** 213:5 216:6
**question** 8:14 20:21 56:2 76:13 77:12,13,14 80:15 93:8 126:21 128:3 129:12 137:13 138:12 161:19,24 169:11 176:25 177:9 198:21 209:4,9,16 211:17 212:13 213:7,17 214:6,9,17,21 215:9,20 216:4,8 216:14,21 218:2 218:12 241:2 252:16 253:13 260:21 261:4

268:11 284:11 285:3,10 286:1
**questioned** 12:7 217:22 245:18 293:8
**questioning** 62:1 65:11 97:25 152:17 160:17 188:4,9 267:14 277:10
**questionnaire** 161:11 162:17 164:3 168:21
**questions** 12:21 24:9 30:10 46:18 49:7 85:7,9 86:1 89:7,21 92:11 97:23 101:6 125:5 129:12 138:11 188:10 207:25 208:1,4 209:23 229:23 232:5 234:11 241:1 242:13,23 244:2 262:12,20 263:13 263:14 269:21 285:25 292:10 293:18 294:3 295:3,6 296:23 297:9,15 300:8
**quibbling** 110:25 171:15 175:5
**Quick** 8:14
**quite** 16:13 52:20 57:25 71:11 108:3 264:20 279:10
**quote** 25:12 29:22 74:2,3 137:22 138:7,8,16 211:22 218:2 222:3 225:18 240:19 241:16 242:15 244:13 248:2 256:24 257:4 258:9 285:15 289:5

**R**

**R** 3:1 4:1 10:1 299:1,1
**Railroad** 3:8
**raised** 209:23 227:8 234:25 244:1
**raises** 138:4
**Ramazzini** 261:17 261:20,24 262:8
**range** 29:22
**ranked** 47:2
**rarely** 88:20
**rate** 31:24,25 32:7
**rates** 285:5
**rating** 111:17
**ratio** 83:13,18 95:10 139:18 140:25 146:18 147:2,22 155:18 180:16 184:9,12 184:19 185:8 186:19 187:2 188:22,24 192:21 252:24 253:22 276:3,16,23 277:20 278:4
**ratios** 147:1 181:6 248:20 250:19,21 251:20 252:8
**raw** 213:8
**reach** 111:16 112:3 112:24 113:25 128:16 225:24 226:1,7
**reached** 97:6 98:23 127:25 219:21
**reaching** 66:6 220:7 232:13
**read** 30:11 57:25 61:9 62:14 72:9 72:11 122:25,25 134:3 135:8,15 138:3 155:6 160:17 202:24 211:18 222:18
240:10 243:17 257:4,5,9 297:12 297:17 300:5
**reading** 49:2,6 62:15 141:21 245:21 257:14 268:23 296:20
**ready** 144:6 149:15 258:24 259:15,19 268:12
**real** 23:8 53:20 74:3,6,16,22 87:16 285:16
**really** 48:6 49:12 77:21 127:13 200:20 262:19 265:12 291:9,9 292:21
**realm** 57:17
**reason** 20:7 204:13 242:25 259:9 290:6 299:6,8,10 299:12,14,16,18 299:20,22,24
**reasonable** 172:24
**reasons** 80:12
**rebuttal** 89:6
**recall** 19:6 88:6 94:19,25 95:2,5,8 95:16 96:5 99:3 99:25 100:6 101:16,17 109:18 120:14 121:2,7 126:15 144:1 186:18 190:21 191:5 200:15 201:13 220:21,22 231:13 234:8,15 235:10 237:18 248:10 261:25 290:24,24 296:11
**recalled** 95:21
**recalls** 95:12,17
**receive** 244:2
**received** 103:23 121:25 212:18 244:8 255:4
**receiving** 18:22
**Recess** 76:18 89:15 189:12 261:12 263:4
**recognize** 86:15 115:5 222:22
**recollection** 96:9 98:15,23 125:22 205:22 256:7
**recommendation** 119:11
**recommendations** 222:21
**reconsidering** 116:13
**record** 10:4 11:24 13:5 18:24 61:25 76:17,21,24 79:13 79:15 80:17 89:12 89:14,17 95:20 99:13 123:5 166:3 189:11,14 190:1,2 190:11 206:20 255:14 261:11,14 263:3,6 294:19 298:6 301:8
**recounting** 131:23
**RECROSS-EXA...** 293:24
**redirect** 263:8 296:2 297:2
**reduced** 301:7
**refer** 139:22,24 140:2 187:19 238:21 255:22
**reference** 57:1,3 269:13
**referred** 21:14 92:10 191:1 202:12 223:7 226:5
**referring** 160:7 202:7 203:11 215:4 226:8 230:3 260:1
**refers** 227:11 228:13 229:21
**reflect** 123:24 236:23
**reflected** 123:12 125:9 134:8 181:14 182:19 197:23
**refresh** 98:14,22 152:16 205:21 256:7
**regard** 26:18 239:11
**regarding** 29:14 65:11 90:1 93:24 94:9 120:8 129:4 138:24 178:10 203:22 207:14 227:12 234:10 237:13 262:8
**regards** 189:17
**regions** 48:25 285:19
**Registry** 43:23
**regulatory** 128:23 128:25 150:12,13 176:11
**reject** 73:1
**rejected** 72:21
**Rejection** 8:10
**relate** 245:19
**related** 14:14 17:10 28:18 59:7 301:10
**RELATES** 1:9
**relating** 164:14
**relation** 31:20
**relationship** 59:1
**relative** 31:19,22 31:23 62:17 63:5 63:12,12,19 64:16 65:4,25 157:7 169:18 172:22 173:19 182:11,13 182:21,24 183:9 184:6 192:13 193:19 196:11,20 196:25 197:4,6 287:3 301:12
**relatively** 289:12

**release** 232:3
**released** 288:14
**relevant** 27:9 33:16
    76:7 97:17 242:23
**reliable** 140:21
    141:5 147:13,21
    252:9 253:7
**relied** 252:8 295:19
**rely** 270:22 271:8
**relying** 206:14,15
    206:17,21 208:9
**Remained** 18:1
**remarkably** 284:2
**Remarks** 123:7
**remember** 21:3
    22:3 31:9 42:14
    45:10 48:20 49:2
    66:12 84:25 85:20
    104:18 108:3,5,5
    109:13 115:9
    120:18 121:1
    126:8 127:14
    149:8 151:16,22
    152:14 178:24
    179:1 204:24
    205:9,10 208:21
    219:23 221:1
    231:11,12 232:7
    233:13 234:14
    236:20 237:16,23
    247:8 248:23
    262:9 265:25
    279:11 282:25
    284:13,18 288:12
    290:15 292:9
    296:17
**remembering**
    262:15
**remind** 194:8
**remove** 200:19
    249:16
**removed** 200:16
    249:3,15
**repeat** 112:10
    209:9
**repercussions** 78:9
**rephrase** 177:12

**replaced** 187:1
**report** 28:16 45:21
    46:3,10,18,24
    47:14 48:22 49:18
    49:23 50:19 52:2
    54:2 61:1 66:10
    69:1 106:19
    123:22 152:4,5
    225:20 251:8
    264:18 282:2,4
    283:2
**reported** 1:25
    29:18 69:11
    140:21 155:14
    168:14 171:6,10
    208:12 247:2,17
    249:1 278:18
    285:19
**reporter** 2:15
    11:13 73:8 104:15
    119:6 177:8
    219:15 277:15
    297:13,21
**reporters** 217:21
    218:6,16,21,23
**reporting** 154:24
    207:4 238:10
    281:23 282:11
**reports** 27:13
    139:13 140:11
    169:3 248:20
    250:24
**represent** 10:16,18
    10:25 11:2,3,10
    74:3 121:10
    165:10 257:24
**Representatives**
    75:19
**represents** 75:12
**reprint** 83:24
**Republic** 65:19
**request** 21:9 100:1
    211:15 298:2
**requested** 23:2
    72:23
**requests** 52:10
    72:15 211:12

**require** 101:7
**required** 79:8
**Requires** 214:7
**research** 5:24 7:15
    21:12,21 22:15
    24:14 28:17 67:17
    68:25 72:25 86:20
    89:25 90:5 92:5
    101:8,10,19
    106:24 111:15
    135:18 149:21
    158:25 234:12
    261:25 265:20
**researcher** 235:18
**researching** 47:8
    96:17 100:16
**respect** 49:7 102:18
    103:17,19 107:5,9
    114:2 116:7,16
    118:8 119:16
    124:18 125:8
    127:7 134:2,14
    135:1 144:23
    145:2,21 146:15
    146:24 148:3
    149:1,17 150:15
    154:13 159:6
    177:3,19 179:21
    181:5 186:7 193:6
    194:11 196:21
    198:23 204:23
    206:5,23 213:15
    228:13,16 232:10
    238:1 246:12
    247:18,22 248:2
    251:9 252:3
    261:24 297:16
**respond** 226:13
**responded** 99:3,25
**respondents**
    140:12,24 186:19
    252:8,11,15 253:5
    282:9
**responding** 210:18
    227:16,24 244:6
**responds** 136:21
**response** 53:9

    63:17,20 64:3
    99:15 129:12
    136:18,21 137:1
    138:21 225:20,24
    226:4,18 227:12
    228:21 229:22
    240:22 244:8
    245:5 263:14
    277:1,5 283:11,14
    283:16,17 284:15
    285:1 294:2
**responsibility**
    106:2 113:8
    114:15
**responsible** 126:4
    271:7
**rest** 245:2 279:13
**restate** 150:6
**result** 173:9,22
    202:18 230:14
    252:24 253:7,24
    278:16
**resulted** 196:16
    248:4 249:7
**results** 30:20 81:23
    83:8,10 140:11
    149:23 171:18,21
    229:25 249:4
    276:1 289:6
**retained** 12:11,12
    19:23
**retired** 16:17,18
    19:25 37:15
    246:24
**retract** 52:11 72:24
**retracted** 52:7
**reveal** 62:25
**reveals** 196:15
**reverse** 187:24
**review** 8:8 9:16
    26:4,6,6,15 27:19
    31:12 34:8,14,19
    34:22 36:16 45:20
    54:10 102:4
    106:16 114:5
    137:25 138:18
    141:14,19 142:5

    142:15,17,21
    176:7 257:2 258:6
    258:12 259:16
**reviewed** 25:1
    27:15 32:13 34:24
    38:1 59:24 69:5
    102:4,19 109:21
    128:25 167:18
    176:18,20 260:25
    283:7
**reviewer** 109:25
    110:1
**reviewers** 144:12
**reviewing** 38:9
    110:12 227:6
**reviews** 28:2
    144:11 176:12
**revise** 144:10
**revised** 244:7
**right** 12:25 13:7
    15:17 16:4,23
    17:22,24 18:3,14
    19:18 20:6 22:8,9
    23:4,9,10,11 24:3
    24:5,11,16,18,25
    25:11 26:2,16
    27:1 28:6,10
    29:12 30:9,12
    31:10,15,16 32:14
    32:16,18 33:17
    35:7,10,14,21
    36:1,8,20,24 37:1
    37:4,8,11,16 38:2
    38:15,20 39:21,25
    40:6,14 41:4,11
    42:2,24 44:12,24
    45:15,18 47:13
    48:2,11,13,13
    49:14,14 50:18
    52:3,17,23 53:2
    53:24 54:15,19,25
    55:17,19 56:7,13
    56:19,23 57:5
    58:15,16 59:4,19
    59:25 60:8,25
    61:6,19 62:23
    63:16 64:6 67:4,5

67:13,19,23 68:18 69:8 70:3,8,13,17 71:22 72:10 75:13 76:14 78:21,24 79:1,18 80:7 81:3 81:7 82:10,16,20 83:21 84:5,23 85:17,24 86:1,5 86:10,12,20,23 87:11,19,22 88:1 88:4,7 90:10,19 95:13 96:15 102:14,23 106:12 107:3 110:16 112:9 114:18 115:19,22 116:1 118:17,20 120:4 120:16,19 122:6 123:15 124:19 125:1,2 128:13 129:21 130:24 132:15 136:8,11 136:12 137:16 141:4 143:20 144:25 146:3,6 147:2 150:8 160:18 161:2 162:4 164:1,6 167:4 171:8 174:2 174:18,19,21,22 175:10,14 177:4,6 178:1 181:1,11 182:2,4 183:1 185:11 186:23 188:17,17 190:9 194:5 201:7 202:21 203:9,13 205:3 216:23 217:2 218:3 222:7 226:11 227:23 242:3,5 250:10,11 250:12 251:15 254:10 260:9 263:22,23,25 264:5,6 265:2,5 265:13,16,23 266:13,18,23,25 267:2,10 269:2,7 269:24 270:7,12 270:22 271:1,10 273:2,9 274:6,9 274:23,25 275:3,5 275:7,12,15,18,20 276:4,17,21,23 277:1,2,7,25 278:13,20 279:2 280:15,24 281:12 281:15 282:17 283:15 284:4,23 285:21 286:4 288:9,9 289:18,25 290:1,12 291:16 292:19 293:2 295:25 297:12

**rights** 215:6
**ring** 221:14
**rise** 101:6
**risk** 6:22 7:5,17,21 25:21 26:23,23 31:19,23,23 32:5 33:8 36:16 37:1 50:11 53:16 54:18 55:5,21 56:22 57:8 58:6 59:10 59:18 60:15 61:4 61:18 62:7,17 63:5,9,12,12,18 63:19 64:16,21 65:4,8,25 69:12 69:24 74:7 83:12 83:14 90:17,23 91:1 135:19 136:7 139:15 141:7 155:17 157:7 172:22 173:19 175:3 180:16 181:6 182:11,13 182:21,24 183:10 183:10,13 184:1,6 189:6 190:14 192:20 193:1 196:11,20 197:1,4 197:6,19 198:17 198:25 199:1,6,11 199:15 230:15 240:13 275:9 276:2,17 278:10 280:8,14,24 281:7 281:10 282:11,16 282:24 287:3
**risks** 5:15,18 9:11 22:18 91:17 94:9 132:25 134:2 135:21 146:16 169:4,18 180:12 190:15 192:14,17 193:20 276:9
**Robin** 221:8,23,25 223:7,12 224:13
**Robin/On** 8:17
**robust** 81:18 208:25
**Rockville** 4:6,8
**role** 92:9 132:5
**room** 298:3
**Roos** 53:24 54:1,12 129:25 130:1 152:5 154:13,24 155:12,17,25 157:3 160:21 168:15 170:17,17 170:18 171:3,23 172:6 182:13 184:5,12,17 185:20 186:2,8 187:2 188:21
**Ross** 41:6 103:24 121:21,22 122:1,1 122:4 292:15,17
**roughly** 29:11 64:23 65:9 115:6 115:16 125:25 134:21 185:14,14 185:14 243:25
**Roundup** 1:5 10:10 31:2,4,8 35:14,24 42:8 46:15 57:9 63:22 275:7 297:4
**row** 172:18 175:11
**Rowland** 44:5
**rows** 171:11
**ruckus** 264:21
**rule** 55:22 153:2 218:16 231:3
**rules** 12:23 19:6
**rush** 204:16
**Rusyn** 41:14

**S**

**S** 3:1 4:1,4,5 5:1,9 6:1 7:1 8:1 9:1 10:1
**Safety** 7:16 92:20 158:25 159:7
**sale** 223:18
**sales** 222:15
**sample** 135:25
**Sandler** 210:18,22 211:1,1,2,3,4,5,6 211:10,22 212:2
**sarcomas** 80:1
**satisfied** 259:21
**saw** 17:19 205:7 209:13 285:21
**saying** 83:23 100:2 117:9 127:15 132:11 134:17,18 139:6 151:22 162:24 208:16 212:20 218:22 251:23 254:10 255:25 258:9
**says** 14:1 24:10 25:7,11 26:5 29:2 29:14,21 33:7 46:24 48:22 50:1 53:15 72:13,20 86:13 104:21 126:7 127:10 137:15 161:19 163:20,24 164:4,7 164:9 166:9 202:6 212:2 223:9 238:13 251:11 256:24 267:17 268:18 269:8,15 269:18 290:3
**scanned** 109:13
**scanning** 241:16 242:16
**scene** 90:18
**scheme** 111:17
**Schinasi** 180:4,9 181:3 184:3,9,15
**school** 46:22
**science** 13:17 72:22 102:18 105:5,8,12 105:13,20 111:8 113:6 114:2 116:7 116:15 117:22 118:9 264:10
**Sciences** 38:23 92:17 211:9
**scientific** 20:9 27:15,20 54:7 102:21,25 105:17 106:3 110:21 128:22 145:8 149:21 218:18 234:12 261:24 274:12 286:25 294:7
**scientifically** 273:1
**scientist** 131:2 231:8 265:19 271:7 276:6
**scientists** 28:9 35:20 38:10 54:10 76:6 87:10,18 230:20 232:2 270:22 272:7 275:23 279:2
**scope** 87:13 89:4 272:1 277:12 285:13 291:2,13 291:22 292:1 293:12
**screen** 146:8 269:6
**seats** 262:25
**sec** 35:23
**second** 8:9 47:2 82:24 83:3 104:20 106:13 124:6 136:20 141:18 142:3 159:9,12

168:18 195:6
202:22,25 221:13
227:5 229:22
239:1 240:24
241:6 243:15,18
249:4 250:10
269:4
**secondary** 109:25
110:1,20
**Secretariat** 28:15
74:25
**section** 17:3,23
30:11 48:15 52:2
154:24 155:7
**sections** 105:12
110:18
**sector** 47:3
**see** 12:19 15:19
17:10 26:6 32:1
33:3 36:9 39:9
41:22 44:7 49:24
53:23 57:5 58:21
59:8 61:13 63:20
64:7 67:9 73:2
76:2 77:17 83:9
84:15,23 86:4,23
124:23 133:5
134:5 135:12
136:9 138:25
141:23 150:17
155:7 156:18
167:5,6 174:1
179:25 191:3
193:12 196:24
197:21 198:5
202:23 203:19
205:6 211:25
212:15,20 213:6,7
216:10 222:17,23
225:22 226:9
227:17 241:4,24
243:21 250:24
251:5 268:21
269:9 280:10
281:7 283:10
287:17
**seeing** 98:22 187:8

187:16
**seek** 203:17 212:3
**seeking** 211:11
212:7,23
**seeks** 25:14
**seen** 72:6 73:13,15
74:12 77:6,22,22
82:23 109:2
205:12 232:12,14
273:12
**SEER** 291:16,18
**seize** 283:1
**selected** 26:5 35:13
**selecting** 203:15
**selection** 26:3
45:18
**selective** 65:11
**self-reported**
140:19 252:9,17
**self-reporting**
283:6
**self-responded**
252:23
**self-respondent**
147:22 252:13
282:7
**self-respondents**
147:19 150:23
281:22 282:15,17
284:2,3
**send** 54:7,8 79:3
97:15 108:16
144:6,10 297:19
297:20,21
**sending** 136:6
**sends** 136:14 258:9
**senior** 19:21,24
**sense** 32:12 49:17
76:5 126:22
**sensitivity** 240:20
**sent** 99:16 134:20
134:21 210:19
216:5 239:5
243:19,23,25
255:21
**sentence** 29:21
137:8 141:18

142:4 249:2
288:24
**separate** 120:2,7
193:18 233:17
**separately** 211:13
**September** 8:11
219:22 220:8
**sequence** 149:8
**sequential** 98:4
**serial** 113:16
**series** 82:21 130:14
134:7 169:2 235:3
**serve** 234:24
**served** 21:4,9 22:1
22:6 39:16
**services** 20:24
**serving** 100:7
236:23 254:25
255:16 256:11,17
**session** 104:24
109:4 110:10,22
112:1 118:1,12
120:22 123:13
126:16 127:5
**sessions** 112:19,20
**set** 49:7 57:4 79:17
123:3 172:16
231:20 244:5
**sets** 142:10 181:4
**settings** 285:6
**seven** 22:4 29:8
38:8,9 39:4
105:10 168:13,13
**seven-** 34:6
**seven-day** 45:20
**seventeen** 105:12
**shape** 52:7
**share** 245:1
**shared** 76:24
234:15 245:6
**sharing** 211:24
240:18
**sharply** 68:22
222:2
**Sheet** 300:11
**Shelly** 135:12
**Shimada** 3:20 11:3

11:3 187:21
**shoe** 130:10
**short** 117:3,7
189:17 229:4
**shorter** 66:11
**shortly** 103:4 108:1
108:2
**show** 53:2 69:23
70:1,11 77:7,10
82:20 85:4 96:10
99:10 103:22
121:8 129:10
139:14 148:17
151:15 158:4,7,8
178:14 199:21
207:16 209:13
210:11 219:22
221:10 224:23
235:13 238:19
243:5 246:11
248:14 265:9,12
273:14,19 280:12
288:24 295:19
**showed** 50:10
55:21 101:3
140:25 145:22
177:24 205:23
206:5 212:25
224:14 230:7
248:8 253:23
264:16 279:15
280:1 284:10
285:5 296:2,4,7
**showing** 155:22
169:17 198:17
212:10 215:2
216:1 219:18
230:15 232:15
253:6
**shown** 109:2 293:6
294:16
**shows** 22:6 177:2
214:15 273:8
276:25
**side** 75:15
**sides** 77:3 97:20
**sign** 77:1,10,14

78:12 79:6 80:13
**signed** 77:3,18 78:7
79:4
**significance** 53:2,5
180:19 271:5
276:7 282:5
**significant** 55:6
57:14 58:5 59:11
59:19 60:15 61:5
61:18 62:8,19,22
63:6 64:17 65:3,6
65:16,18 66:3,5
92:9 140:3,4,6,8
147:1,7 155:23
157:17,20 173:5,8
183:7,15 195:10
195:19 196:4,20
199:1,6,10,14
230:8,15 248:14
251:9 252:3
265:10,13 270:21
271:1,9,10 272:14
272:17,19 273:7,8
273:19 274:7
275:24 276:4,15
276:19 277:21
278:6,14 280:14
280:24 281:11,15
281:20 286:12
287:11 294:11
295:11,22 296:8
**significantly** 48:24
69:24 83:12,17
182:18 277:19
**signs** 78:23 79:14
**similar** 147:2 284:3
285:19
**simplistic** 295:16
**single** 109:15 130:8
285:8
**sir** 13:2,7,12 18:4
18:14,18 20:8,18
25:6,15 26:16
27:12,16 29:19
30:6 31:16 32:6,9
32:14,19 33:3,5
33:10,17,25 37:1

37:16 39:9 41:4
42:20,22,22 43:18
44:7,22 46:16
50:6 52:4,23 53:2
53:22 55:19 56:7
56:13,16 57:20
58:15,21 61:13
62:23 64:25 68:5
70:8,13,20 78:17
78:17,22 80:11
83:21 85:11 88:19
266:5 268:1,21
269:9,20 273:9
274:9,23,25 275:3
275:5,22 277:3
278:13 280:15
281:7,12 284:16
288:5,9,21 289:24
290:7,12
**sister** 281:25
**sit** 52:8 120:17
**site** 133:4
**sits** 12:17
**sitting** 100:14
126:9 233:7
**six** 58:9 71:20,20
71:22 105:10
168:2 216:8
**sixteen** 105:12
**size** 128:16 135:25
181:15 209:24
**skipped** 40:5
**slide** 240:18 244:7
245:6 250:1
**slightly** 182:13
**SLL** 83:14
**small** 194:16
289:12
**smaller** 208:20
291:8
**so-called** 268:17
**socially** 41:18,22
**society** 240:13
272:4 274:24
275:25
**solely** 12:4 252:9
252:13,17

**solicit** 100:20
**soliciting** 87:1
**somebody** 40:5
46:5 165:12
166:15
**soon** 257:1 258:11
**Sorahan** 44:24
45:1
**sorry** 10:24 21:20
25:12 38:8 44:4
48:17 50:9 57:23
57:25 60:5 64:7
68:9 73:8,9 114:7
118:25 121:20
124:13 132:12
152:22 165:17
168:7 169:2
171:19 174:23
179:7 180:11
184:10 195:1
204:21 210:24
218:1 235:21,22
236:4 238:8
239:19,23 242:4,8
243:24 250:12
257:5,11 268:8
269:7 275:17
279:20 282:20
284:22 296:6,10
**sort** 24:20 33:23
35:4 41:11 44:17
48:9 53:10 73:15
77:24 81:25 97:17
101:21 126:23
153:11 185:6
207:18 243:14
273:13 276:13
**sorts** 17:9 93:20
**sought** 210:7
211:13
**sound** 22:8 23:9
144:8 149:9
**sounds** 16:2,21
18:3 22:9 23:10
35:21 96:15 171:8
186:23 223:4
233:14

**sources** 29:16
**speak** 45:3 77:22
223:12
**speaking** 140:19
284:13,18
**special** 43:6
**specialist** 43:5,5,10
**specialists** 45:11
**specific** 7:18 15:3
45:12 103:11
221:1 225:21
**specifically** 111:15
146:6 158:7,8
159:10 193:24
247:22
**spectrum** 68:17,18
**spend** 16:2 46:18
**spent** 14:16 38:8
39:4 116:22 117:2
288:12
**spite** 70:10
**split** 103:18 115:5
**splits** 112:13
**spoke** 82:9
**spoken** 75:11
239:10
**spouse** 140:15
281:24
**spouses** 93:4,5
**spray** 88:10
**spraying** 48:25
**spread** 115:18
**staff** 16:24 217:11
**staggered** 163:1
**stakeholders** 44:18
**standard** 206:18
**stands** 21:17
**start** 13:10 89:24
97:13 114:20
135:22 219:6
256:3
**started** 11:24 16:9
16:23 17:18 83:23
105:4 162:6,7,22
162:22 263:12
**starting** 142:4
166:25 203:1

243:16
**starts** 132:14
135:11 193:23
240:23
**state** 13:4,18,21
41:5,7 121:15
123:6 125:18
133:8 217:21
218:1 226:18
240:25 242:15
**stated** 102:15 218:1
**statement** 11:24
47:17 52:7 189:17
**states** 1:1 10:12
37:18 38:23 39:7
39:24 40:9 43:24
44:5 69:11 92:17
129:18,20 135:16
135:17 138:10
203:14 211:22
225:18 228:23
229:3 230:6 231:4
239:3 240:17
244:11,25 248:1
249:4 275:15
**statistical** 30:19
53:2,4,6,9 59:2
209:17 229:25
271:5 276:6
282:16
**statistically** 55:6
57:13 58:5 59:11
59:18 60:15 61:5
62:8,19,22 63:6
64:16 65:3,6,15
65:17 66:2,4
140:3,7 147:1,7
155:22 157:17,20
173:5,7,8 180:19
183:6,15 195:10
195:19 196:3,20
198:25 199:5,10
199:14 230:7,15
248:14 251:9
252:3 265:10,12
270:21 271:1,9,9
272:13,17,19

273:7,8,19 274:7
275:24 276:3,15
276:19 277:21
278:6,14 280:13
280:24 281:11,15
281:20 286:12
287:11 295:11,22
296:8
**stay** 16:15 264:7
**stenotype** 301:7
**step** 96:16
**stepped** 19:22
**sticker** 85:24
**stop** 22:11 26:19
72:9 241:25
297:11
**story** 279:13
**Straif** 98:16,19
217:11 226:2
227:11 229:15
230:11
**strategic** 137:22
**Street** 2:6 3:22 10:8
**strength** 118:9
**strengths** 157:25
**stress** 51:7 68:12
**strictly** 41:22
**strike** 56:5 90:23
90:23 97:9 100:5
117:25 118:3
152:9 163:11,15
166:23 169:12
171:20 194:23
213:10 250:9
294:16
**string** 6:6,16,19
8:11,12,14,16,18
8:20,22,24 9:4,6,8
9:16 217:9 240:9
**strong** 33:9 50:20
51:4 64:3 120:12
120:24 126:19
127:20 277:5
**structure** 46:21
**studied** 14:18,22
17:13 47:15,16
54:13 82:7 193:20

