# EXHIBIT 50

Confidential - Pursuant to Protective Order

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

```
IN RE: ROUNDUP            )
PRODUCTS LIABILITY        )   MDL No. 2741
LITIGATION                )
_____   )   Case No.
THIS DOCUMENT RELATES     )   16-md-02741-VC
TO ALL CASES              )
```

FRIDAY, SEPTEMBER 22, 2017

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

- - -

VIDEOTAPED DEPOSITION of LORELEI A. MUCCI, ScD, held at the offices of Cetrulo LLP, 2 Seaport Lane, Boston, Massachusetts, commencing at 8:05 a.m., on the above date, before Maureen O'Connor Pollard, Registered Merit Reporter, Realtime Systems Administrator, Certified Shorthand Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Pursuant to Protective Order

## Page 2

```
 1    A P P E A R A N C E S :
 2
      THE MILLER FIRM LLC
 3    BY:  MICHAEL J. MILLER, ESQ.
           NANCY GUY MILLER, ESQ.
 4         JEFFREY A. TRAVERS, ESQ. (VIA PHONE)
           mmiller@millerlawllc.com
 5         nmiller@millerlawllc.com
           jtravers@millerlawllc.com
 6         108 Railroad Avenue
           Orange, Virginia 22960
 7         540- 672-4224
           Counsel for Plaintiffs
 8
 9
      HOLLINGSWORTH LLP
10    BY:  WILLIAM J. COPLE III, ESQ.
           GRANT W. HOLLINGSWORTH, ESQ.
11         wcople@hollingsworthllp.com
           ghollingsworth@hollingsworthllp.com
12         1350 I Street, N.W.
           Washington, DC 20005
13         202-898-5800
           Counsel for Defendant Monsanto
14
15
16
17
      V I D E O G R A P H E R :
18
      CHRISTOPHER COUGHLIN,
19    Golkow Technologies, Inc.
20            - - -
21
22
23
24
25
```

## Page 3

```
 1            INDEX
 2    EXAMINATION             PAGE
      LORELEI A. MUCCI, ScD
 3    BY MR. MILLER           8
 4        E X H I B I T S
      NO.    DESCRIPTION      PAGE
 5
      24-1    Gray, et al article, The
 6            Federal Government's
              Agricultural Health Study........  13
 7
      24-10    E-mail chain, Bates
 8             MONGLY01204377 and 4378..........  119
 9    24-11    E-mail chain, Bates
               MONGLY00878065 through 67........  122
10
      24-12    Chen, et al study, Residential
11             Exposure to Pesticide During
               Childhood and Childhood
12             Cancers:  A Meta-Analysis........  129
13    24-13    Mucci, et al study, Maternal
               Smoking and Childhood Leukemia
14             and Lymphoma Risk...............  136
15    24-14    Stark, et al article,
               Prospective Study of
16             Trichomonas vaginalis Infection
               and Prostate Cancer Incidence
17             and Mortality...................  140
18    24-15    PowerPoint, Epidemiology of
               Prostate Cancer Risk and
19             Progression....................  143
20    24-16    9/21/15 NAPP Study.............  148
21    24-17    IARC Monograph, Volume 105 List
               of Participants.................  163
22
      24-18    IARC Monograph, Volume 112 List
23             of Participants.................  164
24    24-19    Document from Harvard T.H. Chan
               website, The Nutrition Source,
25             Research Roundup................  166
```

## Page 4

```
 1
 2    24-2    5/24/17 Exponent paper,
              Meta-Analysis of Glyphosate Use
 3            and risk of Non-Hodgkin
              Lymphoma.....................  52
 4    24-20   Excerpt of the 3/20/17
              deposition transcript of Aaron
 5            Blair, PhD...................  172
 6    24-21   Paper titled Carcinogenicity of
              tetrachlorvinphos, parathion,
 7            malathion, diazinon and
              glyphosate...................  175
 8
      24-22   IARC Monographs: 40 Years of
 9            Evaluating Carcinogenic Hazards
              to Humans....................  179
10
      24-23   Goldie, et al paper, Global
11            Cervical Cancer: HPV
              Vaccination and Diagnostics......  188
12
      24-24   Harvard T.H. Chan website
13            biography of Richard Clapp,
              D.Sc.........................  195
14
      24-25   Portier, et al paper,
15            Differences in the carcinogenic
              evaluation of glyphosate
16            between the IARC and EFSA.......  196
17    24-26   Excerpt of 4/8/17 deposition
              transcript of John Acquavella,
18            PhD..........................  203
19    24-27   6/3/15 PowerPoint, A Detailed
              Evaluation of Glyphosate Use
20            and the Risk of Non-Hodgkin
              Lymphoma in the NAPP...........  207
21
      24-28   McDuffie, et al study,
22            Non-Hodgkin's Lymphoma and
              Specific Pesticide Exposures in
23            Men...........................  216
24
25
```

## Page 5

```
 1
 2    24-29   Hardell, et al article,
              Exposure to Pesticides as Risk
 3            Factor for Non-Hodgkin's
              Lymphoma and Hairy Cell
 4            Leukemia.....................  222
 5    24-3    Chang and Delzell paper,
              Systematic review and
 6            meta-analysis of glyphosate
              exposure and risk of
 7            lymphohematopoietic cancers....  58
 8    24-30   De Roos, et al paper,
              Integrative assessment of
 9            multiple pesticides as risk
              factors for non-Hodgkin's
10            lymphoma among men...........  232
11    24-31   Eriksson, et al article,
              Pesticide exposure as risk
12            factor for non-Hodgkin lymphoma
              including histopathological
13            subgroup analysis.............  243
14    24-32   Cocco, et al article, Lymphoma
              risk and occupational exposure
15            to pesticides..................  251
16    24-33   Document, Non-Hodgkin Lymphoma
              and Occupational Exposure to
17            Agricultural Pesticide Chemical
              Groups and Active Ingredients....  255
18    24-34   Schinasi and Leon article,
              Non-Hodgkin Lymphoma and
19            Occupational Exposure to
              Agricultural Pesticide Chemical
20            Groups and Active Ingredients....  260
21    24-35   Alavanja, et al paper,
              Increased Cancer Burden Among
22            Pesticide Applicators and
              Others Due to Pesticide
23            Exposure.....................  265
24    24-36   Alavanja, et al, Draft,
              Lymphoma risk and pesticide use
25            in the Agricultural Health
              Study.........................  270
```

2 (Pages 2 to 5)

Confidential - Pursuant to Protective Order

Page 6

1
2    24-4    6/2/15 e-mail,
         ACQUAVELLAPROD00010118 through
3        120............................  67

4    24-5    E-mail chain, Bates
         ACQUAVELLAPROD02463444 through
5        446............................  71

6    24-6    E-mail chain with attachments,
         Bates ACQUAVELLAPROD00022326
7        through 334......................  73

8    24-7    Exponent document, Design of
         Epidemiologic Studies for Human
9        Health Risk Assessment of
         Pesticide Exposures, Bates
10       MONGLY02314040 through 14079.....  91

11   24-8    Montgomery, et al article,
         Characteristics of
12       non-participation and potential
         for selection bias in a
13       prospective cohort study.........  103

14   24-9    1/28/16 retention letter.........  116
15
16
17
18
19
20
21
22
23
24
25

Page 7

PROCEEDINGS

          THE VIDEOGRAPHER:  We are now on
record.  My name is Chris Coughlin, and I'm a
videographer at Golkow Technologies.  Today's
date is September 22, 2017, and the time is 8:05
a.m.
          This video deposition is being held in
Boston, Massachusetts, In Re:  Roundup Products
Liability Litigation, MDL No. 2741, for the U.S.
District Court, Northern District of California.
          The deponent is Dr. Lorelei Mucci.
          Will counsel please identify
yourselves and state whom you represent.
          MR. MILLER:  Good morning.  It's
Michael and Nancy Miller who represent the
plaintiffs.
          MR. COPLE:  William Cople and Grant
Hollingsworth, both of Hollingsworth LLP, for
the Monsanto Company.
          THE VIDEOGRAPHER:  And appearing by
phone?
          MR. MILLER:  Jeffrey?
          MR. TRAVERSE:  Jeffrey Traverse from
the Miller Firm.

Page 8

          THE VIDEOGRAPHER:  The court reporter
is Maureen O'Connor, and she will now swear in
the witness.

          LORELEI A. MUCCI, ScD,
having been first duly identified and sworn, was
examined and testified as follows:
          EXAMINATION
BY MR. MILLER:
    Q.  Good morning.
    A.  Good morning.
          MR. COPLE:  I have a statement first.
          Dr. Mucci is being produced today for
deposition pursuant to Pretrial Order No. 7 on
the deposition protocol as a general causation
expert for Monsanto.  Monsanto marks the entire
deposition, videography, and exhibits on a
provisional basis as confidential pursuant to
the MDL court's protective and confidentiality
order.
BY MR. MILLER:
    Q.  How are you doing today?
    A.  I'm fine, thank you.
    Q.  Great.
          Please state your full name?

Page 9

    A.  My name is Lorelei Ann Mucci.
    Q.  May I call you Dr. Mucci?
    A.  Yes.
    Q.  Okay.  And you are a doctor, in fact,
and you're a professor here at Harvard
University?
    A.  I am.
    Q.  Now, you're not a medical doctor, but
what kind of doctor?
    A.  I'm a -- I have a doctoral degree in
epidemiology.
    Q.  Okay.  Very well.
          And have you testified as an expert
before?
    A.  No, I have not.
    Q.  Okay.  I'm going to ask you some
questions today; all right?
    A.  Yes.
    Q.  Okay.  And you've been named as an
expert witness on behalf of Monsanto.  You
understand that; right?
    A.  Yes.
    Q.  So if you answer my questions, I'll
assume you understood them and answered them
truthfully and fully; is that fair?

Confidential - Pursuant to Protective Order

Page 10

1    A.  Yes.
2    Q.  Okay.  Very good.
3         I will do my best to ask intellectual
4    and honest questions, and I know you'll do your
5    best to give me intellectual and honest answers.
6    And I promise to do this, and I know we'll
7    disagree, but without being disagreeable; all
8    right?  So -- and I promise not to interrupt
9    you, and I know you'll extend me that courtesy.
10   Is that fair?
11   A.  Yes.
12   Q.  Okay.  And I just want to clear up,
13   you never worked on, as an epidemiologist, on
14   the issue of glyphosate and potential
15   association with non-Hodgkin's lymphoma until
16   you were retained as an expert by the
17   Hollingsworth firm; true?
18   A.  Yes, I've not previously worked on
19   these studies.
20   Q.  And it would also be true that you
21   were -- or were not following the literature
22   surrounding this issue -- when I say "this
23   issue," I mean glyphosate non-Hodgkin's
24   lymphoma -- that was occurring in the medical
25   scientific literature until being asked to look

Page 11

1    at this; is that fair?
2    A.  Yes.  Although while that's fair, I
3    think I'm competent to be able to review the
4    epidemiology studies of glyphosate and
5    non-Hodgkin's lymphoma.
6    Q.  Nor was I suggesting otherwise.  I
7    just wanted to get a time frame of when you
8    first started doing that.  And I'm not trying to
9    put words in your mouth.  I'm really just trying
10   to get us, you know, down the road to where we
11   can talk about specific issues.
12        But fair to say clearly you don't
13   believe there is an association between Roundup
14   and non-Hodgkin's lymphoma, is that true?
15   A.  Based on my critical review of all of
16   the epidemiology literature, I believe there's
17   no causal association between glyphosate and NHL
18   risk.
19   Q.  Right.
20        But my understanding from your report,
21   you did not do the Bradford Hill analysis; you
22   looked at the studies, determined there was no
23   real association, and that was the end of it?
24        MR. COPLE:  Objection.  Lacks
25   foundation.  Object to the form of the question.

Page 12

1    BY MR. MILLER:
2    Q.  You can answer.
3    A.  So while I did not apply a Bradford
4    Hill approach, I used a standard epidemiological
5    approach for critically reviewing the
6    epidemiology studies each on their own, and came
7    to my conclusion based on this complete review.
8    Q.  Sure.
9         In your report you say the strongest
10   evidence on this issue is the Agricultural
11   Health Study; right?
12   A.  I agree, because the Agricultural
13   Health Study is a prospective cohort study, and
14   it avoids many of the biases inherent in
15   case-control studies.
16   Q.  And prior to your becoming involved as
17   an expert for Monsanto and the Hollingsworth
18   firm, were you aware that other scientists of
19   Harvard had looked at the Agricultural Health
20   Study and analyzed its strengths and weaknesses
21   in a publication?
22        MR. COPLE:  Objection.  Vague, lacks
23   foundation.
24   A.  No, I was not aware of that.
25   BY MR. MILLER:

Page 13

1    Q.  And I'll hand it to you now.
2         You were not provided this prior
3    review of the Agricultural Health Study which
4    we're marking as Exhibit 24-1.
5         (Whereupon, Mucci Exhibit 24-1, Gray,
6              et al article, The Federal
7              Government's Agricultural Health
8              Study, was marked for identification.)
9    BY MR. MILLER:
10   Q.  I'd lose my head if it wasn't
11   attached.
12        Here it is, Doctor.  I'm handing you
13   what is a review of the Agricultural Health
14   Study.
15        MR. MILLER:  I need that one back.
16   Sorry.
17        MS. MILLER:  Sorry.
18   BY MR. MILLER:
19   Q.  I'll put that one right here.  You
20   have not seen Exhibit 24-1, this review of the
21   Agricultural Health Study prepared by Harvard
22   University School of Public Health before,
23   right, Doctor?
24        MR. COPLE:  Object to the form of the
25   question.

4 (Pages 10 to 13)

Confidential - Pursuant to Protective Order

Page 14

1      A.  I -- while I have not seen this
2  report, I'd just like to clarify that there are
3  actually multiple authors from many institutions
4  in this study.
5  BY MR. MILLER:
6      Q.  Yes, ma'am, that's absolutely true.
7  Let's look at some of them.
8      One of them is George Gray who is from
9  the Center for Risk Analysis, Harvard School of
10  Public Health.
11      Do you see that?
12      A.  Yes.
13      Q.  And, of course, that is affiliated
14  with Harvard University; right?
15      A.  Yes.
16      Q.  And do you know Dr. Gray?
17      A.  I do not.
18      Q.  And another scientist involved in this
19  review is Elizabeth Delzell who is from the
20  University of Alabama.  She's an epidemiologist.
21  Do you know her?
22      A.  I do not.
23      Q.  And Richard Monson, one of the authors
24  of this scientific paper, is from the department
25  of epidemiology, Harvard School of Public

Page 15

1  Health.  Do you know him?
2      A.  I do know him.
3      Q.  How do you know Dr. Monson?
4      A.  Dr. Monson, I believe, actually is in
5  the department of environmental health.  He's a
6  researcher and a professor at the university.
7      Q.  These scientists in this published
8  article -- this is called Human and Ecological
9  Risk Assessment Journal.  Are you aware of that
10  journal?
11      A.  No, I'm not.
12      Q.  Is it peer-reviewed?
13      A.  I don't -- I'm not sure.  I'm not
14  familiar with this journal --
15      Q.  Do you see --
16      A.  -- but I would assume it would be.
17      Q.  It's in year 2000.  Do you see that?
18      A.  Yes.
19      Q.  And to put it in context, that's three
20  years after the questionnaires had been
21  completed for the first round of the
22  Agricultural Health Study; right?
23      A.  On average, yes.
24      Q.  Okay.  And what -- and we'll go
25  through some of this, but in the Abstract

Page 16

1  section, these scientists from Harvard and other
2  schools tell us that there are -- "Although the
3  AHS was intended to be an integrated program of
4  studies, some significant difficulties have
5  emerged."
6      Did I read that correctly?
7      MR. COPLE:  Objection.  The document
8  speaks for itself.
9      A.  Yes, while that's what the abstract
10  says, I actually have not had a chance to read
11  through this myself.
12  BY MR. MILLER:
13      Q.  And it wasn't provided to you by the
14  lawyers for Monsanto; right?
15      A.  It was not one of the ones that I
16  remember reviewing.
17      Q.  And it says here in this abstract that
18  there have been 90,000 applicators and their
19  spouses enrolled in a number of studies to
20  determine whether exposure to specific
21  pesticides are associated with various cancers
22  and other adverse health outcomes.
23      Do you see that?
24      MR. COPLE:  Objection.  Lacks
25  foundation, the document speaks for itself.

Page 17

1      A.  Yes, I see that, where it's written,
2  yes.
3  BY MR. MILLER:
4      Q.  In your --
5      A.  But, again, I haven't had a chance to
6  read through this.
7      Q.  I understand.  And it wasn't provided
8  to you, ma'am.  We'll go through it together.
9  Here's my question.
10      In your report you talk about a health
11  study, Agricultural Health Study, with about
12  some 50-some thousand people in it; right?
13      A.  Correct.
14      Q.  What happened to the other
15  40,000 people?
16      MR. COPLE:  Objection.  Argumentative,
17  lacks foundation.
18  BY MR. MILLER:
19      Q.  Do you know?
20      A.  As I said, I haven't had a chance to
21  review through this, so I couldn't testify one
22  way or the other what the difference is between
23  the number presented here and the number in the
24  report I reviewed.
25      Q.  I want to go over the limitations to

Confidential - Pursuant to Protective Order

Page 18

1  the Agricultural Health Study that are
2  articulated by the authors of this study from
3  Harvard University. If you would go to Page 48,
4  please. Do you see where it says "Important
5  limitations"? That would be the first full
6  paragraph. Do you see where I am, ma'am?
7      A. Yes, I do.
8      Q. It says, "low and variable rates of
9  subject response to administrated surveys."
10      Do you see that?
11      MR. COPLE: Objection. The document
12  speaks for itself.
13      A. Yes, I see where it says this in this
14  report.
15  BY MR. MILLER:
16      Q. That's a serious problem, isn't it?
17      MR. COPLE: Objection. Argumentative,
18  vague.
19      A. Well, as I stated, I haven't had a
20  chance to review this particular report, so I
21  wouldn't be able to specifically comment on what
22  the authors have said here in the abstract.
23  BY MR. MILLER:
24      Q. Well, do you know what they mean by
25  "low and variable rates of subject response to

Page 19

1  administered surveys"?
2      MR. COPLE: Objection. Asked and
3  answered.
4      A. Again, since I haven't had a chance to
5  read through this particular document, I'm
6  unable to comment on what they're referring to
7  there.
8  BY MR. MILLER:
9      Q. As long as you don't comment at trial,
10  that's fine.
11      MR. COPLE: Objection. Argumentative.
12  BY MR. MILLER:
13      Q. So the other criticism -- one more of
14  the criticisms in the limitations of the
15  Agricultural Health Study as articulated by
16  these experts from Harvard is "concerns about
17  the validity of some self-reported non-cancer
18  health outcomes."
19      Do you see that, ma'am?
20      A. Well, that may be what is written
21  here. I'd like to clarify, the study we looked
22  at was using cancer outcomes, and relying on
23  state registry data which have been shown to
24  have very high quality data and complete
25  follow-up.

Page 20

1      Q. Ma'am, if -- in the study you looked
2  at, they looked at potential confounders that
3  were not cancer outcome; true?
4      MR. COPLE: Objection. Lacks
5  foundation.
6      A. I'm sorry. I don't understand your
7  question.
8  BY MR. MILLER:
9      Q. Were there potential confounders in
10  the Agricultural Health Study?
11      A. There the Agricultural Health Study
12  did look at a number of potential confounders of
13  the association.
14      Q. Can you and I agree it would be
15  important to have accurate information about
16  those potential confounders?
17      MR. COPLE: Objection. Lacks
18  foundation, argumentative.
19      A. While I would agree that it is, of
20  course, important to have high quality data of
21  confounders, I don't think that the discussion
22  here about self-reported non-cancer health
23  outcomes refers to that point of confounding.
24  BY MR. MILLER:
25      Q. But you don't know? You've not talked

Page 21

1  to these authors about this paper?
2      A. I have not read through this paper.
3  But having critically reviewed the Agricultural
4  Health Study publications, I can say that the
5  data that was included as potential confounders
6  in a number of validation studies that have been
7  performed by the Agricultural Health Study
8  showed that the majority of factors were quite
9  valid.
10      Q. Let's take a look at what these
11  scientists said from Harvard.
12      So we've talked about the limitation
13  of the Agricultural Health Study, number one,
14  "low and variable rates of response"; two,
15  "concerns about the validity of some
16  self-reported non-cancer outcomes"; three,
17  "limited understanding of the reliability and
18  validity of self-reporting of chemical use."
19      That's a problem, isn't it, ma'am?
20      MR. COPLE: Objection. Argumentative,
21  lacks foundation, asked and answered.
22      A. And so as I said previously, because I
23  haven't read through this report, I'm not
24  specifically sure what they are referring to.
25  However, I do know that the Agricultural Health

6 (Pages 18 to 21)

Confidential - Pursuant to Protective Order

Page 22

1  Study has published some validation studies
2  looking specifically at the quality of the
3  pesticide data, including glyphosate, and showed
4  high reliability of the self-reported data,
5  including looking at biomarkers. So I'm not
6  specifically sure what they're discussing here,
7  because I have not read through this
8  publication.
9  BY MR. MILLER:
10      Q.  The fourth criticism on limitation by
11  these Harvard authors was "an insufficient
12  program of biological monitoring to validate the
13  exposure surrogates employed in the AHS
14  questionnaires."
15          Is that a criticism that you also
16  observed, or do you not agree with these folks?
17          MR. COPLE:  Objection.  Argumentative,
18  compound question, lacks foundation, and asked
19  and answered.
20      A.  As I said previously, since I haven't
21  read through this report I can't address
22  specifically what they're talking about.  But as
23  I've just mentioned, the Agricultural Health
24  Study has reported a number of validation
25  studies showing high quality of the

Page 23

1  self-reported data on pesticides as it relates
2  to biomarkers of exposure.
3  BY MR. MILLER:
4      Q.  The fifth criticism of these Harvard
5  authors of the Agricultural Health Study is
6  "possible confounding by unmeasured,
7  non-chemical risk factors for disease."
8          Is that a serious issue, ma'am?
9          MR. COPLE:  Objection.  Vague,
10  argumentative, lacks foundation, asked and
11  answered.
12      A.  I mean, I think, again, it is
13  challenging for me to comment specifically here
14  since I have not read this particular
15  manuscript.  However, I think while we're often
16  concerned about confounding, not only in the
17  Agricultural Health Study but all of the
18  case-control studies that were looked at as
19  well, I think one important finding from several
20  of the studies was the importance of adjusting
21  for confounding by other pesticides which was
22  done in the Agricultural Health Study.
23  BY MR. MILLER:
24      Q.  Is it important to have a detailed
25  plan for data analysis when you're doing a

Page 24

1  study?
2          MR. COPLE:  Objection.  Vague.
3      A.  I think I would want clarification
4  specifically in what context you're asking that
5  question.
6  BY MR. MILLER:
7      Q.  You can't answer that without context?
8          MR. COPLE:  Objection.  Argumentative,
9  vague.
10      A.  As I said, I think in order to answer
11  the question fully, I would need to understand
12  the context in which you're asking it.
13  BY MR. MILLER:
14      Q.  Let's look at it in the context of
15  these Harvard professionals who are criticizing
16  the limitations of the Agricultural Health
17  Study.  There are six --
18          MR. COPLE:  Objection.  Misstates the
19  authorship of the manuscript.
20  BY MR. MILLER:
21      Q.  Their sixth limitation is, "and the
22  absence of a detailed plan for data analysis and
23  interpretation that includes explicit, a priori
24  hypothesis."
25          That's a pretty serious charge, isn't

Page 25

1  it, ma'am?
2          MR. COPLE:  Objection.  Argumentative,
3  vague, lacks foundation, asked and answered.
4      A.  Again, as I said, I haven't read
5  through this manuscript, so I couldn't comment
6  specifically on that point.  However, in the
7  Agricultural Health Study publication of 2013,
8  as well as 2005, there was a clear a priori
9  specification of the hypothesis.  So I'm not
10  sure specifically what they're referring to here
11  since I have not read this manuscript.
12      Q.  It's your testimony, ma'am, under oath
13  that there was an a priori hypothesis for the
14  2013 AHS study before the data was collected?
15          MR. COPLE:  Objection.  Misstates the
16  witness's testimony.
17      A.  That's not what I said actually.
18  BY MR. MILLER:
19      Q.  Well, then let's clarify, because you
20  and I are going to agree that there was -- first
21  let's back up.
22          For laypeople, what is an a priori
23  hypothesis?  How would you explain that in lay
24  terms?
25      A.  I would say that an a priori

7 (Pages 22 to 25)

Confidential - Pursuant to Protective Order

Page 26

1    hypothesis is a hypothesis that's laid out at
2    the initiation of a study or analysis within a
3    project.
4    BY MR. MILLER:
5        Q.  And that's important in epidemiology,
6    isn't it?
7            MR. COPLE:  Objection.  Vague,
8    argumentative.
9        A.  I think it would be important to have
10   some clarification about specifically what
11   you're asking.  Are you asking -- it would be
12   helpful to have clarification on that.
13   BY MR. MILLER:
14       Q.  Prior to me asking that question, have
15   you written a textbook on epidemiology?
16       A.  I have written a -- been part of a
17   textbook of cancer epidemiology, yes.
18       Q.  And did you write in that book how
19   important it was to have an a priori hypothesis?
20           MR. COPLE:  Objection.  Lacks
21   foundation.
22       A.  I would -- I can't recall specifically
23   one way or the other what was in a textbook of
24   hundreds of pages.
25   BY MR. MILLER:

Page 27

1        Q.  Well, if I was one of your epide- --
2    right now do you teach epidemiology?
3        A.  I teach cancer epidemiology.
4        Q.  And if I was to raise my hand in your
5    class -- as if Harvard would ever have me, but
6    let's pretend I made it -- I'm in your class, I
7    raise my hand, I say, "is it important,
8    Dr. Mucci, to have an a priori hypothesis when I
9    do a study," what would you tell me?
10           MR. COPLE:  Objection.  Vague.
11       A.  As I stated previously, it actually
12   depends on the study question.  There are --
13   while there are some times where you would have
14   an a priori hypothesis, there's other examples
15   in epidemiology where you wouldn't necessarily
16   have an a priori hypothesis.
17   BY MR. MILLER:
18       Q.  All right.  So I'm going to write
19   these down, just give me one second here, the
20   six limitations.  I could do this without
21   writing it down, I guess.  Let's go back,
22   because I don't want to take too much time.
23       So here's a question.  Of these six
24   important limitations as described by these
25   authors, including these Harvard

Page 28

1    epidemiologists, one -- I'm going to ask if you
2    agree or disagree with each one.
3        One, "include low and variable rates
4    of subject response to administered survey."  Do
5    you agree that's an important limitation, or
6    not?
7        A.  As I stated, since I haven't read the
8    specific manuscript, I couldn't comment on that
9    specific statement there.
10       Q.  Okay.  Two, do you agree, disagree, or
11   have no comment about this limitation, "concerns
12   about the validity of some self-reported
13   non-cancer health outcomes"?
14       A.  As I stated, I haven't read this
15   manuscript.  I couldn't refer to specifically
16   what they're asking.  However, important note
17   here is that in the study of non-Hodgkin's
18   lymphoma, which is a cancer outcome, it uses
19   data from the state registries which has a
20   very -- has been shown to have very high quality
21   and high follow-up.
22       Q.  Three, another limitation, "limited
23   understanding of the reliability and validity of
24   self-reporting of chemical use."
25       Do you agree or disagree?

Page 29

1        A.  As I stated, since I haven't read this
2    manuscript, I'm unable to comment specifically.
3    However, there have been validation studies
4    performed by the Agricultural Health Study that
5    have shown high reliability and validity of the
6    self-reported data.
7        Q.  Four, "an insufficient program of
8    biological monitoring to validate the exposure
9    surrogates employed in the AHS questionnaire."
10   Do you agree with that limitation, or disagree?
11       A.  Since I haven't read through this
12   manuscript, I'm unable to specifically comment
13   on what's written here.  However, as I just
14   stated, there have been biological validation
15   studies, including for glyphosate, in the
16   Agricultural Health Study to show high validity.
17       Q.  The fifth limitation, do you agree or
18   disagree, "possible confounding by unmeasured,
19   non-chemical risk factors for disease"?
20       A.  I have not read through this, so I'm
21   not sure specifically what they're referring to
22   here.  However, in all epidemiology studies,
23   including the case-control studies that have
24   looked at NHL and glyphosate, a measure
25   confounding is an important consideration that

Confidential - Pursuant to Protective Order

Page 30

1  we evaluate in looking through the epidemiology
2  literature.
3       Q.  Six, the sixth limitation, the absence
4  of a detailed plan for data analysis, an
5  interpretation that included explicit a priori
6  hypothesis.  Do you agree or disagree there was
7  no a priori hypothesis?
8       A.  As I stated previously, since I
9  haven't read through this manuscript, I can't
10  say specifically what they were commenting on.
11  However, there are examples where, in
12  epidemiology, where you would want an a priori
13  hypothesis, and there are other examples where
14  you wouldn't necessarily have an a priori
15  hypothesis stated.
16       Q.  All right.  Would you please turn with
17  me to Page 52, this Harvard study.  They talk
18  about in the first full paragraph -- I want to
19  ask you about it.  "In the prospective cohort
20  study, low response rates to questionnaires
21  designed to obtain information on subject
22  identifiers, exposures, and baseline disease
23  status will clearly diminish statistical power
24  and may create bias."
25       It's true, isn't it, ma'am?

Page 31

1       MR. COPLE:  Objection.  Argumentative,
2  mischaracterizes the study authors, lacks
3  foundation, asked and answered.
4  BY MR. MILLER:
5       Q.  You can answer.
6       A.  Since I haven't read through this
7  manuscript, I'm not sure what they're referring
8  to specifically, and would need greater context
9  about this.
10       Q.  They go on to warn in the next
11  sentence, "The success of the cohort study also
12  depends upon acceptable response rates to future
13  follow-up surveys of the cohort."
14       That was a concern that Harvard
15  expressed in two -- in year 2000.  That's called
16  loss to follow-up, isn't it?
17       MR. COPLE:  Objection.  Argumentative,
18  mischaracterizes both the study authors, as well
19  as that particular statement lacks foundation,
20  asked and answered.
21       A.  While that may be an issue one would
22  want to be concerned about, I believe that the
23  specifics in the Agricultural Health Study
24  publication addresses issues around response
25  rates in a number of different ways.  So -- but

Page 32

1  I can't say specifically what they're commenting
2  on here.
3  BY MR. MILLER:
4       Q.  They're commenting on a concern about
5  loss to follow-up in the future surveys, and
6  that's what they're commenting on.
7       MR. COPLE:  Objection.  Argumentative,
8  the document speaks for itself, asked and
9  answered.
10       A.  Yeah, it's challenging to really
11  understand fully what they're referring to here
12  since I have not had a chance to review this
13  document yet.  So it's hard for me, without
14  specific context of what they were talking
15  about, to fully answer your question.
16  BY MR. MILLER:
17       Q.  Well, you were provided the
18  Agricultural Health Study and call it the
19  strongest evidence in the case.  So let me ask
20  you this.
21       Do you know what the loss of follow-up
22  was in the Agricultural Health Study number two
23  that you rely upon?
24       A.  So I think what you're -- well, I'm
25  not exactly sure what you mean by "loss to

Page 33

1  follow-up" here.  Could you -- it would be
2  helpful to have a clarification.
3       Q.  Have you used the phrase "loss to
4  follow-up" before?
5       A.  When I talk about loss to follow-up,
6  what I'm thinking about is not knowing what the
7  outcomes of study are.  And we know by using the
8  state registry data that we have virtually
9  complete follow-up for cancer outcomes,
10  including non-Hodgkin lymphoma.
11       Q.  Okay.  So it's your testimony there is
12  no low -- there is no loss to follow-up in
13  Agricultural Health -- let me finish my
14  question -- in the Agricultural Health Study
15  number two, the unpublished study that you rely
16  upon?
17       MR. COPLE:  Objection.  Misstates the
18  prior testimony.
19       A.  What I stated was when I, as an
20  epidemiologist, think about the concept of loss
21  to follow-up, we're concerned about whether or
22  not we know somebody has the outcome of
23  interest, which in this case would be
24  non-Hodgkin's lymphoma.  Since the Agricultural
25  Health Study uses state registries to follow

Confidential - Pursuant to Protective Order

Page 34

1    individuals, that follow-up for the endpoint of
2    non-Hodgkin's lymphoma was actually quite high.
3    And so in terms of the outcome, the loss to
4    follow-up in the Agricultural Health Study is
5    very, very low.
6    BY MR. MILLER:
7        Q.  Did the state registries tell the
8    investigators whether these people were --
9    started using Roundup?
10            MR. COPLE:  Objection.  Vague, lacks
11    foundation.
12        A.  As I just mentioned, the use of the
13    term "loss to follow-up" in epidemiology usually
14    refers to the outcome, not to the exposure.
15    That's a different issue.
16    BY MR. MILLER:
17        Q.  Is it important that 37 percent of the
18    participants in the first Agricultural Health
19    Study did not fill out the questionnaire for the
20    second Agricultural Health Study, or is that --
21    it doesn't mean anything to you?
22            MR. COPLE:  Objection.  Vague, lacks
23    foundation, argumentative.
24        A.  Could you clarify what you mean by
25    that, please?

Page 35

1    BY MR. MILLER:
2        Q.  Let's read the question back and see
3    what needs clarifying.
4            (Whereupon, the reporter read back the
5    pending question.)
6            MR. COPLE:  Same objections.
7        A.  All right.  So if you could clarify
8    what you mean by "important."
9    BY MR. MILLER:
10        Q.  Have you ever used the word
11    "important" before?
12            MR. COPLE:  Objection.  Argumentative.
13        A.  I can imagine many different
14    interpretations of the word important here.  So
15    I guess if you could clarify specifically what
16    you mean by important in this context, that
17    would be helpful.
18    BY MR. MILLER:
19        Q.  Tell me your interpretation of the
20    word important, and we'll get back to work.
21            MR. COPLE:  Objection.  Vague.
22        A.  It has many interpretations.  That's
23    why I'm asking for some clarification on this
24    question.
25    BY MR. MILLER:

Page 36

1        Q.  You need clarification on the
2    definition of the word "important"?
3            MR. COPLE:  Objection.  Argumentative.
4        A.  If you could say specifically why --
5    what you'd like me to talk about in terms of the
6    participation in the second wave of the
7    questionnaire in terms of potential bias, I'd
8    be -- if you could clarify that.
9    BY MR. MILLER:
10        Q.  It may not have been important to you,
11    but it was important to these Harvard
12    scientists.
13            Let's look at --
14            MR. COPLE:  Objection.  Argumentative,
15    mischaracterizes the study authors.
16    BY MR. MILLER:
17        Q.  These scientists at Harvard not
18    retained by Monsanto say, "If low response rates
19    occur with follow-up questionnaires, the
20    potential for bias will increase, partly from
21    misclassification of subjects (and person-years)
22    with regard to chemical exposure and partly from
23    residual confounding stemming from inaccurate
24    measurement of risk factors other than
25    pesticides."

Page 37

1    Did I read that correctly?
2            MR. COPLE:  Objection.  The document
3    speaks for itself.
4        A.  That is what is stated here in this
5    document.
6    BY MR. MILLER:
7        Q.  Tell the jury what the problem is in
8    epidemiology with misclassification.  What's
9    that mean?
10            MR. COPLE:  Objection.  Vague.
11        A.  I'd like to read this again, because,
12    again, since I haven't had a chance to read this
13    document, I'm seeing this for the first time
14    here, so I'd just like to read it again.
15            (Witness reviewing document.)
16        A.  I think what they're saying
17    specifically is a concern of misclassifying the
18    exposure which could result.  However, I think
19    what's been shown in the Agricultural Health
20    Study publications is that although there was
21    some missing data in the second phase of the
22    questionnaire, they looked at this in many
23    different ways, all of which said basically the
24    same thing, that they were able to -- including
25    in a validation study, they could use all this

Confidential - Pursuant to Protective Order

Page 38

1  data, and that the misclassification was likely
2  to be low.
3       If I believe -- when this publication
4  happened, it was well before the second wave or
5  any validation studies that were done to assess
6  the potential issues of misclassification, which
7  do not seem to be apparent in the Agricultural
8  Health Study.
9  BY MR. MILLER:
10      Q.  What is the residual confounding?  How
11  would you explain to a lay -- a jury what
12  residual confounding is?
13          MR. COPLE:  Objection.  Vague.
14      A.  I would say that residual confounding
15  occurs in -- when you haven't fully adjusted for
16  factors that are both correlated with the
17  exposure and also have an association with the
18  outcome.
19  BY MR. MILLER:
20      Q.  Please turn with me to Page 57.
21  Before we talk about the particulars of Page 57,
22  you understand that the Agricultural Health
23  Study was done off of questionnaires that were
24  filled out by people that were applying to
25  become licensed pesticide commercial

Page 39

1  applicators?
2          MR. COPLE:  Objection.  Lacks
3  foundation.
4  BY MR. MILLER:
5      Q.  You can answer.
6      A.  Could you repeat the question?  Sorry.
7          MR. MILLER:  Ma'am, would you read
8  that back?
9          (Whereupon, the reporter read back the
10  pending question.)
11          MR. COPLE:  Same objection.
12      A.  I know that questionnaires were filled
13  out by the participants in the Agricultural
14  Health Study.  But in addition to that, there
15  were also subsequently validation studies on
16  select participants as well.
17  BY MR. MILLER:
18      Q.  Do you understand that they were
19  applying for license, commercial pesticide
20  applicator licenses?
21      A.  I was not aware one way or the other
22  if they were.
23      Q.  I understand.
24          Let me look with you at Page 57.  A
25  concern raised by these scientists from Harvard

Page 40

1  and other institutions is -- and we're at the
2  middle of the page, I'll highlight it -- "It is
3  possible that those farmers who apply pesticides
4  frequently and have done so for many years do so
5  with particular experience and care, which might
6  suggest that their absorbed dose per application
7  is less than the exposure of farmers who apply
8  chemicals less frequently or have fewer years of
9  experience in farming."
10          That's a fair concern, isn't it,
11  ma'am?
12          MR. COPLE:  Objection.  Argumentative,
13  vague, lacks foundation.
14      A.  Again, since I'm just reading parts of
15  this manuscript, now I'm not specifically sure
16  what they're referring to.  However, in the
17  Agricultural Health Study publications, one way
18  that they try to account for potential different
19  use of protective gear, for example, was in
20  their measure of one of their dose-response
21  exposures to try to address and say what was the
22  real dose-exposure.
23          So I'm not sure specifically what
24  they're referring to here, but it is the case
25  that their dose-response analyses in both of the

Page 41

1  Agricultural Health Study publications did
2  address this issue.
3  BY MR. MILLER:
4      Q.  You said twice now "both of the
5  Agricultural Health Study publications."  But
6  just to be clear, you and I agree the second
7  Agricultural Health Study is not published?
8      A.  Parts of the second updated analysis
9  was actually published in a peer-reviewed
10  journal using very similar methodology to what
11  we saw in the 2013 manuscript.
12      Q.  The part of the Agricultural Health
13  Study that was done on glyphosate and its
14  potential association with non-Hodgkin's
15  lymphoma was not published, was it, ma'am?
16      A.  Well, it was not published in a
17  journal to date.  A huge amount of that data
18  that was in that same publication using the same
19  methodology has been published in 2014.
20      Q.  You're referring to the Alavanja paper
21  on fungicide?
22      A.  Well, included many different
23  compounds including fungicides, yes.
24      Q.  Okay.  But we can agree that the
25  second paper that you're referring to on

Confidential - Pursuant to Protective Order

Page 42

1    glyphosate non-Hodgkin's lymphoma has not been
2    published?
3        A.  Correct.  While it has not been
4    published, however, they used a very similar
5    methodology that I referred to that integrated
6    information on potential use of protective
7    equipment in order to try to get a true dose of
8    exposure.  That was published in the 2014
9    publication.
10        Q.  These scientists from Harvard and
11    other institutions raise another concern, "A
12    particular task, such as mixing, may lead to
13    much greater exposure than frequent application.
14    If rare but serious mishaps or spills have a
15    powerful influence on total lifetime exposure,
16    number of applications may be a poor surrogate
17    for total exposure."
18        That's an honest criticism and
19    concern, isn't it, Doctor?
20        MR. COPLE:  Objection.  Vague.
21        A.  I'm not sure specifically what they're
22    referring to here.  However, the validation
23    study that was done within the Agricultural
24    Health Study addresses some of the concerns
25    about the use of the questionnaire data and how

Page 43

1    valid it was by looking at both the reliability
2    study as well as the biomarker study that was
3    done that both showed an association.
4    BY MR. MILLER:
5        Q.  Are you aware, Dr. Mucci, that the
6    questionnaires did not deal with the issue of
7    whether or not the applicant had spills and
8    exposure from spills?
9        MR. COPLE:  Objection.  Lacks
10    foundation.
11        A.  So I was not sure one way or the other
12    about that.  However, I think the validation
13    study shows a high validity of the questionnaire
14    data with the glyphosate biomarker data.  And
15    so, therefore, whether there were spills
16    integrated, they're not -- still shows the
17    questionnaire data are highly valid.
18    BY MR. MILLER:
19        Q.  Is it your testimony the validation
20    study addresses the issue of spills?
21        A.  As I said, I'm not sure one way or the
22    other how it integrated spills.  However, it did
23    take into account other components of protective
24    gear and other factors.
25        Q.  These scientists from Harvard and

Page 44

1    other institutions caution, "The United States
2    EPA study may not be large enough to detect
3    these rare yet serious incidents."
4        That's a legitimate concern, isn't it,
5    Doctor?
6        MR. COPLE:  Objection.  Vague.
7        A.  I'm sorry, I don't know under -- I
8    don't know what the US EPA study is, and I don't
9    know what the context of this statement is.
10    BY MR. MILLER:
11        Q.  They go on to caution, "Errors due to
12    misclassification can produce bias as towards
13    the null."
14        What does "bias towards the null"
15    mean?
16        A.  In epidemiology, bias towards the null
17    can happen when you have an exposure that's
18    misclassified, and that misclassification is
19    either a yes or no category, and it's similar in
20    those who eventually get the disease and those
21    who do not get the disease.
22        Q.  What is non-differential exposure
23    misclassification?
24        A.  In epidemiology, non-differential
25    exposure misclassification, as I said just in my

Page 45

1    last statement, refers to when the exposure is
2    misclassified, and that misclassification is
3    similar in terms of people who develop the
4    disease versus people who do not develop the
5    disease.
6        Q.  Misclassification can reduce the power
7    of a study to detect a general cause/effect;
8    true?
9        A.  Misclassification can result in bias.
10    I would think it's an issue of bias rather than
11    loss of power.
12        Q.  You'll agree that it will affect the
13    power of the study to determine a general cause
14    and effect; true?
15        A.  As I just said, my thought is it's
16    really an issue of bias and not statistical
17    power.
18        Q.  Let's see what these scientists from
19    Harvard said on Page 58, ma'am.  They say,
20    "Misclassification will reduce the power of the
21    study to detect any genuine cause-effect
22    relationship."
23        Did I read that correctly?
24        MR. COPLE:  Objection.  The document
25    speaks for itself, mischaracterizes the study

Confidential - Pursuant to Protective Order

Page 46

1    authors.
2        A.  While that's what it says specifically
3    here, I'm not sure how they're using the term
4    "power" in this statement here.
5    BY MR. MILLER:
6        Q.  They also say it "will also reduce the
7    validity of findings."
8            That's true, isn't it, Doctor?
9        A.  If there is misclassification in the
10   study and it biases to the null, that can
11   influence validity.  One important feature,
12   however, is not only whether there's
13   misclassification present, but how large the
14   misclassification is, and validation studies can
15   help address the amount of misclassification
16   that exists in the study.
17       Q.  There's a genuine and serious concern
18   about recall bias in the Agricultural Health
19   Study, isn't there, Doctor?
20           MR. COPLE:  Objection.  Lacks
21   foundation, vague.
22       A.  No, that is not correct.  Recall bias
23   does not occur in cohort studies like the
24   Agricultural Health Study.  Recall bias occurs,
25   and I think there's many examples in several of

Page 47

1    the case-control studies of glyphosate and NHL
2    risk because you're asking about the exposure
3    after the disease occurred.
4    BY MR. MILLER:
5        Q.  Let's see what these scientists from
6    Harvard say about whether the agricultural study
7    is subject to recall bias.  On Page 59, ma'am,
8    at the bottom there, they say, "In order to
9    answer these questions, respondents must
10   remember with some accuracy when they first used
11   products and their frequency...of each pesticide
12   product, and they must be able to compute
13   averages in their head involving multiple years
14   of use.  For older subjects who may have many
15   years of farm experience, accurate responses
16   will be difficult to supply.  Moreover, some
17   pesticides are sold and applied as mixtures and
18   thus the exact ingredients may not be known to
19   farmers.  It can reasonably be expected there
20   will be inaccuracies in these data."
21           That was the concern of these Harvard
22   scientists, wasn't it, Doctor?
23           MR. COPLE:  Objection.
24   Mischaracterizes the study authors, lacks
25   foundation, argumentative.

Page 48

1        A.  So I -- again, I have not read this
2    particular manuscript, so I'm not sure what
3    specifically they're referring to here.
4            But just to your comment earlier,
5    there's no -- recall bias is a very specific
6    form of misclassification.  It's a differential
7    misclassification.  This statement does not talk
8    at all about recall bias.  And as I had said,
9    the Agricultural Health Study performed a number
10   of validation studies with respect to the
11   exposure.
12       Q.  These scientists from Harvard thought
13   there was serious questions about the quality of
14   the data being collected; true?
15           MR. COPLE:  Objection.  Vague,
16   argumentative, mischaracterizes the study
17   authors.
18       A.  I couldn't say one way or the other
19   specifically what these authors, which included
20   some Harvard authors, but many other
21   institutions as well, I can't say specifically
22   what they were concerned about.  But subsequent
23   to this publication, a number of validation
24   studies have been published on specifically
25   glyphosate that showed high reliability of

Page 49

1    reporting.
2        Q.  I think we can clear that up.  Let's
3    see.  This is on Page 58, from these authors,
4    "However, there are still serious questions
5    about the quality of the pesticide use data that
6    are being collected in the Agricultural Health
7    Study."
8        A.  I'm sorry, was there a question?
9        Q.  Did I read that correctly?
10           MR. COPLE:  Objection.  The document
11   speaks for itself.
12       A.  Those are the words that are written
13   there.
14           However, as I mentioned, after this
15   was published in 2000, since that time frame,
16   there have been different settings that have
17   addressed specifically the issue of the validity
18   of the self-reported data.
19   BY MR. MILLER:
20       Q.  Do you know who Aaron Blair is?
21       A.  I know of Dr. Blair by name.
22       Q.  And is he the author of any of these
23   studies?
24           MR. COPLE:  Objection.  Vague.
25       A.  I'm sorry, could you clarify, any of

13 (Pages 46 to 49)

Confidential - Pursuant to Protective Order

Page 50

1  what studies?
2  BY MR. MILLER:
3      Q.  Is he an author of the Agricultural
4  Health Study?
5      A.  Yes, he is an author in the
6  Agricultural Health Study.
7      Q.  Is he an author -- or do you know what
8  the NAPP study is?
9      A.  The North American Pooling Project.
10     Q.  Is he an author of the NAPP?
11     A.  I'd have to review the author list on
12  that to make sure.
13     Q.  Did he help with this Harvard study,
14  do you know?
15     A.  I don't know one way or the other.
16     Q.  Let's take a look.  Go with me,
17  please, to Page 69.  In the Acknowledgment
18  section it tells us that "Preparation of this
19  report was a collaborative effort involving
20  Drs. John D. Graham and George M. Gray of
21  Harvard Center for Risk Analysis."
22        Do you see that, ma'am?
23     A.  Yes.
24     Q.  And "We are particularly thankful for
25  information and assistance provided by

Page 51

1  Agricultural Health Study team members," lists
2  many of them, including Dr. Aaron Blair.  Do you
3  see that?
4      A.  Yes, I do.
5      Q.  It also lists and thanks a Dr. John
6  Acquavella in helping with this report.
7        Do you know who Dr. John Acquavella
8  is?
9      A.  I know him by name, yes.
10     Q.  He's an epidemiologist that was a
11  full-time employee at one time for Monsanto.
12  You're aware of that, aren't you?
13     A.  Yes.
14     Q.  And you knew Dr. Acquavella prior to
15  being retained as an expert here by
16  Hollingsworth, right?
17     A.  Did I know -- I've never met
18  Dr. Acquavella.
19     Q.  You knew him by name and reputation
20  prior to that?
21     A.  I knew of his name, yes.
22     Q.  Okay.  I'm going to move on to
23  something else.
24        Yes, ma'am.  I think I'm going to
25  leave it in a pile there.  We might go back and

Page 52

1  forth between exhibits.  Thank you.
2        You mention in your report the
3  Exponent meta-analysis.  Are you familiar with
4  what I'm talking about there, ma'am?
5      A.  Which specific report are you
6  referring to?
7      Q.  Dr. Chang and others did a
8  meta-analysis of this issue.  You mention it in
9  your report.  It's not published.  I'm sorry, to
10  be precise May 24, 2017.
11     A.  May I look at my report to pull it up?
12     Q.  Sure, I think you can find it on
13  Page 59, if that helps.
14     A.  Page 60 refers to the technical
15  memorandum of 2017.
16     Q.  Yes, ma'am.  So I'll mark it as 24-2.
17        (Whereupon, Mucci Exhibit 24-2,
18        5/24/17 Exponent paper, Meta-Analysis
19        of Glyphosate Use and risk of
20        Non-Hodgkin Lymphoma, was marked for
21        identification.)
22  BY MR. MILLER:
23     Q.  And this is what we're referring to
24  (handing).
25        MR. COPLE:  Do you have a copy?

Page 53

1        MR. MILLER:  I do, yes.  I'm sorry
2  (handing).
3  BY MR. MILLER:
4      Q.  All right.  Ma'am, so this is the
5  Exponent report mentioned in your report?
6      A.  Yes.
7      Q.  And I want to get your understanding
8  for the jury.  This draft in Footnote 1 of an
9  Agricultural Health Study 2013 article was sent
10  by a lawyer for Hollingsworth, Mr. Lasker, to
11  Exponent, and then they took it and did a
12  meta-analysis; right?
13        MR. COPLE:  Objection.  The document
14  speaks for itself.
15     A.  Yeah, I'm not sure specifically.  I
16  couldn't comment specifically on what was sent
17  to Exponent for this meta-analysis.
18  BY MR. MILLER:
19     Q.  It says in footnote 1, ma'am, the
20  Alavanja draft, Lymphoma risk and pesticide use
21  in the Agricultural Health Study, March 15,
22  2013, and that was received by Exponent from
23  Mr. Eric G. Lasker, Hollingsworth, LLP.
24        Do you see that?
25        MR. COPLE:  Objection.  The document

14 (Pages 50 to 53)

Confidential - Pursuant to Protective Order

Page 54

1    speaks for itself.
2        A.  Yes, I see where it says this, but I
3    couldn't comment specifically what materials
4    were sent to them or what materials were not
5    sent to them.
6    BY MR. MILLER:
7        Q.  Well, you don't challenge this
8    footnote 1 where it says that the draft of the
9    AHS manuscript was sent to Exponent by the
10   lawyer at Hollingsworth?
11       A.  I just couldn't comment one way or the
12   other since I'm not familiar specifically what
13   was sent to them for this meta-analysis.
14       Q.  Well, you can comment that
15   Hollingsworth is the same law firm that has
16   hired you; right?
17       A.  Correct.
18       Q.  Yeah, okay.  So Hollingsworth has been
19   retained by Monsanto.  You've been retained by
20   Monsanto.
21       Are you aware that Exponent is being
22   funded by Monsanto?
23       A.  I'm sorry, could you clarify
24   specifically what you mean by "funded by
25   Monsanto"?  Was that for this particular study

Page 55

1    or...
2        Q.  Yes, for this particular study.
3        MR. COPLE:  Objection.  Lacks
4    foundation.
5        A.  I wasn't familiar one way or the other
6    about who was funding this manuscript.
7    BY MR. MILLER:
8        Q.  The other -- if you go, please, with
9    me to footnote 7, here we have, "Other documents
10   that we reviewed were unpublished draft
11   manuscript," NAPP, received by Exponent from
12   Mr. Lasker, Hollingsworth LLP.
13       Do you see that, ma'am?
14       MR. COPLE:  Objection.  The document
15   speaks for itself.
16       A.  Yes, I can see where it says that in
17   the document.
18   BY MR. MILLER:
19       Q.  Have you met Mr. Lasker?
20       A.  Yes, I have.
21       Q.  When was the last time you saw
22   Mr. Lasker?
23       A.  This week.
24       Q.  Okay.  One of things I want to ask you
25   about in this unpublished manuscript written by

Page 56

1    Exponent is on Page 5.  If you look at the top
2    of the page.  When Exponent looks at the De Roos
3    2003 article -- you've looked at the De Roos
4    2003 article; right?
5        A.  Yes.
6        Q.  And you remember there were two
7    analyses; There was a logistical regression and
8    a hierarchal regression model.  Do you remember
9    that?
10       A.  Yes.
11       MR. COPLE:  Objection.  Lacks
12   foundation.
13       Q.  They prioritized the results using the
14   logistical regression model in the present
15   analysis.
16       Do you see that?
17       MR. COPLE:  Objection.  Lacks
18   foundation, the document speaks for itself.
19       A.  I can see -- I know from reading this
20   technical memorandum that they actually
21   considered multiple different models, as you can
22   see in Table 1, one of which included using the
23   logistic regression results.
24   BY MR. MILLER:
25       Q.  And just one last thing before we

Page 57

1    leave this particular study.  Page 7, they state
2    they "cannot verify the accuracy of these
3    results or the published results of any of
4    the...studies included in this analysis," and
5    it's signed by Dr. Chang; right?
6        MR. COPLE:  Objection.  The document
7    speaks for itself.
8        A.  That's what it says here, but I
9    couldn't comment specifically about whether --
10   what they were thinking with regard to the
11   accuracy of this.
12   BY MR. MILLER:
13       Q.  You know Dr. Chang, don't you?
14       A.  I do.
15       Q.  She's a friend of yours; right?
16       A.  She and I were doctoral students
17   together.
18       Q.  You're still friends; right?
19       A.  Yes.
20       Q.  Okay.  All right.  Is that how
21   Hollingsworth found out about you, from
22   Dr. Chang?
23       A.  I'm not familiar with how they found
24   out about me.
25       Q.  Here's the Chang meta-analysis that

15 (Pages 54 to 57)

Confidential - Pursuant to Protective Order

Page 58

1    was published. I'd like to go over that with
2    you. It's a 2016 document. We'll mark that as
3    Exhibit 24-3.
4         (Whereupon, Mucci Exhibit 24-3, Chang
5         and Delzell paper, Systematic review
6         and meta-analysis of glyphosate
7         exposure and risk of
8         lymphohematopoietic cancers, was
9         marked for identification.)
10   BY MR. MILLER:
11        Q.  You reviewed this as well, ma'am;
12   right?
13        A.  Yes.
14        Q.  And this is on the issue, "Systematic
15   review and meta-analysis of glyphosate exposure
16   and the risk of lymphohematopoietic cancers";
17   right?
18        A.  Yes.
19        Q.  And mouthful, but lymphohematopoietic
20   cancers includes non-Hodgkin's lymphoma?
21        A.  Yes.
22        Q.  Systematic review means what?
23        A.  In this context, a systematic review
24   was done to review all of the studies included
25   in this analysis. The meta-analysis refers to a

Page 59

1    very quantitative assessment of the individual
2    studies.
3         Q.  Turn with me, please, to Page 416.
4         Before we go, you agree this was done
5    by Exponent; right?
6         A.  This study was done by Drs. Chang and
7    Delzell, both of whom have an appointment at
8    Exponent.
9         Q.  And Page 416.  On Page 416, Dr. Chang
10   and Exponent have selected estimates included in
11   meta-analysis and calculated meta-analysis risk
12   for the association of glyphosate and the risk
13   of LHC, including non-Hodgkin's lymphoma,
14   non-Hodgkin's lymphoma subtypes, Hodgkin's
15   lymphoma, multiple myeloma, and leukemia; right?
16   That's what they're talking about here?
17        A.  In Table 3 these are the selected
18   estimates, yes.
19        Q.  Okay.  And so in the top here, block,
20   they talk about the meta-analysis model, and
21   Model 4 here, they're looking at non-Hodgkin's
22   lymphoma, and Dr. Chang gets an increased risk
23   of 40 percent; right?
24        MR. COPLE:  Objection.  The document
25   speaks for itself.

Page 60

1         A.  So while that is the relative risk
2    estimate that is presented here, you can also
3    see that there are a number of different
4    meta-analysis results that are published, and
5    the findings are sensitive to the specific
6    studies that are included or not included.
7    BY MR. MILLER:
8         Q.  Sure.  And that's fair.  And let's
9    look at some other models that Dr. Chang does.
10        She models in the next block a
11   meta-analysis model for B-cell lymphoma, which I
12   think you and I can agree is a form of
13   non-Hodgkin's lymphoma; right?
14        A.  Yes.
15        Q.  Okay.  And she shows a relative risk
16   of 2, over a 100 increased risk, statistically
17   significant; right?
18        A.  So again, while she did perform this
19   meta-analysis, I think one important thing to
20   remember is that meta-analysis addresses issues
21   of precision.  But if studies are inherently
22   flawed, which we know there were flaws in these
23   two studies included in these two particular
24   analysis of B-cell lymphoma, then the relative
25   risk estimate would be biased.

Page 61

1         Q.  That's the proverbial, I like to call
2    it the royal "we."  I mean, I don't want to -- I
3    don't think so.  You think there's a problem
4    here; is that right?
5         MR. COPLE:  Objection.  Argumentative.
6         A.  The reason that I would and most
7    epidemiologists would -- or as it follows,
8    first, the -- one of the two studies that
9    included was based only on four cases and two
10   controls in total, and so it's quite limited.
11        Secondly, we know with the Eriksson
12   study there's concerns of misclassification or
13   confounding, actually, in the Eriksson study.
14   So most epidemiologists would agree that while
15   the meta-analysis relative risk, generated
16   relative risk of 2, that should not be
17   interpreted as a causal association.  I think
18   subsequently, as shown in the 2017 updated
19   analysis, which was able to include data from
20   the Agricultural Health Study, there was --
21   essentially this odds ratio was attenuated
22   substantially.
23        MR. MILLER:  Move to strike "most
24   epidemiologists would agree."
25   BY MR. MILLER:

Confidential - Pursuant to Protective Order

Page 62

1          Q.  We can only look at your opinions, and
2    we can look at the opinions of Dr. Chang here
3    who is also retained by Monsanto.  And so let's
4    look at that.
5              MR. COPLE:  Object to counsel's
6    statement.  The witness's testimony will stand.
7    BY MR. MILLER:
8          Q.  Let's go to models -- well, first of
9    all, you'll agree that multiple myeloma is a
10   form of non-Hodgkin's lymphoma; right?
11         A.  In the updated definition, multiple
12   myeloma is included in the definition.
13         Q.  And so here we have Dr. Chang in Model
14   5 of her meta-analysis, multiple myeloma,
15   showing a 50 percent increased risk of multiple
16   myeloma with exposure to glyphosate; right?
17         A.  I'm sorry, could --
18              MR. COPLE:  Objection.  The document
19   speaks for itself.
20         A.  I'm sorry, I'm not sure where you're
21   looking at.
22   BY MR. MILLER:
23         Q.  It's easier if you look up here,
24   ma'am.
25         A.  So my specific report focused

Page 63

1    specifically on non-Hodgkin's lymphoma, which
2    earlier on had not included this definition
3    multiple myeloma.  So I did not review in detail
4    the study by Brown or Kachuri for this
5    particular systematic review expert report that
6    I put together of the epidemiology.
7          Q.  So you have no opinion on that?
8              MR. COPLE:  Objection.  Misstates
9    testimony of the witness.
10         A.  I haven't had a chance to review
11   thoroughly the studies by Brown and Kachuri
12   which would allow me to understand specifically
13   potential biases in these studies.
14   BY MR. MILLER:
15         Q.  Let's go to Page 404.  You know what a
16   forest plot is, right, Doctor?
17              MR. COPLE:  Objection.  Lacks
18   foundation.
19         A.  I -- in -- I understand what a forest
20   plot is, but it can have different definitions
21   and different meaning in different settings.
22   BY MR. MILLER:
23         Q.  What we're looking at here on Page 404
24   is a forest plot of relative risk; right?
25         A.  These are relative risks that were

Page 64

1    from specific studies of glyphosate and NHL
2    risk.
3          Q.  For the association between glyphosate
4    exposure and the risk of non-Hodgkin's lymphoma;
5    right?
6          A.  Yes.
7          Q.  Okay.  And so for us lay folks, this
8    line where there's a 1, that vertical line, any
9    study that comes in on the right side of that
10   line is showing a risk, and any study comes in
11   on the left side is showing a protective effect;
12   right?
13              MR. COPLE:  Objection.  Vague.
14         A.  That's not exactly correct actually.
15   Not only is it important to look at the relative
16   risk estimate, but also the 95 percent
17   confidence interval, because it gives a range of
18   values consistent with the estimate.  And so
19   some of these estimates do -- while the point
20   estimate may be larger than 1, do not support a
21   positive association.
22   BY MR. MILLER:
23         Q.  Which ones don't support it?
24         A.  Well, it's really difficult to say one
25   way or the other with the Hardell 2002 given the

Page 65

1    large width of the 95 percent confidence
2    intervals --
3          Q.  Have you --
4          A.  -- for example.
5          Q.  I didn't mean to interrupt you.
6    Sorry.
7              Have you written before that it's
8    important to look at studies even if they don't
9    have a 95 percent confidence interval?
10              MR. COPLE:  Objection.  Lacks
11   foundation.
12         A.  I'm sorry, I'm not sure what you're
13   referring to specifically.
14   BY MR. MILLER:
15         Q.  We'll take a look at it in a minute.
16              So you agree that on this vertical
17   line, how many of the black boxes are on the
18   left side of 1?
19         A.  As I've mentioned, we --
20   epidemiologists wouldn't look at the data that
21   way.  They would look not only at the point
22   estimate, which is the box, but also the
23   95 percent confidence interval, which is the
24   line.  So both -- all of that taken together is
25   important.

17 (Pages 62 to 65)

Confidential - Pursuant to Protective Order

Page 66

1    And as I mentioned previously, also,
2 it's really critical in looking at these data to
3 say can we exclude bias and confounding from
4 these individual studies, which you cannot
5 actually. And I think that's clearly shown in
6 the updated analysis of Chang and Delzell where,
7 for example, they use the data from De Roos 2003
8 and McDuffie 2001 in the North American Pooling
9 Project. If you take that data, appropriately
10 adjusting for residual confounding due to
11 concomitant use of other pesticides in dealing
12 with the issue of recall bias introduced by
13 proxies, actually the point estimate would be
14 quite different for the meta-analysis and its
15 95 percent confidence interval.
16    MR. COPLE: Before you move to
17 something else, we've been going for a little
18 more than an hour. How long do you plan to go
19 before the witness has a break?
20    THE WITNESS: Yeah, I was actually
21 going to just ask if we could take a break.
22    MR. COPLE: Sure.
23    THE WITNESS: Okay. Great. Thank
24 you.
25    THE VIDEOGRAPHER: Going off the

Page 67

1 record. The time is 9:10.
2    (Whereupon, a recess was taken.)
3    THE VIDEOGRAPHER: Back on the record.
4 The time is 9:25.
5 BY MR. MILLER:
6    Q. What's Dr. Chang's first name?
7    A. Ellen.
8    Q. And Dr. Delzell is Elizabeth?
9    A. I don't know Dr. Delzell. I would
10 have to look it up.
11    Q. And you've not met a Dr. Acquavella
12 but know of him, I think, is where we were?
13    A. Correct.
14    Q. Okay. I didn't want to restate.
15    All right. Do you know if
16 Dr. Acquavella was involved in the search for
17 you as an expert?
18    MR. COPLE: Objection. Vague, lacks
19 foundation.
20    A. I don't know one way or the other.
21 BY MR. MILLER:
22    Q. Okay. I show you e-mail that we were
23 produced by Monsanto.
24
25    (Whereupon, Mucci Exhibit 24-4, 6/2/15

Page 68

1 e-mail, ACQUAVELLAPROD00010118 through
2 120, was marked for identification.)
3    MR. MILLER: We'll mark it as
4 Exhibit 24-4. Copies for everyone (handing).
5 BY MR. MILLER:
6    Q. This is in June of 2015. Do you see
7 the date there, ma'am?
8    A. June of 2015.
9    MR. COPLE: Objection. Lacks
10 foundation, the document speaks for itself.
11    A. Yes, I can see that's what it says
12 here on this document.
13 BY MR. MILLER:
14    Q. From John Acquavella to Thomas
15 Sorahan.
16    Do you know Dr. Sorahan?
17    A. No, I don't.
18    Q. Whether he attended IARC Volume 112 on
19 behalf of Monsanto?
20    MR. COPLE: Objection. Lacks
21 foundation.
22    A. I don't know one way or the other.
23 BY MR. MILLER:
24    Q. Let me stop there.
25    Have you read the IARC monograph for

Page 69

1 Roundup, Volume 112?
2    A. I have reviewed it, yes.
3    Q. Reviewed it, or did you -- skim it, or
4 did you read the entire thing?
5    A. It was one piece of many documents
6 that I read in putting together my expert
7 report.
8    Q. Read the entire thing?
9    A. I read the parts specifically related
10 to the epidemiology, and then read through less
11 diligently the other parts.
12    Q. Okay. Going back to her e-mail, John
13 Acquavella, Tom Sorahan, it says "Tom, I have
14 the highest regard for Elizabeth. She is" an
15 expert -- "she is as expert as any occupational
16 epidemiologist. Plus, she is a personal friend.
17 The major con with Elizabeth is that she works
18 for Exponent and would not be perceived as an
19 academic with no direct conflict of interest."
20    Do you see where I'm reading?
21    A. I get --
22    MR. COPLE: Objection. The document
23 speaks for itself.
24    A. Well, I can see where you're reading.
25 I -- you know, again, I'm not familiar with

18 (Pages 66 to 69)

Confidential - Pursuant to Protective Order

Page 70

1    Dr. Acquavella or his relationship with
2    Elizabeth.
3    BY MR. MILLER:
4        Q.   They go on to write, "My sense is that
5    you are right, that it may be impossible to find
6    a prominent EU" -- I assume that's means
7    European Union -- "epidemiologist who will want
8    to get in the middle of this."
9        Do you know if Monsanto and
10   Hollingsworth attempted to get other
11   epidemiologists before you were retained?
12       A.   I'm not --
13       MR. COPLE:  Objection.  Lacks
14   foundation.
15       A.   I'm not familiar one way or the other.
16   BY MR. MILLER:
17       Q.   Is it appropriate before a
18   meta-analysis is released on a subject of
19   potential exposure and its association with
20   cancer to allow the company funding the process
21   to review and edit the manuscript before it's
22   published?
23       MR. COPLE:  Objection.  Lacks
24   foundation, vague.
25       A.   While there may be some examples where

Page 71

1    that might not be the case, I can think of other
2    examples where there -- that would be
3    appropriate.
4    BY MR. MILLER:
5        Q.   Was that done with the Chang
6    manuscript?
7        A.   I couldn't tell you one way or the
8    other who reviewed the document by Chang and
9    Delzell.
10       Q.   So you had not been made aware that
11   Donna Farmer, lead toxicologist for Monsanto,
12   reviewed and edited the Chang meta-analysis
13   before it was published?
14       A.   I --
15       MR. COPLE:  Objection.  Objection.
16   Lacks foundation, argumentative, vague.
17       A.   As I stated, I'm not sure one way or
18   the other who reviewed this document.
19   BY MR. MILLER:
20       Q.   I'm going to hand you what's been
21   marked as 24-5, another series of e-mails
22   provided to us by Monsanto.
23
24
25       (Whereupon, Mucci Exhibit 24-5, E-mail

Page 72

1    chain, Bates ACQUAVELLAPROD02463444
2    through 446, was marked for
3    identification.)
4    BY MR. MILLER:
5        Q.   You've not seen this e-mail before?
6        MR. COPLE:  Objection.  Lacks
7    foundation.
8        A.   I have not seen this e-mail before.
9    BY MR. MILLER:
10       Q.   This is from Donna Farmer at Monsanto
11   to Elizabeth Delzell, a copy, Ellen Chang, both
12   at Exponent.
13       Do you see that, ma'am?
14       A.   I can see where it says this on this
15   document.
16       Q.   It's concerning a glyphosate draft,
17   August 17, 2015.
18       Do you see that?
19       A.   I can see where it says that in this
20   document.
21       Q.   And Donna Farmer writes to Dr. Delzell
22   and Chang, "Thank you for the opportunity to
23   review the draft of the paper and please see our
24   suggested comments in the attachment."
25       Do you see that?

Page 73

1        A.   I can see where it says this on this.
2        Q.   And is it appropriate for employees of
3    the company to review and edit an
4    epidemiological draft in this context?
5        MR. COPLE:  Objection.  Vague, lacks
6    foundation, argumentative.
7        A.   Since I don't know the context for
8    this e-mail, and I also don't know the context
9    for what was specifically commented on, I
10   couldn't say one way or the other whether it was
11   appropriate.
12   BY MR. MILLER:
13       Q.   Do you know whether the Exponent
14   meta-analysis was rejected the first time they
15   attempted to have it published?
16       MR. COPLE:  Objection.  Lacks
17   foundation.
18       A.   I'm not familiar one way or the other.
19   BY MR. MILLER:
20       Q.   All right.  Let's look at it.
21       (Whereupon, Mucci Exhibit 24-6, E-mail
22   chain with attachments, Bates
23   ACQUAVELLAPROD00022326 through 334,
24   was marked for identification.)
25   BY MR. MILLER:

19 (Pages 70 to 73)

Confidential - Pursuant to Protective Order

Page 74

1      Q. Here's what we've marked as
2  Exhibit 24-6, a series of e-mails and
3  attachments produced to us by Monsanto
4  (handing). I just want to go over a few things
5  here.
6         This is a series of e-mails between
7  Donna Farmer from Monsanto, Dr. Chang and
8  Dr. Delzell from Exponent.
9         Do you see that, ma'am?
10        MR. COPLE: Objection. Lacks
11  foundation, the document speaks for itself.
12     A. I can see where it says this on this
13  document.
14  BY MR. MILLER:
15     Q. Let's go to Page 2. Ellen Chang is
16  advising Monsanto employee Donna Farmer that
17  "Dear Donna, Unfortunately, our manuscript on
18  the meta-analysis and review of glyphosate and
19  lymphohematopoietic cancers was rejected by the
20  International Journal of Environmental Research
21  and Public Health."
22        Do you see that, ma'am?
23        MR. COPLE: Objection. Lacks
24  foundation, the document speaks for itself.
25     A. Again, I haven't read -- I'm not

Page 75

1  familiar specifically with this set of e-mails,
2  but I can see where it says this on this
3  document here.
4  BY MR. MILLER:
5     Q. This e-mail chain was not provided to
6  you by the lawyers for Monsanto; right?
7     A. No, it was not.
8     Q. And on the first page, Ellen Chang
9  tells us that "They didn't explicitly state why,
10  and one of the reviews was reasonably favorable.
11  I suspect that the editors had concerns about
12  bias and conflict of interest."
13        Do you see that?
14        MR. COPLE: Objection. Lacks
15  foundation, the document speaks for itself.
16     A. Yes. While I can see it, I couldn't
17  really comment one way or the other specifically
18  about the content of this e-mail.
19  BY MR. MILLER:
20     Q. Have you been a reviewer of journals?
21     A. Yes, I have.
22     Q. And reviewers of journals write their
23  comments and criticisms when they reject a
24  particular piece for a journal?
25        MR. COPLE: Objection. Vague.

Page 76

1      A. It would depend on the journal. There
2  may be different requirements that different
3  journals have.
4  BY MR. MILLER:
5     Q. Let's take a look at what is Bates
6  stamped 022329, and it's a reviewer's comment
7  about the Chang meta-analysis. The bottom of
8  the page there, pull that up so you can read it,
9  "This paper seems like it is agenda-driven from
10  the outset."
11        Do you see that?
12        MR. COPLE: Objection. Lacks
13  foundation, the document speaks for itself.
14     A. I can see where this particular
15  document says that, yes.
16  BY MR. MILLER:
17     Q. What does it mean to be agenda-driven
18  from the outset?
19        MR. COPLE: Objection. Vague,
20  argumentative.
21     A. I couldn't say specifically. I'm just
22  seeing this now. I couldn't say specifically
23  what this review is speaking to.
24  BY MR. MILLER:
25     Q. "The authors set out to redo the

Page 77

1  meta-analysis of Schinasi and Leon" -- you've
2  read that meta-analysis, haven't you, Doctor?
3     A. I have --
4        MR. COPLE: Objection. Lacks
5  foundation, the document speaks for itself.
6  BY MR. MILLER:
7     Q. -- "using specific selection criteria
8  for studies and by presenting multiple meta
9  estimates for various combinations of risk from
10  the studies."
11        Do you see that?
12        MR. COPLE: Objection. Lacks
13  foundation, the document speaks for itself.
14     A. Well, I can see that. And again,
15  since I'm not familiar with this document, I'm
16  not sure specifically what they are referring to
17  in this case here.
18        But I think one point that's important
19  to make is that the Schinasi and Leon
20  meta-analysis did not integrate the most fully
21  adjusted estimates from some of the studies and,
22  therefore, the Chang and Delzell analysis
23  actually provided some additional information
24  that was not available in Schinasi and Leon.
25  BY MR. MILLER:

20 (Pages 74 to 77)

Confidential - Pursuant to Protective Order

Page 78

1      Q.  Let's see what this reviewer for this
2  journal has to say.  They have similar results
3  as Schinasi and Leon (meta relative risk,
4  30 percent) versus 50 percent for the risk of
5  NHL associated with ever versus never use of
6  glyphosate."  That's what this reviewer
7  observed; right?
8          MR. COPLE:  Objection.  Lacks
9  foundation, the document speaks for itself.
10     A.  I think one of -- again, I couldn't
11 say specifically what this reviewer was
12 commenting on.  But I think one important
13 finding is that by integrating the studies which
14 had additional adjustment for confounders, you
15 can see the attenuation of the odds ratio that
16 was due, but still the meta-analysis in both of
17 these cases relied on some of the studies that
18 did not have fully adjusted odds ratio adjusting
19 for other pesticides or dealt with the issue of
20 recall bias from the proxy respondents.
21 BY MR. MILLER:
22     Q.  In addition this reviewer says, "the
23 authors find a relative risk of 1.4 for the
24 association between multiple myeloma and the use
25 of glyphosate (a cancer type that had not been

Page 79

1  examined by Schinasi & Leon) and had a
2  significantly increased meta relative risk for
3  B-cell lymphoma."
4          That's what the Chang study found,
5  isn't it?
6          MR. COPLE:  Objection.  Lacks
7  foundation, the document speaks for itself.
8      A.  I couldn't comment again specifically
9  on what this reviewer was commenting on in this
10 review.  And I've spoken previously about some
11 of the limitations with the meta-analysis
12 results for B-cell lymphoma, and more generally
13 just the concerns with this meta-analysis
14 because of the issues of bias and confounding
15 that were not fully addressed because of the
16 studies that went into the meta-analysis.
17     Q.  This reviewer goes on to say, "Then,
18 despite the fact that the authors deemed the
19 meta-analysis worth conducting, the discussion
20 devolves into a laundry list of every possible
21 cause of bias and imprecision of estimates in
22 epidemiologic studies, as well as a review of
23 the Bradford Hill criteria to evaluate the
24 weight of the evidence for the association, from
25 which the authors conclude there is no basis for

Page 80

1  causal association."
2          Do you see that, ma'am?
3          MR. COPLE:  Objection.  Lacks
4  foundation, the document speaks for itself.
5      A.  Yes.  While I can see that, I think,
6  as I've mentioned, the Chang and Delzell study
7  was able to integrate more fully adjusted
8  estimates into their meta-analysis, although
9  still even some of those studies they had to
10 rely on results that were not fully adjusted for
11 other pesticide use, so...
12 BY MR. MILLER:
13     Q.  Another concern that this reviewer has
14 is that "The authors should clearly state (in
15 the text) which of the studies they cite were
16 funded (or partially funded) by Monsanto - such
17 as Mink 2012 and Sorahan 2015."
18         Do you see that, ma'am?
19         MR. COPLE:  Objection.  Lacks
20 foundation, the document speaks for itself.
21     A.  Yes.  While I can see what is written
22 here, I couldn't comment one way or the other
23 about what this reviewer was intending with this
24 comment.
25 BY MR. MILLER:

Page 81

1      Q.  This reviewer says, "Relying on the
2  Agricultural Health Study as a Tier 1 study in
3  this setting is" dubious -- "is tenuous at
4  best."
5          Do you see that?
6          MR. COPLE:  Objection.  Lacks
7  foundation, the document speaks for itself.
8      A.  Well, I can see what is written here.
9  I'm not sure what they're referring to with the
10 use of terminology of Tier 1.
11 BY MR. MILLER:
12     Q.  Let's go to the Bates stamp 0022331,
13 it's about two pages back -- one page back.
14 This is more comments by the reviewer that's
15 rejecting this paper.  I want to ask you about
16 his comment here.  "The scientific review based
17 on Bradford Hill guidelines is sparse,
18 incomplete, and comes off as biased."
19         Pretty strong criticism, isn't it,
20 ma'am?
21         MR. COPLE:  Objection.  Argumentative,
22 vague, lacks foundation, the document speaks for
23 itself.
24     A.  I can't really comment specifically on
25 what this reviewer is referring to one way or

Confidential - Pursuant to Protective Order

Page 82

1  the other.
2  BY MR. MILLER:
3      Q.  On the so-called concern for recall
4  bias, this reviewer says, "Even though subjects
5  were interviewed in case-control studies after
6  diagnosis, people can generally remember whether
7  their pesticide use was before diagnosis or
8  not."
9          That's true, isn't it?
10         MR. COPLE:  Objection.  Argumentative,
11  lacks foundation, document speaks for itself.
12     A.  Again, I couldn't specifically comment
13  on what this reviewer was referring to.
14  However, I think an important thing to remember
15  actually is that we know from both the analysis
16  of Pahwa, et al, as well as the Wadell
17  publication that there is strong evidence of
18  recall bias that was induced by the use of the
19  high proportion of proxy respondents in several
20  of the US, Canadian, and Swedish studies, and so
21  that is an important feature there.
22  BY MR. MILLER:
23     Q.  It's okay to use proxy responses in
24  the Agricultural Health Study, but not okay to
25  use proxy responses in the Hardell study?

Page 83

1          MR. COPLE:  Objection.  Lacks
2  foundation, misstates witness's testimony.
3      A.  That statement regarding the
4  Agricultural Health Study is not correct.  They
5  did not use proxy respondent data there.
6  BY MR. MILLER:
7      Q.  They imputed the answers for 20,000
8  missing people?
9      A.  That --
10         MR. COPLE:  Objection.  Vague, lacks
11  foundation.
12     A.  That is not proxy respondents that I'm
13  referring to.  That -- and actually I think the
14  validation studies of the imputation method that
15  was used in the Agricultural Health Study to
16  address an issue of missing data done in many
17  different ways showed that there was no bias
18  that ensued because of any potential missing
19  data.
20         The issue that I'm talking about here
21  specifically with respect to recall bias has
22  resulted in several of the US, Canadian, and
23  Swedish studies because more than 30 -- as many
24  as 40 percent of the respondents' datas were
25  completed not by the respondents themselves, but

Page 84

1  actually by proxy respondents.  And in the
2  analysis by Pahwa, as well as the analysis by
3  Wadell, both of those showed the impact of the
4  recall bias associated with the use of proxy
5  respondents.
6  BY MR. MILLER:
7      Q.  These case-control studies show
8  dose-response; true?
9          MR. COPLE:  Objection.  Vague, lacks
10  foundation.
11     A.  I'm not sure what studies you're
12  referring to specifically.  If you'd like to
13  look at a specific study about dose-response,
14  I'm happy to take a look at it.
15  BY MR. MILLER:
16     Q.  The case-control studies, do any of
17  the case-control studies show dose-response?
18     A.  I -- I --
19         MR. COPLE:  Objection.  Asked and
20  answered, lacks foundation, vague.
21     A.  If you'd like, we can walk through
22  some specific studies and look through study by
23  study and look at the association.
24  BY MR. MILLER:
25     Q.  I'm entitled to do it my way.  Can you

Page 85

1  answer that question or not?
2          MR. COPLE:  Objection.  Asked and
3  answered, argumentative.
4  BY MR. MILLER:
5      Q.  If you can't, you can't.
6          MR. COPLE:  Objection.  Arguing with
7  the witness.
8      A.  If you'd like, I'd be happy to look at
9  some of the specific studies, and we can walk
10  through each of the studies here.
11  BY MR. MILLER:
12     Q.  Well, although you can't answer that
13  one, this reviewer did.  Let's look at it,
14  ma'am.  He said that, "There is some evidence
15  for dose-response from the studies of
16  non-Hodgkin's lymphoma, and especially multiple
17  myeloma."
18         Do you see where I'm reading?
19         MR. COPLE:  Objection.  Argumentative,
20  misstates witness's testimony, lacks foundation,
21  the document speaks for itself.
22     A.  And, again, I'm not specifically sure
23  what that reviewer was commenting on with
24  respect to the meta-analysis.  And if you'd like
25  to talk -- comment on some specific studies and

Confidential - Pursuant to Protective Order

Page 86

1  evaluate them, I'm happy to look at those
2  individual studies.
3  BY MR. MILLER:
4      Q.  Let's look at another reviewer that
5  rejected the study, and you can find that on
6  Page 022333.
7      A.  I'm sorry, I don't know where you're
8  referring to in this.
9      Q.  Page -- get to the page, and I will
10 point it out.
11     A.  Why -- I don't know which page to go
12 to, actually, because I'm --
13         MR. HOLLINGSWORTH:  She's not familiar
14 with Bates numbers, I don't think.
15         MR. MILLER:  Sure.
16 BY MR. MILLER:
17     Q.  These long numbers on the bottom of
18 the page, and I'm looking at the one that says
19 0022333.
20     A.  Okay.
21     Q.  Okay?  And I'm looking at the
22 reviewer's comment on the bottom half of the
23 page, and I want to ask you about this.  "The
24 authors conclude that no valid association,
25 much" --

Page 87

1      A.  I'm sorry, I don't see where --
2      Q.  Yeah, it's up here, see, ma'am?
3      A.  Yeah.
4      Q.  Okay.  "The authors conclude that no
5  valid association, much less a causal
6  relationship, has been established between
7  glyphosate exposure and the risk of LHC.  This
8  is not supported by the results of the
9  meta-analysis, and the weight of the evidence
10 evaluation was not sufficient to make a
11 conclusion about causality."
12     Do you see that, ma'am?
13         MR. COPLE:  Objection.  Lacks
14 foundation, the document speaks for itself.
15     A.  Yes, I can see specifically where this
16 statement is made in this document.  I'm not
17 specifically sure what the reviewer is referring
18 to.
19         However, in my review of the
20 meta-analysis produced by Chang and Delzell,
21 including the updated analysis, I think, and
22 take -- in a systematic review of all of the
23 epidemiology studies, there are concerns about
24 bias and residual confounding in especially the
25 case-control studies, and taken together do not

Page 88

1  support a causal association between glyphosate
2  and NHL risk.
3  BY MR. MILLER:
4      Q.  Now, you know that -- have you ever
5  done any work for Exponent?
6         MR. COPLE:  Objection.  Vague.
7      A.  I have not worked for Exponent.
8  BY MR. MILLER:
9      Q.  Would it change your opinion if there
10 was a known proven mechanism of action for
11 glyphosate and non-Hodgkin's lymphoma?
12         MR. COPLE:  Objection.  Vague.
13     A.  Specifically whether or not there's a
14 mechanism, I could comprehensively review the
15 body of epidemiology evidence, and based on that
16 analysis there's not sufficient evidence to
17 support a causal association between NHL and
18 glyphosate.
19 BY MR. MILLER:
20     Q.  So it wouldn't change your mind?
21         MR. COPLE:  Objection.  Asked and
22 answered.
23     A.  Again, it -- I -- specifically what I
24 did was to review the epidemiology evidence, and
25 whether there's a mechanism or not a mechanism,

Page 89

1  I came to my conclusion that there is no causal
2  association.
3  BY MR. MILLER:
4      Q.  So fair to say you did not look at the
5  issue of whether there was a mechanism of
6  action; that's right?
7         MR. COPLE:  Objection.  Misstates
8  witness's testimony.
9      A.  What I said specifically was that my
10 task in reviewing the epidemiology literature
11 was to assess each of the individual studies, to
12 think through them critically, evaluate the
13 strengths and weaknesses, and look at the body
14 of evidence as a totality, and come to an
15 assessment about whether the epidemiology
16 evidence supports a causal association.
17 BY MR. MILLER:
18     Q.  Any such thing as a perfect
19 epidemiological study?
20         MR. COPLE:  Objection.  Vague.
21     A.  I'm sorry, did -- could you repeat the
22 question?
23 BY MR. MILLER:
24     Q.  Sure.
25         MR. MILLER:  It was too fast I bet,

23 (Pages 86 to 89)

Confidential - Pursuant to Protective Order

Page 90

1     but if you got it.
2            (Whereupon, the reporter read back the
3     pending question.)
4            MR. COPLE:  Same objection.
5        A.  I'm sorry, that's a -- I'm sorry,
6     that's a very general question.  It would be
7     difficult to answer.
8     BY MR. MILLER:
9        Q.  You can't answer general questions?
10           MR. COPLE:  Objection.  Argumentative.
11       A.  That specific question is quite
12    general, so I'm not specifically sure what
13    you're asking here.
14    BY MR. MILLER:
15       Q.  All studies have bias?
16           MR. COPLE:  Objection.  Vague.
17       A.  It's important to consider all
18    epidemiological studies and look to evaluate
19    whether any associations that are observed,
20    whether there might be bias, confounding, or a
21    role of chance in any findings that are made.
22    BY MR. MILLER:
23       Q.  Now, you took into account, we have
24    spoken about, the Exponent meta-analysis.  Did
25    you ever review the Exponent's criticisms of the

Page 91

1     Agricultural Health Study that were prepared?
2     I'll give you a date here in a second.  January
3     of 2016.
4            MR. COPLE:  Objection.  Vague, lacks
5     foundation.
6        A.  Could I take a look at the document
7     you're referring to?
8     BY MR. MILLER:
9        Q.  Sure.
10           (Whereupon, Mucci Exhibit 24-7,
11           Exponent document, Design of
12           Epidemiologic Studies for Human Health
13           Risk Assessment of Pesticide
14           Exposures, Bates MONGLY02314040
15           through 14079, was marked for
16           identification.)
17    BY MR. MILLER:
18       Q.  Monsanto's lawyers show you this
19    document marked as Exhibit 24-7?
20           MR. COPLE:  I'm going to object to the
21    phrasing of that question, and instruct the
22    witness not to answer.
23           MR. MILLER:  Instruct the witness not
24    to answer the question?
25           MR. COPLE:  Yes.

Page 92

1            MR. MILLER:  On what grounds?
2            MR. COPLE:  Communications, deposition
3     protocol, Pretrial Order 7.
4     BY MR. MILLER:
5        Q.  Have you been provided 24-7, the
6     design of epidemiologic studies for health and
7     human risk assessment of pesticide exposure from
8     any source?
9        A.  I don't believe so, no.
10       Q.  Never reviewed it?
11       A.  I don't believe so, no.
12       Q.  Well, let's take a look at it.  This
13    is from Exponent.  That's the same organization
14    that did the meta-analysis that you looked at;
15    right?
16       A.  If it's from Exponent, then, yes, the
17    two authors that were part of that Chang and
18    Delzell study are employees of Exponent.
19       Q.  And it was prepared by an organization
20    called CropLife.  Do you see that, ma'am, on
21    Page 2?
22           MR. COPLE:  Objection.  Lacks
23    foundation.
24       A.  Yeah, I --
25           MR. COPLE:  The document speaks for

Page 93

1     itself.
2        A.  I see that it says that in the
3     document.  I'm not familiar one way or the other
4     who it was prepared for.
5     BY MR. MILLER:
6        Q.  Go with me, please, to Page 15.  And
7     what Exponent says here in this 2016 report is
8     that there are "Strengths and limitations of
9     specific study design characteristics for"
10    health -- "human health risk assessment of
11    pesticide exposure can be illustrated through
12    examination of actual epidemiologic studies
13    described in detail in published papers."
14           Will you agree that there are
15    strengths and limitations of specific study
16    designs?
17       A.  I -- there are strengths and
18    limitations of different epidemiological
19    approaches.  Each study should be evaluated on
20    its own to assess the actual strengths and
21    limitations of that study.
22       Q.  And what they talk about here is
23    they're going to talk about two studies that are
24    used as examples.  In this section are a pair of
25    prospective cohort studies, the Agricultural

Confidential - Pursuant to Protective Order

Page 94

1  Health Study and another study that's not at
2  issue in our case.  Do you see that, where I'm
3  reading that?
4           MR. COPLE:  Objection.  The document
5  speaks for itself.
6       A.  I can see where the document says
7  this, yes.
8  BY MR. MILLER:
9       Q.  Okay.  They go on to discuss the
10 Agricultural Health Study questionnaire, and
11 they say, "highly detailed, thorough, and
12 thoughtfully designed.  Few, if any, other
13 epidemiologic studies have conducted more
14 exhaustive questionnaire-based assessment of
15 pesticide exposure."
16          Do you see that, ma'am?
17      A.  I can see where it says this in the
18 document.
19      Q.  "Nevertheless, as discussed earlier,
20 self-reported pesticide use data have
21 substantial drawbacks."
22          That's true, isn't it?
23      A.  While this is what it says in this
24 report, what I commented on earlier was the
25 specific validation studies and reliability

Page 95

1  studies that have looked at this question
2  specifically within the Agricultural Health
3  Study.
4       Q.  Well, in the study dated 2016,
5  Exponent says these limited accuracy -- "These
6  include limited accuracy and reliability of
7  recollected detailed exposures, crude summary
8  measures of exposure that fail to capture
9  important heterogeneity, and only modest
10 correspondence between self-reported exposures
11 and measured biomarker levels, as demonstrated
12 in validation studies conducted with this
13 cohort."
14          Do you see that, ma'am?
15          MR. COPLE:  Objection.  The document
16 speaks for itself.
17      A.  While I can see what this is, what
18 they're saying specifically in this document,
19 I'm not sure specifically whether or not this
20 refers to the glyphosate data collected in the
21 Agricultural Health Study.
22 BY MR. MILLER:
23      Q.  Ma'am, they're talking about the
24 Agricultural Health Study in this paragraph,
25 aren't they?

Page 96

1       A.  While that is correct, they don't
2  specifically comment one way or the other about
3  glyphosate.
4       Q.  They do comment that there's limited
5  accuracy and reliability of recollected detailed
6  exposures in the Agricultural Health Study;
7  true?
8           MR. COPLE:  Objection.  The document
9  speaks for itself.
10      A.  I haven't had a chance to review this
11 entire document, so I'm not specifically sure
12 the details are going to go into and
13 specifically what pesticides they've looked at
14 in this particular article.
15 BY MR. MILLER:
16      Q.  They critique -- they criticize for
17 having, "Crude summary measures of exposure that
18 fail to capture important" heterogenicity --
19 "heterogeneity."
20      A.  So since I haven't had a chance to
21 read through this document, I'm not specifically
22 sure what they're commenting on there.
23          What I can comment on, however, is
24 that with respect to glyphosate, the way the
25 Agricultural Health Study dealt with this in

Page 97

1  terms of integrating both the intensity of
2  exposure as well as the cumulative exposure had
3  been shown in the reliability and validity
4  studies to have good reliability.
5       Q.  Dr. Mucci, the truth is there was a
6  problem with selection bias in the Agricultural
7  Health Study; true?
8           MR. COPLE:  Objection.  Lacks
9  foundation, argumentative.
10      A.  I would say that is not correct.
11 BY MR. MILLER:
12      Q.  Let's see what Exponent says.  Let's
13 look at Page 19.  I'm looking at the section
14 that starts "Selection Bias."
15          Do you see where I am?
16      A.  Yes.
17      Q.  Okay.  Over 80 percent of eligible
18 pesticide applicators, 75 percent of spouses
19 married to private applicators enrolled in the
20 AHS study during the initial recruitment phase,
21 which took place at licensing facilities for
22 application of restricted use pesticides.
23          Do you see that, ma'am?
24          MR. COPLE:  Objection.  The document
25 speaks for itself.

Confidential - Pursuant to Protective Order

Page 98

1      A.  I can see where the document says
2   this.
3   BY MR. MILLER:
4      Q.  And under this section of "Selection
5   Bias," they say, "However, only 44 percent of
6   enrolled pesticide applicators completed the
7   detailed take-home questionnaire shortly after
8   enrollment."
9         That's a problem, isn't it?
10         MR. COPLE:  Objection.  Argumentative,
11   the document speaks for itself.
12      A.  Again, I haven't had a chance to
13   thoroughly review this particular document or
14   read specifically about what their concerns are
15   regarding selection bias here.
16   BY MR. MILLER:
17      Q.  Well, they go on to say that,
18   "participation in follow-up questionnaires was
19   highly incomplete."
20         Do you agree with that?
21         MR. COPLE:  Objection.  The document
22   speaks for itself.
23      A.  While this is what this document says,
24   I believe I commented earlier specifically about
25   the phase 2 questionnaire and the different

Page 99

1   strategies the Agricultural Health Study
2   evaluated to assess whether or not there might
3   be any bias induced by the fact that the second
4   phase of the questionnaire was not completed.
5   BY MR. MILLER:
6      Q.  Only 64 percent of private
7   applicators, 59 percent of commercial
8   applicators, and 74 percent of spouses in phase
9   2.  That's selection bias, isn't it?
10         MR. COPLE:  Objection.  Lacks
11   foundation, the document speaks for itself.
12      A.  And actually that is not selection
13   bias.  You can have examples where there is some
14   data that is missing in a -- follow-up
15   questionnaires.  It doesn't -- some -- in some
16   cases it might induce a selection bias.  In
17   other cases it may not.  And I believe that I
18   commented earlier that there were several
19   approaches that were done to assess the
20   potential for bias to be induced by the missing
21   data issue.
22   BY MR. MILLER:
23      Q.  Well, this -- Exponent authors said in
24   2016, "Thus, considerable selection bias could
25   have occurred if non-participation was related

Page 100

1   to exposure and health status."
2         And they go on to say, "A formal
3   analysis of bias due to study dropout does not
4   appear to have been conducted."
5         That's true, it isn't?
6         MR. COPLE:  Objection.  Lacks
7   foundation, document speaks for itself.
8      A.  Actually that may have been the case.
9   I couldn't say one way or the other since I
10   haven't reviewed this manuscript.  However,
11   actually there has now been a publication
12   looking specifically at non-participation and
13   looking at a range of exposures as well as
14   health outcomes, and overall that -- that study
15   that has been published has shown that the --
16   those who did participate in the second wave and
17   those who did not are very, very similar with
18   respect to a number of health outcomes,
19   including cancer outcomes, as well as a number
20   of the different demographic factors in the
21   study.
22   BY MR. MILLER:
23      Q.  What study, and when was it published?
24      A.  I'd have to look back.  It was a study
25   actually I didn't refer to in my report.  It's a

Page 101

1   study that I found just recently, but I would
2   have to go through my notes to call that study
3   up.
4      Q.  Well, let's do it now.
5      A.  Okay.  I would have to get my computer
6   to get that -- to get that for --
7      Q.  Well, if we're going to do it at trial
8   or a Daubert hearing, we're going to have to do
9   it now.  So let's take a break and do it.
10      A.  Okay.
11         THE VIDEOGRAPHER:  Going off the
12   record.  The time is 10:04.
13         (Whereupon, a recess was taken.)
14         THE VIDEOGRAPHER:  Back on the record.
15   The time is 10:21.
16         MR. COPLE:  We have a statement.
17   Dr. Mucci has confirmed that since the time the
18   supplementary materials considered list was
19   provided to plaintiffs in the MDL that she has
20   considered a further article.  The article has
21   been provided to counsel.
22         MR. MILLER:  Let me be clear.  We
23   won't be waiving any objections to that late
24   notice, but let's go on.
25   BY MR. MILLER:

26 (Pages 98 to 101)

Confidential - Pursuant to Protective Order

Page 102

1      Q.  All right, Doctor, we have in front of
2   us, and I've marked my copy, you have a copy
3   just handed to me by counsel, the Montgomery
4   article, Characteristics of non-participation.
5      MR. COPLE:  The witness does not --
6      A.  I don't have a copy.
7      MR. MILLER:  Oh, I'm sorry.
8      MR. COPLE:  I gave two to you.  All
9   right.  Well --
10      MS. MILLER:  Was that at the same
11   time?  Unless you want to go ahead and mark it
12   and we'll talk about it later.
13      MR. MILLER:  Yeah.  So let's hand it
14   to the doctor.
15      MS. MILLER:  Are you going to talk
16   about it now?  Can we read it?  Thank you so
17   much.
18      MR. MILLER:  Well, I just want to talk
19   about it a little bit.
20   BY MR. MILLER:
21      Q.  We might talk about it more later, but
22   here, Doctor, that's 24-8.
23
24
25

Page 103

1      (Whereupon, Mucci Exhibit 24-8,
2      Montgomery, et al article,
3      Characteristics of non-participation
4      and potential for selection bias in a
5      prospective cohort study, was marked
6      for identification.)
7   BY MR. MILLER:
8      Q.  This is the article that after the
9   break counsel handed me.  And I think to put it
10   in context, before the break we were talking
11   about this Exponent article and the subject and
12   the section on selection bias in the
13   Agricultural Health Study.  You, I think,
14   generally told me that there was a study that
15   had recently explained that there was -- this
16   problem did not exist generally.  Is that what
17   you're -- the general line of -- let's just --
18   you don't have to say yes or no.  That's our
19   general backdrop.
20      So question, is this study, 24-8, the
21   study that you went to get in response to that
22   line of questions?
23      A.  I'm sorry, is this 24-8?
24      Q.  It is.
25      A.  Okay.

Page 104

1      Q.  Okay.
2      A.  This is the study I was thinking
3   about, and I wanted to make sure I had the right
4   author on.
5      Q.  All right.  I think we're back on
6   track.
7      Now, just to be clear, though, 24-7,
8   this study by Exponent that has the criticism
9   that I was referencing on the selection bias
10   section, was written in 2016.  Do you remember
11   that?
12      A.  So I can see here where they comment
13   on the topic of selection bias, and so what I
14   was -- since I haven't read their manuscript in
15   detail, what I was referring to was a study by
16   Montgomery, et al, which shows in general
17   differences between those who did and did not
18   participate in the follow-up interview were
19   generally very small differences.
20      In addition, there was the study by
21   Rinsky in 2017 that was just published that
22   actually carried this even further to evaluate
23   potential selection bias, which seemed to be
24   small.
25      Q.  All right.  I want to break that down.

Page 105

1   That's a mouthful.
2      You just mentioned another study from
3   2017, Winsky?
4      A.  Rinsky.
5      Q.  Spell, please.
6      A.  R-I-N-S-K-Y.
7      Q.  And was that in your materials that
8   you -- list of materials that you provided?
9      A.  Yes.
10      Q.  Okay.  It's a 2017 article.  All
11   right.
12      But the article that you provided me
13   after the break, the Montgomery article, that
14   was written in 2010; right?
15      A.  Yes.
16      Q.  Okay.  And so let's go back and look
17   at the 2016 criticisms.  Can you assume that
18   they would have been -- the 2010 article of
19   Montgomery would have been available to Exponent
20   in 2016?
21      A.  Well, since I haven't reviewed this
22   document by Exponent, I couldn't say one way or
23   the other if they reviewed this, if they
24   considered it.  I couldn't say one way or the
25   other what they considered in this description

Confidential - Pursuant to Protective Order

Page 106

1   of the selection bias.
2       Q.  Well, they considered one Montgomery
3   article from 2008.  Do you see that on --
4       A.  Well, I can see that on this document.
5   It is not the article I was referring to.
6       Q.  That is true.  Let's go back and see
7   what these authors from Exponent say about
8   selection bias and follow that discussion.
9       We were talking about the, "Thus,
10  considerable selection bias could have occurred
11  if non-participation was related to exposure and
12  health status.  A formal analysis of bias due to
13  study dropout does not appear to have been
14  conducted."
15      And my question is, are you of the
16  opinion that the Montgomery study is a formal
17  analysis of study dropout?
18      A.  It is one of the two -- at least two
19  analyses that have been conducted within the
20  Agricultural Health Study to evaluate potential
21  for selection bias because of the proportion of
22  people who did not respond to the second wave.
23      Q.  Well, what they say in the Montgomery
24  study is in the conclusion, they say,
25  "Differences between non-participants and

Page 107

1   participants in the follow-up interview were
2   generally small, and we did not find significant
3   evidence of selection bias.  However, the extent
4   of bias may depend on the specific exposure and
5   outcome under study"; right?
6       MR. COPLE:  For the record,
7   plaintiffs' counsel is marking the exhibit.
8   This highlighting was not previously there.
9   BY MR. MILLER:
10      Q.  You can answer.
11      A.  I'm sorry, could you repeat the
12  question?
13      MR. MILLER:  If you could read it
14  back, please.
15      (Whereupon, the reporter read back the
16  pending question.)
17      A.  Well, that is what the last statement
18  in the conclusions does say.  In fact, they
19  actually look specifically at the topic of
20  cancer here and the -- those who did and did not
21  respond to the second questionnaire, there was a
22  similar incidence of cancer.  Also,
23  non-Hodgkin's lymphoma they looked at
24  specifically.  So I think they partially
25  addressed that here.

Page 108

1       In addition, the article by Rinsky, et
2   al, specifically looks at several aspects of
3   pesticide exposure and cancer risk.  And, again,
4   although there is some missing data, it does not
5   appear to be leading to a selection bias.
6   BY MR. MILLER:
7       Q.  Show me the page in the Montgomery
8   article where they study the specific exposure
9   and outcome of non-Hodgkin's lymphoma.
10      A.  So if you look on Table 2, you can
11  look at the --
12      Q.  I haven't found Table 2 yet.  All
13  right.  Here.  Okay.  Now I have Table 2.  All
14  right.  Sure, go ahead.
15      A.  So you can -- here is where they
16  compare health conditions reported at enrollment
17  and participation in follow-up questionnaires.
18      Q.  And you're saying between participants
19  and non-participants we have the same result?
20      A.  I'm saying that based on this, they're
21  quite similar, and it wouldn't lead you to
22  concerns about differential misclassification.
23      Q.  To put a sharper number on it there,
24  .09 for non-participants and .2 for
25  participants; right?

Page 109

1       A.  What we're talking about is a
2   difference between -- on an absolute scale it's
3   quite a small difference.  And when we look at
4   cancer incidence overall, there as well we're
5   seeing very small differences in the percent of
6   people who have cancer and those who did and did
7   not respond.  So it's very small.
8       Q.  The adjusted odds ratio is 67 percent?
9       A.  But actually if you look at the
10  confidence intervals, because the numbers are
11  quite small, you can see .1 percent versus
12  .2 percent.  Confidence intervals are quite
13  wide.  These are very similar numbers, not a big
14  concern for bias.
15      Q.  And Exponent would go on to say in
16  2016, "An analysis of bias due to missing data,
17  another form of selection bias" -- well, let's
18  stop there.
19      You can agree that missing data is
20  another form of selection bias?
21      A.  In some settings in the case of
22  missing data, if the missing data is not random,
23  there may be concerns that's selection bias.
24  But it's not always the case if you have missing
25  data that you can result in selection bias.

28 (Pages 106 to 109)

Confidential - Pursuant to Protective Order

Page 110

1    Q.  And what they go on to say in this
2  case that it revealed that, "subjects with
3  complete covariate data were substantially
4  different from those with missing data," and
5  they cite the Lash study of 2007; right?
6    MR. COPLE:  Objection.  Lacks
7  foundation, the document speaks for itself.
8    A.  Well, that is exactly what that says.
9  The Lash study was not a study per se, but
10 rather a letter to the editor commenting on this
11 as a potential issue.
12 BY MR. MILLER:
13   Q.  And they conclude in their paragraph
14 on selection bias, "Thus, an analysis relying on
15 follow-up questionnaires or relying on
16 covariates with a high degree of missing data,
17 selection bias is a major concern in the
18 Agricultural Health Study."
19     That's true, isn't it?
20   MR. COPLE:  Objection.  Vague, lacks
21 foundation, document speaks for itself.
22   A.  So as I stated, you know, if there is
23 some missing data, there can be a concern of
24 selection bias.  But there was the publication
25 by Rinsky, et al which actually showed that it

Page 111

1  wasn't -- it didn't appear to be a huge issue of
2  selection bias.  It is a concern potentially, a
3  small concern, and I think a large concern that
4  Rinsky's study shows evidence not to be the
5  case.
6  BY MR. MILLER:
7    Q.  Turn with me to Page 20.  This is
8  Exponent 2016 on the Agricultural Health Study,
9  and they go on to say about generalizability.
10 And generalizability means can we take the study
11 of findings for a particular group and
12 generalize it to larger groups of population.
13 Is that fair, or no?
14   A.  Yes.  It -- and just an added level of
15 that, generalizability can be assessed only once
16 we're sure that there's internal validity of the
17 study.
18   Q.  Yes, ma'am.
19     And here the Exponent experts say,
20 "Results also cannot reliably be generalized to
21 other subpopulations not represented by the
22 study subjects."
23     Do you see that, ma'am?
24   A.  While -- while I can see that they
25 have stated this, I'm not -- since I haven't

Page 112

1  read this document, I'm not sure what the basis
2  is for that particular statement.
3    Q.  Go if you would to Page 23, please.
4    A.  May I add to that statement?
5    Q.  Sure.  What's that?
6    A.  I just -- just to add to that, in --
7  in -- there are many, many examples where you
8  can generalize studies from one population to
9  the other.  The question is, is any underlying
10 biology of an association going to differ
11 between populations.
12     In this case with respect to
13 glyphosate and NHL risk, it would seem hard to
14 think about why you couldn't generalize the
15 findings from the Agricultural Health Study to
16 another population.
17   Q.  Let's take a look at Page 23.  "The
18 guidelines put forth by Sir Austin Bradford Hill
19 in 1965 for evaluating the causality of
20 exposure-outcome association are commonly cited
21 and implemented in epidemiology."
22     That's true, isn't it?
23   A.  That's what this particular report
24 states.  Bradford Hill is really more of a set
25 of guidelines that is used, but the real

Page 113

1  approach to evaluating causality is much more --
2  is not exactly only relying on Bradford Hill.
3    Q.  What else is it relying on?
4    A.  It relies on a systematic and
5  thoughtful evaluation of each of the individual
6  studies, and assessment of the role of potential
7  bias or confounding or chance in the explanation
8  of those findings.  So I think the Bradford Hill
9  criteria are a set of guidelines.  They're not
10 taken necessarily as fact per se.
11   Q.  You have to look at the quality of the
12 study; right?
13   A.  It's important to look at the quality
14 of all of the studies before making the
15 assessment.
16   Q.  As these authors say here, "For
17 example, if a prospective cohort study has
18 substantial loss to follow-up, the risk of
19 selection bias will high" --
20   A.  I'm sorry, I don't see where you're
21 highlighting.
22   Q.  I apologize.  Let me move.  See me
23 now?
24     "For example, if a prospective cohort
25 study has substantial loss to follow-up, the

29 (Pages 110 to 113)

Confidential - Pursuant to Protective Order

Page 114

1    risk of selection bias" -- should be "will be
2    high," but it says -- "will high regardless of
3    whether the loss to follow-up is clearly
4    described."
5        That's true, isn't it?
6        A.   The -- I'm not specific -- since I
7    haven't read this document, I'm not specifically
8    sure what they're referring to.  As I've
9    mentioned earlier today, the main issue with
10   loss to follow-up is whether or not you know the
11   outcomes that have happened in the study.
12       In this particular literature on
13   non-Hodgkin's lymphoma, the loss to follow-up
14   for outcome is actually very, very low because
15   the quality of the registry data, the cancer
16   registry is quite high in capturing the outcome
17   of these participants.
18       Q.   Last point I'd like to go over with
19   you on this study, ma'am, this Exponent study,
20   2016, it's a simple general statement, perhaps
21   you agree.  On Page 25, "In epidemiology, there
22   is no universal ideal study design."
23       We can agree on that, can't we?
24       MR. COPLE:  Objection.  Vague.
25       A.   In epidemiology, I think what we can

Page 115

1    agree on is that a cohort study is a higher
2    level of validity than a case-control study.
3    BY MR. MILLER:
4        Q.   Can you agree that there is no
5    universal ideal study design?
6        MR. COPLE:  Objection.  Asked and
7    answered.
8        A.   I couldn't -- I -- again, as I said,
9    you know, a cohort study is a higher level of
10   evidence than the case-control study.
11   BY MR. MILLER:
12       Q.   Okay.  We're going to move off that
13   document and on to something else.
14       Your job when hired by Monsanto's
15   lawyers was to assist their lawyers in the case;
16   right?
17       MR. COPLE:  Objection.  Vague.
18       A.   No, that's not correct.  My role was
19   to critically review all of the epidemiology
20   studies that have looked at the association
21   between glyphosate and NHL risk and come to an
22   assessment of whether they supported a causal
23   association or not.
24   BY MR. MILLER:
25       Q.   And let's look at the retention letter

Page 116

1    that -- between the Hollingsworth firm and you.
2    This is marked 24-9.  Okay?
3        (Whereupon, Mucci Exhibit 24-9,
4        1/28/16 retention letter, was marked
5        for identification.)
6        MR. COPLE:  Do you have a copy?
7        MR. MILLER:  Yes, of course (handing).
8    BY MR. MILLER:
9        Q.   You've seen this before; right?
10       A.   Yes.
11       Q.   Okay.  This was sent to you
12   January 28, 2016; right?
13       A.   Yes.
14       Q.   And had you worked with the firm
15   before that?
16       A.   No.
17       Q.   Did any work for Monsanto before that?
18       A.   No.
19       Q.   And you have never been an expert
20   before; right?
21       A.   I've never served as an expert
22   report -- expert before.
23       Q.   This letter sent to you from the
24   Hollingsworth firm, Mr. -- Ms., excuse me,
25   Heather Pigman; right?

Page 117

1        A.   Yes.
2        Q.   Okay.  It says that, "This letter
3    confirms that Hollingsworth LLP, on behalf of
4    Monsanto Company, has retained you to provide
5    expert consulting services...for the purposes of
6    assisting Hollingsworth in representing Monsanto
7    in connection with potential or actual
8    litigation against Monsanto involving injuries
9    allegedly caused by Roundup or glyphosate";
10   right?
11       A.   That is what the document says.
12       Q.   Okay.  Let's look at -- now, how many
13   hours have you billed to date, ma'am?
14       A.   I don't recall the specific total at
15   this point.
16       Q.   Can you give me an estimate?
17       MR. COPLE:  Objection.  Asked and
18   answered.
19       A.   I couldn't -- I know I provided that
20   information.  I just -- I'm not sure of the
21   exact number of hours.
22   BY MR. MILLER:
23       Q.   The last bill I have is June 21st,
24   2016.  Have you submitted a bill since then?
25       A.   You should have all the bills that

Confidential - Pursuant to Protective Order

Page 118

1    were submitted to date.
2        Q.  Okay.  You don't think you submitted a
3    bill since June?
4            MR. COPLE:  Objection.  Asked and
5    answered.
6    BY MR. MILLER:
7        Q.  You can answer.
8        A.  Yeah, I just -- I can't -- I turned
9    over all of my invoices to Hollingsworth.
10       Q.  The money that is earned, does it go
11   to you directly or to Harvard, or how does that
12   work?
13       A.  The money, it's for me for work as an
14   independent outside my activities at Harvard.
15       Q.  Do you know Dr. Dimitrios
16   Trichopoulos?
17       A.  Yes.
18       Q.  And he was a mentor of yours?
19       A.  Yes.
20       Q.  And then you spent a year in Sweden
21   working under the mentorship of Hans-Olov Adami?
22       A.  Yes.
23       Q.  Okay.  And you still work closely with
24   him now?
25       A.  Yes.

Page 119

1        Q.  Okay.  Are you aware that they're both
2    good friends of Dr. Acquavella, a full-time
3    employee epidemiologist at Monsanto?
4            MR. COPLE:  Objection.  Lacks
5    foundation, vague.
6        A.  No, I was not aware.
7    BY MR. MILLER:
8        Q.  This is a document produced to us by
9    Monsanto, we've marked as Exhibit 24-10.
10           MR. MILLER:  I have a copy for
11   counsel.
12           (Whereupon, Mucci Exhibit 24-10,
13           E-mail chain, Bates MONGLY01204377 and
14           4378, was marked for identification.)
15   BY MR. MILLER:
16       Q.  I'm looking, ma'am, at the first page,
17   an e-mail by Donna Farmer, employee of Monsanto,
18   and she states in pertinent part here,
19   "Hans-Olov and Dimitrios" -- these are the two
20   gentlemen we were just talking about?
21           MR. COPLE:  Objection.  The document
22   speaks for itself, lacks foundation.
23       A.  It looks like from the document,
24   that's what it says, yes.
25   BY MR. MILLER:

Page 120

1        Q.  -- "were good friends with
2    John Acquavella.  We worked with them a lot when
3    John was here."
4            When you took the assignment of
5    assisting Hans in this case, did you know that
6    Dr. Olav and Dr. Dimitrios had also worked with
7    Monsanto?
8            MR. COPLE:  Objection.  Lacks
9    foundation, document speaks for itself.
10       A.  I'm sorry.  Could you repeat what you
11   just said?
12   BY MR. MILLER:
13       Q.  When you agreed to assist
14   Hollingsworth in this case, did you know that
15   Dr. Olav and Dr. Dimitrios had worked for
16   Monsanto?
17           MR. COPLE:  Same objection.
18       A.  No, I was not aware one way or the
19   other.
20   BY MR. MILLER:
21       Q.  Do you know if that's how
22   Hollingsworth was able to contact you?
23       A.  I don't know one way or the other.
24       Q.  Fair to say you would have been the
25   mentor of Dr. Rider?

Page 121

1            MR. COPLE:  Objection.  Lacks
2    foundation.
3        A.  I was a mentor to Dr. Rider.  We are
4    now colleagues.
5    BY MR. MILLER:
6        Q.  Sure.
7            Were you able to listen in on
8    Dr. Rider's deposition yesterday?
9        A.  No, I did not.
10       Q.  Did you talk to her about it?
11       A.  No, I did not.
12       Q.  Have a chance to read any of it?
13       A.  No, I did not.
14       Q.  Are you aware that Dr. Olov and
15   Dr. Dimitrios have been helping Monsanto defend
16   glyphosate since 1999?
17           MR. COPLE:  Objection.  Lacks
18   foundation, vague.
19       A.  I am not familiar with any
20   relationship one way or the other with
21   Dr. Trichopoulos or Dr. Adami.
22   BY MR. MILLER:
23       Q.  This is an e-mail produced to us by
24   Monsanto we've marked as 24-11, 1999.
25

31 (Pages 118 to 121)

Confidential - Pursuant to Protective Order

Page 122

1          (Whereupon, Mucci Exhibit 24-11,
2          E-mail chain, Bates MONGLY00878065
3          through 67, was marked for
4          identification.)
5   BY MR. MILLER:
6       Q.  And I just want to draw your attention
7   to the -- this is an e-mail chain in 1999 from,
8   again, Donna Farmer.  Do you see that on the
9   first page, June, 1999?  And it's -- if you go
10  to Page 2, this is regarding what they call the
11  Hardell situation.
12          Hardell, of course, is an author of an
13  article on the association between glyphosate
14  and Roundup, isn't he?
15      MR. COPLE:  Objection.  Lacks
16  foundation, the document speaks for itself.
17      A.  Yeah.  I'm sorry, I was reading
18  through this.  Could you repeat the question?
19  BY MR. MILLER:
20      Q.  Hardell is an author of a study on the
21  association between glyphosate and non-Hodgkin's
22  lymphoma, isn't he?
23      MR. COPLE:  Same objections.
24      A.  Dr. Hardell is a co-author on several
25  publications that emanated from two case-control

Page 123

1   studies.
2   BY MR. MILLER:
3       Q.  And this is an update on the Hardell
4   situation.  Let me get up here so you can see
5   that.  Can you see that, ma'am?
6       MR. COPLE:  Objection.  Lacks
7   foundation, the document speaks for itself,
8   vague.
9       A.  I haven't had a chance to review this
10  set of e-mails.  I'm not sure what it's
11  referring to.
12  BY MR. MILLER:
13      Q.  Well, let's look at Page 2.
14  Ms. Farmer goes on to say, "What have we done to
15  defend glyphosate?"  It says, "We are creating a
16  scientific outreach network of prominent
17  epidemiologists in Europe and in the US,
18  including Dimitrios Trichopoulos" -- that's your
19  mentor, right, that we talked about earlier?
20      MR. COPLE:  Objection.  Lacks
21  foundation, the document speaks for itself,
22  asked and answered.
23      A.  Dr. Trichopoulos was my mentor, yes.
24  BY MR. MILLER:
25      Q.  -- "and Hans-Olov Adami, who will

Page 124

1   assist us in defending glyphosate."
2       Do you see that?
3       MR. COPLE:  Objection.  Lacks
4   foundation, the document speaks for itself.
5       A.  Yeah, while I can see that's what it
6   says, I have no information to share with you
7   one way or the other regarding Dr. Adami or
8   Dr. Trichopoulos on this.
9   BY MR. MILLER:
10      Q.  How many years did you study under
11  these gentlemen?
12      A.  Dr. Trichopoulos, I was his doctoral
13  student starting in 19 -- I can't remember
14  exactly the start date, but it was in the late
15  1990s, early 2000s.  I also started working
16  around the same time with Dr. Adami.
17      Q.  And you did not participate in helping
18  him defend glyphosate at that time?
19      MR. COPLE:  Objection.  Asked and
20  answered.
21      A.  I don't recall any work that we did
22  one way or the other.
23  BY MR. MILLER:
24      Q.  The latency period for non-Hodgkin's
25  lymphoma, you would agree, would be more

Page 125

1   appropriately left for oncologists who study
2   non-Hodgkin's lymphoma?
3       MR. COPLE:  Objection.  Vague, lacks
4   foundation.
5       A.  Could you clarify what you mean by
6   that comment?
7   BY MR. MILLER:
8       Q.  Let me see.  What was the question?
9   Let's see.  It's marked here as an answer, not
10  marked as a question.  I'm not sure.
11          The latency period for non-Hodgkin's
12  lymphoma, you would agree, would be more
13  appropriately left for oncologists who study
14  non-Hodgkin's lymphoma?
15      MR. COPLE:  Same objection.
16      A.  I would actually disagree.  An
17  oncologist's role is to treat non-Hodgkin's
18  lymphoma.  Indeed, oftentimes epidemiology
19  studies are quite useful in defining a latency
20  period for a specific exposure and the risk of a
21  new disease.
22  BY MR. MILLER:
23      Q.  Would epidemiologists who were also
24  medical doctors and oncologists then be in the
25  best spot to tell us about latency?

Confidential - Pursuant to Protective Order

Page 126

1          MR. COPLE: Objection. Vague.
2          A.  Not necessarily.
3    BY MR. MILLER:
4          Q.  We can agree you're not an oncologist?
5          A.  I'm an epidemiologist, a cancer
6    epidemiologist.
7          Q.  So we can agree you're not an
8    oncologist?
9          MR. COPLE:  Objection. Answered.
10         A.  I'm a cancer epidemiologist.  I'm not
11   an oncologist.
12   BY MR. MILLER:
13         Q.  You're not a medical doctor?
14         A.  I'm a cancer --
15         MR. COPLE:  Objection. Asked and
16   answered.
17         A.  I'm a cancer epidemiologist, and in
18   many of my epidemiology studies we look at
19   specific latency periods using lagged analysis
20   and other approaches to understand the latency
21   between a specific exposure and a specific
22   disease.
23   BY MR. MILLER:
24         Q.  How many papers have you written on
25   the latency period for non-Hodgkin's lymphoma?

Page 127

1          A.  I have published some studies on
2    non-Hodgkin's lymphoma, although it is not my
3    area currently of research.  However, I'm still,
4    given my skills as a cancer epidemiologist, able
5    to not only review existing literature on this
6    topic, but also to think about issues that may
7    not be related to a disease I study often.
8          Q.  So I'm clear then, you have written
9    papers on the issue of latency for non-Hodgkin's
10   lymphoma?
11         A.  The studies, I would want to look back
12   specifically on my studies of non-Hodgkin's
13   lymphoma that I've performed, these were several
14   years ago, before I said one way or the other.
15         Q.  What is the latency period for
16   non-Hodgkin's lymphoma?
17         A.  That -- the issue of latency is
18   actually more complicated.  There's not
19   necessarily one average time period for a
20   disease.  It may vary depending on specific risk
21   factors.  But generally for a disease like
22   non-Hodgkin's lymphoma, and given
23   epidemiological studies that have looked at a
24   range of risk factors, it would be reasonable to
25   think about in the order of several years, if

Page 128

1    not a decade, between when an exposure happens
2    and when the actual outcome is diagnosed.
3          Q.  Fair to say that that blood cancers
4    develop quicker than solid tumors?
5          MR. COPLE: Objection. Vague.
6          A.  That is -- may be the case in some
7    circumstances, but is actually not always the
8    case.
9    BY MR. MILLER:
10         Q.  Have you done any work with the 9/11
11   program in New York for the injuries sustained
12   from the destruction of the twin towers?
13         MR. COPLE:  Objection. Vague.
14         A.  I have not done any work with an
15   organization such as that.
16   BY MR. MILLER:
17         Q.  Are you aware that non-Hodgkin's
18   lymphoma is a compensable injury under the 9/11
19   Fund?
20         A.  I'm not --
21         MR. COPLE:  Objection to the extent it
22   calls for a legal opinion.
23         I'm not familiar with this program.
24   BY MR. MILLER:
25         Q.  Do you know Dr. Chen at Harvard?

Page 129

1          A.  What is Dr. Chen's first name?
2          Q.  Mei, M-E-I.
3          A.  No.
4          Q.  Let's look at the study real quick.
5    All right. 24-12. This is a study,
6    "Residential Exposure to Pesticide During
7    Childhood and Childhood Cancers:  A
8    Meta-Analysis" performed, I believe, at Harvard.
9    Let's take a look.
10         (Whereupon, Mucci Exhibit 24-12, Chen,
11         et al study, Residential Exposure to
12         Pesticide During Childhood and
13         Childhood Cancers:  A Meta-Analysis,
14         was marked for identification.)
15   BY MR. MILLER:
16         Q.  Have you seen this before?
17         A.  No, I have not.
18         Q.  Looking at the names of the scientists
19   involved, do you know any of them?
20         A.  I do not.
21         Q.  It says they are from the department
22   of environmental health, Harvard.  That's the
23   same Harvard that you're at, right?
24         A.  The Harvard T.H. Chen School of Public
25   Health, yes.

33 (Pages 126 to 129)

Confidential - Pursuant to Protective Order

Page 130

1    Q.  Yes, ma'am.  All right.  And they say
2  that "There is an increasing concern about
3  chronic low-level pesticide exposure during
4  childhood and its influence on childhood
5  cancers." Right?
6         MR. COPLE:  Objection.  Lacks
7  foundation, the document speaks for itself.
8    A.  Yes.  While that is what it says in
9  the abstract, just to clarify, I have not
10  reviewed any studies that relate to glyphosate
11  and risk of cancer in children, just to clarify
12  that.
13  BY MR. MILLER:
14    Q.  Let's see what these authors conclude
15  at Harvard, that "Conclusions:  Results from
16  this meta-analysis indicated that children
17  exposed to indoor insecticides would have a
18  higher risk of childhood hematopoietic cancers."
19      Do you see that, ma'am?
20         MR. COPLE:  Objection.  Lacks
21  foundation, the document speaks for itself.
22    A.  Yes, while I can see that the authors
23  have written this, I haven't reviewed this
24  article before, so I haven't reviewed the
25  studies themselves.

Page 131

1      I think it's also important to note
2  that the etiology of childhood cancers is quite
3  different than the etiology of those same
4  cancers in adults.
5      It's also important to note that for
6  non-Hodgkin's lymphoma, 95 of the cases of
7  non-Hodgkin's lymphoma occur in adults, and that
8  the etiology of that disease can be quite
9  different than that in children.
10  BY MR. MILLER:
11    Q.  How is that?  How is it different?
12    A.  We could spend a long time discussing
13  this, but the way in which cancer may be forming
14  in the growth patterns of children, the types of
15  hormones they're exposed to, the underlying
16  genetic -- somatic genetics of these diseases
17  can be quite different, and so it's almost
18  impossible to extrapolate findings from studies
19  within children, childhood cancers, to that of
20  adults.
21    Q.  Do you have a Ph.D in any -- I
22  apologize, let me pull out -- we have your CV.
23  Do you have a Ph.D, I guess I'm asking.
24    A.  Do I have a Ph.D?
25    Q.  Yes.

Page 132

1    A.  I have a degree equivalent to a Ph.D.
2  that's what Harvard confers.
3    Q.  Oh, I don't doubt that.  I'm not
4  suggesting otherwise.  Some people also have
5  Ph.Ds who are epidemiologists, and I'm asking if
6  you're one of them.  That's all.
7    A.  I'm sorry.  I don't understand the
8  question.
9    Q.  A Ph.D.  Do you know a Ph.D is?
10         MR. COPLE:  Objection.  Asked and
11  answered, argumentative.
12    A.  Yeah, I guess I don't understand what
13  you're asking specifically with your question.
14  BY MR. MILLER:
15    Q.  Well, let me be more specific.
16      Like Dr. Neugut, he's got -- he's an
17  epidemiologist, but he also has a Ph.D in
18  molecular biology and a medical degree.
19    A.  I have a doctoral degree in
20  epidemiology.  I have a master's of public
21  health.
22    Q.  And I respect all that.  I guess the
23  answer is you don't have a Ph.D as well --
24         MR. COPLE:  Objection.
25  BY MR. MILLER:

Page 133

1    Q.  -- in addition thereto?
2         MR. COPLE:  Objection.  Asked and
3  answered.
4         MR. MILLER:  I'm just asking.
5    A.  I just -- I'm --
6         MR. COPLE:  Asked and answered,
7  argumentative.
8         THE REPORTER:  I'm sorry.  One at a
9  time, please.
10         MR. COPLE:  Objection.  Asked and
11  answered, argumentative.
12  BY MR. MILLER:
13    Q.  I wasn't trying to get anybody upset.
14  I just asked.
15    A.  Well, I've stated what's on my CV.
16    Q.  Okay.
17    A.  But I also have broader knowledge
18  about biology and have been a cancer
19  epidemiologist for a number of years, and I
20  actually know a fair bit about childhood cancers
21  in addition to adult cancers.  I know a fair bit
22  about the underlying somatic genetics of
23  childhood cancers versus adult cancers.
24      So just to clarify, I think that I can
25  say with high confidence that the etiology of

34 (Pages 130 to 133)

Confidential - Pursuant to Protective Order

Page 134

1    non-Hodgkin's lymphoma in children is quite
2    different than that in adults.
3         Q.   Would it be fair to say that the
4    predominant interest of yours is prostate
5    cancer?
6         A.   Prostate cancer, yes.
7         Q.   Yes.  How do you pronounce it?
8         A.   Prostate.
9         Q.   Prostate cancer.  Excuse me.
10             What percentage of your professional
11   time is within that sphere vis-à-vis other types
12   of cancer?
13        A.   Currently?
14        Q.   Yes.
15        A.   I work on many different studies in
16   prostate cancer epidemiologically.  I also have
17   the cancer epidemiology program not only for the
18   School of Public Health, but the Dana Farber
19   Harvard Cancer Center, so in those capacities
20   I'm involved in a range of activities related to
21   a broad range of cancers actually.
22        Q.   All right.
23        A.   So it's hard to say specifically the
24   amount of time in a week I spend on any one
25   scope of my work.

Page 135

1         Q.   Okay.  Do you currently have any
2    non-Hodgkin's lymphoma research ongoing?
3         A.   Myself, I published something in
4    the -- that's on my CV in the past year that did
5    cover hematopoietic malignancies.
6         Q.   Consider -- today do you have any
7    ongoing research that's not published in
8    non-Hodgkin's lymphoma?
9         A.   No.
10        Q.   Okay.
11        A.   Although just because that's the case,
12   that doesn't mean that I can't critically review
13   the epidemiological studies on that.
14        Q.   Do you know Dr. Marshall Kadin at
15   Harvard?
16        A.   No, I don't.
17        Q.   I want to look at one of your studies
18   that involved childhood leukemia and lymphoma
19   and maternal smoking.  Do you remember that
20   study?
21        A.   I do.
22        Q.   Okay.  I'll mark it as Exhibit 24-13.
23
24
25

Page 136

1              (Whereupon, Mucci Exhibit 24-13,
2              Mucci, et al study, Maternal Smoking
3              and Childhood Leukemia and Lymphoma
4              Risk, was marked for identification.)
5    BY MR. MILLER:
6         Q.   All right.  Let me ask you, ma'am, in
7    this study you found an excess risk of
8    non-Hodgkin's lymphoma for smokers?
9         A.   What we found was a suggestive small
10   increased risk of non-Hodgkin's lymphoma
11   associated with smoking.  Although, you know,
12   given the number of cases, the confidence
13   intervals were fairly wide.
14        Q.   And this was if the mother smoked was
15   the child at increased risk of leukemia; is that
16   it?
17        A.   Correct.  If the mother smoked during
18   pregnancy.
19        Q.   Yes, ma'am.
20             Let's look at Table 1 of your study.
21             As regards non-Hodgkin's lymphoma,
22   you're showing mean age at diagnosis of what,
23   ma'am?  That's 5.7 years?
24        A.   Correct.
25        Q.   And 74 percent male?

Page 137

1         A.   Yes, correct.
2         Q.   Please turn with me, if you would, to
3    Page 1531.  Would you tell us here, and I'm on
4    the right side, middle of the page, "Because
5    such misclassification of exposure is
6    non-differential, the true associations between
7    maternal smoking and leukemia and lymphoma may
8    be greater than reported"; right?
9         A.   I can see where it says this in this
10   document, yes.
11        Q.   And it's true, misclassification of
12   exposure is non-differential, it can reduce the
13   true association?
14        A.   Well, actually it's the issue of
15   non-differential misclassification.  In general
16   when it's a yes/no variable, it will tend to
17   bias a result toward the null.  However, when
18   there's more than two categories, it can
19   actually bias away from the null as well.
20        Q.   And let's go, then, to Page 1532 and
21   your last paragraph there.  "This study provides
22   supportive evidence of a positive
23   association" --
24        A.   I'm sorry, where are you?
25        Q.   Sure.

35 (Pages 134 to 137)

Confidential - Pursuant to Protective Order

Page 138

1      A.  Okay.  Yeah.
2      Q.  "This study provides supportive
3   evidence of positive association with AML and
4   NHL and an interesting protective effect with
5   ALL, which needs to be explored further"; right?
6          Did I read that correctly?
7      A.  That is what the manuscript says.
8      Q.  And I want to point out that you saw
9   supportive evidence of a positive association
10  even though there was no statistical
11  significance; right?
12     A.  Right.  And as I'd like to -- as this
13  document said earlier, we use the word
14  "suggestive" since the odds ratio, while it is
15  above 1, the confidence intervals were somewhat
16  wide because of the small numbers.
17     Q.  And this was not a cohort study, but
18  this is a case-control study; right?
19     A.  No, that is not correct.  This is
20  actually a cohort study within 1.4 million
21  Swedish children.
22     Q.  You look back at a register; right?
23  That's how it's worked out?
24     A.  This was leveraging -- for this study
25  we took advantage of a nationwide registry of a

Page 139

1   birth registry in Sweden that has information
2   collected on smoking status, and that was then
3   linked together with a cancer registry to look
4   at cancer outcomes in children.  We also have
5   information from the death register as well.
6      Q.  So even if the confidence interval or
7   the p-value is greater than .05, you can get
8   important information from the study, I think we
9   can agree?
10         MR. COPLE:  Objection.  Vague.
11     A.  In some cases.  You know, again, you
12  wouldn't want to take one study in isolation.
13  It would be important not only to look at the
14  role of chance, but before even doing that, it's
15  important to look at the role of potential bias
16  and confounding in explaining associations.  So
17  I think that you need to think about a lot of
18  different factors in looking through taking a
19  relative risk estimate in this 95 percent
20  confidence interval.
21  BY MR. MILLER:
22     Q.  Do you remember the study you did on
23  trichomonas vaginalis infection and prostate
24  cancer incidence?
25     A.  Yes.  Actually I was part of

Page 140

1   several -- a few different publications on that
2   topic.
3      Q.  This one is in the journal National
4   Cancer Institute, 2009.  I've got a copy for you
5   here.
6          (Whereupon, Mucci Exhibit 24-14,
7          Stark, et al article, Prospective
8          Study of Trichomonas vaginalis
9          Infection and Prostate Cancer
10         Incidence and Mortality, was marked
11         for identification.)
12  BY MR. MILLER:
13     Q.  And I just want to go over a couple of
14  things with you on this.
15         In your Results section, "Although not
16  statistically significant, the magnitude of the
17  association between T vaginal-seropositive
18  status and overall prostate cancer risk (odds
19  ratio 1.23) was similar to that reported
20  previously."
21         You conclude, "This large prospective
22  case-control study obtained further support for
23  an association between a seropositive status for
24  antibodies against T vaginalis and the risk of
25  prostate cancer"; true?

Page 141

1      A.  So this is what the document says.
2          To add some clarity on your comment
3   regarding case-control study, this is actually a
4   different approach to a case-control study than
5   any of the case-control studies that were looked
6   at for glyphosate and non-Hodgkin's lymphoma.
7   What we did was perform a prospective analysis
8   where the bloods were actually collected well
9   before the cancer diagnosis.  So that's very
10  different than what we see in the glyphosate and
11  NHL literature where the information on
12  glyphosate is collected after the diagnosis.  So
13  I just wanted to clarify that point.
14         And I think that statement that we
15  made in the conclusion really was in large part
16  because of the strong positive associations that
17  we observed for extraprostatic prostate cancer
18  as well as metastatic disease.  Prostate cancer
19  is a disease that's quite biologically variable
20  in its risk of metastatic disease, and what
21  we're really interested in looking at are
22  associations for risk of more advanced cancer.
23  And so that in terms of our conclusion, I think
24  the basis for that statement was given the
25  strong evidence of extraprostatic prostate

Confidential - Pursuant to Protective Order

Page 142

1    cancer and clinically relevant lethal disease in
2    this study.
3        Q.  You say on the next page -- oops, I
4    guess that's two pages -- on Page 3 in the
5    Discussion section that, "In this
6    large...case-control study, we provide further
7    evidence to support the previously" associated
8    -- I'm sorry, "previously reported association
9    between a T vaginalis-seropositive status and
10   prostate cancer risk."
11       You say that even though it's not
12   statistically significant; right?
13       A.  So just to clarify, again in the
14   comment about the case-control study, this is a
15   case-control study where the information on the
16   exposure was collected prior to development of
17   any disease.  So, again, just to clarify that
18   point.  So these data, the relative risk
19   estimate was not statistically significant.
20   However, the confidence intervals were actually
21   fairly narrow around that point estimate because
22   we had such a large number of cases, and because
23   the exposure was so common.
24       So, you know, again we're taking an
25   odds ratio together with the size of the

Page 143

1    confidence intervals, and then taking that in
2    the context of other epidemiological studies.
3        Q.  Which is what epidemiologists do;
4    right?
5        A.  What epidemiologists do is you want to
6    review critically each individual epidemiology
7    study and look at the strengths and weaknesses
8    and assess whether there's potential bias or
9    confounding or trends that might explain
10   associations.
11       Q.  And lots of epidemiologists use forest
12   plots to make their points about association of
13   exposures and outcomes; right?
14           MR. COPLE:  Objection.  Vague.
15       A.  I wouldn't necessarily agree with that
16   one way or another.  There can be instances
17   where in meta-analyses forest plots are used to
18   present data, but there also could be other
19   instances where it's not the case.
20   BY MR. MILLER:
21       Q.  Let's look at an instance where you
22   use forest plots as part of a presentation.
23           (Whereupon, Mucci Exhibit 24-15,
24           PowerPoint, Epidemiology of Prostate
25           Cancer Risk and Progression, was

Page 144

1        marked for identification.)
2    BY MR. MILLER:
3        Q.  24.15, do you recognize that document?
4        A.  Yes.
5        Q.  And what is it?
6        A.  Well, actually I have to remind
7    myself.  This likely would have been a
8    presentation that was made at the University of
9    Pennsylvania, potentially.
10       Q.  And turning with me to --
11       A.  Is that correct?  I'm not sure.
12       Q.  I know what it says.  It says
13   "Epidemiology of Prostate Cancer Risk and
14   Progression, Prostate Cancer Evidence Academy."
15       A.  But, again, I haven't seen this
16   document for a little while.  So I'm just -- I'm
17   not sure specifically what this was from.
18       Q.  Well, that's you, right, Lorelei --
19       A.  No, I'm saying it is, but I'm just not
20   sure what this is from, I -- you know, what the
21   Prostate Cancer Evidence Academy is.
22       Do you know where this document came
23   from?  I'm sorry to ask.  I just want to make
24   sure that I'm -- I have the right information
25   about what the document is.

Page 145

1        Q.  That wonderful thing they call the
2    internet.
3        A.  I understand that, but I'm just trying
4    to understand, like, what this comes from
5    actually.
6        Q.  Let me know when you're ready.  I have
7    some more questions.
8        A.  I'm sorry, just -- I just want to
9    clarify what this actually is from.  I've given
10   a number of different talks in 2015.  So I just
11   want to make sure that I have the correct --
12   that this is -- what this is referred to, where
13   these slides are from.
14       Q.  Take your time and look at it as much
15   as you want, and I have some questions.
16       A.  Okay.  Go ahead, please.  I'm ready.
17   Go ahead, please.
18       Q.  Okay.  So here we have Dr. Lorelei
19   Mucci --
20       A.  It's Lorelei.
21       Q.  I'm sorry, excuse me.  Lorelei Mucci
22   at the Prostate Cancer Evidence Academy, and I
23   want to go with you to --
24       A.  And just to clarify, again I'm not
25   sure what the Prostate Cancer Evidence Academy

37 (Pages 142 to 145)

Confidential - Pursuant to Protective Order

Page 146

1   is. I just -- that's my point that I'm trying
2   to clarify with you. But I can look at my
3   slides irrespective of that and just give you
4   some information.
5        Q. Well, let's go to Page 13 of your
6   PowerPoint here. You do a summary slide of
7   "risk factors for advanced/lethal prostate
8   cancer." And you say that there is a strong
9   evidence of association with cigarette smoking.
10       Do you see that, Doctor?
11       A. Yes, I can see that in this
12   presentation.
13       Q. Let's go to Page 9 where you use
14   forest plots to make that point.
15       A. There's no forest plots here. These
16   are results from a specific analysis. This is
17   just one study. Actually, these are hazard
18   ratios for different categories of exposure.
19   This isn't a forest plot.
20       I appreciate the clarification. This
21   is one study, and it's "Smoking and snus use
22   among 9,500 Swedish men with prostate cancer";
23   right?
24       A. It's snus, yes.
25       Q. I'm sorry?

Page 147

1        A. Snus, that's how have you pronounce
2   it, snus.
3        Q. Snus. Snus. What is snus?
4        A. It's a smokeless tobacco product.
5        Q. And so from this one study, smoking
6   only, you show hazard ratio. You have a line
7   for 1, and it's above 1; right? But the
8   confidence interval crosses 1. Am I reading
9   that right?
10       A. While that is what this particular
11   study showed, this comment here about the
12   strength of evidence is based on a report from
13   the Surgeon General's Report, their fifth
14   anniversary report looking at the evidence for
15   the association between cigarette smoking and
16   the risk of developing an advanced or lethal
17   cancer. So that's where the strength of
18   evidence being strong comes from.
19       Q. All right. We'll move on. Do you
20   consider the NAPP study to be a published or
21   unpublished? It was an abstract.
22       A. I'm not sure I would qualify it one
23   way or the other. It was a -- it's a study that
24   has been presented at international scientific
25   meetings.

Page 148

1        Q. Let's take a look at it. 24-16.
2        (Whereupon, Mucci Exhibit 24-16,
3        9/21/15 NAPP Study, was marked for
4        identification.)
5   BY MR. MILLER:
6        Q. You reviewed this, "Evaluation of
7   glyphosate use and the risk of non-Hodgkin
8   lymphoma major histological sub-types in the
9   North American Pooled Project" (handing)?
10       A. So what I reviewed with respect to
11   North American Pooling Project is an abstract
12   that was submitted to one of the scientific
13   meetings, as well as three PowerPoint
14   presentations. I have not seen this particular
15   manuscript.
16       Q. Well, let's take a look at it. Did
17   you -- let's just ask you first. All right.
18       23-16. One of the authors is Aaron
19   Blair. Have you read Dr. Blair's deposition?
20       A. I believe that I did review parts of
21   his deposition, yes.
22       Q. Did you review Dr. Weisenburger's
23   deposition?
24       A. No, I did not.
25       Q. You and I can agree that's the same

Page 149

1   Dr. Blair that was a co-author of the
2   Agricultural Health Study; right?
3        A. I believe it is, yes.
4        Q. Let's look at this paper. What this
5   paper adds on Page 2 -- if you look with me,
6   please. So what this paper adds per these
7   authors is that significant or nearly
8   significant risk of non-Hodgkin's lymphoma
9   overall were observed for greater than two days'
10  use. Odds ratio of 2.42, statistically
11  significant.
12       Do you see that?
13       MR. COPLE: Objection. The document
14  speaks for itself.
15       A. Yes. While I can see that actually
16  there are a couple of concerns specifically here
17  with respect to both using greater than two days
18  per year of use, as well as the fact that these
19  odds ratio were not the odds ratio that they --
20  Pahwa presented in the PowerPoint presentation
21  that mutually adjusted for use of 2,4-D, dicamba
22  and malathion, which was shown there was
23  confounding present because, in fact, the odds
24  ratio was substantially attenuated.
25       Secondly, I think an important issue

38 (Pages 146 to 149)

Confidential - Pursuant to Protective Order

Page 150

1    is around the issue of the recall bias by the
2    large proportion of proxy respondents.  Again,
3    the analysis in the presentation presented by
4    Pahwa shows clearly the effect of the recall
5    bias due to the high proportion of proxies in
6    the studies in the North American Pooling
7    Project.
8        Q.  What was the percentage of proxy
9    respondents?
10       A.  In the studies it ranged from 30 to
11   40 percent of the cases had proxy respondents.
12       Q.  And proxy respondent means what?
13       A.  Well, what happened was these studies
14   recruited cases, and sometimes many years after
15   when they were initially diagnosed, some of them
16   had died or were too ill, so they had
17   individuals, whether it would be a spouse, a
18   child, or somebody else, fill out the
19   information about the use of glyphosate or other
20   pesticides in the studies.
21       Q.  Is that more accurate than estimating
22   what the respondents would be, or less accurate?
23       A.  I'm sorry, I don't understand.
24       Q.  I mean, it just seems like you're
25   criticizing proxy respondents, but you don't

Page 151

1    criticize multiple imputation in the AHS study,
2    and it seems to be intellectually inconsistent.
3            MR. COPLE:  Objection.  Argumentative.
4        A.  I think we can take those two issues
5    separately.  They're very, very different issues
6    to be concerned about.  What you asked me
7    specifically with respect to the North American
8    Pooling Project, and that one large concern and,
9    in fact, which was demonstrated by Pahwa in this
10   report and was also demonstrated by Wadell in
11   his analysis which showed that the -- when you
12   looked at the data specifically on -- from the
13   self-respondents versus the self-respondent
14   proxies, you see attenuation of the odds ratios.
15   And I think it's a pretty well -- there's other
16   published epidemiological studies that have
17   shown in multiple different studies of cancer
18   the fact that when in -- a spouse or a child
19   loses somebody to cancer, they'll often ruminate
20   and tend to overreport on the range of
21   exposures.  It was actually demonstrated clearly
22   the issue of the recall bias induced
23   specifically by the proxy respondents in the
24   North American Pooling Project studies.
25       Q.  How was it demonstrated?

Page 152

1        A.  If you -- if we could look at the
2    slides that were presented by Pahwa, et al, they
3    did an analysis where they looked specifically
4    in those, where the data was based on the
5    self-report versus the self-report plus the
6    proxies together, and what you could see in
7    those who just use the self-report there was an
8    attenuation of the relative risk which shows
9    that there was this issue of overreporting.
10           Also, you can see a similar issue --
11   let me just pull it up here so I make sure that
12   I have the correct numbers.
13           (Witness reviewing document.)
14       A.  So Wadell, et al, in 2001 looked
15   specifically around the issue of proxy
16   respondents looking at, not glyphosate per say,
17   but specifically the organophosphate pesticides,
18   and what they found was that when you looked at
19   the association between pesticide -- this
20   pesticide exposure and NHL risk, when you used
21   the data from the proxies, it was a relative
22   risk of 3.0, and those from the self-reports was
23   1.2.  So it's a very good example showing the
24   issue of recall bias that results from the use
25   of our proxy respondents.

Page 153

1        Q.  Okay.  Let's look what the authors of
2    the NAPP study have to say about what this paper
3    adds.  They go on to say that for greater than
4    seven days lifetime, the odds ratio, 55 percent
5    of glyphosate use, with some differences in risk
6    by subtype.
7            Do you see that there?
8            MR. COPLE:  Objection.  Document
9    speaks for itself.
10       A.  Yes, while I can see that is the
11   relative risk they chose to highlight, I think
12   it's important to also note that is the relative
13   risk that has not been mutually adjusted for
14   other pesticides which was shown in the Pahwa
15   presentation to -- there was confounding that
16   was accounted for when you adjust for them.  I
17   think that's one important feature to consider.
18   And then also the same issue of the proxy
19   respondents is an issue there.
20   BY MR. MILLER:
21       Q.  Let's look at the next page, Page 3.
22   This is from the abstract, right?
23       A.  Page 3 refers to the abstract, yes.
24       Q.  And the Results, it said, "Cases who
25   ever used glyphosate had a significantly

Confidential - Pursuant to Protective Order

Page 154

1    elevated risk of non-Hodgkin's lymphoma
2    overall."
3        That's true, isn't it?
4        A. While -- what the authors have decided
5    to present in the abstract is a relative risk of
6    1.43. It's shown clearly in the PowerPoint
7    presentation that this relative risk can be
8    explained both by confounding due to use of
9    these three pesticides, as well as the issue of
10   bias because of the high proportion of cases and
11   controls that used proxy data to report on
12   exposure. So they selected to present the
13   unadjusted estimate as well as the estimate that
14   we know is biased because of the use of proxy
15   respondents.
16       Q. You know it's biased. The authors do
17   not conclude it was biased.
18       A. Well, actually since I haven't seen
19   this manuscript before, I haven't looked through
20   carefully to see what they talk about in their
21   results section or their conclusions. So I
22   couldn't say why they decided to particularly
23   present this.
24       But what I do know is that Pahwa
25   themselves shows the issue of residual

Page 155

1    confounding as well as the issue of bias to the
2    proxy respondents in their presentation.
3        Q. What they say in their abstract is
4    that those who handled the glyphosate for
5    greater than two days per year had significantly
6    elevated non-Hodgkin's lymphoma overall, odds
7    ratio 2.42, statistically significant; right?
8        MR. COPLE: Objection. The document
9    speaks for itself.
10       A. Right. So, again, kind of based on
11   what I've said for some of the prior estimates,
12   all of these estimates that they're presenting
13   here are estimates that have not been fully
14   adjusted for by the use of other pesticides, and
15   there's a clear example both in these studies as
16   well as some of the other studies as well that
17   show the effect of confounding by other
18   pesticide use. So that's an important fact when
19   you look at the odds ratio for accounting for
20   also the proxy respondents.
21       And then finally, we can talk at
22   length the issue of using greater than two days
23   per year or more is sort of suboptimal in terms
24   of a dose-response, because you're comparing
25   people who might have only used it for one year,

Page 156

1    or people who might have been using ten years.
2        So what really has been shown in a
3    number of the studies, what you'd like to do is
4    to be able to integrate information on more of a
5    lifetime exposure to account for both the number
6    of years as well as the number of days per year.
7    That would be the ideal dose-response.
8        Q. What is DLBCL?
9        A. DLBCL is one of the subtypes of
10   non-Hodgkin's lymphoma.
11       Q. And in the NAPP study, do you know
12   what that acronym stands for?
13       A. I do not recall the specific. I could
14   look it up if you'd like.
15       Q. That's all right. So that subtype of
16   non-Hodgkin's lymphoma had an odds ratio of
17   2.83, which was statistically significant;
18   right?
19       A. And as I said, this is the crudely
20   adjusted odds ratio, and which was actually
21   attenuated after additional adjustment by other
22   pesticides. And also does not deal with the
23   issue of the potential for recall bias using
24   proxy respondents.
25       So I think taken together, the results

Page 157

1    that are presented here are not additionally
2    adjusted for the known confounding that exists
3    in this dataset by use of these other pesticides
4    as well. It does not account for the bias that
5    was induced by the 30 to 40 percent of cases
6    that have proxy respondents.
7        Q. Turn to Page 12, ma'am. This is a
8    Discussion section, the NAPP study. And what
9    Dr. Blair and Dr. Pahwa and others confirm here,
10   "This report confirms previous analyses
11   indicating increased risks of non-Hodgkin's
12   lymphoma in association with glyphosate
13   exposure." Do you agree with that?
14       MR. COPLE: Objection. Lacks
15   foundation, the document speaks for itself.
16       A. So as I stated previously, I haven't
17   had a chance to fully read the manuscript.
18   However, what odds ratio they've selected to
19   highlight here in this particular line is, as I
20   said, not the fully adjusted estimate. So there
21   is concern over residual confounding, and it is
22   not the estimate that takes into account the
23   issues of bias.
24       And you can actually see that later on
25   in the paragraph when they talk about further

40 (Pages 154 to 157)

Confidential - Pursuant to Protective Order

Page 158

1 adjusting the odds ratio for 2,4-D dicamba and
2 malathion resulted in an attenuated risk of NHL
3 in this study, showing no association between
4 glyphosate use and NHL risk.
5      Q.  What these scientists say in their
6 discussion is "Our results are also aligned with
7 findings from epidemiological studies of other
8 populations that found an elevated risk for
9 non-Hodgkin's lymphoma for glyphosate exposure
10 and with greater number of days/years of
11 glyphosate use, as well as a meta-analysis of
12 glyphosate use and non-Hodgkin's lymphoma risk."
13 That's true, isn't it?
14           MR. COPLE:  Objection.  Lacks
15 foundation, the document speaks for itself.
16      A.  Right.  So, again, as I have not had a
17 chance to review this, I'm not sure what
18 meta-analysis they're referring to, because it
19 looks like they're referring to De Roos 2003 as
20 the meta-analysis.  So again, I'm not really
21 sure, I haven't had a chance to read this
22 manuscript yet.
23           However, as I've said previously, I
24 think one of the big concerns is the use of
25 number of days per year as a measure of

Page 159

1 dose-response.  I think it was discussed in a
2 lot of detail in the Agricultural Health Study,
3 for example, but other studies as well, where
4 you'd really want to integrate not only the
5 number of days per year, but also the number of
6 years that somebody has been using it to really
7 understand the full dose of exposure.  And so
8 they've selected one of the specific doses.  But
9 the other important feature is that when they
10 looked at the more integrated measure of dose
11 they actually find no association after they've
12 adjusted for the residual confounding and dealt
13 with the issue of proxy bias.
14 BY MR. MILLER:
15      Q.  So these scientists in their
16 Discussion section say "From an epidemiological
17 perspective, our results were supportive of the
18 IARC evaluation of glyphosate as a probable
19 carcinogen for non-Hodgkin's lymphoma."
20      That's true, isn't it?
21           MR. COPLE:  Objection.  Lacks
22 foundation, document speaks for itself.
23      A.  So, again, I haven't had a chance to
24 read through this publication, so I can't
25 comment specifically on what they are referring

Page 160

1 to here.
2      All I can say is that given my review
3 of the results from Pahwa, et al in the slide
4 deck that was presented where they show the
5 residual confounding that existed, as well as
6 the issue of recall bias due to the proxy
7 respondents, and again because I haven't read
8 the whole discussion, I can't say one way or the
9 other exactly how their results relate to really
10 anything at all.
11 BY MR. MILLER:
12      Q.  Dr. Mucci, you say there is recall
13 bias here, but let's look and see what these
14 scientists say.  Let's turn to Page 14.  "No
15 similar analysis of recall bias has been
16 conducted in the Canadian case-control studies,
17 but the similarity of study designs between the
18 US and Canada make it likely that recall bias is
19 not a major concern in the Canadian study and
20 NAPP as a whole."
21      That's true, isn't it?
22           MR. COPLE:  Objection.  Lacks
23 foundation, the document speaks for itself.
24      A.  I'd like to take a look briefly at the
25 Canadian study.

Page 161

1      Q.  We're going to take a break.  You can
2 look at that during the break.  He has to change
3 the tape now, that's why we have to take a
4 break?
5      A.  Okay.
6           THE VIDEOGRAPHER:  Going off the
7 record.  The time is 11:39.
8           (Whereupon, a recess was taken.)
9           THE VIDEOGRAPHER:  Back on the record.
10 The time is 11:56.
11 BY MR. MILLER:
12      Q.  All right.  Let's get some work done
13 before lunch.  Okey-dokey?
14      A.  Sounds great.
15      Q.  Okay.  Great.  You've heard of IARC?
16      A.  I have.
17      Q.  What is IARC?
18      A.  IARC stands for the International
19 Agency for Research on Cancer.
20      Q.  Okay.  Would you agree it's a
21 prestigious organization?
22           MR. COPLE:  Objection.  Vague.
23      A.  Could you clarify what you mean by
24 "prestigious"?
25 BY MR. MILLER:

Confidential - Pursuant to Protective Order

Page 162

1     Q.  I don't know how to clarify words that
2  are in common usage in the English language.
3     A.  Well, I guess what do you mean with
4  respect to -- it's a very broad set of terms.
5  Maybe you could just clarify what you mean.
6     Q.  I don't have to.  If you can't answer
7  the question, you can't answer it.
8        Have you used the word "prestigious"
9  before?
10       MR. COPLE:  Objection.  Argumentative.
11    A.  I have used the word prestigious in
12  many different contexts.  That's why I would
13  like some clarification on what you mean by
14  prestigious in this setting.
15 BY MR. MILLER:
16    Q.  Have you been asked to be on any IARC
17 panels?
18    A.  Yes, I have.
19    Q.  And when was that?
20    A.  It was about two years.  I was unable,
21 however, to be a part of it.
22    Q.  Two years ago you were asked?
23    A.  Yes.
24    Q.  And what panel?
25    A.  It was for reviewing the epidemiology

Page 163

1  of coffee and cancer.
2     Q.  And schedule didn't allow it?
3     A.  Correct.
4     Q.  Any other involvement with IARC?
5     A.  No.
6     Q.  You understand that other professors
7  from Harvard have participated as members of
8  IARC?
9        MR. COPLE:  Objection.  Lacks
10 foundation.
11    A.  Yeah, I'm not sure who or who hasn't
12 participated on different IARC panels.
13 BY MR. MILLER:
14    Q.  I didn't ask if you know who.
15       Do you know generally whether Harvard
16 professors have participated in IARC?
17    A.  Well, since I don't know of specific
18 people, I'm not sure.  People might have.  They
19 may not have.  I don't know really one way or
20 the other.
21    Q.  Let's find out.  24-17.
22       (Whereupon, Mucci Exhibit 24-17, IARC
23       Monograph, Volume 105 List of
24       Participants, was marked for
25       identification.)

Page 164

1  BY MR. MILLER:
2     Q.  List of IARC participants from IARC
3  Volume 105, "Diesel and Gasoline Engine
4  Exhaust," Thomas Smith, Harvard School of Public
5  Health.
6        Do you see that?
7     A.  I do.  I don't know who Thomas Smith
8  is.
9     Q.  24-18, list of participants, IARC,
10 Volume 112.
11       (Whereupon, Mucci Exhibit 24-18, IARC
12       Monograph, Volume 112 List of
13       Participants, was marked for
14       identification.)
15 BY MR. MILLER:
16    Q.  Have you seen that document before?
17       MR. COPLE:  Do you have a copy for us?
18       MR. MILLER:  Of course (handing).
19 BY MR. MILLER:
20    Q.  Have you seen that document before?
21    A.  I'm not sure.  It's possible I've seen
22 this document as part of something else.  I'm
23 not sure.
24    Q.  Dr. Aaron Blair, do you his name on
25 there?

Page 165

1     A.  I do.
2     Q.  The "National Cancer Institute, United
3  States of America [retired] (Overall Chair)."
4        Did I read that correctly?
5        MR. COPLE:  Objection.  The document
6  speaks for itself.
7     A.  That's what it says on the document,
8  yes.
9  BY MR. MILLER:
10    Q.  Now, we've talked before Dr. Blair was
11 an author of the Agricultural Health Study study
12 that you relied upon; right?
13    A.  Yes.
14    Q.  And is an author of the NAPP study
15 that you have been commenting on; right?
16    A.  Yes.
17    Q.  Okay.  And is chair of the IARC
18 monograph that spent from the 3rd of March to
19 the 10th of March looking at these issues, and
20 it's Lyon, France?
21    A.  That's what the document says, yes.
22    Q.  Is that where they meet in IARC?  Are
23 you --
24    A.  I -- I'm not sure where they meet.
25    Q.  Okay.  Others at Harvard put on the

42 (Pages 162 to 165)

Confidential - Pursuant to Protective Order

Page 166

1  website the findings of this panel.  Are you
2  aware of that?
3      A.  No, I was not.
4      Q.  Let's take a look at Exhibit 24-19.
5          (Whereupon, Mucci Exhibit 24-19,
6          Document from Harvard T.H. Chan
7          website, The Nutrition Source,
8          Research Roundup, was marked for
9          identification.)
10 BY MR. MILLER:
11     Q.  A document from the Harvard T.H. Chan
12 School of Public Health.
13         MR. COPLE:  Do you have a copy for
14 counsel?
15         MR. MILLER:  Yes, of course (handing).
16 BY MR. MILLER:
17     Q.  Are you a member of the Harvard T.H.
18 Chan School of Public Health?
19     A.  I am a -- I am on the faculty of the
20 Harvard T.H. Chan School of Public Health.
21     Q.  And so let's look at this website
22 publication.  And it states in pertinent part
23 that in this report -- excuse me.  "In March of
24 2015, 17 experts from 11 countries assessed the
25 carcinogenicity of five pesticides including

Page 167

1  glyphosate at the International Agency for
2  Research on Cancer."
3      Do you see that, ma'am?
4          MR. COPLE:  Objection.  Lacks
5  foundation, the document speaks for itself.
6      A.  I can see that on this website
7  document.
8  BY MR. MILLER:
9      Q.  "In this report, glyphosate was
10 classified as 'probably carcinogenic to humans'
11 (Group 2A)"; right?
12         MR. COPLE:  Objection.  Lacks
13 foundation, the document speaks for itself.
14     A.  Yeah, I'm just seeing this now.  I
15 haven't had a chance to look at the website
16 directly, but I believe this is just simply
17 stating what was reported in The Lancet
18 Oncology.
19 BY MR. MILLER:
20     Q.  Yes, ma'am, for non-Hodgkin's
21 lymphoma; right?
22         MR. COPLE:  Same objection.
23     A.  Yeah, again, it's just simply
24 restating what was stated as part of the IARC
25 document.

Page 168

1  BY MR. MILLER:
2      Q.  Do you agree with the IARC scientists
3  who concluded that glyphosate is probably
4  carcinogenic to humans for non-Hodgkin's
5  lymphoma?
6      A.  That classification -- what I did in
7  my expert report was specifically to review the
8  epidemiology studies, whereas a classification
9  would have much broader topics on it.  So I
10 specifically reviewed the epidemiology
11 literature, and based on my review of the
12 epidemiology, I don't believe the epidemiology
13 support a causal association.
14     Q.  This publication from Harvard's
15 website goes on to explain the "Evidence
16 suggested the potential mechanism for cancer
17 were primarily through two pathways:  First, the
18 chemicals damaged DNA, which caused mutations or
19 alterations in their gene code.  Second,
20 glyphosate could induce oxidative stress."
21     Do you see where I'm reading that,
22 ma'am?
23         MR. COPLE:  Objection.  Lacks
24 foundation, the document speaks for itself.
25     A.  Yes.  While I can see that's what this

Page 169

1  states on the website, this is not a
2  statement -- I really don't know.  But
3  specifically what I do know is this is
4  highlighting what was in the IARC report rather
5  than being a comment one way or the other from
6  the Harvard School of Public Health.
7  BY MR. MILLER:
8      Q.  And you're not opining in the area of
9  DNA or oxidative stress, that's not part of your
10 role here; right?
11     A.  My role was to specifically review the
12 epidemiology studies.
13     Q.  You did review the deposition of
14 Dr. Blair; right?
15     A.  I did take a look at the deposition of
16 Dr. Blair.
17     Q.  And you have relied in part upon the
18 AHS unpublished 2013 manuscript as part and
19 parcel of your opinions; right?
20     A.  That was one part of the epidemiology
21 I reviewed to make my assessment of a causal
22 association, and assuming there's not.  But,
23 actually, even without that publication, my
24 review of the epidemiology supported no
25 association between NHL and glyphosate.

Confidential - Pursuant to Protective Order

Page 170

1    Q.  You're aware that Dr. Blair said it's
2  irresponsible to rush out an analysis that's not
3  fully thought out when discussing the 2013 AHS
4  manuscript?
5         MR. COPLE:  Objection.  Lacks
6  foundation.
7    A.  You know, I didn't review Dr. Blair's
8  deposition at great length because it didn't
9  weigh in one way or the other in my critical
10  review of the epidemiology studies.
11  BY MR. MILLER:
12    Q.  Are you aware that Dr. Blair still, in
13  light of this draft manuscript of AHS 2013,
14  still believes that glyphosate is a probable
15  carcinogen for non-Hodgkin's lymphoma?
16         MR. COPLE:  Objection.  Lacks
17  foundation.
18    A.  Again, since I didn't really
19  thoroughly review his deposition, I couldn't say
20  one way or the other what his feelings are on
21  this topic.
22  BY MR. MILLER:
23    Q.  Given that he is an author of the
24  Agricultural Health Study that you rely upon,
25  he's the author of the draft manuscript that you

Page 171

1  rely upon, he was the chairman of IARC, he was
2  an author in NAPP, wouldn't he know more about
3  the potential association between glyphosate and
4  non-Hodgkin's lymphoma than you would?
5         MR. COPLE:  Objection.  Vague.
6    A.  I guess my comment to that is I don't
7  know what is underlying since I haven't reviewed
8  anything that he's written specifically that
9  summarizes in great detail how he's coming to
10  his assessment.
11         But in reviewing critically the
12  epidemiology literature that I've reviewed and
13  looking through each individual studies
14  assessing potential bias, including the studies
15  from Dr. Blair, the NAPP, as well the
16  unpublished and published AHS studies, taken
17  together, these epidemiology studies do not
18  support a positive association.  So I couldn't
19  say one way or the other what respect Dr. Blair
20  is coming to his own assessment about this.
21         However, in reviewing the studies that
22  I did that included Dr. Blair as a co-author,
23  those studies do not support a causal
24  association.
25  BY MR. MILLER:

Page 172

1    Q.  Let's look at Exhibit 24-20.
2         (Whereupon, Mucci Exhibit 24-20,
3         Excerpt of the 3/20/17 deposition
4         transcript of Aaron Blair, PhD, was
5         marked for identification.)
6  BY MR. MILLER:
7    Q.  Here's some excerpts from Dr. Blair's
8  sworn testimony in this case (handing).
9         Look with me, please, on Page 204 --
10  and I'm looking at the page numbers on the top
11  right -- concerning whether the AHS study
12  findings of the 2013 draft should be made
13  available.  The question is at Line 7, "And
14  would you agree with Dr. Alavanja that it would
15  be irresponsible for AHS...investigators not to
16  publish the updated findings on pesticides and
17  NHL in time to influence IARC's decision?"
18         His answer, "No.  I don't agree with
19  that.  And the reason is because the timetable
20  about when you have to have it published is
21  arbitrary.  And doing analyses and writing
22  papers is not wedded to a timetable.  And what
23  is irresponsible is to rush something out that's
24  not fully analyzed and thought out.  That's
25  irresponsible."

Page 173

1         Do you see that, ma'am?
2         MR. COPLE:  Objection.  The document
3  speaks for itself, lacks foundation.  I object
4  to the incomplete document, selectively using
5  Pages 204, 206, 207, and 293 without any of the
6  remaining pages of this document.
7  BY MR. MILLER:
8    Q.  You can answer.
9    A.  So, yes, I can see where they're
10  saying that.  However, I'm not going to comment
11  one way or the other about whether it's
12  responsible or irresponsible about the
13  publication.  But I will say a few things.
14         One is Dr. Blair himself, when he
15  wrote a manuscript on the use of meta-analyses
16  in pesticide epidemiology, stated that it is --
17  indeed, you should include unpublished studies
18  in your meta-analyses, often because of the
19  issue of publication bias.  So he, himself, has
20  actually commented specifically on the use of
21  unpublished studies and meta-analyses.
22         Secondly, as I commented previously in
23  this discussion, I, myself, was able to review
24  both the manuscript from 2013 as well as what
25  was published from 2014.  The methodologies that

44 (Pages 170 to 173)

Confidential - Pursuant to Protective Order

Page 174

1    were presented in the Methods section and the
2    type of presentation of results were very, very
3    similar.  I can review -- given my role as a
4    peer reviewer in multiple publications, I could
5    review critically that unpublished document
6    myself.
7         So all of this taken together, whether
8    or not it was responsible or irresponsible
9    doesn't really take away from the fact that the
10   2013 publication, actually, is quite useful in
11   summing up the state of epidemiology of NHL and
12   glyphosate at the same time.  Even without that
13   updated follow-up, the body of evidence taken
14   together would suggest no causal association
15   between the glyphosate and NHL risks.
16        Q.  Turn to Page 293.  After three hours
17   and 40 minutes of questioning by Monsanto
18   lawyers, you're aware that Dr. Blair still held
19   the opinion that he had at IARC, that glyphosate
20   is a probable human carcinogen for non-Hodgkin's
21   lymphoma?
22             MR. COPLE:  Objection.  Lacks
23   foundation.  Object to the use of an incomplete
24   document.
25        A.  Again, I don't have the full document

Page 175

1    in front of me.  I didn't review it carefully
2    because -- and I didn't think it was important
3    to do so because I -- it wasn't going to
4    influence -- his comments or others wasn't going
5    to influence one way or the other my independent
6    review of all of the epidemiology studies.
7    BY MR. MILLER:
8         Q.  Let's look at the independent review
9    of the epidemiological studies performed by
10   IARC, and we'll mark that as Exhibit 24-21.
11            (Whereupon, Mucci Exhibit 24-21, Paper
12            titled Carcinogenicity of
13            tetrachlorvinphos, parathion,
14            malathion, diazinon and glyphosate,
15            was marked for identification.)
16   BY MR. MILLER:
17        Q.  You've seen this before, ma'am?
18        A.  I -- this is a news piece I have not
19   seen previously.
20        Q.  This is the -- from the Lancet,
21   May 2015.
22            Do you see that, ma'am?
23        A.  I see that, where it says that on the
24   document.
25        Q.  And it says, "In March of 2015, 17

Page 176

1    experts from 11 countries met at IARC to assess
2    the carcinogenicity of the organophosphate
3    pesticides," names several of them, one of them
4    glyphosate.
5         Do you see that?
6             MR. COPLE:  Objection.  Lacks
7    foundation.
8         A.  I can see where it says that in this
9    news article.
10   BY MR. MILLER:
11        Q.  What these experts tell us is that
12   case-control studies of occupational exposure in
13   US, Canada, and Sweden reported increased risks
14   for non-Hodgkin's lymphoma that persisted after
15   adjustment for other pesticides.
16        That's true, isn't it?
17             MR. COPLE:  Objection.  Lacks
18   foundation, the document speaks for itself.
19        A.  Well, that is what this particular
20   news article states.  Actually, it's not fully
21   correct for a number of reasons.
22        First, we can see from the analysis
23   that was done in Pahwa, et al that adjusting for
24   2,4-D dicamba and malathion actually led to a
25   substantial attenuation of the odds ratio to the

Page 177

1    null value.  So I think that is an important
2    consideration.
3         Secondly, there was an analysis by
4    Hohenadel using the Canadian dataset that looks
5    specifically at whether the association between
6    glyphosate and NHL risk may be confounded by use
7    of malathion.  And, in fact, when you looked at
8    glyphosate alone in the absence of malathion,
9    the odds ratio in that study in Canada was 0.92,
10   again showing the issue of confounding.
11        So that is --
12   BY MR. MILLER:
13        Q.  Do you hold an opinion to a reasonable
14   degree of scientific certainty that 2,4-D causes
15   non-Hodgkin's lymphoma?
16        A.  I have not thoroughly looked at the
17   epidemiology literature on 2,4-D and NHL risk.
18   However, for something to be a confounder of an
19   association, it does not necessarily have to be
20   a cause of the disease itself.  If it is
21   associated with the outcome and it's correlated
22   with the exposure and its prevalence is high
23   enough, it can induce confounding even if, in
24   fact, that factor is not truly causally linked
25   to the outcome.

45 (Pages 174 to 177)

Confidential - Pursuant to Protective Order

Page 178

1          So the definition of a confounder does
2   not need to be -- need to be that it is a formal
3   true cause of the disease.
4          Q.   "And glyphosate formulations and AMPA"
5   -- do you know what AMPA is?
6          A.   I do not.  It's aminomethyl phosphoric
7   acid.
8          Q.   -- "induced oxidative stress in
9   rodents and in vitro."
10         What does in vitro mean?
11         A.   It would be studies that are performed
12  experimentally in cells.
13         Q.   "The working group classified
14  glyphosate as probably carcinogenic to humans in
15  (Group 2A)."
16         Do you agree?
17         A.   Yes.  I know that the statement that
18  came out from the IARC review was a
19  classification of 2A.  However, in reviewing all
20  of the epidemiology studies, including studies
21  that have been published subsequent to the
22  publication, but even before that, the body of
23  evidence could not rule out that the few studies
24  that suggested a positive association --
25  association with glyphosate and NHL risk may be

Page 179

1   due to confounding or bias.
2          Q.   Did the scientists of IARC that met in
3   March of 2015 follow reliable scientific
4   methodology in looking at this issue?
5          A.   I couldn't say one way or the other
6   what the methodology was that was used by them.
7   I wasn't part of the IARC working group.
8          Q.   Have other scientists at Harvard
9   commented on whether the scientists at IARC used
10  reliable scientific methodology?
11         A.   I'm not aware one way or the other
12  about that.
13         Q.   Let's take a look at it.
14  Exhibit 24-22, "IARC Monographs:  40 Years of
15  Evaluating Carcinogenic Hazards to Humans."
16         (Whereupon, Mucci Exhibit 24-22, IARC
17         Monographs: 40 Years of Evaluating
18         Carcinogenic Hazards to Humans, was
19         marked for identification.)
20         BY MR. MILLER:  A copy for you, ma'am.
21         Copy for counsel (handing).
22  BY MR. MILLER:
23         Q.   So there are lots of scientists on
24  here.  Some of them are from Harvard, I think we
25  can agree.  Let's look.  If the name is

Page 180

1   footnoted with 8, it's the Department of
2   Environmental Health, the Department of
3   Epidemiology, Harvard T.H. Chan School of Public
4   Health.
5          Do you see that, ma'am?
6          A.   Yes, I do.
7          Just to clarify, Dr. Baccarelli is no
8   longer at Harvard.
9          Q.   Okay.  And we're going to go through.
10         So Dr. Baccarelli was at Harvard;
11  right?
12         A.   Yes.
13         Q.   And why did he leave?
14         A.   I don't know.
15         Q.   And Dr. David C. Christian -- or
16  Christiani?
17         A.   Christiani.
18         Q.   Oh, I'm sorry.  Christiani, he's at
19  Harvard?
20         A.   He is.
21         Q.   And you know him?
22         A.   I do.
23         Q.   Well-respected scientist?
24         A.   He is.
25         Q.   Also Francis -- I'm sorry,

Page 181

1   Francine Laden?
2          A.   Yes.
3          Q.   Do you know her?
4          A.   I do.
5          Q.   Well-respected scientist?
6          A.   Yes.
7          Q.   Okay.  Also Richard Monson?
8          A.   Yes.
9          Q.   At Harvard?
10         A.   Yes.
11         Q.   And a respected scientist?
12         A.   Yes.
13         Q.   Okay.  Dr. Ritz is not at Harvard, but
14  you've read her deposition; right?
15         A.   Yes, I did.
16         Q.   She's an expert for the plaintiff.
17         And Dr. Eva Schernhammer?
18         A.   Yes.
19         Q.   At Harvard?
20         A.   She is.
21         Q.   And --
22         A.   No.  Actually, she's not really at
23  Harvard any longer.  She has an adjunct
24  affiliation.
25         Q.   I see.  She was at Harvard full-time,

Confidential - Pursuant to Protective Order

Page 182

1    and now she's adjunct at Harvard?
2         A.  She, actually, wasn't even at Harvard
3    full-time.  She was at Brigham & Women's
4    Hospital.
5         Q.  Which is affiliated in some fashion
6    with Harvard?
7         A.  Not exactly, but it's with Harvard
8    University, not the School of Public Health.
9         Q.  Yeah.  All right.  And you also --
10   have you read Dr. Weisenburger's deposition in
11   this case?
12        MR. COPLE:  Objection.  Asked and
13   answered.
14        A.  I have not.
15   BY MR. MILLER:
16        Q.  Okay.  Let's look at what these
17   scientists from Harvard and others said about
18   IARC monographs in this commentary that was
19   published in June of 2015, some three months
20   after IARC concluded that glyphosate was a
21   problem with human carcinogen for non-Hodgkin's
22   lymphoma.  Go to Page 2 and look at this.
23        A.  I'm sorry.  What is Page 2?
24        Q.  That's Page 508.
25        A.  Okay.

Page 183

1         Q.  The Objectives, make sure I have this
2    right, "The authors of this Commentary are
3    scientists from various disciplines relevant to
4    the identification and hazard evaluation of
5    human carcinogens.  We examined criticisms of
6    IARC classification process to determine the
7    validity of these concerns.  Here, we present
8    the results of that examination, review the
9    history of IARC evaluations, and describe how
10   the IARC evaluations are performed."
11        Did I read that correctly?
12        MR. COPLE:  Objection.  The document
13   speaks for itself.
14        A.  Yes, that is what is stated here.  I
15   have not reviewed this document.
16        I also think it's important to note
17   that I took my own independent review of the
18   epidemiology studies.
19   BY MR. MILLER:
20        Q.  And you understand that these 17
21   scientists performed their own independent
22   review of the epidemiological studies without
23   pay for a seven-day period in 2015; right?
24        MR. COPLE:  Objection.  Lacks
25   foundation.

Page 184

1         A.  I'm sorry.  Could you repeat your
2    question?
3    BY MR. MILLER:
4         Q.  Sure.
5         You understand these 17 scientists at
6    IARC conducted their independent evaluation of
7    these epidemiological studies; right?
8         MR. COPLE:  Same objection.
9         A.  That being they performed an
10   independent epidemiology review.  I don't know
11   exactly -- I wasn't there.  I don't know exactly
12   what happened during this process, so I can't
13   really comment specifically on that.
14   BY MR. MILLER:
15        Q.  Well, let's see what these scientists
16   have to say.  "Discussion:  We concluded that
17   these recent criticisms are unconvincing.  The
18   procedures employed by IARC to assemble Working
19   Groups of scientists from the various
20   disciplines and the techniques followed to
21   review the literature and perform hazard
22   assessment of various agents provides a balanced
23   evaluation and an appropriate indication of the
24   weight of the evidence."
25        You don't have any comment on whether

Page 185

1    that's true or not?
2         A.  Well, so I haven't reviewed this
3    particular document previously.  I'm not aware
4    specifically what the criticisms are that they
5    were referring to.  So I couldn't really comment
6    on that.
7         And, also, I think it's important to
8    state that I reviewed the epidemiology
9    literature on glyphosate and NHL risk in
10   addition to the studies that were -- have
11   subsequently come out since that IARC review.
12   and I think it's important to note that the IARC
13   epidemiologists were concerned about potential
14   residual confounding and bias explaining some of
15   the positive associations.
16        And indeed, actually some of the
17   studies that have come out since then actually
18   document this -- that actually residual
19   confounding and recall bias were actually a
20   concern in several of the studies.  I think
21   that's an important comment.  And then
22   finally -- well, I think I'll stop there.
23        Q.  Okay.  Let's look at the document, and
24   I have a few more questions.
25        So you're unaware of any criticisms of

47 (Pages 182 to 185)

Confidential - Pursuant to Protective Order

Page 186

1    IARC, is that what I should understand?
2        A.  I'm not familiar with specifically
3    what criticisms -- I have never seen this
4    document before you handed it to me, So I'm
5    unfamiliar with the specific critiques and
6    concerns that were addressed in this manuscript.
7        Q.  Have you reviewed the scientific
8    advisory panel report that was prepared by the
9    scientific advisory panel of the EPA?
10       MR. COPLE:  Objection.  Lacks
11   foundation.
12       A.  Have I -- for -- I'm sorry, for what
13   topic?
14   BY MR. MILLER:
15       Q.  For glyphosate and potential
16   association with non-Hodgkin's lymphoma.
17       A.  I believe I briefly looked at part of
18   it.  However, I did not read through the entire
19   document, and it was not part of my evaluation
20   one way or the other of the epidemiology
21   studies.
22       Q.  Okay.  So let's go, then, back to the
23   IARC paper we were looking at here,
24   Exhibit 23-14, I believe -- or 24.  I'm sorry,
25   what's the exhibit number?

Page 187

1        A.  24-21.
2        Q.  Thank you.  24-21.
3        A.  This is the news article you're
4    talking about, or the --
5        MR. HOLLINGSWORTH:  We are on 22.
6        A.  -- the 40 years of --
7        MS. MILLER:  That was 22.
8        MR. MILLER:  24-22.  Thank you.
9    BY MR. MILLER:
10       Q.  All right.  Go back and look at 24-22.
11   Have I got it?  All right.  And I'm now on
12   Page 513.  This group of scientists, including
13   several from Harvard, conclude this article with
14   this sentence, "as a group of international
15   scientists, we have looked carefully at the
16   recent charges of flaws and bias in the hazard
17   evaluations by IARC Working Groups, and we have
18   concluded that the recent criticisms are unfair
19   and unconstructive."
20       Did I read that correctly?
21       MR. COPLE:  Objection.  The document
22   speaks for itself.
23       A.  Yes.  While that is what is said in
24   this article, I'm not really sure what
25   specifically the concerns were that were raised

Page 188

1    and evaluated by this set of authors.  I'm
2    also -- that's it.
3    BY MR. MILLER:
4        Q.  All right.  Let's move on.
5        Were you aware that Harvard T.H. Chan
6    School of Public Health is currently working on
7    a scientific project with IARC?
8        MR. COPLE:  Objection.  Lacks
9    foundation.
10       A.  Could you be more specific, please?
11   BY MR. MILLER:
12       Q.  Let's look at the document.  24-23.
13       (Whereupon, Mucci Exhibit 24-23,
14       Goldie, et al paper, Global Cervical
15       Cancer: HPV Vaccination and
16       Diagnostics, was marked for
17       identification.)
18   BY MR. MILLER:
19       Q.  Pulled off the Harvard website.  Do
20   you see it's from the Harvard T. Chan School of
21   Public Health, ma'am?
22       A.  I am just seeing this document now.
23   So if you could give me a second --
24       Q.  Sure.
25       A.  -- to look it over.

Page 189

1        Yes, it seems to be from the Harvard
2    School of Public Health website.
3        Q.  Center for Health Decision Science.
4    And what is that?
5        A.  It is -- kind of as the name implies,
6    it's the use of decision and analysis tools in
7    public health.
8        Q.  And the only reason I'm going over it
9    is to show that one of Harvard's partners in
10   this project on cervical cancer is the IARC.
11       Do you see that, ma'am?
12       MR. COPLE:  Objection.  Lacks
13   foundation, the document speaks for itself.
14       A.  You know, I -- I can -- I'm not
15   familiar with this particular campaign.  IARC,
16   or the International Agency for Research in
17   Cancer, is a very broad research group.  So I
18   guess I'm not exactly sure what their role is
19   with this specific campaign.  I'm just not
20   familiar with this specific project.
21   BY MR. MILLER:
22       Q.  According to this Harvard document,
23   "IARC, which coordinates and conducts
24   epidemiological and laboratory research on the
25   causes of cancer.  In this partnership, IARC

48 (Pages 186 to 189)

Confidential - Pursuant to Protective Order

Page 190

1    collates published data on HPV type distribution
2    in cervical cancer."
3         And I'm not trying to get into
4    cervical cancer. It's really not an issue here.
5    But were you aware Harvard was partnered with
6    IARC?
7         A.  For this particular project --
8         MR. COPLE: Objection. It lacks
9    foundation, the document speaks for itself.
10        A.  Yeah, as I said, there's -- this
11   particular project I was not aware of one way or
12   the other.
13   BY MR. MILLER:
14        Q.  Were you aware of any other projects
15   that Harvard has partnered with IARC on?
16        A.  I -- it wasn't something that I -- I'm
17   not aware one way or the other of other
18   collaborations going on. I think I -- I think
19   whether or not, however, Harvard is
20   collaborating with IARC, whether Harvard
21   investigators have served on IARC panels, I
22   think for me in reviewing the epidemiology
23   studies, looking at the IARC report was one
24   small piece of this entire process that I put
25   forth together in looking through my expert

Page 191

1    report. I'm not trying to make -- comment one
2    way or the other on IARC as an organization or
3    review body, but what to say is to specifically
4    talk to you about the process in which I put
5    together my epidemiology studies.
6         Q.  But you see, one of the things I'm
7    here today to do is to inquire as to why you
8    disagree with the 17 scientists at IARC on
9    whether glyphosate is a probable cause of
10   non-Hodgkin's lymphoma.
11        MR. COPLE: Objection. Argumentative.
12        A.  I think, as I said previously, I think
13   when you look at what IARC said specifically
14   about the epidemiology studies was that they
15   found the evidence to be limited, and that they
16   couldn't rule out bias, confounding, and chance.
17        And, in fact, actually, as I've stated
18   previously, now reanalyses of those same studies
19   that IARC looked at actually demonstrate in the
20   actual datasets that there was recall bias
21   because of the proxy respondents, and there was
22   residual confounding by the lack of adjustment.
23        So those -- so actually I'm not
24   disagreeing, but -- with IARC, but, in fact,
25   actually looking at the body of epidemiology

Page 192

1    evidence. And in light of the concerns that
2    IARC themselves raised about these important
3    issues, I think -- and seeing the fact that they
4    played out in the analysis of Pahwa, et al, as
5    well as others, I think you can see that these
6    are real issues in these epidemiology studies,
7    the case-control studies, these are real issues
8    that the bias and confounding existed.
9    BY MR. MILLER:
10        Q.  All right. So you don't agree with
11   IARC and their findings?
12        A.  As I said, what I -- what I said just
13   briefly wasn't disagreeing one way or the other
14   with IARC. What I looked at was the
15   epidemiology evidence. And, indeed, IARC
16   themselves, the epidemiology group, said
17   specifically that they could not rule out bias,
18   confounding, or chance in those epidemiology
19   studies. So that part I actually agree with.
20        And not only that, now with the
21   additional analyses that have taken place in
22   those same datasets of the studies that IARC
23   reviewed, those concerns play out in actual
24   data from -- I think Pahwa is an excellent
25   example that highlights the residual confounding

Page 193

1    that was present in the -- some of the US and
2    Canadian studies, the issues of proxy
3    respondents that were in those studies, as well
4    as in the Swedish studies as well.
5         Q.  So you agree with the IARC scientists
6    that there's limited evidence, but you don't
7    agree with them that glyphosate is a probable
8    form -- cause of non-Hodgkin's lymphoma?
9         A.  That's not actually what I said.
10        What I said was my goal of my expert
11   report was specifically to look at the
12   epidemiology literature on the association
13   between glyphosate and NHL risk, which is what I
14   did. And I looked at all of the evidence,
15   including studies that have been conducted after
16   IARC occurred. And when I look at that entire
17   body of evidence and look at each of the
18   individual studies critically and look at the
19   strengths as well as the weaknesses and look at
20   the totality of evidence, based on that, I come
21   to my expert opinion that NHL and glyphosate are
22   not causally linked.
23        Q.  Is there a positive association in the
24   case-control studies?
25        A.  While some analyses -- it depend -- I

49 (Pages 190 to 193)

Confidential - Pursuant to Protective Order

Page 194

1    don't think you could say across the board there
2    is one way or the other of positive association.
3    While some of the earlier studies -- for
4    example, De Roos 2003 reported an odds ratio
5    that suggested a positive association.  However,
6    reanalysis of that same data actually found no
7    association.
8         Q.  Reanalysis by whom?
9         A.  Pahwa, et al.
10        Q.  Would you defer to Pahwa, et al about
11   whether there is an association between
12   glyphosate and non-Hodgkin's lymphoma?
13        A.  As I said previously, I wouldn't defer
14   to just any one study.  I think you have to take
15   it in totality, and which is what I did.
16        Q.  Do you know who Richard Clapp is?
17        A.  I am familiar with Dr. Clapp.
18        Q.  He's a professor emeritus at Boston
19   University School of Public Health?
20        A.  Yes, I'm familiar with his name.
21        Q.  Well-respected scientist?
22        A.  I don't know him very well, actually.
23   I couldn't say one way or the other.
24        Q.  Let's mark as Exhibit 24-24 off the
25   Harvard T.H. Chan website a picture of

Page 195

1    Dr. Clapp.
2              (Whereupon, Mucci Exhibit 24-24,
3              Harvard T.H. Chan website biography of
4              Richard Clapp, D.Sc, was marked for
5              identification.)
6    BY MR. MILLER:
7         Q.  That's the -- a gentlemen we've been
8    talking about?
9         A.  I'm sorry, is that a question?
10        Q.  Yes, it is.  Is that the gentleman --
11        A.  I'm sorry, what is the question?
12        Q.  Is that the gentleman we've been
13   talking about?
14        A.  I've never seen his photo, so I
15   couldn't say.  But the Richard Clapp that I'm
16   thinking about was at Boston University.
17        Q.  Okay.  Are you aware that Dr. Clapp
18   signed a letter published in the Journal of
19   Epidemiology and Community Health concerning the
20   issue of glyphosate in non-Hodgkin's lymphoma?
21             MR. COPLE:  Objection.  Lacks
22   foundation.
23        A.  No, I wasn't aware one way or another.
24   BY MR. MILLER:
25        Q.  Here's a copy of that letter signed by

Page 196

1    Dr. Clapp, Dr. Portier, and others, and ask if
2    anyone has provided this letter to you before.
3    It's Exhibit 24-25.
4              (Whereupon, Mucci Exhibit 24-25,
5              Portier, et al paper, Differences in
6              the carcinogenic evaluation of
7              glyphosate between the IARC and EFSA,
8              was marked for identification.)
9         A.  I don't recall.  It's possible that it
10   was provided to me, but I don't recall this
11   particular publication.
12   BY MR. MILLER:
13        Q.  Let's look at it.  Okay?  "Differences
14   in the carcinogenic evaluations of
15   glyphosate" --
16        A.  I'm sorry, where are you reading?
17        Q.  I'm reading the title right now,
18   ma'am.
19        A.  Okay.
20        Q.  Okay.  The "Differences in
21   carcinogenic evaluation of glyphosate between
22   the IARC and the European Food Safety
23   Authority."
24             You see Dr. Clapp is one of the
25   authors here?  Let me find his name.  There he

Page 197

1    is.  See that, ma'am?
2         A.  Yes.
3              MR. COPLE:  Objection.  The document
4    speaks for itself.
5         A.  Yes, I can see that he's a co-author
6    on this study.
7    BY MR. MILLER:
8         Q.  So in this August of 2016 letter,
9    Dr. Clapp and others write -- let's go to Page 2
10   of this document.  What Dr. Clapp says is that,
11   "The IARC Working Group carefully and thoroughly
12   evaluated all available epidemiology data,
13   considering the strengths and weaknesses of each
14   study."
15             Do you disagree with that?
16        A.  With what it says, this is
17   specifically what it says, yes.  I -- but,
18   again, I wasn't part of the review process.  So,
19   you know, I can't comment one way or the other
20   about the thoroughness of the review.  But it is
21   what it says here.
22        Q.  Dr. Clapp goes on to say, "This is key
23   to determining that the positive associations
24   seen in case-control studies are a reliable
25   indication of association and not simply due to

Confidential - Pursuant to Protective Order

Page 198

1  chance or methodological flaws."
2          That's true, isn't it?
3          MR. COPLE:  Objection.  The document
4  speaks for itself.
5      A.  That is what it specifically says here
6  in this commentary.
7  BY MR. MILLER:
8      Q.  Dr. Clapp goes on to say, "To provide
9  a reasonable interpretation of the findings, an
10  evaluation needs to properly weigh studies
11  according to quality rather than simply count
12  the number of positive and negative studies."
13          That's true as well, isn't it?
14          MR. COPLE:  Objection.  The document
15  speaks for itself.
16      A.  That's specifically what this document
17  says.
18  BY MR. MILLER:
19      Q.  He goes on to say, "The two
20  meta-analyses cited in the IARC Monograph are
21  excellent examples of objective evaluations and
22  show a consistent positive association between
23  glyphosate and non-Hodgkin's lymphoma."
24          That's true as well, isn't it, ma'am?
25          MR. COPLE:  Objection.  Lacks

Page 199

1  foundation, the document speaks for itself.
2      A.  So, while that is specifically what
3  those words say in the commentary, I think I've
4  talked about this issue in a greater detail
5  earlier today specifically.  And I'm not even
6  sure which of the two meta-analyses they're
7  referring to.  It only cites one of the
8  meta-analyses here.
9          But if you take the Schinasi
10  meta-analysis, I think there were concerns that
11  were -- that, indeed, actually IARC mentions,
12  which are that the -- for some reason they
13  didn't always use the most-adjusted estimates in
14  their analysis.
15          Secondly, if we look at the Chang and
16  Delzell meta-analysis of 2016, that also is
17  important to note that those meta-analyses -- a
18  meta-analysis is going to be biased if the
19  individual studies going into it are biased.
20  And if -- based on what we talked about earlier,
21  we can see clearly that there was residual
22  confounding present in some of the US studies.
23  You can see that from the Pahwa analysis.
24          And so I think that is an important
25  consideration when we're thinking about these

Page 200

1  meta-analyses and the results that they had in
2  their study.
3  BY MR. MILLER:
4      Q.  Let's see what Dr. Clapp and others
5  say in their summary on these issues.  Going to
6  the last page, this is Page 743, and, "The most
7  appropriate and scientifically based evaluation
8  of the cancers reported in humans and laboratory
9  animals as well as supportive mechanistic data
10  is that glyphosate is a probable human
11  carcinogen."
12          That's true, isn't it?  That's true
13  what it says, and as a scientific opinion that
14  is correct?  Do you agree or not agree?
15      A.  So as I stated previously, first of
16  all, this is what the words here say.  However,
17  what I reviewed specifically was the
18  epidemiology data in humans, and there, based on
19  that evaluation of the studies, you cannot rule
20  out confounding and bias.  And, indeed, we see
21  that when you account for confounding and bias,
22  actually, and when you look at the best
23  epidemiology evidence, the -- in its entirety,
24  there actually -- it does not support a causal
25  association based on the epidemiology data.

Page 201

1      Q.  Dr. Clapp and others go on to say, "On
2  the basis of this conclusion and in the absence
3  of evidence to the contrary, it is reasonable to
4  conclude that glyphosate formulations should
5  also be considered likely human carcinogens";
6  right?
7          MR. COPLE:  Objection.  The document
8  speaks for itself.
9      A.  That is what the -- this is what is
10  written in this commentary.  However, as I've
11  stated previously, the body of epidemiology
12  evidence actually does not support this.
13  BY MR. MILLER:
14      Q.  They just got it wrong?
15          MR. COPLE:  Objection.  Argumentative.
16      A.  Is that a question?
17  BY MR. MILLER:
18      Q.  Yes.
19      A.  So, again, when you look at what IARC
20  specifically said based on the studies they had,
21  they said the evidence was limited, and that
22  confounding and bias could not be ruled out.
23  And, indeed, given the subsequent analyses that
24  we've looked at and talked about earlier today,
25  we can see that, indeed, confounding due use of

51 (Pages 198 to 201)

Confidential - Pursuant to Protective Order

Page 202

1    other pesticides, as well as the recall bias,
2    because a very high proportion of proxy
3    respondents really accounts for any small
4    positive associations that might have been seen
5    in the earlier studies.
6         When you look at the updated analysis
7    and the highest level of evidence from Alavanja
8    using the cohort study that's immune from the
9    recall bias, and that also dealt with the issue
10   of residual confounding by adjusting for
11   multiple pesticides in the study, taken together
12   this body of evidence does not support a
13   positive association between NHL and glyphosate.
14        Q.  We talked before about
15   John Acquavella, the epidemiologist who at times
16   had been a full-time employee of Monsanto.  Are
17   you aware that he was deposed, and he said that
18   IARC's classification of glyphosate as a
19   probable carcinogen was a correct finding?
20        MR. COPLE:  Objection.  Lacks
21   foundation.
22        A.  I have not -- could I, please, look at
23   the report from Dr. Acquavella?
24   BY MR. MILLER:
25        Q.  The testimony, sworn-under testimony,

Page 203

1    and I'm going to hand it to you now.
2         (Whereupon, Mucci Exhibit 24-26,
3         Excerpt of 4/8/17 deposition
4         transcript of John Acquavella, PhD,
5         was marked for identification.)
6    BY MR. MILLER:
7         Q.  24-26 is portions of Dr. Acquavella's
8    deposition.
9         Have you been provided
10   Dr. Acquavella's deposition by anyone?
11        MR. COPLE:  Object to the use of an
12   incomplete document that provides only pages
13   Pages 337, 472, 473.
14        A.  I'm sorry.  Could you repeat the
15   question?
16   BY MR. MILLER:
17        Q.  Yes, ma'am.
18        Have you been previously provided what
19   I just handed you?
20        MR. COPLE:  Same objection.
21        A.  I don't believe I've seen this.
22   BY MR. MILLER:
23        Q.  Let's look together at Page 472.
24   Dr. Acquavella was asked, "Question:  IARC
25   determined, based upon hazard identification" --

Page 204

1         A.  I'm sorry.  What --
2         Q.  Page 472, Line 22.
3         A.  Mm-hm.
4         Q.  Okay.  "IARC determined, based on
5    hazard identification, that glyphosate, in its
6    view, is a probable carcinogen.  Is that a
7    correct finding?"
8         Let's see what the doctor's answer
9    under oath is here.
10        "Right.  So I say yes in the context
11   that they don't consider, you know, feasibility,
12   necessarily, or plausibility, first, based on
13   the amount of likely exposure and the frequency
14   of exposure that people who have contact with
15   the chemical are likely to have.  So that the
16   shorthand for that is hazard identification, so,
17   yes, in that context."
18        Do you see that, ma'am?
19        MR. COPLE:  Same objection.
20        A.  I find it difficult since I don't have
21   access to this entire testimony.  And, actually,
22   frankly, just in reading through his answer,
23   I'm, actually, not really sure one way or the
24   other what he's trying to say.  Whether
25   Dr. Acquavella feels one way or the other about

Page 205

1    the IARC finding, it wouldn't have influenced
2    one way or the other my own independent
3    evaluation of the epidemiology studies on NHL
4    and glyphosate.
5    BY MR. MILLER:
6         Q.  Let's move on to look at some of those
7    studies.
8         THE WITNESS:  Might this be a good
9    time to take a break?  Or what's our plan --
10        MR. MILLER:  Sure.
11        THE WITNESS:  -- for taking a break?
12        MR. MILLER:  If you want a break,
13   we'll take a break.
14        THE WITNESS:  Okay.
15        THE VIDEOGRAPHER:  Going off the
16   record.  The time is 12:49.
17        (Whereupon, a luncheon recess was
18        taken.)
19
20
21
22
23
24
25

52 (Pages 202 to 205)

Confidential - Pursuant to Protective Order

Page 206

1    AFTERNOON SESSION
2
3         THE VIDEOGRAPHER: Back on the record.
4    The time is 1:30.
5         MR. MILLER: I said that. Give me one
6    second. Perfect.
7    BY MR. MILLER:
8         Q. All right. Doctor, how was lunch?
9         A. Fine. Thank you.
10        Q. Good.
11        A. How was your lunch?
12        Q. Perky and sassy. Thanks. Great.
13        Okay. You had mentioned before the
14   Pahwa PowerPoint and how it helped you look at
15   things, generally speaking. Do you generally
16   remember that line of --
17        A. What I remember is the importance of
18   the analysis by Pahwa, et al, in terms of
19   showing the issues of recall bias and residual
20   confounding.
21        Q. Is this 24-27 that PowerPoint?
22        A. There were three different PowerPoint
23   presentations that I looked at by Pahwa, et al.
24   I believe the one -- well, yeah, let me -- I can
25   look through specifically my report and tell you

Page 207

1    which ones they are.
2         (Whereupon, Mucci Exhibit 24-27,
3              6/3/15 PowerPoint, A Detailed
4              Evaluation of Glyphosate Use and the
5              Risk of Non-Hodgkin Lymphoma in the
6              NAPP, was marked for identification.)
7         A. So there were two PowerPoint versions
8    for a meeting. One was dated June 3, which is
9    this one, and there's a second one, August 31st,
10   2015.
11   BY MR. MILLER:
12        Q. Okay. How does this June 13, 2015 aid
13   you in coming to your opinions in this case?
14        A. This printout is a little difficult to
15   see with the sort of extra text here. And
16   there's no page numbers. I'm not sure if I
17   could refer you to a specific page in the
18   presentation.
19        These data also look actually
20   different from the presentation of August 31st.
21   I don't know if you have that presentation
22   available.
23        Q. I don't.
24        Does this exhibit help you form your
25   opinions, inform you of your opinions?

Page 208

1         A. Well, it doesn't, because it's missing
2    one of the key analyses. It seems like
3    comparing -- it's also these results are
4    slightly different than what's reported in the
5    manuscript. So I think it would be the August,
6    2015 that would be useful to have.
7         Q. What is that key analysis that is
8    missing?
9         A. As I said, it's comparing the --
10   showing the comparison of the crudely adjusted
11   and the multivariable adjusted analyses together
12   to show the issue of residual confounding. I
13   think that was one important feature. And then,
14   also, separately looking at the self-respondents
15   only. So, again, it's just different. So it
16   would be helpful to look at the August, 2015
17   presentation.
18        Q. Do you have a copy of that with you
19   here today?
20        A. I have it on my computer, but I don't
21   have a printout of the copy.
22        Q. Are your findings in that regard
23   referenced in your report?
24        A. Yes.
25        Q. Which page?

Page 209

1         A. So if you look, for example, on the
2    top of Page 47, this talks about the ever versus
3    never exposure.
4         And so what we can see here, I present
5    first the odds ratio that was in the abstract,
6    conference abstract document. Secondly, looking
7    at the odds ratio from the 2015 August
8    presentation, looking at the crudely adjusted
9    odds ratio, and then looking at the
10   multivariable adjusted odds ratio, and then
11   finally the odds ratio multivariable that was
12   restricted to the self-reported data from
13   self-respondents.
14        Q. So Exhibit 24-27 is one of the
15   PowerPoints that we've been discussing; right?
16        A. As I'd mentioned, it's one of the
17   presentations that I looked at. But in terms of
18   what I looked at, present in the report, it's
19   specifically the odds ratio from the 2015 August
20   presentation.
21        Q. Let's look at the June presentation
22   for a minute and see what these scientists find,
23   and then we can move on.
24        A. Sorry, I just want to make sure that
25   we have the -- you know, I don't know why the

53 (Pages 206 to 209)

Confidential - Pursuant to Protective Order

Page 210

1    data are different between the conference
2    abstract and the August, 2015 presentation or
3    the June, 2015 presentation.  So I'm also
4    looking at the manuscript from Pahwa.  Are there
5    data tables associated with this manuscript, do
6    we know, by Pahwa, et al?
7        Q.  You don't get to depose me now.
8        A.  Oh, I'm sorry.
9        Q.  I depose you.
10       A.  Yes, I'm sorry about that.  I just --
11   I was hoping to see the actual data.
12       Q.  Let's look at this exhibit.  If you'd
13   please turn with me to "Selected Characteristics
14   of Non-Hodgkin's Lymphoma Cases and Controls."
15   Okay.
16       A.  Okay.  Selected characteristics, cases
17   and controls.
18       Q.  Yes, ma'am.  And all I'm trying to do
19   by looking at this is to get some of the
20   acronyms down.  These are different types of
21   non-Hodgkin's lymphoma.  I think we can agree FL
22   is -- how do you pronounce that?
23       A.  Follicular.
24       Q.  Say again?
25       A.  Follicular.

Page 211

1        Q.  Follicular.  Okay.  And DLBCL is
2    the -- is diffuse; right?
3        A.  Yes.
4        Q.  All right.  And small lymphocytic,
5    SLL, also a form of non-Hodgkin's lymphoma;
6    right?
7        A.  Yes.
8        Q.  So if we go two pages back, the
9    authors tell us with overall non-Hodgkin's
10   lymphoma risk, 22 percent increased risk; right?
11       A.  So the odds ratio is 1.22.  The
12   confidence interval includes the null value.
13   But just to clarify, that is -- that odds ratio
14   that is there is different than the odds ratio
15   that was presented in the August, 2015
16   publication, which was an odds ratio of 1.13
17   with a confidence interval of 0.84 to 1.51.
18       Q.  All right.  And for DLBCL, a subtype
19   of non-Hodgkin's lymphoma, they showed a
20   32 percent increased risk, not statistically
21   significant; right?
22       A.  Again, the relative risk is 1.32.  The
23   95 percent confidence interval is somewhat wide
24   given the number of exposed cases.  0.87
25   includes the null value.

Page 212

1            But, again, that differs from the
2    August, 2015 publications with the relative risk
3    of 1.23 and 95 percent confidence interval of
4    0.8 to 1.8, suggesting no association.
5        Q.  And for the subtype SLL of
6    non-Hodgkin's lymphoma, they show an 87 percent
7    increased risk, again with -- not statistically
8    significant finding; right?
9        A.  And just to give you the data for
10   August, 2015, the odds ratio is attenuated 1.51,
11   0.87 to 2.60, based on 15 exposed cases.
12       Q.  Okay.  So instead of an 87 percent
13   increase, it shows a 51 percent increased risk
14   in the August PowerPoint?
15           MR. COPLE:  Objection.
16   Mischaracterizes the witness's testimony.
17       A.  I'm not talking about it being
18   increased risk at all.  What I was saying
19   what the reported odds ratio and 95 percent
20   confidence intervals were.  This -- in this
21   analysis, that number that I'm giving you and
22   this number here actually don't deal with the
23   issue of proxy respondents.  They have limited
24   the analysis to the self-reported data.
25           So adjusting for the way that they

Page 213

1    have, putting proxy respondent in the model,
2    actually doesn't adjust for the recall bias
3    that's inherent in these studies.
4    BY MR. MILLER:
5        Q.  These authors have adjusted for age;
6    right?
7        A.  Correct.
8        Q.  For sex?
9        A.  Correct.
10       Q.  For state/province?
11       A.  Yes.  Correct.
12       Q.  For lymphatic and hemopoietic cancer
13   in a first-degree relative?
14       A.  Correct.
15       Q.  And for use of proxy respondent?
16       A.  As I said, while they put that in the
17   model, it doesn't account for the recall bias
18   that is present in these studies.  That's not an
19   appropriate way to deal with the recall bias.
20       Q.  And they've adjusted for the use of
21   any personal protective equipment; right?
22       A.  Yes.
23       Q.  For the use of 2,4-D?
24       A.  Correct.
25       Q.  And adjusted for the use of dicamba

54 (Pages 210 to 213)

Confidential - Pursuant to Protective Order

Page 214

1  and malathion; right?
2      A.  Correct.
3      Q.  And for other types of non-Hodgkin's
4  lymphoma, other than the three subtypes
5  identified, they have a 75 percent,
6  statistically significant; right?
7      A.  Just to clarify, that does differ what
8  was in the August, 2015 public -- presentation,
9  which presented a non-statistically significant
10  association.  And, again, just to clarify, it's
11  not appropriate, their approach to adjusting for
12  the proxy respondents' recall bias by just
13  putting it in the model.
14      Q.  So, please, turn to "Frequency of
15  Glyphosate Handling and Non-Hodgkin's Lymphoma
16  Risks" from this PowerPoint.  And for greater
17  than two days they show a statistically
18  significant 98 percent increased risk; right?
19      A.  Yes.  Well, that's what the data shows
20  here.
21      What I'd like to do is look at -- just
22  because I think it's important that there are
23  differences between the August, 2015 publication
24  and this June publication.  So -- and just to
25  clarify, it's a small difference, but the odds

Page 215

1  ratio was attenuated somewhat to 1.73.
2      I think one other important issue to
3  raise, which we've discussed previously, is the
4  concerns around using only frequency to measure
5  an actual dose-response.  I think there's -- it
6  doesn't take into account the lifetime of
7  exposures and the intensity.  It's really only
8  taking into account how many days per year
9  someone is using it.
10      Q.  You didn't tell me whether the 1.73
11  from the August PowerPoint was statistically
12  significant.  Is it?
13      A.  The 95 percent confidence interval is
14  1.02 to 2.93.
15      Q.  Statistically significant; right?
16      A.  It is an association that is
17  statistically significant.  However, the
18  interpretation of that odds ratio is somewhat
19  challenging because the selection of number of
20  days per year as a measure of dose.
21      Q.  I'm going to hand you what's been
22  marked as 24-28, the McDuffie study from 2001.
23
24
25

Page 216

1      (Whereupon, Mucci Exhibit 24-28,
2      McDuffie, et al study, Non-Hodgkin's
3      Lymphoma and Specific Pesticide
4      Exposures in Men, was marked for
5      identification.)
6  BY MR. MILLER:
7      Q.  You've reviewed this?
8      A.  Yes, I did.
9      Q.  And let's go over it.  This is a study
10  about non-Hodgkin's Lymphoma and Specific
11  Pesticide Exposures in Men; right?
12      A.  Yes.
13      Q.  Now, do you know any of these
14  scientists?
15      A.  I know the names, but I don't know
16  these individuals.
17      Q.  Okay.  Now, this was published in
18  Cancer Epidemiology, Biomarkers & Prevention.
19  Do you see that?
20      A.  Yes.
21      Q.  It's a peer-reviewed journal; right?
22      A.  It is, yes.
23      Q.  So this article would have undergone a
24  peer review process and then been accepted for
25  publication; right?

Page 217

1      A.  Yes.
2      Q.  And this is a population-based
3  case-control study, we can agree?
4      A.  It is a population-based case-control
5  study, yes.
6      Q.  And what these -- one, two, three,
7  four, five, six, seven, eight -- nine scientists
8  concluded in this peer-reviewed case-control
9  study, if we look at Page 1161, was that for
10  glyphosate greater than two days per year
11  had over a doubling of the risk, statistically
12  significant.  That's what they concluded; right?
13      A.  I'm not sure.  Could you point to
14  specifically in the discussion where they
15  conclude that?  Because I think they report on
16  that as the relative risk.  But I'm just trying
17  to find where the -- where they make a specific
18  conclusion about that relative risk.
19      Q.  I'm looking at the table.  Let me know
20  if I'm reading the table wrong.  They're talking
21  about glyphosate.
22      Do you see where I read that?
23      A.  Yes, I do see.  But there's a
24  difference between reporting a relative risk
25  estimate and a conclusion about that relative

55 (Pages 214 to 217)

Confidential - Pursuant to Protective Order

Page 218

1  risk. And I think the reason that I say that
2  that is important is a number of things.
3        One is that this study had kind of a
4  couple of important issues to consider. One is
5  the issue of the proxy respondents, which I've
6  talked a lot about and which we show in the
7  Pahwa analysis, is an important issue.
8        Secondly, the issue of residual
9  confounding, I think, by other pesticides used,
10  and they haven't adjusted for other pesticides
11  in this analysis. And I think particularly so
12  what's been seen in several of these studies,
13  that individuals who are using glyphosate more
14  regularly tend to also more regularly use other
15  pesticides. And so this is an example where the
16  unadjusted odds ratio can lead to a spurious
17  association.
18        So that's why I was trying to find
19  specifically what the authors conclude. They
20  may -- they reported a number. The question is
21  how did they interpret that number and what are
22  the strengths and limitations that they thought
23  about. And then secondly, what do we know from
24  the Pahwa analysis of which a large proportion
25  of the cases for this dose analysis came from

Page 219

1  McDuffie.
2        Q.  Well, that was a mouthful, but let me
3  give you my question. It's a narrow one.
4        I'm looking at Page 1161. And did
5  these authors, these nine scientists in this
6  peer-reviewed journal, report an odds ratio of
7  2.12, statistically significant? Am I reading
8  that wrong?
9        MR. COPLE: Objection. Asked and
10  answered, argumentative.
11        A.  As I -- as I said, while that is the
12  odds ratio that is reported in this manuscript,
13  the authors as well acknowledge the fact that
14  there is potential issues with the recall bias
15  because of the proxy respondents.
16        Another issue that I didn't mention
17  already was that the response rates for both the
18  cases and controls was fairly low.
19        And what you worry about here,
20  particularly with the controls, the controls are
21  meant to provide information about the
22  experience in the population that gave rise to
23  the cases. And so if you don't have a good
24  response rate, then you can lead to a form of
25  selection bias. So while the odds ratio that

Page 220

1  they reported here is 2.12, I think we can see
2  from the Pahwa analysis that we're concerned
3  about unmeasured confounding, as well as the
4  potential issue of the proxy respondents.
5        And then finally, it's, again, the
6  issue of the days per year perhaps not being
7  really the optimal way of looking at this
8  response.
9  BY MR. MILLER:
10        Q.  And that 2.12 they report is
11  statistically significant?
12        A.  The 2.12 for the unadjusted odds
13  ratio, you know, again, when we think about --
14  we can't really think about statistical
15  significance being important or not important if
16  we're concerned about bias or confounding, which
17  I think we are in this case. So the issue of
18  statistical significance, we can't -- we can't
19  talk -- comment about chance without if we think
20  there's bias or confounding, which I think we
21  are very concerned about here.
22        Q.  I'm sure you are.
23        Let's see what the authors say. Let's
24  go to Page 1162. We're already there. Let's
25  see what they say.

Page 221

1        These nine authors in this
2  peer-reviewed journal on the association between
3  non-Hodgkin's lymphoma say, "Our results support
4  previous findings of association between
5  non-Hodgkin's lymphoma and specific pesticide
6  exposure."
7        Did I read that correctly?
8        MR. COPLE: Objection. Argumentative.
9        A.  That is what it says, but I want -- I
10  think an important thing also is that they
11  looked at multiple pesticides in this study, not
12  only glyphosate. So it's difficult to say one
13  way or the other what they're referring to here.
14        I think it's also important to note
15  that one can be concerned about potential
16  systematic bias given the number of positive
17  associations that are seen across the board in
18  this study.
19  BY MR. MILLER:
20        Q.  You've never written to an editor to
21  criticize his study; true?
22        A.  I'm sorry. For this particular study?
23        Q.  Yes.
24        A.  I have never written a letter to the
25  editor for this particular study. However, in

56 (Pages 218 to 221)

Confidential - Pursuant to Protective Order

Page 222

```
1    looking through critically this study now, and
2    also taken together with the analysis of Pahwa,
3    et al, I can see very clearly the bias and
4    confounding that exists in this study.
5        Q.  Sure you can.  All right.  Let's move
6    on.
7            Let's look at Hardell.  Does this
8    study have bias and confounding, Hardell?
9            MR. COPLE:  Objection.  Argumentative.
10       A.  I'm sorry.  Hardell is part of a
11   number of publications.  Which particular
12   publication are you referring to?
13   BY MR. MILLER:
14       Q.  One we're going to mark as 24-29.
15           (Whereupon, Mucci Exhibit 24-29,
16           Hardell, et al article, Exposure to
17           Pesticides as Risk Factor for
18           Non-Hodgkin's Lymphoma and Hairy Cell
19           Leukemia, was marked for
20           identification.)
21   BY MR. MILLER:
22       Q.  Is there bias and confounding in this
23   Hardell study (handing)?
24       A.  So for each of the studies that I
25   looked at, I went through this as a similar
```

Page 223

```
1    strategy, to look at the strengths and the
2    limitations.  In terms of the limitations
3    specifically of this study, it's actually some
4    of the same problems we're worried about with
5    the earlier case-control studies from the US and
6    Canada.
7            First, 43 percent of the cases were
8    actually dead by the time the study was
9    undertaken.  So that's a large number of proxy
10   respondents.
11           Secondly, the way that the issue --
12   what we're concerned about is also the issue of
13   residual confounding.  So, again, case-control
14   studies are a lot more susceptible to the issues
15   of bias that the cohort study is not an issue
16   of.
17       Q.  So this study is subject to bias and
18   confounding, in the Hardell study?
19       A.  This particular study, I think another
20   key issue is the very small number of exposed
21   cases and controls, which is -- can lead to a
22   spurious association as well.
23       Q.  Okay.  And so just to be clear, this
24   is a study by three scientists, Dr. Hardell,
25   Eriksson, and Dr. Nordstrom; right?
```

Page 224

```
1        A.  Yes.
2        Q.  And it's published in Leukemia &
3    Lymphoma, a peer-reviewed journal; right?
4        A.  Correct.
5        Q.  So it's undergone scrutiny of peer
6    review and been accepted for publication, and
7    you've reviewed it; right?
8        A.  I have reviewed this study.  It was
9    published in a peer-reviewed journal, studies --
10   yes.
11       Q.  Okay.  Let's look at what they
12   concluded in this peer-reviewed journal, these
13   three scientists.  On -- in their abstract
14   section, they show, "Increased risks in an
15   univariate analysis were found for subjects
16   exposed to herbicides.  Among herbicides,
17   significant associations were found for
18   glyphosate, a tripling of the risk,
19   statistically significant."
20           That's what they reported; right?
21       A.  What they're reporting there is the
22   odds ratio that is unadjusted.  However, the
23   association for glyphosate was considerably
24   attenuated in the multivariable analysis with an
25   odds ratio of 1.85 in very wide confidence
```

Page 225

```
1    intervals of 0.5 to 6.20, which is kind of an
2    issue in terms of being able to interpret such
3    findings that include the null value as well as
4    potential protective effects.
5        Q.  So instead of a 300 increased risk
6    when we use the multivariate analysis, it was an
7    85 percent increased risk?
8            MR. COPLE:  Objection.  Misstates the
9    witness's testimony.
10       A.  I think -- one of the critical issues
11   in epidemiology and getting at a causal
12   association is the issue of confounding.  It's
13   one of the -- our most important issues to
14   address.  Here, they actually address themselves
15   is there evidence of confounding or not.  And,
16   indeed, they actually see that there's
17   considerable confounding.
18           The main issue is given that there
19   were only eight exposed cases and eight exposed
20   controls, when they're adding different factors
21   into the multivariate model, you get these
22   extremely wide confidence intervals.  I would
23   say this is basically a very difficult odds
24   ratio and confidence interval to interpret.
25   BY MR. MILLER:
```

57 (Pages 222 to 225)

Confidential - Pursuant to Protective Order

Page 226

1      Q.  Doesn't this study prove that
2  glyphosate is a risk factor for non-Hodgkin's
3  lymphoma?
4      A.  No, this study does not prove that.
5  It's -- as I said, it's actually a study
6  difficult really to interpret given the very
7  small number of exposed cases and small exposed
8  controls.
9         There's also an issue of latency.
10  When these cases were actually recruited, the
11  amount of sufficient latency really isn't there.
12  And the issue of the fact that you had
13  43 percent of your cases were dead and you're
14  relying on proxy respondents, which we've seen
15  in other settings, has induced a recall bias.
16      Q.  Let's turn to Page 1047, and see what
17  these scientists say about whether glyphosate is
18  an increased risk of non-Hodgkin's lymphoma, and
19  they state in pertinent part, "In this study,
20  exposure to glyphosate was a risk factor for
21  non-Hodgkin's lymphoma."
22         Do you disagree with them?
23      A.  Yes, I do.
24      Q.  Okay.
25      A.  You can't -- given their own data, I

Page 227

1  disagree on that.  It's not my own opinion about
2  this.  But just looking at the multivariable
3  odds ratio, so accounting for these other
4  herbicides in the multivariate model in Table 7,
5  we can see that it's not really interpretable at
6  all.  You have an odds ratio of 1.85, but your
7  confidence interval is so enormous.  It's only
8  based on eight exposed cases and eight exposed
9  controls.
10      Q.  Are you aware that IARC relied in part
11  on the Hardell study in reaching their
12  conclusion that glyphosate was a probable
13  form -- cause of non-Hodgkin's lymphoma?
14         MR. COPLE:  Objection.  Lacks
15  foundation.
16      A.  Again, so I know that the Hardell --
17  this Hardell study was one of the epidemiology
18  studies that was reviewed.  However, the
19  epidemiology panel for IARC came to the
20  assessment that the epidemiologic evidence was
21  actually limited because of issues of
22  confounding and bias, and it's clear here on
23  many levels concerns about bias.
24  BY MR. MILLER:
25      Q.  Bias -- I understand.  They also

Page 228

1  concluded that they, IARC, that glyphosate was a
2  probable human carcinogen for non-Hodgkin's
3  lymphoma.  Can't we agree on that much?
4      A.  Their statement was a classification
5  of glyphosate as a Class 2A.  However, what I
6  was asked specifically to comment on was the
7  epidemiology literature.  And my assessment of
8  the epidemiology is that there is no causal
9  association of glyphosate and NHL risk, also
10  IARC's assessment of the epidemiology
11  literature.  So I'm just talking about the
12  epidemiology literature here, specifically that
13  the epidemiology studies were limited because
14  they couldn't rule out bias, confounding, or
15  chance.
16         And this is a clear example where all
17  three factors played a role here.  We have
18  chance findings because of the fact you only
19  have eight exposed cases and eight exposed
20  controls.  You have the issue of confounding
21  here, and then you also have the real concern
22  about recall bias, particularly because of the
23  high proportion of proxy respondents.
24      Q.  Are high ejaculators at a decreased
25  risk of prostate cancer?

Page 229

1      A.  I -- that's -- in what context?  I'm
2  sorry.
3      Q.  In the context of high ejaculators,
4  are they at decreased risk of prostate cancer?
5         MR. COPLE:  Objection.  Lacks
6  foundation.
7      A.  If you'd like me to look at a specific
8  set of studies, I'm happy to do that.
9  BY MR. MILLER:
10      Q.  No.  I'd ask if you can answer that
11  question.  If you can't answer it, you can't
12  answer it.  But if you can, answer it.
13         MR. COPLE:  Objection.  Lacks
14  foundation, vague.
15      A.  I'm, again, happy to look at some
16  specific studies or a whole body of literature,
17  but I'm not prepared to comment on that at the
18  moment.
19  BY MR. MILLER:
20      Q.  Okay.  Now, let's go back to 24-28.
21  We can at least agree that this peer-reviewed
22  study by these nine scientists was considered by
23  IARC and part of the evidence upon which they
24  base their conclusion that glyphosate is a
25  probable human carcinogen; right?

Confidential - Pursuant to Protective Order

Page 230

1        A.  So as I mentioned, this is one of
2    several epidemiology studies that IARC reviewed.
3    However, when IARC was reviewing the
4    epidemiology, the epidemiology panel said the
5    data was limited because they couldn't rule out
6    the issues of bias, confounding, or chance.  And
7    we actually know that both bias and confounding
8    played a role in these results from two
9    different analyses.  One is the extra analysis
10   by Pahwa, et al; and, secondly, when we look at
11   the results from Hohenadel where they looked
12   specifically among what's the association
13   between glyphosate and NHL risk among those who
14   are not using malathion, and I think that's a
15   very clear example of the importance of
16   confounding that particular study.
17       Q.  You keep saying "we."  Who is we?  You
18   and who else?
19           MR. COPLE: Objection.  Objection.
20   Argumentative.
21           MR. MILLER:  I'm just asking.
22           MR. COPLE: Objection.  Argumentative.
23   BY MR. MILLER:
24       Q.  You can answer.
25           MR. COPLE: Objection.  Argumentative.

Page 231

1           MR. MILLER:  Are you instructing her
2    not to answer?
3           MR. COPLE:  Did you hear that,
4    Counselor?  Objection.  Argumentative.
5           MR. MILLER:  I understand that.
6    BY MR. MILLER:
7        Q.  You can answer.
8        A.  So in epidemiology we tend to work
9    collaboratively, so if I'm using the word "we,"
10   it's really "I."
11       Q.  Okay.  Fair enough.  Let's look at --
12   we're going to try to treat this as agreeable as
13   possible, even though we clearly disagree on
14   much.  So I wasn't trying to be offensive.  I
15   hope you don't take any.
16           Let's look at the next study.  The
17   next study, I think, in the line of studies on
18   this issue of association between glyphosate and
19   non-Hodgkin's lymphoma is De Roos 2003.
20           Did you review that study, ma'am?
21       A.  I did.
22       Q.  Okay.  And let me hand it to you.
23   First let's talk about -- and I know you're
24   going to disagree with what the authors
25   concluded, but can we talk about for a minute

Page 232

1    what they concluded, and then we can talk about
2    why you disagree with it?  Okay.
3           MR. COPLE:  Do you have a copy for
4    counsel?
5           (Whereupon, Mucci Exhibit 24-30, De
6           Roos, et al paper, Integrative
7           assessment of multiple pesticides as
8           risk factors for non-Hodgkin's
9           lymphoma among men, was marked for
10          identification.)
11          MR. MILLER:  I'm sorry, yes, excuse
12   me.  Here you are (handing).
13   BY MR. MILLER:
14       Q.  And you have reviewed this study,
15   right, ma'am?
16       A.  I have.
17       Q.  And it was in the -- published in the
18   Occupational Environmental Medicine journal;
19   right?
20       A.  Yes.
21       Q.  And that's a peer-reviewed journal?
22       A.  Yes.
23       Q.  And it's by -- one, two, three, four,
24   five, six -- seven scientists, including
25   Dr. Blair and Dr. Weisenburger; right?

Page 233

1        A.  Yes.
2        Q.  Okay.  And these scientists looked at
3    the issue of the "assessment of multiple
4    pesticides as risk factors for non-Hodgkin's
5    lymphoma among men"; right?
6        A.  That is the title of the paper.
7        Q.  And what they're doing is they're
8    looking at three case-control studies; is that
9    right?
10       A.  Correct.
11       Q.  And as they integrate those three
12   case-control studies, they reached some
13   conclusions, and I'm certainly not going to try
14   to stop you from giving me your critique of
15   that.  But let's look first at what they
16   concluded, please, at Page 5.
17           On Table 3, they were providing us a
18   table of effect estimates for use of specific
19   pesticides in non-Hodgkin's lymphoma incidence,
20   adjusting for use of other pesticides; right?
21       A.  That is what Table 3 is -- includes,
22   yes.
23       Q.  And when we say "effect estimates," is
24   that like relative risk?  Is that what that
25   means?

Confidential - Pursuant to Protective Order

Page 234

1    A.  Yes.
2    Q.  Okay.  And so they did two kinds of
3  analysis, logistic regression and hierarchical
4  regression; is that right?
5    A.  Correct.
6    Q.  Yes, ma'am.
7      And they looked at glyphosate, and
8  they calculated a 2.1 percent odds ratio,
9  statistically significant, under the logistic
10  regression; right?
11    A.  So the odds ratio is 2.1 percent, but
12  odds ratio of 2.1 and then -- yes.
13    Q.  Okay.  And using the hierarchical
14  regression, they came up with a 60 percent, but
15  it was not statistically significant; right?
16    A.  The odds ratio was 1.6.
17    Q.  Okay.  Now -- and I know that you
18  disagree with that as being a real association,
19  and now I'm going to ask you to explain why.
20    A.  So actually I think -- just one thing
21  I want to clarify.  When we're looking at
22  tables, we're not looking at conclusions.  We're
23  just looking at numbers that were generated from
24  the analyses.  While I would agree -- well, so a
25  couple of things.  While I would agree that

Page 235

1  these odds ratios are elevated, it's -- in a lot
2  of ways this paper is -- it's a little
3  challenging to understand a couple of things.
4      One is, it's not clear -- I reviewed
5  the paper several times.  It's not exactly clear
6  to me what is or is not included in the logistic
7  regression model.  So I think that's one thing
8  to take into account.
9      I think, secondly, what is a little
10  bit challenging is the difference between the
11  results that were seen in Cantor on its own and
12  Cantor -- Cantor dataset, and that comprises the
13  largest number of cases that are included in the
14  study.  And then also the Pahwa analysis.  So I
15  think it's interesting to see how this relative
16  risk in the same study population seems to vary
17  a lot.
18      So if the hierarchical regression
19  model, if you believe that to be adjusted for
20  confounding, and I think it seems like it was a
21  reasonable approach, then you could say it was a
22  relative risk of 1.6 and the odds ratio of 0.9
23  to -- or sorry, 1.6, 0.9 to 2.8.  It seems to
24  have dealt with the issue of confounding.  We're
25  still left here with the issue of recall bias,

Page 236

1  which we definitely see exists in the Pahwa,
2  et al, analysis.
3      In some ways, though, when you look at
4  the -- so when you look at this totality of
5  evidence, and when -- I think one of the
6  important ways in which the updated technical
7  memorandum of Chang and Delzell does, it -- when
8  it takes the Pahwa's analysis for -- which kind
9  of deals with all these other issues we've been
10  talking about, and puts that into a model, you
11  kind of see that the odds ratio generally
12  varies.  When you look at the body of evidence
13  of epidemiology, there's no positive
14  association.
15      So I would agree with you that this --
16  the results from this one study with a
17  multivariable adjusted odds ratio generated an
18  odds ratio of 1.6 with confidence intervals
19  close to 1.  However, it doesn't deal with the
20  issue of recall bias, which -- you know, it's
21  interesting we keep talking about these as
22  individual studies, but I think one thing to
23  remember is that several of the -- so it's
24  McDuffie and De Roos and Cantor and Pahwa are
25  kind of -- there's a lot of overlap in what

Page 237

1  these studies are.  So although it seems like
2  I'm picking apart each individual study, these
3  are all studies that have similar issues in
4  common and, indeed, actually are relying on the
5  same studies.
6    Q.  So you think one of the problems with
7  this paper is recall bias; right?
8    A.  Well, they haven't accounted for
9  recall bias.  That is one issue.
10      The second issue could be is that
11  because they're including adjustment for a large
12  number of pesticides, and some of these had
13  missing data, there's a concern about
14  potentially how missing data might have
15  influenced the result.  But I think one of the
16  big issues is around the recall bias that
17  remains here.
18    Q.  But you're aware these scientists
19  considered and rejected recall bias as a problem
20  later?  Are you aware of that?
21    A.  Well, I -- you know, in looking at the
22  analysis from Pahwa, et al, you know, I don't --
23  I don't know how they made that assessment about
24  recall bias specifically, if they -- how they
25  looked at it in their own data.  But I do know

60 (Pages 234 to 237)

Confidential - Pursuant to Protective Order

Page 238

1　by the same -- many of the same authors looking
2　at the same dataset through Pahwa clearly shows
3　the effect of the proxy respondents as a recall
4　bias.
5　　　　So it was the same authors here now, I
6　guess, 13 years later show, in fact, in their --
7　this original dataset that there was concerns
8　about recall bias from the proxy respondents.
9　　　Q. And --
10　　　A. Finally just one final comment, I'm
11　sorry to interrupt you, but we haven't
12　addressed -- or I haven't addressed here, you
13　know, these are all studies that were conducted
14　in the 1980s. So really the maximum amount of
15　latency from -- and this is the maximum, it's
16　not necessarily what it was, but the maximum
17　possibility is less than ten years. So we do
18　have concerns about really their real
19　interpretation of these studies.
20　　　Q. Let's see what these authors said
21　about whether or not they had recall bias. Turn
22　to Page 8, if you would. "Second, the fact that
23　there were few associations suggests that the
24　positive results we observed are not likely to
25　be due to a systematic recall bias for pesticide

Page 239

1　exposures, or selection bias for subgroups
2　included in the analyses of multiple
3　pesticides."
4　　　　So they didn't think they had a recall
5　bias; right?
6　　　A. Yeah, I mean, I understand how they
7　came to that assessment here. However, you
8　know, several of these authors are authors on
9　the Pahwa analysis where they looked at the
10　issue of recall bias again in that analysis.
11　So, in fact, they actually did, indeed, see the
12　effect of the proxy respondents having in that
13　same dataset. So several of the same authors on
14　these two studies.
15　　　Q. Ma'am, are you aware that one of the
16　authors in this study is, in fact, an expert for
17　plaintiffs in this case, Dr. Weisenburger?
18　　　A. I am aware of that, yes.
19　　　Q. And he stated under oath and in a very
20　detailed report that, in fact, glyphosate causes
21　non-Hodgkin's lymphoma. Are you aware of that?
22　　　MR. COPLE: Objection. Lacks
23　foundation.
24　　　A. I was not aware one way or the other
25　of his statement about that.

Page 240

1　BY MR. MILLER:
2　　　Q. You haven't read his deposition, and
3　you have not read his report?
4　　　A. I have not read his deposition. I
5　read over his report briefly because it didn't
6　cover -- it wasn't -- major focus wasn't on
7　epidemiology. So I only reviewed a small part
8　of it.
9　　　Q. We can agree that this De Roos 2003
10　article was one of the papers upon which the 17
11　members of IARC concluded that glyphosate was a
12　probable human carcinogen; right?
13　　　A. The epidemiology group relied on the
14　De Roos as one of the papers that looked at, in
15　its conclusion, that the epidemiology actually
16　was limited in that bias, confounding, and
17　chance actually could not be ruled out. So it
18　was one of the studies that they used and
19　evaluated and came to their statement that the
20　evidence was limited and that bias, confounding,
21　and chance could not be ruled out.
22　　　Q. Is that all they ruled, or did they
23　rule anything else?
24　　　MR. COPLE: Objection. Argumentative.
25　BY MR. MILLER:

Page 241

1　　　Q. You keep wanting to say that the
2　evidence was limited, but you don't say that, in
3　fact, they found that glyphosate was a probable
4　human carcinogen. Can we agree that's what they
5　found?
6　　　MR. COPLE: Objection. Asked and
7　answered.
8　　　A. As I stated, what I'm referring to
9　specifically is around the review of the
10　epidemiology, which is actually the content of
11　my specific expert report here. I reviewed all
12　of the epidemiology evidence. And as I stated
13　earlier, I think it was important to see that
14　some of the concerns that IARC had in raising
15　the issues of bias and confounding actually panned
16　out in the future -- or the subsequent analyses
17　that were performed in the same datasets that
18　IARC made their review of.
19　BY MR. MILLER:
20　　　Q. And that's -- you're referring to the
21　Pahwa article; right?
22　　　A. That -- the Pahwa is one of the
23　studies that I'm referring to that exemplifies
24　the issue of confounding and bias in these
25　studies that had been part of previously.

61 (Pages 238 to 241)

Confidential - Pursuant to Protective Order

Page 242

1    Q.  And the authors of the Pahwa article
2  would be in a better position to understand that
3  than you, or you cannot agree to that?
4        MR. COPLE:  Objection.  Argumentative.
5    A.  I'm not sure I understand what your
6  question is.
7  BY MR. MILLER:
8    Q.  Well, who is more knowledgeable about
9  this issue, you who has come in as an expert for
10  Monsanto or the actual authors who wrote these
11  articles over the last ten years?
12    A.  I'm sorry, I don't understand
13  specifically what you're asking.
14    Q.  Who is more knowledgeable --
15        MR. MILLER:  I can't read it while it
16  keeps scrolling.  Why don't you read it back.  I
17  try to read it, and it keeps moving.
18        (Whereupon, the reporter read back the
19  pending question.)
20    A.  Yeah, I know the question that you
21  asked, but maybe you could clarify specifically
22  what you're asking.  I think, you know, in 2003
23  when De Roos, et al, published, they hadn't
24  looked at the issue of proxy respondents the way
25  that Pahwa, et al, did.  So, you know, and

Page 243

1  similarly -- so I guess I'm not -- I guess I'm
2  trying to say the own authors looked at their
3  own data in a different way, and actually you
4  can see the issue of confounding and bias here.
5  BY MR. MILLER:
6    Q.  Let's look at the Eriksson study from
7  2008.  Have you reviewed that before?
8    A.  Yes.
9    Q.  Okay.  Here's a copy.  We've marked it
10  24-31.
11        (Whereupon, Mucci Exhibit 24-31,
12        Eriksson, et al article, Pesticide
13        exposure as risk factor for
14        non-Hodgkin lymphoma including
15        histopathological subgroup analysis,
16        was marked for identification.)
17  BY MR. MILLER:
18    Q.  Just a few preliminary matters.
19        You can agree that this is an article
20  written by Dr. Eriksson, Hardell, Carlberg, and
21  Akerman?
22    A.  Correct.
23    Q.  You were in Sweden for a while.  Did
24  you know any of these folks?
25    A.  I did not.

Page 244

1    Q.  And this is in the International
2  Journal of Cancer, correct?
3    A.  Correct.
4    Q.  Peer-reviewed journal?
5    A.  Yes.
6    Q.  So this underwent peer review, was
7  accepted for publication, and published in 2008;
8  right?
9    A.  Correct.
10    Q.  And it is on the issue of "Pesticide
11  exposure as risk factor for non-Hodgkin lymphoma
12  including histopathological subgroup analysis";
13  right?
14    A.  Yes.
15    Q.  And they tell us in their abstract
16  their findings are, "Exposure to glyphosate gave
17  an odds ratio of 2.02," statistically
18  significant.
19        That's what they report; right?
20    A.  So that is the unadjusted odds ratio.
21  And the odds ratio that was adjusted for other
22  pesticides was attenuated with an odds ratio of
23  1.51 and a confidence interval of 0.77 to 2.94.
24    Q.  And their conclusion is, in part, "The
25  association with glyphosate was considerably

Page 245

1  strengthened."
2        That was their conclusion; right?
3    A.  That is what was written here in this
4  manuscript.
5    Q.  And please go to Table 2, if you
6  would.  And regarding exposure to various
7  herbicides, these scientists in this
8  peer-reviewed journal conclude that if you've
9  been exposed to glyphosate for more than ten
10  days, you have a statistically significant, more
11  than doubling of the risk; right?
12    A.  So just again a statement that I made
13  earlier which I think is important, the
14  presentation of data in a table is not a
15  conclusion.  It's just some numbers.  But the
16  odds ratio they report, which is an unadjusted
17  odds ratio, for more than ten days of use was an
18  odds ratio of 2.36 with a confidence interval of
19  1.04 to 5.37.
20        However, we're particularly concerned
21  with the issue of confounding here.  The way
22  that they classified the exposure -- or actually
23  the unexposed group is actually -- not only
24  raises concerns about confounding but, in fact,
25  actually is more likely to result in

Confidential - Pursuant to Protective Order

Page 246

1   confounding, because they defined unexposed not
2   only people who were not using glyphosate, but
3   people who are not using any form of pesticides.
4       So now you have people in more -- with
5   more than ten days of use are those, also, who
6   are using a number of other pesticides.  So
7   these pesticides we know tend to vary together.
8   So now you're comparing a group that has many
9   pesticides being used compared to no pesticides
10  being used.  So that's where the confounding
11  issue is even stronger an issue here in
12  Eriksson, et al.
13      Q.  Let's look at Page 1662 and see what
14  these scientists concluded in their paper.  They
15  concluded that, "Glyphosate was associated with
16  a statistically significant increased odds ratio
17  for lymphoma in our study, and that the result
18  was strengthened by a tendency to dose-response
19  effect as shown in Table 2."
20      That's what they concluded; right?
21      A.  That is what they -- their statement
22  is that they -- they were associated.  But,
23  again, you know, they -- what they're commenting
24  on is not the fully adjusted odds ratio, but the
25  odds ratio from the crude analysis.  So they're

Page 247

1   making a statement about what odds ratio was
2   statistically significant without actually
3   referring to the odds ratio that is adjusted for
4   other confounders.
5       And, again, with the dose-response --
6   confounding is such a key issue here in
7   epidemiology.  It's really important to
8   understand the important confounding that can
9   get induced due to the fact that people are
10  using multiple pesticides at the same time.
11      In this analysis of dose-response, as
12  I've mentioned, while it is true that they do
13  find this number here, the question is can you
14  exclude confounding as a reason for this number.
15  And there's big concerns for confounding.
16      Q.  Confounding is a well-known concept
17  within epidemiology; fair?
18      A.  Correct.
19      Q.  You could, then, agree that the
20  epidemiologists who are on the IARC panel
21  looking at this issue knew about a confounding
22  and knew how to consider it; fair?
23      A.  You know, I don't know the
24  individuals, but I'm sure if they're -- yeah,
25  I'm sure given the importance of confounding.

Page 248

1   But I wouldn't want to say one way or the other
2   given that I wasn't on the panel and didn't hear
3   the discussions.
4       Q.  You just don't know if those
5   epidemiologists invited to sit on IARC knew
6   about confounding or not; is that fair?
7       A.  That's not what I said.  What I said
8   was I don't know how they approached the issue
9   of confounding, but I do know in their summary
10  statement what the epidemiology panel did say,
11  that they couldn't exclude confounding as one of
12  the forms of bias from the epidemiology studies.
13      Q.  Yes, ma'am.  They said that, and they
14  also said that glyphosate was a probable human
15  carcinogen for non-Hodgkin's lymphoma?
16      A.  What I'm talking about, specifically
17  about, is the epidemiology literature, not the
18  overall assessment that was made by the entire
19  panel.  What I'm talking specifically about are
20  the epidemiologists.  And they couldn't say --
21  and also, you can see here the importance of
22  confounding in the ever-never.
23      For some reason they -- these authors
24  decided not to adjust for other confounders by
25  other pesticides and present those results for

Page 249

1   the dose analysis.  But you can see the
2   important effect of confounding that existed in
3   the analysis for ever-never.
4       Q.  All right.  Let's look at what these
5   four scientists in Eriksson peer-reviewed
6   journal concluded within this article.
7       They concluded that based on their
8   research and based on this report, their earlier
9   indication of an association between glyphosate
10  and non-Hodgkin's lymphoma had been considerably
11  strengthened.
12      Do you agree with that?
13      A.  Well, sometimes you can get to the
14  same numerical association because you have bias
15  in both studies.  And I think -- well, actually,
16  I would agree that this study has some
17  additional strengths that the prior study did
18  not have.  For example, they didn't use proxy
19  respondents.  However, confounding, given what
20  we can see in Table 3, there's odds ratios in --
21  or Table 2, the odds ratios are elevated for a
22  number of the different compounds presented,
23  raising the concern about confounding in the
24  dose-response analyses.
25      So there was confounding in this

Confidential - Pursuant to Protective Order

Page 250

1    analysis.  There was a confounding in the other
2    analysis.  Confounding tends to bias in the
3    sense that things are positively associated with
4    glyphosate use and NHL risk.  And it makes -- it
5    makes sense while you see numerically similar
6    findings, but it doesn't add to -- or doesn't
7    make the suggestion that there's a causal
8    association.
9        Q.  IARC used Eriksson 2008 as one of the
10   pieces of evidence upon which it based its
11   conclusion that glyphosate was a probable human
12   carcinogen for non-Hodgkin's lymphoma.  We can
13   agree with that, can't we?
14       A.  What I said previously is that it was
15   one of the epidemiology studies the epidemiology
16   panel looked at, and in their assessment of the
17   epidemiology they came to the assessment that
18   there was limited evidence because they could
19   not rule out bias, confounding, or chance.  And
20   we see here themselves, these authors show the
21   important effect of confounding just looking at
22   the ever-never exposure.  So I think that's an
23   important feature.
24       Q.  Did you review the Cocco study of
25   2013?

Page 251

1        A.  I briefly reviewed the Cocco -- let me
2    see.  Could you -- could you provide me the
3    Cocco study just so I can make sure --
4        Q.  Yes.
5        A.  -- I'm talking about the right study?
6        Q.  I will.
7            Did you -- do you know if you reviewed
8    it?
9        A.  Cocco was one of the studies I
10   reviewed.  I just want to make sure I'm thinking
11   about the right study.
12       Q.  Marked as Exhibit 23-32.
13           (Whereupon, Mucci Exhibit 24-32,
14           Cocco, et al article, Lymphoma risk
15           and occupational exposure to
16           pesticides, was marked for
17           identification.)
18       A.  Yes, I did, but it wasn't a study I
19   decided to comment on because it only had such a
20   small number of exposed cases and small number
21   of exposed controls.
22   BY MR. MILLER:
23       Q.  Let's take a brief look at the study.
24   Okay?  This is a study on "Lymphoma risk and
25   occupational exposures to pesticides; right?

Page 252

1        A.  Yeah, that's the title.
2        Q.  And it's published in British Medical
3    Journal.
4            OEM, what does that mean?  Do you
5    know?
6        A.  It may be occupational environmental
7    medicine.
8        Q.  A peer-reviewed journal?
9        A.  Yes.
10       Q.  And it's got -- one, two -- 18
11   authors; right?
12       A.  I'll take your word for it.
13       Q.  Do you know who Paola Boffetta is?
14       A.  I do.
15       Q.  Epidemiologist?
16       A.  Yes.
17       Q.  Used to be with IARC?
18       A.  Yes.
19       Q.  Do you know where he is now?
20       A.  He is in New York, and he's also an
21   adjunct faculty member at the Harvard School of
22   Public Health.
23       Q.  How long has he been there?
24       A.  At Harvard?
25       Q.  Yeah.

Page 253

1        A.  I couldn't say.
2        Q.  Let's look, Conclusions, they conclude
3    that, "Our results provide limited support to
4    the hypothesis of an increase in risk of
5    specific lymphoma subtypes associated with
6    exposure to pesticides"; right?
7        A.  That's what that statement says.  But
8    I would want to look, as I didn't read through
9    this in great detail because I was -- felt that
10   it was not an informative study given the
11   limited number of cases exposed -- cases and
12   controls to glyphosate.  So, you know, I'm not
13   exactly sure what they're referring to in terms
14   of that specific concluding statement.
15       Q.  Let's look at Table 4 in the study,
16   peer-reviewed, 18 scientists.  They list in
17   Table 4 the risk of B-cell lymphoma, which is a
18   type of non-Hodgkin's lymphoma; right?
19       A.  It's the most common subtype, yes.
20       Q.  Yes, ma'am.  The risk of B-cell
21   lymphoma and occupational exposure to selected
22   specific active ingredients of pesticides, one
23   of them, glyphosate, and they show an odds ratio
24   of 3.1 with a confidence interval from .6 to
25   17.1; right?

64 (Pages 250 to 253)

Confidential - Pursuant to Protective Order

Page 254

1     A.   Those are the numbers, yes.  However,
2  you know, as you can assess, that is not
3  consistent.  It's really a non-informative study
4  to base an analysis on four exposed cases and
5  two exposed controls.
6          The reason I didn't include it in my
7  assessment is that it's -- if you have one case
8  or one control that goes from exposed to
9  unexposed, your odds ratios are going to really
10 sort of blow up.  And it's really not an
11 informative study for glyphosate and NHL risk.
12     Q.   Did IARC reference this study in their
13 paper where they concluded glyphosate is a
14 probable carcinogen for non-Hodgkin's lymphoma?
15     A.   As I said previously, I'm looking
16 specifically at the epidemiology literature.
17 The epidemiology panel found the evidence
18 limited, but I'm not sure if this was or was not
19 included in the IARC review.
20     Q.   Did you review of the Schinasi
21 meta-analysis on this issue?
22     A.   Yes, I did.
23     Q.   Let's take a look at it.
24          Do you know Dr. Schinasi?
25     A.   No, I don't.

Page 255

1          (Whereupon, Mucci Exhibit 24-33,
2          Document, Non-Hodgkin Lymphoma and
3          Occupational Exposure to Agricultural
4          Pesticide Chemical Groups and Active
5          Ingredients, was marked for
6          identification.)
7          MR. MILLER:  All right.  A slight
8  technical difficulty.  We'll be right back with
9  you.
10         There you go.  All right.  Thank you,
11 Counselor.
12 BY MR. MILLER:
13     Q.   Doctor, here's what we've marked as
14 24-33.  Here you go.  Sorry.  Counsel, 24-33
15 (handing).
16         All right.  And you reviewed this;
17 right?
18     A.   Yes.  Although this is the
19 supplemental table.  So I'm not sure that --
20 whether or not I looked specifically at the
21 supplemental information or not.
22     Q.   Okay.  Well, let's look at the
23 supplemental information from Schinasi.
24         And just to clarify a point or two,
25 published in 2014 in the Journal -- I'm sorry,

Page 256

1  International Journal of Environmental Res
2  Public Health; right?
3      A.   Yes.
4      Q.   And that's a peer-reviewed journal?
5      A.   I'm not familiar with this journal.
6      Q.   Okay.  Let's look, if we can, at
7  supplement Page 4.  The bottom half of the page,
8  forest plot, can we agree that's what that is?
9      A.   Yes.
10     Q.   Okay.  And so we understand, vertical
11 line 1, what does that mean, vertical line 1?
12 What does that signify?
13     A.   I'm sorry, what -- oh, which --
14     Q.   I'm on supplemental --
15     A.   The yellow line?
16     Q.   Yes, ma'am.
17     A.   That is referring to the value of 1.0
18 for an odds ratio, which would suggest no
19 association.
20     Q.   And so anything to the left of that
21 line would be protective; right?
22     A.   You wouldn't only want to look
23 specifically at the point estimate, but also the
24 95 percent confidence intervals.
25     Q.   True.

Page 257

1      A.   So that would be -- those numbers
2  would be suggestive of an inverse association.
3      Q.   If they were on the left side of 1.0?
4      A.   If they were on the left side.
5      Q.   And if they're on the right side of
6  1.0, they are suggestive of an association?
7      A.   Of a positive association, yes.  One
8  of the challenges, you can see here already, is
9  that Schinasi relies on the unadjusted
10 estimates, even though for some the adjusted
11 estimates were available.
12     Q.   And this is hard to read.  I'm going
13 to zoom it in a little bit.
14         What she does, then, she takes a
15 De Roos 2003, which we looked at, she takes
16 De Roos 2005, the Agricultural Health Study,
17 Eriksson '08, Hardell 2002, McDuffie 2001, and
18 Orsi 2009; right?
19     A.   Yes.
20     Q.   And she comes up with a meta-analysis
21 with a 1.46, statistically significant; right?
22     A.   Well, that is the number that she came
23 up with.  I think the problem with her approach
24 was that she -- even when there is the more
25 fully adjusted odds ratios available from the

Page 258

1    studies, for some reason she selected to provide
2    the unadjusted estimate.  So the important
3    feature of interpretation of a meta-analysis is
4    that the individual studies should be devoid of
5    bias or confounding.  And so, you know, while
6    she calculates a number of 1.46, I think there's
7    a lot of problems with the approach that she
8    took here.
9         Q.  And IARC took this study, the Schinasi
10   meta-analysis, into consideration as one of the
11   studies upon which it based its conclusion that
12   glyphosate was a probable human carcinogen for
13   non-Hodgkin's lymphoma; true?
14        A.  I'm actually not familiar one way or
15   the other whether they -- how they reviewed
16   Schinasi versus the individual studies.  But,
17   again, the summary of the epidemiology by IARC
18   was that the evidence was limited in terms of
19   the epidemiology studies because bias,
20   confounding, and chance could not be ruled out.
21        Q.  What's a sensitivity analysis?
22        A.  Could you clarify a specific example
23   what you mean by that question?  I mean, a
24   sensitivity analysis could mean many things in
25   different contexts.

Page 259

1         Q.  Generally speaking, there's no way to
2    define it in general?
3         A.  Well, a sensitivity analysis, as I
4    said, could mean different things in different
5    settings.  So that's -- I don't want to give you
6    the wrong answer, depend -- I just would want to
7    know the context in what you're asking.
8         Q.  If you can't answer, you can't answer.
9         MR. COPLE:  Objection.  Argumentative.
10   BY MR. MILLER:
11        Q.  The textbook you're involved in, did
12   you put a definition of sensitivity analysis in
13   there?
14        A.  I can't recall one way or the other if
15   I did.  And, again, I'm not trying to avoid your
16   answer, but a sensitivity analysis can mean many
17   different things in epidemiology.  So that's why
18   I can't answer such a general question.
19        Q.  What I do have is Dr. Schinasi's
20   full --
21        THE WITNESS:  Would it be possible to
22   take a quick break?
23        MR. MILLER:  Sure.
24        THE VIDEOGRAPHER:  Going off the
25   record.  The time is 2:39.

Page 260

1         (Whereupon, a recess was taken.)
2         THE VIDEOGRAPHER:  Back on the record.
3    The time is 2:51.
4         (Whereupon, Mucci Exhibit 24-34,
5         Schinasi and Leon article, Non-Hodgkin
6         Lymphoma and Occupational Exposure to
7         Agricultural Pesticide Chemical Groups
8         and Active Ingredients, was marked for
9         identification.)
10   BY MR. MILLER:
11        Q.  Making this easy for you, Doc.  This
12   is Exhibit 24-34, the Schinasi non-Hodgkin's
13   lymphoma paper, and I've tabbed the only page I
14   want to talk about.
15        But you have reviewed this document;
16   right?
17        A.  Yes, I have.
18        Q.  Okay.  I'll hand you my tabbed copy,
19   and I'm not sure I can find it.
20        A.  Do you want --
21        Q.  What page is tabbed?  That's what I
22   want to know.
23        A.  4513.
24        Q.  4513.  Thank you so much.
25        All right.  So Schinasi paper --

Page 261

1         MR. COPLE:  For the record, the
2    document marked as Exhibit 24-34 on Page 4513
3    has highlighting which was not in the -- in any
4    original copy.  So counsel made that highlight.
5         MR. MILLER:  That is true.  That is
6    absolutely true.
7    BY MR. MILLER:
8         Q.  All right.  Now, let's look at this
9    exhibit.
10        It is by Dr. Schinasi and Leon; right?
11        A.  Yes.
12        Q.  And it's published in the
13   International Journal of Environmental Research
14   and Public Health; right?
15        A.  Yes.
16        Q.  And that was in 2014; right?
17        A.  Yes.
18        Q.  And if we look, then, to page -- can
19   you remind mean again the page -- what, again,
20   page am I'm looking at?
21        A.  4513.
22        Q.  4513.  Thank you, Doctor.
23        And this is a page where they give the
24   meta-analytic summary estimates of association
25   between herbicides and insecticides with

66 (Pages 258 to 261)

Confidential - Pursuant to Protective Order

Page 262

1    non-Hodgkin's lymphoma; right?
2        A.  Yes.
3        Q.  And I'm looking now for glyphosate,
4    and they've shown the meta risk ratio at
5    50 percent, statistically significant; right?
6        A.  So this is the relative risk that they
7    have found in their meta-analysis which relied
8    on taking some of the odds ratios from
9    individual studies that were not mutually
10   adjusted for other confounders.  And this
11   meta-analysis also doesn't account for the
12   recall bias that was induced by the use of proxy
13   respondents.
14       Q.  Right.  I understand those are your
15   criticisms of the study.
16           But what they did find was a
17   50 percent increase, statistically significant.
18   I respect you have your criticisms, but that's
19   what they found; right?
20       A.  The relative -- the meta relative
21   risks that they calculated based on these
22   unadjusted odds ratios ended up with a relative
23   risk of 1.5.  That is true.  It's in contrast
24   from the meta-analysis done most recently by
25   Chang and Delzell which actually tries to deal

Page 263

1    with some of the issues of confounding and
2    recall bias from the proxy respondents.
3        Q.  And in this meta-analysis by Schinasi
4    and Leon, they also list on Table 5 here the
5    estimation risk of B-cell lymphoma, the most
6    common type of non-Hodgkin's lymphoma, right?
7        A.  They do provide a summary meta risk
8    ratio estimate, but it's only based on two
9    studies.
10       Q.  And it's a doubling of the risk,
11   statistically significant, is what they report?
12   And I know you have your criticisms; right?
13       A.  And they're not just my criticisms.
14   So the relative risks that they calculated in
15   this meta risk ratio was a relative risk of 2.0.
16   The criticisms that are inherent in
17   meta-analysis is that they rely on the fact that
18   the individual studies are not biased and that
19   there's no confounding.  And we know that the
20   estimates they've taken in the Schinasi
21   meta-analysis for some reason are the unadjusted
22   and not the fully adjusted estimates.  And that
23   the estimation of the meta summary risk estimate
24   is different than what was seen when we account
25   for the most fully adjusted odds ratios.

Page 264

1        Q.  And the Schinasi and Leon study was
2    one of the studies that IARC used to conclude
3    that glyphosate was a probable human carcinogen
4    for non-Hodgkin's lymphoma; true?
5        A.  Well, the overall statement from IARC
6    was a Class 2A assignment.  The epidemiology
7    studies, which I'm not sure how much they did or
8    did not rely on Schinasi in their review of the
9    epidemiology studies, but taken together, the
10   IARC panel for the epidemiology found there was
11   only limited evidence because they couldn't rule
12   out the confounding and bias were present.
13       Q.  Is that yes, they considered Schinasi,
14   or no, they didn't?
15       A.  I couldn't say one way or the other
16   the extent to which they integrated the results
17   from Schinasi versus the results of the
18   individual studies that went into Schinasi.  I
19   couldn't say one way or the other.
20       Q.  Okay.  You rely upon Agricultural
21   Health Study unpublished manuscript as part of
22   your opinions; right?
23       A.  The unpublished manuscript, yes, was
24   one of all of the epidemiological studies that I
25   looked at in my -- in putting together my expert

Page 265

1    report.
2        Q.  And are you -- you are aware that
3    Dr. Alavanja is one of the authors of the AHS
4    manuscript?
5        A.  Yes.
6        Q.  Let's look at just one or two of his
7    papers real quick.
8           (Whereupon, Mucci Exhibit 24-35,
9           Alavanja, et al paper, Increased
10          Cancer Burden Among Pesticide
11          Applicators and Others Due to
12          Pesticide Exposure, was marked for
13          identification.)
14   BY MR. MILLER:
15       Q.  We're going to mark as 24-35
16   Dr. Alavanja and Dr. Ross and Dr. Bonner's
17   Increased Cancer Burden Among Pesticide
18   Applicators and Others Due to Pesticide
19   Exposure.
20          Ma'am, have you seen this paper before
21   (handing)?
22       A.  While I've seen the paper before, I
23   didn't review it in detail.
24       Q.  This is a paper published in Pesticide
25   Exposure and Cancer.  Do you see that, ma'am?

Confidential - Pursuant to Protective Order

Page 266

1      A.  I believe actually the journal was
2  Cancer Journal for Clinicians.  That may have
3  been a running title or something.
4      Q.  I think you're right.  Excuse me.
5  Yes, A Cancer Journal for Clinicians.
6          Is that a peer-reviewed journal?
7      A.  Yes, it is.
8      Q.  So here we have three scientists,
9  Dr. Alavanja, one of the authors of the AHS
10 draft manuscript that you rely upon.
11         Dr. Ross, are you aware he was on the
12 IARC panel for IARC and glyphosate?
13     A.  I'm sorry, was there a question?
14     Q.  Yes.  There was.
15     A.  Sorry.
16     Q.  Are you aware that Dr. Ross,
17 Dr. Alavanja's co-author, was a member of the
18 panel that voted glyphosate for IARC?
19     A.  I was not aware that Dr. Ross was on
20 the panel.
21     Q.  And then a third scientist, a Matthew
22 Bonner; right?  These are the three authors;
23 right?
24     A.  Correct.
25     Q.  And what they tell us is "A growing

Page 267

1  number of well-designed epidemiological and
2  molecular studies provide substantial evidence
3  that the pesticides used in agricultural,
4  commercial, and home and garden applications are
5  associated with excess cancer risk."
6          Has that been your observation from
7  studying the literature?
8          MR. COPLE:  Objection.  Lacks
9  foundation, the document speaks for itself.
10     A.  I have -- my -- in putting together my
11 expert report, I specifically focused on
12 glyphosate and NHL risk.  I have not done a
13 thorough systematic evaluation of epidemiology
14 studies more broadly, so I wouldn't be able to
15 comment one way or the other.
16     Q.  Dr. Alavanja says that "The literature
17 does strongly suggest that the public health
18 problem is real."  And is that something that
19 you can comment on?
20         MR. COPLE:  Objection.  Lacks
21 foundation, the document speaks for itself.
22     A.  As I've stated, I specifically for
23 this expert report looked at the epidemiology of
24 NHL and glyphosate, and wouldn't be able to
25 comment specifically on -- beyond that scope.

Page 268

1  BY MR. MILLER:
2      Q.  Dr. Alavanja in his paper, if you
3  please turn with me to Table 5, indicates that
4  glyphosate is positively associated with
5  non-Hodgkin's lymphoma.
6          Do you see that, ma'am?
7      A.  I'm sorry, I don't see it on Table 5.
8      Q.  Page 2 of Table 5.  There are actually
9  two pages to Table 5.
10     A.  I see.
11     Q.  In the middle of the page there.
12     A.  I -- you know, I can see where in this
13 table he comments on this.  I didn't thoroughly
14 review this as in assessing the epidemiology.  I
15 felt what was important to do was to review the
16 individual assessment and come up with the
17 strengths and limitations.  So I couldn't
18 comment specifically what is -- what that --
19 what the basis of that statement is coming from.
20     Q.  Well, he's -- Dr. Alavanja is one of
21 the authors of the AHS study; right?
22     A.  He is one of the authors from the AHS
23 study.  However, I'm not exactly sure what this
24 line here is referred to, you know,
25 specifically, what each of these columns are

Page 269

1  referred to.
2      Q.  And he's one of the authors of the AHS
3  manuscript, draft manuscript upon which you
4  rely, right?
5      A.  Well, he is one of the authors; that
6  is true.  What I'm saying here is that I'm not
7  sure what information went into this table that
8  he put together.  So I couldn't comment
9  specifically on what he's getting at here.
10     Q.  Let's see what he's getting at.
11         He's saying glyphosate is positively
12 associated with non-Hodgkin's lymphoma.  Do you
13 disagree with him?
14         MR. COPLE:  Objection.  Asked and
15 answered.
16     A.  Again, so I haven't looked at this.
17 Clearly he's listing one reference in this,
18 which is the study by Eriksson, et al.  I'm not
19 sure where he's coming up with this.  Again, I
20 can't really interpret this table because I
21 haven't looked through it carefully.  I haven't
22 looked to see how he's assembled all of this
23 information together, but looking at all of the
24 epidemiology evidence together, there is no
25 supportive evidence of a causal association

68 (Pages 266 to 269)

Confidential - Pursuant to Protective Order

Page 270

1    between glyphosate and NHL risk.  Like, I
2    couldn't comment specifically on what this table
3    is referring to.
4    BY MR. MILLER:
5        Q.  So let's go now from Dr. Alavanja
6    where he says -- what's the name of that last
7    article?  Anyway, let's move on.
8            (Whereupon, Mucci Exhibit 24-36,
9            Alavanja, et al, Draft, Lymphoma risk
10           and pesticide use in the Agricultural
11           Health Study, was marked for
12           identification.)
13   BY MR. MILLER:
14       Q.  He's also the author of this draft
15   that you rely upon; right?
16       A.  It was one of the reports I relied
17   upon.  I looked at all of the epidemiology
18   literature.
19       Q.  All right.  So -- I'm thinking out --
20   the last Alavanja article we looked at was 2013
21   where he said in the Table 5 that there was a
22   positive association.  I want to go now down to
23   the article that you looked at which was a
24   draft, and here is Exhibit 24-36.  Is this --
25   and there have been several iterations of that.

Page 271

1    Is that the iteration that you looked at?
2        A.  I couldn't say specifically if it was
3    or was not.  I believe that the March 15, 2013
4    was the date that I looked at.
5        Q.  And I'm not trying to pull any punches
6    on you here.  We looked at a couple versions
7    yesterday with Dr. Rider.  This one looks like
8    it was redrafted 2000 -- several times.  It
9    looks like March 18th, March 21st, July 10th,
10   July 19th, and then September 19th.  And do you
11   remember which of these iterations you might
12   have looked at?
13       A.  Well, I'm not sure what this footnote
14   is referring to.  It may be, in fact, when it
15   was printed, but I think by looking at the draft
16   date that's here underneath the author's name, I
17   believe that is the draft version that I looked
18   at.
19       Q.  Okay.  And this is by that same
20   Dr. Alavanja; right?
21       A.  Correct.
22       Q.  Okay.  And this is draft, meaning this
23   hasn't gone through peer review, right?
24       A.  No.  Although it has not gone through
25   peer review, however, I think there's a number

Page 272

1    of reasons to think that the data are valid.
2    Just because something hasn't gone through yet a
3    peer review process, it doesn't mean it's not
4    valid.  And I think we can say because part of
5    the data presented here using the same
6    methodology actually had been published in a
7    2014 manuscript using the same methodology.
8        Q.  If I was a student in your
9    epidemiology class and I asked you whether I
10   should give equal strength of evidence to
11   unpublished data as to peer-reviewed published
12   data, what would you tell me?
13           MR. COPLE:  Objection.  Incomplete
14   hypothetical.
15       A.  I think it would really depend on the
16   situation.  But as I stated, you know, as
17   somebody who has reviewed hundreds of articles
18   for medical journals, and given the fact these
19   methods have been actually peer-reviewed and
20   published subsequently on non-Hodgkin's lymphoma
21   and other pesticides using the same methodology,
22   and even given a comment by Dr. Blair himself in
23   the importance of including unpublished studies
24   in meta-analyses, but one should be cautious, he
25   says in his manuscript on meta-analyses,

Page 273

1    however, it's important to include unpublished
2    data because of the issue of publication bias.
3        Q.  Dr. Blair also said glyphosate is a
4    probable cause of non-Hodgkin's lymphoma.  Is
5    that important to you?
6        A.  What was important to me was to have
7    all of the epidemiology evidence available that
8    covered the topic of glyphosate and NHL risk,
9    and to review each of these studies, to review
10   their strengths, their limitations, their
11   finding, and come to an assessment based on the
12   totality of evidence.
13       Q.  Dr. Blair also --
14           (Videographer interruption.)
15   BY MR. MILLER:
16       Q.  Dr. Blair also says it would be
17   irresponsible to look at draft data to come to
18   conclusions.  Do you agree with that?
19           MR. COPLE:  Objection.  Lacks
20   foundation.
21       A.  I haven't seen specifically where or
22   what context Dr. Blair said something like that.
23   So I wouldn't be able to comment on that
24   specifically.
25   BY MR. MILLER:

69 (Pages 270 to 273)

Confidential - Pursuant to Protective Order

Page 274

1      Q.   Does this draft report say there's
2   missing data?
3      A.   This report discusses some of the
4   missing data related to the phase 2 of the
5   collection of data on pesticides.
6      Q.   So it admits there's missing data;
7   right?
8      A.   It discusses it.  It also discusses
9   the potential for bias in this study, and then
10  also it's addressed in subsequent studies
11  following that have examined whether this type
12  of missing data could lead to a bias in the
13  study, and have come to the conclusion that the
14  effect is likely to be limited on the
15  association of glyphosate and NHL risk.
16     Q.   The study had 37 percent loss to
17  follow-up?
18     A.   As I mentioned earlier, the term loss
19  to follow-up we tend to refer specifically to
20  outcome assessment.  Here what you're talking
21  about specifically is whether or not the data on
22  the questionnaire for exposure is available.
23          And while -- and another important
24  thing is that while they -- what the authors did
25  to address this is to use a well established

Page 275

1   epidemiological approach, which is to use a
2   method of imputation, which we know is reliable
3   in this setting, because the data that is
4   missing on the people who didn't fill out the
5   second questionnaire, those people are similar
6   to the people who actually did report the
7   information, and therefore, that data are not --
8   are missing at random, which means that the
9   imputation is a valid methodology for dealing
10  with this issue of missing data.
11     Q.   Are you aware that IARC will not
12  consider unpublished data?
13     A.   I know that IARC has as part of its
14  review panel, that is what they do in that
15  situation.  However, other agencies and review
16  panels take a different approach.  I believe
17  actually given the -- I agree with Dr. Blair and
18  what he said of the importance in doing a
19  complete assessment, and if there are
20  unpublished data available, too, that it could
21  be part of the review process as long as you can
22  critically review the methodology that's being
23  used in the study.
24     Q.   So tell me when the first
25  questionnaires were handed out for the first AHS

Page 276

1   study, please.
2      A.   So the first set of questionnaires
3   were -- the first wave was in 1993 to 1997, and
4   it asked not only about current exposure, but
5   also past exposure as well.
6      Q.   And when were the second
7   questionnaires handed out, or filled out?
8      A.   I just have to refer to this.  So
9   the -- sorry, I just want to review before so I
10  can give you the exact dates.  The follow-up
11  questionnaire was 1998 to 2003.
12     Q.   How many people were participants in
13  the study in the 1993, 1997 process?
14     A.   So it states that over 57,000
15  individuals were included in this particular
16  analysis, and included the phase 1 data.
17     Q.   And how many people filled out the
18  second questionnaire?
19     A.   Of these, 63 percent, which translates
20  into 36,300 participants.
21     Q.   Fair to say over 20,000 people did not
22  fill out the second questionnaire?
23     A.   Yes, while that is true, we can see
24  from a number of evidence that the people who
25  did report were very similar on a number of --

Page 277

1   based on demographic factors, as well as cancer
2   outcomes, and those who did and did not
3   participate.  So actually while the actual
4   number may seem large, the actual potential for
5   bias is somewhat minimized.  And actually, the
6   authors in a number of subsequent studies have
7   addressed this issue of whether there's
8   potential bias.
9      Q.   When did they close the analysis for
10  the second study?
11     A.   The follow-up was through December 31,
12  2008.
13     Q.   So that -- let me understand.
14          If I filled out the questionnaire in
15  -- I'm sorry, in 1993, and I said I was a never
16  user of glyphosate, and I failed to fill out the
17  second questionnaire, and I die in 2007 from
18  non-Hodgkin's lymphoma, but I used Roundup from
19  1994 through 19 -- through 2007, I'm going to
20  show up as a never user of glyphosate; right?
21     A.   No, that's actually not correct.  The
22  method they used of imputation was to look at
23  the pattern of pesticide use in the individuals
24  for whom there was the baseline and follow-up
25  data, and then based on those patterns, apply it

70 (Pages 274 to 277)

Confidential - Pursuant to Protective Order

Page 278

1    to the people who did not have that second wave
2    data. And, in fact, actually the Agricultural
3    Health Study authors assess the validity of this
4    approach in a number of ways. There was a --
5    the validation study that looked at this
6    imputation method and showed actually that for
7    glyphosate specifically that -- what they did
8    was to look at the people they actually had both
9    data on and take it as a random sample, and then
10   impute what those values would be, and then they
11   could compare it to what they actually did do.
12   What they saw was this imputation method
13   actually worked quite well.
14       So, no, it's not correct that they
15   necessarily would or would not have been, and
16   actually given the imputation, most likely they
17   would have been assigned as a glyphosate user in
18   that second wave.
19       Q. So of the 20,000 people that didn't
20   fill out the second questionnaire, how many of
21   those did they impute used glyphosate?
22       A. I couldn't tell you specifically at
23   this point.
24       Q. Let's go back to my example.
25       If I filled out the questionnaire in

Page 279

1    '93, then used glyphosate in '94 through '98, in
2    the first study I'm put down as a never user of
3    glyphosate; true?
4        A. I'm sorry, could you repeat the
5    statement?
6        Q. Sure.
7        If I filled out my questionnaire in
8    '93 and say I've never used glyphosate, then I
9    go out the next spring and start spraying
10   glyphosate, and spray it every year from '94
11   through '98, I'm going to show in that study as
12   a never user of glyphosate; right?
13       A. I'm not sure how that person would be
14   or wouldn't be coded for that second
15   questionnaire.
16       Q. For the first study?
17       A. For the first they would have been
18   classified as an unexposed, yes, correct. And
19   that is, you know, a valid concern to think
20   about and worry about.
21       However, in this particular case, I
22   think there was the validation study that was
23   done with actual biomarker data where they
24   compared the -- first of all, they looked at the
25   reliability and looked at one questionnaire time

Page 280

1    point one year apart, and they looked at
2    reliability of information collected in one year
3    and then the next year, and actually for
4    glyphosate showed a very high reliability of
5    reporting. So I think if it is an issue, there
6    might be some small misclassification. But it
7    seemed like given the high reliability, that
8    that amount of misclassification would probably
9    be pretty small.
10       Then, secondly, with the validation
11   they did with the self-reported data and the
12   biomarker studies, I think that also supports
13   that if there's misclassification which you're
14   referring to, it's actually pretty small.
15       Q. From '94 to '98, was there an increase
16   in Roundup use in America?
17       A. Well, there appears to have been
18   perhaps an increase in intake. It's unclear
19   specifically in this population of pesticide
20   users what the uptake and the increase would
21   have been if they were already using glyphosate.
22   And part of that would be captured actually in
23   the second wave in the questionnaire.
24       And I think what's important to see is
25   that the findings with this updated follow-up

Page 281

1    are actually really similar to the baseline
2    analysis of 2005, suggesting that no matter how
3    you look at the data, they're pretty internally
4    consistent with each other and support no
5    association.
6        MR. MILLER: I have no further
7    questions. Thank you for your time.
8        A. Okay. Thank you so much.
9        MR. COPLE: Take a short break.
10       THE VIDEOGRAPHER: Going off the
11   record. The time is 3:20.
12       (Whereupon, a recess was taken.)
13       THE VIDEOGRAPHER: Back on the record.
14   The time is 3:24.
15       MR. COPLE: We have no questions for
16   Dr. Mucci.
17       MR. MILLER: I don't have any
18   follow-up, then, obviously.
19       I do strongly urge counsel to not
20   attempt to designate this entire deposition as
21   confidential. There were short spots where we
22   used documents under seal. The Court has
23   cautioned parties not to needlessly designate as
24   confidential, and so we'll ask counsel to look
25   hard at the Rider deposition and Dr. Mucci

71 (Pages 278 to 281)

Confidential - Pursuant to Protective Order

Page 282

1   deposition and follow the Court's instructions.
2        MR. COPLE: We understand the Court's
3   instructions, and we, as always, intend to
4   follow the Court's instructions.
5        The designation provisionally stands
6   as confidential. We, of course, will endeavor
7   to completely review Dr. Rider and Dr. Mucci's
8   deposition and ensure we are in compliance with
9   Judge Chhabria's order.
10       MR. MILLER: Have a good evening.
11       THE WITNESS: Thank you so much.
12       MS. MILLER: Thank you.
13       THE VIDEOGRAPHER: This concludes the
14   September 22, 2017 deposition of Dr. Lorelei
15   Mucci. Going off the record. The time is 3:25.
16       (Whereupon, the deposition was
17       concluded.)
18
19
20
21
22
23
24
25

Page 284

1            INSTRUCTIONS TO WITNESS
2
3        Please read your deposition over
4   carefully and make any necessary corrections.
5   You should state the reason in the appropriate
6   space on the errata sheet for any corrections
7   that are made.
8        After doing so, please sign the
9   errata sheet and date it. It will be attached
10   to your deposition.
11       It is imperative that you return
12   the original errata sheet to the deposing
13   attorney within thirty (30) days of receipt of
14   the deposition transcript by you. If you fail
15   to do so, the deposition transcript may be
16   deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

Page 283

1   COMMONWEALTH OF MASSACHUSETTS )
2   SUFFOLK, SS.           )
3        I, MAUREEN O'CONNOR POLLARD, RMR, CLR,
4   and Notary Public in and for the Commonwealth of
5   Massachusetts, do certify that on the 22nd day
6   of September, 2017, at 8:05 o'clock, the person
7   above-named was duly sworn to testify to the
8   truth of their knowledge, and examined, and such
9   examination reduced to typewriting under my
10  direction, and is a true record of the testimony
11  given by the witness. I further certify that I
12  am neither attorney, related or employed by any
13  of the parties to this action, and that I am not
14  a relative or employee of any attorney employed
15  by the parties hereto, or financially interested
16  in the action.
17       In witness whereof, I have hereunto
18  set my hand this 23rd day of September, 2017.
19
20  _____
21  MAUREEN O'CONNOR POLLARD, NOTARY PUBLIC
22  Realtime Systems Administrator
23  CSR #149108
24
25

Page 285

1        - - - - - -
2          E R R A T A
3        - - - - - -
4   PAGE LINE CHANGE
5   ____ ____ _____
6        REASON: _____
7   ____ ____ _____
8        REASON: _____
9   ____ ____ _____
10       REASON: _____
11  ____ ____ _____
12       REASON: _____
13  ____ ____ _____
14       REASON: _____
15  ____ ____ _____
16       REASON: _____
17  ____ ____ _____
18       REASON: _____
19  ____ ____ _____
20       REASON: _____
21  ____ ____ _____
22       REASON: _____
23
24
25

Confidential - Pursuant to Protective Order

Page 286

1
2          ACKNOWLEDGMENT OF DEPONENT
3
4          I, _____, do
Hereby certify that I have read the foregoing
5     pages, and that the same is a correct
transcription of the answers given by me to the
6     questions therein propounded, except for the
corrections or changes in form or substance, if
7     any, noted in the attached Errata Sheet.
8
9     _____
LORELEI A. MUCCI, ScD      DATE
10
11
12
13
14
15
16    Subscribed and sworn
To before me this
17    _____ day of _____, 20____.
18    My commission expires: _____
19
_____
20    Notary Public
21
22
23
24
25

Page 287

1          LAWYER'S NOTES
2     PAGE  LINE
3     ____  ____  _____
4     ____  ____  _____
5     ____  ____  _____
6     ____  ____  _____
7     ____  ____  _____
8     ____  ____  _____
9     ____  ____  _____
10    ____  ____  _____
11    ____  ____  _____
12    ____  ____  _____
13    ____  ____  _____
14    ____  ____  _____
15    ____  ____  _____
16    ____  ____  _____
17    ____  ____  _____
18    ____  ____  _____
19    ____  ____  _____
20    ____  ____  _____
21    ____  ____  _____
22    ____  ____  _____
23    ____  ____  _____
24    ____  ____  _____
25

73 (Pages 286 to 287)

**A**

**a.m** 1:16 7:7
**Aaron** 4:4 49:20
  51:2 148:18
  164:24 172:4
**able** 11:3 18:21
  37:24 47:12 61:19
  80:7 120:22 121:7
  127:4 156:4
  173:23 225:2
  267:14,24 273:23
**above-named**
  283:7
**absence** 24:22 30:3
  177:8 201:2
**absolute** 109:2
**absolutely** 14:6
  261:6
**absorbed** 40:6
**abstract** 15:25 16:9
  16:17 18:22 130:9
  147:21 148:11
  153:22,23 154:5
  155:3 209:5,6
  210:2 224:13
  244:15
**academic** 69:19
**Academy** 144:14
  144:21 145:22,25
**acceptable** 31:12
**accepted** 216:24
  224:6 244:7
**access** 204:21
**account** 40:18
  43:23 90:23 156:5
  157:4,22 200:21
  213:17 215:6,8
  235:8 262:11
  263:24
**accounted** 153:16
  237:8
**accounting** 155:19
  227:3
**accounts** 202:3
**accuracy** 47:10
  57:2,11 95:5,6

96:5
**accurate** 20:15
  47:15 150:21,22
  284:16
**acid** 178:7
**acknowledge**
  219:13
**Acknowledgment**
  50:17 286:2
**Acquavella** 4:17
  51:6,7,14,18
  67:11,16 68:14
  69:13 70:1 119:2
  120:2 202:15,23
  203:4,24 204:25
**Acquavella's** 203:7
  203:10
**ACQUAVELLA...**
  6:2 68:1
**ACQUAVELLA...**
  6:6 73:23
**ACQUAVELLA...**
  6:4 72:1
**acronym** 156:12
**acronyms** 210:20
**action** 88:10 89:6
  283:13,16
**active** 5:17,20
  253:22 255:4
  260:8
**activities** 118:14
  134:20
**actual** 93:12,20
  117:7 128:2
  191:20 192:23
  210:11 215:5
  242:10 277:3,4
  279:23
**Adami** 118:21
  121:21 123:25
  124:7,16
**add** 112:4,6 141:2
  250:6
**added** 111:14
**adding** 225:20
**addition** 39:14
  78:22 104:20

108:1 133:1,21
  185:10
**additional** 77:23
  78:14 156:21
  192:21 249:17
**additionally** 157:1
**address** 22:21
  40:21 41:2 46:15
  83:16 225:14,14
  274:25
**addressed** 49:17
  79:15 107:25
  186:6 238:12,12
  274:10 277:7
**addresses** 31:24
  42:24 43:20 60:20
**adds** 149:5,6 153:3
**adjunct** 181:23
  182:1 252:21
**adjust** 153:16
  213:2 248:24
**adjusted** 38:15
  77:21 78:18 80:7
  80:10 109:8
  149:21 153:13
  155:14 156:20
  157:2,20 159:12
  208:10,11 209:8
  209:10 213:5,20
  213:25 218:10
  235:19 236:17
  244:21 246:24
  247:3 257:10,25
  262:10 263:22,25
**adjusting** 23:20
  66:10 78:18 158:1
  176:23 202:10
  212:25 214:11
  233:20
**adjustment** 78:14
  156:21 176:15
  191:22 237:11
**administered** 19:1
  28:4
**administrated** 18:9
**Administrator**
  1:18 283:22

**admits** 274:6
**adult** 133:21,23
**adults** 131:4,7,20
  134:2
**advanced** 141:22
  147:16
**advanced/lethal**
  146:7
**advantage** 138:25
**adverse** 16:22
**advising** 74:16
**advisory** 186:8,9
**affect** 45:12
**affiliated** 14:13
  182:5
**affiliation** 181:24
**AFTERNOON**
  206:1
**age** 136:22 213:5
**agencies** 275:15
**Agency** 161:19
  167:1 189:16
**agenda-driven**
  76:9,17
**agents** 184:22
**ago** 127:14 162:22
**agree** 12:12 20:14
  20:19 22:16 25:20
  28:2,5,10,25
  29:10,17 30:6
  41:6,24 45:12
  59:4 60:12 61:14
  61:24 62:9 65:16
  93:14 98:20
  109:19 114:21,23
  115:1,4 124:25
  125:12 126:4,7
  139:9 143:15
  148:25 157:13
  161:20 168:2
  172:14,18 178:16
  179:25 192:10,19
  193:5,7 200:14,14
  210:21 217:3
  228:3 229:21
  234:24,25 236:15
  240:9 241:4 242:3

243:19 247:19
  249:12,16 250:13
  256:8 273:18
  275:17
**agreeable** 231:12
**agreed** 120:13
**agricultural** 3:6
  5:16,19,24 12:10
  12:12,19 13:3,7
  13:13,21 15:22
  17:11 18:1 19:15
  20:10,11 21:3,7
  21:13,25 22:23
  23:5,17,22 24:16
  25:7 29:4,16
  31:23 32:18,22
  33:13,14,24 34:4
  34:18,20 37:19
  38:7,22 39:13
  40:17 41:1,5,7,12
  42:23 46:18,24
  47:6 48:9 49:6
  50:3,6 51:1 53:9
  53:21 61:20 81:2
  82:24 83:4,15
  91:1 93:25 94:10
  95:2,21,24 96:6
  96:25 97:6 99:1
  103:13 106:20
  110:18 111:8
  112:15 149:2
  159:2 165:11
  170:24 255:3
  257:16 260:7
  264:20 267:3
  270:10 278:2
**ahead** 102:11
  108:14 145:16,17
**AHS** 16:3 22:13
  25:14 29:9 54:9
  97:20 151:1
  169:18 170:3,13
  171:16 172:11,15
  265:3 266:9
  268:21,22 269:2
  275:25
**aid** 207:12

**Akerman** 243:21
**al** 3:5,10,13,15 4:10
  4:14,21 5:1,7,10
  5:13,21,23 6:10
  13:6 82:16 103:2
  104:16 108:2
  110:25 129:11
  136:2 140:7 152:2
  152:14 160:3
  176:23 188:14
  192:4 194:9,10
  196:5 206:18,23
  210:6 216:2 222:3
  222:16 230:10
  232:6 236:2
  237:22 242:23,25
  243:12 246:12
  251:14 265:9
  269:18 270:9
**Alabama** 14:20
**Alavanja** 5:21,23
  41:20 53:20
  172:14 202:7
  265:3,9,16 266:9
  267:16 268:2,20
  270:5,9,20 271:20
**Alavanja's** 266:17
**aligned** 178:6
**allegedly** 117:9
**allow** 63:12 70:20
  163:2
**alterations** 168:19
**America** 165:3
  280:16
**American** 50:9
  66:8 148:9,11
  150:6 151:7,24
**aminomethyl** 178:6
**AML** 138:3
**amount** 41:17
  46:15 134:24
  204:13 226:11
  238:14 280:8
**AMPA** 178:4,5
**analyses** 40:25 56:7
  106:19 157:10
  172:21 192:21

193:25 201:23
208:2,11 230:9
234:24 239:2
241:16 249:24
**analysis** 5:12 11:21
  14:9 23:25 24:22
  26:2 30:4 41:8
  50:21 56:15 57:4
  58:25 60:24 61:19
  66:6 77:22 82:15
  84:2,2 87:21
  88:16 100:3
  106:12,17 109:16
  110:14 126:19
  141:7 146:16
  150:3 151:11
  152:3 160:15
  170:2 176:22
  177:3 189:6 192:4
  199:14,23 202:6
  206:18 208:7
  212:21,24 218:7
  218:11,24,25
  220:2 222:2
  224:15,24 225:6
  230:9 234:3
  235:14 236:2,8
  237:22 239:9,10
  243:15 244:12
  246:25 247:11
  249:1,3 250:1,2
  254:4 258:21,24
  259:3,12,16
  276:16 277:9
  281:2
**analyzed** 12:20
  172:24
**animals** 200:9
**Ann** 9:1
**anniversary** 147:14
**answer** 9:23 12:2
  24:7,10 31:5
  32:15 39:5 47:9
  85:1,12 90:7,9
  91:22,24 107:10
  118:7 125:9
  132:23 162:6,7

172:18 173:8
204:8,22 229:10
229:11,12,12
230:24 231:2,7
259:6,8,8,16,18
**answered** 9:24 19:3
  21:21 22:19 23:11
  25:3 31:3,20 32:9
  84:20 85:3 88:22
  115:7 117:18
  118:5 123:22
  124:20 126:9,16
  132:11 133:3,6,11
  182:13 219:10
  241:7 269:15
**answers** 10:5 83:7
  286:5
**antibodies** 140:24
**anybody** 133:13
**Anyway** 270:7
**apart** 237:2 280:1
**apologize** 113:22
  131:22
**apparent** 38:7
**appear** 100:4
  106:13 108:5
  111:1
**appearing** 7:21
**appears** 280:17
**applicant** 43:7
**application** 40:6
  42:13 97:22
**applications** 42:16
  267:4
**applicator** 39:20
**applicators** 5:22
  16:18 39:1 97:18
  97:19 98:6 99:7,8
  265:11,18
**applied** 47:17
**apply** 12:3 40:3,7
  277:25
**applying** 38:24
  39:19
**appointment** 59:7
**appreciate** 146:20
**approach** 12:4,5

113:1 141:4
214:11 235:21
257:23 258:7
275:1,16 278:4
**approached** 248:8
**approaches** 93:19
  99:19 126:20
**appropriate** 70:17
  71:3 73:2,11
  184:23 200:7
  213:19 214:11
  284:5
**appropriately** 66:9
  125:1,13
**arbitrary** 172:21
**area** 127:3 169:8
**Arguing** 85:6
**argumentative**
  17:16 18:17 19:11
  20:18 21:20 22:17
  23:10 24:8 25:2
  26:8 31:1,17 32:7
  34:23 35:12 36:3
  36:14 40:12 47:25
  48:16 61:5 71:16
  73:6 76:20 81:21
  82:10 85:3,19
  90:10 97:9 98:10
  132:11 133:7,11
  151:3 162:10
  191:11 201:15
  219:10 221:8
  222:9 230:20,22
  230:25 231:4
  240:24 242:4
  259:9
**article** 3:5,15 5:1
  5:10,13,18 6:10
  13:6 15:8 53:9
  56:3,4 96:14
  101:20,20 102:4
  103:2,8,11 105:10
  105:12,13,18
  106:3,5 108:1,8
  122:13 130:24
  140:7 176:9,20
  187:3,13,24

216:23 222:16
240:10 241:21
242:1 243:12,19
249:6 251:14
260:5 270:7,20,23
**articles** 242:11
  272:17
**articulated** 18:2
  19:15
**asked** 10:25 19:2
  21:21 22:18 23:10
  25:3 31:3,20 32:8
  84:19 85:2 88:21
  115:6 117:17
  118:4 123:22
  124:19 126:15
  132:10 133:2,6,10
  133:14 151:6
  162:16,22 182:12
  203:24 219:9
  228:6 241:6
  242:21 269:14
  272:9 276:4
**asking** 24:4,12
  26:11,11,14 28:16
  35:23 47:2 90:13
  131:23 132:5,13
  133:4 230:21
  242:13,22 259:7
**aspects** 108:2
**assemble** 184:18
**assembled** 269:22
**assess** 38:5 89:11
  93:20 99:2,19
  143:8 176:1 254:2
  278:3
**assessed** 111:15
  166:24
**assessing** 171:14
  268:14
**assessment** 5:8 6:8
  15:9 59:1 89:15
  91:13 92:7 93:10
  94:14 113:6,15
  115:22 169:21
  171:10,20 184:22
  227:20 228:7,10

232:7 233:3
237:23 239:7
248:18 250:16,17
254:7 268:16
273:11 274:20
275:19
**assigned** 278:17
**assignment** 120:4
264:6
**assist** 115:15
120:13 124:1
**assistance** 50:25
**assisting** 117:6
120:5
**associated** 16:21
78:5 84:4 136:11
142:7 177:21
210:5 246:15,22
250:3 253:5 267:5
268:4 269:12
**association** 10:15
11:13,17,23 20:13
38:17 41:14 43:3
59:12 61:17 64:3
64:21 70:19 78:24
79:24 80:1 84:23
86:24 87:5 88:1
88:17 89:2,16
112:10,20 115:20
115:23 122:13,21
137:13,23 138:3,9
140:17,23 142:8
143:12 146:9
147:15 152:19
157:12 158:3
159:11 168:13
169:22,25 171:3
171:18,24 174:14
177:5,19 178:24
178:25 186:16
193:12,23 194:2,5
194:7,11 197:25
198:22 200:25
202:13 212:4
214:10 215:16
218:17 221:2,4
223:22 224:23

225:12 228:9
230:12 231:18
234:18 236:14
244:25 249:9,14
250:8 256:19
257:2,6,7 261:24
269:25 270:22
274:15 281:5
**associations** 90:19
137:6 139:16
141:16,22 143:10
185:15 197:23
202:4 221:17
224:17 238:23
**assume** 9:24 15:16
70:6 105:17
**assuming** 169:22
**attached** 13:11
284:9 286:7
**attachment** 72:24
**attachments** 6:5
73:22 74:3
**attempt** 281:20
**attempted** 70:10
73:15
**attended** 68:18
**attention** 122:6
**attenuated** 61:21
149:24 156:21
158:2 212:10
215:1 224:24
244:22
**attenuation** 78:15
151:14 152:8
176:25
**attorney** 283:12,14
284:13
**August** 72:17 197:8
207:9,20 208:5,16
209:7,19 210:2
211:15 212:2,10
212:14 214:8,23
215:11
**Austin** 112:18
**author** 49:22 50:3
50:5,7,10,11
104:4 122:12,20

165:11,14 170:23
170:25 171:2
270:14
**author's** 271:16
**Authority** 196:23
**authors** 14:3,23
18:2,22 21:1
22:11 23:5 27:25
31:2,18 36:15
46:1 47:24 48:17
48:19,20 49:3
76:25 78:23 79:18
79:25 80:14 86:24
87:4 92:17 99:23
106:7 113:16
130:14,22 148:18
149:7 153:1 154:4
154:16 183:2
188:1 196:25
211:9 213:5
218:19 219:5,13
220:23 221:1
231:24 238:1,5,20
239:8,8,13,16
242:1,10 243:2
248:23 250:20
252:11 265:3
266:9,22 268:21
268:22 269:2,5
274:24 277:6
278:3
**authorship** 24:19
**available** 77:24
105:19 172:13
197:12 207:22
257:11,25 273:7
274:22 275:20
**Avenue** 2:6
**average** 15:23
127:19
**averages** 47:13
**avoid** 259:15
**avoids** 12:14
**aware** 12:18,24
15:9 39:21 43:5
51:12 54:21 71:10
119:1,6 120:18

121:14 128:17
166:2 170:1,12
174:18 179:11
185:3 188:5 190:5
190:11,14,17
195:17,23 202:17
227:10 237:18,20
239:15,18,21,24
265:2 266:11,16
266:19 275:11

**B**

**B** 3:4
**B-cell** 60:11,24
79:3,12 253:17,20
263:5
**Baccarelli** 180:7,10
**back** 13:15 25:21
27:21 35:2,4,20
39:8,9 51:25 67:3
69:12 81:13,13
90:2 100:24
101:14 104:5
105:16 106:6
107:14,15 127:11
138:22 161:9
186:22 187:10
206:3 211:8
229:20 242:16,18
255:8 260:2
278:24 281:13
**backdrop** 103:19
**balanced** 184:22
**base** 229:24 254:4
**based** 11:15 12:7
61:9 81:16 88:15
108:20 147:12
152:4 155:10
168:11 193:20
199:20 200:7,18
200:25 201:20
203:25 204:4,12
212:11 227:8
249:7,8 250:10
258:11 262:21
263:8 273:11
277:1,25

**baseline** 30:22
277:24 281:1
**basically** 37:23
225:23
**basis** 8:18 79:25
112:1 141:24
201:2 268:19
**Bates** 3:7,9 6:3,6,9
72:1 73:22 76:5
81:12 86:14 91:14
119:13 122:2
**becoming** 12:16
**behalf** 9:20 68:19
117:3
**believe** 11:13,16
15:4 31:22 38:3
92:9,11 98:24
99:17 129:8
148:20 149:3
167:16 168:12
186:17,24 203:21
206:24 235:19
266:1 271:3,17
275:16
**believes** 170:14
**best** 10:3,5 81:4
125:25 200:22
**bet** 89:25
**better** 242:2
**beyond** 267:25
**bias** 6:12 30:24
36:7,20 44:12,14
44:16 45:9,10,16
46:18,22,24 47:7
48:5,8 66:3,12
75:12 78:20 79:14
79:21 82:4,18
83:17,21 84:4
87:24 90:15,20
97:6,14 98:5,15
99:3,9,13,16,20
99:24 100:3 103:4
103:12 104:9,13
104:23 106:1,8,10
106:12,17,21
107:3,4 108:5
109:14,16,17,20

109:23,25 110:14
110:17,24 111:2
113:7,19 114:1
137:17,19 139:15
143:8 150:1,5
151:22 152:24
154:10 155:1
156:23 157:4,23
159:13 160:6,13
160:15,18 171:14
173:19 179:1
185:14,19 187:16
191:16,20 192:8
192:17 200:20,21
201:22 202:1,9
206:19 213:2,17
213:19 214:12
219:14,25 220:16
220:20 221:16
222:3,8,22 223:15
223:17 226:15
227:22,23,25
228:14,22 230:6,7
235:25 236:20
237:7,9,16,19,24
238:4,8,21,25
239:1,5,10 240:16
240:20 241:15,24
243:4 248:12
249:14 250:2,19
258:5,19 262:12
263:2 264:12
273:2 274:9,12
277:5,8
**biased** 60:25 81:18
154:14,16,17
199:18,19 263:18
**biases** 12:14 46:10
63:13
**big** 109:13 158:24
237:16 247:15
**bill** 117:23,24
118:3
**billed** 117:13
**bills** 117:25
**biography** 4:13
195:3

**biological** 22:12
29:8,14
**biologically** 141:19
**biology** 112:10
132:18 133:18
**biomarker** 43:2,14
95:11 279:23
280:12
**biomarkers** 22:5
23:2 216:18
**birth** 139:1
**bit** 102:19 133:20
133:21 235:10
257:13
**black** 65:17
**Blair** 4:5 49:20,21
51:2 148:19 149:1
157:9 164:24
165:10 169:14,16
170:1,12 171:15
171:19,22 172:4
173:14 174:18
232:25 272:22
273:3,13,16,22
275:17
**Blair's** 148:19
170:7 172:7
**block** 59:19 60:10
**blood** 128:3
**bloods** 141:8
**blow** 254:10
**board** 194:1 221:17
**body** 88:15 89:13
174:13 178:22
191:3,25 193:17
201:11 202:12
229:16 236:12
**Boffetta** 252:13
**Bonner** 266:22
**Bonner's** 265:16
**book** 26:18
**Boston** 1:15 7:9
194:18 195:16
**bottom** 47:8 76:7
86:17,22 256:7
**box** 65:22
**boxes** 65:17

**Bradford** 11:21
12:3 79:23 81:17
112:18,24 113:2,8
**break** 66:19,21
101:9 103:9,10
104:25 105:13
161:1,2,4 205:9
205:11,12,13
259:22 281:9
**brief** 251:23
**briefly** 160:24
186:17 192:13
240:5 251:1
**Brigham** 182:3
**British** 252:2
**broad** 134:21 162:4
189:17
**broader** 133:17
168:9
**broadly** 267:14
**Brown** 63:4,11
**Burden** 5:21
265:10,17

---

**C**

**C** 2:1 7:1 180:15
**calculated** 59:11
234:8 262:21
263:14
**calculates** 258:6
**California** 1:1 7:11
**call** 9:2 32:18 61:1
101:2 122:10
145:1
**called** 15:8 31:15
92:20
**calls** 128:22
**campaign** 189:15
189:19
**Canada** 160:18
176:13 177:9
223:6
**Canadian** 82:20
83:22 160:16,19
160:25 177:4
193:2
**cancer** 3:16,18 4:11

5:21 19:22 20:3
26:17 27:3 28:18
33:9 70:20 78:25
100:19 107:20,22
108:3 109:4,6
114:15 126:5,10
126:14,17 127:4
130:11 131:13
133:18 134:5,6,9
134:12,16,17,19
139:3,4,24 140:4
140:9,18,25 141:9
141:17,18,22
142:1,10 143:25
144:13,14,21
145:22,25 146:8
146:22 147:17
151:17,19 161:19
163:1 165:2 167:2
168:16 188:15
189:10,17,25
190:2,4 213:12
216:18 228:25
229:4 244:2
265:10,17,25
266:2,5 267:5
277:1
**cancers** 3:12 5:6
16:21 58:8,16,20
74:19 128:3 129:7
129:13 130:5,18
131:2,4,19 133:20
133:21,23,23
134:21 200:8
**Cantor** 235:11,12
235:12 236:24
**capacities** 134:19
**capture** 95:8 96:18
**captured** 280:22
**capturing** 114:16
**carcinogen** 159:19
170:15 174:20
182:21 200:11
202:19 204:6
228:2 229:25
240:12 241:4
248:15 250:12

254:14 258:12
264:3
**carcinogenic** 4:9
4:15 167:10 168:4
178:14 179:15,18
196:6,14,21
**carcinogenicity** 4:6
166:25 175:12
176:2
**carcinogens** 183:5
201:5
**care** 40:5
**carefully** 154:20
175:1 187:15
197:11 269:21
284:4
**Carlberg** 243:20
**carried** 104:22
**case** 1:4 32:19
33:23 40:24 71:1
77:17 94:2 100:8
109:21,24 110:2
111:5 112:12
115:15 120:5,14
128:6,8 135:11
143:19 172:8
182:11 207:13
220:17 239:17
254:7 279:21
**case-control** 12:15
23:18 29:23 47:1
82:5 84:7,16,17
87:25 115:2,10
122:25 138:18
140:22 141:3,4,5
142:6,14,15
160:16 176:12
192:7 193:24
197:24 217:3,4,8
223:5,13 233:8,12
**cases** 1:5 61:9
78:17 99:16,17
131:6 136:12
139:11 142:22
150:11,14 153:24
154:10 157:5
210:14,16 211:24

Confidential - Pursuant to Protective Order

212:11 218:25
219:18,23 223:7
223:21 225:19
226:7,10,13 227:8
228:19 235:13
251:20 253:11,11
254:4
**categories** 137:18
146:18
**category** 44:19
**causal** 11:17 61:17
80:1 87:5 88:1,17
89:1,16 115:22
168:13 169:21
171:23 174:14
200:24 225:11
228:8 250:7
269:25
**causality** 87:11
112:19 113:1
**causally** 177:24
193:22
**causation** 8:15
**cause** 45:13 79:21
177:20 178:3
191:9 193:8
227:13 273:4
**cause-effect** 45:21
**cause/effect** 45:7
**caused** 117:9
168:18
**causes** 177:14
189:25 239:20
**caution** 44:1,11
**cautioned** 281:23
**cautious** 272:24
**Cell** 5:3 222:18
**cells** 178:12
**Center** 14:9 50:21
134:19 189:3
**certainly** 233:13
**certainty** 177:14
**Certified** 1:19
**certify** 283:5,11
286:4
**cervical** 4:11
188:14 189:10

190:2,4
**Cetrulo** 1:14
**chain** 3:7,9 6:3,5
72:1 73:22 75:5
119:13 122:2,7
**chair** 165:3,17
**chairman** 171:1
**challenge** 54:7
**challenges** 257:8
**challenging** 23:13
32:10 215:19
235:3,10
**Chan** 3:24 4:12
166:6,11,18,20
180:3 188:5,20
194:25 195:3
**chance** 16:10 17:5
17:20 18:20 19:4
32:12 37:12 63:10
90:21 96:10,20
98:12 113:7
121:12 123:9
139:14 157:17
158:17,21 159:23
167:15 191:16
192:18 198:1
220:19 228:15,18
230:6 240:17,21
250:19 258:20
**Chang** 5:4 52:7
57:5,13,22,25
58:4 59:6,9,22
60:9 62:2,13 66:6
71:5,8,12 72:11
72:22 74:7,15
75:8 76:7 77:22
79:4 80:6 87:20
92:17 199:15
236:7 262:25
**Chang's** 67:6
**change** 88:9,20
161:2 285:3
**changes** 286:6
**characteristics**
6:11 93:9 102:4
103:3 210:13,16
**charge** 24:25

**charges** 187:16
**chemical** 5:16,19
21:18 28:24 36:22
204:15 255:4
260:7
**chemicals** 40:8
168:18
**Chen** 3:10 128:25
129:10,24
**Chen's** 129:1
**Chhabria's** 282:9
**child** 136:15
150:18 151:18
**childhood** 3:11,11
3:13 129:7,7,12
129:13 130:4,4,18
131:2,19 133:20
133:23 135:18
136:3
**children** 130:11,16
131:9,14,19 134:1
138:21 139:4
**chose** 153:11
**Chris** 7:4
**Christian** 180:15
**Christiani** 180:16
180:17,18
**CHRISTOPHER**
2:18
**chronic** 130:3
**cigarette** 146:9
147:15
**circumstances**
128:7
**cite** 80:15 110:5
**cited** 112:20 198:20
**cites** 199:7
**Clapp** 4:13 194:16
194:17 195:1,4,15
195:17 196:1,24
197:9,10,22 198:8
200:4 201:1
**clarification** 24:3
26:10,12 33:2
35:23 36:1 146:20
162:13
**clarify** 14:2 19:21

25:19 34:24 35:7
35:15 36:8 49:25
54:23 125:5 130:9
130:11 133:24
141:13 142:13,17
145:9,24 146:2
161:23 162:1,5
180:7 211:13
214:7,10,25
234:21 242:21
255:24 258:22
**clarifying** 35:3
**clarity** 141:2
**class** 27:5,6 228:5
264:6 272:9
**classification** 168:6
168:8 178:19
183:6 202:18
228:4
**classified** 167:10
178:13 245:22
279:18
**clear** 10:12 25:8
41:6 49:2 101:22
104:7 127:8
155:15 223:23
227:22 228:16
230:15 235:4,5
**clearly** 11:12 30:23
66:5 80:14 114:3
150:4 151:21
154:6 199:21
222:3 231:13
238:2 269:17
**clinically** 142:1
**Clinicians** 266:2,5
**close** 236:19 277:9
**closely** 118:23
**CLR** 283:3
**co-author** 122:24
149:1 171:22
197:5 266:17
**Cocco** 5:13 250:24
251:1,3,9,14
**code** 168:19
**coded** 279:14
**coffee** 163:1

**cohort** 6:12 12:13
30:19 31:11,13
46:23 93:25 95:13
103:5 113:17,24
115:1,9 138:17,20
202:8 223:15
**collaborating**
190:20
**collaborations**
190:18
**collaborative** 50:19
**collaboratively**
231:9
**collates** 190:1
**colleagues** 121:4
**collected** 25:14
48:14 49:6 95:20
139:2 141:8,12
142:16 280:2
**collection** 274:5
**columns** 268:25
**combinations** 77:9
**come** 89:14 115:21
185:11,17 193:20
242:9 268:16
273:11,17 274:13
**comes** 64:9,10
81:18 145:4
147:18 257:20
**coming** 171:9,20
207:13 268:19
269:19
**commencing** 1:15
**comment** 18:21
19:6,9 23:13 25:5
28:8,11 29:2,12
48:4 53:16 54:3
54:11,14 57:9
75:17 76:6 79:8
80:22,24 81:16,24
82:12 85:25 86:22
96:2,4,23 104:12
125:6 141:2
142:14 147:11
159:25 169:5
171:6 173:10
184:13,25 185:5

185:21 191:1
197:19 220:19
228:6 229:17
238:10 251:19
267:15,19,25
268:18 269:8
270:2 272:22
273:23
**commentary**
182:18 183:2
198:6 199:3
201:10
**commented** 73:9
94:24 98:24 99:18
173:20,22 179:9
**commenting** 30:10
32:1,4,6 78:12
79:9 85:23 96:22
110:10 165:15
246:23
**comments** 72:24
75:23 81:14 175:4
268:13
**commercial** 38:25
39:19 99:7 267:4
**commission** 286:18
**common** 142:23
162:2 237:4
253:19 263:6
**commonly** 112:20
**Commonwealth**
283:1,4
**Communications**
92:2
**Community** 195:19
**company** 7:20
70:20 73:3 117:4
**compare** 108:16
278:11
**compared** 246:9
279:24
**comparing** 155:24
208:3,9 246:8
**comparison** 208:10
**compensable**
128:18
**competent** 11:3

**complete** 12:7
19:24 33:9 110:3
275:19
**completed** 15:21
83:25 98:6 99:4
**completely** 282:7
**compliance** 282:8
**complicated**
127:18
**components** 43:23
**compound** 22:18
**compounds** 41:23
249:22
**comprehensively**
88:14
**comprises** 235:12
**compute** 47:12
**computer** 101:5
208:20
**con** 69:17
**concept** 33:20
247:16
**concern** 31:14 32:4
37:17 39:25 40:10
42:11,19 44:4
46:17 47:21 80:13
82:3 109:14
110:17,23 111:2,3
111:3 130:2 151:8
157:21 160:19
185:20 228:21
237:13 249:23
279:19
**concerned** 23:16
31:22 33:21 48:22
151:6 185:13
220:2,16,21
221:15 223:12
245:20
**concerning** 72:16
172:11 195:19
**concerns** 19:16
21:15 28:11 42:24
61:12 75:11 79:13
87:23 98:14
108:22 109:23
149:16 158:24

183:7 186:6
187:25 192:1,23
199:10 215:4
227:23 238:7,18
241:14 245:24
247:15
**conclude** 79:25
86:24 87:4 110:13
130:14 140:21
154:17 187:13
201:4 217:15
218:19 245:8
253:2 264:2
**concluded** 168:3
182:20 184:16
187:18 217:8,12
224:12 228:1
231:25 232:1
233:16 240:11
246:14,15,20
249:6,7 254:13
282:17
**concludes** 282:13
**concluding** 253:14
**conclusion** 12:7
87:11 89:1 106:24
141:15,23 201:2
217:18,25 227:12
229:24 240:15
244:24 245:2,15
250:11 258:11
274:13
**conclusions** 107:18
130:15 154:21
233:13 234:22
253:2 273:18
**concomitant** 66:11
**conditions** 108:16
**conducted** 94:13
95:12 100:4
106:14,19 160:16
184:6 193:15
238:13
**conducting** 79:19
**conducts** 189:23
**conference** 209:6
210:1

**confers** 132:2
**confidence** 64:17
65:1,9,23 66:15
109:10,12 133:25
136:12 138:15
139:6,20 142:20
143:1 147:8
211:12,17,23
212:3,20 215:13
224:25 225:22,24
227:7 236:18
244:23 245:18
253:24 256:24
**confidential** 1:8
8:18 281:21,24
282:6
**confidentiality**
8:19
**confirm** 157:9
**confirmed** 101:17
**confirms** 117:3
157:10
**conflict** 69:19
75:12
**confounded** 177:6
**confounder** 177:18
178:1
**confounders** 20:2,9
20:12,16,21 21:5
78:14 247:4
248:24 262:10
**confounding** 20:23
23:6,16,21 29:18
29:25 36:23 38:10
38:12,14 61:13
66:3,10 79:14
87:24 90:20 113:7
139:16 143:9
149:23 153:15
154:8 155:1,17
157:2,21 159:12
160:5 177:10,23
179:1 185:14,19
191:16,22 192:8
192:18,25 199:22
200:20,21 201:22
201:25 202:10

206:20 208:12
218:9 220:3,16,20
222:4,8,22 223:13
223:18 225:12,15
225:17 227:22
228:14,20 230:6,7
230:16 235:20,24
240:16,20 241:15
241:24 243:4
245:21,24 246:1
246:10 247:6,8,14
247:15,16,21,25
248:6,9,11,22
249:2,19,23,25
250:1,2,19,21
258:5,20 263:1,19
264:12
**connection** 117:7
**consider** 90:17
135:6 147:20
153:17 204:11
218:4 247:22
275:12
**considerable** 99:24
106:10 225:17
**considerably**
224:23 244:25
249:10
**consideration**
29:25 177:2
199:25 258:10
**considered** 56:21
101:18,20 105:24
105:25 106:2
201:5 229:22
237:19 264:13
**considering** 197:13
**consistent** 64:18
198:22 254:3
281:4
**consulting** 117:5
**contact** 120:22
204:14
**content** 75:18
241:10
**context** 15:19 24:4
24:7,12,14 31:8

Confidential - Pursuant to Protective Order

32:14 35:16 44:9
58:23 73:4,7,8
103:10 143:2
204:10,17 229:1,3
259:7 273:22
**contexts** 162:12
258:25
**contrary** 201:3
**contrast** 262:23
**control** 254:8
**controls** 61:10
154:11 210:14,17
219:18,20,20
223:21 225:20
226:8 227:9
228:20 251:21
253:12 254:5
**coordinates** 189:23
**Copies** 68:4
**Cople** 2:10 7:18,18
8:12 11:24 12:22
13:24 16:7,24
17:16 18:11,17
19:2,11 20:4,17
21:20 22:17 23:9
24:2,8,18 25:2,15
26:7,20 27:10
31:1,17 32:7
33:17 34:10,22
35:6,12,21 36:3
36:14 37:2,10
38:13 39:2,11
40:12 42:20 43:9
44:6 45:24 46:20
47:23 48:15 49:10
49:24 52:25 53:13
53:25 55:3,14
56:11,17 57:6
59:24 61:5 62:5
62:18 63:8,17
64:13 65:10 66:16
66:22 67:18 68:9
68:20 69:22 70:13
70:23 71:15 72:6
73:5,16 74:10,23
75:14,25 76:12,19
77:4,12 78:8 79:6

80:3,19 81:6,21
82:10 83:1,10
84:9,19 85:2,6,19
87:13 88:6,12,21
89:7,20 90:4,10
90:16 91:4,20,25
92:2,22,25 94:4
95:15 96:8 97:8
97:24 98:10,21
99:10 100:6
101:16 102:5,8
107:6 110:6,20
114:24 115:6,17
116:6 117:17
118:4 119:4,21
120:8,17 121:1,17
122:15,23 123:6
123:20 124:3,19
125:3,15 126:1,9
126:15 128:5,13
128:21 130:6,20
132:10,24 133:2,6
133:10 139:10
143:14 149:13
151:3 153:8 155:8
157:14 158:14
159:21 160:22
161:22 162:10
163:9 164:17
165:5 166:13
167:4,12,22
168:23 170:5,16
171:5 173:2
174:22 176:6,17
182:12 183:12,24
184:8 186:10
187:21 188:8
189:12 190:8
191:11 195:21
197:3 198:3,14,25
201:7,15 202:20
203:11,20 204:19
212:15 219:9
221:8 222:9 225:8
227:14 229:5,13
230:19,22,25
231:3 232:3

239:22 240:24
241:6 242:4 259:9
261:1 267:8,20
269:14 272:13
273:19 281:9,15
282:2
**copy** 52:25 72:11
102:2,2,6 116:6
119:10 140:4
164:17 166:13
179:20,21 195:25
208:18,21 232:3
243:9 260:18
261:4
**correct** 17:13 42:3
46:22 54:17 64:14
67:13 83:4 96:1
97:10 115:18
136:17,24 137:1
138:19 144:11
145:11 152:12
163:3 176:21
200:14 202:19
204:7 213:7,9,11
213:14,24 214:2
224:4 233:10
234:5 243:22
244:2,3,9 247:18
266:24 271:21
277:21 278:14
279:18 286:5
**corrections** 284:4,6
286:6
**correctly** 16:6 37:1
45:23 49:9 138:6
165:4 183:11
187:20 221:7
**correlated** 38:16
177:21
**correspondence**
95:10
**Coughlin** 2:18 7:4
**counsel** 2:7,13 7:13
101:21 102:3
103:9 107:7
119:11 166:14
179:21 232:4

255:14 261:4
281:19,24
**counsel's** 62:5
**Counselor** 231:4
255:11
**count** 198:11
**countries** 166:24
176:1
**couple** 140:13
149:16 218:4
234:25 235:3
271:6
**course** 14:13 20:20
116:7 122:12
164:18 166:15
282:6
**court** 1:1 7:11 8:1
281:22 284:16
**court's** 8:19 282:1
282:2,4
**courtesy** 10:9
**covariate** 110:3
**covariates** 110:16
**cover** 135:5 240:6
**covered** 273:8
**create** 30:24
**creating** 123:15
**criteria** 77:7 79:23
113:9
**critical** 11:15 66:2
170:9 225:10
**critically** 12:5 21:3
89:12 115:19
135:12 143:6
171:11 174:5
193:18 222:1
275:22
**criticism** 19:13
22:10,15 23:4
42:18 81:19 104:8
**criticisms** 19:14
75:23 90:25
105:17 183:5
184:17 185:4,25
186:3 187:18
262:15,18 263:12
263:13,16

**criticize** 96:16
151:1 221:21
**criticizing** 24:15
150:25
**critique** 96:16
233:14
**critiques** 186:5
**CropLife** 92:20
**crosses** 147:8
**crude** 95:7 96:17
246:25
**crudely** 156:19
208:10 209:8
**CSR** 283:23
**cumulative** 97:2
**current** 276:4
**currently** 127:3
134:13 135:1
188:6
**CV** 131:22 133:15
135:4

**D**

**D** 2:17 7:1 50:20
**D.Sc** 4:13 195:4
**damaged** 168:18
**Dana** 134:18
**data** 19:23,24
20:20 21:5 22:3,4
23:1,25 24:22
25:14 28:19 29:6
30:4 33:8 37:21
38:1 41:17 42:25
43:14,14,17 47:20
48:14 49:5,18
61:19 65:20 66:2
66:7,9 83:5,16,19
94:20 95:20 99:14
99:21 108:4
109:16,19,22,22
109:25 110:3,4,16
110:23 114:15
142:18 143:18
151:12 152:4,21
154:11 190:1
192:24 194:6
197:12 200:9,18

Confidential - Pursuant to Protective Order

200:25 207:19
209:12 210:1,5,11
212:9,24 214:19
226:25 230:5
237:13,14,25
243:3 245:14
272:1,5,11,12
273:2,17 274:2,4
274:5,6,12,21
275:3,7,10,12,20
276:16 277:25
278:2,9 279:23
280:11 281:3
**datas** 83:24
**dataset** 157:3 177:4
235:12 238:2,7
239:13
**datasets** 191:20
192:22 241:17
**date** 1:16 7:6 41:17
68:7 91:2 117:13
118:1 124:14
271:4,16 284:9
286:9
**dated** 95:4 207:8
**dates** 276:10
**Daubert** 101:8
**David** 180:15
**day** 283:5,18
286:17
**days** 149:17 153:4
155:5,22 156:6
158:25 159:5
214:17 215:8,20
217:10 220:6
245:10,17 246:5
284:13
**days'** 149:9
**days/years** 158:10
**DC** 2:12
**De** 5:7 56:2,3 66:7
158:19 194:4
231:19 232:5
236:24 240:9,14
242:23 257:15,16
**dead** 223:8 226:13
**deal** 43:6 156:22

212:22 213:19
236:19 262:25
**dealing** 66:11
275:9
**deals** 236:9
**dealt** 78:19 96:25
159:12 202:9
235:24
**Dear** 74:17
**death** 139:5
**decade** 128:1
**December** 277:11
**decided** 154:4,22
248:24 251:19
**decision** 172:17
189:3,6
**deck** 160:4
**decreased** 228:24
229:4
**deemed** 79:18
284:16
**defend** 121:15
123:15 124:18
**Defendant** 2:13
**defending** 124:1
**defer** 194:10,13
**define** 259:2
**defined** 246:1
**defining** 125:19
**definitely** 236:1
**definition** 36:2
62:11,12 63:2
178:1 259:12
**definitions** 63:20
**degree** 9:10 110:16
132:1,18,19
177:14
**Delzell** 5:4 14:19
58:5 59:7 66:6
67:8,9 71:9 72:11
72:21 74:8 77:22
80:6 87:20 92:18
199:16 236:7
262:25
**demographic**
100:20 277:1
**demonstrate**

191:19
**demonstrated**
95:11 151:9,10,21
151:25
**department** 14:24
15:5 129:21 180:1
180:2
**depend** 76:1 107:4
193:25 259:6
272:15
**depending** 127:20
**depends** 27:12
31:12
**deponent** 7:12
286:2
**depose** 210:7,9
**deposed** 202:17
**deposing** 284:12
**deposition** 1:13 4:4
4:17 7:8 8:14,15
8:17 92:2 121:8
148:19,21,23
169:13,15 170:8
170:19 172:3
181:14 182:10
203:3,8,10 240:2
240:4 281:20,25
282:1,8,14,16
284:3,10,14,15
**deps@golkow.com**
1:23
**describe** 183:9
**described** 27:24
93:13 114:4
**description** 3:4
105:25
**design** 6:7 91:11
92:6 93:9 114:22
115:5
**designate** 281:20
281:23
**designation** 282:5
**designed** 30:21
94:12
**designs** 93:16
160:17
**despite** 79:18

**destruction** 128:12
**detail** 63:3 93:13
104:15 159:2
171:9 199:4 253:9
265:23
**detailed** 4:19 23:24
24:22 30:4 94:11
95:7 96:5 98:7
207:3 239:20
**details** 96:12
**detect** 44:2 45:7,21
**determine** 16:20
45:13 183:6
**determined** 11:22
203:25 204:4
**determining**
197:23
**develop** 45:3,4
128:4
**developing** 147:16
**development**
142:16
**devoid** 258:4
**devolves** 79:20
**diagnosed** 128:2
150:15
**diagnosis** 82:6,7
136:22 141:9,12
**Diagnostics** 4:11
188:16
**diazinon** 4:7
175:14
**dicamba** 149:21
158:1 176:24
213:25
**die** 277:17
**died** 150:16
**Diesel** 164:3
**differ** 112:10 214:7
**difference** 17:22
109:2,3 214:25
217:24 235:10
**differences** 4:15
104:17,19 106:25
109:5 153:5 196:5
196:13,20 214:23
**different** 31:25

34:15 35:13 37:23
40:18 41:22 49:16
56:21 60:3 63:20
63:21,21 66:14
76:2,2 83:17
93:18 98:25
100:20 110:4
131:3,9,11,17
134:2,15 139:18
140:1 141:4,10
145:10 146:18
151:5,17 162:12
163:12 206:22
207:20 208:4,15
210:1,20 211:14
225:20 230:9
243:3 249:22
258:25 259:4,4,17
263:24 275:16
**differential** 48:6
108:22
**differs** 212:1
**difficult** 47:16
64:24 90:7 204:20
207:14 221:12
225:23 226:6
**difficulties** 16:4
**difficulty** 255:8
**diffuse** 211:2
**diligently** 69:11
**diminish** 30:23
**Dimitrios** 118:15
119:19 120:6,15
121:15 123:18
**direct** 69:19
**direction** 283:10
**directly** 118:11
167:16
**disagree** 10:7 28:2
28:10,25 29:10,18
30:6 125:16 191:8
197:15 226:22
227:1 231:13,24
232:2 234:18
269:13
**disagreeable** 10:7
**disagreeing** 191:24

Confidential - Pursuant to Protective Order

Page 296

192:13
**disciplines** 183:3
  184:20
**discuss** 94:9
**discussed** 94:19
  159:1 215:3
**discusses** 274:3,8,8
**discussing** 22:6
  131:12 170:3
  209:15
**discussion** 20:21
  79:19 106:8 142:5
  157:8 158:6
  159:16 160:8
  173:23 184:16
  217:14
**discussions** 248:3
**disease** 23:7 29:19
  30:22 44:20,21
  45:4,5 47:3
  125:21 126:22
  127:7,20,21 131:8
  141:18,19,20
  142:1,17 177:20
  178:3
**diseases** 131:16
**distribution** 190:1
**District** 1:1,1 7:11
  7:11
**DLBCL** 156:8,9
  211:1,18
**DNA** 168:18 169:9
**Doc** 260:11
**doctor** 9:4,8,9
  13:12,23 42:19
  44:5 46:8,19
  47:22 63:16 77:2
  102:1,14,22
  126:13 146:10
  206:8 255:13
  261:22
**doctor's** 204:8
**doctoral** 9:10 57:16
  124:12 132:19
**doctors** 125:24
**document** 1:5 3:24
  5:15 6:7 16:7,25

18:11 19:5 32:8
32:13 37:2,5,13
37:15 45:24 49:10
53:13,25 55:14,17
56:18 57:6 58:2
59:24 62:18 68:10
68:12 69:22 71:8
71:18 72:15,20
74:11,13,24 75:3
75:15 76:13,15
77:5,13,15 78:9
79:7 80:4,20 81:7
81:22 82:11 85:21
87:14,16 91:6,11
91:19 92:25 93:3
94:4,6,18 95:15
95:18 96:8,11,21
97:24 98:1,11,13
98:21,23 99:11
100:7 105:22
106:4 110:7,21
112:1 114:7
115:13 117:11
119:8,21,23 120:9
122:16 123:7,21
124:4 130:7,21
137:10 138:13
141:1 144:3,16,22
144:25 149:13
152:13 153:8
155:8 157:15
158:15 159:22
160:23 164:16,20
164:22 165:5,7,21
166:6,11 167:5,7
167:13,25 168:24
173:2,4,6 174:5
174:24,25 175:24
176:18 183:12,15
185:3,18,23 186:4
186:19 187:21
188:12,22 189:13
189:22 190:9
197:3,10 198:3,14
198:16 199:1
201:7 203:12
209:6 255:2

260:15 261:2
267:9,21
**documents** 55:9
  69:5 281:22
**doing** 8:22 11:8
  23:25 139:14
  172:21 233:7
  275:18 284:8
**Donna** 71:11 72:10
  72:21 74:7,16,17
  119:17 122:8
**dose** 40:6 42:7
  159:7,10 215:20
  218:25 249:1
**dose-exposure**
  40:22
**dose-response**
  40:20,25 84:8,13
  84:17 85:15
  155:24 156:7
  159:1 215:5
  246:18 247:5,11
  249:24
**doses** 159:8
**doubling** 217:11
  245:11 263:10
**doubt** 132:3
**Dr** 7:12 8:13 9:2
  14:16 15:3,4 27:8
  43:5 49:21 51:2,5
  51:7,14,18 52:7
  57:5,13,22 59:9
  59:22 60:9 62:2
  62:13 67:6,8,9,11
  67:16 68:16 70:1
  72:21 74:7,8 97:5
  101:17 118:15
  119:2 120:6,6,15
  120:15,25 121:3,8
  121:14,15,21,21
  122:24 123:23
  124:7,8,12,16
  128:25 129:1
  132:16 135:14
  145:18 148:19,22
  149:1 157:9,9
  160:12 164:24

165:10 169:14,16
170:1,7,12 171:15
171:19,22 172:7
172:14 173:14
174:18 180:7,10
180:15 181:13,17
182:10 194:17
195:1,17 196:1,1
196:24 197:9,10
197:22 198:8
200:4 201:1
202:23 203:7,10
203:24 204:25
223:24,25 232:25
232:25 239:17
243:20 254:24
259:19 261:10
265:3,16,16,16
266:9,11,16,17,19
267:16 268:2,20
270:5 271:7,20
272:22 273:3,13
273:16,22 275:17
281:16,25 282:7,7
282:14
**draft** 5:23 53:8,20
  54:8 55:10 72:16
  72:23 73:4 170:13
  170:25 172:12
  266:10 269:3
  270:9,14,24
  271:15,17,22
  273:17 274:1
**draw** 122:6
**drawbacks** 94:21
**dropout** 100:3
  106:13,17
**Drs** 50:20 59:6
**dubious** 81:3
**due** 5:22 44:11
  66:10 78:16 100:3
  106:12,17 109:16
  150:5 154:8 160:6
  179:1 197:25
  201:25 238:25
  247:9 265:11,18
**duly** 8:6 283:7

**E**
**E** 2:1,1,17,17 3:4
  7:1,1 285:1
**e-mail** 3:7,9 6:1,3,5
  67:22 68:1 69:12
  71:25 72:5,8 73:8
  73:21 75:5,18
  119:13,17 121:23
  122:2,7
**e-mails** 71:21 74:2
  74:6 75:1 123:10
**earlier** 48:4 63:2
  94:19,24 98:24
  99:18 114:9
  123:19 138:13
  194:3 199:5,20
  201:24 202:5
  223:5 241:13
  245:13 249:8
  274:18
**early** 124:15
**earned** 118:10
**easier** 62:23
**easy** 260:11
**Ecological** 15:8
**edit** 70:21 73:3
**edited** 71:12
**editor** 110:10
  221:20,25
**editors** 75:11
**effect** 45:14 64:11
  138:4 150:4
  155:17 233:18,23
  238:3 239:12
  246:19 249:2
  250:21 274:14
**effects** 225:4
**effort** 50:19
**EFSA** 4:16 196:7
**eight** 217:7 225:19
  225:19 227:8,8
  228:19,19
**either** 44:19
**ejaculators** 228:24
  229:3
**elevated** 154:1

Confidential - Pursuant to Protective Order

155:6 158:8 235:1
249:21
**eligible** 97:17
**Elizabeth** 14:19
67:8 69:14,17
70:2 72:11
**Ellen** 67:7 72:11
74:15 75:8
**emanated** 122:25
**emerged** 16:5
**emeritus** 194:18
**employed** 22:13
29:9 184:18
283:12,14
**employee** 51:11
74:16 119:3,17
202:16 283:14
**employees** 73:2
92:18
**endeavor** 282:6
**ended** 262:22
**endpoint** 34:1
**Engine** 164:3
**English** 162:2
**enormous** 227:7
**enrolled** 16:19
97:19 98:6
**enrollment** 98:8
108:16
**ensued** 83:18
**ensure** 282:8
**entire** 8:16 69:4,8
96:11 186:18
190:24 193:16
204:21 248:18
281:20
**entirety** 200:23
**entitled** 84:25
**environmental**
15:5 74:20 129:22
180:2 232:18
252:6 256:1
261:13
**EPA** 44:2,8 186:9
**epide-** 27:1
**epidemiologic** 6:8
79:22 91:12 92:6

93:12 94:13
227:20
**epidemiological**
12:4 73:4 89:19
90:18 93:18
127:23 135:13
143:2 151:16
158:7 159:16
175:9 183:22
184:7 189:24
264:24 267:1
275:1
**epidemiologically**
134:16
**epidemiologist**
10:13 14:20 33:20
51:10 69:16 70:7
119:3 126:5,6,10
126:17 127:4
132:17 133:19
202:15 252:15
**epidemiologists**
28:1 61:7,14,24
65:20 70:11
123:17 125:23
132:5 143:3,5,11
185:13 247:20
248:5,20
**epidemiology** 3:18
9:11 11:4,16 12:6
14:25 26:5,15,17
27:2,3,15 29:22
30:1,12 34:13
37:8 44:16,24
63:6 69:10 87:23
88:15,24 89:10,15
112:21 114:21,25
115:19 125:18
126:18 132:20
134:17 143:6,24
144:13 162:25
168:8,10,12,12
169:12,20,24
170:10 171:12,17
173:16 174:11
175:6 177:17
178:20 180:3

183:18 184:10
185:8 186:20
190:22 191:5,14
191:25 192:6,15
192:16,18 193:12
195:19 197:12
200:18,23,25
201:11 205:3
216:18 225:11
227:17,19 228:7,8
228:10,12,13
230:2,4,4 231:8
236:13 240:7,13
240:15 241:10,12
247:7,17 248:10
248:12,17 250:15
250:15,17 254:16
254:17 258:17,19
259:17 264:6,9,10
267:13,23 268:14
269:24 270:17
272:9 273:7
**equal** 272:10
**equipment** 42:7
213:21
**equivalent** 132:1
**Eric** 53:23
**Eriksson** 5:10
61:11,13 223:25
243:6,12,20
246:12 249:5
250:9 257:17
269:18
**errata** 284:6,9,12
286:7
**Errors** 44:11
**especially** 85:16
87:24
**ESQ** 2:3,3,4,10,10
**essentially** 61:21
**established** 87:6
274:25
**estimate** 60:2,25
64:16,18,20 65:22
66:13 117:16
139:19 142:19,21
154:13,13 157:20

157:22 217:25
256:23 258:2
263:8,23
**estimates** 59:10,18
64:19 77:9,21
79:21 80:8 155:11
155:12,13 199:13
233:18,23 257:10
257:11 261:24
263:20,22
**estimating** 150:21
**estimation** 263:5
263:23
**et** 3:5,10,13,15 4:10
4:14,21 5:1,7,10
5:13,21,23 6:10
13:6 82:16 103:2
104:16 108:1
110:25 129:11
136:2 140:7 152:2
152:14 160:3
176:23 188:14
192:4 194:9,10
196:5 206:18,23
210:6 216:2 222:3
222:16 230:10
232:6 236:2
237:22 242:23,25
243:12 246:12
251:14 265:9
269:18 270:9
**etiology** 131:2,3,8
133:25
**EU** 70:6
**Europe** 123:17
**European** 70:7
196:22
**Eva** 181:17
**evaluate** 30:1 79:23
86:1 89:12 90:18
104:22 106:20
**evaluated** 93:19
99:2 188:1 197:12
240:19
**evaluating** 4:9
112:19 113:1
179:15,17

**evaluation** 4:15,19
87:10 113:5 148:6
159:18 183:4
184:6,23 186:19
196:6,21 198:10
200:7,19 205:3
207:4 267:13
**evaluations** 183:9
183:10 187:17
196:14 198:21
**evening** 282:10
**eventually** 44:20
**ever-never** 248:22
249:3 250:22
**evidence** 12:10
32:19 79:24 82:17
85:14 87:9 88:15
88:16,24 89:14,16
107:3 111:4
115:10 137:22
138:3,9 141:25
142:7 144:14,21
145:22,25 146:9
147:12,14,18
168:15 174:13
178:23 184:24
191:15 192:1,15
193:6,14,17,20
200:23 201:3,12
201:21 202:7,12
225:15 227:20
229:23 236:5,12
240:20 241:2,12
250:10,18 254:17
258:18 264:11
267:2 269:24,25
272:10 273:7,12
276:24
**exact** 47:18 117:21
276:10
**exactly** 32:25 64:14
110:8 113:2
124:14 160:9
182:7 184:11,11
189:18 235:5
253:13 268:23
**examination** 3:1

8:8 93:12 183:8
283:9
**examined** 8:7 79:1
183:5 274:11
283:8
**example** 40:19 65:4
66:7 113:17,24
152:23 155:15
159:3 192:25
194:4 209:1
218:15 228:16
230:15 249:18
258:22 278:24
**examples** 27:14
30:11,13 46:25
70:25 71:2 93:24
99:13 112:7
198:21
**excellent** 192:24
198:21
**Excerpt** 4:4,17
172:3 203:3
**excerpts** 172:7
**excess** 136:7 267:5
**exclude** 66:3
247:14 248:11
**excuse** 116:24
134:9 145:21
166:23 232:11
266:4
**exemplifies** 241:23
**Exhaust** 164:4
**exhaustive** 94:14
**exhibit** 13:4,5,20
52:17 58:3,4
67:25 68:4 71:25
73:21 74:2 91:10
91:19 103:1 107:7
116:3 119:9,12
122:1 129:10
135:22 136:1
140:6 143:23
148:2 163:22
164:11 166:4,5
172:1,2 175:10,11
179:14,16 186:24
186:25 188:13

194:24 195:2
196:3,4 203:2
207:2,24 209:14
210:12 216:1
222:15 232:5
243:11 251:12,13
255:1 260:4,12
261:2,9 265:8
270:8,24
**exhibits** 8:17 52:1
**exist** 103:16
**existed** 160:5 192:8
249:2
**existing** 127:5
**exists** 46:16 157:2
222:4 236:1
**expected** 47:19
**experience** 40:5,9
47:15 219:22
**experimentally**
178:12
**expert** 8:16 9:13,20
10:16 12:17 51:15
63:5 67:17 69:6
69:15,15 116:19
116:21,22 117:5
168:7 181:16
190:25 193:10,21
239:16 241:11
242:9 264:25
267:11,23
**experts** 9:16
111:19 166:24
176:1,11
**expires** 286:18
**explain** 25:23
38:11 143:9
168:15 234:19
**explained** 103:15
154:8
**explaining** 139:16
185:14
**explanation** 113:7
**explicit** 24:23 30:5
**explicitly** 75:9
**explored** 138:5
**Exponent** 4:1 6:7

52:3,18 53:5,11
53:17,22 54:9,21
55:11 56:1,2 59:5
59:8,10 69:18
72:12 73:13 74:8
88:5,7 90:24
91:11 92:13,16,18
93:7 95:5 97:12
99:23 103:11
104:8 105:19,22
106:7 109:15
111:8,19 114:19
**Exponent's** 90:25
**exposed** 130:17
131:15 211:24
212:11 223:20
224:16 225:19,19
226:7,7 227:8,8
228:19,19 245:9
251:20,21 253:11
254:4,5,8
**exposure** 3:11 5:2,6
5:11,14,16,19,23
16:20 22:13 23:2
29:8 34:14 36:22
37:18 38:17 40:7
42:8,13,15,17
43:8 44:17,22,25
45:1 47:2 48:11
58:7,15 62:16
64:4 70:19 87:7
92:7 93:11 94:15
95:8 96:17 97:2,2
100:1 106:11
107:4 108:3,8
125:20 126:21
128:1 129:6,11
130:3 137:5,12
142:16,23 146:18
152:20 154:12
156:5 157:13
158:9 159:7
176:12 177:22
204:13,14 209:3
221:6 222:16
226:20 243:13
244:11,16 245:6

245:22 250:22
251:15 253:6,21
255:3 260:6
265:12,19,25
274:22 276:4,5
**exposure-outcome**
112:20
**exposures** 4:22 6:9
30:22 40:21 91:14
95:7,10 96:6
100:13 143:13
151:21 215:7
216:4,11 239:1
251:25
**expressed** 31:15
**extend** 10:9
**extent** 107:3
128:21 264:16
**extra** 207:15 230:9
**extrapolate** 131:18
**extraprostatic**
141:17,25
**extremely** 225:22

─────────

**F**

**facilities** 97:21
**fact** 9:4 79:18 99:3
107:18 113:10
149:18,23 151:9
151:18 155:18
174:9 177:7,24
191:17,24 192:3
219:13 226:12
228:18 238:6,22
239:11,16,20
241:3 245:24
247:9 263:17
271:14 272:18
278:2
**factor** 5:2,11
177:24 222:17
226:2,20 243:13
244:11
**factors** 5:9 21:8
23:7 29:19 36:24
38:16 43:24
100:20 127:21,24

139:18 146:7
225:20 228:17
232:8 233:4 277:1
**faculty** 166:19
252:21
**fail** 95:8 96:18
284:14
**failed** 277:16
**fair** 9:25 10:10 11:1
11:2,12 40:10
60:8 89:4 111:13
120:24 128:3
133:20,21 134:3
231:11 247:17,22
248:6 276:21
**fairly** 136:13
142:21 219:18
**familiar** 15:14 52:3
54:12 55:5 57:23
69:25 70:15 73:18
75:1 77:15 86:13
93:3 121:19
128:23 186:2
189:15,20 194:17
194:20 256:5
258:14
**Farber** 134:18
**farm** 47:15
**Farmer** 71:11
72:10,21 74:7,16
119:17 122:8
123:14
**farmers** 40:3,7
47:19
**farming** 40:9
**fashion** 182:5
**fast** 89:25
**favorable** 75:10
**fax** 1:23
**feasibility** 204:11
**feature** 46:11 82:21
153:17 159:9
208:13 250:23
258:3
**Federal** 3:6 13:6
**feelings** 170:20
**feels** 204:25

**felt** 253:9 268:15
**fewer** 40:8
**fifth** 23:4 29:17
147:13
**fill** 34:19 150:18
275:4 276:22
277:16 278:20
**filled** 38:24 39:12
276:7,17 277:14
278:25 279:7
**final** 238:10
**finally** 155:21
185:22 209:11
220:5 238:10
**financially** 283:15
**find** 52:12 70:5
78:23 86:5 107:2
159:11 163:21
196:25 204:20
209:22 217:17
218:18 247:13
260:19 262:16
**finding** 23:19 78:13
202:19 204:7
205:1 212:8
273:11
**findings** 46:7 60:5
90:21 111:11
112:15 113:8
131:18 158:7
166:1 172:12,16
192:11 198:9
208:22 221:4
225:3 228:18
244:16 250:6
280:25
**fine** 8:23 19:10
206:9
**finish** 33:13
**firm** 2:2 7:25 10:17
12:18 54:15 116:1
116:14,24
**first** 8:6,12 11:8
15:21 18:5 25:20
30:18 34:18 37:13
47:10 61:8 62:8
67:6 73:14 75:8

119:16 122:9
129:1 148:17
168:17 176:22
200:15 204:12
209:5 223:7
231:23 233:15
275:24,25 276:2,3
279:2,16,17,24
**first-degree** 213:13
**five** 166:25 217:7
232:24
**FL** 210:21
**flawed** 60:22
**flaws** 60:22 187:16
198:1
**focus** 240:6
**focused** 62:25
267:11
**folks** 22:16 64:7
243:24
**Follicular** 210:23
210:25 211:1
**follow** 33:25 106:8
179:3 282:1,4
**follow-up** 19:25
28:21 31:13,16
32:5,21 33:1,4,5,9
33:12,21 34:1,4
34:13 36:19 98:18
99:14 104:18
107:1 108:17
110:15 113:18,25
114:3,10,13
174:13 274:17,19
276:10 277:11,24
280:25 281:18
**followed** 184:20
**following** 10:21
274:11
**follows** 8:7 61:7
**Food** 196:22
**footnote** 53:8,19
54:8 55:9 271:13
**footnoted** 181:4
**foregoing** 286:4
**forest** 63:16,19,24
143:11,17,22

146:14,15,19
256:8
**form** 11:25 13:24
48:6 60:12 62:10
109:17,20 193:8
207:24 211:5
219:24 227:13
246:3 286:6
**formal** 100:2
106:12,16 178:2
**forming** 131:13
**forms** 248:12
**formulations** 178:4
201:4
**forth** 52:1 112:18
190:25
**found** 57:21,23
79:4 101:1 108:12
136:7,9 152:18
158:8 191:15
194:6 224:15,17
241:3,5 254:17
262:7,19 264:10
**foundation** 11:25
12:23 16:25 17:17
20:5,18 21:21
22:18 23:10 25:3
26:21 31:3,19
34:11,23 39:3
40:13 43:10 46:21
47:25 55:4 56:12
56:18 63:18 65:11
67:19 68:10,21
70:14,24 71:16
72:7 73:6,17
74:11,24 75:15
76:13 77:5,13
78:9 79:7 80:4,20
81:7,22 82:11
83:2,11 84:10,20
85:20 87:14 91:5
92:23 97:9 99:11
100:7 110:7,21
119:5,22 120:9
121:2,18 122:16
123:7,21 124:4
125:4 130:7,21

157:15 158:15
159:22 160:23
163:10 167:5,13
168:24 170:6,17
173:3 174:23
176:7,18 183:25
186:11 188:9
189:13 190:9
195:22 199:1
202:21 227:15
229:6,14 239:23
267:9,21 273:20
**four** 29:7 61:9
217:7 232:23
249:5 254:4
**fourth** 22:10
**frame** 11:7 49:15
**France** 165:20
**Francine** 181:1
**Francis** 180:25
**frankly** 204:22
**frequency** 47:11
204:13 214:14
215:4
**frequent** 42:13
**frequently** 40:4,8
**FRIDAY** 1:7
**friend** 57:15 69:16
**friends** 57:18 119:2
120:1
**front** 102:1 175:1
**full** 8:25 18:5 30:18
159:7 174:25
259:20
**full-time** 51:11
119:2 181:25
182:3 202:16
**fully** 9:25 24:11
32:11,15 38:15
77:20 78:18 79:15
80:7,10 155:13
157:17,20 170:3
172:24 176:20
246:24 257:25
263:22,25
**Fund** 128:19
**funded** 54:22,24

80:16,16
**funding** 55:6 70:20
**fungicide** 41:21
**fungicides** 41:23
**further** 101:20
104:22 138:5
140:22 142:6
157:25 281:6
283:11
**future** 31:12 32:5
241:16

---

**G**

**G** 2:17 7:1 53:23
**garden** 267:4
**Gasoline** 164:3
**gear** 40:19 43:24
**gene** 168:19
**general** 8:15 45:7
45:13 90:6,9,12
103:17,19 104:16
114:20 137:15
259:2,18
**General's** 147:13
**generalizability**
111:9,10,15
**generalize** 111:12
112:8,14
**generalized** 111:20
**generally** 79:12
82:6 103:14,16
104:19 107:2
127:21 163:15
206:15,15 236:11
259:1
**generated** 61:15
234:23 236:17
**genetic** 131:16
**genetics** 131:16
133:22
**gentleman** 195:10
195:12
**gentlemen** 119:20
124:11 195:7
**genuine** 45:21
46:17
**George** 14:8 50:20

Confidential - Pursuant to Protective Order

**getting** 225:11
269:9,10
**ghollingsworth@...**
2:11
**give** 10:5 27:19
91:2 117:16 146:3
188:23 206:5
212:9 219:3 259:5
261:23 272:10
276:10
**given** 64:25 127:4
127:22 136:12
141:24 145:9
160:2 170:23
174:3 201:23
211:24 221:16
225:18 226:6,25
247:25 248:2
249:19 253:10
272:18,22 275:17
278:16 280:7
283:11 286:5
**gives** 64:17
**giving** 212:21
233:14
**Global** 4:10 188:14
**glyphosate** 4:2,7,15
4:19 5:5 10:14,23
11:4,17 22:3
29:15,24 41:13
42:1 43:14 47:1
48:25 52:19 58:6
58:15 59:12 62:16
64:1,3 72:16
74:18 78:6,25
87:7 88:1,11,18
95:20 96:3,24
112:13 115:21
117:9 121:16
122:13,21 123:15
124:1,18 130:10
141:6,10,12 148:7
150:19 152:16
153:5,25 155:4
157:12 158:4,9,11
158:12 159:18
167:1,9 168:3,20

169:25 170:14
171:3 174:12,15
174:19 175:14
176:4 177:6,8
178:4,14,25
182:20 185:9
186:15 191:9
193:7,13,21
194:12 195:20
196:7,15,21
198:23 200:10
201:4 202:13,18
204:5 205:4 207:4
214:15 217:10,21
218:13 221:12
224:18,23 226:2
226:17,20 227:12
228:1,5,9 229:24
230:13 231:18
234:7 239:20
240:11 241:3
244:16,25 245:9
246:2,15 248:14
249:9 250:4,11
253:12,23 254:11
254:13 258:12
262:3 264:3
266:12,18 267:12
267:24 268:4
269:11 270:1
273:3,8 274:15
277:16,20 278:7
278:17,21 279:1,3
279:8,10,12 280:4
280:21
**go** 15:24 17:8,25
18:3 27:21 31:10
44:11 50:16 51:25
55:8 58:1 59:4
62:8 63:15 66:18
70:4 74:4,15
81:12 86:11 93:6
94:9 96:12 98:17
100:2 101:2,24
102:11 105:16
106:6 108:14
109:15 110:1

111:9 112:3
114:18 118:10
122:9 137:20
140:13 145:16,17
145:23 146:5,13
153:3 180:9
182:22 186:22
187:10 197:9
201:1 211:8 216:9
220:24 229:20
245:5 255:10,14
270:5,22 278:24
279:9
**goal** 193:10
**goes** 79:17 123:14
168:15 197:22
198:8,19 254:8
**going** 9:16 25:20
27:18 28:1 51:22
51:24 66:17,21,25
69:12 71:20 91:20
93:23 96:12 101:7
101:8,11 102:15
112:10 115:12
161:1,6 173:10
175:3,4 180:9
189:8 190:18
199:18,19 200:5
203:1 205:15
215:21 222:14
231:12,24 233:13
234:19 254:9
257:12 259:24
265:15 277:19
279:11 281:10
282:15
**Goldie** 4:10 188:14
**Golkow** 1:22 2:19
7:5
**good** 7:15 8:10,11
10:2 97:4 119:2
120:1 152:23
205:8 206:10
219:23 282:10
**Government's** 3:6
13:7
**Graham** 50:20

**Grant** 2:10 7:18
**Gray** 3:5 13:5 14:8
14:16 50:20
**great** 8:24 66:23
161:14,15 170:8
171:9 206:12
253:9
**greater** 31:8 42:13
137:8 139:7 149:9
149:17 153:3
155:5,22 158:10
199:4 214:16
217:10
**grounds** 92:1
**group** 111:11
167:11 178:13,15
179:7 187:12,14
189:17 192:16
197:11 240:13
245:23 246:8
**groups** 5:17,20
111:12 184:19
187:17 255:4
260:7
**growing** 266:25
**growth** 131:14
**guess** 27:21 35:15
131:23 132:12,22
142:4 162:3 171:6
189:18 238:6
243:1,1
**guidelines** 81:17
112:18,25 113:9
**GUY** 2:3

**H**

**H** 2:17 3:4
**Hairy** 5:3 222:18
**half** 86:22 256:7
**hand** 13:1 27:4,7
71:20 102:13
203:1 215:21
231:22 260:18
283:18
**handed** 102:3
103:9 186:4
203:19 275:25

276:7
**handing** 13:12
52:24 53:2 68:4
74:4 116:7 148:9
164:18 166:15
172:8 179:21
222:23 232:12
255:15 265:21
**handled** 155:4
**Handling** 214:15
**Hans** 120:5
**Hans-Olov** 118:21
119:19 123:25
**happen** 44:17
**happened** 17:14
38:4 114:11
150:13 184:12
**happens** 128:1
**happy** 84:14 85:8
86:1 229:8,15
**hard** 32:13 112:13
134:23 257:12
281:25
**Hardell** 5:1 64:25
82:25 122:11,12
122:20,24 123:3
222:7,8,10,16,23
223:18,24 227:11
227:16,17 243:20
257:17
**Harvard** 3:24 4:12
9:5 12:19 13:21
14:9,14,25 16:1
18:3 19:16 21:11
22:11 23:4 24:15
27:5,25 30:17
31:14 36:11,17
39:25 42:10 43:25
45:19 47:6,21
48:12,20 50:13,21
118:11,14 128:25
129:8,22,23,24
130:15 132:2
134:19 135:15
163:7,15 164:4
165:25 166:6,11
166:17,20 169:6

Confidential - Pursuant to Protective Order

179:8,24 180:3,8
180:10,19 181:9
181:13,19,23,25
182:1,2,6,7,17
187:13 188:5,19
188:20 189:1,22
190:5,15,19,20
194:25 195:3
252:21,24
**Harvard's** 168:14
189:9
**hazard** 146:17
147:6 183:4
184:21 187:16
203:25 204:5,16
**Hazards** 4:9 179:15
179:18
**head** 13:10 47:13
**health** 3:6 5:24 6:8
12:11,13,19 13:3
13:7,13,21,22
14:10 15:1,5,22
16:22 17:10,11
18:1 19:15,18
20:10,11,22 21:4
21:7,13,25 22:23
23:5,17,22 24:16
25:7 28:13 29:4
29:16 31:23 32:18
32:22 33:13,14,25
34:4,18,20 37:19
38:8,22 39:14
40:17 41:1,5,7,12
42:24 46:18,24
48:9 49:6 50:4,6
51:1 53:9,21
61:20 74:21 81:2
82:24 83:4,15
91:1,12 92:6
93:10,10 94:1,10
95:2,21,24 96:6
96:25 97:7 99:1
100:1,14,18
103:13 106:12,20
108:16 110:18
111:8 112:15
129:22,25 132:21

134:18 149:2
159:2 164:5
165:11 166:12,18
166:20 169:6
170:24 180:2,4
182:8 188:6,21
189:2,3,7 194:19
195:19 252:22
256:2 257:16
261:14 264:21
267:17 270:11
278:3
**hear** 231:3 248:2
**heard** 161:15
**hearing** 101:8
**Heather** 116:25
**held** 1:14 7:8
174:18
**help** 46:15 50:13
207:24
**helped** 206:14
**helpful** 26:12 33:2
35:17 208:16
**helping** 51:6
121:15 124:17
**helps** 52:13
**hematopoietic**
130:18 135:5
**hemopoietic**
213:12
**herbicides** 224:16
224:16 227:4
245:7 261:25
**hereto** 283:15
**hereunto** 283:17
**heterogeneity** 95:9
96:19
**heterogenicity**
96:18
**hierarchal** 56:8
**hierarchical** 234:3
234:13 235:18
**high** 19:24 20:20
22:4,25 28:20,21
29:5,16 34:2
43:13 48:25 82:19
110:16 113:19

114:2,2,16 133:25
150:5 154:10
177:22 202:2
228:23,24 229:3
280:4,7
**higher** 115:1,9
130:18
**highest** 69:14 202:7
**highlight** 40:2
153:11 157:19
261:4
**highlighting** 107:8
113:21 169:4
261:3
**highlights** 192:25
**highly** 43:17 94:11
98:19
**Hill** 11:21 12:4
79:23 81:17
112:18,24 113:2,8
**hired** 54:16 115:14
**histological** 148:8
**histopathological**
5:12 243:15
244:12
**history** 183:9
**Hodgkin's** 59:14
**Hohenadel** 177:4
230:11
**hold** 177:13
**Hollingsworth** 2:9
2:10 7:19,19
10:17 12:17 51:16
53:10,23 54:10,15
54:18 55:12 57:21
70:10 86:13 116:1
116:24 117:3,6
118:9 120:14,22
187:5
**home** 267:4
**honest** 10:4,5 42:18
**hope** 231:15
**hoping** 210:11
**hormones** 131:15
**Hospital** 182:4
**hour** 66:18
**hours** 117:13,21

174:16
**HPV** 4:11 188:15
190:1
**huge** 41:17 111:1
**human** 6:8 15:8
91:12 92:7 93:10
174:20 182:21
183:5 200:10
201:5 228:2
229:25 240:12
241:4 248:14
250:11 258:12
264:3
**humans** 4:9 168:4
178:14 179:15,18
200:8,18
**humans'** 167:10
**hundreds** 26:24
272:17
**hypothesis** 24:24
25:9,13,23 26:1,1
26:19 27:8,14,16
30:6,7,13,15
253:4
**hypothetical**
272:14

_____

### I

**IARC** 3:21,22 4:8
4:16 68:18,25
159:18 161:15,17
161:18 162:16
163:4,8,12,16,22
164:2,2,9,11
165:17,22 167:24
168:2 169:4 171:1
174:19 175:10
176:1 178:18
179:2,7,9,14,16
182:18,20 183:6,9
183:10 184:6,18
185:11,12 186:1
186:23 187:17
188:7 189:10,15
189:23,25 190:6
190:15,20,21,23
191:2,8,13,19,24

192:2,11,14,15,22
193:5,16 196:7,22
197:11 198:20
199:11 201:19
203:24 204:4
205:1 227:10,19
228:1 229:23
230:2,3 240:11
241:14,18 247:20
248:5 250:9
252:17 254:12,19
258:9,17 264:2,5
264:10 266:12,12
266:18 275:11,13
**IARC's** 172:17
202:18 228:10
**ideal** 114:22 115:5
156:7
**identification** 13:8
52:21 58:9 68:2
72:3 73:24 91:16
103:6 116:5
119:14 122:4
129:14 136:4
140:11 144:1
148:4 163:25
164:14 166:9
172:5 175:15
179:19 183:4
188:17 195:5
196:8 203:5,25
204:5,16 207:6
216:5 222:20
232:10 243:16
251:17 255:6
260:9 265:13
270:12
**identified** 8:6 214:5
**identifiers** 30:22
**identify** 7:13
**III** 2:10
**ill** 150:16
**illustrated** 93:11
**imagine** 35:13
**immune** 202:8
**impact** 84:3
**imperative** 284:11

Confidential - Pursuant to Protective Order

implemented
112:21
implies 189:5
importance 23:20
206:17 230:15
247:25 248:21
272:23 275:18
important 18:4
20:15,20 23:19,24
26:5,9,19 27:7,24
28:5,16 29:25
34:17 35:8,11,14
35:16,20 36:2,10
36:11 46:11 60:19
64:15 65:8,25
77:18 78:12 82:14
82:21 90:17 95:9
96:18 113:13
131:1,5 139:8,13
139:15 149:25
153:12,17 155:18
159:9 175:2 177:1
183:16 185:7,12
185:21 192:2
199:17,24 208:13
214:22 215:2
218:2,4,7 220:15
220:15 221:10,14
225:13 236:6
241:13 245:13
247:7,8 249:2
250:21,23 258:2
268:15 273:1,5,6
274:23 280:24
impossible 70:5
131:18
imprecision 79:21
imputation 83:14
151:1 275:2,9
277:22 278:6,12
278:16
impute 278:10,21
imputed 83:7
inaccuracies 47:20
inaccurate 36:23
incidence 3:16
107:22 109:4

139:24 140:10
233:19
incidents 44:3
include 28:3 61:19
95:6 173:17 225:3
254:6 273:1
included 21:5 30:5
41:22 48:19 56:22
57:4 58:24 59:10
60:6,6,23 61:9
62:12 63:2 171:22
235:6,13 239:2
254:19 276:15,16
includes 24:23
58:20 211:12,25
233:21
including 5:12 22:3
22:5 27:25 29:15
29:23 33:10 37:24
41:23 51:2 59:13
87:21 100:19
123:18 166:25
171:14 178:20
187:12 193:15
232:24 237:11
243:14 244:12
272:23
incomplete 81:18
98:19 173:4
174:23 203:12
272:13
inconsistent 151:2
increase 36:20
212:13 253:4
262:17 280:15,18
280:20
increased 5:21
59:22 60:16 62:15
79:2 136:10,15
157:11 176:13
211:10,20 212:7
212:13,18 214:18
224:14 225:5,7
226:18 246:16
265:9,17
increasing 130:2
independent

118:14 175:5,8
183:17,21 184:6
184:10 205:2
INDEX 3:1
indicated 130:16
indicates 268:3
indicating 157:11
indication 184:23
197:25 249:9
individual 59:1
66:4 86:2 89:11
113:5 143:6
171:13 193:18
199:19 236:22
237:2 258:4,16
262:9 263:18
264:18 268:16
individuals 34:1
150:17 216:16
218:13 247:24
276:15 277:23
indoor 130:17
induce 99:16
168:20 177:23
induced 82:18 99:3
99:20 151:22
157:5 178:8
226:15 247:9
262:12
infection 3:16
139:23 140:9
influence 42:15
46:11 130:4
172:17 175:4,5
influenced 205:1
237:15
inform 207:25
information 20:15
30:21 42:6 50:25
77:23 117:20
124:6 139:1,5,8
141:11 142:15
144:24 146:4
150:19 156:4
219:21 255:21,23
269:7,23 275:7
280:2

informative 253:10
254:11
ingredients 5:17,20
47:18 253:22
255:5 260:8
inherent 12:14
213:3 263:16
inherently 60:21
initial 97:20
initially 150:15
initiation 26:2
injuries 117:8
128:11
injury 128:18
inquire 191:7
insecticides 130:17
261:25
instance 143:21
instances 143:16
143:19
Institute 140:4
165:2
institutions 14:3
40:1 42:11 44:1
48:21
instruct 91:21,23
instructing 231:1
instructions 282:1
282:3,4 284:1
insufficient 22:11
29:7
intake 280:18
integrate 77:20
80:7 156:4 159:4
233:11
integrated 16:3
42:5 43:16,22
159:10 264:16
integrating 78:13
97:1
Integrative 5:8
232:6
intellectual 10:3,5
intellectually 151:2
intend 282:3
intended 16:3
intending 80:23

intensity 97:1
215:7
interest 33:23
69:19 75:12 134:4
interested 141:21
283:15
interesting 138:4
235:15 236:21
internal 111:16
internally 281:3
international 74:20
147:24 161:18
167:1 187:14
189:16 244:1
256:1 261:13
internet 145:2
interpret 218:21
225:2,24 226:6
269:20
interpretable 227:5
interpretation
24:23 30:5 35:19
198:9 215:18
238:19 258:3
interpretations
35:14,22
interpreted 61:17
interrupt 10:8 65:5
238:11
interruption
273:14
interval 64:17 65:9
65:23 66:15 139:6
139:20 147:8
211:12,17,23
212:3 215:13
225:24 227:7
244:23 245:18
253:24
intervals 65:2
109:10,12 136:13
138:15 142:20
143:1 212:20
225:1,22 236:18
256:24
interview 104:18
107:1

Confidential - Pursuant to Protective Order

**interviewed** 82:5
**introduced** 66:12
**inverse** 257:2
**investigators** 34:8
  172:15 190:21
**invited** 248:5
**invoices** 118:9
**involved** 12:16
  14:18 67:16
  129:19 134:20
  135:18 259:11
**involvement** 163:4
**involving** 47:13
  50:19 117:8
**irrespective** 146:3
**irresponsible** 170:2
  172:15,23,25
  173:12 174:8
  273:17
**isolation** 139:12
**issue** 10:14,22,23
  12:10 23:8 31:21
  34:15 41:2 43:6
  43:20 45:10,16
  49:17 52:8 58:14
  66:12 78:19 83:16
  83:20 89:5 94:2
  99:21 110:11
  111:1 114:9 127:9
  127:17 137:14
  149:25 150:1
  151:22 152:9,10
  152:15,24 153:18
  153:19 154:9,25
  155:1,22 156:23
  159:13 160:6
  173:19 177:10
  179:4 190:4
  195:20 199:4
  202:9 208:12
  212:23 215:2
  218:5,7,8 219:16
  220:4,6,17 223:11
  223:12,15,20
  225:2,12,18 226:9
  226:12 228:20
  231:18 233:3

235:24,25 236:20
237:9,10 239:10
241:24 242:9,24
243:4 244:10
245:21 246:11,11
247:6,21 248:8
254:21 273:2
275:10 277:7
280:5
**issues** 11:11 31:24
  38:6 60:20 79:14
  127:6 151:4,5
  157:23 165:19
  192:3,6,7 193:2
  200:5 206:19
  218:4 219:14
  223:14 225:10,13
  227:21 230:6
  236:9 237:3,16
  241:15 263:1
**iteration** 271:1
**iterations** 270:25
  271:11

**J**
**J** 2:3,10
**January** 91:2
  116:12
**Jeffrey** 2:4 7:23,24
**job** 115:14
**John** 4:17 50:20
  51:5,7 68:14
  69:12 120:2,3
  202:15 203:4
**journal** 15:9,10,14
  41:10,17 74:20
  75:24 76:1 78:2
  140:3 195:18
  216:21 219:6
  221:2 224:3,9,12
  232:18,21 244:2,4
  245:8 249:6 252:3
  252:8 255:25
  256:1,4,5 261:13
  266:1,2,5,6
**journals** 75:20,22
  76:3 272:18

**jtravers@millerl...**
  2:5
**Judge** 282:9
**July** 271:9,10
**June** 68:6,8 117:23
  118:3 122:9
  182:19 207:8,12
  209:21 210:3
  214:24
**jury** 37:7 38:11
  53:8

**K**
**Kachuri** 63:4,11
**Kadin** 135:14
**keep** 230:17 236:21
  241:1
**keeps** 242:16,17
**key** 197:22 208:2,7
  223:20 247:6
**kind** 9:9 155:10
  189:5 218:3 225:1
  236:8,11,25
**kinds** 234:2
**knew** 51:14,19,21
  247:21,22 248:5
**know** 10:4,6,9
  11:10 14:16,21
  15:1,2,3 17:19
  18:24 20:25 21:25
  32:21 33:7,22
  39:12 44:7,8,9
  49:20,21 50:7,14
  50:15 51:7,9,17
  56:19 57:13 60:22
  61:11 63:15 67:9
  67:12,15,20 68:16
  68:22 69:25 70:9
  73:7,8,13 82:15
  86:7,11 88:4
  110:22 114:10
  115:9 117:19
  118:15 120:5,14
  120:21,23 128:25
  129:19 132:9
  133:20,21 135:14
  136:11 139:11

142:24 144:12,20
144:22 145:6
154:14,16,24
156:11 162:1
163:14,15,17,19
164:7 169:2,3
170:7 171:2,7
178:5,17 180:14
180:21 181:3
184:10,11 189:14
194:16,22 197:19
204:11 207:21
209:25,25 210:6
216:13,15,15
217:19 218:23
220:13 227:16
230:7 231:23
234:17 236:20
237:21,22,23,25
238:13 239:8
242:20,22,25
243:24 246:7,23
247:23,23 248:4,8
248:9 251:7 252:5
252:13,19 253:12
254:2,24 258:5
259:7 260:22
263:12,19 268:12
268:24 272:16
275:2,13 279:19
**knowing** 33:6
**knowledge** 133:17
  283:8
**knowledgeable**
  242:8,14
**known** 47:18 88:10
  157:2

**L**
**laboratory** 189:24
  200:8
**lack** 191:22
**lacks** 11:24 12:22
  16:24 17:17 20:4
  20:17 21:21 22:18
  23:10 25:3 26:20
  31:2,19 34:10,22

39:2 40:13 43:9
46:20 47:24 55:3
56:11,17 63:17
65:10 67:18 68:9
68:20 70:13,23
71:16 72:6 73:5
73:16 74:10,23
75:14 76:12 77:4
77:12 78:8 79:6
80:3,19 81:6,22
82:11 83:1,10
84:9,20 85:20
87:13 91:4 92:22
97:8 99:10 100:6
110:6,20 119:4,22
120:8 121:1,17
122:15 123:6,20
124:3 125:3 130:6
130:20 157:14
158:14 159:21
160:22 163:9
167:4,12 168:23
170:5,16 173:3
174:22 176:6,17
183:24 186:10
188:8 189:12
190:8 195:21
198:25 202:20
227:14 229:5,13
239:22 267:8,20
273:19
**Laden** 181:1
**lagged** 126:19
**laid** 26:1
**Lancet** 167:17
  175:20
**Lane** 1:15
**language** 162:2
**large** 44:2 46:13
  65:1 111:3 140:21
  141:15 142:6,22
  150:2 151:8
  218:24 223:9
  237:11 277:4
**larger** 64:20
  111:12
**largest** 235:13

Confidential - Pursuant to Protective Order

**Lash** 110:5,9
**Lasker** 53:10,23
  55:12,19,22
**late** 101:23 124:14
**latency** 124:24
  125:11,19,25
  126:19,20,25
  127:9,15,17 226:9
  226:11 238:15
**laundry** 79:20
**law** 54:15
**lawyer** 53:10 54:10
**LAWYER'S** 287:1
**lawyers** 16:14 75:6
  91:18 115:15,15
  174:18
**lay** 25:23 38:11
  64:7
**laypeople** 25:22
**lead** 42:12 71:11
  108:21 218:16
  219:24 223:21
  274:12
**leading** 108:5
**leave** 51:25 57:1
  180:13
**led** 176:24
**left** 64:11 65:18
  125:1,13 235:25
  256:20 257:3,4
**legal** 128:22
**legitimate** 44:4
**length** 155:22
  170:8
**Leon** 5:18 77:1,19
  77:24 78:3 79:1
  260:5 261:10
  263:4 264:1
**let's** 14:7 21:10
  24:14 25:19,21
  27:6,21 35:2
  36:13 45:18 47:5
  49:2 50:16 60:8
  62:3,8 63:15
  73:20 74:15 76:5
  78:1 81:12 85:13
  86:4 92:12 97:12

97:12 101:4,9,24
102:13 103:17
105:16 106:6
109:17 112:17
115:25 117:12
123:13 125:9
129:4,9 130:14
136:20 137:20
143:21 146:5,13
148:1,16,17 149:4
153:1,21 160:13
160:14 161:12
163:21 166:4,21
172:1 175:8
179:13,25 182:16
184:15 185:23
186:22 188:4,12
194:24 196:13
197:9 200:4
203:23 204:8
205:6 209:21
210:12 216:9
220:23,23,24
222:5,7 224:11
226:16 229:20
231:11,16,23
233:15 238:20
243:6 246:13
249:4 251:23
253:2,15 254:23
255:22 256:6
261:8 265:6
269:10 270:5,7
278:24
**lethal** 142:1 147:16
**letter** 6:13 110:10
  115:25 116:4,23
  117:2 195:18,25
  196:2 197:8
  221:24
**leukemia** 3:13 5:3
  59:15 135:18
  136:3,15 137:7
  222:19 224:2
**level** 111:14 115:2
  115:9 202:7
**levels** 95:11 227:23

**leveraging** 138:24
**LHC** 59:13 87:7
**Liability** 1:3 7:10
**license** 39:19
**licensed** 38:25
**licenses** 39:20
**licensing** 97:21
**lifetime** 42:15
  153:4 156:5 215:6
**light** 170:13 192:1
**limitation** 21:12
  22:10 24:21 28:5
  28:11,22 29:10,17
  30:3
**limitations** 17:25
  18:5 19:14 24:15
  27:20,24 79:11
  93:8,15,18,21
  218:22 223:2,2
  268:17 273:10
**limited** 21:17 28:22
  61:10 95:5,6 96:4
  191:15 193:6
  201:21 212:23
  227:21 228:13
  230:5 240:16,20
  241:2 250:18
  253:3,11 254:18
  258:18 264:11
  274:14
**line** 64:8,8,10 65:17
  65:24 103:17,22
  147:6 157:19
  172:13 204:2
  206:16 231:17
  256:11,11,15,21
  268:24 285:3
  287:2
**linked** 139:3
  177:24 193:22
**list** 3:21,22 50:11
  79:20 101:18
  105:8 163:23
  164:2,9,12 253:16
  263:4
**listen** 121:7
**listing** 269:17

**lists** 51:1,5
**literature** 10:21,25
  11:16 30:2 89:10
  114:12 127:5
  141:11 168:11
  171:12 177:17
  184:21 185:9
  193:12 228:7,11
  228:12 229:16
  248:17 254:16
  267:7,16 270:18
**litigation** 1:4,22
  7:10 117:8
**little** 66:17 102:19
  144:16 207:14
  235:2,9 257:13
**LLC** 2:2
**LLP** 1:14 2:9 7:19
  53:23 55:12 117:3
**logistic** 56:23 234:3
  234:9 235:6
**logistical** 56:7,14
**long** 19:9 66:18
  86:17 131:12
  252:23 275:21
**longer** 180:8
  181:23
**look** 10:25 14:7
  20:12 21:10 24:14
  36:13 39:24 50:16
  52:11 56:1 60:9
  62:1,2,4,23 64:15
  65:8,15,20,21
  67:10 73:20 76:5
  84:13,14,22,23
  85:8,13 86:1,4
  89:4,13 90:18
  91:6 92:12 97:13
  100:24 105:16
  107:19 108:10,11
  109:3,9 112:17
  113:11,13 115:25
  117:12 123:13
  126:18 127:11
  129:4,9 135:17
  136:20 138:22
  139:3,13,15 143:7

143:21 145:14
146:2 148:1,16
149:4,5 152:1
153:1,21 155:19
156:14 160:13,24
161:2 166:4,21
167:15 169:15
172:1,9 175:8
179:13,25 182:16
182:22 185:23
187:10 188:12,25
191:13 193:11,16
193:17,18,19
196:13 199:15
200:22 201:19
202:6,22 203:23
205:6 206:14,25
207:19 208:16
209:1,21 210:12
214:21 217:9
222:7 223:1
224:11 229:7,15
230:10 231:11,16
233:15 236:3,4,12
243:6 246:13
249:4 251:23
253:2,8,15 254:23
255:22 256:6,22
261:8,18 265:6
273:17 277:22
278:8 281:3,24
**looked** 11:22 12:19
  19:21 20:1,2
  23:18 29:24 37:22
  56:3 92:14 95:1
  96:13 107:23
  115:20 127:23
  141:5 151:12
  152:3,14,18
  154:19 159:10
  177:7,16 186:17
  187:15 191:19
  192:14 193:14
  201:24 206:23
  209:17,18 221:11
  222:25 230:11
  233:2 234:7

237:25 239:9
240:14 242:24
243:2 250:16
255:20 257:15
264:25 267:23
269:16,21,22
270:17,20,23
271:1,4,6,12,17
278:5 279:24,25
280:1
**looking** 22:2,5 30:1
43:1 59:21 62:21
63:23 66:2 86:18
86:21 97:13
100:12,13 119:16
129:18 139:18
141:21 147:14
152:16 165:19
171:13 172:10
179:4 186:23
190:23,25 191:25
208:14 209:6,8,9
210:4,19 217:19
219:4 220:7 222:1
227:2 233:8
234:21,22,23
237:21 238:1
247:21 250:21
254:15 261:20
262:3 269:23
271:15
**looks** 56:2 108:2
119:23 158:19
177:4 271:7,9
**Lorelei** 1:13 3:2
7:12 8:5 9:1
144:18 145:18,20
145:21 282:14
286:9
**lose** 13:10
**loses** 151:19
**loss** 31:16 32:5,21
32:25 33:3,5,12
33:20 34:3,13
45:11 113:18,25
114:3,10,13
274:16,18

**lot** 120:2 139:17
159:2 218:6
223:14 235:1,17
236:25 258:7
**lots** 143:11 179:23
**low** 18:8,25 21:14
28:3 30:20 33:12
34:5 36:18 38:2
114:14 219:18
**low-level** 130:3
**lunch** 161:13 206:8
206:11
**luncheon** 205:17
**lymphatic** 213:12
**lymphocytic** 211:4
**lymphohematop...**
5:6 58:8,16,19
74:19
**lymphoma** 3:14 4:3
4:20,22 5:3,9,11
5:13,15,18,24
10:15,24 11:5,14
28:18 33:10,24
34:2 41:15 42:1
52:20 53:20 58:20
59:13,14,15,22
60:11,13,24 62:10
63:1 64:4 79:3,12
85:16 88:11
107:23 108:9
114:13 122:22
124:25 125:2,12
125:14,18 126:25
127:2,10,13,16,22
128:18 131:6,7
134:1 135:2,8,18
136:3,8,10,21
137:7 141:6 148:8
149:8 154:1 155:6
156:10,16 157:12
158:9,12 159:19
167:21 168:5
170:15 171:4
174:21 176:14
177:15 182:22
186:16 191:10
193:8 194:12

195:20 198:23
207:5 210:14,21
211:5,10,19 212:6
214:4,15 216:3,10
221:3,5 222:18
224:3 226:3,18,21
227:13 228:3
231:19 232:9
233:5,19 239:21
243:14 244:11
246:17 248:15
249:10 250:12
251:14,24 253:5
253:17,18,21
254:14 255:2
258:13 260:6,13
262:1 263:5,6
264:4 268:5
269:12 270:9
272:20 273:4
277:18
**Lyon** 165:20

---

**M**

**M** 50:20
**M-E-I** 129:2
**ma'am** 14:6 17:8
18:6 19:19 20:1
21:19 23:8 25:1
25:12 30:25 39:7
40:11 41:15 45:19
47:7 50:22 51:24
52:4,16 53:4,19
55:13 58:11 62:24
68:7 72:13 74:9
74:22 80:2,18
81:20 85:14 87:2
87:12 92:20 94:16
95:14,23 97:23
111:18,23 114:19
117:13 119:16
123:5 130:1,19
136:6,19,23 157:7
167:3,20 168:22
173:1 175:17,22
179:20 180:5
188:21 189:11

196:18 197:1
198:24 203:17
204:18 210:18
231:20 232:15
234:6 239:15
248:13 253:20
256:16 265:20,25
268:6
**magnitude** 140:16
**main** 114:9 225:18
**major** 69:17
110:17 148:8
160:19 240:6
**majority** 21:8
**making** 113:14
247:1 260:11
**malathion** 4:7
149:22 158:2
175:14 176:24
177:7,8 214:1
230:14
**male** 136:25
**malignancies** 135:5
**manuscript** 23:15
24:19 25:5,11
28:8,15 29:2,12
30:9 31:7 40:15
41:11 48:2 54:9
55:6,11,25 70:21
71:6 74:17 100:10
104:14 138:7
148:15 154:19
157:17 158:22
169:18 170:4,13
170:25 173:15,24
186:6 208:5 210:4
210:5 219:12
245:4 264:21,23
265:4 266:10
269:3,3 272:7,25
**March** 53:21
165:18,19 166:23
175:25 179:3
271:3,9,9
**mark** 52:16 58:2
68:3 102:11
135:22 175:10

194:24 222:14
265:15
**marked** 13:8 52:20
58:9 68:2 71:21
72:2 73:24 74:1
91:15,19 102:2
103:5 116:2,4
119:9,14 121:24
122:3 125:9,10
129:14 136:4
140:10 144:1
148:3 163:24
164:13 166:8
172:5 175:15
179:19 188:16
195:4 196:8 203:5
207:6 215:22
216:4 222:19
232:9 243:9,16
251:12,16 255:5
255:13 260:8
261:2 265:12
270:11
**marking** 13:4
107:7
**marks** 8:16
**married** 97:19
**Marshall** 135:14
**Massachusetts**
1:15 7:9 283:1,5
**master's** 132:20
**materials** 54:3,4
101:18 105:7,8
**maternal** 3:13
135:19 136:2
137:7
**matter** 281:2
**matters** 243:18
**Matthew** 266:21
**Maureen** 1:17 8:2
283:3,21
**maximum** 238:14
238:15,16
**McDuffie** 4:21 66:8
215:22 216:2
219:1 236:24
257:17

**MDL** 1:3 7:10 8:19
  101:19
**mean** 10:23 18:24
  23:12 32:25 34:21
  34:24 35:8,16
  37:9 44:15 54:24
  61:2 65:5 76:17
  125:5 135:12
  136:22 150:24
  161:23 162:3,5,13
  178:10 239:6
  252:4 256:11
  258:23,23,24
  259:4,16 261:19
  272:3
**meaning** 63:21
  271:22
**means** 58:22 70:6
  111:10 150:12
  233:25 275:8
**meant** 219:21
**measure** 29:24
  40:20 158:25
  159:10 215:4,20
**measured** 95:11
**measurement**
  36:24
**measures** 95:8
  96:17
**mechanism** 88:10
  88:14,25,25 89:5
  168:16
**mechanistic** 200:9
**medical** 9:8 10:24
  125:24 126:13
  132:18 252:2
  272:18
**medicine** 232:18
  252:7
**meet** 165:22,24
**meeting** 207:8
**meetings** 147:25
  148:13
**Mei** 129:2
**member** 166:17
  252:21 266:17
**members** 51:1

163:7 240:11
**memorandum**
  52:15 56:20 236:7
**men** 4:23 5:9
  146:22 216:4,11
  232:9 233:5
**mention** 52:2,8
  219:16
**mentioned** 22:23
  34:12 49:14 53:5
  65:19 66:1 80:6
  105:2 114:9
  206:13 209:16
  230:1 247:12
  274:18
**mentions** 199:11
**mentor** 118:18
  120:25 121:3
  123:19,23
**mentorship** 118:21
**Merit** 1:17
**met** 51:17 55:19
  67:11 176:1 179:2
**meta** 77:8 78:3
  79:2 262:4,20
  263:7,15,23
**meta-analyses**
  143:17 173:15,18
  173:21 198:20
  199:6,8,17 200:1
  272:24,25
**meta-analysis** 3:12
  4:2 5:5 52:3,8,18
  53:12,17 54:13
  57:25 58:6,15,25
  59:11,11,20 60:4
  60:11,19,20 61:15
  62:14 66:14 70:18
  71:12 73:14 74:18
  76:7 77:1,2,20
  78:16 79:11,13,16
  79:19 80:8 85:24
  87:9,20 90:24
  92:14 129:8,13
  130:16 158:11,18
  158:20 199:10,16
  199:18 254:21

257:20 258:3,10
  262:7,11,24 263:3
  263:17,21
**meta-analytic**
  261:24
**metastatic** 141:18
  141:20
**method** 83:14
  275:2 277:22
  278:6,12
**methodological**
  198:1
**methodologies**
  173:25
**methodology** 41:10
  41:19 42:5 179:4
  179:6,10 272:6,7
  272:21 275:9,22
**methods** 174:1
  272:19
**Michael** 2:3 7:16
**middle** 40:2 70:8
  137:4 268:11
**Miller** 2:2,3,3 3:2
  7:15,16,23,25 8:9
  8:21 12:1,25 13:9
  13:15,17,18 14:5
  16:12 17:3,18
  18:15,23 19:8,12
  20:8,24 22:9 23:3
  23:23 24:6,13,20
  25:18 26:4,13,25
  27:17 31:4 32:3
  32:16 34:6,16
  35:1,9,18,25 36:9
  36:16 37:6 38:9
  38:19 39:4,7,17
  41:3 43:4,18
  44:10 46:5 47:4
  49:19 50:2 52:22
  53:1,3,18 54:6
  55:7,18 56:24
  57:12 58:10 60:7
  61:23,25 62:7,22
  63:14,22 64:22
  65:14 67:5,21
  68:3,5,13,23 70:3

70:16 71:4,19
  72:4,9 73:12,19
  73:25 74:14 75:4
  75:19 76:4,16,24
  77:6,25 78:21
  80:12,25 81:11
  82:2,22 83:6 84:6
  84:15,24 85:4,11
  86:3,15,16 88:3,8
  88:19 89:3,17,23
  89:25 90:8,14,22
  91:8,17,23 92:1,4
  93:5 94:8 95:22
  96:15 97:11 98:3
  98:16 99:5,22
  100:22 101:22,25
  102:7,10,13,15,18
  102:20 103:7
  107:9,13 108:6
  110:12 111:6
  115:3,11,24 116:7
  116:8 117:22
  118:6 119:7,10,15
  119:25 120:12,20
  121:5,22 122:5,19
  123:2,12,24 124:9
  124:23 125:7,22
  126:3,12,23 128:9
  128:16,24 129:15
  130:13 131:10
  132:14,25 133:4
  133:12 136:5
  139:21 140:12
  143:20 144:2
  148:5 153:20
  159:14 160:11
  161:11,25 162:15
  163:13 164:1,15
  164:18,19 165:9
  166:10,15,16
  167:8,19 168:1
  169:7 170:11,22
  171:25 172:6
  173:7 175:7,16
  176:10 177:12
  179:20,22 182:15
  183:19 184:3,14

186:14 187:7,8,9
  188:3,11,18
  189:21 190:13
  192:9 195:6,24
  196:12 197:7
  198:7,18 200:3
  201:13,17 202:24
  203:6,16,22 205:5
  205:10,12 206:5,7
  207:11 213:4
  216:6 220:9
  221:19 222:13,21
  225:25 227:24
  229:9,19 230:21
  230:23 231:1,5,6
  232:11,13 240:1
  240:25 241:19
  242:7,15 243:5,17
  251:22 255:7,12
  259:10,23 260:10
  261:5,7 265:14
  268:1 270:4,13
  273:15,25 281:6
  281:17 282:10,12
**million** 138:20
**mind** 88:20
**minimized** 277:5
**Mink** 80:17
**minute** 65:15
  209:22 231:25
**minutes** 174:17
**mischaracterizes**
  31:2,18 36:15
  45:25 47:24 48:16
  212:16
**misclassification**
  36:21 37:8 38:1,6
  44:12,18,23,25
  45:2,6,9,20 46:9
  46:13,14,15 48:6
  48:7 61:12 108:22
  137:5,11,15 280:6
  280:8,13
**misclassified** 44:18
  45:2
**misclassifying**
  37:17

**mishaps** 42:14
**missing** 37:21 83:8
  83:16,18 99:14,20
  108:4 109:16,19
  109:22,22,24
  110:4,16,23 208:1
  208:8 237:13,14
  274:2,4,6,12
  275:4,8,10
**misstates** 24:18
  25:15 33:17 63:8
  83:2 85:20 89:7
  225:8
**mixing** 42:12
**mixtures** 47:17
**Mm-hm** 204:3
**mmiller@millerl...**
  2:4
**model** 56:8,14
  59:20,21 60:11
  62:13 213:1,17
  214:13 225:21
  227:4 235:7,19
  236:10
**models** 56:21 60:9
  60:10 62:8
**modest** 95:9
**molecular** 132:18
  267:2
**moment** 229:18
**money** 118:10,13
**MONGLY00878...**
  3:9 122:2
**MONGLY01204...**
  3:8 119:13
**MONGLY02314...**
  6:9 91:14
**monitoring** 22:12
  29:8
**monograph** 3:21
  3:22 68:25 163:23
  164:12 165:18
  198:20
**monographs** 4:8
  179:14,17 182:18
**Monsanto** 2:13
  7:20 8:16,16 9:20

12:17 16:14 36:18
51:11 54:19,20,22
54:25 62:3 67:23
68:19 70:9 71:11
71:22 72:10 74:3
74:7,16 75:6
80:16 116:17
117:4,6,8 119:3,9
119:17 120:7,16
121:15,24 174:17
202:16 242:10
**Monsanto's** 91:18
  115:14
**Monson** 14:23 15:3
  15:4 181:7
**Montgomery** 6:10
  102:3 103:2
  104:16 105:13,19
  106:2,16,23 108:7
**months** 182:19
**morning** 7:15 8:10
  8:11
**Mortality** 3:17
  140:10
**most-adjusted**
  199:13
**mother** 136:14,17
**mouth** 11:9
**mouthful** 58:19
  105:1 219:2
**move** 51:22 61:23
  66:16 113:22
  115:12 147:19
  188:4 205:6
  209:23 222:5
  270:7
**moving** 242:17
**Mucci** 1:14 3:2,13
  7:12 8:5,13 9:1,2
  13:5 27:8 43:5
  52:17 58:4 67:25
  71:25 73:21 91:10
  97:5 101:17 103:1
  116:3 119:12
  122:1 129:10
  136:1,2 140:6
  143:23 145:19,21

148:2 160:12
163:22 164:11
166:5 172:2
175:11 179:16
188:13 195:2
196:4 203:2 207:2
216:1 222:15
232:5 243:11
251:13 255:1
260:4 265:8 270:8
281:16,25 282:15
286:9
**Mucci's** 282:7
**multiple** 5:8 14:3
  47:13 56:21 59:15
  62:9,11,14,15
  63:3 77:8 78:24
  85:16 151:1,17
  174:4 202:11
  221:11 232:7
  233:3 239:2
  247:10
**multivariable**
  208:11 209:10,11
  224:24 227:2
  236:17
**multivariate** 225:6
  225:21 227:4
**mutations** 168:18
**mutually** 149:21
  153:13 262:9
**myeloma** 56:21
  62:9,12,14,16
  63:3 78:24 85:17

---

**N**

**N** 2:1 7:1
**N.W** 2:12
**name** 7:4 8:25 9:1
  49:21 51:9,19,21
  67:6 129:1 164:24
  179:25 189:5
  194:20 196:25
  270:6 271:16
**named** 9:19
**names** 129:18
  176:3 216:15

**Nancy** 2:3 7:16
**NAPP** 3:20 4:20
  50:8,10 55:11
  147:20 148:3
  153:2 156:11
  157:8 160:20
  165:14 171:2,15
  207:6
**narrow** 142:21
  219:3
**National** 140:3
  165:2
**nationwide** 138:25
**nearly** 149:7
**necessarily** 27:15
  30:14 113:10
  126:2 127:19
  143:15 177:19
  204:12 238:16
  278:15
**necessary** 284:4
**need** 13:15 24:11
  31:8 36:1 139:17
  178:2,2
**needlessly** 281:23
**needs** 35:3 138:5
  198:10
**negative** 198:12
**neither** 283:12
**network** 123:16
**Neugut** 132:16
**never** 10:13 51:17
  78:5 92:10 116:19
  116:21 186:3
  195:14 209:3
  221:20,24 277:15
  277:20 279:2,8,12
**Nevertheless** 94:19
**new** 125:21 128:11
  252:20
**news** 175:18 176:9
  176:20 187:3
**NHL** 11:17 29:24
  47:1 64:1 78:5
  88:2,17 112:13
  115:21 138:4
  141:11 152:20

158:2,4 169:25
172:17 174:11,15
177:6,17 178:25
185:9 193:13,21
202:13 205:3
228:9 230:13
250:4 254:11
267:12,24 270:1
273:8 274:15
**nine** 217:7 219:5
  221:1 229:22
**nmiller@millerl...**
  2:5
**non-cancer** 19:17
  20:22 21:16 28:13
**non-chemical** 23:7
  29:19
**non-differential**
  44:22,24 137:6,12
  137:15
**Non-Hodgkin** 4:2
  4:20 5:11,15,18
  33:10 52:20 148:7
  207:5 243:14
  244:11 255:2
  260:5
**Non-Hodgkin's**
  4:22 5:2,9 10:15
  10:23 11:5,14
  28:17 33:24 34:2
  41:14 42:1 58:20
  59:13,14,21 60:13
  62:10 63:1 64:4
  85:16 88:11
  107:23 108:9
  114:13 122:21
  124:24 125:2,11
  125:14,17 126:25
  127:2,9,12,16,22
  128:17 131:6,7
  134:1 135:2,8
  136:8,10,21 141:6
  149:8 154:1 155:6
  156:10,16 157:11
  158:9,12 159:19
  167:20 168:4
  170:15 171:4

Confidential - Pursuant to Protective Order

174:20 176:14
177:15 182:21
186:16 191:10
193:8 194:12
195:20 198:23
210:14,21 211:5,9
211:19 212:6
214:3,15 216:2,10
221:3,5 222:18
226:2,18,21
227:13 228:2
231:19 232:8
233:4,19 239:21
248:15 249:10
250:12 253:18
254:14 258:13
260:12 262:1
263:6 264:4 268:5
269:12 272:20
273:4 277:18
**non-informative**
254:3
**non-participants**
106:25 108:19,24
**non-participation**
6:11 99:25 100:12
102:4 103:3
106:11
**non-statistically**
214:9
**Nordstrom** 223:25
**North** 50:9 66:8
148:9,11 150:6
151:7,24
**Northern** 1:1 7:11
**Notary** 283:4,21
286:20
**note** 28:16 131:1,5
153:12 183:16
185:12 199:17
221:14
**noted** 286:7
**notes** 101:2 287:1
**notice** 101:24
**null** 44:13,14,16
46:10 137:17,19
177:1 211:12,25

225:3
**number** 16:19
17:23,23 20:12
21:6,13 22:24
31:25 32:22 33:15
42:16 48:9,23
60:3 100:18,19
108:23 117:21
133:19 136:12
142:22 145:10
156:3,5,6 158:10
158:25 159:5,5
176:21 186:25
198:12 211:24
212:21,22 215:19
218:2,20,21
221:16 222:11
223:9,20 226:7
235:13 237:12
246:6 247:13,14
249:22 251:20,20
253:11 257:22
258:6 267:1
271:25 276:24,25
277:4,6 278:4
**numbers** 86:14,17
109:10,13 138:16
152:12 172:10
207:16 234:23
245:15 254:1
257:1
**numerical** 249:14
**numerically** 250:5
**Nutrition** 3:24
166:7

---

**O**

**O** 2:17 7:1
**o'clock** 283:6
**O'Connor** 1:17 8:2
283:3,21
**oath** 25:12 204:9
239:19
**object** 11:25 13:24
62:5 91:20 173:3
174:23 203:11
**objection** 11:24

12:22 16:7,24
17:16 18:11,17
19:2,11 20:4,17
21:20 22:17 23:9
24:2,8,18 25:2,15
26:7,20 27:10
31:1,17 32:7
33:17 34:10,22
35:12,21 36:3,14
37:2,10 38:13
39:2,11 40:12
42:20 43:9 44:6
45:24 46:20 47:23
48:15 49:10,24
53:13,25 55:3,14
56:11,17 57:6
59:24 61:5 62:18
63:8,17 64:13
65:10 67:18 68:9
68:20 69:22 70:13
70:23 71:15,15
72:6 73:5,16
74:10,23 75:14,25
76:12,19 77:4,12
78:8 79:6 80:3,19
81:6,21 82:10
83:1,10 84:9,19
85:2,6,19 87:13
88:6,12,21 89:7
89:20 90:4,10,16
91:4 92:22 94:4
95:15 96:8 97:8
97:24 98:10,21
99:10 100:6 110:6
110:20 114:24
115:6,17 117:17
118:4 119:4,21
120:8,17 121:1,17
122:15 123:6,20
124:3,19 125:3,15
126:1,9,15 128:5
128:13,21 130:6
130:20 132:10,24
133:2,10 139:10
143:14 149:13
151:3 153:8 155:8
157:14 158:14

159:21 160:22
161:22 162:10
163:9 165:5 167:4
167:12,22 168:23
170:5,16 171:5
173:2 174:22
176:6,17 182:12
183:12,24 184:8
186:10 187:21
188:8 189:12
190:8 191:11
195:21 197:3
198:3,14,25 201:7
201:15 202:20
203:20 204:19
212:15 219:9
221:8 222:9 225:8
227:14 229:5,13
230:19,19,22,25
231:4 239:22
240:24 241:6
242:4 259:9 267:8
267:20 269:14
272:13 273:19
**objections** 35:6
101:23 122:23
**objective** 198:21
**Objectives** 183:1
**observation** 267:6
**observed** 22:16
78:7 90:19 141:17
149:9 238:24
**obtain** 30:21
**obtained** 140:22
**obviously** 281:18
**occupational** 5:14
5:16,19 69:15
176:12 232:18
251:15,25 252:6
253:21 255:3
260:6
**occur** 36:19 46:23
131:7
**occurred** 47:3
99:25 106:10
193:16
**occurring** 10:24

**occurs** 38:15 46:24
**odds** 61:21 78:15
78:18 109:8
138:14 140:18
142:25 149:10,19
149:19,23 151:14
153:4 155:6,19
156:16,20 157:18
158:1 176:25
177:9 194:4 209:5
209:7,9,10,11,19
211:11,13,14,16
212:10,19 214:25
215:18 218:16
219:6,12,25
220:12 224:22,25
225:23 227:3,6
234:8,11,12,16
235:1,22 236:11
236:17,18 244:17
244:20,21,22
245:16,17,18
246:16,24,25
247:1,3 249:20,21
253:23 254:9
256:18 257:25
262:8,22 263:25
**OEM** 252:4
**offensive** 231:14
**offices** 1:14
**oftentimes** 125:18
**oh** 102:7 132:3
180:18 210:8
256:13
**okay** 9:4,12,16,19
10:2,12 15:24
28:10 33:11 41:24
51:22 54:18 55:24
57:20 59:19 60:15
64:7 66:23 67:14
67:22 69:12 82:23
82:24 86:20,21
87:4 94:9 97:17
101:5,10 103:25
104:1 105:10,16
108:13 115:12
116:2,11 117:2,12

Confidential - Pursuant to Protective Order

118:2,23 119:1
133:16 135:1,10
135:22 138:1
145:16,18 153:1
161:5,15,20
165:17,25 180:9
181:7,13 182:16
182:25 185:23
186:22 195:17
196:13,19,20
204:4 205:14
206:13 207:12
210:15,16 211:1
212:12 216:17
223:23 224:11
226:24 229:20
231:11,22 232:2
233:2 234:2,13,17
243:9 251:24
255:22 256:6,10
260:18 264:20
271:19,22 281:8
**Okey-dokey**
161:13
**Olav** 120:6,15
**older** 47:14
**Olov** 121:14
**once** 111:15
**oncologist** 126:4,8
126:11
**oncologist's** 125:17
**oncologists** 125:1
125:13,24
**Oncology** 167:18
**ones** 16:15 64:23
207:1
**ongoing** 135:2,7
**oops** 142:3
**opining** 169:8
**opinion** 63:7 88:9
106:16 128:22
174:19 177:13
193:21 200:13
227:1
**opinions** 62:1,2
169:19 207:13,25
207:25 264:22

**opportunity** 72:22
**optimal** 220:7
**Orange** 2:6
**order** 1:8 8:14,20
24:10 42:7 47:8
92:3 127:25 282:9
**organization** 92:13
92:19 128:15
161:21 191:2
**organophosphate**
152:17 176:2
**original** 238:7
261:4 284:12
**Orsi** 257:18
**outcome** 20:3
28:18 33:22 34:3
34:14 38:18 107:5
108:9 114:14,16
128:2 177:21,25
274:20
**outcomes** 16:22
19:18,22 20:23
21:16 28:13 33:7
33:9 100:14,18,19
114:11 139:4
143:13 277:2
**outreach** 123:16
**outset** 76:10,18
**outside** 118:14
**overall** 100:14
109:4 140:18
149:9 154:2 155:6
165:3 211:9
248:18 264:5
**overlap** 236:25
**overreport** 151:20
**overreporting**
152:9
**oxidative** 168:20
169:9 178:8

**P**

**P** 2:1,1,17 7:1
**p-value** 139:7
**page** 3:1,4 18:3
30:17 38:20,21
39:24 40:2 45:19

47:7 49:3 50:17
52:13,14 56:1,2
57:1 59:3,9,9
63:15,23 74:15
75:8 76:8 81:13
86:6,9,9,11,18,23
92:21 93:6 97:13
108:7 111:7 112:3
112:17 114:21
119:16 122:9,10
123:13 137:3,4,20
142:3,4 146:5,13
149:5 153:21,21
153:23 157:7
160:14 172:9,10
174:16 182:22,23
182:24 187:12
197:9 200:6,6
203:23 204:2
207:16,17 208:25
209:2 217:9 219:4
220:24 226:16
233:16 238:22
246:13 256:7,7
260:13,21 261:2
261:18,19,20,23
268:8,11 285:3
287:2
**pages** 26:24 81:13
142:4 173:5,6
203:12,13 211:8
268:9 286:5
**Pahwa** 82:16 84:2
149:20 150:4
151:9 152:2
153:14 154:24
157:9 160:3
176:23 192:4,24
194:9,10 199:23
206:14,18,23
210:4,6 218:7,24
220:2 222:2
230:10 235:14
236:1,24 237:22
238:2 239:9
241:21,22 242:1
242:25

**Pahwa's** 236:8
**pair** 93:24
**panel** 162:24 166:1
186:8,9 227:19
230:4 247:20
248:2,10,19
250:16 254:17
264:10 266:12,18
266:20 275:14
**panels** 162:17
163:12 190:21
275:16
**panned** 241:15
**Paola** 252:13
**paper** 4:1,6,10,14
5:4,7,21 14:24
21:1,2 41:20,25
52:18 58:5 72:23
76:9 81:15 149:4
149:5,6 153:2
175:11 186:23
188:14 196:5
232:6 233:6 235:2
235:5 237:7
246:14 254:13
260:13,25 265:9
265:20,22,24
268:2
**papers** 93:13
126:24 127:9
172:22 240:10,14
265:7
**paragraph** 18:6
30:18 95:24
110:13 137:21
157:25
**parathion** 4:6
175:13
**parcel** 169:19
**part** 26:16 41:12
92:17 119:18
139:25 141:15
143:22 162:21
164:22 166:22
167:24 169:9,17
169:18,20 179:7
186:17,19 192:19

197:18 222:10
226:19 227:10
229:23 240:7
241:25 244:24
264:21 272:4
275:13,21 280:22
**partially** 80:16
107:24
**participants** 3:21
3:23 34:18 39:13
39:16 107:1
108:18,25 114:17
163:24 164:2,9,13
276:12,20
**participate** 100:16
104:18 124:17
277:3
**participated** 163:7
163:12,16
**participation** 36:6
98:18 108:17
**particular** 18:20
19:5 23:14 31:19
40:5 42:12 48:2
54:25 55:2 57:1
60:23 63:5 75:24
76:14 96:14 98:13
111:11 112:2,23
114:12 147:10
148:14 157:19
176:19 185:3
189:15 190:7,11
196:11 221:22,25
222:11 223:19
230:16 276:15
279:21
**particularly** 50:24
154:22 218:11
219:20 228:22
245:20
**particulars** 38:21
**parties** 281:23
283:13,15
**partly** 36:20,22
**partnered** 190:5,15
**partners** 189:9
**partnership** 189:25

Confidential - Pursuant to Protective Order

parts 40:14 41:8
  69:9,11 148:20
pathways 168:17
pattern 277:23
patterns 131:14
  277:25
pay 183:23
peer 174:4 216:24
  224:5 244:6
  271:23,25 272:3
peer-reviewed
  15:12 41:9 216:21
  217:8 219:6 221:2
  224:3,9,12 229:21
  232:21 244:4
  245:8 249:5 252:8
  253:16 256:4
  266:6 272:11,19
pending 35:5 39:10
  90:3 107:16
  242:19
Pennsylvania
  144:9
people 17:12,15
  34:8 38:24 45:3,4
  82:6 83:8 106:22
  109:6 132:4
  155:25 156:1
  163:18,18 204:14
  246:2,3,4 247:9
  275:4,5,6 276:12
  276:17,21,24
  278:1,8,19
perceived 69:18
percent 34:17
  59:23 62:15 64:16
  65:1,9,23 66:15
  78:4,4 83:24
  97:17,18 98:5
  99:6,7,8 109:5,8
  109:11,12 136:25
  139:19 150:11
  153:4 157:5
  211:10,20,23
  212:3,6,12,13,19
  214:5,18 215:13
  223:7 225:7

226:13 234:8,11
  234:14 256:24
  262:5,17 274:16
  276:19
percentage 134:10
  150:8
perfect 89:18 206:6
perform 60:18
  141:7 184:21
performed 21:7
  29:4 48:9 127:13
  129:8 175:9
  178:11 183:10,21
  184:9 241:17
period 124:24
  125:11,20 126:25
  127:15,19 183:23
periods 126:19
Perky 206:12
persisted 176:14
person 279:13
  283:6
person-years 36:21
personal 69:16
  213:21
perspective 159:17
pertinent 119:18
  166:22 226:19
pesticide 3:11 4:22
  5:11,16,19,22,22
  5:24 6:9 22:3
  38:25 39:19 47:11
  49:5 53:20 80:11
  82:7 91:13 92:7
  93:11 94:15,20
  97:18 98:6 108:3
  129:6,12 130:3
  152:19,20 155:18
  173:16 216:3,11
  221:5 238:25
  243:12 244:10
  255:4 260:7
  265:10,12,17,18
  265:24 270:10
  277:23 280:19
pesticides 5:2,8,14
  16:21 23:1,21

36:25 40:3 47:17
  66:11 78:19 96:13
  97:22 150:20
  152:17 153:14
  154:9 155:14
  156:22 157:3
  166:25 172:16
  176:3,15 202:1,11
  218:9,10,15
  221:11 222:17
  232:7 233:4,19,20
  237:12 239:3
  244:22 246:3,6,7
  246:9,9 247:10
  248:25 251:16,25
  253:6,22 267:3
  272:21 274:5
ph 1:23
Ph.D 131:21,23,24
  132:1,9,9,17,23
Ph.Ds 132:5
phase 37:21 97:20
  98:25 99:4,8
  274:4 276:16
PhD 4:5,18 172:4
  203:4
phone 2:4 7:22
phosphoric 178:6
photo 195:14
phrase 33:3
phrasing 91:21
picking 237:2
picture 194:25
piece 69:5 75:24
  175:18 190:24
pieces 250:10
Pigman 116:25
pile 51:25
place 97:21 192:21
plaintiff 181:16
plaintiffs 2:7 7:17
  101:19 239:17
plaintiffs' 107:7
plan 23:25 24:22
  30:4 66:18 205:9
plausibility 204:12
play 192:23

played 192:4
  228:17 230:8
please 7:13 8:25
  18:4 30:16 34:25
  38:20 50:17 55:8
  59:3 72:23 93:6
  105:5 107:14
  112:3 133:9 137:2
  145:16,17 149:6
  172:9 188:10
  202:22 210:13
  214:14 233:16
  245:5 268:3 276:1
  284:3,8
plot 63:16,20,24
  146:19 256:8
plots 143:12,17,22
  146:14,15
plus 69:16 152:5
point 20:23 25:6
  64:19 65:21 66:13
  77:18 86:10
  114:18 117:15
  138:8 141:13
  142:18,21 146:1
  146:14 217:13
  255:24 256:23
  278:23 280:1
points 143:12
Pollard 1:17 283:3
  283:21
Pooled 148:9
Pooling 50:9 66:8
  148:11 150:6
  151:8,24
poor 42:16
population 111:12
  112:8,16 219:22
  235:16 280:19
population-based
  217:2,4
populations 112:11
  158:8
Portier 4:14 196:1
  196:5
portions 203:7
position 242:2

positive 64:21
  137:22 138:3,9
  141:16 171:18
  178:24 185:15
  193:23 194:2,5
  197:23 198:12,22
  202:4,13 221:16
  236:13 238:24
  257:7 270:22
positively 250:3
  268:4 269:11
possibility 238:17
possible 23:6 29:18
  40:3 79:20 164:21
  196:9 231:13
  259:21
potential 6:11
  10:14 20:2,9,12
  20:16 21:5 36:7
  36:20 38:6 40:18
  41:14 42:6 63:13
  70:19 83:18 99:20
  103:4 104:23
  106:20 110:11
  113:6 117:7
  139:15 143:8
  156:23 168:16
  171:3,14 185:13
  186:15 219:14
  220:4 221:15
  225:4 274:9 277:4
  277:8
potentially 111:2
  144:9 237:14
power 30:23 45:6
  45:11,13,17,20
  46:4
powerful 42:15
PowerPoint 3:18
  4:19 143:24 146:6
  148:13 149:20
  154:6 206:14,21
  206:22 207:3,7
  212:14 214:16
  215:11
PowerPoints
  209:15

Confidential - Pursuant to Protective Order

precise 52:10
precision 60:21
predominant 134:4
pregnancy 136:18
preliminary 243:18
Preparation 50:18
prepared 13:21
  91:1 92:19 93:4
  186:8 229:17
present 46:13
  56:14 143:18
  149:23 154:5,12
  154:23 183:7
  193:1 199:22
  209:4,18 213:18
  248:25 264:12
presentation
  143:22 144:8
  146:12 149:20
  150:3 153:15
  154:7 155:2 174:2
  207:18,20,21
  208:17 209:8,20
  209:21 210:2,3
  214:8 245:14
presentations
  148:14 206:23
  209:17
presented 17:23
  60:2 147:24
  149:20 150:3
  152:2 157:1 160:4
  174:1 211:15
  214:9 249:22
  272:5
presenting 77:8
  155:12
prestigious 161:21
  161:24 162:8,11
  162:14
pretend 27:6
Pretrial 8:14 92:3
pretty 24:25 81:19
  151:15 280:9,14
  281:3
prevalence 177:22
Prevention 216:18

previous 157:10
  221:4
previously 10:18
  21:22 22:20 27:11
  30:8 66:1 79:10
  107:8 140:20
  142:7,8 157:16
  158:23 173:22
  175:19 185:3
  191:12,18 194:13
  200:15 201:11
  203:18 215:3
  241:25 250:14
  254:15
primarily 168:17
printed 271:15
printout 207:14
  208:21
prior 12:16 13:2
  26:14 33:18 51:14
  51:20 142:16
  155:11 249:17
priori 24:23 25:8
  25:13,22,25 26:19
  27:8,14,16 30:5,7
  30:12,14
prioritized 56:13
private 97:19 99:6
probable 159:18
  170:14 174:20
  191:9 193:7
  200:10 202:19
  204:6 227:12
  228:2 229:25
  240:12 241:3
  248:14 250:11
  254:14 258:12
  264:3 273:4
probably 167:10
  168:3 178:14
  280:8
problem 18:16
  21:19 37:7 61:3
  97:6 98:9 103:16
  182:21 237:19
  257:23 267:18
problems 223:4

  237:6 258:7
procedures 184:18
process 70:20
  183:6 184:12
  190:24 191:4
  197:18 216:24
  272:3 275:21
  276:13
produce 44:12
produced 8:13
  67:23 74:3 87:20
  119:8 121:23
product 47:12
  147:4
products 1:3 7:9
  47:11
professional
  134:10
professionals 24:15
professor 9:5 15:6
  194:18
professors 163:6
  163:16
program 16:3
  22:12 29:7 128:11
  128:23 134:17
Progression 3:19
  143:25 144:14
project 26:3 50:9
  66:9 148:9,11
  150:7 151:8,24
  188:7 189:10,20
  190:7,11
projects 190:14
prominent 70:6
  123:16
promise 10:6,8
pronounce 134:7
  147:1 210:22
properly 198:10
proportion 82:19
  106:21 150:2,5
  154:10 202:2
  218:24 228:23
propounded 286:6
prospective 3:15
  6:12 12:13 30:19

  93:25 103:5
  113:17,24 140:7
  140:21 141:7
prostate 3:16,18
  134:4,6,8,9,16
  139:23 140:9,18
  140:25 141:17,18
  141:25 142:10
  143:24 144:13,14
  144:21 145:22,25
  146:7,22 228:25
  229:4
protective 1:8 8:19
  40:19 42:6 43:23
  64:11 138:4
  213:21 225:4
  256:21
protocol 8:15 92:3
prove 226:1,4
proven 88:10
proverbial 61:1
provide 117:4
  142:6 198:8
  219:21 251:2
  253:3 258:1 263:7
  267:2
provided 13:2
  16:13 17:7 32:17
  50:25 71:22 75:5
  77:23 92:5 101:19
  101:21 105:8,12
  117:19 196:2,10
  203:9,18
provides 137:21
  138:2 184:22
  203:12
providing 233:17
provisional 8:18
provisionally 282:5
proxies 66:13
  150:5 151:14
  152:6,21
proxy 78:20 82:19
  82:23,25 83:5,12
  84:1,4 150:2,8,11
  150:12,25 151:23
  152:15,25 153:18

  154:11,14 155:2
  155:20 156:24
  157:6 159:13
  160:6 191:21
  193:2 202:2
  212:23 213:1,15
  214:12 218:5
  219:15 220:4
  223:9 226:14
  228:23 238:3,8
  239:12 242:24
  249:18 262:12
  263:2
public 13:22 14:10
  14:25 74:21
  129:24 132:20
  134:18 164:4
  166:12,18,20
  169:6 180:3 182:8
  188:6,21 189:2,7
  194:19 214:8
  252:22 256:2
  261:14 267:17
  283:4,21 286:20
publication 12:21
  22:8 25:7 31:24
  38:3 41:18 42:9
  48:23 82:17
  100:11 110:24
  159:24 166:22
  168:14 169:23
  173:13,19 174:10
  178:22 196:11
  211:16 214:23,24
  216:25 222:12
  224:6 244:7 273:2
publications 21:4
  37:20 40:17 41:1
  41:5 122:25 140:1
  174:4 212:2
  222:11
publish 172:16
published 15:7
  22:1 41:7,9,15,16
  41:19 42:2,4,8
  48:24 49:15 52:9
  57:3 58:1 60:4

Confidential - Pursuant to Protective Order

70:22 71:13 73:15
93:13 100:15,23
104:21 127:1
135:3,7 147:20
151:16 171:16
172:20 173:25
178:21 182:19
190:1 195:18
216:17 224:2,9
232:17 242:23
244:7 252:2
255:25 261:12
265:24 272:6,11
272:20
**pull** 52:11 76:8
131:22 152:11
271:5
**Pulled** 188:19
**punches** 271:5
**purposes** 117:5
**pursuant** 1:8 8:14
8:18
**put** 11:9 13:19
15:19 63:6 103:9
108:23 112:18
165:25 190:24
191:4 213:16
259:12 269:8
279:2
**puts** 236:10
**putting** 69:6 213:1
214:13 264:25
267:10

**Q**

**qualify** 147:22
**quality** 19:24 20:20
22:2,25 28:20
48:13 49:5 113:11
113:13 114:15
198:11
**quantitative** 59:1
**question** 11:25
13:25 17:9 20:7
22:18 24:5,11
26:14 27:12,23
32:15 33:14 35:2

35:5,24 39:6,10
49:14 85:1 89:22
90:3,6,11 91:21
91:24 95:1 103:20
106:15 107:12,16
112:9 122:18
125:8,10 132:8,13
162:7 172:13
184:2 195:9,11
201:16 203:15,24
218:20 219:3
229:11 242:6,19
242:20 247:13
258:23 259:18
266:13
**questioning** 174:17
**questionnaire** 29:9
34:19 36:7 37:22
42:25 43:13,17
94:10 98:7,25
99:4 107:21
274:22 275:5
276:11,18,22
277:14,17 278:20
278:25 279:7,15
279:25 280:23
**questionnaire-ba...**
94:14
**questionnaires**
15:20 22:14 30:20
36:19 38:23 39:12
43:6 98:18 99:15
108:17 110:15
275:25 276:2,7
**questions** 9:17,23
10:4 47:9 48:13
49:4 90:9 103:22
145:7,15 185:24
281:7,15 286:6
**quick** 129:4 259:22
265:7
**quicker** 128:4
**quite** 21:8 34:2
61:10 66:14 90:11
108:21 109:3,11
109:12 114:16
125:19 131:2,8,17

134:1 141:19
174:10 278:13

**R**

**R** 2:1,17,17 7:1
285:1,1
**R-I-N-S-K-Y** 105:6
**Railroad** 2:6
**raise** 27:4,7 42:11
215:3
**raised** 39:25
187:25 192:2
**raises** 245:24
**raising** 241:14
249:23
**random** 109:22
275:8 278:9
**range** 64:17 100:13
127:24 134:20,21
151:20
**ranged** 150:10
**rare** 42:14 44:3
**rate** 219:24
**rates** 18:8,25 21:14
28:3 30:20 31:12
31:25 36:18
219:17
**ratio** 61:21 78:15
78:18 109:8
138:14 140:19
142:25 147:6
149:10,19,19,24
153:4 155:7,19
156:16,20 157:18
158:1 176:25
177:9 194:4 209:5
209:7,9,10,11,19
211:11,13,14,16
212:10,19 215:1
215:18 218:16
219:6,12,25
220:13 224:22,25
225:24 227:3,6
234:8,11,12,16
235:22 236:11,17
236:18 244:17,20
244:21,22 245:16

245:17,18 246:16
246:24,25 247:1,3
253:23 256:18
262:4 263:8,15
**ratios** 146:18
151:14 235:1
249:20,21 254:9
257:25 262:8,22
263:25
**reached** 233:12
**reaching** 227:11
**read** 16:6,10 17:6
19:5 21:2,23 22:7
22:21 23:14 25:4
25:11 28:7,14
29:1,11,20 30:9
31:6 35:2,4 37:1
37:11,12,14 39:7
39:9 45:23 48:1
49:9 68:25 69:4,6
69:8,9,10 74:25
76:8 77:2 90:2
96:21 98:14
102:16 104:14
107:13,15 112:1
114:7 121:12
138:6 148:19
157:17 158:21
159:24 160:7
165:4 181:14
182:10 183:11
186:18 187:20
217:22 221:7
240:2,3,4,5
242:15,16,17,18
253:8 257:12
284:3 286:4
**reading** 40:14
56:19 69:20,24
85:18 94:3 122:17
147:8 168:21
196:16,17 204:22
217:20 219:7
**ready** 145:6,16
**real** 11:23 40:22
112:25 129:4
192:6,7 228:21

234:18 238:18
265:7 267:18
**really** 11:9 32:10
45:16 64:24 66:2
75:17 81:24
112:24 141:15,21
156:2 158:20
159:4,6 160:9
163:19 169:2
170:18 174:9
181:22 184:13
185:5 187:24
190:4 202:3
204:23 215:7
220:7,14 226:6,11
227:5 231:10
238:14,18 247:7
254:3,9,10 269:20
272:15 281:1
**Realtime** 1:18
283:22
**reanalyses** 191:18
**reanalysis** 194:6,8
**reason** 61:6 172:19
189:8 199:12
218:1 247:14
248:23 254:6
258:1 263:21
284:5 285:5,7,9
285:11,13,15,17
285:19,21
**reasonable** 127:24
177:13 198:9
201:3 235:21
**reasonably** 47:19
75:10
**reasons** 176:21
272:1
**recall** 26:22 46:18
46:22,24 47:7
48:5,8 66:12
78:20 82:3,18
83:21 84:4 117:14
124:21 150:1,4
151:22 152:24
156:13,23 160:6
160:12,15,18

Confidential - Pursuant to Protective Order

185:19 191:20
196:9,10 202:1,9
206:19 213:2,17
213:19 214:12
219:14 226:15
228:22 235:25
236:20 237:7,9,16
237:19,24 238:3,8
238:21,25 239:4
239:10 259:14
262:12 263:2
**receipt** 284:13
**received** 53:22
55:11
**recess** 67:2 101:13
161:8 205:17
260:1 281:12
**recognize** 144:3
**recollected** 95:7
96:5
**record** 7:4 67:1,3
101:12,14 107:6
161:7,9 205:16
206:3 259:25
260:2 261:1
281:11,13 282:15
283:10
**recruited** 150:14
226:10
**recruitment** 97:20
**redo** 76:25
**redrafted** 271:8
**reduce** 45:6,20
46:6 137:12
**reduced** 283:9
**refer** 28:15 100:25
207:17 274:19
276:8
**reference** 254:12
269:17
**referenced** 208:23
**referencing** 104:9
**referred** 42:5
145:12 268:24
269:1
**referring** 19:6
21:24 25:10 29:21

31:7 32:11 40:16
40:24 41:20,25
42:22 48:3 52:6
52:23 65:13 77:16
81:9,25 82:13
83:13 84:12 86:8
87:17 91:7 104:15
106:5 114:8
123:11 158:18,19
159:25 185:5
199:7 221:13
222:12 241:8,20
241:23 247:3
253:13 256:17
270:3 271:14
280:14
**refers** 20:23 34:14
45:1 52:14 58:25
95:20 153:23
**regard** 36:22 57:10
69:14 208:22
**regarding** 83:3
98:15 122:10
124:7 141:3 245:6
**regardless** 114:2
**regards** 136:21
**register** 138:22
139:5
**Registered** 1:17
**registries** 28:19
33:25 34:7
**registry** 19:23 33:8
114:15,16 138:25
139:1,3
**regression** 56:7,8
56:14,23 234:3,4
234:10,14 235:7
235:18
**regularly** 218:14
218:14
**reject** 75:23
**rejected** 73:14
74:19 86:5 237:19
**rejecting** 81:15
**relate** 130:10 160:9
**related** 69:9 99:25
106:11 127:7

134:20 274:4
283:12
**relates** 1:5 23:1
**relationship** 45:22
70:1 87:6 121:20
**relative** 60:1,15,24
61:15,16 63:24,25
64:15 78:3,23
79:2 139:19
142:18 152:8,21
153:11,12 154:5,7
211:22 212:2
213:13 217:16,18
217:24,25 233:24
235:15,22 262:6
262:20,20,22
263:14,15 283:14
**released** 70:18
**relevant** 142:1
183:3
**reliability** 21:17
22:4 28:23 29:5
43:1 48:25 94:25
95:6 96:5 97:3,4
279:25 280:2,4,7
**reliable** 179:3,10
197:24 275:2
**reliably** 111:20
**relied** 78:17 165:12
169:17 227:10
240:13 262:7
270:16
**relies** 113:4 257:9
**rely** 32:23 33:15
80:10 170:24
171:1 263:17
264:8,20 266:10
269:4 270:15
**relying** 19:22 81:1
110:14,15 113:2,3
226:14 237:4
**remaining** 173:6
**remains** 237:17
**remember** 16:16
47:10 56:6,8
60:20 82:6,14
104:10 124:13

135:19 139:22
206:16,17 236:23
271:11
**remind** 144:6
261:19
**repeat** 39:6 89:21
107:11 120:10
122:18 184:1
203:14 279:4
**report** 11:20 12:9
14:2 17:10,24
18:14,20 21:23
22:21 50:19 51:6
52:2,5,9,11 53:5,5
62:25 63:5 69:7
93:7 94:24 100:25
112:23 116:22
147:12,13,14
151:10 154:11
157:10 166:23
167:9 168:7 169:4
186:8 190:23
191:1 193:11
202:23 206:25
208:23 209:18
217:15 219:6
220:10 239:20
240:3,5 241:11
244:19 245:16
249:8 263:11
265:1 267:11,23
274:1,3 275:6
276:25
**reported** 22:24
108:16 137:8
140:19 142:8
167:17 176:13
194:4 200:8 208:4
212:19 218:20
219:12 220:1
224:20
**reporter** 1:18,19
8:1 35:4 39:9
90:2 107:15 133:8
242:18
**reporting** 49:1
217:24 224:21

280:5
**reports** 270:16
**represent** 7:14,16
**represented** 111:21
**representing** 117:6
**reputation** 51:19
**requirements** 76:2
**Res** 256:1
**research** 3:25
74:20 127:3 135:2
135:7 161:19
166:8 167:2
189:16,17,24
249:8 261:13
**researcher** 15:6
**Residential** 3:10
129:6,11
**residual** 36:23
38:10,12,14 66:10
87:24 154:25
157:21 159:12
160:5 185:14,18
191:22 192:25
199:21 202:10
206:19 208:12
218:8 223:13
**respect** 48:10 83:21
85:24 96:24
100:18 112:12
132:22 148:10
149:17 151:7
162:4 171:19
262:18
**respected** 181:11
**respond** 106:22
107:21 109:7
**respondent** 83:5
150:12 213:1,15
**respondents** 47:9
78:20 82:19 83:12
83:25 84:1,5
150:2,9,11,22,25
151:23 152:16,25
153:19 154:15
155:2,20 156:24
157:6 160:7
191:21 193:3

202:3 212:23
218:5 219:15
220:4 223:10
226:14 228:23
238:3,8 239:12
242:24 249:19
262:13 263:2
**respondents'** 83:24
214:12
**response** 18:9,25
21:14 28:4 30:20
31:12,24 36:18
103:21 219:17,24
220:8
**responses** 47:15
82:23,25
**responsible** 173:12
174:8
**restate** 67:14
**restating** 167:24
**restricted** 97:22
209:12
**result** 37:18 45:9
108:19 109:25
137:17 237:15
245:25 246:17
**resulted** 83:22
158:2
**results** 56:13,23
57:3,3 60:4 78:2
79:12 80:10 87:8
111:20 130:15
140:15 146:16
152:24 153:24
154:21 156:25
158:6 159:17
160:3,9 174:2
183:8 200:1 208:3
221:3 230:8,11
235:11 236:16
238:24 248:25
253:3 264:16,17
**retained** 10:16
36:18 51:15 54:19
54:19 62:3 70:11
117:4
**retention** 6:13

115:25 116:4
**retired** 165:3
**return** 284:11
**revealed** 110:2
**review** 5:5 11:3,15
12:7 13:3,13,20
14:19 17:21 18:20
32:12 50:11 58:5
58:15,22,23,24
63:3,5,10 70:21
72:23 73:3 74:18
76:23 79:10,22
81:16 87:19,22
88:14,24 90:25
96:10 98:13
115:19 123:9
127:5 135:12
143:6 148:20,22
158:17 160:2
168:7,11 169:11
169:13,24 170:7
170:10,19 173:23
174:3,5 175:1,6,8
178:18 183:8,17
183:22 184:10,21
185:11 191:3
197:18,20 216:24
224:6 231:20
241:9,18 244:6
250:24 254:19,20
264:8 265:23
268:14,15 271:23
271:25 272:3
273:9,9 275:14,15
275:21,22 276:9
282:7
**reviewed** 17:24
21:3 55:10 58:11
69:2,3 71:8,12,18
92:10 100:10
105:21,23 130:10
130:23,24 148:6
148:10 168:10
169:21 171:7,12
183:15 185:2,8
186:7 192:23
200:17 216:7

224:7,8 227:18
230:2 232:14
235:4 240:7
241:11 243:7
251:1,7,10 255:16
258:15 260:15
272:17
**reviewer** 75:20
78:1,6,11,22 79:9
79:17 80:13,23
81:1,14,25 82:4
82:13 85:13,23
86:4 87:17 174:4
**reviewer's** 76:6
86:22
**reviewers** 75:22
**reviewing** 12:5
16:16 37:15 89:10
152:13 162:25
171:11,21 178:19
190:22 230:3
**reviews** 75:10
**Richard** 4:13 14:23
181:7 194:16
195:4,15
**Rider** 120:25 121:3
271:7 281:25
282:7
**Rider's** 121:8
**right** 9:17,21 10:8
11:19 12:11 13:19
13:23 14:14 15:22
16:14 17:12 27:2
27:18 30:16 35:7
51:16 53:4,12
54:16 56:4 57:5
57:15,18,20 58:12
58:17 59:5,15,23
60:13,17 61:4
62:10,16 63:16,24
64:5,9,12 67:15
70:5 73:20 75:6
78:7 89:6 92:15
102:1,9 104:3,5
104:25 105:11,14
107:5 108:13,14
108:25 110:5

113:12 115:16
116:9,12,20,25
117:10 123:19
129:5,23 130:1,5
134:22 136:6
137:4,8 138:5,11
138:12,18,22
142:12 143:4,13
144:18,24 146:23
147:7,9,19 148:17
149:2 153:22
155:7,10 156:15
156:18 158:16
161:12 165:12,15
167:11,21 169:10
169:14,19 172:11
180:11 181:14
182:9 183:2,23
184:7 187:10,11
188:4 192:10
196:17 201:6
204:10 206:8
209:15 211:2,4,6
211:10,18,21
212:8 213:6,21
214:1,6,18 215:15
216:11,21,25
217:12 222:5
223:25 224:3,7,20
229:25 232:15,19
232:25 233:5,9,20
234:4,10,15 237:7
239:5 240:12
241:21 244:8,13
244:19 245:2,11
246:20 249:4
251:5,11,25
252:11 253:6,18
253:25 255:7,8,10
255:16,17 256:2
256:21 257:5,18
257:21 260:16,25
261:8,10,14,16
262:1,5,14,19
263:6,12 264:22
266:4,22,23
268:21 269:4

270:15,19 271:20
271:23 274:7
277:20 279:12
**Rinsky** 104:21
105:4 108:1
110:25
**Rinsky's** 111:4
**rise** 219:22
**risk** 3:14,18 4:2,20
5:2,6,8,11,14,24
6:8 11:18 14:9
15:9 23:7 29:19
36:24 47:2 50:21
52:19 53:20 58:7
58:16 59:11,12,22
60:1,15,16,25
61:15,16 62:15
63:24 64:2,4,10
64:16 77:9 78:3,4
78:23 79:2 87:7
88:2 91:13 92:7
93:10 108:3
112:13 113:18
114:1 115:21
125:20 127:20,24
130:11,18 136:4,7
136:10,15 139:19
140:18,24 141:20
141:22 142:10,18
143:25 144:13
146:7 147:16
148:7 149:8 152:8
152:20,22 153:5
153:11,13 154:1,5
154:7 158:2,4,8
158:12 177:6,17
178:25 185:9
193:13 207:5
211:10,10,20,22
212:2,7,13,18
214:18 217:11,16
217:18,24 218:1
222:17 224:18
225:5,7 226:2,18
226:20 228:9,25
229:4 230:13
232:8 233:4,24

235:16,22 243:13
244:11 245:11
250:4 251:14,24
253:4,17,20
254:11 262:4,6,23
263:5,7,10,15,15
263:23 267:5,12
270:1,9 273:8
274:15
**risks** 63:25 157:11
174:15 176:13
214:16 224:14
262:21 263:14
**Ritz** 181:13
**RMR** 283:3
**road** 11:10
**rodents** 178:9
**role** 90:21 113:6
115:18 125:17
139:14,15 169:10
169:11 174:3
189:18 228:17
230:8
**Roos** 5:7 56:2,3
66:7 158:19 194:4
231:19 232:6
236:24 240:9,14
242:23 257:15,16
**Ross** 265:16 266:11
266:16,19
**round** 15:21
**Roundup** 1:3 3:25
7:9 11:13 34:9
69:1 117:9 122:14
166:8 277:18
280:16
**royal** 61:2
**rule** 178:23 191:16
192:17 200:19
228:14 230:5
240:23 250:19
264:11
**ruled** 201:22
240:17,21,22
258:20
**ruminate** 151:19
**running** 266:3

**rush** 170:2 172:23

**S**

**S** 2:1 3:4 7:1
**Safety** 196:22
**sample** 278:9
**sassy** 206:12
**saw** 41:11 55:21
138:8 278:12
**saying** 37:16 95:18
108:18,20 144:19
173:10 212:18
230:17 269:6,11
**says** 16:10,17 18:4
18:8,13 46:2
53:19 54:2,8
55:16 57:8 68:11
69:13 72:14,19
73:1 74:12 75:2
76:15 78:22 81:1
82:4 86:18 93:2,7
94:6,17,23 95:5
97:12 98:1,23
110:8 114:2 117:2
117:11 119:24
123:15 124:6
129:21 130:8
137:9 138:7 141:1
144:12,12 165:7
165:21 175:23,25
176:8 197:10,16
197:17,21 198:5
198:17 200:13
221:9 253:7
267:16 270:6
272:25 273:16
**scale** 109:2
**ScD** 1:14 3:2 8:5
286:9
**schedule** 163:2
**Schernhammer**
181:17
**Schinasi** 5:18 77:1
77:19,24 78:3
79:1 199:9 254:20
254:24 255:23
257:9 258:9,16

260:5,12,25
261:10 263:3,20
264:1,8,13,17,18
**Schinasi's** 259:19
**School** 13:22 14:9
14:25 129:24
134:18 164:4
166:12,18,20
169:6 180:3 182:8
188:6,20 189:2
194:19 252:21
**schools** 16:2
**Science** 189:3
**scientific** 10:25
14:24 81:16
123:16 147:24
148:12 177:14
179:3,10 186:7,9
188:7 200:13
**scientifically** 200:7
**scientist** 14:18
180:23 181:5,11
194:21 266:21
**scientists** 12:18
15:7 16:1 21:11
36:12,17 39:25
42:10 43:25 45:18
47:5,22 48:12
129:18 158:5
159:15 160:14
168:2 179:2,8,9
179:23 182:17
183:3,21 184:5,15
184:19 187:12,15
191:8 193:5
209:22 216:14
217:7 219:5
223:24 224:13
226:17 229:22
232:24 233:2
237:18 245:7
246:14 249:5
253:16 266:8
**scope** 134:25
267:25
**scrolling** 242:16
**scrutiny** 224:5

**se** 110:9 113:10
**seal** 281:22
**Seaport** 1:15
**search** 67:16
**second** 27:19 34:20
36:6 37:21 38:4
41:6,8,25 91:2
99:3 100:16
106:22 107:21
168:19 188:23
206:6 207:9
237:10 238:22
275:5 276:6,18,22
277:10,17 278:1
278:18,20 279:14
280:23
**secondly** 61:11
149:25 173:22
177:3 199:15
209:6 218:8,23
223:11 230:10
235:9 280:10
**section** 16:1 50:18
93:24 97:13 98:4
103:12 104:10
140:15 142:5
154:21 157:8
159:16 174:1
224:14
**see** 14:11 15:15,17
16:23 17:1 18:4,6
18:10,13 19:19
35:2 45:18 47:5
49:3 50:22 51:3
53:24 54:2 55:13
55:16 56:16,19,22
60:3 68:6,11
69:20,24 72:13,14
72:18,19,23,25
73:1 74:9,12,22
75:2,13,16 76:11
76:14 77:11,14
78:1,15 80:2,5,18
80:21 81:5,8
85:18 87:1,2,12
87:15 92:20 93:2
94:2,6,16,17

95:14,17 97:12,15
97:23 98:1 104:12
106:3,4,6 109:11
111:23,24 113:20
113:22 122:8
123:4,5 124:2,5
125:8,9 130:14,19
130:22 137:9
141:10 146:10,11
149:12,15 151:14
152:6,10 153:7,10
154:20 157:24
160:13 164:6
167:3,6 168:21,25
173:1,9 175:22,23
176:5,8,22 180:5
181:25 184:15
188:20 189:11
191:6 192:5
196:24 197:1,5
199:21,23 200:4
200:20 201:25
204:8,18 207:15
209:4,22 210:11
216:19 217:22,23
220:1,23,25 222:3
225:16 226:16
227:5 235:15
236:1,11 238:20
239:11 241:13
243:4 246:13
248:21 249:1,20
250:5,20 251:2
257:8 265:25
268:6,7,10,12
269:10,22 276:23
280:24
**seeing** 37:13 76:22
109:5 167:14
188:22 192:3
**seen** 13:20 14:1
72:5,8 116:9
129:16 144:15
148:14 154:18
164:16,20,21
175:17,19 186:3
195:14 197:24

202:4 203:21
218:12 221:17
226:14 235:11
263:24 265:20,22
273:21
**select** 39:16
**selected** 59:10,17
154:12 157:18
159:8 210:13,16
253:21 258:1
**selection** 6:12 77:7
97:6,14 98:4,15
99:9,12,16,24
103:4,12 104:9,13
104:23 106:1,8,10
106:21 107:3
108:5 109:17,20
109:23,25 110:14
110:17,24 111:2
113:19 114:1
215:19 219:25
239:1
**selectively** 173:4
**self-report** 152:5,5
152:7
**self-reported** 19:17
20:22 21:16 22:4
23:1 28:12 29:6
49:18 94:20 95:10
209:12 212:24
280:11
**self-reporting**
21:18 28:24
**self-reports** 152:22
**self-respondent**
151:13
**self-respondents**
151:13 208:14
209:13
**sense** 70:4 250:3,5
**sensitive** 60:5
**sensitivity** 258:21
258:24 259:3,12
259:16
**sent** 53:9,16 54:4,5
54:9,13 116:11,23
**sentence** 31:11

187:14
**separately** 151:5
208:14
**September** 1:7 7:6
271:10 282:14
283:6,18
**series** 71:21 74:2,6
**serious** 18:16 23:8
24:25 42:14 44:3
46:17 48:13 49:4
**seropositive** 140:23
**served** 116:21
190:21
**services** 1:22 117:5
**SESSION** 206:1
**set** 75:1 76:25
112:24 113:9
123:10 162:4
188:1 229:8 276:2
283:18
**setting** 81:3 162:14
275:3
**settings** 49:16
63:21 109:21
226:15 259:5
**seven** 153:4 217:7
232:24
**seven-day** 183:23
**sex** 213:8
**share** 124:6
**sharper** 108:23
**sheet** 284:6,9,12
286:7
**short** 281:9,21
**shorthand** 1:19
204:16
**shortly** 98:7
**show** 29:16 67:22
84:7,17 91:18
108:7 147:6
155:17 160:4
189:9 198:22
208:12 212:6
214:17 218:6
224:14 238:6
250:20 253:23
277:20 279:11

**showed** 21:8 22:3
43:3 48:25 83:17
84:3 110:25
147:11 151:11
211:19 278:6
280:4
**showing** 22:25
62:15 64:10,11
136:22 152:23
158:3 177:10
206:19 208:10
**shown** 19:23 28:20
29:5 37:19 61:18
66:5 97:3 100:15
149:22 151:17
153:14 154:6
156:2 246:19
262:4
**shows** 43:13,16
60:15 104:16
111:4 150:4 152:8
154:25 212:13
214:19 238:2
**side** 64:9,11 65:18
137:4 257:3,4,5
**sign** 284:8
**signed** 57:5 195:18
195:25
**significance** 138:11
220:15,18
**significant** 16:4
60:17 107:2
140:16 142:12,19
149:7,8,11 155:7
156:17 211:21
212:8 214:6,9,18
215:12,15,17
217:12 219:7
220:11 224:17,19
234:9,15 244:18
245:10 246:16
247:2 257:21
262:5,17 263:11
**significantly** 79:2
153:25 155:5
**signify** 256:12
**similar** 41:10 42:4

44:19 45:3 78:2
100:17 107:22
108:21 109:13
140:19 152:10
160:15 174:3
222:25 237:3
250:5 275:5
276:25 281:1
**similarity** 160:17
**similarly** 243:1
**simple** 114:20
**simply** 167:16,23
197:25 198:11
**Sir** 112:18
**sit** 248:5
**situation** 122:11
123:4 272:16
275:15
**six** 24:17 27:20,23
30:3 217:7 232:24
**sixth** 24:21 30:3
**size** 142:25
**skills** 127:4
**skim** 69:3
**slide** 146:6 160:3
**slides** 145:13 146:3
152:2
**slight** 255:7
**slightly** 208:4
**SLL** 211:5 212:5
**small** 104:19,24
107:2 109:3,5,7
109:11 111:3
136:9 138:16
190:24 202:3
211:4 214:25
223:20 226:7,7
240:7 251:20,20
280:6,9,14
**Smith** 164:4,7
**smoked** 136:14,17
**smokeless** 147:4
**smokers** 136:8
**smoking** 3:13
135:19 136:2,11
137:7 139:2 146:9
146:21 147:5,15

**snus** 146:21,24
147:1,2,3,3,3
**so-called** 82:3
**sold** 47:17
**solid** 128:4
**somatic** 131:16
133:22
**somebody** 33:22
150:18 151:19
159:6 272:17
**somewhat** 138:15
211:23 215:1,18
277:5
**Sorahan** 68:15,16
69:13 80:17
**sorry** 13:16,17 20:6
39:6 44:7 49:8,25
52:9 53:1 54:23
62:17,20 65:6,12
86:7 87:1 89:21
90:5,5 102:7
103:23 107:11
113:20 120:10
122:17 132:7
133:8 137:24
142:8 144:23
145:8,21 146:25
150:23 180:18,25
182:23 184:1
186:12,24 195:9
195:11 196:16
203:14 204:1
209:24 210:8,10
221:22 222:10
229:2 232:11
235:23 238:11
242:12 255:14,25
256:13 266:13,15
268:7 276:9
277:15 279:4
**sort** 155:23 207:15
254:10
**Sounds** 161:14
**source** 3:24 92:8
166:7
**space** 284:6
**sparse** 81:17

Confidential - Pursuant to Protective Order

**speaking** 76:23
206:15 259:1
**speaks** 16:8,25
18:12 32:8 37:3
45:25 49:11 53:14
54:1 55:15 56:18
57:7 59:25 62:19
68:10 69:23 74:11
74:24 75:15 76:13
77:5,13 78:9 79:7
80:4,20 81:7,22
82:11 85:21 87:14
92:25 94:5 95:16
96:9 97:25 98:11
98:22 99:11 100:7
110:7,21 119:22
120:9 122:16
123:7,21 124:4
130:7,21 149:14
153:9 155:9
157:15 158:15
159:22 160:23
165:6 167:5,13
168:24 173:3
176:18 183:13
187:22 189:13
190:9 197:4 198:4
198:15 199:1
201:8 267:9,21
**specific** 4:22 11:11
16:20 28:8,9
32:14 48:5 52:5
60:5 62:25 64:1
77:7 84:13,22
85:9,25 90:11
93:9,15 94:25
107:4 108:8 114:6
117:14 125:20
126:19,21,21
127:20 132:15
146:16 156:13
159:8 163:17
186:5 188:10
189:19,20 207:17
216:3,10 217:17
221:5 229:7,16
233:18 241:11

253:5,14,22
258:22
**specifically** 18:21
21:24 22:2,6,22
23:13 24:4 25:6
25:10 26:10,22
28:15 29:2,12,21
30:10 31:8 32:1
35:15 36:4 37:17
40:15,23 42:21
46:2 48:3,19,21
48:24 49:17 53:15
53:16 54:3,12,24
57:9 63:1,12
65:13 69:9 73:9
75:1,17 76:21,22
77:16 78:11 79:8
81:24 82:12 83:21
84:12 85:22 87:15
87:17 88:13,23
89:9 90:12 95:2
95:18,19 96:2,11
96:13,21 98:14,24
100:12 107:19,24
108:2 114:7
127:12 132:13
134:23 144:17
149:16 151:7,12
151:23 152:3,15
152:17 159:25
168:7,10 169:3,11
171:8 173:20
177:5 184:13
185:4 186:2
187:25 191:3,13
192:17 193:11
197:17 198:5,16
199:2,5 200:17
201:20 206:25
209:19 217:14
218:19 223:3
228:6,12 230:12
237:24 241:9
242:13,21 248:16
248:19 254:16
255:20 256:23
267:11,22,25

268:18,25 269:9
270:2 271:2
273:21,24 274:19
274:21 278:7,22
280:19
**specification** 25:9
**specifics** 31:23
**Spell** 105:5
**spend** 131:12
134:24
**spent** 118:20
**sphere** 134:11
**spills** 42:14 43:7,8
43:15,20,22
**spoken** 79:10 90:24
**spot** 125:25
**spots** 281:21
**spouse** 150:17
151:18
**spouses** 16:19
97:18 99:8
**spray** 279:10
**spraying** 279:9
**spring** 279:9
**spurious** 218:16
223:22
**SS** 283:2
**stamp** 81:12
**stamped** 76:6
**stand** 62:6
**standard** 12:4
**stands** 156:12
161:18 282:5
**Stark** 3:15 140:7
**start** 124:14 279:9
**started** 11:8 34:9
124:15
**starting** 124:13
**starts** 97:14
**state** 7:14 8:25
19:23 28:19 33:8
33:25 34:7 57:1
75:9 80:14 174:11
185:8 226:19
284:5
**state/province**

213:10
**stated** 18:19 27:11
28:7,14 29:1,14
30:8,15 33:19
37:4 71:17 110:22
111:25 133:15
157:16 167:24
173:16 183:14
191:17 200:15
201:11 239:19
241:8,12 267:22
272:16
**statement** 8:12
28:9 31:19 44:9
45:1 46:4 48:7
62:6 83:3 87:16
101:16 107:17
112:2,4 114:20
141:14,24 169:2
178:17 228:4
239:25 240:19
245:12 246:21
247:1 248:10
253:7,14 264:5
268:19 279:5
**states** 1:1 44:1
112:24 119:18
165:3 166:22
169:1 176:20
276:14
**stating** 167:17
**statistical** 30:23
45:16 138:10
220:14,18
**statistically** 60:16
140:16 142:12,19
149:10 155:7
156:17 211:20
212:7 214:6,17
215:11,15,17
217:11 219:7
220:11 224:19
234:9,15 244:17
245:10 246:16
247:2 257:21
262:5,17 263:11
**status** 30:23 100:1

106:12 139:2
140:18,23 142:9
**stemming** 36:23
**stop** 68:24 109:18
185:22 233:14
**strategies** 99:1
**strategy** 223:1
**Street** 2:12
**strength** 147:12,17
272:10
**strengthened** 245:1
246:18 249:11
**strengths** 12:20
89:13 93:8,15,17
93:20 143:7
193:19 197:13
218:22 223:1
249:17 268:17
273:10
**stress** 168:20 169:9
178:8
**strike** 61:23
**strong** 81:19 82:17
141:16,25 146:8
147:18
**stronger** 246:11
**strongest** 12:9
32:19
**strongly** 267:17
281:19
**student** 124:13
272:8
**students** 57:16
**studies** 6:8 10:19
11:4,22 12:6,15
16:4,19 21:6 22:1
22:25 23:18,20
29:3,15,22,23
38:5 39:15 46:14
46:23 47:1 48:10
48:24 49:23 50:1
57:4 58:24 59:2
60:6,21,23 61:8
63:11,13 64:1
65:8 66:4 77:8,10
77:21 78:13,17
79:16,22 80:9,15

82:5,20 83:14,23
84:7,11,16,17,22
85:9,10,15,25
86:2 87:23,25
89:11 90:15,18
91:12 92:6 93:12
93:23,25 94:13,25
95:1,12 97:4
112:8 113:6,14
115:20 123:1
125:19 126:18
127:1,11,12,23
130:10,25 131:18
134:15 135:13,17
141:5 143:2 150:6
150:10,13,20
151:16,17,24
155:15,16 156:3
158:7 159:3
160:16 168:8
169:12 170:10
171:13,14,16,17
171:21,23 173:17
173:21 175:6,9
176:12 178:11,20
178:20,23 183:18
183:22 184:7
185:10,17,20
186:21 190:23
191:5,14,18 192:6
192:7,19,22 193:2
193:3,4,15,18,24
194:3 197:24
198:10,12 199:19
199:22 200:19
201:20 202:5
205:3,7 213:3,18
218:12 222:24
223:5,14 224:9
227:18 228:13
229:8,16 230:2
231:17 233:8,12
236:22 237:1,3,5
238:13,19 239:14
240:18 241:23,25
248:12 249:15
250:15 251:9

258:1,4,11,16,19
262:9 263:9,18
264:2,7,9,18,24
267:2,14 272:23
273:9 274:10
277:6 280:12
study 3:6,10,13,15
3:20 4:21 5:25
6:12 12:11,13,13
12:20 13:3,8,14
13:21 14:4 15:22
17:11,11 18:1,2
19:15,21 20:1,10
20:11 21:4,7,13
22:1,24 23:5,17
23:22 24:1,17
25:7,14 26:2 27:9
27:12 28:17 29:4
29:16 30:17,20
31:2,11,18,23
32:18,22 33:7,14
33:15,25 34:4,19
34:20 36:15 37:20
37:25 38:8,23
39:14 40:17 41:1
41:5,7,13 42:23
42:24 43:2,2,13
43:20 44:2,8 45:7
45:13,21,25 46:10
46:16,19,24 47:6
47:24 48:9,16
49:7 50:4,6,8,13
51:1 53:9,21
54:25 55:2 57:1
59:6 61:12,13,20
63:4 64:9,10 79:4
80:6 81:2,2 82:24
82:25 83:4,15
84:13,22,23 86:5
89:19 91:1 92:18
93:9,15,19,21
94:1,1,10 95:3,4
95:21,24 96:6,25
97:7,20 99:1
100:3,14,21,23,24
101:1,2 103:5,13
103:14,20,21

104:2,8,15,20
105:2 106:13,16
106:17,20,24
107:5 108:8 110:5
110:9,9,18 111:4
111:8,10,17,22
112:15 113:12,17
113:25 114:11,19
114:19,22 115:1,2
115:5,9,10 122:20
124:10 125:1,13
127:7 129:4,5,11
135:20 136:2,7,20
137:21 138:2,17
138:18,20,24
139:8,12,22 140:8
140:22 141:3,4
142:2,6,14,15
143:7 146:17,21
147:5,11,20,23
148:3 149:2 151:1
153:2 156:11
157:8 158:3 159:2
160:17,19,25
165:11,11,14
170:24 172:11
177:9 194:14
197:6,14 200:2
202:8,11 215:22
216:2,9 217:3,5,9
218:3 221:11,18
221:21,22,25
222:1,4,8,23
223:3,8,15,17,18
223:19,24 224:8
226:1,4,5,19
227:11,17 229:22
230:16 231:16,17
231:20 232:14
235:14,16 236:16
237:2 239:16
243:6 246:17
249:16,17 250:24
251:3,5,11,18,23
251:24 253:10,15
254:3,11,12
257:16 258:9

262:15 264:1,21
268:21,23 269:18
270:11 274:9,13
274:16 275:23
276:1,13 277:10
278:3,5 279:2,11
279:16,22
studying 267:7
sub-types 148:8
subgroup 5:12
243:15 244:12
subgroups 239:1
subject 18:9,25
28:4 30:21 47:7
70:18 103:11
223:17
subjects 36:21
47:14 82:4 110:2
111:22 224:15
submitted 117:24
118:1,2 148:12
suboptimal 155:23
subpopulations
111:21
Subscribed 286:16
subsequent 48:22
178:21 201:23
241:16 274:10
277:6
subsequently 39:15
61:18 185:11
272:20
substance 286:6
substantial 94:21
113:18,25 176:25
267:2
substantially 61:22
110:3 149:24
subtype 153:6
156:15 211:18
212:5 253:19
subtypes 59:14
156:9 214:4 253:5
success 11:24
sufficient 87:10
88:16 226:11
SUFFOLK 283:2

suggest 40:6
174:14 256:18
267:17
suggested 72:24
168:16 178:24
194:5
suggesting 11:6
132:4 212:4 281:2
suggestion 250:7
suggestive 136:9
138:14 257:2,6
suggests 238:23
summarizes 171:9
summary 95:7
96:17 146:6 200:5
248:9 258:17
261:24 263:7,23
summing 174:11
supplement 256:7
supplemental
255:19,21,23
256:14
supplementary
101:18
supply 47:16
support 64:20,23
88:1,17 140:22
142:7 168:13
171:18,23 200:24
201:12 202:12
221:3 253:3 281:4
supported 87:8
115:22 169:24
supportive 137:22
138:2,9 159:17
200:9 269:25
supports 89:16
280:12
sure 12:8 15:13
21:24 22:6 25:10
29:21 31:7 32:25
40:15,23 42:21
43:11,21 46:3
48:2 50:12 52:12
53:15 60:8 62:20
65:12 66:22 71:17
77:16 81:9 84:11

85:22 86:15 87:17
89:24 90:12 91:9
95:19 96:11,22
104:3 108:14
111:16 112:1,5
114:8 117:20
121:6 123:10
125:10 137:25
144:11,17,20,24
145:11,25 147:22
152:11 158:17,21
163:11,18 164:21
164:23 165:24
183:1 184:4
187:24 188:24
189:18 199:6
204:23 205:10
207:16 209:24
217:13 220:22
222:5 242:5
247:24,25 251:3
251:10 253:13
254:18 255:19
259:23 260:19
264:7 268:23
269:7,19 271:13
279:6,13
**Surgeon** 147:13
**surrogate** 42:16
**surrogates** 22:13
29:9
**surrounding** 10:22
**survey** 28:4
**surveys** 18:9 19:1
31:13 32:5
**susceptible** 223:14
**suspect** 75:11
**sustained** 128:11
**swear** 8:2
**Sweden** 118:20
139:1 176:13
243:23
**Swedish** 82:20
83:23 138:21
146:22 193:4
**sworn** 8:6 172:8
283:7 286:16

**sworn-under**
202:25
**systematic** 5:5 58:5
58:14,22,23 63:5
87:22 113:4
221:16 238:25
267:13
**Systems** 1:18
283:22

───────────

**T**

**T** 3:4 140:17,24
142:9 188:20
285:1
**T.H** 3:24 4:12
129:24 166:6,11
166:17,20 180:3
188:5 194:25
195:3
**tabbed** 260:13,18
260:21
**table** 56:22 59:17
108:10,12,13
136:20 217:19,20
227:4 233:17,18
233:21 245:5,14
246:19 249:20,21
253:15,17 255:19
263:4 268:3,7,8,9
268:13 269:7,20
270:2,21
**tables** 210:5 234:22
**take** 21:10 27:22
43:23 50:16 65:15
66:9,21 76:5
84:14 87:22 91:6
92:12 101:9
111:10 112:17
129:9 139:12
145:14 148:1,16
151:4 160:24
161:1,3 166:4
169:15 174:9
179:13 194:14
199:9 205:9,13
215:6 231:15
235:8 251:23

252:12 254:23
259:22 275:16
278:9 281:9
**take-home** 98:7
**taken** 65:24 67:2
87:25 101:13
113:10 156:25
161:8 171:16
174:7,13 192:21
202:11 205:18
222:2 260:1
263:20 264:9
281:12
**takes** 157:22 236:8
257:14,15
**talk** 11:11 17:10
30:17 33:5 36:5
38:21 48:7 59:20
85:25 93:22,23
102:12,15,18,21
121:10 154:20
155:21 157:25
191:4 220:19
231:23,25 232:1
260:14
**talked** 20:25 21:12
123:19 165:10
199:4,20 201:24
202:14 218:6
**talking** 22:22 32:14
52:4 59:16 83:20
95:23 103:10
106:9 109:1
119:20 187:4
195:8,13 212:17
217:20 228:11
236:10,21 248:16
248:19 251:5
274:20
**talks** 145:10 209:2
**tape** 161:3
**task** 42:12 89:10
**teach** 27:2,3
**team** 51:1
**technical** 52:14
56:20 236:6 255:8
**techniques** 184:20

**Technologies** 2:19
7:5
**tell** 16:2 27:9 34:7
35:19 37:7 71:7
125:25 137:3
176:11 206:25
211:9 215:10
244:15 266:25
272:12 275:24
278:22
**tells** 50:18 75:9
**ten** 156:1 238:17
242:11 245:9,17
246:5
**tend** 137:16 151:20
218:14 231:8
246:7 274:19
**tendency** 246:18
**tends** 250:2
**tenuous** 81:3
**term** 34:13 46:3
274:18
**terminology** 81:10
**terms** 25:24 34:3
36:5,7 45:3 97:1
141:23 155:23
162:4 206:18
209:17 223:2
225:2 253:13
258:18
**testified** 8:7 9:13
**testify** 17:21 283:7
**testimony** 25:12,16
33:11,18 43:19
62:6 63:9 83:2
85:20 89:8 172:8
202:25,25 204:21
212:16 225:9
283:10
**tetrachlorvinphos**
4:6 175:13
**text** 80:15 207:15
**textbook** 26:15,17
26:23 259:11
**thank** 8:23 52:1
66:23 72:22
102:16 187:2,8

206:9 255:10
260:24 261:22
281:7,8 282:11,12
**thankful** 50:24
**thanks** 51:5 206:12
**thereto** 133:1
**thing** 37:24 56:25
60:19 69:4,8
82:14 89:18 145:1
221:10 234:20
235:7 236:22
274:24
**things** 55:24 74:4
140:14 173:13
191:6 206:15
218:2 234:25
235:3 250:3
258:24 259:4,17
**think** 11:3 20:21
23:12,15,19 24:3
24:10 26:9 32:24
33:20 37:16,18
43:12 45:10 46:25
49:2 51:24 52:12
60:12,19 61:3,3
61:17 66:5 67:12
71:1 77:18 78:10
78:12 80:5 82:14
83:13 86:14 87:21
89:12 103:9,13
104:5 107:24
111:3 112:14
113:8 114:25
118:2 127:6,25
131:1 133:24
139:8,17,17
141:14,23 149:25
151:4,15 153:11
153:17 156:25
158:24 159:1
175:2 177:1
179:24 183:16
185:7,12,20,22
190:18,18,22
191:12,12 192:3,5
192:24 194:1,14
199:3,10,24 208:5

Confidential - Pursuant to Protective Order

208:13 210:21
214:22 215:2,5
217:15 218:1,9,11
220:1,13,14,17,19
220:20 221:10,14
223:19 225:10
230:14 231:17
234:20 235:7,9,15
235:20 236:5,22
237:6,15 239:4
241:13 242:22
245:13 249:15
250:22 257:23
258:6 266:4
271:15,25 272:1,4
272:15 279:19,22
280:5,12,24
**thinking** 33:6
57:10 104:2
195:16 199:25
251:10 270:19
**third** 266:21
**thirty** 284:13
**Thomas** 68:14
164:4,7
**thorough** 94:11
267:13
**thoroughly** 63:11
98:13 170:19
177:16 197:11
268:13
**thoroughness**
197:20
**thought** 45:15
48:12 170:3
172:24 218:22
**thoughtful** 113:5
**thoughtfully** 94:12
**thousand** 17:12
**three** 15:19 21:16
28:22 148:13
154:9 174:16
182:19 206:22
214:4 217:6
223:24 224:13
228:17 232:23
233:8,11 266:8,22

**Tier** 81:2,10
**time** 7:6 11:7 27:22
37:13 49:15 51:11
55:21 67:1,4
73:14 101:12,15
101:17 102:11
124:16,18 127:19
131:12 133:9
134:11,24 145:14
161:7,10 172:17
174:12 205:9,16
206:4 223:8
247:10 259:25
260:3 279:25
281:7,11,14
282:15
**times** 27:13 202:15
235:5 271:8
**timetable** 172:19
172:22
**title** 196:17 233:6
252:1 266:3
**titled** 4:6 175:12
**tobacco** 147:4
**today** 8:13,22 9:17
114:9 135:6 191:7
199:5 201:24
208:19
**Today's** 7:5
**told** 103:14
**Tom** 69:13,13
**tools** 189:6
**top** 56:1 59:19
172:10 209:2
**topic** 104:13
107:19 127:6
140:2 170:21
186:13 273:8
**topics** 168:9
**total** 42:15,17
61:10 117:14
**totality** 89:14
193:20 194:15
236:4 273:12
**towers** 128:12
**toxicologist** 71:11
**track** 104:6

**transcript** 4:4,17
172:4 203:4
284:14,15
**transcription** 286:5
**translates** 276:19
**TRAVERS** 2:4
**Traverse** 7:24,24
**treat** 125:17 231:12
**trends** 143:9
**trial** 19:9 101:7
**trichomonas** 3:16
139:23 140:8
**Trichopoulos**
118:16 121:21
123:18,23 124:8
124:12
**tries** 262:25
**tripling** 224:18
**true** 10:17,20 11:14
14:6 20:3 30:25
42:7 45:8,14 46:8
48:14 82:9 84:8
94:22 96:7 97:7
100:5 106:6
110:19 112:22
114:5 137:6,11,13
140:25 154:3
158:13 159:20
160:21 176:16
178:3 185:1 198:2
198:13,24 200:12
200:12 221:21
247:12 256:25
258:13 261:5,6
262:23 264:4
269:6 276:23
279:3 283:10
**truly** 177:24
**truth** 97:5 283:8
**truthfully** 9:25
**try** 40:18,21 42:7
231:12 233:13
242:17
**trying** 11:8,9
133:13 145:3
146:1 190:3 191:1
204:24 210:18

217:16 218:18
231:14 243:2
259:15 271:5
**tumors** 128:4
**turn** 30:16 38:20
59:3 111:7 137:2
157:7 160:14
174:16 210:13
214:14 226:16
238:21 268:3
**turned** 118:8
**turning** 144:10
**twice** 41:4
**twin** 128:12
**two** 21:14 28:10
31:15 32:22 33:15
56:6 60:23,23
61:8,9 81:13
92:17 93:23 102:8
106:18,18 119:19
122:25 137:18
142:4 149:9,17
151:4 155:5,22
162:20,22 168:17
198:19 199:6
207:7 211:8
214:17 217:6,10
230:8 232:23
234:2 239:14
252:10 254:5
255:24 263:8
265:6 268:9
**type** 78:25 174:2
190:1 253:18
263:6 274:11
**types** 131:14
134:11 210:20
214:3
**typewriting** 283:9

———————
**U**

**U.S** 7:10
**unable** 19:6 29:2
29:12 162:20
**unadjusted** 154:13
218:16 220:12
224:22 244:20

245:16 257:9
258:2 262:22
263:21
**unaware** 185:25
**unclear** 280:18
**unconstructive**
187:19
**unconvincing**
184:17
**undergone** 216:23
224:5
**underlying** 112:9
131:15 133:22
171:7
**underneath** 271:16
**understand** 9:21
17:7 20:6 24:11
32:11 38:22 39:18
39:23 63:12,19
126:20 132:7,12
145:3,4 150:23
159:7 163:6
183:20 184:5
186:1 227:25
231:5 235:3 239:6
242:2,5,12 247:8
256:10 262:14
277:13 282:2
**understanding**
11:20 21:17 28:23
53:7
**understood** 9:24
**undertaken** 223:9
**underwent** 244:6
**unexposed** 245:23
246:1 254:9
279:18
**unfair** 187:18
**unfamiliar** 186:5
**Unfortunately**
74:17
**Union** 70:7
**United** 1:1 44:1
165:2
**univariate** 224:15
**universal** 114:22
115:5

university 9:6
  13:22 14:14,20
  15:6 18:3 144:8
  182:8 194:19
  195:16
unmeasured 23:6
  29:18 220:3
unpublished 33:15
  55:10,25 147:21
  169:18 171:16
  173:17,21 174:5
  264:21,23 272:11
  272:23 273:1
  275:12,20
update 123:3
updated 41:8 61:18
  62:11 66:6 87:21
  172:16 174:13
  202:6 236:6
  280:25
upset 133:13
uptake 280:20
urge 281:19
usage 162:2
use 4:2,19 5:24
  21:18 28:24 34:12
  37:25 40:19 42:6
  42:25 47:14 49:5
  52:19 53:20 66:7
  66:11 78:5,24
  80:11 81:10 82:7
  82:18,23,25 83:5
  84:4 94:20 97:22
  138:13 143:11,22
  146:13,21 148:7
  149:10,18,21
  150:19 152:7,24
  153:5 154:8,14
  155:14,18 157:3
  158:4,11,12,24
  173:15,20 174:23
  177:6 189:6
  199:13 201:25
  203:11 207:4
  213:15,20,23,25
  218:14 225:6
  233:18,20 245:17

246:5 249:18
250:4 262:12
270:10 274:25
275:1 277:23
280:16
useful 125:19
  174:10 208:6
user 277:16,20
  278:17 279:2,12
users 280:20
uses 28:18 33:25
usually 34:13

V

V 2:17
Vaccination 4:11
  188:15
vaginal-seroposit...
  140:17
vaginalis 3:16
  139:23 140:8,24
vaginalis-serposos...
  142:9
vague 12:22 18:18
  23:9 24:2,9 25:3
  26:7 27:10 34:10
  34:22 35:21 37:10
  38:13 40:13 42:20
  44:6 46:21 48:15
  49:24 64:13 67:18
  70:24 71:16 73:5
  75:25 76:19 81:22
  83:10 84:9,20
  88:6,12 89:20
  90:16 91:4 110:20
  114:24 115:17
  119:5 121:18
  123:8 125:3 126:1
  128:5,13 139:10
  143:14 161:22
  171:5 229:14
valid 21:9 43:1,17
  86:24 87:5 272:1
  272:4 275:9
  279:19
validate 22:12 29:8
validation 21:6

22:1,24 29:3,14
37:25 38:5 39:15
42:22 43:12,19
46:14 48:10,23
83:14 94:25 95:12
278:5 279:22
280:10
validity 19:17
  21:15,18 28:12,23
  29:5,16 43:13
  46:7,11 49:17
  97:3 111:16 115:2
  183:7 278:3
value 177:1 211:12
  211:25 225:3
  256:17
values 64:18
  278:10
variable 18:8,25
  21:14 28:3 137:16
  141:19
varies 236:12
various 16:21 77:9
  183:3 184:19,22
  245:6
vary 127:20 235:16
  246:7
verify 57:2
version 271:17
versions 207:7
  271:6
versus 45:4 78:4,5
  109:11 133:23
  151:13 152:5
  209:2 258:16
  264:17
vertical 64:8 65:16
  256:10,11
video 7:8
videographer 7:3,5
  7:21 8:1 66:25
  67:3 101:11,14
  161:6,9 205:15
  206:3 259:24
  260:2 273:14
  281:10,13 282:13
videography 8:17

VIDEOTAPED
  1:13
view 204:6
Virginia 2:6
virtually 33:8
vis-à-vis 134:11
vitro 178:9,10
Volume 3:21,22
  68:18 69:1 163:23
  164:3,10,12
voted 266:18

W

W 2:10
Wadell 82:16 84:3
  151:10 152:14
waiving 101:23
walk 84:21 85:9
want 10:12 17:25
  24:3 27:22 30:12
  30:18 31:22 53:7
  55:24 61:2 67:14
  70:7 74:4 81:15
  86:23 102:11,18
  104:25 122:6
  127:11 135:17
  138:8 139:12
  140:13 143:5
  144:23 145:8,11
  145:15,23 159:4
  205:12 209:24
  221:9 234:21
  248:1 251:10
  253:8 256:22
  259:5,6 260:14,20
  260:22 270:22
  276:9
wanted 11:7 104:3
  141:13
wanting 241:1
warn 31:10
Washington 2:12
wasn't 13:10 16:13
  17:7 47:22 55:5
  111:1 133:13
  175:3,4 179:7
  182:2 184:11

190:16 192:13
195:23 197:18
231:14 240:6,6
248:2 251:18
wave 36:6 38:4
  100:16 106:22
  276:3 278:1,18
  280:23
way 17:22 26:23
  39:21 40:17 43:11
  43:21 48:18 50:15
  54:11 55:5 64:25
  65:21 67:20 68:22
  70:15 71:7,17
  73:10,18 75:17
  80:22 81:25 84:25
  93:3 96:2,24
  100:9 105:22,24
  120:18,23 121:20
  124:7,22 127:14
  131:13 143:16
  147:23 160:8
  163:19 169:5
  170:9,20 171:19
  173:11 175:5
  179:5,11 186:20
  190:11,17 191:2
  192:13 194:2,23
  195:23 197:19
  204:23,25 205:2
  212:25 213:19
  220:7 221:13
  223:11 239:24
  242:24 243:3
  245:21 248:1
  258:14 259:1,14
  264:15,19 267:15
ways 31:25 37:23
  83:17 235:2 236:3
  236:6 278:4
wcople@hollings...
  2:11
we'll 10:6 15:24
  17:8 35:20 58:2
  65:15 68:3 102:12
  147:19 175:10
  205:13 255:8

281:24
**we're** 13:4 23:15
33:21 40:1 52:23
63:23 101:7,8
104:5 109:1,4
111:16 115:12
141:21 142:24
161:1 180:9
199:25 220:2,16
220:24 222:14
223:4,12 231:12
234:21,22,22
235:24 245:20
265:15
**we've** 21:12 66:17
74:1 119:9 121:24
165:10 195:7,12
201:24 209:15
215:3 226:14
236:9 243:9
255:13
**weaknesses** 12:20
89:13 143:7
193:19 197:13
**website** 3:24 4:12
166:1,7,21 167:6
167:15 168:15
169:1 188:19
189:2 194:25
195:3
**wedded** 172:22
**week** 55:23 134:24
**weigh** 170:9 198:10
**weight** 79:24 87:9
184:24
**Weisenburger**
232:25 239:17
**Weisenburger's**
148:22 182:10
**well-designed**
267:1
**well-known** 247:16
**Well-respected**
180:23 181:5
194:21
**went** 79:16 103:21
222:25 264:18

269:7
**whereof** 283:17
**wide** 109:13 136:13
138:16 211:23
224:25 225:22
**width** 65:1
**William** 2:10 7:18
**Winsky** 105:3
**witness** 8:3 9:20
37:15 63:9 66:19
66:20,23 85:7
91:22,23 102:5
152:13 205:8,11
205:14 259:21
282:11 283:11,17
284:1
**witness's** 25:16
62:6 83:2 85:20
89:8 212:16 225:9
**Women's** 182:3
**wonderful** 145:1
**word** 35:10,14,20
36:2 138:13 162:8
162:11 231:9
252:12
**words** 11:9 49:12
162:1 199:3
200:16
**work** 35:20 88:5
116:17 118:12,13
118:23 124:21
128:10,14 134:15
134:25 161:12
231:8
**worked** 10:13,18
88:7 116:14 120:2
120:6,15 138:23
278:13
**working** 118:21
124:15 178:13
179:7 184:18
187:17 188:6
197:11
**works** 69:17
**worried** 223:4
**worry** 219:19
279:20

**worth** 79:19
**wouldn't** 18:21
27:15 30:14 65:20
88:20 108:21
139:12 143:15
171:2 194:13
205:1 248:1
256:22 267:14,24
273:23 279:14
**write** 26:18 27:18
70:4 75:22 197:9
**writes** 72:21
**writing** 27:21
172:21
**written** 17:1 19:20
26:15,16 29:13
49:12 55:25 65:7
80:21 81:8 104:10
105:14 126:24
127:8 130:23
171:8 201:10
221:20,24 243:20
245:3
**wrong** 201:14
217:20 219:8
259:6
**wrote** 173:15
242:10

—————
**X**
—————
**X** 3:4

—————
**Y**
—————
**yeah** 32:10 53:15
54:18 66:20 87:2
87:3 92:24 102:13
118:8 122:17
124:5 132:12
138:1 163:11
167:14,23 182:9
190:10 206:24
239:6 242:20
247:24 252:1,25
**year** 15:17 31:15
118:20 135:4
149:18 155:5,23
155:25 156:6

158:25 159:5
215:8,20 217:10
220:6 279:10
280:1,2,3
**years** 4:8 15:20
40:4,8 47:13,15
124:10 127:14,25
133:19 136:23
150:14 156:1,6
159:6 162:20,22
179:14,17 187:6
238:6,17 242:11
**yellow** 256:15
**yes/no** 137:16
**yesterday** 121:8
271:7
**York** 128:11
252:20

—————
**Z**
—————
**zoom** 257:13

—————
**0**
—————
**0.5** 225:1
**0.77** 244:23
**0.8** 212:4
**0.84** 211:17
**0.87** 211:24 212:11
**0.9** 235:22,23
**0.92** 177:9
**0022331** 81:12
**0022333** 86:19
**022329** 76:6
**022333** 86:6
**05** 139:7
**08** 257:17
**09** 108:24

—————
**1**
—————
**1** 53:8,19 54:8
56:22 64:8,20
65:18 81:2,10
109:11 136:20
138:15 147:7,7,8
236:19 256:11,11
276:16
**1.0** 256:17 257:3,6

**1.02** 215:14
**1.04** 245:19
**1.13** 211:16
**1.2** 152:23
**1.22** 211:11
**1.23** 140:19 212:3
**1.32** 211:22
**1.4** 78:23 138:20
**1.43** 154:6
**1.46** 257:21 258:6
**1.5** 262:23
**1.51** 211:17 212:10
244:23
**1.6** 234:16 235:22
235:23 236:18
**1.73** 215:1,10
**1.8** 212:4
**1.85** 224:25 227:6
**1/28/16** 6:13 116:4
**1:30** 206:4
**10:04** 101:12
**10:21** 101:15
**100** 60:16
**103** 6:12
**1047** 226:16
**105** 3:21 163:23
164:3
**108** 2:6
**10th** 165:19 271:9
**11** 166:24 176:1
**11:39** 161:7
**11:56** 161:10
**112** 3:22 68:18 69:1
164:10,12
**116** 6:13
**1161** 217:9 219:4
**1162** 220:24
**119** 3:8
**12** 157:7
**12:49** 205:16
**120** 6:2 68:2
**122** 3:9
**129** 3:12
**13** 3:6 146:5 207:12
238:6
**1350** 2:12
**136** 3:14

Confidential - Pursuant to Protective Order

**14** 160:14
**140** 3:17
**14079** 6:9 91:15
**143** 3:19
**148** 3:20
**149108** 283:23
**15** 53:21 93:6
212:11 271:3
**1531** 137:3
**1532** 137:20
**16-md-02741-VC**
1:5
**163** 3:21
**164** 3:23
**166** 3:25
**1662** 246:13
**17** 72:17 166:24
175:25 183:20
184:5 191:8
240:10
**17.1** 253:25
**172** 4:5
**175** 4:7
**179** 4:9
**18** 252:10 253:16
**188** 4:11
**18th** 271:9
**19** 97:13 124:13
277:19
**195** 4:13
**196** 4:16
**1965** 112:19
**1980s** 238:14
**1990s** 124:15
**1993** 276:3,13
277:15
**1994** 277:19
**1997** 276:3,13
**1998** 276:11
**1999** 121:16,24
122:7,9
**19th** 271:10,10

_____

**2**
**2** 1:15 60:16 61:16
74:15 92:21 98:25
99:9 108:10,12,13

108:24 109:12
122:10 123:13
149:5 182:22,23
197:9 245:5
246:19 249:21
268:8 274:4
**2,4-D** 149:21 158:1
176:24 177:14,17
213:23
**2.0** 263:15
**2.02** 244:17
**2.1** 234:8,11,12
**2.12** 219:7 220:1,10
220:12
**2.36** 245:18
**2.42** 149:10 155:7
**2.60** 212:11
**2.8** 235:23
**2.83** 156:17
**2.93** 215:14
**2.94** 244:23
**2:39** 259:25
**2:51** 260:3
**20** 111:7 286:17
**20,000** 83:7 276:21
278:19
**2000** 15:17 31:15
49:15 271:8
**20005** 2:12
**2000s** 124:15
**2001** 66:8 152:14
215:22 257:17
**2002** 64:25 257:17
**2003** 56:3,4 66:7
158:19 194:4
231:19 240:9
242:22 257:15
276:11
**2005** 25:8 257:16
281:2
**2007** 110:5 277:17
277:19
**2008** 106:3 243:7
244:7 250:9
277:12
**2009** 140:4 257:18
**2010** 105:14,18

**2012** 80:17
**2013** 25:7,14 41:11
53:9,22 169:18
170:3,13 172:12
173:24 174:10
250:25 270:20
271:3
**2014** 41:19 42:8
173:25 255:25
261:16 272:7
**2015** 68:6,8 72:17
80:17 145:10
166:24 175:21,25
179:3 182:19
183:23 207:10,12
208:6,16 209:7,19
210:2,3 211:15
212:2,10 214:8,23
**2016** 58:2 91:3 93:7
95:4 99:24 104:10
105:17,20 109:16
111:8 114:20
116:12 117:24
197:8 199:16
**2017** 1:7 7:6 52:10
52:15 61:18
104:21 105:3,10
282:14 283:6,18
**202-898-5800** 2:13
**203** 4:18
**204** 172:9 173:5
**206** 173:5
**207** 4:20 173:5
**216** 4:23
**21st** 117:23 271:9
**22** 1:7 7:6 187:5,7
204:2 211:10
282:14
**222** 5:3
**22960** 2:6
**22nd** 283:5
**23** 112:3,17
**23-14** 186:24
**23-16** 148:18
**23-32** 251:12
**232** 5:9
**23rd** 283:18

**24** 52:10 186:24
**24-1** 3:5 13:4,5,20
**24-10** 3:7 119:9,12
**24-11** 3:9 121:24
122:1
**24-12** 3:10 129:5,10
**24-13** 3:13 135:22
136:1
**24-14** 3:15 140:6
**24-15** 3:18 143:23
**24-16** 3:20 148:1,2
**24-17** 3:21 163:21
163:22
**24-18** 3:22 164:9,11
**24-19** 3:24 166:4,5
**24-2** 4:1 52:16,17
**24-20** 4:4 172:1,2
**24-21** 4:6 175:10,11
187:1,2
**24-22** 4:8 179:14,16
187:8,10
**24-23** 4:10 188:12
188:13
**24-24** 4:12 194:24
195:2
**24-25** 4:14 196:3,4
**24-26** 4:17 203:2,7
**24-27** 4:19 206:21
207:2 209:14
**24-28** 4:21 215:22
216:1 229:20
**24-29** 5:1 222:14,15
**24-3** 5:4 58:3,4
**24-30** 5:7 232:5
**24-31** 5:10 243:10
243:11
**24-32** 5:13 251:13
**24-33** 5:15 255:1,14
255:14
**24-34** 5:18 260:4,12
261:2
**24-35** 5:21 265:8,15
**24-36** 5:23 270:8,24
**24-4** 6:1 67:25 68:4
**24-5** 6:3 71:21,25
**24-6** 6:5 73:21 74:2
**24-7** 6:7 91:10,19

92:5 104:7
**24-8** 6:10 102:22
103:1,20,23
**24-9** 6:13 116:2,3
**24.15** 144:3
**243** 5:12
**25** 114:21
**251** 5:14
**255** 5:17
**260** 5:20
**265** 5:23
**270** 5:25
**2741** 1:3 7:10
**28** 116:12
**293** 173:5 174:16
**2A** 167:11 178:15
178:19 228:5
264:6

_____

**3**
**3** 59:17 142:4
153:21,23 207:8
233:17,21 249:20
**3.0** 152:22
**3.1** 253:24
**3/20/17** 4:4 172:3
**3:20** 281:11
**3:24** 281:14
**3:25** 282:15
**30** 78:4 83:23
150:10 157:5
284:13
**300** 225:5
**31** 277:11
**31st** 207:9,20
**32** 211:20
**334** 6:6 73:23
**337** 203:13
**36,300** 276:20
**37** 34:17 274:16
**3rd** 165:18

_____

**4**
**4** 59:21 253:15,17
256:7
**4/8/17** 4:17 203:3
**40** 4:8 59:23 83:24

Confidential - Pursuant to Protective Order

150:11 157:5
174:17 179:14,17
187:6
**40,000** 17:15
**404** 63:15,23
**416** 59:3,9,9
**43** 223:7 226:13
**4378** 3:8 119:14
**44** 98:5
**446** 6:4 72:2
**4513** 260:23,24
261:2,21,22
**47** 209:2
**472** 203:13,23
204:2
**473** 203:13
**48** 18:3

**5**

**5** 56:1 62:14 233:16
263:4 268:3,7,8,9
270:21
**5.37** 245:19
**5.7** 136:23
**5/24/17** 4:1 52:18
**50** 62:15 78:4 262:5
262:17
**50-some** 17:12
**508** 182:24
**51** 212:13
**513** 187:12
**52** 4:3 30:17
**540-** 2:7
**55** 153:4
**57** 38:20,21 39:24
**57,000** 276:14
**58** 5:6 45:19 49:3
**59** 47:7 52:13 99:7

**6**

**6** 253:24
**6.20** 225:1
**6/2/15** 6:1 67:25
**6/3/15** 4:19 207:3
**60** 52:14 234:14
**63** 276:19
**64** 99:6

**67** 3:9 6:2 109:8
122:3
**672-4224** 2:7
**69** 50:17

**7**

**7** 8:14 55:9 57:1
92:3 172:13 227:4
**71** 6:4
**73** 6:6
**74** 99:8 136:25
**743** 200:6
**75** 97:18 214:5

**8**

**8** 3:2 180:1 238:22
**8:05** 1:16 7:6 283:6
**80** 97:17
**85** 225:7
**87** 212:6,12
**877.370.3377** 1:23

**9**

**9** 146:13
**9,500** 146:22
**9/11** 128:10,18
**9/21/15** 3:20 148:3
**9:10** 67:1
**9:25** 67:4
**90,000** 16:18
**91** 6:9
**917.591.5672** 1:23
**93** 279:1,8
**94** 279:1,10 280:15
**95** 64:16 65:1,9,23
66:15 131:6
139:19 211:23
212:3,19 215:13
256:24
**98** 214:18 279:1,11
280:15