# EXHIBIT 52

Confidential - Subject to Protective Order

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP           )
PRODUCTS LIABILITY       )   MDL No. 2741
LITIGATION               )
_____ )   Case No.
THIS DOCUMENT RELATES    )   16-md-02741-VC
TO ALL CASES             )

THURSDAY, SEPTEMBER 21, 2017

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

- - -

VIDEOTAPED DEPOSITION of JENNIFER R. RIDER, ScD, held at the offices of Cetrulo LLP, 2 Seaport Lane, Boston, Massachusetts, commencing at 9:01, on the above date, before Maureen O'Connor Pollard, Registered Merit Reporter, Realtime Systems Administrator, Certified Shorthand Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Subject to Protective Order

## Page 2

1       A P P E A R A N C E S :
2
    THE MILLER FIRM LLC
3   BY:  MICHAEL J. MILLER, ESQ.
      NANCY GUY MILLER, ESQ.
4    JEFFREY TRAVERS, ESQ. (VIA PHONE)
      mmiller@millerlawllc.com
5    nmiller@millerlawllc.com
      jtravers@millerlawllc.com
6    108 Railroad Avenue
      Orange, Virginia 22960
7    540- 672-4224
      Counsel for Plaintiffs
8
9
10   HOLLINGSWORTH LLP
    BY:  WILLIAM J. COPLE III, ESQ.
      GRANT W. HOLLINGSWORTH, ESQ.
11   wcople@hollingsworthllp.com
    ghollingsworth@hollingsworthllp.com
12   1350 I Street, N.W.
    Washington, DC 20005
13   202-898-5800
    Counsel for Defendant Monsanto
14
15
16
17
18   V I D E O G R A P H E R :
19   CHRISTOPHER COUGHLIN,
    Golkow Technologies, Inc.
20
          – – –
21
22
23
24
25

## Page 3

1      INDEX
2   EXAMINATION      PAGE
    JENNIFER R. RIDER, ScD
3   BY MR. MILLER      8
    BY MR. COPLE      272
4
      E X H I B I T S
5   NO.    DESCRIPTION     PAGE
6   23-1  Rider, et al article, Ejaculation
       Frequency and Risk of Prostate
7     Cancer............................. 13
8   23-10  Schinasi and Leon article,
9     Non-Hodgkin Lymphoma and
       Occupational Exposure to
       Agricultural Pesticide Chemical
10     Groups and Active Ingredients....... 119
11  23-11  9/21/15 NAPP manuscript............. 134
12  23-12  5/24/17 Exponent paper,
13     Meta-Analysis of Glyphosate Use
       and Risk of Non-Hodgkin Lymphoma.... 144
14  23-13  1/28/16 retainer letter............. 146
15  23-14  IARC Monographs List of
       Participants....................... 152
16
17  23-15  Document from Harvard T.H. Chan
       website titled Research Roundup..... 154
18  23-16  IARC Monographs Volume 112 List of
       Participants....................... 158
19
    23-17  PowerPoint titled Lung Cancer,
20     Molecular Pathology of Cancer Boot
       Camp, 1/4/12................... 165
21
22  23-18  Report from School of Public
       Health website, Report links
23     welding fumes with risk of cancer... 169
24  23-19  Publication titled Global Cervical
       Cancer:  HPV Vaccination and
25     Diagnostics................... 171

## Page 4

1  23-2  Non-Hodgkin Lymphoma and
2     Occupational Exposure to
       Agricultural Pesticide Chemical
3     Groups and Active Ingredients:  A
       Systematic Review and
4     Meta-Analysis.............. 43
5  23-20  IARC Monograph Volume 114 List of
       Participants..................... 173
6
7  23-21  Harvard School of Public Health
       website page of Richard Clapp,
8     D.Sc, MPH.......................... 175
9  23-22  Portier, et al article titled
       Differences in the carcinogenic
10     evaluation of glyphosate between
       the IARC and the EFSA............. 176
11  23-23  IARC Monograph: 40 Years of
       Evaluating Carcinogenic Hazards to
12     Humans.......................... 184
13  23-24  Bolognesi and Holland article
       titled The use of lymphocyte
14     cytokinesis-block micronucleus
       assay for monitoring
15     pesticide-exposed populations....... 198
16  23-25  De Roos, et al article, Cancer
17     Incidence among Glyphosate-Exposed
       Pesticide Applicators in the
18     Agricultural Health Study......... 201
19  23-26  6/23/15, WHO Press Release, IARC
       Monographs evaluate DDT, lindane,
20     and 2,4-D...................... 213
21  23-27  Alavanja, et al article, Increased
     Cancer Burden Among Pesticide
22     Applicators and Others Due to
       Pesticide Exposure.................. 222
23  23-28  Alavanja, et al paper, Non-Hodgkin
24     Lymphoma Risk and Insecticide,
       Fungicide and Fumigant Use in the
25     Agricultural Health Study......... 225

## Page 5

1  23-29  Draft Lymphoma risk and pesticide
2     use in the Agricultural Health
       Study...................... 227
3
4  23-3  Forest plots from Dr. Chang's
       meta-analysis................... 44
5  23-30  International Committee of Medical
       Journal Editors, Uniform
6     requirements for manuscripts
       submitted to biomedical journals.... 243
7
8  23-31  World Trade Center Health Program,
     Minimum Latency & Types or
9     Categories of Cancer............ 248
10  23-32  Chen, et al article, Residential
       Exposure to Pesticide During
11     Childhood and Childhood Cancers:
12     A Meta-Analysis.................. 250
    23-33  Buckley, et al article, Pesticide
13     Exposures in Children with
14     Non-Hodgkin Lymphoma............. 254
    23-34  Copy of Tweet of Jennifer Rider..... 256
15  23-35  Wilson, et al study, Vasectomy and
     Risk of Aggressive Prostate
16     Cancer:  A 24-Year Follow-Up Study... 259
17  23-36  Sigurdardottir, et al manuscript,
       Sleep Disruption Among Older Men
18     and Risk of Prostate Cancer......... 264
19  23-37  Exhibit B to expert report,
       Materials Considered List.......... 267
20
21  23-38  Expert Report of Jennifer R.
       Rider, ScD, 7/31/17................ 273
22  23-39  Supplemental Materials Considered
       List........................... 277
23  23-4  Chang and Delzell article,
24     Systematic review and
       meta-analysis of glyphosate
25     exposure and risk of
       lymphohematopoietic cancers......... 49

Confidential - Subject to Protective Order

Page 6

1
2    23-40   Draft, Lymphoma risk and pesticide
            use in the Agricultural Health
3            Study, 12/5/16...................... 286

4    23-5    McDuffie, et al article,
            Non-Hodgkin's Lymphoma and
            Specific Pesticide Exposures in
5    Men.............................. 64
6    23-6    Hardell, et al article, Exposure
            to Pesticides as Risk Factor for
7            Non-Hodgkin's Lymphoma and Hairy
            Cell Leukemia...................... 76
8
9    23-7    De Roos, et al article,
            Integrative assessment of multiple
10           pesticides as risk factors for
            non-Hodgkin's lymphoma among men.... 85
11   23-8    Eriksson, et al article, Pesticide
            exposure as risk factor for
12           non-Hodgkin lymphoma including
            histopathological subgroup
13           analysis........................... 93
14   23-9    Cocco, et al article, Lymphoma
            risk and occupational exposure to
15           pesticides......................... 110
16
17
18
19
20
21
22
23
24
25

Page 7

PROCEEDINGS

THE VIDEOGRAPHER:  We are now on the record.  My name is Chris Coughlin.  I'm a videographer for Golkow Technologies.  Today's date is September 21, 2017, and the time is 9:01 a.m.

This video deposition is being held in Boston, Massachusetts, In Re:  Roundup Products Liability Litigation, MDL No. 2741, Case Number 16-md-02741-VC, for the United States District Court, Northern District of California.

The deponent is Dr. Jennifer Rider.

Will counsel please identify yourselves and state whom you represent.

MR. MILLER:  Good morning, this is Michael Miller and Nancy Miller on behalf of plaintiffs.

MR. COPLE:  Good morning.  This is William Cople and Grant Hollingsworth, both of Hollingsworth LLP, for Monsanto.

THE VIDEOGRAPHER:  The court reporter is Maureen --

MR. TRAVERSE:  Jeff Traverse from the Miller Firm on the phone.

Page 8

MR. COPLE:  Anyone else?

THE VIDEOGRAPHER:  The court reporter is Maureen O'Connor, and she will now swear in the witness.

JENNIFER R. RIDER, ScD, having been first duly identified and sworn, was examined and testified as follows:

EXAMINATION

BY MR. MILLER:
Q.   Good morning.
A.   Good morning.

MR. COPLE:  Excuse me for a moment, Mike.  I just have a brief comment for the record.

On behalf of Monsanto, we are producing Dr. Rider as a general causation expert pursuant to Pretrial Order No. 7 of the deposition protocol.  Monsanto provisionally designates as confidential in its entirety the transcript, videography, and exhibits used in this deposition.

BY MR. MILLER:
Q.   How are you doing today?
A.   Good.  Thank you.

Page 9

Q.   Excellent.
What's your name?
A.   Jennifer Rider.
Q.   And Dr. Rider would be appropriate?
A.   Sure.
Q.   Okay.  And, Dr. Rider, have you been deposed before?
A.   Never.
Q.   Okay.  I'm going to ask some questions.  I'm sure these lawyers have had an opportunity to explain that concept to you.
A.   Yes.
Q.   So if at any time you do not understand my questions, will you let me know?
A.   Absolutely.
Q.   Okay.  So if you answer, I'll assume you answered truthfully, fully, and as fair as you would in front of a jury.  Okay?
A.   Okay.
Q.   Great.
I see your CV, and we'll talk about it a little bit, but it kind of speaks for itself. I just want you to know up front, no matter what anybody said, I'm going to bend over backwards to be courteous and to be intellectually honest

Confidential - Subject to Protective Order

Page 10

1  in my questions, and I know you'll do the same
2  and try to be intellectually honest in your
3  answers, and we'll extend each other that
4  courtesy. Okay?
5      A.  Sounds good.
6      Q.  Great.
7          And you have the same sort of knack I
8  do, I like to nod at people, but she can't type
9  that down. You have to verbalize an answer.
10     A.  Okay.
11     Q.  Okay. Good. All right. As I
12  understand, and I got your report that was sent
13  on this case, and I assume that you prepared
14  this?
15     A.  I did.
16     Q.  Okay. And I just want to ask you --
17  I'm not going to go through it page-by-page,
18  line-by-line or anything, but I did want to ask
19  you about this. The scope of the report, and
20  I'm going to quote this and see if we can kind
21  of do this shorthand, but "Hollingsworth LLP" --
22  of course, that's the law firm that represents
23  Monsanto. You understand that?
24     A.  I do.
25     Q.  Okay.

Page 11

1          -- "has requested that I evaluate from
2  my perspective as an expert in the field of
3  cancer epidemiology whether there is a body of
4  evidence using population-based research and
5  epidemiologic methods that could demonstrate
6  that glyphosate is a causal factor in the
7  development of non-Hodgkin's lymphoma." That's
8  what they asked you to do?
9      A.  That is correct.
10     Q.  Yes, ma'am.
11         And we're going to go into more detail
12  over the next seven hours what your opinions
13  are, but generally speaking, your opinion is
14  that there is not such a body of evidence; is
15  that fair?
16     A.  I reached the conclusion, as I stated
17  in my report, that there is not sufficient
18  evidence to determine that glyphosate is a
19  causal factor in any child development.
20     Q.  Yes, ma'am. So let me ask you this.
21         Is there a body of evidence that shows
22  that men who have high ejaculation rates have a
23  lower risk of prostate cancer?
24         MR. COPLE: Objection. Foundation,
25  vague.

Page 12

1  BY MR. MILLER:
2      Q.  You can answer.
3      A.  Okay. So I believe you're referring
4  to one of my recent publications.
5      Q.  I am, ma'am.
6      A.  "Ejaculation Frequency and Prostate
7  Cancer."
8      Q.  Yes, ma'am.
9      A.  And could you just restate the actual
10 question?
11     Q.  Sure. I just want to know, it's the
12 same question, that is there a body of evidence
13 using population-based research and
14 epidemiologic methods that demonstrate a
15 negative causation between high ejaculators and
16 prostate cancer?
17     A.  So that paper reflects one study on
18 that topic, and, you know, while I think it's a
19 strong study, I would not determine from that
20 single study that ejaculation frequency is a
21 causal factor in prostate cancer.
22     Q.  But you would agree from that one
23 study you saw strong evidence of a negative
24 causation between high ejaculators and prostate
25 cancer; true?

Page 13

1          MR. COPLE: Objection to form.
2      A.  We found a strong inverse association
3  between frequency of ejaculation and subsequent
4  development of prostate cancer.
5  BY MR. MILLER:
6      Q.  And you characterized that as strong
7  evidence in your report?
8      A.  Sir, I don't know what you're
9  referring to. Where do I characterize it as
10 strong?
11     Q.  That's fair. I'll show it to you.
12         MR. MILLER: Let's mark this as
13 Exhibit 1.
14         (Whereupon, Rider Exhibit 23-1, Rider,
15         et al article, Ejaculation Frequency
16         and Risk of Prostate Cancer, was
17         marked for identification.)
18 BY MR. MILLER:
19     Q.  And this is 23-1. And here's a copy
20 (handing).
21         Would you identify what that is,
22 ma'am?
23     A.  This is an article for which I was the
24 first author on Ejaculation Frequency and Risk
25 of Prostate Cancer in the health professionals

Confidential - Subject to Protective Order

Page 14

1    follow-up study cohort.
2       Q.   Also authored by Lorelei Mucci?
3       A.   That's correct.
4       Q.   I didn't mean to interrupt you.  I'm
5    sorry.
6       A.   Yes.  Dr. Mucci was also a co-author.
7    Correct.
8       Q.   I wanted to make sure I was
9    pronouncing that right.
10          Let's go, if we can, to the
11   Conclusion.  And you say in that first sentence
12   that the study "provides the strongest evidence
13   to date of a beneficial role of ejaculation in
14   the prevention of PCa."  Right?
15      A.   That is what it says, yes.
16      Q.   So in -- so you and I agree that one
17   study can provide strong evidence of an
18   association between an event and exposure and a
19   cause; right?
20          MR. COPLE:  Objection to form.  Vague.
21      A.   It really depends on the quality of
22   the study.
23   BY MR. MILLER:
24      Q.   I understand that.  But one study, if
25   it's of good quality, can; right?

Page 15

1       A.   As I said before, even though I think
2    that the study we conducted here was a very
3    strong study, I would not make the leap that our
4    findings are indicative of causation.  I do
5    believe it provides strong evidence of the
6    association.
7       Q.   Sure.  It would be irresponsible for
8    any epidemiologist to make the leap for
9    causation without using the Bradford-Hill
10   criteria; right?
11          MR. COPLE:  Objection, vague.
12   Objection to form.
13      A.   I think the Bradford-Hill criteria
14   provide one means by which to synthesize
15   evidence, but it certainly isn't the be-all and
16   end-all of determining causation, no.
17   BY MR. MILLER:
18      Q.   Well, I guess in science is anything
19   the be-all and end-all of anything really, I
20   mean, honestly?
21          MR. COPLE:  Objection.  Argumentative.
22   BY MR. MILLER:
23      Q.   I'm just asking.
24          MR. COPLE:  Same objection.
25      A.   Sorry, I don't understand your

Page 16

1    question.
2    BY MR. MILLER:
3       Q.   Well, I think you said that the
4    Bradford-Hill criteria was not the be-all
5    end-all of causation, and I guess my question
6    is, what is the be-all end-all -- I mean, in
7    science is anything the be-all end-all?
8          MR. COPLE:  Objection.  Vague.
9       A.   So I can speak for epidemiologic
10   research, and there, before one would even go
11   down the road of evaluating the Bradford-Hill
12   criteria, you would first want to be certain
13   that all of the studies that had been conducted
14   and that you were attempting to synthesize had a
15   reasonable degree of internal validity.  So in
16   many cases we wouldn't even get to the point
17   where the Bradford-Hill criteria were useful.
18   BY MR. MILLER:
19      Q.   And in this case you decided to not
20   implement the Bradford-Hill criteria because you
21   felt there were internal problems with these
22   studies; fair?
23          MR. COPLE:  Objection to form.
24      A.   Particularly in the case control
25   studies, I thought that the limitations of those

Page 17

1    studies were sufficient enough where, you know,
2    trying to synthesize them with the Bradford-Hill
3    criteria was not a useful exercise.
4    BY MR. MILLER:
5       Q.   Yes, ma'am.
6          So let's go back to your study of
7    ejaculation frequency that showed strong
8    evidence of association.  It -- your findings
9    did not have statistical significance; right?
10      A.   That's incorrect.
11      Q.   Explain to me, you're the
12   epidemiologist, why is that incorrect?
13      A.   If you look at -- there are a number
14   of statistically significant results in this
15   paper.  Perhaps the main finding we could look
16   at, let's say, in Table 2.
17      Q.   Give me one second.  I'm at Figure 1.
18   Okay.  I'm at Table 2.  Yes, ma'am.
19      A.   Okay.  So we can look really at any of
20   the results in this table.  We can look, say, at
21   the p for -- trend for men, frequency of
22   ejaculation during ages 20 to 29 years or 40 to
23   49 years or in the year before the
24   questionnaire, and both the age-adjusted hazard
25   ratios and the multivariate adjusted hazard

Confidential - Subject to Protective Order

Page 18

1    ratios are statistically significant.
2        Q.   You're one of the few people that
3    actually talk faster than me.  So you're going
4    to have to slow down a little bit or she's going
5    to get exhausted.
6        A.   Sorry.
7        Q.   So you pointed out, and probably very
8    correctly, that in Table 2 there are some
9    statistically significant findings.
10       A.   That is correct.
11       Q.   Yes, ma'am.
12           And what do we mean by "statistically
13   significant findings"?  How would you explain
14   that to a jury?
15           MR. COPLE: Objection.  Vague.
16       A.   So I can tell you what we meant by
17   them in this particular paper.  So let's take
18   the example of the multivariate adjusted hazard
19   ratio for frequency at ages 40 to 49.  Here the
20   test that we're performing is looking at a trend
21   across those categories of ejaculation, and we
22   find that compared to men with a frequency of 4
23   to 7 ejaculations per month, men in the -- as
24   the categories of ejaculation increase, the
25   hazard ratio for prostate cancer decreases in a

Page 19

1    monotonic way, so that we get a p-value of less
2    than .0001, and that is consistent with saying
3    that, you know, the probability of observing
4    that result under the null hypothesis would
5    be -- that result or a result more extreme would
6    be less than .0001.
7        Q.   Which makes it a statistically
8    significant finding?
9        A.   That is correct.
10       Q.   Which means it's unlikely to be by
11   chance?
12       A.   The purpose of hypothesis testing and
13   of estimating p-values is to be able to evaluate
14   the role of chance.
15       Q.   And by having the statistically
16   significant result, we reduce the possibility of
17   chance low enough to where we call it
18   statistically significant?
19       A.   So, again, you know, I think, as I
20   said, the p-value is one way in which we
21   evaluate the role of chance in our findings.
22   But, you know, I think it's important to point
23   out that, you know, the confidence intervals
24   here are also giving us really important
25   information about the precision of those

Page 20

1    results, information that isn't necessarily
2    captured all the time in the p-value.
3        Q.   Are there other causes for reduced
4    risk of prostate cancer --
5            MR. COPLE: Objection.
6    BY MR. MILLER:
7        Q.   -- other than high ejaculation?
8            MR. COPLE: Objection to form.  Vague.
9        A.   So, I mean, part of the reason why
10   these results are interesting is we actually
11   know very little about risk factors.  For
12   prostate cancer, I think most experts would
13   agree that the established risk factors for
14   prostate cancer are race, age, family history,
15   and there have been a number of genetic
16   determinants of prostate cancer.  But yes, we --
17   it's a disease for which we know relatively
18   little about the risk factors.
19   BY MR. MILLER:
20       Q.   How would you account for those risk
21   factors -- how did you account for those risk
22   factors when you did your ejaculation frequency
23   study?
24       A.   So because this is a very large study,
25   so, you know, close to 32,000 men answered the

Page 21

1    questions on ejaculation frequency, and we had
2    nearly 4,000 prostate cancer cases that were
3    included, we were able to control for a number
4    of different variables in our multivariable
5    analysis.
6            So you can see in the footnote of
7    Table 2 all of the variables that were
8    controlled for in that analysis.  Those were
9    selected because they have either been
10   associated with prostate cancer in other
11   studies, or were specifically associated with
12   prostate cancer in this particular cohort.
13       Q.   And this article that we are
14   discussing, it was published in a peer-reviewed
15   journal?
16       A.   That is correct, European Urology.
17       Q.   And what do we mean when we say
18   "peer-reviewed journal"?
19       A.   Well, I think what you mean is a
20   journal that subscribes to a peer review process
21   by which the -- a publication that's being -- a
22   manuscript that's being considered for
23   publication would be sent out to one or more
24   scientists, peer reviewers, to evaluate that
25   publication so that the journal can decide

6 (Pages 18 to 21)

Confidential - Subject to Protective Order

Page 22

1  whether to accept, reject, or invite the authors
2  to respond to comments.
3      Q.   Would it be fair to say that
4  scientists look more seriously on peer-reviewed
5  journals than non-peer-reviewed journals?
6          MR. COPLE:  Objection.  Vague.
7      A.   I couldn't -- I couldn't speak for
8  scientists, generally, and certainly not people
9  outside of my own field.
10 BY MR. MILLER:
11     Q.   All right.  Well, let's narrow it.
12         Do you, Dr. Rider, do you put more
13 weight or importance in peer-reviewed journals
14 over a non-peer-reviewed journal?
15     A.   I think, you know, most of my -- all
16 of my original scientific articles have been
17 published in journals that have some form
18 of peer review.  I think those journals are more
19 commonplace in my field.
20     Q.   Are you a peer reviewer?
21     A.   I am.
22     Q.   And when you peer review, you look at
23 it and scrutinize it to make sure the article is
24 worthy of being published; fair?
25     A.   I don't really see that as my role.  I

Page 23

1  think that I review the paper to, you know,
2  certainly determine whether I agree with the
3  methods that were used in the paper.  But most
4  of the time the comments that I provide are a
5  peer -- as a peer reviewer deal with sort of the
6  clarity of the data presentation or the author's
7  interpretations of the findings based on sort of
8  the quality of the study.
9      Q.   And as a peer reviewer, oftentimes
10 you'll -- so to be clear, the authors that want
11 to get the article published, they don't know
12 who the peer reviewers are?  That's a blind
13 process; is that fair?
14         MR. COPLE:  Objection to form.  Vague.
15     A.   It really depends on journal to
16 journal.  So more and more journals are actually
17 having an open peer review process where you do
18 sign your name as a reviewer.
19 BY MR. MILLER:
20     Q.   Was this article on ejaculation
21 frequency, was that under an open review process
22 or a blind review process?
23     A.   I can -- I review articles frequently
24 for this journal.  So I know that for this one
25 it is a blind review process.

Page 24

1      Q.   And how many people would review a
2  typical article before it would be put in the
3  European Association of Urology?
4      A.   In the European Urology journal, it
5  varies.  So from my experience in being a peer
6  reviewer, sometimes I am one of two peer
7  reviewers reviewing an article.  Other times I
8  have had papers that have been reviewed by six
9  reviewers.  It varies from situation to
10 situation.
11     Q.   Yes, ma'am.
12         The more important the article,
13 perhaps the more reviewers?
14         MR. COPLE:  Objection, vague.
15 Objection to form.
16     A.   Yeah, I'm -- I am unaware that that's
17 how it happens.  I think it has a lot to do with
18 how many reviewers agree to review the article.
19 BY MR. MILLER:
20     Q.   Fair enough.
21         And the reviewers are contacted and
22 selected by the editors of the article?
23     A.   So, again, I can speak to the process
24 for this particular journal.  There is an
25 associate editor who is assigned an article to

Page 25

1  be sent out for peer review.  The associate
2  editor would then contact potential peer
3  reviewers and invite them to review the
4  manuscript.
5      Q.   And it's your understanding, certainly
6  with this journal, that the reviewers then can
7  make comments, and they can either recommend the
8  journal publish the article or not; is that
9  fair?
10         MR. COPLE:  Objection to form.
11     A.   So, again, for this particular
12 journal, and it does vary from journal to
13 journal, but this particular journal does allow
14 the reviewers to weigh in on whether or not the
15 article should be accepted, rejected, whether
16 there should be a major revision or a minor
17 revision.  But it is up to the associate editor
18 to ultimately make that decision.  The AE
19 doesn't need to take into account the reviewer's
20 recommendation.
21 BY MR. MILLER:
22     Q.   Yes, ma'am.
23         And so articles can be revised on the
24 recommendation of reviewers and editors.  That
25 happens; right?

Confidential - Subject to Protective Order

Page 26

1        MR. COPLE: Objection. Vague.
2        A.   It is common for an article that's
3    been reviewed to go back to the authors for
4    revisions, yeah, that is common.
5    BY MR. MILLER:
6        Q.   And with most journals, the lead
7    author is the first author that is mentioned on
8    the article; is that true?
9        MR. COPLE: Objection. Vague, lacks
10   foundation.
11       A.   So in this case I was the first
12   article because I drafted the manuscript, but I
13   think the order of authors and how that's
14   decided probably varies a lot from group to
15   group, and certainly across disciplines.
16   BY MR. MILLER:
17       Q.   Would it be fair to say on this
18   article you would be the lead author?
19       A.   I am the first author on this
20   publication. I don't really know what you mean
21   by "the lead author."
22       Q.   You don't use the phrase "lead
23   author"?
24       A.   Well, I don't -- to me, someone is a
25   first author or a co-author or a last author.

Page 27

1    Those are the sort of positions of authorship
2    that I would use.
3        Q.   Okay. Was this article rejected or
4    requested to be revised?
5        A.   It went through a couple of rounds of
6    revisions, yes.
7        Q.   And when you put the phrase in your
8    conclusion that this study was strong evidence,
9    we looked at earlier, it's the first sentence of
10   your conclusion, did anyone object to you
11   calling this strong evidence?
12       MR. COPLE: Objection. Vague.
13   BY MR. MILLER:
14       Q.   Any of the reviewers?
15       A.   So --
16       MR. COPLE: Objection. Vague.
17       A.   -- to be clear, what it says in the
18   conclusions is "provides the strongest evidence
19   to date." And I really don't recall whether
20   anyone commented on that, but I don't think so.
21   BY MR. MILLER:
22       Q.   Did any of your co-authors object to
23   you using that sentence, "strong evidence to
24   date," when you did the draft manuscript?
25       A.   I don't recall anyone having an

Page 28

1    objection to that, no.
2        Q.   What's a forest plot?
3        A.   So when I think of a forest plot, I
4    think of a plot that is used to visually depict
5    the results of different studies, the point
6    estimates, along with their confidence
7    intervals.
8        Q.   Do you use forest plots in the
9    practice of epidemiology?
10       A.   I have never used a forest plot in my
11   own work, no.
12       Q.   And speaking of your own work, it's
13   fair to say it's primarily cancer, and it's
14   primarily the cancer in the context of urology;
15   is that fair?
16       A.   I would describe myself as a cancer
17   epidemiologist. Most of my own research has
18   been in the area of prostate cancer.
19       Q.   Would it be fair to say you've done
20   any or one article on non-Hodgkin's lymphoma
21   cancer?
22       A.   I have one published study on
23   Hodgkin's lymphoma that's listed on my CV. I
24   have no publications related to non-Hodgkin's
25   lymphoma. But, again, that reflects my own sort

Page 29

1    of research interest and not, you know, what I
2    feel qualified to evaluate as a cancer
3    epidemiologist.
4        Q.   Are you currently working on any
5    non-Hodgkin's lymphoma research?
6        MR. COPLE: Objection. Vague.
7        A.   No, I'm not.
8    BY MR. MILLER:
9        Q.   Okay. Now, you and I were discussing
10   Bradford-Hill earlier, and I think you said
11   something generally to the effect -- I'm not
12   trying to quote you -- it's not the end-all
13   be-all.
14       But here's my question now. It is an
15   accepted methodology in epidemiology to
16   determine causality; true?
17       MR. COPLE: Objection to form. Lacks
18   foundation.
19       A.   So it's interesting, actually, what I
20   teach my students is that there's actually only
21   one Bradford-Hill criterion that's actually
22   required for causality. That would be
23   temporality. So certainly temporality is a very
24   important criterion and one that I would require
25   be satisfied before I, you know, made the claim

8 (Pages 26 to 29)

Confidential - Subject to Protective Order

Page 30

1    that an exposure was a causal factor in the
2    disease. But in terms of all of the other
3    factors, they are -- they're not required
4    for causality.
5    BY MR. MILLER:
6        Q.   Yes, ma'am.
7             And so you do teach epidemiology to
8    medical students?
9        A.   Primarily to students who -- graduate
10   students in public health in epidemiology.
11       Q.   Which is the track to become an
12   epidemiologist?
13       A.   Many students are getting their
14   master's in public health. They can go on to do
15   a variety of things in the public health field,
16   not just epidemiology.
17       Q.   And you teach them in that class about
18   the Bradford-Hill criteria?
19       A.   I have mentioned the Bradford-Hill
20   criteria both in methods courses of
21   epidemiology, and also in my work in teaching
22   cancer epidemiology.
23       Q.   Yes.
24            Do you have the students use a
25   textbook in that class?

Page 31

1        A.   For which class?
2        Q.   For either -- or any of these classes
3    that you're referring to.
4        A.   The last time I taught an epi methods
5    class there was, I believe, a recommended but
6    not required textbook by Kenneth Rothman.
7        Q.   And what year was that? Was that this
8    last semester or --
9        A.   The -- it would have been last fall.
10   So a year ago now was the last time I taught
11   that course.
12       Q.   What is your definition of causation?
13            MR. COPLE: Objection, vague. Also
14   objection to the extent it calls for a legal
15   opinion.
16       A.   So as an epidemiologist, I think it's
17   most convenient to think of causality in terms
18   of the counterfactual. So you have a person who
19   is exposed to something. If you were to keep
20   everything the same about that person's
21   experience except for remove exposure, would the
22   person have the same -- would the same outcome
23   occur.
24            So, you know, we talk about this in
25   classes as, you know, putting people in time

Page 32

1    machines. If we could put someone in a time
2    machine, keep everything the same except remove
3    exposure, would that person still have the same
4    outcome.
5    BY MR. MILLER:
6        Q.   If I was in one of your classes and I
7    said, "Dr. Rider, can there be more than one
8    cause of a condition," what would the answer be?
9            MR. COPLE: Objection. Vague,
10   incomplete hypothetical.
11       A.   So in terms of cancer epidemiology, I
12   think we have established that many cancers have
13   many different causes.
14   BY MR. MILLER:
15       Q.   And although you don't hold yourself
16   out as an expert in non-Hodgkin's lymphoma
17   personally, there's no reason to believe that
18   doesn't apply to that type of cancer as well;
19   true?
20            MR. COPLE: Objection to the form of
21   the question.
22       A.   So I'm a cancer epidemiologist and --
23   BY MR. MILLER:
24       Q.   Yes, ma'am, I'm not challenging that.
25       A.   Yes. And I would say that, you know,

Page 33

1    we know very little about -- we have very few
2    established risk factors for NHL. And so, you
3    know, it would certainly be possible that the
4    unknown causes, which I think, you know, are --
5    have estimated to be somewhere in the area of
6    50 percent of NHL is -- you know, has an unknown
7    cause, that there could be several different
8    exposures that are related to the development of
9    those cancers.
10       Q.   Dr. Rider, does smoking cause lung
11   cancer?
12            MR. COPLE: Objection. Vague.
13       A.   I believe we have established, yes,
14   that smoking is a causal factor in lung cancer
15   development.
16   BY MR. MILLER:
17       Q.   And we use epidemiology in part to do
18   that?
19       A.   I think the epidemiology studies
20   were critical in determining that smoking was a
21   causal factor in lung cancer.
22       Q.   And fair to say we use the
23   Bradford-Hill criteria in that regard as well?
24            MR. COPLE: Objection. Lacks
25   foundation, vague.

Golkow Litigation Services - 1.877.370.DEPS

Confidential - Subject to Protective Order

Page 34

1    A.   I have no idea how the Bradford-Hill
2    criteria factored into determining causation
3    in smoking and lung cancer, but that is a
4    disease for which, when we did the epidemiologic
5    studies, we were seeing adjusted relative risks,
6    you know, on the order of 20.  So very, very
7    strong associations between the exposure and the
8    outcome.
9    BY MR. MILLER:
10    Q.   You certainly don't think that one has
11    to have odds ratios of 20 in order to find
12    causality, do you?
13         MR. COPLE:  Objection to the form of
14    the question.  Vague.
15    A.   So I think that when we're talking
16    about risk factors that have only, you know,
17    very modest associations with the outcome, it
18    becomes much harder to ensure that the
19    association that we're seeing is actually a
20    causal association.
21         So going back to the lung cancer
22    example, when you see a relative risk on the
23    order of 20, it's very difficult to come up with
24    a potential confounding factor that could
25    explain all of that association that we see,

Page 35

1    because that factor would have to be incredibly
2    tightly related to the exposure and also a very,
3    very strong risk factor for the outcome.  But
4    when you're looking at a relative risk of, you
5    know, 1.2, even a relatively weak confounder
6    could be responsible for that entire association
7    we see.
8         So, no, while theoretically it's
9    possible to find causes of the outcome that are
10    small, it's very difficult to do that in an
11    epidemiologic study.
12    BY MR. MILLER:
13    Q.   Sure.
14         But when there are associations of
15    20 percent, public policy decisions are often
16    made on those associations, aren't they?
17         MR. COPLE:  Objection.  Lacks
18    foundation, vague.
19    A.   Yeah, I have no idea.  I would need a
20    specific example.
21    BY MR. MILLER:
22    Q.   Well, let's use yours.  Exhibit 1,
23    your ejaculation frequency, what's the
24    percentage of reduced risk of prostate cancer
25    from your study?

Page 36

1    A.   So we found about a 20 percent
2    decrease in risk comparing the highest category
3    of ejaculation frequency to four to seven times
4    per month.
5    Q.   Yes, ma'am.
6         And you felt that was important enough
7    to be put in the medical literature; true?
8         MR. COPLE:  Objection.  Vague.
9    A.   I certainly felt that it was important
10    to publish the study, because it tells us
11    something potentially about the etiology of
12    prostate cancer.  But nowhere in this article
13    will you find me suggesting that we should make
14    public health recommendations based on the
15    results.
16    BY MR. MILLER:
17    Q.   And the publisher of the articles felt
18    it was important enough to publish it; true?
19         MR. COPLE:  Objection.  Lacks
20    foundation.
21    A.   I think science advances because
22    articles are published, the scientific community
23    gets an opportunity to discuss those results to
24    formulate additional studies that can follow up
25    on those results.  But, you know, the reason for

Page 37

1    publishing an article is not because you've
2    established causation.
3    BY MR. MILLER:
4    Q.   Nor did I suggest that.
5         You did say in your article that
6    you've established strong evidence of a --
7    A.   Sorry.
8    Q.   Strong evidence to date of a
9    beneficial role of ejaculation to prevent
10    prostate cancer; right?
11         MR. COPLE:  Objection.  Asked and
12    answered.
13    A.   It says in the conclusions that this
14    study "provides the strongest evidence to date
15    of a beneficial role of ejaculation in
16    prevention of prostate cancer."
17    BY MR. MILLER:
18    Q.   Sure.
19         And you know that articles like this
20    are read by urologists who actually see and
21    treat patients in an office setting; true?
22    A.   Yes, I imagine the primary audience
23    for this particular journal is -- are
24    urologists.
25    Q.   Sure.

10  (Pages 34 to 37)

Confidential - Subject to Protective Order

Page 38

1          So it would -- you would not be
2    surprised to learn that urologists are making
3    decisions with real patients based upon these
4    kinds of articles that they read from experts in
5    the field; right?
6          MR. COPLE:  Objection, vague.  Object
7    to the form of the question.
8    BY MR. MILLER:
9       Q.  You can answer.
10      A.  I think that urologists are interested
11   in research surrounding prostate cancer, even
12   when the point of that research isn't to make
13   public health or clinical recommendations.  So,
14   you know, nowhere in this article did we
15   instruct the clinical community to advise their
16   patients to change their behavior based on our
17   results.
18      Q.  What is the level of certainty that an
19   expert needs before they can say there is
20   causation?
21          MR. COPLE:  Objection.  Vague.
22      A.  It varies very much from situation to
23   situation.
24   BY MR. MILLER:
25      Q.  How many epidemiological studies were

Page 39

1    available to scientists before they concluded
2    smoking causes lung cancer?
3          MR. COPLE:  Objection.  Lacks
4    foundation.
5       A.  I don't recall.  It's been a long time
6    since I've reviewed all of the specific studies.
7    BY MR. MILLER:
8       Q.  Sure.
9          Does smoking cause oral cancers?
10         MR. COPLE:  Objection.  Vague.
11      A.  So smoking is a risk factor for
12   oropharyngeal cancers, say.
13   BY MR. MILLER:
14      Q.  When we say "risk factor for
15   oropharyngeal cancer," if a student were to
16   raise their hand and say, Dr. Rider, my uncle
17   smokes tobacco, is he at increased risk of
18   oropharyngeal cancer, what would the answer be?
19         MR. COPLE:  Objection.  Vague,
20   incomplete hypothetical.
21   BY MR. MILLER:
22      Q.  You can answer.
23      A.  So I would say that smoking is one
24   established risk factor for oropharyngeal
25   cancer.

Page 40

1       Q.  As we sit here today, we can both
2    agree, I think, that there have been people out
3    there who have gotten oropharyngeal cancer as a
4    result of smoking; true?
5          MR. COPLE:  Objection.  Lacks
6    foundation, vague, form of the question.
7       A.  Again, I would say that oropharyngeal
8    cancer, one risk factor for that cancer is
9    smoking.  But we can never know on an individual
10   level, of course, what caused someone's cancer.
11   BY MR. MILLER:
12      Q.  So we never know what causes someone's
13   cancer?
14      A.  Not an individual, I'm afraid, no,
15   because we don't have the time machine.
16      Q.  Very good.  All right.
17         Is Roundup a risk factor for
18   non-Hodgkin's lymphoma?
19         MR. COPLE:  Objection.  Vague.
20      A.  In my review of the epidemiologic
21   literature, I would say there is no evidence
22   that Roundup is a risk factor for NHL.
23   BY MR. MILLER:
24      Q.  And in your review of the literature,
25   did you review the IARC report on the issue?

Page 41

1       A.  I did read through the IARC report,
2    yes.
3       Q.  You said you read through it.  Did you
4    read the whole thing?
5       A.  I definitely skimmed over the entire
6    thing, but the IARC report wasn't critical to me
7    coming to my own independent expert opinion
8    because I thought it was important to go back to
9    the primary studies.
10         MR. MILLER:  Take a break and walk my
11   knee like we talked about.  I appreciate your
12   indulgence.
13         THE VIDEOGRAPHER:  Going off the
14   record.  The time is 9:37.
15         (Whereupon, a recess was taken.)
16         THE VIDEOGRAPHER:  Back on the record.
17   The time is 9:41.
18         MR. COPLE:  Confirm who is on the line
19   again, Mike.  We're on the record.
20         MR. MILLER:  We're back on the record,
21   and it's just Mr. Traverse on the phone, right?
22   All right.  Hearing no one argue with me, I
23   assume it's just Mr. Traverse on the phone.
24         MR. COPLE:  Mr. Traverse, are you
25   still with us now?

11 (Pages 38 to 41)

Confidential - Subject to Protective Order

Page 42

1     MR. TRAVERSE: Yes. I'll be on the
2  whole time.
3  BY MR. MILLER:
4     Q.  Dr. Rider, let's get back to work.
5        Do any other pesticides cause
6  non-Hodgkin's lymphoma?
7     MR. COPLE: Objection. Vague.
8  BY MR. MILLER:
9     Q.  Or herbicides?
10     MR. COPLE: Objection. Vague.
11     A.  I have not reviewed all of the
12  evidence for all other pesticides.
13  BY MR. MILLER:
14     Q.  So it's fair to say, as we sit here
15  today, you do not hold an opinion to a
16  reasonable degree of scientific certainty that
17  other herbicides or pesticides, other than
18  glyphosate, cause non-Hodgkin's lymphoma; true?
19     MR. COPLE: Objection. Argumentative.
20     A.  My role was to evaluate all of the
21  epidemiologic studies on glyphosate and NHL, so
22  that's what I have reviewed.
23  BY MR. MILLER:
24     Q.  Yes, ma'am.
25        Is there a difference between a human

Page 43

1  health risk and a human health hazard?
2     MR. COPLE: Objection. Vague.
3     A.  Yeah, I really have no idea what you
4  mean by that.
5  BY MR. MILLER:
6     Q.  Me either. Okay.
7        (Whereupon, Rider Exhibit 23-2,
8        Non-Hodgkin Lymphoma and Occupational
9        Exposure to Agricultural Pesticide
10        Chemical Groups and Active
11        Ingredients: A Systematic Review and
12        Meta-Analysis, was marked for
13        identification.)
14  BY MR. MILLER:
15     Q.  I show you what we've marked as
16  Exhibit 23-2, and ask if you can identify this
17  for me, ma'am.
18     A.  I actually can't identify this. It
19  just says that it's supplementary information,
20  but there are no authors listed. I'm not
21  exactly sure what this is.
22  BY MR. MILLER:
23     Q.  Okay. We'll set that aside for now.
24        Have you reviewed the Chang
25  meta-analysis?

Page 44

1     A.  I did read it, yes, but I did not rely
2  on any other meta-analysis in coming up with my
3  own expert opinion.
4     Q.  So you did not rely upon the Chang
5  meta-analysis; is that right? I just want to
6  make sure.
7     A.  That is correct. I thought it was
8  important to evaluate all of the primary
9  studies, so that's how I approached my own
10  review of the literature.
11     Q.  Do you know Dr. Chang?
12     A.  We both are graduates of the Harvard
13  School of Public Health. We may or may not have
14  overlapped for a year. So I certainly know of
15  her, but we don't know each other well.
16     Q.  Are you Facebook friends?
17     A.  No, we are not Facebook friends.
18     Q.  That's the rage these days, isn't it?
19        What I have, and I'll mark it as 23-3,
20  this is the forest plots from Dr. Chang's
21  meta-analysis, see if you've seen this before.
22        (Whereupon, Rider Exhibit 23-3, Forest
23        plots from Dr. Chang's meta-analysis,
24        was marked for identification.)
25     MR. COPLE: Is there a question

Page 45

1  pending?
2     MR. MILLER: Yes.
3  BY MR. MILLER:
4     Q.  Have you seen this before?
5     A.  So I mean, this is --
6     MR. COPLE: I'm going to object right
7  now. We don't know which document this came
8  from.
9  BY MR. MILLER:
10     Q.  You can answer.
11     A.  Yeah, I am afraid I agree. I mean,
12  this is just the forest plot from some
13  meta-analysis, but the rest of the paper is
14  missing, so it's hard for me to confirm whether
15  or not it's from that paper.
16     Q.  Sure. And I agree with you the rest
17  of the paper is missing. Let's mark the rest of
18  the paper. We'll mark it as 23-4.
19        Before I do, I want to go back to an
20  answer you just gave. Did you say you performed
21  your own meta-analysis?
22     A.  I did not say I performed a
23  meta-analysis. I believe I said that I did my
24  own review of the primary studies.
25     Q.  Okay. But it's fair to say that you

Confidential - Subject to Protective Order

Page 46

1  did not do a meta-analysis?
2      A.  I did not complete a meta-analysis as
3  part of my review, no.
4      Q.  Did you start one?
5      A.  I actually think that meta-analyses
6  have limited value when the studies that you
7  would include in them have problems with their
8  internal validity, because those problems would
9  then carry through to the results of the
10 meta-analysis, so I think it's much more useful
11 to individually analyze the individual studies.
12     Q.  I remember that from your report.  But
13 did you start a meta-analysis?
14         MR. COPLE:  Objection.  Asked and
15 answered.
16     A.  I did not start a meta-analysis
17 because I didn't think it would be valuable in
18 synthesizing this particular literature.
19 BY MR. MILLER:
20     Q.  Did you do a pooled analysis?
21     A.  So I did not do a pooled analysis,
22 because, again, what I felt was important were
23 the independent -- were the primary studies in
24 evaluating all of the strengths and limitations
25 of those individual studies.

Page 47

1      Q.  I'm going to find that page so we can
2  tie them up, and then we'll sort of move on
3  here, I hope.
4          While we're waiting for that, fair to
5  say you put the most emphasis in your expert
6  review on the Agricultural Health Study?
7          MR. COPLE:  Objection to the form of
8  the question.
9      A.  I felt that the Agricultural Health
10 Study offered the strongest level of evidence
11 for a variety of reasons that I outline in my
12 report.
13 BY MR. MILLER:
14     Q.  Yes, ma'am.
15         And not just the published
16 Agricultural Health Study, but the unpublished
17 one; right?
18     A.  Well, I had come to my opinion
19 regarding the epidemiologic literature before I
20 had the opportunity to see the draft manuscripts
21 that you're referring to.  So while that draft
22 manuscript didn't change my -- alter my expert
23 opinion, I did think it provided confirmatory
24 evidence and addressed some of the issues that
25 were in the published 2005 version.

Page 48

1      Q.  What were the issues in the published
2  2005 version?
3      A.  That the updated analysis addressed?
4      Q.  Yes.
5      A.  So I mean, for one, the number of
6  cases of NHL that had developed by the
7  publication -- by the time the publication of
8  the -- or the time of the drafting of the 2013
9  manuscript had tripled, so the first thing would
10 just be an increase in case numbers.
11     Q.  Anything else?
12     A.  For me, I think that that was -- that
13 the additional case numbers and the longer
14 follow-up time would have been the two issues.
15     Q.  We'll go back to that later, but thank
16 you.
17         Okay.  Let's look, if we could, then,
18 we have now got 23-3, which is the forest plot
19 and your concern that you didn't -- you weren't
20 sure where it came from, so we marked 23-4,
21 which is the full Chang article.
22         If you'd be kind enough to turn to
23 Page 404 in that article, I believe you'll see
24 that --
25         MR. COPLE:  Do you have a copy for us?

Page 49

1          MR. MILLER:  Sure (handing).
2          (Whereupon, Rider Exhibit 23-4, Chang
3          and Delzell article, Systematic review
4          and meta-analysis of glyphosate
5          exposure and risk of
6          lymphohematopoietic cancers, was
7          marked for identification.)
8          MR. HOLLINGSWORTH:  Does the witness
9  have one?
10         THE WITNESS:  I don't have one.
11 BY MR. MILLER:
12     Q.  I apologize.  I kept the original.  My
13 fault.  I'll even turn it over to the right
14 page, but it's on Page 404 there.
15         So can we agree now that 23-3 is a
16 blow-up of what is found at Page 404?
17     A.  Yes.
18     Q.  Okay.  And what that is is a forest
19 plot, we can agree; right?
20     A.  Yes, it is a forest plot.
21     Q.  So where we have a long vertical line
22 down the middle, it has 1.0; right?
23     A.  Mm-hmm.
24     Q.  1.0 means no effect; right?
25     A.  That is correct.  When you're dealing

Confidential - Subject to Protective Order

Page 50

1  with relative risk measures, that would be no
2  association.
3      Q.   And so everything to the left of 1.0
4  in that vertical line would be a study that
5  indicated a protective effect; right?
6      A.   So relative risks of less .1 indicate
7  that the exposure -- that the outcome is less
8  common among those who are exposed.
9      Q.   Yes, ma'am.
10         And a result to the right of 1.0 means
11  it's more common in those that are exposed;
12  right?
13      A.   That is correct.
14      Q.   Sure.
15         And so in this forest plot, it talks
16  about the De Roos 2003 study.  You read that
17  one, right, ma'am?
18      A.   I did.
19      Q.   And the De Roos 2005 study which, I
20  believe, is the AHS study; right?
21      A.   That is correct.
22      Q.   And you read that?
23      A.   Mm-hmm.
24      Q.   And you read the Eriksson study 2008?
25      A.   I did.

Page 51

1      Q.   And you read the Hardell study 2002?
2      A.   Mm-hmm.
3      Q.   And the McDuffie, right?
4      A.   Mm-hmm.
5      Q.   And Orsi?
6      A.   Correct.
7      Q.   And the meta-analysis RR, that's from
8  Dr. Chang's study here that we're looking at;
9  right?
10      A.   That is correct.
11      Q.   And all of them come in on the right
12  side of 1; right?
13      A.   Again, so the reason why I felt that
14  it was important to evaluate these studies
15  individually, and not just to look at the
16  results of the meta-analysis, is that an
17  association above 1 means absolutely nothing if
18  you haven't evaluated that study's internal
19  validity.
20      Q.   If it's a bad study, then you can't
21  rely on it?
22      A.   Exactly.
23      Q.   Sure.
24         And you understand that Dr. Chang, and
25  this is Exhibit 23-4, she found an increased

Page 52

1  risk of 30 percent between glyphosate Roundup
2  and non-Hodgkin's lymphoma; right?
3         MR. COPLE:  Objection.  Lacks
4  foundation.
5      A.   I think what you're referring to is
6  the results of the meta-analysis.  But again, to
7  me, that result has very little meaning because
8  you need to take into account the quality of the
9  individual studies that are included in that
10  meta-analysis.
11  BY MR. MILLER:
12      Q.   And I understand that that's your
13  opinion.  But she -- that's what she found.
14  Whether it's valid or whether you should rely on
15  it or not we can debate, but she did find a
16  30 percent increased risk; right?
17         MR. COPLE:  Objection.  Asked and
18  answered.
19      A.   She found a meta-analysis relative
20  risk of 1.3.  But, again, there are problems
21  with combining studies that lack internal
22  validity.
23  BY MR. MILLER:
24      Q.   And do you know who Exponent is?
25      A.   I have become familiar with who

Page 53

1  Exponent is.  I know that Dr. Chang works for
2  Exponent.
3      Q.   Do you know whether Exponent does
4  studies for corporations?
5         MR. COPLE:  Objection.  Vague.
6  BY MR. MILLER:
7      Q.   That's what their job is?
8         MR. COPLE:  Objection.  Vague.
9      A.   I really know nothing about the
10  mission of the company.
11  BY MR. MILLER:
12      Q.   If you could turn with me, please, to
13  Page 424.
14      A.   Okay.
15      Q.   Do you see the Acknowledgments section
16  there, ma'am?
17      A.   I do.
18      Q.   And it's important for authors of
19  peer-reviewed journals to have a disclosure
20  statement as well; right?
21         MR. COPLE:  Objection.  Vague.
22      A.   I think the purpose of the disclosure
23  statement is so that any sort of perceived
24  conflicts can be evaluated by people who read
25  the paper.

14 (Pages 50 to 53)

Confidential - Subject to Protective Order

Page 54

1  BY MR. MILLER:
2      Q.  Fair enough.
3          Let's look at the acknowledgements.
4  "The authors" -- which include Dr. Chang --
5  "wish to thank John Acquavella and Thomas
6  Sorahan for their thoughtful comments on earlier
7  drafts of this manuscript."
8          Do you know who John Acquavella is?
9      A.  I'm familiar with him only because I
10 read a couple of his papers.
11     Q.  Are you aware that he was a full-time
12 employee epidemiologist for Monsanto?
13         MR. COPLE:  Objection.  Lacks
14 foundation.
15     A.  My only awareness of Dr. Acquavella is
16 in that he was an author of a couple of the
17 papers that I read.  I know nothing else about
18 him.
19 BY MR. MILLER:
20     Q.  I see.
21         So, then, the answer to my question
22 would be you did not know that he was a
23 full-time employee for Monsanto at one time?
24         MR. COPLE:  Objection.  Lacks
25 foundation, asked and answered.

Page 55

1      A.  I know nothing about his employment
2  relationship, no.
3  BY MR. MILLER:
4      Q.  And you know that Thomas Sorahan was
5  an epidemiologist who did contract work for
6  Monsanto?
7          MR. COPLE:  Objection.  Lacks
8  foundation.
9      A.  Again, Dr. Sorahan, I'm familiar with
10 him only because, again, he authored some of the
11 papers that I read.  I know nothing about his
12 specific relationship with any company.
13 BY MR. MILLER:
14     Q.  So this -- may we call it the Chang
15 meta-analysis for shorthand?
16     A.  Sure.
17     Q.  So the Chang meta-analysis was
18 published in a peer-reviewed journal; is that
19 fair?
20     A.  I could only assume that this journal
21 is peer-reviewed.  I've never published in this
22 journal.
23     Q.  I see.
24         And if you could look at Page 424
25 again, her work finding a 30 percent increased

Page 56

1  risk between glyphosate and non-Hodgkin's
2  lymphoma, was it funded by, ma'am?
3          MR. COPLE:  Objection.  Lacks
4  foundation.
5      A.  So first of all, I don't -- I don't
6  think that the meta-analysis of 1.3 really tells
7  us anything about the association between
8  glyphosate and NHL.  But I can read the funding
9  statement in this paper.
10 BY MR. MILLER:
11     Q.  Yes, if you would, please.
12     A.  Okay.  "This work was supported by
13 Monsanto Company, the original producer and
14 marketer of glyphosate formulations."
15     Q.  Do you know who Donna Farmer is?
16         MR. COPLE:  Objection.  Lacks
17 foundation.
18     A.  I am not familiar with that name, no.
19 BY MR. MILLER:
20     Q.  The people that comment and edit a
21 particular paper, should their names be revealed
22 in the paper?
23         MR. COPLE:  Objection.  Vague.
24     A.  I would say it really depends on
25 specific context, the type of contribution

Page 57

1  someone is making.  I couldn't generally say.
2  BY MR. MILLER:
3      Q.  Did anyone who is not disclosed in
4  your paper on ejaculation make comments about
5  it --
6          MR. COPLE:  Objection.  Vague.
7  BY MR. MILLER:
8      Q.  -- and edit it?  I'm sorry.
9          MR. COPLE:  Objection.  Vague.
10     A.  I really don't recall, but, you know,
11 it's possible that people could have provided
12 editorial comments who weren't included on the
13 manuscript.  But I -- but I don't exactly
14 remember all of the people who viewed that
15 manuscript.
16 BY MR. MILLER:
17     Q.  So you're not aware whether one of the
18 lead toxicologists at Monsanto reviewed the
19 Chang paper before it was published?
20         MR. COPLE:  Objection.  Argumentative,
21 lacks foundation, vague.
22 BY MR. MILLER:
23     Q.  If you know.  If you don't know --
24     A.  I have no awareness of that.
25     Q.  So while you don't agree with me on

Confidential - Subject to Protective Order

Page 58

1 the significance of the forest plot, and I
2 understand that, you would agree that it's been
3 put together accurately as to what these studies
4 represent? I mean what they found, whether
5 they're valid or not, that's -- they're put in
6 their correct place on the forest plot?
7          MR. COPLE: Objection. Lacks
8 foundation, vague.
9     A.   I would argue that a study that lacks
10 internal validity should never be included on
11 any forest plot.
12 BY MR. MILLER:
13    Q.   I understand that.
14         But the numbers from the study were
15 accurately placed on the forest plot, that's all
16 I'm trying to get agreement on.
17         MR. COPLE: Objection.
18 BY MR. MILLER:
19    Q.   Very little --
20         MR. COPLE: Objection. Objection.
21 Asked and answered.
22    A.   The numbers are meaningless. So it's
23 very easy to find an association between one
24 thing and another thing. But if what you're
25 interested in is in causality, you have to

Page 59

1 consider the internal validity of those studies.
2 BY MR. MILLER:
3    Q.   And I understand they're meaningless
4 to you. They weren't meaningless to the World
5 Health Organization, but on -- that's not my
6 question. I'm trying to get away from that
7 debate now.
8          MR. COPLE: Objection. Counsel is
9 testifying. Argumentative.
10 BY MR. MILLER:
11    Q.   Here is what I'm trying to ask. And
12 we can do this by taking each study out and we
13 can draw it on the forest plot, or we can sort
14 of agree that Dr. Chang, who is being funded by
15 Monsanto, put these blots down on the forest
16 plot accurately.
17         MR. COPLE: Objection.
18 BY MR. MILLER:
19    Q.   That's all I'm asking.
20         MR. COPLE: Objection. Argumentative,
21 asked and answered.
22 BY MR. MILLER:
23    Q.   Or do you think Dr. Chang messed it
24 up?
25         MR. COPLE: Objection. Argumentative,

Page 60

1 asked and answered.
2 BY MR. MILLER:
3    Q.   You can answer.
4    A.   I can't speak to Dr. Chang's, you
5 know, motivations for doing the meta-analysis.
6 It's just my view that a meta-analysis is
7 inappropriate in this case because so many of
8 those studies included -- lack internal
9 validity. And so I can't tell you that this is
10 accurate because, in my view, it's not telling
11 us anything.
12    Q.   I understand.
13         As you sit here today, do you have an
14 opinion as to whether Dr. Chang put any of the
15 black boxes on 23-3 down inaccurately; that is
16 to say, she simply did not follow fundamental
17 rules of epidemiology as to where to place the
18 black boxes? That's all.
19         MR. COPLE: Objection. Asked and
20 answered.
21    A.   Honestly we can -- in order to tell
22 you whether or not the black boxes were placed
23 in the correct place, I would need to go back to
24 all of these individual studies and look at the
25 point estimates that were selected.

Page 61

1 BY MR. MILLER:
2    Q.   Okay. Here we go. In science, if
3 someone does a study and shows an association,
4 like you did with the high ejaculation and
5 prostate cancer, if that association is a real
6 association, one would expect to be able to do
7 another study on high ejaculation and get the
8 same results; true?
9          MR. COPLE: Objection. Incomplete
10 hypothetical, vague.
11    A.   So one of the things that you said was
12 "a real association," and I don't quite know
13 what you mean by that.
14 BY MR. MILLER:
15    Q.   You've never used the phrase "a real
16 association"?
17    A.   No, I wouldn't use that, because
18 associations can be associations, you can see
19 one variable that's related to another variable.
20 Oftentimes in epidemiology that's not what we're
21 interested in. We're interested in causal
22 associations.
23    Q.   As a scientist, is it more important
24 to you if you're able to repeat the association
25 that you find in one study in the next study?

Confidential - Subject to Protective Order

Page 62

1          MR. COPLE: Objection. Vague,
2    incomplete hypothetical.
3          A.   It's very possible to replicate a
4    study and get wrong answers twice. So, no, I
5    don't think replication is that valuable unless
6    you're confident in the results of the study in
7    terms of that study's internal validity.
8    BY MR. MILLER:
9          Q.   And if it replicates three times, does
10   that have any value?
11         MR. COPLE: Objection. Asked and
12   answered.
13         A.   Again, you can replicate a study and
14   get the wrong answer repeatedly. So, you
15   know -- and there isn't a limit to the number of
16   times that that can happen.
17   BY MR. MILLER:
18         Q.   Is multiple myeloma a form of
19   non-Hodgkin's lymphoma?
20         A.   The definition has relatively recently
21   changed. So that's reflected in some of the
22   epidemiologic papers. So in the more current
23   definition, multiple myeloma was included, yes.
24         Q.   Have you spoken to anyone at Exponent
25   since you've been retained by Monsanto?

Page 63

1          A.   No, I have not.
2          Q.   Did you e-mail anyone at Exponent, or
3    did they look at any drafts of your report?
4          A.   I've had no contact with anyone at
5    Exponent.
6          Q.   All right. So keep 23-3 in front of
7    you, and let's go to some studies and look at
8    them.
9          MR. COPLE: Before we jump into the
10   studies, we've been going about an hour. How
11   long do you plan to go before allowing Dr. Rider
12   to take a break?
13   BY MR. MILLER:
14         Q.   Any time you want to take a break,
15   Doctor, it's fine with me.
16         A.   Yeah, I could take a brief break.
17         Q.   Sure.
18         A.   Thank you.
19         THE VIDEOGRAPHER: Going off the
20   record. The time is 10:06.
21         (Whereupon, a recess was taken.)
22         THE VIDEOGRAPHER: Back on the record.
23   The time is 10:16.
24         MR. COPLE: Can we be sure that no one
25   has joined?

Page 64

1          MR. MILLER: Jeffrey Traverse, are you
2    still there?
3          MR. TRAVERSE: Yeah, I'm here.
4          MR. MILLER: Anyone else on the phone?
5    Hearing no one, we'll begin.
6          (Whereupon, Rider Exhibit 23-5,
7          McDuffie, et al article, Non-Hodgkin's
8          Lymphoma and Specific Pesticide
9          Exposures in Men, was marked for
10         identification.)
11   BY MR. MILLER:
12         Q.   Doctor, I just handed you 23-5, an
13   exhibit. Can we call that the McDuff article?
14         A.   McDuffie, sure.
15         Q.   Dr. McDuffie.
16         Do you know Dr. McDuffie?
17         A.   I do not.
18         Q.   Cancer Epidemiology, Biomarkers &
19   Prevention, a peer-reviewed journal?
20         A.   Yes, it is.
21         Q.   And so as we discussed before, the
22   peer reviewer or reviewers would have analyzed
23   this data and either accepted it, rejected it,
24   or asked it to be revised?
25         MR. COPLE: Objection. Lacks

Page 65

1    foundation.
2          A.   So again, I know from my own
3    experience in both publishing and peer reviewing
4    for this journal that at least one peer reviewer
5    would be invited to comment on the article. I
6    don't recall whether this journal allows the
7    reviewers to give recommendations specifically
8    on whether to accept or reject it.
9          Q.   Okay. But at some point we can agree,
10   because it's published, that the editors of this
11   journal decided it was worthy of being
12   published?
13         A.   Yes, we can agree.
14         Q.   And it's published by, I want to
15   count -- one, two, three, four, five, six,
16   seven, eight -- nine different scientists?
17         MR. COPLE: Objection. Vague.
18         A.   I see nine different people listed in
19   the author list. That's all I can say.
20   BY MR. MILLER:
21         Q.   You're uncomfortable calling them
22   scientists?
23         MR. COPLE: Objection. Argumentative.
24         A.   I don't know anything about any of
25   these people, so right now I can only tell that

17 (Pages 62 to 65)

Confidential - Subject to Protective Order

Page 66

1      they're authors on this paper.
2      BY MR. MILLER:
3          Q.  Well, it does tell you something about
4      them in the paragraph right below; right?
5              MR. COPLE:  Objection.  Argumentative.
6          A.  In the affiliations we can certainly
7      see what department they're -- or company they
8      are affiliated with, yes.
9      BY MR. MILLER:
10         Q.  Dr. McDuffie is with the Centre for
11     Agricultural Medicine, right?
12         A.  At the University of Saskatchewan,
13     yes.
14         Q.  And Dr. Pahwa is at the National
15     Cancer Institute of Canada, Epidemiology,
16     University of Toronto; right?
17         A.  Actually I don't think so.  I think
18     that's the person with the initials JRM.
19         Q.  JRM.
20         A.  McLaughlin.
21         Q.  I see.  Thank you.  Yes, ma'am.  Yes.
22             Other scientists here who are authors
23     are at the Centre for Health Evaluation &
24     Outcome Sciences at St. Paul Hospital in
25     Vancouver, British Columbia?

Page 67

1          A.  That is another affiliation for one of
2      the authors, yes.
3          Q.  And one of the authors is at the
4      Alberta Cancer Board, the division of
5      epidemiology, right?
6          A.  That is correct.
7          Q.  One of the authors is at the
8      department of pathology at the University of
9      Saskatchewan; right?
10         A.  Correct.
11         Q.  So is it fair to call these people
12     scientists?
13             MR. COPLE:  Objection.  Vague.
14         A.  Again, they all have, at least the
15     ones that you have referenced here, have either
16     academic or some kind of government affiliation.
17     But, again, I don't know any of these people or
18     their background or training.
19     BY MR. MILLER:
20         Q.  It's fair to say that, of course, you
21     have never studied non-Hodgkin's lymphoma and
22     its relationship to glyphosate, true, prior to
23     being asked to be an expert in this case; right?
24             MR. COPLE:  Objection.  Vague.
25         A.  I've never done my own research on

Page 68

1      glyphosate and NHL.  And before being retained
2      by Hollingsworth, I had not done a full review
3      of that literature.
4      BY MR. MILLER:
5          Q.  And when you were retained by
6      Hollingsworth, you understood they were retained
7      by Monsanto; right?
8          A.  I knew who the defendant was, yes.
9          Q.  Okay.  If you'd please turn with me to
10     Page 1161 of this peer-reviewed journal, Table
11     8.
12         A.  Okay.
13         Q.  "Phosphonic acid: glyphosate."  Do you
14     see where I am in the table regarding individual
15     compounds?
16         A.  I do.
17         Q.  And it shows for exposed greater than
18     two days per year.  Am I reading that correctly?
19         A.  Right.  There is unexposed, greater
20     than zero to less than or equal to two days, and
21     then greater than two day categories, yes.
22         Q.  And for greater than two days, it
23     shows an odds ratio of what, Doctor?
24         A.  The odds ratio that's listed in this
25     table is 2.12.  But again, that number, you

Page 69

1      know, isn't controlling for other chemicals.
2              And you'll also notice that almost
3      every other -- in fact, every other pesticide or
4      herbicide that they investigated also has an
5      odds ratio above 1.
6          Q.  The odds ratio of 2.12 for greater
7      than two days' use of glyphosate, is that a
8      statistically significant finding?
9          A.  So meaning that the confidence
10     intervals don't overlap 1, yes.  But there's
11     really no point in evaluating statistical
12     significance if you don't have confidence in the
13     internal validity of the findings.
14         Q.  Well, these people apparently did have
15     internal validity in the findings because they
16     published this; right?
17             MR. COPLE:  Objection.  Argumentative.
18         A.  No.  I think we can find a number of
19     examples where there are limitations in the
20     methodologic design or the statistical analysis
21     of a study, and those papers get published, and
22     that's why it's so important to interpret all
23     these estimates in light of the limitations of
24     those studies.  It's why putting the numbers,
25     just easily putting them into a meta-analysis

18  (Pages 66 to 69)

Confidential - Subject to Protective Order

Page 70

1  doesn't really give us very valuable information
2  about whether an exposure causes disease.
3  BY MR. MILLER:
4      Q.   Were there limitations in your high
5  ejaculation study?
6      A.   Yes, there were definitely limitations
7  in the ejaculation frequency study, and we
8  disclosed many of those limitations in the
9  Discussion section.
10      Q.   Yet, in spite of those limitations, it
11  provided strong evidence; right?
12          MR. COPLE:  Objection.  Argumentative.
13      A.   As I said before, that is not how it
14  was characterized.  We said the strongest
15  evidence to date in -- was what that study
16  provided.  And even in light of some of the
17  limitations, those findings were still
18  compelling.
19  BY MR. MILLER:
20      Q.   In the McDuffie study on Page 1161,
21  under the table, if you'd look on the right side
22  of the typed information, they explain to us,
23  "We have included many people in many
24  occupations as well as home and garden users."
25          Do you see that sentence there?

Page 71

1      A.   I do.
2      Q.   "These are groups for whom we did not
3  find extensive validation studies.  Their
4  inclusion may have biased our dose-response
5  findings towards the null."
6          What does "biased our dose-response
7  findings towards the null" mean, ma'am?
8      A.   So, I mean, generally I think
9  anything -- anytime something is biased towards
10  the null, it would mean that the true
11  association is stronger than the association
12  that you observe.
13      Q.   Would you turn to Page 1162, please?
14      A.   Okay.
15      Q.   If you would look, please, printed
16  underneath the table, first sentence, first
17  paragraph, I want to read it to you and ask you
18  a question.  "Our results support previous
19  findings of an association between non-Hodgkin's
20  lymphoma and specific pesticide exposures."
21          That was their conclusion; true?
22      A.   That's what it says here in this last
23  paragraph.
24      Q.   And you'll see under
25  "Acknowledgements" they had an advisory

Page 72

1  committee for the project.
2          Do you see that, ma'am?
3      A.   Yes, I do.
4      Q.   What's an advisory committee for a
5  project?  What's it mean to a layperson, I guess
6  I'm trying to ask.
7      A.   Honestly, I'm not really sure.  I've
8  not been involved in an advisory committee, so
9  it seems like it would vary from situation to
10  situation.
11      Q.   If you turn with me, please, to
12  Page 1160.
13      A.   Okay.
14      Q.   And I'm looking at the printed portion
15  under the graph, to the left, first full
16  paragraph, last sentence.  And you can read it
17  to yourself.  But these authors, at least in
18  their opinion, felt they found a dose-response
19  relationship with glyphosate and non-Hodgkin's
20  lymphoma; true?
21          MR. COPLE:  Objection.  The document
22  speaks for itself.
23      A.   I would need to, you know, reread the
24  authors' Results section to tell you what they
25  think that they found from the results.

Page 73

1  BY MR. MILLER:
2      Q.   Let me read that sentence and ask you,
3  "The exceptions were 2,4-D for which there was
4  no dose-response relationship, and glyphosate,
5  which was not significant for exposure but for
6  which we demonstrated a dose-response
7  relationship."
8          Did I read that correctly?
9      A.   Yes, you did.
10      Q.   And what is a "dose-response
11  relationship"?  What does that concept mean in
12  epidemiology?
13      A.   Sure.  So the idea is that -- and, of
14  course, dose-response is one of the
15  Bradford-Hill criteria.
16      Q.   Yes, ma'am.
17      A.   But the idea is that you would be more
18  likely to see a risk of your outcome among
19  people who use -- or who have more of a
20  particular exposure compared to people who have
21  lower levels of exposure.  So if you sort of
22  look at risk in categories of increasing
23  exposure, you would see an increasing risk of
24  the outcome.
25      Q.   Yes, ma'am.

19 (Pages 70 to 73)

Confidential - Subject to Protective Order

Page 74

1    And let's go, if we can, to our
2  Exhibit 23-3, the forest plot that Dr. Chang has
3  in her article. And when you look at McDuffie
4  and the relative risk of 1.2, .833 to 1.74 for
5  the confidence interval, does that accurately
6  reflect what we see here in the McDuffie
7  article?
8    A.   That is the odds ratio that's taken
9  from Table 2. It is the odds ratio that's been
10  adjusted for only the variables that showed a
11  statistically significant association with the
12  outcome, so things like measles, mumps, allergy,
13  family history, but not adjusted for any other
14  pesticides.
15    Q.   All right. Let's look at -- I know
16  you disagree with it, but when you read this
17  article, it shows a positive association,
18  whether you agree with -- and I know you agree
19  that it's -- that you think it's a poor quality
20  study, it doesn't show us anything, but at least
21  from the view of these authors, it's a positive
22  association study; right?
23       MR. COPLE: Objection. Vague, asked
24  and answered.
25    A.   Again, positive association, if what

Page 75

1  you mean by that is just that they found an odds
2  ratio above 1, that is certainly reflected in
3  their results. But as I stated before, that
4  tells us absolutely nothing about whether the
5  exposure is causally related to the outcome,
6  which is, I think, what we're interested in.
7  BY MR. MILLER:
8    Q.   At the end of the day, that is what
9  we're interested in.
10       So would it be fair to say from a lay
11  perspective you simply disagree with these
12  authors?
13    A.   I think that from, you know, taking
14  into account the quality of the study design,
15  and the limitations in the statistical analysis,
16  one could conclude that the association that
17  they observe is not reflective of a causal
18  association.
19    Q.   Let's look at 23-6. This is a Hardell
20  article.
21       You reviewed that, haven't you, ma'am?
22    A.   Yes, I have.
23    Q.   Here's a copy for you (handing).
24  ////
25  ////

Page 76

1       (Whereupon, Rider Exhibit 23-6,
2       Hardell, et al article, Exposure to
3       Pesticides as Risk Factor for
4       Non-Hodgkin's Lymphoma and Hairy Cell
5       Leukemia, was marked for
6       identification.)
7  BY MR. MILLER:
8    Q.   And this is the article by
9  Dr. Hardell, Eriksson, and Nordstrom?
10    A.   That's correct.
11    Q.   And it's on the issue of exposure to
12  pesticides as a risk factor for non-Hodgkin's
13  lymphoma; right?
14    A.   Yes, it is. That is stated in the
15  title, yes.
16    Q.   It's a Pooled Analysis of Two Swedish
17  Case-control Studies; right?
18    A.   That is correct.
19    Q.   And how would you explain to a
20  layperson what a pooled analysis is?
21    A.   So a pooled analysis is when you take
22  the original data from more than one study, two
23  or more studies, and you re-analyze that data,
24  pooling the exposure and the outcome information
25  that you have from those two studies.

Page 77

1    Q.   A recognized and valid concept within
2  epidemiology; fair?
3    A.   So it is a way that can be useful for
4  looking at outcomes that are rare. That's one
5  strength of this method. So it's a way to
6  increase your number of outcomes.
7    Q.   Yes, ma'am.
8       Have you ever performed and published
9  a pooled analysis?
10    A.   I don't believe so, no.
11    Q.   Have you ever performed and published
12  a meta-analysis?
13    A.   I am a co-author on one meta-analysis,
14  yes.
15    Q.   And what is the name of that?
16    A.   I would have to look at my CV to give
17  you the exact title.
18    Q.   Is it regards in some fashion prostate
19  cancer?
20    A.   Yes, it does relate to prostate cancer
21  as the outcome.
22    Q.   Okay. Let's go back to the Hardell
23  study. This is in the journal Leukemia &
24  Lymphoma. Is that a peer-reviewed journal?
25    A.   I couldn't be certain. I've never

20 (Pages 74 to 77)

Confidential - Subject to Protective Order

Page 78

1 published in this journal.
2     Q.   Dr. Hardell, the papers tells us, is
3 an oncologist?
4     A.   Well, I think it just tells us that
5 he's affiliated with the department of oncology.
6     Q.   And if you'd look at the Abstract
7 section of the first page.
8     A.   Okay.
9     Q.   He tells us, "Among herbicides,
10 significant associations were found for
11 glyphosate."
12         And what's the odds ratio, ma'am?
13     A.   The odds ratio that they list in the
14 abstract is 3.04.  He also lists associations
15 with another chemical where they also found a
16 statistically significant association.
17     Q.   And is the odds ratio of 3.04
18 statistically significant in his findings?
19     A.   Again, just in looking at the
20 abstract, the confidence interval that they list
21 here does not include the value of 1.  It goes
22 from 1.08.
23         But, again, I don't think it's useful
24 to look at the statistical significance before
25 you're comfortable with the study being free

Page 79

1 from systematic bias, because you can have a
2 very statistically significant finding that
3 doesn't reflect the truth.
4     Q.   Now, like the McDuffie article before
5 this, at no time prior to you being retained as
6 an expert in this case did you ever write any
7 criticisms of either of these studies; that is
8 true?
9     A.   That is correct.
10     Q.   And at times epidemiologists will
11 write letters to the editor if they want to
12 debate a study, right?  That process occurs?
13     A.   I think the process of writing letters
14 to journal in response to article is sort of how
15 some of the scientific debate happens.  In a way
16 it's an extension of the peer review process.
17 Once a paper is out there in the literature, it
18 gives the opportunity for scientists to talk
19 about it.
20     Q.   And that was my point.  You were not
21 part of that scientific process or debate prior
22 to being retained as an expert in this case?
23         MR. COPLE:  Objection.  Vague.
24 BY MR. MILLER:
25     Q.   On this issue or this paper.

Page 80

1         MR. COPLE:  Objection.
2 BY MR. MILLER:
3     Q.   Let's narrow it down.
4         MR. COPLE:  Objection.  Vague,
5 argumentative.
6     A.   I have not written commentaries on
7 glyphosate and NHL prior to being retained in
8 this case, that is correct.
9 BY MR. MILLER:
10     Q.   Have you since -- since you've been
11 retained, have you written to the authors of
12 either the McDuffie paper or the Hardell paper
13 or the journals that published them to voice
14 your criticisms about these papers?
15         MR. COPLE:  Objection.  Vague.
16     A.   No, I have not.
17 BY MR. MILLER:
18     Q.   The authors conclude -- and if you'll
19 please turn with me on Page 1047.  I'm on the
20 bottom left side of the paper, and let me know
21 when you're there, and I'll wait until you're
22 there.
23     A.   Okay.
24     Q.   I'm reading a sentence, about the
25 fourth up from the bottom, "In this study,

Page 81

1 exposure to glyphosate was a risk factor for
2 non-Hodgkin's lymphoma."
3     A.   Sorry, I'm struggling to find where
4 you are.
5     Q.   Sure.  Down here at the bottom
6 (indicating).
7     A.   Okay.  Great.
8     Q.   The gly- -- okay.  I'm going to quote
9 it again.  "Glyphosate is the herbicide now
10 most" -- well, strike that.
11         "In this study, exposure to glyphosate
12 was a risk factor for non-Hodgkin's lymphoma."
13         You disagree with the finding of these
14 authors in that regard?
15     A.   So, again, the way the authors use the
16 term "risk factor," you know, they could just be
17 indicating by that that what they observed was a
18 statistical association between the exposure and
19 the outcome.  They certainly don't say here that
20 they think that glyphosate is causally related
21 to NHL.
22     Q.   Well, nobody says causally related in
23 articles in epidemiology, they talk about
24 associations and risk factors usually; true?
25         MR. COPLE:  Objection.  Lacks

21 (Pages 78 to 81)

Confidential - Subject to Protective Order

Page 82

1  foundation, vague, argumentative.
2  BY MR. MILLER:
3      Q.  You can answer.
4      A.  Why we do the work that we do is we're
5  interested in determining what factors are
6  causally associated in, in this case, cancer
7  development.
8      Q.  How many articles have you published
9  in a peer-reviewed journal?
10     A.  I would have to look at my CV to give
11 you an exact count, but --
12     Q.  An estimate.
13     A.  -- in terms of original published
14 article, it's in the 70s, I believe.
15     Q.  In how many of that 70 do you
16 determine cause?
17     A.  I can say with confidence I have never
18 said in one of my discussions that I have
19 established causality.
20     Q.  And that's because, generally
21 speaking, that's not what we do in these
22 articles, we talk about association, and then as
23 a public policy matter causality will be
24 determined or not determined later; isn't that
25 fair?

Page 83

1          MR. COPLE:  Objection.  Argumentative,
2  vague.
3      A.  I think that it is important to
4  consider sort of the body of evidence.  So it
5  would be unusual -- I can't think of a case
6  where causality would be established in a single
7  study.
8  BY MR. MILLER:
9      Q.  Sure.
10         Going back to this study and these
11 authors, do you agree with these authors that
12 glyphosate is a risk factor for non-Hodgkin's
13 lymphoma, or not?
14         MR. COPLE:  Objection.  Asked and
15 answered.
16     A.  In the way that I use risk factors,
17 no, I do not agree with the authors.
18 BY MR. MILLER:
19     Q.  Yes, ma'am.
20         Going to Exhibit 23-3, Dr. Chang's
21 forest plot for these authors, Dr. Hardell, they
22 show a relative risk of 1.85 and a confidence
23 interval from .55 to 6.2.  Is that accurately
24 reflected in Dr. Chang's forest plot now that
25 you have the Hardell article with you there?

Page 84

1          MR. COPLE:  Objection.  Asked and
2  answered.
3      A.  So I believe that the point estimate
4  and confidence interval in the Chang
5  meta-analysis comes from Table 7 of the Hardell
6  study.  So, yes, that is the point estimate and
7  confidence interval that they used.  But, again,
8  it -- that point estimate doesn't reflect -- as
9  actually the authors Chang and Delzell in the
10 introduction of this paper point out, the
11 meta-analysis does not take into account some of
12 the severe limitations in the quality of these
13 studies.
14 BY MR. MILLER:
15     Q.  How would you define to a layperson
16 what a risk factor is?
17     A.  So a risk factor for disease is a
18 factor that would increase the probability of
19 you having that disease, controlling for other
20 factors.
21     Q.  Let's look to a new article here.
22 We're making progress.  Let's look at
23 Dr. De Roos's 2003 article.  This will be 23-7.
24
25

Page 85

1          (Whereupon, Rider Exhibit 23-7, De
2          Roos, et al article, Integrative
3          assessment of multiple pesticides as
4          risk factors for non-Hodgkin's
5          lymphoma among men, was marked for
6          identification.)
7  BY MR. MILLER:
8      Q.  You reviewed this article before?
9      A.  This is -- yes, I have reviewed this
10 article before, yes.
11     Q.  And it's written by -- one, two,
12 three, four, five, six -- seven, may I call them
13 scientists?
14     A.  I would just call them authors.
15     Q.  Authors.
16         Okay.  Do you know any of them?
17     A.  I do not know any of the authors, no.
18     Q.  Is this a peer-reviewed journal?
19     A.  The -- this is the Journal of
20 Occupational and Environmental Medicine.  Again,
21 I've never published in this journal, so I can't
22 be certain.
23     Q.  We can agree that this is an
24 "assessment of multiple pesticides as risk
25 factors of non-Hodgkin's lymphoma among men"?

22 (Pages 82 to 85)

Confidential - Subject to Protective Order

Page 86

1      A.   That's what's stated in the title,
2   yes.
3      Q.   And if you'd please turn with me to
4   Table 3.
5      A.   Okay.
6      Q.   And in this article in Table 3, what
7   these authors are looking at is the "Effect
8   estimates for use of specific pesticides and
9   non-Hodgkin's lymphoma incidence, adjusting for
10  use of other pesticides"; right?
11     A.   So I believe the -- they present
12  results here that are both unadjusted and
13  adjusted for other pesticides, yes.
14     Q.   And they adjust under two
15  methodologies, logistic regression and
16  hierarchal regression; right?
17     A.   Logistic regression is not controlling
18  for other pesticides.
19     Q.   The logistic regression odds ratio for
20  glyphosate in Table 3 indicates an odds ratio of
21  2.1?
22     A.   Here it is.  The unadjusted logistic
23  regression analysis, yes, finds an odds ratio of
24  2.1.
25     Q.   Statistically significant?

Page 87

1      A.   Again, if you want to look at that,
2   that's fine, but it doesn't tell you anything if
3   you don't have confidence in that point estimate
4   because of issues of internal validity.
5      Q.   I understand you don't agree with it.
6   But is it statistically significant per these
7   authors?
8      A.   Well, I --
9          MR. COPLE:  Objection.  Asked and
10  answered.
11     A.   Actually I don't agree with it
12  because, again, statistical significance doesn't
13  mean anything if you put tight confidence limits
14  around an estimate that's incorrect.
15  BY MR. MILLER:
16     Q.   And adjusted for hierarchal
17  regression, the odds ratio is 1.6; right?
18     A.   The odds ratio is reduced to 1.6 after
19  their approach for controlling for other
20  pesticides, which was hierarchal logistic
21  regression, yes.
22     Q.   And that's a 60 percent increase;
23  right?  That's what 1.6 means?
24     A.   If you had confidence in the result
25  that you were getting because you felt like the

Page 88

1   study had good internal validity, in that case
2   you would interpret an odds ratio of 1.6 as
3   having 60 percent increase in the odds of that
4   outcome.
5      Q.   As an author, as a scientist, you
6   wouldn't publish a data that you didn't have
7   confidence in; right?
8          MR. COPLE:  Objection.  Vague,
9   argumentative.
10     A.   I agree that I would -- as an
11  epidemiologist, part of my process is to try and
12  determine all of the explanations for my
13  findings, other than the fact that there's a
14  causal association between the exposure and the
15  outcome.
16  BY MR. MILLER:
17     Q.   And one of your criticisms about this
18  study is you think that there's confounding with
19  other pesticide use; right?  That's one of your
20  criticisms?
21     A.   I think that the results here, I'm
22  seeing the odds ratio decrease from 2.1 to 1.6,
23  is consistent with there being confounding from
24  other pesticides, yes.
25     Q.   Let's go to Page 7 of 9.

Page 89

1      A.   Okay.
2      Q.   And if you look at, please -- and I'm
3   on the left side about halfway down.
4      A.   Okay.
5      Q.   I'll read you what the authors say in
6   that regard.  "Adjustment for multiple
7   pesticides suggested that there were few
8   instances of substantial confounding of
9   pesticide effects by other pesticides."
10         Do you see that?
11     A.   I do see that sentence, yes.
12     Q.   So fair to say that the authors
13  disagree with you that there was substantial
14  confounding by other pesticides; true?
15     A.   So, again, I can't really tell you
16  what the authors mean without having the larger
17  context of this discussion, which I don't
18  completely recall.  But what they're saying is
19  that there were few instances of substantial
20  confounding of pesticide effects by other
21  pesticides.  We don't know what chemicals
22  they're referring to, or certainly what they
23  define as substantial.
24     Q.   Do you think this article has a
25  problem with systematic recall bias?

Confidential - Subject to Protective Order

Page 90

1      A.   I would have to just take a moment
2   again to refresh myself --
3      Q.   Sure.  Go ahead.
4      A.   -- with the methods.
5           (Witness reviewing document.)
6      A.   So I think that, you know, whenever
7   we're conducting a retrospective case control
8   study, you know, we have to keep in mind that
9   the cases who are sort of potentially searching
10  for a cause of their cancer might provide a
11  different quality of exposure reporting than the
12  people without cancer, the controls.  So I think
13  that, you know, in any retrospective case
14  control study we'd be concerned about that,
15  even -- you know, especially since we're looking
16  for exposures, you know, a relatively long time
17  ago.
18          And then on top of that there is a
19  potential issue with proxy respondents, so that
20  the quality of information that you might get
21  would vary between the cases who reported their
22  exposure directly and the cases for whom next of
23  kin was used to gather that exposure
24  information.
25      Q.   The authors considered recall bias and

Page 91

1   selection bias and concluded they did not have a
2   problem with it in this article; true?
3      A.   I would have to reread their
4   discussion.
5      Q.   If you'd look at Page 8, and halfway
6   down on the left, I'll read you a sentence.  It
7   says -- let me know when you have it.  Okay?
8      A.   Okay.
9      Q.   "Second, the fact that there were few
10  associations suggests that the positive results
11  we observed are not likely to be due to a
12  systematic recall bias for pesticide exposures,
13  or selection bias for the subgroup included in
14  the analyses of multiple pesticides."
15          So they considered it and felt it
16  wasn't a problem; true?
17      A.   I agree that the authors came to the
18  conclusion that those weren't major issues, but
19  I would sort of -- I would disagree with --
20      Q.   I understand.
21      A.   -- the impact that that could have on
22  the findings.
23      Q.   And just a follow-up question.
24          Like the last article, you did not
25  submit any letters to the editor criticizing

Page 92

1   this study; right?
2      A.   I have not submitted letters to the
3   editor, no.
4      Q.   And if you go back to Dr. Chang's
5   forest plot, you'll see that De Roos '03 is on
6   the plot.  And is it accurately represented?
7           MR. COPLE:  Objection.  Asked and
8   answered.
9      A.   So the point estimate and confidence
10  interval in the Chang and Delzell systematic
11  review and meta-analysis comes from the
12  hierarchal logistic regression results for
13  glyphosate in the Hardell paper.
14  BY MR. MILLER:
15      Q.   Okay.  Let's move on to --
16      A.   Sorry, the De Roos paper.  I
17  apologize.
18      Q.   Yes.  Under De Roos '03?
19      A.   Exactly.
20      Q.   Yes, thank you.  All right.  We'll
21  move on.
22          Let's talk about Eriksson '08.
23
24
25

Page 93

1           (Whereupon, Rider Exhibit 23-8,
2           Eriksson, et al article, Pesticide
3           exposure as risk factor for
4           non-Hodgkin lymphoma including
5           histopathological subgroup analysis,
6           was marked for identification.)
7   BY MR. MILLER:
8      Q.   You've reviewed this paper?
9      A.   I have, yes.
10     Q.   And we can agree the International
11  Journal of Cancer is a peer-reviewed journal?
12     A.   It is, yes.
13     Q.   Have you published in that journal?
14     A.   I have, yes.
15     Q.   Respected journal?
16     A.   Yes.
17     Q.   Have you been a peer reviewer for that
18  journal?
19     A.   Yes, I have.
20     Q.   How many peer reviewers do they
21  generally have review a paper?
22     A.   Honestly, I couldn't recall.  It's
23  been awhile.
24     Q.   And so there's -- one, two, three --
25  four authors to this paper that's in the

Confidential - Subject to Protective Order

Page 94

1    peer-reviewed journal, International Journal of
2    Cancer; true?
3        A.   There are four authors listed, yes.
4        Q.   And this is a paper on the issue of
5    pesticide exposure as a risk factor for
6    non-Hodgkin's lymphoma; true?
7        A.   Correct.
8        Q.   And generally -- we'll get to some
9    quotes in a minute.  But generally speaking,
10   they found some positive associations for
11   glyphosate and non-Hodgkin's lymphoma; true?
12           MR. COPLE:  Objection.  Lacks
13   foundation.
14   BY MR. MILLER:
15       Q.   And I know you don't agree with them
16   that these findings are significant, but that's
17   what they found?
18           MR. COPLE:  Objection.  Lacks
19   foundation, vague.
20       A.   The associations that they found, yes,
21   were above 1.  But, again, I think that those
22   results can be explained by systematic bias.
23   BY MR. MILLER:
24       Q.   Yes, ma'am.
25           Let's read a couple of quotes and see

Page 95

1    if this is what the authors say.  The Eriksson
2    paper, and I'm looking at the abstract section,
3    they say, "Exposure to glyphosate gave an odds
4    ratio 2.02."  Statistically significant; true?
5        A.   That is what it says, that the
6    glyphosate gave OR 2.02, and then they list a
7    confidence interval that does not include the
8    value of 1.
9        Q.   Yes.
10           And for greater than ten-year latency
11   period, the odds ratio was 2.26, and
12   statistically significant; right?
13       A.   Again, 2.26, and then they list a
14   confidence interval that does not include the
15   value of 1, that is correct.  But, again, those
16   results, especially for the ten-year latency
17   period, aren't controlling for other chemicals.
18       Q.   And have you done any calculations to
19   see what the odds ratio would be if they control
20   for the other pesticides?
21       A.   It's not possible to do that with the
22   information that's provided in the paper.  And,
23   also, controlling for other pesticides requires
24   that you are collecting the information on those
25   pesticides, and at a quality that's sufficient

Page 96

1    to control for them.
2        Q.   And I repeat this question.  You did
3    not write any letter to the editor to criticize
4    the Eriksson paper; right?
5        A.   I have never written a letter, no, to
6    criticize the Eriksson paper.
7        Q.   Before I forget, have you and
8    Dr. Mucci e-mailed each other about your
9    respective work here as expert witnesses for
10   Monsanto?
11       A.   No, we have not.
12       Q.   Have you spoken to each other about
13   it?
14       A.   We have not -- we are both aware that
15   we are being retained by Hollingsworth as expert
16   witnesses, but we have not spoken about the
17   case, no.
18       Q.   Who did they retain first, you or
19   Dr. Mucci?
20       A.   I have no idea.
21       Q.   Did you first get contacted by
22   Dr. Mucci about this, or by the lawyers of
23   Monsanto?
24       A.   It was attorneys at Hollingsworth LLP
25   that contacted me.

Page 97

1        Q.   Did any other epidemiologists tell you
2    that they were going to be calling?
3        A.   No.  It was the attorneys at
4    Hollingsworth that contacted me.
5        Q.   These authors thought about the issue
6    of misclassification; right?
7            MR. COPLE:  Objection.  Vague.
8        A.   Can you tell me what you mean by that?
9    What type of misclassification?
10   BY MR. MILLER:
11       Q.   Let's hit it at 30,000 feet.  What is
12   misclassification in the context of
13   epidemiology?
14       A.   Well, there's both exposure and
15   disease misclassification, so those are sort of
16   two separate misclassification issues.  And then
17   within both exposure and disease
18   misclassification you can have differential and
19   non-differential misclassification.  I can
20   explain what that means, if you'd like.
21       Q.   Yes, in a bit we will, but I think I'm
22   fairly familiar with it.
23           But here they talked about exposure
24   misclassification.  The authors discussed that
25   and decided that if there was any, it would only

25 (Pages 94 to 97)

Confidential - Subject to Protective Order

Page 98

1    weaken their results; right?
2         MR. COPLE: Objection. Lacks
3    foundation.
4         A.   I would need to reread the paper to
5    determine what the authors -- how they
6    interpreted that. I don't recall.
7    BY MR. MILLER:
8         Q.   Yes, ma'am.
9         Let's turn to Page 1660, in their
10   Discussion section there on the right side.
11        A.   Okay.
12        Q.   Yes. I'm reading about the third
13   paragraph down, halfway through the paragraph,
14   "Exposure to pesticides may be difficult to
15   assess, and some misclassification regarding
16   quantity of exposure has probably occurred, but
17   such misclassification would most probably be
18   nondependent of case/control status, and
19   therefore only weaken any true risk."
20        That's true, isn't it?
21        A.   I would disagree with that statement.
22   In a case control study where you're evaluating
23   exposure after disease has occurred, it's a very
24   strong assumption to assume that the level of
25   misclassification you have in the cases would be

Page 99

1    equivalent to that that's in the controls.
2         Q.   What evidence do you have that they're
3    not correct on that?
4         A.   So I mean, first of all, all of my
5    training as an epidemiologist where we're
6    cautioned to be concerned about the quality of
7    exposure reporting in retrospective case
8    controlled studies. It's sort of a fundamental
9    concept in case control design. But, you know,
10   when it's one of those issues that, you know,
11   just because you can't, you know, show that it's
12   happening, you still need to interpret your
13   findings in consideration of the impact that it
14   would have on those results. And -- yeah.
15        Q.   If you'd please turn to Page 1659.
16        A.   Okay.
17        Q.   On Table 2 in this peer-reviewed
18   article by Dr. Eriksson and three other
19   scientists from International Journal of Cancer,
20   they have a table about exposure to various
21   herbicides; true?
22        A.   Yes, they do.
23        Q.   And one of those herbicides is
24   glyphosate; right?
25        A.   Yes, it is listed in the table.

Page 100

1         Q.   And in that table they say if you've
2    been exposed to greater than ten days of
3    glyphosate, your odds ratio is 2.36; right?
4         A.   So this is an analysis where they
5    attempted to take into account the duration of
6    exposure using this relatively low category of
7    ten total days. And, again, this analysis is
8    unadjusted for other pesticides. And there they
9    find an odds ratio of 2.36, yes.
10        Q.   2.36 means it would be over a doubling
11   of the risk; right?
12        A.   Only if you, again, believe in the
13   internal validity of this study, and that that
14   result isn't confounded by the use of other
15   pesticides or other risk factors for NHL.
16        Q.   I understand the caution.
17        But just to assume hypothetically in
18   any study, if it was about smoking or lung
19   cancer, an odds ratio of 2.36 means we have a
20   doubling of the risk; right?
21        MR. COPLE: Objection. Asked and
22   answered, incomplete hypothetical.
23        A.   Again, it's easy to find an
24   association between variables, so an odds ratio
25   of 2.36 is consistent with that outcome being

Page 101

1    twice as common among -- that exposure being
2    twice as common among people with the outcome,
3    but it doesn't tell you what the causal
4    relationship is.
5    BY MR. MILLER:
6         Q.   Dr. Rider, can you point to me a study
7    done on the issue of glyphosate and
8    non-Hodgkin's lymphoma where the results
9    indicated people who were exposed to glyphosate
10   had less non-Hodgkin's lymphoma than people who
11   were?
12        A.   Well, I think, no, I can't point to a
13   study where I could confidently tell you that
14   glyphosate exposure was a protective factor for
15   non-Hodgkin's lymphoma, if that's what you're
16   saying. If you're asking me if there are
17   studies where we've observed relative risk
18   estimates that are below 1, I can certainly
19   point you to those examples.
20        Q.   Please do.
21        A.   So, for instance, if we look at the
22   dose-response analyses in the Agricultural
23   Health Study.
24        Q.   Any others besides the Agricultural
25   Health Study? Because we're going to look at

26 (Pages 98 to 101)

Confidential - Subject to Protective Order

Page 102

1    that, as you might imagine, in more detail
2    later.
3        A.   That is the first one that comes to
4    mind.
5        Q.   Do any others come to mind?
6        A.   I would have to review the results of
7    the pooling project data, but there could be an
8    example in there as well.
9        Q.   That's the NAPP study?
10       A.   Correct.
11       Q.   Any others?
12       A.   That's all I can think of off the top
13   of my head.  But, again, it would be helpful to
14   either look at my report or to see the original
15   studies to say for certain.
16       Q.   Let's go back to this peer-reviewed
17   article by Eriksson and his three colleagues,
18   and we're still on Page 1659.
19           These scientists also indicate on
20   Table 3 an odds ratio for B cell lymphoma;
21   right?  Do you see that, ma'am?
22       A.   I do, yes.
23       Q.   And, of course, B cell lymphoma is a
24   form of non-Hodgkin's lymphoma; right?
25       A.   That is correct, yes.

Page 103

1        Q.   And they show an odds ratio for
2    glyphosate for B cell lymphoma of what, ma'am?
3        A.   The odds ratio listed there is 1.87.
4        Q.   And that is statistically significant?
5        A.   Again, I don't really think it's
6    meaningful to talk about that, because I don't
7    have confidence in the point estimate.  So,
8    again, as I said before, you can have a very
9    precise confidence interval around an estimate
10   that's inaccurate and not reflective of the
11   truth.
12       Q.   Yes.  And I understand that is your
13   strongly held belief.  But it is statistically
14   significant?
15           MR. COPLE:  Objection.  Asked and
16   answered.
17       A.   Again, if you're asking me does that
18   confidence interval include the value of 1,
19   actually it does.  It's not statistically
20   significant.  It goes from .998 to 3.51.
21   BY MR. MILLER:
22       Q.   So the p-value would be what in that
23   instance?
24       A.   I can't do that math in my head.  I
25   can't tell you what the exact p-value would be.

Page 104

1        Q.   These authors did a univariate
2    analysis as well as a multivariate analysis;
3    right?
4        A.   I don't know that I'd describe it as
5    univariate.  I believe they adjusted for the
6    matching factors in the study, which is
7    appropriate, but they did do sort of a minimally
8    adjusted analysis and then an analysis adjusted
9    for additional variables, yes.
10       Q.   And there was still an increased risk
11   under the multivariate analysis; true?
12       A.   What results are you referring to?
13       Q.   Yes, ma'am.  1661, Table 7.
14       A.   Okay.  I see it there.  So the results
15   of the multivariate analysis, they found an odds
16   ratio of 1.51, and that was substantially
17   reduced from the odds ratio that was not
18   controlling for other factors.
19       Q.   For the univariate risk they saw a
20   doubling of the risk, and for the multivariate
21   risk they saw a 50 percent increased risk;
22   right?
23       A.   Again, I think that's not an accurate
24   way to portray the findings because it makes it
25   sound like you're making a causal interpretation

Page 105

1    of the findings, which I don't think is
2    appropriate.
3        Q.   Setting aside, I'm not trying to make
4    a causal association on one study, but that --
5    the numbers mean 50 percent more likely or
6    100 percent more likely, and I'm -- whether
7    they're valid or not, but isn't that what odds
8    ratios mean?
9            MR. COPLE:  Objection.  Asked and
10   answered.
11       A.   If you had confidence in the methods
12   of the study and the internal validities of the
13   study and you found an odds ratio of 1.5, only
14   in that case would you say there was a
15   50 percent increase in the odds of the outcome.
16   BY MR. MILLER:
17       Q.   Yes.  Okay.  All right.  So last
18   question on this peer-reviewed study, and that
19   is, could you please take Dr. Chang's 23-3 chart
20   and look to see if Eriksson is accurately
21   portrayed there by Dr. Chang?
22           MR. COPLE:  Objection.  Asked and
23   answered.
24       A.   So the Eriksson results that are
25   included in the Chang and Delzell systematic

27 (Pages 102 to 105)

Confidential - Subject to Protective Order

Page 106

1    review and meta-analysis come from this Table 7,
2    the multivariate findings.
3           MR. MILLER:  All right.  I've been
4    advised we have to take a break to change tapes.
5    A.   Okay.
6           THE VIDEOGRAPHER:  Going off the
7    record.  The time is 11:08.
8           (Whereupon, a recess was taken.)
9           THE VIDEOGRAPHER:  Back on the record.
10   The time is 1:24.
11   BY MR. MILLER:
12   Q.   All right, Doctor, back to work.
13          Before we move -- we were going
14   through the studies, the case control studies, I
15   want to go back to a De Roos '03.  And we talked
16   about the logistic regression and the hierarchal
17   -- how do you say that?
18   A.   Hierarchical.
19   Q.   Hierarchical.  I'll forget that.
20          But I thought you mentioned logistic
21   regression was not -- had not been adjusted?
22   A.   That's right.  The authors don't
23   indicate that the logistic regression analysis
24   has been adjusted for other pesticides.
25   Q.   Let's go back and look at Table 3.

Page 107

1    Mr. Traverse wanted me to point this out.  If
2    you'll look and see where it says "Logistic
3    regression."  Do you see on Table 3?
4    A.   I do.
5    Q.   And then the asterisk underneath Table
6    3 it says, "Each estimate is adjusted for use of
7    all other pesticides listed in Table 3."
8           Do you see that?
9    A.   I do see that.  But when you read the
10   methods, it appears as though it is the
11   hierarchical logistic regression that is
12   adjusted for other pesticides, while the
13   logistic regression is not.
14   Q.   So you agree that at least in this
15   table where it says, "Effect estimates for use
16   of specific pesticides and non-Hodgkin's
17   lymphoma incidence, adjusting for use of other
18   pesticides," asterisk, and then it goes to the
19   asterisk, it says, "Each estimate is adjusted
20   for use of other pesticides."
21          MR. COPLE:  Objection.  Objection,
22   asked and answered.
23   A.   So I agree with you that there is an
24   asterisk in the title of the table that is
25   referred to as a footnote at the bottom of that

Page 108

1    table, but the asterisk doesn't tell us which
2    analysis they're referring to when they say,
3    "Each estimate is adjusted for use of other
4    pesticides."
5           And then when you go to the Methods
6    section, they do not discuss controlling for
7    other pesticides in their logistic regression
8    analysis.
9    BY MR. MILLER:
10   Q.   Do they say in the Methods section we
11   did not control for other pesticides?
12   A.   I would need to go back to the Methods
13   to tell you exactly what they say.
14          (Witness reviewing document.)
15   A.   So if you look in the middle of the
16   Statistical analyses paragraph on Page 2 of 9.
17   Q.   Where are you now?
18   A.   In about the middle of the Statistical
19   analyses paragraph on Page 2 of 9 --
20   Q.   Yes.
21   A.   -- they talk about how, "We employed
22   two approaches to our analyses: standard
23   logistic regression (maximum likelihood
24   estimation) and hierarchical regression,
25   calculating odds ratios to estimate the relative

Page 109

1    risk associated with each pesticide.  All models
2    included variables for age and indicator
3    variables for the study site.  Other factors
4    known or suspected to be associated with NHL,
5    including first degree relative with
6    hematopoietic cancer, education, and smoking,
7    were evaluated and found not to be important
8    confounders of the associations between NHL and
9    pesticides.  The standard logistic regression
10   models did not assume any prior distribution of
11   pesticides effects, in contrast to the
12   hierarchical regression modeling."
13          So there in that paragraph they do not
14   talk about how the logistic regression models
15   included other pesticides as potential
16   confounders, but then they go through a whole
17   column of methods describing their approach,
18   hierarchical regression that controls for other
19   pesticides.
20   Q.   Have we already asked, do you agree
21   that Eriksson on the Chang chart is correctly
22   portrayed?  And I'm sorry to bounce around on
23   you, but I'm trying to move back now.
24   A.   Sorry.  So now we're going back to --
25   Q.   Back to the Eriksson.

Confidential - Subject to Protective Order

Page 110

1     A.  -- Eriksson?

2     Q.  Yes, ma'am.  And asking if -- I think

3  I've already asked.  If I have, I apologize.  I

4  want to make sure that the Chang chart forest

5  plot Eriksson is accurately represented on that?

6     A.  So we did go over that the odds ratio

7  that's presented here in the Chang and Delzell

8  systematic review and meta-analysis does come

9  from Table 7 of the Eriksson paper.  But as I

10  said before, I'm just including that point

11  estimate and confidence interval there is really

12  meaningless unless you consider all of the

13  threats to internal validity, as well as the

14  fact that, you know, these authors found

15  associations with every chemical that they

16  evaluated when they looked at NHL, which is

17  consistent with some form of systematic bias.

18     And, also, you know, if we wanted to

19  look at my report, I outline several other

20  issues also with the Eriksson study.

21     (Whereupon, Rider Exhibit 23-9, Cocco,

22     et al article, Lymphoma risk and

23     occupational exposure to pesticides,

24     was marked for identification.)

25  BY MR. MILLER:

Page 111

1     Q.  23-9, the Cocco study, you reviewed

2  that before?

3     A.  I did read the Cocco study, yes.

4     Q.  The Cocco study, there's -- one, two,

5  three, four, five, six, seven, eight --

6     MR. COPLE:  Do we have a copy?

7     MR. MILLER:  Of course (handing).

8  BY MR. MILLER:

9     Q.  -- 18 authors?

10     A.  I would need to count them.  One, two,

11  three, four, five, six, seven, eight, nine,

12  ten -- yes, there are 18 authors on this

13  publication, correct.

14     Q.  And the name of this publication is

15  the Occupational Environmental Medicine?

16     A.  Oh, I'm sorry, the name of this

17  journal?

18     Q.  Yes.

19     A.  Occupational and Environmental

20  Medicine, yes, that's correct.

21     Q.  A peer-reviewed journal?

22     A.  I have not published in this journal,

23  so I'm not certain.

24     Q.  Do you know any of these authors?

25     A.  I do know two of these authors.

Page 112

1     Q.  And who are they?

2     A.  Paul Brennan and Paolo Boffetta.

3     Q.  Are they well-respected in their

4  field?

5     A.  Yes.  I believe they are

6  well-respected epidemiologists, yes.

7     Q.  Paolo Boffetta used to be the head of

8  IARC?

9     MR. COPLE:  Objection.  Lacks

10  foundation.

11     A.  I know that Dr. Boffetta had some role

12  at IARC, but honestly I don't know what that

13  role was.

14  BY MR. MILLER:

15     Q.  Do you know where he is now?

16     A.  No, I do not know where he's currently

17  affiliated.

18     Q.  Let's go, please, to Page 4, and

19  please go to Table 4 on Page 4.  Let me know

20  when you're there.

21     A.  Okay.  Yep, I'm there.

22     Q.  This is "Risk of B cell lymphoma and

23  occupational exposure to selected active

24  ingredients of pesticides"; right?

25     A.  That is correct.

Page 113

1     Q.  And they list one of those pesticides

2  as glyphosate; right?

3     A.  That is correct.

4     Q.  And the odds ratio they list is 4

5  point -- I'm sorry, 3.1?

6     A.  That is true.  But what's more

7  striking to me in this table is that the

8  analysis is based on four exposed cases and two

9  exposed controls only.

10     Q.  You'll agree that non-Hodgkin's

11  lymphoma is a rare cancer?

12     MR. COPLE:  Objection.  Lacks

13  foundation.

14     A.  In terms of cancers in the US, yes,

15  there are many more common cancers.

16  BY MR. MILLER:

17     Q.  Let's go to the next page.  I'm

18  going -- I'm just going to back up and not even

19  ask a question.

20     Is 2,4-D a herbicide?  Is that your

21  understanding?

22     MR. COPLE:  Objection.  Vague.

23  BY MR. MILLER:

24     Q.  That's a broad question.

25     MR. COPLE:  Objection.  Vague.

Confidential - Subject to Protective Order

Page 114

1      A.   I know that 2,4-D was a common
2   chemical that has been evaluated in many of the
3   same studies that has identified -- that have
4   looked at glyphosate.
5   BY MR. MILLER:
6      Q.   Yes.
7           And have these studies indicated an
8   association between 2,4-D and an increased risk
9   of non-Hodgkin's lymphoma?
10          MR. COPLE:  Objection.  Vague, lacks
11  foundation.
12     A.   Yes, some of the studies have
13  identified an association between 2,4-D and NHL.
14  BY MR. MILLER:
15     Q.   And if a person is exposed to two
16  substances, both of which increase the risk of a
17  condition, would that make them at an even more
18  increased risk than being exposed to only one of
19  those items?
20          MR. COPLE:  Objection.  Vague,
21  incomplete hypothetical.
22     A.   Yeah, it really depends on the -- on
23  the specific relationship between those
24  exposures and between the disease.
25  BY MR. MILLER:

Page 115

1      Q.   Could not teach that to a class in the
2   abstract without knowing the specific exposures?
3      A.   Not based on the way that you
4   described it, no.
5      Q.   And I know I'm not a real smart guy.
6   What's wrong with the way I described it?
7      A.   Well, I don't know what concept you're
8   trying to get at in your description.
9      Q.   Well, I'm not trying -- just forget
10  about pesticides, forget about herbicides.
11     A.   Okay.
12     Q.   If condition A -- exposure to A can
13  cause an injury, and if separately exposure to B
14  can cause an injury, would I increase my risk of
15  that injury if I was exposed to both A and B?
16          MR. COPLE:  Objection.  Vague,
17  incomplete hypothetical.
18     A.   It depends whether there was a
19  synergistic relationship between A and B.
20  BY MR. MILLER:
21     Q.   And how would you describe to a
22  layperson what a synergistic effect is?
23     A.   So when we're talking about sort of
24  biological synergy, that would mean that the
25  effect of exposure A on the outcome and the

Page 116

1   combined exposure with exposure B were sort of
2   more than the sum total of the individual
3   exposures.
4      Q.   Does chewing tobacco cause
5   oropharyngeal cancer?
6           MR. COPLE:  Objection.  Vague.
7      A.   Actually, I'm not sure.
8   BY MR. MILLER:
9      Q.   Okay.  Does -- we've talked about
10  smoking causes lung cancer.  And here's my next
11  question.
12          Does smoking and moderate drinking
13  increase the risk of cancer --
14          MR. COPLE:  Objection.  Vague.
15  BY MR. MILLER:
16     Q.   -- over one who smokes and does not
17  drink?
18          MR. COPLE:  Objection.  Vague.
19     A.   Sorry, which cancer are we talking
20  about?
21  BY MR. MILLER:
22     Q.   Any cancer.
23          MR. COPLE:  Objection.  Vague.
24     A.   So it depends on the cancer that we
25  are talking about.

Page 117

1   BY MR. MILLER:
2      Q.   Okay.  Any cancer, I mean, just any
3   one.
4           MR. COPLE:  Objection.  Asked and
5   answered.
6      A.   I can't tell you the answer to that
7   question if I don't know what specific cancer
8   we're talking about.  It would certainly vary
9   according to which cancer we're talking about.
10  BY MR. MILLER:
11     Q.   Okay.  Some cancers it would increase
12  the risk, and some it wouldn't?
13          MR. COPLE:  Objection.  Asked and
14  answered.
15     A.   Again, could you rephrase the question
16  that you're asking, please?
17  BY MR. MILLER:
18     Q.   I'm not trying to hide the ball.  I
19  mean, I'm just trying --
20     A.   I just don't understand the question.
21     Q.   Okay.  Like smoking and drinking as
22  compared to just smoking, does that increase
23  one's risk of lung cancer?
24     A.   Not that I'm aware of, no.
25     Q.   How about oropharyngeal cancer?

30 (Pages 114 to 117)

Confidential - Subject to Protective Order

Page 118

1           MR. COPLE: Objection. Asked and
2    answered.
3        A.   So again, if what you're asking is, is
4    there a biological interaction between smoking
5    and drinking with respect to oropharyngeal
6    cancer, if that's what you're asking, I'm
7    actually not sure. I believe that both of those
8    are independent risk factors for oropharyngeal
9    cancer. I don't know if there's a synergistic
10   relationship. I'm not sure.
11   BY MR. MILLER:
12       Q.   Going back to the last study we looked
13   at, the Cocco study, the odds ratio 3.1 that we
14   saw in Table 4 --
15       A.   Mm-hmm.
16       Q.   -- do you remember that conversation?
17            Do you criticize this study or this
18   result?
19       A.   I think that an analysis based on four
20   exposed cases and two exposed controls should be
21   interpreted as exploratory at the very most.
22       Q.   Let's move on to the next study.
23
24
25

Page 119

1            (Whereupon, Rider Exhibit 23-10,
2            Schinasi and Leon article, Non-Hodgkin
3            Lymphoma and Occupational Exposure to
4            Agricultural Pesticide Chemical Groups
5            and Active Ingredients, was marked for
6            identification.)
7    BY MR. MILLER:
8        Q.   We're at our first meta-analysis. Can
9    we look at 23-10 together? This is Schinasi.
10   Am I pronouncing that right?
11       A.   I have no idea.
12       Q.   I don't know. Nor do I. You've --
13   have you reviewed this?
14       A.   I did look at this, yes. But as I
15   said before, none of the analyses really weighed
16   into my own independent expert opinion.
17       Q.   You say you looked at it. Did you
18   read the whole thing?
19       A.   I probably skimmed over the whole
20   thing. I don't think I read the whole thing
21   thoroughly.
22       Q.   And this is published in the
23   International Journal for Environmental Public
24   Health, I don't know what the RES stands for,
25   frankly -- Research and Public Health.

Page 120

1        A.   Yes, that's correct.
2        Q.   Is it a peer-reviewed journal?
3        A.   Again, I haven't published in this
4    journal, so I couldn't be certain.
5        Q.   Oh, I've got to switch with you. I
6    gave you the wrong copy. Sorry. All right.
7    Doctor, that same thing, just not my work copy
8    (handing). Okay?
9        A.   Okay.
10       Q.   Do you know either of the authors?
11       A.   I do not.
12       Q.   And the issue they're studying in this
13   article is Non-Hodgkin's Lymphoma and
14   Occupational Exposure to Agricultural Pesticide
15   Chemical Groups and Active Ingredients; right?
16       A.   That is correct.
17       Q.   And it's a meta-analysis; right?
18       A.   Well, like the Chang and Delzell paper
19   that we've also been referring to, it is a
20   systematic review and meta-analysis, so the
21   combining of the relative risks and the
22   confidence intervals is just one sort of small
23   piece of the paper.
24       Q.   Let's look at this meta-analysis, if
25   we could, please, on Page 4513.

Page 121

1        A.   Okay.
2        Q.   And that is a table on the
3    meta-analytic summary estimates of association
4    between herbicides and insecticides with
5    non-Hodgkin's lymphoma; right?
6        A.   That is correct, yes.
7        Q.   And one of the herbicides that they
8    look at is glyphosate; right?
9        A.   That is listed here in the table, yes.
10       Q.   And they give us a meta-risk ratio
11   estimate, and for glyphosate they give us 1.5 as
12   the risk ratio; right?
13       A.   That is the number that's listed in
14   the table, yes.
15       Q.   And the width of the confidence
16   interval is 1.1 to 2.0; right?
17       A.   That is correct. But as I've said,
18   unless you believe that the -- all of the
19   studies that are included in this meta-analysis
20   have internal validity, there's really no
21   meaning to that point estimate or the confidence
22   interval.
23       Q.   And the papers that these authors say
24   contribute to this meta-analysis are papers 30,
25   31, 33, 43, and 46 in their footnotes; right?

31 (Pages 118 to 121)

Confidential - Subject to Protective Order

Page 122

1      A.   30 to 33, 43, and 46, that is correct.
2      Q.   So that would be the De Roos paper in
3  '03?
4      A.   Yeah, I'm there.
5      Q.   And it would be the De Roos paper in
6  '05, which is the Agricultural Health Study;
7  right?
8      A.   That is correct.
9      Q.   And it would include Eriksson's study
10  from '08 that we've just discussed; right?
11      A.   Correct.
12      Q.   And they also analyzed the Hardell
13  study from '02?
14      A.   Correct.
15      Q.   And also in the Schinasi
16  meta-analysis.  They looked at the McDuff paper
17  that we've talked about; right?
18      A.   McDuffie, yes.
19      Q.   McDuffie.
20          And finally, they looked at the Orsi
21  paper, right?
22      A.   Yes, that is correct.
23      Q.   And when they looked at all these
24  papers and performed a meta-analysis on them, at
25  least to these authors they felt there was a

Page 123

1  50 percent meta-risk ratio; right?
2          MR. COPLE:  Objection.  Asked and
3  answered.
4      A.   So as I said, that is the result of
5  their meta-analysis from those papers that you
6  just -- that you just listed.  I think it's
7  important to point out that that list does not
8  include some of the more recent and, in my
9  opinion, the strongest evidence that we have to
10  date on glyphosate and NHL, as was included in
11  the subsequent meta-analysis by Chang and
12  Delzell.  But even more importantly, that 1.5
13  doesn't take into account the systematic bias
14  that could have affected the results in all of
15  those individual studies.
16          And if, you know, we read through the
17  systematic review portion of this article, as
18  well as the Chang and Delzell article, I think
19  you get a much better sense for how there could
20  be alternative reasons for those odds ratios
21  that were above 1, other than that glyphosate is
22  a cause of NHL.
23  BY MR. MILLER:
24      Q.   You said "could have affected," but
25  you certainly can't say to a reasonable degree

Page 124

1  of scientific certainty did affect; right?
2          MR. COPLE:  Objection.  Argumentative.
3      A.   Can you tell me, affect what?  What do
4  you mean?
5  BY MR. MILLER:
6      Q.   You said -- I want to go back and
7  look.  Give me a second here.  You said that
8  this didn't -- I want to go back and get the
9  right language here.  One second, excuse me.
10          "But even more importantly, that 1.5
11  doesn't take into account the systemic bias that
12  could have affected the results in all of these
13  individual studies."  And "could have affected,"
14  but you can't say to a reasonable degree of
15  scientific certainty did affect.  And that's
16  fair; right?
17          MR. COPLE:  Objection.  Argumentative.
18      A.   I think that from what we now know
19  from the Agricultural Health Study and from the
20  NAPP, it seems very clear that these studies did
21  have systematic bias that influenced their
22  results.
23  BY MR. MILLER:
24      Q.   How does the -- you're referring to
25  the AHS unpublished study, is that --

Page 125

1      A.   Or even the 2005 study.
2      Q.   And we're going to talk about both of
3  those in more detail.  But let's go back to the
4  published meta-analysis by Schinasi and Leon --
5      A.   Okay.
6      Q.   -- still on Table 5.
7          In addition to showing a 50 percent
8  risk for glyphosate, they also looked at the
9  glyphosate association specifically with B cell
10  lymphoma; right?
11      A.   Yes.
12          Could you remind me of that page
13  number again?
14      Q.   Yes, ma'am.  That's 4513.
15      A.   Thank you.
16          Okay.  Yes, they also present another
17  estimate for the glyphosate association
18  specifically with B cell lymphoma.
19      Q.   And they showed a doubling of the
20  risk, right?
21      A.   I wouldn't characterize it that way.
22  I would say in their meta-analysis, using all of
23  these studies that I've told you I think have
24  some very important limitations, they found
25  meta-analysis RR of 2.0.

32 (Pages 122 to 125)

Confidential - Subject to Protective Order

Page 126

```
 1      Q.  And they cite as the studies they used
 2  in that finding as the Eriksson study, and 63,
 3  which is the Cocco study that we just looked at,
 4  right?
 5      A.  That is correct, yes.
 6      Q.  And you disagree that these are
 7  accurate findings; right?
 8      A.  I do.  As we talked about before, the
 9  Cocco study was based on only four exposed
10  cases.  I definitely don't believe you can make
11  causal inferences based on four people.  And the
12  Eriksson study was -- had a number of issues,
13  including the fact that every single chemical
14  that was investigated in the Eriksson study -- I
15  can't tell you how many there are offhand, but
16  if we looked at my report we could tell.  Every
17  single chemical they looked at showed an
18  association with NHL.  So we could take that to
19  mean that every single one of those chemicals is
20  associated -- is a cause of NHL, or the much
21  more likely explanation is that study suffers
22  from a systematic bias.
23      Q.  Let's look at Table 5.  It's not true
24  to say that every chemical was associated with a
25  risk, is it, Doctor?
```

Page 127

```
 1          MR. COPLE: Objection. Argumentative.
 2      A.  Sorry, Table 5 in this -- in the
 3  meta-analysis?
 4  BY MR. MILLER:
 5      Q.  Yes.
 6      A.  Okay.
 7      Q.  Alkalol, whatever that is, was not
 8  associated with an increased risk, was it?
 9      A.  I was talking about the Eriksson
10  study.  So you were asking me about whether I
11  believe those results were true for B cell
12  lymphoma specifically, and I was explaining
13  that --
14      Q.  I see.
15      A.  Yes.
16      Q.  I misunderstood you then.
17          But you'll agree from Table 5 on this
18  meta-analysis done by Schinasi, they list
19  several chemicals where they don't show an
20  increased risk; true?
21      A.  Again, so I mean, I think, you know,
22  all of these meta-analysis risk ratios are
23  dependent solely on the quality of the studies
24  that went into developing that meta-analysis
25  estimate.  So, you know, I haven't reviewed all
```

Page 128

```
 1  of the studies for all of these other chemicals,
 2  so I can't speak to their quality.  I would need
 3  to go and look at all those primary studies to
 4  tell you.
 5      Q.  For Alkalol they do not show an
 6  increased risk; true?
 7          MR. COPLE: Objection. Asked and
 8  answered.
 9      A.  I'm sorry.  Alkalol in this Table 5?
10  BY MR. MILLER:
11      Q.  Yes.  It's at the top of Table 5.
12          MR. COPLE: Same objection.
13      A.  So, you know, I can look at this
14  meta-risk ratio in this table from the
15  meta-analysis component of this systematic
16  review and meta-analysis, and indeed it does
17  show that there is a risk ratio of .9, but that
18  risk ratio means absolutely nothing if we don't
19  interpret it in terms of the context of the
20  quality of those studies that it went into
21  generating that meta-analysis risk ratio
22  estimate.
23  BY MR. MILLER:
24      Q.  And they showed no increased risk for
25  trifluralin, right?
```

Page 129

```
 1      A.  Sorry.
 2      Q.  It's about a third of the way down,
 3  trifluralin.
 4      A.  Trifluralin.  So I can really give you
 5  the same response that I just said a moment ago,
 6  that's that while this meta-risk ratio is .9,
 7  that estimate means absolutely nothing if we
 8  don't have confidence in the results of the
 9  independent studies that were used to generate
10  that meta-analysis risk ratio.
11      Q.  Urea herbicides, they show an
12  increased risk on Table 5; right?
13          MR. COPLE: Objection. Asked and
14  answered.
15      A.  So once again, that meta-risk ratio
16  estimate is 1.0.  I would know really nothing
17  about how meaningful that meta-analysis risk
18  estimate is without reviewing all of the
19  individual studies that went into that estimate,
20  because if those studies are biased, then so,
21  too, will be this meta-analysis risk ratio
22  estimate.
23      Q.  Indeed, Table 5 from this
24  peer-reviewed published meta-analysis shows the
25  meta-risk ratio for a whole page load of these
```

Confidential - Subject to Protective Order

Page 130

1   items, and the highest risk ratio for any item
2   is glyphosate associated with B cell lymphoma;
3   true?
4           MR. COPLE: Objection. The document
5   speaks for itself. Asked and answered.
6       A.   So I mean, there are other risk ratio
7   estimates on this page that are equivalent to
8   the one found from glyphosate. But again, none
9   of these mean anything at all. We can combine
10  lots of estimates from lots of different studies
11  that were improperly conducted or had flaws in
12  their analysis and, you know, we can see a risk
13  ratio that's above 1, but that doesn't provide
14  us with any greater assurance as to the
15  association, the causal association between the
16  exposure and the outcome than those poorly
17  conducted individual studies did.
18  BY MR. MILLER:
19      Q.   And have you written to anyone to tell
20  the journal that this was a poorly conducted
21  study, the Schinasi and Leon? Have you
22  criticized it in writing before being hired as
23  an expert by Monsanto in any way?
24          MR. COPLE: Objection. Vague.
25      A.   I don't need to contact the journals

Page 131

1   to be able to offer my opinions and review of
2   the literature.
3   BY MR. MILLER:
4       Q.   I'm sorry, I interrupted. Go ahead
5   and finish.
6       A.   That's not typically how this works.
7   And while, you know, you have stated again that
8   this is a peer-reviewed publication, I think any
9   scientist would agree that the quality of the
10  peer-reviewed published literature varies
11  substantially. So just because we see something
12  in print doesn't mean that we can just take
13  those results at face value without considering
14  the limitations of the study.
15      Q.   In your high ejaculation low risk of
16  prostate cancer study, someone did write a
17  letter to the editor and criticized that study.
18          Do you remember that?
19      A.   There was a dialogue, and I responded
20  to that letter that I believe you're referring
21  to. I wouldn't really characterize that as a
22  criticism. I think the authors were sort of
23  seeking clarification. They had one specific
24  hypothesis about how they thought that our
25  results might have come about if ejaculation

Page 132

1   frequency wasn't a cause of prostate cancer, and
2   in our response to those articles we provided
3   them with evidence that that was actually an
4   implausible hypothesis.
5       Q.   And so that's what I'm asking. As
6   regard that happens in science, people write
7   letters to editors to debate articles, and
8   authors respond; right?
9           MR. COPLE: Objection. Asked and
10  answered.
11      A.   So it certainly happens, but more
12  often than not it doesn't happen. I think the
13  number of articles that are out there in the
14  peer-reviewed literature for which there's never
15  been a letter written far exceeds the number of
16  articles for which there has been this dialogue
17  through letters. And I think that has nothing
18  to do with the quality of those publications.
19  BY MR. MILLER:
20      Q.   To be clear, before we leave the
21  Schinasi article, you did not write such a
22  letter criticizing the Schinasi article to the
23  International Journal of Research and Public
24  Health?
25          MR. COPLE: Objection. Asked and

Page 133

1   answered four times.
2       A.   Yeah, I don't think it's necessary to
3   write letters for every article that I might
4   have criticisms of, no.
5   BY MR. MILLER:
6       Q.   All right. Can you think of anyone
7   that wrote a letter criticizing this article by
8   Schinasi and Leon?
9           MR. COPLE: Objection. Vague.
10      A.   I would have to look in PubMed to tell
11  you whether or not there were -- there were
12  letters written.
13  BY MR. MILLER:
14      Q.   Since you've been retained as an
15  expert by Monsanto, have you written any letters
16  criticizing this --
17          MR. COPLE: Objection. Asked and
18  answered.
19  BY MR. MILLER:
20      Q.   -- article?
21      A.   So I have answered that already. I
22  have not written letters about any of these
23  articles. That has nothing to do with my
24  determination about the quality of those
25  articles, and, yeah, those two things aren't

34 (Pages 130 to 133)

Confidential - Subject to Protective Order

Page 134

1    related.
2       Q.   Let's go to the NAPP study.  You
3    reviewed that, right, Doctor?
4       A.   The draft manuscript is what you're
5    referring to, or the -- what aspect of the NAPP
6    study?
7            (Whereupon, Rider Exhibit 23-11,
8            9/21/15 NAPP manuscript, was marked
9            for identification.)
10   BY MR. MILLER:
11      Q.   What aspects of it have you reviewed?
12           MR. COPLE: Objection.  Vague.
13      A.   So I have reviewed both a draft
14   manuscript as well as some oral presentations
15   and PowerPoint slides that were presented at
16   conferences.
17   BY MR. MILLER:
18      Q.   Let's start with the manuscript.  Is
19   this 23-11 the manuscript that you reviewed?
20           MR. COPLE:  Do you have a copy?
21           MR. MILLER:  Of course (handing).
22      A.   Yes.  So I believe this is the same
23   version that I reviewed, but in my report I
24   primarily relied on the results from the
25   PowerPoint presentations that were presented at

Page 135

1    various conferences.
2    BY MR. MILLER:
3       Q.   And this is authored by 12 authors?
4            MR. COPLE:  Objection.  The document
5    speaks for itself.
6       A.   Yes, I count 12 authors, correct.
7    BY MR. MILLER:
8       Q.   Do you know Dr. Aaron Blair?
9       A.   I do not.
10      Q.   Have you read his deposition in this
11   case?
12      A.   I do not believe I've reviewed
13   Dr. Blair's deposition, no.
14      Q.   Let me back up.
15           Have you reviewed any depositions in
16   this case?
17      A.   I have.  I've reviewed Dr. Neugut's
18   deposition, and also Dr. Ritz's deposition.
19      Q.   Do you know Dr. Neugut?
20      A.   I have never met Dr. Neugut, no.
21      Q.   Did you take any notes, any criticisms
22   about Dr. Neugut's testimony?
23      A.   I did --
24           MR. COPLE:  Objection to the extent
25   you're looking for notes by an expert witness.

Page 136

1    That's covered by the protocol.
2       A.   I did not take any --
3            MR. COPLE:  Don't --
4       A.   -- any notes.
5            MR. COPLE:  Okay.
6    BY MR. MILLER:
7       Q.   Okay.  Is there anything you're going
8    to tell a jury, gee, Dr. Neugut's just
9    scientifically wrong on this, other than we
10   disagree -- we have a reasonable disagreement
11   about conclusions?
12           MR. COPLE:  Objection.  Argumentative.
13      A.   There were a number of things that I
14   disagreed with in Dr. Neugut's testimony.
15   BY MR. MILLER:
16      Q.   And I'm sure you disagree with him
17   using the Bradford-Hill criteria here, or coming
18   to the conclusions on causality that he did, but
19   is there anything that you read that you
20   thought, gee, this guy just doesn't know his
21   epidemiology?
22           MR. COPLE:  Objection.  Argumentative,
23   vague.
24      A.   I would need to see Dr. Neugut's
25   deposition to point you to specific examples.

Page 137

1    But, yes, it was -- there were issues, other
2    than the use of the Bradford-Hill criteria, for
3    which I disagreed with his application of
4    epidemiologic methods, yes.
5    BY MR. MILLER:
6       Q.   Looking at 23-11, do you know anything
7    about Dr. Blair's credentials or his expertise?
8       A.   No.  I had not -- I was not familiar
9    with Dr. Blair until reading in these -- the
10   papers that he had co-authored.
11      Q.   Do you whether he had any relationship
12   with IARC?
13      A.   I know that he was present at the IARC
14   monograph, because that's disclosed in the
15   actual monograph.
16      Q.   Was he the chair of that monograph
17   Volume 112?
18           MR. COPLE:  Objection.  Monograph
19   speaks for itself.
20      A.   I would have to look again at the
21   monograph.  I don't recall.
22   BY MR. MILLER:
23      Q.   Let's go to Page 2, and it says "What
24   This Paper Adds."
25           Do you see that?

35 (Pages 134 to 137)

Confidential - Subject to Protective Order

Page 138

1   A.   I do.
2   Q.   And let me go back.  I think I jumped
3   ahead.
4        The title of the paper is, and it's on
5   Page 1, "An evaluation of glyphosate use and the
6   risk of non-Hodgkin's lymphoma major
7   histological sub-types in the North American
8   Pooled Project (NAPP)"; right?
9   A.   That is correct.
10  Q.   So looking at that issue, on Page 2
11  the authors say "What This Paper Adds," "Date of
12  last revision:  September 21, 2015."
13  A.   Uh-huh.
14  Q.   Do you know if that was after IARC
15  Volume 112?
16  A.   I actually don't recall the exact date
17  of the IARC meeting, no.
18  Q.   So what this paper adds, sub-bullet
19  three, "Subjects who ever used glyphosate had
20  elevated odds ratios for non-Hodgkin's lymphoma
21  overall and for all subtypes except follicular
22  lymphoma."
23       Did I read that correctly?
24       MR. COPLE:  Objection.  The document
25  speaks for itself.

Page 139

1   A.   Yes, follicular lymphoma, yes.
2   BY MR. MILLER:
3   Q.   And you disagree with the authors in
4   that conclusion?
5   A.   Well, I think that when we look at the
6   results of the analysis in the NAPP that were
7   adjusted for other chemicals, and also the
8   analysis where they excluded proxy respondents,
9   we see no association between glyphosate and
10  NHL.
11  Q.   These authors write, "Significant or
12  nearly significant risk of non-Hodgkin's
13  lymphoma overall were observed for greater than
14  two days per year (odds ratio 2.42)."
15       Is that an association that you think
16  was -- that you criticize?
17  A.   I think that the results from the NAPP
18  that are adjusted for other chemicals, so they
19  adjusted for three other chemicals, and then
20  found no association between glyphosate and NHL.
21  I believe those results are much more compelling
22  because their results are consistent with there
23  being confounding by those other pesticides.
24  Q.   Go to, if you would, to Page 12,
25  please.

Page 140

1   A.   Okay.
2   Q.   In the Discussion section, the second
3   paragraph, these authors state, "This report
4   confirms previous analyses indicating increased
5   risk of non-Hodgkin's lymphoma in association
6   with glyphosate exposure."
7        Do you agree, or not agree?
8   A.   I disagree with that statement.
9   Q.   And below that, the next paragraph,
10  "Our results are also aligned with findings from
11  epidemiological studies of other populations
12  that found an elevated risk of non-Hodgkin's
13  lymphoma for glyphosate exposure and with a
14  greater number of days/years of glyphosate use,
15  as well as a meta-analysis of glyphosate use and
16  non-Hodgkin's lymphoma risk.  From our
17  epidemiological perspective, our results were
18  supportive of the IARC evaluation of glyphosate
19  as a probable carcinogen for non-Hodgkin's
20  lymphoma."
21       Agree or disagree?
22  A.   Well, I would disagree, because these
23  results that they are referring to don't adjust
24  for other pesticides, as I've mentioned.  And,
25  you know, you can see clearly in their oral

Page 141

1   presentations where they adjust for those
2   pesticides that that adjustment has a profound
3   impact on the results and the conclusions that
4   you would draw from those results.
5        They also, in those same
6   presentations, determine that proxy respondents
7   were extremely influential and drove the odds
8   ratios upward, and when they removed those proxy
9   respondents the association was no longer
10  apparent.
11       So it's my view that when they're
12  talking about how their results are consistent
13  with previous findings, first of all, I don't
14  think those findings tell us much because of the
15  quality of many of those studies, but also
16  they're choosing the wrong estimates to base
17  that opinion on.
18  Q.   They end their discussion -- well, not
19  quite the end, but go to the bottom of Page 14
20  of 19.
21  A.   Okay.
22  Q.   They talk about recall bias and state
23  that it is not a major concern in the Canadian
24  studies or in the NAPP as a whole.
25       Do you see that statement?

36 (Pages 138 to 141)

Confidential - Subject to Protective Order

Page 142

```
1            MR. COPLE: Objection. The document
2    speaks for itself.
3        A.  Could you give me a little more
4    direction on where that statement is?
5    BY MR. MILLER:
6        Q.  Yes, ma'am. At the bottom of Page 14,
7    "No similar analysis of recall bias has been
8    conducted in the Canadian case-control study,
9    but the similarity of study designs between the
10   US and Canada make it likely that recall bias is
11   not a major concern in the Canadian study and
12   NAPP as a whole."
13           Do you agree or disagree?
14       A.  Well, I mean, I think that in their
15   own analyses of the NAPP they've demonstrated
16   that recall bias was a problem, because when you
17   don't include the proxy respondents, you get a
18   different result. So I would disagree with that
19   statement.
20           But I think even if you don't think
21   that recall bias is an issue, there are a number
22   of other issues in these case control studies
23   that went into the pooling project data. I
24   mean, I think I outline them all in my report,
25   and we can go through those.
```

Page 143

```
1            But just, for example, the timing of
2    when the studies were conducted, with respect
3    to when glyphosate went on the market, allowed
4    for only a very, very short latency period, and
5    it's very unlikely that the cancer cases that
6    arose during that study could have been due to
7    exposure by glyphosate.
8        Q.  So you take this study as support for
9    your opinion that there is no association
10   between glyphosate and Roundup; right?
11       A.  I wouldn't say that. You've just been
12   asking me if I agree with the authors'
13   conclusions of the paper, and I, as I said, I
14   disagree with many of their conclusions because
15   I think they're looking at the wrong results.
16       Q.  Okay. And this is a new question. So
17   I want to make sure I understand.
18           When I think about Dr. Rider's
19   opinions, Dr. Rider does not say the NAPP study
20   supports, or does say the NAPP study supports
21   her opinion there's no association?
22       A.  So I would say that the analyses in
23   the NAPP study, particularly those that were not
24   presented in this -- in the manuscript but are
25   available in those oral presentations, confirm
```

Page 144

```
1    some of my concerns regarding the individual
2    North American case control studies.
3        Q.  Okay. Switching topics.
4        A.  Okay.
5        Q.  Exponent meta-analysis. Do you know
6    what I mean when I say that?
7            MR. COPLE: Objection. Vague, lacks
8    foundation.
9        A.  You would need to show me what you
10   mean by that.
11   BY MR. MILLER:
12       Q.  Dr. Chang's meta-analysis, are you
13   familiar when I say that?
14       A.  Well, the one you showed me previously
15   was also Dr. Chang's meta-analysis.
16           (Whereupon, Rider Exhibit 23-12,
17           5/24/17 Exponent paper, Meta-Analysis
18           of Glyphosate Use and Risk of
19           Non-Hodgkin Lymphoma, was marked for
20           identification.)
21   BY MR. MILLER:
22       Q.  Doctor, I'm showing you what we've
23   marked as 23-12.
24       A.  Okay.
25       Q.  Have you seen this document before
```

Page 145

```
1    (handing)?
2        A.  Yes, I have.
3        Q.  And provided to you by the attorneys
4    at Hollingsworth?
5        A.  That is correct.
6        Q.  Did you rely in part on this in
7    formulating your opinions?
8        A.  No, I did not. I reviewed the
9    meta-analysis, but it was not influential in
10   coming up with my own independent expert
11   opinion. I felt like it was important to review
12   the primary studies.
13       Q.  So later when I ask you what
14   information you rely upon in formulating your
15   opinions, this document will not be one of those
16   things?
17           MR. COPLE: Objection. Argumentative,
18   misstates the witness --
19           MR. MILLER: I'm just asking.
20           MR. COPLE: Augmentative, misstates
21   the witness's testimony.
22       A.  So as I said, I have had access to
23   this document. I did review it and read it, but
24   in formulating my own independent expert
25   opinion, meta-analysis -- meta-analyses did not
```

37 (Pages 142 to 145)

Confidential - Subject to Protective Order

Page 146

1   come into play because of the shortcomings of
2   meta-analyses and observational studies.  I
3   relied on only the primary studies in coming up
4   with my expert opinion.
5   BY MR. MILLER:
6       Q.  I'm going to show you what we marked
7   as Exhibit 23-13, and this is --
8           (Whereupon, Rider Exhibit 23-13,
9           1/28/16 retainer letter, was marked
10          for identification.)
11          MR. COPLE:  Before -- excuse me, Mike.
12   Before we get into this, is this a good time for
13   lunch, or do you want to wait?
14          MR. MILLER:  I have a couple more
15   minutes, if you don't mind.
16   BY MR. MILLER:
17       Q.  Is that okay?
18       A.  Yes.
19       Q.  Okay.  Here's 23-13.  Identify that
20   for me, please.
21       A.  I believe this is my retainer letter
22   from Hollingsworth.
23       Q.  And I want to read the first sentence.
24   "This letter confirms that Hollingsworth, on
25   behalf of Monsanto, has retained you to provide

Page 147

1   expert consulting services to HLLP" -- that's
2   the Hollingsworth -- "for the purpose of
3   assisting Hollingsworth in representing Monsanto
4   in connection with potential and/or actual
5   litigation against Monsanto involving injuries
6   allegedly caused by Roundup and/or glyphosate."
7           Did I read that correctly?
8       A.  Yes.
9           MR. COPLE:  Objection.  The document
10   speaks for itself.
11   BY MR. MILLER:
12       Q.  Were you advised of what assisting
13   Monsanto would involve when you were first
14   contacted?
15       A.  I -- again, I don't recall the
16   specific conversations, but I was going to
17   provide my own expert opinion on the
18   epidemiologic literature on glyphosate and NHL.
19       Q.  You've never been an expert before;
20   right?
21       A.  I've never been an expert in a case
22   before, no.
23       Q.  How did you arrive at your hourly fee
24   of $400 an hour?
25       A.  I asked some colleagues who have been

Page 148

1   involved in litigation before for some advice on
2   the hourly rate.
3       Q.  And is that money going to you, or to
4   the university where you're employed, or how
5   does it work?
6       A.  I am employed as a consultant.  So it
7   is separate from my employment at Boston
8   University.
9       Q.  When you were retained, when did you
10   first learn that IARC had -- well, let's back
11   up.
12          You know what IARC is; right?
13       A.  I do, yes.
14       Q.  And what do those initials stand for?
15       A.  The International Agency for Research
16   on Cancer.
17       Q.  And you are now, as we sit here,
18   currently affiliated with Harvard?
19       A.  I have an adjunct appointment at the
20   Harvard School of Public Health.  My primary
21   appointment is at the Boston University School
22   of Public Health.
23       Q.  So for us, as laypeople, you sort of
24   work at Boston University now, but still have
25   some sort of affiliation that you just described

Page 149

1   with Harvard.  Would that be --
2       A.  That is correct.
3       Q.  Okay.  And the reason I bring up
4   Harvard, I think that's where Dr. Mucci is
5   employed; is that right?
6       A.  Dr. Mucci's primary employment is at
7   the Harvard School of Public Health; correct.
8       Q.  Would it be fair to say she's a mentor
9   of yours?
10      A.  She was on my doctoral dissertation
11   committee, yes.
12      Q.  IARC has had numerous members of
13   Harvard participate as members of IARC.  Are you
14   aware of that, or no?
15          MR. COPLE:  Objection.  Vague, lacks
16   foundation.
17      A.  Yeah, I'm really not aware of who has
18   participated on a panel except -- beyond the one
19   person I know who has participated.
20      Q.  And who is that?
21      A.  Kathryn Wilson.
22      Q.  And how do you know Dr. Wilson?
23      A.  We were both students at Harvard at
24   the same time.
25      Q.  And how did Kathryn Wilson get invited

Confidential - Subject to Protective Order

Page 150

1    to participate in IARC?
2        A.   Actually I'm not aware of the details
3    of how she was invited.
4        Q.   Have you ever been invited to
5    participate in IARC?
6        A.   I have not been invited to participate
7    on a panel.
8        Q.   When Volume 112, which relates in part
9    to glyphosate, was being voted upon and reported
10   by IARC, were you involved at all in the
11   process?
12       A.   I was not involved on the IARC panel,
13   no.
14       Q.   Were you following the issue at all?
15       A.   I was not aware that those meetings
16   were going on at the time, no.
17       Q.   Okay.  As you sit here now, you know
18   that IARC voted that glyphosate was a 2A under
19   IARC classification; right?
20           MR. COPLE:  Objection.  Lacks
21   foundation.
22       A.   IARC's conclusion, correct, was 2A,
23   yeah.
24   BY MR. MILLER:
25       Q.   And what do you understand 2A to mean?

Page 151

1        A.   Again, I think I will get the wording
2    wrong without looking at the IARC monograph, so
3    I'd be happy me to tell you if we looked at
4    that, but...
5        Q.   And we will.  You don't remember right
6    now you don't remember right now.
7            One of Monsanto's goals since IARC has
8    determined that glyphosate is a 2A has been to
9    attempt to invalidate and discredit IARC.  Are
10   you aware of that?
11           MR. COPLE:  Objection.  Argumentative,
12   lacks foundation, vague.
13   BY MR. MILLER:
14       Q.   You can answer.
15       A.   I have no awareness of that
16   relationship.  My role in this was to evaluate
17   the epidemiologic literature.
18       Q.   So you're not going to in any way
19   criticize IARC as part of your expert process
20   here?
21           MR. COPLE:  Objection.  Argumentative.
22       A.   I am critical of IARC's conclusions in
23   reviewing the data on -- the epidemiologic data
24   specifically on glyphosate and NHL, yes.
25   BY MR. MILLER:

Page 152

1        Q.   It would be fair to say that Dr. Rider
2    disagrees with the conclusion that IARC reached;
3    true?
4        A.   That is correct, I disagree with the
5    conclusions they came to in terms of reviewing
6    the epidemiologic literature on glyphosate and
7    NHL.
8        Q.   Do you know a Tom Smith at Harvard
9    School of Public Health?
10       A.   I do not.
11       Q.   In 2012, are you aware Dr. Smith was a
12   member of an IARC panel?
13           MR. COPLE:  Objection.  Lacks
14   foundation.
15       A.   I have no awareness of Dr. Smith, so I
16   wouldn't know anything about that.
17   BY MR. MILLER:
18       Q.   I show you here -- this is marked as
19   23-14.
20           (Whereupon, Rider Exhibit 23-14, IARC
21           Monographs List of Participants, was
22           marked for identification.)
23   BY MR. MILLER:
24       Q.   And this is a list of participants for
25   Volume 105 IARC monograph.  You see Dr. Tom

Page 153

1    Smith, Harvard School of Public Health as a
2    member?  Do you see that?
3        A.   I see that.
4            MR. COPLE:  Objection.  The document
5    speaks for itself.
6        A.   I see his name listed, yes.
7    BY MR. MILLER:
8        Q.   But you don't know him?
9        A.   No, I do not.
10           MR. COPLE:  Objection.  Asked and
11   answered.
12   BY MR. MILLER:
13       Q.   I apologize for asking the same
14   question.
15           You're aware that Harvard School of
16   Public Health has a website?
17           MR. COPLE:  Objection.  Vague, lacks
18   foundation.
19       A.   Yes, I'm aware that they have a
20   website.
21   BY MR. MILLER:
22       Q.   Are you aware that they published
23   information concerning IARC's findings about
24   glyphosate?
25           MR. COPLE:  Objection.  Lacks

Golkow Litigation Services - 1.877.370.DEPS

Confidential - Subject to Protective Order

Page 154

1    foundation.
2        A.   I was not aware of that, no.
3    BY MR. MILLER:
4        Q.   We'll take a look at it.  Here's what
5    we've marked as Exhibit 23-15.
6            (Whereupon, Rider Exhibit 23-15,
7            Document from Harvard T.H. Chan
8            website titled Research Roundup, was
9            marked for identification.)
10   BY MR. MILLER:
11       Q.   Take a minute to look at that.  I have
12   a few questions.
13           (Witness reviewing document.)
14       A.   Okay.
15   BY MR. MILLER:
16       Q.   All right.  Let's go to the first
17   page.
18           You're familiar with this website,
19   right?
20       A.   I mean, it looks like this was taken
21   somewhere from the Harvard School of Public
22   Health website, so...
23       Q.   And you've been a member of the
24   Harvard School of Public Health, right?
25       A.   I was a student there and had a

Page 155

1    post-doc appointment there.  And then, as I
2    mentioned, more recently I have an adjunct
3    faculty appointment there.
4        Q.   In March of 2015 were you at Boston,
5    or were you over at Harvard?
6        A.   I moved to Boston University in
7    October of 2015.
8        Q.   Okay.  So in March you were still at
9    Harvard?
10       A.   That's correct.
11       Q.   Were you finishing up a fellowship, I
12   guess?
13       A.   No, I was a faculty member.
14       Q.   Yes, ma'am.  Let's look at this
15   report.
16           It says in the bottom half of the
17   page, "In March, 2015, 17 experts from 11
18   countries assessed the carcinogenicity of five
19   pesticides including glyphosate at the
20   International Agency for Research on Cancer."
21           Do you see that?
22       A.   I do.
23           MR. COPLE:  Objection.  The document
24   speaks for itself.
25   BY MR. MILLER:

Page 156

1        Q.   The first bullet point states, "In
2    this report, glyphosate was classified as
3    'probably carcinogenic to humans' (Group 2A)."
4            Do you see that, ma'am?
5            MR. COPLE:  Same objection.
6        A.   I do see that, yes.
7    BY MR. MILLER:
8        Q.   And do you disagree that glyphosate is
9    probably carcinogenic to humans for
10   non-Hodgkin's lymphoma?
11       A.   As I said, I disagree with IARC's
12   conclusions of the epidemiologic studies on
13   glyphosate and NHL.
14       Q.   This Harvard publication goes on to
15   say, "Specifically, increased risk of
16   non-Hodgkin's lymphoma was consistent across
17   case-control studies of occupational exposure in
18   the USA, Canada, and Sweden."
19           That's what you observed in the
20   studies that we've gone over here this morning;
21   right?
22           MR. COPLE:  Objection.  The document
23   speaks for itself, misstates the witness's prior
24   testimony.
25       A.   I think I've been -- I've stated

Page 157

1    repeatedly that I do not see those case control
2    studies as showing evidence of an increased
3    association between glyphosate and NHL because
4    of the limitations of those studies.
5    BY MR. MILLER:
6        Q.   So you disagree with this statement
7    then?
8        A.   I do.
9        Q.   Okay.  And it says at the bottom
10   bullet point, "Evidence suggested the potential
11   mechanisms for cancer were primarily through two
12   pathways:  First, the chemicals damaged DNA,
13   which caused mutations or alterations in their
14   gene codes.  Second, glyphosate could induce
15   oxidative stress."
16           And my question is, are you staying
17   out of the toxicology end of this whole thing?
18   Right?
19           MR. COPLE:  Objection.  Vague.
20       A.   That's right, I'm not an expert in
21   toxicology.
22   BY MR. MILLER:
23       Q.   And did not factor any of the non-epi
24   science in your opinions; fair?
25       A.   I did not review all of that

40 (Pages 154 to 157)

Page 158

1  literature, and I focused on the epidemiologic
2  evidence.
3      Q.  Yes.  All right.  Let's move on.
4          I saw in your review materials --
5  correct me if I'm wrong -- but you did see the
6  list of participants in that IARC conclusion of
7  Volume 112?
8      A.  So somewhere, I believe it's in that
9  monograph, there is a list of who participated
10 in the meeting, yes, and I did look at that.
11     Q.  Here's Exhibit 23-16, which I believe
12 is a list of participants for Volume 112.
13         (Whereupon, Rider Exhibit 23-16, IARC
14         Monographs Volume 112 List of
15         Participants, was marked for
16         identification.)
17     A.  Okay.
18 BY MR. MILLER:
19     Q.  Do you know any of these folks?
20         (Witness reviewing document.)
21     A.  I do not.  Many of them I have now
22 read some of the publications for which they
23 were authors.  But other than that, I do not
24 know any of them.
25 BY MR. MILLER:

Page 159

1      Q.  Just because I am a layperson, and as
2  a layperson, you already told us you disagree
3  with these 17 people.  Could you tell me if were
4  sitting in a coffee shop, how did they get it
5  wrong and you get it right?
6          MR. COPLE:  Objection.  Argumentative.
7  BY MR. MILLER:
8      Q.  I'm just asking.
9          MR. COPLE:  Argumentative, lacks
10 foundation.
11     A.  So, first of all, I think it's
12 important to point out that they did not have
13 access to some of the more recent data on
14 glyphosate and NHL, so we don't know what
15 conclusion they would have come to had they
16 reviewed that additional data.  I mentioned, I
17 think, that strengthens the existing evidence
18 substantially.
19         However, they did review the Swedish
20 and the North American case control studies as
21 well as the Agricultural Health Study, the only
22 cohort study that's -- that looks at glyphosate
23 and NHL and, in my view, I believe that they
24 overinterpreted the results of the case control
25 studies, not taking into account all of the

Page 160

1  systematic bias or the lack of internal validity
2  in those studies, and that they underestimated
3  the results from the case -- the cohort study,
4  I'm sorry, the Agricultural Health Study.
5  BY MR. MILLER:
6      Q.  And the Agricultural Health Study is a
7  very important piece of what you're formulating
8  your opinions on; is that a fair statement?
9      A.  Yes, it is.
10     Q.  And Aaron Blair who is listed here,
11 he's one of the authors of the Agricultural
12 Health Study, isn't he?
13     A.  That is correct.
14     Q.  And he's also the overall chairman of
15 the IARC group that found glyphosate a probable
16 carcinogen; right?
17     A.  Yes.  It appears that way, yes.
18     Q.  So wouldn't it be fair to say that
19 Aaron Blair is in a better position to evaluate
20 the evidence as the author of the AHS study
21 rather than someone who had to be brought in
22 later and hadn't looked at it?  Isn't that fair?
23         MR. COPLE:  Objection.  Argumentative.
24     A.  I really couldn't speculate as to why
25 the more -- the updated results of the

Page 161

1  Agricultural Health Study weren't published or
2  weren't included in their review.  I just know
3  that in my review of all of the epidemiology,
4  there is -- I disagree with the conclusion that
5  there is evidence that glyphosate is a probable
6  human carcinogen.
7  BY MR. MILLER:
8      Q.  Are you aware whether Dr. Blair is one
9  of the authors of the NAPP study that you
10 referred to and relied upon?
11     A.  I don't recall whether he's an author.
12     Q.  Are you aware whether he's one of the
13 authors of the unpublished Agricultural Health
14 Study that you also relied on?
15     A.  He is listed an author at least on the
16 draft that I have access to, yes.
17     Q.  Now, are you aware that even though he
18 is an author on each of those, he has testified
19 under oath that with that new data, he still
20 believes that glyphosate is a probable human
21 carcinogen for non-Hodgkin's lymphoma?  Are you
22 aware of that?
23         MR. COPLE:  Objection.  Lacks
24 foundation.
25     A.  As I said, I haven't reviewed his

Confidential - Subject to Protective Order

Page 162

1    testimony, so I can't be sure that's what he
2    believes.
3            MR. COPLE:  Let me interrupt you.  How
4    long do you want to go?
5            MR. MILLER:  Yeah, if you want to have
6    lunch now, sure.  Sure.  Let's take a break.
7            THE VIDEOGRAPHER:  Going off the
8    record.  The time is 12:32.
9            (Whereupon, a luncheon recess was
10           taken.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 163

1            AFTERNOON SESSION
2
3            THE VIDEOGRAPHER:  Back on the record.
4    The time is 1:20.
5            MR. COPLE:  Reconfirm who is on the
6    line.
7            MR. MILLER:  Mr. Traverse, are you
8    there?
9            MR. TRAVERSE:  I'm here.
10           MR. MILLER:  Anyone else on the phone?
11   All right.  All present and accounted for.
12   BY MR. MILLER:
13       Q.  Dr. Rider, you had a good lunch?
14       A.  Yes.  Thank you.
15       Q.  Before the magic of these machines, I
16   just looked at my last question, I asked you if
17   you were aware of whether Dr. Blair still
18   believes that glyphosate is a probable human
19   carcinogen, and you told me you hadn't reviewed
20   his testimony, so I can't be sure what he
21   believes.
22           Do you remember that general question?
23       A.  Yes, I do.  Yeah, I don't know
24   Dr. Blair, so I couldn't tell you.
25       Q.  Would it be important to you to learn

Page 164

1    what Dr. Blair, the author of the AHS study,
2    says about these issues?
3            MR. COPLE:  Objection.  Vague.
4        A.  So I've reviewed two papers that
5    Dr Blair -- at least two that he's been a
6    co-author on, both from the Agricultural Health
7    Study.  And so I don't really see it necessary
8    to have a conversation with him, because I can
9    review the data that's available in those two
10   manuscripts.
11   BY MR. MILLER:
12       Q.  You and I talked earlier about how
13   it's accepted now that tobacco causes lung
14   cancer.
15           You generally remember that line of
16   questioning?
17       A.  Yes, I do.
18       Q.  And you would agree with me that a
19   barrier to acceptance of that by the scientific
20   community was the tobacco companies' influence;
21   right?
22           MR. COPLE:  Objection.  Argumentative,
23   lacks foundation.
24       A.  Again, I could evaluate the
25   epidemiologic studies on tobacco and lung

Page 165

1    cancer, but all of the other factors, I'm not an
2    expert on those.
3    BY MR. MILLER:
4        Q.  Have you ever said that before --
5            MR. COPLE:  Objection.
6    BY MR. MILLER:
7        Q.  -- that tobacco companies were a
8    barrier to the acceptance of the notion that
9    lung cancer is caused by tobacco?
10           MR. COPLE:  Objection.  Vague, lacks
11   foundation.
12       A.  I don't recall, but I couldn't be
13   certain, no.
14   BY MR. MILLER:
15       Q.  Let's took a look at it.  Here's
16   Exhibit 23-17.
17           (Whereupon, Rider Exhibit 23-17,
18           PowerPoint titled Lung Cancer,
19           Molecular Pathology of Cancer Boot
20           Camp, 1/4/12, was marked for
21           identification.)
22   BY MR. MILLER:
23       Q.  And is that a PowerPoint prepared by
24   you, ma'am?
25       A.  It is.  It's in a short course that I

42 (Pages 162 to 165)

Confidential - Subject to Protective Order

Page 166

1    contributed to at the Dana Farber Cancer
2    Institute.
3        Q.   And this was January 4, 2012, right?
4        A.   That is correct, yes.
5        Q.   Turn with me to page -- and I'm afraid
6    the pages aren't marked, so I can show you the
7    pages that I'm referring to.  It's "Barriers to
8    acceptance of smoking-lung cancer relationship."
9        A.   Yes, I found that actually.
10       Q.   "Ecological data - other plausible
11   alternatives" was one issue that you raised;
12   right?
13       A.   Mm-hmm.
14       Q.   "Smoking common in scientific
15   community" was another issue; right?
16       A.   Mm-hmm.
17       Q.   Scientists smoked, and they had
18   trouble trying to believe that they were doing
19   something that was bad for them?
20           MR. COPLE: Objection.  Lacks
21   foundation.
22   BY MR. MILLER:
23       Q.   That's what you meant, right?
24           MR. COPLE: Objection.  Argumentative.
25       A.   Honestly it's been years, five years

Page 167

1    actually since I -- or more since I've looked at
2    this, so it's a little hard to judge out of
3    context.  But it is true that I bulleted there
4    "Smoking common in the scientific community."
5    BY MR. MILLER:
6        Q.   Hopefully less common now?
7        A.   Hopefully, yes.
8        Q.   And you wrote here in January, 2012,
9    that a barrier to acceptance of smoking-lung
10   cancer relationship was the influence of tobacco
11   companies; right?
12       A.   Influence of tobacco companies is one
13   of the bullet points, yes.
14       Q.   And at this boot camp on cancer, you
15   wrote, this is -- so you can find it there.
16       A.   Is that after this?
17       Q.   I think it is.  No, it's actually two
18   pages before that, four pages before.
19       A.   Okay.
20       Q.   You point out a 1933 Journal of
21   American Medical Ad that stated, "Just as pure
22   as the water you drink...and practically
23   untouched by human hands," as a cigarette ad.
24   What's the importance of that in your lecture?
25       A.   Honestly I don't remember because, as

Page 168

1    I said, it was five -- over five years ago since
2    I've looked at this lecture.
3        Q.   What you did point out, and this would
4    be the next page after the "Barriers to
5    acceptance-smoke and lung cancer relationship,"
6    you did an entire page on "A new model of
7    causality," and you typed out the Bradford-Hill
8    guidelines; right, ma'am?
9        A.   So yes, the title of the slide is "A
10   new model of causality," and then I summarize
11   the Bradford-Hill guidelines.
12           So, but I think, again, out of
13   context, it might be a little difficult to
14   appreciate why I was presenting this.  I was
15   talking about how the Bradford-Hill came along
16   when studies of epidemiology started to focus on
17   chronic disease rather than infectious disease,
18   so that was the context.  So rather than an
19   infectious disease model of causation, there
20   were now these new guidelines that were
21   presented.
22       Q.   And, yes, when we say "new," the
23   Bradford-Hill criteria came about in the late
24   '50s, early '60s?
25       A.   Honestly I can't recall what the date

Page 169

1    was, but I'm not sure.
2        Q.   And you list the guidelines, the
3    various points that are sometimes used in the
4    Bradford-Hill guideline, right?
5        A.   So I believe these are, again, just
6    the bullet points of what is included in the
7    Bradford-Hill criteria.
8        Q.   And then as you and I discussed, the
9    only one that's actually required is the
10   temporal sequencer?
11       A.   Temporality is the only of all of
12   these Bradford-Hill criteria that is required
13   for causation; correct.
14       Q.   Sure.  I show you what we're going to
15   mark as Exhibit 23-18.
16           (Whereupon, Rider Exhibit 23-18,
17           Report from School of Public Health
18           website, Report links welding fumes
19           with risk of cancer, was marked for
20           identification.)
21   BY MR. MILLER:
22       Q.   Another report pulled down from
23   Harvard Chan School of Public Health.
24           You're familiar with Harvard School of
25   Public Health; right?  We talked about it?

Confidential - Subject to Protective Order

Page 170

1  A.  Yes.  I was a student and then a
2  faculty member there, yes.
3  Q.  Sure.
4  And this report from Harvard tells us,
5  and I quote, "The IARC is a World Health
6  Organization body that has among its activities
7  to produce independent scientific consensus
8  reports on the causes of cancer."
9  That's true; isn't it?
10  MR. COPLE:  Objection.  The document
11  speaks for itself.
12  A.  So you've read a quote from this page
13  of the website that I've never seen before, and
14  it's true that what you said appears on the
15  page, yes.
16  BY MR. MILLER:
17  Q.  In fact, Harvard School of Public
18  Health works with IARC on various issues
19  concerning cancer; isn't that true?
20  MR. COPLE:  Objection.  Lacks
21  foundation, vague.
22  A.  I'm unaware of that.
23  BY MR. MILLER:
24  Q.  Let's look at this publication from
25  the Harvard Chan School of Public Health.  We'll

Page 171

1  mark it as Exhibit 23-19.
2  (Whereupon, Rider Exhibit 23-19,
3  Publication titled Global Cervical
4  Cancer:  HPV Vaccination and
5  Diagnostics, was marked for
6  identification.)
7  BY MR. MILLER:
8  Q.  I want to call your attention to,
9  again, the T.H. Chan School of Public Health is
10  at Harvard; right, ma'am?
11  A.  The Harvard T.H. Chan School of Public
12  Health is the new name for the Harvard School of
13  Public Health, yes.
14  Q.  And are you familiar with the Center
15  for Health Decision Science there?
16  A.  I've heard of it, but I've never
17  worked with them, no.
18  Q.  Do you know these -- any of these
19  investigators, Sue Goldie, Jan Kim, and others
20  here?
21  A.  I know a couple of them by name, but
22  I've never worked with them.
23  Q.  And if you'd move down -- halfway down
24  the page, it says "Our partners include," do you
25  see where it says "The International Agency for

Page 172

1  Research on Cancer"?
2  A.  Mm-hmm.
3  Q.  Were you aware before today that, in
4  fact, Harvard is working in partnership with
5  IARC?
6  MR. COPLE:  Objection.  The document
7  speaks for itself.
8  A.  So I've never seen this document, this
9  page from the website before.  So in order to
10  sort of learn more about the nature of that
11  relationship, I'd have to really read this.
12  BY MR. MILLER:
13  Q.  Sure.  Take your time.
14  (Witness reviewing document.)
15  A.  So as I've said, I've never seen this
16  document and wasn't familiar with this work
17  before just now, but it seems like the Harvard
18  School of Public Health is working with IARC,
19  PATH, I'm not sure who that is, and the WHO to
20  pursue a coordinated strategy to make new
21  diagnostics and HPV vaccines accessible,
22  affordable, and sustainable in developing
23  countries.
24  Q.  Sounds like a worthy goal; fair
25  enough?

Page 173

1  A.  Again, I don't know anything about
2  this project.
3  Q.  Sure.  Let's go to 23-20.
4  (Whereupon, Rider Exhibit 23-20, IARC
5  Monograph Volume 114 List of
6  Participants, was marked for
7  identification.)
8  BY MR. MILLER:
9  Q.  In this case counsel for Monsanto
10  often brings up the red meat conclusions of
11  IARC, and I just want to look at that list of
12  participants from that and go over that with you
13  for a second.
14  Are you aware that IARC did look at
15  red meat?  This is 23-20.
16  MR. COPLE:  Objection.  Argumentative.
17  A.  I believe I do recall hearing about
18  this, but I haven't reviewed the monograph, and
19  don't know any of the details.
20  BY MR. MILLER:
21  Q.  Fair enough.  We're not going to get
22  into the details of it.
23  But one of the members of that
24  monograph team for red meat was Kana Wu from
25  Harvard School of Public Health, and my question

44 (Pages 170 to 173)

Confidential - Subject to Protective Order

Page 174

1  to you is, do you know him or her?
2      A.   Kana Wu was at the Harvard School of
3  Public Health when I was there, and we sometimes
4  would attend the same meetings on the health
5  professionals follow-up study cohort, the cohort
6  where my ejaculation frequency results study
7  took place.
8      Q.   Well-respected scientist?
9      A.   Again, I -- other than her attendance
10  at the meeting, I'm not familiar with her work.
11     Q.   Sure.
12         Do you know a Richard Clapp at
13  Harvard?
14     A.   I do not.
15     Q.   I'm sorry, he's at Boston University.
16  Isn't that where you are now?
17     A.   I am.
18     Q.   He's a professor emeritus.  I guess
19  that means he's an old guy like me.  Is that
20  what that means?
21     A.   I don't know.  I don't know.
22     Q.   I'm going to show you, Doctor,
23  Exhibit 23-21.  It's from the Harvard T.H. Chan
24  School of Public Health.  I just want to ask you
25  a few questions about it.

Page 175

1         (Whereupon, Rider Exhibit 23-21,
2         Harvard School of Public Health
3         website page of Richard Clapp, D.Sc,
4         MPH, was marked for identification.)
5         MR. COPLE:  Do you have a copy for me?
6         MR. MILLER:  There you go (handing).
7  BY MR. MILLER:
8      Q.   Talks about a Richard Clapp, he's a
9  professor emeritus at Boston University School
10  of Public Health.  Does that ring a bell about
11  how you might know him, or I guess no?
12     A.   No.  I don't believe we've ever met,
13  no.
14     Q.   The reason I bring it up, he co-signed
15  a letter with a physician named Chris Portier
16  concerning that glyphosate and non-Hodgkin's
17  lymphoma issue.  Have you seen that letter?
18     A.   No, I have not.  I was given a lot of
19  materials to review, but I don't recall that
20  being one of the items I reviewed.
21     Q.   Let me show it to you.  23-22
22  (handing).
23
24
25

Page 176

1         (Whereupon, Rider Exhibit 23-22,
2         Portier, et al article titled
3         Differences in the carcinogenic
4         evaluation of glyphosate between the
5         IARC and the EFSA, was marked for
6         identification.)
7  BY MR. MILLER:
8      Q.   Here's that letter (handing).  All
9  right.  We can do this quick, I'm not going
10  to -- Richard Clapp is one of the authors.  Do
11  you see that?
12     A.   I do.
13         MR. COPLE:  Objection.  The document
14  speaks for itself.
15  BY MR. MILLER:
16     Q.   Was this ever provided to you by
17  Monsanto or their attorneys?
18         MR. COPLE:  Objection.  Argumentative.
19     A.   So my only interaction has been with
20  the attorneys at Hollingsworth, and I don't
21  recognize this.  I would have to look at the
22  list of materials that I was provided, but I
23  don't recall reviewing this letter.
24  BY MR. MILLER:
25     Q.   What does it mean to be a professor

Page 177

1  emeritus?  Obviously, you know, I don't even
2  know what that means.  That's why I'm asking.
3         MR. COPLE:  Objection.  Vague.
4      A.   I actually can't tell you exactly what
5  that means.
6  BY MR. MILLER:
7      Q.   He, Richard Clapp, is at the same
8  university that you're at now, right?
9      A.   Mm-hmm.
10     Q.   And so he writes with lots of other
11  scientists in this letter, and I'm looking at
12  the top right-hand page.  And we've already gone
13  over this point before, but the working group,
14  "The WG concluded that the data for glyphosate
15  met the criteria for classification as a
16  probable human carcinogen."
17         Do you see where I'm reading?
18     A.   I do.
19     Q.   And you disagree with that; right?
20     A.   I agree with IARC's conclusions based
21  on the epidemiologic data on glyphosate and NHL,
22  yes.
23     Q.   You do agree or don't agree?
24     A.   I disagree with --
25     Q.   Yes.

Golkow Litigation Services - 1.877.370.DEPS

Confidential - Subject to Protective Order

Page 178

1      A.    -- IARC's conclusions.
2      Q.    Take -- if we could now go, please, to
3   Page 743 of this letter from Chris Portier,
4   Richard Clapp, and others, and I want to just
5   read one sentence to you, what they write.  This
6   is on -- over here on the last column of that.
7      A.    Okay.
8      Q.    They write, "The most appropriate and
9   scientifically based evaluation of the cancers
10  reported in humans and laboratory animals as
11  well as supportive mechanistic data is that
12  glyphosate is a probable human carcinogen."
13         You disagree with them or --
14      A.    Again, I've never seen this particular
15  letter before, so I couldn't tell you whether I
16  agreed or disagreed with it.  But I do disagree
17  with IARC's conclusions based on the
18  population-based studies, the human studies of
19  glyphosate and NHL.
20      Q.    Okay.  Let me rephrase my question.
21      A.    Okay.
22      Q.    You disagree with the statement that,
23  "The most appropriate and scientifically based
24  evaluation of the cancers reported in humans and
25  laboratory animals as well as supportive

Page 179

1   mechanistic data is that glyphosate is a
2   probable human carcinogen"?
3         You'd disagree with that statement?
4      A.    I can't tell you whether I agree or
5   disagree, because I've only read this one
6   sentence of this entire several-page commentary.
7   So I can't -- I can't tell you whether I
8   disagree or agree with that statement.
9      Q.    You agree or disagree that glyphosate
10  is a probable human carcinogen?
11      A.    As I mentioned, I disagree with IARC's
12  conclusions based on the epidemiologic
13  literature that glyphosate is a probable human
14  carcinogen.
15      Q.    Take all the time you need to review
16  23-22.  But it's fair to say, then, you disagree
17  with these authors?
18         MR. COPLE:  Objection.  Argumentative.
19      A.    I couldn't say that without reading
20  the entire commentary.
21  BY MR. MILLER:
22      Q.    Sure.  Go ahead.
23         (Witness reviewing document.)
24      A.    So I've only gotten through the first
25  page.  I'm a slow reader.  I apologize.  But

Page 180

1   there are a number of things that I could point
2   to that I do disagree with, even in terms of
3   their interpretation of the epidemiologic
4   evidence on glyphosate and NHL.
5   BY MR. MILLER:
6      Q.    And that -- I understand that to be
7   true, and I'm asking more broadly.
8         In the summary where they say that the
9   most appropriate scientific valuation is that
10  glyphosate is a probable human carcinogen, I
11  think you disagree with that.  But if you agree,
12  that's fine, too.  Just let me know.
13      A.    Again, I can't really tell you whether
14  I agree or disagree with that statement without
15  reading the entire commentary.
16      Q.    It's fairly short, so, yeah, go ahead.
17         MR. MILLER:  Somebody else join the
18  call?
19         (Witness reviewing document.)
20      A.    Okay.  So after reading this, it isn't
21  completely clear to me, but I think that what
22  the authors are referring to in that statement
23  is by saying that "the most appropriate and
24  scientifically based evaluation of the cancers
25  reported in humans and laboratory animals as

Page 181

1   well as supportive mechanistic data," I believe
2   that they are referring to the IARC review, and
3   I would disagree that the IARC review is the
4   most appropriate and scientifically based
5   evaluation of the cancers, well, at least NHL
6   reported in humans and laboratory animals, as
7   well as supportive mechanistic data.
8   BY MR. MILLER:
9      Q.    These people who signed this letter,
10  including Dr. Clapp, go on in the next sentence
11  to say, "On the basis of this conclusion and in
12  the absence of evidence to the contrary, it is
13  reasonable to conclude that glyphosate
14  formulations should also be considered likely
15  human carcinogens."
16         Do you disagree with them on that
17  statement?
18      A.    I do disagree with them on that
19  statement.  Again, I think that if you -- if you
20  read this entire commentary, they refer to, you
21  know, the case control studies as high quality.
22  They point to a number of limitations in the
23  cohort study which I think are inaccurate,
24  including a short latency period in the HS which
25  is incorrect.  So I do disagree with the

Confidential - Subject to Protective Order

Page 182

1    conclusions of this particular commentary.
2        Q.   Have -- you gave a list of materials
3    reviewed and considered attached to your report.
4    Do you remember that?
5        A.   Attached to my -- yes, that's correct.
6        Q.   Were all of those provided by the
7    Hollingsworth firm?
8        A.   No, they were not.  So many of them
9    were provided by attorneys at Hollingsworth, but
10   I also did my own review of the literature as
11   well.
12       Q.   Are you able to tell me which articles
13   you found and which were provided?
14       A.   I'm not offhand, no.
15       Q.   Okay.  Did you read Dr. Portier's
16   report in this case?
17       A.   I do not believe that I reviewed
18   Dr. Portier's report, no.
19       Q.   And you did not -- or did you review
20   Dr. Weisenburger's report in this case?
21       A.   I did not, no.  I may have had access
22   to it.  I can't recall.  But I did not read
23   those.
24       Q.   Okay.  Did you read Dr. Nabhan's
25   report in this case?

Page 183

1        A.   No.
2        Q.   Did you read Dr. Neugut's report in
3    this case?
4        A.   Yes, I reviewed both Dr. Neugut's and
5    Dr. Ritz's reports and depositions, yes.
6        Q.   Did you review Dr. Ritz's supplemental
7    report?
8        A.   Her sort of rebuttal report, I think
9    it was?
10       Q.   Yes.
11       A.   Yes, correct.
12       Q.   Anything about that that you disagree
13   with?
14           MR. COPLE:  Objection.  Vague.
15       A.   I would have to look at it.  I don't
16   remember exactly what she raised in her rebuttal
17   report.
18   BY MR. MILLER:
19       Q.   Since you became involved as an expert
20   for Monsanto, or for that matter even before
21   then, were you aware of the publications that
22   surrounded IARC after they concluded that
23   glyphosate was a 2A probably carcinogenic?
24           MR. COPLE:  Objection.  Vague, lacks
25   foundation.

Page 184

1    BY MR. MILLER:
2        Q.   You can answer.
3        A.   Yeah, so I'm not exactly clear on your
4    question, but I just want to point out that I
5    was retained by Hollingsworth, not Monsanto.  I
6    have not had any communications with Monsanto.
7        Q.   Yeah, I understand that.  I appreciate
8    that distinction.  But you know they work for
9    Monsanto, the Hollingsworth firm; right?
10       A.   Yes.  I am aware of that, yes.
11       Q.   And I -- it was a poorly formed
12   question.  I'm just trying to ask this.
13           There's been some defense of IARC in
14   the face of what IARC perceived as criticism
15   from Monsanto.  Have you read anything in that
16   regards?
17       A.   You would need to be a bit more
18   specific.  I'm not sure.
19       Q.   Okay.  I will.
20           MR. MILLER:  What's our next exhibit
21   number?
22           MS. MILLER:  23-23.
23           (Whereupon, Rider Exhibit 23-23, IARC
24           Monograph:  40 Years of Evaluating
25           Carcinogenic Hazards to Humans, was

Page 185

1            marked for identification.)
2    BY MR. MILLER:
3        Q.   23-23.  And this is our next exhibit.
4    This is a publication Environmental Health
5    Perspectives, June, 2015, "IARC Monographs:
6    40 Years of Evaluating Carcinogenic Hazards to
7    Humans"; right?
8        A.   Yes.  That is the title.  Correct.
9        Q.   And one of the first things I'd like
10   to ask you about, there are -- one, two, three,
11   four -- five authors that are from Harvard in
12   this report or commentary, Dr. Christiani,
13   Dr. Baccarelli, Dr. Laden, Dr. Monson, and
14   Dr. Schernhammer.  Do you know any of them?
15       A.   I know a couple of these people just
16   because we were at the same institution, but I
17   don't believe I've ever worked directly with any
18   of them, no.
19       Q.   Okay.
20       A.   Maybe Dr. Schernhammer and I have
21   co-authored a publication, but I can't recall
22   for sure.
23       Q.   Let's look at what these and other
24   physicians had to say about IARC.  This is about
25   two, three months after IARC concluded that

47 (Pages 182 to 185)

Confidential - Subject to Protective Order

Page 186

1    glyphosate was a probable human carcinogen.
2    Let's go to the Page 2, "Objectives."  "The
3    authors of this Commentary are scientists from
4    various disciplines relevant to the
5    identification and hazard evaluation of human
6    carcinogens.  We examined criticisms of the IARC
7    classification process to determine the validity
8    of these concerns.  Here, we present the results
9    of that examination, review the history of IARC
10   evaluations, and describe how the IARC
11   evaluations are performed."
12        Did I read that correctly?
13        MR. COPLE: Objection.  The document
14   speaks for itself.
15        A.   Yes, I see that there.
16   BY MR. MILLER:
17        Q.   Did the attorneys from Hollingsworth
18   provide you this document?
19        A.   I don't recall this being one of the
20   materials that I was provided.  I was provided
21   with a lot of materials, though, so I could not
22   be sure.
23        Q.   The first sentence in their Discussion
24   is, "We concluded that these recent criticisms
25   are unconvincing."

Page 187

1         Do you see that?
2         A.   I do.
3         Q.   Okay.  They go on to say in the
4    Introduction -- I'm now in the written portion,
5    not the abstract -- "The IARC Monographs on the
6    Evaluation of Carcinogenic Risks to Humans of
7    the International Agency for Research on Cancer
8    are a prominent example of such an expert review
9    process."
10        My question to you is, do you agree
11   that IARC is a prominent example of an expert
12   review process for causes of carcinogens?
13        A.   I think it's certainly an agency for
14   which many people are aware that they do reviews
15   of potential carcinogens, yes.
16        Q.   Okay.  And I apologize for bouncing
17   around, but back to the abstract, it's on
18   Page 2 --
19        A.   I'm sorry.
20        Q.   I'm sorry.
21        Yeah, the conclusion is, "The IARC
22   Monographs have made, and continue to make,
23   major contributions to the scientific
24   underpinning for social actions to improve the
25   public's health."

Page 188

1         Do you agree with that?
2         A.   Again, it's a very broad general
3    statement.  I don't follow -- actively follow
4    all of the IARC decisions, and so I couldn't
5    really comment on that.
6         Q.   Are you aware that the IARC members
7    don't receive any fee for their work?
8         MR. COPLE: Objection.  Lacks
9    foundation.
10        A.   I'm not aware of how the panels
11   operate, or if there's compensation provided,
12   no.
13   BY MR. MILLER:
14        Q.   Let's go to Page 512.
15        A.   Okay.
16        Q.   And I'm looking at the top right where
17   it says, "Working Group members do not receive
18   any fee for their work, but they are paid travel
19   expenses, and there is some prestige associated
20   with service on an IARC Monograph."
21        You have no reason to challenge that
22   statement?
23        MR. COPLE: Objection.  Argumentative.
24        A.   I have no reason to challenge it, no.
25   But, again, this is the first time that I'm ever

Page 189

1    reviewing this particular document.
2    BY MR. MILLER:
3         Q.   I understand.  Last point and then
4    we'll move on.  The last sentence in this
5    article on Page 513.
6         A.   Okay.
7         Q.   And this, again, quote from these
8    scientists on the front page, including five
9    from Harvard, that they say, "However, as a
10   group of international scientists, we have
11   looked carefully at the recent charges of flaws
12   and bias in the hazard evaluations by IARC
13   Working Groups, and have concluded that the
14   recent criticisms are unfair and
15   unconstructive."
16        Any reason to challenge that
17   statement?
18        A.   Again, I'm only looking at this for
19   the first time, I -- so I would have no reason
20   to challenge it.
21        Q.   Okay.  We can move on.
22        If I wanted to study how quickly
23   someone had to get out of a burning building, a
24   residential building, would I want to study
25   people who are wearing pajamas and T-shirts, or

48 (Pages 186 to 189)

Confidential - Subject to Protective Order

Page 190

1    people that are wearing fire-retardant outfits
2    provided by a fire department?
3          MR. COPLE: Objection. Vague,
4    incomplete hypothetical.
5    BY MR. MILLER:
6      Q.  Do you see my point?
7          MR. COPLE: Same objection.
8      A.  I'm not sure that I do see your point,
9    I'm sorry.
10   BY MR. MILLER:
11     Q.  Well, can you and I agree just as a
12   common sense observation that someone in shorts
13   or pajamas is going to be more susceptible to
14   injury from a fire than someone wearing
15   fire-retardant clothes from the fire department?
16         MR. COPLE: Objection. Argumentative.
17   BY MR. MILLER:
18     Q.  Just asking.
19     A.  Again, this is outside of my area of
20   expertise in cancer epidemiology.
21     Q.  So you're unable to answer it, or
22   because it's outside your expertise you won't
23   answer it?
24         MR. COPLE: Objection. Asked and
25   answered, argumentative.

Page 191

1      A.  Because it's outside of my area of
2    expertise, I'm sort of not comfortable talking
3    about such a hypothetical study.
4    BY MR. MILLER:
5      Q.  Why?
6          MR. COPLE: Objection. Asked and
7    answered.
8    BY MR. MILLER:
9      Q.  Well, you know where I'm going.  You
10   know full good and well the Agricultural Health
11   Study was not done of people in the normal
12   setting, was it?
13         MR. COPLE: Objection. Vague,
14   argumentative, lacks foundation.
15     A.  Can you explain what you mean by "the
16   normal setting"?
17   BY MR. MILLER:
18     Q.  Well, what, if anything, did someone
19   have to learn in order to be a participant in
20   the Agricultural Health Study?
21         MR. COPLE: Objection. Vague.
22   BY MR. MILLER:
23     Q.  Do you know?
24         MR. COPLE: Objection. Vague,
25   argumentative.

Page 192

1      A.  Can you ask the question one more
2    time, please?
3    BY MR. MILLER:
4      Q.  The cases and the controls in the
5    Agricultural Health Study, were they laypeople,
6    home users, gardeners, untrained farmers?  What
7    kind of people were they?
8          MR. COPLE: Objection. Compound
9    questions.
10     A.  So I think you asked about cases and
11   controls, but that's not really how we would
12   talk about a cohort study.  But if you're
13   talking about just the people who were enrolled
14   in the Agricultural Health Study, the
15   participants were farmers and oftentimes
16   commercial applicators of pesticides.
17   BY MR. MILLER:
18     Q.  When you say "oftentimes," are they
19   always that, or no?
20     A.  I would have to go back and look at
21   the methods to be sure, certain.
22     Q.  Would that be important to know what
23   percentage of them were commercial applicators?
24     A.  Well, I think the striking thing about
25   the Agricultural Health Study is that they were

Page 193

1    able to look at levels of exposure that were
2    many times higher than what had previously been
3    investigated in the case control studies not
4    done among farmers.
5      Q.  Nothing to do with my question,
6    though.
7          Were they licensed pesticide
8    applicators?
9          MR. COPLE: Objection. Argumentative.
10     A.  When they were enrolled, it was --
11   they were being enrolled as part of the
12   licensing process.  I mean, that interview, the
13   enrollment happened when they were applying for
14   their license.
15   BY MR. MILLER:
16     Q.  What does one have to do to become a
17   licensed pesticide applicator?
18     A.  I'm not sure.
19     Q.  How long does it take to become a
20   licensed pesticide applicator?
21     A.  I am not sure of all of the
22   requirements of becoming a licensed pesticide
23   applicator.
24     Q.  Is there an exam for being a licensed
25   pesticide applicator?

49 (Pages 190 to 193)

Confidential - Subject to Protective Order

Page 194

1       A.   I'm not sure of the requirements for
2   becoming a licensed pesticide applicator.
3       Q.   What is the training involved with
4   explaining to an applicant for the licensed
5   pesticide applicator in terms of what to wear
6   and how to handle herbicides and pesticides?
7       A.   I am not aware. I'm not sure.
8       Q.   Not important?
9            MR. COPLE: Objection. Argumentative.
10      A.   I think that what is important is that
11  the Agricultural Health Study was able to
12  evaluate levels of exposure that were higher and
13  probably more likely to be associated with an
14  increased risk of cancer if such an increased
15  risk existed.
16           MR. MILLER: Move to strike as
17  non-responsive.
18           MR. COPLE: The witness's answer will
19  stand.
20           MR. MILLER: Let's move on.
21  BY MR. MILLER:
22      Q.   What percentage of the cohort was
23  licensed pesticide applicators in the HS?
24      A.   Again, I think I mentioned previously,
25  to tell you I would need to look at the actual

Page 195

1   paper.
2       Q.   Are there any weaknesses in the
3   Agricultural Health Study?
4            MR. COPLE: Objection. Vague.
5       A.   Certainly I talk about some of those
6   limitations of the study in my report.
7   BY MR. MILLER:
8       Q.   And what are they?
9       A.   If we could -- if I could see my
10  report, we could go through those.
11      Q.   Feel free (handing).
12           MR. COPLE: Are you marking it for the
13  deposition?
14           MR. MILLER: No.
15      A.   Okay. So I reviewed the 2005 study,
16  starting at the bottom of Page 22 of my report.
17  BY MR. MILLER:
18      Q.   And the question is, what are the
19  weaknesses that you believe exist in the
20  Agricultural Health Study as published in 2005?
21           MR. COPLE: Objection. Vague.
22      A.   So as I stated in my report, the major
23  limitation of the study relates to how they
24  included in their multivariable analysis a
25  different sample of participants than who was

Page 196

1   included in the unadjusted results. I referred
2   to it, I call that -- sometimes we refer to that
3   as letting the sample size float. That's how I
4   refer it to in my report.
5   BY MR. MILLER:
6       Q.   Is that -- are there other criticisms,
7   or is that the only one?
8       A.   I felt like that was the major
9   limitation of the study.
10      Q.   So are there any minor limitations of
11  the study?
12           MR. COPLE: Objection. Vague.
13      A.   Yeah, I mean, of course, all studies
14  have -- epidemiologic studies have limitations
15  to varying degrees. In this particular study,
16  they, you know, as in the case control studies,
17  they were relying on self-reported exposure
18  information, and so you might expect for some of
19  that exposure to be misclassified, but I think
20  the quality would be stronger than in the case
21  control studies where that would also vary based
22  on whether or not someone had developed the
23  disease.
24  BY MR. MILLER:
25      Q.   Do -- are licensed pesticide

Page 197

1   applicators trained to wear a personal
2   protection equipment at a higher rate than
3   people who are not licensed pesticide
4   applicators, or do you know?
5            MR. COPLE: Objection. Asked and
6   answered.
7       A.   Yeah, I told you previously I don't
8   know about all of the requirements for pesticide
9   licensing.
10  BY MR. MILLER:
11      Q.   Have you been provided, or in your own
12  research reviewed the Bolognesi study of 2016?
13           MR. COPLE: Objection. Lacks
14  foundation.
15      A.   I don't recall reviewing that study,
16  no.
17  BY MR. MILLER:
18      Q.   Let's take a look at it. Doctor, I'm
19  going to hand you what's been marked as 23-24,
20  Bolognesi study of lymphocyte cytokinesis and
21  micronucleus assay for the monitoring of
22  pesticide-exposed populations.
23
24
25

Confidential - Subject to Protective Order

Page 198

1          (Whereupon, Rider Exhibit 23-24,
2          Bolognesi and Holland article titled
3          The use of lymphocyte
4          cytokinesis-block micronucleus assay
5          for monitoring pesticide-exposed
6          populations, was marked for
7          identification.)
8    BY MR. MILLER:
9      Q.   Did you see the study before?
10     A.   I do not recall reviewing the study,
11   no.
12     Q.   The good news is we're not going to go
13   through the whole study.  That's number one.
14         Number two, I'm just going to ask you
15   whether you have an opinion or not on one
16   particular point Dr. Bolognesi makes in his
17   study.  And it can be found in the abstract.
18   It's the third to last sentence.  He says that
19   there is, "A decreased level of
20   pesticide-induced genotoxicity was associated
21   with the proper use of personal protection."
22         And my question to you is, do you have
23   an opinion about that issue or not?
24         MR. COPLE:  Objection.  Vague.
25   BY MR. MILLER:

Page 199

1      Q.   Whether or not -- and just to be
2    precise, whether or not someone who wears proper
3    use of her personal protection has a decreased
4    level of pesticide-induced genotoxicity.
5      A.   I do not have an opinion about that,
6    no.
7      Q.   But if it was true, if that statement
8    was true, then that would mean people who wear
9    the proper use of personal protection have
10   a lower risk of the problem that would be caused
11   by exposure as to people who don't wear personal
12   protection; right?
13         MR. COPLE:  Objection.  Vague, lacks
14   foundation.
15     A.   The only way I would be comfortable in
16   coming to that conclusion would be if there had
17   been a human study that had actually looked at
18   that on the population level.
19   BY MR. MILLER:
20     Q.   And that would be unethical to do now,
21   wouldn't it?
22     A.   Well, it would certainly be unethical
23   to, you know, randomize people to exposure or
24   not to exposure, but that doesn't mean that it
25   couldn't be studied.

Page 200

1      Q.   Retrospectively?
2      A.   Or prospectively, for that matter.
3      Q.   But you couldn't randomize people to
4    it?
5      A.   But observational studies, cohort
6    studies are also prospective studies.
7      Q.   Sure, sure.
8          But we couldn't do a randomized study
9    for that purpose now.  We agree on that?
10     A.   I agree, that would not be --
11     Q.   So the Agricultural Health Study is
12   telling us what -- whether there's a risk to
13   licensed pesticide applicators; right?  That's
14   what it's telling us?
15     A.   The studied population included people
16   who were applying for their pesticide license,
17   yes.
18     Q.   And, in fact, got their pesticide
19   license; right?
20     A.   Again, I don't recall from the details
21   of the study whether people had to actually get
22   the license to be included.  I would have to
23   look at the methods.
24     Q.   All right.  We'll mark as 23-25, I
25   believe this is the 2005 Agricultural Health

Page 201

1    Study.
2          (Whereupon, Rider Exhibit 23-25, De
3          Roos, et al article, Cancer Incidence
4          among Glyphosate-Exposed Pesticide
5          Applicators in the Agricultural Health
6          Study, was marked for identification.)
7    BY MR. MILLER:
8      Q.   This is the Agricultural Health Study
9    that you've been referring to; right?
10     A.   That is correct, yes.
11     Q.   Do you see the Materials and Methods
12   section?
13     A.   I do.
14     Q.   Okay.  It says, "The AHS is a
15   prospective cohort study in Iowa and North
16   Carolina, which includes 57,000 private and
17   commercial applicators who were licensed to
18   apply restricted-use pesticides at the time of
19   their enrollment."  Right?
20     A.   That is correct, yes.
21     Q.   And wouldn't it be important to know
22   what the education and training is of a licensed
23   restricted-use pesticide applicator in
24   specifically Iowa and North Carolina to reach
25   any conclusions on this study as to how it would

51 (Pages 198 to 201)

Confidential - Subject to Protective Order

Page 202

1  or would not apply to people who were not
2  licensed restricted-use pesticide applicators?
3           MR. COPLE:  Objection.  Asked and
4  answered, vague.
5      A.   So I believe what you're asking about
6  is the generalizability of the study, so
7  whether or not we can take the results from the
8  Agricultural Health Study and apply them to
9  groups of people who are in some way different,
10 in this case not licensed applicators.  And as I
11 talk about in my expert report, you know, the
12 sort of first step in evaluating a study is
13 looking at the internal validity, then you can
14 go ahead and look at the precision of those
15 estimates, and then after -- only after those
16 things have sort of been satisfied do you talk
17 about generalizability.
18          So I think that the Agricultural
19 Health Study has not demonstrated any
20 association between glyphosate use and NHL.
21 But, you know, so for all intents and purposes
22 we would assume that those results apply to
23 other participants.  It's a little bit like, you
24 know, do studies of exercise and cardiovascular
25 disease in men apply to women.  Unless we

Page 203

1  believe that there's some reason where there
2  would be a biological interaction and those
3  results would no longer apply, we assume that
4  the results are generalizable.
5  BY MR. MILLER:
6      Q.   You assume the results are
7  generalizable to people who don't wear
8  protective clothing when the study is done on
9  people who wear protective clothing.  Do I
10 understand that correctly?
11     A.   So, you know, if you're referring to
12 protective clothing as being something that's
13 sort of on the pathway between glyphosate and
14 NHL on the causal pathway, so, you know, if, you
15 know, you use glyphosate, you may or may not
16 wear protective equipment and then that would
17 influence your -- the risk that you have of NHL.
18     Q.   Are you asking me a question now?
19     A.   I'm trying to clarify what the
20 question is.  So I think that if you're talking
21 about generalizability, unless we have no reason
22 to believe -- unless we have a reason to believe
23 that the biological relationship between the
24 exposure and the outcome is different in two
25 groups of people, we assume that the results are

Page 204

1  generalizable.  If you're talking about whether,
2  you know, protective equipment could be on the
3  causal pathway between glyphosate exposure and
4  NHL, I would say that, you know, again, in this
5  study we have levels of glyphosate exposure in
6  the highest category, they're -- you know, that
7  are five times what was, at minimum, what was
8  done in previous case control studies.  And so
9  if we were going to see an association between
10 glyphosate and NHL, we would likely see that at
11 these higher levels of exposure.
12     Q.   Well, here's my question.  Either you
13 are or you aren't saying that results of the AHS
14 study where we have licensed commercial
15 applicators wearing personal protective
16 clothing, and you're saying those results are
17 generalizable to people who aren't wearing
18 personal protective clothing.  Is that what I
19 should understand?
20          MR. COPLE:  Objection.  Asked and
21 answered.
22     A.   So I mean, in this publication the
23 issue of personal protective equipment isn't
24 directly addressed, so I think that would
25 require some assumptions about these

Page 205

1  applicators.  It also wasn't addressed in many
2  of the case control studies.  So we also don't
3  know how often that was used in many of the case
4  control studies that were conducted.
5  BY MR. MILLER:
6      Q.   Well, how many of the case control
7  studies that we talked about today required
8  participants to be licensed commercial
9  applicators?
10     A.   I am not certain if any of them
11 required participants to be licensed commercial
12 applicators.
13     Q.   So this study, the AHS cohort study,
14 is different from the case control studies in
15 that way, that it requires licensed commercial
16 applicators; right?
17     A.   Yes.  And oftentimes cohort studies
18 are conducted in special populations because
19 those populations allow for a better study of an
20 exposure and an outcome.
21          For instance, in the health
22 professional study that I publish in, you could
23 -- I suppose you could argue that those health
24 professionals are different from the US general
25 population, but the reason that that population

52 (Pages 202 to 205)

Confidential - Subject to Protective Order

Page 206

1  was selected was because it was believed that we
2  could get higher quality exposure and outcome
3  data from those participants than for people in
4  the general population.
5        And unless you believe that there is a
6  biological difference in the relationship
7  between exposure and disease in that population
8  from another population, you can still
9  generalize those results and your study has
10  better internal validity.
11    Q.  And that's why we showed you
12  Exhibit 23-24, the Bolognesi study, because it,
13  in fact, indicates there is a biological
14  difference.  Remember it says, "A decreased
15  level of pesticide-induced genotoxicity was
16  associated with the proper use of personal
17  protection."  That is a biological difference
18  if, in fact, Dr. Bolognesi is correct?
19        MR. COPLE:  Objection.  Argumentative.
20    A.  So, again, I haven't reviewed this
21  paper, and I can't tell you whether that is
22  correct.  But I do know that because something
23  is demonstrated in a genotoxicity study does not
24  mean that's what we'd see in a population-based
25  study of humans.

Page 207

1  BY MR. MILLER:
2    Q.  Going to the AHS study of 2005, you
3  see Dr. Blair is one of the authors; right?
4    A.  Yes.
5    Q.  And to be clear, you have not read his
6  deposition, right?
7    A.  Again, I believe that I had access to
8  Dr. Blair's deposition, but that I have not
9  reviewed it, no.
10    Q.  Would it matter to you if Dr. Alavanja
11  has said that he'd like to say it's positively
12  associated with non-Hodgkin's lymphoma?
13        MR. COPLE:  Objection.  Lacks
14  foundation.
15    A.  Again, I don't know Dr. Alavanja, and
16  I couldn't comment on whether that would be
17  important to me.
18  BY MR. MILLER:
19    Q.  Go, if you would, to the Agricultural
20  Health Study, Page 51.
21    A.  Okay.
22    Q.  And it has a table here for
23  associa- -- or the association of glyphosate
24  exposure ever versus never use with common
25  cancers among AHS applicators.

Page 208

1        Do you see that table?
2    A.  I do.
3    Q.  Okay.  So for these licensed
4  commercial applicators, they show non-Hodgkin's
5  lymphoma, a total of 92 cancers; right?
6    A.  That's correct.
7    Q.  And if they've ever used glyphosate,
8  they have a 20 percent increased risk?
9    A.  They did identify a relative risk of
10  1.2; correct.
11    Q.  And adjusted for age, demographic, and
12  lifestyle factors and other pesticide use, they
13  had a 10 percent increased risk; right?
14    A.  Well, again, I think that, you know,
15  in this particular study I think the internal
16  validity is sufficient where you would look at
17  that confidence interval, and you would -- you
18  would see that it is -- it does include the null
19  value of 1.  So it's consistent with there being
20  no association between glyphosate and NHL.
21    Q.  Let's go to Page 53, if you would,
22  please.  The authors point out limitations of
23  their study, and I want to go over some of them.
24  Okay?
25    A.  Okay.

Page 209

1    Q.  "Certain limitations of our data
2  hinder the inferences we can make regarding
3  glyphosate and its association with specific
4  cancer subtypes."
5        Do you agree with that?
6    A.  Do I agree that certain limitations of
7  the data hinder the inferences they can make?
8    Q.  Yes.
9    A.  Yes, I think that, as I stated, all
10  studies have limitations, and you need to
11  interpret the results in light of those
12  limitations.
13    Q.  And the authors caution that, "The AHS
14  cohort is large, and there are many participants
15  reporting glyphosate use.  The small numbers of
16  specific cancers occurring during the follow-up
17  period hindered precise effect estimations."
18        That's true, isn't it?
19    A.  So, I mean, it's interesting that the
20  authors say that, because while they, I think,
21  are very conservative in saying that their
22  confidence intervals are not precise, they're at
23  least as precise as anything that was in the
24  reported literature up to this point.
25    Q.  These authors say that their study

Golkow Litigation Services - 1.877.370.DEPS

Confidential - Subject to Protective Order

Page 210

1  shows an "association between glyphosate and the
2  risk of multiple myeloma"; right?
3      A.   Sorry, I lost you in there.
4      Q.   Second-to-the-last sentence, "a
5  suggested association between glyphosate and the
6  risk of multiple myeloma."
7          Do you see that?
8      A.   I don't.  Sorry.
9      Q.   Yes, ma'am.  Right down here, right
10 above (indicating).
11     A.   Okay.  Yes, I do see that.  Thank you.
12     Q.   And you and I agree multiple myeloma
13 is a form of non-Hodgkin's lymphoma?
14     A.   It was not included in the definition
15 at the time of this publication, but in the
16 subsequent AHS follow-up study, it then was
17 included in that definition.
18     Q.   Do you know whether Monsanto considers
19 applicators in high-volume sprayers or
20 low-volume sprayers to actually experience more
21 exposure?
22         MR. COPLE:  Objection.  Lacks
23 foundation, vague.
24     A.   As I've said, I've never had any
25 communications with Monsanto.  So I don't -- I

Page 211

1  don't know what they think about that.
2  BY MR. MILLER:
3      Q.   Would that be important?
4          MR. COPLE:  Objection.  Vague.
5      A.   Could you ask the question again,
6  please?
7  BY MR. MILLER:
8      Q.   Would it be important to know whether
9  high-volume sprayers actually experience less
10 exposure than low-volume sprayers?
11         MR. COPLE:  Objection.  Vague.
12 BY MR. MILLER:
13     Q.   You can answer.
14     A.   I think that you can measure exposure
15 in a way that gets at the intensity and duration
16 of exposure.
17     Q.   You haven't done that, and this study
18 didn't do that, right?
19     A.   Oh, this study did look at
20 intensity-weighted exposure.  That's the second
21 column of their results in Table 3.
22     Q.   Where are you?
23     A.   Table 3 on Page 52.
24     Q.   That's the intensity-weighted exposure
25 days?

Page 212

1      A.   That's correct.
2      Q.   Do you know if IARC has reviewed
3  whether the herbicide 2,4-D is classified as a
4  possible carcinogenic to humans, group 2B?
5          MR. COPLE:  Objection.  Asked and
6  answered.
7      A.   I don't -- I don't follow all the IARC
8  decisions, and I haven't read anything about
9  that one, no.
10 BY MR. MILLER:
11     Q.   Would it be important to you -- you
12 talked about confounding by other herbicides.
13 Would it be important to you whether or not
14 another herbicide was a possible carcinogen or
15 not?
16     A.   So it certainly was important to me in
17 evaluating the results of these studies.  And,
18 in fact, when 2,4-D and another chemical was
19 associated with NHL in the pooling project
20 analysis, I felt like those analyses should be
21 adjusted for those chemicals to be
22 interpretable.
23     Q.   And 2,4-D IARC found was not a
24 probable carcinogen.  Are you aware of that?
25         MR. COPLE:  Objection.  Lacks

Page 213

1  foundation, asked and answered.
2      A.   As I just said, I have not followed
3  the IARC decisions on other chemicals.
4          MR. MILLER:  Here it is,
5  Exhibit 23-26, IARC monograph evaluating 2,4-D.
6          (Whereupon, Rider Exhibit 23-26,
7          6/23/15, WHO Press Release, IARC
8          Monographs evaluate DDT, lindane, and
9          2,4-D, was marked for identification.)
10 BY MR. MILLER:
11     Q.   And fourth paragraph down, the
12 herbicide 2,4-D was classified as a possible
13 carcinogenic to humans, which is a lower
14 classification than glyphosate; right?
15         MR. COPLE:  Objection.  The document
16 speaks for itself, asked and answered.
17     A.   So this is the first time I'm seeing
18 this document.  As I've said, I -- in my own
19 work I rely on sort of the primary studies in
20 order to, you know, synthesize the evidence and
21 come to my own expert opinions on them.  So I
22 couldn't really comment on the evidence for
23 2,4-D.
24 BY MR. MILLER:
25     Q.   So in your primary studies and your

Confidential - Subject to Protective Order

Page 214

1    work, did you conclude that 2,4-D was as
2    carcinogenic -- as potentially carcinogenic as
3    glyphosate, or less carcinogenic potentially
4    than glyphosate?
5        MR. COPLE: Objection. Asked and
6    answered.
7        A.   I -- as I've said, I have not reviewed
8    all of the primary literature for 2,4-D. But I
9    do know that in the analyses where both
10   glyphosate and 2,4-D were considered, 2,4-D
11   appeared to be a confounder of the association
12   between glyphosate and NHL.
13   BY MR. MILLER:
14       Q.   And how would you define to a
15   layperson what it means to be a confounder in
16   that setting?
17       A.   It's an exposure that's -- or a
18   variable that's associated with your exposure,
19   and also a risk factor for -- an independent
20   risk factor for the disease.
21       Q.   That's fair.
22       So 2,4-D is an independent risk factor
23   for non-Hodgkin's lymphoma, and then it has to
24   be factored in when you look at these studies?
25       A.   So I would say that if you have a

Page 215

1    variable that's associated with your exposure,
2    and also a risk factor for the disease, even
3    just within that particular study population,
4    it's -- you need to control for that variable in
5    order to have interpretable findings.
6        Q.   And that's what we're talking about
7    with 2,4-D; right?
8        MR. COPLE: Objection. Asked and
9    answered.
10       A.   Sorry, what is the question?
11   BY MR. MILLER:
12       Q.   That's what we're talking about with
13   2,4-D, that applies to your last answer is all
14   I'm asking; right?
15       MR. COPLE: Objection. Vague, asked
16   and answered.
17       A.   Sorry, if you would ask me a question,
18   I'll do my best to answer it, but I don't
19   understand what the question is.
20   BY MR. MILLER:
21       Q.   I did, and I'll ask it again.
22       "Question: That's fair. So 2,4-D is
23   an independent risk factor for non-Hodgkin's you
24   look at with these studies?
25       "Answer: So I would say that if you

Page 216

1    have a variable that's associated with your
2    exposure, and also risk factor for the disease,
3    even just within that particular study
4    population you need a control for that variable
5    in order to have interpretable findings."
6        And I'm just asking, that applies to
7    2,4-D and glyphosate, that's what you had to do;
8    right?
9        A.   I'm sorry, that's what I had to do?
10       Q.   Did you -- are you an expert?
11       MR. COPLE: Objection. Argumentative.
12   BY MR. MILLER:
13       Q.   Did you look at this as an expert?
14   I'm just trying --
15       MR. COPLE: Objection. Argumentative.
16   BY MR. MILLER:
17       Q.   Back up.
18       I mean, is that what you had to do as
19   expert? Did you look at 2,4-D as a confounder?
20       MR. COPLE: Objection.
21       A.   As I've said, in the studies where --
22   in many of the studies, especially many of the
23   case control studies, these other chemicals
24   weren't even evaluated, so you couldn't look at
25   2,4-D as a potential confounder.

Page 217

1        But in the studies where data was
2    collected on 2,4-D, there is evidence that it
3    was acting as a confounder, and you can see that
4    in the pooling project analyses that I mentioned
5    in my expert report.
6    BY MR. MILLER:
7        Q.   So in the AHS study, how did the
8    investigators get the information from the
9    people in the cohort about the issues that were
10   studied? How did that happen?
11       MR. COPLE: Objection. Vague.
12       A.   So there's a paragraph here in the
13   paper on Page 49 about exposure assessment, and
14   the authors talk about how they used a
15   self-administered enrollment questionnaire to
16   collect comprehensive use data on 22 pesticides
17   and ever/never use information for an additional
18   28 pesticides.
19       And then in terms of outcome, there
20   was linkage to cancer registry data.
21   BY MR. MILLER:
22       Q.   So between 1993 and 1997 they
23   collected questionnaires from people who were
24   commercial applicators who were attempting to
25   get a license to apply restricted-use

55 (Pages 214 to 217)

Confidential - Subject to Protective Order

Page 218

1    pesticides.  Right?
2        A.    That is correct.
3        Q.    Okay.  And so on that application they
4    would be -- put down either ever or never use
5    for chemicals, including glyphosate; right?
6        A.    No, that's not exactly how it was.
7    They collected much more detailed use on 22
8    pesticides, and then only ever/never use on an
9    additional 28 pesticides.
10       Q.    Was glyphosate -- was in the more
11   detailed use?
12       A.    That is correct.
13       Q.    But it was a one-time collection in
14   '93, '94, '95, '96 to '97?
15       A.    It was one questionnaire as of this
16   publication.
17       Q.    And then there was a second
18   publication following that we'll talk about in a
19   bit.
20       A.    Okay.
21       Q.    That's AHS, can we call that
22   unpublished?
23       A.    Or the draft manuscript.
24       Q.    Draft manuscript.  But -- so this --
25   the original AHS article was written in 2005;

Page 219

1    right?
2        A.    It was published in 2005, yes.
3        Q.    And I guess my point is, so if
4    somebody comes in in '93 and they say I've never
5    used glyphosate, right --
6        A.    Mm-hmm.
7        Q.    -- and then in year '98 they applied
8    glyphosate, which category are they going to be
9    in, the I used glyphosate or I never used
10   glyphosate?
11       A.    Their baseline exposure assessment
12   would be never use.
13       Q.    Okay.  And then in 2002 if that person
14   gets non-Hodgkin's lymphoma, they'll be put down
15   as the never use glyphosate; right?
16       A.    That's right.  Their baseline exposure
17   would have been never use; correct.
18       Q.    And that's even if they sprayed
19   glyphosate in '98, '99, 2000, 2001, because they
20   hadn't sprayed it by the time they did that
21   questionnaire, and it wouldn't show up?
22       A.    That is correct.  It was a baseline
23   exposure measurement.
24       Q.    So that leaves us vulnerable to
25   misclassification bias?

Page 220

1        A.    Well, certainly if what you're -- you
2    know, misclassification refers to the exposure
3    that you're attempting to measure.  In the case
4    of this publication, they were concerned with
5    baseline levels of exposure, again much higher
6    levels of exposure than were investigated
7    previously.
8            And while it's true that in your
9    example that that NHL that was -- that was
10   diagnosed would be attributed to someone who was
11   unexposed, the latency period for that exposure
12   would have likely been too short to be
13   attributable to glyphosate anyway.  So I think
14   that was part of the motivation for
15   characterizing their exposures in the way they
16   did.
17       Q.    Misclassification bias can drive the
18   findings to the null; right?  That's fair?
19       A.    That's fair.  But it's also important
20   to recognize that when you're looking at
21   exposures in multiple categories, it can also
22   drive them away from the null.
23           MR. MILLER:  Excuse me one second.
24   Take a short break.
25           THE WITNESS:  Okay.

Page 221

1            MR. MILLER:  I want to get some water
2    and --
3            THE WITNESS:  Great.
4            THE VIDEOGRAPHER:  Going off the
5    record.  The time is 2:32.
6            (Whereupon, a recess was taken.)
7            THE VIDEOGRAPHER:  Back on the record.
8    The time is 2:50.
9    BY MR. MILLER:
10       Q.    All right, Doctor, back to work.
11       A.    Okay.
12           MR. COPLE:  Let's just check who is on
13   the line.
14           MR. MILLER:  Jeff Traverse, you still
15   there?
16           MR. TRAVERSE:  I'm still here.
17           MR. MILLER:  Okay.  Anybody else?
18   Let's go.
19       A.    Okay.
20   BY MR. MILLER:
21       Q.    We've talked about the Agricultural
22   Health Study, and we talked about who some of
23   the authors are.
24           Dr. Alavanja, one of the authors, do
25   you remember his name?

Confidential - Subject to Protective Order

Page 222

```
 1        A.  I do, yes.
 2        Q.  Let's look at Exhibit 23-27.
 3            (Whereupon, Rider Exhibit 23-27,
 4            Alavanja, et al article, Increased
 5            Cancer Burden Among Pesticide
 6            Applicators and Others Due to
 7            Pesticide Exposure, was marked for
 8            identification.)
 9  BY MR. MILLER:
10        Q.   And this is an article he wrote,
11  follow-up article with a Dr. Ross and others.
12        Were you provided this by the
13  Hollingsworth firm, or have you seen it from
14  another source?
15        A.   I don't recall reviewing this, but
16  it's possible that it was in my list of
17  materials, yes.
18        Q.   Let's just look real quick.  And I
19  only bring it up because he's an author of this
20  study that you rely upon to say that there is
21  not causality between Roundup and non-Hodgkin's
22  lymphoma.
23        And if you would with me, please, go
24  to tab 1, and that is at page -- Table 5.  I'm
25  not sure what page that is.  Table 5.
```

Page 223

```
 1        A.  Okay.
 2        Q.  And to be fair, let's go to the start
 3  of the table, which is, I believe -- yes.
 4        A.  Okay.  I'm there.
 5        Q.  First page of that table, it says what
 6  the table is about, and that is about
 7  "Epidemiological and Toxicological Evidence of
 8  Carcinogenicity for Selected Cancer Sites and
 9  Pesticides"; right?
10        A.  Yes.
11            MR. COPLE:  Objection.  Document
12  speaks for itself.
13  BY MR. MILLER:
14        Q.   If we go to the second page of Table
15  5, it says for the pesticide glyphosate about
16  halfway down.
17        Do you see that?
18        A.  Yes, I do.
19        Q.  Okay.  And this is in 2013, before
20  IARC found glyphosate 2A, so the IARC
21  classification is not evaluated; right?  Do you
22  see the columns I'm talking about?
23        A.  Oh, I see, "not evaluated under IARC
24  classification."  Yes, I do see that.
25        Q.   And
```

Page 224

```
 1  Exposure Source, it says "Occupational"; right?
 2        A.  Yes.
 3        Q.  "Epidemiological Evidence," and here
 4  the author of the HS study says, "Positively
 5  associated with non-Hodgkin's lymphoma."
 6        Do you see that?
 7        A.   I see that that's what it says in the
 8  table, yes.
 9        Q.  You disagree with that, right?
10        A.   Well, again, I have not reviewed this
11  paper prior to now.  It's a pretty thick paper.
12  It seems that they're doing their own review of
13  the literature, but I really don't know the
14  basis for that review, so I couldn't tell you
15  whether I agree or disagree.
16        Q.  Putting this paper aside, if someone
17  were to tell you that glyphosate is positively
18  associated with non-Hodgkin's lymphoma, would
19  you agree with him or disagree with them?
20        A.   In the main conclusion of my expert
21  report, I disagree.  I believe that there is not
22  sufficient evidence to identify glyphosate as a
23  causal factor in NHL.
24        Q.  We can put that exhibit aside.
25        Before the break we were talking about
```

Page 225

```
 1  misclassification.  Do you remember generally
 2  that line of questioning?
 3        A.  Yes, I do.
 4        Q.   And Dr. Alavanja, one of the authors
 5  of the original AHS study, went on in 2014 to
 6  write a paper about the AHS study, a second
 7  paper about insecticides and fungicides.  Have
 8  you been provided that paper?
 9        A.   The 2014 AHS cohort study, is that the
10  one you're referring to?
11        Q.   Yes.
12        A.   Yes, yes, I do have that paper.
13        Q.  Let's take a look at it.
14        A.   Okay.
15        Q.   And that is 23-28.
16            (Whereupon, Rider Exhibit 23-28,
17            Alavanja, et al paper, Non-Hodgkin
18            Lymphoma Risk and Insecticide,
19            Fungicide and Fumigant Use in the
20            Agricultural Health Study, was marked
21            for identification.)
22  BY MR. MILLER:
23        Q.   In that study the AHS authors decided
24  not to include glyphosate; right?
25        A.   Well, I know that the results for
```

57 (Pages 222 to 225)

Confidential - Subject to Protective Order

Page 226

1  glyphosate aren't included in that publication.
2  That's the only information I have.
3      Q.   So for whatever reason, the authors
4  decided to not publish the glyphosate
5  information?
6      A.   The authors decided not to include the
7  glyphosate information and results in this
8  particular publication.
9      Q.   Okay.  If you could please turn to
10  Page 15 of that report.
11      A.   Okay.
12      Q.   What these authors caution is, and I
13  want to look at the last sentence before
14  Conclusion, these are the authors of AHS,
15  "Despite the generally high quality of the
16  information on pesticide use provided by AHS
17  participants, misclassification of pesticide
18  exposures can occur and can have sizable impact
19  on estimates of relative risk, which in a
20  prospective cohort design would tend to produce
21  false negative results."
22          That's true, isn't it?
23      A.   Well, that is what the authors say
24  here.
25      Q.   And to be clear, AHS is a prospective

Page 227

1  cohort design; right?
2      A.   AHS is a prospective cohort study,
3  yes.
4      Q.   We can move off that exhibit.
5          Let's look at the draft AHS study
6  which I believe you rely on in part for your
7  opinions; right?
8      A.   I did.  I reached my conclusions prior
9  to seeing that publication, but it did sort of
10  confirm and strengthen some of the evidence, I
11  believe.
12      Q.   We'll mark it as 23-29.
13          (Whereupon, Rider Exhibit 23-29, Draft
14          Lymphoma risk and pesticide use in the
15          Agricultural Health Study, was marked
16          for identification.)
17  BY MR. MILLER:
18      Q.   Here's a copy (handing).  Have you
19  found out why the authors decided not to publish
20  this?
21          MR. COPLE:  Objection.  Asked and
22  answered.
23      A.   I have had no communication with any
24  of the authors, so I would have no way of
25  knowing that.

Page 228

1  BY MR. MILLER:
2      Q.   Have you done a research and decided
3  not to publish it?
4      A.   I think I have definitely been
5  involved in studies where we have not included
6  every result that we found in a manuscript, but
7  I don't think I've been involved in work where
8  I've consciously decided not to publish, no.
9      Q.   What was the loss to follow-up on this
10  study?
11      A.   So could you -- could you clarify a
12  little bit what you meant?  Because, for
13  instance, in terms of cancer outcomes, there was
14  virtually no loss to follow-up.
15      Q.   Concerning cancer outcomes, there was
16  virtually no loss to follow-up?
17      A.   Well, they use linkage with
18  registries, so that way they're really able to
19  capture virtually all of the cancers that would
20  occur in the cohort.
21      Q.   And if people don't fill out the
22  second questionnaire -- let's back up.
23          There was a second questionnaire;
24  right?
25      A.   That's right.  A strength of this

Page 229

1  updated draft is that they incorporate
2  information on exposure after baseline.  So in
3  the example that you gave earlier, now that
4  person who was originally classified as
5  unexposed would have an opportunity to provide
6  information, updated information on exposure.
7      Q.   And I guess the good news is
8  100 percent of these people filled out this
9  questionnaire so we're able to see whether or
10  not they were exposed after the first
11  questionnaire to glyphosate; is that true?
12          MR. COPLE:  Objection.  Lacks
13  foundation.
14      A.   It is not true that 100 percent of
15  people responded to the follow-up questionnaire,
16  no.
17  BY MR. MILLER:
18      Q.   95 percent?
19      A.   I could tell you if I looked in
20  the paper.  It was completed by 36,342 people,
21  which was 63 percent of the original
22  participants.
23      Q.   Okay.  I am not real good at math, but
24  if 63 percent completed a questionnaire,
25  37 percent did not?

Confidential - Subject to Protective Order

Page 230

1      A.   Yes, that is correct.
2      Q.   So 37 percent of the people could have
3   been exposed to glyphosate at any time after
4   they filled out the first questionnaire, which
5   was sometime between '93 and '97; right?
6      A.   The first questionnaire, the baseline
7   questionnaire, correct, was given between 1993
8   and 1997.
9      Q.   So 37 percent of the people did not
10   fill out the second questionnaire.
11        And when was the second questionnaire
12   given out?
13      A.   It says administered about five years
14   after enrollment, so that would have been
15   between 1998 and 2003.
16      Q.   And so in my prior example, someone
17   could have filled out a questionnaire in -- for
18   the first time in '97 even, used Roundup from
19   '98 through 2003, died of non-Hodgkin's lymphoma
20   in, say, 2006, and it will be listed as a
21   non-user or never user of glyphosate; right?
22      A.   I actually don't think that's correct,
23   because in their analysis, even for the
24   participants that didn't respond to the
25   follow-up questionnaire, they used information

Page 231

1   on their exposure at baseline in the baseline
2   questionnaire and an approach for handling
3   missing data called multiple imputation to
4   incorporate that exposure, that follow-up
5   exposure information.
6      Q.   They guessed?
7         MR. COPLE:  Objection.  Argumentative.
8      A.   Multiple imputation isn't guessing.
9   It's an established epidemiologic method for
10   handling missing data.
11   BY MR. MILLER:
12      Q.   Tell me how this established
13   epidemiologic method works in lay terms.
14      A.   So the idea is that you use all of the
15   information that you have on these participants.
16   And, of course, in a cohort study like this, you
17   have very rich information on a variety of
18   different covariates and factors about
19   demographics and lifestyle.  You use all of that
20   information together with the information that
21   is available on exposure in this case from
22   baseline to come up with a model that predicts
23   whether or not someone is likely -- or how
24   likely someone is to have a particular exposure.
25      Q.   So if I fill out a form in '93 to get

Page 232

1   my license, pesticide applicator form, and I say
2   I've never used glyphosate, what rich
3   information is going to tell the epidemiologist
4   whether I used glyphosate in the next ten years?
5      A.   Sure.  So fortunately for us,
6   36,342 people did fill out that questionnaire,
7   and those people answered questions about a
8   variety of different exposures, to glyphosate,
9   to other chemicals.  There was information on,
10   you know, age and sex and race and all of these
11   other factors that were encompassed in their
12   questionnaire.  And they can use all of that
13   information to create models to predict whether
14   or not someone was exposed or at what level they
15   were exposed.
16      Q.   So we were going to use the
17   information by the 36,000 people that filled out
18   two questionnaires to figure out what the
19   20,000 people who only figured out -- who only
20   completed one questionnaire, what they would
21   have answered had they filled out the second
22   questionnaire?
23      A.   Yes.  That is the basic idea, yes.
24      Q.   Why not just get 100 questionnaires
25   filled out and figure it out from there?

Page 233

1         MR. COPLE:  Objection.
2   BY MR. MILLER:
3      Q.   Why bother --
4         MR. COPLE:  Objection --
5   BY MR. MILLER:
6      Q.   -- with 36,000 questionnaires filled
7   out?
8         MR. COPLE:  Objection.  Argumentative.
9      A.   Because the idea is the more data that
10   you have, the better your models will be in
11   terms of predicting exposure status.
12   BY MR. MILLER:
13      Q.   Because the more loss of follow-up
14   there is, the less accurate the study is.
15   That's true, isn't it?
16      A.   No, I think that's too general.  I
17   mean, the accuracy of multiple imputation relies
18   more on our assumptions about what -- this is
19   going to sound very epi speak -- but the
20   mechanisms of missingness.
21        So in other words, what factors are
22   associated with both not having that exposure
23   information and -- yeah, so that would be the
24   missing mechanism.  And so multiple imputation
25   relies on the data being missing at random.

Confidential - Subject to Protective Order

Page 234

```
1              In other words, it's okay if the data
2    is missing based on other factors that we
3    measure.  For instance, if more older people
4    were non-responders than younger people, that's
5    okay, as long as we've measured information on
6    age.
7              So it's not just an issue of how many
8    people completed the follow-up questionnaire.
9    It's the mechanism of the missingness that's
10   important.
11       Q.   The mechanism of the missingness --
12       A.   Yes.
13       Q.   -- that's important?
14       A.   Yeah.
15       Q.   Okay.  So using the mechanism of the
16   missingness formula, could we have only had 5
17   percent fill out, or 10 percent, and still have
18   good data?
19       A.   Again, I couldn't tell you that
20   hypothetically.  I'm not -- I'm not sure.
21       Q.   But it's the more data you have
22   missing, the less reliable the study is; isn't
23   that a fair statement?
24       A.   I don't think that's true.  Again,
25   what I was just saying is it actually depends
```

Page 235

```
1    much more on why the data is missing than how
2    much data is missing.
3        Q.   Well, why is data missing on
4    20,000 people?
5        A.   It's very common in follow-up
6    questionnaires in cohort studies for not -- for
7    everyone to not answer subsequent
8    questionnaires.  You know, people get busy, they
9    have other things going on.  But as long as
10   those -- the factors that are associated with
11   why those people didn't fill out the
12   questionnaire are somehow captured in the data
13   that was collected by the cohort, that's not a
14   problem.
15       Q.   So they asked 36,000 people why the
16   other 20,000 weren't responding?
17       A.   No, that's not what I said.
18       Q.   Okay.
19       A.   I said that you -- the reasons for why
20   someone doesn't respond.  So, again, in my
21   example from before, if it happens to be that
22   older people don't respond to the questionnaire
23   for whatever reason, that's not a problem, as
24   long as we can take into our imputation modeling
25   the effective age.
```

Page 236

```
1        Q.   Turn to Page 8, please.
2        A.   Okay.
3        Q.   The authors right here in the middle
4    of the page on the study that you rely upon,
5    "Not sure what to do but the whole thing just
6    seems messy."  How does it strike you to rely
7    upon data not published where the authors think
8    the whole thing is messy?
9        A.   Well, this sentence isn't referring to
10   the whole paper.  It's referring to the issue of
11   how they deal with the fact that the definition
12   of NHL has changed in the interim between their
13   2005 publication and this publication.  So they
14   have to make sort of decisions, analytic
15   decisions, and decisions in terms of how they
16   present their data so that the results are both
17   consistent with the current definition, but also
18   can be readily compared to the previous results.
19             So that comment about it being messy,
20   it's dealing with one very specific issue in
21   this manuscript.
22       Q.   They also don't include multiple
23   myeloma; right?
24       A.   Oh, they do.  They look at multiple
25   myeloma both included in the overall definition
```

Page 237

```
1    of NHL consistent with the new definition, but
2    then they also look at it as a separate outcome.
3        Q.   AB, I believe Aaron Blair, it's on
4    Page 8 writes, "I wonder if the decision not to
5    include myeloma might seem inconsistent with our
6    decision to go with a new definition of NHL."
7              Do you understand what he's referring
8    to there?
9        A.   Yeah, I think -- I think, again, he's
10   talking -- commenting on the analyses where they
11   look specifically at the subtypes of NHL and
12   sort of questioning what category it's best to
13   include multiple myeloma in.
14             But, again, this really has to do with
15   trying to address a situation that was beyond
16   the investigators' control.  It's just the
17   definition changed, and so you have to make sort
18   of editorial decisions and decisions about how
19   to present that data in light of, you know,
20   other things that have changed in the field.
21       Q.   Go to Page 71, if you please, ma'am.
22       A.   Okay.
23       Q.   Do you see the asterisk at the bottom
24   of the page there?
25       A.   Sorry, 71 you said?
```

Confidential - Subject to Protective Order

Page 238

1    Q.   Yes, ma'am.
2    A.   No, I don't see an asterisk. Sorry.
3    Q.   I'm sorry, a footnote 2. Excuse me.
4  Page 71.
5    A.   My Page 71 doesn't have any footnote.
6    Q.   May I see it?
7    A.   Sure (handing).
8    Q.   Thank you. That could be a problem,
9  couldn't it?
10        Yes, ma'am, here you go?
11   A.   Okay.
12        MS. MILLER: That's the problem with
13  using drafts.
14  BY MR. MILLER:
15   Q.   Well, look at your Page 71. I --
16  there's something different between that and my
17  work draft. I don't know what.
18        MR. COPLE: What draft are you
19  referring to?
20        MR. HOLLINGSWORTH: Was the cover page
21  there?
22        MR. MILLER: Mine is March --
23  September 1st, 2017, yeah.
24        MR. HOLLINGSWORTH: September 1st,
25  2017.

Page 239

1        MR. MILLER: September 1 at the bottom
2  right there.
3        MS. MILLER: And hers is September
4  something else.
5    A.   9/19.
6        MR. MILLER: That's a problem. Do you
7  have a clean one that she can work off?
8        MR. HOLLINGSWORTH: Are you going to
9  mark both of them?
10       MS. MILLER: I don't have it.
11       MR. MILLER: I don't have it.
12  BY MR. MILLER:
13   Q.   I guess -- here's my question, ma'am.
14  It just looks like there's March through --
15  there's a lot of them. It appears to be
16  March 18th, 2013, then March 21st, 2013, then
17  October 24th, 2016. Then my copy goes as far as
18  September 1, 2017. Apparently you have one that
19  goes even farther than that?
20   A.   The last date is 9/19/2017.
21   Q.   9/19/2017.
22        So do you understand this to be
23  various drafts of this document? Is that what
24  we're to understand, or what?
25   A.   Again, I can't be --

Page 240

1    Q.   You just don't know?
2    A.   -- be certain, but in my own working
3  on publications, it's not unusual for the
4  publication to be circulated throughout the
5  co-authors a number of times for comments.
6        At the same time, it's very clear in
7  reading the publication that, you know, while
8  there's still some comments in the margins and
9  some things in the -- some additional comments
10  in the narrative part of the publication, that
11  this is a publication that if sent out for peer
12  review to me is a publishable paper.
13   Q.   I have a few questions off that.
14        Number one, you called it a
15  publication, but it's never been published.
16   A.   A manuscript. Excuse me.
17   Q.   A draft manuscript?
18   A.   It is a draft of a manuscript, yes.
19   Q.   It is a fourth or fifth draft of this
20  manuscript apparently; right?
21   A.   It's difficult to tell.
22   Q.   And we don't know if it's been
23  rejected for publication or submitted for
24  publication; it's just too early in the process,
25  isn't it?

Page 241

1    A.   Oh, I don't -- I don't know that it's
2  too early in the process. We're just not aware
3  of the status of the manuscript without talking
4  to the authors, I suppose. But, again, I don't
5  think I need to speak to the authors to know
6  that this manuscript, if cleaned up in terms of
7  the formatting, is certainly publishable.
8    Q.   If the authors felt it was appropriate
9  enough to submit for publication?
10   A.   Well, of course the authors get to
11  decide, you know, when to submit their
12  publication. But I think it's a shame that this
13  has not been submitted for publication and isn't
14  widely available.
15   Q.   Not only do the authors get to decide
16  when to submit, but if to submit, if it's worthy
17  enough in their view to submit for publication?
18   A.   I suppose that, you know, it is -- no
19  one can submit a manuscript on behalf of other
20  authors. That's not the process that we've set
21  up. But as I've said before, it would be a
22  shame if the scientific community was not given
23  access to this manuscript.
24   Q.   Are you aware of the International
25  Community of Medical Journal Editors?

61 (Pages 238 to 241)

Confidential - Subject to Protective Order

Page 242

1      A.  I have heard of that, but I really
2  have limited familiarity with them.
3      Q.  Let's take a look at what they have to
4  say on this issue.
5      MR. COPLE:  Before we move on, are you
6  going to mark for the record the copy you were
7  working off?
8      MR. MILLER:  It's got my work notes on
9  it.  So the answer is no, I'm not going to mark
10 something with my personal impressions on it.
11     MR. COPLE:  We're going to object to
12 that, subject to discussion later.  You were
13 asking a whole series of questions.  We can mark
14 it in the record, if need be, about a manuscript
15 that the witness did not have access to.
16     MR. MILLER:  We don't agree on that
17 representation.  The record speaks for itself,
18 Counselor.
19 BY MR. MILLER:
20     Q.  I'm going to show you what's been
21 marked as Exhibit 23-30, International Committee
22 of Journal Editors, "Uniform requirements for
23 manuscripts submitted to biomedical journals.
24
25

Page 243

1      (Whereupon, Rider Exhibit 23-30,
2      International Committee of Medical
3      Journal Editors, Uniform requirements
4      for manuscripts submitted to
5      biomedical journals, was marked for
6      identification.)
7  BY MR. MILLER:
8      Q.  I have a few questions for you.
9      A.  Okay.
10     Q.  If you turn with me, please, to
11 Page 15 of 24.
12     A.  Okay.
13     Q.  Look at the first paragraph.  It says,
14 "Moreover, media reports of scientific research
15 before the work has been peer-reviewed and fully
16 vetted may lead to dissemination of inaccurate
17 or premature conclusions."
18     That's true, isn't it?
19     A.  I have never seen this document
20 before.  I don't really even know what it's
21 from.
22     Q.  Well, I'll tell you what it's from.
23 It's from the -- published in the Journal of
24 Pharmacology and Pharmacotherapeutics, it's the
25 International Committee for Medical Journal

Page 244

1  Editors.  That's what it's from.
2      Now, do you agree with the statement I
3  read, or no?
4      A.  The statement, "Moreover, media
5  reports of scientific research before the work
6  has been peer-reviewed and fully vetted may lead
7  to dissemination of inaccurate or premature
8  conclusions."  As a general statement, I do
9  disagree with that.  I think that that's often,
10 and maybe more often, not the case.
11     And, in fact, just to add to that, I
12 think it's sort of a dated view of how the
13 publication process works now.  For instance, if
14 you were to present results at a scientific
15 conference, those results would typically be
16 available publicly on Google or on the website,
17 and that does not then prevent the accurate
18 dissemination of scientific findings in a
19 peer-reviewed journal.
20     Q.  Turn, if you would, please, ma'am, to
21 Page 19.
22     A.  Okay.
23     Q.  This is Roman Number IV, Section A.9,
24 References.  And I'm reading the last sentence.
25 "Information from manuscripts submitted but not

Page 245

1  accepted should be cited in the text as
2  'unpublished observations' with written
3  permission from the source."
4      That's basically what this is; right?
5  This draft that you're looking at is an
6  unpublished observation?
7      A.  It's true that this manuscript has not
8  been published in a journal, and so if I was
9  going to cite it in my own work, I wouldn't
10 really have any other choice but to say that it
11 was an unpublished manuscript.  But that doesn't
12 say anything about the quality or its
13 suitability for publication.
14     Q.  You're supposed to obtain written
15 permission from the source before citing
16 unpublished observations; right?
17     A.  I mean, again, this is recommendations
18 from some kind of committee that I have no
19 familiarity with.  I'm reading this for the
20 first time.  But if it was my own unpublished
21 data, meaning I had presented some data at a
22 conference and now someone wants to cite it, I
23 think it is sort of the -- the polite thing to
24 do in the scientific community would be to ask
25 the author if they're okay with you citing their

Confidential - Subject to Protective Order

Page 246

1    work in their paper, given that it's
2    unpublished.
3        Q.   And did you make any effort to ask any
4    of the authors of the unpublished draft of AHS
5    whether you could use their materials here in
6    this exercise?
7        A.   As I mentioned before, I've had no
8    contact with any of the authors.
9        Q.   We're going to switch subjects here.
10           It would be fair to say you don't
11   consider yourself an expert on non-Hodgkin's
12   lymphoma?
13       A.   No, I don't think that's true.  I'm a
14   cancer epidemiologist.  And while my own
15   research focus hasn't been NHL, I am -- my
16   training and experience makes me very
17   well-equipped to evaluate the epidemiologic
18   literature on glyphosate and NHL.  And, in fact,
19   in terms of peer review, I'm very frequently
20   asked to peer review papers that aren't related
21   to prostate cancer or the exposures that I've
22   studied in the past.
23       Q.   Would it be fair to say as a general
24   observation as a person who has studied cancer
25   that solid tumors take longer to develop than

Page 247

1    blood tumors?
2            MR. COPLE:  Objection.  Lacks
3    foundation, vague.
4        A.   Again, I wouldn't be willing to make
5    that sort of gross generalization, no.
6    BY MR. MILLER:
7        Q.   Does that mean you don't know?
8            MR. COPLE:  Objection.  Asked and
9    answered.
10       A.   No, it just doesn't -- but I mean,
11   cancer is an extremely heterogeneous disease
12   and, in fact, even within particular cancer
13   types there is a tremendous amount of
14   variability in terms of their natural history.
15   So I wouldn't be willing to say that blood
16   cancers are quicker growing than solid tumors,
17   or vice-versa.
18   BY MR. MILLER:
19       Q.   You're, of course, not an oncologist;
20   correct?
21       A.   I am not trained as an oncologist, no.
22       Q.   You're not a medical doctor?
23       A.   I have a doctorate in epidemiology,
24   not in medicine.
25       Q.   So you've not done clinical treatment?

Page 248

1        A.   I do not treat patients, that is
2    correct.
3        Q.   Have you heard of the 9/11 Fund?
4            MR. COPLE:  Objection.  Lacks
5    foundation.
6        A.   I don't believe so.  I'm not sure.
7    BY MR. MILLER:
8        Q.   September 11th, 2001, we all know as
9    Americans had that tragedy, and there is a fund
10   set up in New York for injuries which may or may
11   not have been caused by the damage from the
12   World Trade Center.  And I'm going to show you a
13   latency document from the 9/11 Fund.  Okay?
14       A.   Okay.
15           (Whereupon, Rider Exhibit 23-31, World
16           Trade Center Health Program, Minimum
17           Latency & Types or Categories of
18           Cancer, was marked for
19           identification.)
20   BY MR. MILLER:
21       Q.   If you look with me on the Executive
22   Summary, number 3, it lists leukemias,
23   lymphomas, hematopoietic cancers, and it has
24   .4 years for latency for hematopoietic cancers.
25           Let me back up and ask you first, can

Page 249

1    we agree that non-Hodgkin's lymphoma is a
2    hematopoietic cancer?
3        A.   Yes.
4        Q.   And you do not have any expertise to
5    dispute that the minimum latency period for
6    non-Hodgkin's lymphoma is .4 years?
7            MR. COPLE:  Objection.  Asked and
8    answered, lacks foundation.
9        A.   I discuss latency periods for cancers
10   in my expert report, and again, this is for
11   every cancer.  This is always an estimate.  You
12   know, of course, in an individual there is a
13   range, but I have no idea where these authors
14   got the information leading to them to list
15   .4 years as a minimum latency, so I really
16   couldn't comment on that.
17   BY MR. MILLER:
18       Q.   So it's fair to say you don't have an
19   opinion, to a reasonable degree of medical
20   certainty, about a different minimum latency
21   period?
22       A.   Again, talking about the minimum
23   median latency period, I don't think, you know,
24   we could ever know that on the individual level,
25   so I'm not sure that that's useful.

63 (Pages 246 to 249)

Confidential - Subject to Protective Order

Page 250

1      Q.   I want to show you a study on
2  hematopoietic cancers from Harvard University,
3  the Residual "Exposure to Pesticide During
4  Childhood and Childhood Cancers:  A
5  Meta-Analysis."  We'll mark this one as
6  Exhibit 32.
7          (Whereupon, Rider Exhibit 23-32, Chen,
8          et al article, Residential Exposure to
9          Pesticide During Childhood and
10         Childhood Cancers:  A Meta-Analysis,
11         was marked for identification.)
12  BY MR. MILLER:
13     Q.   Do you know any of these authors?
14     A.   I do not, no.
15     Q.   Department of environmental health,
16  Harvard T Chan School of Public Health, the year
17  is 2015.
18         You don't know Dr. Lu, I guess?
19         MR. COPLE:  Objection.  Asked and
20  answered.
21     A.   No, I don't know any of these authors.
22  BY MR. MILLER:
23     Q.   Okay.  The context of this, the first
24  sentence says, "There is increasing concern
25  about chronic low-level pesticide exposure

Page 251

1  during childhood and its influence on childhood
2  cancers."
3         And they report, if you would look,
4  please, at the Data Extraction section,
5  childhood lymphomas, an odds ratio of 1.34.  And
6  here's my question.
7         Have you ever commented on this study
8  and the article that you've read or written?  I
9  apologize, bad question, let's try again.  That
10  was really a bad question.  Made no sense at all
11  to me.  Let's start again.
12         In this article, if we could please go
13  to Page 2, second full sentence, it says,
14  "Children greatly increase their chance of
15  pesticide exposure when they play on
16  pesticide-treated surfaces such as a floor or
17  lawn and then put their hands in their mouths."
18         My question is, would this add to the
19  body of literature for those of us that believe
20  there's an association between glyphosate and
21  non-Hodgkin's lymphoma, or would the answer be
22  no, it does not?
23         MR. COPLE:  Objection.  Vague.
24     A.   So this is a meta-analysis I've never
25  seen before on childhood cancers, which is a

Page 252

1  topic that I haven't reviewed with respect to
2  glyphosate exposure.  I think I've been fairly
3  clear about my feelings about meta-analyses, is
4  that I think it's necessary to go to the primary
5  studies that are included in those
6  meta-analyses, because all of the shortcomings
7  and issues with internal validity in those
8  studies carry forward to a meta-analysis.  So I
9  would definitely want to be able to see the
10  primary studies.
11         And then in terms of that statement,
12  "Children greatly increase their chances of
13  pesticide exposure when they play on
14  pesticide-treated surfaces such as a floor or
15  lawn and then put their hands in their mouths,"
16  I would also want to see where the evidence
17  comes from for that particular statement.
18     Q.   Sure.
19         Children can get leukemia as young as
20  two, sadly, isn't that true?
21         MR. COPLE:  Objection.  Vague, lacks
22  foundation.
23     A.   I know that very young children can be
24  affected with leukemia, yes.
25  BY MR. MILLER:

Page 253

1      Q.   So it certainly would be true if
2  someone got leukemia at the age of two, the
3  latency period for that individual could not
4  have been any more than two years; that's the
5  extent of their life at that point in time?
6          MR. COPLE:  Objection.  Lacks
7  foundation.
8      A.   Well, I actually -- I think that's
9  incorrect, because many people investigate
10  in utero exposures with respect to cancer risk.
11  But certainly there is a limit on the latency
12  period.
13         I also think we know that, in general,
14  the causes of childhood cancers are typically
15  very, very different than the causes of adult
16  cancers.
17  BY MR. MILLER:
18     Q.   What are the other causes of childhood
19  cancer versus causes of adult cancer?
20         MR. COPLE:  Objection.  Vague.
21     A.   So for many cancers we think of the
22  cancers that occur at young age and old age as
23  being sort of etiologically distinct diseases,
24  so diseases for which different risk factors
25  would exist.

Confidential - Subject to Protective Order

Page 254

1    BY MR. MILLER:
2        Q.   Here's a pesticide exposure in
3    children of non-Hodgkin's lymphoma exposure
4    study from Harvard I'd like to ask you just one
5    or two questions about.
6            First off, do you know any of these
7    authors?
8            (Whereupon, Rider Exhibit 23-33,
9            Buckley, et al article, Pesticide
10           Exposures in Children with Non-Hodgkin
11           Lymphoma, was marked for
12           identification.)
13   BY MR. MILLER:
14       Q.   23-33, and this is Dr. Buckley and
15   others article.
16       A.   I recognize Dr. Robison's name, but we
17   have never collaborated, I don't know that we've
18   ever met in person.  But otherwise, no.
19       Q.   This article written in year 2000, the
20   conclusion says, "The results of the current
21   study provide further evidence linking pesticide
22   exposure to the risk of non-Hodgkin's lymphoma,
23   but the authors were unable to implicate any
24   specific agent."
25           Do you see that?

Page 255

1        A.   I do.
2        Q.   Okay.  So let me back up and ask you,
3    is farming generally considered a risk for
4    non-Hodgkin's lymphoma?
5            MR. COPLE:  Objection.  Vague.
6        A.   Well, I think that a number of studies
7    have indicated increased risks of NHL in farmers
8    even prior to the -- to glyphosate being
9    available on the market, yes.
10   BY MR. MILLER:
11       Q.   So we can comfortably say that farming
12   increases the risk of non-Hodgkin's lymphoma?
13       A.   I believe farming does appear to
14   increase the risk of non-Hodgkin's lymphoma,
15   yes.
16       Q.   And how many studies showed that
17   before glyphosate was on the market?
18       A.   I would have to look at my expert
19   report, but I do cite some of them there.
20       Q.   Statistical significance, you believe,
21   is not necessary to have a valid scientific
22   finding; true?
23           MR. COPLE:  Objection.  Vague, lacks
24   foundation, misstates prior testimony.
25       A.   Well, there are two separate issues.

Page 256

1    The first issue is whether you believe the point
2    estimate that's identified in a study to be
3    reflective of the truth in terms of the true
4    causal association between the exposure and the
5    outcome.  And as I've said before, if you don't
6    believe and have faith in that point estimate,
7    there's really no point in determining how
8    precise that estimate is, or how likely it is to
9    be due to chance if it's wrong.
10           Only after you've established the
11   internal validity of the study would then you go
12   on to say, okay, well, now how likely are the
13   results that I found due to chance, and that's
14   where statistical significance plays a role.
15   BY MR. MILLER:
16       Q.   I'm going to show you what we've
17   marked as Exhibit 34.  And I'm showing my age
18   here, it's a tweet, whatever that means.
19           (Whereupon, Rider Exhibit 23-34, Copy
20           of Tweet of Jennifer Rider, was marked
21           for identification.)
22   BY MR. MILLER:
23       Q.   I think that's you in part of that
24   tweet; is that right?
25       A.   Yes, this is from my Twitter page.

Page 257

1        Q.   Okay.  I apologize for -- my paralegal
2    was looking at your Twitter page, but I didn't
3    know how to do it, so -- but we only ask about
4    it because you apparently look pretty
5    enthusiastic about -- just correct me if I'm
6    wrong, but apparently the issue in this tweet is
7    that you don't think p-values are that important
8    for scientific conclusions; is that fair?
9        A.   I think p-values, and more
10   specifically hypothesis testing, has a place,
11   but a very small or very statistically
12   significant p-value doesn't tell you anything
13   about the quality of the study or the validity
14   of your point estimate.
15       Q.   On the flip side of that, even if the
16   p-value does not give you a confidence interval
17   of 95 percent, you can still find important
18   scientific information if the study has good
19   internal validity?
20       A.   Yeah.  So in this particular example
21   that I'm tweeting about is a little bit
22   different because it's a randomized trial, not
23   an observational study.  And, you know, one
24   might argue that hypothesis testing and p-values
25   have a somewhat different role in those

Confidential - Subject to Protective Order

Page 258

1    randomized trials.  But nonetheless, the results
2    of this study found a p-value of .06, and I sort
3    of disagreed with the interpretation of the
4    finding of that study.
5        Q.   You thought that the study should be
6    given significance in that it had important
7    implications, even though it was a .6?
8            MR. COPLE:  Objection.  Asked and
9    answered.
10   BY MR. MILLER:
11       Q.   Is that right?  I'm just trying to --
12       A.   Yeah, it was -- again, it wasn't an
13   observational study.  It was a randomized
14   controlled trial.
15           So many of the biases that we worry
16   about that are inherent in observational studies
17   did not apply to this particular study, and so I
18   felt that the study provided some information
19   that could be interpreted, despite the fact that
20   the p-value wasn't statistically significant at
21   the .05 threshold.
22       Q.   Yes.  Last question, and we'll walk
23   away from this one.
24           This is the same Kenneth Rodman here
25   that wrote the textbook that we were talking

Page 259

1    about earlier; right?
2        A.   That's correct, he's -- yes, he wrote
3    that book.
4        Q.   A 10 percent increased risk you would
5    describe as a modest risk; right?
6        A.   A 10 percent relative risk?
7        Q.   Yes.
8        A.   So, again, it's very difficult to make
9    generalizations like that.  It would depend a
10   lot about the specific exposure and the outcome.
11       Q.   Let's take a look at a study that you
12   did with Kathryn Wilson, the same Kathryn Wilson
13   that was on that IARC panel; right?
14       A.   That's correct.
15       Q.   All right.  This is a study on
16   "Vasectomy and Risk of Aggressive Prostate
17   Cancer: A 24-year Follow-Up Study."
18       A.   Mm-hmm.
19           (Whereupon, Rider Exhibit 23-35,
20           Wilson, et al study, Vasectomy and
21           Risk of Aggressive Prostate Cancer:  A
22           24-Year Follow-Up Study, was marked
23           for identification.)
24   BY MR. MILLER:
25       Q.   And here you and Dr. Wilson are

Page 260

1    studying this issue, and you found a relative
2    risk of 1.1, a 10 percent increased risk, in
3    prostate cancer if a person had a vasectomy;
4    right?
5        A.   That was the relative risk for overall
6    prostate cancer, that's correct.
7        Q.   Okay.  And your conclusion was, "Our
8    data support the hypothesis that vasectomy is
9    associated with a modest increased" risk -- I'm
10   sorry -- "a modest increased incidence of lethal
11   prostate cancer"; right?
12       A.   So there we're referring to the result
13   for lethal cancer, which is in the next sentence
14   of the result, and there's a relative risk
15   of 1.19.
16       Q.   That's fair.  I appreciate that.
17           So you would describe a 19 percent
18   increased risk as a modest risk?
19       A.   So as -- again, I said it's very
20   context-specific.  And for lethal prostate
21   cancer, which is a pretty rare event and one for
22   which we have very few established risk factors,
23   I think that our conclusion that that's a modest
24   increased incidence is accurate, yes.
25       Q.   Sure.

Page 261

1            And you agree that non-Hodgkin's
2    lymphoma can be fatal?
3        A.   Yes, I agree with that.
4            MR. COPLE:  We've been going for an
5    hour and a half since the lunch break.
6            MR. MILLER:  Another break, sure.
7    Easy to live with.  Have a nice break.
8            THE VIDEOGRAPHER:  Going off the
9    record.  The time is 3:41.
10           (Whereupon, a recess was taken.)
11           THE VIDEOGRAPHER:  Back on the record.
12   The time is 4:04.
13           MR. MILLER:  Who is on that
14   speakerphone?  No one, apparently.
15   Mr. Traverse, are you still with us?
16           MR. TRAVERSE:  Yeah, I'm here.
17           MR. MILLER:  You're hiding out or
18   something, what's going on there?
19           Anybody else?  Negative.  All right.
20   BY MR. MILLER:
21       Q.   I believe my last question -- you
22   know, we're moving on, making progress.  So we
23   were talking about the vasectomy article, and
24   that's marked as what exhibit?  I'm sorry, you
25   have it there in front of you.

Golkow Litigation Services - 1.877.370.DEPS

Confidential - Subject to Protective Order

Page 262

1    A.   23-35.
2    Q.   Thank you.
3         All right.  So I'll just ask a few
4  more questions on it, and then we'll move on.
5         And it's important, so I wanted to
6  point out, correct me if I'm wrong, it's on
7  Page 3035, you found this modest association
8  even though it was not statistically
9  significant; right?
10        MR. COPLE:  Objection.  Misstates the
11  prior testimony.
12   A.   So the relative risk for lethal
13  disease was 1.19, and the confidence interval
14  was from 1-to-1.43, so it did just barely
15  include the null value, yes.
16  BY MR. MILLER:
17   Q.   But still holds important information?
18   A.   Again, we are not making any claims in
19  this paper about evidence of causality, but we
20  certainly thought that this information was
21  worth publishing and sharing with the scientific
22  community, yes.
23   Q.   On Page 3036, if you would, please,
24  the first sentence in the typed portion there,
25  it says, "Three previous cohort studies have

Page 263

1  examined the association of vasectomy with
2  advanced stage disease, with all finding
3  increased but not statistically significant
4  relative risks ranging from 1.4 to 2.1."  My
5  only point -- unquote.
6         My only point for asking about that is
7  they were all important enough to mention here,
8  even though they were not statistically
9  significant.  Am I reading that right?
10   A.   I think here we were just trying to
11  provide a summary of the previous research that
12  had been done in the field, so regardless of
13  statistical significance, we felt like we needed
14  to mention the prior studies that had looked at
15  this question.
16   Q.   And just the last page, if we could,
17  3038.  You state, "Thus, these relative risks
18  translate to small increases in absolute risk.
19  The decision to opt for a vasectomy remains a
20  highly personal one in which the potential risks
21  and benefits must be considered."  Right?
22   A.   Mm-hmm.
23   Q.   Okay.  You found IARC important enough
24  to cite in your own articles; right?
25   A.   I can't recall.  I may have, but I'm

Page 264

1  not sure.
2    Q.   Let's' take a look.  We're on 23-26 --
3  I'm sorry, 23-36.
4         (Whereupon, Rider Exhibit 23-36,
5         Sigurdardottir, et al manuscript,
6         Sleep Disruption Among Older Men and
7         Risk of Prostate Cancer, was marked
8         for identification.)
9  BY MR. MILLER:
10   Q.   Here's an article you wrote with
11  Dr. Mucci and others, "Sleep Disruption Among
12  Older Men and Risk of Prostate Cancer," 2013, I
13  believe.
14        Do you remember this one?
15   A.   I do, yes.
16   Q.   The first point I'd like to ask you
17  about is, you considered a hazard ratio of 2.1
18  as a strong risk -- or strong association; would
19  that be true?  And I'm looking at the Results
20  section in the abstract.
21   A.   I agree that our sort of main finding
22  was that men with sleep disruption, meaning
23  those who had problems falling and staying
24  asleep, had a 1.7 -- a hazard ratio of 1.7 and
25  2.1 when you consider sort of our version of a

Page 265

1  dose-response analysis.
2    Q.   And I'm reading down here, quote, in
3  the Results section, "When restricted to
4  advanced prostate cancer, these associations
5  became even stronger [hazard ratio 2.1]."
6         Do you see that?
7    A.   I do.
8    Q.   So it would be fair to call a hazard
9  ratio of 2.1 a strong association?
10   A.   That's not what it says here.  It just
11  says that the hazard ratio of 2.1 and 3.2 were
12  stronger than the ones where we're looking at
13  overall prostate cancer, but I don't think it's
14  making a general statement about what we feel is
15  strong or not strong.
16   Q.   Let's take a look at Page 5.  I'm
17  sorry, I'm in the wrong spot.  Page 2, I
18  apologize.
19        In your Introduction, the first thing
20  you point out is that "IARC designated shift
21  work involving circadian disruption as a
22  probable human carcinogen in humans (Group 2A)."
23        Do you see that?
24   A.   I do.
25   Q.   So certainly in 2013 you thought

67 (Pages 262 to 265)

Confidential - Subject to Protective Order

Page 266

1    IARC's conclusions were important enough to be
2    mentioned in your peer-reviewed studies?
3        A.   I think we felt like the fact that
4    IARC had looked at this question, provided some
5    context for as to why we would want to
6    investigate sleep disruption with respect to
7    prostate cancer.
8        Q.   And when you did your paper as to the
9    issues that you looked at, you came to a
10   conclusion consistent with IARC's conclusion?
11       A.   I wouldn't really say that, because I
12   don't think we were looking at this in terms of
13   it being a probable human carcinogen.  I think
14   we're evaluating the results more qualitatively,
15   especially given some of the limitations in the
16   study that we're quite up front about
17   acknowledging.
18       Q.   23-37 is Exhibit B to your report, and
19   it is your list of materials considered.  And
20   what I'd ask you to do is to let me know which
21   of these you developed yourself as compared to
22   getting from Hollingsworth firm, okay?
23           MR. COPLE:  Objection.  Asked and
24   answered.
25

Page 267

1        (Whereupon, Rider Exhibit 23-37,
2        Exhibit B to expert report, Materials
3        Considered List, was marked for
4        identification.)
5        A.   Yeah, I really couldn't do that.  I
6    don't recall which ones I found and which ones
7    were given to me.
8    BY MR. MILLER:
9        Q.   Okay.  Can you recall any that you
10   found?
11           MR. COPLE:  Objection.  Asked and
12   answered.
13       A.   Again, it was -- my literature search
14   was a very long time ago, and I couldn't say
15   with certainty which of these I found.
16   BY MR. MILLER:
17       Q.   Can you tell me, we've talked about
18   it, but which of those you've actually read on
19   that list?
20       A.   So you're asking me to go through the
21   entire list and tell you all the ones that I've
22   read?
23       Q.   I know that sounds cumbersome, but
24   it's pretty important.
25       A.   Okay.  Again, I'm going based on

Page 268

1    memory.  I started reviewing these papers now a
2    year and a half ago.  So I can't tell you for
3    sure, but I can certainly tell you the ones that
4    I know that I read.
5        I have read both of the papers by
6    Acquavella, number 1 and 2.
7        I have read the number 5, the Alavanja
8    2014 study.
9        I have definitely read at least one of
10   these draft manuscripts by Alavanja.  There has
11   been some confusion about that, but one of those
12   drafts I have access to.
13       I read the American Cancer Society
14   summary of non-Hodgkin's lymphoma.
15       The Berkson study, number 17.
16       I have read several of these Blair
17   studies, 21, 22, 23, 24.
18       I read the Blettner study on
19   meta-analyses and pooled analyses.
20       I read the study by Bosch, and the
21   Bradford-Hill study, although it's been some
22   time.
23       The Bravata study.
24       The Cancer Research UK web
25   publication.

Page 269

1        The -- I believe I read all three of
2    the Cantor studies.
3        The Chang and Delzell 2013
4    meta-analysis.
5        The 2016 Chang and Delzell systematic
6    review and meta-analysis.
7        The Cocco paper.
8        I believe I've read all three of those
9    De Roos papers that have been listed.
10       The Dreiher paper.
11       The Dubrow paper.
12       The Engel paper.
13       I read at least one of these EPA
14   reports to try and determine the dates that
15   glyphosate was available, but I don't recall
16   which one.
17       The Eriksson paper.
18       The expert report of Drs. Neugut and
19   Ritz, as I mentioned.
20       The Fasal study.
21       These papers by Gelman about
22   statistical significance.
23       The Greenland paper.
24       The Hardell and Eriksson case control
25   study.

Confidential - Subject to Protective Order

Page 270

1          The Hardell, et al study.  I'm sorry,
2     number 90.
3          The Hernan paper.
4          The Hohenadel paper.
5          The Hoppin paper.
6          The IARC Monograph 112.
7          The Lash paper.
8          The Lee paper.
9          The McDuffie paper.
10          The National Cancer Institute facts on
11     non-Hodgkin's lymphoma.
12          The Nordstrom paper.
13          I believe 129 refers to a presentation
14     at a conference, and I have reviewed.  I believe
15     that was the version that I reviewed.  There
16     were a few.
17          The Orsi paper.
18          The Pahwa publications.
19          Again, I can't recall which ones I
20     have and have not reviewed, but I have reviewed
21     several presentations and a draft manuscript
22     from the North American Pooling Project.
23          Just a moment ago we reviewed this
24     Pearce study.
25          I have read the Charlie Poole paper.

Page 271

1          The Rinsky paper.
2          The Samuels paper.
3          The Schinasi and Leon paper.
4          The Schumacher paper.
5          The SEER statistics for non-Hodgkin's
6     lymphoma.
7          The Sorahan paper.
8          My own paper on toll-like receptor
9     signaling.
10          The -- I'm not sure how you pronounce
11     his name, but Szklo and Nieto textbook.
12          The list of participants at the IARC
13     Monograph 112 meeting.
14          The Walker paper on meta-analysis.
15          The World Health Organization
16     definition of epidemiology.
17          And those are all the ones that I
18     immediately recognize.
19     Q.   Thank you.
20          Did you ask to review anything that
21     you were not provided?
22     A.   Well, there are materials that I both
23     obtained and cited in my expert report that were
24     not provided to me, yes.
25          MR. MILLER:  I have no further

Page 272

1     questions.  Thank you for your time.
2     A.   Thank you.
3          MR. COPLE:  Are you passing the
4     witness?
5          MR. MILLER:  I would imagine.
6          MR. COPLE:  All right.  Let's go off
7     the record.  Take a short break.
8          THE VIDEOGRAPHER:  Going off the
9     record.  The time is 4:25.
10          (Whereupon, a recess was taken.)
11          THE VIDEOGRAPHER:  Back on the record.
12     The time is 4:42.
13          EXAMINATION
14     BY MR. COPLE:
15     Q.   Good afternoon, Dr. Rider.
16     A.   Hello.
17     Q.   I'm not going to prolong this, but
18     we've got a couple of things that we need to ask
19     you to clear up what we hope is not confusion,
20     but just to clarify.
21     A.   Okay.
22     Q.   You were asked many questions today by
23     plaintiffs' counsel, Mr. Miller, and in many
24     instances Mr. Miller did not give you the
25     opportunity to look at your expert report, but

Page 273

1     he did hand it to you.  It has not been marked
2     as an exhibit, so right now let's mark that as
3     an exhibit to the deposition.
4          Which one are we up to?  38?
5          (Whereupon, Rider Exhibit 23-38,
6          Expert Report of Jennifer R. Rider,
7          ScD, 7/31/17, was marked for
8          identification.)
9          MR. MILLER:  Object to the form of the
10     question.  Object to the statement.
11          MR. COPLE:  No question, it was just a
12     statement.
13          MR. MILLER:  Object to the statement.
14     BY MR. COPLE:
15     Q.   And is that your expert report in this
16     case?
17     A.   Yes, it is.
18     Q.   It contains the opinions that you
19     arrived at?
20     A.   Yes, it does.
21     Q.   And have you had occasion to change
22     any of those opinions in the course of
23     questioning today?
24     A.   No, I have not.
25     Q.   And do you hold all the opinions

Confidential - Subject to Protective Order

Page 274

1    reflected in your report to a reasonable degree
2    of scientific certainty?
3        A.   Yes, I do.
4        Q.   And is that the same about any
5    opinions you had today about the relationship
6    between glyphosate exposure and non-Hodgkin's
7    lymphoma?
8            MR. MILLER:  Object to the form of the
9    question.
10       A.   That is correct.
11   BY MR. COPLE:
12       Q.   There was also a moment today when you
13   were being asked in reference to unpublished
14   work whether it's necessary to reach out to the
15   authors who are the proponents of the drafters
16   of that work, and you mentioned that there might
17   be a courtesy involved in contacting those
18   authors.
19           Do you remember that?
20       A.   I do, so I was shown a document where
21   those authors had said that unpublished data
22   should only be cited with permission of the
23   authors.
24       Q.   And that was the courtesy that you
25   were talking about?

Page 275

1        A.   Yeah.  I was saying that it would be a
2    courtesy to ask the author's permission before
3    you cited their work in a public forum, so
4    either in a published manuscript or at, say, a
5    conference where those results were going to be
6    presented.
7        Q.   What about the Exhibit 38 which you've
8    identified as your expert report in this case,
9    is there any reason that you would have had to
10   reach out to any of the co-authors of what's
11   been called the 2013 AHS draft manuscript?
12       A.   No.  My expert report is not going to
13   be published, and so I did not think it was
14   necessary to reach out for the authors and ask
15   for permission to cite their data.
16       Q.   Okay.  You also were asked to go
17   through the list of materials considered, MCL,
18   materials considered list.
19       A.   Mm-hmm.
20       Q.   You had initially testified, as I
21   recall, that you had reviewed it some time ago,
22   and over a period of time, you could not
23   specifically identify all the materials that you
24   did review; is that correct?
25           MR. MILLER:  Object to the form of the

Page 276

1    question.
2        A.   That is correct.  The list of
3    materials is very long, and I received many of
4    those materials now over a year ago.
5    BY MR. COPLE:
6        Q.   And you went through that list at the
7    request of Mr. Miller, and you identified
8    materials that you specifically recall
9    reviewing; is that correct?
10       A.   That is correct.
11       Q.   Does that mean from your testimony
12   today that anything you did not so identify you
13   did not review?
14           MR. MILLER:  Object to the form of the
15   question.
16       A.   No, it does not.
17   BY MR. COPLE:
18       Q.   You just don't remember it, sitting
19   here today?
20           MR. MILLER:  If we can, and I
21   understand we all want to go home, but you need
22   to get my objections in before you answer,
23   please.  Thank you.
24           THE WITNESS:  Sorry.
25           MR. MILLER:  Thank you very much.

Page 277

1            MR. COPLE:  I don't know if we got my
2    question and answer.  Why don't you just read
3    that last one back.
4            (Whereupon, the reporter read back the
5    pending question.)
6        A.   So that is correct, I don't recall all
7    of the materials that I might have read, sitting
8    here today.
9    BY MR. COPLE:
10       Q.   And, in fact, there was a supplemental
11   list of materials that you considered in regard
12   to your expert opinion; is that correct?
13       A.   That is correct.
14           MR. COPLE:  Let's mark as Exhibit 39
15   for this deposition --
16           (Whereupon, Rider Exhibit 23-39,
17           Supplemental Materials Considered
18           List, was marked for identification.)
19   BY MR. COPLE:
20       Q.   -- a document, and ask you to identify
21   it for us.
22       A.   This is a Supplemental Materials
23   Considered List.
24       Q.   And does that reflect all the
25   materials that you've now reviewed through today

Confidential - Subject to Protective Order

Page 278

1    for purposes of preparing and evaluating and
2    reaching your conclusions, your expert
3    conclusions in this case?
4            MR. MILLER: Object to the form of the
5    question.
6        A.   Yes, it is.
7    BY MR. COPLE:
8        Q.   Are there additional materials on that
9    list?
10       A.   There are materials on this list, yes,
11   that were not included on the first materials
12   considered list, that's correct.
13       Q.   Now, since the date that that
14   supplemental list was reviewed, have you
15   reviewed any additional materials, for example
16   depositions, since that list?
17       A.   No. Not since this list, no.
18       Q.   You testified earlier you reviewed the
19   depositions of Dr. Neugut and Dr. Ritz?
20       A.   Yeah. They're actually included on
21   this -- oh, I'm sorry, these are the expert
22   reports. I apologize.
23           I've also reviewed their depositions,
24   which are not listed here.
25       Q.   Those occurred after that supplemental

Page 279

1    list?
2        A.   Exactly. Exactly.
3        Q.   Before I overlook it, there was an
4    exhibit, and I don't recall the number, frankly,
5    if you can put your hand on it right away we can
6    talk about it, if not I can refresh your memory
7    about it. It was one of the pieces that counsel
8    asked you about that was posted on the website
9    for the Harvard School of Public Health.
10       A.   I think that would have been towards
11   the bottom of the pile. Yes, here it is.
12       Q.   "Nutrition Source. Research Roundup";
13   is that correct?
14       A.   That is correct.
15       Q.   And who is this written by?
16       A.   According to the last paragraph here,
17   it was written by -- I'm sorry about the
18   pronunciation, Yu-Han Chu, a third year doctoral
19   student who has been researching dietary factors
20   in relation to semen quality and other
21   reproductive outcomes.
22       Q.   And on the first page of that
23   exhibit -- can you tell us what exhibit that is?
24       A.   23-15.
25       Q.   And on the first page of that exhibit,

Page 280

1    there are three bullets towards the bottom half
2    of the first page. It all follows the Roman
3    Numeral Guyton.
4            Now, was this a study that was done of
5    any sort by this doctoral student?
6        A.   No. From what I can gather in my
7    quick read of this, this is just a summary of
8    the Lancet oncology findings, report.
9        Q.   It was not a review by the doctoral
10   student; is that right?
11           MR. MILLER: Object to the form of the
12   question.
13       A.   It just says here "A summary of the
14   final evaluation was published in Lancet
15   Oncology," and then this doctoral student
16   provides a few bullet points.
17   BY MR. COPLE:
18       Q.   So it would not even constitute a
19   complete review, in your view?
20           MR. MILLER: Object to the form of the
21   question.
22       A.   Yeah, I would classify it as a
23   bulleted summary of the report.
24   BY MR. COPLE:
25       Q.   Okay. Do you have at hand amongst

Page 281

1    those exhibits De Roos 2005?
2        A.   Here we are.
3        Q.   Okay. You were asked a number of
4    questions about this particular study
5    publication; correct?
6        A.   That is correct.
7        Q.   Now, this was -- as I recall your
8    testimony, and in your expert report, this is
9    the baseline study publication by Dr. De Roos
10   and his co-authors; correct?
11       A.   This is the prospective evaluation,
12   yes, that looked at glyphosate and some --
13   glyphosate exposure at baseline in the cohort.
14       Q.   And you were asked a number of
15   different questions about personal protective
16   equipment and various other factors for
17   pesticide applicators.
18           Do you remember that?
19       A.   I do.
20       Q.   Now, in this particular study, at
21   baseline in 2005, did the study co-authors take
22   into account the use of personal protective
23   equipment in terms of the weighted intensity of
24   exposure?
25       A.   Yes. So they looked at exposure both

Confidential - Subject to Protective Order

Page 282

1     in terms of cumulative exposure days, and then
2     in terms of intensity weighted exposure days.
3     And the intensity weighted exposure days does
4     consider personal protective equipment in their
5     determination of intensity.
6          Q.   Now, if you go to Page 50 on the
7     De Roos document, and you go straight up the
8     middle of the page, you'll see a subheading
9     "Data Analysis."
10         Do you see that?
11         A.   I do.
12         Q.   And if you go right above that,
13    there's a sentence starting with "Intensity
14    levels."
15         Do you see that?
16         A.   I do.
17         Q.   Would you read that sentence for the
18    record?
19         A.   Sure.  "Intensity levels were
20    estimated using questionnaire data from
21    enrollment and measurement data from the
22    published pesticide exposure literature as
23    follows.  Intensity level equals mixing status
24    plus application method plus equipment repair
25    status, all of those things combined, times

Page 283

1     personal protective equipment use."
2          Q.   What does that mean, Doctor?
3          A.   That means that when they were
4     determining how intense a person's exposure
5     level was, they considered a variety of factors
6     about how specifically that person was exposed,
7     including whether or not that person used
8     personal protective equipment.
9          Q.   So at baseline, the De Roos study
10    report published here with his co-authors took
11    into account personal protective equipment?
12         A.   That is correct.
13         Q.   Now, there were a number of questions
14    that were asked by counsel having to do, as I
15    recall, with the number of follow-up respondents
16    that there were to fill in the blanks since the
17    original baseline collection on the AHS study.
18         Do you remember being asked that?
19         A.   I do.
20         Q.   And when you were testifying about
21    that, you had mentioned that for those, let's
22    say, 33 percent or so of the respondents that
23    did not respond in one way or another, that an
24    imputation approach was used.
25         Do you remember that?

Page 284

1          A.   I do, yes.  That's correct.
2          Q.   Now, that imputation approach, as I
3     recall, you said is a well established
4     methodology in epidemiology.  Is that what you
5     said?
6          A.   Yes.
7               MR. MILLER:  Object to the form of the
8     question.
9     BY MR. COPLE:
10         Q.   Now, the imputation methodology that
11    you were asked about and you described, has that
12    methodology been validated anywhere?
13         A.   Yes, it's been used in a number of
14    papers within -- published papers within the
15    Agricultural Health Study.  But there's one
16    specific published paper, that the purpose of
17    that paper was to describe in more detail the
18    imputation methods that were used, and also to
19    validate the method by using what they call a
20    holdout sample of respondents who they were then
21    able to test their models in.
22         Q.   What is the one particular paper
23    you're talking about?
24         A.   That would be Heltshe, et al.
25         Q.   Did you take Heltshe, et al into

Page 285

1     consideration in coming up with your expert
2     opinions?
3          A.   Yes, I did.
4          Q.   And is that reflected on your
5     supplemental materials considered list?
6          A.   Yes.  It's listed as number 93.
7          Q.   Okay.  Also, there was a question
8     about Alavanja and a follow-up paper that he and
9     his colleagues had prepared in 2014, which, as I
10    recall, was published.  Do you remember being
11    asked about that?
12         A.   I do, yes.
13         Q.   Has that been marked as an exhibit?
14    Do you have that with you?
15         A.   I can't recall whether that one is
16    here.
17         Q.   Well, let me ask you, and maybe we
18    don't even need to find it.
19         A.   It is.
20         Q.   It has been.  What's the number,
21    please?
22         A.   This is 23-28.
23         Q.   And this is the study in the published
24    study manuscript that you had indicated did not
25    include glyphosate, even though that was part of

Confidential - Subject to Protective Order

Page 286

1    the original De Roos baseline study; correct?
2        A.   That's correct.  It's one of the
3    chemicals that was not included in this
4    subsequent published follow-up study.
5        Q.   And as I recall, you also said you
6    don't know why the authors chose to exclude it;
7    right?
8        A.   That is correct.
9        Q.   Okay.  Now, with respect to Alavanja,
10   did Alavanja and colleagues, with respect to
11   that 2014 published study, use the same
12   imputation design that you had just referenced
13   from Heltshe?
14       A.   That is correct.  It's the same method
15   that is referenced in the draft 2013 manuscript,
16   and the same method that's described in the
17   Heltshe paper.
18       Q.   Let me mark as Exhibit 40 a document,
19   and have you identify it for us.
20            (Whereupon, Rider Exhibit 23-40,
21            Draft, Lymphoma risk and pesticide use
22            in the Agricultural Health Study,
23            12/5/16, was marked for
24            identification.)
25       A.   This is the draft manuscript that

Page 287

1    includes the updated results from the
2    Agricultural Health Study that I used and cited
3    in my own expert report.
4    BY MR. COPLE:
5        Q.   You earlier today were shown a
6    document marked as an exhibit which also says
7    that it's a draft manuscript from the AHS 2013
8    follow-up study.  Are these documents different
9    from each other?
10       A.   Yeah, it became apparent that there is
11   at least two differences in the -- in these
12   drafts, just from a quick look at them.
13       Q.   And what was the two differences
14   quickly in your quick look?
15       A.   Well, the one that I was shown
16   earlier, Exhibit 29, has a number of dates on
17   the bottom of the title page, whereas the one
18   that I had seen -- the only one that I had seen
19   prior to today has this date of December 5th,
20   2016.  So that's the first difference.
21            And then, of course, we were alerted
22   to the differences between the manuscripts
23   because there was a footnote on a table that was
24   not in the version that I was looking at.
25       Q.   What's the exact date of the new

Page 288

1    draft?  That's the one that was marked earlier
2    in the deposition.
3        A.   So there are a number of dates here
4    that are sort of crossed out and track changes.
5        Q.   What's the date that was not crossed
6    out?
7        A.   That would be September 19th, 2017.
8        Q.   And you had not previously seen a
9    document purporting to be the draft manuscript
10   of that date; is that correct?
11       A.   That is correct.
12       Q.   And what about the earlier dates that
13   are strucken out in some fashion, had you seen
14   those versions?
15       A.   No, I do not recognize any of those
16   dates to be the date of the version that I've
17   seen.
18       Q.   And you have not been able to have the
19   opportunity to go through page by -- what were
20   the dates of the ones that you had not seen?
21       A.   Sorry, it's a bit difficult to read.
22            So 9/19/2017 was crossed out once, and
23   then there's 10/24/2016, then 3/21/2013, and
24   then 3-18 -- but I can't see -- oh, 2013.  That
25   was the last date.

Page 289

1        Q.   Now, you have not had an opportunity,
2    since you've been in this deposition all day, to
3    carefully go through page by page whether there
4    are differences in writing or data or
5    interpretation or comments or content; is that
6    correct?
7        A.   That is correct.
8        Q.   Okay.  With respect to the exhibit
9    that we just marked, which is Exhibit 40, as I
10   recall.
11       A.   Correct.
12       Q.   Exhibit 40 is the draft manuscript
13   version that you were provided; correct?
14       A.   That is correct.
15       Q.   And in that version, I believe you
16   testified that it's ready to be published, as
17   far as you're concerned; is that right?
18            MR. MILLER:  Objection.  Form.
19       A.   Yeah, I stated earlier that if I was
20   to receive this manuscript, perhaps without the
21   comments in the margins, but I'd just edit --
22   visually cleaned-up version of this manuscript,
23   if I was to receive it for peer review, I might
24   have some minor comments, but I would determine
25   it to be publishable.

Confidential - Subject to Protective Order

Page 290

1    BY MR. COPLE:
2        Q.   Is a study design or an epidemiology
3    study not scientifically valid because it hasn't
4    been published?
5        A.   No, I don't think that whether or
6    not -- you know, there are a number of reasons
7    for why something may not have been published,
8    and so I don't think that having an unpublished
9    draft says anything about the quality of the
10   publication or its suitability for publication.
11       Q.   And you reviewed this publication,
12   correct, this draft of this manuscript; correct?
13       A.   That is correct, I reviewed all of the
14   results, all of the tables.  I -- and I reviewed
15   the methods, just as I would do if I was peer
16   reviewing a manuscript.
17       Q.   So, in effect, the manuscript has been
18   peer reviewed by you?
19       A.   That is correct.
20       Q.   Okay.  Now, you also said earlier that
21   based on all the evidence that you had seen and
22   reviewed in doing your literature search,
23   considered materials that were provided in
24   coming up with your expert opinions
25   independently in this case, that the draft

Page 291

1    manuscript that you had worked with and had been
2    provided was the strongest evidence to date.
3        Do you remember that?
4        MR. MILLER:  Object to form.
5    BY MR. COPLE:
6        Q.   Do you remember saying that?
7        A.   I have to admit I don't recall saying
8    exactly that, but I certainly said that I
9    thought that it would be a shame if this
10   publication wasn't published and that people
11   weren't aware of this -- these updated results,
12   because it provides such strong evidence on the
13   evidence of glyphosate and NHL.
14       Q.   What does it -- well, what does the
15   evidence tell you based on that draft
16   manuscript?
17       A.   It certainly confirms the previous
18   findings in the AHS that there are -- is no
19   evidence of an association, either ever/never
20   use or, more importantly, in dose-response
21   analyses, between glyphosate and NHL.  And in
22   light of -- especially of the IARC decision, I
23   think it's important for the scientific
24   community to have access to these results.
25       Q.   Are you aware of whether IARC itself

Page 292

1    in that Monograph 112 considered this draft
2    manuscript?
3        A.   It was not one of the materials that
4    they considered in their review, no.
5        Q.   Based on your review of the monograph
6    112, does that mean that you considered that
7    they did not see this or did not review this as
8    part of their materials?
9        A.   That is correct.
10       Q.   Okay.  So your testimony, to a
11   reasonable degree of scientific certainty, is,
12   based upon your literature review and
13   independent evaluation, is that you do not see
14   scientifically reliable evidence showing that
15   glyphosate exposure has a causal association
16   with non-Hodgkin's lymphoma; is that right?
17       MR. MILLER:  Object to the form of the
18   question.
19       A.   That is correct.
20       MR. COPLE:  I have nothing further.
21       MR. MILLER:  I have no further
22   follow-up.  I think we are done now.
23       THE WITNESS:  Thank you.
24       THE VIDEOGRAPHER:  This concludes the
25   September 21, 2017 deposition of Dr. Jennifer

Page 293

1    Rider.  Going off the record.  The time is 5:03.
2        (Whereupon, the deposition was
3        concluded.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Golkow Litigation Services - 1.877.370.DEPS

Confidential - Subject to Protective Order

Page 294

```
 1    COMMONWEALTH OF MASSACHUSETTS )
 2    SUFFOLK, SS.              )
 3         I, MAUREEN O'CONNOR POLLARD, RMR, CLR,
 4    and Notary Public in and for the Commonwealth of
 5    Massachusetts, do certify that on the 21st day
 6    of September, 2017, at 9:01 o'clock, the person
 7    above-named was duly sworn to testify to the
 8    truth of their knowledge, and examined, and such
 9    examination reduced to typewriting under my
10    direction, and is a true record of the testimony
11    given by the witness.  I further certify that I
12    am neither attorney, related or employed by any
13    of the parties to this action, and that I am not
14    a relative or employee of any attorney employed
15    by the parties hereto, or financially interested
16    in the action.
17         In witness whereof, I have hereunto
18    set my hand this 21st day of September, 2017.
19
20    _____
21    MAUREEN O'CONNOR POLLARD, NOTARY PUBLIC
22    Realtime Systems Administrator
23    CSR #149108
24
25
```

Page 296

```
 1         ------
 2         E R R A T A
 3         ------
 4    PAGE  LINE  CHANGE
 5    ___  ___  _____
 6        REASON: _____
 7    ___  ___  _____
 8        REASON: _____
 9    ___  ___  _____
10        REASON: _____
11    ___  ___  _____
12        REASON: _____
13    ___  ___  _____
14        REASON: _____
15    ___  ___  _____
16        REASON: _____
17    ___  ___  _____
18        REASON: _____
19    ___  ___  _____
20        REASON: _____
21    ___  ___  _____
22        REASON: _____
23
24
25
```

Page 295

```
 1         INSTRUCTIONS TO WITNESS
 2
 3         Please read your deposition over
 4    carefully and make any necessary corrections.
 5    You should state the reason in the appropriate
 6    space on the errata sheet for any corrections
 7    that are made.
 8         After doing so, please sign the
 9    errata sheet and date it.  It will be attached
10    to your deposition.
11         It is imperative that you return
12    the original errata sheet to the deposing
13    attorney within thirty (30) days of receipt of
14    the deposition transcript by you.  If you fail
15    to do so, the deposition transcript may be
16    deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25
```

Page 297

```
 1
 2         ACKNOWLEDGMENT OF DEPONENT
 3
 4         I, _____, do
      Hereby certify that I have read the foregoing
 5    pages, and that the same is a correct
      transcription of the answers given by me to the
 6    questions therein propounded, except for the
      corrections or changes in form or substance, if
 7    any, noted in the attached Errata Sheet.
 8
 9    _____
      JENNIFER R. RIDER, ScD      DATE
10
11
12
13
14
15
16    Subscribed and sworn
      To before me this
17    _____ day of _____, 20____.
18    My commission expires: _____
19
20    _____
      Notary Public
21
22
23
24
25
```

75 (Pages 294 to 297)

Confidential - Subject to Protective Order

Page 298

1          LAWYER'S NOTES
2     PAGE LINE
3     ____ ____ _____
4     ____ ____ _____
5     ____ ____ _____
6     ____ ____ _____
7     ____ ____ _____
8     ____ ____ _____
9     ____ ____ _____
10    ____ ____ _____
11    ____ ____ _____
12    ____ ____ _____
13    ____ ____ _____
14    ____ ____ _____
15    ____ ____ _____
16    ____ ____ _____
17    ____ ____ _____
18    ____ ____ _____
19    ____ ____ _____
20    ____ ____ _____
21    ____ ____ _____
22    ____ ____ _____
23    ____ ____ _____
24    ____ ____ _____
25

Confidential - Subject to Protective Order

**A**

**A.9** 244:23
**a.m** 7:7
**Aaron** 135:8
  160:10,19 237:3
**AB** 237:3
**able** 19:13 21:3
  61:6,24 131:1
  182:12 193:1
  194:11 228:18
  229:9 252:9
  284:21 288:18
**above-named**
  294:7
**absence** 181:12
**absolute** 263:18
**absolutely** 9:15
  51:17 75:4 128:18
  129:7
**abstract** 78:6,14,20
  95:2 115:2 187:5
  187:17 198:17
  264:20
**academic** 67:16
**accept** 22:1 65:8
**acceptance** 164:19
  165:8 166:8 167:9
**acceptance-smoke**
  168:5
**accepted** 25:15
  29:15 64:23
  164:13 245:1
**access** 145:22
  159:13 161:16
  182:21 207:7
  241:23 242:15
  268:12 291:24
**accessible** 172:21
**account** 20:20,21
  25:19 52:8 75:14
  84:11 100:5
  123:13 124:11
  159:25 281:22
  283:11
**accounted** 163:11
**accuracy** 233:17

**accurate** 60:10
  104:23 126:7
  233:14 244:17
  260:24 295:16
**accurately** 58:3,15
  59:16 74:5 83:23
  92:6 105:20 110:5
**acid** 68:13
**acknowledgements**
  54:3 71:25
**acknowledging**
  266:17
**ACKNOWLED...**
  297:2
**Acknowledgments**
  53:15
**Acquavella** 54:5,8
  54:15 268:6
**acting** 217:3
**action** 294:13,16
**actions** 187:24
**active** 3:10 4:3
  43:10 112:23
  119:5 120:15
**actively** 188:3
**activities** 170:6
**actual** 12:9 137:15
  147:4 194:25
**ad** 167:21,23
**add** 244:11 251:18
**addition** 125:7
**additional** 36:24
  48:13 104:9
  159:16 217:17
  218:9 240:9 278:8
  278:15
**address** 237:15
**addressed** 47:24
  48:3 204:24 205:1
**adds** 137:24 138:11
  138:18
**adjunct** 148:19
  155:2
**adjust** 86:14
  140:23 141:1
**adjusted** 17:25
  18:18 34:5 74:10

74:13 86:13 87:16
  104:5,8,8 106:21
  106:24 107:6,12
  107:19 108:3
  139:7,18,19
  208:11 212:21
**adjusting** 86:9
  107:17
**adjustment** 89:6
  141:2
**administered**
  230:13
**Administrator**
  1:15 294:22
**admit** 291:7
**adult** 253:15,19
**advanced** 263:2
  265:4
**advances** 36:21
**advice** 148:1
**advise** 38:15
**advised** 106:4
  147:12
**advisory** 71:25
  72:4,8
**AE** 25:18
**affect** 124:1,3,15
**affiliated** 66:8 78:5
  112:17 148:18
**affiliation** 67:1,16
  148:25
**affiliations** 66:6
**affordable** 172:22
**afraid** 40:14 45:11
  166:5
**afternoon** 163:1
  272:15
**age** 20:14 109:2
  208:11 232:10
  234:6 235:25
  253:2,22,22
  256:17
**age-adjusted** 17:24
**agency** 148:15
  155:20 171:25
  187:7,13
**agent** 254:24

**ages** 17:22 18:19
**Aggressive** 5:15
  259:16,21
**ago** 31:10 90:17
  129:5 168:1
  267:14 268:2
  270:23 275:21
  276:4
**agree** 12:22 14:16
  20:13 23:2 24:18
  40:2 45:11,16
  49:15,19 57:25
  58:2 59:14 65:9
  65:13 74:18,18
  83:11,17 85:23
  87:5,11 88:10
  91:17 93:10 94:15
  107:14,23 109:20
  113:10 127:17
  131:9 140:7,7,21
  142:13 143:12
  164:18 177:20,23
  177:23 179:4,8,9
  180:11,14 187:10
  188:1 190:11
  200:9,10 209:5,6
  210:12 224:15,19
  242:16 244:2
  249:1 261:1,3
  264:21
**agreed** 178:16
**agreement** 58:16
**Agricultural** 3:9
  4:2,17,24 5:2 6:2
  43:9 47:6,9,16
  66:11 101:22,24
  119:4 120:14
  122:6 124:19
  159:21 160:4,6,11
  161:1,13 164:6
  191:10,20 192:5
  192:14,25 194:11
  195:3,20 200:11
  200:25 201:5,8
  202:8,18 207:19
  221:21 225:20
  227:15 284:15

286:22 287:2
**ahead** 90:3 131:4
  138:3 179:22
  180:16 202:14
**AHS** 50:20 124:25
  160:20 164:1
  201:14 204:13
  205:13 207:2,25
  209:13 210:16
  217:7 218:21,25
  225:5,6,9,23
  226:14,16,25
  227:2,5 246:4
  275:11 283:17
  287:7 291:18
**al** 3:6 4:8,16,20,23
  5:9,12,15,17 6:3,6
  6:8,11,14 13:15
  64:7 76:2 85:2
  93:2 110:22 176:2
  201:3 222:4
  225:17 250:8
  254:9 259:20
  264:5 270:1
  284:24,25
**Alavanja** 4:20,23
  207:10,15 221:24
  222:4 225:4,17
  268:7,12 285:8
  286:9,10
**Alberta** 67:4
**alerted** 287:21
**aligned** 140:10
**Alkalol** 127:7
  128:5,9
**allegedly** 147:6
**allergy** 74:12
**allow** 25:13 205:19
**allowed** 143:3
**allowing** 63:11
**allows** 65:6
**alter** 47:22
**alterations** 157:13
**alternative** 123:20
**alternatives** 166:11
**American** 138:7
  144:2 159:20

167:21 268:13
270:22
**Americans** 248:9
**amount** 247:13
**analyses** 91:14
101:22 108:16,19
108:22 119:15
140:4 142:15
143:22 212:20
214:9 217:4
237:10 268:19
291:21
**analysis** 6:13 21:5
21:8 46:20,21
48:3 69:20 75:15
76:16,20,21 77:9
86:23 93:5 100:4
100:7 104:2,2,8,8
104:11,15 106:23
108:2,8 113:8
118:19 130:12
139:6,8 142:7
195:24 212:20
230:23 265:1
282:9
**analytic** 236:14
**analyze** 46:11
**analyzed** 64:22
122:12
**and/or** 147:4,6
**animals** 178:10,25
180:25 181:6
**answer** 9:16 10:9
12:2 32:8 38:9
39:18,22 45:10,20
54:21 60:3 62:14
82:3 117:6 151:14
184:2 190:21,23
194:18 211:13
215:13,18,25
235:7 242:9
251:21 276:22
277:2
**answered** 9:17
20:25 37:12 46:15
52:18 54:25 58:21
59:21 60:1,20

62:12 74:24 83:15
84:2 87:10 92:8
100:22 103:16
105:10,23 107:22
117:5,14 118:2
123:3 128:8
129:14 130:5
132:10 133:1,18
133:21 153:11
190:25 191:7
197:6 202:4
204:21 212:6
213:1,16 214:6
215:9,16 227:22
232:7,21 247:9
249:8 250:20
258:9 266:24
267:12
**answers** 10:3 62:4
297:5
**anybody** 9:24
221:17 261:19
**anytime** 71:9
**anyway** 220:13
**apologize** 49:12
92:17 110:3
153:13 179:25
187:16 251:9
257:1 265:18
278:22
**apparent** 141:10
287:10
**apparently** 69:14
239:18 240:20
257:4,6 261:14
**appear** 255:13
**appeared** 214:11
**appears** 107:10
160:17 170:14
239:15
**applicant** 194:4
**application** 137:3
218:3 282:24
**applicator** 193:17
193:20,23,25
194:2,5 201:23
232:1

**applicators** 4:17,21
192:16,23 193:8
194:23 197:1,4
200:13 201:5,17
202:2,10 204:15
205:1,9,12,16
207:25 208:4
210:19 217:24
222:6 281:17
**applied** 219:7
**applies** 215:13
216:6
**apply** 32:18 201:18
202:1,8,22,25
203:3 217:25
258:17
**applying** 193:13
200:16
**appointment**
148:19,21 155:1,3
**appreciate** 41:11
168:14 184:7
260:16
**approach** 87:19
109:17 231:2
283:24 284:2
**approached** 44:9
**approaches** 108:22
**appropriate** 9:4
104:7 105:2 178:8
178:23 180:9,23
181:4 241:8 295:5
**area** 28:18 33:5
190:19 191:1
**argue** 41:22 58:9
205:23 257:24
**argumentative**
15:21 42:19 57:20
59:9,20,25 65:23
66:5 69:17 70:12
80:5 82:1 83:1
88:9 124:2,17
127:1 136:12,22
145:17 151:11,21
159:6,9 160:23
164:22 166:24
173:16 176:18

179:18 188:23
190:16,25 191:14
191:25 193:9
194:9 206:19
216:11,15 231:7
233:8
**arose** 143:6
**arrive** 147:23
**arrived** 273:19
**article** 3:6,8 4:8,13
4:16,20 5:9,12,23
6:3,6,8,11,14
13:15,23 21:13
22:23 23:11,20
24:2,7,12,18,22
24:25 25:8,15
26:2,8,12,18 27:3
28:20 36:12 37:1
37:5 38:14 48:21
48:23 49:3 64:7
64:13 65:5 74:3,7
74:17 75:20 76:2
76:8 79:4,14
82:14 83:25 84:21
84:23 85:2,8,10
86:6 89:24 91:2
91:24 93:2 99:18
102:17 110:22
119:2 120:13
123:17,18 132:21
132:22 133:3,7,20
176:2 189:5 198:2
201:3 218:25
222:4,10,11 250:8
251:8,12 254:9,15
254:19 261:23
264:10
**articles** 22:16
23:23 25:23 36:17
36:22 37:19 38:4
81:23 82:8,22
132:2,7,13,16
133:23,25 182:12
263:24
**aside** 43:23 105:3
224:16,24
**asked** 11:8 37:11

46:14 52:17 54:25
58:21 59:21 60:1
60:19 62:11 64:24
67:23 74:23 83:14
84:1 87:9 92:7
100:21 103:15
105:9,22 107:22
109:20 110:3
117:4,13 118:1
123:2 128:7
129:13 130:5
132:9,25 133:17
147:25 153:10
163:16 190:24
191:6 192:10
197:5 202:3
204:20 212:5
213:1,16 214:5
215:8,15 227:21
235:15 246:20
247:8 249:7
250:19 258:8
266:23 267:11
272:22 274:13
275:16 279:8
281:3,14 283:14
283:18 284:11
285:11
**asking** 15:23 59:19
101:16 103:17
110:2 117:16
118:3,6 127:10
132:5 143:12
145:19 153:13
159:8 177:2 180:7
190:18 202:5
203:18 215:14
216:6 242:13
263:6 267:20
**asleep** 264:24
**aspect** 134:5
**aspects** 134:11
**assay** 4:14 197:21
198:4
**assess** 98:15
**assessed** 155:18
**assessment** 6:9

Confidential - Subject to Protective Order

85:3,24 217:13
219:11
**assigned** 24:25
**assisting** 147:3,12
**associa-** 207:23
**associate** 24:25
25:1,17
**associated** 21:10,11
82:6 109:1,4
126:20,24 127:8
130:2 188:19
194:13 198:20
206:16 207:12
212:19 214:18
215:1 216:1 224:5
224:18 233:22
235:10 260:9
**association** 13:2
14:18 15:6 17:8
24:3 34:19,20,25
35:6 50:2 51:17
56:7 58:23 61:3,5
61:6,12,16,24
71:11,11,19 74:11
74:17,22,25 75:16
75:18 78:16 81:18
82:22 88:14
100:24 105:4
114:8,13 121:3
125:9,17 126:18
130:15,15 139:9
139:15,20 140:5
141:9 143:9,21
157:3 202:20
204:9 207:23
208:20 209:3
210:1,5 214:11
251:20 256:4
262:7 263:1
264:18 265:9
291:19 292:15
**associations** 34:7
34:17 35:14,16
61:18,18,22 78:10
78:14 81:24 91:10
94:10,20 109:8
110:15 265:4

**assume** 9:16 10:13
41:23 55:20 98:24
100:17 109:10
202:22 203:3,6,25
**assumption** 98:24
**assumptions**
204:25 233:18
**assurance** 130:14
**asterisk** 107:5,18
107:19,24 108:1
237:23 238:2
**attached** 182:3,5
295:9 297:7
**attempt** 151:9
**attempted** 100:5
**attempting** 16:14
217:24 220:3
**attend** 174:4
**attendance** 174:9
**attention** 171:8
**attorney** 294:12,14
295:13
**attorneys** 96:24
97:3 145:3 176:17
176:20 182:9
186:17
**attributable** 220:13
**attributed** 220:10
**audience** 37:22
**Augmentative**
145:20
**author** 13:24 26:7
26:7,18,19,21,23
26:25,25 54:16
65:19 88:5 160:20
161:11,15,18
164:1 222:19
224:4 245:25
**author's** 23:6 275:2
**authored** 14:2
55:10 135:3
**authors** 22:1 23:10
26:3,13 43:20
53:18 54:4 66:1
66:22 67:2,3,7
72:17 74:21 75:12
80:11,18 81:14,15

83:11,11,17,21
84:9 85:14,15,17
86:7 87:7 89:5,12
89:16 90:25 91:17
93:25 94:3 95:1
97:5,24 98:5
104:1 106:22
110:14 111:9,12
111:24,25 120:10
121:23 122:25
131:22 132:8
135:3,6 138:11
139:3,11 140:3
158:23 160:11
161:9,13 176:10
179:17 180:22
185:11 186:3
207:3 208:22
209:13,20,25
217:14 221:23,24
225:4,23 226:3,6
226:12,14,23
227:19,24 236:3,7
241:4,5,8,10,15
241:20 246:4,8
249:13 250:13,21
254:7,23 274:15
274:18,21,23
275:14 286:6
**authors'** 72:24
143:12
**authorship** 27:1
**available** 39:1
143:25 164:9
231:21 241:14
244:16 255:9
269:15
**Avenue** 2:6
**aware** 54:11 57:17
96:14 117:24
149:14,17 150:2
150:15 151:10
152:11 153:15,19
153:22 154:2
161:8,12,17,22
163:17 172:3
173:14 183:21

184:10 187:14
188:6,10 194:7
212:24 241:2,24
291:11,25
**awareness** 54:15
57:24 151:15
152:15
**awhile** 93:23

---

**B**

**B** 3:4 5:19 102:20
102:23 103:2
112:22 115:13,15
115:19 116:1
125:9,18 127:11
130:2 266:18
267:2
**Baccarelli** 185:13
**back** 17:6 26:3
34:21 41:8,16,20
42:4 45:19 48:15
60:23 63:22 77:22
83:10 92:4 102:16
106:9,12,15,25
108:12 109:23,24
109:25 113:18
118:12 124:6,8
125:3 135:14
138:2 148:10
163:3 187:17
192:20 216:17
221:7,10 228:22
248:25 255:2
261:11 272:11
277:3,4
**background** 67:18
**backwards** 9:24
**bad** 51:20 166:19
251:9,10
**ball** 117:18
**barely** 262:14
**barrier** 164:19
165:8 167:9
**Barriers** 166:7
168:4
**base** 141:16
**based** 23:7 36:14

38:3,16 113:8
115:3 118:19
126:9,11 177:20
178:9,17,23
179:12 180:24
181:4 196:21
234:2 267:25
290:21 291:15
292:5,12
**baseline** 219:11,16
219:22 220:5
229:2 230:6 231:1
231:1,22 281:9,13
281:21 283:9,17
286:1
**basic** 232:23
**basically** 245:4
**basis** 181:11
224:14
**be-all** 15:15,19
16:4,6,7 29:13
**becoming** 193:22
194:2
**behalf** 7:17 8:16
146:25 241:19
**behavior** 38:16
**belief** 103:13
**believe** 3:2 15:5
31:5 32:17 33:13
45:23 48:23 50:20
77:10 82:14 84:3
86:11 100:12
104:5 112:5 118:7
121:18 126:10
127:11 131:20
134:22 135:12
139:21 146:21
158:8,11 159:23
166:18 169:5
173:17 175:12
181:1 182:17
185:17 195:19
200:25 202:5
203:1,22,22 206:5
207:7 223:3
224:21 227:6,11
237:3 248:6

251:19 255:13,20
256:1,6 261:21
264:13 269:1,8
270:13,14 289:15
**believed** 206:1
**believes** 161:20
162:2 163:18,21
**bell** 175:10
**bend** 9:24
**beneficial** 14:13
37:9,15
**benefits** 263:21
**Berkson** 268:15
**best** 215:18 237:12
**better** 123:19
160:19 205:19
206:10 233:10
**beyond** 149:18
237:15
**bias** 79:1 89:25
90:25 91:1,12,13
94:22 110:17
123:13 124:11,21
126:22 141:22
142:7,10,16,21
160:1 189:12
219:25 220:17
**biased** 71:4,6,9
129:20
**biases** 258:15
**biological** 115:24
118:4 203:2,23
206:6,13,17
**Biomarkers** 64:18
**biomedical** 5:6
242:23 243:5
**bit** 9:22 18:4 97:21
184:17 202:23
218:19 228:12
257:21 288:21
**black** 60:15,18,22
**Blair** 135:8 137:9
160:10,19 161:8
163:17,24 164:1,5
207:3 237:3
268:16
**Blair's** 135:13

137:7 207:8
**blanks** 283:16
**Blettner** 268:18
**blind** 23:12,22,25
**blood** 247:1,15
**blots** 59:15
**blow-up** 49:16
**Board** 67:4
**body** 11:3,14,21
12:12 83:4 170:6
251:19
**Boffetta** 112:2,7,11
**Bolognesi** 4:13
197:12,20 198:2
198:16 206:12,18
**book** 259:3
**boot** 3:20 165:19
167:14
**Bosch** 268:20
**Boston** 1:12 7:9
148:7,21,24 155:4
155:6 174:15
175:9
**bother** 233:3
**bottom** 80:20,25
81:5 107:25
141:19 142:6
155:16 157:9
195:16 237:23
239:1 279:11
280:1 287:17
**bounce** 109:22
**bouncing** 187:16
**boxes** 60:15,18,22
**Bradford-Hill** 15:9
15:13 16:4,11,17
16:20 17:2 29:10
29:21 30:18,19
33:23 34:1 73:15
136:17 137:2
168:7,11,15,23
169:4,7,12 268:21
**Bravata** 268:23
**break** 41:10 63:12
63:14,16 106:4
162:6 220:24
224:25 261:5,6,7

272:7
**Brennan** 112:2
**brief** 8:14 63:16
**bring** 149:3 175:14
222:19
**brings** 173:10
**British** 66:25
**broad** 113:24 188:2
**broadly** 180:7
**brought** 160:21
**Buckley** 5:12 254:9
254:14
**building** 189:23,24
**bullet** 156:1 157:10
167:13 169:6
280:16
**bulleted** 167:3
280:23
**bullets** 280:1
**Burden** 4:21 222:5
**burning** 189:23
**busy** 235:8

**C**

**C** 2:1 7:1
**calculating** 108:25
**calculations** 95:18
**California** 1:1 7:12
**call** 19:17 55:14
64:13 67:11 85:12
85:14 171:8
180:18 196:2
218:21 265:8
284:19
**called** 231:3 240:14
275:11
**calling** 27:11 65:21
97:2
**calls** 31:14
**camp** 3:20 165:20
167:14
**Canada** 66:15
142:10 156:18
**Canadian** 141:23
142:8,11
**cancer** 3:7,19,20,22
3:24 4:16,21 5:8

5:16,18 11:3,23
12:7,16,21,25
13:4,16,25 18:25
20:4,12,14,16
21:2,10,12 28:13
28:14,16,18,21
29:2 30:22 32:11
32:18,22 33:11,14
33:21 34:3,21
35:24 36:12 37:10
37:16 38:11 39:2
39:15,18,25 40:3
40:8,8,10,13 61:5
64:18 66:15 67:4
77:19,20 82:6
90:10,12 93:11
94:2 99:19 100:19
109:6 113:11
116:5,10,13,19,22
116:24 117:2,7,9
117:23,25 118:6,9
131:16 132:1
143:5 148:16
155:20 157:11
164:14 165:1,9,18
165:19 166:1,8
167:10,14 168:5
169:19 170:8,19
171:4 172:1 187:7
190:20 194:14
201:3 209:4
217:20 222:5
223:8 228:13,15
246:14,21,24
247:11,12 248:18
249:2,11 253:10
253:19,19 259:17
259:21 260:3,6,11
260:13,21 264:7
264:12 265:4,13
266:7 268:13,24
270:10
**cancers** 5:10,25
32:12 33:9 39:9
39:12 49:6 113:14
113:15 117:11
178:9,24 180:24

181:5 207:25
208:5 209:16
228:19 247:16
248:23,24 249:9
250:2,4,10 251:2
251:25 253:14,16
253:21,22
**Cantor** 269:2
**capture** 228:19
**captured** 20:2
235:12
**carcinogen** 140:19
160:16 161:6,21
163:19 177:16
178:12 179:2,10
179:14 180:10
186:1 212:14,24
265:22 266:13
**carcinogenic** 4:9
4:11 156:3,9
176:3 183:23
184:25 185:6
187:6 212:4
213:13 214:2,2,3
**carcinogenicity**
155:18 223:8
**carcinogens** 181:15
186:6 187:12,15
**cardiovascular**
202:24
**carefully** 189:11
289:3 295:4
**Carolina** 201:16,24
**carry** 46:9 252:8
**case** 1:4 7:10 10:13
16:19,24 26:11
48:10,13 60:7
67:23 79:6,22
80:8 82:6 83:5
88:1 90:7,13
96:17 98:22 99:7
99:9 105:14
106:14 135:11,16
142:22 144:2
147:21 157:1
159:20,24 160:3
173:9 181:21

182:16,20,25
183:3 193:3
196:16,20 202:10
204:8 205:2,3,6
205:14 216:23
220:3 231:21
244:10 269:24
273:16 275:8
278:3 290:25
**case-control** 76:17
142:8 156:17
**case/control** 98:18
**cases** 1:5 16:16
21:2 48:6 90:9,21
90:22 98:25 113:8
118:20 126:10
143:5 192:4,10
**categories** 5:8
18:21,24 68:21
73:22 220:21
248:17
**category** 36:2
100:6 204:6 219:8
237:12
**causal** 11:6,19
12:21 30:1 33:14
33:21 34:20 61:21
75:17 88:14 101:3
104:25 105:4
126:11 130:15
203:14 204:3
224:23 256:4
292:15
**causality** 29:16,22
30:4 31:17 34:12
58:25 82:19,23
83:6 136:18 168:7
168:10 222:21
262:19
**causally** 75:5 81:20
81:22 82:6
**causation** 8:17
12:15,24 15:4,9
15:16 16:5 31:12
34:2 37:2 38:20
168:19 169:13
**cause** 14:19 32:8

33:7,10 39:9 42:5
42:18 82:16 90:10
115:13,14 116:4
123:22 126:20
132:1
**caused** 40:10 147:6
157:13 165:9
199:10 248:11
**causes** 20:3 32:13
33:4 35:9 39:2
40:12 70:2 116:10
164:13 170:8
187:12 253:14,15
253:18,19
**caution** 100:16
209:13 226:12
**cautioned** 99:6
**cell** 6:7 76:4 102:20
102:23 103:2
112:22 125:9,18
127:11 130:2
**Center** 5:7 171:14
248:12,16
**Centre** 66:10,23
**certain** 16:12 77:25
85:22 102:15
111:23 120:4
165:13 192:21
205:10 209:1,6
240:2
**certainly** 15:15
22:8 23:2 25:5
26:15 29:23 33:3
34:10 36:9 44:14
66:6 75:2 81:19
89:22 101:18
117:8 123:25
132:11 187:13
195:5 199:22
212:16 220:1
241:7 253:1,11
262:20 265:25
268:3 291:8,17
**certainty** 38:18
42:16 124:1,15
249:20 267:15
274:2 292:11

**Certified** 1:16
**certify** 294:5,11
297:4
**Cervical** 3:23
171:3
**Cetrulo** 1:11
**chair** 137:16
**chairman** 160:14
**challenge** 188:21
188:24 189:16,20
**challenging** 32:24
**Chan** 3:16 154:7
169:23 170:25
171:9,11 174:23
250:16
**chance** 19:11,14,17
19:21 251:14
256:9,13
**chances** 252:12
**Chang** 5:23 43:24
44:4,11 48:21
49:2 51:24 53:1
54:4 55:14,17
57:19 59:14,23
60:14 74:2 84:4,9
92:10 105:21,25
109:21 110:4,7
120:18 123:11,18
269:3,5
**Chang's** 5:3 44:20
44:23 51:8 60:4
83:20,24 92:4
105:19 144:12,15
**change** 38:16 47:22
106:4 273:21
296:3
**changed** 62:21
236:12 237:17,20
**changes** 288:4
297:6
**characterize** 13:9
125:21 131:21
**characterized** 13:6
70:14
**characterizing**
220:15
**charges** 189:11

**Charlie** 270:25
**chart** 105:19
109:21 110:4
**check** 221:12
**chemical** 3:9 4:2
43:10 78:15
110:15 114:2
119:4 120:15
126:13,17,24
212:18
**chemicals** 69:1
89:21 95:17
126:19 127:19
128:1 139:7,18,19
157:12 212:21
213:3 216:23
218:5 232:9 286:3
**Chen** 5:9 250:7
**chewing** 116:4
**child** 11:19
**childhood** 5:10,10
250:4,4,9,10
251:1,1,5,25
253:14,18
**children** 5:12
251:14 252:12,19
252:23 254:3,10
**choice** 245:10
**choosing** 141:16
**chose** 286:6
**Chris** 7:4 175:15
178:3
**Christiani** 185:12
**CHRISTOPHER**
2:19
**chronic** 168:17
250:25
**Chu** 279:18
**cigarette** 167:23
**circadian** 265:21
**circulated** 240:4
**cite** 126:1 245:9,22
255:19 263:24
275:15
**cited** 245:1 271:23
274:22 275:3
287:2

**citing** 245:15,25
**claim** 29:25
**claims** 262:18
**Clapp** 4:7 174:12
175:3,8 176:10
177:7 178:4
181:10
**clarification**
131:23
**clarify** 203:19
228:11 272:20
**clarity** 23:6
**class** 30:17,25 31:1
31:5 115:1
**classes** 31:2,25 32:6
**classification**
150:19 177:15
186:7 213:14
223:21,24
**classified** 156:2
212:3 213:12
229:4
**classify** 280:22
**clean** 239:7
**cleaned** 241:6
**cleaned-up** 289:22
**clear** 23:10 27:17
124:20 132:20
180:21 184:3
207:5 226:25
240:6 252:3
272:19
**clearly** 140:25
**clinical** 38:13,15
247:25
**close** 20:25
**clothes** 190:15
**clothing** 203:8,9,12
204:16,18
**CLR** 294:3
**co-author** 14:6
26:25 77:13 164:6
**co-authored**
137:10 185:21
**co-authors** 27:22
240:5 275:10
281:10,21 283:10

Confidential - Subject to Protective Order

**co-signed** 175:14
**Cocco** 6:14 110:21
   111:1,3,4 118:13
   126:3,9 269:7
**codes** 157:14
**coffee** 159:4
**cohort** 14:1 21:12
   159:22 160:3
   174:5,5 181:23
   192:12 194:22
   200:5 201:15
   205:13,17 209:14
   217:9 225:9
   226:20 227:1,2
   228:20 231:16
   235:6,13 262:25
   281:13
**collaborated**
   254:17
**colleagues** 102:17
   147:25 285:9
   286:10
**collect** 217:16
**collected** 217:2,23
   218:7 235:13
**collecting** 95:24
**collection** 218:13
   283:17
**Columbia** 66:25
**column** 109:17
   178:6 211:21
**columns** 223:22
**combine** 130:9
**combined** 116:1
   282:25
**combining** 52:21
   120:21
**come** 34:23 47:18
   51:11 102:5 106:1
   110:8 131:25
   146:1 159:15
   213:21 231:22
**comes** 84:5 92:11
   102:3 219:4
   252:17
**comfortable** 78:25
   191:2 199:15

**comfortably**
   255:11
**coming** 41:7 44:2
   136:17 145:10
   146:3 199:16
   285:1 290:24
**commencing** 1:13
**comment** 8:14
   56:20 65:5 188:5
   207:16 213:22
   236:19 249:16
**commentaries** 80:6
**commentary** 179:6
   179:20 180:15
   181:20 182:1
   185:12 186:3
**commented** 27:20
   251:7
**commenting**
   237:10
**comments** 22:2
   23:4 25:7 54:6
   57:4,12 240:5,8,9
   289:5,21,24
**commercial** 192:16
   192:23 201:17
   204:14 205:8,11
   205:15 208:4
   217:24
**commission** 297:18
**committee** 5:5 72:1
   72:4,8 149:11
   242:21 243:2,25
   245:18
**common** 26:2,4
   50:8,11 101:1,2
   113:15 114:1
   166:14 167:4,6
   190:12 207:24
   235:5
**commonplace**
   22:19
**Commonwealth**
   294:1,4
**communication**
   227:23
**communications**

   184:6 210:25
**community** 36:22
   38:15 164:20
   166:15 167:4
   241:22,25 245:24
   262:22 291:24
**companies** 165:7
   167:11,12
**companies'** 164:20
**company** 53:10
   55:12 56:13 66:7
**compared** 18:22
   73:20 117:22
   236:18 266:21
**comparing** 36:2
**compelling** 70:18
   139:21
**compensation**
   188:11
**complete** 46:2
   280:19
**completed** 229:20
   229:24 232:20
   234:8
**completely** 89:18
   180:21
**component** 128:15
**Compound** 192:8
**compounds** 68:15
**comprehensive**
   217:16
**concept** 9:11 73:11
   77:1 99:9 115:7
**concern** 48:19
   141:23 142:11
   250:24
**concerned** 90:14
   99:6 220:4 289:17
**concerning** 153:23
   170:19 175:16
   228:15
**concerns** 144:1
   186:8
**conclude** 75:16
   80:18 181:13
   214:1
**concluded** 39:1

   91:1 177:14
   183:22 185:25
   186:24 189:13
   293:3
**concludes** 292:24
**conclusion** 11:16
   14:11 27:8,10
   71:21 91:18 139:4
   150:22 152:2
   158:6 159:15
   161:4 181:11
   187:21 199:16
   224:20 226:14
   254:20 260:7,23
   266:10,10
**conclusions** 27:18
   37:13 136:11,18
   141:3 143:13,14
   151:22 152:5
   156:12 173:10
   177:20 178:1,17
   179:12 182:1
   201:25 227:8
   243:17 244:8
   257:8 266:1 278:2
   278:3
**condition** 32:8
   114:17 115:12
**conducted** 15:2
   16:13 130:11,17
   130:20 142:8
   143:2 205:4,18
**conducting** 90:7
**conference** 244:15
   245:22 270:14
   275:5
**conferences** 134:16
   135:1
**confidence** 19:23
   28:6 69:9,12 74:5
   78:20 82:17 83:22
   84:4,7 87:3,13,24
   88:7 92:9 95:7,14
   103:7,9,18 105:11
   110:11 120:22
   121:15,21 129:8
   208:17 209:22

   257:16 262:13
**confident** 62:6
**confidential** 1:8
   8:20
**confidently** 101:13
**confirm** 41:18
   45:14 143:25
   227:10
**confirmatory**
   47:23
**confirms** 140:4
   146:24 291:17
**conflicts** 53:24
**confounded** 100:14
**confounder** 35:5
   214:11,15 216:19
   216:25 217:3
**confounders** 109:8
   109:16
**confounding** 34:24
   88:18,23 89:8,14
   89:20 139:23
   212:12
**confusion** 268:11
   272:19
**connection** 147:4
**consciously** 228:8
**consensus** 170:7
**conservative**
   209:21
**consider** 59:1 83:4
   110:12 246:11
   264:25 282:4
**consideration**
   99:13 285:1
**considered** 5:19,22
   21:22 90:25 91:15
   181:14 182:3
   214:10 255:3
   263:21 264:17
   266:19 267:3
   275:17,18 277:11
   277:17,23 278:12
   283:5 285:5
   290:23 292:1,4,6
**considering** 131:13
**considers** 210:18

Confidential - Subject to Protective Order

**consistent** 19:2
88:23 100:25
110:17 139:22
141:12 156:16
208:19 236:17
237:1 266:10
**constitute** 280:18
**consultant** 148:6
**consulting** 147:1
**contact** 25:2 63:4
130:25 246:8
**contacted** 24:21
96:21,25 97:4
147:14
**contacting** 274:17
**contains** 273:18
**content** 289:5
**context** 28:14
56:25 89:17 97:12
128:19 167:3
168:13,18 250:23
266:5
**context-specific**
260:20
**continue** 187:22
**contract** 55:5
**contrary** 181:12
**contrast** 109:11
**contribute** 121:24
**contributed** 166:1
**contribution** 56:25
**contributions**
187:23
**control** 16:24 21:3
90:7,14 95:19
96:1 98:22 99:9
106:14 108:11
142:22 144:2
157:1 159:20,24
181:21 193:3
196:16,21 204:8
205:2,4,6,14
215:4 216:4,23
237:16 269:24
**controlled** 21:8
99:8 258:14
**controlling** 69:1

84:19 86:17 87:19
95:17,23 104:18
108:6
**controls** 90:12 99:1
109:18 113:9
118:20 192:4,11
**convenient** 31:17
**conversation**
118:16 164:8
**conversations**
147:16
**coordinated** 172:20
**Cople** 2:10 3:3 7:19
7:20 8:1,13 11:24
13:1 14:20 15:11
15:21,24 16:8,23
18:15 20:5,8 22:6
23:14 24:14 25:10
26:1,9 27:12,16
29:6,17 31:13
32:9,20 33:12,24
34:13 35:17 36:8
36:19 37:11 38:6
38:21 39:3,10,19
40:5,19 41:18,24
42:7,10,19 43:2
44:25 45:6 46:14
47:7 48:25 52:3
52:17 53:5,8,21
54:13,24 55:7
56:3,16,23 57:6,9
57:20 58:7,17,20
59:8,17,20,25
60:19 61:9 62:1
62:11 63:9,24
64:25 65:17,23
66:5 67:13,24
69:17 70:12 72:21
74:23 79:23 80:1
80:4,15 81:25
83:1,14 84:1 87:9
88:8 92:7 94:12
94:18 97:7 98:2
100:21 103:15
105:9,22 107:21
111:6 112:9
113:12,22,25

114:10,20 115:16
116:6,14,18,23
117:4,13 118:1
123:2 124:2,17
127:1 128:7,12
129:13 130:4,24
132:9,25 133:9,17
134:12,20 135:4
135:24 136:3,5,12
136:22 137:18
138:24 142:1
144:7 145:17,20
146:11 147:9
149:15 150:20
151:11,21 152:13
153:4,10,17,25
155:23 156:5,22
157:19 159:6,9
160:23 161:23
162:3 163:5 164:3
164:22 165:5,10
166:20,24 170:10
170:20 172:6
173:16 175:5
176:13,18 177:3
179:18 183:14,24
186:13 188:8,23
190:3,7,16,24
191:6,13,21,24
192:8 193:9 194:9
194:18 195:4,12
195:21 196:12
197:5,13 198:24
199:13 202:3
204:20 206:19
207:13 210:22
211:4,11 212:5,25
213:15 214:5
215:8,15 216:11
216:15,20 217:11
221:12 223:11
227:21 229:12
231:7 233:1,4,8
238:18 242:5,11
247:2,8 248:4
249:7 250:19
251:23 252:21

253:6,20 255:5,23
258:8 261:4
262:10 266:23
267:11 272:3,6,14
273:11,14 274:11
276:5,17 277:1,9
277:14,19 278:7
280:17,24 284:9
287:4 290:1 291:5
292:20
**copy** 5:14 13:19
48:25 75:23 111:6
120:6,7 134:20
175:5 227:18
239:17 242:6
256:19
**corporations** 53:4
**correct** 11:9 14:3,7
18:10 19:9 21:16
44:7 49:25 50:13
50:21 51:6,10
58:6 60:23 67:6
67:10 76:10,18
79:9 80:8 94:7
95:15 99:3 102:10
102:25 111:13,20
112:25 113:3
120:1,16 121:6,17
122:1,8,11,14,22
126:5 135:6 138:9
145:5 149:2,7
150:22 152:4
155:10 158:5
160:13 166:4
169:13 182:5
183:11 185:8
201:10,20 206:18
206:22 208:6,10
212:1 218:2,12
219:17,22 230:1,7
230:22 247:20
248:2 257:5 259:2
259:14 260:6
262:6 274:10
275:24 276:2,9,10
277:6,12,13
278:12 279:13,14

281:5,6,10 283:12
284:1 286:1,2,8
286:14 288:10,11
289:6,7,11,13,14
290:12,12,13,19
292:9,19 297:5
**corrections** 295:4,6
297:6
**correctly** 18:8
68:18 73:8 109:21
138:23 147:7
186:12 203:10
**Coughlin** 2:19 7:4
**counsel** 2:7,13 7:14
59:8 173:9 272:23
279:7 283:14
**Counselor** 242:18
**count** 65:15 82:11
111:10 135:6
**counterfactual**
31:18
**countries** 155:18
172:23
**couple** 27:5 54:10
54:16 94:25
146:14 171:21
185:15 272:18
**course** 10:22 31:11
40:10 67:20 73:14
102:23 111:7
134:21 165:25
196:13 231:16
241:10 247:19
249:12 273:22
287:21
**courses** 30:20
**court** 1:1 7:12,22
8:2 295:16
**courteous** 9:25
**courtesy** 10:4
274:17,24 275:2
**covariates** 231:18
**cover** 238:20
**covered** 136:1
**create** 232:13
**credentials** 137:7
**criteria** 15:10,13

16:4,12,17,20
17:3 30:18,20
33:23 34:2 73:15
136:17 137:2
168:23 169:7,12
177:15
**criterion** 29:21,24
**critical** 33:20 41:6
151:22
**criticism** 131:22
184:14
**criticisms** 79:7
80:14 88:17,20
133:4 135:21
186:6,24 189:14
196:6
**criticize** 96:3,6
118:17 139:16
151:19
**criticized** 130:22
131:17
**criticizing** 91:25
132:22 133:7,16
**crossed** 288:4,5,22
**CSR** 294:23
**cumbersome**
267:23
**cumulative** 282:1
**current** 62:22
236:17 254:20
**currently** 29:4
112:16 148:18
**CV** 9:21 28:23
77:16 82:10
**cytokinesis** 197:20
**cytokinesis-block**
4:14 198:4

___

**D**

**D** 2:18 7:1
**D.Sc** 4:7 175:3
**damage** 248:11
**damaged** 157:12
**Dana** 166:1
**data** 23:6 64:23
76:22,23 88:6
102:7 142:23

151:23,23 159:13
159:16 161:19
164:9 166:10
177:14,21 178:11
179:1 181:1,7
206:3 209:1,7
217:1,16,20 231:3
231:10 233:9,25
234:1,18,21 235:1
235:2,3,12 236:7
236:16 237:19
245:21,21 251:4
260:8 274:21
275:15 282:9,20
282:21 289:4
**date** 1:13 7:6 14:13
27:19,24 37:8,14
70:15 123:10
138:11,16 168:25
239:20 278:13
287:19,25 288:5
288:10,16,25
291:2 295:9 297:9
**dated** 244:12
**dates** 269:14
287:16 288:3,12
288:16,20
**day** 68:21 75:8
289:2 294:5,18
297:17
**days** 44:18 68:18
68:20,22 100:2,7
139:14 211:25
282:1,2,3 295:13
**days'** 69:7
**days/years** 140:14
**DC** 2:12
**DDT** 4:19 213:8
**De** 4:16 6:8 50:16
50:19 84:23 85:1
92:5,16,18 106:15
122:2,5 201:2
269:9 281:1,9
282:7 283:9 286:1
**deal** 23:5 236:11
**dealing** 49:25
236:20

**debate** 52:15 59:7
79:12,15,21 132:7
**December** 287:19
**decide** 21:25
241:11,15
**decided** 16:19
26:14 65:11 97:25
225:23 226:4,6
227:19 228:2,8
**decision** 25:18
171:15 237:4,6
263:19 291:22
**decisions** 35:15
38:3 188:4 212:8
213:3 236:14,15
236:15 237:18,18
**decrease** 36:2
88:22
**decreased** 198:19
199:3 206:14
**decreases** 18:25
**deemed** 295:16
**defendant** 2:13
68:8
**defense** 184:13
**define** 84:15 89:23
214:14
**definitely** 41:5 70:6
126:10 228:4
252:9 268:9
**definition** 31:12
62:20,23 210:14
210:17 236:11,17
236:25 237:1,6,17
271:16
**degree** 16:15 42:16
109:5 123:25
124:14 249:19
274:1 292:11
**degrees** 196:15
**Delzell** 5:23 49:3
84:9 92:10 105:25
110:7 120:18
123:12,18 269:3,5
**demographic**
208:11
**demographics**

231:19
**demonstrate** 11:5
12:14
**demonstrated** 73:6
142:15 202:19
206:23
**department** 66:7
67:8 78:5 190:2
190:15 250:15
**depend** 259:9
**dependent** 127:23
**depends** 14:21
23:15 56:24
114:22 115:18
116:24 234:25
**depict** 28:4
**deponent** 7:13
297:2
**deposed** 9:7
**deposing** 295:12
**deposition** 1:10 7:8
8:19,22 135:10,13
135:18,18 136:25
195:13 207:6,8
273:3 277:15
288:2 289:2
292:25 293:2
295:3,10,14,15
**depositions** 135:15
183:5 278:16,19
278:23
**deps@golkow.com**
1:20
**describe** 28:16
104:4 115:21
186:10 259:5
260:17 284:17
**described** 115:4,6
148:25 284:11
286:16
**describing** 109:17
**description** 3:5
115:8
**design** 69:20 75:14
99:9 226:20 227:1
286:12 290:2
**designated** 265:20

**designates** 8:20
**designs** 142:9
**despite** 226:15
258:19
**detail** 11:11 102:1
125:3 284:17
**detailed** 218:7,11
**details** 150:2
173:19,22 200:20
**determinants**
20:16
**determination**
133:24 282:5
**determine** 11:18
12:19 23:2 29:16
82:16 88:12 98:5
141:6 186:7
269:14 289:24
**determined** 82:24
82:24 151:8
**determining** 15:16
33:20 34:2 82:5
256:7 283:4
**develop** 246:25
**developed** 48:6
196:22 266:21
**developing** 127:24
172:22
**development** 11:7
11:19 13:4 33:8
33:15 82:7
**diagnosed** 220:10
**diagnostics** 3:24
171:5 172:21
**dialogue** 131:19
132:16
**died** 230:19
**dietary** 279:19
**difference** 42:25
206:6,14,17
287:20
**differences** 4:9
176:3 287:11,13
287:22 289:4
**different** 21:4 28:5
32:13 33:7 65:16
65:18 90:11

130:10 142:18
195:25 202:9
203:24 205:14,24
231:18 232:8
238:16 249:20
253:15,24 257:22
257:25 281:15
287:8
**differential** 97:18
**difficult** 34:23
35:10 98:14
168:13 240:21
259:8 288:21
**direction** 142:4
294:10
**directly** 90:22
185:17 204:24
**disagree** 74:16
75:11 81:13 89:13
91:19 98:21 126:6
136:10,16 139:3
140:8,21,22
142:13,18 143:14
152:4 156:8,11
157:6 159:2 161:4
177:19,24 178:13
178:16,22 179:3,5
179:8,9,11,16
180:2,11,14 181:3
181:16,18,25
183:12 224:9,15
224:19,21 244:9
**disagreed** 136:14
137:3 178:16
258:3
**disagreement**
136:10
**disagrees** 152:2
**disciplines** 26:15
186:4
**disclosed** 57:3 70:8
137:14
**disclosure** 53:19,22
**discredit** 151:9
**discuss** 36:23 108:6
249:9
**discussed** 64:21

97:24 122:10
169:8
**discussing** 21:14
29:9
**discussion** 70:9
89:17 91:4 98:10
140:2 141:18
186:23 242:12
**discussions** 82:18
**disease** 20:17 30:2
34:4 70:2 84:17
84:19 97:15,17
98:23 114:24
168:17,17,19
196:23 202:25
206:7 214:20
215:2 216:2
247:11 262:13
263:2
**diseases** 253:23,24
**dispute** 249:5
**disruption** 5:17
264:6,11,22
265:21 266:6
**dissemination**
243:16 244:7,18
**dissertation** 149:10
**distinct** 253:23
**distinction** 184:8
**distribution** 109:10
**District** 1:1,1 7:11
7:12
**division** 67:4
**DNA** 157:12
**doctor** 63:15 64:12
68:23 106:12
120:7 126:25
134:3 144:22
174:22 197:18
221:10 247:22
283:2
**doctoral** 149:10
279:18 280:5,9,15
**doctorate** 247:23
**document** 1:5 3:16
45:7 72:21 90:5
108:14 130:4

135:4 138:24
142:1 144:25
145:15,23 147:9
153:4 154:7,13
155:23 156:22
158:20 170:10
172:6,8,14,16
176:13 179:23
180:19 186:13,18
189:1 213:15,18
223:11 239:23
243:19 248:13
274:20 277:20
282:7 286:18
287:6 288:9
**documents** 287:8
**doing** 8:24 60:5
166:18 224:12
290:22 295:8
**Donna** 56:15
**dose-response** 71:4
71:6 72:18 73:4,6
73:10,14 101:22
265:1 291:20
**doubling** 100:10,20
104:20 125:19
**Dr** 5:3 7:13 8:17
9:4,6 14:6 22:12
32:7 33:10 39:16
42:4 44:11,20,23
51:8,24 53:1 54:4
54:15 55:9 59:14
59:23 60:4,14
63:11 64:15,16
66:10,14 74:2
76:9 78:2 83:20
83:21,24 84:23
92:4 96:8,19,22
99:18 101:6
105:19,21 112:11
135:8,13,17,18,19
135:20,22 136:8
136:14,24 137:7,9
143:18,19 144:12
144:15 149:4,6,22
152:1,11,15,25
161:8 163:13,17

163:24 164:1,5
181:10 182:15,18
182:20,24 183:2,4
183:5,6 185:12,13
185:13,13,14,20
198:16 206:18
207:3,8,10,15
221:24 222:11
225:4 250:18
254:14,16 259:25
264:11 272:15
278:19,19 281:9
292:25
**draft** 5:1 6:1 27:24
47:20,21 134:4,13
161:16 218:23,24
227:5,13 229:1
238:17,18 240:17
240:18,19 245:5
246:4 268:10
270:21 275:11
286:15,21,25
287:7 288:1,9
289:12 290:9,12
290:25 291:15
292:1
**drafted** 26:12
**drafters** 274:15
**drafting** 48:8
**drafts** 54:7 63:3
238:13 239:23
268:12 287:12
**draw** 59:13 141:4
**Dreiher** 269:10
**drink** 116:17
167:22
**drinking** 116:12
117:21 118:5
**drive** 220:17,22
**drove** 141:7
**Drs** 269:18
**Dubrow** 269:11
**due** 4:21 91:11
143:6 222:6 256:9
256:13
**duly** 8:7 294:7
**duration** 100:5

211:15
_____
**E**
**E** 2:1,1,18,18 3:4
7:1,1 296:1
**e-mail** 63:2
**e-mailed** 96:8
**earlier** 27:9 29:10
54:6 164:12 229:3
259:1 278:18
287:5,16 288:1,12
289:19 290:20
**early** 168:24
240:24 241:2
**easily** 69:25
**easy** 58:23 100:23
261:7
**Ecological** 166:10
**edit** 56:20 57:8
289:21
**editor** 24:25 25:2
25:17 79:11 91:25
92:3 96:3 131:17
**editorial** 57:12
237:18
**editors** 5:5 24:22
25:24 65:10 132:7
241:25 242:22
243:3 244:1
**education** 109:6
201:22
**effect** 29:11 49:24
50:5 86:7 107:15
115:22,25 209:17
290:17
**effective** 235:25
**effects** 89:9,20
109:11
**effort** 246:3
**EFSA** 4:10 176:5
**eight** 65:16 111:5
111:11
**either** 21:9 25:7
31:2 43:6 64:23
67:15 79:7 80:12
102:14 120:10
204:12 218:4

Confidential - Subject to Protective Order

275:4 291:19
ejaculation 3:6
  11:22 12:6,20
  13:3,15,24 14:13
  17:7,22 18:21,24
  20:7,22 21:1
  23:20 35:23 36:3
  37:9,15 57:4 61:4
  61:7 70:5,7
  131:15,25 174:6
ejaculations 18:23
ejaculators 12:15
  12:24
elevated 138:20
  140:12
emeritus 174:18
  175:9 177:1
emphasis 47:5
employed 108:21
  148:4,6 149:5
  294:12,14
employee 54:12,23
  294:14
employment 55:1
  148:7 149:6
encompassed
  232:11
end-all 15:16,19
  16:5,6,7 29:12
Engel 269:12
enrolled 192:13
  193:10,11
enrollment 193:13
  201:19 217:15
  230:14 282:21
ensure 34:18
enthusiastic 257:5
entire 35:6 41:5
  168:6 179:6,20
  180:15 181:20
  267:21
entirety 8:20
environmental
  85:20 111:15,19
  119:23 185:4
  250:15
EPA 269:13

epi 31:4 233:19
epidemiologic 11:5
  12:14 16:9 34:4
  35:11 40:20 42:21
  47:19 62:22 137:4
  147:18 151:17,23
  152:6 156:12
  158:1 164:25
  177:21 179:12
  180:3 196:14
  231:9,13 246:17
epidemiological
  38:25 140:11,17
  223:7 224:3
epidemiologist
  15:8 17:12 28:17
  29:3 30:12 31:16
  32:22 54:12 55:5
  88:11 99:5 232:3
  246:14
epidemiologists
  79:10 97:1 112:6
epidemiology 11:3
  28:9 29:15 30:7
  30:10,16,21,22
  32:11 33:17,19
  60:17 61:20 64:18
  66:15 67:5 73:12
  77:2 81:23 97:13
  136:21 161:3
  168:16 190:20
  247:23 271:16
  284:4 290:2
equal 68:20
equals 282:23
equipment 197:2
  203:16 204:2,23
  281:16,23 282:4
  282:24 283:1,8,11
equivalent 99:1
  130:7
Eriksson 6:11
  50:24 76:9 92:22
  93:2 95:1 96:4,6
  99:18 102:17
  105:20,24 109:21
  109:25 110:1,5,9

110:20 126:2,12
  126:14 127:9
  269:17,24
Eriksson's 122:9
errata 295:6,9,12
  297:7
especially 90:15
  95:16 216:22
  266:15 291:22
ESQ 2:3,3,4,10,10
established 20:13
  32:12 33:2,13
  37:2,6 39:24
  82:19 83:6 231:9
  231:12 256:10
  260:22 284:3
estimate 82:12 84:3
  84:6,8 87:3,14
  92:9 103:7,9
  107:6,19 108:3,25
  110:11 121:11,21
  125:17 127:25
  128:22 129:7,16
  129:18,19,22
  249:11 256:2,6,8
  257:14
estimated 33:5
  282:20
estimates 28:6
  60:25 69:23 86:8
  101:18 107:15
  121:3 130:7,10
  141:16 202:15
  226:19
estimating 19:13
estimation 108:24
estimations 209:17
et 3:6 4:8,16,20,23
  5:9,12,15,17 6:3,6
  6:8,11,14 13:15
  64:7 76:2 85:2
  93:2 110:22 176:2
  201:3 222:4
  225:17 250:8
  254:9 259:20
  264:5 270:1
  284:24,25

etiologically 253:23
etiology 36:11
European 21:16
  24:3,4
evaluate 4:19 11:1
  19:13,21 21:24
  29:2 42:20 44:8
  51:14 151:16
  160:19 164:24
  194:12 213:8
  246:17
evaluated 51:18
  53:24 109:7
  110:16 114:2
  216:24 223:21,23
evaluating 4:11
  16:11 46:24 69:11
  98:22 184:24
  185:6 202:12
  212:17 213:5
  266:14 278:1
evaluation 4:9
  66:23 138:5
  140:18 176:4
  178:9,24 180:24
  181:5 186:5 187:6
  280:14 281:11
  292:13
evaluations 186:10
  186:11 189:12
event 14:18 260:21
ever/never 217:17
  218:8 291:19
evidence 11:4,14
  11:18,21 12:12,23
  13:7 14:12,17
  15:5,15 17:8 27:8
  27:11,18,23 37:6
  37:8,14 40:21
  42:12 47:10,24
  70:11,15 83:4
  99:2 123:9 132:3
  157:2,10 158:2
  159:17 160:20
  161:5 180:4
  181:12 213:20,22
  217:2 223:7 224:3

224:22 227:10
  252:16 254:21
  262:19 290:21
  291:2,12,13,15,19
  292:14
exact 77:17 82:11
  103:25 138:16
  287:25
exactly 43:21 51:22
  57:13 92:19
  108:13 177:4
  183:16 184:3
  218:6 279:2,2
  291:8
exam 193:24
examination 3:1
  8:9 186:9 272:13
  294:9
examined 8:8
  186:6 263:1 294:8
example 18:18
  34:22 35:20 102:8
  143:1 187:8,11
  220:9 229:3
  230:16 235:21
  257:20 278:15
examples 69:19
  101:19 136:25
exceeds 132:15
Excellent 9:1
exceptions 73:3
exclude 286:6
excluded 139:8
excuse 8:13 124:9
  146:11 220:23
  238:3 240:16
Executive 248:21
exercise 17:3
  202:24 246:6
exhausted 18:5
exhibit 5:19 13:13
  13:14 35:22 43:7
  43:16 44:22 49:2
  51:25 64:6,13
  74:2 76:1 83:20
  85:1 93:1 110:21
  119:1 134:7

144:16 146:7,8
152:20 154:5,6
158:11,13 165:16
165:17 169:15,16
171:1,2 173:4
174:23 175:1
176:1 184:20,23
185:3 198:1 201:2
206:12 213:5,6
222:2,3 224:24
225:16 227:4,13
242:21 243:1
248:15 250:6,7
254:8 256:17,19
259:19 261:24
264:4 266:18
267:1,2 273:2,3,5
275:7 277:14,16
279:4,23,23,25
285:13 286:18,20
287:6,16 289:8,9
289:12
**exhibits** 8:21 281:1
**exist** 195:19 253:25
**existed** 194:15
**existing** 159:17
**expect** 61:6 196:18
**expenses** 188:19
**experience** 24:5
31:21 65:3 210:20
211:9 246:16
**expert** 5:19,20 8:18
11:2 32:16 38:19
41:7 44:3 47:5,22
67:23 79:6,22
96:9,15 119:16
130:23 133:15
135:25 145:10,24
146:4 147:1,17,19
147:21 151:19
157:20 165:2
183:19 187:8,11
202:11 213:21
216:10,13,19
217:5 224:20
246:11 249:10
255:18 267:2

269:18 271:23
272:25 273:6,15
275:8,12 277:12
278:2,21 281:8
285:1 287:3
290:24
**expertise** 137:7
190:20,22 191:2
249:4
**experts** 20:12 38:4
155:17
**expires** 297:18
**explain** 9:11 17:11
18:13 34:25 70:22
76:19 97:20
191:15
**explained** 94:22
**explaining** 127:12
194:4
**explanation** 126:21
**explanations** 88:12
**exploratory** 118:21
**Exponent** 3:12
52:24 53:1,2,3
62:24 63:2,5
144:5,17
**exposed** 31:19 50:8
50:11 68:17 100:2
101:9 113:8,9
114:15,18 115:15
118:20,20 126:9
229:10 230:3
232:14,15 283:6
**exposure** 3:9 4:2,22
5:10,24 6:6,11,14
14:18 30:1 31:21
32:3 34:7 35:2
43:9 49:5 50:7
70:2 73:5,20,21
73:23 75:5 76:2
76:11,24 81:1,11
81:18 88:14 90:11
90:22,23 93:3
94:5 95:3 97:14
97:17,23 98:14,16
98:23 99:7,20
100:6 101:1,14

110:23 112:23
115:12,13,25
116:1,1 119:3
120:14 130:16
140:6,13 143:7
156:17 193:1
194:12 196:17,19
199:11,23,24
203:24 204:3,5,11
205:20 206:2,7
207:24 210:21
211:10,14,16,20
211:24 214:17,18
215:1 216:2
217:13 219:11,16
219:23 220:2,5,6
220:11 222:7
224:1 229:2,6
231:1,4,5,21,24
233:11,22 250:3,8
250:25 251:15
252:2,13 254:2,3
254:22 256:4
259:10 274:6
281:13,24,25
282:1,2,3,22
283:4 292:15
**exposures** 5:12 6:4
33:8 64:9 71:20
90:16 91:12
114:24 115:2
116:3 220:15,21
226:18 232:8
246:21 253:10
254:10
**extend** 10:3
**extension** 79:16
**extensive** 71:3
**extent** 31:14
135:24 253:5
**Extraction** 251:4
**extreme** 19:5
**extremely** 141:7
247:11

**F**
**face** 131:13 184:14

**Facebook** 44:16,17
**fact** 69:3 88:13
91:9 110:14
126:13 170:17
172:4 200:18
206:13,18 212:18
236:11 244:11
246:18 247:12
258:19 266:3
277:10
**factor** 6:6,11 11:6
11:19 12:21 30:1
33:14,21 34:24
35:1,3 39:11,14
39:24 40:8,17,22
76:3,12 81:1,12
81:16 83:12 84:16
84:17,18 93:3
94:5 101:14
157:23 214:19,20
214:22 215:2,23
216:2 224:23
**factored** 34:2
214:24
**factors** 6:9 20:11
20:13,18,21,22
30:3 33:2 34:16
81:24 82:5 83:16
84:20 85:4,25
100:15 104:6,18
109:3 118:8 165:1
208:12 231:18
232:11 233:21
234:2 235:10
253:24 260:22
279:19 281:16
283:5
**facts** 270:10
**faculty** 155:3,13
170:2
**fail** 295:14
**fair** 9:17 11:15
13:11 16:22 22:3
22:24 23:13 24:20
25:9 26:17 28:13
28:15,19 33:22
42:14 45:25 47:4

54:2 55:19 67:11
67:20 75:10 77:2
82:25 89:12
124:16 149:8
152:1 157:24
160:8,18,22
172:24 173:21
179:16 214:21
215:22 220:18,19
223:2 234:23
246:10,23 249:18
257:8 260:16
265:8
**fairly** 97:22 180:16
252:2
**faith** 256:6
**fall** 31:9
**falling** 264:23
**false** 226:21
**familiar** 52:25 54:9
55:9 56:18 97:22
137:8 144:13
154:18 169:24
171:14 172:16
174:10
**familiarity** 242:2
245:19
**family** 20:14 74:13
**far** 132:15 239:17
289:17
**Farber** 166:1
**Farmer** 56:15
**farmers** 192:6,15
193:4 255:7
**farming** 255:3,11
255:13
**farther** 239:19
**Fasal** 269:20
**fashion** 77:18
288:13
**faster** 18:3
**fatal** 261:2
**fault** 49:13
**fax** 1:20
**fee** 147:23 188:7,18
**feel** 29:2 195:11
265:14

Confidential - Subject to Protective Order

feelings 252:3
feet 97:11
fellowship 155:11
felt 16:21 36:6,9,17
  46:22 47:9 51:13
  72:18 87:25 91:15
  122:25 145:11
  196:8 212:20
  241:8 258:18
  263:13 266:3
field 11:2 22:9,19
  30:15 38:5 112:4
  237:20 263:12
fifth 240:19
figure 17:17 232:18
  232:25
figured 232:19
fill 228:21 230:10
  231:25 232:6
  234:17 235:11
  283:16
filled 229:8 230:4
  230:17 232:17,21
  232:25 233:6
final 280:14
finally 122:20
financially 294:15
find 18:22 34:11
  35:9 36:13 47:1
  52:15 58:23 61:25
  69:18 71:3 81:3
  100:9,23 167:15
  257:17 285:18
finding 17:15 19:8
  55:25 69:8 79:2
  81:13 126:2
  255:22 258:4
  263:2 264:21
findings 15:4 17:8
  18:9,13 19:21
  23:7 69:13,15
  70:17 71:5,7,19
  78:18 88:13 91:22
  94:16 99:13
  104:24 105:1
  106:2 126:7
  140:10 141:13,14

153:23 215:5
216:5 220:18
244:18 280:8
291:18
finds 86:23
fine 63:15 87:2
  180:12
finish 131:5
finishing 155:11
fire 190:2,14,15
fire-retardant
  190:1,15
firm 2:2 7:25 10:22
  182:7 184:9
  222:13 266:22
first 8:7 13:24
  14:11 16:12 26:7
  26:11,19,25 27:9
  48:9 56:5 71:16
  71:16 72:15 78:7
  96:18,21 99:4
  102:3 109:5 119:8
  141:13 146:23
  147:13 148:10
  154:16 156:1
  157:12 159:11
  179:24 185:9
  186:23 188:25
  189:19 202:12
  213:17 223:5
  229:10 230:4,6,18
  243:13 245:20
  248:25 250:23
  254:6 256:1
  262:24 264:16
  265:19 278:11
  279:22,25 280:2
  287:20
five 65:15 85:12
  111:5,11 155:18
  166:25 168:1,1
  185:11 189:8
  204:7 230:13
flaws 130:11
  189:11
flip 257:15
float 196:3

floor 251:16 252:14
focus 168:16
  246:15
focused 158:1
folks 158:19
follicular 138:21
  139:1
follow 36:24 60:16
  188:3,3 212:7
follow-up 5:16 14:1
  48:14 91:23 174:5
  209:16 210:16
  222:11 228:9,14
  228:16 229:15
  230:25 231:4
  233:13 234:8
  235:5 259:17,22
  283:15 285:8
  286:4 287:8
  292:22
followed 213:2
following 150:14
  218:18
follows 8:8 280:2
  282:23
footnote 21:6
  107:25 238:3,5
  287:23
footnotes 121:25
foregoing 297:4
forest 5:3 28:2,3,8
  28:10 44:20,22
  45:12 48:18 49:18
  49:20 50:15 58:1
  58:6,11,15 59:13
  59:15 74:2 83:21
  83:24 92:5 110:4
forget 96:7 106:19
  115:9,10
form 13:1 14:20
  15:12 16:23 20:8
  22:17 23:14 24:15
  25:10 29:17 32:20
  34:13 38:7 40:6
  47:7 62:18 102:24
  110:17 210:13
  231:25 232:1

273:9 274:8
275:25 276:14
278:4 280:11,20
284:7 289:18
291:4 292:17
297:6
formatting 241:7
formed 184:11
formula 234:16
formulate 36:24
formulating 145:7
  145:14,24 160:7
formulations 56:14
  181:14
fortunately 232:5
forum 275:3
forward 252:8
found 13:2 36:1
  49:16 51:25 52:13
  52:19 58:4 72:18
  72:25 75:1 78:10
  78:15 94:10,17,20
  104:15 105:13
  109:7 110:14
  125:24 130:8
  139:20 140:12
  160:15 166:9
  182:13 198:17
  212:23 223:20
  227:19 228:6
  256:13 258:2
  260:1 262:7
  263:23 267:6,10
  267:15
foundation 11:24
  26:10 29:18 33:25
  35:18 36:20 39:4
  40:6 52:4 54:14
  54:25 55:8 56:4
  56:17 57:21 58:8
  65:1 82:1 94:13
  94:19 98:3 112:10
  113:13 114:11
  144:8 149:16
  150:21 151:12
  152:14 153:18
  154:1 159:10

161:24 164:23
165:11 166:21
170:21 183:25
188:9 191:14
197:14 199:14
207:14 210:23
213:1 229:13
247:3 248:5 249:8
252:22 253:7
255:24
four 36:3 65:15
  85:12 93:25 94:3
  111:5,11 113:8
  118:19 126:9,11
  133:1 167:18
  185:11
fourth 80:25
  213:11 240:19
frankly 119:25
  279:4
free 78:25 195:11
frequency 3:6 12:6
  12:20 13:3,15,24
  17:7,21 18:19,22
  20:22 21:1 23:21
  35:23 36:3 70:7
  132:1 174:6
frequently 23:23
  246:19
friends 44:16,17
front 9:18,23 63:6
  189:8 261:25
  266:16
full 48:21 68:2
  72:15 191:10
  251:13
full-time 54:11,23
fully 9:17 243:15
  244:6
fumes 3:22 169:18
Fumigant 4:24
  225:19
fund 248:3,9,13
fundamental 60:16
  99:8
funded 56:2 59:14
funding 56:8

Golkow Litigation Services - 1.877.370.DEPS

Confidential - Subject to Protective Order

**Fungicide** 4:24
    225:19
**fungicides** 225:7
**further** 254:21
    271:25 292:20,21
    294:11

**G**

**G** 2:18 7:1
**garden** 70:24
**gardeners** 192:6
**gather** 90:23 280:6
**gee** 136:8,20
**Gelman** 269:21
**gene** 157:14
**general** 8:17
    163:22 188:2
    205:24 206:4
    233:16 244:8
    246:23 253:13
    265:14
**generalizability**
    202:6,17 203:21
**generalizable**
    203:4,7 204:1,17
**generalization**
    247:5
**generalizations**
    259:9
**generalize** 206:9
**generally** 11:13
    22:8 29:11 57:1
    71:8 82:20 93:21
    94:8,9 164:15
    225:1 226:15
    255:3
**generate** 129:9
**generating** 128:21
**genetic** 20:15
**genotoxicity**
    198:20 199:4
    206:15,23
**getting** 30:13 87:25
    266:22
**ghollingsworth@...**
    2:11
**give** 17:17 65:7

70:1 77:16 82:10
121:10,11 124:7
129:4 142:3
257:16 272:24
**given** 175:18 230:7
    230:12 241:22
    246:1 258:6
    266:15 267:7
    294:11 297:5
**gives** 79:18
**giving** 19:24
**Global** 3:23 171:3
**gly-** 81:8
**glyphosate** 3:12 4:9
    5:24 11:6,18
    42:18,21 49:4
    52:1 56:1,8,14
    67:22 68:1,13
    69:7 72:19 73:4
    78:11 80:7 81:1,9
    81:11,20 83:12
    86:20 92:13 94:11
    95:3,6 99:24
    100:3 101:7,9,14
    103:2 113:2 114:4
    121:8,11 123:10
    123:21 125:8,9,17
    130:2,8 138:5,19
    139:9,20 140:6,13
    140:14,15,18
    143:3,7,10 144:18
    147:6,18 150:9,18
    151:8,24 152:6
    153:24 155:19
    156:2,8,13 157:3
    157:14 159:14,22
    160:15 161:5,20
    163:18 175:16
    176:4 177:14,21
    178:12,19 179:1,9
    179:13 180:4,10
    181:13 183:23
    186:1 202:20
    203:13,15 204:3,5
    204:10 207:23
    208:7,20 209:3,15
    210:1,5 213:14

214:3,4,10,12
216:7 218:5,10
219:5,8,9,10,15
219:19 220:13
223:15,20 224:17
224:22 225:24
226:1,4,7 229:11
230:3,21 232:2,4
232:8 246:18
251:20 252:2
255:8,17 269:15
274:6 281:12,13
285:25 291:13,21
292:15
**Glyphosate-Exp...**
    4:16 201:4
**go** 10:17 11:11
    14:10 16:10 17:6
    26:3 30:14 41:8
    45:19 48:15 60:23
    61:2 63:7,11 74:1
    77:22 88:25 90:3
    92:4 102:16
    106:15,25 108:5
    108:12 109:16
    110:6 112:18,19
    113:17 124:6,8
    125:3 128:3 131:4
    134:2 137:23
    138:2 139:24
    141:19 142:25
    154:16 162:4
    173:3,12 175:6
    178:2 179:22
    180:16 181:10
    186:2 187:3
    188:14 192:20
    195:10 198:12
    202:14 207:19
    208:21,23 221:18
    222:23 223:2,14
    237:6,21 238:10
    251:12 252:4
    256:11 267:20
    272:6 275:16
    276:21 282:6,7,12
    288:19 289:3

**goal** 172:24
**goals** 151:7
**goes** 78:21 103:20
    107:18 156:14
    239:17,19
**going** 9:9,24 10:17
    10:20 11:11 18:3
    18:4 34:21 41:13
    45:6 47:1 63:10
    63:19 81:8 83:10
    83:20 97:2 101:25
    106:6,13 109:24
    113:18,18 118:12
    125:2 136:7 146:6
    147:16 148:3
    150:16 151:18
    162:7 169:14
    173:21 174:22
    176:9 190:13
    191:9 197:19
    198:12,14 204:9
    207:2 219:8 221:4
    232:3,16 233:19
    235:9 239:8 242:6
    242:9,11,20 245:9
    246:9 248:12
    256:16 261:4,8,18
    267:25 272:8,17
    275:5,12 293:1
**Goldie** 171:19
**Golkow** 1:19 2:19
    7:5
**good** 7:16,19 8:11
    8:12,25 10:5,11
    14:25 40:16 88:1
    146:12 163:13
    191:10 198:12
    229:7,23 234:18
    257:18 272:15
**Google** 244:16
**gotten** 40:3 179:24
**government** 67:16
**graduate** 30:9
**graduates** 44:12
**Grant** 2:10 7:20
**graph** 72:15
**Great** 9:20 10:6

81:7 221:3
**greater** 68:17,19,21
    68:22 69:6 95:10
    100:2 130:14
    139:13 140:14
**greatly** 251:14
    252:12
**Greenland** 269:23
**gross** 247:5
**group** 26:14,15
    156:3 160:15
    177:13 188:17
    189:10 212:4
    265:22
**groups** 3:10 4:3
    43:10 71:2 119:4
    120:15 189:13
    202:9 203:25
**growing** 247:16
**guess** 15:18 16:5
    72:5 155:12
    174:18 175:11
    219:3 229:7
    239:13 250:18
**guessed** 231:6
**guessing** 231:8
**guideline** 169:4
**guidelines** 168:8,11
    168:20 169:2
**guy** 2:3 115:5
    136:20 174:19
**Guyton** 280:3

**H**

**H** 2:18 3:4
**Hairy** 6:7 76:4
**half** 155:16 261:5
    268:2 280:1
**halfway** 89:3 91:5
    98:13 171:23
    223:16
**hand** 39:16 197:19
    273:1 279:5
    280:25 294:18
**handed** 64:12
**handing** 13:20 49:1
    75:23 111:7 120:8

Confidential - Subject to Protective Order

134:21 145:1
175:6,22 176:8
195:11 227:18
238:7
**handle** 194:6
**handling** 231:2,10
**hands** 167:23
251:17 252:15
**happen** 62:16
132:12 217:10
**happened** 193:13
**happening** 99:12
**happens** 24:17
25:25 79:15 132:6
132:11 235:21
**happy** 151:3
**hard** 45:14 167:2
**Hardell** 6:6 51:1
75:19 76:2,9
77:22 78:2 80:12
83:21,25 84:5
92:13 122:12
269:24 270:1
**harder** 34:18
**Harvard** 3:16 4:6
44:12 148:18,20
149:1,4,7,13,23
152:8 153:1,15
154:7,21,24 155:5
155:9 156:14
169:23,24 170:4
170:17,25 171:10
171:11,12 172:4
172:17 173:25
174:2,13,23 175:2
185:11 189:9
250:2,16 254:4
279:9
**hazard** 17:24,25
18:18,25 43:1
186:5 189:12
264:17,24 265:5,8
265:11
**Hazards** 4:11
184:25 185:6
**head** 102:13 103:24
112:7

**health** 3:22 4:6,17
4:24 5:2,7 6:2
13:25 30:10,14,15
36:14 38:13 43:1
43:1 44:13 47:6,9
47:16 59:5 66:23
101:23,25 119:24
119:25 122:6
124:19 132:24
148:20,22 149:7
152:9 153:1,16
154:22,24 159:21
160:4,6,12 161:1
161:13 164:6
169:17,23,25
170:5,18,25 171:9
171:12,13,15
172:18 173:25
174:3,4,24 175:2
175:10 185:4
187:25 191:10,20
192:5,14,25
194:11 195:3,20
200:11,25 201:5,8
202:8,19 205:21
205:23 207:20
221:22 225:20
227:15 248:16
250:15,16 271:15
279:9 284:15
286:22 287:2
**heard** 171:16 242:1
248:3
**hearing** 41:22 64:5
173:17
**held** 1:11 7:8
103:13
**Hello** 272:16
**helpful** 102:13
**Heltshe** 284:24,25
286:13,17
**hematopoietic**
109:6 248:23,24
249:2 250:2
**herbicide** 69:4 81:9
113:20 212:3,14
213:12

**herbicides** 42:9,17
78:9 99:21,23
115:10 121:4,7
129:11 194:6
212:12
**hereto** 294:15
**hereunto** 294:17
**Hernan** 270:3
**heterogeneous**
247:11
**hide** 117:18
**hiding** 261:17
**hierarchal** 86:16
87:16,20 92:12
106:16
**hierarchical**
106:18,19 107:11
108:24 109:12,18
**high** 11:22 12:15
12:24 20:7 61:4,7
70:4 131:15
181:21 226:15
**high-volume**
210:19 211:9
**higher** 193:2
194:12 197:2
204:11 206:2
220:5
**highest** 36:2 130:1
204:6
**highly** 263:20
**hinder** 209:2,7
**hindered** 209:17
**hired** 130:22
**histological** 138:7
**histopathological**
6:12 93:5
**history** 20:14 74:13
186:9 247:14
**hit** 97:11
**HLLP** 147:1
**Hodgkin's** 28:23
**Hohenadel** 270:4
**hold** 32:15 42:15
273:25
**holdout** 284:20
**holds** 262:17

**Holland** 4:13 198:2
**Hollingsworth** 2:9
2:10 7:20,21
10:21 49:8 68:2,6
96:15,24 97:4
145:4 146:22,24
147:2,3 176:20
182:7,9 184:5,9
186:17 222:13
238:20,24 239:8
266:22
**home** 70:24 192:6
276:21
**honest** 9:25 10:2
**honestly** 15:20
60:21 72:7 93:22
112:12 166:25
167:25 168:25
**hope** 47:3 272:19
**Hopefully** 167:6,7
**Hoppin** 270:5
**Hospital** 66:24
**hour** 63:10 147:24
261:5
**hourly** 147:23
148:2
**hours** 11:12
**HPV** 3:24 171:4
172:21
**HS** 181:24 194:23
224:4
**human** 42:25 43:1
161:6,20 163:18
167:23 177:16
178:12,18 179:2
179:10,13 180:10
181:15 186:1,5
199:17 265:22
266:13
**humans** 4:12 156:9
178:10,24 180:25
181:6 184:25
185:7 187:6
206:25 212:4
213:13 265:22
**humans'** 156:3
**hypothesis** 19:4,12

131:24 132:4
257:10,24 260:8
**hypothetical** 32:10
39:20 61:10 62:2
100:22 114:21
115:17 190:4
191:3
**hypothetically**
100:17 234:20

**I**

**IARC** 3:15,18 4:5
4:10,11,18 40:25
41:1,6 112:8,12
137:12,13 138:14
138:17 140:18
148:10,12 149:12
149:13 150:1,5,10
150:12,18,19
151:2,7,9,19
152:2,12,20,25
158:6,13 160:15
170:5,18 172:5,18
173:4,11,14 176:5
181:2,3 183:22
184:13,14,23
185:5,24,25 186:6
186:9,10 187:5,11
187:21 188:4,6,20
189:12 212:2,7,23
213:3,5,7 223:20
223:20,23 259:13
263:23 265:20
266:4 270:6
271:12 291:22,25
**IARC's** 150:22
151:22 153:23
156:11 177:20
178:1,17 179:11
266:1,10
**idea** 34:1 35:19
43:3 73:13,17
96:20 119:11
231:14 232:23
233:9 249:13
**identification**
13:17 43:13 44:24

49:7 64:10 76:6
85:6 93:6 110:24
119:6 134:9
144:20 146:10
152:22 154:9
158:16 165:21
169:20 171:6
173:7 175:4 176:6
185:1 186:5 198:7
201:6 213:9 222:8
225:21 227:16
243:6 248:19
250:11 254:12
256:21 259:23
264:8 267:4 273:8
277:18 286:24
**identified** 8:7 114:3
114:13 256:2
275:8 276:7
**identify** 7:14 13:21
43:16,18 146:19
208:9 224:22
275:23 276:12
277:20 286:19
**III** 2:10
**imagine** 37:22
102:1 272:5
**immediately**
271:18
**impact** 91:21 99:13
141:3 226:18
**imperative** 295:11
**implausible** 132:4
**implement** 16:20
**implicate** 254:23
**implications** 258:7
**importance** 22:13
167:24
**important** 19:22,24
24:12 29:24 36:6
36:9,18 41:8 44:8
46:22 51:14 53:18
61:23 69:22 83:3
109:7 123:7
125:24 145:11
159:12 160:7
163:25 192:22

194:8,10 201:21
207:17 211:3,8
212:11,13,16
220:19 234:10,13
257:7,17 258:6
262:5,17 263:7,23
266:1 267:24
291:23
**importantly** 123:12
124:10 291:20
**impressions** 242:10
**improperly** 130:11
**improve** 187:24
**imputation** 231:3,8
233:17,24 235:24
283:24 284:2,10
284:18 286:12
**inaccurate** 103:10
181:23 243:16
244:7
**inaccurately** 60:15
**inappropriate** 60:7
**incidence** 4:16 86:9
107:17 201:3
260:10,24
**include** 46:7 54:4
78:21 95:7,14
103:18 122:9
123:8 142:17
171:24 208:18
225:24 226:6
236:22 237:5,13
262:15 285:25
**included** 21:3 52:9
57:12 58:10 60:8
62:23 70:23 91:13
105:25 109:2,15
121:19 123:10
161:2 169:6
195:24 196:1
200:15,22 210:14
210:17 226:1
228:5 236:25
252:5 278:11,20
286:3
**includes** 201:16
287:1

**including** 6:12 93:4
109:5 110:10
126:13 155:19
181:10,24 189:8
218:5 283:7
**inclusion** 71:4
**incomplete** 32:10
39:20 61:9 62:2
100:22 114:21
115:17 190:4
**inconsistent** 237:5
**incorporate** 229:1
231:4
**incorrect** 17:10,12
87:14 181:25
253:9
**increase** 18:24
48:10 77:6 84:18
87:22 88:3 105:15
114:16 115:14
116:13 117:11,22
251:14 252:12
255:14
**increased** 4:20
39:17 51:25 52:16
55:25 104:10,21
114:8,18 127:8,20
128:6,24 129:12
140:4 156:15
157:2 194:14,14
208:8,13 222:4
255:7 259:4 260:2
260:9,10,18,24
263:3
**increases** 255:12
263:18
**increasing** 73:22
73:23 250:24
**incredibly** 35:1
**independent** 41:7
46:23 118:8
119:16 129:9
145:10,24 170:7
214:19,22 215:23
292:13
**independently**
290:25

**INDEX** 3:1
**indicate** 50:6
102:19 106:23
**indicated** 50:5
101:9 114:7 255:7
285:24
**indicates** 86:20
206:13
**indicating** 81:6,17
140:4 210:10
**indicative** 15:4
**indicator** 109:2
**individual** 40:9,14
46:11,25 52:9
60:24 68:14 116:2
123:15 124:13
129:19 130:17
144:1 249:12,24
253:3
**individually** 46:11
51:15
**induce** 157:14
**indulgence** 41:12
**infectious** 168:17
168:19
**inferences** 126:11
209:2,7
**influence** 164:20
167:10,12 203:17
251:1
**influenced** 124:21
**influential** 141:7
145:9
**information** 19:25
20:1 43:19 70:1
70:22 76:24 90:20
90:24 95:22,24
145:14 153:23
196:18 217:8,17
226:2,5,7,16
229:2,6,6 230:25
231:5,15,17,20,20
232:3,9,13,17
233:23 234:5
244:25 249:14
257:18 258:18
262:17,20

**ingredients** 3:10
4:3 43:11 112:24
119:5 120:15
**inherent** 258:16
**initially** 275:20
**initials** 66:18
148:14
**injuries** 147:5
248:10
**injury** 115:13,14
115:15 190:14
**Insecticide** 4:23
225:18
**insecticides** 121:4
225:7
**instance** 101:21
103:23 205:21
228:13 234:3
244:13
**instances** 89:8,19
272:24
**Institute** 66:15
166:2 270:10
**institution** 185:16
**instruct** 38:15
**INSTRUCTIONS**
295:1
**Integrative** 6:9
85:2
**intellectually** 9:25
10:2
**intense** 283:4
**intensity** 211:15
281:23 282:2,3,5
282:13,19,23
**intensity-weighted**
211:20,24
**intents** 202:21
**interaction** 118:4
176:19 203:2
**interest** 29:1
**interested** 38:10
58:25 61:21,21
75:6,9 82:5
294:15
**interesting** 20:10
29:19 209:19

interim 236:12
internal 16:15,21
  46:8 51:18 52:21
  58:10 59:1 60:8
  62:7 69:13,15
  87:4 88:1 100:13
  121:20 160:1
  202:13 206:10
  208:15 252:7
  256:11 257:19
international 5:5
  93:10 94:1 99:19
  119:23 132:23
  148:15 155:20
  171:25 187:7
  189:10 241:24
  242:21 243:2,25
interpret 69:22
  88:2 99:12 128:19
  209:11
interpretable
  212:22 215:5
  216:5
interpretation
  104:25 180:3
  258:3 289:5
interpretations
  23:7
interpreted 98:6
  118:21 258:19
interrupt 14:4
  162:3
interrupted 131:4
interval 74:5 78:20
  83:23 84:4,7
  92:10 95:7,14
  103:9,18 110:11
  121:16,22 208:17
  257:16 262:13
intervals 19:23
  28:7 69:10 120:22
  209:22
interview 193:12
introduction 84:10
  187:4 265:19
invalidate 151:9

inverse 13:2
investigate 253:9
  266:6
investigated 69:4
  126:14 193:3
  220:6
investigators
  171:19 217:8
investigators'
  237:16
invite 22:1 25:3
invited 65:5 149:25
  150:3,4,6
involve 147:13
involved 72:8
  148:1 150:10,12
  183:19 194:3
  228:5,7 274:17
involving 147:5
  265:21
Iowa 201:15,24
irresponsible 15:7
issue 40:25 76:11
  79:25 90:19 94:4
  97:5 101:7 120:12
  138:10 142:21
  150:14 166:11,15
  175:17 198:23
  204:23 234:7
  236:10,20 242:4
  256:1 257:6 260:1
issues 47:24 48:1
  48:14 87:4 91:18
  97:16 99:10
  110:20 126:12
  137:1 142:22
  164:2 170:18
  217:9 252:7
  255:25 266:9
item 130:1
items 114:19 130:1
  175:20
IV 244:23

J

J 2:3,10
Jan 171:19

January 166:3
  167:8
Jeff 7:24 221:14
Jeffrey 2:4 64:1
Jennifer 1:10 3:2
  5:14,20 7:13 8:6
  9:3 256:20 273:6
  292:25 297:9
job 53:7
John 54:5,8
join 180:17
joined 63:25
journal 5:5 21:15
  21:18,20,25 22:14
  23:15,16,24 24:4
  24:24 25:6,8,12
  25:12,13,13 37:23
  55:18,20,22 64:19
  65:4,6,11 68:10
  77:23,24 78:1
  79:14 82:9 85:18
  85:19,21 93:11,11
  93:13,15,18 94:1
  94:1 99:19 111:17
  111:21,22 119:23
  120:2,4 130:20
  132:23 167:20
  241:25 242:22
  243:3,23,25
  244:19 245:8
journals 5:6 22:5,5
  22:13,17,18 23:16
  26:6 53:19 80:13
  130:25 242:23
  243:5
JRM 66:18,19
jtravers@millerl...
  2:5
judge 167:2
jump 63:9
jumped 138:2
June 185:5
jury 9:18 18:14
  136:8

K

Kana 173:24 174:2

Kathryn 149:21,25
  259:12,12
keep 31:19 32:2
  63:6 90:8
Kenneth 31:6
  258:24
kept 49:12
Kim 171:19
kin 90:23
kind 9:22 10:20
  48:22 67:16 192:7
  245:18
kinds 38:4
knack 10:7
knee 41:11
knew 68:8
know 9:14,23 10:1
  12:11,18 13:8
  17:1 19:3,19,22
  19:23 20:11,17,25
  22:15 23:1,11,24
  26:20 29:1,25
  31:24,25 32:25
  33:1,3,4,6 34:6,16
  35:5 36:25 37:19
  38:14 40:9,12
  44:11,14,15 45:7
  52:24 53:1,3,9
  54:8,17,22 55:1,4
  55:11 56:15 57:10
  57:23,23 60:5
  61:12 62:15 64:16
  65:2,24 67:17
  69:1 72:23 74:15
  74:18 75:13 80:20
  81:16 85:16,17
  89:21 90:6,8,13
  90:15,16 91:7
  94:15 99:9,10,11
  104:4 110:14,18
  111:24,25 112:11
  112:12,15,16,19
  114:1 115:5,7
  117:7 118:9
  119:12,24 120:10
  123:16 124:18
  127:21,25 128:13

129:16 130:12
131:7 135:8,19
136:20 137:6,13
138:14 140:25
144:5 148:12
149:19,22 150:17
152:8,16 153:8
158:19,24 159:14
161:2 163:23
171:18,21 173:1
173:19 174:1,12
174:21,21 175:11
177:1,2 180:12
181:21 184:8
185:14,15 191:9
191:10,23 192:22
196:16 197:4,8
199:23 201:21
202:11,21,24
203:11,14,15
204:2,4,6 205:3
206:22 207:15
208:14 210:18
211:1,8 212:2
213:20 214:9
220:2 224:13
225:25 232:10
235:8 237:19
238:17 240:1,7,22
241:1,5,11,18
243:20 247:7
248:8 249:12,23
249:24 250:13,18
250:21 252:23
253:13 254:6,17
257:3,23 261:22
266:20 267:23
268:4 277:1 286:6
290:6
knowing 115:2
227:25
knowledge 294:8
known 109:4

L

laboratory 178:10
178:25 180:25

Confidential - Subject to Protective Order

181:6
**lack** 52:21 60:8
  160:1
**lacks** 26:9 29:17
  33:24 35:17 36:19
  39:3 40:5 52:3
  54:13,24 55:7
  56:3,16 57:21
  58:7,9 64:25
  81:25 94:12,18
  98:2 112:9 113:12
  114:10 144:7
  149:15 150:20
  151:12 152:13
  153:17,25 159:9
  161:23 164:23
  165:10 166:20
  170:20 183:24
  188:8 191:14
  197:13 199:13
  207:13 210:22
  212:25 229:12
  247:2 248:4 249:8
  252:21 253:6
  255:23
**Laden** 185:13
**Lancet** 280:8,14
**Lane** 1:12
**language** 124:9
**large** 20:24 209:14
**larger** 89:16
**Lash** 270:7
**late** 168:23
**latency** 5:8 95:10
  95:16 143:4
  181:24 220:11
  248:13,17,24
  249:5,9,15,20,23
  253:3,11
**law** 10:22
**lawn** 251:17 252:15
**LAWYER'S** 298:1
**lawyers** 9:10 96:22
**lay** 75:10 231:13
**laypeople** 148:23
  192:5
**layperson** 72:5

76:20 84:15
  115:22 159:1,2
  214:15
**lead** 26:6,18,21,22
  57:18 243:16
  244:6
**leading** 249:14
**leap** 15:3,8
**learn** 38:2 148:10
  163:25 172:10
  191:19
**leave** 132:20
**leaves** 219:24
**lecture** 167:24
  168:2
**Lee** 270:8
**left** 50:3 72:15
  80:20 89:3 91:6
**legal** 31:14
**Leon** 3:8 119:2
  125:4 130:21
  133:8 271:3
**let's** 13:12 14:10
  17:6,16 18:17
  22:11 35:22 42:4
  45:17 48:17 54:3
  63:7 74:1,15
  75:19 77:22 80:3
  84:21,22 88:25
  92:15,22 94:25
  97:11 98:9 102:16
  106:25 112:18
  113:17 118:22
  120:24 125:3
  126:23 134:2,18
  137:23 148:10
  154:16 155:14
  158:3 162:6
  165:15 170:24
  173:3 185:23
  186:2 188:14
  194:20 197:18
  208:21 221:12,18
  222:2,18 223:2
  225:13 227:5
  228:22 242:3
  251:9,11 259:11

265:16 272:6
  273:2 277:14
  283:21
**Let's'** 264:2
**lethal** 260:10,13,20
  262:12
**letter** 3:14 96:3,5
  131:17,20 132:15
  132:22 133:7
  146:9,21,24
  175:15,17 176:8
  176:23 177:11
  178:3,15 181:9
**letters** 79:11,13
  91:25 92:2 132:7
  132:17 133:3,12
  133:15,22
**letting** 196:3
**leukemia** 6:7 76:5
  77:23 252:19,24
  253:2
**leukemias** 248:22
**level** 38:18 40:10
  47:10 98:24
  198:19 199:4,18
  206:15 232:14
  249:24 282:23
  283:5
**levels** 73:21 193:1
  194:12 204:5,11
  220:5,6 282:14,19
**Liability** 1:3 7:10
**license** 193:14
  200:16,19,22
  217:25 232:1
**licensed** 193:7,17
  193:20,22,24
  194:2,4,23 196:25
  197:3 200:13
  201:17,22 202:2
  202:10 204:14
  205:8,11,15 208:3
**licensing** 193:12
  197:9
**life** 253:5
**lifestyle** 208:12
  231:19

**light** 69:23 70:16
  209:11 237:19
  291:22
**likelihood** 108:23
**limit** 62:15 253:11
**limitation** 195:23
  196:9
**limitations** 16:25
  46:24 69:19,23
  70:4,6,8,10,17
  75:15 84:12
  125:24 131:14
  157:4 181:22
  195:6 196:10,14
  208:22 209:1,6,10
  209:12 266:15
**limited** 46:6 242:2
**limits** 87:13
**lindane** 4:19 213:8
**line** 41:18 49:21
  50:4 163:6 164:15
  221:13 225:2
  296:3 298:2
**line-by-line** 10:18
**linkage** 217:20
  228:17
**linking** 254:21
**links** 3:22 169:18
**list** 3:15,18 4:5 5:19
  5:22 65:19 78:13
  78:20 95:6,13
  113:1,4 123:7
  127:18 152:21,24
  158:6,9,12,14
  169:2 173:5,11
  176:22 182:2
  222:16 249:14
  266:19 267:3,19
  267:21 271:12
  275:17,18 276:2,6
  277:11,18,23
  278:9,10,12,14,16
  278:17 279:1
  285:5
**listed** 28:23 43:20
  65:18 68:24 94:3
  99:25 103:3 107:7

121:9,13 123:6
  153:6 160:10
  161:15 230:20
  269:9 278:24
  285:6
**lists** 78:14 248:22
**literature** 36:7
  40:21,24 44:10
  46:18 47:19 68:3
  79:17 131:2,10
  132:14 147:18
  151:17 152:6
  158:1 179:13
  182:10 209:24
  214:8 224:13
  246:18 251:19
  267:13 282:22
  290:22 292:12
**litigation** 1:4,19
  7:10 147:5 148:1
**little** 9:22 18:4
  20:11,18 33:1
  52:7 58:19 142:3
  167:2 168:13
  202:23 228:12
  257:21
**live** 261:7
**LLC** 2:2
**LLP** 1:11 2:9 7:21
  10:21 96:24
**load** 129:25
**logistic** 86:15,17,19
  86:22 87:20 92:12
  106:16,20,23
  107:2,11,13 108:7
  108:23 109:9,14
**long** 39:5 49:21
  63:11 90:16 162:4
  193:19 234:5
  235:9,24 267:14
  276:3
**longer** 48:13 141:9
  203:3 246:25
**look** 17:13,15,19,20
  22:4,22 48:17
  51:15 54:3 55:24
  60:24 63:3,7

70:21 71:15 73:22
74:3,15 75:19
77:16 78:6,24
82:10 84:21,22
87:1 89:2 91:5
101:21,25 102:14
105:20 106:25
107:2 108:15
110:19 119:9,14
120:24 121:8
124:7 126:23
128:3,13 133:10
137:20 139:5
154:4,11 155:14
158:10 165:15
170:24 173:11,14
176:21 183:15
185:23 192:20
193:1 194:25
197:18 200:23
202:14 208:16
211:19 214:24
215:24 216:13,19
216:24 222:2,18
225:13 226:13
227:5 236:24
237:2,11 238:15
242:3 243:13
248:21 251:3
255:18 257:4
259:11 264:2
265:16 272:25
287:12,14
**looked** 27:9 110:16
114:4 118:12
119:17 122:16,20
122:23 125:8
126:3,16,17 151:3
160:22 163:16
167:1 168:2
189:11 199:17
229:19 263:14
266:4,9 281:12,25
**looking** 18:20 35:4
51:8 72:14 77:4
78:19 86:7 90:15
95:2 135:25 137:6

138:10 143:15
151:2 177:11
188:16 189:18
202:13 220:20
245:5 257:2
264:19 265:12
266:12 287:24
**looks** 154:20
159:22 239:14
**Lorelei** 14:2
**loss** 228:9,14,16
233:13
**lost** 210:3
**lot** 24:17 26:14
175:18 186:21
239:15 259:10
**lots** 130:10,10
177:10
**low** 19:17 100:6
131:15
**low-level** 250:25
**low-volume** 210:20
211:10
**lower** 11:23 73:21
199:10 213:13
**Lu** 250:18
**lunch** 146:13 162:6
163:13 261:5
**luncheon** 162:9
**lung** 3:19 33:10,14
33:21 34:3,21
39:2 100:18
116:10 117:23
164:13,25 165:9
165:18 168:5
**lymphocyte** 4:13
197:20 198:3
**lymphohematop...**
5:25 49:6
**lymphoma** 3:8,13
4:1,23 5:1,13 6:1
6:4,7,10,12,14
11:7 28:20,23,25
29:5 32:16 40:18
42:6,18 43:8 52:2
56:2 62:19 64:8
67:21 71:20 72:20

76:4,13 77:24
81:2,12 83:13
85:5,25 86:9 93:4
94:6,11 101:8,10
101:15 102:20,23
102:24 103:2
107:17 110:22
112:22 113:11
114:9 119:3
120:13 121:5
125:10,18 127:12
130:2 138:6,20,22
139:1,13 140:5,13
140:16,20 144:19
156:10,16 161:21
175:17 207:12
208:5 210:13
214:23 219:14
222:22 224:5,18
225:18 227:14
230:19 246:12
249:1,6 251:21
254:3,11,22 255:4
255:12,14 261:2
268:14 270:11
271:6 274:7
286:21 292:16
**lymphomas** 248:23
251:5

_____

## M

**ma'am** 11:10,20
12:5,8 13:22 17:5
17:18 18:11 24:11
25:22 30:6 32:24
36:5 42:24 43:17
47:14 50:9,17
53:16 56:2 66:21
71:7 72:2 73:16
73:25 75:21 77:7
78:12 83:19 94:24
98:8 102:21 103:2
104:13 110:2
125:14 142:6
155:14 156:4
165:24 168:8
171:10 210:9

237:21 238:1,10
239:13 244:20
**machine** 32:2
40:15
**machines** 32:1
163:15
**magic** 163:15
**main** 17:15 224:20
264:21
**major** 25:16 91:18
138:6 141:23
142:11 187:23
195:22 196:8
**making** 38:2 57:1
84:22 104:25
261:22 262:18
265:14
**manuscript** 3:11
5:17 21:22 25:4
26:12 27:24 47:22
48:9 54:7 57:13
57:15 134:4,8,14
134:18,19 143:24
218:23,24 228:6
236:21 240:16,17
240:18,20 241:3,6
241:19,23 242:14
245:7,11 264:5
270:21 275:4,11
285:24 286:15,25
287:7 288:9
289:12,20,22
290:12,16,17
291:1,16 292:2
**manuscripts** 5:6
47:20 164:10
242:23 243:4
244:25 268:10
287:22
**March** 155:4,8,17
238:22 239:14,16
239:16
**margins** 240:8
289:21
**mark** 13:12 44:19
45:17,18 169:15
171:1 200:24

227:12 239:9
242:6,9,13 250:5
273:2 277:14
286:18
**marked** 13:17
43:12,15 44:24
48:20 49:7 64:9
76:5 85:5 93:6
110:24 119:5
134:8 144:19,23
146:6,9 152:18,22
154:5,9 158:15
165:20 166:6
169:19 171:5
173:6 175:4 176:5
185:1 197:19
198:6 201:6 213:9
222:7 225:20
227:15 242:21
243:5 248:18
250:11 254:11
256:17,20 259:22
261:24 264:7
267:3 273:1,7
277:18 285:13
286:23 287:6
288:1 289:9
**market** 143:3
255:9,17
**marketer** 56:14
**marking** 195:12
**Massachusetts**
1:12 7:9 294:1,5
**master's** 30:14
**matching** 104:6
**materials** 5:19,22
158:4 175:19
176:22 182:2
186:20,21 201:11
222:17 246:5
266:19 267:2
271:22 275:17,18
275:23 276:3,4,8
277:7,11,17,22,25
278:8,10,11,15
285:5 290:23
292:3,8

Confidential - Subject to Protective Order

**math** 103:24
229:23
**matter** 9:23 82:23
183:20 200:2
207:10
**Maureen** 1:14 7:23
8:3 294:3,21
**maximum** 108:23
**McDuff** 64:13
122:16
**McDuffie** 6:3 51:3
64:7,14,15,16
66:10 70:20 74:3
74:6 79:4 80:12
122:18,19 270:9
**MCL** 275:17
**McLaughlin** 66:20
**MDL** 1:3 7:10
**mean** 14:4 15:20
16:6 18:12 20:9
21:17,19 26:20
43:4 45:5,11 48:5
58:4 61:13 71:7,8
71:10 72:5 73:11
75:1 87:13 89:16
97:8 99:4 105:5,8
115:24 117:2,19
124:4 126:19
127:21 130:6,9
131:12 142:14,24
144:6,10 150:25
154:20 176:25
191:15 193:12
196:13 199:8,24
204:22 206:24
209:19 216:18
233:17 245:17
247:7,10 276:11
283:2 292:6
**meaning** 52:7 69:9
121:21 245:21
264:22
**meaningful** 103:6
129:17
**meaningless** 58:22
59:3,4 110:12
**means** 15:14 19:10

49:24 50:10 51:17
87:23 97:20
100:10,19 128:18
129:7 174:19,20
177:2,5 214:15
256:18 283:3
**meant** 18:16
166:23 228:12
**measles** 74:12
**measure** 211:14
220:3 234:3
**measured** 234:5
**measurement**
219:23 282:21
**measures** 50:1
**meat** 173:10,15,24
**mechanism** 233:24
234:9,11,15
**mechanisms**
157:11 233:20
**mechanistic** 178:11
179:1 181:1,7
**media** 243:14
244:4
**median** 249:23
**medical** 5:5 30:8
36:7 167:21
241:25 243:2,25
247:22 249:19
**medicine** 66:11
85:20 111:15,20
247:24
**meeting** 138:17
158:10 174:10
271:13
**meetings** 150:15
174:4
**member** 152:12
153:2 154:23
155:13 170:2
**members** 149:12
149:13 173:23
188:6,17
**memory** 268:1
279:6
**men** 5:17 6:5,10
11:22 17:21 18:22

18:23 20:25 64:9
85:5,25 202:25
264:6,12,22
**mention** 263:7,14
**mentioned** 26:7
30:19 106:20
140:24 155:2
159:16 179:11
194:24 217:4
246:7 266:2
269:19 274:16
283:21
**mentor** 149:8
**Merit** 1:14
**messed** 59:23
**messy** 236:6,8,19
**met** 135:20 175:12
177:15 254:18
**meta-analyses** 46:5
145:25 146:2
252:3,6 268:19
**meta-analysis** 3:12
4:4 5:4,11,24
43:12,25 44:2,5
44:21,23 45:13,21
45:23 46:1,2,10
46:13,16 49:4
51:7,16 52:6,10
52:19 55:15,17
56:6 60:5,6 69:25
77:12,13 84:5,11
92:11 106:1 110:8
119:8 120:17,20
120:24 121:19,24
122:16,24 123:5
123:11 125:4,22
125:25 127:3,18
127:22,24 128:15
128:16,21 129:10
129:17,21,24
140:15 144:5,12
144:15,17 145:9
145:25 250:5,10
251:24 252:8
269:4,6 271:14
**meta-analytic**
121:3

**meta-risk** 121:10
123:1 128:14
129:6,15,25
**method** 77:5 231:9
231:13 282:24
284:19 286:14,16
**methodologic**
69:20
**methodologies**
86:15
**methodology** 29:15
284:4,10,12
**methods** 11:5
12:14 23:3 30:20
31:4 90:4 105:11
107:10 108:5,10
108:12 109:17
137:4 192:21
200:23 201:11
284:18 290:15
**Michael** 2:3 7:17
**micronucleus** 4:14
197:21 198:4
**middle** 49:22
108:15,18 236:3
282:8
**Mike** 8:14 41:19
146:11
**Miller** 2:2,3,3 3:2
7:16,17,17,25
8:10,23 12:1 13:5
13:12,18 14:23
15:17,22 16:2,18
17:4 20:6,19
22:10 23:19 24:19
25:21 26:5,16
27:13,21 29:8
30:5 32:5,14,23
33:16 34:9 35:12
35:21 36:16 37:3
37:17 38:8,24
39:7,13,21 40:11
40:23 41:10,20
42:3,8,13,23 43:5
43:14,22 45:2,3,9
46:19 47:13 49:1
49:11 52:11,23

53:6,11 54:1,19
55:3,13 56:10,19
57:2,7,16,22
58:12,18 59:2,10
59:18,22 60:2
61:1,14 62:8,17
63:13 64:1,4,11
65:20 66:2,9
67:19 68:4 70:3
70:19 73:1 75:7
76:7 79:24 80:2,9
80:17 82:2 83:8
83:18 84:14 85:7
87:15 88:16 92:14
93:7 94:14,23
97:10 98:7 101:5
103:21 105:16
106:3,11 108:9
110:25 111:7,8
112:14 113:16,23
114:5,14,25
115:20 116:8,15
116:21 117:1,10
117:17 118:11
119:7 123:23
124:5,23 127:4
128:10,23 130:18
131:3 132:19
133:5,13,19
134:10,17,21
135:2,7 136:6,15
137:5,22 139:2
142:5 144:11,21
145:19 146:5,14
146:16 147:11
150:24 151:13,25
152:17,23 153:7
153:12,21 154:3
154:10,15 155:25
156:7 157:5,22
158:18,25 159:7
160:5 161:7 162:5
163:7,10,12
164:11 165:3,6,14
165:22 166:22
167:5 169:21
170:16,23 171:7

172:12 173:8,20
175:6,7 176:7,15
176:24 177:6
179:21 180:5,17
181:8 183:18
184:1,20,22 185:2
186:16 188:13
189:2 190:5,10,17
191:4,8,17,22
192:3,17 193:15
194:16,20,21
195:7,14,17 196:5
196:24 197:10,17
198:8,25 199:19
201:7 203:5 205:5
207:1,18 211:2,7
211:12 212:10
213:4,10,24
214:13 215:11,20
216:12,16 217:6
217:21 220:23
221:1,9,14,17,20
222:9 223:13
225:22 227:17
228:1 229:17
231:11 233:2,5,12
238:12,14,22
239:1,3,6,10,11
239:12 242:8,16
242:19 243:7
247:6,18 248:7,20
249:17 250:12,22
252:25 253:17
254:1,13 255:10
256:15,22 258:10
259:24 261:6,13
261:17,20 262:16
264:9 267:8,16
271:25 272:5,23
272:24 273:9,13
274:8 275:25
276:7,14,20,25
278:4 280:11,20
284:7 289:18
291:4 292:17,21
**mind** 90:8 102:4,5
146:15

**Mine** 238:22
**minimally** 104:7
**minimum** 5:8
204:7 248:16
249:5,15,20,22
**minor** 25:16
196:10 289:24
**minute** 94:9 154:11
**minutes** 146:15
**misclassification**
97:6,9,12,15,16
97:18,19,24 98:15
98:17,25 219:25
220:2,17 225:1
226:17
**misclassified**
196:19
**missing** 45:14,17
231:3,10 233:24
233:25 234:2,22
235:1,2,3
**missingness** 233:20
234:9,11,16
**mission** 53:10
**misstates** 145:18
145:20 156:23
255:24 262:10
**misunderstood**
127:16
**mixing** 282:23
**Mm-hmm** 49:23
50:23 51:2,4
118:15 166:13,16
172:2 177:9 219:6
259:18 263:22
275:19
**mmiller@millerl...**
2:4
**model** 168:6,10,19
231:22
**modeling** 109:12
235:24
**models** 109:1,10,14
232:13 233:10
284:21
**moderate** 116:12
**modest** 34:17 259:5

260:9,10,18,23
262:7
**Molecular** 3:20
165:19
**moment** 8:13 90:1
129:5 270:23
274:12
**money** 148:3
**monitoring** 4:14
197:21 198:5
**monograph** 4:5,11
137:14,15,16,18
137:21 151:2
152:25 158:9
173:5,18,24
184:24 188:20
213:5 270:6
271:13 292:1,5
**Monographs** 3:15
3:18 4:19 152:21
158:14 185:5
187:5,22 213:8
**monotonic** 19:1
**Monsanto** 2:13
7:21 8:16,19
10:23 54:12,23
55:6 56:13 57:18
59:15 62:25 68:7
96:10,23 130:23
133:15 146:25
147:3,5,13 173:9
176:17 183:20
184:5,6,9,15
210:18,25
**Monsanto's** 151:7
**Monson** 185:13
**month** 18:23 36:4
**months** 185:25
**morning** 7:16,19
8:11,12 156:20
**motivation** 220:14
**motivations** 60:5
**mouths** 251:17
252:15
**move** 47:2 92:15,21
106:13 109:23
118:22 158:3

171:23 189:4,21
194:16,20 227:4
242:5 262:4
**moved** 155:6
**moving** 261:22
**MPH** 4:7 175:4
**Mucci** 14:2,6 96:8
96:19,22 149:4
264:11
**Mucci's** 149:6
**multiple** 6:9 62:18
62:23 85:3,24
89:6 91:14 210:2
210:6,12 220:21
231:3,8 233:17,24
236:22,24 237:13
**multivariable** 21:4
195:24
**multivariate** 17:25
18:18 104:2,11,15
104:20 106:2
**mumps** 74:12
**mutations** 157:13
**myeloma** 62:18,23
210:2,6,12 236:23
236:25 237:5,13

**N**
**N** 2:1 7:1
**N.W** 2:12
**Nabhan's** 182:24
**name** 7:4 9:2 23:18
56:18 77:15
111:14,16 153:6
171:12,21 221:25
254:16 271:11
**named** 175:15
**names** 56:21
**Nancy** 2:3 7:17
**NAPP** 3:11 102:9
124:20 134:2,5,8
138:8 139:6,17
141:24 142:12,15
143:19,20,23
161:9
**narrative** 240:10
**narrow** 22:11 80:3

**National** 66:14
270:10
**natural** 247:14
**nature** 172:10
**nearly** 21:2 139:12
**necessarily** 20:1
**necessary** 133:2
164:7 252:4
255:21 274:14
275:14 295:4
**need** 25:19 35:19
52:8 60:23 72:23
98:4 99:12 108:12
111:10 128:2
130:25 136:24
144:9 179:15
184:17 194:25
209:10 215:4
216:4 241:5
242:14 272:18
276:21 285:18
**needed** 263:13
**needs** 38:19
**negative** 12:15,23
226:21 261:19
**neither** 294:12
**Neugut** 135:19,20
269:18 278:19
**Neugut's** 135:17,22
136:8,14,24 183:2
183:4
**never** 9:8 28:10
40:9,12 55:21
58:10 61:15 67:21
67:25 77:25 82:17
85:21 96:5 132:14
135:20 147:19,21
170:13 171:16,22
172:8,15 178:14
207:24 210:24
218:4 219:4,9,12
219:15,17 230:21
232:2 240:15
243:19 251:24
254:17
**new** 84:21 143:16
161:19 168:6,10

Confidential - Subject to Protective Order

168:20,22 171:12
172:20 237:1,6
248:10 287:25
**news** 198:12 229:7
**NHL** 33:2,6 40:22
42:21 48:6 56:8
68:1 80:7 81:21
100:15 109:4,8
110:16 114:13
123:10,22 126:18
126:20 139:10,20
147:18 151:24
152:7 156:13
157:3 159:14,23
177:21 178:19
180:4 181:5
202:20 203:14,17
204:4,10 208:20
212:19 214:12
220:9 224:23
236:12 237:1,6,11
246:15,18 255:7
291:13,21
**nice** 261:7
**Nieto** 271:11
**nine** 65:16,18
111:11
**nmiller@millerl...**
2:5
**nod** 10:8
**non-differential**
97:19
**non-epi** 157:23
**Non-Hodgkin** 3:8
3:13 4:1,23 5:13
6:12 43:8 93:4
119:2 144:19
225:17 254:10
**Non-Hodgkin's** 6:4
6:7,10 11:7 28:20
28:24 29:5 32:16
40:18 42:6,18
52:2 56:1 62:19
64:7 67:21 71:19
72:19 76:4,12
81:2,12 83:12
85:4,25 86:9 94:6

94:11 101:8,10,15
102:24 107:16
113:10 114:9
120:13 121:5
138:6,20 139:12
140:5,12,16,19
156:10,16 161:21
175:16 207:12
208:4 210:13
214:23 215:23
219:14 222:21
224:5,18 230:19
246:11 249:1,6
251:21 254:3,22
255:4,12,14 261:1
268:14 270:11
271:5 274:6
292:16
**non-peer-reviewed**
22:5,14
**non-responders**
234:4
**non-responsive**
194:17
**non-user** 230:21
**nondependent**
98:18
**Nordstrom** 76:9
270:12
**normal** 191:11,16
**North** 138:7 144:2
159:20 201:15,24
270:22
**Northern** 1:1 7:12
**Notary** 294:4,21
297:20
**noted** 297:7
**notes** 135:21,25
136:4 242:8 298:1
**notice** 69:2
**notion** 165:8
**null** 19:4 71:5,7,10
208:18 220:18,22
262:15
**number** 7:10 17:13
20:15 21:3 48:5
62:15 68:25 69:18

77:6 121:13
125:13 126:12
132:13,15 136:13
140:14 142:21
180:1 181:22
184:21 198:13,14
240:5,14 244:23
248:22 255:6
268:6,7,15 270:2
279:4 281:3,14
283:13,15 284:13
285:6,20 287:16
288:3 290:6
**numbers** 48:10,13
58:14,22 69:24
105:5 209:15
**Numeral** 280:3
**numerous** 149:12
**Nutrition** 279:12

---

# O

**O** 2:18 7:1
**o'clock** 294:6
**O'Connor** 1:14 8:3
294:3,21
**oath** 161:19
**object** 27:10,22
38:6 45:6 242:11
273:9,10,13 274:8
275:25 276:14
278:4 280:11,20
284:7 291:4
292:17
**objection** 11:24
13:1 14:20 15:11
15:12,21,24 16:8
16:23 18:15 20:5
20:8 22:6 23:14
24:14,15 25:10
26:1,9 27:12,16
28:1 29:6,17
31:13,14 32:9,20
33:12,24 34:13
35:17 36:8,19
37:11 38:6,21
39:3,10,19 40:5
40:19 42:7,10,19

43:2 46:14 47:7
52:3,17 53:5,8,21
54:13,24 55:7
56:3,16,23 57:6,9
57:20 58:7,17,20
58:20 59:8,17,20
59:25 60:19 61:9
62:1,11 64:25
65:17,23 66:5
67:13,24 69:17
70:12 72:21 74:23
79:23 80:1,4,15
81:25 83:1,14
84:1 87:9 88:8
92:7 94:12,18
97:7 98:2 100:21
103:15 105:9,22
107:21,21 112:9
113:12,22,25
114:10,20 115:16
116:6,14,18,23
117:4,13 118:1
123:2 124:2,17
127:1 128:7,12
129:13 130:4,24
132:9,25 133:9,17
134:12 135:4,24
136:12,22 137:18
138:24 142:1
144:7 145:17
147:9 149:15
150:20 151:11,21
152:13 153:4,10
153:17,25 155:23
156:5,22 157:19
159:6 160:23
161:23 164:3,22
165:5,10 166:20
166:24 170:10,20
172:6 173:16
176:13,18 177:3
179:18 183:14,24
186:13 188:8,23
190:3,7,16,24
191:6,13,21,24
192:8 193:9 194:9
195:4,21 196:12

197:5,13 198:24
199:13 202:3
204:20 206:19
207:13 210:22
211:4,11 212:5,25
213:15 214:5
215:8,15 216:11
216:15,20 217:11
223:11 227:21
229:12 231:7
233:1,4,8 247:2,8
248:4 249:7
250:19 251:23
252:21 253:6,20
255:5,23 258:8
262:10 266:23
267:11 289:18
**objections** 276:22
**Objectives** 186:2
**observation** 190:12
245:6 246:24
**observational**
146:2 200:5
257:23 258:13,16
**observations**
245:16
**observations'**
245:2
**observe** 71:12
75:17
**observed** 81:17
91:11 101:17
139:13 156:19
**observing** 19:3
**obtain** 245:14
**obtained** 271:23
**Obviously** 177:1
**occasion** 273:21
**occupational** 3:9
4:2 6:14 43:8
85:20 110:23
111:15,19 112:23
119:3 120:14
156:17 224:1
**occupations** 70:24
**occur** 31:23 226:18
228:20 253:22

Confidential - Subject to Protective Order

**occurred** 98:16,23
 278:25
**occurring** 209:16
**occurs** 79:12
**October** 155:7
 239:17
**odds** 34:11 68:23
 68:24 69:5,6 74:8
 74:9 75:1 78:12
 78:13,17 86:19,20
 86:23 87:17,18
 88:2,3,22 95:3,11
 95:19 100:3,9,19
 100:24 102:20
 103:1,3 104:15,17
 105:7,13,15
 108:25 110:6
 113:4 118:13
 123:20 138:20
 139:14 141:7
 251:5
**offer** 131:1
**offered** 47:10
**offhand** 126:15
 182:14
**office** 37:21
**offices** 1:11
**oftentimes** 23:9
 61:20 192:15,18
 205:17
**oh** 111:16 120:5
 211:19 223:23
 236:24 241:1
 278:21 288:24
**okay** 9:6,9,16,18,19
 10:4,10,11,16,25
 12:3 17:18,19
 27:3 29:9 43:6,23
 45:25 48:17 49:18
 53:14 56:12 61:2
 65:9 68:9,12
 71:14 72:13 77:22
 78:8 80:23 81:7,8
 85:16 86:5 89:1,4
 91:7,8 92:15
 98:11 99:16
 104:14 105:17

106:5 112:21
 115:11 116:9
 117:2,11,21 120:8
 120:9 121:1 125:5
 125:16 127:6
 136:5,7 140:1
 141:21 143:16
 144:3,4,24 146:17
 146:19 149:3
 150:17 154:14
 155:8 157:9
 158:17 167:19
 178:7,20,21
 180:20 182:15,24
 184:19 185:19
 187:3,16 188:15
 189:6,21 195:15
 201:14 207:21
 208:3,24,25
 210:11 218:3,20
 219:13 220:25
 221:11,17,19
 223:1,4,19 225:14
 226:9,11 229:23
 234:1,5,15 235:18
 236:2 237:22
 238:11 243:9,12
 244:22 245:25
 248:13,14 250:23
 255:2 256:12
 257:1 260:7
 263:23 266:22
 267:9,25 272:21
 275:16 280:25
 281:3 285:7 286:9
 289:8 290:20
 292:10
**old** 174:19 253:22
**older** 5:17 234:3
 235:22 264:6,12
**once** 79:17 129:15
 288:22
**oncologist** 78:3
 247:19,21
**oncology** 78:5
 280:8,15
**one's** 117:23

**one-time** 218:13
**ones** 67:15 265:12
 267:6,6,21 268:3
 270:19 271:17
 288:20
**open** 23:17,21
**operate** 188:11
**opinion** 11:13
 31:15 41:7 42:15
 44:3 47:18,23
 52:13 60:14 72:18
 119:16 123:9
 141:17 143:9,21
 145:11,25 146:4
 147:17 198:15,23
 199:5 249:19
 277:12
**opinions** 11:12
 131:1 143:19
 145:7,15 157:24
 160:8 213:21
 227:7 273:18,22
 273:25 274:5
 285:2 290:24
**opportunity** 9:11
 36:23 47:20 79:18
 229:5 272:25
 288:19 289:1
**opt** 263:19
**oral** 39:9 134:14
 140:25 143:25
**Orange** 2:6
**order** 1:8 8:18
 26:13 34:6,11,23
 60:21 172:9
 191:19 213:20
 215:5 216:5
**Organization** 59:5
 170:6 271:15
**original** 22:16
 49:12 56:13 76:22
 82:13 102:14
 218:25 225:5
 229:21 283:17
 286:1 295:12
**originally** 229:4
**oropharyngeal**

39:12,15,18,24
 40:3,7 116:5
 117:25 118:5,8
**Orsi** 51:5 122:20
 270:17
**outcome** 31:22
 32:4 34:8,17 35:3
 35:9 50:7 66:24
 73:18,24 74:12
 75:5 76:24 77:21
 81:19 88:4,15
 100:25 101:2
 105:15 115:25
 130:16 203:24
 205:20 206:2
 217:19 237:2
 256:5 259:10
**outcomes** 77:4,6
 228:13,15 279:21
**outfits** 190:1
**outline** 47:11
 110:19 142:24
**outside** 22:9 190:19
 190:22 191:1
**overall** 138:21
 139:13 160:14
 236:25 260:5
 265:13
**overinterpreted**
 159:24
**overlap** 69:10
**overlapped** 44:14
**overlook** 279:3
**oxidative** 157:15

────────
**P**
────────
**p** 2:1,1,18 7:1 17:21
**p-value** 19:1,20
 20:2 103:22,25
 257:12,16 258:2
 258:20
**p-values** 19:13
 257:7,9,24
**page** 3:1,5 4:7 47:1
 48:23 49:14,14,16
 53:13 55:24 68:10
 70:20 71:13 72:12

78:7 80:19 88:25
 91:5 98:9 99:15
 102:18 108:16,19
 112:18,19 113:17
 120:25 125:12
 129:25 130:7
 137:23 138:5,10
 139:24 141:19
 142:6 154:17
 155:17 166:5
 168:4,6 170:12,15
 171:24 172:9
 175:3 177:12
 178:3 179:25
 186:2 187:18
 188:14 189:5,8
 195:16 207:20
 208:21 211:23
 217:13 222:24,25
 223:5,14 226:10
 236:1,4 237:4,21
 237:24 238:4,5,15
 238:20 243:11
 244:21 251:13
 256:25 257:2
 262:7,23 263:16
 265:16,17 279:22
 279:25 280:2
 282:6,8 287:17
 288:19 289:3,3
 296:3 298:2
**page-by-page**
 10:17
**pages** 166:6,7
 167:18,18 297:5
**Pahwa** 66:14
 270:18
**paid** 188:18
**pajamas** 189:25
 190:13
**panel** 149:18 150:7
 150:12 152:12
 259:13
**panels** 188:10
**Paolo** 112:2,7
**paper** 3:12 4:23
 12:17 17:15 18:17

23:1,3 45:13,15
45:17,18 53:25
56:9,21,22 57:4
57:19 66:1 79:17
79:25 80:12,12,20
84:10 92:13,16
93:8,21,25 94:4
95:2,22 96:4,6
98:4 110:9 120:18
120:23 122:2,5,16
122:21 137:24
138:4,11,18
143:13 144:17
195:1 206:21
217:13 224:11,11
224:16 225:6,7,8
225:12,17 229:20
236:10 240:12
246:1 262:19
266:8 269:7,10,11
269:12,17,23
270:3,4,5,7,8,9,12
270:17,25 271:1,2
271:3,4,7,8,14
284:16,17,22
285:8 286:17
**papers** 24:8 54:10
54:17 55:11 62:22
69:21 78:2 80:14
121:23,24 122:24
123:5 137:10
164:4 246:20
268:1,5 269:9,21
284:14,14
**paragraph** 66:4
71:17,23 72:16
98:13,13 108:16
108:19 109:13
140:3,9 213:11
217:12 243:13
279:16
**paralegal** 257:1
**part** 20:9 33:17
46:3 79:21 88:11
145:6 150:8
151:19 193:11
220:14 227:6

240:10 256:23
285:25 292:8
**participant** 191:19
**participants** 3:15
3:18 4:5 152:21
152:24 158:6,12
158:15 173:6,12
192:15 195:25
202:23 205:8,11
206:3 209:14
226:17 229:22
230:24 231:15
271:12
**participate** 149:13
150:1,5,6
**participated**
149:18,19 158:9
**particular** 18:17
21:12 24:24 25:11
25:13 37:23 46:18
56:21 73:20
178:14 182:1
189:1 196:15
198:16 208:15
215:3 216:3 226:8
231:24 247:12
252:17 257:20
258:17 281:4,20
284:22
**particularly** 16:24
143:23
**parties** 294:13,15
**partners** 171:24
**partnership** 172:4
**passing** 272:3
**PATH** 172:19
**pathology** 3:20
67:8 165:19
**pathway** 203:13,14
204:3
**pathways** 157:12
**patients** 37:21 38:3
38:16 248:1
**Paul** 66:24 112:2
**PCa** 14:14
**Pearce** 270:24
**peer** 21:20,24

22:18,20,22 23:5
23:5,9,12,17 24:5
24:6 25:1,2 64:22
65:3,4 79:16
93:17,20 240:11
246:19,20 289:23
290:15,18
**peer-reviewed**
21:14,18 22:4,13
53:19 55:18,21
64:19 68:10 77:24
82:9 85:18 93:11
94:1 99:17 102:16
105:18 111:21
120:2 129:24
131:8,10 132:14
243:15 244:6,19
266:2
**pending** 45:1 277:5
**people** 10:8 18:2
22:8 24:1 31:25
40:2 53:24 56:20
57:11,14 65:18,25
67:11,17 69:14
70:23 73:19,20
90:12 101:2,9,10
126:11 132:6
159:3 181:9
185:15 187:14
189:25 190:1
191:11 192:7,13
197:3 199:8,11,23
200:3,15,21 202:1
202:9 203:7,9,25
204:17 206:3
217:9,23 228:21
229:8,15,20 230:2
230:9 232:6,7,17
232:19 234:3,4,8
235:4,8,11,15,22
253:9 291:10
**perceived** 53:23
184:14
**percent** 33:6 35:15
36:1 52:1,16
55:25 87:22 88:3
104:21 105:5,6,15

123:1 125:7 208:8
208:13 229:8,14
229:18,21,24,25
230:2,9 234:17,17
257:17 259:4,6
260:2,17 283:22
**percentage** 35:24
192:23 194:22
**performed** 45:20
45:22 77:8,11
122:24 186:11
**performing** 18:20
**period** 95:11,17
143:4 181:24
209:17 220:11
249:5,21,23 253:3
253:12 275:22
**periods** 249:9
**permission** 245:3
245:15 274:22
275:2,15
**person** 31:18,22
32:3 66:18 114:15
149:19 219:13
229:4 246:24
254:18 260:3
283:6,7 294:6
**person's** 31:20
283:4
**personal** 197:1
198:21 199:3,9,11
204:15,18,23
206:16 242:10
263:20 281:15,22
282:4 283:1,8,11
**personally** 32:17
**perspective** 11:2
75:11 140:17
**Perspectives** 185:5
**pesticide** 3:9 4:2,17
4:21,22 5:1,10,12
6:1,4,11 43:9 64:8
69:3 71:20 88:19
89:9,20 91:12
93:2 94:5 109:1
119:4 120:14
193:7,17,20,22,25

194:2,5,23 196:25
197:3,8 200:13,16
200:18 201:4,23
202:2 208:12
222:5,7 223:15
226:16,17 227:14
232:1 250:3,9,25
251:15 252:13
254:2,9,21 281:17
282:22 286:21
**pesticide-exposed**
4:15 197:22 198:5
**pesticide-induced**
198:20 199:4
206:15
**pesticide-treated**
251:16 252:14
**pesticides** 6:6,9,15
42:5,12,17 74:14
76:3,12 85:3,24
86:8,10,13,18
87:20 88:24 89:7
89:9,14,21 91:14
95:20,23,25 98:14
100:8,15 106:24
107:7,12,16,18,20
108:4,7,11 109:9
109:11,15,19
110:23 112:24
113:1 115:10
139:23 140:24
141:2 155:19
192:16 194:6
201:18 217:16,18
218:1,8,9 223:9
ph 1:20
**Pharmacology**
243:24
**Pharmacotherap...**
243:24
**phone** 2:4 7:25
41:21,23 64:4
163:10
**Phosphonic** 68:13
**phrase** 26:22 27:7
61:15
**physician** 175:15

Confidential - Subject to Protective Order

**physicians** 185:24
**piece** 120:23 160:7
**pieces** 279:7
**pile** 279:11
**place** 58:6 60:17,23
  174:7 257:10
**placed** 58:15 60:22
**plaintiffs** 2:7 7:18
**plaintiffs'** 272:23
**plan** 63:11
**plausible** 166:10
**play** 146:1 251:15
  252:13
**plays** 256:14
**please** 7:14 53:12
  56:11 68:9 71:13
  71:15 72:11 80:19
  86:3 89:2 99:15
  101:20 105:19
  112:18,19 117:16
  120:25 139:25
  146:20 178:2
  192:2 208:22
  211:6 222:23
  226:9 236:1
  237:21 243:10
  244:20 251:4,12
  262:23 276:23
  285:21 295:3,8
**plot** 28:2,3,4,10
  45:12 48:18 49:19
  49:20 50:15 58:1
  58:6,11,15 59:13
  59:16 74:2 83:21
  83:24 92:5,6
  110:5
**plots** 5:3 28:8 44:20
  44:23
**plus** 282:24,24
**point** 16:16 19:22
  28:5 38:12 60:25
  65:9 69:11 79:20
  84:3,6,8,10 87:3
  92:9 101:6,12,19
  103:7 107:1
  110:10 113:5
  121:21 123:7

136:25 156:1
157:10 159:12
167:20 168:3
177:13 180:1
181:22 184:4
189:3 190:6,8
198:16 208:22
209:24 219:3
253:5 256:1,6,7
257:14 262:6
263:5,6 264:16
265:20
**pointed** 18:7
**points** 167:13
  169:3,6 280:16
**policy** 35:15 82:23
**polite** 245:23
**Pollard** 1:14 294:3
  294:21
**Poole** 270:25
**pooled** 46:20,21
  76:16,20,21 77:9
  138:8 268:19
**pooling** 76:24
  102:7 142:23
  212:19 217:4
  270:22
**poor** 74:19
**poorly** 130:16,20
  184:11
**population** 199:18
  200:15 205:25,25
  206:4,7,8 215:3
  216:4
**population-based**
  11:4 12:13 178:18
  206:24
**populations** 4:15
  140:11 197:22
  198:6 205:18,19
**Portier** 4:8 175:15
  176:2 178:3
**Portier's** 182:15,18
**portion** 72:14
  123:17 187:4
  262:24
**portray** 104:24

**portrayed** 105:21
  109:22
**position** 160:19
**positions** 27:1
**positive** 74:17,21
  74:25 91:10 94:10
**positively** 207:11
  224:4,17
**possibility** 19:16
**possible** 33:3 35:9
  57:11 62:3 95:21
  212:4,14 213:12
  222:16
**post-doc** 155:1
**posted** 279:8
**potential** 25:2
  34:24 90:19
  109:15 147:4
  157:10 187:15
  216:25 263:20
**potentially** 36:11
  90:9 214:2,3
**PowerPoint** 3:19
  134:15,25 165:18
  165:23
**practically** 167:22
**practice** 28:9
**precise** 103:9 199:2
  209:17,22,23
  256:8
**precision** 19:25
  202:14
**predict** 232:13
**predicting** 233:11
**predicts** 231:22
**premature** 243:17
  244:7
**prepared** 10:13
  165:23 285:9
**preparing** 278:1
**present** 2:16 86:11
  125:16 137:13
  163:11 186:8
  236:16 237:19
  244:14
**presentation** 23:6
  270:13

**presentations**
  134:14,25 141:1,6
  143:25 270:21
**presented** 110:7
  134:15,25 143:24
  168:21 245:21
  275:6
**presenting** 168:14
**Press** 4:18 213:7
**prestige** 188:19
**Pretrial** 8:18
**pretty** 224:11
  257:4 260:21
  267:24
**prevent** 37:9
  244:17
**prevention** 14:14
  37:16 64:19
**previous** 71:18
  140:4 141:13
  204:8 236:18
  262:25 263:11
  291:17
**previously** 144:14
  193:2 194:24
  197:7 220:7 288:8
**primarily** 28:13,14
  30:9 134:24
  157:11
**primary** 37:22 41:9
  44:8 45:24 46:23
  128:3 145:12
  146:3 148:20
  149:6 213:19,25
  214:8 252:4,10
**print** 131:12
**printed** 71:15
  72:14
**prior** 67:22 79:5,21
  80:7 109:10
  156:23 224:11
  227:8 230:16
  255:8,24 262:11
  263:14 287:19
**private** 201:16
**probability** 19:3
  84:18

**probable** 140:19
  160:15 161:5,20
  163:18 177:16
  178:12 179:2,10
  179:13 180:10
  186:1 212:24
  265:22 266:13
**probably** 18:7
  26:14 98:16,17
  119:19 156:3,9
  183:23 194:13
**problem** 89:25
  91:2,16 142:16
  199:10 235:14,23
  238:8,12 239:6
**problems** 16:21
  46:7,8 52:20
  264:23
**process** 21:20
  23:13,17,21,22,25
  24:23 79:12,13,16
  79:21 88:11
  150:11 151:19
  186:7 187:9,12
  193:12 240:24
  241:2,20 244:13
**produce** 170:7
  226:20
**producer** 56:13
**producing** 8:17
**Products** 1:3 7:9
**professional**
  205:22
**professionals** 13:25
  174:5 205:24
**professor** 174:18
  175:9 176:25
**profound** 141:2
**Program** 5:7
  248:16
**progress** 84:22
  261:22
**project** 72:1,5
  102:7 138:8
  142:23 173:2
  212:19 217:4
  270:22

Confidential - Subject to Protective Order

**prolong** 272:17
**prominent** 187:8
187:11
**pronounce** 271:10
**pronouncing** 14:9
119:10
**pronunciation**
279:18
**proper** 198:21
199:2,9 206:16
**proponents** 274:15
**propounded** 297:6
**prospective** 200:6
201:15 226:20,25
227:2 281:11
**prospectively**
200:2
**prostate** 3:6 5:15
5:18 11:23 12:6
12:16,21,24 13:4
13:16,25 18:25
20:4,12,14,16
21:2,10,12 28:18
35:24 36:12 37:10
37:16 38:11 61:5
77:18,20 131:16
132:1 246:21
259:16,21 260:3,6
260:11,20 264:7
264:12 265:4,13
266:7
**protection** 197:2
198:21 199:3,9,12
206:17
**protective** 1:8 50:5
101:14 203:8,9,12
203:16 204:2,15
204:18,23 281:15
281:22 282:4
283:1,8,11
**protocol** 8:19 136:1
**provide** 14:17
15:14 23:4 90:10
130:13 146:25
147:17 186:18
229:5 254:21
263:11

**provided** 47:23
57:11 70:11,16
95:22 132:2 145:3
176:16,22 182:6,9
182:13 186:20,20
188:11 190:2
197:11 222:12
225:8 226:16
258:18 266:4
271:21,24 289:13
290:23 291:2
**provides** 14:12
15:5 27:18 37:14
280:16 291:12
**provisionally** 8:19
**proxy** 90:19 139:8
141:6,8 142:17
**public** 3:21 4:6
30:10,14,15 35:15
36:14 38:13 44:13
82:23 119:23,25
132:23 148:20,22
149:7 152:9 153:1
153:16 154:21,24
169:17,23,25
170:17,25 171:9
171:11,13 172:18
173:25 174:3,24
175:2,10 250:16
275:3 279:9 294:4
294:21 297:20
**public's** 187:25
**publication** 3:23
21:21,23,25 26:20
48:7,7 111:13,14
131:8 156:14
170:24 171:3
185:4,21 204:22
210:15 218:16,18
220:4 226:1,8
227:9 236:13,13
240:4,7,10,11,15
240:23,24 241:9
241:12,13,17
244:13 245:13
268:25 281:5,9
290:10,10,11

291:10
**publications** 12:4
28:24 132:18
158:22 183:21
240:3 270:18
**publicly** 244:16
**publish** 25:8 36:10
36:18 88:6 205:22
226:4 227:19
228:3,8
**publishable** 240:12
241:7 289:25
**published** 21:14
22:17,24 23:11
28:22 36:22 47:15
47:25 48:1 55:18
55:21 57:19 65:10
65:12,14 69:16,21
77:8,11 78:1
80:13 82:8,13
85:21 93:13
111:22 119:22
120:3 125:4
129:24 131:10
153:22 161:1
195:20 219:2
236:7 240:15
243:23 245:8
275:4,13 280:14
282:22 283:10
284:14,16 285:10
285:23 286:4,11
289:16 290:4,7
291:10
**publisher** 36:17
**publishing** 37:1
65:3 262:21
**PubMed** 133:10
**pulled** 169:22
**pure** 167:21
**purporting** 288:9
**purpose** 19:12
53:22 147:2 200:9
284:16
**purposes** 202:21
278:1
**pursuant** 8:18

**pursue** 172:20
**put** 22:12 24:2 27:7
32:1 36:7 47:5
58:3,5 59:15
60:14 87:13 218:4
219:14 224:24
251:17 252:15
279:5
**putting** 31:25
69:24,25 224:16

___

**Q**

**qualified** 29:2
**qualitatively**
266:14
**quality** 14:21,25
23:8 52:8 74:19
75:14 84:12 90:11
90:20 95:25 99:6
127:23 128:2,20
131:9 132:18
133:24 141:15
181:21 196:20
206:2 226:15
245:12 257:13
279:20 290:9
**quantity** 98:16
**question** 12:10,12
16:1,5 29:14
32:21 34:14 38:7
40:6 44:25 47:8
54:21 59:6 71:18
91:23 96:2 105:18
113:19,24 116:11
117:7,15,20
143:16 153:14
157:16 163:16,22
173:25 178:20
184:4,12 187:10
192:1 193:5
195:18 198:22
203:18,20 204:12
211:5 215:10,17
215:19,22 239:13
251:6,9,10,18
258:22 261:21
263:15 266:4

273:10,11 274:9
276:1,15 277:2,5
278:5 280:12,21
284:8 285:7
292:18
**questioning** 164:16
225:2 237:12
273:23
**questionnaire**
17:24 217:15
218:15 219:21
228:22,23 229:9
229:11,15,24
230:4,6,7,10,11
230:17,25 231:2
232:6,12,20,22
234:8 235:12,22
282:20
**questionnaires**
217:23 232:18,24
233:6 235:6,8
**questions** 9:10,14
10:1 21:1 154:12
174:25 192:9
232:7 240:13
242:13 243:8
254:5 262:4 272:1
272:22 281:4,15
283:13 297:6
**quick** 176:9 222:18
280:7 287:12,14
**quicker** 247:16
**quickly** 189:22
287:14
**quite** 61:12 141:19
266:16
**quote** 10:20 29:12
81:8 170:5,12
189:7 265:2
**quotes** 94:9,25

___

**R**

**R** 1:10 2:1,18,18
3:2 5:20 7:1 8:6
273:6 296:1,1
297:9
**race** 20:14 232:10

Confidential - Subject to Protective Order

**rage** 44:18
**Railroad** 2:6
**raise** 39:16
**raised** 166:11
  183:16
**random** 233:25
**randomize** 199:23
  200:3
**randomized** 200:8
  257:22 258:1,13
**range** 249:13
**ranging** 263:4
**rare** 77:4 113:11
  260:21
**rate** 148:2 197:2
**rates** 11:22
**ratio** 18:19,25
  68:23,24 69:5,6
  74:8,9 75:2 78:12
  78:13,17 86:19,20
  86:23 87:17,18
  88:2,22 95:4,11
  95:19 100:3,9,19
  100:24 102:20
  103:1,3 104:16,17
  105:13 110:6
  113:4 118:13
  121:10,12 123:1
  128:14,17,18,21
  129:6,10,15,21,25
  130:1,6,13 139:14
  251:5 264:17,24
  265:5,9,11
**ratios** 17:25 18:1
  34:11 105:8
  108:25 123:20
  127:22 138:20
  141:8
**re-analyze** 76:23
**reach** 201:24
  274:14 275:10,14
**reached** 11:16
  152:2 227:8
**reaching** 278:2
**read** 37:20 38:4
  41:1,3,4 44:1
  50:16,22,24 51:1

53:24 54:10,17
55:11 56:8 71:17
72:16 73:2,8
74:16 89:5 91:6
94:25 107:9 111:3
119:18,20 123:16
135:10 136:19
138:23 145:23
146:23 147:7
158:22 170:12
172:11 178:5
179:5 181:20
182:15,22,24
183:2 184:15
186:12 207:5
212:8 244:3 251:8
267:18,22 268:4,5
268:7,9,13,16,18
268:20 269:1,8,13
270:25 277:2,4,7
280:7 282:17
288:21 295:3
297:4
**reader** 179:25
**readily** 236:18
**reading** 68:18
  80:24 98:12 137:9
  177:17 179:19
  180:15,20 240:7
  244:24 245:19
  263:9 265:2
**ready** 289:16
**real** 38:3 61:5,12
  61:15 115:5
  222:18 229:23
**really** 14:21 15:19
  17:19 19:24 22:25
  23:15 26:20 27:19
  43:3 53:9 56:6,24
  57:10 69:11 70:1
  72:7 89:15 103:5
  110:11 114:22
  119:15 121:20
  129:4,16 131:21
  149:17 160:24
  180:13 188:5

192:11 213:22
224:13 228:18
237:14 242:1
243:20 245:10
249:15 251:10
256:7 266:11
267:5
**Realtime** 1:15
  294:22
**reason** 20:9 32:17
  36:25 51:13 149:3
  175:14 188:21,24
  189:16,19 203:1
  203:21,22 205:25
  226:3 235:23
  275:9 295:5 296:5
  296:7,9,11,13,15
  296:17,19,21
**reasonable** 16:15
  42:16 123:25
  124:14 136:10
  181:13 249:19
  274:1 292:11
**reasons** 47:11
  123:20 235:19
  290:6
**rebuttal** 183:8,16
**recall** 27:19,25
  39:5 57:10 65:6
  89:18,25 90:25
  91:12 93:22 98:6
  137:21 138:16
  141:22 142:7,10
  142:16,21 147:15
  161:11 165:12
  168:25 173:17
  175:19 176:23
  182:22 185:21
  186:19 197:15
  198:10 200:20
  222:15 263:25
  267:6,9 269:15
  270:19 275:21
  276:8 277:6 279:4
  281:7 283:15
  284:3 285:10,15
  286:5 289:10

291:7
**receipt** 295:13
**receive** 188:7,17
  289:20,23
**received** 276:3
**receptor** 271:8
**recess** 41:15 63:21
  106:8 162:9 221:6
  261:10 272:10
**recognize** 176:21
  220:20 254:16
  271:18 288:15
**recognized** 77:1
**recommend** 25:7
**recommendation**
  25:20,24
**recommendations**
  36:14 38:13 65:7
  245:17
**recommended** 31:5
**Reconfirm** 163:5
**record** 7:4 8:15
  41:14,16,19,20
  63:20,22 106:7,9
  162:8 163:3 221:5
  221:7 242:6,14,17
  261:9,11 272:7,9
  272:11 282:18
  293:1 294:10
**red** 173:10,15,24
**reduce** 19:16
**reduced** 20:3 35:24
  87:18 104:17
  294:9
**refer** 181:20 196:2
  196:4
**reference** 274:13
**referenced** 67:15
  286:12,15
**References** 244:24
**referred** 107:25
  161:10 196:1
**referring** 12:3 13:9
  31:3 47:21 52:5
  89:22 104:12
  108:2 120:19
  124:24 131:20

134:5 140:23
166:7 180:22
181:2 201:9
203:11 225:10
236:9,10 237:7
238:19 260:12
**refers** 220:2 270:13
**reflect** 74:6 79:3
  84:8 277:24
**reflected** 62:21
  75:2 83:24 274:1
  285:4
**reflective** 75:17
  103:10 256:3
**reflects** 12:17
  28:25
**refresh** 90:2 279:6
**regard** 33:23 81:14
  89:6 132:6 277:11
**regarding** 47:19
  68:14 98:15 144:1
  209:2
**regardless** 263:12
**regards** 77:18
  184:16
**Registered** 1:14
**registries** 228:18
**registry** 217:20
**regression** 86:15
  86:16,17,19,23
  87:17,21 92:12
  106:16,21,23
  107:3,11,13 108:7
  108:23,24 109:9
  109:12,14,18
**reject** 22:1 65:8
**rejected** 25:15 27:3
  64:23 240:23
**relate** 77:20
**related** 28:24 33:8
  35:2 61:19 75:5
  81:20,22 134:1
  246:20 294:12
**relates** 1:5 150:8
  195:23
**relation** 279:20
**relationship** 55:2

55:12 67:22 72:19
73:4,7,11 101:4
114:23 115:19
118:10 137:11
151:16 166:8
167:10 168:5
172:11 203:23
206:6 274:5
**relative** 34:5,22
35:4 50:1,6 52:19
74:4 83:22 101:17
108:25 109:5
120:21 208:9
226:19 259:6
260:1,5,14 262:12
263:4,17 294:14
**relatively** 20:17
35:5 62:20 90:16
100:6
**Release** 4:18 213:7
**relevant** 186:4
**reliable** 234:22
292:14
**relied** 134:24 146:3
161:10,14
**relies** 233:17,25
**rely** 44:1,4 51:21
52:14 145:6,14
213:19 222:20
227:6 236:4,6
**relying** 196:17
**remains** 263:19
**remember** 46:12
57:14 118:16
131:18 151:5,6
163:22 164:15
167:25 182:4
183:16 206:14
221:25 225:1
264:14 274:19
276:18 281:18
283:18,25 285:10
291:3,6
**remind** 125:12
**remove** 31:21 32:2
**removed** 141:8
**repair** 282:24

**repeat** 61:24 96:2
**repeatedly** 62:14
157:1
**rephrase** 117:15
178:20
**replicate** 62:3,13
**replicates** 62:9
**replication** 62:5
**report** 3:21,22 5:19
5:20 10:12,19
11:17 13:7 40:25
41:1,6 46:12
47:12 63:3 102:14
110:19 126:16
134:23 140:3
142:24 155:15
156:2 169:17,18
169:22 170:4
182:3,16,18,20,25
183:2,7,8,17
185:12 195:6,10
195:16,22 196:4
202:11 217:5
224:21 226:10
249:10 251:3
255:19 266:18
267:2 269:18
271:23 272:25
273:6,15 274:1
275:8,12 280:8,23
281:8 283:10
287:3
**reported** 90:21
150:9 178:10,24
180:25 181:6
209:24
**reporter** 1:15,16
7:22 8:2 277:4
**reporting** 90:11
99:7 209:15
**reports** 170:8
183:5 243:14
244:5 269:14
278:22
**represent** 7:15 58:4
**representation**
242:17

**represented** 92:6
110:5
**representing** 147:3
**represents** 10:22
**reproductive**
279:21
**request** 276:7
**requested** 11:1
27:4
**require** 29:24
204:25
**required** 29:22
30:3 31:6 169:9
169:12 205:7,11
**requirements** 5:6
193:22 194:1
197:8 242:22
243:3
**requires** 95:23
205:15
**reread** 72:23 91:3
98:4
**RES** 119:24
**research** 3:17 11:4
12:13 16:10 28:17
29:1,5 38:11,12
67:25 119:25
132:23 148:15
154:8 155:20
172:1 187:7
197:12 228:2
243:14 244:5
246:15 263:11
268:24 279:12
**researching** 279:19
**residential** 5:9
189:24 250:8
**Residual** 250:3
**respect** 118:5 143:2
252:1 253:10
266:6 286:9,10
289:8
**Respected** 93:15
**respective** 96:9
**respond** 22:2 132:8
230:24 235:20,22
283:23

**responded** 131:19
229:15
**respondents** 90:19
139:8 141:6,9
142:17 283:15,22
284:20
**responding** 235:16
**response** 79:14
129:5 132:2
**responsible** 35:6
**rest** 45:13,16,17
**restate** 12:9
**restricted** 265:3
**restricted-use**
201:18,23 202:2
217:25
**result** 19:4,5,5,16
40:4 50:10 52:7
87:24 100:14
118:18 123:4
142:18 228:6
260:12,14
**results** 17:14,20
20:1,10 28:5
36:15,23,25 38:17
46:9 51:16 52:6
61:8 62:6 71:18
72:24,25 75:3
86:12 88:21 91:10
92:12 94:22 95:16
98:1 99:14 101:8
102:6 104:12,14
105:24 123:14
124:12,22 127:11
129:8 131:13,25
134:24 139:6,17
139:21,22 140:10
140:17,23 141:3,4
141:12 143:15
159:24 160:3,25
174:6 186:8 196:1
202:7,22 203:3,4
203:6,25 204:13
204:16 206:9
209:11 211:21
212:17 225:25
226:7,21 236:16

236:18 244:14,15
254:20 256:13
258:1 264:19
265:3 266:14
275:5 287:1
290:14 291:11,24
**retain** 96:18
**retained** 62:25 68:1
68:5,6 79:5,22
80:7,11 96:15
133:14 146:25
148:9 184:5
**retainer** 3:14 146:9
146:21
**retrospective** 90:7
90:13 99:7
**Retrospectively**
200:1
**return** 295:11
**revealed** 56:21
**review** 4:3 5:23
21:20 22:18,22
23:1,17,21,22,23
23:25 24:1,18
25:1,3 40:20,24
40:25 43:11 44:10
45:24 46:3 47:6
49:3 68:2 79:16
92:11 93:21 102:6
106:1 110:8
120:20 123:17
128:16 131:1
145:11,23 157:25
158:4 159:19
161:2,3 164:9
175:19 179:15
181:2,3 182:10,19
183:6 186:9 187:8
187:12 224:12,14
240:12 246:19,20
269:6 271:20
275:24 276:13
280:9,19 289:23
292:4,5,7,12
**reviewed** 24:8 26:3
39:6 42:11,22
43:24 57:18 75:21

Confidential - Subject to Protective Order

85:8,9 93:8 111:1
119:13 127:25
134:3,11,13,19,23
135:12,15,17
145:8 159:16
161:25 163:19
164:4 173:18
175:20 182:3,17
183:4 195:15
197:12 206:20
207:9 212:2 214:7
224:10 252:1
270:14,15,20,20
270:23 275:21
277:25 278:14,15
278:18,23 290:11
290:13,14,18,22
**reviewer** 22:20
23:5,9,18 24:6
64:22 65:4 93:17
**reviewer's** 25:19
**reviewers** 21:24
23:12 24:7,9,13
24:18,21 25:3,6
25:14,24 27:14
64:22 65:7 93:20
**reviewing** 24:7
65:3 90:5 108:14
129:18 151:23
152:5 154:13
158:20 172:14
176:23 179:23
180:19 189:1
197:15 198:10
222:15 268:1
276:9 290:16
**reviews** 187:14
**revised** 25:23 27:4
64:24
**revision** 25:16,17
138:12
**revisions** 26:4 27:6
**rich** 231:17 232:2
**Richard** 4:7 174:12
175:3,8 176:10
177:7 178:4
**Rider** 1:11 3:2,6

5:14,21 7:13 8:6
8:17 9:3,4,6 13:14
13:14 22:12 32:7
33:10 39:16 42:4
43:7 44:22 49:2
63:11 64:6 76:1
85:1 93:1 101:6
110:21 119:1
134:7 143:19
144:16 146:8
152:1,20 154:6
158:13 163:13
165:17 169:16
171:2 173:4 175:1
176:1 184:23
198:1 201:2 213:6
222:3 225:16
227:13 243:1
248:15 250:7
254:8 256:19,20
259:19 264:4
267:1 272:15
273:5,6 277:16
286:20 293:1
297:9
**Rider's** 143:18
**right** 10:11 14:9,14
14:19,25 15:10
17:9 22:11 25:25
37:10 38:5 40:16
41:21,22 44:5
45:6 47:17 49:13
49:19,22,24 50:5
50:10,12,17,20
51:3,9,11,12 52:2
52:16 53:20 63:6
65:25 66:4,4,11
66:16 67:5,9,23
68:7,19 69:16
70:11,21 74:15,22
76:13,17 79:12
86:10,16 87:17,23
88:7,19 92:1,20
95:12 96:4 97:6
98:1,10 99:24
100:3,11,20
102:21,24 104:3

104:22 105:17
106:3,12,22
112:24 113:2
119:10 120:6,15
120:17 121:5,8,12
121:16,25 122:7
122:10,17,21
123:1 124:1,9,16
125:10,20 126:4,7
128:25 129:12
132:8 133:6 134:3
138:8 143:10
147:20 148:12
149:5 150:19
151:5,6 154:16,19
154:24 156:21
157:18,20 158:3
159:5 160:16
163:11 164:21
166:3,12,15,23
167:11 168:8
169:4,25 171:10
176:9 177:8,19
184:9 185:7
188:16 199:12
200:13,19,24
201:9,19 205:16
207:3,6 208:5,13
210:2,9,9 211:18
213:14 215:7,14
216:8 218:1,5
219:1,5,15,16
220:18 221:10
223:9,21 224:1,9
225:24 227:1,7
228:24,25 230:5
230:21 236:3,23
239:2 240:20
245:4,16 256:24
258:11 259:1,5,13
259:15 260:4,11
261:19 262:3,9
263:9,21,24 272:6
273:2 279:5
280:10 282:12
286:7 289:17
292:16

**right-hand** 177:12
**ring** 175:10
**Rinsky** 271:1
**risk** 3:6,13,22 4:23
5:1,15,18,24 6:1,6
6:9,11,14 11:23
13:16,24 20:4,11
20:13,18,20,21
33:2 34:16,22
35:3,4,24 36:2
39:11,14,17,24
40:8,17,22 43:1
49:5 50:1 52:1,16
52:20 56:1 73:18
73:22,23 74:4
76:3,12 81:1,12
81:16,24 83:12,16
83:22 84:16,17
85:4,24 93:3 94:5
98:19 100:11,15
100:20 101:17
104:10,19,20,21
104:21 109:1
110:22 112:22
114:8,16,18
115:14 116:13
117:12,23 118:8
121:12 125:8,20
126:25 127:8,20
127:22 128:6,17
128:18,21,24
129:10,12,17,21
130:1,6,12 131:15
138:6 139:12
140:5,12,16
144:18 156:15
169:19 194:14,15
199:10 200:12
203:17 208:8,9,13
210:2,6 214:19,20
214:22 215:2,23
216:2 225:18
226:19 227:14
253:10,24 254:22
255:3,12,14 259:4
259:5,6,16,21
260:2,2,5,9,14,18

260:18,22 262:12
263:18 264:7,12
264:18 286:21
**risks** 34:5 50:6
120:21 187:6
255:7 263:4,17,20
**Ritz** 269:19 278:19
**Ritz's** 135:18 183:5
183:6
**RMR** 294:3
**road** 16:11
**Robison's** 254:16
**Rodman** 258:24
**role** 14:13 19:14,21
22:25 37:9,15
42:20 112:11,13
151:16 256:14
257:25
**Roman** 244:23
280:2
**Roos** 4:16 6:8
50:16,19 85:2
92:5,16,18 106:15
122:2,5 201:3
269:9 281:1,9
282:7 283:9 286:1
**Roos's** 84:23
**Ross** 222:11
**Rothman** 31:6
**rounds** 27:5
**Roundup** 1:3 3:17
7:9 40:17,22 52:1
143:10 147:6
154:8 222:21
230:18 279:12
**RR** 51:7 125:25
**rules** 60:17

_____

**S**

**S** 2:1 3:4 7:1
**sadly** 252:20
**sample** 195:25
196:3 284:20
**Samuels** 271:2
**Saskatchewan**
66:12 67:9
**satisfied** 29:25

202:16
saw 12:23 104:19
    104:21 118:14
    158:4
saying 19:2 89:18
    101:16 180:23
    204:13,16 209:21
    234:25 275:1
    291:6,7
says 14:15 27:17
    37:13 43:19 71:22
    81:22 91:7 95:5
    107:2,6,15,19
    137:23 155:16
    157:9 164:2
    171:24,25 188:17
    198:18 201:14
    206:14 223:5,15
    224:1,4,7 230:13
    243:13 250:24
    251:13 254:20
    262:25 265:10,11
    280:13 287:6
    290:9
ScD 1:11 3:2 5:21
    8:6 273:7 297:9
Schernhammer
    185:14,20
Schinasi 3:8 119:2
    119:9 122:15
    125:4 127:18
    130:21 132:21,22
    133:8 271:3
School 3:21 4:6
    44:13 148:20,21
    149:7 152:9 153:1
    153:15 154:21,24
    169:17,23,24
    170:17,25 171:9
    171:11,12 172:18
    173:25 174:2,24
    175:2,9 250:16
    279:9
Schumacher 271:4
science 15:18 16:7
    36:21 61:2 132:6
    157:24 171:15

Sciences 66:24
scientific 22:16
    36:22 42:16 79:15
    79:21 124:1,15
    164:19 166:14
    167:4 170:7 180:9
    187:23 241:22
    243:14 244:5,14
    244:18 245:24
    255:21 257:8,18
    262:21 274:2
    291:23 292:11
scientifically 136:9
    178:9,23 180:24
    181:4 290:3
    292:14
scientist 61:23 88:5
    131:9 174:8
scientists 21:24
    22:4,8 39:1 65:16
    65:22 66:22 67:12
    79:18 85:13 99:19
    102:19 166:17
    177:11 186:3
    189:8,10
scope 10:19
scrutinize 22:23
Seaport 1:12
search 267:13
    290:22
searching 90:9
second 17:17 91:9
    124:7,9 140:2
    157:14 173:13
    211:20 218:17
    220:23 223:14
    225:6 228:22,23
    230:10,11 232:21
    251:13
Second-to-the-last
    210:4
section 53:15 70:9
    72:24 78:7 95:2
    98:10 108:6,10
    140:2 201:12
    244:23 251:4
    264:20 265:3

see 9:21 10:20 21:6
    22:25 34:22,25
    35:7 37:20 44:21
    47:20 48:23 53:15
    54:20 55:23 61:18
    65:18 66:7,21
    68:14 70:25 71:24
    72:2 73:18,23
    74:6 89:10,11
    92:5 94:25 95:19
    102:14,21 104:14
    105:20 107:2,3,8
    107:9 127:14
    130:12 131:11
    136:24 137:25
    139:9 140:25
    141:25 152:25
    153:2,3,6 155:21
    156:4,6 157:1
    158:5 164:7
    171:25 176:11
    177:17 186:15
    187:1 190:6,8
    195:9 198:9
    201:11 204:9,10
    206:24 207:3
    208:1,18 210:7,11
    217:3 223:17,22
    223:23,24 224:6,7
    229:9 237:23
    238:2,6 252:9,16
    254:25 265:6,23
    282:8,10,15
    288:24 292:7,13
seeing 34:5,19
    88:22 213:17
    227:9
seeking 131:23
seen 44:21 45:4
    144:25 170:13
    172:8,15 175:17
    178:14 222:13
    243:19 251:25
    287:18,18 288:8
    288:13,17,20
    290:21
SEER 271:5

selected 21:9 24:22
    60:25 112:23
    206:1 223:8
selection 91:1,13
self-administered
    217:15
self-reported
    196:17
semen 279:20
semester 31:8
sense 123:19
    190:12 251:10
sent 10:12 21:23
    25:1 240:11
sentence 14:11
    27:9,23 70:25
    71:16 72:16 73:2
    80:24 89:11 91:6
    146:23 178:5
    179:6 181:10
    186:23 189:4
    198:18 210:4
    226:13 236:9
    244:24 250:24
    251:13 260:13
    262:24 282:13,17
separate 97:16
    148:7 237:2
    255:25
separately 115:13
September 1:7 7:6
    138:12 238:23,24
    239:1,3,18 248:8
    288:7 292:25
    294:6,18
sequencer 169:10
series 242:13
seriously 22:4
service 188:20
services 1:19 147:1
SESSION 163:1
set 43:23 241:20
    248:10 294:18
setting 37:21 105:3
    191:12,16 214:16
seven 11:12 36:3
    65:16 85:12 111:5

111:11
several-page 179:6
severe 84:12
sex 232:10
shame 241:12,22
    291:9
sharing 262:21
sheet 295:6,9,12
    297:7
shift 265:20
shop 159:4
short 143:4 165:25
    180:16 181:24
    220:12,24 272:7
shortcomings
    146:1 252:6
shorthand 1:16
    10:21 55:15
shorts 190:12
show 13:11 43:15
    74:20 83:22 99:11
    103:1 127:19
    128:5,17 129:11
    144:9 146:6
    152:18 166:6
    169:14 174:22
    175:21 208:4
    219:21 242:20
    248:12 250:1
    256:16
showed 17:7 74:10
    125:19 126:17
    128:24 144:14
    206:11 255:16
showing 125:7
    144:22 157:2
    256:17 292:14
shown 274:20
    287:5,15
shows 11:21 61:3
    68:17,23 74:17
    129:24 210:1
side 51:12 70:21
    80:20 89:3 98:10
    257:15
sign 23:18 295:8
signaling 271:9

Confidential - Subject to Protective Order

signed 181:9
significance 17:9
  58:1 69:12 78:24
  87:12 255:20
  256:14 258:6
  263:13 269:22
significant 17:14
  18:1,9,13 19:8,16
  19:18 69:8 73:5
  74:11 78:10,16,18
  79:2 86:25 87:6
  94:16 95:4,12
  103:4,14,20
  139:11,12 257:12
  258:20 262:9
  263:3,9
Sigurdardottir
  5:17 264:5
similar 142:7
similarity 142:9
simply 60:16 75:11
single 12:20 83:6
  126:13,17,19
Sir 13:8
sit 40:1 42:14 60:13
  148:17 150:17
site 109:3
Sites 223:8
sitting 159:4
  276:18 277:7
situation 24:9,10
  38:22,23 72:9,10
  237:15
six 24:8 65:15
  85:12 111:5,11
sizable 226:18
size 196:3
skimmed 41:5
  119:19
sleep 5:17 264:6,11
  264:22 266:6
slide 168:9
slides 134:15
slow 18:4 179:25
small 35:10 120:22
  209:15 257:11
  263:18

smart 115:5
Smith 152:8,11,15
  153:1
smoked 166:17
smokes 39:17
  116:16
smoking 33:10,14
  33:20 34:3 39:2,9
  39:11,23 40:4,9
  100:18 109:6
  116:10,12 117:21
  117:22 118:4
  166:14 167:4
smoking-lung
  166:8 167:9
social 187:24
Society 268:13
solely 127:23
solid 246:25 247:16
somebody 180:17
  219:4
someone's 40:10,12
somewhat 257:25
Sorahan 54:6 55:4
  55:9 271:7
sorry 14:5 15:25
  18:6 37:7 57:8
  81:3 92:16 109:22
  109:24 111:16
  113:5 116:19
  120:6 127:2 128:9
  129:1 131:4 160:4
  174:15 187:19,20
  190:9 210:3,8
  215:10,17 216:9
  237:25 238:2,3
  260:10 261:24
  264:3 265:17
  270:1 276:24
  278:21 279:17
  288:21
sort 10:7 23:5,7
  27:1 28:25 47:2
  53:23 59:13 73:21
  79:14 83:4 90:9
  91:19 97:15 99:8
  104:7 115:23

116:1 120:22
131:22 148:23,25
172:10 183:8
191:2 202:12,16
203:13 213:19
227:9 236:14
237:12,17 244:12
245:23 247:5
253:23 258:2
264:21,25 280:5
288:4
sound 104:25
  233:19
sounds 10:5 172:24
  267:23
source 222:14
  224:1 245:3,15
  279:12
space 295:6
speak 16:9 22:7
  24:23 60:4 128:2
  233:19 241:5
speakerphone
  261:14
speaking 11:13
  28:12 82:21 94:9
speaks 9:22 72:22
  130:5 135:5
  137:19 138:25
  142:2 147:10
  153:5 155:24
  156:23 170:11
  172:7 176:14
  186:14 213:16
  223:12 242:17
special 205:18
specific 6:4 35:20
  39:6 55:12 56:25
  64:8 71:20 86:8
  107:16 114:23
  115:2 117:7
  131:23 136:25
  147:16 184:18
  209:3,16 236:20
  254:24 259:10
  284:16
specifically 21:11

65:7 125:9,18
127:12 151:24
156:15 201:24
237:11 257:10
275:23 276:8
283:6
speculate 160:24
spite 70:10
spoken 62:24 96:12
  96:16
spot 265:17
sprayed 219:18,20
sprayers 210:19,20
  211:9,10
SS 294:2
St 66:24
stage 263:2
stand 148:14
  194:19
standard 108:22
  109:9
stands 119:24
start 46:4,13,16
  134:18 223:2
  251:11
started 168:16
  268:1
starting 195:16
  282:13
state 7:15 140:3
  141:22 263:17
  295:5
stated 11:16 75:3
  76:14 86:1 131:7
  156:25 167:21
  195:22 209:9
  289:19
statement 53:20,23
  56:9 98:21 140:8
  141:25 142:4,19
  157:6 160:8
  178:22 179:3,8
  180:14,22 181:17
  181:19 188:3,22
  189:17 199:7
  234:23 244:2,4,8
  252:11,17 265:14

273:10,12,13
states 1:1 7:11
  156:1
statistical 17:9
  69:11,20 75:15
  78:24 81:18 87:12
  108:16,18 255:20
  256:14 263:13
  269:22
statistically 17:14
  18:1,9,12 19:7,15
  19:18 69:8 74:11
  78:16,18 79:2
  86:25 87:6 95:4
  95:12 103:4,13,19
  257:11 258:20
  262:8 263:3,8
statistics 271:5
status 98:18 233:11
  241:3 282:23,25
staying 157:16
  264:23
step 202:12
straight 282:7
strategy 172:20
Street 2:12
strength 77:5
  228:25
strengthen 227:10
strengthens 159:17
strengths 46:24
stress 157:15
strike 81:10 194:16
  236:6
striking 113:7
  192:24
strong 12:19,23
  13:2,6,10 14:17
  15:3,5 17:7 27:8
  27:11,23 34:7
  35:3 37:6,8 70:11
  98:24 264:18,18
  265:9,15,15
  291:12
stronger 71:11
  196:20 265:5,12
strongest 14:12

27:18 37:14 47:10
70:14 123:9 291:2
**strongly** 103:13
**strucken** 288:13
**struggling** 81:3
**student** 39:15
154:25 170:1
279:19 280:5,10
280:15
**students** 29:20 30:8
30:9,10,13,24
149:23
**studied** 67:21
199:25 200:15
217:10 246:22,24
**studies** 16:13,22,25
17:1 21:11 28:5
33:19 34:5 36:24
38:25 39:6 41:9
42:21 44:9 45:24
46:6,11,23,25
51:14 52:9,21
53:4 58:3 59:1
60:8,24 63:7,10
69:24 71:3 76:17
76:23,25 79:7
84:13 99:8 101:17
102:15 106:14,14
114:3,7,12 121:19
123:15 124:13,20
125:23 126:1
127:23 128:1,3,20
129:9,19,20
130:10,17 140:11
141:15,24 142:22
143:2 144:2
145:12 146:2,3
156:12,17,20
157:2,4 159:20,25
160:2 164:25
168:16 178:18,18
181:21 193:3
196:13,14,16,21
200:5,6,6 202:24
204:8 205:2,4,7
205:14,17 209:10
212:17 213:19,25

214:24 215:24
216:21,22,23
217:1 228:5 235:6
252:5,8,10 255:6
255:16 258:16
262:25 263:14
266:2 268:17
269:2
**study** 4:17,24 5:2
5:15,16 6:2 12:17
12:19,20,23 14:1
14:12,17,22,24
15:2,3 17:6 20:23
20:24 23:8 27:8
28:22 35:11,25
36:10 37:14 47:6
47:10,16 50:4,16
50:19,20,24 51:1
51:8,20 58:9,14
59:12 61:3,7,25
61:25 62:4,6,13
69:21 70:5,7,15
70:20 74:20,22
75:14 76:22 77:23
78:25 79:12 80:25
81:11 83:7,10
84:6 88:1,18 90:8
90:14 92:1 98:22
100:13,18 101:6
101:13,23,25
102:9 104:6 105:4
105:12,13,18
109:3 110:20
111:1,3,4 118:12
118:13,17,22
122:6,9,13 124:19
124:25 125:1
126:2,3,9,12,14
126:21 127:10
130:21 131:14,16
131:17 134:2,6
142:8,9,11 143:6
143:8,19,20,23
159:21,22 160:3,4
160:6,12,20 161:1
161:9,14 164:1,7
174:5,6 181:23

189:22,24 191:3
191:11,20 192:5
192:12,14,25
194:11 195:3,6,15
195:20,23 196:9
196:11,15 197:12
197:15,20 198:9
198:10,13,17
199:17 200:8,11
200:21 201:1,6,8
201:15,25 202:6,8
202:12,19 203:8
204:5,14 205:13
205:13,19,22
206:9,12,23,25
207:2,20 208:15
208:23 209:25
210:16 211:17,19
215:3 216:3 217:7
221:22 222:20
224:4 225:5,6,9
225:20,23 227:2,5
227:15 228:10
231:16 233:14
234:22 236:4
250:1 251:7 254:4
254:21 256:2,11
257:13,18,23
258:2,4,5,13,17
258:18 259:11,15
259:17,20,22
266:16 268:8,15
268:18,20,21,23
269:20,25 270:1
270:24 280:4
281:4,9,20,21
283:9,17 284:15
285:23,24 286:1,4
286:11,22 287:2,8
290:2,3
**study's** 51:18 62:7
**studying** 120:12
260:1
**sub-bullet** 138:18
**sub-types** 138:7
**subgroup** 6:12
91:13 93:5

**subheading** 282:8
**subject** 1:8 242:12
**subjects** 138:19
246:9
**submit** 91:25 241:9
241:11,16,16,17
241:19
**submitted** 5:6 92:2
240:23 241:13
242:23 243:4
244:25
**Subscribed** 297:16
**subscribes** 21:20
**subsequent** 13:3
123:11 210:16
235:7 286:4
**substance** 297:6
**substances** 114:16
**substantial** 89:8,13
89:19,23
**substantially**
104:16 131:11
159:18
**subtypes** 138:21
209:4 237:11
**Sue** 171:19
**suffers** 126:21
**sufficient** 11:17
17:1 95:25 208:16
224:22
**SUFFOLK** 294:2
**suggest** 37:4
**suggested** 89:7
157:10 210:5
**suggesting** 36:13
**suggests** 91:10
**suitability** 245:13
290:10
**sum** 116:2
**summarize** 168:10
**summary** 121:3
180:8 248:22
263:11 268:14
280:7,13,23
**supplemental** 5:22
183:6 277:10,17
277:22 278:14,25

285:5
**supplementary**
43:19
**support** 71:18
143:8 260:8
**supported** 56:12
**supportive** 140:18
178:11,25 181:1,7
**supports** 143:20,20
**suppose** 205:23
241:4,18
**supposed** 245:14
**sure** 9:5,10 12:11
14:8 15:7 22:23
35:13 37:18,25
39:8 43:21 44:6
45:16 48:20 49:1
50:14 51:23 55:16
63:17,24 64:14
72:7 73:13 81:5
83:9 90:3 110:4
116:7 118:7,10
136:16 143:17
162:1,6,6 163:20
169:1,14 170:3
172:13,19 173:3
174:11 179:22
184:18 185:22
186:22 190:8
192:21 193:18,21
194:1,7 200:7,7
222:25 232:5
234:20 236:5
238:7 248:6
249:25 252:18
260:25 261:6
264:1 268:3
271:10 282:19
**surfaces** 251:16
252:14
**surprised** 38:2
**surrounded** 183:22
**surrounding** 38:11
**susceptible** 190:13
**suspected** 109:4
**sustainable** 172:22
**swear** 8:3

**Sweden** 156:18
**Swedish** 76:16
  159:19
**switch** 120:5 246:9
**Switching** 144:3
**sworn** 8:7 294:7
  297:16
**synergistic** 115:19
  115:22 118:9
**synergy** 115:24
**synthesize** 15:14
  16:14 17:2 213:20
**synthesizing** 46:18
**systematic** 4:3 5:23
  43:11 49:3 79:1
  89:25 91:12 92:10
  94:22 105:25
  110:8,17 120:20
  123:13,17 124:21
  126:22 128:15
  160:1 269:5
**systemic** 124:11
**Systems** 1:15
  294:22
**Szklo** 271:11

**T**

**T** 3:4 250:16 296:1
**T-shirts** 189:25
**T.H** 3:16 154:7
  171:9,11 174:23
**tab** 222:24
**table** 17:16,18,20
  18:8 21:7 68:10
  68:14,25 70:21
  71:16 74:9 84:5
  86:4,6,20 99:17
  99:20,25 100:1
  102:20 104:13
  106:1,25 107:3,5
  107:7,15,24 108:1
  110:9 112:19
  113:7 118:14
  121:2,9,14 125:6
  126:23 127:2,17
  128:9,11,14
  129:12,23 207:22

208:1 211:21,23
222:24,25 223:3,5
223:6,14 224:8
287:23
**tables** 290:14
**take** 18:17 25:19
  41:10 52:8 63:12
  63:14,16 76:21
  84:11 90:1 100:5
  105:19 106:4
  123:13 124:11
  126:18 131:12
  135:21 136:2
  143:8 154:4,11
  162:6 172:13
  178:2 179:15
  193:19 197:18
  202:7 220:24
  225:13 235:24
  242:3 246:25
  259:11 264:2
  265:16 272:7
  281:21 284:25
**taken** 41:15 63:21
  74:8 106:8 154:20
  162:10 221:6
  261:10 272:10
**talk** 9:21 18:3
  31:24 79:18 81:23
  82:22 92:22 103:6
  108:21 109:14
  125:2 141:22
  192:12 195:5
  202:11,16 217:14
  218:18 279:6
**talked** 41:11 97:23
  106:15 116:9
  122:17 126:8
  164:12 169:25
  205:7 212:12
  221:21,22 267:17
**talking** 34:15
  115:23 116:19,25
  117:8,9 127:9
  141:12 168:15
  191:2 192:13
  203:20 204:1

215:6,12 223:22
224:25 237:10
241:3 249:22
258:25 261:23
274:25 284:23
**talks** 50:15 175:8
**tapes** 106:4
**taught** 31:4,10
**teach** 29:20 30:7,17
  115:1
**teaching** 30:21
**team** 173:24
**Technologies** 2:19
  7:5
**tell** 18:16 60:9,21
  65:25 66:3 72:24
  87:2 89:15 97:1,8
  101:3,13 103:25
  108:1,13 117:6
  124:3 126:15,16
  128:4 130:19
  133:10 136:8
  141:14 151:3
  159:3 163:24
  177:4 178:15
  179:4,7 180:13
  182:12 194:25
  206:21 224:14,17
  229:19 231:12
  232:3 234:19
  240:21 243:22
  257:12 267:17,21
  268:2,3 279:23
  291:15
**telling** 60:10
  200:12,14
**tells** 36:10 56:6
  75:4 78:2,4,9
  170:4
**temporal** 169:10
**temporality** 29:23
  29:23 169:11
**ten** 100:2,7 111:12
  232:4
**ten-year** 95:10,16
**tend** 226:20
**term** 81:16

**terms** 30:2 31:17
  32:11 62:7 82:13
  113:14 128:19
  152:5 180:2 194:5
  217:19 228:13
  231:13 233:11
  236:15 241:6
  246:19 247:14
  252:11 256:3
  266:12 281:23
  282:1,2
**test** 18:20 284:21
**testified** 8:8 161:18
  275:20 278:18
  289:16
**testify** 294:7
**testifying** 59:9
  283:20
**testimony** 135:22
  136:14 145:21
  156:24 162:1
  163:20 255:24
  262:11 276:11
  281:8 292:10
  294:10
**testing** 19:12
  257:10,24
**text** 245:1
**textbook** 30:25
  31:6 258:25
  271:11
**thank** 8:25 48:15
  54:5 63:18 66:21
  92:20 125:15
  163:14 210:11
  238:8 262:2
  271:19 272:1,2
  276:23,25 292:23
**theoretically** 35:8
**thick** 224:11
**thing** 41:4,6 48:9
  58:24,24 119:18
  119:20,20 120:7
  157:17 192:24
  236:5,8 245:23
  265:19
**things** 30:15 61:11

74:12 133:25
136:13 145:16
180:1 185:9
202:16 235:9
237:20 240:9
272:18 282:25
**think** 12:18 15:1,13
  16:3 19:19,22
  20:12 21:19 22:15
  22:18 23:1 24:17
  26:13 27:20 28:3
  28:4 29:10 31:16
  31:17 32:12 33:4
  33:19 34:10,15
  36:21 38:10 40:2
  46:5,10,17 47:23
  48:12 52:5 53:22
  56:6 59:23 62:5
  66:17,17 69:18
  71:8 72:25 74:19
  75:6,13 78:4,23
  79:13 81:20 83:3
  83:5 88:18,21
  89:24 90:6,12
  94:21 97:21
  101:12 102:12
  103:5 104:23
  105:1 110:2
  118:19 119:20
  123:6,18 124:18
  125:23 127:21
  131:8,22 132:12
  132:17 133:2,6
  138:2 139:5,15,17
  141:14 142:14,20
  142:20,24 143:15
  143:18 149:4
  151:1 156:25
  159:11,17 167:17
  168:12 180:11,21
  181:19,23 183:8
  187:13 192:10,24
  194:10,24 196:19
  202:18 203:20
  204:24 208:14,15
  209:9,20 211:1,14
  220:13 228:4,7

Confidential - Subject to Protective Order

230:22 233:16
234:24 236:7
237:9,9 241:5,12
244:9,12 245:23
246:13 249:23
252:2,4 253:8,13
253:21 255:6
256:23 257:7,9
260:23 263:10
265:13 266:3,12
266:13 275:13
279:10 290:5,8
291:23 292:22
**third** 98:12 129:2
198:18 279:18
**thirty** 295:13
**Thomas** 54:5 55:4
**thoroughly** 119:21
**thought** 16:25 41:8
44:7 97:5 106:20
131:24 136:20
258:5 262:20
265:25 291:9
**thoughtful** 54:6
**threats** 110:13
**three** 62:9 65:15
85:12 93:24 99:18
102:17 111:5,11
138:19 139:19
185:10,25 262:25
269:1,8 280:1
**threshold** 258:21
**THURSDAY** 1:7
**tie** 47:2
**tight** 87:13
**tightly** 35:2
**time** 7:6 9:13 20:2
23:4 31:4,10,25
32:1 39:5 40:15
41:14,17 42:2
48:7,8,14 54:23
63:14,20,23 79:5
90:16 106:7,10
146:12 149:24
150:16 162:8
163:4 172:13
179:15 188:25

189:19 192:2
201:18 210:15
213:17 219:20
221:5,8 230:3,18
240:6 245:20
253:5 261:9,12
267:14 268:22
272:1,9,12 275:21
275:22 293:1
**times** 24:7 36:3
62:9,16 79:10
133:1 193:2 204:7
240:5 282:25
**timing** 143:1
**title** 76:15 77:17
86:1 107:24 138:4
168:9 185:8
287:17
**titled** 3:17,19,23
4:8,13 154:8
165:18 171:3
176:2 198:2
**tobacco** 39:17
116:4 164:13,20
164:25 165:7,9
167:10,12
**today** 8:24 40:1
42:15 60:13 172:3
205:7 272:22
273:23 274:5,12
276:12,19 277:8
277:25 287:5,19
**Today's** 7:5
**told** 125:23 159:2
163:19 197:7
**toll-like** 271:8
**Tom** 152:8,25
**top** 90:18 102:12
128:11 177:12
188:16
**topic** 12:18 252:1
**topics** 144:3
**Toronto** 66:16
**total** 100:7 116:2
208:5
**Toxicological**
223:7

**toxicologists** 57:18
**toxicology** 157:17
157:21
**track** 30:11 288:4
**Trade** 5:7 248:12
248:16
**tragedy** 248:9
**trained** 197:1
247:21
**training** 67:18 99:5
194:3 201:22
246:16
**transcript** 8:21
295:14,15
**transcription** 297:5
**translate** 263:18
**travel** 188:18
**TRAVERS** 2:4
**Traverse** 7:24,24
41:21,23,24 42:1
64:1,3 107:1
163:7,9 221:14,16
261:15,16
**treat** 37:21 248:1
**treatment** 247:25
**tremendous** 247:13
**trend** 17:21 18:20
**trial** 257:22 258:14
**trials** 258:1
**trifluralin** 128:25
129:3,4
**tripled** 48:9
**trouble** 166:18
**true** 12:25 26:8
29:16 32:19 36:7
36:18 37:21 40:4
42:18 61:8 67:22
71:10,21 72:20
79:8 81:24 89:14
91:2,16 94:2,6,11
95:4 98:19,20
99:21 104:11
113:6 126:23
127:11,20 128:6
130:3 152:3 167:3
170:9,14,19 180:7
199:7,8 209:18

220:8 226:22
229:11,14 233:15
234:24 243:18
245:7 246:13
252:20 253:1
255:22 256:3
264:19 294:10
**truth** 79:3 103:11
256:3 294:8
**truthfully** 9:17
**try** 10:2 88:11
251:9 269:14
**trying** 17:2 29:12
58:16 59:6,11
72:6 105:3 109:23
115:8,9 117:18,19
166:18 184:12
203:19 216:14
237:15 258:11
263:10
**tumors** 246:25
247:1,16
**turn** 48:22 49:13
53:12 68:9 71:13
72:11 80:19 86:3
98:9 99:15 166:5
226:9 236:1
243:10 244:20
**tweet** 5:14 256:18
256:20,24 257:6
**tweeting** 257:21
**twice** 62:4 101:1,2
**Twitter** 256:25
257:2
**two** 24:6 48:14
65:15 68:18,20,21
68:22 69:7 76:16
76:22,25 85:11
86:14 93:24 97:16
108:22 111:4,10
111:25 113:8
114:15 118:20
133:25 139:14
157:11 164:4,5,9
167:17 185:10,25
198:14 203:24
232:18 252:20

253:2,4 254:5
255:25 287:11,13
**type** 10:8 32:18
56:25 97:9
**typed** 70:22 168:7
262:24
**types** 5:8 247:13
248:17
**typewriting** 294:9
**typical** 24:2
**typically** 131:6
244:15 253:14

---

**U**

**Uh-huh** 138:13
**UK** 268:24
**ultimately** 25:18
**unable** 190:21
254:23
**unadjusted** 86:12
86:22 100:8 196:1
**unaware** 24:16
170:22
**uncle** 39:16
**uncomfortable**
65:21
**unconstructive**
189:15
**unconvincing**
186:25
**underestimated**
160:2
**underneath** 71:16
107:5
**underpinning**
187:24
**understand** 9:14
10:12,23 14:24
15:25 51:24 52:12
58:2,13 59:3
60:12 87:5 91:20
100:16 103:12
117:20 143:17
150:25 180:6
184:7 189:3
203:10 204:19
215:19 237:7

Confidential - Subject to Protective Order

239:22,24 276:21
**understanding**
25:5 113:21
**understood** 68:6
**unethical** 199:20
199:22
**unexposed** 68:19
220:11 229:5
**unfair** 189:14
**Uniform** 5:5
242:22 243:3
**United** 1:1 7:11
**univariate** 104:1,5
104:19
**university** 66:12,16
67:8 148:4,8,21
148:24 155:6
174:15 175:9
177:8 250:2
**unknown** 33:4,6
**unpublished** 47:16
124:25 161:13
218:22 245:2,6,11
245:16,20 246:2,4
274:13,21 290:8
**unquote** 263:5
**untouched** 167:23
**untrained** 192:6
**unusual** 83:5 240:3
**updated** 48:3
160:25 229:1,6
287:1 291:11
**upward** 141:8
**Urea** 129:11
**urologists** 37:20,24
38:2,10
**urology** 21:16 24:3
24:4 28:14
**USA** 156:18
**use** 3:12 4:13,24
5:2 6:2 26:22
27:2 28:8 30:24
33:17,22 35:22
61:17 69:7 73:19
81:15 83:16 86:8
86:10 88:19
100:14 107:6,15

107:17,20 108:3
137:2 138:5
140:14,15 144:18
198:3,21 199:3,9
202:20 203:15
206:16 207:24
208:12 209:15
217:16,17 218:4,7
218:8,11 219:12
219:15,17 225:19
226:16 227:14
228:17 231:14,19
232:12,16 246:5
281:22 283:1
286:11,21 291:20
**useful** 16:17 17:3
46:10 77:3 78:23
249:25
**user** 230:21
**users** 70:24 192:6
**usually** 81:24
**utero** 253:10

_____

          **V**

**V** 2:18
**Vaccination** 3:24
171:4
**vaccines** 172:21
**vague** 11:25 14:20
15:11 16:8 18:15
20:8 22:6 23:14
24:14 26:1,9
27:12,16 29:6
31:13 32:9 33:12
33:25 34:14 35:18
36:8 38:6,21
39:10,19 40:6,19
42:7,10 43:2 53:5
53:8,21 56:23
57:6,9,21 58:8
61:10 62:1 65:17
67:13,24 74:23
79:23 80:4,15
82:1 83:2 88:8
94:19 97:7 113:22
113:25 114:10,20
115:16 116:6,14

116:18,23 130:24
133:9 134:12
136:23 144:7
149:15 151:12
153:17 157:19
164:3 165:10
170:21 177:3
183:14,24 190:3
191:13,21,24
195:4,21 196:12
198:24 199:13
202:4 210:23
211:4,11 215:15
217:11 247:3
251:23 252:21
253:20 255:5,23
**valid** 52:14 58:5
77:1 105:7 255:21
290:3
**validate** 284:19
**validated** 284:12
**validation** 71:3
**validities** 105:12
**validity** 16:15 46:8
51:19 52:22 58:10
59:1 60:9 62:7
69:13,15 87:4
88:1 100:13
110:13 121:20
160:1 186:7
202:13 206:10
208:16 252:7
256:11 257:13,19
**valuable** 46:17
62:5 70:1
**valuation** 180:9
**value** 46:6 62:10
78:21 95:8,15
103:18 131:13
208:19 262:15
**Vancouver** 66:25
**variability** 247:14
**variable** 61:19,19
214:18 215:1,4
216:1,4
**variables** 21:4,7
74:10 100:24

104:9 109:2,3
**varies** 24:5,9 26:14
38:22 131:10
**variety** 30:15 47:11
231:17 232:8
283:5
**various** 99:20
135:1 169:3
170:18 186:4
239:23 281:16
**vary** 25:12 72:9
90:21 117:8
196:21
**varying** 196:15
**vasectomy** 5:15
259:16,20 260:3,8
261:23 263:1,19
**verbalize** 10:9
**version** 47:25 48:2
134:23 264:25
270:15 287:24
288:16 289:13,15
289:22
**versions** 288:14
**versus** 207:24
253:19
**vertical** 49:21 50:4
**vetted** 243:16
244:6
**vice-versa** 247:17
**video** 7:8
**videographer** 7:3,5
7:22 8:2 41:13,16
63:19,22 106:6,9
162:7 163:3 221:4
221:7 261:8,11
272:8,11 292:24
**videography** 8:21
**VIDEOTAPED**
1:10
**view** 60:6,10 74:21
141:11 159:23
241:17 244:12
280:19
**viewed** 57:14
**Virginia** 2:6
**virtually** 228:14,16

228:19
**visually** 28:4
289:22
**voice** 80:13
**Volume** 3:18 4:5
137:17 138:15
150:8 152:25
158:7,12,14 173:5
**voted** 150:9,18
**vulnerable** 219:24

_____

          **W**

**W** 2:10
**wait** 80:21 146:13
**waiting** 47:4
**walk** 41:10 258:22
**Walker** 271:14
**want** 9:23 10:16,18
12:11 16:12 23:10
44:5 45:19 63:14
65:14 71:17 79:11
87:1 106:15 110:4
124:6,8 143:17
146:13,23 162:4,5
171:8 173:11
174:24 178:4
184:4 189:24
208:23 221:1
226:13 250:1
252:9,16 266:5
276:21
**wanted** 14:8 107:1
110:18 189:22
262:5
**wants** 245:22
**Washington** 2:12
**wasn't** 41:6 91:16
132:1 172:16
205:1 258:12,20
291:10
**water** 167:22 221:1
**way** 19:1,20 77:3,5
79:15 81:15 83:16
104:24 115:3,6
125:21 129:2
130:23 151:18
160:17 199:15

202:9 205:15
211:15 220:15
227:24 228:18
283:23
wcople@hollings...
2:11
we'll 9:21 10:3
43:23 45:18 47:2
48:15 64:5 92:20
94:8 154:4 170:25
189:4 200:24
218:18 227:12
250:5 258:22
262:4
we're 11:11 18:20
34:15,19 41:19,20
47:4 51:8 61:20
61:21 75:6,9 82:4
84:22 90:7,15
99:5 101:25
102:18 109:24
115:23 117:8,9
119:8 125:2
169:14 173:21
198:12 215:6,12
229:9 239:24
241:2 242:11
246:9 260:12
261:22 264:2
265:12 266:14,16
we've 43:15 63:10
101:17 116:9
120:19 122:10,17
144:22 154:5
156:20 175:12
177:12 221:21
234:5 241:20
254:17 256:16
261:4 267:17
272:18
weak 35:5
weaken 98:1,19
weaknesses 195:2
195:19
wear 194:5 197:1
199:8,11 203:7,9
203:16

wearing 189:25
190:1,14 204:15
204:17
wears 199:2
web 268:24
website 3:17,22 4:7
153:16,20 154:8
154:18,22 169:18
170:13 172:9
175:3 244:16
279:8
weigh 25:14
weighed 119:15
weight 22:13
weighted 281:23
282:2,3
Weisenburger's
182:20
welding 3:22
169:18
well-equipped
246:17
well-respected
112:3,6 174:8
went 27:5 127:24
128:20 129:19
142:23 143:3
225:5 276:6
weren't 48:19
57:12 59:4 91:18
161:1,2 216:24
235:16 291:11
WG 177:14
whereof 294:17
widely 241:14
width 121:15
William 2:10 7:20
willing 247:4,15
Wilson 5:15 149:21
149:22,25 259:12
259:12,20,25
wish 54:5
witness 8:4 49:8,10
90:5 108:14
135:25 145:18
154:13 158:20
172:14 179:23

180:19 220:25
221:3 242:15
272:4 276:24
292:23 294:11,17
295:1
witness's 145:21
156:23 194:18
witnesses 96:9,16
women 202:25
wonder 237:4
wording 151:1
words 233:21 234:1
work 28:11,12
30:21 42:4 55:5
55:25 56:12 82:4
96:9 106:12 120:7
148:5,24 172:16
174:10 184:8
188:7,18 213:19
214:1 221:10
228:7 238:17
239:7 242:8
243:15 244:5
245:9 246:1
265:21 274:14,16
275:3
worked 171:17,22
185:17 291:1
working 29:4 172:4
172:18 177:13
188:17 189:13
240:2 242:7
works 53:1 131:6
170:18 231:13
244:13
World 5:7 59:4
170:5 248:12,15
271:15
worry 258:15
worth 262:21
worthy 22:24 65:11
172:24 241:16
wouldn't 16:16
61:17 88:6 117:12
125:21 131:21
143:11 152:16
160:18 199:21

201:21 219:21
245:9 247:4,15
266:11
write 79:6,11 96:3
131:16 132:6,21
133:3 139:11
178:5,8 225:6
writes 177:10
237:4
writing 79:13
130:22 289:4
written 80:6,11
85:11 96:5 130:19
132:15 133:12,15
133:22 187:4
218:25 245:2,14
251:8 254:19
279:15,17
wrong 62:4,14
115:6 120:6 136:9
141:16 143:15
151:2 158:5 159:5
256:9 257:6 262:6
265:17
wrote 133:7 167:8
167:15 222:10
258:25 259:2
264:10
Wu 173:24 174:2

**X**

X 3:4

**Y**

yeah 24:16 26:4
35:19 43:3 45:11
63:16 64:3 99:14
114:22 122:4
133:2,25 149:17
150:23 162:5
163:23 180:16
184:3,7 187:21
196:13 197:7
233:23 234:14
237:9 238:23
257:20 258:12
261:16 267:5

275:1 278:20
280:22 287:10
289:19
year 17:23 31:7,10
44:14 68:18
139:14 219:7
250:16 254:19
268:2 276:4
279:18
years 4:11 17:22,23
166:25,25 168:1
184:24 185:6
230:13 232:4
248:24 249:6,15
253:4
Yep 112:21
York 248:10
young 252:19,23
253:22
younger 234:4
Yu-Han 279:18

**Z**

zero 68:20

**0**

0001 19:2,6
02 122:13
03 92:5,18 106:15
122:3
05 122:6 258:21
06 258:2
08 92:22 122:10

**1**

1 13:13 17:17 35:22
50:6 51:12,17
69:5,10 75:2
78:21 94:21 95:8
95:15 101:18
103:18 123:21
130:13 138:5
208:19 222:24
239:1,18 268:6
1-to-1.43 262:14
1.0 49:22,24 50:3
50:10 129:16

Confidential - Subject to Protective Order

**1.08** 78:22
**1.1** 121:16 260:2
**1.19** 260:15 262:13
**1.2** 35:5 74:4
   208:10
**1.3** 52:20 56:6
**1.34** 251:5
**1.4** 263:4
**1.5** 105:13 121:11
   123:12 124:10
**1.51** 104:16
**1.6** 87:17,18,23
   88:2,22
**1.7** 264:24,24
**1.74** 74:4
**1.85** 83:22
**1.87** 103:3
**1/28/16** 3:14 146:9
**1/4/12** 3:20 165:20
**1:20** 163:4
**1:24** 106:10
**10** 208:13 234:17
   259:4,6 260:2
**10/24/2016** 288:23
**10:06** 63:20
**10:16** 63:23
**100** 105:6 229:8,14
   232:24
**1047** 80:19
**105** 152:25
**108** 2:6
**11** 155:17
**11:08** 106:7
**110** 6:15
**112** 3:18 137:17
   138:15 150:8
   158:7,12,14 270:6
   271:13 292:1,6
**114** 4:5 173:5
**1160** 72:12
**1161** 68:10 70:20
**1162** 71:13
**119** 3:10
**11th** 248:8
**12** 135:3,6 139:24
**12/5/16** 6:2 286:23
**12:32** 162:8

**129** 270:13
**13** 3:7
**134** 3:11
**1350** 2:12
**14** 141:19 142:6
**144** 3:13
**146** 3:14
**149** 108 294:23
**15** 226:10 243:11
**152** 3:15
**154** 3:17
**158** 3:18
**16-md-02741-VC**
   1:5 7:11
**165** 3:20
**1659** 99:15 102:18
**1660** 98:9
**1661** 104:13
**169** 3:22
**17** 155:17 159:3
   268:15
**171** 3:24
**173** 4:5
**175** 4:7
**176** 4:10
**18** 111:9,12
**184** 4:12
**18th** 239:16
**19** 141:20 244:21
   260:17
**1933** 167:20
**198** 4:15
**1993** 217:22 230:7
**1997** 217:22 230:8
**1998** 230:15
**19th** 288:7
**1st** 238:23,24

———————
**2**
———————
**2** 1:12 17:16,18
   18:8 21:7 74:9
   99:17 108:16,19
   137:23 138:10
   186:2 187:18
   238:3 251:13
   265:17 268:6
**2,4-D** 4:19 73:3

113:20 114:1,8,13
   212:3,18,23 213:5
   213:9,12,23 214:1
   214:8,10,10,22
   215:7,13,22 216:7
   216:19,25 217:2
**2.0** 121:16 125:25
**2.02** 95:4,6
**2.1** 86:21,24 88:22
   263:4 264:17,25
   265:5,9,11
**2.12** 68:25 69:6
**2.26** 95:11,13
**2.36** 100:3,9,10,19
   100:25
**2.42** 139:14
**2:32** 221:5
**2:50** 221:8
**20** 17:22 34:6,11,23
   35:15 36:1 208:8
   297:17
**20,000** 232:19
   235:4,16
**2000** 219:19 254:19
**20005** 2:12
**2001** 219:19 248:8
**2002** 51:1 219:13
**2003** 50:16 84:23
   230:15,19
**2005** 47:25 48:2
   50:19 125:1
   195:15,20 200:25
   207:2 218:25
   219:2 236:13
   281:1,21
**2006** 230:20
**2008** 50:24
**201** 4:17
**2012** 152:11 166:3
   167:8
**2013** 48:8 223:19
   239:16,16 264:12
   265:25 269:3
   275:11 286:15
   287:7 288:24
**2014** 225:5,9 268:8
   285:9 286:11

**2015** 138:12 155:4
   155:7,17 185:5
   250:17
**2016** 197:12 239:17
   269:5 287:20
**2017** 1:7 7:6 238:23
   238:25 239:18
   288:7 292:25
   294:6,18
**202-898-5800** 2:13
**21** 1:7 7:6 138:12
   268:17 292:25
**213** 4:19
**21st** 239:16 294:5
   294:18
**22** 195:16 217:16
   218:7 268:17
**222** 4:22
**225** 4:24
**227** 5:2
**22960** 2:6
**23** 268:17
**23-1** 3:6 13:14,19
**23-10** 3:8 119:1,9
**23-11** 3:11 134:7,19
   137:6
**23-12** 3:12 144:16
   144:23
**23-13** 3:14 146:7,8
   146:19
**23-14** 3:15 152:19
   152:20
**23-15** 3:16 154:5,6
   279:24
**23-16** 3:18 158:11
   158:13
**23-17** 3:19 165:16
   165:17
**23-18** 3:21 169:15
   169:16
**23-19** 3:23 171:1,2
**23-2** 4:1 43:7,16
**23-20** 4:5 173:3,4
   173:15
**23-21** 4:6 174:23
   175:1
**23-22** 4:8 175:21

176:1 179:16
**23-23** 4:11 184:22
   184:23 185:3
**23-24** 4:13 197:19
   198:1 206:12
**23-25** 4:16 200:24
   201:2
**23-26** 4:18 213:5,6
   264:2
**23-27** 4:20 222:2,3
**23-28** 4:23 225:15
   225:16 285:22
**23-29** 5:1 227:12,13
**23-3** 5:3 44:19,22
   48:18 49:15 60:15
   63:6 74:2 83:20
   105:19
**23-30** 5:5 242:21
   243:1
**23-31** 5:7 248:15
**23-32** 5:9 250:7
**23-33** 5:12 254:8,14
**23-34** 5:14 256:19
**23-35** 5:15 259:19
   262:1
**23-36** 5:17 264:3,4
**23-37** 5:19 266:18
   267:1
**23-38** 5:20 273:5
**23-39** 5:22 277:16
**23-4** 5:23 45:18
   48:20 49:2 51:25
**23-40** 6:1 286:20
**23-5** 6:3 64:6,12
**23-6** 6:6 75:19 76:1
**23-7** 6:8 84:23 85:1
**23-8** 6:11 93:1
**23-9** 6:14 110:21
   111:1
**24** 243:11 268:17
**24-year** 5:16
   259:17,22
**243** 5:6
**248** 5:8
**24th** 239:17
**250** 5:11
**254** 5:13

Confidential - Subject to Protective Order

Page 335

**256** 5:14
**259** 5:16
**264** 5:18
**267** 5:19
**272** 3:3
**273** 5:21
**2741** 1:3 7:10
**277** 5:22
**28** 217:18 218:9
**286** 6:2
**29** 17:22 287:16
**2A** 150:18,22,25
   151:8 156:3
   183:23 223:20
   265:22
**2B** 212:4

**3**
**3** 86:4,6,20 102:20
   106:25 107:3,6,7
   211:21,23 248:22
**3-18** 288:24
**3.04** 78:14,17
**3.1** 113:5 118:13
**3.2** 265:11
**3.51** 103:20
**3/21/2013** 288:23
**3:41** 261:9
**30** 52:1,16 55:25
   121:24 122:1
   295:13
**30,000** 97:11
**3035** 262:7
**3036** 262:23
**3038** 263:17
**31** 121:25
**32** 250:6
**32,000** 20:25
**33** 121:25 122:1
   283:22
**34** 256:17
**36,000** 232:17
   233:6 235:15
**36,342** 229:20
   232:6
**37** 229:25 230:2,9
**38** 273:4 275:7

**39** 277:14

**4**
**4** 18:22 112:18,19
   112:19 113:4
   118:14 166:3
   248:24 249:6,15
**4,000** 21:2
**4:04** 261:12
**4:25** 272:9
**4:42** 272:12
**40** 4:11 17:22 18:19
   184:24 185:6
   286:18 289:9,12
**400** 147:24
**404** 48:23 49:14,16
**424** 53:13 55:24
**43** 4:4 121:25 122:1
**44** 5:4
**4513** 120:25 125:14
**46** 121:25 122:1
**49** 5:25 17:23 18:19
   217:13

**5**
**5** 125:6 126:23
   127:2,17 128:9,11
   129:12,23 222:24
   222:25 223:15
   234:16 265:16
   268:7
**5/24/17** 3:12 144:17
**5:03** 293:1
**50** 33:6 104:21
   105:5,15 123:1
   125:7 282:6
**50s** 168:24
**51** 207:20
**512** 188:14
**513** 189:5
**52** 211:23
**53** 208:21
**540-** 2:7
**55** 83:23
**57,000** 201:16
**5th** 287:19

**6**
**6** 258:7
**6.2** 83:23
**6/23/15** 4:18 213:7
**60** 87:22 88:3
**60s** 168:24
**63** 126:2 229:21,24
**64** 6:5
**672-4224** 2:7

**7**
**7** 8:18 18:23 84:5
   88:25 104:13
   106:1 110:9
**7/31/17** 5:21 273:7
**70** 82:15
**70s** 82:14
**71** 237:21,25 238:4
   238:5,15
**743** 178:3
**76** 6:7

**8**
**8** 3:2 68:11 91:5
   236:1 237:4
**833** 74:4
**85** 6:10
**877.370.3377** 1:20

**9**
**9** 88:25 108:16,19
   128:17 129:6
**9/11** 248:3,13
**9/19** 239:5
**9/19/2017** 239:20
   239:21 288:22
**9/21/15** 3:11 134:8
**9:01** 1:13 7:7 294:6
**9:37** 41:14
**9:41** 41:17
**90** 270:2
**917.591.5672** 1:20
**92** 208:5
**93** 6:13 218:14
   219:4 230:5
   231:25 285:6
**94** 218:14

**95** 218:14 229:18
   257:17
**96** 218:14
**97** 218:14 230:5,18
**98** 219:7,19 230:19
**99** 219:19
**998** 103:20