# EXHIBIT 61

## Proxy vs. Self Respondents

| Glyphosate Use | OR (95% CI) for NHL Overall | |
|---|---|---|
| | Proxy and Self Respondents[a] | Self Respondents Only[b] |
| Never used | 1 | 1 |
| Ever used | 1.13 (0.84, 1.51) | 0.95 (0.69, 1.32) |
| **Duration (# years)** | | |
| >0 and ≤3.5 | 1.28 (0.88, 1.84) | 1.17 (0.79, 1.74) |
| >3.5 | 0.94 (0.62, 1.42) | 0.78 (0.49, 1.24) |
| **Frequency (# days/year)** | | |
| >0 and ≤2 | 0.74 (0.46, 1.19) | 0.66 (0.39, 1.12) |
| >2 | 1.73 (1.02, 2.94) | 1.77 (0.99, 3.17) |
| **Lifetime days (# years x # days/year)** | | |
| 0 and ≤7 | 0.87 (0.52, 1.45) | 0.82 (0.46, 1.44) |
| >7 | 1.08 (0.66, 1.77) | 1.06 (0.62, 1.81) |

a. ORs adjusted for age, sex, state/province, lymphatic or hematopoietic cancer in a first-degree relative, use of a proxy respondent, use of any PPE, use of 2,4-D, use of dicamba, use of malathion; b. ORs adjusted for age, sex, state/province, lymphatic or hematopoietic cancer in a first-degree relative, use of any PPE, use of 2,4-D, use of dicamba, use of malathion

In this analysis we compared risk estimates based on glyphosate use information that was provided by proxy and self respondents together, and by self respondents only. It was hypothesized that ORs from self respondents only might be more accurate than ORs from proxy and self respondents together, owing to the potential lack of detailed knowledge of pesticide use by proxy respondents, who were typically family or close friends of the very ill or deceased. We found that there was no consistent pattern of risks. ORs tended to be the same in both groups for NHL overall. (Results for NHL sub-types not shown). The lack of differences between the groups might actually be a good thing because it means that proxy respondents