# EXHIBIT 65

**A detailed assessment of glyphosate use and the risks of non-Hodgkin lymphoma overall and by major histological sub-types: findings from the North American Pooled Project**

MANISHA PAHWA, CANCER CARE ONTARIO, CANADA
BEANE FREEMAN L.[2], SPINELLI J.[3,4], BLAIR A.[2], HOAR ZAHM S.[2], CANTOR K.[2], PAHWA P.[5,6], DOSMAN J.[5], MCLAUGHLIN J.[1,7,8], WEISENBURGER D.[9], DEMERS P.[1,7], HARRIS S.[1,7,10]

[1] Occupational Cancer Research Centre, Cancer Care Ontario, Toronto, Canada
[2] Division of Cancer Epidemiology and Genetics, U.S. National Cancer Institute, Bethesda, U.S.A.
[3] British Columbia Cancer Agency Research Centre, Vancouver, Canada
[4] School of Population and Public Health, University of British Columbia, Vancouver, Canada
[5] Canadian Centre for Health and Safety in Agriculture, University of Saskatchewan, Saskatoon, Canada
[6] Department of Community Health and Epidemiology, University of Saskatchewan, Saskatoon, Canada
[7] Dalla Lana School of Public Health, University of Toronto, Toronto, Canada
[8] Public Health Ontario, Toronto, Canada
[9] Department of Pathology, City of Hope Medical Center, Duarte, U.S.A
[10] Prevention and Cancer Control, Cancer Care Ontario, Toronto, Canada

Purpose: Glyphosate is the most frequently used herbicide worldwide. The International Agency for Research on Cancer recently classified glyphosate as a probable carcinogen for non-Hodgkin lymphoma (NHL), but the epidemiological studies considered were limited by small sample sizes and a lack of exposure-response data for NHL sub-types. We evaluated potential associations between glyphosate use and NHL risk using detailed information from the North American Pooled Project (NAPP).
Methods: Data from NHL cases (N=1690) and population-based controls (N=5131), recruited from Canada and the Midwest U.S. during the 1980s-1990s for 4 different studies, were recently pooled for the NAPP. Self-reported glyphosate use information was used to assess possible associations with NHL overall and by histological sub-type (follicular lymphoma [FL], diffuse large B-cell lymphoma [DLBCL], small lymphocytic lymphoma [SLL], and other). Odds ratios (OR) and 95% confidence intervals (CI) were estimated with multiple logistic regression models adjusted for demographic and NHL risk factors.
Results: Unadjusted for other pesticides, subjects who ever used glyphosate (N=133) had a significantly elevated NHL risk (OR=1.43, 95% CI: 1.11, 1.83). Glyphosate use for >3.5 years increased SLL risk (OR=1.98, 95% CI: 0.89, 4.39). Handling glyphosate for >2 days/year was associated with significantly higher odds of NHL (OR=2.42, 95% CI: 1.48, 3.96) and DLBCL (OR=2.83, 95% CI: 1.48, 5.41). There were suggestive risk increases (p-value ≤0.02) for NHL, FL, and SLL with greater years*days/year of glyphosate use. Except for SLL, risks attenuated when adjusted for other pesticides.
Conclusions: This analysis suggested that glyphosate use was associated with increased NHL risk. Risk differences by histological sub-type were not consistent across glyphosate use metrics and may have been chance findings. Nevertheless, the NAPP's large sample size yielded more precise results than previously possible.
Funding source: Canadian Cancer Society Research Institute; U.S. National Institutes of Health Intramural Research Program, National Cancer Institute.

**The role of oral hygiene in head and neck cancer: Results from International Head and Neck Cancer Epidemiology (INHANCE) Consortium**

DANA HASHIM, ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI, UNITED STATES
SARTORI S.[1], BRENNAN P.[2], CURADO M.[3], WÜNSCH-FILHO V.[3], OLSHAN A.[4], ZEVALLOS J.[4], WINN D.[5], FRANCESCHI S.[2], CASTELLSAGUÉ X.[6], LISSOWSKA J.[7], RUDNAI P.[8], MATSUO K.[9], MORGENSTERN H.[10], BOFFETTA P.[1]

[1] Department of Preventive Medicine and Department of Translational Epidemiology, Icahn School of Medicine at Mount Sinai, New York, NY USA
[2] Genetic Epidemiology Group, International Agency for Research on Cancer, Lyon, France
[3] Epidemiology- CIPE/ACCAMARGO and Faculdade de Saúde Pública, Universidade de São Paulo, Sao Paulo, Brazil
[4] Department of Pediatric Dentistry and Department of Epidemiology, University of North Carolina School of Public Health, Chapel Hill, NC, USA
[5] Division of Cancer Control and Population Sciences, National Cancer Institute, Bethesda, MD
[6] Catalan Institute of Oncology (ICO)-IDIBELL, L'Hospitalet de Llobregat, Catalonia, Spain; CIBER de Epidemiología y Salud Pública (CIBERESP), Spain
[7] The M. Skasodowska-Curie Memorial Cancer Center and Institute of Oncology, Dept. of Cancer Epidemiology and Prevention, Warsaw, Poland