# EXHIBIT 81

1

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)

2
Eric G. Lasker (*pro hac vice*)
Robert E. Johnston (*pro hac vice*)

3
1350 I Street, N.W.
Washington, DC  20005

4
Tel:     202-898-5800
Fax:     202-682-1639

5
Email: jhollingsworth@hollingsworthllp.com
         elasker@hollingsworthllp.com

6
         rjohnston@hollingsworthllp.com

7
*Attorneys for Defendant*
*MONSANTO COMPANY*

8

9
UNITED STATES DISTRICT COURT

10
NORTHERN DISTRICT OF CALIFORNIA

11

12
| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to all cases | |

13

14

15

16
**MONSANTO COMPANY'S RESPONSES TO**
**PLAINTIFFS' REQUESTS FOR ADMISSION**

17
        Monsanto Company ("Monsanto") hereby responds pursuant to Federal Rules of Civil

18
Procedure 26 and 36, to plaintiffs' Requests for Admission, dated April 17, 2017 ("Requests").

19
**GENERAL OBJECTIONS**

20
        1.        Monsanto objects to the Requests to the extent they exceed the bounds of

21
permissible discovery.

22
        2.        Monsanto objects to the timeliness of plaintiffs' Requests.  The Requests were

23
served on Monsanto on April 18, 2017, the day after the close of fact discovery – a deadline that

24
has been in place since November 2016.  *See* Pretrial Order No. 3 at 2, *In re Roundup Prods.*

25
*Liab. Litig.*, No. 3:16-md-02741-VC (N.D. Cal. Nov. 23, 2016), ECF No. 47.  Because plaintiffs'

26
Requests for Admission were served *after* the discovery deadline had already passed, they are

27
untimely.

28

3.      Monsanto objects to plaintiffs' Requests to the extent they call for the disclosure of information protected by the attorney-client privilege and/or attorney work product doctrine. Monsanto will construe all Requests as extending only to information and documentation that are not protected by the attorney-client privilege and/or the work product doctrine.

4.      Monsanto objects to plaintiffs' Requests to the extent they call for the disclosure of information not within the defendant's possession, custody, or control, including information in the possession of other corporations or individuals not employed by the company.

5.      Monsanto objects to plaintiffs' Requests to the extent they seek information that is publicly available and therefore readily available to plaintiffs, as the burden of obtaining such information and documentation is the same for plaintiffs as it would be for Monsanto.

6.      Monsanto objects that, to the extent that plaintiffs seek relevant information, plaintiffs have had ample opportunity to obtain the information by discovery in the litigation, and that further discovery at this stage would be unreasonably cumulative or duplicative and not proportional to the needs of these cases.  Plaintiffs have already pursued extensive discovery which includes document productions by Monsanto of nearly 900,000 documents (estimated to total over 10 million pages), additional non-party document productions (e.g., from members of the 2015 Glyphosate Expert Panel convened by Intertek), and numerous depositions.  Many of plaintiffs' Requests also are cumulative or duplicative of admissions to pleadings as discussed further below.  Plaintiffs' Requests also are irrelevant or excessive because of the limited scope of this phase of the litigation particularly in light of the discovery already permitted; "[i]n this phase, which is limited to 'general causation,' the Court will decide only whether there is sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer (specifically, Non-Hodgkin's Lymphoma) in humans." *See, e.g.*, Pretrial Order 15 at 1-2, ECF No. 186.  Plaintiffs' experts do not need Answers to these questions to render their opinions. The parties' time and resources should remain focused on the current expert discovery phase of this litigation.

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

7.      Monsanto's Responses to the plaintiffs' Requests are made without waiving the right, at any time and for any reason, to revise, supplement, correct, add to, or clarify these Responses.

8.      These General Objections apply to all of the following Responses to specific Requests and are incorporated by reference therein.

### PLAINTIFFS' REQUESTS FOR ADMISSION AND MONSANTO'S RESPONSES

1.  Admit that Monsanto held a patent on glyphosate until approximately 2000.

**OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if restated in full, including that each of plaintiffs' requests for admission is untimely.  In addition, Monsanto objects to this Request as vague as to the word "patent" because it does not specify the location of such patent.  Monsanto also objects to this Request because it is duplicative of the allegations in paragraph 35 of the complaint in *Galvan v. Monsanto Co.*, Case No. 3:17-cv-00781-VC and paragraph 23 of the complaint in *Gebo v. Monsanto Co.*, Case No. 3:17-cv-00168-VC, which were admitted in Monsanto's answers.  Monsanto also objects to the extent the Request seeks information regarding Monsanto products used or sold outside the United States because such information is not relevant and not proportional to the needs of this case; there are no allegations that plaintiffs were exposed to or purchased glyphosate-containing products outside of the United States, and plaintiffs have already completed extensive discovery regarding Monsanto products (including their ingredients) sold in the United States such that further discovery also would be unduly cumulative and burdensome.

2.  Admit that Monsanto was the exclusive purveyor of glyphosate and glyphosate-based formulations within the United States until the expiration of its patent.

**OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if restated in full, including that each of plaintiffs' requests for admission is untimely.  In addition, Monsanto objects to this Request as vague as to the phrase "exclusive purveyor."

1    3.   Admit that glyphosate was initially classified by EPA as a Group C – possible human
2         carcinogen.
3    **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if
4    restated in full, including that each of plaintiffs' requests for admission is untimely.
5
6    4.   Admit that Monsanto hired Industrial Bio-Test (IBT) Laboratories to test the toxicity of
7         its Roundup® products for registration purposes.
8    **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if
9    restated in full, including that each of plaintiffs' requests for admission is untimely.  In addition,
10   Monsanto objects to this Request because it is duplicative of the allegations in numerous of
11   plaintiffs' complaints in the MDL, which were admitted in Monsanto's answers to thirteen of
12   those complaints.  *See, e.g.*, Answer ¶ 25-26, ECF No. 12, *Bennierita Smith v. Monsanto Co.*,
13   Case No. 3:17-cv-01129-VC; Answer ¶ 29-30, ECF No. 10, *Galvan v. Monsanto Co.*, Case No.
14   3:17-cv-00781-VC; Answer ¶ 101-102, ECF No. 11, *Holm v. Monsanto Co.*, Case No. 3:17-cv-
15   00734-VC.  In addition, Monsanto objects to this Request as vague as to "hired."
16
17   5.   Admit that Monsanto hired Craven Laboratories to test the toxicity of its Roundup®
18        products for registration purposes.
19   **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if
20   restated in full, including that each of plaintiffs' requests for admission is untimely.  In addition,
21   Monsanto objects to this Request because it is duplicative of the allegations in numerous of
22   plaintiffs' complaints in the MDL, which were addressed in Monsanto's answers to thirteen of
23   those complaints.  *See, e.g.*, Answer ¶ 25, 28, ECF No. 12, *Bennierita Smith v. Monsanto Co.*,
24   Case No. 3:17-cv-01129-VC; Answer ¶ 29, 33, ECF No. 10, *Galvan v. Monsanto Co.*, Case No.
25   3:17-cv-00781-VC; Answer ¶ 101, 107, ECF No. 11, *Holm v. Monsanto Co.*, Case No. 3:17-cv-
26   00734-VC.  In addition, Monsanto objects to this Request as vague as to "hired."
27
28

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

1  6. Admit that IBT Laboratories, hired by Monsanto to test the toxicity of its Roundup®

2  products for registration purposes, committed fraud.

3  **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

4  restated in full, including that each of plaintiffs' requests for admission is untimely.  In addition,

5  Monsanto objects to this Request because it is duplicative of the allegations in numerous of

6  plaintiffs' complaints in the MDL, which were admitted in Monsanto's answers to thirteen of

7  those complaints.  *See, e.g.*, Answer ¶ 25-26, ECF No. 12, *Bennierita Smith v. Monsanto Co.*,

8  Case No. 3:17-cv-01129-VC; Answer ¶ 29-31, ECF No. 10, *Galvan v. Monsanto Co.*, Case No.

9  3:17-cv-00781-VC; Answer ¶ 101, 103, ECF No. 11, *Holm v. Monsanto Co.*, Case No. 3:17-cv-

10  00734-VC.  In addition, Monsanto objects to this Request as vague as to "hired."

11

12  7. Admit that Craven Laboratories, hired by Monsanto to test the toxicity of its Roundup®

13  products for registration purposes, committed fraud.

