# EXHIBIT 84

Appointment

| | |
|---|---|
| **From**: | GUSTIN, CHRISTOPHE [AG/5040] [/O=MONSANTO/OU=EA-5041-01/CN=RECIPIENTS/CN=83930] |
| **To**: | GUSTIN, CHRISTOPHE [AG/5040] [/O=MONSANTO/OU=EA-5041-01/cn=Recipients/cn=83930]; SALTMIRAS, DAVID A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=DASALT]; FARMER, DONNA R [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=180070]; GARNETT, RICHARD P [AG/5040] [/O=MONSANTO/OU=EA-5041-01/cn=Recipients/cn=107838] |

| | |
|---|---|
| **Subject**: | glyphosate excretion kinetics, dermal uptake: strategy |
| **Location**: | conf call |

| | |
|---|---|
| **Start**: | 10/6/2009 2:30:00 PM |
| **End**: | 10/6/2009 4:00:00 PM |
| **Show Time As**: | Busy |

| | |
|---|---|
| **Required Attendees**: | SALTMIRAS, DAVID A [AG/1000]; FARMER, DONNA R [AG/1000]; GARNETT, RICHARD P [AG/5040] |

David,

I'd suggest a call to discuss with Donna, Richard and the two of us to define our strategy on this.
October 6 is the first day that suits our lot…

Rgds,
C.

Call-in number:+32 (0)2 404 03 05
Participant PIN: 16750837#

-----Original Message-----
From: GARNETT, RICHARD P [AG/5040]
Sent: Wednesday, September 23, 2009 6:51 PM
To: GUSTIN, CHRISTOPHE [AG/5040]; SALTMIRAS, DAVID A [AG/1000]
Subject: Re: EUROTOX 2010 in Barcelona 19-23 July


I'd want to pin down the excretion issue before presenting. The ADME has always been the weak link in our argument and the Spanish response highlights that we have not got rid of the problem. So one question is, why does Syngenta not have a problem (and similarly how do all the other glyphosates remain.on the market in Spain).

Therefore I also agree with christophe's concern on PI.

Needs further technical and strategic discussion, please

Regards
Richard

----- Original Message -----
From: GUSTIN, CHRISTOPHE [AG/5040]
To: SALTMIRAS, DAVID A [AG/1000]
Cc: GARNETT, RICHARD P [AG/5040]
Sent: Wed Sep 23 15:35:40 2009
Subject: RE: EUROTOX 2010 in Barcelona 19-23 July

Confidential - Produced Subject to Protective Order                                                    MONGLY06385823

David,


It's definitely worth exploring although we need to be careful not giving away our proprietary formulation data (protected) and our competitive advantage.

Let's discuss!


Regards,

Christophe



From: SALTMIRAS, DAVID A [AG/1000]
Sent: Wednesday, September 23, 2009 3:29 PM
To: GUSTIN, CHRISTOPHE [AG/5040]
Cc: GARNETT, RICHARD P [AG/5040]
Subject: EUROTOX 2010 in Barcelona 19-23 July


Chistophe,


The 2010 EUROTOX annual meeting is in Barcelona, July 19-23.


Do you think I should submit an abstract on the dermal absorption of glyphosate?  This could also provide further opportunity for dialogue and interaction with the Spanish Authorities.


Cheers,


David

Confidential - Produced Subject to Protective Order                              MONGLY06385824