**studies** 17:18 26:19
27:7 30:12,20
33:12 47:22 48:1
50:10,13,22,22
51:7,8 52:22 53:8
58:17 62:2,3 66:8
69:7,8 79:22
81:16 88:18 90:8
92:7,7 94:8,15,18
96:10 100:8
106:13 107:2,20
119:20 120:8,11
120:23 121:4
124:13 126:1
129:17,19,21
130:2,3 159:18,21
177:22,25 178:10
181:4,7,10,13
185:4,6,8,10,25
187:3,8 202:9,19
218:20 219:5
227:2 230:1,3,7
230:17 231:22
236:8 247:2
259:14 265:5,8
270:9,10,16,16,20
270:23 271:15
272:2 273:13
283:4,6,10,19
285:4,17 294:10
294:11,18,22,25
295:8
**study** 6:7 7:11,20
7:23 14:4,12 17:3
17:23 26:21,22
27:6 47:21 49:3
49:10 51:22 53:1
53:23,24 55:18
56:5,6,7,10,10
58:3,6,13,18
59:23 61:1,2 62:6
62:13,25 63:21
65:14,19,20,23,24
69:22,22 70:1,8
70:11 80:3,6
81:13,20 82:8,14
83:21 84:5,16

86:15 88:17 92:12
92:14,22,23 93:17
94:6,21,22 95:24
96:2 106:25
129:15,17,18
131:16 152:13,19
154:14,17 157:24
158:1 159:13
160:11,21 162:6,7
162:13 163:1,7,9
163:23 164:19
166:5,6 167:23
168:4,12,19,24
169:1,14,20,23
171:18,21,23
172:4,8,11 173:2
177:18 178:4
181:14,18 182:6
182:22,24 183:8,9
183:14 184:4
185:1 186:9
190:23 192:10,10
192:11 193:6
195:15 196:6
197:13 199:24
200:6,17 204:9
207:13 208:10,11
208:20 209:24
213:14 214:5
215:2 216:1 218:7
218:9 220:13,16
220:18,20,24
224:14,21 227:2
227:13 228:14,17
228:19,20,24,25
229:3,23 230:13
231:21 232:15
234:13,18 236:18
247:5 259:9 260:4
260:4,6 265:1,12
265:16 266:3,21
267:10 268:6
270:7,7,12,13
271:15 272:8,9,24
272:25 273:6,8
274:7 278:23
281:24 286:3,3,7

286:9,20 287:2,19
287:20,21,24
288:14
**studying** 14:7,10
14:17,21 16:8
17:9 58:9 60:3
87:23 91:12,23
92:3 93:9 97:5
**stuff** 151:17 273:13
**sub** 41:15
**sub-types** 9:13
**subchair** 48:17
**subchaired** 48:14
**subgroup** 39:7
41:15 64:15
103:14,20 106:21
112:16 113:8,12
113:24 114:1
118:5,7,11 119:12
119:14 120:15,20
121:3 123:18
126:3,11 127:1,6
128:8 177:15
178:3 194:23
289:7,11
**subgroups** 39:11
49:11 51:15
102:11 112:13
116:5 123:19
124:17 126:24
295:15
**subject** 1:13 28:18
75:1 86:20 160:12
223:9 281:24
**subjects** 48:24
83:11 276:21
**submission** 258:24
259:20
**submit** 132:25
144:16 219:11
225:1 259:15,16
259:18 260:6,9
**submitted** 84:22
141:15,20 142:6
142:14,15,23,24
143:7 201:17,17
257:1 258:11

259:23 260:2,13
**submitting** 222:19
274:15
**subpoena** 210:19
211:4,11 213:4
**subpoenaed** 12:3,3
257:25
**subpoenas** 216:5
**Subscribed** 300:18
**subsequent** 246:6
**substance** 128:17
264:13 294:12
300:10
**substances** 43:23
123:14
**subtype** 193:21
194:15,20 277:2
**subtypes** 193:6,9
193:10 197:14
275:11 276:10,13
277:25 280:17
**suggest** 42:23
78:11 241:8,11
245:5 297:16
**suggested** 223:11
245:23 252:11,14
**suggesting** 84:1
144:16 222:25
249:16
**suggestion** 141:6
**suggests** 136:22
137:21 249:2,15
**Suite** 2:7 3:22 4:7
**summarized** 32:13
**summary** 66:11
131:19
**summing** 30:20
**Supplemental**
190:18,25 191:15
**support** 28:18
**supported** 282:9
**supports** 283:25
**sure** 13:13 19:17
31:9 38:21 42:1
42:14 43:2,16
45:11 51:20 60:13
71:2 74:12 80:16

82:1 84:17 91:25
92:2 101:11 110:5
127:9 137:17
144:2,7,9 148:17
151:14 231:16
233:24 234:3
235:1,9,23 237:21
237:23 238:4
245:9 250:10
258:16 263:20
266:25 270:24
271:7,14 272:20
274:19 279:6
282:5,21 286:7,11
288:19 290:15
293:21,21 297:25
298:1,4
**suspect** 242:16
**suspicion** 26:11
**Sweden** 58:20
59:24 60:2 69:11
**switch** 154:1,8
207:20 262:25
**sworn** 11:17 300:18
301:6
**synonymous** 65:7
**synopsis** 274:21
**system** 88:4
**Systematic** 8:7
**systems** 33:24

**T**
**t** 5:1,1,9 6:1,1 7:1,1
8:1,1 9:1,1 41:21
299:1
**table** 49:18 52:18
52:18,21 58:17
59:25 61:1 62:2
65:12 114:9
140:13 146:5,6,13
147:14 155:11
156:6,15 174:9
186:11 188:16,17
190:18,25 191:15
191:16 194:2
197:17 233:8
251:11 267:18,20

268:2,4,10,11,16 269:3,8
**tables** 107:23 114:16 117:12 169:2,5,8,10,17 169:22 205:13 251:2,3
**take** 31:10 46:2 50:17 60:2,3 61:23 67:2 71:14 76:15 110:22 122:23,24 124:5 130:9 134:12 149:10 153:4,8,10 153:14,19,23 185:6 188:4 189:9 193:4 201:12 228:2 250:7 261:8
**taken** 54:24 89:5 157:23 301:4,12
**takes** 117:16 149:21 185:23
**talk** 35:12 96:10 111:13 152:18 165:21,23 166:14 190:8 218:24 219:5 225:19 226:15,15,16,17 274:22
**talked** 69:8 97:25 104:25 120:2 162:14 182:10 220:25 231:12,24 233:16 250:18 263:24 264:2,15 267:2 288:23
**talking** 24:10 37:4 69:6,22 76:23 119:6 148:24 159:10 163:7,8 165:18 179:8 200:17 203:4,9 204:22 218:13,19 219:6 226:19 245:1,17,23 246:1 258:5,14 261:1 265:2 287:24 288:13
**talks** 26:18 83:8 160:1 164:7 168:19 222:19,20 247:21
**tasked** 102:17
**TCVP** 102:7
**team's** 201:9
**Technologies** 10:5
**telephone** 11:6,12
**Telephonically** 3:13
**tell** 14:25 19:21 23:21 25:18 30:17 53:13 62:12 64:13 66:17 77:15 81:12 111:1 137:7 151:16 164:13 218:23 219:17 221:3 224:13,20 231:17 237:12 269:5 271:19 277:24 278:22 281:17 282:23
**telling** 281:9
**tells** 28:12 32:17 67:8,15 277:7
**temporal** 31:16,20
**ten** 61:13,15,17 62:7,13,20,21,24 63:1 105:10 188:10
**tend** 282:9,10
**term** 118:2 119:18
**terms** 25:17 163:16
**test** 25:4 195:21 281:17
**testified** 11:18 96:5 121:14 190:19
**testify** 161:22
**testimony** 12:5 62:2 92:10 103:24 105:3 129:11 149:4 301:5,9
**tetrachlorvin** 106:17
**tetrachlorvinphos** 5:22 106:14,17,18 106:21 107:2
**tetrachlorvinphose** 105:22
**Texas** 41:14
**text** 29:8 166:17
**thank** 15:25 18:14 18:16 24:4 31:11 38:14 49:15 78:24 79:18 89:10 152:25 158:17 195:4 211:3 221:19 224:10,10 262:11 266:12 267:6 293:17 297:7,9
**Thanks** 16:14 19:2 80:11 141:25
**thick** 66:10
**thing** 35:4 42:16 97:17 101:21 129:1 143:13 144:7 148:21 151:7 212:15,21 252:21 279:22 283:3
**things** 17:17 25:4 37:6 45:12 67:12 69:17 82:1 109:13 109:17 112:6,7,7 114:9 126:23 148:22 149:6,10 151:6 157:1 158:16,18,19 187:16 205:15 206:9 219:8,11 232:3 254:18 282:25 283:2
**think** 16:11 19:5 35:19 40:13 42:15 43:1 45:10 49:17 51:19 53:19 54:8 56:15 59:7 60:12 71:11,15 72:7 73:23 75:10 79:7 79:8 80:18 81:1 81:24 83:22 84:8 84:18,22 88:14 91:22 92:10 100:2 102:2,15 103:24 108:19,19 109:12 115:23,25 118:2 120:18 121:13,17 129:8 138:12 142:18,23,25,25 144:1 145:5,10 147:13 148:12 149:14 151:11 158:9 160:16 161:25 165:4 170:8 171:16 172:24 175:9,14 175:15 189:18 190:2 207:19 213:20,25 214:2 214:12 215:23 219:16 234:2,9 237:1 245:23 250:16 255:21 262:1,2 263:19 264:1 265:24 270:5 272:19,22 272:22 273:16 275:4 290:13,16 290:16 292:15 295:1,25 297:18
**thinking** 95:18 123:23 149:14 165:17
**thinks** 266:3
**third** 214:8 217:16 227:19
**thirteen** 105:11
**Thomas** 44:24
**thought** 8:9 135:22 174:24 204:17 239:7 242:9 251:23 267:25 292:24 293:2
**thousand** 47:22
**three** 34:20 48:25 92:19 102:15 105:3,10 113:23 129:19 140:12 149:20 158:18,19 171:11 172:19 175:7,22 192:10 198:4 216:25 218:9 229:9 234:4 234:5,20 235:5 262:20 293:18
**three-and-a-half** 104:23
**three-month** 107:7 107:18 114:14
**three-year** 58:20
**tighter** 172:5 182:6
**time** 10:6 16:3 17:19 20:8,19,22 23:12 32:10,12 34:8,17 46:18 53:22 56:15,19 58:13 60:12,13 69:21 72:8 75:12 76:16,19 86:11,12 89:6,11,13,16 93:11 94:1,3 96:8 96:11,25 108:3 109:3 111:9,23 112:3 115:6 116:10,17,22,24 116:25 117:4,7 118:15 119:7 122:24,24 124:2 126:16 127:14,17 129:7 132:1 134:10 136:19 137:25 142:15,17 149:15,21 151:12 160:2,8,11,16,20 160:23 161:9,10 161:20 162:1,1,11 162:16 163:21,25 164:4,9,13 176:16 177:13 178:5 181:20 186:25 189:10,13,17,25 190:2,21 199:18 201:15 202:25 203:1,17 204:11 205:2,5 206:1

207:8,20 209:25 212:3 214:9,21,22 215:10,10 218:3 218:22 229:4,5 238:16 239:16 254:24 255:15 259:3,10 261:10 261:13 263:2,5 265:18 267:11 288:13 293:17 297:5,8,24 298:5
**times** 22:1 65:8 114:8 163:1 171:23 177:18 182:1 192:10 216:8 218:9 229:10 236:19 285:19
**timetable** 203:15 204:13,16
**tissue** 71:4
**titled** 5:20
**today** 10:14 12:18 91:13 103:25 126:9 178:12 191:7 233:23 263:13,18 294:21
**today's** 10:5 210:3
**Todd** 1:25 2:14 11:13 301:3,17
**told** 123:15 237:4 243:1
**tonnes** 47:5
**top** 123:6 141:24 159:16 168:10 194:4 226:22,23 227:18,19
**topic** 153:24 240:20 283:1
**topical** 242:14
**Toronto** 40:20
**total** 7:17 48:1 115:6 116:9,17 162:11 170:9,11 170:16 189:25 192:5
**totality** 70:13
**Totally** 273:18
**Toxic** 43:23
**toxicity** 116:16
**toxicokinetic** 33:20 33:21
**toxicologic** 49:10
**toxicologist** 41:13
**toxicology** 102:13 107:13 116:7 121:3 126:10
**trade** 104:13
**transcript** 5:10 6:2 7:2 8:2 9:2
**transcription** 300:7
**travel** 38:12
**Travers** 3:6 10:20
**treatment** 227:13
**trend** 195:21 281:17,19
**tried** 223:1
**Trip** 278:10
**triple** 278:10
**trouble** 41:7
**true** 17:15 25:15 27:16,18 33:10 52:14 53:20 64:4 74:9 91:22 95:21 97:14 110:7 129:8 238:17 270:23 301:8
**truth** 272:9,11
**try** 87:17 96:3 151:6 206:1 208:10 214:3,19 215:8 219:11 258:25
**trying** 42:23 101:14 133:8 153:25 159:4 231:11 238:12 256:6 257:14 260:24 261:6 269:2 277:11
**tumor** 193:10
**tumors** 15:2
**turn** 31:3 135:9 154:22 159:9 167:22 168:1 169:24 179:23 190:17 193:7 197:16 198:1 213:12 250:1 261:16
**turning** 159:12
**turns** 258:8
**twelve** 105:11
**twenty** 142:20 160:25
**twice** 239:10
**two** 25:8 26:9 53:18 53:21 56:18,19,22 57:7 61:10 83:16 87:17 105:9 110:4 113:23 115:12 138:4 145:10 156:25 158:16 163:16 165:14 166:1 167:18 175:6 176:17 185:4,6,8,9 189:22,23 190:2 190:24 197:22 216:7 226:19,20 229:2 231:15,16 238:4 253:12,14 258:4 260:17 262:19 267:23 277:18 281:12 282:15
**type** 15:18 135:24 196:23,25 197:4 285:20
**types** 48:1 136:1 193:15 194:12 197:22 198:3 276:10
**typewriting** 301:7
**typically** 45:11

**U**

**U** 6:1 7:1 8:1 9:1
**U.S** 129:17 130:2 184:5,10,18 187:3 229:3
**U.S.-Canadian** 256:25 258:10
**ultimate** 127:18,23
**ultimately** 42:8 118:19 203:5,12
**unable** 40:9
**unadjusted** 83:10 159:19 251:4,7
**unanimous** 42:10 43:1 45:7 265:25
**unanimously** 265:20 293:1
**uncomfortable** 273:14
**uncontrolled** 250:22,25 251:20 252:1
**unconvincing** 87:11
**underlined** 42:19
**understand** 15:25 25:18,25 35:22 36:10 39:4 42:22 43:18 44:12,14 45:15 51:21 52:13 71:14 80:25 96:9 112:6 117:14 121:22 144:8 151:24 152:16 156:18 169:11 194:2 206:20 211:5 249:14 252:16 266:1,1 287:7 288:21,22 290:4,14
**understanding** 12:4,22 25:9 26:12 28:19 47:7 47:9 109:8 115:8 124:10
**understands** 275:6
**understood** 95:23 112:11,11 116:4 118:17 119:19 122:21 129:2 162:9 163:2 207:5 224:22 287:5
**undertake** 97:8
**underway** 165:4
**unexposed** 56:17
**Unfortunately** 286:11
**unit** 19:23
**United** 1:1 10:11 37:18 38:23 39:7 39:24 40:8 43:23 44:5 69:11 92:17 129:18,20 275:15
**univariate** 58:24 58:25
**University** 13:15 13:18,21 40:20 41:5,8 92:21
**unpublished** 129:4 152:11 218:25
**unspecified** 65:1
**unsure** 127:15
**up-to-date** 206:15 206:17
**update** 104:21,22 215:2
**updated** 170:2 176:5 177:18 192:24 201:10,22 204:1,10 206:21 207:15 208:25 209:12,22 210:4,8 212:9,25 213:14 214:4,14 215:25 218:6 219:18 221:4 224:13 229:16 230:12 231:18 232:15 260:3,3
**urine** 70:18
**USA** 47:1
**use** 7:5,19,22 9:11 23:21 32:18 47:4 61:12,13,15,17 62:7,13,18,20,21 62:25 63:4 68:21 114:6 138:18 139:19 141:1 146:15,19 150:19

155:18 157:1 160:13 162:16,18 166:6 169:24 173:24 180:11 182:12 186:16,20 188:18,19 191:24 192:24 214:3,13 215:24 220:14 224:24 229:1 240:13 252:11,14 253:24 261:6 276:1 277:12 280:15 282:16 290:21 293:16
**useful** 294:15
**USEPA** 73:1
**uses** 191:1
**usually** 27:6 30:7 44:17

**V**

**valid** 229:18
**value** 43:7
**variables** 31:20
**varies** 115:10
**varieties** 68:24
**variety** 15:3 159:3
**various** 14:13 17:9 21:5 34:4 91:13 93:6,7 102:18 104:18 145:8 150:12 167:13 169:3,19 172:3 181:4 197:14 216:25 246:18 277:24 296:9
**verbal** 274:14
**version** 143:13
**versions** 166:1 167:19
**versus** 159:18 192:19 253:24 282:7 295:17
**video** 76:21 189:15 263:7
**videographer** 4:12 10:3,5 11:6,11 76:16,19 89:13,16 189:10,13,19,22 261:10,13 263:2,5 298:5
**videotaped** 1:15 298:7
**viewed** 100:13 220:13
**views** 159:4 223:13
**violation** 223:19
**Virginia** 3:9
**virtually** 252:24
**vitae** 5:12 18:8
**vitro** 50:22 51:9
**volume** 5:18 6:17 22:20,24 23:11,15 37:3,7 68:19 99:23 111:15
**volumes** 22:21
**voluminous** 273:5
**volunteer** 22:2 37:24 265:19
**volunteered** 38:10 39:15 71:6
**volunteers** 38:16
**vote** 40:15 42:10 265:18
**voted** 40:18 42:8,18 42:21,24 70:11 265:20,24

**W**

**Wagstaff** 3:13,14 10:22 11:8,9,9 224:8,8,11 233:8 239:12
**wait** 83:8 204:5,5 221:13
**wake** 217:18
**want** 18:5 24:8 25:4 26:4 29:3,12 30:9 36:12 38:18 42:16 43:4 46:17 47:13 66:23 67:2 69:7,22 72:4,9,10 72:10 76:12 79:3 79:6,20 82:24 84:7 86:20 91:25 122:19 141:23 143:3 148:12 153:4,14,15,19,22 166:13 190:1 199:21 204:24 205:18 207:3 215:14 239:15 242:2,12,17 255:22 262:16 270:6 279:6 284:9 284:9 294:1 297:17
**wanted** 43:10 83:2 138:15 189:16 190:1 245:11 264:7 285:25
**wants** 62:15 76:25
**Washington** 1:16 2:8 3:23 10:9
**wasn't** 42:23 144:2 144:3 151:11 197:15 200:20 201:5 206:6,8 207:2 236:21 264:21 272:18
**way** 19:9 30:19 52:7 109:6 111:3 111:5,10,12 113:7 135:5,6 181:12 185:22 198:11 202:24 208:6 224:1 254:20 264:9 265:24 272:22 286:20
**ways** 30:8 238:9,10 272:13
**we'll** 12:15 35:22 50:17 51:21 86:2 188:9 297:19,20 298:1
**we're** 16:11 19:5 31:1 35:12 36:8 37:23 41:2 49:24 67:4,12 69:21 76:17 77:11 78:1 89:14,17 91:12,13 91:14 138:3 163:6 163:6,8 164:12 167:24 168:6 174:6 184:14,14 184:22 187:9 188:1,3 189:11 195:3 197:21 198:17 203:4 218:13 261:11,14 263:3 265:7 284:24 290:17
**we've** 24:10 37:4 66:9 69:6 78:5 82:22 83:6 104:25 137:16 139:6 175:6 180:24 181:23 188:1 200:17 209:18 220:11 221:4 238:11 243:16 263:21,24 294:21
**weakness** 229:3
**weaknesses** 86:15 157:25
**website** 108:11,13 108:20,23 143:11 143:12 227:16,22 228:8 244:13
**websites** 108:10
**wedded** 204:15
**weed** 46:25
**week** 16:19 103:10 111:14 112:12,12 112:17 115:5 117:23 240:4
**week's** 116:24
**weekends** 111:21 111:25
**weeks** 141:14,20 142:5 216:7 228:9
**weighing** 141:25 181:10,17 265:7
**weight** 181:13 182:18 183:9
**weighted** 156:25 157:5
**weighting** 185:4
**Weinberger** 275:17
**Weisenburger** 235:15,15,17 236:3,4,6,22,23 237:12 238:8 254:22,24 255:4 255:15 256:11,16 256:24 257:18 258:4,8,19,22 260:24 275:18
**went** 17:2 19:20 103:1 115:13 127:14 189:18 196:9 200:18 234:9 296:6
**weren't** 37:19 44:22 230:18 231:22,23 256:8
**Wesleyan** 13:15
**West** 3:14
**whatsoever** 141:6 173:16 175:4
**widely** 46:25
**wife** 41:6
**willing** 202:8 225:19 274:22
**Windstar** 269:13
**withdraw** 76:13
**witness** 2:17 4:3 11:17 12:5 20:12 21:3 30:3 34:11 34:14 35:1 36:3 38:4 39:19 40:2 43:13 45:10 47:25 49:5 51:2,14 52:13 54:21 55:2 56:25 57:17 59:14 59:21 60:17 61:8 61:21,24 63:4,11 63:25 64:23 67:25 69:16 70:15 71:11 73:25 74:11 76:2 76:10 78:13,16,21 78:23,23 80:23 81:15 84:7 87:14 88:22 89:9 119:8 126:22 128:4

153:7,10,17,20,24 154:4,6,10 161:22 161:23 188:11 191:11 209:18 212:14 213:6,20 214:9,10,20 215:19 216:8,17 216:18 218:13 223:24 225:9 233:3 234:25 236:24 237:16 253:16,18 254:5 254:25 255:16 256:17 257:7,21 261:5 264:23 266:7 267:14 269:18 271:4,12 272:2 273:12 277:12 279:6,18 280:17 281:2 283:9,21 284:7 285:23 286:6,19 287:15 288:8 289:21 291:3 292:23 293:4,23 297:6,18,25 298:2 301:5,9
**witnesses** 77:1 253:13,15
**wives** 93:16
**woman** 210:23,25
**wonder** 225:18
**word** 134:12 166:15,15
**words** 83:25 84:2 136:10 195:14 222:17 223:5 224:24 261:5
**work** 19:15 20:1,9 23:22 30:1,7 40:12,15 41:3 96:23 97:12 100:10,13 101:13 103:18 105:4 110:8,12,20 111:23 114:13 117:3,7,23,24 121:15 135:6 144:10 207:2 227:6 259:13 261:20 267:24 268:3 274:21
**worked** 22:25 203:12
**workers** 70:19 82:8
**working** 20:3 23:4 29:3,4,7 31:3 33:1 34:7,8,12,18 35:14 43:7 71:5 74:25 86:14,15 100:7,7,21 101:5 101:23 102:3,16 102:24 103:8,17 103:18,23 104:19 104:24 105:7 106:1,5,11 107:21 107:25 108:6,12 108:16,17,21 109:1,4,4,22 110:4,9,21 111:7 111:14,16,21 112:13,23 113:19 114:24 115:14 116:6,19 117:19 118:18,21,23 119:4,12,13,14 121:12 122:1 123:8,20,25 125:23 126:17 127:24 128:9,15 129:3,7 130:22 132:1,5,7,18 133:12,13,15 134:11,22 142:21 143:9,16,19,24 144:17 148:10 151:10,12,17 152:1 176:17,24 177:14 178:2,8,21 180:10,15 183:19 183:20 197:11 199:18 202:24 206:12,13 229:24 259:6 272:7 285:5
**works** 181:12 185:7,22 229:19
**workweek** 111:22
**world** 5:25 20:15 20:16,22 21:5,10 21:13,24 22:21 23:2,13 24:11 25:19 28:9 43:9 47:1 72:23 74:4,6 74:16,22 150:14 222:9 285:16
**worried** 242:20,22
**worry** 282:25
**worth** 116:24
**worthy** 54:9
**wouldn't** 17:15 41:6 59:25 77:7 84:7 157:19 162:7
**wraps** 292:21
**write** 74:13 103:12 106:10 229:15 230:11 288:24
**writes** 74:5 159:17
**writing** 204:15 206:9
**written** 24:25
**wrong** 44:5 71:21 85:25 86:5,10,11 106:9 145:13 161:16 174:9 233:1 241:3 257:4 269:23 294:5
**wrote** 71:20 110:13 255:15 266:24 269:21 289:18

**X**

**x** 1:4 5:9 6:1 7:1 8:1 9:1

**Y**

**yeah** 16:14 18:16 19:8 35:22 38:24 39:10 42:1 43:3 44:13,23 50:9 53:25 66:19 81:3 87:22 98:18 99:1 99:24 104:8 108:25 123:10 125:1,25 126:2 127:21 129:21 130:20 132:17,21 133:6,10 135:13 142:2 145:5,24 150:17 154:21 160:19 164:11 165:22 167:11 169:9 174:25 177:4 183:2,4 195:8,14 203:20 205:4,20 206:3 217:13 223:24 224:8 227:19 230:22 243:4,22 250:12 255:2 257:7 258:17 263:21 269:12 272:11 277:4 278:12 284:17,20 290:8 297:19
**year** 21:4 58:8 62:24 84:18,19 141:16 142:6 150:19 156:21 161:6 195:13 267:1,9 268:7,17 281:6
**years** 6:11 16:12 18:2 19:19 21:6 23:8 62:18 83:14 85:18 86:5 87:20 87:23 90:1 96:13 97:6 100:16 134:16 149:20 156:22 160:2,6,13 160:22 161:5 162:6,6,16,18 163:5,20 168:13 168:13,22 170:15 176:17 208:23 209:11 216:25 229:9 276:22
**years'** 160:25
**Yep** 100:11 104:10 174:17 280:20
**yes/no** 295:17
**yield** 89:7

**Z**

**Zeise** 42:3
**zero** 56:18,22
**Zoom** 146:9
**Zyprexa** 77:24

**0**

**0.6** 196:14
**0.63** 141:2
**0.7** 53:18 155:20 196:14
**0.7-1.9** 53:13
**0.75** 147:25
**0.86** 139:20
**0.89** 83:15
**0.9** 172:23 182:12 192:21 198:15
**0.91** 146:21
**0.96** 198:13
**0.97** 141:2
**05/16/16** 8:21

**1**

**1** 5:12 8:19 9:9 18:8 18:10 35:4 124:8 124:11,23 125:13 188:1
**1.0** 54:24 57:4 64:18 65:5 66:2 157:7 172:23 182:12 196:12 254:7,11
**1.03** 180:17 183:7
**1.04** 147:24 252:25 253:6,22,25
**1.1** 53:15 54:23 155:19 182:13 198:14
**1.11** 83:13
**1.2** 185:1,10 187:4 189:1
**1.22** 146:20 186:21 188:21