14  **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

15  restated in full, including that each of plaintiffs' requests for admission is untimely.  In addition,

16  Monsanto objects to this Request because it is duplicative of the allegations in numerous of

17  plaintiffs' complaints in the MDL, which were addressed in Monsanto's answers to thirteen of

18  those complaints.  *See, e.g.*, Answer ¶ 25, 28, ECF No. 12, *Bennierita Smith v. Monsanto Co.*,

19  Case No. 3:17-cv-01129-VC; Answer ¶ 29, 33, ECF No. 10, *Galvan v. Monsanto Co.*, Case No.

20  3:17-cv-00781-VC; Answer ¶ 101, 107, ECF No. 11, *Holm v. Monsanto Co.*, Case No. 3:17-cv-

21  00734-VC.  In addition, Monsanto objects to this Request as vague as to "hired."

22

23  8. Admit that the EPA changed its classification of glyphosate to *evidence of non-*

24  *carcinogenicity in humans* (Group E) in 1991 after Monsanto submitted additional

25  studies to EPA.

26  **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

27  restated in full, including that each of plaintiffs' requests for admission is untimely.  In addition,

28  Monsanto objects to this Request because it is duplicative of the allegations in numerous of

1  plaintiffs' complaints in the MDL, which were admitted in Monsanto's answers to fourteen of

2  those complaints.  *See, e.g.*, Answer ¶ 24, ECF No. 12, *Bennierita Smith v. Monsanto Co.*, Case

3  No. 3:17-cv-01129-VC; Answer ¶ 28, ECF No. 10, *Galvan v. Monsanto Co.*, Case No. 3:17-cv-

4  00781-VC; Answer ¶ 99, ECF No. 11, *Holm v. Monsanto Co.*, Case No. 3:17-cv-00734-VC.

5  Monsanto further objects to this Request as vague as to "additional studies."

6

7      9.   Admit that polyethyloxylated tallowamine (POEA) is a surfactant used in commercial

8           Roundup® formulations.

9      **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

10  restated in full, including that each of plaintiffs' requests for admission is untimely.  In addition,

11  Monsanto objects to this Request as vague as to "commercial Roundup® formulations" as there

12  have been and are a significant number of "commercial Roundup® formulations" used at

13  different times.  Monsanto also objects to this Request as vague as to geographic location, and

14  further objects to the extent the Request seeks information regarding Monsanto products sold

15  outside the United States because such information is not relevant and not proportional to the

16  needs of this case; there are no allegations that plaintiffs were exposed to or purchased

17  glyphosate-containing products outside of the United States, and plaintiffs have already

18  completed extensive discovery regarding Monsanto products (including their ingredients) sold in

19  the United States such that further discovery also would be unduly cumulative and burdensome.

20

21     10. Admit that POEA has been an ingredient in Roundup® sold in America at the time of

22          responding to these requests.

23     **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

24  restated in full, including that each of plaintiffs' requests for admission is untimely.  In addition,

25  Monsanto objects to this Request as vague as to the product "Roundup®" as there are many

26  different products called "Roundup®" sold under the Roundup® brand.  Monsanto objects to this

27  Request as vague as to "America" and geographic location; to the extent the Request seeks

28  information outside of the United States, that information is not relevant to this action.

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

1   Monsanto also objects as to the tense used in this Request as ambiguous whether it is seeking

2   information regarding products sold now or all products ever sold in the history of Roundup®

3   sales until now.

4

5       11. Admit that Monsanto has never conducted a long-term carcinogenicity study on POEA.

6       **OBJECTION:** Monsanto incorporates by reference General Objections 1-6 here as if

7   restated in full, including that each of plaintiffs' requests for admission is untimely.  In addition,

8   Monsanto objects to this Request as vague as to "long-term carcinogenicity study."

9

10

11      12. Admit that studies conducted by or at the request of Monsanto have revealed that POEA

12          is toxic.

13      **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

14  restated in full, including that each of plaintiffs' requests for admission is untimely.  In addition,

15  Monsanto objects to this Request as vague as to the word "toxic."  Monsanto also objects to the

16  word "toxic" as irrelevant unless it is defined as carcinogenic.

17

18      13. Admit that studies have shown that POEA may be more toxic than glyphosate alone.

19      **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

20  restated in full, including that each of plaintiffs' requests for admission is untimely.  In addition,

21  Monsanto objects to this Request as vague as to the word "toxic."  Monsanto also objects to the

22  word "toxic" as irrelevant unless it is defined as carcinogenic.

23

24      14. Admit that Monsanto has not conducted a long-term carcinogenicity study of the

25          formulated product Roundup®.

26      **OBECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

27  restated in full, including that each of plaintiffs' requests for admission is untimely.  In addition,

28  Monsanto objects to this Request as vague as to "the formulated product Roundup®," as there are

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

1  many different formulations of Roundup® product sold under the Roundup® brand.   Monsanto

2  also objects to this Request as vague as to "long-term carcinogenicity study."  Monsanto further

3  objects to the extent this Request presumes an obligation to conduct long-term carcinogenicity

4  studies on end-use formulated pesticide or herbicide products.

5

6      15. Admit that Monsanto has not conducted a long-term carcinogenicity study of all other

7          surfactants, adjuvants, and other so-called "inert" ingredients in the Roundup®

8          formulation.

9  **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

10  restated in full, including that each of plaintiffs' requests for admission is untimely.  In addition,

11  Monsanto objects to this Request as vague as to "the Roundup® formulation" as there are many

12  formulations of Roundup® products.  Monsanto objects to this Request as vague as to "long-term

13  carcinogenicity study" and "so-called 'inert' ingredients."  Monsanto also objects to this Request

14  as compound.  Monsanto also objects to the extent the Request seeks information regarding

15  Monsanto products sold outside the United States because such information is not relevant and

16  not proportional to the needs of this case; there are no allegations that plaintiffs were exposed to

17  or purchased glyphosate-containing products outside of the United States, and plaintiffs have

18  already completed extensive discovery regarding Monsanto products (including their

19  ingredients) sold in the United States such that further discovery also would be unduly

20  cumulative and burdensome.

21

22      16. Admit that Monsanto knew POEA and/or adjuvants and other so-called "inert"

23          ingredients in the Roundup® formulation may be toxic.

24  **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

25  restated in full, including that each of plaintiffs' requests for admission is untimely.  In addition,

26  Monsanto objects to this Request as vague as to the word "toxic."  Monsanto also objects to the

27  word "toxic" as irrelevant unless it is defined as carcinogenic. Monsanto objects to this Request

28  as vague as to "the Roundup® formulation" as there are many formulations of Roundup® product.

1  Monsanto objects to this Request as vague as to the words "adjuvants" and "'inert' ingredients."

2  Monsanto also objects to the extent the Request seeks information regarding Monsanto products

3  sold outside the United States because such information is not relevant and not proportional to

4  the needs of this case; there are no allegations that plaintiffs were exposed to or purchased

5  glyphosate-containing products outside of the United States, and plaintiffs have already

6  completed extensive discovery regarding Monsanto products (including their ingredients) sold in

7  the United States such that further discovery also would be unduly cumulative and burdensome.

8

9      17. Admit that Monsanto cannot state that Roundup® does not cause cancer.

10     **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

11  restated in full, including that each of plaintiffs' requests for admission is untimely.

12

13     18. Admit that the Roundup® formulation may be more toxic than glyphosate alone.

14     **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

15  restated in full, including that each of plaintiffs' requests for admission is untimely.  In addition,

16  Monsanto objects to this Request as vague as to the term "toxic."  Monsanto also objects to the

17  word "toxic" as irrelevant unless it is defined as carcinogenic.  Monsanto objects to this Request

18  as vague as to "the Roundup® formulation" as there are many formulations of Roundup® product.

19  Monsanto also objects to the extent the Request seeks information regarding Monsanto products

20  sold outside the United States because such information is not relevant and not proportional to

21  the needs of this case; there are no allegations that plaintiffs were exposed to or purchased

22  glyphosate-containing products outside of the United States, and plaintiffs have already

23  completed extensive discovery regarding Monsanto products (including their ingredients) sold in

24  the United States such that further discovery also would be unduly cumulative and burdensome.

25

26     19. Admit that as early as 1991, available evidence demonstrated that glyphosate

27         formulations were more toxic than glyphosate alone.