**1.23** 139:19
**1.3** 180:17
**1.4** 83:19
**1.43** 83:13
**1.45** 147:25
**1.48** 141:2
**1.51** 276:3
**1.6** 185:8,14 187:4
**1.63** 146:21
**1.65** 180:18
**1.69** 62:17
**1.76** 139:20
**1.83** 83:13
**1.9** 53:18 155:20 276:16
**1.98** 83:15 284:3
**1:34** 189:19,20
**1:47** 189:13
**10** 6:15 9:15 30:14 53:17 62:18 71:18 71:18,19 98:8,9 98:10 132:19 296:10
**10:14** 76:16
**10:33** 76:20
**10:52** 89:14
**10:54** 137:21
**10:57** 89:16
**1000** 2:7 3:22
**104** 6:17
**108** 3:8
**10AM** 8:21
**10th** 37:11
**11** 5:3 6:16 32:17 67:16 99:6 104:2 104:8
**110** 87:17
**112** 5:19 6:17 23:15 37:3,7 99:23 100:7 103:18 105:7 111:15 114:23 121:12 122:2 129:2,3 132:1,5,18 142:17 143:25 145:4 146:2 148:10 152:8,10 183:19 203:5
**12** 6:17 104:4,5,6,9
**12:56** 189:10
**122** 6:18
**13** 6:18 122:8,9 130:4 166:22 167:24 267:12 292:6
**130** 6:20
**133** 6:23
**1350** 2:6 3:22 10:8
**14** 6:19 18:2 19:19 130:4,11 201:8 205:16 301:21
**145** 7:7
**15** 6:21 33:15 96:12 105:17,20 133:20 160:13 162:15,18 166:8 239:7
**152** 7:11
**158** 7:16
**15th** 174:16
**16** 7:4 8:11 145:14 145:16,17 152:22 187:21,23 250:20 265:21 280:7 296:6
**16-md-02741-VC** 1:8
**165** 7:20,23
**17** 7:8 35:19 38:15 45:19 67:15 152:22,22,23,25 153:1
**17-expert** 50:24
**172** 173:25
**173** 174:3,7,23 175:4
**178** 8:8
**18** 5:13 7:12 158:12 158:15
**18:30** 9:9
**183** 192:7
**19** 162:6
**19-A** 165:6,7 166:3
**19-B** 165:6,7,25 166:3
**1960s** 90:10
**1965** 13:14 25:8 33:2
**1974** 160:16
**1975** 291:18
**1976** 13:23 14:7,11 16:9,16,23
**1978** 17:2
**1979** 54:15 90:5
**1982** 17:23
**1985** 22:7 23:4
**1986** 54:15
**1991** 56:13
**1992** 53:1 186:1
**1993** 155:1
**1994** 56:13
**1996** 18:2
**1997** 155:1
**1999** 58:18
**19a** 7:17
**19b** 7:21
**19th** 98:15
**1st** 228:8

**2**

**2** 5:14 23:23 24:6 68:17 72:20 76:21 124:8,12,24 125:15 142:4 155:11 159:16 228:17 284:25
**2,000** 47:4
**2,4-D** 47:3 198:8,14 199:10 251:14
**2.05** 284:3
**2.1** 184:10,19 185:10 189:1
**2.2** 52:18,21
**2.36** 63:5,8,12 278:4
**2.42** 83:18
**2.49** 281:14
**2.58** 276:23
**2.66** 277:20
**20** 1:17 6:20 8:4 104:22 131:20,24 160:22 162:5 178:16,19 179:3 179:10 180:6 181:2 239:4,6,7,8 240:7 289:2,13 300:19
**200** 8:10
**2000** 143:2 167:24
**20005** 2:8 3:23
**2001** 47:4 56:4 155:2 185:19 187:2
**2002** 59:24
**2003** 53:24 129:17 129:25 152:5 184:5,12,17 185:20 186:2,8 187:2 188:21
**2004** 19:20
**2005** 154:13,24 155:12,25 157:3 159:13,24 160:21 164:19 165:1 168:15,23 170:17 170:18,24,24 171:3,23 172:6 175:25 177:19 180:22 181:18,20 182:14,22 192:11 208:20 218:10 220:12,23 229:11 286:14
**2006** 5:16 25:1
**2007** 20:1 47:4
**2008** 61:3 168:9 290:12
**2012** 58:5
**2013** 58:8 166:8,8 166:20,20,23,24 167:12,18,21 168:17 169:1,1,23 171:9,18,21 172:11 173:2 176:21 180:25 181:23 182:7,11 182:16 183:8,13 190:13,23 192:9 193:5,5,19 194:18 195:9,22,25 196:15 201:5 207:8 231:21 266:25 268:18 272:16 286:13,15 286:16,17
**2014** 98:15 104:22 130:19 134:21 135:11 136:13 137:20 144:15 146:25 148:23 151:18 199:24 200:23 201:8 259:24 260:6,7
**2015** 9:9,21 37:11 39:24 52:3 67:7,8 85:7 123:6 124:18 126:17 127:5 130:23 145:4,25 176:23 207:9 217:9 233:12 239:4,6,19 240:15 243:20 248:8 250:17 251:17 252:6,22 253:23 254:16 261:1 275:2 280:10
**2016** 8:11,19 9:15 142:20 166:11,12 219:22 220:8 221:23 225:18 228:8 231:8,10 235:14 246:8 248:13 250:11,14 252:7 253:4 254:15,19,21 255:5,16,21,24 256:9,15 260:16 261:1 296:10
**2017** 1:17 5:13 10:6 52:8 76:20 189:14 210:3 263:6 298:6 301:21
**202** 2:9 3:24
**20852** 4:8
**20th** 10:6 67:8 76:20 189:14

263:6 298:6
**21** 8:9 200:11,12 289:13
**210** 8:11
**217** 8:13
**22** 8:11 210:13,16
**220** 8:15
**221** 8:17
**225** 4:7 8:18
**228** 8:19
**22960** 3:9
**23** 5:16 8:12 217:5 217:8
**230** 8:21
**232** 8:23
**235** 8:24
**239** 9:5
**23rd** 131:13,18 217:9
**24** 8:14 219:25 220:1
**243** 9:7
**246** 9:9
**24th** 133:1 225:17
**25** 8:16 221:16,17 221:19,20
**250** 9:15 171:9,12 171:14,14,17,25 182:1
**255** 9:16
**25th** 217:9
**26** 8:18 225:7,13 239:19 243:20 264:16
**263** 5:3
**266** 9:19
**26th** 240:7
**27** 8:19 135:11,14 228:4,7 284:10
**274** 9:21
**2741** 1:5 10:11
**279-7600** 4:9
**27th** 136:13
**28** 8:20 200:23 230:24,25 233:1
**28th** 137:20 151:18
**29** 8:22 232:23,24 233:2,3,4 238:22
**293** 5:4
**296** 5:3
**2A** 35:4,6 36:5 120:3,6,10
**2B** 35:4

**3**

**3** 5:17 22:6 35:4 36:12,14,18,21 124:8,12,24 126:3 128:17 156:6 189:15 293:7
**3.1** 65:25
**3.35** 64:16
**3.5** 83:14
**3.96** 83:19
**3:10** 261:11
**3:16** 261:13
**3:18** 263:2
**3:22** 263:5
**3:58** 298:5,8
**30** 8:24 179:22,24 189:18 197:6 235:20,23,24 255:22
**300** 60:14 64:20
**301** 4:9
**30th** 166:12
**31** 9:4 239:18,20,21 239:25 240:1,2,9 243:6,25
**310** 3:15
**31st** 155:2 168:9 240:15
**32** 9:6 23:8 243:7,8 243:10,11
**33** 9:8 246:13,14
**339-8214** 3:15
**34** 9:10 169:25 170:1 174:13,14 250:3,5,8 279:15 280:2
**35** 9:16 22:20,24 23:11 255:6,9,10 255:11
**36** 5:19 9:17 266:11 266:13,14,23
**37** 9:20 273:25 274:3
**3rd** 37:11 132:19 132:23 133:3

**4**

**4** 5:20 45:24 46:4,5 46:23 124:9,13,24 125:13 179:4,5,14 263:7
**4,000** 47:5
**4.0** 54:23
**4.39** 83:15
**4:11** 243:20 244:6
**4:22** 244:6
**40** 6:11 55:21 85:18 87:20,23 90:1 97:5 100:16 197:7 293:7
**45** 5:20 47:13
**4505** 181:4 184:22 184:23
**47** 269:13
**49** 154:22
**4d** 74:2

**5**

**5** 5:21 66:20,25 267:17,20 268:2,4 268:10,11,16 269:8
**5.63** 65:4
**50** 250:14
**50,000** 229:2
**500** 59:17
**50th** 246:8
**51** 155:11 192:7
**52** 156:5
**540** 3:10
**5th** 166:11

**6**

**6** 5:13,24 71:23,25 123:6 126:17 127:5 166:7 167:22 168:1
**6.7** 160:2,6 161:5 162:11 163:5,19
**60** 192:7
**601** 73:5,9
**602** 73:9
**61** 156:8 171:5,25
**611** 4:6
**62** 171:25
**650** 159:20
**66** 5:23 194:1,3
**67** 13:17
**672-4224** 3:10
**69** 61:19 62:7 193:24,24 194:9 194:14 195:3
**6th** 124:18 224:19
**6ZHHOW** 9:9

**7**

**7** 6:4 80:5,8 81:10 168:7 190:18,25 191:16 193:7
**71** 5:25 181:19
**7171** 3:14
**72** 192:6
**750** 68:20
**78** 49:23,24 197:16

**8**

**8** 6:6 29:12 82:17 82:21
**8:59** 1:18 10:6
**80** 6:5 198:1
**80,000** 93:18,19
**801** 73:5,9
**80226** 3:15
**81** 198:1
**82** 6:9 17:2
**84** 190:17 191:10
**85** 6:14
**87** 58:20
**89** 5:4
**898-5800** 2:9 3:24

**9**

**9** 6:10 30:10 85:14 168:17
**90** 58:20
**91** 58:4 191:21
**92** 155:12 159:19 159:24
**93** 155:4
**94** 58:4
**95** 53:19 54:25 60:20
**97** 155:4
**98** 6:15
**99** 6:16



Δ π EXHIBIT 1
Deponent BLAIR
Date 3/20/17 Rptr. [illegible]
WWW.DEPOBOOK.COM

February 6, 2017

**CURRICULUM VITAE**

Name: Aaron Earl Blair

Work Address: Occupational and Environmental Epidemiology Branch
Division of Cancer Epidemiology and Genetics
National Cancer Institute
9609 Medical Center Drive, Room 6E558
Rockville, MD 20878
[redacted]

Date of Birth: [redacted]

Place of Birth: [redacted]

Citizenship: [redacted]

Education:

1961 - Graduated from Sinclair Rural High School, Lovewell, KS
1965 - B.A. (Biology), Kansas Wesleyan University, Salina, KS
1967 - M.S. (Botany), North Carolina State University, Raleigh, NC
1970 - Ph.D. (Genetics), North Carolina State University, Raleigh, NC
1976 - M.P.H. (Epidemiology), University of North Carolina, Chapel Hill, NC

Employment:

1970-1974 - Assistant Professor of Biology, St. Andrews Presbyterian College, Laurinburg, NC
1974-1976 - Environmental Epidemiology Postdoctoral Fellowship, University of North Carolina, Chapel Hill, NC
1976-1978 - Staff Fellow, Environmental Epidemiology Branch, NCI
1978-1982 - Acting Chief, Occupational Studies Section, EEB, NCI
1982-1996 - Chief, Occupational Studies Section, EEB, NCI
1996- 2004- Chief, Occupational and Environmental Epidemiology Branch, DCEG, NCI
2004- 2007 - Senior Investigator, OEEB, EBP, DCEG, NCI
2007 - Retired from NCI
2009- 2010 - Interim Director, Occupational Cancer Research Centre, Cancer Care Ontario, Toronto, Canada
2007- present - NIH Scientist Emeritus, OEEB, EBP, DCEG, NCI

Awards:

1987 - NIH Director's Award
1990 - Distinguished Service Award, Kansas Wesleyan University
1995 - PHS Special Recognition Award
1997 - H.A. Tyroler Distinguished Alumni Award, Department of Epidemiology,
      University of North Carolina
1997 - Quality of Work Life Award, Department of Health and Human Services
2002 - Division of Cancer Epidemiology and Genetics Exemplary Service Award
2004 - International Society for Environmental Epidemiology John Goldsmith
      Award for Outstanding Contributions to Environmental Epidemiology
2004 - Co-author of Outstanding Epidemiology Paper in Mexico by
      GlaxoSmithKline, "Capsaicin consumption, *Helicobacter pylori* positivity,
      and gastric cancer in Mexico."
2005 - NIH Merit Award for service on the NCI Energy Balance and Cancer
      Committee
2006 - National Institute for Farm Safety Research Award 2006 for "Recognition of
      research contributing to improved prevention of agricultural injury or
      illness."
2007 - Harriet Barr Distinguished Alumnus Award from the Public Health Alumni
      Association of the University of North Carolina School of Public Health
2008 - NIH Merit Award for the "Multidisciplinary Study of Breast, Endometrial,
      and Ovarian Cancers in Poland."
2009 - U.S. EPA Office of Research and Development Honor Award for the
      Agricultural Health Study Pesticide Exposure Study
2009 – NIH Plain Speaking Gold Award for the Agricultural Health Study Update
2010 - U.S. EPA Office of Research and Development Honor Award. Bronze
      Medal Award: For Outstanding Exposure Research Support to the
      Interagency Agricultural Health Study
2011 - NIH Merit Award:  For Contributions to the Gulf Oil Spill Response and
      Developing the Gulf Oil Spill Research Program
2011 - NIH Director's Award: For Deepwater Horizon Gulf Oil Spill Study
2012 - Kansas Wesleyan University 2012 Alumni Achievement Award
    -Thomas Bedford Memorial Prize
    - British Occupational Hygiene Society for the Diesel Exhaust in Miners Study
2013 - Charles C. Shepard Science Award Assessment for paper on diesel exhaust in
      miners. CDC, DHEW.
    - Alice Hamilton Award 2013 for Excellence in Occupational Safety and
      Health, NIOSH, for The Diesel Study in Miners
2016 – EPICOH Award for Outstanding Contributions to Occupational Epidemiology.

Professional Affiliations:

Society for Epidemiologic Research
American College of Epidemiology (Fellow)
American Epidemiological Society (Emeritus)
Epidemiology in Occupational Health
International Society of Environmental Epidemiology
Collegium Ramazzini (Emeritus)

NIH Committees and Service

| | |
|---|---|
| 1993-1995 | NIH Inter-Institute Breast Cancer Working Group |
| 2001- 2002 | NCI Intramural Advisory Board |
| 2002- 2005 | National Toxicology Board of Scientific Counselors |
| 2003- 2006 | The Sister Study, NIEHS Scientific Advisory Board |
| 2004- 2006 | Chair, DCEG Office of Education Advisory Committee |
| 2005 | NIH FARE Award judge |
| 2005 | Administrative Reviewer for NIH Director's Pioneer Award |
| 2005- 2010 | AARP Cohort Steering Committee |
| 2006- 2007 | Chair, DCEG Committee of Scientists |
| 2006- 2008 | Temporary Member, Infectious Disease, Reproductive Health, Asthma and Pulmonary (IRAP) Epidemiology Study Section |
| 2006 | NIH National Research Festival Graduate Award Review Committee |
| 2006 | NCI Cancer Trends Progress Report Executive Committee |
| 2006-2008 | Advisory Committee for the DCEG EAGLE Study |
| 2007 | Member, Tenure-Track Search Committee for Radiation Epidemiology Branch |
| 2007-2008 | Chair, Tenure-Track Search Committee for Biostatistics Branch |
| 2007 | Chair, Search Committee for Biostatistics Branch Chief |
| 2007 | Member, Radiation Epidemiology Branch Tenure Track Search Committee |
| 2007 | NIH Central Tenure Committee Ad Hoc Reviewer |
| 2008-2010 | Advisor to the Nutrition Epidemiology Branch |
| 2011-present | Executive Committee (Emeritus) for the Agricultural Health Study |


Committee Memberships and Professional Activities:

| | |
|---|---|
| 1980 | Federal Panel on Formaldehyde, Consumer Product Safety Commission |
| 1984 | National Center for Toxicologic Research Consensus Conference on Formaldehyde |
| 1985 | IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 35 |
| 1986 | IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Suppl. 7 |
| 1986 | IARC Workshop on Priorities for Epidemiologic Studies on Occupational Cancer |

| | |
|---|---|
| 1986 | Co-Chair for Workshop on Control for Smoking in Occupational Epidemiologic Studies |
| 1986-1987 | Counselor, Society for Occupational and Environmental Health |
| 1987-1996 | Advisory Committee to Trans-Canadian Study of Lymphatic and Hematopoietic Cancers |
| 1988 | Task Force on Environmental Cancer and Heart and Lung Disease |
| 1988 | Organizing Committee for the International Workshop on Retrospective Exposure Assessment |
| 1991 | Advisory Panel to Bureau of Chronic Disease, Health and Welfare, Canada on Future Research Directions |
| 1992 | Farmers Study Advisory Committee, Health and Welfare, Canada |
| 1992 | IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 53 |
| 1992-2000 | Advisory Group for Canadian Environmental Health Survey.  Health Protection Branch, Health and Welfare, Canada |
| 1993 | WHO Workshop on Setting Priorities in Environmental Epidemiology |
| 1994 | IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 62 |
| 1994-1998 | Science Advisory Committee for the Lower Mississippi River Interagency Cancer Study, Louisiana State University Medical School |
| 1994-1998. | Advisory Committee for a Study of Passive Smoking, Radon, and Occupational Exposures and Lung Cancer, Health and Welfare, Canada |
| 1996-1997 | DHHS Environmental Health Policy Committee, Subcommittee of Data Needs |
| 1997 | IARC Working Group on Mechanisms of Carcinogenicity |
| 1999-2002 | Chair Membership Committee, American College of Epidemiology |
| 1997-2003 | Board Member, American College of Epidemiology |
| 1998 | Expert Panel on Domestic Use of Pesticides, National Cancer Institute of Canada |
| 1998 | IARC Working Group on Re-evaluation of Some Industrial Chemicals |
| 1998 | Meeting with House Agricultural Committee Staff regarding the Agricultural Health Study |
| 2000 | Member of EPA FIFRA Science Advisory Panel on Atrazine |
| 2000 | NCI PRG on Leukemia, Lymphoma, and Multiple Myeloma |
| 2000-2007 | Cancer Research Methods Team, National Occupational Research Agenda, NIOSH |
| 2001 | Advisory Committee for Cancer Care Ontario on future activities related to environmental cancer |
| 2001-2003 | Member of the NCI Intramural Advisory Board |
| 2002 | EPA Science Advisory Board Review of Trichloroethylene |
| 2002 | Organizing Committee for Conference on Agricultural Exposures and Cancer in Oxford, England, November 19-22, 2002 |

| | |
|---|---|
| 2002-2005 | Member of Board of Scientific Counselors for the National Toxicology Program |
| 2003- 2006 | Advisory Board for Jacksonville State Study of Environmental Pollution |
| 2003- 2004 | Member of EPICOH 2004 Conference Scientific Committee for Melbourne, Australia meeting. |
| 2004- 2005 | Member of EPICOH 2005 International Scientific Advisory Committee for Bergen, Norway meeting |
| 2005- 2013 | Member of the Steering Committee for the AARP Cohort |
| 2006- 2008 | Member of the Advisory Committee for the Environment and Genetic Lung Cancer Etiology Study |
| 2006 | IARC Monograph 100 Advisory Group, September, Lyon, France |
| 2006 | Member of the Scientific Committee for the 2007 EPICOH in Banff, Canada. October, 2007. |
| 2006 | Co-organizer, International Agricultural Cohort Consortium Meeting, Rockville, MD, September 25 and 26, 2006. |
| 2007 | Member of Review Committee and Opponent for dissertation of Karl-Christian Nordby at the University of Oslo |
| 2007 | Chair, IARC Monograph on the Evaluation of Carcinogenic Risks to Humans Volume 98: Fire-fighting, painting, and shift-work. October 2 – 9, 2007. |
| 2008 | Advisor, Ontario Cancer Cohort, March 26-27, 2008. |
| 2008 | Visiting Professorship, University of Cagliari, Sardinia, Italy. October, 2008. |
| 2008 | Member, Scientific Committee for the Lorenzo Tomatis Conference on Environment and Cancer, Turin, Italy, June 4-5, 2009. |
| 2009 | Member Glass Wool Fibers Review Group for the NTP Report on Carcinogens |
| 2009 | Organizing Committee Chair, Occupational Cancer Research Centre Research Day, November 19, Toronto, Canada |
| 2009-2010 | Organizing Committee, Agricultural Cohort Consortium Meeting, October 19-20, 2010, Lyon, France |
| 2010 | Organizing Committee, Conference on Shiftwork and Health, April 12, 2010, Toronto, Canada |
| 2010-present | Member, Scientific Advisory Committee for the Occupational Cancer Research Centre, Toronto, Canada |
| 2010-present | Member of Scientific Council for the AGRICAN Study, France |
| 2011 | Chair, IARC Monograph Meeting on Bitumen, October, 2011, Lyon, France |
| 2011-2013 | Panel Member, Independent Fact Finding Panel into the Use of 2,4,5-T Herbicide in Ontario in the 1950s, 60s, 70s, and 80s. |
| 2012 | National Summit: Canadian AgriSafety Applied Research Program, February 16, 2012.  Saskatoon, Canada |
| 2012 | Chair, IARC Monograph 106 on Solvents, October 2 – 9, 2012, Lyon, France. |

| | |
|---|---|
| 2012 | Invited Participant, Evaluating Causality in Epidemiology, HESI Workshop, Research Triangle Park, NC, October 22 – 23, 2012 |
| 2013 | Invited Participant, EPA Systematic Review Workshop, Washington, DC, August 26. |
| 2014-present | Society for Epidemiologic Research Awards Committee |
| 2015 | Chair, IARC Monograph 112 on Some Pesticides and Related Agents, March 3 - 10, 2015, Lyon, France. |

Editorial Boards:

| | |
|---|---|
| 1990-1998 | American Journal of Epidemiology |
| 1998-2002 | Wildlife, Pesticides and People |
| 1996-Present | Scandinavian Journal of Work, Environment and Health |
| 2007-Present | American Journal of Industrial Medicine |
| 2016-Present | La Medicina del Lavoro |

Invited Presentations:

1978 - OSHA Regional Training Conference, Lincoln, Nebraska. Occupational epidemiology and the importance of industrial measurements.
1979 - Seminar, Department of Family, Community and Preventive Medicine, Stanford University. Occupational studies at the National Cancer Institute.
1980 - American Industrial Hygiene Association, Springfield, Virginia. Occupational epidemiology: problems and needs.
- Oak Ridge National Laboratory Symposium on Health Risk Analysis, Gatlinburg, Tennessee. Occupational epidemiologic studies in risk assessment.
- Symposium on genetic toxicology: an agricultural perspective, Davis, California. Cancer risks associated with agriculture: epidemiologic evidence.

1984 - Consumer Federation of America Symposium on the future of formaldehyde in consumer products, Washington, D.C. Health hazards update.
1985 - International symposium on health and safety in agriculture, Saskatoon, Canada. Lymphatic and hematopoietic cancer among farmers.
1986 - American occupational health conference, Denver, Colorado. Epidemiologic studies of formaldehyde.
- Health and Welfare, Ottawa, Canada. Cancer and pesticides.

1987 - American Chemical Society meeting, New Orleans, LA. Estimating pesticide exposures in epidemiologic studies of cancer.
1988 - Institute for Occupational Health, Helsinki, Finland. Epidemiologic evidence regarding formaldehyde and cancer.
- International symposium on occupational cancer, Vancouver, Canada. Herbicides and cancer.
- Department of Occupational Medicine, Linkoping, Sweden. Measures of exposure in occupational epidemiology.

1989 - Laboratory Center for Disease Control, Ottawa, Canada. Cancer and exposure to pesticides.
- Institute of Agricultural Medicine, University of Saskatchewan, Saskatoon, Canada.  Workshop on health in agriculture.
1990 - Epidemiology Exchange, Denver, CO. Cancer among farmers.
- International conference on exposure assessment, Linkoping, Sweden. Quantitative exposure assessments in occupational epidemiology.
1991 - Surgeon General's conference on agricultural safety and health, Des Moines, IA. Cancer risks from pesticide exposures.
- Conference on pesticides and health, Rome, Italy. A review of epidemiology studies of cancer and pesticide exposures.
1992 - Plenary address at the Third International Symposium:  Issues in health safety and agriculture. Saskatoon, Saskatchewan, Canada. Agricultural exposures and cancer.
- National Academy of Sciences workshop on environmental epidemiology, Washington, DC. Exposure assessment in epidemiology.
1993 - International workshop: setting priorities in environmental epidemiology. WHO, European Centre for Environment and Health, Rome, Italy. Pesticides.
1994 - University of Nebraska Medical School, Omaha, NE. Cancer among farmers.
- President's advisory panel meeting - avoidable causes of cancer, Bethesda, MD. Overview of agricultural exposures and cancer risks.
- NCI conference on occupational exposures and urogenital cancer, Bethesda, MD. Prostate cancer among agricultural workers.
- International symposium on epidemiology in occupational health, Como, Italy. Assessing the potential for confounding in epidemiologic studies when direct information is lacking.
- International Society for Environmental Epidemiology, Chapel Hill, NC. Assessing historical exposure to pesticides for epidemiologic studies.
1995 - Johns Hopkins School of Public Health, Baltimore, MD.  Confounding in occupational studies.
- Conference on pesticides and agricultural exposures sponsored by the Instituto Superiore de Sanit, Rome, Italy.  Pesticides and cancer.
1996 - Repatriation Medical Authority conference, Brisbane, Australia. Multiple myeloma and smoking.
- USDA integrated pest management meeting, Washington DC. Pesticides and cancer.
- First international course on exposure to biological and chemical agents and health effects in agriculture, Asker, Norway. Cancer risks in agriculture.
- University of Cincinnati Seminar Series. Pesticides and cancer.
- Emory University. Assessing pesticide exposures in epidemiologic studies.
1997 - Institute of Medicine.  Meta-analysis in agent orange studies.
- EPA Course. Introduction to epidemiology.
- EPA Seminar. Mortality study of workers at an air craft maintenance facility.

- Oxford epidemiology conference, Oxford, England. Mortality among workers exposed to acrylonitrile.

1998 - Toxicology forum, Washington, DC. Mortality among workers exposed to acrylonitrile.
- George Washington University. Cancer and pesticides.
- Plenary address at the International conference on women's health: occupation, cancer, and reproduction, Reykjavik, Iceland. Occupational cancer among women.
- 1998 North American Agromedicine Consortium conference, Kansas City, KS. Cancer among agricultural populations.
- Plenary address at the Fourth international symposium on rural health and safety in a changing world, Saskatoon, Canada on cancer and agricultural use of pesticides.
- Presentation at session of Pesticides and Health at the annual APHA meeting in Washington, DC.

1999 - Pesticides and Health, Italian National Institute of Health, Rome.
- Seminar on agricultural exposures and cancer, Tulane School of Public Health, New Orleans, LA.

2000 - Occupational cancer epidemiology, Johns Hopkins School of Public Health
- Poster/presentation on pesticides and NHL at annual AACR meeting in San Francisco
- Plenary presentation on occupational cancer at the Ontario Conference on Occupational and Environmental Cancer
- Invited presentation on "Occupational Cancer" to the NCI DCP Principles and Practice of Cancer Prevention and Control Course
- Co-organizer for a symposium on "Low Dose Exposure" at the 2000 SER Meeting
- Presentation at "Emerging Opportunities in Prostate Cancer Epidemiology"
- Co-organizer for Conference on Physical Activity and Cancer, Dallas, TX
- Presentation on "Exposure Methods" at the NCI PRG for Leukemia, Lymphoma and Myeloma

2001 - Presentation (Occupational Cancer Epidemiology: Past Accomplishments and Future Priorities) at the Preventive Oncology Seminar sponsored by Cancer Care Ontario
- Presentation on Occupational Cancer for the Symposium on Occupational Cancer at the 2001 Epidemiology Conference in Toronto, Canada.
- Presentation on Parental Occupation and Childhood Cancer at the International Seminar on Environment and Health in San Marino.