28

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

1    **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

2    restated in full, including that each of plaintiffs' requests for admission is untimely.  In addition,

3    Monsanto objects to this Request as vague as to the word "toxic."  Monsanto also objects to the

4    word "toxic" as irrelevant unless it is defined as carcinogenic. Monsanto objects to this Request

5    as vague as to "glyphosate formulations" as there are many formulations of Roundup® product.

6    Monsanto also objects to this Request as vague as to the word "more."  Monsanto also objects to

7    the extent the Request seeks information regarding Monsanto products sold outside the United

8    States because such information is not relevant and not proportional to the needs of this case;

9    there are no allegations that plaintiffs were exposed to or purchased glyphosate-containing

10   products outside of the United States, and plaintiffs have already completed extensive discovery

11   regarding Monsanto products (including their ingredients) sold in the United States such that

12   further discovery also would be unduly cumulative and burdensome.

13

14       20. Admit that assessments of glyphosate toxicity should account for the presence of

15           adjuvants or additional chemicals used in the formulation of the complete pesticide.

16   **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

17   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

18   objects to this request as written as vague, ambiguous, and containing legal conclusions.  In

19   addition, Monsanto objects to this Request as vague as to the term "toxicity."  Monsanto also

20   objects to the word "toxicity" as irrelevant unless it is defined as carcinogenic.  Monsanto objects

21   to this Request as vague as to the terms "complete pesticide."  Monsanto also objects to this

22   Request as vague as to the word "should," which calls for a value judgment or opinion.

23

24       21. Admit that California's Office of Environmental Health Hazard Assessment ("OEHHA")

25           published a notice of intent to include glyphosate on the state's list of known carcinogens

26           under California's Safe Drinking Water and Toxic Enforcement Act of 1986 (Proposition

27           65).

28

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

1     **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

2 restated in full, including that each of plaintiffs' requests for admission is untimely.  In addition,

3 Monsanto objects to this Request because it is duplicative of the allegations in paragraph 74 of

4 the complaint in *Galvan v. Monsanto Co.*, Case No. 3:17-cv-00781-VC and paragraph 62 of the

5 complaint in *Gebo v. Monsanto Co.*, Case No. 3:17-cv-00168-VC, which were admitted in

6 Monsanto's answers.

7

8     22. Admit that Monsanto sued the OEHHA to prevent listing glyphosate as a known

9         carcinogen under Proposition 65.

10     **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

11 restated in full, including that each of plaintiffs' requests for admission is untimely.  In addition,

12 Monsanto objects to this Request because it is duplicative of the allegations in the paragraph 77

13 of the complaint in *Galvan v. Monsanto Co.*, Case No. 3:17-cv-00781-VC and paragraph 65 of

14 the complaint in *Gebo v. Monsanto Co.*, Case No. 3:17-cv-00168-VC, which were admitted in

15 Monsanto's answers.

16

17     23. Admit that Monsanto did one mortality study on manufacturing workers who worked on

18         and with glyphosate.

19     **OBJECTIONS:**  Monsanto incorporates by reference General Objections 1-6 here as if

20 restated in full, including that each of plaintiffs' requests for admission is untimely.

21

22     24. Admit that Monsanto no longer has the study referred to in Request 23.

23     **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

24 restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

25 objects that this is an improper request for discovery about discovery, an improper use of Fed. R.

26 Civ. P. 36, and seeks information that is not itself relevant to a claim or defense as required by

27 Fed. R. Civ. P. 26(b)(1) and Fed. R. Civ. P. 36(a)(1).

28

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

1    25. Admit that Monsanto does not know how to obtain a copy of the study referred to in

2        Request 23.

3    **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

4    restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

5    objects that this is an improper request for discovery about discovery, an improper use of Fed. R.

6    Civ. P. 36, and seeks information that is not itself relevant to a claim or defense as required by

7    Fed. R. Civ. P. 26(b)(1) and Fed. R. Civ. P. 36(a)(1).

8

9    26. Admit that Monsanto is in possession of kidney pathology slides from study no. 77-420.

10   **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

11   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

12   objects that this is an improper request for discovery about discovery, an improper use of Fed. R.

13   Civ. P. 36, and seeks information that is not itself relevant to a claim or defense as required by

14   Fed. R. Civ. P. 26(b)(1) and Fed. R. Civ. P. 36(a)(1).

15

16   27. Admit that in the Stout and Ruecker (1990) 24-month feeding study of Sprague-Dawley

17       rats conducted by Monsanto, there was a finding of increased incidence of pancreatic

18       islet-cell tumors.

19   **OBJECTIONS**:  Monsanto incorporates by reference General Objections 1-6 here as if

20   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

21   objects to this request as vague as to the term "increased incidence" and vague as to which sex of

22   rat it refers to and as to what dosages.

23

24   28. Admit that Monsanto has never evaluated the clastogenic activity of glyphosate in the

25       presence and absence of a variety of antioxidant activity by using an *in vitro*

26       micronucleus assay in human lymphocytes.

27   **OBJECTIONS**:  Monsanto incorporates by reference General Objections 1-6 here as if

28   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

1    objects to this Request as vague and ambiguous as written.  Monsanto objects to this request as

2    vague and ambiguous as to the terms and/or phrases "presence and absence," "clastogenic

3    activity" and "variety of antioxidant activity."

4

5    29. Admit that Monsanto has never evaluated the induction of oxidative damage *in vivo* to

6        determine the influence of the antioxidant status of the animal and to determine the

7        exposure concentrations of glyphosate which overwhelm the antioxidant status of tissues.

8    **OBJECTIONS**:  Monsanto incorporates by reference General Objections 1-6 here as if

9    restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

10   objects to this request as vague as to the terms "oxidative damage" and "antioxidant status."

11   Monsanto also objects to this Request as compound.  Monsanto further objects to this request as

12   vague and overbroad in that it applies to any and all "*in vivo*" tests without regard to a specific

13   experimental test system.

14

15   30. Admit that Monsanto has never performed an *in vivo* bone marrow micronucleus assay

16       with multiple dosing with adequate numbers of animals to determine whether the work

17       Bolognesi et al. (1997) can be reproduced.

18   **OBJECTIONS**:  Monsanto incorporates by reference General Objections 1-6 here as if

19   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

20   objects to this request as vague as to the terms "multiple dosing," "adequate numbers,"

21   "animals," and "work."

22

23   31. Admit that Monsanto has never used the COMET assay to determine whether damage is

24       produced in animal tissues following glyphosate exposure.

25   **OBJECTIONS**:  Monsanto incorporates by reference General Objections 1-6 here as if

26   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

27   objects to this request as vague as to the term "used."  Monsanto further objects that this Request

28

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

1    is vague, ambiguous, and cannot be answered as written because it misstates the nature of the

2    COMET assay, which measures primary DNA damage, not tissue damage.

3

4    32. Admit that Monsanto has never used the COMET assays in the liver and kidney of mice

5    after exposure to glyphosate.

6    **OBJECTIONS**:  Monsanto incorporates by reference General Objections 1-6 here as if

7    restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

8    objects to this request as vague as to the term "used" and confusing as written.

9

10   33. Admit that Monsanto has never examined the lymphocytes of humans exposed to

11   glyphosate to determine if chromosome aberrations are present.

12   **OBJECTIONS**:  Monsanto incorporates by reference General Objections 1-6 here as if

13   restated in full, including that each of plaintiffs' requests for admission is untimely.

14

15   34. Admit that Monsanto manufactures and/or has manufactured the herbicide 2,4-D.

16   **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

17   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

18   objects to this Request because 2,4-D is a non-glyphosate containing herbicide, and "[i]n this

19   phase, which is limited to 'general causation,' the Court will decide only whether there is

20   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

21   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

22   Monsanto objects to this Request because the manufacturing of the herbicide 2,4-D is irrelevant

23   to the matter before the court and exceeds the bounds of permissible discovery.  Monsanto also

24   objects to the extent the Request seeks information regarding Monsanto products used or sold

25   outside the United States because such information is not relevant, not proportional to the needs

26   of this case, and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

27

28   35. Admit that Monsanto sells and/or has sold the herbicide 2,4-D commercially.

1    **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

2    restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

3    objects to this Request because 2,4-D is a non-glyphosate containing herbicide, and "[i]n this

4    phase, which is limited to 'general causation,' the Court will decide only whether there is

5    sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

6    (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

7    Monsanto objects to this Request because the herbicide 2,4-D is irrelevant to the matter before

8    the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

9    the Request seeks information regarding Monsanto products used or sold outside the United

10   States because such information is not relevant, not proportional to the needs of this case, and

11   unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

12

13       36. Admit that 2,4-D is carcinogenic.