2002 - Presentation at Conference on Epidemiology, Scientific Evidence and Decision-Making for Health, Siena, Italy, April, 2002
- Presentation at the NORA Cancer Methods Workshop on "Applying new biotechnology to the study of occupational cancer."
- Plenary address at the 18th UICC International Cancer Congress in Norway, June, 2002
- Presentation at NCI Science Writers Seminar, July 8, 2002
- Presentation at the NCI Cancer Prevention Course, July 31, 2002

- Presentation at ISEE/ISEA Meeting, Vancouver, August 13, 2002

2003 - Plenary presentation on "Agricultural Factors and Chronic Disease" at the International Symposium of the Future of Rural Peoples in Saskatoon, Canada, October 19 - 23, 2003
- Presentations on "Occupational Cancer" at the Korean Society of Preventive Medicine, October 24, Pyung-Chang, Korea; on "Epidemiology in Cancer Research," October 27 at the NCI of Korea, and "Agricultural Exposures and Cancer," October 28 at Seoul National University.
- Results from the Formaldehyde Study at the NCI Board of Scientific Counselors
- Invited presentation on "Occupational Cancer" to the NCI DCP Principles and Practice of Cancer Prevention and Control Course

2004 - Invited presentation on "Agricultural Health" at the Land Institute in Salina, KS
- Seminar on Occupation Cancer: Past and Future at the GWU Epidemiology Seminar Series
- Invited presentation on "Occupational Cancer" to the NCI DCP Principles and Practice of Cancer Prevention and Control Course

2005 - Invited presentation on the Agricultural Health Study at the 14th Annual Meeting of the Pennsylvania Association for Sustainable Agriculture, Feb. 3 - 5.
- Invited seminar on pesticides and cancer at the University of Washington
- Invited presentation on "Occupational Cancer" to the NCI DCP Principles and Practice of Cancer Prevention and Control Course
- Invited presentation at the Conference on Ethics in Occupational Health in Oland, Sweden, May 18-19.
- Invited presentation on Occupational Exposures and Cancer and the Penn State Cancer Center, October 4.

2006 - Invited seminar at the National Institute of Occupational Health of Norway on agricultural exposures and health, February 3.
- Invited seminar on confounding and exposure misclassification at the Norwegian Cancer Registry, February 3.
- Invited lecture on Occupational Cancer at the Uniformed Services Medical School, Bethesda, MD, April 5, 2006
- Invited seminar at grand rounds on the Agricultural Health Study at the University of Nebraska Medical School, Omaha, NE, May 26.
- Invited presentation on "Occupational Cancer" to the NCI DCP Principles and Practice of Cancer Prevention and Control Course, July 28.
- Invited seminar on Formaldehyde at Harvard University, October 20.
- Invited seminar on Agricultural Exposures at Yale University, October 23
- Invited seminar on Occupational and Environmental Cancer at the Korean National Cancer Center, October 30.
- Invited seminar on Formaldehyde and Cancer at Seoul National University, October 31.
- Invited seminar on Studies in at the Occupational and Environmental at Korea University, October 31.

2007 - Invited Seminar on Environmental Epidemiology at Northwestern University, March 19 (Cancelled because of illness)
- Class lecture at the USUHS, April 5
- Invited seminar at the National Institute of Environmental Health Sciences, April 30
- Invited presentation on occupational exposures at the CDC Workshop on Chronic Lymphocytic Leukemia, May 21
- Invited presentation on "Occupational Cancer" to the NCI DCP Principles and Practice of Cancer Prevention and Control Course
- Invited presentation at Harvard School of Public Health, September 28.
- Invited presentation at symposium on Occupational Cancer Research in Norway – Aage Andersen and Beyond. November 21, 2007

2008 - Invited seminar on the Agricultural Health Study at Northwestern University, March 17.
- Ontario Cancer Cohort Environment and Occupation Workshop, March 26 and 27
- Invited presentation at the Uniformed Services University of Health Sciences, Bethesda, MD, April, 2008.
- Invited presentation at the Canadian Cancer Society/National Cancer Institute of Canada Pesticides and Cancer State of the Science Conference, November, 2008.
- Invited presentation at the 32 Meeting of the Associazione Italiana de Epidemiologia, Milan, Italy, October, 2008.
- Invited plenary presentation at the 6th International Symposium: Public Health and the Agricultural Rural Ecosystem, October 19-23, 2008, Saskatoon, Canada
- Invited presentation on Occupational and Cancer at the Occupational Health Symposium, Wellington, New Zealand, November 17-18, 2008

2009 - Occupational medicine class at the Uniformed Services University of Health Sciences, April 2
- Presentation at the DCEG Fellows Colloquium, April 27
- Occupational cancer in developed countries. First Lorenzo Tomatis Conference on Environment and Cancer. June 4-5, 2009, Turin, Italy
- Pesticides and Cancer. Workers Safety and Insurance Board, Toronto, Canada, July 9.
- Harvard School of Public Health, Boston, MA,. September 25
- Occupational Cancer and the Occupational Cancer Research Centre, IAPA Meeting, Sudbury, ON, Canada, October 6
- Confounding and Exposure Misclassification, University of Toronto Dalla Lana School of Public Health, Toronto, ON, Canada, October 8
- Occupational Cancer. Institute of Workers Health, Toronto, ON, Canada, November 4.

2010 - Presentation to USHSU epidemiology class (Dr. Rusiecki), March 18
- Pesticides and Cancer, CARWHA Symposium, May 29-30, 2010, Toronto, Canada

- Vancouver Integrated Study of Aging Summer Symposium, Vancouver, BC, August 4 – 5. Epidemiology Tips for Graduate Students.
2011 - Occupational Cancer Research Centre, Research Day, Toronto, ON, March March 23. Pesticides and NHL.
  - Presentation to USHSU epidemiology class (Dr. Rusiecki)
  - Harvard University, Seminar on Confounding and Exposure Misclassification Seminar and class of Formaldehyde and Cancer, October 7.
2012 - Presentation to USHSU epidemiology class (Dr. Rusiecki). March 28.
  - Presentation on Pesticides to the Rachel Carson Council Meeting. April 28.
  - Co-Chair, Symposium on Pesticides, CARWH Meeting, May 31, Vancouver, ON.
  - Presentation on Occupational Exposures and Cancer, OCRC, July 17.
2013 - NCI Summer Curriculum in Cancer Prevention, Occupational Cancer, July 18
  - EPA Systematic Review Meeting, August 26
  - New Zealand Cancer Society and Centre for Public Health Research, Forum on Occupational Carcinogens, Wellington, New Zealand, November 28.
2014 - EPICOH Mini-Symposium on Occupational Epidemiology, Chicago, IL, June 26.
2015 - Presentation to USHSU epidemiology class (Dr. Rusiecki). March 18.
  - Presentation at the NCI Symposium on "Applying NCI Etiologic Epidemiologic Discoveries to Reduce Cancer Burden." Bethesda, MD, June 16.
  - "Occupation and cancer" presentation at the NCI Summer Curriculum. Rockville, MD. July 21.
2016 - Presentation to USHSU epidemiology class (Dr. Rusiecki). April 8.
  - Presentation on "Pesticides and Cancer" at the National Pesticide Forum, Portland, ME, April 15 – 16.

Current Research Activities:

Agricultural Health Study
AGRICOH: Consortium of agricultural cohorts
AHS case-control study of Parkinson's disease among farmers
Biologic factors, pesticides, and NHL in New Zealand
Cross Canada case-control study of pesticides and
   non-Hodgkin lymphoma, multiple myeloma, and soft tissue sarcoma
Diesel Miners Study
GuLF Study: Gulf Long Term Follow-up Study
Interlymph NHL Pooling Project
NCI Acrylonitrile Cohort
NAPP: Pooling project of case-control studies of pesticides and cancer in
 the U.S. and Canada.
Prospective pesticide applicators cohort in New Zealand
Prospective pesticide applicator cohort in the United Kingdom

Serum organochlorine levels and selected cancers in the Norwegian JANUS population

Mentoring

Did not serve as official mentor while Chief of the occupational unit of the NCI because of overall management and mentoring responsibilities

Primary Mentor for:

Mark Purdue
Laura Beane Freeman
Bu-Tian Ji

Secondary Mentor for:

Qing Lan

Tenure-Track Committee Member for:

Michael Leitzmann
Sharon Savage
James Lacey
Charles Matthews

Dissertation Committee Member for:

Laurie Gold, University of Washington
Honghong Zhu, Johns Hopkins University

**BIBLIOGRAPHY**

1. **Blair A.** Karyotypes of five species with disjunct populations in Virginia and the Carolinas. Am J Botany 1975;62;833-7.

2. **Blair A**, Fraumeni JF, Jr. Geographic patterns of prostate cancer in the United States. J Natl Cancer Inst 1978;61:1379-84.

3. **Blair A**, Decoufle P, Grauman D. Causes of death among laundry and dry cleaning workers. Am J Public Health 1979;69:508-11.

4. Blair SN, Howe HG, **Blair A**, Pate RR, Rosenberg M, Parker GM. Life stress and health. J SC Med Assoc 1979;75:331-4.

5. **Blair A**, Thomas TL. Leukemia among Nebraska farmers: a death certificate study. Am J Epidemiol 1979;110:264-73.

6. Blair SN, **Blair A**, Spurgeon JH, Keith J. Physiological and psychological changes associated with camping and hiking. SC J Health PE Recr 1979;12:20-3.

7. **Blair A**, Fraumeni JF Jr, Mason TJ. Geographic patterns of leukemia in the United States. J Chronic Dis 1980;33:251-60.

8. **Blair A**, Hayes HM Jr. Cancer and other causes of death among U.S. veterinarians, 1966-1977. Int J Cancer 1980;25:181-5.

9. **Blair A**, Mason TJ. Cancer mortality in United States counties with metal electroplating industries. Arch Environ Health 1980;35:92-4.

10. **Blair A**. Mortality among workers in the metal polishing and plating industry, 1951-1969. J Occup Med 1980;22:158-62.

11. **Blair A,** Blair SN, Howe HG, Pate RR, Rosenberg M, Parker GM, Pickle LW. Physical, psychological and sociodemographic differences between smokers, exsmokers, and nonsmokers in a working population. Prev Med 1980;9:747-9.

12. **Blair A**, Watts D. Bladder cancer and dairy farming. J Occup Med 1980;22:576-7.

Blair SN, **Blair A**, Howe HG, Pate R, Rosenberg M, Parker GM. Leisure time physical activity and job performance. Res Q Exerc Sport 1980;51:718-23.

13. Blair SN, Pate RR, **Blair A**, Howe HG, Rosenberg M, Parker GM. Leisure time physical activity as an intervening variable in research. Health Educ 1980;11:8-11.

14. Blattner WA, Mason TJ, **Blair A**. Changes in mortality rates from multiple myeloma (letter). N Engl J Med 1980:302:814-5.

15. Blattner WA, **Blair A**, Mason TJ. Multiple myeloma in the United States, 1950-1975. Cancer 1981;48:2547-54.

16. **Blair A**, White DW. Death certificate study of leukemia among farmers from Wisconsin. J Natl Cancer Inst 1981;66:1027-30.

17. Blair SN, **Blair A**, Pate RR, Howe HG, Rosenberg M, Parker GM. Interactions among dietary pattern, physical activity, and skinfold thickness. Res Q Exerc Sport 1981;52:505-11.

18. **Blair A**, Spirtas R. Use of occupational cohort studies in risk assessment. In: Richmond C, Walsh PJ, Copenhaver ED, eds. Proceedings of Oak Ridge symposium on health risk analysis. Philadelphia: Franklin Institute Press, 1981;97-108.

19. Report of the Federal Panel on Formaldehyde. Environ Health Perspect 1982;139-68.

20. **Blair A**, Hayes HM Jr. Mortality patterns among U.S. veterinarians, 1947-1977: an expanded study. Int J Epidemiol 1982;11:391-7.

21. **Blair A**. Cancer risks associated with agriculture: epidemiologic evidence. In: Fleck RA, Hollaendar A, eds. Genetic toxicology: an agricultural perspective. Davis: Plenum Press, Basic Life Sci 1982;21:93-111.

22. Decoufle P, Blattner WA, **Blair A**. Mortality among chemical workers exposed to benzene and other agents. Environ Res 1983;30:16-25.

23. Miller B, **Blair A**. Mortality patterns among press photographers (letter). J Occup Med 1983;25:439.

24. **Blair A,** Grauman DJ, Lubin JH, Fraumeni JF Jr. Lung cancer and other causes of death among licensed pesticide applicators. J Natl Cancer Inst 1983;71:31-7.

25. **Blair A**, Berney BW, Heid MF, White DW. Causes of death among workers in the tobacco industry. Arch Environ Health 1983;38:223-8.

26. Cantor KP, **Blair A**. Farming and mortality from multiple myeloma: a case-control study with the use of death certificates. J Natl Cancer Inst 1984;72:251-5.

27. Hoar SK, **Blair A**. Death certificate case-control study of cancers of the prostate and colon and employment in the textile industry. Arch Environ Health 1984;39:280-3.

28. **Blair A,** White DW. Leukemia cell types and agricultural practices in Nebraska. Arch Environ Health 1985;40:211-4.

29. Hoar SK, **Blair A**, Holmes FF, Boysen C, Robel RJ. Herbicides and colon cancer. Lancet 1985;1:1277-8.

30. Miller BA, **Blair A**, McCann M. Mortality patterns among professional artists: a preliminary report. J Environ Pathol Toxicol Oncol 1985;6:303-13.

31. **Blair A,** Malker H, Cantor KP, Burmeister L, Wiklund K. Cancer among farmers. A review. Scand J Work Environ Health 1985;11:397-407.

32. **Blair A**, Walrath J, Rogot E. Mortality patterns among U.S. veterans by occupation. I. Cancer. J Natl Cancer Inst 1985;75:1039-47.

33. **Blair A**, Hoar SK, Walrath J. Comparison of crude and smoking-adjusted standardized mortality ratios. J Occup Med 1985;27:881-4.

34. **Blair A**, Walrath J, Malker H. Review of the epidemiologic evidence regarding cancer and exposure to formaldehyde. In: Turoski V, ed. Formaldehyde: analytical chemistry and toxicology. American Chemical Society, Adv Chemistry Series 1985;210:261-73.

35. Walrath J, Rogot E, Murray J, **Blair A**. Mortality patterns among U.S. veterans by occupation and smoking status. Bethesda, MD; National Institutes of Health, 1985;DHHS Publ. No. (NIH) 85-2756;1-311.

36. Walrath J, Rogot E, Murray J, **Blair A**. Mortality patterns among U.S. veterans by industry and smoking status. Bethesda, MD; National Institutes of Health, 1985;DHHS Publ. No. (NIH) 85-2747;1-276.

37. Miller BA, Silverman DT, Hoover RN, **Blair A**. Cancer risk among artistic painters. Am J Ind Med 1986;9:281-7.

38. **Blair A**, Stewart P, O'Berg M, Gaffey W, Walrath J, Ward J, Bales R, Kaplan S, Cubit D. Mortality among industrial workers exposed to formaldehyde. J Natl Cancer Inst 1986;76:1071-84.

39. Stewart PA, **Blair A**, Cubit DA, Bales RE, Kaplan SA, Ward J, Gaffey W, O'Berg MT, Walrath J. Estimating historical exposures to formaldehyde in a retrospective mortality study. Appl Ind Hyg 1986;1:34-41.

40. Hoar SK, Bang KM, Tillet S, Rodriguez M, Cantor KP, **Blair A**. Screening for colorectal cancer and polyps among pattern makers. J Occup Med 1986;28:704-708.

41. Bang KM, Tillett S, Hoar SK, **Blair A**, McDougall V. Sensitivity of fecal hemoccult testing and flexible sigmoidoscopy for colorectal cancer screening. J Occup Med 1986;28:709-713.

42. Hoar SK, **Blair A**, Holmes FF, Boysen CD, Robel RJ, Hoover R, Fraumeni JF Jr. Agricultural herbicide use and risk of lymphoma and soft-tissue sarcoma. JAMA 1986;256:1141-7.

43. Nelson N, Levine RJ, Albert RE, **Blair AE**, Griesemer RA, Landrigan PJ, Stayner LT, Swenberg JA. Contribution of formaldehyde to respiratory cancer. Environ Health Perspect 1986:70:23-5.

44. Stroup NE, **Blair A**, Erikson GE. Brain cancer and other causes of death among anatomists. J Natl Cancer Inst 1986;77:1217-24.

45. Thomas TL, Stewart PA, **Blair A**. Non-fibrous dust and cancers: studies at the National Cancer Institute. In: Goldsmith D, Winn D, Shy C, eds. Silica, silicosis, and cancer: controversy in occupational medicine. New York: Praeger, 1986;441-50.

46. Saftlas AF, **Blair A**, Cantor KP, Hanrahan L, Anderson HA. Cancer and other causes of death among Wisconsin farmers. Am J Ind Med 1987;11:119-29.

47. **Blair A**, Stewart PA, Hoover RN, Fraumeni JF Jr, Walrath J, O'Berg M, Gaffey W. Cancers of the nasopharynx and oropharynx and formaldehyde exposure. J Natl Cancer Inst 1987;78:191-3.

48. Alavanja MC, Rush GA, Stewart P, **Blair A**. Proportionate mortality study of workers in the grain industry. J Natl Cancer Inst 1987;78:247-52.

49. Stewart PA, Cubit DA, **Blair A**, Spirtas R. Performance of two formaldehyde passive dosimeters. Appl Ind Hyg 1987;2:61-5.

50. Stewart PA, Cubit DA, **Blair A**, Spirtas R. (Letter) Author's reply to « Comments on performance of two formaldehyde passive dosimeters, article." Appl Ind Hyg 1987;2:247.

51. Dick FR, Van Lier SF, McKeen K, Everett GD, **Blair A**. Nonconcurrence in abstracted diagnoses of non-Hodgkin's lymphoma. J Natl Cancer Inst 1987;78:675-8.

52. **Blair A**, McDuffie HH, Dosman JA. Cancer in rural areas. CMAJ 1987;136:924-5.

53. Dick F, Van Lier S, Banks P, Frizzera G, Witrak G, Gibson R, Everett G, Schuman L, Isacson P, O'Conor G, Cantor K, Blattner W, **Blair A**. Use of the working formulation for non-Hodgkin's lymphoma in epidemiologic studies: agreement between reported diagnoses and a panel of experienced pathologists. J Natl Cancer Inst 1987;78:1137-44.

54. Simonato L, Andersen H, **Blair A**, Fletcher A, Gardner MJ, Gerin M, Halperin WE, Hogstedt C, Hunter W, Johnson E, Kauppinen T, Lemen RA, Lynge E, Moulin JJ, Pannett B, Saracci R, Segnan N, Tossavainen A, Vainio H, Winkelmann R. Workshop


on priorities for epidemiologic studies on occupational cancer. Scand J Work Environ Health 1987;13:74-5.

55. Stewart PA, Cubit D, **Blair A**. Formaldehyde levels in seven industries. Appl Ind Hyg 1987;2:231-6.

56. Roush GG, Walrath J, Stayner LT, Kaplan SA, Flannery JT, **Blair A**. Nasopharyngeal cancer, sinonasal cancer, and occupations related to formaldehyde: a case-control study. J Natl Cancer Inst 1987;79:1221-4.

57. **Blair A**, Cantor KP, Zahm SH, Burmeister L, Van Lier S, Gibson R, Schuman L. Cancer and pesticides among farmers. In: Pesticides and groundwater: health concern for the midwest. Navarre: Freshwater Foundation, 1987.

58. **Blair A**, Steenland K, Shy C, O'Berg MT, Halperin W, Thomas T. Control for smoking in occupational epidemiologic studies: methods and needs. Am J Ind Med 1988;13:3-4.

59. Cantor KP, **Blair A**, Everett G, Van Lier S, Burmeister L, Dick FR, Gibson RW, Schuman L. Hair dye use and risk of leukemia and lymphoma. Am J Public Health 1988;78:570-1.

60. Saftlas A, **Blair A**, Cantor KP, Hanrahan L, Anderson H. Ocular melanoma in farmers. Am J Ind Med 1988;13:523-5.

61. Zahm SH, **Blair A**, Holmes FF, Boysen CD, Robel RJ. A case-referent study of soft-tissue sarcoma and Hodgkin's disease. Farming and insecticide use. Scand J Work Environ Health 1988;14:224-30.

62. Zahm SH, **Blair A**. Geographical variation in lymphoma incidence (letter). Br J Cancer 1988;57:443.

63. Kronenfeld JJ, Goodyear N, Pate R, **Blair A**, Howe H, Parker G, Blair SN. The interrelationship among preventive health habits. Health Educ Res 1988;3:317-23. Alavanja MC, **Blair A**, Merkle S, Teske J, Eaton B. Mortality among agricultural extension agents. Am J Ind Med. 1988;14:167-76.

64. **Blair A**, Steenland K, eds. Smoking and occupation in epidemiologic studies. Am J Ind Med 1988;13:3-190.

65. Alavanja MC, **Blair A**, Merkle S, Teske J, Eaton B, Reed B. Mortality among forest and soil conservationists. Arch Environ Health 1989;44:94-101.

66. **Blair A**, Haas T, Prosser R, Morrissette M, Blackman K, Grauman D, Van Dusen P, Moran F. Mortality among United States Coast Guard marine inspectors. Arch Environ Health 1989;44:150-6.

67. Albanes D, **Blair A**, Taylor PR. Physical activity and risk of cancer in the NHANES I population. Am J Public Health 1989;79:744-50.

68. Miller BA, **Blair AE**, Raynor HL, Stewart PA, Zahm SH, Fraumeni JF Jr. Cancer and other mortality patterns among United States furniture workers. Br J Ind Med 1989;46:508-15.

69. Zahm SH, **Blair A**, Holmes FF, Boysen CD, Robel RJ, Fraumeni JF Jr. A case-control study of soft-tissue sarcoma. Am J Epidemiol 1989;130:665-74.

70. Brownson RC, Zahm SH, Chang JC, **Blair A**. Occupational risk of colon cancer. An analysis by anatomic subsite. Am J Epidemiol 1989;130:675-87.

71. Dosemeci M, Stewart PA, **Blair A**. Evaluating occupation and industry separately to assess exposures in case-control studies. Appl Ind Hyg 1989;4:256-9.

72. Chen SY, Hayes RB, Wang JM, Liang SR, **Blair A**. Nonmalignant respiratory disease among hematite mine workers in China. Scand J Work Environ Health 1989;15:319-22.

73. **Blair A**, Zahm SH, Cantor KP, Stewart PA. Estimating exposure to pesticides in epidemiologic studies of cancer. In: Wang RGM, Franklin CA, Honeycutt RC, Reinert JC, eds. Biologic monitoring for pesticide exposure. Am Chem Soc Symp Ser 382, Washington, DC, 1989;38-46.

74. **Blair A**, Cantor KP, Gibson R, Everett G, Schuman L, Burmeister L, Van Lier S, Blattner W. Lymphatic and hematopoietic cancer among farmers. In: Dosman JA, Cockroft DW, eds. Principles of health and safety in agriculture. Boca Raton: CRC Press, 1989;276-8.

75. **Blair A**, Stewart PA. Comments on the reanalysis of the National Cancer Institute study of workers exposed to formaldehyde (letter). J Occup Med 1989;31:881.

76. Linos A, **Blair A**, Cantor KP, Burmeister L, Van Lier S, Gibson RW, Schuman L, Everett G. Leukemia and non-Hodgkin's lymphoma among embalmers and funeral directors (letter). J Natl Cancer Inst 1990;82:66.

77. Dosemeci M, Stewart PA, **Blair A**. Three proposals for retrospective semi-quantitative exposure assessments and their comparison with other assessment methods. Appl Ind Hyg 1990;5:52-9.

78. **Blair A**, Stewart PA. Correlation between different measures of occupational exposure to formaldehyde. Am J Epidemiol 1990;131:510-6.

79.  **Blair A**.  Herbicides and non-Hodgkin's lymphoma:  new evidence from a study of Saskatchewan farmers.  J Natl Cancer Inst 1990;82:544-5.

80.  Alavanja MC, **Blair A**, Masters MN.  Cancer mortality in the U.S. flour industry. J Natl Cancer Inst 1990;82:840-8.

81.  Brown LM, **Blair A**, Gibson R, Everett GD, Cantor KP, Schuman LM, Burmeister LF, Van Lier SF, Dick F.  Pesticide exposures and other agricultural risks factors for leukemia among men in Iowa and Minnesota.  Cancer Res 1990;50:6585-91.

82.  Chen SY, Hayes RB, Liang SR, Li QG, Stewart PA, **Blair A**.  Mortality experience of haematite mine workers in China.  Br J Ind Med 1990;47:175-81.

83.  **Blair A**, Stewart PA, Tolbert PE, Grauman D, Moran FX, Vaught J, Rayner J. Cancer and other causes of death among a cohort of dry cleaners.  Br J Ind Med 1990;47:162-8.

84.  **Blair A**, Stewart PA, Hoover RN.  Mortality from lung cancer among workers employed in formaldehyde industries.  Am J Ind Med 1990;17:683-99.

85.  Stewart PA, Schairer C, **Blair A**.  Comparison of jobs, exposures, and mortality risks for short-term and long-term workers.  J Occup Med 1990;32:703-8.

86.  **Blair A**, Zahm SH.  Methodologic issues in exposure assessment for case-control studies of cancer and herbicides.  Am J Ind Med 1990;18:285-93.

87.  Zahm SH, Weisenburger DD, Babbitt PA, Saal RC, Vaught JB, Cantor KP, **Blair A**. A case-control study of non-Hodgkin's lymphoma and the herbicide 2,4-dichlorophenoxyacetic acid (2,4-D) in eastern Nebraska.  Epidemiology 1990;1:349-56.

88.  **Blair A**, Saracci R, Stewart PA, Hayes RB, Shy C. Epidemiologic evidence on the relationship between formaldehyde exposure and cancer.  Scand J Work Environ Health 1990;16:381-93.

89.  Hayes RB, **Blair A**, Stewart PA, Herrick RF, Mahar H.  Mortality of U.S. embalmers and funeral directors.  Am J Ind Med 1990;18:641-52.

90.  **Blair A**, Axelson O, Franklin CA, Paynter OE, Pearce N, Stevenson DE, Trosko J, Vainio H, Williams GA, Zahm SH.  Carcinogenic effects of pesticides.  In: Baker SR, Wilkinson CF, eds.  The effect of pesticides on human health.  Princeton: Princeton Scientific Publ., 1990;201-60.

91.  **Blair A**, Zahm SH.  Herbicides and cancer:  a review and discussion of methodologic issues. In: Band P, ed.  New York: Springer-Verlag. Recent Results Cancer Res 1990;120:132-45.

92. Blair SN, Dowda M, Pate RR, Kronenfeld J, Howe HG Jr, Parker G, **Blair A**, Fridinger F. Reliability of long-term recall of participation in physical activity by middle-aged men and women. Am J Epidemiol 1991;133:266-75.

93. Dosemeci M, **Blair A**, Stewart PA, Chandler J, Trush MA. Mortality among industrial workers exposed to phenol. Epidemiology 1991;2:188-93.

94. Linos A, **Blair A**, Gibson RW, Everett G, Van Lier S, Cantor KP, Schuman L, Burmeister L. Leukemia and non-Hodgkin's lymphoma and residential proximity to industrial plants. Arch Environ Hyg 1991;46:70-4.

95. Stewart PA, **Blair A**, Dosemeci M, Gomez M. Collection of exposure data for retrospective occupational epidemiologic studies. Appl Occup Environ Hyg 1991;6:280-9.

96. Pottern LM, Linet M, **Blair A**, Dick F, Burmeister LF, Gibson R, Schuman LM, Fraumeni JF Jr . Familial cancers associated with subtypes of leukemia and non-Hodgkin's lymphoma. Leuk Res 1991;15:305-14.

97. Zahm SH, Cocco P, **Blair A**. Tobacco smoking as a risk factor for colon polyps. Am J Public Health 1991;81:846-9.

98. Spirtas R, Stewart PA, Lee JS, Marano DE, Forbes CD, Grauman DJ, Pettigrew HM, **Blair A**, Hoover RN, Cohen JL. Retrospective cohort mortality study of workers at an aircraft maintenance facility. I. Epidemiological results. Br J Ind Med 1991;48:515-30.

99. Stewart PA, Lee JS, Marano DE, Spirtas R, Forbes CD, **Blair A**. Retrospective cohort mortality study of workers at an aircraft maintenance facility. II. Exposures and their assessment. Br J Ind Med 1991;48:531-7.

100. Amandus HE, Shy C, Wing S, **Blair A**, Heineman EF. Silicosis and lung cancer in North Carolina dusty trades workers. Am J Ind Med 1991;20:57-70.

101. Brown LM, Dosemeci M, **Blair A**, Burmeister L. Comparability of data obtained from farmers and surrogate respondents on use of agricultural pesticides. Am J Epidemiol 1991; 134:348-55.

102. Stewart PA, Herrick RF, **Blair A**, Checkoway H, Droz P, Fine L, Fischer L, Harris R, Kauppinen T, Saracci R. Highlights of the 1990 Leesburg, Virginia, international workshop on retrospective exposure assessment for occupational epidemiology studies. Scand J Work Environ Health 1991;17:281-5.