14       **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

15   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

16   objects to this Request because 2,4-D is a non-glyphosate containing herbicide, and "[i]n this

17   phase, which is limited to 'general causation,' the Court will decide only whether there is

18   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

19   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

20   Monsanto objects to this Request because the herbicide 2,4-D is irrelevant to the matter before

21   the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

22   the Request seeks information regarding Monsanto products used or sold outside the United

23   States because such information is not relevant, not proportional to the needs of this case, and

24   unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

25

26       37. Admit that Monsanto's 2,4-D commercial formulations are carcinogenic.

27       **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

28   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

1    objects to this Request because 2,4-D is a non-glyphosate containing herbicide, and "[i]n this

2    phase, which is limited to 'general causation,' the Court will decide only whether there is

3    sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

4    (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

5    Monsanto objects to this Request because the herbicide 2,4-D is irrelevant to the matter before

6    the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

7    the Request seeks information regarding Monsanto products used or sold outside the United

8    States because such information is not relevant, not proportional to the needs of this case, and

9    unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

10

11        38. Admit that 2,4-D causes or contributes to non-Hodgkin's lymphoma.

12        **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

13   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

14   objects to this Request because 2,4-D is a non-glyphosate containing herbicide, and "[i]n this

15   phase, which is limited to 'general causation,' the Court will decide only whether there is

16   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

17   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

18   Monsanto objects to this Request because the herbicide 2,4-D is irrelevant to the matter before

19   the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

20   the Request seeks information regarding Monsanto products used or sold outside the United

21   States because such information is not relevant, not proportional to the needs of this case, and

22   unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

23

24        39. Admit that 2,4-D does not potentiate the carcinogenic effects of any other herbicide.

25        **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

26   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

27   objects to this Request because 2,4-D is a non-glyphosate containing herbicide, and "[i]n this

28   phase, which is limited to 'general causation,' the Court will decide only whether there is

1    sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

2    (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

3    Monsanto objects to this Request because the herbicide 2,4-D is irrelevant to the matter before

4    the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

5    the Request seeks information regarding Monsanto products used or sold outside the United

6    States because such information is not relevant, not proportional to the needs of this case, and

7    unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

8

9        40. Admit that Monsanto manufactures and/or has manufactured the herbicide dicamba.

10       **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

11   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

12   objects to this Request because dicamba is a non-glyphosate containing herbicide, and "[i]n this

13   phase, which is limited to 'general causation,' the Court will decide only whether there is

14   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

15   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

16   Monsanto objects to this Request because the manufacturing of the herbicide dicamba is

17   irrelevant to the matter before the court and exceeds the bounds of permissible discovery.

18   Monsanto also objects to the extent the Request seeks information regarding Monsanto products

19   used or sold outside the United States because such information is not relevant, not proportional

20   to the needs of this case, and unduly cumulative and burdensome.  *See supra* Objections to RFA

21   No. 1.

22

23       41. Admit that Monsanto sells and/or has sold the herbicide dicamba commercially.

24       **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

25   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

26   objects to this Request because dicamba is a non-glyphosate containing herbicide, and "[i]n this

27   phase, which is limited to 'general causation,' the Court will decide only whether there is

28   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

1  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

2  Monsanto objects to this Request because the herbicide dicamba is irrelevant to the matter before

3  the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

4  the Request seeks information regarding Monsanto products used or sold outside the United

5  States because such information is not relevant, not proportional to the needs of this case, and

6  unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

7

8      42. Admit that dicamba is carcinogenic.

9      **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

10  restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

11  objects to this Request because dicamba is a non-glyphosate containing herbicide, and "[i]n this

12  phase, which is limited to 'general causation,' the Court will decide only whether there is

13  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

14  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

15  Monsanto objects to this Request because the herbicide dicamba is irrelevant to the matter before

16  the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

17  the Request seeks information regarding Monsanto products used or sold outside the United

18  States because such information is not relevant, not proportional to the needs of this case, and

19  unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

20

21      43. Admit that Monsanto's dicamba formulations are carcinogenic.

22      **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

23  restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

24  objects to this Request because dicamba is a non-glyphosate containing herbicide, and "[i]n this

25  phase, which is limited to 'general causation,' the Court will decide only whether there is

26  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

27  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

28  Monsanto objects to this Request because the herbicide dicamba is irrelevant to the matter before

1  the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

2  the Request seeks information regarding Monsanto products used or sold outside the United

3  States because such information is not relevant, not proportional to the needs of this case, and

4  unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

5

6  44. Admit that dicamba does not potentiate the carcinogenic effects of any other herbicide.

7  **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

8  restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

9  objects to this Request because dicamba is a non-glyphosate containing herbicide, and "[i]n this

10  phase, which is limited to 'general causation,' the Court will decide only whether there is

11  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

12  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

13  Monsanto objects to this Request because the herbicide dicamba is irrelevant to the matter before

14  the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

15  the Request seeks information regarding Monsanto products used or sold outside the United

16  States because such information is not relevant, not proportional to the needs of this case, and

17  unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

18

19  45. Admit that Monsanto manufactures and/or has manufactured the herbicide Lasso®.

20  **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

21  restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

22  objects to this Request because Lasso® is a non-glyphosate containing herbicide, and "[i]n this

23  phase, which is limited to 'general causation,' the Court will decide only whether there is

24  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

25  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

26  Monsanto objects to this Request because the manufacturing of the herbicide Lasso® is irrelevant

27  to the matter before the court and exceeds the bounds of permissible discovery.  Monsanto also

28  objects to the extent the Request seeks information regarding Monsanto products used or sold

1   outside the United States because such information is not relevant, not proportional to the needs

2   of this case, and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

3

4   46. Admit that Monsanto sells and/or has sold the herbicide Lasso® commercially.

5   **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

6   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

7   objects to this Request because Lasso® is a non-glyphosate containing herbicide, and "[i]n this

8   phase, which is limited to 'general causation,' the Court will decide only whether there is

9   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

10  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

11  Monsanto objects to this Request because the herbicide Lasso® is irrelevant to the matter before

12  the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

13  the Request seeks information regarding Monsanto products used or sold outside the United

14  States because such information is not relevant, not proportional to the needs of this case, and

15  unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

16

17  47. Admit that Monsanto's Lasso® is carcinogenic.

18  **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

19  restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

20  objects to this Request because Lasso® is a non-glyphosate containing herbicide, and "[i]n this

21  phase, which is limited to 'general causation,' the Court will decide only whether there is

22  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

23  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

24  Monsanto objects to this Request because the herbicide Lasso® is irrelevant to the matter before

25  the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

26  the Request seeks information regarding Monsanto products used or sold outside the United

27  States because such information is not relevant, not proportional to the needs of this case, and

28  unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

1

2     48. Admit that Monsanto sells and/or has sold the herbicide Lasso® commercially.

3     **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

4 restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

5 objects to this Request because Lasso® is a non-glyphosate containing herbicide, and "[i]n this

6 phase, which is limited to 'general causation,' the Court will decide only whether there is

7 sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

8 (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

9 Monsanto objects to this Request because the herbicide Lasso® is irrelevant to the matter before

10 the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

11 the Request seeks information regarding Monsanto products used or sold outside the United

12 States because such information is not relevant, not proportional to the needs of this case, and

13 unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

14

15     49. Admit that Lasso® does not potentiate the carcinogenic effects of any other herbicide.

16     **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

17 restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

18 objects to this Request because Lasso® is a non-glyphosate containing herbicide, and "[i]n this

19 phase, which is limited to 'general causation,' the Court will decide only whether there is

20 sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

21 (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

22 Monsanto objects to this Request because the herbicide Lasso® is irrelevant to the matter before

23 the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

24 the Request seeks information regarding Monsanto products used or sold outside the United

25 States because such information is not relevant, not proportional to the needs of this case, and

26 unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

27

28     50. Admit that Monsanto manufactures and/or has manufactured the herbicide alachlor.

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

1    **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

2    restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

3    objects to this Request because alachlor is a non-glyphosate containing herbicide, and "[i]n this

4    phase, which is limited to 'general causation,' the Court will decide only whether there is

5    sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

6    (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

7    Monsanto objects to this Request because the manufacturing of the herbicide alachlor is

8    irrelevant to the matter before the court and exceeds the bounds of permissible discovery.