103. Szymanski L, Pate RR, Dowda M, Blair SN, Howe HG Jr, Parker G, **Blair A**. A comparison of questionnaire and medical examination data in predicting future chronic disease risk factor status in an employee population. Am J Health Promotion 1991;5:298-304.

104. Hayes RB, **Blair A**, Stewart PA, Herrick R, Mahar H.  Re: The mortality of U.S. embalmers and funeral directors (letter).  Am J Ind Med 1991;20:569-70.

105. Hoover RN, **Blair A**.  Pesticides and cancer.  In: Devita V, Rosenberg S, Lippincott JB, eds.  Cancer prevention.  Philadelphia: Lippincott, 1991;1-11.

106. **Blair A**, Zahm SH.  Cancer among farmers.  In: Cordes DH, Rea DF, eds.  Health hazards of farming.  Philadelphia: Hanley and Belfus, Inc., Occup Med 1991;6:335-54.

107. Heineman EF, Olsen JH, Pottern LM, Gomez M, Raffn E, **Blair A**.  Leads for future studies from a case-control study of occupational exposures and multiple myeloma in Denmark.  In: Obrams GI, Potter M, eds.  Epidemiology and biology of multiple myeloma.  New York: Springer-Verlag, 1991;27-30.

108. Brown LM, Everett GD, Gibson R, Burmeister LF, Schuman LM, **Blair A**.  Smoking and risk of non-Hodgkin's lymphoma and multiple myeloma.  Cancer Causes Control 1992;3:49-55.

109. Cantor KP, **Blair A**, Everett G, Gibson R, Burmeister LF, Brown LM, Schuman L, Dick FR.  Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota.  Cancer Res 1992;52:2447-55.

110. Brown LM, Gibson R, **Blair A**, Burmeister LF, Schuman LM, Cantor KP, Fraumeni JF Jr.  Smoking and risk of leukemia.  Am J Epidemiol 1992;135:763-8.

111. **Blair A**, Zahm SH. Agricultural health:  pesticides and cancer. Health Environ Dig 1992;6:1-4.

112. Miller BA, **Blair A**.  Cancer risks among artists.  Leonardo 1992;25:169-73.

113. **Blair A**, Stewart PA.  Do quantitative exposure assessments improve risk estimates in occupational studies of cancer?  Am J Ind Med 1992;21:53-63.

114. Amandus HE, Castellan RM, Shy C, Heineman EF, **Blair A**.  Reevaluation of silicosis and lung cancer in North Carolina dusty trades workers.  Am J Ind Med 1992;22:147-53.

115. Dosemeci M, Alavanja M, Vetter R, Eaton B, **Blair A**.  Mortality among laboratory workers employed at the U.S. Department of Agriculture.  Epidemiology 1992;3:258-62.

116. Zahm SH, Weisenburger DD, Babbitt PA, Saal RC, Vaught JB, **Blair A**.  Use of hair coloring products and the risk of lymphoma, multiple myeloma, and chronic lymphocytic leukemia.  Am J Public Health 1992;82:990-7.

117. Stewart PA, Herrick RF, Feigley CE, Utterback DF, Hornung R, Mahar H, Hayes R, Douthit DE, **Blair A**. Study design for assessing exposures of embalmers for a case-control study. Part 1. Monitoring results. Appl Occup Environ Hyg 1992;7:532-40.

118. Pottern LM, Heineman EF, Olsen JH, Raffn E, **Blair A**. Multiple myeloma among Danish women: employment history and workplace exposures. Cancer Causes Control 1992;3:427-32.

119. **Blair A**, Zahm SH, Pearce NE, Heineman EF, Fraumeni JF Jr. Clues to cancer etiology from studies of farmers. Scand J Work Environ Health 1992;18:209-15.

120. Vineis P, **Blair A**. Problems and perspectives in the identification of new occupational carcinogens. Scand J Work Environ Health 1992;18:273-7.

121. Zahm SH, **Blair A**. Pesticides and non-Hodgkin's lymphoma. Cancer Res 1992;52(suppl 19):5485s-8s.

122. **Blair A**, Linos A, Stewart PA, Burmeister LF, Gibson R, Everett G, Schuman L, Cantor KP. Comments on occupational and environmental factors in the origin of non-Hodgkin's lymphoma. Cancer Res 1992;52(suppl 19):5501s-2s.

123. Heineman EF, Olsen JH, Pottern LM, Gomez M, Raffn E, **Blair A**. Occupational risk factors for multiple myeloma among Danish men. Cancer Causes Control 1992;3:555-68.

124. Zahm SH, **Blair A**, Weisenburger DD. Sex differences in the risk of multiple myeloma associated with agriculture (letter). Br J Ind Med 1992;49:815-6.

125. Brown LM, Everett GD, Burmeister LF, **Blair A**. Hair dye use and multiple myeloma in white men. Am J Public Health 1992;82:1673-4.

126. Brown LM, Gibson R, Burmeister LF, Schuman LM, Everett GD, **Blair A**. Alcohol consumption and risk of leukemia, non-Hodgkin's lymphoma, and multiple myeloma. Leuk Res 1992;16:979-84.

127. Vetter R, Dosemeci M, **Blair A**, Wacholder S, Unsal M, Engin K, Fraumeni JF Jr. Occupational physical activity and colon cancer risk in Turkey. Eur J Epidemiol 1992;8:845-50.

128. Hrubec Z, **Blair A**, Rogot E, Vaught J. Mortality risks by occupation among U.S. veterans of known smoking status, 1954-1980. Bethesda, MD; National Institutes of Health, 1992;NIH Publ. No. 92-3407;1-594.

129. **Blair A**. An overview of potential health hazards among farmers from use of pesticides. Papers and proceedings from the Surgeon General's conference on

agricultural safety and health. DHHS (NIOSH) Publication Number 92-105. National Institute for Occupational Safety and Health, Cincinnati, 1992;229-42.

130. Davis DL, **Blair A**, Hoel DG. Agricultural exposures and cancer trends in developed countries. Environ Health Perspect 1993;100:39-44.

131. **Blair A**, Zahm SH. Patterns of pesticide use among farmers: implications for epidemiologic research. Epidemiology 1993;4:55-62.

132. **Blair A**, Linos A, Stewart PA, Burmeister LF, Gibson R, Everett G, Schuman L, Cantor KP. Evaluation of risks of non-Hodgkin's lymphoma by occupation and industry exposures from a case-control study. Am J Ind Med 1993;23:301-12.

133. Brown LM, Burmeister LF, Everett GD, **Blair A**. Pesticide exposures and multiple myeloma in Iowa men. Cancer Causes Control 1993;4:153-6.

134. **Blair A**, Dosemeci M, Heineman EF. Cancer and other causes of death among male and female farmers from twenty-three states. Am J Ind Med 1993;23:729-42.

135. Vetter R, Stewart PA, Dosemeci M, **Blair A**. Validity of exposure in one job as a surrogate for exposure in a cohort study. Am J Ind Med 1993;23:641-51.

136. Zahm SH, Weisenburger DD, Cantor KP, Holmes FF, **Blair A**. Role of the herbicide atrazine in the development of non-Hodgkin's lymphoma. Scand J Work Environ Health 1993;19:108-14.

137. Zahm SH, **Blair A**. Cancer among migrant and seasonal farmworkers: an epidemiologic review and research agenda. Am J Ind Med 1993;24:753-66.

138. Zahm SH, Weisenburger DD, Saal RC, Vaught JB, Babbitt PA, **Blair A**. The role of agricultural pesticide use in the development of non-Hodgkin's lymphoma in women. Arch Environ Health 1993;48:353-8.

139. Hayes RB, Dosemeci M, Riscigno M, **Blair A**. Cancer mortality among jewelry workers. Am J Ind Med 1993;24:743-51.

140. Dosemeci M, Hayes RB, Vetter R, Hoover RN, Tucker M, Engin K, Unsal M, **Blair A**. Occupational physical activity, socioeconomic status, and risks of 15 cancer sites in Turkey. Cancer Causes Control 1993;4:313-21.

141. Cantor KP, **Blair A**, Brown LM, Burmeister LF, Everett G. Correspondence re: KP Cantor et al., pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota (letter). Cancer Res 1993;53(suppl 10):2421.

142. Zahm SH, **Blair A**. Carcinogenic risks from pesticides. In: 1992 Accomplishments in cancer research, General Motors Cancer Research Fund, Detroit, MI. Philadelphia: J.B. Lippincott Co. 1993;266-79.

143. Ward MH, Zahm SH, Weisenburger DD, Gridley G, Cantor KP, Saal RC, **Blair A**. Dietary factors and non-Hodgkin's lymphoma in Nebraska (United States). Cancer Causes Control 1994;5:422-32.

144. Stewart PA, **Blair A**. Women in the formaldehyde industry: their exposures and their jobs. J Occup Med 1994;36:918-23.

145. Heineman EF, Cocco P, Gomez MR, Dosemeci M, Stewart PA, Hayes RB, Zahm SH, Thomas TL, **Blair A**. Occupational exposure to chlorinated aliphatic hydrocarbons and risk of astrocytic brain cancer. Am J Ind Med 1994;26:155-69.

146. Pesatori AC, Sontag JM, Lubin JH, Consonni D, **Blair A**. Cohort mortality and nested case-control study of lung cancer among structural pest control workers in Florida (United States). Cancer Causes Control 1994;5:310-8.

147. Dosemeci M, Hoover RN, **Blair A**, Figgs LW, Devesa S, Grauman D, Fraumeni JF Jr. Farming and prostate cancer among African-Americans in the southeastern United States. J Natl Cancer Inst 1994;86:1718-9.

148. Figgs LW, Dosemeci M, **Blair A**. Risk of multiple myeloma by occupation and industry among men and women: a 24-state death certificate study. J Occup Med 1994;36:1210-21.

149. Alavanja MC, Akland G, Baird D, **Blair A**, Bond A, Dosemeci M, Kamel F, Lewis R, Lubin J, Lynch C, McMaster SB, Moore M, Pennybacker M, Ritz L, Rothman N, Rowland A, Sandler DP, Sinha R, Swanson C, Tarone R, Weinberg C, Zahm SH. Cancer and noncancer risk to women in agriculture and pest control: the Agricultural Health Study. J Occup Med 1994;36:1247-50.

150. Dosemeci M, **Blair A**. Occupational cancer mortality among women employed in the telephone industry. J Occup Med 1994;36:1204-9.

151. Miller BA, **Blair A**, Reed EJ. Extended mortality follow-up among men and women in a U.S. furniture workers union. Am J Ind Med 1994;25:537-49.
**Blair A**, Stewart PA. Re: Misclassification of nasopharyngeal cancer (letter). J Natl Cancer Inst 1994;86:1556-8.

152. Cocco P, Dosemeci M, Gomez MR, Heineman EH, Stewart PA, **Blair A**. A retrospective evaluation of exposure to dichloromethane by using a job-exposure matrix. Med Lav 1994;85:84-7.

153. **Blair A**, Stewart PA. Comments on the Sterling and Weinkam analysis of data from the National Cancer Institute formaldehyde study (letter). Am J Ind Med 1994;25:603-6.

154. Zahm SH, **Blair A**, Fraumeni JF Jr. Hair coloring products: safe or still suspect? (letter). J Natl Cancer Inst 1994;86:941-4.

155. **Blair A**. Agricultural research at the National Cancer Institute. In: Proceedings of the NIOSH symposium on efforts to prevent disease among agricultural workers. U.S. Department of Health and Human Services, 1994; DHHS (NIOSH) No. 94-119;127-31.

156. Zahm SH, **Blair A**. Cancer among migrant and seasonal farmworkers. In: McDuffie HH, Dosman JA, Semchuk K, Olenchock S, Senthilselvan A, eds. Supplement to Agricultural Safety and Health. Centre for Agricultural Medicine, University of Saskatchewan, Saskatoon, Canada, 1994;101-10.

157. Zahm SH, Weisenburger DD, Saal RC, Vaught JB, Babbitt PA, **Blair A**. Pesticides and multiple myeloma in men and women in Nebraska. In: McDuffie HH, Dosman JA, Semchuk K, Olenchock S, Senthilselvan A, eds. Supplement to Agricultural Safety and Health. Centre for Agricultural Medicine, University of Saskatchewan, Saskatoon, Canada, 1994;75-82.

158. **Blair A**, Stewart WF, Stewart PA, Sandler DP, Axelson O, Vineis P, Checkoway H, Savitz D, Pearce N, Rice C. A philosophy for dealing with hypothesized uncontrolled confounding in epidemiologic investigations. Med Lav 1995;86:106-10.

159. **Blair A**, Kross B, Stewart PA, Ogilivie L, Falk R, Popendorf W, Ward MH, Zahm SH. Comparability of information on pesticide use obtained from farmers and their proxy respondents. J Agric Health Safety 1995;1:165-76.

160. Amandus HE, Shy C, Castellan RM, **Blair A**, Heineman EF. Silicosis and lung cancer among workers in North Carolina dusty trades. Scand J Work Environ Health 1995;21(suppl 2):81-3.

161. Demers PA, Boffetta P, Kogevinas M, **Blair A**, Miller BA, Robinson CR, Roscoe RJ, Winter PD, Colin D, Matos E, Vainio H. Pooled reanalysis of cancer mortality among five cohorts of workers in wood-related industries. Scand J Work Environ Health 1995;21:179-90.

162. Figgs LW, Dosemeci M, **Blair A**. United States non-Hodgkin's lymphoma surveillance by occupation 1984-1989: a twenty-four state death certificate study. Am J Ind Med 1995;27:817-35.

163. **Blair A**, Burg J, Foran J, Gibb H, Greenland S, Morris R, Raabe G, Savitz D, Teta J, Wartenberg D, Wong O, Zimmerman R. Guidelines for application of meta-analysis in environmental epidemiology. Regul Toxicol Pharmacol 1995;22:189-97.

164. **Blair A**, Zahm SH. Agricultural exposures and cancer. Environ Health Perspect 1995;103 (suppl 8):205-8.

165. **Blair A**, Zahm SH.  Overinterpretation of small numbers in the Dow 2,4-D cohort study.  J Occup Environ Med 1995;37:126-7.

166. Zahm SH, **Blair A**, Cantor KP, Fraumeni JF Jr.  Non-insulin dependent diabetes mellitus and non-Hodgkin's lymphoma. Other American studies fail to confirm an association (letter).  Br Med J 1995;310:1009-10.

167. **Blair A**, Zahm SH.  Epidemiologic studies of cancer among agricultural populations. In: McDuffie HH, Dosman JA, Semchuk K, Olenchock S, Senthilselvan A, eds. Agricultural health and safety: workplace, environment and sustainability.  Boca Raton: CRC Lewis Publishers, 1995;111-8.

168. Zahm SH, Weisenburger DD, Saal RC, Vaught JB, Babbitt PA, **Blair A**.  Pesticide use, genetic susceptibility, and non-Hodgkin's lymphoma in women.  In: McDuffie HH, Dosman JA, Semchuk K, Olenchock S, Senthilselvan A, eds.  Agricultural health and safety: workplace, environment and sustainability.  Boca Raton: CRC Lewis Publishers, 1995;127-34.

169. Zahm SH, Weisenburger DD, Cantor KP, Holmes FF, **Blair A**. Non-Hodgkin's lymphoma and use of atrazine:  results from three case-control studies.  In: McDuffie HH, Dosman JA, Semchuk D, Olenchock S, Senthilselvan A, eds.  Agricultural health and safety: workplace, environment and sustainability.  Boca Raton: CRC Lewis Publishers, 1995;151-6.

170. Ward MH, Zahm SH, Weisenburger DD, Saal R, Cantor KP, **Blair A**.  Diet and drinking water source:  association with non-Hodgkin's lymphoma in eastern Nebraska. In:  McDuffie HH, Dosman JA, Semchuk K, Olenchock S, Senthilselvan A, eds. Agricultural health and safety: workplace, environment, sustainability. Boca Raton: CRC Press, Inc., 1995;143-50.

171. McDuffie HH, Dosmann JA, Semchuk K, Olenchock S, Senthilselvan A, eds. Agricultural health and safety: workplace, environment and sustainability.  Boca Raton: CRC Lewis Publishers, 1995;143-50.

172. **Blair A**, Zahm SH.  Pesticides and cancer: status and priorities. In: Bertollini R, Lebowitz M, Saracci R, Savitz D, eds.  Environmental epidemiology.  Exposure and disease. Boca Raton: CRC Lewis Publishers, 1995;83-97.

173. Hrubec Z, **Blair A**, Vaught J.  Mortality risks by industry among U.S. veterans of known smoking status, 1954-1980.  NIH publication no. 95-2747.

174. **Blair A**.  Occupation.  In: Harras A, ed. Cancer rates and risks.  NIH publication no. 96-691;94-8.

175. **Blair A**. Pesticides. In: Harras A, ed. Cancer rates and risks. NIH publication no. 96-691;99-102.

176. Alavanja MC, Sandler DP, McMaster SB, Zahm SH, McDonnell CJ, Lynch CF, Pennybacker M, Rothman N, Dosemeci M, Bond AE, **Blair A**. The agricultural health study. Environ Health Perspect 1996;104:362-9.

177. **Blair A**, Zahm SH. Agriculture: healthy or hazardous? J Agric Safety Health 1996;2:125-6.

178. **Blair A**, Hayes RB, Stewart PA, Zahm SH. Occupational epidemiologic study design and application. Occup Med 1996;11:403-20.

179. Zahm SH, Weisenburger DD, Holmes FF, Cantor KP, **Blair A**. Tobacco and non-Hodgkin's lymphoma: combined analysis of three case-control studies (United States). Cancer Causes Control 1997;8:159-66.

180. Cocco P, **Blair A**, Congia P, Saba G, Flore C, Ecca MR, Palmas C. Proportional mortality of dichloro-diphenyl-trichloroethane (DDT) workers: a preliminary report. Arch Environ Health 1997;52:299-303.

181. Tarone RE, Alavanja MCR, Zahm SH, Lubin JH, Sandler DP, McMaster SB, Rothman N, **Blair A.** The Agricultural Health Study: factors affecting completion and return of self-administered questionnaires in a large prospective cohort study of pesticide applicators. Am J Ind Med 1997;31:233-242.

182. Zahm SH, Ward MH, **Blair A**. Pesticides and cancer. Occupational Medicine: State of the Art Reviews 1997;12:269-289.

183. Rothman N, Cantor KP, **Blair A**, Bush D, Brock JW, Helzsouer K, Zahm SH, Needham LL, Fearson GR, Hoover RN, Comstock GW, Strickland PT. A nested case-control study of non-Hodgkin lymphoma and serum organochlorine residues. Lancet 1997;350:240-244.

184. Rice CH, Checkoway H, Dosemeci M, Stewart P, **Blair A**. Effects of exposure estimation procedures on the evaluation of exposure-response relationships for silicosis. Ann Occup Hyg 1997;41 (Suppl 1):485-490.

185. Dosemeci M, Gokmen I, Unsal M, Hayes, **Blair A**. Tobacco, alcohol use, and risks of laryngeal and lung cancer by subsite and histologic type in Turkey. Cancer Causes Control 1997;8:729-737.

186. Lopez-Carrillo L, **Blair A**, Lopez-Cervantes M, Cegrian M, Rueda C, Reyes R, Mohar A, Bravo J. Dichlorodephenyltrichloroethane serum levels and breast cancer risk: a case-control study from Mexico. Cancer Res 1997; 57:3728-3732.

187. Zahm SH, **Blair A**, and the Farmworker Epidemiology Research Group. Cancer feasibility studies among migrant farmworkers. Am J Ind Med 1997;32:301-302.

188. **Blair A**, Kazerouni N. Reactive chemicals and cancer. Cancer Causes Control 1997;8:473-490.

189. **Blair A**, Stewart P, Kross B, Ogilvie L, Burmeister F, Ward MH, Zahm SH. Comparison of two techniques to obtain information on pesticide use from Iowa farmers by interview. J Agric Safety Health 1997;3:229-236.

190. Cocco P, **Blair A,** Congia P, Saba G, Ecca AR, Palmas C. Long-term health effects of occupational exposure to DDT – A preliminary report. NY Acad Sciences 1997;837:246-256.

191. Tomatis L, Huff J, Hertz-Picciotto I, Sandler DP, Bucher J, Boffetta P, Axelson O, **Blair A,** Taylor J, Stayner L, Barrett JC. Avoided and avoidable risks of cancer. Carcinogenesis 1997;18:97-105.

192. **Blair A**, Hartge P, Stewart PA, McAdams M, Lubin J. Mortality and cancer incidence of aircraft maintenance workers exposed to trichloroethylene and other organic solvents and chemicals: extended follow-up Occup Environ Med 1998;55;161-171.

193. **Blair A**, Stewart PA, Zaebst DD, Pottern L, Zey JN, Bloom TF, Miller B, Ward E, Lubin J. Mortality of industrial workers exposed to acrylonitrile. Scand J Work Environ Health 1998;24 Suppl 2:25-41.

194. Stewart PA, Zaebst D, Zey JN, Herrick R, Dosemeci M, Hornung R, Bloom T, Pottern L, Miller BA, **Blair A**. Exposure assessment for a study of workers exposed to acrylonitrile. Scand J Work Environ Health 1998;24 (Suppl 2);42-53.

195. Hoppin JA, Tolbert PE, Flagg EW, Blair A, Zahm SH. Use of a life events calendar approach to elicit occupational history from farmers. Am J Ind Med 1998;34:470-6.

196. Krstev S, Baris D, Stewart PA, Hayes RB**, Blair A**, Dosemeci M. Risk for prostate cancer by occupation and industry: a 24-state death certificate study. Am J Ind Med 1998;34:413-20.

197. Cocco P, Zham SK, **Blair AE**. Occupational cancer among women (in Italian). Folia Med 1998;69:143-155.

198. Colt JS, **Blair A**. Parental occupational exposures and risk of childhood cancer. Environ Health Perspect 1998;106 (Suppl 3):909-925.

199. Baris D, Zahm SH, Cantor KP, **Blair A.** Agricultural use of DDT and risk of non-Hodgkin's lymphoma: pooled analysis of three case-control studies in the United States. Occup Environ Med 1998;522-527.

200. Figgs LW, Stewart PA, **Blair A**. The impact of initial job assignment on formaldehyde exposure among African-American and white formaldehyde industry workers. Am J Ind Med 1998;34:57-64.

201. Alavanja MCR, Sandler DP, McDonnel CJ, Lynch CF, Pennybacker M, Zahm SH, Lubin J, Mage D, Steen WC, Wintersteen W, **Blair A**. Factors associated with self-reported, pesticide-related visits to health care providers in the Agricultural Health Study. Environ Health Perspect 1998;106:415-420.

202. **Blair A**, Cantor KP, Zahm ZH.  Non-Hodgkin's lymphoma and agricultural use of the insecticide lindane.  Am J Ind Med 1998;33:82-87.

203. **Blair A**, Ward MH.  The value of assessing occupational factors in epidemiologic investigations of general environmental exposures.  Environmetrics 1998;9:519-524.

204. Ji BT, Silverman DT, Dosemeci M, Dai Q, Gao YT, **Blair A**. Occupation and pancreatic cancer risk in Shanghai, China. Am J Ind Med 1999;35:76-81.

205. Stewart PA, Fears T, Kross B, Ogilvie L, **Blair A**. Exposure of farmers to phosmet, a swine insecticide. Scand J Work Environ Health 1999;25:33-8.

206. Ward MH, Zahm SH, **Blair A**.  Pesticides and cancer risk: clues from epidemiology studies of farmers and the general population.  Pesticides People Nature 1999;1:25-32.

207. Petralia SA, Vena JE, Freudenheim JL, Michalek A, Goldberg MS, **Blair A**, Brasure J, Graham S.  Risk of premenopausal breast cancer and patterns of established cancer risk factors among teachers and nurses.  Am J Ind Med 1999;35:137-141.

208. Stewart P, Fears T, Nicholson HF, Kross BC, Ogilvie LK, Zahm SH, Ward MH, **Blair A**. Exposure received from application of animal insecticides.  Am Ind Hyg Assoc J. 1999;60:201-212.

209. Alavanja MCR, Sandler DP, McDonnell CJ, Lynch CF, Pennybacker M, Zahm SH, Mage D, Steen WC, Wintersteen W, **Blair A**. Characteristics of pesticide use in a pesticide applicator cohort: the Agricultural Health Study.  Environ Res 1999;80:172-179.

210. Alavanja MCR, Sandler DP, McDonnell CJ, Mage DT, Kross BC, Rowland AS, **Blair A**.  Characteristics of persons who self-reported a high pesticide exposure event in the Agricultural Health Study.  Environ Res 1999;80:180-186.

211. **Blair A**, Zahm SH, Silverman DT. Occupational cancer among women: research status and methodologic considerations. Am J Ind Med Am J Ind Med 1999;36;6-17.

212. Zahm SH, Hoffman-Goetz L, Dosemeci M, Cantor KP, **Blair A**.  Occupational phyisical activity and non-Hodgkin's lymphoma.  Med Sci Sports Exer  1999;31:566-571.

213. Lopez-Carrillo L, Torres-Sanchez L, Lopez-Cervantes M, **Blair A**, Cebrian ME, Uribe M.  The adipose tissue to serum dichlorodiphenyldichloroethane (DDE)  ratio:  some methodological considerations. Environ Res 1999;81:142-145.

214. Waddell BL, **Blair A**, Zahm SH. RE: Relation of cigarette smoking to non-Hodgkin's lymphoma among middle-aged men. Am J Epidemiol 1999;150:661-662.

215. **Blair A**, Rothman N, Zahm SH. Occupational cancer epidemiology in the coming decades. Scand J Work Environ Health 1999;25:491-497.

216. Stewart PA, Carel R, Schairer C, **Blair A**.  Comparison of industrial hygienist's exposure evaluations for an epidemiologic study.  Scand J Work Environ Health 2000;26:44-51.

217. Figgs LW, Holland NT, Rothman N, Zahm SH, Tarone RE, Hill R, Vogt RF,Smith MT, Boysen CD, Holmes FF, VanDyck K, **Blair A**.  Increased lymphocyte replicative index following 2,4-dichlorophenoxyacetic acid herbicide exposure.  Cancer Cause Control 2000;11:373-380.

218. Mage DT, Alavanja MCR, Sandler DP, McDonnell CJ, Kross B, Rowland A, **Blair A**.  A model for predicting the frequency of high pesticide exposure events in the Agricultural Health Study.  Environ Res 2000;83:67-71.

219. Boffetta P, Gridley G, Gustavsson P, Brennan P, **Blair A**, Ekstrom AM, Fraumeni JF Jr.  Employment as butcher and cancer risk in a record-linkage study from Sweden. Scand J Work Environ Health Cancer Causes Control 2000;11:627-633.

220. Ji B-T, Silverman DT, Stewart PA, **Blair A**, Swanson GM, Baris D, Greenberg RS, Hayes RB, Brown LM, Lillemoe KD, Schoenberg JB, Pottern LM, Schwartz AG, Hoover RN.  Occupational exposure to pesticides and pancreatic cancer.  Am J Industr Med 2001;39:92-99.

221. **Blair A**, Zheng T, Linos A, Stewart PA, Zhang YW, Cantor KP.  Occupation and leukemia: a population-based case-control study in Iowa and Minnesota.  Am J Industr Med 2001;40:3-14.

222. Waddell BL, Zahm SH, Baris D, Weisenburger DD, Holmes F, Burmeister LF, Cantor KP, **Blair A**.  Agricultural use of organophosphate pesticides and the risk

of non-Hodgkin's lymphoma among male farmers (United States).    Cancer Cause Control 2001;12:(6) 509-517.

223. Prince JR, Stewart PA, Nam JM, **Blair A**.  A pilot study to rate determinants of exposure from videotaped work activities of farmer's use of pesticides.  Appl Occup Environ Hyg 2001;16:973-978.

224. Elci OC, Dosemeci M, **Blair A**.  Occupation and the risk of laryngeal cancer in Turkey.  Scand J Work Environ Health 2001;27(4):233-239.