9    Monsanto also objects to the extent the Request seeks information regarding Monsanto products

10   used or sold outside the United States because such information is not relevant, not proportional

11   to the needs of this case, and unduly cumulative and burdensome.  *See supra* Objections to RFA

12   No. 1.

13

14       51. Admit that Monsanto sells and/or has sold the herbicide alachlor commercially.

15       **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

16   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

17   objects to this Request because alachlor is a non-glyphosate containing herbicide, and "[i]n this

18   phase, which is limited to 'general causation,' the Court will decide only whether there is

19   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

20   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

21   Monsanto objects to this Request because the herbicide alachlor is irrelevant to the matter before

22   the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

23   the Request seeks information regarding Monsanto products used or sold outside the United

24   States because such information is not relevant, not proportional to the needs of this case, and

25   unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

26

27       52. Admit that alachlor is carcinogenic.

28

- 22 -

1    **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

2    restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

3    objects to this Request because alachlor is a non-glyphosate containing herbicide, and "[i]n this

4    phase, which is limited to 'general causation,' the Court will decide only whether there is

5    sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

6    (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

7    Monsanto objects to this Request because the herbicide alachlor is irrelevant to the matter before

8    the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

9    the Request seeks information regarding Monsanto products used or sold outside the United

10   States because such information is not relevant, not proportional to the needs of this case, and

11   unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

12

13   53. Admit that Monsanto's commercial alachlor formulations are carcinogenic.

14   **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

15   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

16   objects to this Request because alachlor is a non-glyphosate containing herbicide, and "[i]n this

17   phase, which is limited to 'general causation,' the Court will decide only whether there is

18   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

19   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

20   Monsanto objects to this Request because the herbicide alachlor is irrelevant to the matter before

21   the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

22   the Request seeks information regarding Monsanto products used or sold outside the United

23   States because such information is not relevant, not proportional to the needs of this case, and

24   unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

25

26   54. Admit that alachlor does not potentiate the carcinogenic effects of any other herbicide.

27   **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

28   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

- 23 -

1    objects to this Request because alachlor is a non-glyphosate containing herbicide, and "[i]n this

2    phase, which is limited to 'general causation,' the Court will decide only whether there is

3    sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

4    (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

5    Monsanto objects to this Request because the herbicide alachlor is irrelevant to the matter before

6    the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

7    the Request seeks information regarding Monsanto products used or sold outside the United

8    States because such information is not relevant, not proportional to the needs of this case, and

9    unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

10

11        55. Admit that Monsanto manufactures and/or has manufactured the herbicide atrazine.

12        **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

13    restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

14    objects to this Request because atrazine is a non-glyphosate containing herbicide, and "[i]n this

15    phase, which is limited to 'general causation,' the Court will decide only whether there is

16    sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

17    (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

18    Monsanto objects to this Request because the manufacturing of the herbicide atrazine is

19    irrelevant to the matter before the court and exceeds the bounds of permissible discovery.

20    Monsanto also objects to the extent the Request seeks information regarding Monsanto products

21    used or sold outside the United States because such information is not relevant, not proportional

22    to the needs of this case, and unduly cumulative and burdensome.  *See supra* Objections to RFA

23    No. 1.

24

25        56. Admit that Monsanto sells and/or has sold the herbicide atrazine commercially.

26        **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

27    restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

28    objects to this Request because atrazine is a non-glyphosate containing herbicide, and "[i]n this

1   phase, which is limited to 'general causation,' the Court will decide only whether there is

2   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

3   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

4   Monsanto objects to this Request because the herbicide atrazine is irrelevant to the matter before

5   the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

6   the Request seeks information regarding Monsanto products used or sold outside the United

7   States because such information is not relevant, not proportional to the needs of this case, and

8   unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

9

10      57. Admit that atrazine is carcinogenic.

11      **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

12   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

13   objects to this Request because atrazine is a non-glyphosate containing herbicide, and "[i]n this

14   phase, which is limited to 'general causation,' the Court will decide only whether there is

15   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

16   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

17   Monsanto objects to this Request because the herbicide atrazine is irrelevant to the matter before

18   the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

19   the Request seeks information regarding Monsanto products used or sold outside the United

20   States because such information is not relevant, not proportional to the needs of this case, and

21   unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

22

23      58. Admit that Monsanto's commercial atrazine formulations are carcinogenic.

24      **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

25   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

26   objects to this Request because atrazine is a non-glyphosate containing herbicide, and "[i]n this

27   phase, which is limited to 'general causation,' the Court will decide only whether there is

28   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

**MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION MDL NO. 2741 & CASE NO. 16-MD-02741-VC**

1  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

2  Monsanto objects to this Request because the herbicide atrazine is irrelevant to the matter before

3  the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

4  the Request seeks information regarding Monsanto products used or sold outside the United

5  States because such information is not relevant, not proportional to the needs of this case, and

6  unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

7

8      59. Admit that Monsanto manufactures and/or has manufactured the herbicide metolachlor.

9      **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

10  restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

11  objects to this Request because metolachlor is a non-glyphosate containing herbicide, and "[i]n

12  this phase, which is limited to 'general causation,' the Court will decide only whether there is

13  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

14  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

15  Monsanto objects to this Request because the manufacturing of the herbicide metolachlor is

16  irrelevant to the matter before the court and exceeds the bounds of permissible discovery.

17  Monsanto also objects to the extent the Request seeks information regarding Monsanto products

18  used or sold outside the United States because such information is not relevant, not proportional

19  to the needs of this case, and unduly cumulative and burdensome.  *See supra* Objections to RFA

20  No. 1.

21

22      60. Admit that Monsanto sells and/or has sold the herbicide metolachlor commercially.

23      **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

24  restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

25  objects to this Request because metolachlor is a non-glyphosate containing herbicide, and "[i]n

26  this phase, which is limited to 'general causation,' the Court will decide only whether there is

27  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

28  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

1   Monsanto objects to this Request because the herbicide metolachlor is irrelevant to the matter

2   before the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the

3   extent the Request seeks information regarding Monsanto products used or sold outside the

4   United States because such information is not relevant, not proportional to the needs of this case,

5   and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

6

7       61. Admit that metolachlor is carcinogenic.

8       **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

9   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

10  objects to this Request because metolachlor is a non-glyphosate containing herbicide, and "[i]n

11  this phase, which is limited to 'general causation,' the Court will decide only whether there is

12  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

13  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No.

14  186.Monsanto objects to this Request because the herbicide metolachlor is irrelevant to the

15  matter before the court and exceeds the bounds of permissible discovery.  Monsanto also objects

16  to the extent the Request seeks information regarding Monsanto products used or sold outside the

17  United States because such information is not relevant, not proportional to the needs of this case,

18  and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

19

20      62. Admit that Monsanto's commercial metolachlor formulations are carcinogenic.

21      **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

22  restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

23  objects to this Request because metolachlor is a non-glyphosate containing herbicide, and "[i]n

24  this phase, which is limited to 'general causation,' the Court will decide only whether there is

25  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

26  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

27  Monsanto objects to this Request because the herbicide metolachlor is irrelevant to the matter

28  before the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the

1  extent the Request seeks information regarding Monsanto products used or sold outside the

2  United States because such information is not relevant, not proportional to the needs of this case,

3  and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

4

5     63. Admit that Monsanto manufactures and/or has manufactured the herbicide carbaryl.

6     **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

7  restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

8  objects to this Request because carbaryl is a non-glyphosate containing pesticide, and "[i]n this

9  phase, which is limited to 'general causation,' the Court will decide only whether there is

10  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

11  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

12  Monsanto objects to this Request because the manufacturing of the pesticide carbaryl is

13  irrelevant to the matter before the court and exceeds the bounds of permissible discovery.

14  Monsanto also objects to the extent the Request seeks information regarding Monsanto products

15  used or sold outside the United States because such information is not relevant, not proportional

16  to the needs of this case, and unduly cumulative and burdensome.  *See supra* Objections to RFA

17  No. 1.

18

19     64. Admit that Monsanto sells and/or has sold the herbicide carbaryl commercially.