225. Zheng T, Zahm ZH, Cantor KP, Weisenburger DD, Zhang Y, **Blair A**: Agricultural exposure to carbamate pesticides and risk of non-Hodgkin's lymphoma.  J Occup Environ Med 2001;43:641-649.

226. Schroeder JC, Olshan AF, Baric R, Dent GA, Weinberg CR, Yount B, Cerhan JR, Lynch CF, Schuman LM, Tolbert PE, Rothman N, Cantor K, **Blair A**. Agricultural risk factors for t(14;18) subtypes of non-Hodgkin's lymphoma. Epidemiology 2001;12:701-709.

227. Zahm SH, **Blair A**.  Assessing the feasibility of epidemiologic research on migrant and seasonal farmworkers: An overview.  Am J Industr Med 2001;40:487-489.

228. Zahm SH, Colt JS, Engel LS, Keifer MC, Alvarado AJ, Burau K, Butterfield P, Caldera S, Cooper SP, Garcia D, Hanis C, Hendrikson E, Heyer N, Hunt LM, Krauska M, MacNaughton N, McDonnell CJ, Mills PK, Mull LD, Nordstrom DL, Outterson B, Slesinger DP, Smith MA, Stallones L, Stephens C, Sweeney A, Sweitzer K, Vernon SW, **Blair A**. Development of a life events/icon calendar questionnaire to ascertain occupational histories and other characteristics of migrant farmworkers.  Am J Ind Med 2001;40:490-501.

229. Zahm SH, **Blair A**.  (Editors).  Feasibility of epidemiologic research on migrant and seasonal farmworkers.  Am J Ind Med 2001;40(5).

230. Stewart P, Rice C, Beatty P, Wilson B, Stewart W, **Blair A**.  A qualitative evaluation of questions and responses from five occupational questionnaires developed to assess exposures.  Appl Occup Environ Hyg 2002;17:444-453.

231. Lopez-Carrillo L, Lopez-Cervantes M, **Blair A**, Rueda C, Cebrian M, Garcia S, Olya-Contreras M, Reyes R.  Beta-heaxchlorocyclohexane, hexachlorobenzene and dipolychlorinated byphenyl serum levels in relation to breast cancer risk among Mexican women.  Eur J Cancer Prev 2002;11:1-8.

232. **Blair A**, Tarone R, Sandler D, Lynch CF, Roland A, Wintersteen W, Dosemeci, Alavanja MCR.  Reliability of reporting on lifestyle and agricultural factors by a sample of participants in the agricultural health study from Iowa.  Epidemiology

2002;13:94-99.

233. Dosemeci M, Alavanja MCR, Rowland AS, Mage D, Zahm SH, Rothman N, Lubin J, Hoppin JA, Sandler DP, and A, **Blair A**. A quantitative apaproach for estimating exposure to pesticides in the Agricultural Health Study. I. Exposure assessment. Ann Occup Hyg 2002;46:245-260.

234. Schroeder J, Olshan A, Baric R, Dent G, Weinberg C, Yount B, Cerhan J, Lynch C, Schuman L, Tolbert P, Rothman N, Cantor K, **Blair A**. A case-control study of tobacco use and other non-occupational risk factors for t(14;18) non-Hodgkin's lymphoma (United States). Cancer Causes and Control 2002;13(2):159-168.

235. Zheng T, **Blair A**, Zhang Y, Weisenburger DD, Zahm SH. Occupation and risk of non-Hodgkin's lymphoma and chronic lymphocytic leukemia. J Occup Environ Med.2002;44:469-474.

236. Chiu BCH, Weisenburger DD, Cantor KP, Zahm SH, Holmes F, Burmeister LF, **Blair A**. Alcohol consumption, family history of hematolymproliferative cancer and the risk of non-Hodkgin's lymphoma in men. Ann Epidemiol 2002;12:309-315.

237. Elci OC, Akpinar-Elci M, **Blair A**, Dosemeci M. Occupational dust exposure and risk of laryngeal cancer in Turkey. Scand J Work Environ Health 2002;28:278-284.

238. Ballard-Barbash R, **Blair A**, Blair SN, Byers T, Hoffman-Goetz L, Lee I-M, Troiano R, Westerlind K. Physical activity across the cancer continuum: Report of a workshop: Review of existing knowledge; Innovative designs for future research. Cancer 2002;95:1134-1143.

239. Holland NT, Duramad P, Rothman N, Figgs LW, **Blair A**, Hubbard A, Smith MT. Micronucleus frequency and proliferation in human lymphocytes after exposure to herbicide 2,4-dichlorophenoxyacetic acid in vitro and in vivo. Mutation Research 2002;521:165-178.

240. Schulte PA, Ward E, Toraason M, **Blair A**, Brandt-Rauf P, Melnick R, Rothman N, Tennant R, Weston A, Mirer F, Bonassi S. Criteria for utilizing high output technologies for occupational cancer research and prevention. Cancer Epid Biomarkers Prev 2002;11:B136.

241. **Blair A**, Petralia SA, Stewart PA. Extended mortality follow-up of a cohort of dry cleaners. Ann Epidemiol 2003;13:50-56.

242. Ward EM, Schulte PA, Bayard S, **Blair A,** Brandt-Rauf P, Butler MA, Dankovic D, Hubbs AF, Jones C, Karstadt M, Kedderis GL, Melnick R, Redlich CA, Rothman N, Savage RE, Sprinker M, Toraason M, Weston A. Priorities for

development of research methods in occupational cancer. Environ Health Perspectives 2003;111:1-12.

243. Alavanja MCR, Dosemeci M, Tarone R, Lubin J, Barker J, **Blair A**. Prostate cancer risk associated with agricultural exposures in the Agricultural Health Study. Am J Epidemiol 2003;157:800-814.

244. Adegoke OJ, **Blair A**, Shu XO, Sanderson M, Jin F, Dosemeci M, Addy CL, Zheng W. Occupational History and Exposure and the Risk of Adult Leukemia in Shanghai. Ann Epidemiol 2003;13(7):485-494.

245. Lopez-Carrillo L, Lopez-Cervantes M, Ramirez-Espitia A, Robles-Diaz G, Mohar-Betancourt A, Meneses-Garcia, Lopez-Vidal Y, **Blair A**. Capsaicin consumption, Helicobacter pylori infection and gastric cancer. Int J Cancer 2003;106:277-282.

246. Travier N, Gridley G, **Blair A**, Dosemeci M, Boffetta P. Cancer incidence among male Swedish veterinarians and other workers of the veterinary industry: a record-linkage study. Cancer Causes Control 2003;14:587-593.

247. DeRoos AJ, Zahm SH, Weisenburger DD, Holmes FF, Burmeister LF, **Blair A**. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med 2003;60:art. no. ell, 2003.

248. Hauptmann M, Lubin J, Stewart PA, Hayes RB, **Blair A**. Mortality from lymphohematopoietic malignancies among workers employed in formaldehyde industries. JNCI 2003;95:1615-1623.

249. Elci OC, Akpinar-Elci M, **Blair A**, Dosemeci M. The risk of laryngeal cancer by occupational chemical exposure in Turkey. J Occup Environ Med 2003;45:100-1106.

250. Lee WJ, Baris D, Jarvholm B, Silverman DT, Bergdahl IA, **Blair A**. Multiple myleoma and diesel and other occupational exposures in Swedish constructions workers Int J Cancer 2003;107:485-494.

251. Zahm SH, **Blair A**. Occupational cancer among women; Where have we been and where are we going? Am J Ind Med 2004;44:565-575

252. Adegoke OJ, **Blair A**, Shu XO, Sanderson M, Addy CI, Dosemeci M, Zheng W. Agreement of job-exposure matrix (JEM) assessed exposure and self-reported exposure among adult leukemia patients and controls in Shanghai. Am J Ind Med 2004;45:281-288.

253. Lee Wj, Hoppin JA, **Blair A**, Lubin JH, Dosemeci M, Sandler DP, Alavanja MCR. Cancer incidence among pesticide applicators exposed to alachlor in the

Agricultural Health Study. Am J Epid 2004;159:373-380.

254. Toraason M, Albertini R, Bayard S, Bigbee W, **Blair A**, Boffetta P, Bonassi S, Chanock S, Christiani D, Eastmond D, Hanash S, Henry C, Kadlubar F, Mirer F, Nebert D, Rapport S, Rest K, Rothman N, Ruder A, Savage R, Schulte P, Siemiatycki J, Shields P, Smith M, Tolbert P, Vermeulen R, Vineis P, Wacholder S, Ward E, Waters M, Weston A. Apply new biotechnologies to the study of occupational cancer - a workshop summary. Environ Health Perspect 2004;112:413-416.

255. Flower KB, Hoppin JA, Lynch CF, **Blair A**, Knott C, Shore D, Sandler DP. Cancer risk and parental pesticide application in children of Agricultural Health Study participants. Environ Health Perspect 2004;112:631-635.

256. Chiu BC-H, Weisenburger DD, Zahm SH, Cantor KP, Gapstur SM, Holmes FF, Burmeister LF, **Blair A**. Agricultural pesticide use, familial cancer, and risk of non-Hodgkin's lymphoma. Cancer Epid Biomarkers Prev 2004;13:525-531.

257. Hauptmann M, Lubin J, Stewart PA, Hayes RB, **Blair A**. Mortality among solid cancers among workers in formaldehyde industries. Am J Epidemiol 2004;159:117-1130.

258. Hauptmann M, Lubin JH, Stewart PA, Hayes RB, **Blair A**. Response to "Re:Mortality from lymphohematopoietic malignancies among workers in formaldehyde industries." JNCI 2004;96:967-968.

258. Lee WJ, Cantor KP, Berzofsky JA, Zahm SH, **Blair A**. Risk of non-Hodgkin's lymphoma among asthmatic subjects exposed to pesticides. Int J Cancer 2004;111:298-302.

260. Rusiecki JA, DeRoos A, Lee WJ, Dosemeci M, Lubin JH, Hoppin JA, **Blair A,** Alavanja MCR. Cancer incidence among pesticide applicators exposed to atrazine in the Agricultural Health Study. JNCI 2004;96:1375-1382.

261. Alavanja MCR, Dosemeci M, Samanic C, Lubin J, Lynch CF, Knott C, Barker J, Hoppin JA, Sandler DP, Coble J, Thomas K, **Blair A.** Pesticides and lung cancer risk in the Agricultural Health Study cohort. Am J Epidemiol 2004;160:876-885.

262. Hou L, **Blair A**, Dai Q, Gao Y-T, Chow W-H. Commuting physical activity and risk of colon cancer in Shanghai, China. Am J Epidemiol. 2004;160:860-867.

263. Lee WJ, **Blair A**, Hoppin JA, Lubin JH, Rusiecki JA, Sandler DP, Dosemeci M, Alavanja MCR. Cancer incidence among pesticide applicators exposed to chlorpyrifos in the Agricultural Health Study. JNCI 2004;96:1781-1789.

264. Engel LS, Hill DA, Hoppin JA, Lubin JH, Lynch CF, Pierce J, Samanic C,

Sandler DP, **Blair A**, Alavanja MCR.  Pesticide use and breast cancer risk among farmers'wives in the Agricultural Health Study.  Am J Epidemiol 2005;161:121-135.

265. DeRoos A, **Blair A**, Rusiecki J, Hoppin J, Dosemeci M, Sandler D, Alavanja. Cancer incidence among glyphosate exposed pesticide applicators in the Agricultural Health Study.  Environ Health Perspectives 2005;113:49-54.

266. De Roos A, Svec M, **Blair A**, Rusiecki JA, Dosemeci M, Alavanja MC, Hoppin JA, Sandler DP.  Glyphosate results revisited: De Roos et al. Respond (Letter). Environ Health Perspect 2005;113(6):A336-A337.

267. **Blair** A, Sandler DP, Tarone R, Lubin J, Thomas K, Hoppin JA, Samanic C, Coble J, Kamel F, Knott C, Dosemeci M, Zahm SH, Lynch CF, Rothman N, Alavanja MCR.  Mortality among participants in the Agricultural Health Study. Ann Epidemiol 2005;15(4):279-285.

268. **Blair A**, Sandler D, Thomas K, Hoppin JA, Kamel F, Coble J, Lee WJ, Rusiecki J, Knott C, Dosmeci M, Lynch CF, Lubin J, Alavanja MCR.  Disease and injury among participants in the Agricultural Health Study.  JASH 2005;11(2):141-150.

269. Hauptmann M, Lubin JH, Stewart PA, Hayes RB, **Blair A**.  RE: Mortality from solid cancers among workers in formaldehyde industries.  The authors reply (letter).  Am J Epidemiol 2005;161:1089-1091.

270. **Blair A**.  Occupational medicine at a turning point - Commentary.  Occup Environ Medicine 2005;62(5):285.

271. Samanic C, Hoppin JA, Lubin J, **Blair A**, Alavanja MCR.  Factor analysis of pesticide use patterns among pesticide applicators in the Agricultural Health Study.  Int J Exposure Analysis Environ Epid 2005;15:225-233.

272. Tardon-Garcia A, Lee W-J, Delgado-Rodriguez M, Dosemeci M, Albanes D, **Blair A**. Leisure time physical activity and lung cancer: a meta-analysis.  Cancer Causes Control 2005;16:389-397.

273. Vermeulen R, De Roos AJ, Bakke B, **Blair A**, Hildesheim A, Pinto L, Gillette PP, Lynch CF, Allen RH, Alavanja MC.  A study of immunological responses to exposures encountered in corn farming.  J Biochem Molecular Toxicology 2005;19 (3):172.

274. Vermeulen R, De Roos AJ, Bakke B, **Blair A**, Hildesheim A, Pinto L, Gillette PP, Lynch CF, Allen RH, Alavanja MCR.  A study of immunological responses to exposures encountered in corn farming.  J Biochem Molecular Toxicol 2005;19:172.

275. Cocco P, Fadda D, Billai B, D'Atri M, Melis M, **Blair A**. Cancer mortality following occupational exposure to dichlorophenyltrichloroethane (DDT). Cancer Res 2005;65:1-7.

276. Alavanja MCR, Sandler DP, Knott C, Lubin JH, Tarone R, Thomas K, Dosemeci M, Barker J, Hoppin J, **Blair A**. Cancer incidence in the Agricultural Health Study. Scand J Work Environ Health 2005;31:39-45.

277. Cerhan JR, Bernstein L, Severson RK, Davis S, Colt JS, **Blair A**, Hartge P. Anthropometrics, physical activity, related medical conditions, and risk of non-Hodgkin's lymphoma. Cancer Causes Control 2005;16:1203-1214.

278. Chapman RS, He X, **Blair A**, Rothman N, Lan Q. Household stove improvement and risk of chronic obstructive pulmonary disease in Xuanwei, China. 2005;Brit Med J doi:10.1136/bmj.38628.676088.55.

279. Zheng W, Chow W-H, Yang G, Fan J, Rothman N, **Blair A**, Li H-L, Wen W, Ji B-T, Liu D-K, Shu X-O, Gao Y-T. The Shanghai Women's Health Study: Rationale study design and baseline characteristics. Am J Epid. 2005;162(11):1123-1131.

280. Beane-Freeman L, Bonner M, **Blair A**, Sandler D, Hoppin J, Lubin J, Dosemeci M, Lynch C, Knott C, Alavanja M. Cancer incidence among pesticide applicators exposed to diazinon in the Agricultural Health Study cohort. Am J Epidemiol 2005;162(11):1070-1079.

281. **Blair A**. Occupational exposures and non-Hodgkin lymphoma: where do we stand? Occup Environ Med 2006;63:1-2.

282. Hou L, Ji B-T, **Blair A**, Dai Q, Potter JD, Gao Y-T, Chow W-H. Body mass index and colon cancer risk in Chinese people: Menopause as an effect modifer. European J Cancer 2006;42:84-90.

283. Radican L, Wartenberg D, Rhoads G, Schnieder D, Wedeen R, Stewart P, **Blair A**. A retrospective occupational cohort study of end-stage renal disease in aircraft workers exposed to trichloroethylene and other hydrocarbons. J Occup Environ Med 2006;48:1-12.

284. Colt JS, Davis S, Severson RK, Lynch CF, Cozen W, Camann D, **Blair A**, Hartge Residential insecticide use and risk of non-Hodgkin's lymphoma. Cancer Epid Biomarkers Prev. 2006;15(2):251-257.

285. **Blair A**. Book review of "Handbook of Epidemiology" by W. Ahrens and I. Pigeot. Biometrics 2006;62:625-626.

286. Hou L, Lee WJ, Rusiecki J, Hoppin JA, **Blair A**, Bonner MR, Lubin JH, Samanic

C, Sandler DP, Dosemeci M, Alavanja MCR. Cancer incidence and pendimethalin exposure among pesticide applicators. Epidemiology 2006;17(3):302-307.

287. Lee WJ, Purdue M, Stewart P, Schenk M, De Roos A, Cerhan J, Severson R, Cozen W, Hartge P, **Blair A**. Asthma history, occupational exposure to pesticide, and the risk of non-Hodgkin's lymphoma. Int J Cancer 2006;18(12):3174-3176.

288. Rusiecki JA, Hou L, Lee WJ, **Blair A**, Dosemeci M, Lubin JH, Bonner M, Samanic C, Hoppin JA, Sandler DP, Alavanja MCR. Cancer incidence among pesticide applicators exposed to metolachlor in the Agricultural Health Study. Int J Cancer 2006;118(12):3118-3123.

289. Sallmen M, Baird DD, Hoppin JA, **Blair A**, Sandler DP. Fertility and exposure to solvents among families in the Agricultural Health Study. Occup Environ Med 2006;63:469-475.

290. Garcia-Closas M, Brinton L, Lissowska J, Chatterjee N, Peplonska B, Anderson WF, Szeszenia-Dabrowska N, Bardin-Mikolajczak A, Zatonski W, **Blair A**, Rymkewicz G, Mazepa-Sikora D, Kordek R, Lukaszek S, Kalaylioglu Z, Sherman M. Established risk factors for breast cancer by tumor characteristics in Poland. Brit J Cancer 2006;95:123-129.

291. Lynch SM, Rusiecki JA, **Blair A**, Dosemeci M, Lubin J, Sandler D, Hoppin JA, Lynch CF, Alavanja MCR. Cancer incidence among pesticide applicators exposed to cyanazine in the Agricultural Health Study. Environ Health Perspect 2006;114:1248-1252.

292. Sallmen M, Sandler D, Hoppin JA, **Blair A**, Baird D. Evidence for reduced fertility among overweight and obese men. Epidemiology 2006;17:520-523.

293. Chiu BCH, Dave BJ, **Blair A**, Gapstur SM, Zahm SH, Weisenburger DD. Agricultural pesticide use and risk of t(14;18)-defined subtypes of non-Hodgkin's lymphoma. Blood. 2006;108:1363-1369.

294. Park SK, Sakoda LC, Kang D, Chokkalingam AP, Shin H-R, Ahn Y-O, Shin M-H, Lee C-W, Lee D-H, Lee E-S, **Blair A**, Devesa SS, Hsing AW. Rising prostate cancer rates in South Korea. The Prostate 2006;66(12):1285-1291.

295. Samanic C, Rusiecki J, Dosemeci M, Hou L, Hoppin J, Sandler D, Lubin J, **Blair A**, Alavanja M. Cancer incidence among pesticide applicators exposed to dicamba in the Agricultural Health Study. Environ Health Perspect 2006;114:1521-1526.

296. Lissowska J, Brinton LA, Zatonski W, **Blair A**, Bardin-Mikolajczak A, Peplonska B, Sherman ME, Szeszenia-Dabrowska N, Chanock, Garcia-Closas M. Tobacco

smoking, NAT2 acetylation genotype and breast cancer risk in Poland. Int J Cancer 2006;119:1961-1969..

297. Beseler C, Stallones L, Hoppin J, Alavanja M, **Blair A**, Keefe T, Kamel F. Diagnosed depression and pesticide exposures in female spouses of licensed pesticide applicators in the Agricultural Health Study. J Occup Environ Med 2006;48:1005-1013.

298. **Blair A**, Beane Freeman L. Lung cancer among nonsmokers. Epidemiology 2006;17:601-602.

299. Mahajan R, **Blair A**, Lynch CF, Schroeder P, Hoppin JA, Sandler DP, Alavanja MCR. Fonofos exposure and incidence of cancer in the Agricultural Health Study. Environ Health Perspect 2006;114(12):1838-1842.

300. Peplonska B, Stewart P, Seszenia-Dabrowska N, Rusiecki J, Garcia-Closas M, Lissowska J, Bardin-Mikolajczak A, Zatonski W, Brezeznicki S, Brinton LA, **Blair A.** Occupation and breast cancer risk in Polish women: a population-based case-control study. Am J Ind Med 2007;50:97-111.

301. Purdue M, Hoppin J, **Blair A**, Dosemeci M, Alavanja M. Occupational exposure to organochlorine insecticides and cancer incidence in the Agricultural Health Study. Int J Cancer 2007;120:406-410.

302. **Blair A**, Stewart P, Forastiere F, Lubin J. Methodolical issues regarding confounding and exposure misclassification in epidemiologic studies of occupational exposures. Am J Ind Med 2007;50:199-207.

303. Lee WJ, Alavanja MCR, Hoppin JA, Rusiecki JA, **Blair A**, Sandler DP. Mortality among pesticide applicators exposed to chlorpyrifos in the Agricultural Health Study. Environ Health Perspect 2007;115:528-534.

304. Chiu B,Dave BJ, **Blair A**, JS, Gapstur SM, Chmiel JS, Fought AJ, Zahm SH, Weisenburger DD. Cigarette smoking, familial hematiopoetic cancer, hair dye use, and risk of t(14;18)-defined subtypes of non-Hodgkin lymphoma. Am J Epid 2007;165:652-659.

305. Saldana TM, Basso O, Hoppin J, Baird DD, Knott C, **Blair A**, Alavanja MC, Sandler DP. Pesticide exposure and self-reported gestational diabetes mellitus in the Agricultural Health Study. Diabetes Care 2007;30:529-534.

306. Lee WJ, Sandler D, **Blair A**, Samanic C, Cross A, Alavanja M. Pesticide use and colorectal cancer risk in the Agricultural Health Study. Int J Cancer 2007;121:339-346.

307. Lim U, Wang SS, Hartge P, Cozen W, Cerhan JR, Chanock S, Davis S, **Blair A**,

Schenk M, Rothman N, Lan Q. Gene-nutrient interactions among determinants of folate and one-carbon metabolism on the risk of non-Hodgkin lymphoma: NCI-SEER case-control study. Blood 2007;109:3050-3059.

308. Lee SA, Dai Q, Zheng W, Gao YT, **Blair A**, Tessari JD, Ji BT, Shu X-O. Association of serum concentration of organochlorine pesticides with dietary and other lifestyle factors among urban Chinese women. Environ International 2007;33:157-163.

309. Krstev S, Ji B-T, Shu X-O, **Blair A**, Zheng W, Lubin J, Vermeulen R, Hauptmann M, Rothman N, Gao Y-T, Dosemeci M, Chow W-H. Occupation and asthma among Chinese women in a population-based cohort. Am J Ind Med 2007;50:265-273.

310. Kamel F, Tanner CM, Umbach DM, Hoppin JA, Alavanja MCR, **Blair A**, Comyns K, Goldman SM, Korell M, Langston JW, Ross CW, Sandler DP. Pesticide exposure and self-reported Parkinson's Disease in the Agricultural Health Study. Am J Epidemiol 2007;165:364-374.

311. Flower K, Hoppin J, Shore D, Lynch C, **Blair A**, Knott C, Alavanja M, Sandler DP. Causes of mortality and risk factors for injury mortality among children in the Agricultural Health Study. J Agromed 2007;11:47-60.

312. Engel LS, Laden F, Andersen A, Strickland PT, **Blair A**, Needham LL, Barr DB, Wolff MS, Helzlsouer K, Hunter DJ, Lan Q, Cantor KP, Comstock GW, Brock JW, Bush D, Hoover RN, Rothman N. PCBs and non-Hodgkin's lymphoma: a report from three cohorts. Cancer Res 2007;67:5545-5552.

313. Krstev S, Rusiecki J, Stewart P, **Blair A**. Mortality among shipyard Coast Guard workers: a retrospective cohort study. Occup Environ Med 2007;64:651-658.

314. Linet MS, Schubauer-Berigan MK, Weisenburger DD, Richardson DB, Landgren O, **Blair A**, Silver S, Field RW, Caldwell G, Hatch M, Dores GM. Chronic lymphocytic leukemia: an overview of etiology in light of recent developments in classification and pathogenesis. Br. J Haematology 2007 ;139 :672-686.

315. **Blair A**, Purdue M, Weisenberger D, Baris D. Chemical exposures and risk of chronic lymphocytic leukemia. Br. J Haematology 2007;139:753-761.

316. Bonner MR, Coble J, **Blair A**, Beane Freeman LE, Hoppin JA, Sandler DP, Alavanja MCR. Malathion exposure and the incidence of cancer in the Agricultural Health Study. Am J Epid 2007;166(9):1023-1034.

317. Mahajan, R, **Blair** A, Coble J, Lynch CF, Hoppin JA, Sandler DP, Alavanja MCR. Carbaryl exposure and incident cancer in the Agricultural Health Study. Int J Cancer 2007;121(8):1799-1805.

318. Leitzmann MF, Park Y, **Blair A,** Ballard-Barbash R, Mouw T, Hollenbeck AR, Schatzkin A. Physical activity recommendations and decreased risk of mortality. Arch Intern Med 2007;167(22):2453-2460.

319. Kang D, Park SK, Beane-Freeman L, Lynch CF, Knott CE, Sandler SP, Hoppin JA, Dosemeci M, Coble J, Lubin J, **Blair A**, Alavanja M. Cancer incidence among pesticide applicators exposed to trifluralin in the Agricultural Health Study. Environ Res 2007;107:271-276. PMID : 18342850.

320. Krstev S, Ji B-T, Shu X-O, Gao Y-T, **Blair A**, Lubin J, Vermeulen R, Dosemeci M, Zheng W, Rothman N, Chow W-H. Occupation and chronic bronchitis among Chinese women. J Occup Environ Med 2008;50:64-71. PMID:18188083.

321. Dryson E, 't Mannetje A, Walls C, McLean D, McKenzie F, Maule M, Cheng S, Cunningham C, Kromhout H, Boffetta P, **Blair** A, Pearce N. Case-control study of high risk occupational for bladder cancer in New Zealand. Int J Cancer 2008;122:1340-1346. PMID: 18027852.

322. Koutros S, Mahajan R, Zheng T, Hoppin J, Ma XM, Lynch C, **Blair A**, Alavanja MCR. Dichlorvos exposure and human cancer risk: results from the prospective Agricultural Health Study. Cancer Causes Control 2008;19:59-65. PMID:17943454.

323. Ji B-T, **Blair A**, Shu X-O, Chow W-H, Hauptmann M, Dosemeci M, Yang G, Lubin J, Gao Y-T, Rothman N, Zheng W. Occupation and breast cancer risk among Shanghai women in a population-based study. Am J Ind Med 2008; 51:100-110.

324. t' Mannetje A, Dryson E, Walls C, McLean D, McKenzie F, Maule M, Cheng S, Cunningham C, Kromhout H, Boffetta P, **Blair A,** Pearce N. High risk occupations for Non-Hodgkin's Lymphoma in New Zealand: case-control study. Occup Environ Med 2008;65:354-363. PMID:18032530.

325. Chiu BC-H, Lan Q, Dave BJ, **Blair A**, Zahm SH, Weisenburger DD. The utility of t(14;18) in understanding risk factors for Non-Hodgkin lymphoma. J National Cancer Inst Monogr 2008;39:69-73. PMID:18648007.

326. Peplonska B, Lissowska J, Hartman TJ, Sezeszenia-Dabrowska N, **Blair A**, Zatonski W, Sherman ME, Garcia-Closas M, Brinton L. Adulthood lifetime physical activity and breast cancer. Epidemiology 2008;19:226-236.

327. Crawford JM, Hoppin JA, Alavanja MCR, **Blair A**, Sandler DP, Kamel F. Hearing loss in licensed pesticide applicators. J Occup Environ Med 2008;50:817-826. PMID: 18617838.