20     **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

21  restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

22  objects to this Request because carbaryl is a non-glyphosate containing pesticide, and "[i]n this

23  phase, which is limited to 'general causation,' the Court will decide only whether there is

24  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

25  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

26  Monsanto objects to this Request because the pesticide carbaryl is irrelevant to the matter before

27  the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

28  the Request seeks information regarding Monsanto products used or sold outside the United

1  States because such information is not relevant, not proportional to the needs of this case, and

2  unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

3

4      65. Admit that carbaryl is carcinogenic.

5      **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

6  restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

7  objects to this Request because carbaryl is a non-glyphosate containing pesticide, and "[i]n this

8  phase, which is limited to 'general causation,' the Court will decide only whether there is

9  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

10  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

11  Monsanto objects to this Request because the pesticide carbaryl is irrelevant to the matter before

12  the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

13  the Request seeks information regarding Monsanto products used or sold outside the United

14  States because such information is not relevant, not proportional to the needs of this case, and

15  unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

16

17      66. Admit that Monsanto's commercial carbaryl formulations are carcinogenic.

18      **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

19  restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

20  objects to this Request because carbaryl is a non-glyphosate containing pesticide, and "[i]n this

21  phase, which is limited to 'general causation,' the Court will decide only whether there is

22  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

23  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

24  Monsanto objects to this Request because the pesticide carbaryl is irrelevant to the matter before

25  the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

26  the Request seeks information regarding Monsanto products used or sold outside the United

27  States because such information is not relevant, not proportional to the needs of this case, and

28  unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

1

2    67. Admit that Monsanto manufactures and/or has manufactured the herbicide chlordane.

3    **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

4    restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

5    objects to this Request because chlordane is a non-glyphosate containing pesticide, and "[i]n this

6    phase, which is limited to 'general causation,' the Court will decide only whether there is

7    sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

8    (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

9    Monsanto objects to this Request because the manufacturing of the pesticide chlordane is

10   irrelevant to the matter before the court and exceeds the bounds of permissible discovery.

11   Monsanto also objects to the extent the Request seeks information regarding Monsanto products

12   used or sold outside the United States because such information is not relevant, not proportional

13   to the needs of this case, and unduly cumulative and burdensome.  *See supra* Objections to RFA

14   No. 1.

15

16   68. Admit that Monsanto sells and/or has sold the herbicide chlordane commercially.

17   **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

18   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

19   objects to this Request because chlordane is a non-glyphosate containing pesticide, and "[i]n this

20   phase, which is limited to 'general causation,' the Court will decide only whether there is

21   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

22   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

23   Monsanto objects to this Request because the pesticide chlordane is irrelevant to the matter

24   before the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the

25   extent the Request seeks information regarding Monsanto products used or sold outside the

26   United States because such information is not relevant, not proportional to the needs of this case,

27   and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

28

1    69. Admit that chlordane is carcinogenic.

2    **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

3    restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

4    objects to this Request because chlordane is a non-glyphosate containing pesticide, and "[i]n this

5    phase, which is limited to 'general causation,' the Court will decide only whether there is

6    sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

7    (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

8    Monsanto objects to this Request because the pesticide chlordane is irrelevant to the matter

9    before the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the

10   extent the Request seeks information regarding Monsanto products used or sold outside the

11   United States because such information is not relevant, not proportional to the needs of this case,

12   and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

13

14   70. Admit that Monsanto's commercial chlordane formulations are carcinogenic.

15   **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

16   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

17   objects to this Request because chlordane is a non-glyphosate containing pesticide, and "[i]n this

18   phase, which is limited to 'general causation,' the Court will decide only whether there is

19   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

20   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

21   Monsanto objects to this Request because the pesticide chlordane is irrelevant to the matter

22   before the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the

23   extent the Request seeks information regarding Monsanto products used or sold outside the

24   United States because such information is not relevant, not proportional to the needs of this case,

25   and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

26

27   71. Admit that Monsanto manufactures and/or has manufactured the herbicide diazinon.

28

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

1    **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

2    restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

3    objects to this Request because diazinon is a non-glyphosate containing pesticide, and "[i]n this

4    phase, which is limited to 'general causation,' the Court will decide only whether there is

5    sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

6    (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

7    Monsanto objects to this Request because the manufacturing of the pesticide diazinon is

8    irrelevant to the matter before the court and exceeds the bounds of permissible discovery.

9    Monsanto also objects to the extent the Request seeks information regarding Monsanto products

10   used or sold outside the United States because such information is not relevant, not proportional

11   to the needs of this case, and unduly cumulative and burdensome.  *See supra* Objections to RFA

12   No. 1.

13

14       72. Admit that Monsanto sells and/or has sold the herbicide diazinon commercially.

15       **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

16   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

17   objects to this Request because diazinon is a non-glyphosate containing pesticide, and "[i]n this

18   phase, which is limited to 'general causation,' the Court will decide only whether there is

19   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

20   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

21   Monsanto objects to this Request because the pesticide diazinon is irrelevant to the matter before

22   the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

23   the Request seeks information regarding Monsanto products used or sold outside the United

24   States because such information is not relevant, not proportional to the needs of this case, and

25   unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

26

27       73. Admit that diazinon is carcinogenic.

28

- 32 -

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

1    **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

2    restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

3    objects to this Request because diazinon is a non-glyphosate containing pesticide, and "[i]n this

4    phase, which is limited to 'general causation,' the Court will decide only whether there is

5    sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

6    (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

7    Monsanto objects to this Request because the pesticide diazinon is irrelevant to the matter before

8    the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

9    the Request seeks information regarding Monsanto products used or sold outside the United

10   States because such information is not relevant, not proportional to the needs of this case, and

11   unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

12

13   74. Admit that Monsanto's commercial diazinon formulations are carcinogenic.

14   **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

15   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

16   objects to this Request because diazinon is a non-glyphosate containing pesticide, and "[i]n this

17   phase, which is limited to 'general causation,' the Court will decide only whether there is

18   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

19   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

20   Monsanto objects to this Request because the pesticide diazinon is irrelevant to the matter before

21   the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

22   the Request seeks information regarding Monsanto products used or sold outside the United

23   States because such information is not relevant, not proportional to the needs of this case, and

24   unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

25

26   75. Admit that Monsanto manufactures and/or has manufactured the herbicide DDT.

27   **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

28   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

1    objects to this Request because DDT is a non-glyphosate containing pesticide, and "[i]n this

2    phase, which is limited to 'general causation,' the Court will decide only whether there is

3    sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

4    (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

5    Monsanto objects to this Request because the manufacturing of the pesticide DDT is irrelevant to

6    the matter before the court and exceeds the bounds of permissible discovery.  Monsanto also

7    objects to the extent the Request seeks information regarding Monsanto products used or sold

8    outside the United States because such information is not relevant, not proportional to the needs

9    of this case, and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

10

11         76. Admit that Monsanto sells and/or has sold the herbicide DDT commercially.

12         **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

13    restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

14    objects to this Request because DDT is a non-glyphosate containing pesticide, and "[i]n this

15    phase, which is limited to 'general causation,' the Court will decide only whether there is

16    sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

17    (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

18    Monsanto objects to this Request because the pesticide DDT is irrelevant to the matter before the

19    court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent the

20    Request seeks information regarding Monsanto products used or sold outside the United States

21    because such information is not relevant, not proportional to the needs of this case, and unduly

22    cumulative and burdensome.  *See supra* Objections to RFA No. 1.

23

24         77. Admit that DDT is carcinogenic.

25         **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

26    restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

27    objects to this Request because DDT is a non-glyphosate containing pesticide, and "[i]n this

28    phase, which is limited to 'general causation,' the Court will decide only whether there is

1    sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

2    (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

3    Monsanto objects to this Request because the pesticide DDT is irrelevant to the matter before the

4    court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent the

5    Request seeks information regarding Monsanto products used or sold outside the United States

6    because such information is not relevant, not proportional to the needs of this case, and unduly

7    cumulative and burdensome.  *See supra* Objections to RFA No. 1.

8

9         78. Admit that Monsanto's commercial DDT formulations are carcinogenic.

10        **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

11   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

12   objects to this Request because DDT is a non-glyphosate containing pesticide, and "[i]n this

13   phase, which is limited to 'general causation,' the Court will decide only whether there is

14   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

15   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

16   Monsanto objects to this Request because the pesticide DDT is irrelevant to the matter before the

17   court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent the

18   Request seeks information regarding Monsanto products used or sold outside the United States

19   because such information is not relevant, not proportional to the needs of this case, and unduly

20   cumulative and burdensome.  *See supra* Objections to RFA No. 1.