328. Radican L, **Blair** A. Stewart P, Wartenberg D. Mortality of aircraft maintenance workers exposed to trichloroethylene and other hydrocarbons and chemicals:

extended follow up. J Occup Environ Med 2008;50:1306-1319.

329. Beseler CL, Stallones L, Hoppin JA, Alavanja MCR, **Blair A**, Keefe K, Kamel F. Depression and pesticide exposures among private pesticide applicators enrolled in the Agricultural Health Study. Environ Health Perspect 2008;116(12):1713-1719. PMID: 19079725.

330. Weiss JM, Lacey JV, Shu X-O, Ji B-T, Hou L, Yang G, Li H, Rothman N, **Blair A**. Gao U-T, Chow W-H, Zheng W. Menstrual and reproductive factors for lung cancer in female lifetime non-smokers from Shanghai, China. Am J Epidemiol 2008;168:1319-1325. PMID: 18849300.

331. Chiu BCH, Dave BJ, Ward MH, Hou L, Fought AJ, Jain S, Evens AM, Zahm SH, **Blair A**, Weisenburger DD. Dietary factors and risk of t(14;18)-defined subgroups of non-Hodgkin lymphoma. Cancer Causes Control 2008;19(8):859-867. PMID:18386141.

332. Hosgood HD, Chapman R, Shen M, **Blair A**, Chen E, Zheng T, Lee K-M, He X, Lan Q. Portable stove use is associated with lower lung cancer mortality risk in lifetime smoky coal users. Brit J Cancer 2008;99(11):1934-1939. PMID: 19034286.

333. Lan Q, He Xingzhou, Shen M, Liu Zhiyuan, Lai Hong, Chen Wei, Tian Linwei, Berndt Sonja, Hosgood Dean, **Blair,** Aaron, Chapman Robert. Variation in lung cancer risk by smoky coal subtype in Xaunwei, China. Int J Cancer 2008;123(9):2164-2169. PMID:18712724.

334, Morton LM, Wang SS, Cozen W, Linet MS, Chatterjee N, Davis S, Severson SK, Colt JS, Vasef MA, Rothman R, **Blair A**, Bernstein L, Cross AJ, De Roos AJ, Engels EA, Hein DW, Hill DA, Kelemen LE, Lim U, Lynch CF, Schenk M, Wacholder S, Ward W, Zahm SH, Chanock SJ, Cerhan JR, Hartge P. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes. Blood 2008;112(13):5150-5160. PMID:18796628.

335. Schenk M, Purdue MP, Colt JS, Hartge P, **Blair** A, Stewart P, Cerhan JR, De Roos AJ, Cozen W, Severson RK. Occupation/industry and risk of non-Hodgkin lymphoma in the United States. Occup Environ Med 2009;66:23-31. PMID: 18805886.

336. Shen M, Chapman RS, Vermeulen R, Tian LW, Zheng TZ, Chen BE, Engels EA, He XZ, **Blair A**, Lan Q. Coal use, stove improvement, and adult pneumonia mortality I Xuanwei, China: A retrospective cohort study. Environ Health Perspect 2009;117(2):261-266. PMID: 19270797.

337. Rusiecki JA, Patel R, Koutros S, Beane Freeman L, Landgren O, Bonner MR, Coble J, Lubin J, **Blair** A, Hoppin JA, Alavanja MCR. Cancer incidence among pesticide applicators exposed to permethrin in the Agricultural Health Study. Environ Health Perspect 2009;117(4):581-586. PMID: 19440497.

338.    Hou L, Shu X-O, Gao Y-T, Ji B-T, Weiss J, Yang G, Li H-L, **Blair A**, Zheng W, Chow W-H. Anthropometric measurements, physical activity, and the risk of gallstone disease in Chinese women.  Ann Epidemiol 2009;19(5):344-350.

339:    McLean D, 't Mannetje A, Dryson E, Walls C, McKenzie F, Maule M, Cheng S, Cunningham C, Kromhout H, Boffetta P, **Blair A**, Pearce N.  Leukaemia and occupation: A New Zealand cancer registry-based case-control study.  Int J Epid 2009;38:594-606. PMID: 18953052.

340.    Beane Freeman L, **Blair A**, Lubin JH, Stewart PA, Hayes RB, Hoover RN, Hauptmann M.  Mortality from lymphohematopoietic malignancies among workers in formaldehyde industries: The National Cancer Institute cohort.  JNCI 2009;101:751-761.  PMID: 19436030.

341. Chiu BC-H, **Blair A**.  Pesticides, chromosomal aberrations, and non-Hodgkin's lymphoma.  J Agro Medicine 2009;14(2) :250-255. PMID: 19437285.

342. **Blair A**, Beane Freeman L.  Epidemiologic studies of cancer in agricultural populations: observations and future directions.  J Agromedicine 2009;14(2):125-131. PMCID: PMC2682692.

343. Coble J, Dosemeci M, Stewart PA, **Blair A**, Bowman J, Fine HA, Shapiro WR, Selker GR, Loeffler JS, Black PM, Linet MS, Inskip PD.  Occupational exposure to magnetic fields and the risk of brain tumors.  Neuro-Oncology 2009;11(3):242-249.

344. Park SK, Kang D, Beane Freeman L, Gwak J, Hoppin J, Sandler DP, Knott C, Lynch CF, Lubin J, **Blair A**, Alavanja M.  Cancer incidence among paraquat-exposed pesticide applicators in the Agricultural Health study.  Int J Occup Environ Health 2009;15:274-281. PMID: 19650582.

345. **Blair A**.  Occupation and cancer in the Nordic countries.  Acta Oncologica 2009;48(5):6

346. Purdue MP, Severson RK, Colt JS, Stewart P, DeRoos AJ, Cerhan JR, Cozen W, Davis S, Hartge P, Schenk M, **Blair A**.  Degreasing and other solvent-related tasks and risk of non-Hodgkin lymphoma.  Occup Environ Med 2009;8:557-560. PMID: 19017696.

347. Delancy OL, Alavanja MC, Coble J, **Blair A,** Hoppin JA, Austin H, Beane Freeman L.  Occupational Exposure to Metribuzin and the Incidence of Cancer in the Agricultural Health Study.  Ann Epidemiol 2009;19(6):388-395. PMID: 19369095.

348. Saldana TM, Basso O, Baird DD, Hoppin JA, Weinberg C, **Blair** A, Alavanja MCR, Sandler DP.  Pesticide exposure and hypertensive disorders during pregnancy.  Environ Health Perspect 2009;117(9):1393-1396. PMCID: PMC2737015.

349. Bakke B, De Roos AJ, Barr DB, Stewart PA, **Blair A**, Lynch CF, Allen R, Alavanja MCR, Vermeulen R. Exposure to atrazine and selected non-persistent pesticides among corn farmers during a growing season. J Exposure Sci Environ Epid 2009;19(6):544-554. PMID : 19079725.

350. Rusiecki J, Thomas D, **Blair A**. Mortality among United States Coast Guard marine inspectors: a follow up. Military Medicine 2009;174(8):843-851. PMID: 19743741.

351. Purdue M, Engel LS, Langseth H, Needham LL, Andersen A, Barr DB, **Blair A**, Rothman N, McGlynn KA. Prediagnostic serum concentrations of organochlorine compounds and risk of testicular germ cell tumors. Environ Health Perspect 2009;117(10):1514-1519.

352. Mills K, **Blair A**, Beane Freeman LE, Sandler DP, Hoppin JA. Pesticides and myocardial infarction incidence and mortality among male pesticide applicators in the Agricultural Health Study. Am J Epidemiol 2009;170(7):892-900.

353. **Blair A**, Saracci R,Vineis P, Cocco P, Forastiere F, Grandjean P, Kogevinas M, Kriebel D, McMichael AJ, Pearce N, Porta M, Samet J, Sandler DP, Seniori Costantini R, Vainio H, Zahm SH. Epidemiology, public health and the rhetoric of false positives. Environ Health Perspect  2009;117(1):1809-1813.

354. Hauptmann M, Stewart PA, Beane Freeman L, Lubin JH, Hornung RW, Herrick RF, Hoover RN, **Blair A**, Hayes RB. Mortality from lymphohematopoietic malignancies and brain cancer among embalmers exposed to formaldehyde in the funeral industry. JNCI 2009;101:1696-1708.

355. Bhatti P, **Blair A**, Bell EM, Rothman N, Lan Q, Barr DB, Needham LL, Portengen L, Figgs LW, Vermeulen R. Predictors of 2,4-dichlorophenoxyacetic acid exposure among herbicide applicators. J Exp Sci Environ Epid 2010; 20(2):160-168. PMID:19319162; NIHMSID#166748

356. DeRoos AJ, Davis S, Colt JS, **Blair** A, Airola M, Severson RK, Cozen W, Cerhan JR, Hartge P, Nuckols JR, Ward MH. Residential proximity to industrial facilities and risk of non-Hodgkin lymphoma. Environ Res 2010;110(1):70-78.

357. Christensen CH, Platz E, Andreotti G, **Blair A**, Hoppin J, Koutros S, Lynch C, Mahajan R, Sandler D, Alavanja M. Coumaphos exposure and incident cancer among male participants in the Agricultural Health Study (AHS). Environ Health Perspect 2010;118(1):92-96.

358. Thomas K, Dosemeci M, Hoppin JA, Sheldon L, Croghan C, Gordon S, Jones M, Reynolds S, Raymer J, Akland G. Lynch C, Knott C, Sandler DP, **Blair A**, Alavanja MCR. Urinary biomarker, dermal and air measurement results for 2,4-D

and chlorpyrifos farm applicators in the Agricultural Health Study. J Exposure Sci Environ Epid 2010;20(2):119-134.

359. Thomas KW, Dosemeci M, Coble JB, Hoppin JA, Sheldon LS, Chapa G, Croghan CW, Jones PA, Knott CE, Lynch CF, Sandler DP, **Blair AE**, Alavanja MC. Assessment of a pesticide exposure intensity algorithm in the agricultural health study. J Expos Sci Environ Epidemiol 2010;20(6):559-569.

360. Zhang L, Tang X, Rothman N, Vermeulen R, Ji Z, Shen M, Qiu C, Guo W, Liu S, Reiss B, Zhang Y, Beane Freeman L, Ge Y, Hubbard AE, Hua M, **Blair A**, Galvan N, Ruan X, Alter BP, Xin KX, Li S, Mao P, Moore LE, Kim S, Xie Y, Hayes RB, Azuma M, Zhu Z, Hauptmann M, Xion J, Stewart T, Li L, Rappaport SM, Haung H, Farumeni JF Jr. Smith MT, Lan Q. Occupational exposure to formaldehyde, hematoticity, and leukemia-specific chromosome changes in cultured myeloid progenitor cells. CEBP 2010;19(1):80-88.

361. Xu Q, Song Y, Park Y, Hollenbeck A, **Blair A,** Schatzkin A, Chen H. Day napping and short night sleeping are associated with higher risk of diabetes in the US elderly. Diabetes Care 2010;33:78-83.

362. Chang CM, Schroeder JC, Dunphy CH, Baric RS, Olshan AF, Dorsey KC, Huang W-Y, **Blair A**. Non-Hodgkin lymphoma (NHL) subtypes defined by common translocations: utility of fluorescence in situ hybridization (FISH) in a case-control study. Leukemia Research 2010;34(2):190-195. PMID: 19505720.

363. Chen H, Huang X, Guo X, Milaman RB, Park Y, Kamel F, Umbach DM, Xu Q, Hollenbeck A, Schatzkin A, **Blair A**. Smoking duration, intensity, and risk Parkinson's Disease. Neurology 2010;74(11):878-884.

364. Lee K-H, Shu X-O, Gao Y-T, Ji B-T, Yang G, **Blair A**, Zheng W, Rothman N, Chow W-H, Kang D. Breast cancer and urinary biomarkers of PAHs and oxidative stress in the Shanghai Women's Health Study. Cancer Epid Biomarkers Prev 2010;19(3):877-883.

365. Hein MJ, Waters MA, Stewart PA, **Blair A,** Ruder A, Stenzel MR. Statistical modeling of occupational chlorinated solvent exposures for case-control studies using a literature-based database. Ann Occup Hyg 2010;pp 1-14.

366. Bonner MR, Williams B, Rusiecki JA, **Blair A**, Beane Freeman LE, Hoppin JA, Dosemeci M, Lubin J, Sandler DP, Alavanja MCR. Occupational exposure to terbufos and the incidence of cancer in the Agricultural Health Study. Cancer Causes Control 2010;21:871-877.

367. Chang CM, Schroeder JC, Olshan AF, Dunphy CH, Huang W-Y, Baric RS, Dorsey KC, Cerhan JR, Lynch CF, Rothman N, Cantor KP, **Blair A**. A case-control study of

tobacco use and non-Hodgkin lymphoma (NHL) subtypes defined by t(14;18) translocations and bcl-2 expression.  Cancer Causes Control 2010;21(7):1147-1154.

368.  Gold LS, Milliken K, Stewart P, Purdue M, Severson R, Seixas N, **Blair A**, Davis S, Hartge P, DeRoos AJ.  Occupation and multiple myeloma: an occupation and industry analysis.  Am J Industr Med 2010;53(8):768-779.

369.  Dayton SB, Sandler DP, **Blair A**, Alavanja M, Beane Freeman L,Hoppin JA. Pesticide use and myocardial infarction incidence among farm women in the Agricultural Health Study.  J Occup Environ Med 2010;52(7):693-697.

370.  Fang F, Xu Q, Park Y, Huang X, Hollenbeck A, **Blair A**, Schatzkin A, Kamel F, Chen H.  Depression and subsequent risk of Parkinson's disease in the NIH-AARP Diet and Health Study.  Movement Disorders 2010;25(9):1157-1162.

371.  Xu Q, Park Y, Huang X, Hollenbeck A, **Blair A**, Schatzkin A, Chen H.  Physical activities at various life periods and future risk of Parkinson's disease.  Neurology 2010;75(4):341-348.

372.  Lee K-M, Chapman RS, Shen M, Lubin JH, Silverman DT, He X, Hosgood H, Chen BE, Rajaraman P, Caporaso NE, Fraumeni JF Jr., **Blair A**, Lan Q.  Differential effects of smoking on lung cancer mortality before and after household stove improvement in Xuanwei, China.  Br J Med 2010;103(5):727-729.

373.  Lan Q, Zhang L, Tang X, Shen M, Smith MT, Qiu C, Ge Y, Ji Z, Xiong J, He J, Reiss B, Hao Z, Liu S, Xie Y, Guo W, Purdue MP, Galvan N, Xin KX, Hu W, Beane Freeman LE, **Blair A**E, Li L, Rothman N, Vermeulen R, Huang H.  Occupational exposure to trichloroethylene is associated with a decline in lymphocyte subsets and soluble CD27 and CD30 markers.  Carcinogenesis 2010;31(9):1592-1596.

374.  Stewart PA, Coble JB, Vermeulen R, Schleiff P, **Blair A**, Lubin JH, Attfield MD, Silverman DT. Diesel exhaust in miners study:  I. Overview of the exposure assessment process. Ann Occup Hyg 2010;54(7):728-746.

375.  Coble JB, Stewart PA, Vermeulen R, Yereb D, Stanevich RS, **Blair A**, Silverman DT, Attfield MD. Diesel exhaust in miners study: II. Exposure monitoring surveys and development of exposure groups. Ann Occup Hyg 2010;54(7):747-761.

376.  Vermeulen R, Coble JB, Lubin JH, Portengen L, **Blair A**, Attfield MD, Silverman DT, Stewart PA [2010]. The diesel exhaust in miners study: IV. Estimating historical exposures to diesel exhaust in underground mining facilities. Ann Occup Hyg 2010;54(7):774-788.

377.  Stewart PA, Coble JB, Vermeulen R, **Blair A**, Schleiff P, Lubin JH, Wacholder S, Silverman DT, Attfield MD [2010]. The diesel-exposed miners Study:  V. Evaluation of the exposure assessment. Ann Occup Hyg 2010.

378. Vermeulen R, Coble JB, Yereb D, Lubin JH, **Blair A**, Portengen L, Stewart PA, Attfield MD, Silverman DT [2010]. The diesel exhaust in miners study: III. Interrelationships between respirable elemental carbon and gaseous and particulate components of diesel exhaust derived from area sampling in non-metal mining facilities. Ann Occup Hyg 2010;54(7):762-773.

379. Peplonska B, Stewart P, Szeszenia-Dabreowska N, Lissowska J, Brinton LA, Gromiec J, Brzeznicki S, Yang XR, Sherman M, Garcia-Closas M, **Blair A**. Occupational exposure to organic solvents and breast cancer risk: the results of a Polish population-based breast cancer case-control study. Occup Environ Med 2010;67:722-729.

380. Andreotti G, Hou L, Beane Freeman LE, Mahajan R, Koutros S, Coble J, Lubin J, **Blair A**, Hoppin JA, Alavanja M. Body mass index, agricultural pesticide use, and cancer incidence in the Agricultural Health Study Cohort. Cancer Causes Control 2010;21:1759-1775.

381. Koutros S, Alavanja MCR, Lubin JH, Sandler DP, Hoppin JA, Lynch CF, Knott C, **Blair A**, Beane Freeman LE. An update of cancer incidence in the Agricultural Health Study. JOEM 2010;52(11):1098-1105.

382. Bhatti P, Stewart PA, Linet MS, **Blair A**, Inskip PD, Rajaraman P. Comparison of occupational exposure assessment methods in a case-control study of lead, genetic susceptibility and risk of adult brain tumors. Occup Environ Med 2011;68(1):4-9.

383. Waggoner JK, Kullman GJ, Henneberger PK, Umbach DM, **Blair A**, Alavanja MCR, Kamel F, Lynch CF, Knott C, London SJ, Hines CJ, Thomas KW, Sandler DP, Lubin JH, Beane Freeman LE, Hoppin JA. Mortality in the Agricultural Health Study, 1994 – 2006. Amer J Epidemiol 2011;173(1):71-83.

384. Corbin M, McLean D, 't Mannetje A, Dryson E, Walls C, McKenzie R, Maule M, Cheng S, Cunningham C, Kromhout H, Boffetta P, **Blair A**, Pearce N. Case-control study of high risk occupations for lung cancer in New Zealand. Am J Ind Med 2011;54(2):89-101.

385. **Blair A**, Marrett L, Beane Freeman L. Occupational cancer in developed countries. Environmental Health 2011;10(Suppl 1):S9.

386. **Blair A**, Thomas KT, Coble J, Sandler DP, Hines CJ, Lynch CF, Knott C, Purdue MP, Zahm SH, Alavanja MCR, Dosemeci M, Kamel F, Hoppin JA, Beane Freeman L, Lubin JH. Impact of pesticide exposure misclassification on estimates of relative risks in the Agricultural Health Study. Occup Environ Med 2011;68:537-541.

387. Hohenadel K, Harris SA, McLaughlin JM, Spinelli JJ, Pahwa P, Dosman JA, Demers PA, **Blair A**. Exposure to multiple pesticides and risk of non-Hodgkin's lymphoma in men from six Canadian provinces. IJERPH 2011;Int J Environ Res Public Health 8:2320-2330. (doi:10.3390/ijerph8062320).

388. Gao J, Xu H, Weinberg C, Huang X, Park Y, Hollenbeck A, **Blair** A, Schatzkin A, Burch L, Chen H. An exploratory study on the *CHRNA3-CHRNA5-CHRNB4* cluster, smoking, and Parkinson's disease. Neurology 2011;8(5):296-299.

389. Tanner CM, Kamel F, Ross GW, Hoppin JA, Goldman SM, Korell M, Marras C, Bhudhikanok GS, Kasten M, Chade A, Comyns K, Meng C, Priestley B, Fernadez H, Cambi F, Umbach DM, **Blair** A, Sandler DP, Langston JW. Rotenone and paraquat are associated with Parkinson's Disease. Environ Health Perspect 2011;6:866-872.

390. Leon ME, Beane Freeman LE, Douwes J, Hoppin JA, Kromhout H, Lebailly P, Nordby KC, Schenker M, Schüz J, Waring S, Alavanja MCR, Annesi-Maesano I, Baldi I, Dalvie MA, Ferro G, Fervers B, Fervers B, Langseth H, London L, Lynch CF, McLaughlin J, Merchant J, Pahwa P, Sigsgaard T, Stayner L, Wesseling I, Yoo KJ, Zahm SH, Straif K, **Blair A**. AGRICOH: A consortium of agricultural cohorts. IJERPH 2011;8(5):1341-1357.

391. Gold LS, Stewart P, Milliken K, Purdue M, Severson R, Seixas N, **Blair A**, Hartge P, Scott D, DeRoos A. The relationship between multiple myeloma and occupational exposure to six chlorinated solvents. Occup Environ Med 2011;68(6)391-399.

392. Gao J, Huang X, Park Y, Hollenbeck A, **Blair** A, Schatzkin A, Chen H. Daytime napping, night sleeping and Parkinson's disease. Am j Epidemiol 2011;173(9):1032-1038.

393. Beane Freeman L, Rusiecki JA, Hoppin JA, Lubin JH, Koutros S, Andreotti G, Zahm SH, Hines C, Coble J, Sloan J, Sandler DP, **Blair A**, Alavanja MCR. Atrazine and Cancer Incidence in the Agricultural Health Study (1994-2007). Environ Health Perspectives 2011;119(9):1253-1259.

394. Beane Freeman L, **Blair A**. Guest Editors. Special Issue: Occupational Cancer. 2011. International Journal of Environmental Research and Public Health.

395. Beard JD, Umbach DM, Hoppin JA, Richards M, Alavanja MCR, Beane Freeman LE, **Blair A**, Sandler DP, Kamel F. Suicide and pesticide use among pesticide applicators and their spouses in the Agricultural Health Study. Environ Health Perspectives 2011;119(11):1610-1615.

396. Hohenadel K, Pichora E, Bukvic D, Brown J, Harris J, Marrett L, **Blair A.** Priority issues in occupational cancer research: Ontario stakeholder perspectives. Chronic Disease Canada 2011;31:147-151.

397. Lauby-Secretan B, Baan R, Grosse Y, El GhissassiF, Bouvard B, Benbrahim-Tallaa L, Guha N, Galichet L, Straif K, IARC Working Group. Bitumens and bitumen emissions, and some heterocyclic polycyclic aromatic hydrocarbons. Lancet Oncology 2011;12:1190-1191.

398. Lan Q, Zhang L, Shen M, Smith MT, Qiu C, Ge Y, Ji Z, Iong J, He J, Reiss B, Hao Z, Liu S, Xie Y, Guo W, Purdue MP, Galvan N, Xin KX, Hu W, Beane Freeman LE, **Blair A**, Li L, Rothman N, Vermeulen R, Huang H. Occupational exposure to trichloroethylene is associated with a decline in lymphocyte subsets and soluble CD27 and CD30 markers. Carcinogenesis 2011;31(9):1592-1596.

399. Ji B-T, Gao Y-T, Shu X-O, Yang G, Yu K, Xue S-Z, Dong L, **Blair** A, Rothman N, Zheng W, Chow W-H. Nightshift Work: Job Exposure Matrices and Urinary 6-Sulfatoxymelatonin Levels in Healthy Chinese Women. Scand J Work Environ Health 2012;38(6):553-559..

400. Matthews CE, George SM, Moore SC, Bowles HR, **Blair A,** Park Y, Troiano RP, Hollenbeck A. Amount of time spent in sedentary behaviors and cause-specific mortality in US adults. Am J Clin Nutrition 2012;95(2):437-445.

401. Coble J, Thomas KW, Hoppin JA, Dosemeci M, Curwin B, Lubin JH, Beane Freeman LE, **Blair A**, Sandler DP, Alavanja MCR. An updated algorithm for estimation of pesticide exposure intensity in the Agricultural Health Study. IJERPH 2011;8:4608-4622.

402. Xu Q, Park Y, Huang X, Hollenbeck A, **Blair A**, Schatzkin A, Chen H. Diabetes mellitus and risk of Parkinson's disease. Diabetes Care 2011;34(4):910-915.

403. Attfield M, Schleiff P, Lubin JH, **Blair A**, Stewart P, Vermeulen R, Coble J, Silverman DT. The Diesel Exhaust in Miners Study: A cohort mortality study with emphasis on lung cancer. JNCI 2012;104:869-883.

404. Silverman D, Samanic C, Lubin JH, **Blair** A, Stewart PS, Vermeulen R, Coble J, Rothman N, Schleiff P, Travis W, Ziegler RG,Wacholder S, Attfield M. The diesel exhaust in miners study: A nested case-control study of lung cancer and diesel exhaust. JNCI 2012;104:855-868

405. Stewart PA, Vermeulen R, Coble JB, **Blair A**, Schleiff P, Lubin JH, Attfield M, Silverman DT. The diesel exhaust in miners study: V. Evaluation of the exposure assessment methods. Ann Occup Hyg 2012; 1-12.

406. Beane Freeman LE, DeRoos AJ, Koutros S, **Blair A**, Ward MH, Alavanja M, Hoppin JA. Poultry and livestock exposure and cancer risk among farmers in the Agricultural Health Study. Cancer Cause Control 2012;23:663-670.

407. Kamel F, Umbach DM, Richards M, Watson M, Alavanja MCR, Beane Freeman L, **Blair A**, Hoppin JA, Bedlack R, Schmidt S, Sandler D. Pesticide exposure and amyotropic lateral sclerosis. Neurotoxicology 2012;33(3):457-462.

408. Heltshe SL, Lubin JH, Koutros S, Coble JB, Ji B-T, Alavanja MCR, **Blair A**, Sandler DS, Hines CJ, Thomas KW, Barker J, Andreotti G, Hoppin JA, Beane Freeman

LE. Using multiple imputation to assign pesticide use for non-responders in the follow-up questionnaire in the Agricultural Health Study. J Expo Science Environ Epid 2012;22(4):409-416.

409. Payne K, Andreotti G, Bell EM, **Blair A**, Coble J, Alavanja MCR. Determinants of high pesticide exposure events in the Agricultural Health Cohort Study from enrollment (1993-1997) through Phase II (1999-2003). J Agric Safety Health 2012;18(3):167-179.

410. Pahwa M, Harris SA, Hohenadel K, McLaughlin JR, Spinelli JJ, Pahwa P, Dosman JA, **Blair A**. Pesticide use, immunologic conditions, and risk of non-Hodgkin lymphoma in Canadian men in six provinces. International Journal of Cancer 2012;131(11):2650-2659.

411. Goldman SM, Korell M, Marras C, Meng C, Umbach DM, Kasten M, Chade AR, Comvns K, Richards MB, Sandler DP, **Blair A**, Langston JW, Tanner CM. Genetic modification of the association of paraquat and Parkinson Disease. Movement Disorders 2012;27(13):1652-1658.

412.   Liu R, Guo X, Park Y, Huang X, Sinha R, Hollenbeck A, **Blair A**, Chen H. Caffeine intake, smoking and risk of Parkinson Disease in men and women. Am J Epidemiol 2012;175(11):1200-1207.

413. Guha N, Loomis D, Grosse Y, Laauby-Secretan B, Ghissassi FE, Bouvard V, Benhrabim-Tallaa L, Baan R, Mattock H, Straif K and Working Group. Carcinogenicity of trichloroethylene, tetrachloroethylene, some other chlorinated solvents and their metabilites. Lancet Oncology 2012;13(:1192-1193.

414. **Blair A**, Hohenadel K, Demers P, Marrett L, Straif K. Prevention of occupationally-induced cancer. Miller AJ (Ed.). Epidemiologic Studies in Cancer Prevention and Screening. Springer, pp. 33-43. Springer, New York, NY. 2013.

415. Koutros S, Beane Freeman LE, Lubin JH, Andreotti G, Hughes Barry K, DellaValle KT, Hoppin JA, Lynch CF, **Blair A**, Alavanja MCR. Risk of total and aggressive prostate cancer and pesticide use in the Agricultural Health Study. Am J Epid 2013;177(1):59-74.