21

22        79. Admit that Monsanto manufactures and/or has manufactured the herbicide dieldrin.

23        **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

24   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

25   objects to this Request because dieldrin is a non-glyphosate containing pesticide, and "[i]n this

26   phase, which is limited to 'general causation,' the Court will decide only whether there is

27   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

28   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

1   Monsanto objects to this Request because the manufacturing of the pesticide dieldrin is irrelevant
2   to the matter before the court and exceeds the bounds of permissible discovery.  Monsanto also
3   objects to the extent the Request seeks information regarding Monsanto products used or sold
4   outside the United States because such information is not relevant, not proportional to the needs
5   of this case, and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

6

7       80. Admit that Monsanto sells and/or has sold the herbicide dieldrin commercially.

8       **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if
9   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto
10  objects to this Request because dieldrin is a non-glyphosate containing pesticide, and "[i]n this
11  phase, which is limited to 'general causation,' the Court will decide only whether there is
12  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer
13  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.
14  Monsanto objects to this Request because the pesticide dieldrin is irrelevant to the matter before
15  the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent
16  the Request seeks information regarding Monsanto products used or sold outside the United
17  States because such information is not relevant, not proportional to the needs of this case, and
18  unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

19

20      81. Admit that dieldrin is carcinogenic.

21      **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if
22  restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto
23  objects to this Request because dieldrin is a non-glyphosate containing pesticide, and "[i]n this
24  phase, which is limited to 'general causation,' the Court will decide only whether there is
25  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer
26  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.
27  Monsanto objects to this Request because the pesticide dieldrin is irrelevant to the matter before
28  the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

**MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION**
**MDL NO. 2741 & CASE NO. 16-MD-02741-VC**

1   the Request seeks information regarding Monsanto products used or sold outside the United

2   States because such information is not relevant, not proportional to the needs of this case, and

3   unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

4

5       82. Admit that Monsanto's commercial dieldrin formulations are carcinogenic.

6       **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

7   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

8   objects to this Request because dieldrin is a non-glyphosate containing pesticide, and "[i]n this

9   phase, which is limited to 'general causation,' the Court will decide only whether there is

10   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

11   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

12   Monsanto objects to this Request because the pesticide dieldrin is irrelevant to the matter before

13   the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the extent

14   the Request seeks information regarding Monsanto products used or sold outside the United

15   States because such information is not relevant, not proportional to the needs of this case, and

16   unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

17

18       83. Admit that Monsanto manufactures and/or has manufactured the herbicide dimethoate.

19       **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

20   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

21   objects to this Request because dimethoate is a non-glyphosate containing pesticide, and "[i]n

22   this phase, which is limited to 'general causation,' the Court will decide only whether there is

23   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

24   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

25   Monsanto objects to this Request because the manufacturing of the pesticide dimethoate is

26   irrelevant to the matter before the court and exceeds the bounds of permissible discovery.

27   Monsanto also objects to the extent the Request seeks information regarding Monsanto products

28   used or sold outside the United States because such information is not relevant, not proportional

**MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC**

1    to the needs of this case, and unduly cumulative and burdensome.  *See supra* Objections to RFA

2    No. 1.

3

4        84. Admit that Monsanto sells and/or has sold the herbicide dimethoate commercially.

5        **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

6    restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

7    objects to this Request because dimethoate is a non-glyphosate containing pesticide, and "[i]n

8    this phase, which is limited to 'general causation,' the Court will decide only whether there is

9    sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

10   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

11   Monsanto objects to this Request because the pesticide dimethoate is irrelevant to the matter

12   before the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the

13   extent the Request seeks information regarding Monsanto products used or sold outside the

14   United States because such information is not relevant, not proportional to the needs of this case,

15   and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

16

17       85. Admit that dimethoate is carcinogenic.

18       **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

19   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

20   objects to this Request because dimethoate is a non-glyphosate containing pesticide, and "[i]n

21   this phase, which is limited to 'general causation,' the Court will decide only whether there is

22   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

23   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

24   Monsanto objects to this Request because the pesticide dimethoate is irrelevant to the matter

25   before the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the

26   extent the Request seeks information regarding Monsanto products used or sold outside the

27   United States because such information is not relevant, not proportional to the needs of this case,

28   and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

1

2        86. Admit that Monsanto's commercial dimethoate formulations are carcinogenic.

3        **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

4    restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

5    objects to this Request because dimethoate is a non-glyphosate containing pesticide, and "[i]n

6    this phase, which is limited to 'general causation,' the Court will decide only whether there is

7    sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

8    (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

9    Monsanto objects to this Request because the pesticide dimethoate is irrelevant to the matter

10   before the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the

11   extent the Request seeks information regarding Monsanto products used or sold outside the

12   United States because such information is not relevant, not proportional to the needs of this case,

13   and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

14

15       87. Admit that Monsanto manufactures and/or has manufactured the herbicide malathion.

16       **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

17   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

18   objects to this Request because malathion is a non-glyphosate containing pesticide, and "[i]n this

19   phase, which is limited to 'general causation,' the Court will decide only whether there is

20   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

21   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

22   Monsanto objects to this Request because the manufacturing of the pesticide malathion is

23   irrelevant to the matter before the court and exceeds the bounds of permissible discovery.

24   Monsanto also objects to the extent the Request seeks information regarding Monsanto products

25   used or sold outside the United States because such information is not relevant, not proportional

26   to the needs of this case, and unduly cumulative and burdensome.  *See supra* Objections to RFA

27   No. 1.

28

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

1    88. Admit that Monsanto sells and/or has sold the herbicide malathion commercially.

2    **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

3    restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

4    objects to this Request because malathion is a non-glyphosate containing pesticide, and "[i]n this

5    phase, which is limited to 'general causation,' the Court will decide only whether there is

6    sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

7    (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

8    Monsanto objects to this Request because the pesticide malathion is irrelevant to the matter

9    before the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the

10   extent the Request seeks information regarding Monsanto products used or sold outside the

11   United States because such information is not relevant, not proportional to the needs of this case,

12   and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

13

14   89. Admit that malathion is carcinogenic.

15   **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

16   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

17   objects to this Request because malathion is a non-glyphosate containing pesticide, and "[i]n this

18   phase, which is limited to 'general causation,' the Court will decide only whether there is

19   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

20   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

21   Monsanto objects to this Request because the pesticide malathion is irrelevant to the matter

22   before the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the

23   extent the Request seeks information regarding Monsanto products used or sold outside the

24   United States because such information is not relevant, not proportional to the needs of this case,

25   and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

26

27   90. Admit that Monsanto's commercial malathion formulations are carcinogenic.

28

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

1    **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

2    restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

3    objects to this Request because malathion is a non-glyphosate containing pesticide, and "[i]n this

4    phase, which is limited to 'general causation,' the Court will decide only whether there is

5    sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

6    (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

7    Monsanto objects to this Request because the pesticide malathion is irrelevant to the matter

8    before the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the

9    extent the Request seeks information regarding Monsanto products used or sold outside the

10   United States because such information is not relevant, not proportional to the needs of this case,

11   and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

12

13   91. Admit that Monsanto manufactures and/or has manufactured the herbicide pyrethrins.

14   **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

15   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

16   objects to this Request because pyrethrins are non-glyphosate containing pesticides, and "[i]n

17   this phase, which is limited to 'general causation,' the Court will decide only whether there is

18   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

19   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

20   Monsanto objects to this Request because the manufacturing of pyrethrins pesticides is irrelevant

21   to the matter before the court and exceeds the bounds of permissible discovery.  Monsanto also

22   objects to the extent the Request seeks information regarding Monsanto products used or sold

23   outside the United States because such information is not relevant, not proportional to the needs

24   of this case, and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

25

26   92. Admit that Monsanto sells and/or has sold the herbicide pyrethrins commercially.

27   **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

28   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

1  objects to this Request because pyrethrins are non-glyphosate containing pesticides, and "[i]n

2  this phase, which is limited to 'general causation,' the Court will decide only whether there is

3  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

4  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

5  Monsanto objects to this Request because pyrethrins pesticides are irrelevant to the matter before

6  the court and exceed the bounds of permissible discovery.  Monsanto also objects to the extent

7  the Request seeks information regarding Monsanto products used or sold outside the United

8  States because such information is not relevant, not proportional to the needs of this case, and

9  unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

10

11    93. Admit that pyrethrins are carcinogenic.