416. Hosgood HD, Zhang L, Tang X, Vermeulen R, Shen M, Qiu C, Ge Y, Hua M, Ji Z, Li S, Xiong J, Reiss B, Liu S, Xin KX, Azuma M, Xie Y, Beane Freeman L, Ruan X, Guo W, Glavan N, **Blair A,** Li L, Huang H, Smith MT, Rothman N, Lan Q. Occupational exposure to formaldehyde and alternations in lymphocyte subsets. Am J Industr Med 2013;56:252-257.

417. Ritter L, **Blair A**, Kerkvliet NI, Sigal EA, Stellman JM. Report of the Independent Fact-Finding Panel on Herbicide 2,4,5-T. 2013. Queen's Printer for Ontario, Ontario, Canada.

418. Kachuri L, Demers PA, **Blair** A, McLaughlin JR, Spinelli JJ, Pahwa P, Dosman JA, Pahwa M, Harris SA. Multiple pesticide exposures and the risk of multiple myeloma in Canadian men. Int J Cancer 2013;133:1846-1858.

419. Pronk A, Nuckols JR, De Roos AJ, Airola M, Colt JS, Cerhan JR, Morton L, Cozen W, Severson R, **Blair A**, Cleverly D, Ward MH. Residential proximity to industrial combustion facilities and risk of non-Hodgkin lymphoma. Environ Health 2013;12:20.

420. Navaranjan G, Hohenadel K**, Blair A**, Demers PA, Spinelli JJ, Pahwa P, McLaughlin JR, Dosman JA, Ritter L, Harris SH. Exposures to Multiple Pesticides and the Risk of Hodgkin Lymphoma in Canadian Men. Cancer Causes Control 2013;24:1661-1673.

421. Beane Freeman LE, **Blair A**, Lubin JH, Stewart PA, Hayes RB, Hoover RN, Hauptman M. Mortality from solid tumors among workers in the formaldehyde industries: An update of the NCI cohort. Am J Industr Med 2013;56:1015-1026.

422. Rinsky JL, Hoppin JA, **Blair A**, Kamel F, He K, Beane Freeman LE, Chen H. Agricultural exposures and stroke mortality in the Agricultural Health Study. J Toxicol Environ Health Part A 2013;76(13):798-814.

423. Karami S, Andreotti G, Koutros S, Barry KH, Moore LE, Han S, Hoppin JA, Sandler DP, Lubin JH, Burdette LA, Yuenger J, Yeager M, Beane Freeman LE, **Blair A**, Alavanja MCR. Pesticide exposure and inherited variants in vitamin D pathway genes in relation to prostate cancer. Cancer Epid Biomarkers Prev 2013;22(9):1557-1566.

424. Beard JD, Hoppin JA, Richards M, Alavanja MCR, **Blair A,** Sandler DP, and Kamel F. Pesticide exposure and self-reported, incident depression among wives in the Agricultural Health Study. Environ Research 2013;126:31-42.

425. Liu R, Guo X, Park Y, Wang J, Huang X, Hollenbeck A, **Blair A**, Chen H. Alcohol consumption, types of alcohol, and Parkinson disease. PLOS ONE 2013;8(6):e66452.

426. Cocco P, Vermeulen R, Flore V, Nonne T, Campagna M, Purdue M, **Blair A**, Monnereau A, Orsi L, Becker N, de Sanjose S, Foretova L, Staines A, Maynadie M, Nieters A, Miligi L, tMannatje A, Brennan P, Lan Q, Rothman N. Occupational exposure to trichloroethylene and risk of non-Hodgkin lymphoma and its major subtypes: a pooled Interlymph analysis. Occup Environ Med 2013;70:795-802.

427. Kamel F, Goldman SM, Umbach DM, Chen H, Richardson G, Barber MR, Meng C, Marras C, Korell M, Kasten M, Hoppin JA, Comyns K, Chade A, **Blair A**, Bhudhikanok GS, Ross GW, Langston JW, Sandler DP, Tanner GM. Dietary fat intake, pesticide use, and Parkinson's disease. Parkinson Related Disorders 2014; 20(1):82-87.

428. Beane Freeman LE, **Blair A**, Lubin JH, Stewart PA, Hayes RB, Hoover RN, Hauptmann M. Response to Tarone and McLaughlin: RE: Mortality from solid tumors in the updated NCI formaldehyde worker cohort. Am J Ind Med 2014;57:488-489.

429. Raj P, Hohenadel K, Demers P, Zahm SH, **Blair A**. Recent trends in published occupational cancer epidemiology research: Results from a comprehensive review of the literature. Am J Industr Med 2014;57:259-264.

430. Guo X, Park Y, Freedman ND, Sinha, R, Hollenbeck AR, **Blair** A, Chen H. Sweetened beverages, coffee, and tea in relation to depression among older US adults. PLoS 2014;9(4):e94715.

431. Hoppin J, Umbach DM, Long S, Rinsky JL, Henneberger PK, Salo M,, Zeldin DC, London SJ, Alavanja MCR, **Blair A**, Beane Freeman LE, Sandler DP. Respiratory disease in United States farmers. Occup Environ Med 2014;71:484-491.

432. Liu R, Baird D, Park Y, Freedman ND, Haung X, Hollenbeck A, **Blair A**, Chen H. Female reproductive factors, menopausal hormone use, and Parkinson's disease. Movement Disorders 2014:29(7):889-896.

433. Vlaanderen J, Straif K, Ruder A, **Blair A**, Hansen J, Lynge E, Charbotel B, Loomis D, Kauppinen T, Kjaerheim K, Kyyronen P, Martinsen JI, Pukkala E, Weiderpass E, Guha N. Tetrachloroethylene exposure and bladder cancer risk: a meta-analysis of dry-cleaning-worker studies. Environ Health Perspect 2014;122:661-666.

434. Slager SL, Benavente Moreno Y, **Blair A**, Vermeulen RCH, Cerhan JR, Seniori Costantini A, Monnereau A, Nieters A, Clavel J, Timothy G. Call, Marc Maynadié, Qing Lan, Christina A. Clarke, Tracy Lightfoot, Norman AD, Sampson JN, Casabonne D, Cocco P, Zahm SH, de Sanjosé S. Medical history, Lifestyle, Family History, and Occupational risk factors for chronic lymphocytic leukemia/small lymphocytic leukemia: The InterLymph NHL Subtypes Project. JNCI (In press).Linet M, Vajdic C, Morton L, de Roos A, Skibola C, Boffetta P, Cerhan J, Flowers C, de Sanjose S, Monnereau A, Cocco P, Kelly J, Smith A, Weisenburger W, Clarke C, **Blair A**, Bernstein L, Zheng T, Miligi L, Clavel J, Benavente, Y, Brian Chiu B, Medical history, family history, lifestyle, and occupational risk factors for follicular lymphoma: The InterLymph NHL Subtypes Project. JNCI Monographs 2014:41-51.

435. Morton LM, Slager SL, Cerhan JR, Wang SS, Vajdic CM, Skibola CF, Bracci PM, de Sanjose S, Smedby KE, Chiu BCH, Zhang Y, Mbulaiteye S, Monnereau A, Jennifer Turner JJ, Clavel J, Adami H-O, Ellen ET Glimelius B, Hjalgrim H, Melbye M, Crosignani P, di Lollo S, Miligi L, Nanni O, Ramazzotti V, Rodella S, Seniori Costantini A, Stagnaro E, Tumino R, Vindigni C, Vineis P, Becker N, Benavente Y, Boffetta O, Brennan B, Cocco P, Foretova L, Maynadié M, Nieters A, Staines A, Colt JS, Cozen W, Davis S, de Roos AJ, Hartge P, Rothman N, Severson RK, Holly EA, Call TG, Feldman AL, Habermann TM, Liebow M, **Blair A**, Cantor KP, Kane EV, Lightfoot T, Roman E,

Smith A, Brooks-Wilson A, Connors JM, Gascoyne RD, Spinelli JJ, Armstrong BK, Kricker A, Holford TH, Lan L, Zheng Y, Orsi L, Dal Maso L, Franceschi S, La Vecchia C, Negri E, Serraino D, Bernstein L, Levine A, Friedberg JW, Kelly JL, Berndt SI, Birmann BM, Clarke CA, Flowers CR, Foran JM, Kadin ME, Paltiel O, Weisenburger DD, Linet MS, Sampson JN. Etiologic heterogeneity among NHL subtypes: The InterLymph NHL subtypes project. JNCI Monograph 2014;48:130-144.

436. Cerhan JR, Kricker A, Paltiel O, Flowers C, Wang SS, Monnereau A, **Blair A**, Dal Maso L, Kane E, Nieters A, Foran JM, Miligi L, Clavel J, Rothman N, Slager SL, Sampson J, Morton L, Skibola C. Medical history, lifestyle, family history and occupational risk factors for diffuse large B-cell lymphoma (DLBCL): The InterLymph Non-Hodgkin lymphoma project. JNCI Monographs 2014;48:15-25.

437. Linet MS, Vajdic CM, Morton LM, de Roos AJ, Skibola CF, Boffetta P, Cerhan JR, Flowers CR, de Sanjose S, Monnereau A, Cocco P, Kelly JL, Smith AG, Weisengurger Dd, Clarke CA, **Blair A**, Bernstein L, Zheng T, Miligi L, Clavel J, Genavente Y, Chiu BCH. Medical history, lifestyle, family history, and occupational risk factors for follicular lymphoma: The Interlymph Non-Hodgkin Lymphoma subtypes project. JNCI Monographs 2014;48:26-40.

438. Beard JD, Umbach DM, Hoppin JA, Richards M, Alavanja MCR, **Blair A**, Sandler DP, Kamel F. Pesticide exposure and depression among male private pesticide applicators in the Agricultural Health Study. Environ Health Perspect 2014;122:984-991.

439. Locke SJ, Stewart PA, Colt JS, Armenti KR, Baris D, **Blair A**, Cerhan JR, Chow W-H, Cozen W, Davis F, de Roos AJ, Hartge P, Karagas MR, McCoy R, Purdue MP, Rothman N, Schwartz K, Schwen M, Severson R, Silverman DT, Friesen MC. Identifying gender differences in reported occupational information from three U.S. case-control studies. Occup Environ Med 2014;71:855-864.

440. Dong J, Beard JD, Umbach D, Park YY, Huang X, Hollenbeck, **Blair A**, Kamel F, Chen H. Dietary fat intake and risk for Parkinson disease. Movement Disorders 2014;29(13):1623-1630.

441. Huynh T, Ramachandran G, Banerjee S, Monteiro J, Groth C, Stenzel M, Sandler DP, Engel LS, Kwok RK, **Blair A**, Stewart PA. Comparison of methods for analyzing left-censored data to estimate worker's exposures for the GuLF Study,. Ann Occup Hyg 2014;58(9):1126-1142.

442. Silverman DT, Lubin JH, **Blair A**, Vermeulen R, Stewart PA, Schleiff PI, Attfield MD. RE: The Diesel Exhaust in Miners Study (DEMS): A nested case-control study of lung cancer and diesel exhaust. JNCI 2014;106(8):dju192.

443. Attfield MD, Schleiff PL, Lubin JH, **Blair A**, Stewart PA, Vermeulen R, Coble JB, Silverman DT. Erratum: "The Diesel Exhaust in Miners Study: A cohort mortality with emphasis on lung cancer. JNCI 2014;106(8):dju192

444. Furlong M, Tanner CM, Goldman GM, Bhudhikanok G, **Blair** A, Chade A, Hoppin JA, Kasten M, Korell M, Langston JW, Marras C, Meng C, Richards M, Ross GW, Umbach DM, Sandler SP, Kamel F. Protective glove use and hygiene habits modify the associations of specific pesticides with Parkinson's Disease. Environ International 2014;75:144-150.

445. Alavanja MC, Hofmann JN, Lynch CF, Hines CJ, Barry KH, Barker J, Buckman DW, Thomas K, Sandler DP, Hoppin JA, Koutros S, Andreotti G, Lubin JH, **Blair A**, Beane Freeman LE. Non-Hodgkin lymphoma risk and insecticide, fungicide and fumigant use in the Agricultural Health Study. PLoS One 2014;9(10):e109332.

446. Lan Q, Smith MT, Tang X, Guo W, Vermeulen R, Hu W, Hubbard AE, Shen M, McHale CM, Qiu C, Liu S, Reiss B, Beane Freeman L, **Blair A**, Ge Y, Xiong J, Li Laiyu L, Rappaport SM, Huang H, Rothmanb N, Zhang L. Chromosome-wide aneuploidy study (CWAS) of cultured circulating myeloid progenitor cells from workers occupationally exposed to formaldehyde. Carcinogenesis 2014;36(1):160-167.

447. **Blair A**, Ritz B, Wesseling C, Beane Freeman L. Pesticides and human health. Occup Environ Med 2015;72:81-82.

448. **Blair A**, Hines CJ, Thomas K, Alavanja MCR, Beane Freeman L, Hoppin JA, Kamel F, Lynch CF, Lubin JH, Rothman N, Silverman DT, Whelan E, Zahm SH, Sandler DP. Investing in prospective cohort studies on occupational exposures. Am J Industr Med 2015;58(2):113-122.

449. Hofmann JN, Hoppin JA, Lynch CF, **Blair A**, Alavanja MC, Beane Freeman L. Farm characteristics, allergy symptoms, and risk of non-Hodgkin lymphoid neoplasms in the Agricultural Health Study. Cancer Epid Biomarkers Prev 2015;24:587-594.

450. Lerro CC, Koutros S, Andreotti G, Hines CJ, **Blair A**, Lubin, Ma X, Zhang Y, Beane Freeman LE. Use of acetochlor and cancer incidence in the Agricultural Health Study. Int J Cancer 2015:137(5):1167-1175.

451. Guyton KZ, Loomis D, Grosse Y, Ghissassi FE, Benbrahim-Tallaa L, Guha N, Scoccianti C, Mattock H, Straif K and Monograph Working Group. Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate. Lancet Oncol 2015;16(5):490-491.

452. Hohenadel K, Raj P, Demers PA, Zahm SH, **Blair A**. The inclusion of women in studies of occupational cancer: A review of the epidemiologic literature from 1991-2009. Am J Industr Med 2015;58:276-281.

453. Jones RR, Barone-Adesi F, Koutros S, Lerro CC, **Blair A,** Lubin J, Heltshe SL, Hoppin JA, Alavanja MCR, Beane Freeman LE. Incidence of solid tumors among pesticide applicators exposed to the organophosphate insecticide diazinon in the Agricultural Health Study: an updated analysis. Occup Environ Med 2015;72(7):496-503.

454. Matthews C, Moore SC, Sampson J, **Blair A**, Xio Q, Hollenbeck A, Park Y. Mortality benefits for replacing sitting time with different physical activities. Med Sci Sports Exercise 47(9):2015;1833-1840.

455. Pearce N, **Blair** A, Vineis P, Ahrens W, Andersen A, Anto JM, Armstrong BK, Baccarelli A, Beland FA, Berrington A, Bertazzi PA, Birnbaum, Brownson R, Bucher J, Cantor K, Cardis E, Cherrie JW, Christiani D, Cocco P, Coggon D, Comba P, Demers PA, Dement J, Douwes J, Eisen E, Engel L, Richard Fenske R, Fleming L, Tony Fletcher T, Fontham E, Forastiere F, Frentzel-Beyme R, Fritschi L, Gerin M, Goldberg M, Grandjean P, Grimsrud TK, Gustavsson P, Haines A, Hartge P, Hansen J, Hauptmann M, Dick Heederik D. Hemminki K, Hemon D, Hertz-Picciotti I, Hoppin J, Huff J, Jarvholm B, Kang D, Karagas M, Kjaerheim K, Kjuus K, Kogevinas M, Kriebel D, Kristensen P, Kromhout H, Laden F, Lebailly P, Lemasters G, Lubin J, Lynch C, Lynge E, 't Mannetje A, McMichael T, JR McLaughlin, Marrett L, Martuzzi M, Merchant J, Merletti F, Miller A, Mirer F, Monson R, Nordby KK, Olshan A, Parent ME, Perera F, Perry MJ, Pesatori AC, Pirastu R, Porta M, Pukkala E, Rice C. Richardson D, Ritter L, Ritz B, Ronckers CM, Rushton L, Rusiecki J, Rusyn I, Samet J, Sandler DP, de Sanjose S, Schernhammer E, Seniori Costantini A, Seixas N, Shy C, Siemiatycki **J**, Silvermann D, Simonato L, Smith AH, Smith M, Spinelli JJ, Spitz MR, Stallones L, Stayner L, Steenland K, Stenzel M, Stewart BW, Stewart PA, Symanski E, Terracini B, Tolbert P, Vainio H, Vena J, Vermeulen R, Victora C, Ward E, Weinberg C, Weisenburger D, Wesseling C, Weiderpass E, Zahm SH. IARC Monographs: 40 Years of Evaluating Carcinogenic Hazards to Humans. Environ Health Perspect 2015;123(6):507-514.

456. Seow WJ, Zhang L, Vermeulen R, Tang X, Hu W, Bassig BA, Ji Z, Shiels MS, Kemp TJ, Shen M, Qiu C, Boris Reiss[3], Beane Freeman L, **Blair A,** Kim C, Guo W, Wen C, Li L, Pinto LA, Huang H, Smith MT, Hildesheim A, Rothman N, Lan Q. Circulating immune/inflammation markers in Chinese workers occupationally exposed to formaldehyde. Carcinogenesis 2015;36(8):852-857.

457. Kirrane E, Bowman C, Davis JA, Hoppin JA, **Blair A**, Chen H, Patel M, Sandler DP, Tanner CM, Vinikoor-Imler L, Ward M, Luben TJ, Kamel F. Associations of ozone and $PM_{2.5}$ concentrations with Parkinson's disease among participants in the Agricultural Health Study. J Occup Environ Med 2015;57(5):509-517.

458. Andreotti G, Hoppin JA, Hou L, Koutros S, Gadalla SM, Savage S, Lubin J, **Blair A**, Hoxha M, Baccarelli A, Sandler D, Alavanja M, Beane Freeman LE. Pesticide use and relative leukocyte telomere length in the Agricultural Health Study. PlosOne 2015;10(7):e0133382.

459. Koutros S, Langseth H, Grimsrud TK, Barr DB, Vermeulen R, Portengen L, Wacholder S, Beane Freeman L, **Blair A**, Hayes RB, Rothman N, Engel LS. Prediagnostic serum organochlorine concentrations and metastatic prostate cancer: A nested case-control study in the Norwegian JANUS Serum Bank Cohort. Environ Health Perspect 2015;123(9):867-872.

460. Lerro CC, Koutros S, Andreotti G, Friesen MC, Alavanja MC, **Blair A**, Hoppin JA, Sandler DP, Lubin JH, Ma X, Zhang Y, Beane Freeman LE. Organophosphate insecticide use and cancer incidence among spouses of pesticide applicators in the Agricultural Health Study. OEM 2015;72(10):736-744.

461. Koutros S, Silverman DT, Alavanja MCR, Andreotti G, Lerro CC, Heltshe S, Lynch CF, Sandler DP, **Blair A**, Beane Freeman LE. Occupational exposure to pesticides and bladder cancer risk. Int J Epidemiol 2016. 45(3):792-805.

462. Huyn T, Quick H, Ramachandran G, Banerjee S, Monteiro J, Groth C, Stenzel M, **Blair A**, Sandler DP, Engel LS, Kwok RK, Stewart PA. A comparison of the B-substitution method and a Bayesian method for analyzing left-censored data. Ann Occup Hyg 2016;1:56-73.

463. Taul S, Silverman ST, Koutros S, **Blair** A, Sandler DP, Lebailly P, Andreotti G, Hoppin JA, Beane Freeman LE. Use of dieselized farm equipment and incident lung cancer: Findings in the Agricultural Health Study cohort. Environ Health Perspect 2016;124:611-618.

464. Bassig BA, Zhang L, Vermeulen R, Tang X, Li G, Hu W, Guo W, Purdue MP, Yin S, Rappaport SM, Shen M, Ji Z, Qiu C, Ge Y, Hosgood HD, Reiss B, Wu B, Xie Y, Li L, Yue F, Beane Freeman L, **Blair A**, Hayes RB, Huang H, Smith MT, Rothman N, Lan Q. Comparison of hematological alterations and markers of B-cell activation in workers exposed to benzene, formaldehyde, and trichloroethylene. Carcinogenesis 2016;37(7):692-700.

465. Bonner MR, Beane Freeman LE, Hoppin JA, Koutros S, Sandler DP, Lynch CF, Thomas K, Hines CJ, **Blair A**, Alavanja MCR. Occupational exposure to pesticides and the incidence of lung cancer in the Agricultural Health Study. Environ Health Perspect Epub 2016 July 6.

466. Deziel NC, Beane Freeman LE, Graubard BI, Jones RR, Hoppin JA, Thomas K, Hines CJ, **Blair A**, Sandler D, Chen H, Lubin J, Andreotti G, Alavanja M, Friesen MC. Relative contributions of agricultural drift, para-occupational, and residential use exposure pathways to house dust pesticide concentrations: meta-regression of published data. Environ Health Perspect Epub 2016 July 26.

467. Hoppin JA, Umbach DM, Long S, London SJ, Henneberger PK, **Blair A**, Alavanja M, Beane Freeman LE, Sandler DP. Pesticides are associated with allergic and non-allergic wheeze among male farmers.  Environ Health Perspect Epub 2016 July 6.

468. Silverman DT, Attfield MD, **Blair A**, Lubin JH, Stewart PA, Vermeulen R. Re: "The impact of the diesel exhaust in miners study." Eur J Epidemiol 2016; 31(8): 805-806..

469. Groth C, Banerjee S, Volume: 139  Issue: 8  Pages: 1703-1714  Published: OCT 15 2016  Ramachandran G, Stenzel MR, Sandler DP, **Blair A**, Engel LS, Kwok RK,

Stewart PA. Bivariate left-Censored Bayesian Model for predicting exposure: Preliminary analysis of worker exposure during the Deepwater Horizon Oil Spill. Ann Work Exposure Health 2017;61(1):76-86.

470. Persutti R, Harris SA, Kachuri L, Spinelli JJ, Pahwa M, Blair A, Zahm SH, Cantor KKP, Weisenburger Dd, Pahwa P, McLaughlin JR, Dosman JA, Beane Freeman L. Pesticide exposures and the risk of multiple myeloma in men: an analysis of the North American Pooled Project (NAPP). Intern J Cancer 2016;139(8):1703-1714.

**In Press**
Kwok RK, Engel LS, Miller AK, **Blair A**, Curry MD, W. Braxton Jackson II WB, Stewart PA, Stenzel MR, Birnbaum LS, Sandler DP for the GuLF STUDY Research Team**.** The GuLF STUDY:  a prospective study of persons involved in Deepwater Horizon oil spill response and clean-up. Environ Health Perspect (In press).

Stewart PA, Stenzel MR, Ramachandran G, Banerjee S, Huynh T, Groth C, Kwok RK, **Blair A**, Engel LS, Sandler DP. Development of a total hydrocarbons job exposure matrix for workers in the GuLF Study: Responding to the Deepwater Horizon Disaster. J Exp Sci Environ Epidemiol (In press).

Stewart PA, Stenzel MR, Ramachandran G, Banerjee S, Huynh T, Groth C, Kwok RK, **Blair A**, Engel LS, Sandler DP. Development of an ordinal job-exposure matrix for workers responding to the Deepwater Horizon Disaster: The GuLF STUDY. Environ Health Perspectives

Engel LS, Kwok RK, Miller AK, **Blair A,** Curry MD, McGrath JA, and Sandler DP for the GuLF STUDY Team. The Gulf Long-Term Follow-Up Study (GuLF STUDY): Biospecimen Collection at Enrollment. J Toxicol Environ Health Part A: In press.

**In Review**
Koutros S, Mahajan R, Zheng T, Hoppin J, Lynch C, **Blair A**, Allen R, Christensen C, Alavanja MCR.  Cancer incidence among imazethapyr-exposed pesticide applicators in the Agricultural Health Study cohort.  (In review).

Green JW, Bonner MR, Von Essen SG, **Blair A**, Alavanja M, Hoppin JA, Beane Freeman LE.  A questionnaire-based endotoxin exposure algorithm in the Agricultural Health Study. J Exp Science Environ Epidemiol (Submitted).

De Roos AJ, Davis S, Colt JS, **Blair A**, Airola M, Severson RK, Cozen W, Cerhan JR, Hartge P, Nuckols JR, Ward MH Residential proximity to industrial facilities and risk of non-Hodgkin lymphoma.  (Submitted).

Rui L, Baird D, Park Y, Freedman ND, Huang X, Hollenbeck A, **Blair A**, Chen H. Female reproductive factors, postmenopausal hormone use, and Parkinson's disease. Neurology (Submitted).

Ulmer M, Kwee LC, Postel E, Montgomery MP, Barber MR, Alavanja MCR, **Blair** A, Beane Freeman L, Goldman SM, Hoppin JA, Sandler DP, Tanner CM, Hauser M, Schmidt S, Kamel F.  Pesticide use and glutathione S-transferase polymorphisms are associated with risk of age-related macular degeneration in the Agricultural Health Study cohort.  (In preparation).

Hohenadel K, Demers PA, Straif K, **Blair A**.  The effectiveness of asbestos-related interventions in reducing rates of lung cancer and mesothelioma: a review.  (Submitted) Am J Industr Med.

Vermeulen R, Portengen L, Lubin J, **Blair** A, ……. Silverman DT. Uncertainty analyses of the diesel exhaust in miners study on lung cancer and diesel engine exhaust. In preparation.

Barry KH, Martinsen JI, Alavanja MCR, Andreotti G, **Blair A**, Hansen J, Kjaerheim K, Koutros S, Lynge E, Sparen P, Tryggvadottier L, Weiderpass E, Berndt SI, Pukkala E. Occupation and early- and later-onset prostate cancer in five Nordic countries. Europ J Cancer (Submitted).

Deziel NC, Beane Freeman LE, Hoppin JA, Thomas K, Lerro C, Jones RR, Hines CJ, **Blair A**, Graubard BI, Lubin JH, Sandler D, Chen H, Andreotti G, Alavanja M, Friesen MC. Quantitatively estimating cumulative environmental pesticide exposure in the Agricultural Health Study (In review).

Presutti R, Harris SA, Kachuri L, Spinelli JJ, Pahwa M, **Blair A**, Zahm SH, Cantor KP, Weisenburger DD, Pahwa P, McLaughlin JR, Dosman JA, Beane Freeman L. Pesticide exposures and the risk of multiple myeloma in men: an analysis of the The North American Pooled Project (NAPP). (Submitted). Int J Cancer.

Pahwa M, Beane Freeman L, Spinelli JJ, Demers PA, **Blair A**, Pahwa P, Dosman JA, McLaughlin JR, Zahm SH, Cantor KP, Weisenburger DD, Harris SA. An evaluation of glyphosate use and the risk of non-Hodgkin lymphoma and major histological sub-types in the North American Pooled Project (NAPP). (In review).

Montgomery MP, Postel E, Umbach DM, Richards M, Watson M, **Blair A**, Chen H, Sandler DP, Schmidt S, Kamel F. Pesticide use and age-related macular degeneration in the Agricultural Health Study. (In review).

Rusiecki J, Lee D, Alexander M, Krstev S, Silverman DT, Stewart PA, **Blair A**. Mortality among Coast Guard shipyard workers: a retrospective cohort study of specific exposures. Am J Industr Med (In review).

Lerro CC, Beane Freeman LE, Portengen L, Kang D, Lee K, **Blair A**, Lynch CF, Bakke B, de Roos A, Vermeulen RCH.  A longitudinal study of atrazine and 2,4-D exposure and oxidative stress markers among Iowa corn farmers.  Environ Molecular Mutagen (In review).

Engel LS, Werder E, Sima C, Satagopoan J, **Blair** A, Koutros K, Lerro C, Sandler DP, Alavanja MC, Beane Freeman L. Insecticide use and breast cancer risk among farmers' wives in the Agricultural Health Study (In review).

Bonner MR, Beane Freeman LF, Hoppin JA, Koutros S, Sandler DP, Lynch CF, Hines C, Thomas K, **Blair A**, Alavanja MCR. Occupational exposure to pesticides and incidence of lung cancer in the Agricultural Health Study. Environ Health  Perspectives (Submitted).