12    **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

13  restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

14  objects to this Request because pyrethrins are non-glyphosate containing pesticides, and "[i]n

15  this phase, which is limited to 'general causation,' the Court will decide only whether there is

16  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

17  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

18  Monsanto objects to this Request because pyrethrins pesticides are irrelevant to the matter before

19  the court and exceed the bounds of permissible discovery.  Monsanto also objects to the extent

20  the Request seeks information regarding Monsanto products used or sold outside the United

21  States because such information is not relevant, not proportional to the needs of this case, and

22  unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

23

24    94. Admit that Monsanto's commercial pyrethrins formulations are carcinogenic.

25    **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

26  restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

27  objects to this Request because pyrethrins are non-glyphosate containing pesticides, and "[i]n

28  this phase, which is limited to 'general causation,' the Court will decide only whether there is

**MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION**
**MDL NO. 2741 & CASE NO. 16-MD-02741-VC**

1   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

2   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

3   Monsanto objects to this Request because pyrethrins pesticides are irrelevant to the matter before

4   the court and exceed the bounds of permissible discovery.  Monsanto also objects to the extent

5   the Request seeks information regarding Monsanto products used or sold outside the United

6   States because such information is not relevant, not proportional to the needs of this case, and

7   unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

8

9       95. Admit that Monsanto manufactures and/or has manufactured the herbicide cyanazine.

10      **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

11  restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

12  objects to this Request because cyanazine is a non-glyphosate containing pesticide, and "[i]n this

13  phase, which is limited to 'general causation,' the Court will decide only whether there is

14  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

15  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

16  Monsanto objects to this Request because the manufacturing of the pesticide cyanazine is

17  irrelevant to the matter before the court and exceeds the bounds of permissible discovery.

18  Monsanto also objects to the extent the Request seeks information regarding Monsanto products

19  used or sold outside the United States because such information is not relevant, not proportional

20  to the needs of this case, and unduly cumulative and burdensome.  *See supra* Objections to RFA

21  No. 1.

22

23      96. Admit that Monsanto sells and/or has sold the herbicide cyanazine commercially.

24      **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

25  restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

26  objects to this Request because cyanazine is a non-glyphosate containing pesticide, and "[i]n this

27  phase, which is limited to 'general causation,' the Court will decide only whether there is

28  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

**MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC**

1    (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

2    Monsanto objects to this Request because the pesticide cyanazine is irrelevant to the matter

3    before the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the

4    extent the Request seeks information regarding Monsanto products used or sold outside the

5    United States because such information is not relevant, not proportional to the needs of this case,

6    and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

7

8        97. Admit that cyanazine is carcinogenic.

9        **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

10   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

11   objects to this Request because cyanazine is a non-glyphosate containing pesticide, and "[i]n this

12   phase, which is limited to 'general causation,' the Court will decide only whether there is

13   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

14   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

15   Monsanto objects to this Request because the pesticide cyanazine is irrelevant to the matter

16   before the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the

17   extent the Request seeks information regarding Monsanto products used or sold outside the

18   United States because such information is not relevant, not proportional to the needs of this case,

19   and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

20

21       98. Admit that Monsanto's commercial cyanazine formulations are carcinogenic.

22       **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

23   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

24   objects to this Request because cyanazine is a non-glyphosate containing pesticide, and "[i]n this

25   phase, which is limited to 'general causation,' the Court will decide only whether there is

26   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

27   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

28   Monsanto objects to this Request because the pesticide cyanazine is irrelevant to the matter

1  before the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the

2  extent the Request seeks information regarding Monsanto products used or sold outside the

3  United States because such information is not relevant, not proportional to the needs of this case,

4  and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

5

6  99. Admit that Monsanto manufactures and/or has manufactured the herbicide trifluralin.

7  **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

8  restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

9  objects to this Request because trifluralin is a non-glyphosate containing herbicide, and "[i]n this

10  phase, which is limited to 'general causation,' the Court will decide only whether there is

11  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

12  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

13  Monsanto objects to this Request because the manufacturing of the herbicide trifluralin is

14  irrelevant to the matter before the court and exceeds the bounds of permissible discovery.

15  Monsanto also objects to the extent the Request seeks information regarding Monsanto products

16  used or sold outside the United States because such information is not relevant, not proportional

17  to the needs of this case, and unduly cumulative and burdensome.  *See supra* Objections to RFA

18  No. 1.

19

20  100.    Admit that Monsanto sells and/or has sold the herbicide trifluralin commercially.

21  **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

22  restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

23  objects to this Request because trifluralin is a non-glyphosate containing herbicide, and "[i]n this

24  phase, which is limited to 'general causation,' the Court will decide only whether there is

25  sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

26  (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

27  Monsanto objects to this Request because the herbicide trifluralin is irrelevant to the matter

28  before the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the

1    extent the Request seeks information regarding Monsanto products used or sold outside the

2    United States because such information is not relevant, not proportional to the needs of this case,

3    and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

4

5        101.        Admit that trifluralin is carcinogenic.

6        **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

7    restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

8    objects to this Request because trifluralin is a non-glyphosate containing herbicide, and "[i]n this

9    phase, which is limited to 'general causation,' the Court will decide only whether there is

10   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

11   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

12   Monsanto objects to this Request because the herbicide trifluralin is irrelevant to the matter

13   before the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the

14   extent the Request seeks information regarding Monsanto products used or sold outside the

15   United States because such information is not relevant, not proportional to the needs of this case,

16   and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

17

18       102.        Admit that Monsanto's trifluralin formulations are carcinogenic.

19       **OBJECTIONS:** Monsanto incorporates by reference General Objections 1-6 here as if

20   restated in full, including that each of plaintiffs' requests for admission is untimely.  Monsanto

21   objects to this Request because trifluralin is a non-glyphosate containing herbicide, and "[i]n this

22   phase, which is limited to 'general causation,' the Court will decide only whether there is

23   sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer

24   (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order 15 at 1-2, ECF No. 186.

25   Monsanto objects to this Request because the herbicide trifluralin is irrelevant to the matter

26   before the court and exceeds the bounds of permissible discovery.  Monsanto also objects to the

27   extent the Request seeks information regarding Monsanto products used or sold outside the

28

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC

1    United States because such information is not relevant, not proportional to the needs of this case,

2    and unduly cumulative and burdensome.  *See supra* Objections to RFA No. 1.

3

4

5    DATED:  May 18, 2017                           Respectfully submitted,

6

7

8

9                                                  _____

10                                                 Joe G. Hollingsworth (*pro hac vice*)
                                                   (jhollingsworth@hollingsworthllp.com)

11                                                 Eric G. Lasker (*pro hac vice*)
                                                   (elasker@hollingsworthllp.com)

12                                                 Robert E. Johnston (*pro hac vice*)
                                                   (rjohnston@hollingsworthllp.com)

13                                                 HOLLINGSWORTH LLP
                                                   1350 I Street, N.W.

14                                                 Washington, DC  20005
                                                   Telephone:  (202) 898-5800

15                                                 Facsimile:  (202) 682-1639

16                                                 Attorneys for Defendant
                                                   MONSANTO COMPANY

17

18

19

20

21

22

23

24

25

26

27

28

- 47 -

## CERTIFICATE OF SERVICE

I hereby certify that, on this 18th day of May 2017, the foregoing MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION was served by U.S. Mail, First-Class, upon the following MDL Co-Lead Counsel:

> Michael J. Miller, Esq.
> mmiller@millerfirmllc.com
> The Miller Firm LLC
> 108 Railroad Avenue
> Orange, VA  22960

> Aimee H. Wagstaff, Esq.
> aimee.wagstaff@andruswagstaff.com
> Andrus Wagstaff, P.C.
> 7171 W. Alaska Drive
> Lakewood, CO  80226

> Robin L. Greenwald, Esq.
> rgreenwald@weitzlux.com
> Weitz & Luxenberg, P.C.
> 700 Broadway
> New York, NY  10003

_____
Robert E. Johnston (*pro hac vice*)
(rjohnston@hollingsworthllp.com)
HOLLINGSWORTH LLP

*Attorney for Defendant,*
*MONSANTO COMPANY*

MONSANTO COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION
MDL NO. 2741 & CASE NO. 16-MD-02741-VC