# EXHIBIT 97

Confidential - Pursuant to Protective Order

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP | ) | |
| PRODUCTS LIABILITY | ) | MDL No. 2741 |
| LITIGATION | ) | |
| _____ | ) | Case No. |
| THIS DOCUMENT RELATES | ) | 16-md-02741-VC |
| TO ALL CASES | ) | |

FRIDAY, SEPTEMBER 15, 2017

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

- - -

Videotaped deposition of Thomas J.
Rosol, DVM, held at the offices of
HOLLINGSWORTH LLP, 1350 I Street, N.W.,
Washington, D.C., commencing at 8:58 a.m., on
the above date, before Carrie A. Campbell,
Registered Diplomate Reporter, Certified
Realtime Reporter, Illinois, California &
Texas Certified Shorthand Reporter, Missouri
& Kansas Certified Court Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Pursuant to Protective Order

## Page 2

1    A P P E A R A N C E S :
2
     LUNDY, LUNDY, SOILEAU & SOUTH, LLP
3    BY: RUDIE R. SOILEAU, JR., ESQ.
        rudiesoileau@gmail.com
4    501 Broad Street
     Lake Charles, Louisiana 70601
5    (337) 439-0707
6
     ANDRUS WAGSTAFF, PC
7    BY: DAVID WOOL, ESQ.
        david.wool@andruswagstaff.com
8    7171 West Alaska Drive
     Lakewood, Colorado  80226
9    (303) 376-6360
10
     FULMER SILL
11   BY: TARA TABATABAIE, ESQ.
        ttabatabaie@fulmersill.com
12   1101 North Broadway Avenue, Suite 102
     Oklahoma City, Oklahoma  73103
13   (405) 509-6300
     (VIA TELEPHONE)
14   Counsel for Plaintiffs
15
16   HOLLINGSWORTH LLP
     BY: HEATHER A. PIGMAN, ESQ.
17      hpigman@hollingsworthllp.com
        ERICA T. KLENICKI, ESQ.
18      eklenicki@hollingsworthllp.com
        JOE G. HOLLINGSWORTH, ESQ.
19      jhollingsworth@hollingsworthllp.com
     1350 I Street, N.W.
20   Washington, D.C. 20005
     (202) 898-5800
21   Counsel for Defendant Monsanto
22
23   V I D E O G R A P H E R :
     MICHAEL GAY,
24   Golkow Litigation Services
25          – – –

## Page 3

1               INDEX
2                        PAGE
3    APPEARANCES.................................  2
4    EXAMINATIONS
5      BY MR. SOILEAU.............................  5
6
7               EXHIBITS
8    No.    Description            Page
9    Rosol 17-1  Expert Report, Dr. Thomas J.     8
              Rosol, DVM Ph.D., July 31,
10             2017
11   Rosol 17-2  Thomas J. Rosol - Supplemental   27
              Materials Considered List
12
     Rosol 17-3  Invoices of Thomas J. Rosol,     30
13             DVM, Ph.D.
14   Rosol 17-4  Invoices of Thomas J. Rosol,     30
              DVM, Ph.D.
15
     Rosol 17-5  Curriculum vitae, Thomas J.      46
16             Rosol, DVM, Ph.D.
17   Rosol 17-6  Monsanto Company's Objections    47
              to Plaintiffs' Schedule A to
18             Notice of Deposition of Dr.
              Thomas J. Rosol
19
     Rosol 17-7  Dr. Thomas J. Rosol's          234
20             handwritten notes
21   Rosol 17-8  US EPA March 4, 1985           263
              memorandum
22
23
     CERTIFICATE...................330
24   ERRATA......................332
     ACKNOWLEDGMENT OF DEPONENT..................333
25   LAWYER'S NOTES..............................334

## Page 4

1         VIDEOGRAPHER:  We are on the
2    record.  The time now is 8:58.
3         This marks the beginning of
4    Disc Number 1 for the videotaped
5    deposition testimony of Dr. Thomas J.
6    Rosol in the matter of In Re:
7    Roundup's Products Liability
8    Litigation.
9         Today's date is September
10   the 15th, 2017.
11        This deposition is being
12   conducted at 1350 I Street, Northwest,
13   Washington, DC.
14        Will all attorneys present
15   please identify themselves and who
16   they represent.
17        MR. SOILEAU:  Yes.  Rudie
18   Soileau representing the plaintiffs in
19   the litigation.
20        MR. WOOL:  David Wool for the
21   plaintiffs.
22        MS. PIGMAN:  Heather Pigman of
23   Hollingsworth, LLP, representing
24   Monsanto.
25        MS. KLENICKI:  Erica Klenicki

## Page 5

1    of Hollingsworth, LLP, representing
2    Monsanto.
3         MR. HOLLINGSWORTH:  Joe
4    Hollingsworth representing Monsanto.
5         VIDEOGRAPHER:  Anyone on the
6    phone?
7         My name is Michael Gay.  I am
8    with Golkow Technologies.
9         Our court reporter today is
10   Carrie Campbell, also with Golkow
11   Technologies, and will now swear in
12   our witness.
13
14        THOMAS J. ROSOL, DVM,
15   of lawful age, having been first duly sworn
16   to tell the truth, the whole truth and
17   nothing but the truth, deposes and says on
18   behalf of the Plaintiff, as follows:
19
20        VIDEOGRAPHER:  You may proceed.
21
22        DIRECT EXAMINATION
23   QUESTIONS BY MR. SOILEAU:
24   Q.   Thank you.
25        Good morning, Doctor.

2  (Pages 2 to 5)

Confidential - Pursuant to Protective Order

Page 6

1     A.    Good morning.
2     Q.    Would you state your full name
3  for the record, please?
4     A.    Thomas J. Rosol.
5     Q.    And would you also give us a
6  physical address?
7     A.    My home address is 703 Old
8  Settler Place, Columbus, Ohio 43124.
9     Q.    Thank you.
10        My name is Rudie Soileau.  I am
11 one of the attorneys representing the
12 plaintiffs in litigation that is pending
13 against Monsanto.
14        Are you aware of the
15 litigation?
16     A.    Yes.
17     Q.    What is your understanding of
18 the claims asserted in the litigation?
19     A.    The claims, as I understand
20 them, are that certain plaintiffs claim that
21 they have developed forms of non-Hodgkin's
22 lymphoma due to their use of Roundup.
23     Q.    All right.  And are you
24 familiar with a hearing that is scheduled for
25 December of this year, 2017?

Page 7

1     A.    Yes.
2     Q.    What is your understanding of
3  your role, if any, at that December hearing?
4     A.    My role is to give my expert
5  opinion on the preclinical bioassay data that
6  was conducted in rats and mice.
7     Q.    And what is your understanding
8  of the purpose of the hearing generally?
9     A.    In general, the purpose is to
10 determine the carcinogenicity of glyphosate.
11     Q.    All right, Doctor.
12        I'm going to have a number of
13 questions for you today.  I do not intend for
14 any of my questions to be confusing or not
15 clear.  If you find that a question is for
16 any reason not clear or that a question does
17 not seem fair to you, just tell me and I'll
18 be glad to do whatever is necessary to make
19 sure that my questions are clear and not
20 confusing for you.
21        Okay?
22     A.    Okay.
23        MR. SOILEAU:  I think we had
24     someone join us on the phone, and
25     there's a request for an appearance.

Page 8

1        MS. TABATABAIE:  Good morning.
2     This is Tara Tabatabaie from Sill Law
3     Group for the plaintiffs.
4  QUESTIONS BY MR. SOILEAU:
5     Q.    Very good.
6        Also, today I expect we will
7  take a number of breaks, but if you for any
8  reason need to take a break at some point,
9  just let me know and I'll be glad to do that.
10        Okay?
11     A.    Okay.
12     Q.    Any questions before we
13 proceed?
14     A.    No.
15        (Rosol Exhibit 17-1 marked for
16     identification.)
17 QUESTIONS BY MR. SOILEAU:
18     Q.    Let me go ahead, I think, and
19 attach as Exhibit 17-1 a copy of the report
20 that's been provided to us in this
21 litigation, including Attachments A and B.
22        MR. SOILEAU:  Do you need a
23     copy as well?
24        MS. PIGMAN:  Yes, please.
25        MR. SOILEAU:  I have copies.

Page 9

1  Glad to share.
2        MS. PIGMAN:  Thank you.
3  QUESTIONS BY MR. SOILEAU:
4     Q.    If you could, Doctor, just
5  verify for me that that is a complete copy of
6  your report, including Attachments A and B.
7     A.    Yes, it's a complete copy.
8     Q.    Very good.
9        Now, Doctor, in this report,
10 this July 31 report, you state that, and I'll
11 quote, "The many rodent carcinogenicity
12 studies with glyphosate show no evidence of a
13 carcinogenic effect."
14        Do you recall that?
15     A.    Yes.
16     Q.    Do the words "many rodent
17 carcinogenicity studies with glyphosate"
18 included in your report refer specifically to
19 the 12 studies that you go on to discuss in
20 that report?
21     A.    It refers to the five mouse and
22 seven rat carcinogenicity studies.
23     Q.    All right.  Very good.  Five
24 mouse and seven rat.
25        And that would be the five

Confidential - Pursuant to Protective Order

Page 10

1    mouse and seven rat studies that you discuss
2    in that same July 31 report?
3         A.    Correct.
4         Q.    Okay.  Now, the report of
5    July 31 also references, and I'll quote
6    again, "An exceptionally large data set,"
7    close quotes.  That's at page 3 of your
8    report.
9              When you say "exceptionally
10   large data set" in your report, are you
11   referring again to the same five mouse and
12   seven rat studies that are discussed in the
13   July 31 report?
14        A.    That is correct.
15        Q.    So you consider the 12 studies
16   referenced in this July 31 report, seven rat
17   and five mouse studies, to constitute an
18   exceptionally large data set for purposes of
19   the opinion you offer in the report?
20        A.    It provides an exceptionally
21   large data set of bioassay data.  Many
22   deliberations utilize one to two assays,
23   whereas this has six times that, so that's
24   why I consider it exceptionally large.
25        Q.    I see.  And that's fair.

Page 11

1              So when you say "many studies"
2    or "an exceptionally large data set," you, of
3    course, mean that in the context of the
4    bioassays that are discussed in your report
5    that we discuss today?
6         A.    Yeah.  And in general terms,
7    the literature base on glyphosate is quite
8    broad because the compound has been available
9    for scientific investigation for multiple
10   decades.
11        Q.    Is there a link in your
12   experience between the length of time that a
13   particular component or compound is available
14   and the amount of literature or the number of
15   studies that will be available?
16        A.    I think if the -- any chemical
17   that has scientific interest will have more
18   studies conducted over time for various
19   reasons.  So I think that in general it's
20   true for almost any chemical.
21        Q.    Okay.  So in general, you would
22   expect to see some correlation between the
23   amount of time that the product or chemical
24   was on the market and the amount of
25   literature or the number of studies that you

Page 12

1    would find for that chemical or product,
2    fair?
3         A.    That's correct.
4              And actually, in my experience
5    in relation to glyphosate, there is actually
6    relatively -- a relative paucity of
7    scientific literature in these last four
8    decades, and I think that reflects a
9    relatively low level of scientific interest
10   in the compound compared to other compounds
11   where there might be thousands of scientific
12   manuscripts to peruse.
13        Q.    That's interesting.  Let me ask
14   you a couple of questions about that.
15             First I would like to step back
16   to the general principle that you mentioned a
17   moment ago, and that is that you tend to see
18   in your experience some correlation between
19   the length of time that a product is on the
20   market and the amount of literature or the
21   number of studies that will be available.
22             You recall mentioning that a
23   moment ago?
24             MS. PIGMAN:  Objection.  That
25   slightly mischaracterizes his

Page 13

1    testimony.
2              MR. SOILEAU:  Right.  I'm just
3    leading us back to the topic.  Your
4    words will speak for themselves.
5    QUESTIONS BY MR. SOILEAU:
6         Q.    Go ahead.
7         A.    Yeah.  So I wasn't specifically
8    referring to a commercial product.
9         Q.    Right.
10        A.    I was referring to any chemical
11   that is available to the scientific community
12   worldwide, that as time goes on, there tends
13   to be more studies just because the chemical
14   is available for an increased period of time.
15        Q.    Okay.  And that's fine.  I
16   appreciate the clarification.
17             I'll use the word that you've
18   used, and that's what I intend to do.  And I
19   didn't mean to change words on you or add an
20   additional one.
21             So what you're saying is there
22   is generally, in your experience, some
23   correlation between the amount of time that a
24   chemical is on the market and the amount of
25   literature that we will see studying that

Confidential - Pursuant to Protective Order

Page 14

1    chemical, fair?
2        A.   I mean any chemical, not
3    necessarily a commercially available
4    chemical. Any chemical that is available to
5    the scientific community is then available
6    for scientific study for various diverse
7    reasons.
8            And then I think the number of
9    scientific investigations that are done
10   reflect the general or specific scientific
11   interest in that chemical.
12       Q.   Right.
13           And I think I said "chemical,"
14   but I appreciate what you're telling me. I
15   think I follow you.
16           Why is that?
17           Why does that happen?
18           Why is there a correlation
19   between the length of time for a chemical and
20   the amount of literature?
21       A.   Well, I think the chemicals
22   that are available for scientific study
23   represent a type of -- not really a database,
24   but a base of material that can be
25   scientifically studied. So depending on the

Page 15

1    effects of that particular chemical, if that
2    interests a particular scientist or company,
3    then they have that available to them.
4        Q.   Is that really the way that
5    science works?
6        A.   I'm not sure what you're asking
7    me.
8        Q.   Is it true that one scientist
9    will tend to review the work of other
10   scientists if there's an interest in a
11   chemical?
12       A.   I think in general scientists
13   in academic or nonprofit institutions choose
14   what they wish to work on, whereas scientists
15   in commercial firms tend to work on what
16   their commercial firm wants them to work on.
17       Q.   Well, then let's talk about
18   that academic community for a moment, just to
19   focus on that.
20           So academic or nonprofit
21   institutions, the scientists that work in
22   those areas, how do they come up with topics
23   for research in your experience?
24       A.   It's very -- it's a very broad
25   question. Depends on the person. Depends on

Page 16

1    their personal interests. Depends on their
2    scientific training. And it also depends on
3    availability of research funding.
4        Q.   Okay. Does the science tend to
5    build upon itself, that is one study will
6    build upon another previous study?
7        A.   One of the common statements in
8    science is "we stand on the shoulders of
9    greatness." So we're always building on the
10   scientific base.
11       Q.   Well put. That's what I was
12   trying to articulate, and you did it better
13   than me, that there's sort of a chain, that
14   it passes along information, and science
15   builds upon the science that went before it?
16       A.   I think in general that's true,
17   and that's for what I would consider
18   incremental science.
19           And then there's another type
20   of scientific observation that is, you know,
21   what we would call a discovery or something
22   that is unexpected. And so there are many
23   ways for science to progress.
24           And the other thing -- the
25   other thing that's amazing about science is

Page 17

1    even with the broad front of incremental
2    science, sometimes it takes time to
3    understand the observations.
4            And this is one of -- I think
5    one of the advantages in the glyphosate
6    deliberation. We have many studies over many
7    years, and it makes it a very full data set
8    for developing a scientific opinion.
9        Q.   And what happens when there's a
10   new discovery through research?
11       A.   That's a very broad question.
12   I --
13       Q.   Does a new discovery in the
14   field of research tend to generate additional
15   studies on that discovery?
16       A.   New discovery, if it's of
17   interest to society, would stimulate other
18   studies.
19       Q.   All right. And a study that
20   offers sort of a dead end, a null effect,
21   does that tend to quiet interest in a topic?
22       A.   That is a very broad question.
23   It really depends on many things: level of
24   scientific interest, public interest and
25   source of funding.

Confidential - Pursuant to Protective Order

Page 18

1    Q.    You talked in your report about
2  repeatability I believe; is that correct?
3    A.    That is correct.
4    Q.    And that's the idea that one
5  scientist will look at what someone or
6  another scientist has done and see if the
7  results can be replicated through a similar
8  experiment?
9    A.    That's partly -- that's
10  partly -- it's part of it.  Repeatability can
11  also be done in the same institution or the
12  same investigator.
13    Q.    Okay.  But the concept is still
14  to perform the experiment again and see if
15  the results are the same?
16    A.    The report -- repeat that
17  experiment or a similar experiment.
18    Q.    And how does one go about
19  testing repeatability?  In other words, if
20  you had a study in hand, how would you know
21  that you have, so to speak, the same recipe
22  when you do your experiment?
23    A.    You hopefully have good
24  laboratory notes, and you work from your
25  notes or work from the published literature.

Page 19

1        For an example, in my
2  laboratory when a student presents me with
3  data that is of interest to the laboratory,
4  the first thing I asked is, "Have you
5  repeated it?"
6        And they said, "No, not yet."
7        And then I said, "Go repeat
8  it."
9        And they try to do their best
10  to repeat it.
11        But what's interesting is even
12  an experiment done the following week is a
13  different experiment.  And, you know, when I
14  consult with biostatisticians, they tell me
15  it's an individual experiment, must be
16  evaluated as an independent experiment.  And
17  then you look at the results from these two
18  independent experiments and determine whether
19  there was repeatability of your observation.
20    Q.    There's an element of art in
21  the science that you discuss now, fair?
22    A.    Yeah, I'm not sure what you
23  mean by that exactly.
24    Q.    That's okay.  We'll come back
25  to it.

Page 20

1        Let me ask you this.  Let's go
2  back to the 12 studies.
3        Did you believe that the 12
4  studies discussed in your July 31 report,
5  five mouse and seven rat, offered an adequate
6  basis for the opinion you offer?
7    A.    Correct.
8    Q.    So you did not need anything
9  additional beyond those 12 studies to offer
10  the opinion that you offered in the July 31
11  report and then now offer in your testimony
12  today, fair?
13    A.    I would say that the bioassay
14  data was adequate for me to make an opinion
15  on the carcinogenicity of glyphosate in rats
16  and mice.  However, in this process I looked
17  at a wide spectrum of published and other
18  data that was available to me.
19    Q.    All right.  And we'll talk
20  about that some today.  I want to make sure I
21  understand both your opinion and the basis
22  for your opinion.
23        Am I correct to understand that
24  the opinion that you are offering is that
25  there is no evidence of carcinogenicity on

Page 21

1  the basis -- that is carcinogenicity for
2  glyphosate on the basis of the studies that
3  you discuss in your report?
4        MS. PIGMAN:  Objection.  Form.
5        THE WITNESS:  It would be
6  impossible for me to separate the
7  knowledge I have and -- the knowledge
8  I have.  I have years of experience
9  that bear on my opinion.  There is
10  literature I've read and the bioassay
11  data I looked at that all play an
12  important role in my deliberation.
13        However, I think it's fair to
14  state that the data in the seven -- in
15  the 12 bioassays, seven rat and five
16  mouse bioassays, would be enough to
17  make a conclusion on the
18  carcinogenicity of glyphosate in rats
19  and mice.
20  QUESTIONS BY MR. SOILEAU:
21    Q.    Okay.  I appreciate that.
22        I understand that you bring
23  forward certain knowledge, training,
24  education and experience, right?
25    A.    Correct.

Confidential - Pursuant to Protective Order

Page 22

1    Q.   And that stays with you
2  wherever you go, fair?
3    A.   Correct.
4    Q.   All right.  But my question was
5  to make sure I understood your opinion, not
6  the basis for it -- I'll come back to the
7  basis in a moment -- but to understand your
8  opinion, the opinion that you offered -- that
9  you're offering today and that you offer in
10  the July 31 report.
11    Do I state it correctly when I
12  state that your opinion is that the many
13  rodent carcinogenicity studies with
14  glyphosate show no evidence of a carcinogenic
15  effect?
16    A.   That is a true statement from
17  my perspective.  As an expert witness, I find
18  no evidence of carcinogenicity in the 12
19  bioassays.
20    Q.   All right.  And so you
21  understand that part of the purpose of the
22  deposition today is for us to be able to
23  understand what you would expect to tell the
24  judge or a jury at a hearing in these
25  proceedings?

Page 23

1    A.   In general I understand that.
2    Q.   This is our chance to talk to
3  you; you understand that?
4    A.   I understand.
5    Q.   Okay.  And I want to make sure
6  that when I leave here today that I know what
7  opinion you will offer.
8    Now, we will talk and go into
9  more detail about the studies that underlie
10  that opinion, but I want to make sure that I
11  understand the opinion.
12    So do I have a fair
13  understanding of the opinion based on what we
14  just discussed?
15    A.   I'm not sure what you
16  understand.
17    Q.   Okay.  Is there any opinion you
18  intend to offer other than the one that you
19  just discussed, that is that the many rodent
20  carcinogenicity studies with glyphosate show
21  no evidence of carcinogenic effect?
22    MS. PIGMAN:  Objection.  That's
23  misleading.  He has a whole report
24  full of opinions.
25    THE WITNESS:  Yeah, I would --

Page 24

1  I have an opinion on many things.  It
2  depends what I'm asked.
3    I believe that statement that
4  you have made, my overall conclusion,
5  which is a general conclusion based on
6  my deliberations and my study of the
7  issue, is that I did not see evidence
8  of carcinogenicity for glyphosate in
9  rats and mice.
10  QUESTIONS BY MR. SOILEAU:
11    Q.   Okay.  So that is your overall
12  conclusion?
13    A.   Yeah.
14    Q.   That's the way you would label
15  it?
16    A.   That is a broad conclusion I
17  made, but I'm sure I have many subconclusions
18  or minor conclusions, you know, depending on
19  individual studies, individual data sets and
20  things like that.
21    Q.   Sure.  Okay.  I understand.
22    There are a number of reasons
23  for the conclusion, fair?
24    A.   There are -- there are many
25  reasons for my overall conclusion.

Page 25

1    Q.   Okay.  But the no carcinogenic
2  effect is, in your words, your overall
3  conclusion based on those many reasons?
4    A.   That is an overall conclusion I
5  reached based on my deliberations.
6    Q.   All right.  And the foundation
7  for that overall conclusion would be the 12
8  studies:  five mouse, seven rat?
9    A.   In addition to what I
10  mentioned, all the reports I read, scientific
11  evidence.  And I think in my list there is
12  over 100 items I looked at, so I cannot
13  separate that from my overall conclusion.
14    Q.   Okay.  So does your overall
15  conclusion apply just to the 12 studies or to
16  everything that's listed on Attachment B of
17  Exhibit 17-1?
18    MS. PIGMAN:  Objection.  Form.
19    You can answer it if you
20  understood it.
21    THE WITNESS:  So my overall
22  conclusion was based on all the data I
23  looked at.  The 12 carcinogenicity
24  studies were a very important part of
25  that.

7 (Pages 22 to 25)

Confidential - Pursuant to Protective Order

Page 26

1  QUESTIONS BY MR. SOILEAU:
2      Q.   Okay.  But I want to make sure
3  I understand, in addition to your overall
4  conclusion, the foundation for that overall
5  conclusion.  And I certainly recognize that
6  the 12 studies are part of that.
7          I need to know -- I know you've
8  looked at other things, but I need to know if
9  you're relying on anything beyond the 12
10  studies.  That is, does the overall
11  conclusion apply to everything you've looked
12  at or just the 12 studies?
13          MS. PIGMAN:  Objection.  Asked
14      and answered repeatedly.
15          THE WITNESS:  My overall
16      conclusion is based on my knowledge
17      base, my experience, all the
18      information I looked at in relation to
19      the study and the 12 carcinogenicity
20      studies.
21  QUESTIONS BY MR. SOILEAU:
22      Q.   All right, sir.
23          And when you say "all of the
24  information" that you've looked at, what is
25  that?

Page 27

1          How do we know what is "all of
2  the information" you looked at?
3      A.   That is the information in the
4  reading room in Belgium and the list of
5  documentations in my -- in my compendium of
6  materials.
7      Q.   All right.  And the list of
8  documentation would be Attachment B to
9  Exhibit 17-1?
10      A.   That is correct.
11      Q.   Okay.  And so the overall
12  conclusion applies to the 12 studies, the
13  materials you looked at in the reading room
14  in Belgium and the materials designated in
15  Attachment B?
16      A.   And my overall experience in --
17      Q.   I understand.
18      A.   -- in this field.
19      Q.   Sure.
20          (Rosol Exhibit 17-2 marked for
21      identification.)
22  QUESTIONS BY MR. SOILEAU:
23      Q.   Let me show you a document that
24  was produced today.  It's entitled "Thomas J.
25  Rosol, Supplemental Materials Considered

Page 28

1  List."  It is a nine-page document that I
2  will mark in globo as Exhibit 17-2.
3          First of all, let me let you
4  look at 17-2 and see if you recognize it.
5      A.   I recognize it.
6      Q.   All right, sir.
7          What is that?
8      A.   It's my supplemental materials
9  considered list.
10      Q.   And how does that compare to
11  Attachment B?  Because I've just seen
12  17-2 this morning.  I've not had a chance to
13  really look at it or compare it to B.
14      A.   So in Item B, which is a
15  document that was produced on July 31, 2017,
16  is my materials considered list up to that
17  point in time.
18          And this document is my
19  materials considered list probably up to
20  date, and it lists three additional materials
21  that I examined.
22      Q.   What are the three additional
23  materials that are included in 17-2; do you
24  know?
25      A.   Not off the top of my head.

Page 29

1          Would you like me to look for
2  them?
3      Q.   No, you don't need to right
4  now.  I can look later.
5          You've continued to work on
6  this project after July 31?
7      A.   That is correct.
8          MS. PIGMAN:  And, Counsel, I'd
9      like to just state for the record you
10      mentioned several times we produced
11      that today, and that is correct.  We
12      produced it according to the subpoena
13      issued by plaintiffs which requested
14      production this morning.
15          So just so that's clear on the
16      record.  I wanted to note that we did
17      produce it today, but it was pursuant
18      to the subpoena which had a return
19      date of today.
20          MR. SOILEAU:  Okay.
21  QUESTIONS BY MR. SOILEAU:
22      Q.   When were you first contacted
23  about this project?
24      A.   Late 2015.  November-ish.  I
25  don't know the exact date.

Confidential - Pursuant to Protective Order

Page 30

1      Q.   One of the things that's
2  produced today is a set of invoices.  Let me
3  go ahead and identify those and attach those.
4          I've got -- I think I'm going
5  to mark them separately.
6          (Rosol Exhibits 17-3 and 17-4
7  marked for identification.)
8  QUESTIONS BY MR. SOILEAU:
9      Q.   I've got an invoice that shows
10  the date, Invoice 1, date of 16 November
11  2016, will be marked as 17-3.  It's a total
12  of five pages, front and back.
13          And then Invoice Number 2,
14  which is dated May 31, 2017, I'll mark as
15  17-4.
16          Let me just ask you to look at
17  these.
18          MS. PIGMAN:  I'm sorry, Invoice
19  1 was 17-3 and 2 was -4?
20          MR. SOILEAU:  Yes.
21          MS. PIGMAN:  Okay.  Thank you.
22  I just wanted to make sure.
23          MR. SOILEAU:  Yeah.  It's as
24  complicated as that.
25          MS. PIGMAN:  Okay.  Excellent.

Page 31

1          MR. SOILEAU:  Assuming I've
2  attached the right stickers, and it
3  looks like I have so far.
4          THE WITNESS:  Okay.
5  QUESTIONS BY MR. SOILEAU:
6      Q.   I haven't looked at Invoice 1
7  yet.
8          Will it show us the date of the
9  first contact?
10      A.   No.
11      Q.   All right.  Are you able to
12  tell us the date of the first contact?
13      A.   Not exactly, no.
14      Q.   What can you tell me about
15  approximately when the first contact
16  occurred?
17      A.   I believe the contact was late
18  2015.
19      Q.   By whom?
20      A.   Eric Lasker.
21      Q.   Did you know him?
22      A.   No.
23      Q.   Had you worked with his law
24  firm before?
25      A.   No.

Page 32

1      Q.   Had you worked with any law
2  firm before?
3      A.   Yes.
4      Q.   All right.  There is, in the
5  materials provided to us included in
6  Exhibit 17-1, a reference to a patent
7  litigation.
8          Do you recall that?
9      A.   I'll look for --
10      Q.   It's on the CV.
11      A.   Yeah, I just need -- okay.
12  Sepracor versus Teva patent invalidity case,
13  yes.
14      Q.   All right.  And that was a case
15  that you were a retained expert on?
16      A.   That is correct.
17      Q.   Were you a retained expert in
18  any other litigation?
19          MS. PIGMAN:  Objection.
20          Are you asking ever or within
21  the time period allowed by the rules?
22          MR. SOILEAU:  We can do the
23  time period under the rules, but I'm
24  not sure I can't ask him about the
25  other.  Let me see what he says.

Page 33

1          I mean, the rules require a
2  list be produced, right, within a
3  certain time period?
4          MS. PIGMAN:  Right.  Over the
5  past four years, yes.
6          MR. SOILEAU:  Right.  I don't
7  know that the rules exclude questions
8  about something before that.
9          MS. PIGMAN:  I'm just trying to
10  clarify the question.
11  QUESTIONS BY MR. SOILEAU:
12      Q.   All right.  Well, let's just do
13  it easier because lawyers, given
14  alternatives, they end up asking both.
15          So have you ever been a
16  retained consultant in any litigation other
17  than the patent case that we just looked at?
18      A.   Regardless of the time
19  period --
20      Q.   Yes.
21      A.   -- is that correct?
22          Yes.
23      Q.   Okay.  When was that?
24      A.   I'd have to look at my full CV,
25  but it would have been somewhere in the --

9 (Pages 30 to 33)

Confidential - Pursuant to Protective Order

Page 34

1    excuse me, somewhere in the 2000s.
2         Q.    All right.  What would be in
3    your CV that would help you know when that
4    project took place?
5         A.    Well, I keep a personal CV
6    that's not -- that contains not public
7    information, so that's my personal copy, and
8    that helps me keep track of the projects I've
9    been involved in.
10        Q.    Okay.  What's different about
11   the personal CV compared to the CV that was
12   produced as part of 17-1?
13        A.    The personal CV is for me only.
14        Q.    What categories of information
15   are included in the personal CV that are not
16   in the CV attached to 17-1?
17        A.    It only -- the only information
18   that would not be in my -- what I publicly
19   disclose would be information about
20   consultation, specific information about
21   consultations that I have been participating
22   in over my career.
23        Q.    All right.  The one additional
24   litigation that we're talking about right
25   now, is that the only other time you were a

Page 35

1    retained expert in a litigation other than
2    the patent, that one, and the one today?
3         A.    So in my entire career I have
4    been -- I have served as an expert witness
5    four times.
6         Q.    Okay.
7         A.    Glyphosate situation as being
8    one of those --
9         Q.    Okay.
10        A.    -- a Sepracor situation and two
11   other times.
12        Q.    All right.  What were the two
13   other projects?  What issue did those
14   involve?
15        A.    One was a patient liability
16   suit against a pharmaceutical company, and
17   one was a patent infringement suit.
18        Q.    All right.  What pharmaceutical
19   company retained you?
20        A.    Is that public information at
21   this point?
22        Q.    I think it's discoverable.
23        A.    Okay.
24             MS. PIGMAN:  Objection.  Not if
25   he has confidentiality agreements.  If

Page 36

1    he was a consulting expert, then it's
2    clearly not going to be.  You'd have
3    to establish a basis for that.
4             MR. SOILEAU:  Well, I'm asking
5    the question.
6             THE WITNESS:  So I do have a
7    confidentiality agreement with the
8    company.
9             The situation was resolved out
10   of court, so I just don't know what
11   part of that is discoverable.  I'm
12   just -- I'm sorry, I'm unsure about
13   that.
14   QUESTIONS BY MR. SOILEAU:
15        Q.    That's okay.
16             Is that relationship with that
17   company ongoing as of today?
18        A.    I am a consultant with that
19   company today, but not in relation to that
20   investigation.
21        Q.    Okay.  So that I understand,
22   you were retained by a pharmaceutical company
23   in connection with litigation, the litigation
24   was resolved, and it's your understanding
25   that there's a confidentiality agreement that

Page 37

1    you signed that could foreclose you from even
2    identifying the company's name?
3         A.    Yes.  I'm just unsure about
4    that.
5         Q.    All right.
6         A.    I would like -- I'd have to
7    seek advice on that.
8         Q.    Did you offer any testimony in
9    that case by deposition or at a court
10   proceeding, if you feel you can disclose
11   that?
12        A.    Was I deposed?  It's -- I mean,
13   it's years ago.  I have a hard time
14   remembering for what I was deposed.  I may
15   have been deposed.  I'm really unsure without
16   looking at my own database.
17        Q.    Yeah.
18             Would that be the personal CV
19   again?
20        A.    Correct.
21        Q.    And you would expect that would
22   tell you if you issued a report or appeared
23   and testified in a particular case?
24        A.    That's why I keep those notes.
25        Q.    I see.

10 (Pages 34 to 37)

Confidential - Pursuant to Protective Order

Page 38

1    So the notes and the personal
2  CV would help you know when you did work on a
3  project and what you did generally in the
4  course of that project?
5    A.    It gives the time -- my
6  personal notes give the time range. I don't
7  have the dates of individual actions or
8  participation. It gives a general range in
9  time and broad categories of what I was
10  involved in.
11    Q.    Do you know how many times
12  you've been deposed?
13    A.    Two or three. I guess. I
14  don't know if I'm including this one. It --
15    Q.    Well, you've got a plus or
16  minus of one anyway.
17    A.    Right. It can't be more than
18  four, but I don't think in every action I was
19  deposed, so it's two or three.
20    Q.    Were you deposed in the patent
21  action that is included in 17-1?
22    A.    I don't remember individual --
23    Q.    Were you --
24    A.    I just don't remember
25  individual cases because I don't -- once

Page 39

1  they're over, I don't think about them.
2    Q.    All right. Do you happen to
3  recall what the issue was, the nature of the
4  patent, in the patent infringement case that
5  is a different patent case from the one
6  that's on your CV?
7    You told me there are four
8  matters: the one on the CV, the
9  glyphosate -- I'm just trying to help -- the
10  pharmaceutical and then one other patent
11  infringement.
12    A.    Yeah. The other one was a
13  suit --
14    Q.    Okay.
15    A.    The other one was a suit from a
16  company claiming that another company is
17  infringing on its patent rights in relation
18  to a scientific instrument that's used in
19  cancer research.
20    Q.    All right. A device of some
21  sort?
22    A.    Correct.
23    Q.    Okay. Now, separate from
24  litigated projects, have you also worked as a
25  retained consultant for various companies at

Page 40

1  times?
2    A.    I'm a frequent consultant for
3  pharmaceutical contract -- pharmaceutical
4  companies, contract research laboratories and
5  government agencies involved in preclinical
6  toxicity studies.
7    Q.    All right. Prior to the
8  contact in late 2015 about this project, had
9  you ever worked with Monsanto?
10    A.    No.
11    Q.    Any consultation, any
12  interaction with Monsanto prior to late 2015
13  that you can recall --
14    A.    No.
15    Q.    -- as we sit here today?
16    A.    Nothing that I can recall.
17    Q.    When you were contacted in late
18  2015 about this project, what was the extent
19  of your knowledge of glyphosate?
20    A.    That it was a commercial
21  product that I used personally.
22    Q.    All right. Other than
23  recognizing the name "glyphosate" and knowing
24  that you had used a product with glyphosate,
25  did you have any other knowledge, including

Page 41

1  any scientific knowledge?
2    A.    I don't know for sure. It
3  wasn't a component that I had really thought
4  about -- much about.
5    Q.    Okay.
6    A.    So in general, I was relatively
7  unknowledgeable about the scientific
8  background of glyphosate.
9    Q.    Okay. So you hadn't done any
10  research or studies or focused your
11  scientific attention at any point on
12  glyphosate by the moment you were contacted
13  in late 2015, fair?
14    A.    That is correct.
15    Q.    Okay. And I apologize. Did
16  you tell me there were three additional
17  entries on the supplemental materials list
18  that is now 17-2?
19    A.    The list from July 31st was 101
20  items. The one produced today is 104 items.
21    Q.    Okay. What work have you done
22  on this project after July 31?
23    MS. PIGMAN: Objection only to
24  the extent that calls for
25  communications with counsel. You can

11 (Pages 38 to 41)

Confidential - Pursuant to Protective Order

Page 42

1      talk about what you've done, just not
2   our conversations.
3   QUESTIONS BY MR. SOILEAU:
4      Q.   Well, I think we're on the same
5   page here.  I'm not asking you what the
6   lawyers told you, but if what you've done is
7   talk to the lawyers, I think I'm entitled to
8   know that as a category.
9          So, for example, the invoices
10  show that you've met with lawyers.  And if
11  the only work you've done since July 31 is
12  meet with lawyers, tell me that.
13         But I'm interested in the types
14  of work you have done since July 31,
15  described in the same way you've described
16  them in the invoices.
17     A.   So I looked at the information
18  I will use for Invoice Number 3, which I have
19  not completed yet.
20     Q.   Okay.
21     A.   For approximately the last
22  three months of work will be about 60 to
23  70 hours of work.
24     Q.   Okay.
25     A.   And that 60 to 70 hours relates

Page 43

1   to reading of materials that's on my
2   supplemental materials list and reading
3   depositions of other expert witnesses, and
4   reviewing the data of the case, and meetings
5   with attorneys.
6      Q.   Okay.  Now, let's see.  The
7   second invoice has a May date; is that
8   correct?  That would be 17-4.  May 31?
9      A.   May 31st.
10     Q.   Yes.
11         As of June 1, had you reviewed
12  all of the materials that are listed on
13  Attachment B of 17-1, your original report?
14     A.   As of May 31st, did I review --
15         MS. PIGMAN:  I'm sorry, I'm
16  confused.
17         Which date did you ask about?
18  QUESTIONS BY MR. SOILEAU:
19     Q.   Yes.  As of June 1, which is
20  the first day after your second invoice, had
21  you at that point reviewed all of the
22  materials included on Attachment B of your
23  original report, Exhibit 17-1?
24     A.   I don't know.
25     Q.   As we sit here today, Doctor,

Page 44

1   do you believe you have personally reviewed
2   all of the materials that are included in the
3   supplemental list, which is marked as 17-2?
4      A.   I have reviewed or read all of
5   the materials on this list.
6      Q.   Okay.  So just so that I'm
7   clear, and to be complete and fair, you're
8   not sure whether you had reviewed all of the
9   listed considered materials by June 1, but as
10  of today, September 15, you have?
11     A.   I have reviewed or read all the
12  materials on the list 17.2.
13     Q.   Right.
14         But if we go to Attachment B on
15  17-1 and use the date of June 1, you're not
16  sure if you had reviewed all of the materials
17  on Attachment B by that date?
18         MS. PIGMAN:  Objection.
19  Attachment B was filed after June --
20  or served after June 1.
21         MR. SOILEAU:  Well, I know, but
22  that's the question I asked earlier,
23  and he answered, and I'm just making
24  sure I understand his answer.
25         THE WITNESS:  I have -- do not

Page 45

1   recollect what I had reviewed by
2   June 1st.
3   QUESTIONS BY MR. SOILEAU:
4      Q.   Right.
5          And you understand I'm just
6   using June 1 as the day -- first day after
7   your second invoice?
8      A.   I understand that.
9      Q.   Okay.  How did you come to
10  identify the three new items or materials
11  that are listed in 17-2?
12     A.   Yeah, I don't know.  I'm
13  constantly thinking about this case,
14  reviewing literature.
15     Q.   Did you do some specific search
16  that led you to those three?
17     A.   I don't know.
18     Q.   Is it possible those three were
19  simply provided to you?
20     A.   Some -- some documents were
21  provided to me.
22     Q.   Do you know whether those three
23  additional items were simply provided to you
24  or resulted from some search or review of the
25  literature that you conducted?

Confidential - Pursuant to Protective Order

Page 46

1        MS. PIGMAN: Objection. He's
2    already said he would need to compare
3    the lists.
4        THE WITNESS: I --
5    QUESTIONS BY MR. SOILEAU:
6        Q.   I'm just asking you how you
7    came to find them.
8        A.   So I don't know the answer to
9    that --
10        Q.   Okay.
11        A.   -- because I'm actually not
12    sure what three documents we're referring to.
13        Q.   Right, and I'm not either, so
14    we'll stop there on that question and maybe
15    come back to it later.
16             Let's go ahead and, for
17    housekeeping, attach the rest of the
18    production that was made.
19             (Rosol Exhibit 17-5 marked for
20             identification.)
21    QUESTIONS BY MR. SOILEAU:
22        Q.   I have a copy of your CV that
23    I'm going to mark as 17-5.  Let me show that
24    to you so you can identify it.
25        A.   Okay.

Page 47

1        Q.   All right.
2        A.   I identify it as my curriculum
3    vitae.
4        Q.   And it's lengthy so you may not
5    be able to tell me, but do you know if 17-5,
6    the CV that is now marked as 17-5, is
7    identical to the CV that is attached to 17-1
8    as Attachment A?
9        A.   It would not be identical.
10        Q.   All right.  Do you know what's
11    new?
12        A.   My position is new.  I
13    constantly publish papers, so I update my CV
14    at least twice a month.
15             (Rosol Exhibit 17-6 marked for
16             identification.)
17    QUESTIONS BY MR. SOILEAU:
18        Q.   Okay.  And then I'll go ahead
19    and attach as 17-6 a document that was given
20    to me today entitled "Monsanto Company's
21    Objections to Plaintiff's Schedule A to
22    Notice of Deposition of Dr. Thomas J. Rosol."
23             MR. SOILEAU:  And I think with
24             that, Counsel, I've attached this
25             everything that's been produced

Page 48

1    morning.
2        Agree?
3        MS. PIGMAN:  I believe that is
4    correct.
5        MR. SOILEAU:  Okay.  Good.
6    QUESTIONS BY MR. SOILEAU:
7        Q.   Do you have copies of the 12
8    studies that are referred to in your July 31
9    report?
10        A.   Are you referring to the
11    complete reports with all individual animal
12    data?
13        Q.   I don't know.
14             What do you have access to
15    currently as to these 12 studies?
16        A.   I have been allowed to examine
17    the studies in the Belgium reading room.  We
18    have the summary data tables that were
19    published as a supplement to the Greim's
20    paper.  I have my reading room notes.
21             I think that's all I have.
22        Q.   All right.  Did you review
23    materials on these 12 studies in the reading
24    room that are not publicly available?
25        A.   The materials I read --

Page 49

1    reviewed in the reading room were publicly
2    available when I reviewed them.
3        Q.   Were they publicly available
4    outside of that reading room?
5        A.   The summary incidence tables
6    for all the studies were publicly available
7    as Greim supplements.
8        Q.   We're going to talk about it in
9    some detail today, I suppose, but I'm
10    assuming that at some point you were in the
11    public reading room and had these 12 studies
12    available; is that correct?
13        A.   I was in the public reading
14    room for approximately 12 to 13 hours over
15    two days.  The materials were all electronic,
16    and I reviewed them on a computer that was
17    particularly slow.
18             The documents were thousands --
19    each document was thousands of pages, so to
20    see -- I could not see a whole page at once,
21    so I would have to work my way through these
22    documents as best I could.
23             So it was -- they were publicly
24    available to me.  Every page was available to
25    me.  It was literally impossible to read all

Confidential - Pursuant to Protective Order

Page 50

1    of this material over two days so I tried to
2    peruse it as selectively as I could.  So I
3    spent most of my time looking at -- so I read
4    completely the pathology reports for every
5    study.  Those were important to me.  And I
6    took notes on those.
7              And then I spent a -- much of
8    my other time was spent looking at incidence
9    tables and conclusions, and in some cases I
10   looked at some individual animal data.
11       Q.   I'm sorry, what did you say?
12       A.   And in some cases I looked at
13   some individual animal data.
14       Q.   Okay.  Why did you take notes?
15       A.   Because I can't memorize what I
16   read -- what I saw for those two days.  So I
17   tried to take some notes that would help me
18   remember points I thought were important.
19       Q.   All right.  If for some reason
20   you and I wanted to spend the day tomorrow
21   looking at these same materials, absent a
22   trip to Brussels, would we be able to do it?
23       A.   The materials that I had access
24   to in the reading room?
25       Q.   Yes.

Page 51

1              If you and I wanted to spend
2    the day tomorrow, or this weekend, for
3    example, for some reason reviewing and having
4    access to all of the materials for these 12
5    studies that you reviewed in Brussels, would
6    we be able to do it?
7        A.   No.  However, the majority of
8    the incidence data is available to the public
9    now.
10       Q.   Is that adequate?
11       A.   It would be very helpful.  It's
12   very useful data.  For many people it might
13   be adequate.  For me, I really wanted to read
14   the pathology reports.
15       Q.   Are those pathology reports
16   available if you and I wanted to look at them
17   tomorrow, short of a trip to Brussels?
18       A.   I don't think they're available
19   to the public at this point.
20       Q.   Okay.  When did you first learn
21   that there might be -- or that there existed
22   a public reading room in Brussels?
23       A.   I don't know.
24       Q.   Was it during your work on this
25   project?

Page 52

1        A.   Yes.
2        Q.   And was it in the context of
3    your work on this project?
4        A.   Yes.
5        Q.   Describe to me the
6    circumstances surrounding your first
7    information about this public reading room in
8    Brussels.
9              MS. PIGMAN:  Objection to the
10   extent it calls for conversations with
11   counsel, but you can otherwise answer
12   without that information.
13             THE WITNESS:  I don't think it
14   was my discovery; I think it was
15   brought to my attention.  I don't know
16   who brought it to my attention.
17   QUESTIONS BY MR. SOILEAU:
18       Q.   By counsel?
19       A.   It -- I don't think I
20   discovered it on my own.
21       Q.   All right.  Was it someone
22   representing Monsanto in some capacity that
23   brought it to your attention?
24       A.   I'm not sure.  I'm just not
25   sure how -- how I found out about it.

Page 53

1        Q.   Had you been to Brussels
2    before?
3        A.   I've been to Belgium.
4        Q.   Yes, sir.
5        A.   I'm trying to think if I've
6    ever been to Brussels.
7              I don't think I was in Brussels
8    before.
9        Q.   All right.  How were the
10   arrangements made for you to go there?
11       A.   You mean the travel
12   arrangements?
13       Q.   Yes.
14       A.   I made them myself.
15       Q.   Okay.  Who accompanied you?
16       A.   I went by myself.
17       Q.   Did anyone accompany you or
18   meet with you when you were at the public
19   reading room in Brussels?
20       A.   No.
21       Q.   Do you understand who maintains
22   or who has control over access to the public
23   reading room in Brussels?
24       A.   I think a regulatory agency,
25   but I didn't pay much attention to that.  It

14 (Pages 50 to 53)

Confidential - Pursuant to Protective Order

Page 54

1    seemed to be under very strict control.
2        Q.   Well, of course I wasn't there.
3        Can you describe for me what
4    happened when you arrived at the building
5    that contains the public reading room?
6        You know, for example, I got
7    here to the Hollingsworth offices today. I
8    had to come in, check in with security. I
9    have a badge. I was allowed into the
10   elevator, and someone else accessed the
11   floor.
12       Take me through the steps that
13   you went through from the time you arrived at
14   the building in Brussels.
15       A.   Okay. So once I learned that
16   the public reading room was available and
17   that it was desired for me to go through the
18   documents the best I could --
19       Q.   What do you mean "it was
20   desired"?
21       A.   I mean, I thought it was a good
22   idea, but I wasn't going to go on my own. I
23   was supported by this investigation to go,
24   and so...
25       Q.   Was it suggested that you go?

Page 55

1        MS. PIGMAN: Objection to the
2    extent it calls for communications
3    with counsel.
4        THE WITNESS: I don't know. I
5    can tell you, though, that once I
6    learned of the reading room and what
7    materials were in the reading room, I
8    felt it would be helpful for me to
9    read these materials.
10   QUESTIONS BY MR. SOILEAU:
11       Q.   Okay. I guess I wanted to know
12   if it was your idea originally.
13       MS. PIGMAN: Objection. Asked
14   and answered. He said he doesn't
15   know.
16       THE WITNESS: I don't know who
17   informed me of the reading room.
18   QUESTIONS BY MR. SOILEAU:
19       Q.   Right.
20       A.   Once I understood what was in
21   the reading room, it was my opinion that
22   looking at those materials would be helpful
23   for me to make an expert opinion.
24       Q.   Right. But I have sort of a
25   different question.

Page 56

1        I may not know who recommended
2    the good Italian restaurant tonight, but I
3    know it wasn't me. It didn't start to me.
4        My question is: Did the idea
5    of going to the public reading room in
6    Brussels originate with you?
7        MS. PIGMAN: Objection. Asked
8    and answered.
9        MR. SOILEAU: I don't think so.
10       THE WITNESS: I don't know for
11   sure. I only can tell you that -- I
12   don't know if someone said, "Go to the
13   reading room."
14       What I remember is learning
15   about the materials that were
16   available and having the opinion that
17   it would be helpful for me to review
18   them.
19   QUESTIONS BY MR. SOILEAU:
20       Q.   What is the scope of the
21   materials that are available -- before you
22   got there, what was your understanding --
23   we'll do it two steps.
24       Before you got there, what was
25   your understanding of what was available at

Page 57

1    this public reading room in Brussels?
2        A.   That these were the reports for
3    the -- for the -- well, for the
4    carcinogenicity studies.
5        Q.   Specifically what
6    carcinogenicity studies?
7        A.   The five mouse and seven rat
8    that are listed.
9        In addition, there was other
10   data available. There was data on the
11   genotoxicity studies, which I looked at one
12   or two very cursorily. That wasn't my
13   intent, but I just looked at a couple to see
14   what they looked like and look at the
15   conclusions. I believe those are also in my
16   reading room notes.
17       But I didn't have time to
18   review the other information there. I went
19   there specifically to read as much of the 12
20   carcinogenicity study reports as I could.
21       Q.   So the 12 studies had already
22   been identified before you left for Brussels?
23       A.   I presume so.
24       Q.   Right.
25       Because when you got to the

Golkow Litigation Services - 1.877.370.DEPS

Confidential - Pursuant to Protective Order

Page 58

1  public reading room, you knew that you wanted
2  to look at these 12 studies, correct?
3      A.  Well, I didn't -- I don't know
4  what kind of knowledge I had.  I knew I
5  wanted to look at the available
6  carcinogenicity studies that were in this
7  room.
8      Q.  You had -- did you have a list
9  of those 12 studies already?
10     You told me:  "I went there
11 specifically to read as much of the 12
12 carcinogenicity study reports as I could."
13     So I took it if that's the
14 reason you went, you knew the -- you had
15 identified those 12.
16     A.  I assume so.  I just don't
17 remember those level of specifics.
18     Q.  Right.
19     But you would have had -- you
20 didn't -- we'll come back to it soon.
21     Was your time in the reading
22 room limited?
23     A.  There were -- there were
24 opening -- well, there were opening hours.
25 They had specific hours that you could be in

Page 59

1  the reading room.
2      Q.  But were you limited as to the
3  number of days you could spend at the public
4  reading room?
5      A.  So I signed up for access to
6  the reading room online.  There was an online
7  site that I accessed in the United States.  I
8  made an appointment for the days that were
9  available to me.  You could spend up to two
10 days in the reading room.
11     Q.  I see.
12     A.  So you would -- I believe I had
13 to make appointments for four half days.  So
14 you would -- the time they would allot you --
15 because there was a mandatory lunch break you
16 had to take.
17     Q.  I see.
18     A.  When I got to the reading room,
19 there were some security individuals who
20 checked my documentation and checked my
21 appointment and took me to the reading room.
22 And actually I was detained -- or delayed
23 about an hour and a half because their
24 computers were down.
25     Q.  I see.

Page 60

1      A.  Then I was allowed -- once
2  the -- well, they had about, I would say, 8
3  to 12 computers in a room about twice the
4  size of this where people could come and sit
5  at a computer and review the electronic
6  documents.
7      During my two days there, the
8  room was relatively empty.  I think I saw
9  only one or two other people.  So there was a
10 lot of time -- I realize there was a lot of
11 time available for people to look at these
12 documents, so the room wasn't overutilized.
13 I was the only one there for that -- those
14 two days there.
15     Q.  So two days was the maximum
16 period of time that you could reserve?
17     A.  I believe that's correct.
18     Q.  And the two days translated
19 into 12 to 13 hours at the computer for you?
20     A.  Yes.  Because I think I got
21 there at nine o'clock.  I was allowed in at
22 10, 10:30, took a one-hour lunch break.  I
23 had to finish by 4 or 5.  So not two full,
24 complete days.
25     Q.  All right.  The forms that you

Page 61

1  filled out online, where are those?
2      Do you have copies of them?
3      A.  No, I don't think I ever
4  printed anything out.  I might have printed
5  something out.  I don't -- maybe just to, you
6  know, prove I filled out the form, you know.
7      But these were -- it was really
8  just my name and my nationality.  So just
9  sort of "who are you" so that when you got
10 this appointment, they knew it was you that
11 signed up.  Sorry, just really had to show my
12 passport, and that was it.
13     Q.  So you didn't have to give any
14 explanation of why you wanted access to the
15 public reading room?
16     A.  No.  I think this is open to
17 anybody who wanted to go in there.
18     Q.  And you didn't have to have a
19 sponsor?
20     A.  No.
21     Q.  Just fill out your name and --
22     A.  Just who are you.
23     Q.  Who are you and where are you
24 from?
25     A.  Who are you and how many

16 (Pages 58 to 61)

Confidential - Pursuant to Protective Order

Page 62

1   appointments do you want.
2       Q.   You told me, though, that you
3   showed the security man your papers, so I'm
4   wondering about what those papers were.
5       A.   "Papers" is a general term for
6   passport, driver's license.
7       Q.   Okay.  But you didn't bring
8   anything with you that confirmed your
9   reservation?
10      A.   I think I printed out, you
11  know, one of the web pages, but I didn't need
12  it to enter the room.
13      Q.   All right.  And so once you
14  cleared security, you were on your own?
15      A.   I was -- there was a security
16  person in the room all the time I was using
17  the computer.
18      Q.   All right.  Did anyone assist
19  you with the use of the computer, sort of
20  like a librarian from the old days but with a
21  computer?
22      A.   No.  The security people
23  weren't knowledgeable about computers.
24      Q.   How did you go about finding
25  what you wanted to look at?

Page 63

1       A.   There was a short instruction
2   sheet there that said what directory to go to
3   and then you were on your own.
4       Q.   Was this standardized
5   instructions that were generally at the
6   table, or were you given specific
7   instructions how to access the information
8   you wanted to look at?
9       A.   I think each terminal had this
10  piece of paper that told you how to get to
11  the data.
12      Q.   Okay.  No one -- you didn't
13  bring with you any information, search terms
14  or a means to access the particular studies,
15  the 12 studies, that you were interested in?
16      A.   No.
17      Q.   You would have had the names of
18  the 12 studies, right?
19      A.   I don't -- I don't know what
20  I -- I don't think so, no.
21      Q.   Well, how did you find them on
22  the computer?
23      A.   They were just listed as a
24  list.  You click on them one by one.  Mouse
25  studies, rat studies.  Just went down the

Page 64

1   list.  Did you look at every mouse and
2       Q.   Did you look at every mouse and
3   rat study available in the public reading
4   room?
5       A.   I looked at every
6   carcinogenicity bioassay study that was
7   available in the reading room.
8       Q.   And so the reading room
9   includes a total of 12 carcinogenicity
10  studies?
11      A.   I didn't really like count them
12  at the time.  I just went through the list
13  and made my notes, so...
14      Q.   Well, did you look at any --
15  all right.  Let me make sure I understand.
16           You're telling me that you
17  looked at all of the carcinogenicity studies
18  that were available in the public reading
19  room through that computer?
20      A.   Correct.
21      Q.   Are all of the studies that you
22  looked at on the computer in the reading room
23  included in your July 31 report?
24      A.   What do you mean?
25      Q.   Well, the report includes --

Page 65

1       A.   Oh, in the report.
2       Q.   -- 12 studies.  You told me you
3   looked at all of the studies.  I've never
4   been there.  I don't know how many studies
5   are on the computer, so I'm trying to compare
6   what's in your report --
7       A.   Sure.
8       Q.   -- to the studies that are
9   available on the computer.
10           So were there more than 12
11  studies available through the computer in the
12  public reading room?
13      A.   Again, I didn't count them.  I
14  don't know exactly how many I looked at.  I
15  looked at the ones that were available.
16           I would have to compare my
17  reading room notes to my report to see if all
18  12 -- I mean, I don't know if all 12 are
19  there.  I just don't know.  I don't remember.
20      Q.   Do you know whether you made
21  notes on every carcinogenicity study that was
22  included on the computer and available
23  through the public reading room?
24      A.   I was able to get through all
25  of the carc studies in the reading room, and

Confidential - Pursuant to Protective Order

Page 66

1 I have notes. So if the study was in the
2 reading room and it was a carcinogenicity
3 study, it would be listed in my notes, my
4 handwritten notes.
5     Q.   Okay. And so we would compare
6 the handwritten notes to the July 31 report,
7 and we could see if you include in the report
8 all of the studies you looked at?
9     A.   Correct. The vast majority of
10 them I think are -- I just don't know if
11 exactly -- if I exactly looked at the 12,
12 right? I don't know if there was maybe 11;
13 maybe one wasn't there. I just don't know
14 because I didn't look at it that way. I just
15 looked at the material that was available to
16 me, made my notes, and that helped me
17 formulate my opinion.
18     Q.   You knew you would be relying
19 on those notes to write your report?
20     A.   I relied on those notes to
21 write my report.
22     Q.   Okay. But when you were in the
23 public reading room, you were taking notes
24 then, handwritten notes, knowing that you
25 would have to rely on those notes to write a

Page 67

1 report later?
2     A.   Correct.
3     Q.   You would have to identify
4 incidence data, other details from the
5 reports with reference to particular reports,
6 right?
7     A.   Correct.
8     Q.   Okay. Separate from a
9 comparison of the notes to the report, I want
10 to compare the notes to what you looked at,
11 and I want to know if you could tell me with
12 confidence that all of the -- what did you
13 call them carc studies?
14     A.   Sorry. Carcinogenicity
15 studies.
16     Q.   Okay.
17     A.   Sometimes I call them "carc"
18 just for short.
19     Q.   I can see why.
20         I want know whether you can
21 tell me with confidence, Doctor, that each
22 and every carcinogenicity study that you
23 looked at on the computer in the public
24 reading room is notated in your handwritten
25 notes that have been produced in this

Page 68

1 litigation.
2     A.   Yes, I believe that's correct.
3 I was able to get through all the chronic
4 studies in the reading room and make some
5 note on all the chronic studies.
6     Q.   Okay. Got through all the
7 chronic studies and made also some note?
8     A.   Made some notation. Some had
9 more; some had less. But that was my intent,
10 to make sure I listed all the chronic studies
11 I was able to examine and read the pathology
12 reports.
13     Q.   And why do you add the word
14 "chronic" now?
15     A.   Chronic is a term we often use
16 for two-year studies or 18-month studies.
17 The carcinogenicity studies have some
18 synonyms about them: rodent bioassays,
19 carcinogenicity studies, carc studies,
20 chronic studies.
21     Q.   Those are all synonymous?
22     A.   How I'm using them today, yes.
23     Q.   Okay. And the reason I ask is
24 because I want to make sure there's not a
25 group of carcinogenicity studies available at

Page 69

1 the computer in the public reading room
2 separate from the chronic studies.
3     A.   Correct.
4     Q.   We're talking about the same
5 universe of studies, whether we say "chronic"
6 or just say "carcinogenicity" in the context
7 of that public reading room --
8     A.   Yes.
9     Q.   -- and that computer that you
10 used, fair?
11     A.   Sure.
12         And I think, you know, maybe
13 just for clarity I'll call them rodent
14 bioassays.
15     Q.   Okay. But again, synonymous
16 with what we've been talking about?
17     A.   Correct.
18     Q.   What else is available through
19 the public reading room?
20     A.   Like I mentioned, there were
21 some other studies. I remember genotoxicity
22 studies, but those weren't my primary
23 interest, so I think I spent five minutes
24 looking at a couple of them.
25         I spent almost all my time

18 (Pages 66 to 69)

Confidential - Pursuant to Protective Order

Page 70

1    looking at the rodent bioassay data. I
2    didn't make notes on what other materials
3    were available.
4        Q.    And so I'm going to ask you --
5    you may not be able to tell me, but let me
6    ask: Do you have any idea of what percent of
7    the total materials available through the
8    public reading room you looked at when you
9    looked at these rodent bioassays?
10       A.    I can't say. I didn't look
11   through the other materials, so I can't say.
12           MS. PIGMAN: We've been going
13       for about an hour. Is it a good time
14       for a break?
15           MR. SOILEAU: We can go ahead
16       and take our first break if you want.
17           MS. PIGMAN: Okay.
18           VIDEOGRAPHER: The time is
19       10:03. We are going off the record.
20       (Off the record at 10:03 a.m.)
21           VIDEOGRAPHER: The time now is
22       10:13. We are back on the record.
23   QUESTIONS BY MR. SOILEAU:
24       Q.    All right, Doctor, we had a
25   short break.

Page 71

1            Are you ready to begin again?
2        A.    Yes.
3        Q.    I need to understand better --
4    I need to get my mouth working, too.
5            I need to understand better,
6    Doctor, how you identified the 12 studies.
7    And I'm interested in whether, when you
8    headed to Brussels, you had the 12 studies in
9    mind or whether you relied on what was in the
10   reading room and that's where the 12 studies
11   came from.
12       A.    You know, I don't really
13   remember exactly. I believe I knew of the 12
14   studies and went there to read them.
15       Q.    How would you know of the 12
16   studies if they're not available outside of
17   the public reading room in Brussels?
18       A.    I'm not sure what you're asking
19   me.
20       Q.    Well, did you have the names of
21   the studies before you left for Brussels?
22       A.    Well, I had read the Greim's
23   paper.
24       Q.    Are all of the 12 studies
25   listed in the Greim's paper?

Page 72

1        A.    I'd have to -- I'd have to
2    review that to answer that question.
3        Q.    Okay. But that's not really
4    the question I'm interested in. I know that
5    both you and I can look at the Greim's study
6    and see what's listed.
7            I'm interested in learning if
8    can, Doctor, whether you knew the identity of
9    the 12 studies that you looked at in Brussels
10   before you left the United States to travel
11   to Brussels.
12       A.    Yeah. I don't know, because
13   that's not the process I use to formulate --
14   to see as -- for a scientist to formulate an
15   expert opinion I wanted data, I wanted to
16   review data. And so I don't -- I don't
17   memorize individual pieces of data or know if
18   I'm looking at 11 studies today or
19   12 tomorrow.
20           I gather all the information I
21   can to make my scientific opinion, but I
22   don't keep in my head these numerical
23   specifics.
24           Do you know what I mean?
25       Q.    Well, I understand what you're

Page 73

1    saying. Of course, I'm not a scientist --
2        A.    Uh-huh.
3        Q.    -- but I understand what you're
4    saying.
5            Let me ask you this: When you
6    left for Brussels, did you have an opinion as
7    to whether glyphosate had any carcinogenic
8    effect?
9        A.    I don't know how
10   well-formulated my opinion was at that time.
11   I just don't remember.
12       Q.    Did you -- so that I'm clear
13   and fair with you, Doctor, did you have an
14   opinion at all when you left the United
15   States headed to Brussels?
16       A.    Oh, what was the date?
17       Q.    Well, you were there around
18   October 20.
19       A.    I don't know what my opinion
20   was at the time. I might have had an
21   opinion. I don't know.
22       Q.    So, again, I want to be careful
23   and clear with our words.
24           You neither know whether you
25   had an opinion nor what that opinion might

Confidential - Pursuant to Protective Order

Page 74

1  have been, if you did have one; is that fair?
2       Is that correct?
3       A.   I don't know what my opinion
4  was.
5       Q.   Okay.
6       A.   I would have not have had a
7  strong opinion because I haven't had enough
8  of the data to examine.
9       Q.   Okay.  When you walked out of
10  the reading room in Brussels, did you have an
11  opinion?
12       A.   After reviewing the data, I
13  would have had probably some opinion, yes.
14       Q.   And what would that opinion
15  have been at that point?
16       A.   Well, I've -- I think -- I
17  don't know.  I mean, my opinion has always
18  been that I have not seen evidence of
19  carcinogenicity, and I think that opinion has
20  become stronger as time gone on, but I didn't
21  make notes on a daily basis what level that
22  opinion was.
23       Q.   All right.  Science and
24  scientific analysis is always an ongoing
25  process, fair?

Page 75

1       A.   Something that you gather as
2  much data as you can and you deliberate on.
3       Q.   Do you ever finish?
4       A.   Sure.  We make conclusions all
5  the time.
6       Q.   Oh, I understand that.  But, I
7  mean, does the science on a particular issue
8  ever end, or is it a continuing process, ever
9  evolving?
10       A.   I don't -- we try -- that's
11  what a manuscript is.  A manuscript is an
12  attempt at making a conclusion at a specific
13  point in time and then deciding whether you
14  want to continue with that endeavor or not.
15       Q.   Right.
16       Do the endeavors continue?
17       A.   It depends.  It's just too
18  broad of a question, really.
19       Q.   Fair.  Fair.
20       In other words, you write the
21  manuscript, you draw a conclusion, and
22  whether the endeavor continues often depends
23  on what the conclusion was.
24       That's fair, isn't it?
25       A.   It depends on many things.  It

Page 76

1  depends on funding, conclusion, interest --
2       Q.   Sure.
3       A.   -- scientific -- so it's
4  extremely variable.
5       Q.   Can we agree at least, Doctor,
6  that the conclusion in the manuscript for the
7  study has an impact on further study?
8       A.   People can read the conclusion
9  and decide how they want to use that
10  conclusion, yes.
11       Q.   So is the answer to my
12  question, yes, that the conclusion reached
13  through a study can have an impact on what,
14  if any, further studies occur along that same
15  endeavor?
16       A.   The impact of a conclusion
17  depends on the person reading it and their
18  interpretation of the conclusion.
19       Q.   All right.  I'm just asking you
20  if in your experience and in your opinion
21  whether the conclusion can have an impact on
22  future studies.
23       A.   Well, can have an impact
24  because it's up to the person reading the
25  manuscript to decide what they want to do

Page 77

1  with that information, so...
2       Q.   So, yes, it can have an impact?
3       A.   It has an impact on each
4  individual that decides to make an opinion
5  and plan based on that conclusion.
6       Q.   Right.
7       And I'm not asking you to
8  explain the impact that it has on each
9  individual scientist.  I'm only asking you to
10  agree that the conclusion in one study can
11  have an impact on what other studies may or
12  may not occur.
13       A.   Yes.  But, you know, keep in
14  mind, not every published study is of equal
15  quality.  So one aspect of this is a
16  scientist has to make a conclusion, not
17  only -- not only read the conclusion of the
18  study but have their own conclusion on the
19  quality of that study.
20       Q.   Is that at times referred to as
21  the weight the study may be entitled to in
22  the opinion of that scientist?
23       A.   Not -- I don't use that term.
24       Q.   Do you ever use the phrase
25  "weight of evidence"?

Golkow Litigation Services - 1.877.370.DEPS

Confidential - Pursuant to Protective Order

Page 78

1    A.   Use the term "weight of
2  evidence"?
3    Q.   The words "weight of evidence"?
4    A.   Use the term "weight of
5  evidence" when looking at a large amount of
6  data in multiple studies.
7    Q.   Is that what we're talking
8  about here?
9    A.   I thought you were talking
10  about an individual scientific manuscript.
11    Q.   Well, first, do you use the
12  concept of the "weight of evidence"?
13    A.   So I would use that term in the
14  deliberation of toxicity of a compound based
15  on multiple types and sources of data.
16    Q.   Right.
17    And in that process, don't you
18  have to assign weight to each individual
19  study?
20    Isn't that what you were
21  describing, you, as a scientist, reviewed the
22  study and see how strong the conclusion is,
23  what weight it is entitled to?
24    You used the word "quality,"
25  and I'm using the word "weight," and I'm just

Page 79

1  asking if we're talking about the same thing.
2    A.   Yeah.  So how I would use it in
3  relation to your question is if a study -- if
4  I thought a study was low quality --
5    Q.   Right.
6    A.   -- I would not make it a high
7  weight.
8    Q.   Right.
9    A.   Okay?
10    If I thought a study was high
11  quality and provided data to support the
12  deliberation that's occurring, then it would
13  have a greater weight.  That's how I would
14  use that term.
15    Q.   Okay.  And when you say
16  "support the deliberation," you just mean if
17  it's addressing the issue that concerns you
18  at the moment?
19    A.   Usually we think of hypotheses,
20  correct.
21    Q.   Right.
22    When you walked out of the
23  reading room in Brussels, did you have enough
24  data to form an opinion?
25    A.   I was saturated with

Page 80

1  information.  I really don't recollect what
2  stage my opinion was in at that time.
3    Q.   Right.
4    But now I'm giving you the
5  benefit -- and I want to be fair, and that's
6  a fine response, but I want to clarify my
7  question.
8    I'm giving you the benefit of
9  hindsight now, and I'm now asking you as you
10  sit here today, Doctor, do you believe that
11  when you walked out of the reading room in
12  Brussels with your notes in hand, did you
13  have the evidence that you needed for the
14  opinions that you would render in this
15  matter?
16    MS. PIGMAN:  Objection.  Form.
17    THE WITNESS:  I had a lot of
18  data.  I was synthesizing it.  I --
19  I -- I was actively synthesizing it,
20  but trying to answer your question --
21  QUESTIONS BY MR. SOILEAU:
22    Q.   Good.
23    A.   -- from my perspective.  At
24  that point in time I had quite a bit of
25  information to lead me to my conclusion.

Page 81

1  Whether I had processed it at that point in
2  time, I don't know.  But I think I had quite
3  a bit of information that would help me --
4  would lead me to my conclusion.
5    Q.   And so I'm not asking you right
6  now whether you had finished processing the
7  information.  I'm asking you now, in
8  retrospect, did you at that point have the
9  evidence that you needed to render the
10  opinions that you're rendering in this case?
11    A.   I had a large -- I had the bulk
12  of the information I needed to render my
13  opinion.
14    Q.   Okay.  Did you have adequate
15  evidence at that point, looking at it now in
16  retrospect, to render the opinions that
17  you're rendering?
18    A.   I just -- I just don't know.  I
19  didn't think of it that way.  I mean, that's
20  not how my -- this process worked for me, so
21  I don't know if I can honestly answer that.
22    Q.   Okay.  So that I'm clear,
23  sitting here today, Doctor, you cannot tell
24  me if, when you walked out of the public
25  reading room in Brussels, you had enough data

21 (Pages 78 to 81)

Confidential - Pursuant to Protective Order

Page 82

1  in hand, adequate data in hand, to render the
2  opinions that you are rendering in this
3  matter?
4       A.   I had -- so the information I
5  had then, plus this documentation, if you
6  include all that, I had the information I
7  needed to formulate my opinion.
8       Q.   What did you mean when you said
9  "plus this documentation"?
10      A.   Plus all the materials I had to
11 my availability.  That's how I rendered my
12 opinion.  I looked at the reading room as
13 part of the information I used, plus this
14 information that I shared with you on the
15 considered list, and that's the information I
16 used to formulate my opinion.
17      Q.   So is it your testimony today
18 that the 12 studies that you looked at in the
19 public reading room standing alone were not
20 adequate to support the opinions that you're
21 offering in this matter?
22           MS. PIGMAN:  Objection.  Asked
23 and answered and mischaracterizes.
24           Go ahead.
25           THE WITNESS:  The information

Page 83

1  in the 12 chronic bioassays represents
2  the -- a large percentage of the
3  information I needed to formulate my
4  opinion.
5  QUESTIONS BY MR. SOILEAU:
6       Q.   Yes, sir.
7           Was that information available
8  through the public reading room adequate for
9  you to form the opinions that you are now
10 offering?
11           MS. PIGMAN:  Objection.  Asked
12 and answered.
13           THE WITNESS:  So what you're
14 asking me is what opinion I would have
15 if I only had that information --
16 QUESTIONS BY MR. SOILEAU:
17      Q.   No, sir.
18      A.   -- is that correct?
19      Q.   Not really.
20           I'm simply asking you if the 12
21 studies that you looked at in the public
22 reading room and that are discussed in your
23 July 31 report are adequate, in your opinion,
24 for the expert opinions you are rendering in
25 this case.

Page 84

1           MS. PIGMAN:  Objection to the
2  form.
3           THE WITNESS:  Yeah, it's really
4  hard to say because that's not how a
5  scientist works.  A scientist gathers
6  all the information they can to render
7  an opinion.
8           And so I think to test what
9  you're asking me, I'd have to be put
10 in that situation:  Well, here's what
11 you have; what's your opinion?
12           You see what I mean?  I don't
13 know how to separate my opinion into
14 fractions.
15           So that's what's hard for me.
16 QUESTIONS BY MR. SOILEAU:
17      Q.   All right.  I take it from what
18 you are telling me today then that if we want
19 to have in front of us on the table right now
20 the materials that you relied on for your
21 report, that we have to have more than just
22 the 12 studies that you looked at in the
23 public reading room?
24      A.   No.  I'm saying my opinion
25 represents all the materials I looked at and

Page 85

1  that the materials in the reading room were
2  very important to my deliberation.
3           I believe you're asking me that
4  if I only had the reading room materials,
5  would I have the same opinion?  That's how --
6       Q.   I don't think I asked that
7  question, but I'll ask one like that.
8           If you had stopped following
9  your trip to the public reading room, would
10 you have had adequate information at that
11 point to render the opinion you're rendering
12 in this case?
13           MS. PIGMAN:  Objection.  Form.
14           Are you asking whether if he'd
15 only seen the reading room or
16 everything else he'd already seen up
17 to that point?
18           MR. SOILEAU:  I think my
19 question's clear.
20           THE WITNESS:  So if --
21 QUESTIONS BY MR. SOILEAU:
22      Q.   If you had stopped your work --
23      A.   If I only deliberated over the
24 12 reports, is that --
25      Q.   I'm actually picking a point in

22 (Pages 82 to 85)

Confidential - Pursuant to Protective Order

Page 86

1    time.
2         A.   Oh, I see.
3         Q.   Because what's going to happen,
4    if I frame the question the way that counsel
5    and you want me to frame it, you're going to
6    tell me that you have a lot of knowledge,
7    skill and experience and other information
8    that you can't separate, as you taught me
9    earlier, so I'm trying to avoid that.
10        What I'm trying do is take you
11   as you are, but I'm taking you as you are at
12   a particular moment in time.  And the
13   particular moment in time that I am picking
14   is the moment you walk out of the public
15   reading room in Brussels.
16        MS. PIGMAN:  Objection. Asked
17   and answered.  He's already told you
18   he can't specify that.
19        THE WITNESS:  I wouldn't have
20   made an opinion at that time.  As I
21   mentioned, I was saturated and tired
22   and I needed to process.  I would not
23   have made a final opinion on that day.
24   QUESTIONS BY MR. SOILEAU:
25        Q.   Okay.  I understand that.  You

Page 87

1    told me that earlier.  You needed an
2    opportunity to process the data that had
3    become available to you.
4         A.   Correct.
5         Q.   Okay.  And that is why I then
6    said, with the benefit of hindsight, looking
7    back, if you had stopped then, stopped
8    gathering data and processed it, did you have
9    adequate data at that point in time to render
10   the opinions that you are rendering in this
11   case?
12        MS. PIGMAN:  Objection. Asked
13   and answered.
14        THE WITNESS:  At that time I
15   had the information I needed to
16   strongly support my conclusion, but I
17   wasn't -- I wouldn't have -- I
18   wouldn't have opined an opinion on
19   that day.
20   QUESTIONS BY MR. SOILEAU:
21        Q.   Even with adequate time to
22   process it?
23        A.   No, I said "on that day."
24        Q.   I understand that.  You're back
25   to processing.

Page 88

1         But had you gathered -- I'm
2    asking about gathering.  If we stop the
3    gathering and allow you to process, did you
4    have adequate data gathered at that point in
5    time, once you processed it, to render the
6    opinion that you're rendering in this case?
7         A.   I believe I would have rendered
8    the same opinion by processing just that data
9    compared to all the information I've looked
10   at.
11        Q.   Nothing that you looked at
12   since you left Brussels has changed your
13   opinion; is that fair?
14        A.   The more data you look at, the
15   more confidence you have in an opinion.
16        Q.   All right.  But my question is:
17   Did any of the data that you looked at after
18   you left Brussels change your opinion?
19        A.   Well, that's a fine point
20   because every opinion has a degree of
21   confidence.  And when you look at more data,
22   you change your level of confidence.  You
23   might have the same opinion, you might come
24   to the same conclusion, but you look
25   at every -- you know, a scientist looks at

Page 89

1    everything they can so that they can render
2    the most confident opinion they can at the
3    end of deliberation.
4         So I think it's almost
5    semantics.  Of course my opinion changed,
6    because it changed in the degree and how
7    confident I was of it.  But I -- but I did
8    not change my opinion from during that time
9    period.
10        Q.   Okay.  Same opinion but
11   stronger?
12        A.   I believe that's a good way of
13   looking at it.
14        Q.   All right.  Can you explain to
15   me why your report does not discuss any of
16   the materials you considered, other than the
17   12 mouse and rat studies that you looked at
18   in the public reading room?
19        MS. PIGMAN:  Objection.
20   Mischaracterizes the report.
21        THE WITNESS:  You're asking why
22   didn't I put more of my deliberation
23   into the report?
24   QUESTIONS BY MR. SOILEAU:
25        Q.   Well, let me stop and ask you

23 (Pages 86 to 89)

Page 90

1    this:  What was your purpose in writing the
2    report?
3              What were you trying to
4    accomplish?
5         A.    I was trying to clearly,
6    cogently, articulate my opinion to a
7    nonscientific person.
8         Q.    Did you intend to include in
9    the report the basis or bases, that is, the
10   authority, the data, that supported your
11   opinions that were expressed in the report?
12        A.    Only to a partial degree.
13        Q.    Well, here's what I need to
14   know then:  What part of the materials that
15   you relied on did you not disclose in your
16   report?
17             MS. PIGMAN:  Objection.
18             By "report," are you talking
19        about the report itself and the report
20        and its accompanying attachments,
21        including the materials considered
22        list?
23             MR. SOILEAU:  I'm talking about
24        the report, the 19-page report.
25

Page 91

1    QUESTIONS BY MR. SOILEAU:
2         Q.    Were you talking about the
3    19-page report when you told me the purpose
4    of your report a moment ago?
5         A.    Yes.
6         Q.    Okay.  So can we go back to my
7    question?
8              What part of the materials that
9    you rely upon did you not disclose in your
10   report?  What's missing?
11        A.    There's nothing missing in my
12   report.  I used the information I thought was
13   appropriate to express my opinion.
14        Q.    Is the information included in
15   the 19-page report that is part of 17-1, the
16   data that is referenced in that, if we take
17   that data as a whole, just the data that's
18   referenced in that report, is that data
19   adequate to support your opinions that you're
20   offering?
21        A.    I did not write an
22   all-encompassing document to stand alone.
23   The report is my scientific opinion and how I
24   obtained that opinion.
25             So one important aspect of the

Page 92

1    report is how I explain my methodology.  And
2    I wanted to make it clear that any
3    carcinogenicity data that I look at, I follow
4    a procedure.  That procedure was followed for
5    all the data I examined, you know.
6              And so I was giving a summation
7    of how I processed the data and some examples
8    to help the reader understand how I got to
9    that opinion.
10             But the 19-page report isn't
11   meant to be every concept or algorithm or
12   technique I used to render my expert report.
13   It was a summary about the process -- it was
14   a summary, some sample data, to show two very
15   important points, or multiple very important
16   points, you know, that -- how to look at
17   carcinogenicity data, why I didn't think some
18   selected examples represented evidence of
19   carcinogenicity, how the data should be
20   looked at in toto, the process that I used to
21   make my evaluations, and to -- and then I
22   used specific examples, including some of the
23   data used that is of concern and some of the
24   data that is not of concern, to show the
25   breadth of the data and how I deliberated

Page 93

1    over it and why I reached my conclusion.
2              But I did not attempt to
3    produce a treatise to substantiate every
4    deliberation I made.
5         Q.    When you used the word
6    "examples" in your testimony a moment ago,
7    what are you referring to?
8              Are you referring to the
9    studies that you cited?
10        A.    Yes, and there's also a part of
11   the report that shows some of the data that's
12   not of concern, to show the type of data
13   that's in the large data set.
14        Q.    What do you mean by "large data
15   set"?  What are you referring to now?
16        A.    I'm referring to all the data
17   in the 12 rat and mouse bioassays.
18        Q.    Okay.  When you rendered the
19   report, did you identify the materials and
20   information that you rely upon for the
21   opinion, the 19-page report?
22        A.    Yes, in the supplemental
23   materials considered list.
24        Q.    Okay.  I'm asking you right now
25   about the 19-page report, all right, just the

Confidential - Pursuant to Protective Order

Page 94

1    19-page written report that you signed.
2        Do you know what I'm talking
3    about?
4        A.    Yes.
5        Q.    Okay.  If someone sits down and
6    reads that report, the so-called four corners
7    of that report, will they have an
8    understanding of all of the reliance
9    materials that you have for the opinions you
10   are rendering in this case?
11       MS. PIGMAN:  Objection.  You
12       can't separate them.  You're asking
13       him to do the impossible.  His report
14       is produced with attachments --
15       MR. SOILEAU:  You're
16       instructing him now.  I'm sorry.  Just
17       object to form.  Let me hear his
18       answer.
19       THE WITNESS:  That would depend
20       on the background of the individual.
21       But all works have a reference list,
22       and if I read a report, I would want
23       to read the reference list, too, see
24       what materials were used to generate
25       that information.

Page 95

1        But the report is not -- I did
2    not use citations in the report to the
3    reference list.
4    QUESTIONS BY MR. SOILEAU:
5        Q.    Okay.  So in preparing the
6    19-page report, Doctor, it was your intention
7    to simply offer examples from the large data
8    set of how you analyzed and considered the
9    data that was available?
10       MS. PIGMAN:  Objection.
11       Mischaracterizes his testimony.
12       MR. SOILEAU:  Well, I'm asking
13       you.
14   QUESTIONS BY MR. SOILEAU:
15       Q.    Is that what you were doing
16   when you rendered your report?
17       A.    So let's take a generic
18   example.  I had an opinion about individual
19   studies, and they're listed by individual
20   studies in the report.  And, for example, I
21   might have listed two or three of the -- two
22   or three examples of how I made that
23   conclusion; yet I would have looked at
24   statistics, and I would have looked at the
25   eight individual items for every

Page 96

1    deliberation.
2        Q.    Right.  I understand that.
3        A.    But I did not list every
4    deliberation for each study or each tumor
5    type in each study.
6        Q.    Correct.
7             But you did list all 12 studies
8    from the public reading room?
9        A.    Yes, I did.
10       Q.    And you did not -- you didn't
11   list anything else, did you?
12       A.    What do you mean, "list"?
13       Q.    Well, there is a listing of the
14   12 studies.
15            Do we agree that --
16       A.    Yes.
17       Q.    -- the 19-page report includes
18   a listing by name of each of the 12 studies
19   that we've been talking about today?
20       MS. PIGMAN:  Objection.
21       Mischaracterizes the testimony about
22       what's in the reading room.
23       MR. SOILEAU:  I'm sorry, what
24       are you saying?  "Mischaracterizes the
25       testimony about what's in the reading

Page 97

1    room."
2             I don't think I asked you about
3    the reading room, but let's just go
4    back to the 19-page report.
5    QUESTIONS BY MR. SOILEAU:
6        Q.    Do we agree that you listed the
7    12 studies --
8        A.    I commented and had an opinion
9    on those 12 -- on 12 studies.
10       Q.    Right.
11            And you listed all 12 of them?
12       A.    I have 12 studies I comment on
13   in the report.
14       Q.    Correct.
15            And you list them by name in
16   the report; is that correct?
17       A.    They have identifications by
18   author and name.
19       Q.    Right.
20            So there are 12 studies
21   identified by author for which you also
22   include some comments, fair?
23       A.    Yes, I commented on 12 studies,
24   12 -- five mouse and seven rat studies.
25       Q.    Right.

25 (Pages 94 to 97)

Page 98

1     It lists five mouse and seven
2  rat studies, and you comment on each of them
3  to some extent.  The report will speak for
4  itself.
5     Can we agree on that?
6     A.   That is correct.
7     Q.   And if I read the report, I
8  know which 12 studies we're talking about
9  because although we've not used the names
10  today, the names of the authors and the year,
11  that information is included for each of the
12  12 studies?
13     A.   There's identification
14  information for each of the 12 studies.
15     Q.   Okay.  Did you identify any
16  other reliance materials in the 19-page
17  report?
18     A.   I'm not sure what you're
19  asking.
20     You mean other carcinogenicity
21  studies?
22     Q.   Other information that you
23  relied upon for the opinion that you're
24  offering in this matter.
25     A.   Yeah, I rely on, like I

Page 99

1  mentioned, experience and all these -- all
2  this information I looked at.  All of that,
3  that body of information goes into the
4  opinion.
5     Q.   Did you, in the 19-page report,
6  Doctor, identify any specific reliance
7  materials other than the 12 studies?
8     A.   I think some -- I did do a few
9  citations.  So, yes, but I didn't cite all
10  104 documents I examined, or 101 at that time
11  the report was completed.
12     Q.   I'm sorry.
13     Do you understand what I mean
14  by "reliance"?
15     A.   Not until you tell me what
16  you're specifically meaning.
17     Q.   I want to make sure when I
18  leave today that I have an understanding of
19  the foundation for your opinion.
20     Now, I'll accept that you have
21  knowledge, education, experience and skill
22  through your background that you've mentioned
23  that you bring forward to your work here.
24     But in terms of the particular
25  opinion or opinions that you're offering in

Page 100

1  this case, I want to understand the building
2  blocks that underlie those opinions.  And
3  I've got the 12 studies because you've
4  identified them in the 19-page report.  We've
5  talked about them a good bit today.
6     So I see those 12 building
7  blocks there on the table to support your
8  opinion in this case, and I need to know if
9  there are any other building blocks.
10     A.   So let me try to answer it this
11  way:  If you took those 12 studies, the
12  documents, complete documents, put them on
13  the table --
14     Q.   As you saw them on the
15  computer?
16     A.   Let's say you had them in
17  physical reality.
18     Q.   You've never actually seen them
19  in that form, have you?
20     A.   I have not seen them -- I've
21  seen the Monsanto reports physically, but I
22  have not seen the other reports.
23     Q.   Okay.  Go ahead.  Keep going.
24  I'm sorry for interrupting.
25     A.   If you had all 12 physically

Page 101

1  here and the time to review them, then it
2  would depend on the person's background, you
3  know, to -- whether they could look at this
4  information and render an opinion.  So the
5  background is important.
6     And any scientist that's going
7  to perform an expert opinion is going to look
8  at all the information they have relevant to
9  that that they can --
10     Q.   Sure.
11     A.   -- to enhance that opinion.
12     So it would not be a process I
13  would want to be a part of if someone said,
14  "Here's what you've got, make an opinion, and
15  you can't look at anything else," or you
16  expect some -- like an engineer or someone to
17  make that opinion.
18     So what I am struggling with is
19  my opinion represents -- I think the reason I
20  was called in to render an opinion is because
21  I have the background to make that opinion.
22     So if I understand what you're
23  asking me is, is the information just in the
24  reports adequate to make an opinion, and I
25  don't know if you'd want an opinion from

26 (Pages 98 to 101)

Page 102

1 someone who doesn't have the capability of
2 rendering an opinion over that mass of data,
3 right?
4    Q.   Okay.
5    A.   So that's what I'm struggling
6 with.
7    Q.   Well, let's not struggle with
8 that.  Let's go back to this.
9        Are those 12 studies identified
10 in the 19-page report, those 12 building
11 blocks, adequate for someone with your
12 knowledge, experience and background to
13 render an opinion like the opinions you're
14 rendering here?
15    A.   I believe if I've only looked
16 at those 12 studies, I would have the same
17 opinion I have now.
18    Q.   And would you feel that that
19 opinion was adequately supported by valid
20 scientific data?
21    A.   Yes.
22    Q.   Okay.  Part of this process --
23 and we've talked about processing.  That's
24 not one of my favorite words, but that's a
25 longer story.  It has to do with football.

Page 103

1        But this process that you talk
2 about, when you talked about quality of the
3 studies and I asked about weighting the
4 studies or what weight they're entitled to,
5 as a scientist, you've said, "I want to look
6 at everything."
7        Is part of the process looking
8 at everything and decide -- deciding what
9 data is -- I forget the exact words you
10 used -- but on point for the question at
11 hand?
12        What data actually informs you
13 on the question under investigation?
14    A.   Yes.  Every study has -- or
15 every scientific study -- or most scientific
16 studies have data.
17    Q.   Right.
18    A.   And you have to decide of the
19 quality of the process used to obtain that
20 data and then how the authors for that study
21 assess that data.
22    Q.   Right.
23    A.   And you have to decide -- and
24 this is one of the reasons I wanted to read
25 the pathology reports.  The pathologists are

Page 104

1 the individuals who looked at all these
2 slides, you know, for over three to six
3 months.  They looked at all the tissues.  So
4 their insight -- and since I'm a pathologist,
5 their language and use of terms makes sense
6 to me.  You know, the communication flow is
7 usually very good.  So that's why -- that's
8 why pathology reports were important for me
9 to read.
10        And so what these -- what the
11 opinions of these pathologists were, I wanted
12 to read and were very helpful and -- their
13 opinion.  Then I had to decide, based on the
14 information that I looked at, do I agree with
15 their opinions or don't I agree with their
16 opinions?  Did they have concerns or didn't
17 they have concerns?
18        And I looked at all this, and I
19 had to deliberate and develop my own opinions
20 so that I could render an expert opinion on
21 this case.
22    Q.   Were you ever able, in the
23 instance of any of the 12 studies, to
24 actually look at what the pathologist, the
25 reporting pathologist, had looked at?

Page 105

1    A.   I didn't look at the slides.
2    Q.   Right.
3        You were looking at the reports
4 of the pathologists who had looked at the
5 slides; is that correct?
6    A.   That is correct.
7    Q.   Okay.  I just wanted to make
8 sure I understood.
9        And I guess my question a
10 moment ago, just to make a minor point, you
11 do look at a study to see the quality of the
12 study when you're considering it; that's part
13 of what you do, fair?
14    A.   You always look at the
15 quality -- you should evaluate the quality of
16 the study.
17    Q.   All right.  And but you also
18 look at the study to see if it informs you on
19 the question at hand; is that also fair?
20    A.   You look -- you look at the
21 data and you evaluate it.
22    Q.   You could have a good study of
23 high quality done by good scientists that
24 just didn't happen in the end to inform you
25 on the particular question you were

Confidential - Pursuant to Protective Order

Page 106

1  investigating at that moment, true?
2      A.   That's -- that's a very general
3  question.  I mean --
4      Q.   Okay.  I just was trying to
5  understand the process.
6           It seems like when you say "I
7  want to look at everything," that what you
8  have to do, as you've told us, is look at
9  everything, see the quality of individual
10  studies but also separately decide if the
11  study or the material you're looking at
12  actually informs you on the decision at hand.
13      A.   Well, but that's an initial
14  process.  You -- since there's so many
15  studies in the world, you look at the studies
16  that you think will inform you.
17      Q.   Right.
18           But isn't that an important
19  part of the process?
20      A.   Well, in this case -- in this
21  case -- so these are very specific and
22  well-designed studies that have a purpose.
23      Q.   Right.
24      A.   Excuse me.  A bioassay has a
25  purpose, and I know that purpose.  So that

Page 107

1  really isn't -- wasn't a concern for me
2  because I knew what the purpose of these
3  bioassays were -- was.
4      Q.   Okay.  Who decided what studies
5  were included in the public reading room
6  under -- well, whether we say carcinogenicity
7  or chronic carcinogenicity or rodent
8  bioassays, who was the keeper of the castle,
9  so to speak?  Who decided what went in there?
10      A.   I don't know.
11      Q.   What steps did they go through
12  to decide what was included in there?
13      A.   I don't know.
14      Q.   What studies were considered
15  but not included in the materials available
16  at the public reading room?
17      A.   I don't know.
18      Q.   Have you done any research into
19  any of those three questions:  how it was
20  gathered; what was excluded --
21      A.   My purpose was to look at the
22  data available, and I had a very large data
23  set to look at that was beyond my needs or
24  expectations to render my opinion.
25      Q.   Okay.  So you relied on the

Page 108

1  individual or individuals who had gathered
2  the data to accomplish that part of the
3  process, and you spent your time reviewing
4  the data in detail; is that fair?
5      A.   Well, in my -- in this process,
6  I haven't been made aware of studies or data
7  that might have been helpful that were
8  omitted.  So I didn't -- I don't have any
9  concerns, current concerns, that data that
10  would be important for my decision was not
11  available to me.
12      Q.   Okay.  You don't have any
13  current concerns that data that would be
14  important for your decision was not available
15  to you?
16      A.   That is correct.  I have a -- I
17  had an adequate amount of data, and I did not
18  have a concern that important data was
19  missing.
20      Q.   Okay.  And so as we sit here
21  today, you're satisfied with the scope or the
22  universe of the data that you have
23  considered?
24      A.   I'm satisfied.  If there was
25  more, I would love to look at it.

Page 109

1      Q.   That's that point I'm trying to
2  make, that it's a never-ending process.
3  You're always open to looking at more as a
4  scientist?
5      A.   Scientists will always look at
6  the data available.
7      Q.   Okay.  I didn't quite
8  understand what you told me about the
9  Monsanto reports, that you had the Monsanto
10  reports.
11           What were you saying earlier?
12           Do you need me to reference it
13  better?  That's sort of vague.
14      A.   Yeah.  So the --
15      Q.   Do you need more context?
16      A.   No.
17      Q.   Okay.  Good.
18      A.   The Monsanto reports, or the
19  studies completed by Monsanto, were available
20  to me.
21      Q.   How many of the 12 fall under
22  the category of the Monsanto studies?
23      A.   I believe two.
24      Q.   Okay.  In your 19-page report,
25  you indicate the company name along with the

28 (Pages 106 to 109)

Confidential - Pursuant to Protective Order

Page 110

1    year and the author, correct?
2        A.    That's correct.
3        Q.    So we would -- if I were to
4    take your report out right now and look for
5    the ones that have not only the author and
6    the year but also the designation of
7    Monsanto, would that be a good way to
8    identify which ones are the Monsanto studies?
9        A.    I --
10       Q.    Go ahead and do that if you
11   want. I don't want to spend a lot of time
12   today making you go through your report, but
13   go ahead and do that.
14       A.    Sure.
15             Well, there's three listed as
16   Monsanto reports.
17       Q.    Go ahead and tell us which
18   three they are.
19       A.    The Lankas 1981 rat study; the
20   Stout and Ruecker 1990 rat study; and the
21   1983 mouse study.
22       Q.    All right. Based upon your
23   review of the 19-page report that you
24   rendered in this matter, Doctor, do you now
25   believe that you most likely had three

Page 111

1    Monsanto studies?
2        A.    So I believe I would have
3    access to those complete studies if I wanted
4    it.
5             The way I performed my opinion
6    or developed my opinion is I made sure I had
7    the data I needed, and that was in various
8    forms, to evaluate the data and render an
9    opinion. I just don't remember what were
10   the -- actual form of that was.
11       Q.    Okay. I'm a little lost now.
12   Let me untangle that.
13             Did you at some point have
14   complete copies of Monsanto reports that are
15   included among the 12 rodent studies in your
16   19-page report?
17       A.    So I never printed out the
18   entirety of these reports and looked through
19   all the pages.
20       Q.    From where?
21       A.    Well, they might be on some
22   electronic availability of the data. I just
23   made sure I had the data that I needed to
24   render my opinion.
25       Q.    And I'm just trying to

Page 112

1    understand what that data is.
2             We're not -- when you're
3    talking about "I did not print these out,"
4    we're not talking about the public reading
5    room now, are we?
6        A.    No, I'm talking about the
7    Monsanto studies.
8             So, for example, these reports
9    are often greater than a thousand pages. The
10   12 reports in the reading room, there's no
11   way I could have read 15,000 pages in two
12   days, so I looked through them and gathered
13   the information I needed.
14       Q.    To do what? The information
15   you needed to do what?
16       A.    To evaluate -- to render my
17   opinion on whether glyphosate is a
18   carcinogen.
19       Q.    Okay. Go ahead. I'm sorry.
20       A.    So with the Monsanto reports, I
21   believe if I wanted to read every page of the
22   Monsanto reports, I could have.
23       Q.    Okay.
24       A.    Which I did not do.
25       Q.    Okay.

Page 113

1        A.    I had availability of those
2    reports, but I read the pathology report, I
3    looked at summary data, and I gathered the
4    data I needed to render my opinion on those
5    specific reports.
6             But I did have availability of
7    the -- I just wanted to be clear. I had
8    availability of the complete report outside
9    of the reading room.
10       Q.    Okay. I appreciate that. That
11   does help.
12             Have those Monsanto reports,
13   the ones that are included in the 12 studies
14   that we've discussed today, have those been
15   forwarded to you?
16       A.    I believe those would be
17   available to me electronically on a jump
18   drive.
19       Q.    Okay. And would they be
20   available to you electronically on a jump
21   drive, these Monsanto reports, that is, from
22   the -- the total of 12, would they be
23   available to you in the same form, to your
24   understanding, that those studies would exist
25   in the public reading room?

29 (Pages 110 to 113)

Confidential - Pursuant to Protective Order

Page 114

1      A.   I believe so.  They're the
2  actual reports.
3      Q.   Okay.  Are there any other
4  studies from the 12 that are available to you
5  outside of the public reading room in their,
6  I want to say, native form, in their full
7  form, in their full version?
8      A.   I don't think so.
9      Q.   You're pretty confident about
10  that?
11      A.   I don't know.  I don't
12  really -- see, I really didn't
13  deliberate over this -- I made sure I had the
14  data I needed to formulate an opinion, and I
15  had -- I had an overabundance of data to
16  formulate my opinion.  So I wasn't -- I did
17  not have a lack of information to render an
18  opinion.
19      Q.   Did you say "overabundance"?
20      A.   I had an -- I had an abundance
21  of data to formulate my opinion.
22      Q.   Did you say "overabundance" a
23  minute ago?
24      A.   I think I did.  I was trying to
25  emphasize that there is a lot of data

Page 115

1  available to render my opinion.
2      Q.   I took that to mean more than
3  you needed.
4           Is that what you meant by it?
5      A.   I think there is more than I
6  needed.
7      Q.   Okay.
8      A.   But I was glad to have all of
9  it.
10      Q.   I understand.
11           Have you conducted -- well,
12  first let me ask you this:  Has anyone
13  assisted you in your work on this project?
14           I'm not talking about the
15  attorneys right now.  I'm talking about in
16  reviewing materials.
17           Let me give a better question,
18  a better example.
19           If you had a graduate student
20  at the university who had compiled a chart
21  from your considered materials, I'd be
22  interested in that.
23           So I'm just asking you if
24  anyone assisted you in your work in this
25  matter, including reviewing the considered

Page 116

1  materials.
2      A.   No.
3      Q.   Okay.  You've done the work
4  yourself?
5      A.   I reviewed the material and
6  read the material myself.
7      Q.   Okay.  That was probably too
8  general of a question.
9           The scientific work necessary
10  for the rendering of opinions by you in this
11  case and the rendering of your 19-page report
12  has been done by you; is that fair?
13      A.   Correct.
14      Q.   Okay.  Have you at any point
15  attempted to compare the studies that are
16  referenced in your report to the studies that
17  are referenced in the reports of other
18  experts?
19      A.   You mean other than me?
20      Q.   Right.
21           In other words, kind of
22  cross-referencing.
23           For example, did you ever take
24  Dr. Portier's report and see what studies are
25  discussed in his report that he relied on as

Page 117

1  compared to the studies that you cited and
2  relied on?
3      A.   I would have read Dr. Portier's
4  report and might have compared them to my
5  notes and --
6      Q.   Did you make any notes as to
7  what studies he looked at that you didn't
8  look at?
9      A.   I didn't read them with that
10  intent.
11      Q.   And regardless of the intent
12  you had, Doctor, just so I'm clear and
13  complete, you're not aware of and you did not
14  create such a list?
15      A.   I'm not aware of an instance
16  where I read someone else's report and they
17  were reporting on data that I haven't
18  evaluated and thinking that, oh, I would like
19  to look at that data.
20      Q.   Okay.  Let me break that down a
21  little bit.
22           Are you telling me that based
23  upon your review, you do not think
24  Dr. Portier, for example, looked at any
25  rodent studies that you did not look at?

Confidential - Pursuant to Protective Order

Page 118

1    A.    I can't answer that.
2    Q.    All right. Following your
3  review of Dr. Portier's report and as a
4  result of your review of Dr. Portier's
5  report, did you go back and look at any
6  rodent studies that you had not reviewed
7  before?
8         In other words, in response to
9  your review of his report, did you then go,
10 "I need to go look at this study"?
11   A.    Well, I can't speak to a
12 specific report because I don't remember the
13 specifics of reading an individual report.
14        I might have looked at some of
15 the materials in the supplemental materials
16 list that someone might have talked about,
17 but I didn't review materials that weren't of
18 the 12 reports or in the supplemental -- in
19 the supplemental materials considered list.
20 Outside -- I didn't look at anything outside
21 of that.
22   Q.    Well, I guess my question is:
23 Did your review of the reports of any of the
24 experts -- I'm going to make it broader, so
25 let me alert you to that and I'll start over.

Page 119

1         Did your review of any of the
2  expert reports by any of the experts retained
3  by the plaintiffs cause you to go review
4  studies, rodent studies, that you had not
5  looked at previously?
6    A.    I did not review other rodent
7  studies.
8    Q.    Okay. And when you say
9  "other," meaning -- you mean other than those
10 you had already looked at; is that fair?
11   A.    Other than that are listed in
12 my report.
13   Q.    Okay. Well, when you say "in
14 your report," you really mean -- do you mean
15 the 19 pages or the 19 pages plus the
16 Attachment B?
17        I forget how you describe that.
18   A.    Both.
19   Q.    Okay. And now we would have to
20 use the supplemental list to catch the other
21 three?
22   A.    At this -- at this date --
23   Q.    Right, as we sit here today.
24   A.    -- you would use the list
25 that's accurate as of this date.

Page 120

1    Q.    Are any of the 12 studies
2  peer-reviewed?
3    A.    What do you mean by
4  "peer-reviewed"?
5         That's used in a pathologic
6  term where a study is read and a peer
7  reviewer pathologist comes in and looks at a
8  subset of the slides to see if they agree
9  with the slide descriptions. Peer-reviewed
10 sometimes is used for manuscripts that are
11 put into the scientific literature.
12        So that has a very specific
13 meaning --
14   Q.    Okay.
15   A.    -- depending on how you mean
16 it.
17   Q.    All right. Fair enough.
18        Are you the author of any
19 peer-reviewed studies?
20   A.    Scientific manuscripts? Is
21 that what you mean?
22   Q.    Yes.
23   A.    Or do you mean bioassays?
24   Q.    Well, I follow the distinction
25 you're making. I want to talk about the

Page 121

1  studies as a whole, okay?
2    A.    The 12 bioassays?
3         I just want to make sure we're
4  talking about the same thing.
5    Q.    I do too. I do too. I think
6  I'm going to do it this way.
7         Do you have an understanding of
8  the meaning of "peer review" within the
9  scientific world in which you work and teach?
10        MS. PIGMAN: Objection. Asked
11   and answered.
12        THE WITNESS: Peer review is a
13   synonym, and it has multiple meanings.
14   It depends what area of science you're
15   talking about.
16 QUESTIONS BY MR. SOILEAU:
17   Q.    Well, are you aware of a
18 peer-review process?
19   A.    Again, it really depends what
20 you're peer reviewing. It really does matter
21 what -- what specific topic of -- of what is
22 getting peer reviewed.
23   Q.    Well, I mean, Doctor, isn't it
24 true that knowing what's being peer reviewed
25 really just goes to what has to be

31 (Pages 118 to 121)

Confidential - Pursuant to Protective Order

Page 122

1  undertaken, what has to be literally done to
2  accomplish the peer review?
3       MS. PIGMAN: Objection. Form.
4       THE WITNESS: No, that's why I
5       wanted to make sure to clarify this,
6       because peer review of a pathology
7       study is very different from peer
8       review of a scientific manuscript.
9  QUESTIONS BY MR. SOILEAU:
10      Q.   The process is different?
11      A.   It is a completely different
12  process, deliberation and output.
13      Q.   Well, do both involve having a
14  peer of a scientist come in and review work
15  done by the first scientist?
16      A.   No.
17      Q.   Okay. Are you able to give me
18  an overall definition of peer review?
19      A.   No.
20      Q.   Okay. All right. As a path --
21  go ahead, sir.
22      A.   I'm sorry. Peer review of a
23  scientific manuscript is something that I can
24  expound on. Peer review of a pathology study
25  is something I can expound on. But peer

Page 123

1  review would have multiple meanings to a
2  scientist.
3       Q.   Okay. Why don't you tell me
4  what peer review of a pathology study means.
5       A.   So when a chronic bioassay is
6  conducted in the United States, it's standard
7  practice to have -- but not required by the
8  regulatory bodies to have a peer-review
9  pathologist either from the same company or
10 from a separate contract laboratory come in
11 and read 5 to 10 percent of the slides and
12 examine their diagnoses compared to the study
13 pathologist.
14      Q.   Why is that done?
15      A.   To assess the quality of the
16 pathology.
17           And if they're very similar,
18 it's over. If there are differences, then
19 it's discussed why are there differences, and
20 they decide whether to conduct additional
21 work and review to get consensus opinions.
22      Q.   Is it used, in part, as a
23 validity test?
24      A.   Validity. It's a quality
25 control assessment.

Page 124

1       Q.   Let's use that then because
2  that was on my mind, too. I probably should
3  have said that.
4            So we can agree that the peer
5  review of a pathology study allows someone to
6  assess the quality of the original review
7  and, in that manner, is a quality control
8  technique?
9       A.   Yes.
10      Q.   Okay. Now, can it be the same
11 pathologist that's looking at the slides a
12 second time?
13      A.   It's not the same pathologist.
14      Q.   Right.
15           So it cannot be?
16      A.   That wouldn't be a peer review.
17      Q.   Right.
18           So if we stretch our
19 imagination and we make me into a
20 pathologist, and if I've looked at the slides
21 and I've rendered some report on the slides,
22 in order to obtain a peer review within the
23 meaning of pathology study peer review, I
24 would need someone like you, perhaps, to come
25 and look at the same slides and report on

Page 125

1  those same slides?
2       A.   It can -- again, it can be
3  someone internal to the organization or
4  external, but it would be a different person.
5       Q.   It would be a different human?
6       A.   Yes.
7       Q.   Not the same human?
8       A.   That is correct.
9       Q.   But another human with
10 comparable training, experience,
11 qualifications and background, fair?
12      A.   That is correct.
13      Q.   And then through the comparison
14 of the two pathology reports, we obtain the
15 benefit of the quality control that's
16 intended through this process?
17      A.   Yeah, the peer-reviewing
18 pathologist will -- yeah, I think will make a
19 report. That's correct.
20      Q.   Well, if we go back to my
21 example and I'm Pathologist Number 1 who
22 looks at the slides and has findings and we
23 imagine that you're going to be Pathologist
24 Number 2 -- whether from the same company or
25 some outside company matters not to me right

32 (Pages 122 to 125)

Confidential - Pursuant to Protective Order

Page 126

1   now. But if you're Pathologist 2 looking at
2   the same slides, as a general practice, will
3   you have my report available to look at while
4   you look at the slides?
5         A.   Yes.
6         Q.   All right. So it's not -- do
7   you know what the word -- well, of course you
8   do.
9             But does the word "blind" have
10  meaning to you in this context, a blind
11  review?
12        A.   I understand what a blind
13  review is.
14        Q.   Does it have meaning in this
15  context, where there's a second pathologist
16  doing a review of the slides?
17            MS. PIGMAN: Objection. Form.
18            THE WITNESS: I understand what
19      it means. What I can't tell you is if
20      all peer reviews are blinded or not.
21  QUESTIONS BY MR. SOILEAU:
22        Q.   That's fair. That's a fair
23  point.
24            Let me ask you this: Do you
25  have an understanding as a pathologist, with

Page 127

1   your background and expertise, as to what
2   generally accepted practices are in the
3   pathology study, with a peer-review pathology
4   study, whether the second pathologist looks
5   at it blind, that is, does not have the first
6   pathologist's report?
7         A.   I have a general understanding
8   of the kind of activities I do.
9         Q.   Okay.
10        A.   I don't do peer reviews of
11  routine studies. The peer reviews I do are
12  sometimes blinded and sometimes not depending
13  on the situation.
14        Q.   Who decides?
15        A.   It depends on -- so if it --
16  for example, if the concern is identification
17  of a toxicity and they really want to
18  understand mechanisms, then we would do that
19  unblinded because the purpose is to
20  understand the science between the toxicity,
21  not to correct diagnoses.
22            If there is -- on a subset of
23  tissues if there's a disagreement of
24  diagnosis, then those peer reviews or
25  sometimes pathology working groups would do

Page 128

1   those blinded.
2         Q.   What about if we're looking for
3   tumors, can you say?
4         A.   If there's a disagreement in
5   diagnoses?
6         Q.   Well, if we're just trying to
7   do a quality control peer review for a
8   pathology study and the goal is to identify
9   tumors.
10            I'm the first pathologist. I
11  looked at the tissue for tumors. I've got my
12  report.
13            You're Pathologist Number 2.
14  You're going to look at the same slides.
15            MS. PIGMAN: Objection. Form
16      and asked and answered.
17            THE WITNESS: I really can't
18      comment knowledgeably about routine
19      peer reviews.
20  QUESTIONS BY MR. SOILEAU:
21        Q.   In the context of tumors?
22        A.   I would consider that a routine
23  peer review, so I just don't know what's --
24  would be -- there's not -- again, this is not
25  regulated by a regulatory body. These are

Page 129

1   optional, and so each individual company --
2   and it varies by country. I'm just not
3   knowledgeable enough to know what standard
4   practices for routine peer reviews of
5   pathologies studies.
6         Q.   Okay. And you said "routine."
7   And just so that I'm clear, you're not able
8   to tell me that "I know that there is a
9   recognized good practice or
10  generally-accepted practice that applies to
11  the review of the slides for tumors"?
12        A.   Correct. Because this will
13  vary by country and company.
14        Q.   Okay. Let's go ahead and talk
15  about peer review in the context of a
16  scientific manuscript.
17            Can you tell me what peer
18  review means to you in the context of a
19  scientific manuscript?
20        A.   Okay. So published scientific
21  manuscripts are routinely peer-reviewed by
22  two or more scientists in the field that can
23  render an opinion on the quality of the
24  manuscript, the method -- methodology and the
25  justification of the conclusions and then

33 (Pages 126 to 129)

Confidential - Pursuant to Protective Order

Page 130

1   render an opinion to an editor whether or not
2   the manuscript should be published or
3   accepted for publication in that specific
4   journal.
5      Q.   Okay.  So the first scientist
6   or group of scientists would conduct the work
7   and prepare a manuscript?
8      A.   Yes.
9      Q.   And then a different group of
10  humans with, again, similar background would
11  then consider the manuscript and the quality
12  of the manuscript as well as the conclusions
13  included in the manuscript?
14     A.   Yeah.  Anything -- they would
15  be free to comment on anything in the
16  manuscript.
17     Q.   All right.  And this is, again,
18  a way to assess quality and to install a
19  quality control technique in the manuscripts
20  that are published?
21     A.   Yes, it serves two major
22  purposes:  quality control and impact.
23     Q.   What does that mean, "impact"?
24     A.   Meaning that how many others
25  would be interested in this material.

Page 131

1      Q.   I see.
2      A.   So if the article would have
3   high impact.
4           Journals always want to publish
5   high impact articles because it gives -- it
6   raises the standing of the journal if more
7   people read their papers than another
8   journal.
9      Q.   Does it also serve the end goal
10  of science, that you publish research
11  manuscripts that have high impact?
12          MS. PIGMAN:  Objection.  Form.
13          THE WITNESS:  That's a very
14       controversial topic and hard to put in
15       a general context, but some people
16       feel that, you know, that high impact
17       things are more important than low
18       impact things, but I'm actually split
19       on that.
20  QUESTIONS BY MR. SOILEAU:
21     Q.   That's kind of a free speech
22  thing here going on, that it's important to
23  have a forum for lots of views and lots of
24  studies?
25     A.   Well, it sort of means that

Page 132

1   very little negative data gets published, and
2   sometimes negative data -- you know, I
3   think -- and a great example is glyphosate
4   itself.  There's all this negative data, and
5   that wouldn't get published because it's low
6   impact.
7      Q.   You think that's why it hadn't
8   been published, because it's low impact?
9      A.   I'm just using it as an
10  example, that negative data would be
11  considered low impact to the scientific
12  community.
13     Q.   You are telling me that you
14  believe that negative data on glyphosate
15  exposure would have a low impact?
16          MS. PIGMAN:  Objection.
17       Mischaracterizes the testimony.
18  QUESTIONS BY MR. SOILEAU:
19     Q.   Is that what you are telling
20  me?
21     A.   I'm telling you that if I did a
22  study on glyphosate and I did not find
23  evidence of carcinogenicity, I would have a
24  hard time getting that published.
25     Q.   And that's, in part, because

Page 133

1   it's low impact, in your opinion?
2      A.   I'm just using that as an
3   example that in general much negative data
4   that exists in the public and private sector
5   does not get published because of the
6   unwillingness of editors to publish what
7   would be considered low impact data.
8          MR. SOILEAU:  All right.  I
9       think it's time for our next break
10      because we need to change the tape, so
11      let's take our second break.
12          VIDEOGRAPHER:  The time now is
13      11:15.  We are going off the record.
14      This is the end of Disc Number 1.
15      (Off the record at 11:15 a.m.)
16          VIDEOGRAPHER:  The time now is
17      11:27.  We are back on the record.
18      This is the beginning of Disc
19      Number 2.
20  QUESTIONS BY MR. SOILEAU:
21     Q.   All right, Doctor, are you
22  ready to proceed?
23     A.   Yes.
24     Q.   To your knowledge, were any of
25  the 12 studies that you looked at in the

34 (Pages 130 to 133)

Confidential - Pursuant to Protective Order

Page 134

1  public reading room peer-reviewed either as a
2  scientific manuscript or as a pathology
3  study, in either of those contexts that
4  you've described for us this morning?
5      A.   I don't believe they were
6  published in the scientific literature, and I
7  don't know about pathology peer review.
8      Q.   Okay.  I appreciate that.
9           And, you know, it's my fault
10  for asking a compound question.  I probably
11  should have divided it.  Let me do that now.
12          To your knowledge, none of the
13  12 studies were published in the scientific
14  literature, correct?
15      A.   That is -- that is the best of
16  my knowledge.
17      Q.   Fine.  And that's all I'm
18  asking today.
19          And I take it then that if they
20  were not published in the scientific
21  literature, you would not expect the studies
22  to go through the peer-review process,
23  correct?
24      A.   If they weren't published in
25  the scientific literature, then they wouldn't

Page 135

1  have gone through the peer-review process.
2  However, the tumor incidence data was
3  published for all of the studies as
4  supplementary data in the Greim's paper, and
5  that would have gone through a peer-review
6  process.
7      Q.   And you're talking about Greim?
8      A.   Correct.
9      Q.   And now you've moved over to
10  the pathology, right?
11      A.   I said the supplementary data
12  would include tumor incidence data --
13      Q.   Okay.
14      A.   -- by group.
15      Q.   Right.
16          But aren't we under the
17  category that you described as the pathology
18  study?
19      A.   No.  The pathology would be the
20  internal pathology report.  That has not been
21  published.
22      Q.   Oh, okay.
23          It's probably just me then, but
24  let me just get back to an understanding so
25  that I'm clear.

Page 136

1           When we talk about scientific
2  manuscripts, peer review occurs as a step in
3  the publication of the manuscript in the
4  scientific literature, correct?
5      A.   That's how I described it.
6      Q.   Okay.  And so if you do not go
7  through that process, that is, if you do not
8  submit the paper for publication in the
9  scientific literature, then generally it will
10  not go through what we call the peer-review
11  process?
12      A.   For scientific literature,
13  correct.
14      Q.   Okay.  Is the peer-review
15  process important?
16      A.   It's a time-honored process,
17  and I think it improves the quality of
18  manuscripts.
19      Q.   We talked earlier about the
20  quality and the weight to be given a study.
21          In your opinion is a
22  peer-reviewed manuscript or study entitled
23  generally to greater weight on that basis
24  than one that is not peer-reviewed and
25  published?

Page 137

1      A.   No, I don't think so.
2      Q.   Okay.  So why is the
3  peer-review process important?
4      A.   So in my personal experience
5  working with large companies, quality of the
6  research done in the private sector is very
7  high, resources are greater, quality of the
8  work is greater.
9           A lot of the scientific
10  manuscripts in the scientific literature are
11  done at public institutions where the
12  finances available and the type of research
13  is actually quite different.
14          And so just in general in terms
15  of quality, I think if you made a broad
16  generalization, quality of the research I see
17  that's unpublished in the private sector is
18  significantly higher than the general
19  run-of-the-mill scientific literature.  And
20  that's just because of resources, number of
21  animals in an experiment, broad variation in
22  the writing ability and interpretation of
23  various scientists.
24          And so I think peer review is
25  actually more important in the general

Confidential - Pursuant to Protective Order

Page 138

1    scientific literature than it would be in the
2    private sector, actually.
3        Q.    What do you mean when you say
4    "private sector"?
5        A.    I mean by companies or
6    institutions that would generate data for
7    their business activities.
8        Q.    Like Monsanto?
9        A.    Monsanto would be in the
10   private sector.
11       Q.    That would be an example?
12       A.    That would be an example.  And
13   as an example, I would -- their -- in general
14   their experiments, their data, is very high
15   quality in my experience for a private sector
16   institution.
17       Q.    And so you would tend to give
18   more weight to a private sector study than
19   you would a study that was published in the
20   scientific literature and had been through
21   the peer-review process?
22           MS. PIGMAN:  Objection.  Form.
23           THE WITNESS:  I wouldn't be
24   willing to say that.  I look at -- I
25   would look at the data the same.

Page 139

1            I'm just saying in general, in
2        my experience, that the data generated
3        in the private sector is usually of
4        very high quality, and the data in the
5        public sector, in the scientific
6        literature, has a wide range of
7        quality.
8    QUESTIONS BY MR. SOILEAU:
9        Q.    Do you think the peer-review
10   process that is used for scientific
11   literature is appropriate?
12       A.    I think it is a helpful process
13   to improve the quality of the scientific
14   literature because it recommends additional
15   studies to be done and it rejects manuscripts
16   that aren't of high enough quality or impact
17   for that specific journal.
18       Q.    Do you think it's necessary for
19   good science?
20       A.    That's a very difficult
21   question.  I would recommend that we continue
22   to peer review scientific manuscripts for the
23   scientific literature.  It is not absolutely
24   necessary to ensure high quality science,
25   though.

Page 140

1        Q.    I'm not quite sure where you
2    stand on this idea of impact as a factor.  I
3    know you've talked about it.
4            Can you just tell me personally
5    whether you consider the impact of a study,
6    as you've defined that term in your testimony
7    today, is an appropriate factor to consider
8    in the publication process?
9        A.    It's a very controversial
10   topic.
11       Q.    Okay.
12       A.    I can tell you how the term is
13   used.
14       Q.    Yes, sir.  I think you've done
15   that.
16       A.    Okay.
17       Q.    Are you in the undecided
18   category?
19       A.    I think it depends on context,
20   depends on the journal, the article, the
21   scientific topic.  I would make that on -- I
22   would make that decision on an individual
23   basis.
24       Q.    But would you include it as a
25   factor when you were assessing a study?

Page 141

1        A.    For what purpose?  Assessing
2    for what purpose?  To publish in the
3    scientific literature --
4        Q.    Yes.
5        A.    -- or to render a scientific
6    opinion or --
7        Q.    For publication in the
8    scientific literature.
9        A.    When I am serving as a
10   scientific reviewer for a specific journal --
11       Q.    Good.  That was going to be my
12   next question.  Go ahead.
13       A.    So if that journal was, for
14   example, the Journal of Science, then the
15   editor would want me to evaluate impact.
16       Q.    Okay.
17       A.    If I am reviewing a paper for a
18   journal that would have a lower impact
19   rating, which is available for all the
20   journals, then impact of the paper is of less
21   concern to the editor.
22       Q.    Okay.  So you tend to follow
23   the lead of the editor that would assign you
24   a manuscript to review when you yourself are
25   doing peer review; is that right?

36 (Pages 138 to 141)

Confidential - Pursuant to Protective Order

Page 142

1     A.   In general, I would follow the
2 accepted principles for a specific journal.
3 It doesn't affect my review of the science.
4 It affects my review of the -- what perceived
5 impact.
6     Q.   I take it from your testimony
7 today that you don't think peer review is
8 necessary for studies conducted in the
9 private sector; is that correct?
10     A.   I don't think peer review is
11 absolutely necessary.  If you have high
12 quality data, it's high quality data.
13     Q.   As a general principle, are you
14 more trusting of the data that's coming out
15 of the private sector than the data that
16 comes out of public institutions and gets
17 published in scientific literature?
18     A.   I think in general private
19 sector data tends to have more animal
20 numbers, very tight controls, more rigid
21 standard operating practices.  So I think
22 biologic variability and quality of the data,
23 in general -- and I think this is what's
24 important.  I think in general if you looked
25 at the quality range of data from the private

Page 143

1 sector, it would be from good to very high.
2          If you looked at the quality
3 range of data from the general scientific
4 community across the world, the quality would
5 range from very low to very high, and that
6 would have to -- those evaluations are made
7 on an individual basis by the reviewers.
8     Q.   Okay.  Were any of the -- for
9 the 12 studies that you looked at in the
10 public reading room, was the internal
11 pathology peer-reviewed?
12     A.   I don't remember.  I didn't
13 make special note of that.  I don't really
14 know.
15     Q.   Was that not important to you
16 while you were reviewing the data that was
17 available in the public reading room?
18     A.   I don't -- I don't remember
19 reading about it in the pathology reports.  I
20 don't know if the data was peer-reviewed or
21 not.  I just don't know.
22          If it was available -- if that
23 information was available to me, I would have
24 read it, but I just didn't see it.
25     Q.   As we sit here today talking

Page 144

1 about your opinions and the 12 studies that
2 you reference in your report, would that peer
3 review of the pathology data be important to
4 you?
5     A.   Well, from my personal
6 experience, most -- most pathology peer
7 reviews are -- find nothing.
8          The peer reviews I get involved
9 in are where there is a disagreement in the
10 type of diagnosis, and then we deliberate
11 over it.
12          So in general, there is a
13 disagreement of opinion on peer review.  Some
14 companies do it, some companies don't,
15 because it's usually negative.  It's just
16 another quality control step.
17          So I don't -- I suspect that it
18 would not have changed my opinion or the
19 quality of the data.
20     Q.   As a scientist, do you feel
21 like as a general practice there's too much
22 energy and time being spent on some of these
23 sort of regulatory practices or requirements
24 and that that interferes with the actual
25 scientific work?

Page 145

1     A.   Well, regulatory burden is
2 something that is continually increasing,
3 yeah.
4     Q.   Is it an issue, in your
5 opinion, for the scientific community?
6     A.   Well, I served on a National
7 Academy panel, and we have a 100, 150-page
8 monograph that addresses that specific topic,
9 and we made specific recommendations to
10 Congress to -- where we thought that
11 regulatory burden could be streamlined.
12     Q.   Regulatory burden on whom?
13     A.   Regulatory burden on
14 institutions and scientists.
15     Q.   Would it also affect the work
16 done by private sector companies?
17     A.   It -- yes, it would.
18     Q.   Would it have the effect of
19 lightening the regulatory burden on the
20 private sector?
21          MS. PIGMAN:  Objection.  Form.
22 QUESTIONS BY MR. SOILEAU:
23     Q.   I'm asking you if the
24 manuscript, the suggestions, the criticisms,
25 recommendations that you may have made as you

37 (Pages 142 to 145)

Confidential - Pursuant to Protective Order

Page 146

1  worked with this panel, if adopted, if
2  Congress were to adopt -- maybe I should back
3  up.
4        I assume that you had some
5  specific recommendations; is that correct?
6        A.    The committee had very specific
7  recommendations.
8        Q.    Yes, sir.  And that's very
9  fair.  I appreciate that.  In that instance,
10 I meant "committee" by "you," but that's not
11 clear at all, so let me redo my question.
12       Am I correct to understand that
13 the committee that you referenced had some
14 specific recommendations?
15       A.    We made specific
16 recommendations to Congress, correct.
17       Q.    And that was part of the
18 purpose of compiling the committee and the
19 work that the committee did, to come out with
20 recommendations?
21       A.    The committee's purpose was to
22 assess the burden and come up with
23 recommendations that were appropriate.
24       Q.    And the recommendations, if
25 adopted by Congress, the recommendations that

Page 147

1  the committee made would have the impact of
2  lightening the regulatory burden, at least in
3  part the regulatory burden, on the private
4  sector?
5        A.    In the specific areas that are
6  mentioned in the report, yes.
7        Q.    Okay.  Is that report
8  published?
9        A.    Yes.
10       Q.    Okay.  Where is it published?
11       A.    It's published by National
12 Academy Press.
13       Q.    Was that a peer-reviewed
14 article?
15       A.    It's one of the most
16 peer-reviewed articles I've ever been
17 involved in.
18       Q.    Okay.
19       A.    Had about 15 peer reviewers.
20       Q.    Why so many?
21       A.    Because the National Academy
22 wants the highest quality monographs to be
23 produced, and they don't want to miss
24 valuable opinions.
25       Q.    Do you think that was time

Page 148

1  appropriately spent?
2        A.    I don't -- I don't -- I really
3  can't answer that.  I think it's a good
4  monograph.
5        Q.    I don't know how to ask this.
6  I'm really not understanding why you would
7  not have made a notation about any
8  peer-review process for the pathology in the
9  12 studies you looked at in the reading room.
10       I guess I'm thinking you went
11 all the way over there and you had these
12 thousands and thousands of pages.  I know
13 that you had a focus on the pathology.
14       A.    I did not see peer-review
15 reports.  If I would have seen them, I would
16 have read them.
17       Q.    Okay.  Well, then can -- if we
18 look in your notes -- let's do this and not
19 make it a test of what's in your handwritten
20 notes.
21       If I find a reference to a
22 specific study in your handwritten notes and
23 I see nothing to indicate in those notes --
24 assuming I read the notes correctly,
25 completely and fairly, but if there is, in

Page 149

1  fact, nothing in the notes referencing that
2  study about peer review of the pathology, am
3  I able to conclude from the absence of any
4  notation that there was no indication of peer
5  review of the pathology?
6        A.    I don't think you can be
7  confident of that.  I don't know if the
8  studies were peer-reviewed.  I really don't
9  know, and it wasn't indicated.
10       Now, what I can say is that
11 peer review has become more popular with
12 time.  Some of these studies are older, and
13 it wasn't common to peer review.  So I could
14 only suspect that many of these studies were
15 not peer-reviewed from a pathology point of
16 view, but I just don't know.
17       Q.    All right.  My question was --
18 I appreciate your answer.  My question was a
19 little different.  Let me frame it this way.
20       If you saw an indication in the
21 materials included at the reading room that
22 there was pathology peer review, do you
23 expect you would have noted it in your notes?
24       You see I'm not asking --
25       A.    If I would have seen an

38 (Pages 146 to 149)

Confidential - Pursuant to Protective Order

Page 150

1  indication of pathology peer review --
2      Q.   Yes.
3      A.   -- I would have made notation
4  of that.
5      Q.   Okay.  You expect that -- you
6  have good confidence in that?
7      A.   I believe that's what I would
8  have done.
9      Q.   Yes.
10         You're not able to tell us
11 whether the reports perhaps were silent on
12 that question?
13     A.   That's correct.
14     Q.   Okay.  And then the other thing
15 I guess you're telling me is that the use of
16 peer review on pathology is more common
17 recently than it was many years ago, so that
18 if we go back in time, there is, in a general
19 sense, less of a chance of a peer review of
20 the pathology.
21         Do I have it correctly?
22     A.   I believe that's true, but also
23 realize that peer review is not a
24 requirement.  So it is not -- and so it's
25 interesting.  There is debate across the

Page 151

1  world.  Some countries, particularly Europe,
2  is -- does it a little bit differently than
3  the United States.  Peer review would be more
4  common in the United States than it would be
5  in Europe, and that's -- and they're still
6  deliberating over this.  And no regulatory
7  agency has come out with a regulation or a
8  standard to require this.
9      Q.   What's your position?
10     A.   I don't have a strong position
11 because I haven't looked at all the data.  I
12 would -- I think in general the situations I
13 become involved in where there's a
14 disagreement of diagnosis actually gets
15 forwarded by the study pathologist because
16 they're having challenges with a specific
17 diagnosis.
18         So I think, and it's my general
19 assumption, but I don't -- again, I haven't
20 reviewed the data so I don't have a strong
21 opinion.  I think the vast majority of peer
22 reviews find no issues.
23         So it's an expense; it takes
24 time; it slows down reports.  So I think
25 there is -- there is -- there are both pros

Page 152

1  and cons to it.
2          So if it's -- if it's
3  increasing the quality of studies, I don't
4  know if there's real information to show that
5  or not, so I don't have a strong opinion at
6  this point.
7      Q.   Okay, Doctor.
8          You said in part, "I become
9  involved where there is a disagreement of
10 diagnosis."
11         Who is -- in that setting
12 specifically, and in your words there, what
13 disagreement?  Who is disagreeing?
14     A.   Well, for example, when a study
15 pathologist is reading a study -- and keep in
16 mind that chronic bioassays take three to six
17 months to read.  I mean, it's a lot of
18 slides.  And the pathologist will see many
19 changes because these are aged animals and
20 they have many spontaneous diseases.  So it
21 can really be any kind of disease or
22 toxicity.
23         So sometimes a pathologist
24 might not be familiar with a particular
25 entity or not have seen a lot of it or see

Page 153

1  something new that they haven't seen before,
2  and then they'll show it to some other peers
3  and they'll say, "What do you think of this?"
4  And they might have a disagreement, and they
5  may or may not reach consensus.
6          And this is standard in
7  pathology, I mean, where it's probably easy
8  to reach consensus on 98 percent of the
9  lesions, and there's some lesions that -- you
10 know, pathology is not a perfect science, and
11 there could be some disagreement or varied
12 opinions on a specific diagnosis.  And then
13 we try to figure this out with examination.
14         And sometimes people like me
15 are hired to come in and take a look at it.
16 Sometimes a pathology working group is
17 conducted to look at something to try to get
18 a consensus.
19         And the times I've done this,
20 it's with deliberation and multiple people
21 looking at it.  I think the pathology working
22 group process works quite well.
23     Q.   In the original design of a
24 study that includes pathology slides, is
25 there generally just one pathologist

39 (Pages 150 to 153)

Confidential - Pursuant to Protective Order

Page 154

1    designated or more than one?
2        A.    One.
3        Q.    Okay.  And so the disagreement
4    is borne out of some doubt.  In the example
5    you gave us, the disagreement would be borne
6    out of some doubt that original reviewing
7    pathologist had, and then in your example --
8    take your time.
9            Need some water?
10       A.    So, I mean, it can -- yeah, I'm
11   okay, thank you.
12       Q.    Okay.
13       A.    I'm recovering from a cold, so
14   I just have hypersensitive airways.
15       Q.    That's okay.
16           Let me give you my question
17   again.
18       A.    Yeah.
19       Q.    I was just understanding you --
20   actually, I think you've explained it.
21           You've got the original
22   pathologist.  If there is some doubt, he may
23   collaborate with other pathologists, and at
24   that point they have some, well, doubt or
25   disagreement about what the finding is?

Page 155

1        A.    Right.
2            Even after doing this for over
3    30 years, I still see changes that I want to
4    get someone else's opinion on, and we might
5    actually have a differing opinion.  It's
6    natural.
7        Q.    That's not the formal
8    peer-review process that we've been
9    discussing, but it is a review by a peer of
10   the data?
11       A.    That's why I was so -- that's
12   why I think it's very -- you have to be very
13   careful by what you mean by "peer review,"
14   because in different contexts, different
15   situations, when I share a pathology slide
16   with a peer and they render an opinion and we
17   have the same opinion, that is a type of peer
18   review, and we would call that second
19   opinions.
20           Usually "peer review" means a
21   more formal process.
22       Q.    So that second opinion style of
23   peer review, that also is a means of
24   protecting the integrity, the quality of the
25   study and the findings, particularly the

Page 156

1    pathology findings, fair?
2        A.    Well, I think every pathologist
3    wants to make the most accurate diagnosis
4    possible.
5        Q.    Sure.
6            But is the second opinion peer
7    review also an example of quality control?
8        A.    I suppose it's a type of
9    quality control.  Sometimes -- I mean,
10   sometimes, literally, on rare entities we
11   don't know the answer.
12       Q.    Have you ever designed a study?
13       A.    I have designed many
14   experimental studies.
15       Q.    Right.
16       A.    Research studies.
17       Q.    That's what I mean.
18       A.    All right.  I have conducted
19   research for three decades.
20       Q.    When you design a study --
21   well, I would assume given your background,
22   your area of expertise, that a number of the
23   studies that you are designing include
24   pathology?
25       A.    Yes, they do.

Page 157

1        Q.    Okay.  And when you design a
2    study, do you include peer review of the
3    pathology in your design of a study?
4            I'm just asking your practice
5    for study design.
6        A.    It depends on the changes I
7    see.  Majority of the times, no, and times
8    when I see things that I didn't expect or I'm
9    not really confident in my interpretation of
10   them, I'll seek peer review.
11       Q.    Well, wait, though.
12           When does the design of the
13   study occur?
14       A.    I make the decision to do peer
15   review after I look at the data.
16       Q.    All right.  So is it fair to
17   say, Doctor -- well, first, let me get on the
18   same page with you.
19           In order to start a study, you
20   have to -- I mean, it must start with an
21   idea, a hypothesis, a scientific issue, fair?
22   Something to be examined?
23       A.    It starts with a hypothesis.
24       Q.    Okay.  And then you design a
25   study with some purpose in mind, some manner

Confidential - Pursuant to Protective Order

Page 158

1   of testing part or all of the hypothesis; is
2   that also fair?
3          A.    You design an experimental --
4   you have an experimental design, that is
5   correct.
6          Q.    All right.  When the work of
7   the study begins, day one of the actual
8   work -- let's say I was a lab assistant,
9   we'll use our imagination again, and I'm
10  helping you.
11         We already have a study design
12  in place for day one, right?
13         A.    That is correct.
14         Q.    Is it your testimony that you
15  would use peer review of the pathology only
16  after you looked at the slides -- or the
17  slides were reviewed?  Let's not make it a
18  "you."
19         I'm going to start over.
20         That in your practice, for your
21  studies, you would only add peer review of
22  the pathology once a determination was made
23  that it was necessary based on the initial
24  review of those slides?
25         A.    Yes, but context is very

Page 159

1   important here.
2          Q.    Well, go ahead and explain.
3          A.    We're talking about a research
4   study in my laboratory --
5          Q.    Yes.
6          A.    -- in an area where I'm an
7   expert, that I have a lot of knowledge of the
8   system, and I'm very competent at reviewing
9   the pathology of that.  And so I'm very
10  comfortable with me serving as the primary
11  pathologist.
12         Again, if I have a finding that
13  I'm a little unsure of, I will seek peer
14  review, but my studies do not get initially
15  designed with peer review because I just walk
16  down the hallway to get my peer review.  I
17  mean, it's -- peer review is just easy and as
18  a matter of fact, if I feel I need it, but
19  I'm comfortable making that scientific
20  judgment on my experimental studies.
21         Q.    Right.
22         A.    These are not -- these are not
23  contract studies for companies.  They're my
24  specific area of research.  So that's
25  important in this context, and that's -- this

Page 160

1   opinion relates to that and not other kinds
2   of studies.
3          Q.    Right.
4          If you were designing a study
5   but -- well, let me ask it this way:  Do you
6   ever design a study, Doctor, where you are
7   not the initial reviewing pathologist for the
8   slides?
9          A.    For my research program?
10         Q.    Yes.
11         A.    No.
12         Q.    Okay.  You do contract studies
13  at times?
14         A.    I have done research that was
15  supported by a private company.
16         Q.    Okay.  And in those instances,
17  do you at times design the research or the
18  study pursuant to the work assignment?
19         A.    Based on the -- based on the
20  overall hypothesis that is brought to me,
21  yes.
22         Q.    Right.
23         The hypothesis is brought to
24  you, and you are involved or participate in
25  the design of the study that will be

Page 161

1   conducted, fair?
2          A.    Correct.
3          Q.    All right.  In any of those
4   instances, do you call for peer review of the
5   pathology?
6          A.    So sometimes in the study there
7   are multiple pathologists as part of the
8   study group, and so by de facto there would
9   be peer review because multiple pathologists
10  would look at all the tissues.
11         We're talking small
12  experimental studies, and it's really
13  important that this -- we're not talking
14  about preclinical toxicity studies here.
15  We're talking about mechanistic experimental
16  studies to answer a very -- or to test a very
17  specific hypothesis.
18         So I just want to make sure
19  there's no confusion over what I do in my
20  laboratory as a scientist over the kinds of
21  studies we're talking about with glyphosate,
22  which are very standardized, preclinical
23  toxicity studies.
24         I don't -- in my laboratory, I
25  do mechanistic cancer research.

41 (Pages 158 to 161)

Confidential - Pursuant to Protective Order

Page 162

1    Q.   I really just wanted to know if
2  you're designing a study and you're not the
3  reviewing pathologist, do you use peer-review
4  pathology?
5    A.   As a formal process, no.
6    Q.   Okay.
7    A.   No.  For my research.
8    Q.   Right.
9    A.   So you'd have to look at my
10 research papers to appreciate what that
11 means.
12   Q.   I think you said in talking
13 about the studies that you looked at in the
14 public reading room that these were
15 well-designed studies.
16        Do you recall saying that?
17   A.   I thought they were
18 well-designed -- well-designed studies that
19 were appropriate for the time they were
20 conducted.
21   Q.   Okay.  Why do you say that?
22        Why do you say "they were
23 well-designed"?
24   A.   Just reading the pathology
25 reports, understood how they were conducted

Page 163

1  and evaluated.
2    Q.   What was the purpose?
3    A.   Of?
4    Q.   The studies.
5    A.   The studies were to test the
6  carcinogenicity of glyphosate in a chronic
7  bioassay in rats or mice.
8    Q.   Were they all limited
9  specifically to glyphosate?
10   A.   Glyphosate was the active
11 compound tested.
12   Q.   So does that mean that the
13 studies looked at any carcinogenic effect
14 specific to glyphosate?
15   A.   Carcinogenicity studies are
16 designed to specifically look at one chemical
17 entity.  There are no carcinogenicity studies
18 that are -- that I know of that look at
19 mixtures.
20   Q.   Like Roundup?
21        Roundup would be -- the product
22 itself would be an example of a mixture?
23   A.   Roundup has other additives to
24 it, my understanding, so it would technically
25 be a mixture, but it still has one major

Page 164

1  chemical constituent.
2    Q.   Your opinion is limited to
3  glyphosate; is that fair?
4    A.   My opinion is limited to the
5  data I evaluated.
6    Q.   Well, but is your opinion
7  limited to any carcinogenic effect of
8  glyphosate?
9    A.   My opinion is limited to the
10 test compounds in the studies.
11   Q.   The 12 studies?
12   A.   The 12 studies.
13   Q.   And those 12 studies are
14 limited to glyphosate, right?
15   A.   The active ingredient on
16 various concentrations was glyphosate in all
17 12 studies.
18   Q.   You're not offering an opinion
19 about the mixture known as Roundup?
20   A.   No.  Carcinogenicity studies do
21 not look at mixtures for any -- any study for
22 any chemical for any product, mixtures are
23 not evaluated in -- to your bioassays.
24   Q.   Right.
25        And we're talking about animal

Page 165

1  studies right now, aren't we?
2    A.   We're talking about rat and
3  mouse studies, correct.
4    Q.   Okay.  And why is that?
5    A.   It's because the -- the
6  chemical -- the experimental design would be
7  too complicated and it would require too many
8  animals.  So this is standard practice to
9  look at the carcinogenicity of individual
10 chemicals in a bioassay.
11   Q.   Okay.  And do you concur with
12 that standard practice?  Do you think it's a
13 good practice, in other words, personally?
14   A.   I think it is an appropriate
15 practice for the biologic system, yes.
16   Q.   But it does offer a limitation
17 to the study, doesn't it?
18   A.   Not -- not serious or not
19 significant to me because each ingredient
20 will have its own bioassay.
21        And the chemist can give a very
22 good indication of what -- you know, based
23 on -- based on historical information whether
24 these chemicals are expected to have an
25 interaction or not.  So that -- a lot of that

Confidential - Pursuant to Protective Order

Page 166

1    knowledge is known.
2         And the -- other than, you
3    know, glyphosate, the other chemicals that
4    are part of the commercial product would be
5    tested individually.  And not only tested
6    individually, but they would be probably
7    present in multiple commercial products so
8    that there has -- an experience with that --
9    with carriers, excipients, surfactants,
10   things like that, whereas the chemical entity
11   glyphosate is only in the glyphosate-like
12   products.
13        So a lot of times the carriers
14   or the excipients are widely used, and there
15   is not only carcinogenicity data on the
16   specific carrier or excipient, there is
17   information based on the commercial use of
18   that chemical in many other products.
19        Q.   Have you spent any time at all
20   in this project looking at that science,
21   assuming it exists?
22        A.   I did not look at the toxicity
23   of anything but glyphosate.
24        Q.   Okay.  Aren't you ruling out
25   interaction, though, when you make those

Page 167

1    statements about there's studies of
2    glyphosate and there's studies of other
3    components like the surfactants or the
4    carriers or the recipients?
5         A.   I don't have a strong opinion
6    on that.  I didn't really evaluate that.  I
7    rely on the -- I rely on the -- the full team
8    of investigators, particularly the chemists,
9    for those type of deliberations.
10        Q.   What chemists?
11        A.   I don't know.  I -- whatever
12   chemists are working on the individual
13   projects.
14        Q.   What projects?
15        Are we talking about Monsanto
16   chemists now?  I'm just --
17        A.   Any company that's doing a
18   carcinogenicity study.
19        Q.   Okay.  Do you agree that it's
20   possible that Chemical A can have no effect
21   when studied and Chemical B could have no
22   effect when studied, but in combination, A
23   and B can have an effect that was not seen
24   when either of those two chemicals was
25   presented singularly?

Page 168

1         A.   It's just too broad of a
2    question.  I think this is always looked at
3    in context of the types of chemicals, and
4    scientists make the best opinions they can.
5         Q.   Okay.
6         A.   Chemicals can interact, that's
7    true --
8         Q.   All right.
9         A.   -- but these interactions can
10   be predicted based on chemistry.
11        And like I said, that is not an
12   area I'm an expert in, and I would rely on a
13   chemist to make those deliberations.
14        Q.   Okay.  That's fair.  We're
15   starting to get out of your area now, right?
16        A.   Chemical interactions would not
17   be an area I'm an expert in.
18        Q.   Okay.  Let's check this off my
19   list while we're there.
20        You're not trained in
21   epidemiology, are you?
22        A.   I am not an epidemiologist.
23        Q.   And you would not expect to
24   offer any opinions in this matter that fall
25   within the boundaries of the field of

Page 169

1    epidemiology?
2         A.   I made no opinions based on
3    epidemiology.
4         Q.   All right.  And you've not
5    looked at the epidemiology?
6         A.   I've read reports that include
7    reviews of epidemiological data.
8         Q.   Okay.  Do you have an opinion
9    as to whether a finding of causation can be
10   based on epidemiology alone?
11        MS. PIGMAN:  Objection.  Calls
12   for a legal conclusion.
13        MR. SOILEAU:  Well, I'm not
14   asking for a legal conclusion.  I'm
15   saying --
16   QUESTIONS BY MR. SOILEAU:
17        Q.   You know what I mean when I say
18   "causation," right?
19        A.   I would use the term
20   "causation" as some entity has produced a
21   very specific change, disease or condition --
22        Q.   That's what I mean.
23        A.   -- in an animal or human.
24        Q.   Right.
25        And I don't mean legal cause.

43 (Pages 166 to 169)

Confidential - Pursuant to Protective Order

Page 170

1    I mean that kind of cause, scientific
2    causation.
3            Can scientific causation be
4    supported by epidemiology, epidemiologic
5    evidence standing alone?
6        A.    So causation is -- causation is
7    a very complicated area, and you use
8    different types of data to support an opinion
9    on causation.
10           And I would -- just speaking
11   generally as a scientist, I would be most
12   comfortable if multiple types of data support
13   a causation rather than one specific type of
14   data. So in a general manner, I wouldn't use
15   one type of data to say something caused
16   something else.
17           In chronic bioassays, which is
18   what I was focused on, when we say something
19   has a compound-mediated effect, we're
20   suggesting that that specific chemical had
21   that effect, and it's one step towards
22   causation in that particular animal.
23       Q.    Okay. But can epidemiology
24   standing alone be sufficient at times to
25   properly support a finding of scientific

Page 171

1    causation?
2        A.    I don't have a -- I don't -- my
3    opinion wouldn't -- I don't have a strong
4    opinion on that.
5        Q.    Okay. Fair enough.
6            What about animal studies? Can
7    animal studies standing alone ever support
8    scientific causation for humans, I should
9    add? I mean, that's what we're talking
10   about.
11       A.    So, for example, in a -- in a
12   toxicity investigation where you determine
13   that a chemical has a toxicity in an animal,
14   you determine it's compound-mediated. The
15   next step is to determine human relevance.
16   Okay? Not necessarily causation. You're
17   making -- you're making the hypothesis that
18   that chemical caused that toxic change.
19           So the next thing within terms
20   of that deliberation is, what does this mean
21   for humans? What is the human relevance?
22       Q.    This is the three-step
23   methodology that you summarize in your
24   report, right?
25       A.    It's part of it, yes.

Page 172

1        Q.    Okay.
2        A.    And so this is the
3    deliberation. So something I often get
4    involved in for companies is to deliberate:
5    What does this mean?
6            And so then you start doing the
7    experiments necessary or the literature
8    review necessary or looking at clinical data,
9    if you have it, to try to develop an opinion
10   whether this -- what this means for people.
11           But until you actually put the
12   chemical into people and have enough data
13   from enough people, you're not going to know
14   causation in people for a long time.
15       Q.    Right.
16           So it sounds like you're
17   telling me that steps 1 and 2 of the three
18   steps you delineated can be accomplished with
19   animal studies but not step 3.
20           Did I follow you correctly?
21       A.    So what routinely happens is if
22   you see toxicity in an animal study --
23       Q.    All right.
24       A.    -- and you have scientific
25   reasoning to suspect that this would not

Page 173

1    cause that change in people and you convince
2    the regulatory agencies of that, often this
3    chemical or drug could be used in or exposed
4    to people.
5            And then -- and then you --
6    then you would collect data in people because
7    they would be exposed to the drug or
8    chemical. And this epidemiologic data could
9    be helpful in determining causation.
10       Q.    All right. Are you telling me
11   then that you can use animal studies standing
12   alone to reach a conclusion that the agent
13   would not have the toxic effect in humans and
14   then make that recommendation and persuade a
15   regulatory agency?
16           MS. PIGMAN: Objection. Form.
17           THE WITNESS: Usually
18       recommendations are based on opinions
19       and degree of confidence. They are
20       not made in absolute terms.
21   QUESTIONS BY MR. SOILEAU:
22       Q.    You said you have scientific
23   reasoning to suspect that this would not
24   cause that change in people.
25           Are we talking there about

44 (Pages 170 to 173)

Confidential - Pursuant to Protective Order

Page 174

1 animal studies? Because that's what I had
2 asked about.
3       A.   No, we're talking about --
4 well, it could be additional animal studies
5 or additional mechanistic studies at a
6 molecular or genetic level.
7       Q.   Could animal studies alone,
8 Doctor, allow you to accomplish scientific
9 reasoning to conclude that the toxicity you
10 see in the animal studies would not be
11 present in people?
12       A.   I don't think we would ever
13 just use the animal data.
14       Q.   Okay.  What is the methodology
15 that you've used -- I tell you what, before I
16 do that, let me ask you this:  It is your
17 opinion, Doctor, isn't it, that when we talk
18 about causation, when we're looking at
19 compounds or chemicals and the issue or
20 question of causation for some specific end,
21 such as you've described better than me a
22 moment ago, that the cause is almost never
23 known?
24       A.   No, I think what you're
25 referring to is a statement in my report that

Page 175

1 individual cancers, the actual cause of an
2 individual cancer or tumor, is almost never
3 known.  That was the context I used it in.
4       Q.   Okay.  So you did not mean to
5 suggest that the cause is almost never known
6 in a broader sense, like we don't know what
7 causes this type of cancer or whether this
8 agent can cause this type of cancer?
9       A.   Again, context is critical.  So
10 when we make a deliberation over whether
11 something's compound-related, that gives us a
12 suggestion that it may have caused that
13 change either directly or indirectly.  And
14 until mechanistic studies are done, you don't
15 know exactly what caused it because there
16 could be many steps between feeding a
17 chemical to an animal and the development of
18 a neoplasm.
19       So a carcinogenicity study is
20 one step in the process of causation if you
21 have compound-mediated effects.  If you don't
22 have compound-mediated effects, there's
23 nothing to deliberate over.
24       Q.   Let me see if I understand.  We
25 can reasonably conclude on the basis of

Page 176

1 scientific data that smoking causes lung
2 cancer?
3       A.   I think there is strong
4 scientific evidence that smoking contributes,
5 participates, causes, lung cancer.
6       Q.   Okay.  But if I've got an Uncle
7 Joe with lung cancer, we don't know
8 specifically if Uncle Joe got it from
9 smoking?
10       A.   That is correct.
11       Q.   And if I tell you he smoked two
12 packs a day for 25 years, that's more good
13 evidence and supportive causation, but we
14 still don't know what caused, in your
15 opinion, Uncle Joe's cancer?
16       A.   You still don't know if his
17 smoking caused the lung cancer, that is
18 correct.
19       Q.   Okay.  I follow you now.
20       And, yes, you're right, I've
21 gone to it.  I was referring to the statement
22 in page 6, and you do say if an individual
23 animal develops an adenoma or carcinoma.
24       So you're talking about my
25 Uncle Joe, that is --

Page 177

1       A.   That's right.
2       Q.   -- a particular rodent in
3 question?
4       A.   That's correct.
5       Q.   Okay.  And you don't mean for
6 the cause this "almost never known" language
7 to have any broader application than that?
8       A.   Again, causation is a long
9 process that should be supported by many
10 different types of scientific data.
11       Q.   All right.  I wanted to ask
12 you, and I started to a moment ago, let's do
13 it now, about your methodology for your work
14 in this case.
15       The three questions that you
16 referenced in your testimony a moment ago and
17 that appear at page 6 of your July 31 report,
18 does that summarize the methodology that you
19 used?
20       A.   For this deliberation, no.
21       Q.   Okay.  What methodology did you
22 use in this case to reach the opinions that
23 you are offering?
24       A.   That is best described by the
25 list on page -- and the reason I say that --

45 (Pages 174 to 177)

Golkow Litigation Services - 1.877.370.DEPS

Confidential - Pursuant to Protective Order

Page 178

1    the reason I say that is because in those
2    three bullets, or the three items you're
3    referring to, is that's when you start with a
4    compound-mediated effect.  I did not identify
5    any compound-mediated or glyphosate-mediated
6    effects in any of the studies, so that would
7    have ended there.
8        Q.   I see.
9        A.   To determine whether I felt any
10   of the tumorigenic effects were
11   compound-mediated or related to the
12   administration of glyphosate, I used -- I
13   looked at -- in addition to the eight items
14   on the bottom of page 6 and the top of
15   page 7, I looked at those eight items and the
16   statistics and all the aspects of
17   individual -- of the natural history of an
18   individual neoplasm in a specific tissue, in
19   a specific strain of animal.
20       So that would be the process I
21   would have used looking at the data from the
22   carcinogenicity studies.
23       Q.   Okay.  I understand the first
24   part.
25       You're telling me in part that

Page 179

1    you don't use the three-step process here
2    because you never found any evidence of a
3    compound-related effect, so you don't get to
4    step one, much less two or three?
5        A.   Correct.
6        Q.   And you've got to find that
7    effect before you can decide if it's
8    compound-related, which in this three-step
9    summary here, that step one isn't
10   compound-related, so we never got there?
11       A.   In my deliberations, yes.
12       Q.   All right.  And you are telling
13   me that in your consideration of the -- of
14   the studies -- are we talking about the 12
15   studies?
16       A.   We're talking about each -- the
17   data from -- the carcinogenicity data
18   included in all of the 12 studies.
19       Q.   Right.
20       The carcinogenicity data that
21   is included, as you saw it in the reading
22   room in Brussels for those 12 studies?
23       A.   Or that's present in the
24   summary data from the Greim's paper.
25       Q.   Well, let me talk to you about

Page 180

1    that for a moment.
2        By the way, I'm sorry, I'm
3    going to shift gears for a minute.  Let me
4    alert you to it.
5        We talked about pathology in
6    the 12 studies, peer review and whether, you
7    know, there is any issue about the pathology
8    data.
9        Was there any controversy, to
10   your knowledge, about any of the 12
11   studies -- and let me rephrase that because I
12   wasn't specific enough.  It's too broad.
13   It's not fair.
14       To your knowledge, was there
15   ever any controversy about any of the
16   pathology review in any of the 12 studies
17   that you reviewed in the public reading room?
18       MS. PIGMAN:  Objection.  Form.
19   Vague.
20       THE WITNESS:  There was quite a
21   bit of interest in renal tumors in one
22   of the mouse studies which deliberated
23   over various diagnoses but -- which
24   was very interesting to me because the
25   incidence data, with or without any of

Page 181

1    these deliberations, wouldn't have
2    changed my opinion one way or the
3    other.
4        So -- but there was -- there
5    was a lot of interest in diagnoses of
6    the renal change -- the renal tumors
7    in one of the mouse studies.
8    QUESTIONS BY MR. SOILEAU:
9        Q.   Why is it interesting to you if
10   it didn't matter, in other words, if it
11   didn't change?
12       I tell you what, let me ask
13   you -- hold off on that.  Let me ask you a
14   better first question.
15       If we use the original data as
16   reported by the original pathologist from
17   that study, is it your testimony that looking
18   at that original data you saw no carcinogenic
19   effect?
20       A.   That is correct.
21       Q.   Okay.  And so, therefore,
22   you're telling me that whatever other
23   reviewing pathologists thought and what they
24   thought they saw, it's not going to change
25   because under any of those scenarios,

Confidential - Pursuant to Protective Order

Page 182

1  including the first one, you don't see any
2  carcinogenic effect?
3      A.   Under all the deliberations
4  that I read and the data that I read -- and
5  I -- I believe that the data from the
6  pathology working group is probably the most
7  reliable -- looking at their data or the
8  original pathology did not change my
9  conclusion of a compound-mediated effect.
10     Q.   All right.  Meaning you saw
11 none?
12     A.   That is -- that was my
13 conclusion.
14     Q.   All right.  Now, you mentioned
15 the Greim report.
16          Does the -- I understand that
17 it offers a reference to one or more of the
18 12 studies.  But does the Greim report that
19 you've referenced give us any information
20 that was not available to you in the public
21 reading room for those 12 studies?
22     A.   Does it give -- that was not
23 available to me?
24     Q.   Right.
25     A.   The Greim report -- I mean, it

Page 183

1  is a review paper.  It has opinions of the
2  authors.
3      Q.   Right.
4      A.   So that wasn't available in the
5  reading room.
6      Q.   Was that important to you?
7      A.   I always enjoy reading opinions
8  of other scientists and then evaluate and
9  then coming up with my own opinion.
10     Q.   Right.
11          But enjoying.  I mean, did the
12 Greim paper inform you in any way that you
13 had not been informed by the review of the
14 studies in the public reading room?
15     A.   Well, I did use the summary
16 data, the incidence summary data, which was
17 more complete than my -- I couldn't write
18 down all the -- all the data.  And that was
19 what was very helpful about the Greim paper,
20 all the -- all the incidence data is
21 available in the supplement -- supplementary
22 data.
23     Q.   It's convenient?
24     A.   It's very -- yes.
25     Q.   Okay.  But did it inform you --

Page 184

1  I understand about note-taking, what you're
2  telling me and that it's convenient as a
3  reference, but did it inform you or your
4  opinions in this case in any way beyond what
5  you got from going to the public reading room
6  in Brussels?
7          MS. PIGMAN:  Objection.  Form
8  and vague.
9          THE WITNESS:  I'd have to say,
10 yes, it did, because after reading
11 some of the other expert opinions,
12 there was concern about certain things
13 that I wasn't concerned about in the
14 reading room.  And I could look at the
15 incidence data and the summary tables
16 because I wanted to see the actual
17 numbers that were of concern in other
18 reports.
19          So I did use -- I did use it
20 after the reading room, again, because
21 I didn't have all the summary
22 information in my report, in my
23 review.
24 QUESTIONS BY MR. SOILEAU:
25     Q.   Go ahead.  I'm sorry.

Page 185

1          Did it serve any other purpose
2  for you in your work in this case?
3      A.   No.  I think my opinion is
4  based on the -- on the data.
5      Q.   Right.
6          And so the Greim report was
7  important and helpful to the extent that it
8  offered you an opportunity to go back and
9  look at the data as reproduced in the charts
10 included in that study, data that you would
11 have had available when you were in the
12 public reading room?
13          MS. PIGMAN:  Objection.
14 Mischaracterizes the testimony.
15 QUESTIONS BY MR. SOILEAU:
16     Q.   But may not have recorded in
17 your notes?
18          MS. PIGMAN:  Objection.
19 Mischaracterizes his testimony.
20 QUESTIONS BY MR. SOILEAU:
21     Q.   Did I get it right?
22     A.   I use the data from the Greim's
23 report in my deliberations.
24     Q.   Okay.  And we're talking about
25 the data in the charts included in the Greim

Confidential - Pursuant to Protective Order

Page 186

1    report?
2         A.    Included --
3              MS. PIGMAN: Objection. Vague.
4              THE WITNESS: Included in the
5    supplementary data tables.
6    QUESTIONS BY MR. SOILEAU:
7         Q.    Supplementary data tables?
8         A.    Not the article itself. The
9    supplementary data.
10        Q.    Okay. That helped you in your
11   work in this case?
12        A.    Correct.
13        Q.    Those tables?
14        A.    But I -- but I also read the
15   review. I looked at those tables. I mean,
16   all that went into my deliberation, and it
17   all -- all these things affected my final
18   decision.
19        Q.    All right. In your
20   methodology, you included the eight bulleted
21   items that appear on pages 6 and 7 of your
22   19-page July 31 report?
23        A.    Those go into my deliberation
24   of all data.
25        Q.    All right. But is there an

Page 187

1    overarching methodology that you used, or you
2    just considered the data and, in particular,
3    these eight items in the context of the data
4    of those 12 studies?
5              MS. PIGMAN: Objection. Form.
6    Vague.
7              THE WITNESS: I evaluate those
8    eight concepts when I look at tumor
9    incidence data, in addition to the
10   statistical analysis.
11             And something that's also very
12   important is that I use these eight
13   concepts in relation to a specific
14   tissue in a specific species. And so
15   these deliberations require a lot of
16   synthesis before I evaluate simple
17   numbers.
18   QUESTIONS BY MR. SOILEAU:
19        Q.    Right.
20             It's not just about the
21   numbers, is it?
22        A.    I agree with that.
23        Q.    Yeah.
24             This is -- engineering is a
25   great field, but this is not engineering?

Page 188

1         A.    I don't want to comment on that
2    but --
3         Q.    Okay. Three engineers looking
4    at the same calculation should come up with
5    the same answer under engineering principles,
6    but three pathologists looking at data from
7    slides may have somewhat varying opinions
8    about what that data is and, more
9    importantly, what the data suggests; is that
10   fair?
11             MS. PIGMAN: Objection. Form.
12             THE WITNESS: No, I actually
13   don't agree with that. I think the
14   vast majority of diagnoses made by
15   pathologists are in complete --
16   complete unison.
17             It's a small percentage of
18   lesions that are not in unison, and so
19   the numbers -- the numbers would be
20   the same for most pathologists.
21   QUESTIONS BY MR. SOILEAU:
22        Q.    Okay. When you talk about the
23   numbers, I understand what you're saying, and
24   I probably had another compound question.
25             When you talk about the

Page 189

1    numbers, you're talking about the calculation
2    or the simple addition of numbers that are of
3    some effect that are seen by the pathologists
4    reviewing the slides?
5         A.    Yeah, pathologists record
6    incidence and severity, depending on the type
7    of lesion.
8         Q.    Right.
9             Do you agree that that is a
10   separate process from an analysis of the data
11   thus gathered to see what, if anything, the
12   data tells us?
13        A.    Once the summary tables are
14   available from a -- for example, from a
15   two-year bioassay, then toxicologists,
16   statisticians, pathologists are involved in
17   interpretation of the data.
18        Q.    When you went to the public
19   reading room, what you were doing was that
20   second step, interpreting the data?
21        A.    In addition to reading the
22   pathology reports.
23        Q.    Right.
24             But you weren't looking at the
25   slides?

48 (Pages 186 to 189)

Confidential - Pursuant to Protective Order

Page 190

1  A.  I did not examine tissues.
2  Q.  Okay.  When we talk about
3  interpreting the results, do you still tell
4  me that generally all pathologists will come
5  to the same conclusion?
6  A.  For most changes, yes.
7  Q.  Okay.  What do you do as a
8  pathologist if there is disagreement on the
9  results of the original pathology?
10  A.  Well, you don't know there's
11  disagreement until -- until the tissues are
12  shown to someone else.  So in my work --
13  sorry, my work -- again, most diagnoses are
14  obvious.  And you can look at some and say,
15  yes, everyone will diagnose this when they
16  look at this, and you can have confidence in
17  that based on experience.
18  In my report I tried to explain
19  that in many types of cancer it's a
20  continuum.  And we go -- cancer can go from
21  focal hyperplasia, which is a small
22  proliferative lesion, to an adenoma, which is
23  benign proliferative lesion, to a carcinoma.
24  And nature doesn't exist in
25  three categories.

Page 191

1  Q.  I understand.
2  A.  Nature exists in a continuum.
3  So when does a hyperplasia
4  become an adenoma, and when does an adenoma
5  become a carcinoma?  This requires judgment
6  and interpretation of morphologic changes.
7  If you had 100 diagnoses and
8  you had three pathologists look at these
9  tissues, this range of tissues, 90,
10  95 percent or more, they would be identical
11  diagnosis.
12  Q.  Right.
13  Let me go back to the
14  methodology that you used for your work here.
15  I'm sorry, did I interrupt you?
16  A.  No, that's okay.
17  Q.  Okay.  I appreciate your
18  explanation, but I want to -- I know we're
19  time-limited, and I want to get back to the
20  question that I wanted to focus on.
21  And I want to understand your
22  methodology in this case, and here's what
23  I've got so far:  I know that you were
24  introduced to the topic of glyphosate, you
25  did some initial work that will be generally

Page 192

1  reflected on the invoices, and then you made
2  a trip to Brussels to look at these 12
3  studies in the public reading room.
4  And that in doing that, you --
5  that is, in looking at the data available at
6  the public reading room for these 12 studies,
7  you considered each of the eight items listed
8  on pages 6 and 7 of your report and what
9  those studies showed as to those specific
10  items.
11  Have I -- am I right so far?
12  A.  Those are all things I did.
13  Q.  Okay.  Then at that point did
14  you sit down and process the information that
15  you had to reach the opinion that you have
16  rendered, or is there some step that I've
17  left out?
18  A.  So my procedure is to --
19  Q.  In this case?
20  A.  In this case is to look at the
21  data --
22  Q.  Go ahead.
23  A.  -- read the pathology reports,
24  read scientific literature when appropriate,
25  and then make a determination of whether

Page 193

1  there's a compound-mediated effect for each
2  individual study and each individual tumor
3  that I made that decision on.
4  Q.  And when you say "each
5  individual study," what studies are you
6  talking about?
7  A.  The 12 bioassays.
8  MR. SOILEAU:  Okay.  I think
9  we're probably at the right time for
10  our next break for lunch, so let's
11  stop there.
12  VIDEOGRAPHER:  The time now is
13  12:29.  We are going off the record.
14  (Off the record at 12:29 p.m.)
15  VIDEOGRAPHER:  The time now is
16  1:17.  We are back on the record.
17  QUESTIONS BY MR. SOILEAU:
18  Q.  All right.  Good afternoon,
19  Doctor.
20  How was your lunch?
21  A.  Very good.  Thank you.
22  Q.  The host provided it.  I thank
23  them.  It was really good.
24  Are you ready to proceed?
25  A.  Yes.

49 (Pages 190 to 193)

Confidential - Pursuant to Protective Order

Page 194

1    Q.    Okay.  I was asking you about
2  your methodology in this case, the
3  methodology, procedure, you used to reach
4  your opinions in this case, and I want to
5  tell you what I have:  That you looked at the
6  data that was available to you -- and by
7  "data," we're talking really about the 12
8  bioassays, and that would include the
9  pathology reporting that you found in those
10 12 studies in that data in the public reading
11 room.  That is one step, not -- I don't mean
12 it to be all-inclusive.  I'm going to go step
13 by step to make sure I understand what you
14 did.  Okay?
15         You agree you did that?
16   A.    Correct.  The data I utilized
17 was the incidence data, which was available
18 both in the reading room and in the Greim's
19 supplement, and the pathology reports that
20 were in the reading room.
21   Q.    The pathology reports were
22 available in the reading room but not in the
23 Greim study?
24   A.    The pathology reports were only
25 available to me in the reading room.

Page 195

1    Q.    Okay.  All right.  So the
2  incidence data and the pathology reports from
3  the 12 studies.
4         You said that you then also
5  read scientific literature when appropriate.
6         You agree that's another step
7  you took in the methodology or procedure that
8  you undertook here to reach your opinions in
9  this case?
10   A.    Yes, I read selected scientific
11 literature.
12   Q.    Okay.  Selected scientific
13 literature.
14         And then you made a
15 determination of whether there existed --
16 these are my words, reading your earlier
17 testimony.
18   A.    Uh-huh.
19   Q.    I don't mean it to be a quote,
20 to be clear on the record.
21         But then you made a
22 determination to see if there existed a
23 compound-mediated effect -- now those three
24 are your words, a "compound-mediated
25 effect" -- for each individual study and each

Page 196

1  individual tumor, correct?
2    A.    That's correct.  And there were
3  areas that were of concern by other experts
4  that I wouldn't have examined in depth
5  because I didn't see any effects.  And I
6  would have spent a little bit more time on
7  them and included them in my report because
8  they were of concern to others but not of
9  concern to me.
10   Q.    All right.  Well, let me make
11 sure I understand that.
12         You're telling me that at some
13 point you read reports from other experts?
14   A.    Read reports from other experts
15 and also the scientific literature where
16 there was some concern, like the IARC report,
17 over specific entities.  And then I used
18 those and then -- so I did my own review of
19 the data, and then I also tried to respond to
20 potential concerns by others.
21   Q.    Potential concerns by others.
22         I want to make sure I
23 understand, not every concern, but I want to
24 understand the sources that include those
25 potential concerns by others.

Page 197

1         So one source of potential
2  concerns that you saw, potential concerns for
3  others, was in expert reports rendered by
4  other experts, correct?
5    A.    In expert reports.
6    Q.    All right.
7    A.    Correct.
8    Q.    Also IARC monograph?
9    A.    Correct.
10   Q.    Okay.  When you say "expert
11 reports," are you talking about the reports
12 issued by experts retained by the plaintiffs?
13   A.    Correct.
14   Q.    Okay.  Was there any other
15 source for potential concerns that you
16 identified maybe that you did not have but
17 that others raised?
18   A.    No, that would be things that I
19 had.  And this would be, for example, certain
20 communications that I read that were internal
21 to EPA, things like that, that -- specific
22 areas of the data that were receiving
23 attention that I might not have been
24 concerned about if it wasn't of concern to
25 others.

50 (Pages 194 to 197)

Confidential - Pursuant to Protective Order

Page 198

1      Q.   Is it really fair to say that
2   you weren't concerned but -- that you never
3   had a concern personally, but you saw the
4   concerns of others so you did some literature
5   review that you would not have done otherwise
6   but for the concern you saw expressed by
7   these others?
8      A.   I did additional literature
9   review based on concerns of others.
10     Q.   And you say "based on."
11         Would it be fair to say in
12  response to, that is, that your additional
13  literature review was responsive to the
14  concerns that others had voiced, "others"
15  being the plaintiffs' experts and the IARC
16  monograph?
17     A.   Well, I wanted to be thorough
18  in my review and be confident of my opinions,
19  so I did additional literature review in
20  these areas.
21     Q.   Right.
22         Additional literature review
23  that was triggered by the concerns you saw in
24  these two areas?
25     A.   Yes, by specific types of

Page 199

1   neoplasms that were raising concern.  I
2   wanted to be as knowledgeable as possible of
3   current literature in those types of
4   neoplasms.
5      Q.   Okay.  And that's fine.
6          But you yourself did not have
7   any concerns, did you?
8      A.   None of the data gave me
9   concern of a compound-mediated effect.
10     Q.   Okay.  That's a better
11  expression.
12         You at no point had personally
13  any concerns of a compound-mediated effect
14  based on all of the data you reviewed?
15     A.   That is correct.
16     Q.   And the additional literature
17  review you conducted was to investigate,
18  understand or explore concerns raised by
19  these other two sources:  experts from the
20  plaintiffs or IARC?
21     A.   So that I had up-to-date
22  information on the individual tumors and
23  historical data.
24     Q.   Okay.  But my statement was
25  correct?

Page 200

1      A.   What was your statement,
2   please?
3      Q.   Sure.
4          I just need you to -- I want to
5   get an answer to that question.  I don't mind
6   what you're telling me.
7          But you conducted a review of
8   additional literature in response to the
9   concerns that were raised by these two
10  sources:  plaintiffs' experts and IARC?
11         MS. PIGMAN:  Objection.
12         Misstates his testimony.
13  QUESTIONS BY MR. SOILEAU:
14     Q.   Is that correct?
15     A.   And some additional information
16  like correspondence information that I read.
17     Q.   Right.
18         I understand that your review
19  of this additional information -- it gave you
20  more background; is that fair?
21     A.   It gave me -- I wanted to read
22  the current literature in these areas.
23     Q.   So you could answer questions
24  and respond to what the other side was
25  saying?

Page 201

1      A.   To make sure I hadn't missed
2   anything.
3      Q.   All right.  But in all of your
4   work throughout all of your review of data
5   and other tests that you've described in your
6   testimony, did you personally ever have any
7   concern about the quality or strength of the
8   data supporting your opinions?
9      A.   Of the quality and strength?
10     Q.   All right.  So let's take that
11  one out.  We'll do it again.  That's fine.
12  That's fair.
13         Did you ever have any doubt
14  about the adequacy of the data supporting
15  your opinion in this case?
16     A.   So the data I used to formulate
17  my opinions, the most important data was the
18  incidence data from the 12 carcinogenicity
19  studies.
20     Q.   Right.
21     A.   And after looking at the data
22  from my collection at the reading room and
23  then realizing all that data was available to
24  me in the Greim supplements, which I
25  supplemented my data with because I didn't

Confidential - Pursuant to Protective Order

Page 202

1    have all the incidence data, review of that
2    data led to my conclusion that I did not see
3    any compound-mediated effects of glyphosate
4    in terms of carcinogenicity in those 12
5    studies.
6        Q.    Okay.  I've got that.
7            Have you ever had any concern
8    about that opinion?
9        A.    Concern about the opinion?
10       Q.    Right.
11           You told me that others have
12   raised concerns, potential concerns.  I'm
13   asking you if you personally ever had any
14   concern about the validity of your opinion in
15   this case.
16       A.    No, I have not.
17       Q.    Okay.  Thank you.
18           And we were talking about the
19   methodology.  Once you had taken the steps
20   that we covered a moment ago and you came to
21   the conclusion that there was no data
22   supporting a compound-mediated effect, your
23   analysis was complete for your opinion,
24   right?
25       A.    I had -- that was the opinion I

Page 203

1    had, yes.
2        Q.    Right.
3            Okay.  I'm not suggesting or
4    ignoring the fact that you've told me that
5    you've looked at other literature since then,
6    but once you went through those steps that
7    we've talked about, your method, your
8    procedure, your methodology, was completed
9    for this case, this opinion?
10       A.    I've had this opinion now
11   for -- for weeks, yes.
12       Q.    Well, okay.  But I'm not really
13   asking you how long; I just want to make sure
14   I've got the steps.
15           Look at the data, look at the
16   incidence data, look at the pathology
17   reports, consider any other literature, you
18   ruled out any compound-mediated related
19   effect, and then on that basis you offered
20   the opinion that you're offering?
21       A.    When I finished the report I
22   had an opinion, and that hasn't changed.
23       Q.    Okay.  And in reaching the
24   opinion and rendering the report, did you use
25   any steps that I've omitted in those five?

Page 204

1        A.    I don't believe so.
2        Q.    Okay.  Thanks.  And I
3    appreciate your patience.
4            That's what I wanted to do
5    is -- you understand what we mean by
6    "methodology," right?  You've used it?
7        A.    I think I understand what you
8    mean.
9        Q.    Okay.  And you've talked a lot
10   about context today.  I just wanted to
11   understand your methodology for this case in
12   reaching your opinions, so I appreciate your
13   patience with that process.
14           Did you ever consider returning
15   to the public reading room?
16       A.    Returning to?  For?
17       Q.    Well, you --
18       A.    For what reason?
19       Q.    I don't know.
20           But have you at any point
21   contemplated, suggested, requested, an
22   opportunity to go back to Brussels to the
23   public reading room?
24           You told me that you went; you
25   had two days, specific hours you could be

Page 205

1    there.
2            I'm asking you if, since you
3    left, have you ever considered or discussed
4    the possibility of going back?
5        A.    No.  After we -- after I left
6    the reading room, I compared the -- my note
7    data -- the data from my notes to the more
8    complete incidence data that's available in
9    the Greim supplements.  I found them to be,
10   for the most part, accurate.  I found a few
11   discrepancies that didn't alter my opinion.
12           And so really the value of the
13   reading room to me -- the major value of the
14   reading room experience to me has been the
15   reading of the pathology reports.  It was
16   interesting to read that none of the
17   pathologists thought there was a
18   compound-mediated effect.
19           So it was, you know, helpful
20   for me to hear other opinions that there
21   weren't compound-mediated effects.  But it
22   was interesting because for me to render my
23   conclusion I actually didn't have to go to
24   the reading room.  The data that was
25   available to me without going to the reading

52 (Pages 202 to 205)

Confidential - Pursuant to Protective Order

Page 206

1　room would have led to the same conclusion.
2　　　Q.　Oh, okay.　Well, you recall
3　that I used sort of a metaphor for building
4　blocks that support or underlie your opinion
5　in this case.
6　　　A.　Okay.
7　　　Q.　I want to go back to that
8　because I think -- you've offered some
9　clarification I didn't understand before.
10　　　Are you telling me now that for
11　the building blocks to support your opinion,
12　that is, for you to have enough building
13　blocks to properly and adequately support
14　your opinions, that the cancer incidence data
15　is sufficient without regard to the pathology
16　reports?
17　　　A.　I believe I would have made the
18　same conclusion with or without the pathology
19　reports.
20　　　Q.　So if we had a time machine and
21　we went back to the beginning of this project
22　for you --
23　　　A.　Uh-huh.
24　　　Q.　-- and I gave you the data in
25　the Greim report, that would be adequate for

Page 207

1　you to offer the opinion that you're offering
2　now?
3　　　A.　With the other work I did and
4　all the other reading I did, I believe I
5　would have had the same opinion.
6　　　Q.　Right.
7　　　Because none of that other
8　reading changed your mind about your
9　conclusion?
10　　　A.　Did not change my mind.
11　　　As I mentioned, it's always
12　nice to read other scientists coming up with
13　similar conclusions.
14　　　Q.　I understand.
15　　　But what you're telling me this
16　afternoon is that your opinion on no
17　carcinogenic effect is adequately supported
18　by the cancer -- or tumor -- I'm sorry.　I
19　need to start the question over because I
20　know I said a wrong word.
21　　　There's a distinction between
22　saying a cancer and a tumor, right?　Yeah, I
23　know that.
24　　　A.　Did you want me to answer that?
25　　　Q.　No, I want you to wait until I

Page 208

1　ask you a good question.
2　　　A.　Okay.
3　　　Q.　Sorry, I'm going to attribute
4　that to post-lunch.
5　　　I want to make sure that I
6　understand what you're telling me this
7　afternoon.　And what I think I understand is
8　that the carcinogenic data from those 12
9　studies, which is appropriately and
10　adequately captured in the Greim report, will
11　support the opinion that you have offered in
12　this case of no compound-mediated effect.
13　　　A.　The incidence data in the Greim
14　supplementary data contained all the
15　individual incidence data I recorded in the
16　reading room, yes.
17　　　Q.　And that incidence data is
18　sufficient for you to offer the opinion
19　you're offering in this case?
20　　　A.　That's correct.　I made my
21　opinion based on those data.
22　　　Q.　Okay.　And when you say "those
23　data," I just want to be real clear, we're
24　talking about the data that's in the Greim
25　report, correct?

Page 209

1　　　A.　The data that's in the
2　supplementary tables of the Greim report,
3　yes.
4　　　Q.　Fine.
5　　　And then we both know that that
6　has now excluded the pathology reports, or
7　left out the pathology reports, that you read
8　in the public reading room?
9　　　A.　The pathology reports were only
10　available in the reading room.
11　　　Q.　Right.
12　　　But now you're leaving those
13　out when you tell me that the data
14　supports -- when you say the data supports
15　your opinion, by definition, the data is
16　the tumor incidence data and not the
17　pathology reports, correct?
18　　　A.　Well, I needed to render an
19　opinion, so I looked -- to me, the most
20　important thing was to look at the data
21　itself.
22　　　Q.　Right.
23　　　A.　But any scientist, when they're
24　rendering opinion, they want to listen to the
25　opinion of others.　I wanted to read the

Confidential - Pursuant to Protective Order

Page 210

1    opinions of the pathologists, I wanted to
2    read the opinions of the other experts, and I
3    want to take that all into consideration to
4    make sure I'm not missing something and that
5    I'm confident about my opinion.
6         So -- but like I mentioned, the
7    most important data for me to render my
8    opinion and the most critical data, most
9    essential data -- and I believe that if I
10   just had the incidence data, that is, I would
11   have reached the same conclusion.
12        Q.   Okay.  And when you say
13   "believe," I mean, you really know, don't
14   you, because you know your opinion?  I mean,
15   you're speaking for yourself, and you know
16   what the data shows.  You're not speculating?
17        A.   Well, I believe that's true.  I
18   can't take information out of my brain.
19        Q.   I understand.
20        But it's your testimony that
21   you would have reached that conclusion -- you
22   expect you would have reached the conclusion
23   based on the tumor incidence data alone?
24        A.   I expect I would have reached
25   that conclusion.

Page 211

1         Q.   And you believe, and it's your
2    opinion, that that tumor incidence data is
3    sufficient for the opinion that you have,
4    standing alone?
5         A.   Yes, I believe that tumor data
6    is sufficient.
7         Q.   Okay.  Standing alone?
8         A.   Standing alone.
9         Q.   All right.  Okay.  I want to go
10   back and ask you a couple of questions about
11   the first mouse study that's mentioned in
12   your report.
13        A.   Okay.
14        Q.   And I'm not sure of the correct
15   pronunciation.  I'm going to give an American
16   one because I'm going to say Knezevich and
17   Hogan, but it's the 1983 mouse study that is
18   a Monsanto study.
19        Do you know the one I'm talking
20   about?
21        A.   I see the study on page 11.
22        Q.   Okay.  And you're familiar with
23   that study, right?
24        A.   Yes.
25        Q.   That has the review of the

Page 212

1    pathology slides that you told me earlier was
2    interesting to you?
3         A.   In terms of the renal
4    neoplasms?
5         Q.   In terms of the --
6         A.   The renal, kidney neoplasms.
7         Q.   Yes, I guess so.  In terms of
8    the pathology review of the kidney, renal
9    neoplasms.
10        Now, of course the study -- I'm
11   trying to get us on common ground.
12        The study generated some
13   slides.  Those slides were initially
14   reviewed, and there was a report based on the
15   initial review of those slides.
16        Do I have it correct so far?
17        A.   The original study pathologist
18   read single sections of the kidneys.
19        Q.   And rendered an opinion and
20   report based on his review or her review of
21   those studies?
22        A.   Yes.  It would have had an
23   incidence of renal lesions in the report.
24        Q.   Okay.  Now, were those slides,
25   the pathology, was that revisited at some

Page 213

1    point?
2         A.   I think multiple people,
3    additional experts, examined the slides, and
4    they were also reviewed -- the additional
5    sections were cut at some point, and the
6    slides were examined by a pathology working
7    group.
8         Q.   Why did all that happen; do you
9    know?
10        A.   I think because there was some
11   concern over the occurrence of neoplasms in
12   the mid and high-dose animals.
13        Q.   Did anyone or any entity state
14   that the study as originally reported, in
15   fact, supported a carcinogenic effect, a
16   compound-related effect?
17        MS. PIGMAN:  Objection.  Form.
18        THE WITNESS:  I don't believe
19   any agency reported that in a final
20   opinion as a carcinogenic effect.
21   QUESTIONS BY MR. SOILEAU:
22        Q.   Did anyone issue an opinion in
23   a form that you would consider other than
24   final, that it had a carcinogenic effect
25   based on that study, the '83 Monsanto study?

Confidential - Pursuant to Protective Order

Page 214

1      A.   Well, I can't speak to all the
2  memos I read, but there was -- there was
3  internal discussions of that type in -- in
4  the EPA by some EPA employees, but, again, I
5  think their opinion was it was not
6  carcinogenic.
7      Q.   What was their opinion
8  following consideration of the results of the
9  '83 Monsanto study as originally reported?
10     A.   I think their only opinion was
11  it was -- EPA's opinion was it was not
12  carcinogenic.
13     Q.   So why did they have the slides
14  reviewed again?
15     A.   I think there was some internal
16  concern and they wanted to be careful.
17     Q.   Internal concern about what?
18     A.   About the incidence of renal
19  neoplasms in the study.
20     Q.   It's your understanding that no
21  one associated with EPA felt that the study
22  as originally reported offered any evidence
23  of carcinogenic effect?
24         MS. PIGMAN:  Objection.
25     Misstates his testimony.

Page 215

1         MR. SOILEAU:  Well, that's what
2     I'm asking you.
3  QUESTIONS BY MR. SOILEAU:
4      Q.   Did EPA folks think that the
5  study as originally reported showed evidence
6  of a carcinogenic effect?
7      A.   I think there was some concern
8  by some EPA employees -- I don't know them by
9  name; I don't know them -- that -- that -- of
10  the incidence of these neoplasms, and so they
11  were -- there was concern.  So they
12  continued -- they continued their
13  deliberation to decide how to -- how to
14  decide whether this was a compound-mediated
15  effect or not.
16     Q.   When you say "there was some
17  concern," some concern for what?  What were
18  they concerned about?
19     A.   They were concerned about the
20  neoplasm, the renal neoplasms.
21     Q.   Did EPA suggest that the study
22  showed a compound-mediated effect?
23     A.   I don't believe so.
24     Q.   If we go back to EPA following
25  its consideration of the original report --

Page 216

1      A.   Uh-huh.
2      Q.   -- would EPA collectively --
3  I'm not asking to you identify the names and
4  whatnot -- but collectively, would they be
5  standing in agreement with what you've told
6  us today or in disagreement?
7         MS. PIGMAN:  Objection.  Form
8     and calls for speculation.
9  QUESTIONS BY MR. SOILEAU:
10     Q.   I'm asking you based on your
11  reading of the data, which includes EPA
12  memoranda, do you think that you and EPA --
13  that your position today would be in
14  agreement or disagreement with what EPA
15  thought when it read the original report and
16  considered it?
17     A.   I have no idea what EPA
18  considered it in the original report because
19  I -- I have too little information to make a
20  consideration of that.
21     Q.   Okay.  Just that they had some
22  concern about neoplasms?
23     A.   An individual.
24     Q.   Some individual at EPA may have
25  some concern about neoplasms?

Page 217

1      A.   Correct.
2      Q.   That's your understanding?
3      A.   One or a few individuals, but
4  that is my understanding.
5      Q.   Okay.  One or a few individuals
6  at EPA may have had some concern about
7  neoplasms in the study as originally
8  reported; that's your understanding?
9      A.   That's my understanding.
10     Q.   When the slides were
11  reexamined, and even when new slides were
12  cut, what -- was it done -- we used the word
13  "blind" before.
14         Was it a blind study when it
15  was reconsidered, or did the reviewing
16  pathologist, including the pathology working
17  group, have the original data and reports on
18  the original data available?
19         MS. PIGMAN:  Objection.
20     Compound.
21         THE WITNESS:  So I do not know
22  if the slides were blinded for
23  Dr. Kuschner or Dr. Stemmer or --
24  there was a pathologist at EPA, I'm
25  trying to think of his name.  I don't

Confidential - Pursuant to Protective Order

Page 218

1    know if they were blinded.  However,
2    the working pathology group -- or the
3    pathology working group was blinded
4    when they evaluated the slides.
5    QUESTIONS BY MR. SOILEAU:
6        Q.   You told me something before
7    lunch, I think I have this correct, that --
8    let me back up and ask you while we're on
9    that.
10           How do you know that the
11    pathology working group, that their work was
12    a blinded study or review of the pathology?
13       A.   That's what their report
14    indicated.
15       Q.   And where did you see that?
16       A.   I don't understand the
17    question.
18       Q.   It was in the report -- I'm
19    asking you literally:  Where did you see
20    that?
21           The answer could be -- I don't
22    want to tell you the answer, but it could be
23    like the public reading room, I saw it on the
24    screen.  I'm asking --
25       A.   Oh, I had a copy of the report,

Page 219

1    so I read the report.
2        Q.   Separate from the reading room?
3        A.   Separate from the reading room.
4        Q.   I know you told me earlier that
5    some of the studies from the reading room,
6    particularly the Monsanto studies, were
7    available to you.
8            Is that what you're talking
9    about now?  That because this is a Monsanto
10    study you had it available to you independent
11    of the public reading room?
12       A.   I had the document.  I don't --
13    because it was available to the attorneys,
14    and they had this available to me, so I read
15    it.  I'm pretty sure it's on my materials
16    considered list.
17       Q.   Oh, I don't doubt that.
18           Well, it's in your report.
19       A.   Right.
20       Q.   Right.  Yeah.
21           But I guess I need to be more
22    specific.
23           When you say "the document,"
24    did you look at it digitally or on paper?
25       A.   On paper.

Page 220

1        Q.   Okay.  Where is that
2    document -- where was that document when you
3    looked at it?
4        A.   In my hands.
5        Q.   Okay.  And where were you?
6    That's fair.
7        A.   I don't really know.
8        Q.   Were you at the university or
9    somewhere else?
10       A.   I don't really remember.  I've
11    actually looked at the document multiple
12    times.  Most likely at my home.
13       Q.   Okay.  Do you think you have a
14    copy of the Monsanto '83 study in the same
15    form that it appears at the public reading
16    room?
17           Do you have a copy like that at
18    your home now?
19       A.   No.
20       Q.   Well, what happened to it?
21       A.   It's probably digital.  I did
22    not print the entire document out.
23       Q.   Okay.  So you had a digital
24    copy of the entire document at home, right?
25       A.   I believe I have a digital copy

Page 221

1    of the study report.
2        Q.   And that study report in the
3    digital form that you have it at your home
4    would be in the same format and -- the same
5    information that you saw, you think, at the
6    public reading room?
7        A.   I think they would be
8    identical.
9        Q.   Right.  That's what I
10    understood from your testimony earlier.
11           And you think that you printed
12    some pages at your home from the digital copy
13    of the '83 Monsanto study?
14       A.   I don't remember.
15           I looked at the information I
16    needed to make my conclusions.  I don't
17    remember if it was on paper or it was on my
18    computer.
19       Q.   All right.  Well, in any case,
20    because you had a 1983 Monsanto study
21    available to you at home, including the
22    pathology reports from the pathology working
23    group, whether digital or on paper, because
24    you printed it, you were able to look at
25    those reports by the pathology working group?

Confidential - Pursuant to Protective Order

Page 222

1      A.   I read the pathology working
2  group report as a physical paper.
3      Q.   Oh, okay.
4           At your home?
5      A.   I don't remember.  I
6  probably -- I mean, I had it at home.  I very
7  likely read it at home.
8      Q.   Okay.  I'm sorry if I'm slow.
9           But you are telling me that
10 you're confident that you had a printed copy
11 of the pathology report from the pathology
12 working group associated with the '83
13 Monsanto study, that you had a copy of that
14 in paper and you reviewed it somewhere?
15     A.   I am confident I have reviewed
16 the paper copy of the pathology working group
17 report multiple times.
18     Q.   Okay.  Multiple times?
19     A.   Uh-huh.
20     Q.   How many pages does that report
21 consist of?
22     A.   I don't know.  I would say in
23 the range of eight to ten, but I don't
24 remember.  It's not two and it's not a
25 hundred.

Page 223

1      Q.   Okay.  And based upon your
2  review of that written or printed copy of the
3  report of the pathology working group from
4  the '83 -- associated with the '83 Monsanto
5  study, you are able to tell me that it's your
6  understanding that the pathology working
7  group worked blind?
8      A.   I believe -- and I'm glad to
9  look at it with you.  I believe the
10 working -- the report states it was a blinded
11 review.
12     Q.   Your report says that?
13     A.   I believe the pathology working
14 group report states that it was a blinded
15 review.
16     Q.   Yes, sir.
17          But when you said "I'm glad to
18 look at it with you," do you have it with you
19 today?
20     A.   I don't -- I actually have some
21 documents with me in my bag.  I'm not sure.
22 I'd have to look, but I -- I would think it
23 would be available because it was given to me
24 by -- by the attorneys in Hollingsworth.
25     Q.   Okay.  Well, then I'd ask, if

Page 224

1  you don't mind, if you'll look during the
2  break, one of our breaks, to see if you have
3  the printed pathology work from the pathology
4  working group associated with the '83
5  Monsanto study in your bag.
6      A.   Okay.
7      Q.   I think you told me earlier
8  that you felt like it really wasn't possible
9  to test a compound -- a product like Roundup
10 as opposed to testing glyphosate?
11     A.   I didn't talk about
12 possibility --
13     Q.   Okay.
14     A.   -- feasibility.  I talked about
15 standard practice in the -- in the
16 preclinical safety committee -- preclinical
17 safety community.
18     Q.   All right.  That's fine.  And
19 I'm not -- I'm absolutely not quarreling
20 with you because I'm not sure if you said
21 "possible" or not.  The record will show.  It
22 doesn't matter.
23          Is there any reason -- this is
24 really what I want to ask, and I guess I was
25 just trying to sign-post it.

Page 225

1           Is there any reason when
2  Monsanto did the studies, or had the studies
3  done that are included among the 12 studies,
4  that they couldn't use Roundup as opposed to
5  glyphosate, that you see as a person who
6  works in this area and designs studies?
7      A.   Yes.
8      Q.   Okay.  And what is that?
9      A.   That it's not standard
10 practice, and I don't think the regulatory
11 agencies would accept the -- accept the data.
12     Q.   Would you agree that it would
13 give you a better indication of what, if any,
14 effect the product itself, the mixture, has?
15     A.   I'm not sure of that.  I think
16 when you test mixtures, it would completely
17 change the nature of the scientific study.
18 And I don't know how that study would have to
19 look.  I have no experience looking at that.
20 But you could not do it the same way you do
21 individual chemicals.
22     Q.   All right.  Is there anything
23 you can tell me -- and if it's outside of
24 your field, just tell me that.
25          But is there anything that you

57 (Pages 222 to 225)

Confidential - Pursuant to Protective Order

Page 226

1    can tell me that helps me understand why you
2    can't substitute the mixture, the product
3    Roundup, for glyphosate in one of these
4    studies that are associated with Monsanto and
5    include it in the 12?
6        A.   Well, my general understanding
7    would be that that -- that mixture has
8    multiple independent variables because there
9    are multiple independent chemicals, and I
10   don't know the number.  But even if it was
11   just two, it creates a study design that
12   would have to be much more complicated and
13   include more groups, and you have to piece
14   out what's due to what.
15        And I've done a couple studies
16   in my laboratories on looking at the effects
17   of two agents on cancer, and usually those
18   studies have -- you multiply the number of
19   groups.
20        So if you -- if this slide has
21   four groups, you would probably have four
22   times -- so you would probably have to have
23   16 groups to look at two compounds.  So --
24   and then this is not a standard way to look
25   at these data, and so I don't know what -- I

Page 227

1    have no idea what a regulatory agency would
2    do with that kind of data.
3        Q.   Do you have available somewhere
4    all of the documents that are included on
5    Exhibit 17-2, the supplemental list?
6        A.   Either in electronic or paper
7    form.
8        Q.   Where?
9        A.   In my -- in my home.
10       Q.   Okay.  Do you consider yourself
11   to have any expertise in the field of
12   statistics or biostatistics?
13       A.   So I am not an expert in
14   biostatistics.  I have used statistics my
15   entire career.  I consult with statisticians
16   frequently.  I teach statistics to my
17   students.  Statistics are very important in a
18   scientist's life.  So I have a working
19   knowledge of statistics, but I do not promote
20   myself as an expert in biostatistics.
21       Q.   All right.  Have there been
22   times where you have been involved in a study
23   that included statistical issues that you
24   associated as a coauthor, someone that had a
25   statistical or biostatistical expertise?

Page 228

1        A.   Many of my publications would
2    have a biostatistician as a coauthor.
3        Q.   Okay.  And that's not unusual,
4    is it?
5        A.   It's encouraged.
6        Q.   Right.
7        Because you're bringing into
8    the study someone that has an area of
9    expertise that you yourself -- although you
10   have, as you say, a working knowledge of
11   statistics, you do not have expertise in
12   biostatistics so you collaborate with someone
13   who does.
14       Is that what's common?
15       A.   If the biostatistician played
16   an integral role in study design and
17   interpretation of data, they deserve to be an
18   author.
19       Many times I would show a
20   biostatistician my experimental design, and
21   they'd say, "Oh, yeah, you've done that
22   multiple times.  This is fine.  You're not
23   missing anything," and then the
24   biostatistician is not an author.
25       So it really -- authorship is a

Page 229

1    very specific thing and must be evaluated in
2    the context of -- of each individual
3    manuscript.
4        Q.   I see.  Okay.  That makes
5    sense.
6        So there are times where you
7    collaborate to an extent and in a manner --
8    that is collaborate with a biostatistician --
9    where you feel it's appropriate for the
10   biostatistician to be listed as a coauthor,
11   and in those circumstances you would list a
12   biostatistician as a coauthor?
13       A.   Yeah, especially for
14   complicated studies or studies that I don't
15   have previous familiarity with.
16       Q.   In other instances where there
17   is a question of biostatistics, you may not
18   have a biostatistician as a coauthor but
19   instead may simply meet with, talk with, a
20   biostatistician to get some oversight, input,
21   from that person as you work on the study?
22       A.   That is correct.
23       Q.   But in those instances where
24   you're just turning to them for some input
25   and oversight, you don't list them as a

Confidential - Pursuant to Protective Order

Page 230

1    coauthor because they haven't been
2    substantively involved in the design and the
3    process of conducting the study?
4        A.    Or if I repeat a study that I
5    have done before or a very similar study
6    where I'm just changing one of the variables,
7    again, and I'm confident I'm -- that the
8    experimental design and the data analysis is
9    appropriate, then I also go forward without a
10   coauthor.
11       Q.    Right.
12            Was there any particular reason
13   that you went to the public reading room in
14   October?
15       A.    You mean the date or the
16   process of going to the room?
17       Q.    Why you went then. I guess I
18   was thinking it was during school and
19   probably cold.
20       A.    I don't remember exactly what
21   the availability of the room was, but I -- if
22   I remember correctly, there was a narrow --
23   not a narrow, but there was a specific period
24   of time that it was going to be open to the
25   public, but I don't remember what that was.

Page 231

1        Q.    Right.
2             Was it a period of months, like
3    maybe August through October of that year?
4        A.    I just really don't remember.
5    I can't even guess.
6        Q.    When that period of time was
7    up, was the room going to be then closed to
8    the public?
9        A.    I don't really remember. It
10   was -- I -- if I remember correctly, the
11   reading room was opened for a specific period
12   of time.
13       Q.    Who made that decision; do you
14   know?
15       A.    No.
16       Q.    I must have misunderstood
17   earlier. I thought I had the impression from
18   your testimony earlier that if we had the
19   money and the time, you know, me and you
20   could head over there with an appointment and
21   see it next week.
22       A.    Oh, no. It was whenever it was
23   open.
24       Q.    Do you know whether it's open
25   right now?

Page 232

1        A.    I haven't followed it. I
2    don't -- I would have guessed no, but I
3    really haven't looked into it.
4        Q.    Okay. When you were there, did
5    you know it was going to be closing soon?
6        A.    I just don't remember the dates
7    of it -- of its availability.
8        Q.    Do you know -- once the room is
9    closed to the public, do you know if it's
10   open to some select or specific group of
11   people other than the public at large?
12       A.    I don't.
13       Q.    And you told me you don't know
14   who oversees or controls or operates that
15   public reading room?
16       A.    I -- I don't know at this time.
17       Q.    What does it look like? What's
18   the public reading room look like?
19            I mean, at first I was thinking
20   of a library, but now I'm getting the
21   impression it's not like that at all.
22       A.    It's a room like this with
23   computers on the table.
24       Q.    About this size? Like a
25   conference room size?

Page 233

1        A.    I think it was longer than this
2    room.
3        Q.    Okay.
4        A.    There were about ten -- so it
5    was like this room but longer, and probably
6    10, 12 computers on the table. Like five or
7    six on each side.
8        Q.    Sounds like a little computer
9    lab at the university.
10            All right. Did you ever ask if
11   you could obtain a digital copy of the
12   entirety of the 12 studies?
13       A.    No.
14       Q.    How come?
15       A.    I had the data I needed to
16   render my opinion.
17       Q.    Well, I think you told me you
18   needed the Greim's data to complete your
19   work, right, because those charts and the
20   supplemental tables for Greim's actually
21   included more statistical data or incidence
22   data than you had recorded?
23            MS. PIGMAN:  Objection.
24       Misstates the testimony.
25

59 (Pages 230 to 233)

Confidential - Pursuant to Protective Order

Page 234

1  QUESTIONS BY MR. SOILEAU:
2      Q.   Did I get that wrong?
3          MS. PIGMAN:  About the timing.
4          THE WITNESS:  So I realized
5      when I was assessing the data and
6      looking at my notes that I could look
7      at that data in the Greim
8      supplementary data and enhanced my
9      interpretation of the data by looking
10     at more data than I could copy in the
11     reading room.
12 QUESTIONS BY MR. SOILEAU:
13     Q.   You could enhance because you
14     had more data available from Greim's than you
15     had through your own handwritten notes?
16     A.   Yes, that is correct.  The
17     Greim's data was more complete than my
18     handwritten notes.
19         (Rosol Exhibit 17-7 marked for
20         identification.)
21 QUESTIONS BY MR. SOILEAU:
22     Q.   Okay.  Let me go ahead and mark
23     and identify the handwritten notes which have
24     been produced.  I'm going to identify this as
25     Exhibit 17-7.  It includes the September 5,

Page 235

1  2017 transmission letter and then the notes.
2  Let me show this to you, Doctor.
3          And right now I'm just asking
4  you to identify the notes, not the letter.
5      A.   Okay.  Yes, they are my notes.
6      Q.   All right.  Could you look at
7  the first page of notes?
8          All right.  And to the far left
9  margin there is a numerical entry.  It says
10 56-134, I think, hyphen 1993.
11         Do you see that?
12     A.   Yes.
13     Q.   What is the source of that --
14 what I assume is some sort of a referencing
15 number?
16     A.   I think that was a file name
17 for this document that I would have written
18 down from my computer screen.
19     Q.   If we were in the computer on
20 the monitor there and we're looking at the
21 screen and we're wanting to find this '93
22 Cheminova study, how does it appear within
23 the computer's directory?
24         In other words, how is it
25 described?  Numerically?  Name?  All of the

Page 236

1  above?  What?
2      A.   I don't remember exactly, but
3  it was -- it was nicely organized so that
4  there was a table on the screen, and the
5  table was titled either -- something like
6  long-term studies or carcinogenicity studies
7  or whatever.
8          So I could tell from my reading
9  that the top five were the mouse two-year
10 studies, or 18-month to two-year studies, and
11 that the next seven were the long-term rat.
12 And there may have been other studies.  I
13 just don't remember.
14         But actually it was very easy
15 for me to identify the 12 studies, and I just
16 went down one by one in my reading.
17     Q.   Okay.  And I'm sorry, but how
18 was it easy for you?  Because --
19     A.   Because the way they had it
20 organized.
21     Q.   And what about it -- help me
22 see what you're seeing because I'm not there.
23     A.   They had isolated the long-term
24 mouse studies and the long-term rat studies
25 to be subsetted on the screen so I could work

Page 237

1  my way down the list.
2      Q.   I see.
3          And how were they described in
4  that table?
5      A.   I'm not sure exactly what the
6  screen said.  I do remember that the screen
7  did have a numerical number.  I think that's
8  the number I wrote down here.  They might
9  have had additional information, but I don't
10 remember.
11     Q.   Did you review a table of
12 contents, an index or anything that showed
13 you how many different tables were available
14 through the public reading room in Brussels?
15     A.   What do you mean, "how many
16 different tables"?
17     Q.   Well, okay.  You said that it
18 was easy to review the studies because you
19 found a table that said "long-term mouse
20 studies" or something like that.
21     A.   It was easy to identify the
22 long-term studies.
23     Q.   Right.
24         Because it said "long-term
25 mouse studies"?

60 (Pages 234 to 237)

Confidential - Pursuant to Protective Order

Page 238

1     A.   It gave me the information I
2  needed to make that conclusion.
3     Q.   Right.
4         So I'm asking you if you ever
5  saw some sort of table of contents or index
6  which showed you what different categories of
7  data, what types of studies, they might have
8  available through the public reading room in
9  addition to the long-term mouse studies and
10  the long-term rat studies?
11     A.   I only saw the table that was
12  presented to me on the computer screen.
13     Q.   Was it already on the screen
14  when you sat down?
15     A.   No.  I think I had to go
16  through a few screens first to get there.  I
17  was given instructions how to get there.
18     Q.   Who gave you the instructions?
19     A.   They were written on the -- on
20  the little instruction sheet by the computer.
21     Q.   And you don't have any
22  recollection of what other categories of
23  studies were included in that data set at the
24  public reading room?
25     A.   So I know I could see the

Page 239

1  long-term studies.  Now, there -- I just
2  can't remember, but there may have been some
3  short-term study data which I -- and I know
4  there was genotox study data because I
5  actually looked at one or two of the genotox
6  studies.  But I just barely made it through
7  the 12 studies in my two days, so that was
8  the data I looked at.
9     Q.   I'm going to kind of work
10  backwards in handwritten notes for right now.
11  We'll probably spend some more time going
12  through some of these.
13     A.   Okay.
14     Q.   Let's do this.  Let's go to the
15  last page.
16         Do you see the last page?
17     A.   That's titled "Gene-tox in
18  vivo"?
19     Q.   Yes.
20     A.   Yes.
21     Q.   What is the page of notes
22  talking about?
23     A.   So in the last few minutes I
24  had available to me, I just pulled up one
25  or -- as I mentioned, one or two of the

Page 240

1  gene-tox reports.  I just wanted to take a
2  look at them.  There wasn't a major reason
3  for me going.
4         Just to document what I did, I
5  took notes on that and didn't draw any
6  conclusions from these notes.  I just looked
7  at the first -- maybe first two studies or
8  maybe just this one, I don't really remember,
9  and wrote down my notes and left.
10         But there were -- there was
11  significantly more gene-tox studies, but I
12  did not look at them.
13     Q.   Because you ran out of time?
14     A.   Correct.
15     Q.   If you were --
16     A.   I just wanted to look at an
17  example.
18     Q.   If you would have had more
19  time, you would have continued to look at the
20  gene-tox data?
21     A.   I don't know what I would have
22  looked at if I had more time.  I don't know
23  if I would have looked at gene-tox or maybe
24  some of the short-term studies.  I don't
25  know.

Page 241

1     Q.   Well, let me do it this way:
2  If you had had more time, you would have
3  looked at more -- it would have been nice and
4  you would have enjoyed reading more studies,
5  right?
6     A.   I don't think it was necessary,
7  but if I had more time, I would have looked
8  at more data.
9     Q.   Right.
10         Because you had enough data
11  already.  That's why it was not necessary.
12         Why was it not necessary?
13         You said, "I don't think it was
14  necessary, but if I had more time, I would
15  have looked at more data."
16         Why was it not necessary?
17     A.   Well, at the time of finishing
18  the report, I realized what data was
19  necessary for me to formulate my opinion.
20     Q.   Right.  And so that's what I
21  asked.
22         It was not necessary because
23  you already had enough data to render your
24  report and offer your opinion?
25     A.   At that point in time, I

Confidential - Pursuant to Protective Order

Page 242

1    wouldn't have rendered an opinion because my
2    data was incomplete.
3          Q.    Well, is this about processing,
4    or is this something different?  The data was
5    incomplete.
6          A.    My meeting room notes do not
7    include all the data I examined to render my
8    opinion.
9          Q.    Is this back to the Greim's
10   tables?
11         A.    Well, I was not able to review
12   all the information I wanted to review.
13         Q.    I mean, I don't mean this --
14   well, I don't know how it sounds.
15               I mean, it almost sounds like
16   you're telling me, although it was
17   interesting and nice to be able to review
18   these studies and you enjoyed it, that really
19   it didn't make any difference because you
20   didn't glean anything from your time in the
21   public reading room that you couldn't have
22   got from Greim.
23               MS. PIGMAN:  Objection.
24         Misstates his testimony.
25

Page 243

1    QUESTIONS BY MR. SOILEAU:
2          Q.    But is that true?  Is that a
3    true statement?
4          A.    I didn't know what the reports
5    would show until I looked at them.
6                And I find that the -- as a
7    pathologist, I find it useful to read other
8    pathologists' reports.  And I found it
9    supportive that they came to similar
10   conclusions as I, and I wanted -- it was also
11   helpful to see what -- were there areas of
12   interest or concern or question.  And this is
13   all in the pathology reports and also helped
14   me look at data, and they would help focus --
15   focus my examination of the individual
16   reports, which are very long.
17               However, at this time I know
18   that all the important data to me was in the
19   summary -- summary incidence tables for the
20   12 chronic studies.
21         Q.    Right.
22               So that's why the additional
23   data, the additional information, you
24   reviewed was interesting and helpful but not
25   necessary?

Page 244

1          A.    I don't believe it was
2    necessary.
3          Q.    Okay.  Go ahead and tell me, if
4    you don't mind -- I know the first line says
5    "gene-tox in vivo," and then there's some
6    referencing numbers on the next line of
7    handwritten notes.
8                Start on the third line of
9    handwritten notes, and just tell me what it
10   says there.
11         A.    You mean starting with "bone
12   marrow"?
13         Q.    Yes.
14         A.    So bone marrow, Sprague Dawley
15   rats.
16         Q.    I'm sorry, you're doing exactly
17   what I was -- hoped you would do, and that is
18   sort of translate your abbreviations.  And I
19   didn't tell you that at first, I apologize.
20               But I'm really looking for sort
21   of the gloss that you can offer from your
22   notes rather than me trying to translate
23   them, perhaps inaccurately.  So thanks.
24               I apologize again for
25   interrupting.  Go ahead.

Page 245

1          A.    So bone marrow in Sprague
2    Dawley rats.  So they removed bone marrow
3    cells from Sprague Dawley rats.  They had six
4    animals per group.
5                They administered compound IP,
6    which is intraperitoneally.  They gave 1 gram
7    per kilogram body weight, and they looked at
8    animals at 6, 12 and 24 hours after
9    intraperitoneal injection.  And their
10   positive control was cyclophosphamide.
11               Their conclusion was that after
12   looking at these cells at these different
13   time points, they did not see any
14   compound-mediated aberrations or clastic
15   effects in the cells.
16         Q.    Okay.  Did you make any
17   reference to this gene-tox notation in your
18   19-page report?
19         A.    No, it wasn't my intent.
20         Q.    Do you know if it's listed in
21   the materials considered list?
22         A.    I don't know.
23         Q.    Do you know who the author of
24   this report might have been?
25         A.    No.

Confidential - Pursuant to Protective Order

Page 246

1     Q.   Are they looking at a compound
2  here?
3     A.   I presume they're looking at
4  glyphosate, but I didn't write that down.
5     Q.   Is there any way to know at
6  this point?
7     A.   No, I did not write this
8  information down for a -- for future
9  deliberations.  That was not the intent.
10     Q.   What was the intent?
11     A.   Just to remind me what I did
12  during these two days.
13     Q.   When you were in the public
14  reading room, you knew you would be rendering
15  a written report, right?
16     A.   That's correct.
17     Q.   All right.  Does that first
18  line of numbers tell you anything, give you
19  any more detail or information about the
20  study or whatever we're looking at here?
21     A.   It is not helpful to me at this
22  time.
23     Q.   All right.  Turn back two more
24  pages.  And I apologize, I really meant to
25  number these and I just forgot.  I blame my

Page 247

1  paralegal, who is not here.
2          So I'm looking at a page, just
3  so that we're together, it says 55-120-1996.
4  It also says "one-year rat study."
5          Do you see that?
6     A.   I see that.
7     Q.   What's the rest of that top
8  line -- I want to you translate it for me --
9  above Zeneca Agrochemical.
10     A.   So Wistar derived means that
11  the rat strain is from a background of Wistar
12  rats, and then the other designation is a
13  very -- I don't even know what the letters
14  mean, but that gives the information
15  necessary for the very specific substrain of
16  Wistar rat.
17     Q.   Okay.  That's sort of their
18  serial number in a loose sense; that
19  identifies them?
20     A.   That's a genetic -- it's
21  genetic terminology.
22     Q.   Okay.  Okay.  Is this study
23  included in your report?
24     A.   No.
25     Q.   Okay.  Why?

Page 248

1     A.   It's not a two-year
2  carcinogenicity study.  Actually, I had
3  forgotten about -- I totally forgot about
4  this.
5     Q.   Okay.  Explain -- I know you
6  understand what you're saying, but -- and I
7  know what two-year means, but tell me why you
8  didn't include it.
9     A.   It's not a carcinogenicity
10  study.  So apparently I looked at a
11  subchronic study, because it's a one-year
12  study.  I wrote down the -- what company did
13  the study.  I wrote down the active agent
14  used.  I wrote down the doses used, how many
15  animals.  I wrote down some tumor incidence
16  data, what they considered was the no EL, no
17  observable effect level.  So that at 2,000
18  PPM they saw no effect of glyphosate.
19     Q.   Okay.
20     A.   They saw some toxic effects at
21  8,000 and 20,000.
22          They saw a minor change in the
23  parotid salivary gland, and then they saw a
24  few tumors in the study, and I wrote down
25  those incidences.

Page 249

1     Q.   What was the -- if you could
2  tell me, what was the goal or purpose of the
3  study, the Zeneca one-year rat study?
4     A.   It's a subchronic study to look
5  at the one-year toxicity of glyphosate acid.
6     Q.   And why did you say it's not a
7  carcinogenicity study?
8     A.   Because it's not a two-year
9  study.
10     Q.   And by definition, a one-year
11  study cannot be a carcinogenicity study?
12     A.   Well, one year would be a
13  subchronic study.  It would not be considered
14  a carcinogenicity bioassay.
15     Q.   Right.
16          Can you turn to the next page
17  for a moment?
18          At the top of the page I see
19  dose -- it looks like an arrow and then each
20  week.
21          Do you see that?
22     A.   Oh, the next page.
23     Q.   Yeah, I'm sorry, I'm not going
24  backwards right now.  Turn the other way.
25          It says dose -- yeah, we're

63 (Pages 246 to 249)

Confidential - Pursuant to Protective Order

Page 250

1    looking at the same one.
2        A.   Okay.
3        Q.   Is this related to the same
4    one-year Zeneca study, if you know?
5        A.   Yes, I -- I assume it's the
6    same study.
7        Q.   And what's being reported, or
8    what are you recording here?
9        A.   I state that the dose decreased
10   each week.  Okay?  And so MKD is milligrams
11   per kilogram per day.
12       Q.   So that's how much of the
13   compound or substance for how much of the
14   body -- per body weight?
15       A.   Yeah.
16           So what I notice on the first
17   page is that the compound at 8,000 and 20,000
18   parts per million, very high concentrations,
19   caused a reduction in body weight, most
20   likely due to a reduction in food
21   consumption.  That's more likely.  I don't
22   know that for a fact.  And that presumably a
23   reduction in food intake led to total dose
24   declining because they're eating less food.
25       Q.   Okay.  And these numbers on the

Page 251

1    next page show the declining dose?
2        A.   They show the -- they show the
3    calculated dose based on food consumption,
4    and that's an assumption on my part.
5        Q.   What's that last column with
6    the X above it?
7        A.   X with a bar over it means --
8    means mean --
9        Q.   Okay.
10       A.   -- or average.
11       Q.   All right.  We'll set those
12   aside for a moment.  We'll come back to them.
13           Are you aware of any discussion
14   of an issue with funding of studies?
15       A.   It's too broad to answer.
16       Q.   Okay.  What about discussion
17   within the scientific field of the impact of
18   funding on outcome?
19       A.   You mean if you have enough
20   money or not enough money?
21       Q.   No.  I mean if the source of
22   funding has any impact on the outcome.
23           Have you ever heard of that
24   topic being discussed in the scientific
25   community?

Page 252

1        A.   Well, funding can occur from
2    donors, from national government, from
3    federal agencies, can occur from private
4    sponsors.
5        Q.   Right.
6            Are you aware of anyone
7    examining whether government funding as
8    compared to private company, private sector
9    funding has any correlation with the outcome
10   of the studies?
11       A.   I think donations from
12   individuals or corporations or private sector
13   funding should be disclosed because of the --
14   there's a potential perceived conflict of
15   interest.
16       Q.   Right.
17       A.   And then readers should
18   evaluate the manuscript and make their own
19   interpretation of the data, recognizing that
20   private support of the research studies has a
21   perceived conflict of interest that must be
22   evaluated.
23       Q.   Did you take that into
24   consideration during your work on this
25   project?

Page 253

1        A.   That's a standard
2    consideration.  I always look at the source
3    of funding.
4        Q.   All right.  But my question
5    really goes to something different, Doctor,
6    and that is do you know if anyone or any
7    group has looked at outcomes as compared to
8    source of funding; that if it's private
9    sector, it's less likely to find an effect,
10   and if it's not private sector, it's more
11   likely, for example?
12       A.   I can't speak to specifics, but
13   I believe I have reviewed manuscripts,
14   published manuscripts, that indicate that
15   there are different outcomes based on
16   different funding sources.
17       Q.   So when you reviewed these
18   manuscripts, were you doing that as a --
19   someone selected for peer review or just an
20   audience member, so to speak?
21       A.   Yeah, I -- I don't know
22   exactly.
23       Q.   You don't have any recollection
24   whether you ever did a critique or review for
25   purposes of peer review of such a manuscript,

64 (Pages 250 to 253)

Confidential - Pursuant to Protective Order

Page 254

1    that is, a manuscript addressing this
2    question of funding and a correlation between
3    funding and outcome?
4         A.   I'm sorry, what is the
5    question?
6         Q.   I'm trying to just focus your
7    recollection on whether you were looking at
8    these manuscripts as a peer-review person
9    because --
10        A.   No.  No.  This would be as a
11   reader.
12        Q.   Just as a reader.
13             What did you take away from
14   this?  Is it an issue or not?
15        A.   Well, the results were not a
16   surprise to me, that I think -- you know,
17   there are -- when you are funded by a private
18   agency, you need to have a high level of
19   ethics in your research compliance.
20        Q.   Right.
21             But did the papers you've read,
22   did they suggest a correlation between
23   funding and outcome?
24        A.   I think the suggestion from the
25   papers was that privately funded research --

Page 255

1    this was a suggestion -- in some cases may
2    lead to an alteration in interpretation or
3    results.
4         Q.   More toward the null?
5         A.   Depending on the hypothesis.
6         Q.   Fair.
7              What is your personal reaction
8    to that suggestion in the manuscripts that
9    you read on this topic?
10        A.   I think -- so I think it's
11   natural for people to have to deal with
12   the -- with -- with bias based on the
13   funding -- source of funding; that if you're
14   funded by a private entity, you should make
15   sure you're not -- that you're interpreting
16   your data and you're doing your experiments
17   to the best of your ability.
18             Now, for example, in my
19   previous institution, Ohio State University,
20   if you received consulting money from an
21   institution, you're not supposed to receive
22   research money because, you know, you're
23   actually getting consulting money from the
24   institution.
25             So, I mean, it's all to address

Page 256

1    this either perceived or potential bias.  So,
2    you know, researchers like to be funded, and
3    I think there is this natural tendency to --
4    well, not from my laboratory, but, I mean,
5    some people might be swayed by rewards.
6              And, you know, there's the
7    whole field of scientific integrity.  So that
8    I think it's probably more likely to have
9    bias in privately funded research than
10   federally funded research.  However, there's
11   different kinds of bias that occur in
12   federally funded research because sometimes
13   people make up data, unfortunately, to show
14   impact so that they get high-impact papers
15   and they get grants from federal agencies.
16             So the bottom line is
17   ethically, when you conduct research,
18   regardless of the funding source, you need a
19   high level of ethical behavior.
20        Q.   Let me ask you about your --
21   the change in your job.
22             What were the circumstances
23   that led you to change jobs from the position
24   at OSU?
25        A.   I had a new opportunity to lead

Page 257

1    our department in a medical school, so -- and
2    that opportunity -- and that opportunity also
3    allowed me to work in an institution that my
4    wife is at, so it was very desirable.
5         Q.   Oh, okay.
6              What department are you heading
7    now?
8              I'm sorry, I knew that.  I
9    shouldn't even be asking you.
10        A.   The biomedical sciences.
11        Q.   Were there any differences
12   in -- with your current employer as compared
13   to The Ohio State University on your ability
14   to do consultation?
15             In other words, were you more
16   limited at Ohio State than you will be now to
17   do outside consultation?
18        A.   No, they're about the same.
19   They permit 20 percent of my time for
20   consultation.
21             MR. SOILEAU:  Okay.  All right.
22   We need to stop for the tape, so this
23   is probably a good point to take our
24   next break.
25             THE WITNESS:  Okay.

65 (Pages 254 to 257)

Confidential - Pursuant to Protective Order

Page 258

1    VIDEOGRAPHER:  The time is now
2  2:26.  We are going off the record.
3  This is the end of Disc Number 2.
4    (Off the record at 2:25 p.m.)
5    VIDEOGRAPHER:  The time now is
6  2:37.  We are back on the record.
7  This is the beginning of Disc
8  Number 3.
9  QUESTIONS BY MR. SOILEAU:
10    Q.    All right, Doctor, are you
11  ready to proceed?
12    A.    Yes.
13    Q.    You were able to locate the
14  pathology report?
15    A.    Correct.
16    Q.    Can I just take a look at it?
17  I just want to compare it to what we -- what
18  I think we have.
19    Okay.  Thank you.  I appreciate
20  you doing that.
21    How did you come to compile the
22  materials on the considered list?
23    Did you compile it or were they
24  provided to you?  Let's start with that.
25    A.    Some were provided to me to

Page 259

1  examine; some I compiled.
2    Q.    How many did you compile?
3    A.    I don't know.
4    Q.    How did you go about compiling
5  the ones that you compiled?
6    A.    From literature searches and my
7  current database of manuscripts.
8    Q.    Current database.
9    Tell me about that.  What are
10  you talking about?
11    A.    My -- I keep a digital library
12  of manuscripts that are important to me,
13  particularly in statistics.
14    Q.    And you've been doing that for
15  a long period of time?
16    A.    For my entire career.
17    Q.    Okay.
18    A.    But it was digital early in my
19  career.  It was paper early in my career; now
20  it's digital.
21    Q.    Was glyphosate ever one of the
22  topics that you would collect literature for?
23    A.    No.
24    Q.    All right.  Is it fair to say
25  that the vast majority of the items listed on

Page 260

1  Attachment B were provided to you?
2    A.    I'd say probably 75 percent, in
3  that range.  I'd have to go through the list
4  to give you a more accurate number.
5    Q.    You have a number of documents
6  that lead off with the notation "EPA."
7    Do you know that?
8    A.    Yes, I do.
9    Q.    I mean, I know you know what
10  the EPA is.  You realize that you have a
11  number of documents on that considered
12  materials list that are EPA documents?
13    A.    I have a number of EPA internal
14  memoranda.
15    Q.    Right.
16    Were all of those provided to
17  you?
18    A.    All of those were provided to
19  me.
20    Q.    You did not generate those
21  through any search that you conducted?
22    A.    That is correct.
23    Q.    And you can certainly look at
24  your list to check, but do you know if you've
25  ever seen an EPA memo dated March 4, 1985?

Page 261

1    A.    I did not memorize the dates.
2    Q.    Go ahead and look.
3    If you saw it, it should be on
4  that list, right?
5    A.    It should, yes.
6    Q.    Okay.
7    A.    What was the date, please?
8    Q.    March 4, 1985.
9    A.    Number 32, memoranda to Robert
10  Taylor, Fungicide Branch Registration
11  Division.  It has a date of March 4, 1985.
12    Q.    All right.  Now which one is
13  that?  32?
14    A.    Number 32, that's -- that's
15  Exhibit 17-2.
16    Q.    Right.
17    Wait.  I'm looking at -- okay.
18  Okay.  I'm looking at the -- yeah, Exhibit 2.
19  I understand that's the revised list.  The
20  numbering is a little different.
21    Do you know if you reviewed
22  this document?
23    A.    If it's on this list, I would
24  have reviewed it.
25    Q.    Okay.  I don't have a printed

66 (Pages 258 to 261)

Confidential - Pursuant to Protective Order

Page 262

1    copy, and I suppose we can get one if we need
2    to, but I think what I'd like to do is just
3    show you this.  And we'll put a copy of it on
4    the monitor in front of you.
5          And I'm not going to touch this
6    Apple device anymore.
7          MS. PIGMAN:  If we're only --
8    are we only going to be looking at
9    part of the document that fits on the
10   screen?  Then we would definitely want
11   a printed copy so that he could see
12   the entire document.
13         MR. SOILEAU:  All right.  Well,
14   do you want to pull a copy or do you
15   need us to e-mail it to you and it can
16   be printed?
17   I don't have a printed copy in
18   front of me, I'm sorry.
19         MS. PIGMAN:  If you'd like to
20   tell us what document numbers it is,
21   we can print it.
22         MR. SOILEAU:  Yeah, sure.  I
23   mean, I'm talking about the one that
24   he's referenced in what was 30 and I
25   think is now 32.

Page 263

1          You can tell them, Dave.
2          MR. WOOL:  Yes, that is the
3    1985 memo.
4          MS. PIGMAN:  What are the
5    MONGLY numbers, please?
6          MR. WOOL:  I have the original
7    EPA up here, so I'd have to --
8          MR. SOILEAU:  Can we just
9    e-mail that?
10         Let's go off the record a
11   second.  We'll get this done and save
12   some time.
13         VIDEOGRAPHER:  The time now is
14   2:43, and we're going off the record.
15   (Off the record at 2:43 p.m.)
16         VIDEOGRAPHER:  The time now is
17   2:49.  We are back on the record.
18   (Rosol Exhibit 17-8 marked for
19   identification.)
20   QUESTIONS BY MR. SOILEAU:
21   Q.    All right, Doctor, let me show
22   you a document from the EPA that I've marked
23   as 17-8.
24         And what I'd like for you to do
25   first is look at this and tell me if you

Page 264

1    believe this is, in fact, the document that
2    is identified, I think, as maybe Item 30 on
3    the original list and now 32 of the
4    supplemental list, if you're able to tell me.
5    A.    Yes, I believe it's Item 32 on
6    Exhibit 17-2.
7    Q.    Very good.
8          Do you recall as you look at it
9    now, and I know you've looked at it just
10   briefly, but does it -- well, is it familiar
11   to you from a prior review?
12   A.    It's not completely familiar to
13   me, but I remember reviewing this document.
14   Q.    Okay.  Now, you told me earlier
15   that you thought that in response to the
16   original study, what I've called the Monsanto
17   '83 study, that there was an individual or
18   perhaps some individuals at EPA who had a
19   concern about a carcinogenic effect, correct?
20         MS. PIGMAN:  Objection.
21   Misstates his testimony.
22   QUESTIONS BY MR. SOILEAU:
23   Q.    Do you remember what you told
24   me?
25   A.    I remember that there were

Page 265

1    internal documents that discussed the
2    carcinogenic potential of glyphosate.
3    Q.    And that there was a concern
4    that led to the additional pathology reviews
5    of that study?
6    A.    I can't really judge their
7    feelings.  I've read these memos.
8    Q.    Okay.  Well, I'm not asking you
9    to judge their feelings.  I was just trying
10   to reference your testimony from earlier
11   today.
12         Do you remember saying that
13   there was a concern on the part of one or
14   more people at EPA following the review of
15   the initial reporting of this study?
16   A.    Yes, I remember saying that.
17   Q.    Okay.  But I think you also
18   told me that you did not believe that EPA had
19   taken a position on glyphosate in response to
20   this '83 Monsanto study.
21         MS. PIGMAN:  Objection.
22   Misstates his testimony.
23         THE WITNESS:  My understanding
24   is that the EPA's final determination
25   of glyphosate was that it was

Confidential - Pursuant to Protective Order

Page 266

1    noncarcinogenic.
2    QUESTIONS BY MR. SOILEAU:
3        Q.    How does EPA speak to this
4    issue? Do they classify?
5        A.    They make classifications.
6        Q.    All right. Have you seen in
7    this document the classification assigned to
8    glyphosate?
9        A.    This particular document?
10       Q.    Yes.
11       Do you know if -- without
12   reviewing the document, do you know as we sit
13   here right now whether EPA initially assigned
14   a classification to glyphosate?
15       A.    I don't know if they initially
16   assigned. I know their final classification.
17       Q.    All right. Well, go ahead and
18   turn to Section E.
19       A.    Okay.
20       Q.    It says there at the
21   classification of glyphosate that in
22   accordance with EPA proposed guidelines the
23   panel has classified glyphosate as a
24   Category C oncogen, correct?
25       MS. PIGMAN: Objection. You

Page 267

1    didn't read the whole thing.
2        MR. SOILEAU: No, I didn't read
3    the citation, but I'm asking you if it
4    says that.
5    QUESTIONS BY MR. SOILEAU:
6        Q.    You want me to read it for you
7    again? Why don't you read it. Let's let you
8    read it.
9        A.    The classification?
10       Q.    Yes, the classification of
11   glyphosate.
12       What did EPA say in this
13   March 4, 1985 memo?
14       A.    Again, I don't believe this is
15   an EPA document. This is an internal
16   document. So this is a consideration of a
17   group of people and that they have made a
18   statement, but I don't look at this as an EPA
19   document.
20       Q.    I see.
21       So this document falls under
22   the umbrella or categorization that you
23   offered earlier of just a concern by some
24   individuals at EPA?
25       A.    These individuals have this

Page 268

1    opinion on this specific date. I agree with
2    that.
3        Q.    Okay. But this is not an
4    official position announced by EPA; is that
5    what you're telling me?
6        A.    That is my understanding.
7        Q.    Okay. Okay. It's just what
8    some individuals thought in March of 1985 and
9    put down in this memo?
10       A.    That is my understanding.
11       Q.    Okay. And you do not consider
12   this an official document?
13       A.    I don't consider this an EPA
14   position.
15       Q.    All right. Let me ask you
16   this: Did the individuals represented by
17   this March 4, 1985 memo take a position on
18   any carcinogenic effect of glyphosate?
19       A.    These individuals have an
20   opinion which is articulated in this memo on
21   this specific date, and I think these
22   individuals may have actually changed their
23   opinion in the future.
24       Q.    Was this opinion expressed in
25   this memo in conflict with what you have told

Page 269

1    us about the initial report on the data for
2    this 1983 Monsanto study?
3        MS. PIGMAN: Objection. Form
4    and vague.
5        THE WITNESS: I do not share
6    their opinion.
7    QUESTIONS BY MR. SOILEAU:
8        Q.    You would agree there's
9    disagreement between you and the opinions set
10   forth in the March 4, 1985 memo?
11       A.    In their opinion on this date.
12   I do believe their opinion also changed in
13   the future.
14       Q.    Okay. So you were aware of
15   this memo; you just don't place any weight in
16   it; is that fair?
17       A.    No. I mean, I can read their
18   memo and have read memos that came after
19   this, and I had my opinion. I don't discount
20   their opinion. I read it, but I don't have
21   that opinion.
22       Q.    And you don't share their
23   concern?
24       A.    I do not share their concern
25   that glyphosate is a carcinogen.

Confidential - Pursuant to Protective Order

Page 270

1    Q.   Right.
2         All right.  Let me go back to
3  the -- to the notes, if we could.  And again,
4  I apologize.  I'm going to work back from the
5  end, and there's a page that says "Expert
6  Statement" at the top.
7         Do you see that page?
8    A.   Yes.
9    Q.   Why do you have "Expert
10  Statement" written there?
11   A.   I don't know.  I wrote down
12  what I read.
13   Q.   You think you read the words
14  "expert statement" in the reading room, the
15  public reading room, in Brussels?
16   A.   I'm sorry, I don't remember.  I
17  interpret this to indicate that I read a
18  statement that I considered from an expert.
19   Q.   Okay.  Do you know which study
20  this is referencing?
21   A.   Not off the top of my head, no.
22   Q.   Let's see if we can figure out
23  which study.
24         It's going to be one of the 12
25  that's in your July 31 report, right?

Page 271

1    A.   I don't know if this is from
2  one of the studies or not.  I don't know if
3  this is historical data or study data.  I'm
4  not sure.  But it's mouse, so it would be --
5  if it was a study, it would be one of the
6  mouse studies.
7    Q.   Well, I don't know if this is
8  from one of the studies or not.  That's what
9  you just told me.  But, I mean, I thought all
10  of these notes were taken from what you were
11  reading on the monitor in the public reading
12  room.
13   A.   Correct.
14   Q.   So how could this data not be
15  from one of the studies you reviewed in the
16  public reading room?
17   A.   This has a unique document
18  number that I wrote down, so it might be an
19  additional document that was available to me.
20   Q.   How was this additional
21  document available to you?
22   A.   What do you mean?  It was on
23  the computer.
24   Q.   I mean -- okay.  Here's what I
25  know so far:  You had a limited amount of

Page 272

1  time in the public reading room.  You had a
2  table, long-term, a mouse, long-term rat, and
3  they were easy to identify and review.  You
4  had a few minutes left at the end of your
5  time, and you looked at one gene-tox study
6  that we talked about.
7    A.   Yeah, I don't -- I don't
8  remember every page of this document.  I
9  spent the last three months focused on the
10  carcinogenicity studies.  I --
11   Q.   I'm sorry, the last three
12  months.  What are you talking about now?
13   A.   Last three months of my life.
14  You know, I have restricted -- not
15  restricted, but I -- I just -- I haven't read
16  this document for quite a while.
17   Q.   Okay.
18   A.   I don't remember everything in
19  it.
20   Q.   All I'm asking, though, is
21  where this came from.  And I had an
22  understanding through our discussion today,
23  Doctor, that while in the public reading room
24  and during the hours that you spent there,
25  that you made notes from 12 rodent studies,

Page 273

1  seven mouse, five rat -- wait.  Is that
2  backwards?  No, that's right.
3         MR. HOLLINGSWORTH:  That's
4  backwards.
5  QUESTIONS BY MR. SOILEAU:
6    Q.   That's backwards.  You better
7  watch me.  Let's do it again.  Yeah.
8         You told me you were in the
9  public reading room looking at a monitor and
10  that you made notes from 12 studies you
11  reviewed, five mouse, seven rat, and that
12  near the end of your time you had a few
13  moments to make some notes on a gene-tox
14  report.
15         And I think we've also
16  discovered that there was one study that you
17  looked at, this one-year rat study identified
18  as a Zeneca study, that's not in your report,
19  and we've talked about that.  But now -- this
20  one-page note that's under "Expert
21  Statement," it seems like you're telling me
22  it might have come from some other source
23  than one of the mouse or rat studies that you
24  looked at.
25         MS. PIGMAN:  Objection.  Form

Confidential - Pursuant to Protective Order

Page 274

1     and misstates his testimony.
2     QUESTIONS BY MR. SOILEAU:
3         Q.   I just want to know where this
4     came from.
5             Can you tell me?
6         A.   It came from the data -- it
7     came from the list of documents that were
8     available to me in the reading room.  I
9     actually don't even remember it.  I haven't
10    looked at -- I haven't read my meeting notes
11    from that room cover to cover for quite a
12    while.  I do not have a complete recollection
13    of every single one of these pages.
14            In my report, I focused on the
15    12 carcinogenicity studies, and that's what I
16    was deliberating over in my expert opinion.
17            If this should have been
18    important, then I would have commented on it.
19        Q.   Is this page referenced
20    anywhere in your 19-page July 31 report, the
21    page that reads "Expert Statement" at the top
22    and at the bottom has this designation of ASB
23    2015-253-I?
24        A.   I do not know what those
25    numbers mean.

Page 275

1         Q.   Right.
2             But is this page that I've just
3     identified, is it referenced anywhere in your
4     19-page report of July 31?
5         A.   I'm not sure.  I haven't looked
6     at my meeting room notes for quite a while.
7         Q.   Okay.  I understand that.
8             But I'm simply asking you if
9     the information on this page that I've
10    identified came from your review of one of
11    those 12 rodent studies in the public reading
12    room.
13            MS. PIGMAN:  Objection.  Asked
14    and answered.
15            MR. SOILEAU:  Well, I missed
16    the answer if there was one.
17            THE WITNESS:  I don't know, but
18    I don't think so, because it has a
19    unique document identifier.
20    QUESTIONS BY MR. SOILEAU:
21        Q.   Okay.  And what is it unique, or
22    what is it about this document identifier
23    that makes you think it did not come from one
24    of those 12 rodent studies you looked at in
25    the public reading room?

Page 276

1         A.   Because of the number I have on
2     the upper left.  The number I have on -- do
3     you see under "Expert Statement"?
4         Q.   I do.
5         A.   That's where I put the number I
6     would have seen on the screen.
7         Q.   Well, I mean, there is a number
8     up there, 71_119_2010, which seems to be the
9     same format as the numbers you have in the
10    left margin for the other studies.
11        A.   Yeah, those are document
12    identification numbers.  I believe that's how
13    they're being used.
14        Q.   Okay.  And I'm sorry, I must
15    just be missing it.
16            But I don't know how the
17    numbering information on this page tells you
18    it came from someplace other than one of the
19    rodent studies.
20        A.   I told you, I do not know for
21    sure, but my process in the reading room was
22    when I opened a document, I would have put
23    the document identification number in the
24    upper left.
25            Now, what I -- what I don't

Page 277

1     know is if that documentation number is one
2     of the numbers of one of the studies.  It
3     doesn't seem to be.
4         Q.   Okay.
5         A.   It seems to be -- so my -- so
6     my last long-term study that I believe I
7     looked at -- again, I'm just going by the
8     pages -- is the Sprague Dawley study.  So I
9     did the mice, then I did the rat -- that
10    would have been five and then seven --
11    studies.  Okay?
12            Now, we're looking at the last
13    few pages of my notes, and I noticed that
14    there's a document number.  So if I can -- if
15    I'm correct, and I don't know if I am, I
16    opened up a document that represents an
17    expert statement on the incidence of lymphoma
18    in mice, and I took some notes.
19            Then I wrote down some numbers
20    that I thought might have -- on the following
21    page I thought might have some relevance.  I
22    didn't know their relevance.  I don't know
23    their relevance today.  I just thought for
24    documentation purposes they might be
25    important.

Confidential - Pursuant to Protective Order

Page 278

1        These are, I think, study
2   identification numbers, and you'll notice
3   there's five mouse and seven rat.  I think
4   those identify the studies I reviewed.  So I
5   wrote down those numbers.
6        I have one page on an expert
7   statement that I took some notes on.  I took
8   a few notes on a one-year rat study, and I
9   took notes on one gene-tox study.
10       Q.   Okay.  Just for my record, when
11  you said you listed the identifiers of the
12  five mouse and seven rat, that's on a
13  separate page that shows long-term mouse
14  studies, five, long-term rat studies, seven,
15  a page separate from the "Expert Statement"
16  page?
17       A.   Yes.
18       Q.   And you think that that is a
19  summary sheet that you prepared that listed
20  all of the studies you looked at?
21       A.   I think this is information
22  that was presented on the screen, and just to
23  be accurate on what studies I looked at and
24  their dates, I wrote down these numbers.
25       Q.   Right.

Page 279

1        That's what I was going to ask
2   you.  This might be what you saw on the
3   screen?
4        A.   Correct.
5        Q.   Do you know what that -- looks
6   like K Roman numeral II A, refers to?
7        A.   It's -- that's K IIA.
8        Q.   Yes.
9        A.   552.  Or 5.52.
10       Q.   Well, there's a 5.52 and a 5.53
11  for mouse.
12       A.   Oh, you're at the mouse?
13       Q.   Well, it doesn't matter.  I
14  just want to know what those identifiers --
15       A.   I have no idea, actually.  I
16  just thought they might be important in the
17  future --
18       Q.   Okay.
19       A.   -- so I wrote them down.  These
20  numbers have no meaning to me at this point
21  and were not used in my deliberation.
22       Q.   Okay.
23       A.   I just wanted to -- you know,
24  if someone said, "Well, what study was that,
25  what tox number was that or what ASB

Page 280

1   number" -- I don't even know what ASB numbers
2   are.  I thought they might have relevance
3   after I left the room.
4        Q.   Okay.  Let's go back to the
5   page that says "Expert Statement."
6        A.   Okay.
7        Q.   71_119_2010.
8        Did you make any use of any
9   information on that page at any point in this
10  project for any reason?
11       A.   I think this information was
12  available to me in a different form.
13       Q.   Where?
14       A.   I'd have to look through all my
15  notes.  I don't know.
16       This represents background or
17  historical incidence data.
18       Q.   I see that.
19       Well, let's go back to my
20  question.
21       Did you make any use of this
22  information, whether it was off of this page
23  or from other source -- some other source,
24  during your work in this project?
25       A.   I used historical data to --

Page 281

1   for my evaluation.
2        Q.   Right.
3        In your 19-page report of
4   July 31, there's a good bit of discussion of
5   historical data, correct?
6        A.   I've used historical data to
7   formulate my -- as one of the things I
8   deliberated on for my expert opinion.
9        Q.   Right.  Right.
10       In fact, it's one of the eight
11  points on pages 6 and 7?
12       A.   Yes.
13       Q.   So my question is:  Did you use
14  this data in the preparation of your July 31
15  report, that is, the data shown on the expert
16  statement page that I've identified and that
17  is in front of you right now?
18       A.   So I did not use the data
19  that's on the page of my meeting room notes;
20  however, I think this exact same data was
21  available to me in an additional document I
22  reviewed because the numbers look familiar to
23  me.
24       Q.   Right.
25       So did you use it?

Golkow Litigation Services - 1.877.370.DEPS

Confidential - Pursuant to Protective Order

Page 282

1      A.    I used all the historical data
2   that was available to me, but this data was
3   available to me in a different form.
4      Q.    Regardless of the form, did you
5   use this data that is included on this page
6   in the preparation of your expert report of
7   July 31?
8        MS. PIGMAN: Objection. Asked
9   and answered.
10        MR. SOILEAU: Huh-uh. Nope.
11        THE WITNESS: I did not read
12   this page. I did not use the data on
13   this -- so it's -- I'm trying to be
14   accurate.
15        This -- my meeting room
16   notes --
17   QUESTIONS BY MR. SOILEAU:
18      Q.    Yes, sir.
19      A.    -- this page of my meeting room
20   notes was not used in my deliberation; yet I
21   think there's a good chance the actual data
22   on this page was used in my deliberation
23   because I had it on a different document.
24      Q.    Well, I'm going to ask you
25   about that.

Page 283

1        But the data is the data,
2   regardless of -- it's your testimony that
3   this data shown on the expert statement
4   appeared on the screen in the public reading
5   room in Brussels?
6      A.    Everything in my meeting room
7   notes appeared on the computer screen.
8      Q.    Okay. Good.
9      A.    Or was my interpretation of it.
10      Q.    All right. Fair.
11        So we know that this data was
12   on the screen while you were in the public
13   reading room because it's in these notes?
14      A.    Yes, that is my opinion, my
15   belief.
16      Q.    Okay. And these percentages
17   and historical data, that wouldn't have been
18   your interpretation of what you were looking
19   at, would it?
20      A.    This page does not include an
21   interpretation.
22      Q.    Agree. Understood.
23        So you copied this from the
24   screen?
25      A.    That is correct.

Page 284

1      Q.    All right. So it was on the
2   screen and it's on this page, and I
3   acknowledge you're telling me that you may
4   have found it in some other source. But what
5   I am asking you is did you use E equals MC
6   squared in preparing your report?
7        Did you use this data,
8   regardless of whether you had a photographic
9   memory of it from the screen, wrote it on
10   this page and copied it from there or copied
11   it somewhere else or found it somewhere else?
12   I'm just asking about the numbers, the data,
13   the literal data.
14        Did you use this literal data,
15   this information, in formulating your report
16   of July 31, 2017?
17        MS. PIGMAN: Objection. Form.
18   Asked and answered.
19        THE WITNESS: And the -- my
20   only answer could be I don't know.
21   QUESTIONS BY MR. SOILEAU:
22      Q.    Okay. Where did you get the
23   historical data from that is used in your
24   July 31 -- and referenced in your July 31
25   report?

Page 285

1      A.    From publications of historical
2   data.
3      Q.    What publications of historical
4   data?
5      A.    It might have started with R.
6   Yes, Giknis manuscripts.
7      Q.    What number are you looking at?
8      A.    I'm looking at 43, 44 and 45.
9      Q.    Is that referenced anywhere in
10   your 19-page report?
11      A.    I didn't use citations for most
12   of the information in my report. This is the
13   reference list for my report.
14      Q.    All right. I see -- how did
15   you pronounce it?
16      A.    I think it's Giknis? Giknis?
17      Q.    All right. I see for that
18   name, G-i-k-n-i-s, I see one, two, three
19   entries. And I'm sorry, I know you told me
20   the -- I tell you what, they each have -- on
21   my list I have three entries.
22        Is that what you have?
23      A.    I have three entries: 43, 44
24   and 45.
25      Q.    And they are dated 2000, 2005

Confidential - Pursuant to Protective Order

Page 286

1    and 2011?
2         A.    Yes.
3         Q.    And so did you use all of these
4    for historical data?
5         A.    I reviewed all three of these
6    documents.  That's why they're listed.
7         Q.    Well, did you use any data from
8    these three papers for historical data that
9    formed part of your analysis and ultimately
10   your July 31 report?
11        MS. PIGMAN:  Objection.  Asked
12   and answered.
13        THE WITNESS:  I used all the
14        historical data that's listed in
15        this -- in this reference list to
16        formulate my opinion.
17        How I used it, how I emphasized
18        it, I can't really state at this
19        point.
20   QUESTIONS BY MR. SOILEAU:
21        Q.    Do you know if -- are you
22   telling me that the data on the expert
23   statement page of the handwritten notes
24   correlates to one of these three studies
25   you've identified?

Page 287

1         A.    It might, but I do not know.
2         Q.    Okay.  Do you agree that
3    concurrent control group is always the most
4    important consideration when we're testing
5    for increased tumor rates as compared to
6    historical control data?
7         A.    It's important.  I don't think
8    it's necessarily the most important, but it's
9    very important.
10        Q.    You would not agree that
11   concurrent control data is the most important
12   consideration in testing for increased tumor
13   rates?
14        A.    I -- you know, I use historical
15   control data, concurrent, nonconcurrent.  I
16   use it to weigh my opinion, and it's very
17   important.  I think it's an important number
18   in the deliberation.
19        Q.    Okay.  But let me give you the
20   statement again and see if you can agree or
21   disagree.
22        In any discussion about
23   historical control data, concurrent control
24   data is always the most important
25   consideration in the testing for increased

Page 288

1    tumor rates?
2         MS. PIGMAN:  Objection.
3         If this is from a document you
4         can show to him, he might be better
5         able to answer that question.
6    QUESTIONS BY MR. SOILEAU:
7         Q.    You agree or disagree with that
8    statement or can't say?
9         A.    I would agree with the
10   statement without the term "most."
11        Q.    Okay.  You think that they can
12   be -- the importance varies from study to
13   study?
14        A.    Yes.
15        Q.    Okay.  All right.  But the
16   "most" is in there.  So if the "most" is in
17   there, you don't agree with it?
18        A.    I don't agree with the term
19   "most."  It really has to be taken in
20   context.
21        Q.    All right.  For historical
22   control data, is it important that the data
23   chosen is from studies that are comparable
24   with the study being investigated?
25        A.    It's important -- I mean, so in

Page 289

1    terms of relevance, they should be the same
2    strain of animal, even in the same laboratory
3    if you have that data.  It should be within
4    approximately five years.  And so as it gets
5    farther from that, then the data is less
6    strong or -- in an ideal situation you
7    would -- but in all situations you don't have
8    that.
9         And then when you're looking at
10   rare tumors, though --
11        Q.    Yes.
12        A.    -- rare tumors are different.
13   For example, lymphoma data in mice, which can
14   be extremely variable, I like to have recent
15   controls, if possible.
16        Rare tumors occur so
17   sporadically that actually more distant
18   historical data is still of value.
19        So again, everything is taken
20   in context to the species, the strain, the
21   individual tumor type.  And so you have to be
22   careful on these statements when you're
23   talking in generalities because each -- each
24   tumor type has to be taken into
25   consideration.

73 (Pages 286 to 289)

Confidential - Pursuant to Protective Order

Page 290

1      Q.   Are you familiar with the
2   methodology employed by IARC and its working
3   groups?
4      A.   In general terms.
5      Q.   Okay.  Are you adequately
6   familiar to tell me whether you think that
7   the methodology that is described by IARC and
8   its working groups is an appropriate,
9   generally accepted methodology?
10     A.   My understanding of their
11  approach is -- is they review peer-reviewed,
12  published data and documents, and they
13  deliberate over these for a specific period
14  of time, and they render an opinion.
15     Q.   Okay.  I'm not sure if that
16  answers my question or how it does.
17          Are you familiar with the
18  methodology that IARC and its working groups
19  employ, to the point that you can tell me if
20  you think it's generally accepted and an
21  appropriate -- and an appropriate
22  methodology?
23     A.   Based on my current
24  understanding, I think it's a relatively
25  limited review.

Page 291

1      Q.   So agree or disagree with the
2   methodology that they use?
3      A.   I don't know if I agree or
4   disagree.  I don't think their review is as
5   thorough as I would like to see it for me to
6   have that data -- for that conclusion be
7   important to me.
8      Q.   So you think that the review
9   conducted by the IARC working groups is not
10  adequately thorough -- well, is that your
11  view?
12     A.   From what I know of the
13  process, it doesn't seem to be a robust,
14  thorough process.
15     Q.   Do you have an opinion that
16  their methodology is not generally accepted?
17     A.   I haven't really reviewed
18  others' opinions.  I only have my opinion.
19     Q.   Okay.  Do you think others
20  share the opinion you have of IARC's
21  approach?
22     A.   I really don't know.
23     Q.   Okay.  The evaluation of
24  historical control data is not a statistical
25  comparison; is that correct?

Page 292

1      A.   The statistic --
2      Q.   Let me say it again for you.
3          It's an agree or disagree sort
4   of moment.
5          The evaluation of historical
6   control data is not a statistical comparison;
7   is that a fair statement?
8      A.   I can't answer without some
9   permission to be more specific.
10     Q.   Sure.
11          Take a look at page 5 of your
12  report.  It's funny how the one page you need
13  hides from you, isn't it?
14     A.   I'll get there.
15     Q.   There aren't that many.
16     A.   Let's see.  I got 6.
17     Q.   All right.  Take a look at
18  page 5 in the first full paragraph.  You're
19  going to need to go a little more than
20  halfway through the paragraph.
21          See if you find a sentence that
22  reads, quote, "The evaluation of historical
23  control data is not a historical comparison,"
24  period, close quotes.
25     A.   Yeah.  So the way I use

Page 293

1   historical data is not a statistical
2   comparison.
3      Q.   Okay.  So do you agree now with
4   that statement?
5      A.   In context of this
6   deliberation, yes.
7      Q.   The deliberation, the analysis
8   of this data and the discussion we're having
9   in the context of these proceedings?
10     A.   Well, this is in the context of
11  my report.  I wouldn't -- I wouldn't make
12  that generalization as an opinion of how all
13  people use historical data.
14     Q.   Does this mean that the
15  evaluation of historical control data is
16  something that smart fellows and ladies can
17  disagree on?
18     A.   I don't know what you mean.
19     Q.   Well, does this sentence tell
20  us, in part, that well-trained and
21  knowledgeable pathologists, for example,
22  could look at historical control data in good
23  faith and come to different conclusions?
24     A.   You use historical control data
25  as one aspect of determining if there is a

74 (Pages 290 to 293)

Confidential - Pursuant to Protective Order

Page 294

1    compound-mediated effect.
2        Q.    Right.
3            And so I'm asking if, in using
4    the historical control data and reaching that
5    determination, could well-trained and
6    qualified pathologists come to different
7    conclusions from the same data?
8        A.    I think each individual is free
9    to interpret the historical control data to
10   the best of their ability.
11       Q.    And that's -- and I understand
12   that.  But, I mean, can reasonable minds
13   disagree when you get into the use and
14   application of historical control data?
15       A.    This historical control data is
16   factual.  It's a range of numbers.  There's
17   no disagreement over those numbers.  You use
18   those numbers to create an opinion.
19       Q.    Well, now that sounds like a
20   statistical comparison, what you just
21   described.  It's factual, a range of numbers.
22   There's no disagreement over the numbers.
23   You use the numbers to create an opinion.
24   That sounds statistical to me.
25            It's not?

Page 295

1        A.    No.  Statistical is a process
2    of testing a hypothesis.  We're not testing a
3    hypothesis here.  Statistics is a mechanism
4    to analyze data.
5        Q.    Are you telling me that the
6    evaluation of historical control data is
7    easier than a statistical comparison?
8        A.    It's different.
9        Q.    And in your view there's no
10   room for disagreement?
11       A.    Not for the actual numbers.
12   How you interpret the numbers in a -- in a --
13   in an opinion that's generated based on many
14   inputs, like those eight characteristics,
15   like statistics -- you know, it's one of the
16   eight criteria I used in addition to
17   statistics.  There could be disagreement in
18   the final opinion, but --
19       Q.    Okay.
20       A.    -- historical control numbers
21   are what they are.
22       Q.    All right.  Well, I understand
23   and agree math is math, but what we really
24   want know is what the math tells us, right?
25   What's the significance?

Page 296

1        A.    What's the significance?
2            It gives -- it tells you what
3    incidences have occurred under various
4    conditions in the past.
5        Q.    Right.
6            The historical data gives you a
7    number?
8        A.    For a laboratory, for a strain,
9    for a time period, yes.
10       Q.    And what data we use and how we
11   apply it, that is the thing, the sort of
12   thing, that reasonable minds can disagree
13   about, isn't it?
14       A.    But it's -- but it's used to
15   create an opinion.
16       Q.    Right.
17       A.    But not alone.  You don't
18   create an opinion based just on historical
19   data.
20       Q.    I understand that.
21       A.    So opinions can vary between
22   individuals.
23       Q.    Right.
24            So two people well-trained,
25   well-qualified, using good methodology, could

Page 297

1    look at historical data, apply it, take the
2    math, the numbers, apply it, and reach
3    different conclusions?
4        A.    Again, conclusions aren't
5    reached based just on historical data.
6        Q.    Right.
7            You have to apply that which is
8    the opinion process, right?
9            MS. PIGMAN:  Objection.  Form.
10   QUESTIONS BY MR. SOILEAU:
11       Q.    You don't create an opinion
12   just on historical data, right?
13       A.    Based -- yes, that is correct.
14       Q.    If we could do that, a computer
15   could do it for us.
16       A.    Is that a question?
17       Q.    Yes.
18       A.    I suppose an algorithm could be
19   developed, I suppose.
20       Q.    Okay.  Well, let's not debate
21   that.
22            But we don't use an algorithm;
23   we use human mind.
24       A.    To evaluate multiple types of
25   information to create an opinion on whether

75 (Pages 294 to 297)

Confidential - Pursuant to Protective Order

Page 298

1    something is chemically or compound-mediated,
2    correct.
3        Q.    Right.
4            And I was simply asking you if,
5    in the process of applying or creating the
6    opinion, in the process of creating the
7    opinion, reasonable, well-qualified,
8    well-trained minds could, in good faith,
9    reach a different conclusion?
10       A.    Based on all the data?
11       Q.    Yes.
12       A.    That's -- I agree with that.
13       Q.    Okay. Good. I'm not sure why
14   we got hung up. It might have been me.
15           The fact that those two people
16   got different answers doesn't mean one of
17   them doesn't know what they're doing or that
18   one of them used --
19       A.    I can't judge other people's
20   thoughts or qualifications.
21       Q.    I understand that. Don't worry
22   about that.
23           How do we know what historical
24   data you used in your report? How am I to
25   know?

Page 299

1        A.    I'm sorry, what was the second
2    part?
3        Q.    How am I to know what
4    historical data you used in formulating the
5    opinions that are in your report?
6            I know you talk a good bit
7    about historical data, but what historical
8    data did you use?
9            How do I evaluate the factors
10   and the circumstances of the data you used?
11       A.    I -- all the data I used was
12   listed in my materials list.
13       Q.    Well, I mean, that's not very
14   specific.
15           Can we agree that's not very
16   specific? It just tells me it's in there
17   somewhere.
18       MS. PIGMAN: Objection. Form.
19   QUESTIONS BY MR. SOILEAU:
20       Q.    Let's see if we can agree on
21   this.
22           I can't look in the 19-page
23   report and determine which historical data
24   you used; is that fair?
25       A.    So -- so in my report, when I

Page 300

1    made a conclusion about a specific study, I
2    tried to indicate which of some -- which
3    of -- which of all the factors I looked at
4    were particularly helpful to me. And so if
5    there's a study where I specifically call out
6    historical data, then that indicates
7    historical data was relatively important in
8    that deliberation.
9        Q.    But how do I know -- let's look
10   at a specific example. Let's go to page 15
11   of your report.
12           All right. Last paragraph
13   before you begin the discussion of the
14   Sugimoto study.
15       A.    Okay.
16       Q.    You see about the third
17   sentence says, "Further, the incidences are
18   within historical controls." And it goes on
19   to say there was no effect in the females.
20           Do you see that?
21       A.    I'm sorry, I'm not with you
22   yet.
23       Q.    That's okay.
24       A.    Second paragraph?
25       Q.    It's -- yeah, it's the first

Page 301

1    full paragraph. The paragraph right before
2    you begin the discussion of Sugimoto.
3            It begins "plaintiffs'
4    experts."
5        A.    Oh, okay.
6        Q.    Look at the third sentence.
7        A.    Okay. Yes, I see it.
8        Q.    What historical controls are
9    you using there?
10           What historical controls are
11   you referring to?
12           Where do I look at that raw
13   data?
14       A.    Okay. So -- so particularly
15   for those knowledgeable in the field, those
16   are very low numbers for lymphoma in mice.
17   So most pathologists would recognize that
18   those are low numbers.
19           And then specifically
20   historical control data to help with that
21   conclusion can be found in the three
22   references we spoke of earlier. I believe
23   it's 42 or 43, 44, 45.
24       Q.    So I need to look in one of
25   these three studies or all three or some

Confidential - Pursuant to Protective Order

Page 302

1  combination of them and somewhere in there is
2  the historical data you refer to here?
3       A.   I'm not specifically referring
4  to that here.  I did not reference that.
5  That is a source of historical data, as are
6  textbooks and other manuscripts I read.
7            This -- this statement is --
8  for -- most pathologists would not need
9  support because those numbers are so low.  We
10 know that lymphoma -- I mean, most -- most
11 veterinary pathologists know, that do this
12 kind of work know, that the incidences of
13 lymphoma in male and female mice are much
14 higher than that, can be much higher than
15 that.
16      Q.    Okay.  What are the historical
17 rates?
18      A.   I'm sorry?
19      Q.    What would be the historical
20 rates that apply here for this study?
21      A.    Well, in general terms --
22 again, that varies by study.  In general
23 terms, in male mice, the rates can be
24 20 percent or more.  In female mice, up to
25 50 percent.

Page 303

1       Q.    And that's just general
2  knowledge that you possess as a veterinary
3  pathologist?
4       A.    Most veterinary toxicologic
5  pathologists would know that.
6       Q.    Just general knowledge.  I
7  think you said would not require a cite.
8       A.    I said I did not cite it.  I
9  mean, I don't know exactly what I said.  You
10 can tell me exactly what I said.
11      Q.    Well, the record will show what
12 you said.
13            I guess the point is, you're
14 not really referring to any specific set of
15 data here on page 15; you're just talking
16 about your general knowledge of incidence
17 rates with this type of -- well, this
18 lymphoma in these mice?
19      A.   It's both.  It's both.  If this
20 was what I would consider controversial or
21 strained outside of the ordinary, then I
22 would have substantiated it more.
23            This, in my opinion, doesn't
24 need substantiation because any control --
25 any historical data you would show, you could

Page 304

1  pick any source you want and my statement
2  would be correct.
3       Q.    So it doesn't matter which
4  source we look at?
5       A.    If it was -- if it was a good
6  source for robust, historical data.
7            I mean, I suppose you could
8  find one study that would be lower, but that
9  wouldn't be a robust source of historical
10 data.
11      Q.    Well, why did you go to the
12 trouble in your handwritten notes of writing
13 down this historical data for incidence of
14 lymphoma for Charles River CD-1 mice?
15      A.   I don't know.
16      Q.    Well, do you understand why I
17 ask?
18      A.    No.
19      Q.    No?
20            Okay.  So you're telling me
21 that for this Wood study, CD-1 mice, that the
22 historical controls, the historical data for
23 incidence rate for lymphoma is so well-known
24 that it doesn't require citation; that
25 competent, knowledgeable, veterinary

Page 305

1  toxicological pathologists should know that
2  the historical rates are much higher than
3  what's shown in this.
4            Have I got it so far?
5            You need me to say it again?
6       A.    This information was available
7  to me, so I thought it might be relevant to
8  the case so I wrote it down.
9       Q.    But -- I understand that.
10           But I am correct that you are
11 telling me that on page 15 of your report you
12 did not find it necessary to reference the
13 source of the historical controls for these
14 CD-1 mice and lymphomas because the lymphoma
15 incidence is so well-known among veterinary
16 pathologists who have expertise in
17 toxicology.
18           Do I have that right?
19      A.   I'm really not sure what you're
20 asking me.
21      Q.    I want to understand -- okay.
22 Well, let's back up, because that's fair.
23 You don't understand.  I want to make it
24 clear.
25           You did not cite any source for

Confidential - Pursuant to Protective Order

Page 306

1  historical data referenced on page 15 in the
2  final paragraph of your discussion of the
3  Wood 2009 mouse study, correct?
4      A.   Incorrect.
5          I did not make citations in the
6  text.
7      Q.   Okay.
8      A.   My materials list multiple
9  sources of historical data that I used in my
10 deliberations.
11     Q.   Right.  I apologize.  I suppose
12 I was not technical enough.
13         In your 19-page report, and
14 specifically on page 15 of that report, in
15 discussing the Wood 2009 study, and
16 specifically historical data for the CD-1
17 mice, you offer no reference or citation to
18 historical controls, correct?
19         MS. PIGMAN:  Objection.  Asked
20 and answered.
21 QUESTIONS BY MR. SOILEAU:
22     Q.   Is that correct?
23     A.   No, that's not correct.  My
24 citations are in my reference list.
25     Q.   Yes, sir.  Well, I'm simply

Page 307

1  asking you if -- on page 15 when you're
2  discussing historical controls, if there is
3  any citation or reference on page 15 in that
4  paragraph discussing historical controls in
5  the context of the Wood 2009 study.
6          MS. PIGMAN:  Objection.  Asked
7  and answered.
8          MR. SOILEAU:  No, it's not.
9          THE WITNESS:  In my -- in my
10 writing of this document, I feel I
11 appropriately reference the data I use
12 to make my conclusions.
13 QUESTIONS BY MR. SOILEAU:
14     Q.   Yes, sir.  It's really a rather
15 simple question.
16         Can we agree that there is no
17 citation in the paragraph we're looking at on
18 page 15 of your July 31 report?
19     A.   No, I believe that
20 misrepresents my report.
21     Q.   Okay.  Is it true that this
22 reference on page 15 of your report does not
23 refer to one -- necessarily refer to one set
24 of historical control data but instead refers
25 to your general knowledge of expected

Page 308

1  incidence of lymphoma in these mice?
2      A.   It refers to both my general
3  knowledge and the information in the
4  documents of my material list.
5      Q.   Is it true that you didn't feel
6  it was necessary to include any more specific
7  reference within the text on this page for
8  the reasons you already described?
9      A.   That is -- that is my opinion.
10     Q.   Yet you found it necessary to
11 use some of your time to write down this
12 expert statement while you were in the public
13 reading room recording the incidence of
14 lymphoma for CD-1 mice, right?
15     A.   I wrote down information that
16 was available to me.
17     Q.   Right.
18         But there was more information,
19 way more information, available in that
20 public reading room than you could ever hope
21 to write down, correct?
22     A.   I could not write down all the
23 information in the reading room.
24     Q.   Right.
25         And I think you told me earlier

Page 309

1  you looked for the most important data,
2  things like incidence and pathology, the
3  stuff most important to you?
4          Go ahead, I'm sorry.
5      A.   I looked through the 12
6  carcinogenicity studies first.
7      Q.   Right.
8      A.   And then you'll notice this is
9  near the end of my time period.
10     Q.   Right.
11     A.   And I selectively looked at
12 other data.
13     Q.   Okay.  And in selectively
14 looking at other data -- and we're not sure
15 what that data was.  But in selectively
16 looking at other data, you recorded the
17 incidence of lymphoma for these CD-1 mice,
18 correct?
19         MS. PIGMAN:  Objection.  Form.
20         THE WITNESS:  This is what I
21 wrote down from the reading room, yes.
22 QUESTIONS BY MR. SOILEAU:
23     Q.   Okay.  What is the historical
24 data that you recorded for the CD-1 mice on
25 this page of handwritten notes?

Confidential - Pursuant to Protective Order

Page 310

1          What's the range?  You've
2  talked about a range.
3          I want to make sure I
4  understand your notes, and I know you
5  understand them better than me.
6      A.   So, first of all, this is not
7  complete.  Obviously I couldn't write down
8  everything.  But there is a section that says
9  "historical data."
10     Q.   Okay.
11     A.   Okay?  And I see that this
12 represents some information from a study and
13 some background information, but there is a
14 section that says "historical data" that says
15 the minimum percent, maximum percent, but I
16 don't have the specifics.
17         So as I mentioned, I wrote this
18 down at the time I was in the reading room,
19 but then I actually never went back to this
20 to use this in my deliberation.  I went to
21 specific references that are more robust in
22 terms of historical data to make my
23 interpretations.  This page was not important
24 to me in my expert opinion.
25     Q.   Okay.  There are a number of

Page 311

1  references in your 19-page report to
2  historical controls.
3          Are there any other sources
4  that I need to look to, other than the three
5  that you pointed out to me before, which were
6  like, you know, 42, 43, or 40, 41, 42,
7  depending on which list we look at, from the
8  same author?
9          I mean, I hate to go through it
10 every time.  I'm looking at your report, and
11 I'm hitting historical control data over and
12 over.
13     A.   I don't know.  I'd have to...
14         So I'm just going through the
15 list.  So the manuscript, "Spontaneous
16 neoplasms in CD-1 mice," number 8, could be
17 used -- probably could be -- I'm suggesting
18 what might be sources of historical data.
19     Q.   Okay.
20     A.   I don't know off the top of my
21 head.
22         So would number 9, might have
23 some useful historical data.
24     Q.   Just for my record, you're
25 looking at 17-2?

Page 312

1      A.   17-2.
2      Q.   Okay.  Because the numbering is
3  a little different.  That's fine.  Thank you,
4  Doctor.
5          Go ahead, tell me if there are
6  any others.
7      A.   15 would have information about
8  pulmonary lesions.
9      Q.   Okay.
10     A.   Then there's a long list of EPA
11 documents.  We can skip those.
12         MS. PIGMAN:  Excuse me, I want
13 the record to be clear.
14         Do you know those don't have
15 historical control or --
16         THE WITNESS:  No, I was
17 actually just thinking that some of
18 those documents might actually discuss
19 historical controls.  That might be
20 useful sources of historical control
21 data, but I don't know which ones off
22 the top of my head.
23         MS. PIGMAN:  Well, I'm going to
24 object to this line of questioning if
25 he can't tell from just these titles,

Page 313

1  and we need to go back and look at his
2  notes which documents on this list
3  contain and don't contain it.  Then --
4  he would have to do that to be able to
5  answer this question.
6          MR. SOILEAU:  What notes?
7          MS. PIGMAN:  Or his -- not
8  notes, I'm sorry.  His materials.  The
9  actual documents.
10         THE WITNESS:  Right.
11 QUESTIONS BY MR. SOILEAU:
12     Q.   Well, I mean, I didn't actually
13 start this, I don't think.
14         But in any case, let me ask you
15 this:  If the EPA documents referenced there
16 had historical controls, historical data,
17 would you be willing to use that, rely on the
18 EPA documents for that?
19     A.   If I thought their source was
20 valid, yes.
21     Q.   What if they didn't have a
22 source, they just gave you historical data?
23     A.   I would assume they would give
24 me a source.
25     Q.   Why?

Confidential - Pursuant to Protective Order

Page 314

1      A.   What do you mean "why"?
2      Q.   Why would you expect that EPA
3   would give you a source for the historical
4   control or data?
5      A.   Because they don't do animal
6   studies, so I'm sure anyone reading their
7   memo would want to know what the source is.
8      Q.   That seems fair.
9           Would it surprise you -- well,
10   let me ask you this:  Historical control,
11   historical data, we've been using those
12   words.  Are those two phrases synonymous for
13   these purposes?
14      A.   Historical controls and
15   historical data?
16      Q.   Yes, sir.
17      A.   No, they're not synonymous.
18      Q.   Okay.  What's different?
19      A.   So historical controls are the
20   control animals from studies, and presumably
21   the data from the controls alone.
22           Historical data is any data
23   that was produced in the past.
24      Q.   Right.
25           So we're really talking about

Page 315

1   historical control and data on the historical
2   controls?
3      A.   That's usually what is being
4   referred to, yes.
5      Q.   Because you're looking for
6   background rate really, aren't you?
7      A.   We're looking for the
8   variability and range of tumor incidences
9   based on the tissue in a specific strain,
10   species, region of the world and laboratory
11   of a rat or mouse.
12      Q.   All right.  Would it surprise
13   you if you mentioned historical controls 15
14   times in your 19-page report?
15      A.   I don't know how many times I
16   listed them.
17      Q.   Okay.  Do you know a
18   Dr. Portier?
19      A.   I do not know him personally.
20      Q.   Okay.  Do you know anything of
21   his reputation or standing in the scientific
22   community?
23      A.   I don't have knowledge of his
24   reputation.
25      Q.   Okay.  In order to accomplish

Page 316

1   repeatability -- well, I guess this answers
2   itself.
3           But in order for one scientist
4   to test the repeatability of another study,
5   you have to know specifically what was done
6   in the first study, fair?
7      A.   In general terms.
8      Q.   I guess it seems to me common
9   sense you would have to know their recipe.
10      A.   In general terms.
11      Q.   It seems to me you would have
12   to know how to do these experiments, how to
13   cook, but as a starting spot, if you want to
14   replicate something, you got to know the
15   ingredients, the recipe, that was used for
16   the original experiment?
17           MS. PIGMAN:  Objection.  Form,
18      and asked and answered.
19   QUESTIONS BY MR. SOILEAU:
20      Q.   Let me ask it this way:  Do
21   studies recite the design and the specifics
22   of the study?
23      A.   So published scientific
24   manuscripts should contain adequate
25   information for other scientists to come

Page 317

1   close to repeating.  You can -- you can never
2   completely repeat a study.
3           For example, when I complete a
4   study one week and I do the -- as close as
5   possible the same study two weeks later, it's
6   not the same study.  And biostatisticians
7   will not recommend that I combine those data,
8   even though it was same laboratory, same
9   materials and just two weeks apart.  But we
10   know there can be biologic variability, even
11   with the same person doing the study.
12           So -- but in general, if the
13   goal is to repeat a study, you try to repeat
14   it the best you can.
15      Q.   Did the 12 studies that you
16   looked at at the public reading room in
17   Brussels have enough information to allow
18   another scientist to attempt to repeat the
19   study?
20      A.   Yes, I believe that is correct,
21   that there's enough information to do a study
22   that is similar enough to compare the results
23   from the two studies.
24           MR. SOILEAU:  All right.  Let's
25   go ahead and take our next break.

80 (Pages 314 to 317)

Confidential - Pursuant to Protective Order

Page 318

1           VIDEOGRAPHER:  The time now is
2    3:49.  We are going off the record.
3        (Off the record at 3:48 p.m.)
4           VIDEOGRAPHER:  The time now is
5    4:01.  We are back on the record.
6    QUESTIONS BY MR. SOILEAU:
7        Q.   All right, Doctor, I appreciate
8    your patience with me today.  I think this
9    will be our last session.  I have just a few
10   more questions for you.
11          Counsel for Monsanto might have
12   some, so I shouldn't exclude that, but I
13   don't have too much more.
14          Let's get started if you're
15   ready.
16          You ready to go?
17       A.   I'm ready.
18       Q.   Okay.  You told us before the
19   break that if you do a study one week and
20   then you, again, do the same study two weeks
21   later as close as possible -- that was an
22   example you were using.
23       A.   Yes.
24       Q.   Do you recall talking about
25   that?

Page 319

1        A.   I do.
2        Q.   And I assume you meant if you
3    do -- if you, the same person, does the same
4    study in the same lab even; is that right?
5        A.   That is correct.
6        Q.   And under those circumstances,
7    you have the opinion that you could not
8    combine the data from the two studies?
9        A.   That is the advice I'm given by
10   the biostatisticians I work with.
11       Q.   Okay.  Under those
12   circumstances, what is your understanding of
13   the reason why two studies that are only two
14   weeks apart, performed by the same scientist
15   under what are supposed to be the same
16   circumstances or conditions in the same lab,
17   cannot be combined for consideration?
18       A.   I think we really don't
19   understand all the nuances of variability
20   between experiments.  There's many things
21   that aren't really considered:  where an
22   animal cage is in a room; humidity at the
23   time; minor variations in lighting.  We don't
24   really understand it, but if -- but they
25   represent two samplings of a population and

Page 320

1    should be analyzed independently but could be
2    compared, say, what results was in this and
3    what was the results in another.
4           And it can be very frustrating
5    for investigators because it -- we might have
6    to design a whole new experiment with a lot
7    more animals to get the data we need to
8    evaluate our hypothesis.  But we try to do it
9    effectively the first time, but that doesn't
10   always occur.
11       Q.   And if the data were to be
12   combined from the two hypothetical studies,
13   observations from the combined data, in your
14   opinion, would be invalid?
15       A.   I think if I did that and
16   accurately reflected what I did in my
17   scientific manuscript, my manuscript would be
18   rejected.
19       Q.   Okay.  And just so that I'm
20   clear, even if in your manuscript you said,
21   in Study 1 we did this and got these results,
22   in Study 2 we did this and got these results,
23   and then we combined the data and noted these
24   observations, you would still expect that
25   combination, the combining of data, to be

Page 321

1    criticized and rejected on peer-review?
2        A.   I believe I would be forced to
3    remove that.
4        Q.   All right.  You say something
5    in your report -- it's on page 7 if you want
6    to look at it.
7           It says, "The results of a
8    negative bioassay are powerful."  And you go
9    on to say, "It is extremely uncommon for
10   something to be missed in a rodent bioassay
11   that is discovered in people."
12          Okay?
13          MS. PIGMAN:  Can we hold on
14   just one second?  Let me get there.
15   I'm sorry.
16          MR. SOILEAU:  Sure.  That's all
17   right.  I should have given you more
18   of a direction.
19          It's the first full paragraph
20   after the discussion of the eight
21   bulleted items.  It's a paragraph that
22   begins "as mentioned above, because."
23          MS. PIGMAN:  Okay.
24          MR. SOILEAU:  And I'm reading
25   the last -- some of the last sentence.

Confidential - Pursuant to Protective Order

Page 322

1    I left out the word "however."
2    MS. PIGMAN:  Oh, okay.
3    THE WITNESS:  Yes, I see that.
4  QUESTIONS BY MR. SOILEAU:
5    Q.   Okay.  I need to understand
6  what this means.  It sounds like you're
7  saying that you don't have any false
8  negatives in rodent bioassays if the issue is
9  causing the effect in humans.
10    A.   Let me put this in different
11  words.
12    Q.   Yeah, put it in your words.
13  That's what matters.
14    A.   So often when I do experiments
15  in the laboratory, I use 6 to 12 animals.
16    Q.   Okay.
17    A.   And you'll notice that in
18  carcinogenicity studies, 50 to 60 animals are
19  used per group.
20    Q.   Right.
21    A.   So a relatively large number
22  compared to typical scientific studies.
23    The more animals you use, the
24  less type II error, or false negatives, that
25  will occur.  However, the more evaluations

Page 323

1  you do, the greater the chance for type I, or
2  false positives.
3    So in general, the rodent
4  bioassay is very effective at not -- at not
5  missing something because of the animal
6  numbers.  And so the false positives are much
7  more front and center and more important to
8  us than false negatives.
9    So what this means is if you
10  look at all the rodent assays that have been
11  done, it's very uncommon to have a chemical
12  approved by a regulatory agency that did not
13  show carcinogenicity in rats and mice, rats
14  and/or mice, that actually was a carcinogen
15  in people.
16    Q.   That last statement, that it's
17  "very uncommon to have a chemical approved
18  that did not show carcinogenicity in rats and
19  mice but was actually a carcinogen in
20  people," that's based on historical
21  observation?
22    A.   Yeah, and I can't actually come
23  up with an example.  One -- one of the best
24  examples I use when I teach my students is
25  thalidomide.  Thalidomide is a toxic agent --

Page 324

1    Q.   I know, yeah.
2    A.   -- that causes birth defects in
3  people, and thalidomide wasn't picked up in
4  rodents.  But that is about the only example
5  I can think of.
6    In terms of carcinogenesis, I
7  can't think of an example.
8    Q.   Okay.  So you're telling me as
9  you sit here today that you're not aware of
10  any chemical that showed a negative in rats
11  or mice for carcinogenicity but then later in
12  actual experience proved to have a
13  carcinogenic effect in humans?
14    A.   Yes, and I just don't know one
15  off the top of my head.
16    So in the rodent bioassay, if
17  there's positive findings, if there's a
18  compound-mediated effect, many times those
19  compound-mediated -- so the next thing you
20  do -- if there is a compound-mediated effect,
21  the next thing you do, as I mentioned, is
22  look at human relevance.
23    And one of the reasons
24  carcinogenicity -- carcinogenicity assays get
25  some negative evaluation is because many

Page 325

1  times the cause -- the compound-mediated
2  carcinogenic effect is not relevant for
3  people based on mechanistic studies.
4    And there are many drugs people
5  take daily that have caused cancer in
6  rodents, but that mechanism is not relevant
7  and they -- and the drugs are approved.
8    So someone said, "Well, what's
9  the value of these studies?"
10    And we always forget that when
11  you have negative studies, it's extremely
12  valuable because of -- because -- because
13  this tells us that the chances of this being
14  a -- potentially a carcinogen in humans are
15  very, very low.
16    Q.   I'm sorry.  I apologize.  I
17  didn't mean to cut you off.
18    Listening to your testimony, it
19  seems to me that you're telling me that the
20  negative bioassays are extremely uncommon
21  under the category of carcinogenicity
22  specifically.
23    A.   That if a carcinogenicity study
24  is negative, meaning there was no
25  compound-mediated increase in neoplasia --

82 (Pages 322 to 325)

Confidential - Pursuant to Protective Order

Page 326

```
 1        Q.    Right.
 2        A.    -- the chances of that compound
 3   being a carcinogen in people is very low.
 4        Q.    Right.
 5        And I understood your
 6   explanation before.  I didn't want to
 7   interrupt you again, but I'm just -- the
 8   statement in your report is not limited to
 9   carcinogenicity.  It's more broadly stated,
10   as I read it.
11        So I'm asking you if your
12   opinion, as stated here, really is intended
13   to be one pertaining to a carcinogenic
14   effect, acknowledging that that's what we're
15   talking about in this report, or is it true
16   for all negative bioassays?
17        A.    I think the statement is
18   strongest for carcinogenicity.
19        Q.    Okay.  Is that the way you
20   intended it in the report here at page 7?
21        A.    Let me reread it.
22        That is, I believe, how I
23   intended the statement, because it's in
24   relation to carcinogenicity studies.
25        Q.    Okay.  Can you give me an
```

Page 327

```
 1   example of a compound or a chemical that
 2   you've studied that you felt had sufficient
 3   evidence for causation in humans?
 4        A.    Yes.  I can give you a very
 5   important recent example.
 6        Q.    What's that?
 7        A.    There's a class of drugs used
 8   in people, that are now approved for use in
 9   people, to treat diabetes mellitus called
10   GLP-1 agonists, glucagon-like peptide-1
11   receptor agonist, GLP-1.
12        This class of compounds
13   initially caused C-cell tumors, or a type of
14   thyroid tumors, in rats; subsequently shown
15   to induce this also in mice.  And every
16   company that tested their individual
17   compound -- this class of compounds got the
18   identical results.
19        So multiple studies, multiple
20   companies, all showed C-cell tumors in both
21   rats and mice.  Very powerful evidence that
22   it was a C-cell carcinogen in rodents.
23        After five years or so of
24   intense and rigorous scientific investigation
25   by the pharmaceutical companies, and much of
```

Page 328

```
 1   the data was published, which I was very
 2   appreciative to see, it was shown that the
 3   mechanism that caused cancer in the rodents
 4   is not relevant for people, and now these
 5   drugs are routinely used in people.
 6        So a really interesting
 7   example.
 8        Q.    Well, it is, but I was asking
 9   if you had an example that went through --
10   that had an effect and cleared all three
11   steps of the process you talked about before
12   that was, in fact, relevant to humans.
13        The example you just gave me in
14   the end was not relevant to humans, was it?
15        A.    It was not relevant.
16        Q.    Right.
17        Do you have an example that was
18   determined to be relevant to humans, one that
19   you have participated in?
20        A.    Not one that I participated in.
21        MR. SOILEAU:  All right.  I
22   appreciate your time and your patience
23   with me today, Doctor.  Those are all
24   the questions that I have.
25        I don't know if counsel for
```

Page 329

```
 1   Monsanto has any questions.
 2        MS. PIGMAN:  Let's -- can we
 3   take five minutes and just let me look
 4   over my notes and we'll be back?
 5        MR. SOILEAU:  Sure.
 6        MS. PIGMAN:  Thank you.
 7        VIDEOGRAPHER:  The time now is
 8   4:13.  We are going off the record.
 9        (Off the record at 4:13 p.m.)
10        VIDEOGRAPHER:  The time now is
11   4:18.  We are back on the record.
12        MS. PIGMAN:  Monsanto does not
13   have any questions for Dr. Rosol at
14   this time.
15        MR. SOILEAU:  All right.  Then
16   we are concluded.  Thank you again,
17   Doctor.
18        THE WITNESS:  You're welcome.
19        VIDEOGRAPHER:  The time is
20   4:18.  The deposition has concluded.
21   (Deposition concluded at 4:18 p.m.)
22        -------
23
24
25
```

83 (Pages 326 to 329)

Confidential - Pursuant to Protective Order

Page 330

```
 1                CERTIFICATE
 2
 3        I, CARRIE A. CAMPBELL, Registered
      Diplomate Reporter, Certified Realtime
 4    Reporter and Certified Shorthand Reporter, do
      hereby certify that prior to the commencement
 5    of the examination, Thomas J. Rosol, DVM was
      duly sworn by me to testify to the truth, the
 6    whole truth and nothing but the truth.
 7        I DO FURTHER CERTIFY that the
      foregoing is a verbatim transcript of the
 8    testimony as taken stenographically and by and
      before me at the time, place and on the date
 9    hereinbefore set forth, to the best of my
      ability.
10
11        I DO FURTHER CERTIFY that I am
      neither a relative nor employee nor attorney
      nor counsel of any of the parties to this
12    action, and that I am neither a relative nor
      employee of such attorney or counsel, and
13    that I am not financially interested in the
      action.
14
15
16    _____
17    CARRIE A. CAMPBELL,
      NCRA Registered Diplomate Reporter
18    Certified Realtime Reporter
      California Certified Shorthand
19    Reporter #13921
      Missouri Certified Court Reporter #859
20    Illinois Certified Shorthand Reporter
      #084-004229
21    Texas Certified Shorthand Reporter #9328
      Kansas Certified Court Reporter #1715
22    Notary Public
23    Dated:  September 16, 2017
24
25
```

```
 1          - - - - - -
            E R R A T A
 2          - - - - - -
 3
 4    PAGE  LINE  CHANGE
 5    ____  ____  _____
 6        REASON: _____
 7    ____  ____  _____
 8        REASON: _____
 9    ____  ____  _____
10        REASON: _____
11    ____  ____  _____
12        REASON: _____
13    ____  ____  _____
14        REASON: _____
15    ____  ____  _____
16        REASON: _____
17    ____  ____  _____
18        REASON: _____
19    ____  ____  _____
20        REASON: _____
21    ____  ____  _____
22        REASON: _____
23    ____  ____  _____
24        REASON: _____
25
```

Page 331

```
 1        INSTRUCTIONS TO WITNESS
 2
 3        Please read your deposition over
 4    carefully and make any necessary corrections.
 5    You should state the reason in the
 6    appropriate space on the errata sheet for any
 7    corrections that are made.
 8        After doing so, please sign the
 9    errata sheet and date it.  You are signing
10    same subject to the changes you have noted on
11    the errata sheet, which will be attached to
12    your deposition.
13        It is imperative that you return
14    the original errata sheet to the deposing
15    attorney within thirty (30) days of receipt
16    of the deposition transcript by you.  If you
17    fail to do so, the deposition transcript may
18    be deemed to be accurate and may be used in
19    court.
20
21
22
23
24
25
```

```
 1        ACKNOWLEDGMENT OF DEPONENT
 2
 3
 4        I,_____, do
 5    hereby certify that I have read the
 6    foregoing pages, and that the same is
 7    a correct transcription of the answers
 8    given by me to the questions therein
 9    propounded, except for the corrections or
10    changes in form or substance, if any,
11    noted in the attached Errata Sheet.
12
13
14    _____
15    THOMAS J. ROSOL, DVM          DATE
16
17
18    Subscribed and sworn
      to before me this
19    _____ day of _____, 20____.
20    My commission expires:_____
21
22    _____
      Notary Public
23
24
25
```

Confidential - Pursuant to Protective Order

```
 1              _ _ _ _ _ _ _
                LAWYER'S NOTES
 2              _ _ _ _ _ _ _
 3     PAGE  LINE
 4     ____  ____  _____
 5     ____  ____  _____
 6     ____  ____  _____
 7     ____  ____  _____
 8     ____  ____  _____
 9     ____  ____  _____
10     ____  ____  _____
11     ____  ____  _____
12     ____  ____  _____
13     ____  ____  _____
14     ____  ____  _____
15     ____  ____  _____
16     ____  ____  _____
17     ____  ____  _____
18     ____  ____  _____
19     ____  ____  _____
20     ____  ____  _____
21     ____  ____  _____
22     ____  ____  _____
23     ____  ____  _____
24     ____  ____  _____
25
```

Golkow Litigation Services - 1.877.370.DEPS

Confidential - Pursuant to Protective Order

Page 335

**A**

**a.m** 1:13 70:20
   133:15
**abbreviations**
   244:18
**aberrations** 245:14
**ability** 137:22
   255:17 257:13
   294:10 330:9
**able** 22:22 31:11
   47:5 50:22 51:6
   65:24 68:3,11
   70:5 104:22
   122:17 129:7
   149:3 150:10
   221:24 223:5
   242:11,17 258:13
   264:4 288:5 313:4
**absence** 149:3
**absent** 50:21
**absolute** 173:20
**absolutely** 139:23
   142:11 224:19
**abundance** 114:20
**academic** 15:13,18
   15:20
**Academy** 145:7
   147:12,21
**accept** 99:20
   225:11,11
**accepted** 127:2
   130:3 142:2 290:9
   290:20 291:16
**access** 48:14 50:23
   51:4 53:22 59:5
   61:14 63:7,14
   111:3
**accessed** 54:10
   59:7
**accompanied** 53:15
**accompany** 53:17
**accompanying**
   90:20
**accomplish** 90:4
   108:2 122:2 174:8
   315:25

**accomplished**
   172:18
**accurate** 119:25
   156:3 205:10
   260:4 278:23
   282:14 331:18
**accurately** 320:16
**acid** 249:5
**acknowledge** 284:3
**acknowledging**
   326:14
**ACKNOWLED...**
   3:24 333:2
**action** 38:18,21
   330:12,13
**actions** 38:7
**active** 163:10
   164:15 248:13
**actively** 80:19
**activities** 127:8
   138:7
**actual** 111:10
   114:2 144:24
   158:7 175:1
   184:16 282:21
   295:11 313:9
   324:12
**add** 13:19 68:13
   158:21 171:9
**addition** 25:9 26:3
   57:9 178:13 187:9
   189:2,21 238:9
   295:16
**additional** 13:20
   17:14 20:9 28:20
   28:22 34:23 41:16
   45:23 123:20
   139:14 174:4,5
   198:8,12,19,22
   199:16 200:8,15
   200:19 213:3,4
   237:9 243:22,23
   265:4 271:19,20
   281:21
**additives** 163:23
**address** 6:6,7
   255:25

**addresses** 145:8
**addressing** 79:17
   254:1
**adenoma** 176:23
   190:22 191:4,4
**adequacy** 201:14
**adequate** 20:5,14
   51:10,13 81:14
   82:1,20 83:8,23
   85:10 87:9,21
   88:4 91:19 101:24
   102:11 108:17
   206:25 316:24
**adequately** 102:19
   206:13 207:17
   208:10 290:5
   291:10
**administered** 245:5
**administration**
   178:12
**adopt** 146:2
**adopted** 146:1,25
**advantages** 17:5
**advice** 37:7 319:9
**affect** 142:3 145:15
**afternoon** 193:18
   207:16 208:7
**age** 5:15
**aged** 152:19
**agencies** 40:5 173:2
   225:11 252:3
   256:15
**agency** 53:24 151:7
   173:15 213:19
   227:1 254:18
   323:12
**agent** 173:12 175:8
   248:13 323:25
**agents** 226:17
**ago** 12:17,23 37:13
   91:4 93:6 105:10
   114:23 150:17
   174:22 177:12,16
   202:20
**agonist** 327:11
**agonists** 327:10
**agree** 48:2 76:5

77:10 96:15 97:6
   98:5 104:14,15
   120:8 124:4
   167:19 187:22
   188:13 189:9
   194:15 195:6
   225:12 268:1
   269:8 283:22
   287:2,10,20 288:7
   288:9,17,18 291:1
   291:3 292:3 293:3
   295:23 298:12
   299:15,20 307:16
**agreement** 36:7,25
   216:5,14
**agreements** 35:25
**Agrochemical**
   247:9
**ahead** 8:18 13:6
   30:3 46:16 47:18
   70:15 82:24
   100:23 110:10,13
   110:17 112:19
   122:21 129:14
   141:12 159:2
   184:25 192:22
   234:22 244:3,25
   261:2 266:17
   309:4 312:5
   317:25
**airways** 154:14
**Alaska** 2:8
**alert** 118:25 180:4
**algorithm** 92:11
   297:18,22
**all-encompassing**
   91:22
**all-inclusive** 194:12
**allot** 59:14
**allow** 88:3 174:8
   317:17
**allowed** 32:21
   48:16 54:9 60:1
   60:21 257:3
**allows** 124:5
**alter** 205:11
**alteration** 255:2

**alternatives** 33:14
**amazing** 16:25
**American** 211:15
**amount** 11:14,23
   11:24 12:20 13:23
   13:24 14:20 78:5
   108:17 271:25
**analysis** 74:24
   187:10 189:10
   202:23 230:8
   286:9 293:7
**analyze** 295:4
**analyzed** 95:8
   320:1
**and/or** 323:14
**ANDRUS** 2:6
**animal** 48:11 50:10
   50:13 142:19
   164:25 169:23
   170:22 171:6,7,13
   172:19,22 173:11
   174:1,4,7,10,13
   175:17 176:23
   178:19 289:2
   314:5 319:22
   323:5
**animals** 137:21
   152:19 165:8
   213:12 245:4,8
   248:15 314:20
   320:7 322:15,18
   322:23
**announced** 268:4
**answer** 25:19 44:24
   46:8 52:11 72:2
   76:11 80:20 81:21
   94:18 100:10
   118:1 148:3
   149:18 156:11
   161:16 188:5
   200:5,23 207:24
   218:21,22 251:15
   275:16 284:20
   288:5 292:8 313:5
**answered** 26:14
   44:23 55:14 56:8
   82:23 83:12 86:17

Confidential - Pursuant to Protective Order

87:13 121:11 128:16 275:14 282:9 284:18 286:12 306:20 307:7 316:18

**answers** 290:16 298:16 316:1 333:7

**anybody** 61:17

**anymore** 262:6

**anyway** 38:16

**apart** 317:9 319:14

**apologize** 41:15 244:19,24 246:24 270:4 306:11 325:16

**apparently** 248:10

**appear** 177:17 186:21 235:22

**appearance** 7:25

**APPEARANCES** 3:3

**appeared** 37:22 283:4,7

**appears** 220:15

**Apple** 262:6

**application** 177:7 294:14

**applies** 27:12 129:10

**apply** 25:15 26:11 296:11 297:1,2,7 302:20

**applying** 298:5

**appointment** 59:8 59:21 61:10 231:20

**appointments** 59:13 62:1

**appreciate** 13:16 14:14 21:21 113:10 134:8 146:9 149:18 162:10 191:17 204:3,12 258:19 318:7 328:22

**appreciative** 328:2

**approach** 290:11 291:21

**appropriate** 91:13 139:11 140:7 146:23 162:19 165:14 192:24 195:5 229:9 230:9 290:8,21,21 331:6

**appropriately** 148:1 208:9 307:11

**approved** 323:12 323:17 325:7 327:8

**approximately** 31:15 42:21 49:14 289:4

**area** 121:14 156:22 159:6,24 168:12 168:15,17 170:7 225:6 228:8

**areas** 15:22 147:5 196:3 197:22 198:20,24 200:22 243:11

**arrangements** 53:10,12

**arrived** 54:4,13

**arrow** 249:19

**art** 19:20

**article** 131:2 140:20 147:14 186:8

**articles** 131:5 147:16

**articulate** 16:12 90:6

**articulated** 268:20

**ASB** 274:22 279:25 280:1

**aside** 251:12

**asked** 19:4 24:2 26:13 44:22 55:13 56:7 82:22 83:11 85:6 86:16 87:12 97:2 103:3 121:10 128:16 174:2

241:21 275:13 282:8 284:18 286:11 306:19 307:6 316:18

**asking** 15:6 32:20 33:14 36:4 42:5 46:6 71:18 76:19 77:7,9 79:1 80:9 81:5,7 83:14,20 84:9 85:3,14 88:2 89:21 93:24 94:12 95:12 98:19 101:23 115:23 134:10,18 145:23 149:24 157:4 169:14 194:1 202:13 203:13 205:2 215:2 216:3 216:10 218:19,24 235:3 238:4 257:9 265:8 267:3 272:20 275:8 284:5,12 294:3 298:4 305:20 307:1 326:11 328:8

**aspect** 77:15 91:25 293:25

**aspects** 178:16

**assays** 10:22 323:10 324:24

**asserted** 6:18

**assess** 103:21 123:15 124:6 130:18 146:22

**assessing** 140:25 141:1 234:5

**assessment** 123:25

**assign** 78:18 141:23

**assigned** 266:7,13 266:16

**assignment** 160:18

**assist** 62:18

**assistant** 158:8

**assisted** 115:13,24

**associated** 214:21

222:12 223:4 224:4 226:4 227:24

**assume** 58:16 146:4 156:21 235:14 250:5 313:23 319:2

**assuming** 31:1 49:10 148:24 166:21

**assumption** 151:19 251:4

**attach** 8:19 30:3 46:17 47:19

**attached** 31:2 34:16 47:7,24 331:11 333:11

**Attachment** 25:16 27:8,15 28:11 43:13,22 44:14,17 44:19 47:8 119:16 260:1

**attachments** 8:21 9:6 90:20 94:14

**attempt** 75:12 93:2 317:18

**attempted** 116:15

**attention** 41:11 52:15,16,23 53:25 197:23

**attorney** 330:11,12 331:15

**attorneys** 4:14 6:11 43:5 115:15 219:13 223:24

**attribute** 208:3

**audience** 253:20

**August** 231:3

**author** 97:18,21 110:1,5 120:18 228:18,24 245:23 311:8

**authority** 90:10

**authors** 98:10 103:20 183:2

**authorship** 228:25

**availability** 16:3

82:11 111:22 113:1,6,8 230:21 232:7

**available** 11:8,13 11:15 12:21 13:11 13:14 14:3,4,5,22 15:3 20:18 48:24 49:2,3,6,12,24,24 51:8,16,18 54:16 56:16,21,25 57:10 58:5 59:9 60:11 64:3,7,18 65:9,11 65:15,22 66:15 68:25 69:18 70:3 70:7 71:16 83:7 87:3 95:9 107:15 107:22 108:11,14 109:6,19 113:17 113:20,23 114:4 115:1 126:3 137:12 141:19 143:17,22,23 182:20,23 183:4 183:21 185:11 189:14 192:5 194:6,17,22,25 201:23 205:8,25 209:10 217:18 219:7,10,13,14 221:21 223:23 227:3 234:14 237:13 238:8 239:24 271:19,21 274:8 280:12 281:21 282:2,3 305:6 308:16,19

**Avenue** 2:12

**average** 251:10

**avoid** 86:9

**aware** 6:14 108:6 117:13,15 121:17 251:13 252:6 269:14 324:9

**B**

**B** 8:21 9:6 25:16 27:8,15 28:11,13

28:14 43:13,22
44:14,17,19
119:16 167:21,23
260:1
**back** 12:15 13:3
19:24 20:2 22:6
30:12 46:15 58:20
70:22 87:7,24
91:6 97:4 102:8
118:5 125:20
133:17 135:24
146:2 150:18
185:8 191:13,19
193:16 204:22
205:4 206:7,21
211:10 215:24
218:8 242:9
246:23 251:12
258:6 263:17
270:2,4 280:4,19
305:22 310:19
313:1 318:5 329:4
329:11
**background** 41:8
94:20 99:22 101:2
101:5,21 102:12
125:11 127:1
130:10 156:21
200:20 247:11
280:16 310:13
315:6
**backwards** 239:10
249:24 273:2,4,6
**badge** 54:9
**bag** 223:21 224:5
**bar** 251:7
**barely** 239:6
**base** 11:7 14:24
16:10 26:17
**based** 23:13 24:5
25:3,5,22 26:16
77:5 78:14 104:13
110:22 117:22
158:23 160:19,19
165:22,23 166:17
168:10 169:2,10
173:18 185:4

190:17 198:9,10
199:14 208:21
210:23 212:14,20
213:25 216:10
223:1 251:3
253:15 255:12
290:23 295:13
296:18 297:5,13
298:10 315:9
323:20 325:3
**bases** 90:9
**basis** 20:6,21 21:1
21:2 22:6,7 36:3
74:21 90:9 136:23
140:23 143:7
175:25 203:19
**bear** 21:9
**beginning** 4:3
133:18 206:21
258:7
**begins** 158:7 301:3
321:22
**behalf** 5:18
**behavior** 256:19
**Belgium** 27:4,14
48:17 53:3
**belief** 283:15
**believe** 18:2 20:3
24:3 31:17 44:1
48:3 57:15 59:12
60:17 68:2 71:13
80:10 85:3 88:7
89:12 102:15
109:23 110:25
111:2 112:21
113:16 114:1
132:14 134:5
150:7,22 182:5
204:1 206:17
207:4 210:9,13,17
211:1,5 213:18
215:23 220:25
223:8,9,13 244:1
253:13 264:1,5
265:18 267:14
269:12 276:12
277:6 301:22

307:19 317:20
321:2 326:22
**benefit** 80:5,8 87:6
125:15
**benign** 190:23
**best** 19:9 49:22
54:18 134:15
168:4 177:24
255:17 294:10
317:14 323:23
330:9
**better** 16:12 71:3,5
109:13 115:17,18
174:21 181:14
199:10 225:13
273:6 288:4 310:5
**beyond** 20:9 26:9
107:23 184:4
**bias** 255:12 256:1,9
256:11
**bioassay** 7:5 10:21
20:13 21:10 64:6
70:1 106:24 123:5
163:7 165:10,20
189:15 249:14
321:8,10 323:4
324:16
**bioassays** 11:4
21:15,16 22:19
68:18 69:14 70:9
83:1 93:17 107:3
107:8 120:23
121:2 152:16
164:23 170:17
193:7 194:8 322:8
325:20 326:16
**biologic** 142:22
165:15 317:10
**biomedical** 257:10
**biostatistical**
227:25
**biostatistician**
228:2,15,20,24
229:8,10,12,18,20
**biostatisticians**
19:14 317:6
319:10

**biostatistics** 227:12
227:14,20 228:12
229:17
**birth** 324:2
**bit** 80:24 81:3
100:5 117:21
151:2 180:21
196:6 281:4 299:6
**blame** 246:25
**blind** 126:9,10,12
127:5 217:13,14
223:7
**blinded** 126:20
127:12 128:1
217:22 218:1,3,12
223:10,14
**blocks** 100:2,7,9
102:11 206:4,11
206:13
**bodies** 123:8
**body** 99:3 128:25
245:7 250:14,14
250:19
**bone** 244:11,14
245:1,2
**borne** 154:4,5
**bottom** 178:14
256:16 274:22
**boundaries** 168:25
**brain** 210:18
**Branch** 261:10
**breadth** 92:25
**break** 8:8 59:15
60:22 70:14,16,25
117:20 133:9,11
193:10 224:2
257:24 317:25
318:19
**breaks** 8:7 224:2
**briefly** 264:10
**bring** 21:22 62:7
63:13 99:23
**bringing** 228:7
**broad** 2:4 11:8
15:24 17:1,11,22
24:16 38:9 75:18
137:15,21 168:1

180:12 251:15
**broader** 118:24
175:6 177:7
**broadly** 326:9
**Broadway** 2:12
**brought** 52:15,16
52:23 160:20,23
**Brussels** 50:22 51:5
51:17,22 52:8
53:1,6,7,19,23
54:14 56:6 57:1
57:22 71:8,17,21
72:9,11 73:6,15
74:10 79:23 80:12
81:25 86:15 88:12
88:18 179:22
184:6 192:2
204:22 237:14
270:15 283:5
317:17
**build** 16:5,6
**building** 16:9 54:4
54:14 100:1,6,9
102:10 206:3,11
206:12
**builds** 16:15
**bulk** 81:11
**bulleted** 186:20
321:21
**bullets** 178:2
**burden** 145:1,11,12
145:13,19 146:22
147:2,3
**business** 138:7

---

### C

**C** 2:1 266:24
**C-cell** 327:13,20,22
**cage** 319:22
**calculated** 251:3
**calculation** 188:4
189:1
**California** 1:1,16
330:18
**call** 16:21 67:13,17
69:13 136:10
155:18 161:4

300:5
**called** 101:20
264:16 327:9
**calls** 41:24 52:10
55:2 169:11 216:8
**Campbell** 1:14
5:10 330:3,17
**cancer** 39:19
161:25 175:2,7,8
176:2,5,7,15,17
190:19,20 206:14
207:18,22 226:17
325:5 328:3
**cancers** 175:1
**capability** 102:1
**capacity** 52:22
**captured** 208:10
**carc** 65:25 67:13,17
68:19
**carcinogen** 112:18
269:25 323:14,19
325:14 326:3
327:22
**carcinogenesis**
324:6
**carcinogenic** 9:13
22:14 23:21 25:1
73:7 163:13 164:7
181:18 182:2
207:17 208:8
213:15,20,24
214:6,12,23 215:6
264:19 265:2
268:18 324:13
325:2 326:13
**carcinogenicity**
7:10 9:11,17,22
20:15,25 21:1,18
22:13,18 23:20
24:8 25:23 26:19
57:4,6,20 58:6,12
64:6,9,17 65:21
66:2 67:14,22
68:17,19,25 69:6
74:19 92:3,17,19
98:20 107:6,7
132:23 163:6,15

163:17 164:20
165:9 166:15
167:18 175:19
178:22 179:17,20
201:18 202:4
236:6 248:2,9
249:7,11,14
272:10 274:15
309:6 322:18
323:13,18 324:11
324:24,24 325:21
325:23 326:9,18
326:24
**carcinoma** 176:23
190:23 191:5
**career** 34:22 35:3
227:15 259:16,19
259:19
**careful** 73:22
155:13 214:16
289:22
**carefully** 331:4
**Carrie** 1:14 5:10
330:3,17
**carrier** 166:16
**carriers** 166:9,13
167:4
**case** 1:4 32:12,14
33:17 37:9,23
39:4,5 43:4 45:13
81:10 83:25 85:12
87:11 88:6 94:10
100:1,8 104:21
106:20,21 116:11
177:14,22 184:4
185:2 186:11
191:22 192:19,20
194:2,4 195:9
201:15 202:15
203:9 204:11
206:5 208:12,19
221:19 305:8
313:14
**cases** 1:5 38:25
50:9,12 255:1
**castle** 107:8
**catch** 119:20

**categories** 34:14
38:9 190:25 238:6
238:22
**categorization**
267:22
**category** 42:8
109:22 135:17
140:18 266:24
325:21
**causation** 169:9,18
169:20 170:2,3,6
170:6,9,13,22
171:1,8,16 172:14
173:9 174:18,20
175:20 176:13
177:8 327:3
**cause** 119:3 169:25
170:1 173:1,24
174:22 175:1,5,8
177:6 325:1
**caused** 170:15
171:18 175:12,15
176:14,17 250:19
325:5 327:13
328:3
**causes** 175:7 176:1
176:5 324:2
**causing** 322:9
**CD-1** 304:14,21
305:14 306:16
308:14 309:17,24
311:16
**cells** 245:3,12,15
**center** 323:7
**certain** 6:20 21:23
33:3 184:12
197:19
**certainly** 26:5
260:23
**CERTIFICATE**
3:23 330:1
**Certified** 1:15,17
1:18 330:3,4,18
330:18,19,20,21
330:21
**certify** 330:4,7,10
333:5

**chain** 16:13
**challenges** 151:16
**chance** 23:2 28:12
150:19 282:21
323:1
**chances** 325:13
326:2
**change** 13:19 88:18
88:22 89:8 133:10
169:21 171:18
173:1,24 175:13
181:6,11,24 182:8
207:10 225:17
248:22 256:21,23
332:4
**changed** 88:12 89:5
89:6 144:18 181:2
203:22 207:8
268:22 269:12
**changes** 152:19
155:3 157:6 190:6
191:6 331:10
333:10
**changing** 230:6
**characteristics**
295:14
**Charles** 2:4 304:14
**chart** 115:20
**charts** 185:9,25
233:19
**check** 54:8 168:18
260:24
**checked** 59:20,20
**chemical** 11:16,20
11:23 12:1 13:10
13:13,24 14:1,2,4
14:4,11,13,19
15:1,11 163:16
164:1,22 165:6
166:10,18 167:20
167:21 168:16
170:20 171:13,18
172:12 173:3,8
175:17 323:11,17
324:10 327:1
**chemically** 298:1
**chemicals** 14:21

165:10,24 166:3
167:24 168:3,6
174:19 225:21
226:9
**Cheminova** 235:22
**chemist** 165:21
168:13
**chemistry** 168:10
**chemists** 167:8,10
167:12,16
**choose** 15:13
**chosen** 288:23
**chronic** 68:3,5,7,10
68:14,15,20 69:2
69:5 83:1 107:7
123:5 152:16
163:6 170:17
243:20
**circumstances** 52:6
229:11 256:22
299:10 319:6,12
319:16
**citation** 267:3
304:24 306:17
307:3,17
**citations** 95:2 99:9
285:11 306:5,24
**cite** 99:9 303:7,8
305:25
**cited** 93:9 117:1
**City** 2:12
**claim** 6:20
**claiming** 39:16
**claims** 6:18,19
**clarification** 13:16
206:9
**clarify** 33:10 80:6
122:5
**clarity** 69:13
**class** 327:7,12,17
**classification** 266:7
266:14,16,21
267:9,10
**classifications**
266:5
**classified** 266:23
**classify** 266:4

clastic 245:14
clear 7:15,16,19
    29:15 44:7 73:12
    73:23 81:22 85:19
    92:2 113:7 117:12
    129:7 135:25
    146:11 195:20
    208:23 305:24
    312:13 320:20
cleared 62:14
    328:10
clearly 36:2 90:5
click 63:24
clinical 172:8
close 10:7 292:24
    317:1,4 318:21
closed 231:7 232:9
closing 232:5
coauthor 227:24
    228:2 229:10,12
    229:18 230:1,10
cogently 90:6
cold 154:13 230:19
collaborate 154:23
    228:12 229:7,8
collect 173:6
    259:22
collection 201:22
collectively 216:2,4
Colorado 2:8
Columbus 6:8
column 251:5
combination
    167:22 302:1
    320:25
combine 317:7
    319:8
combined 319:17
    320:12,13,23
combining 320:25
come 15:22 19:24
    22:6 45:9 46:15
    54:8 58:20 60:4
    88:23 122:14
    123:10 124:24
    146:19,22 151:7
    153:15 188:4

190:4 233:14
251:12 258:21
273:22 275:23
293:23 294:6
316:25 323:22
comes 120:7
    142:16
comfortable
    159:10,19 170:12
coming 142:14
    183:9 207:12
commencement
    330:4
commencing 1:13
comment 97:12
    98:2 128:18
    130:15 188:1
commented 97:8
    97:23 274:18
comments 97:22
commercial 13:8
    15:15,16 40:20
    166:4,7,17
commercially 14:3
commission 333:20
committee 146:6
    146:10,13,18,19
    147:1 224:16
committee's 146:21
common 16:7
    149:13 150:16
    151:4 212:11
    228:14 316:8
communication
    104:6
communications
    41:25 55:2 197:20
community 13:11
    14:5 15:18 132:12
    143:4 145:5
    224:17 251:25
    315:22
companies 39:25
    40:4 137:5 138:5
    144:14,14 145:16
    159:23 172:4
    327:20,25

company 15:2
    35:16,19 36:8,17
    36:19,22 39:16,16
    109:25 123:9
    125:24,25 129:1
    129:13 160:15
    167:17 248:12
    252:8 327:16
company's 3:17
    37:2 47:20
comparable 125:10
    288:23
compare 28:10,13
    46:2 65:5,16 66:5
    67:10 116:15
    258:17 317:22
compared 12:10
    34:11 88:9 117:1
    117:4 123:12
    205:6 252:8 253:7
    257:12 287:5
    320:2 322:22
comparison 67:9
    125:13 291:25
    292:6,23 293:2
    294:20 295:7
compendium 27:5
competent 159:8
    304:25
compile 258:21,23
    259:2
compiled 115:20
    259:1,5
compiling 146:18
    259:4
complete 9:5,7 44:7
    48:11 60:24
    100:12 111:3,14
    113:8 117:13
    183:17 188:15,16
    202:23 205:8
    233:18 234:17
    274:12 310:7
    317:3
completed 42:19
    99:11 109:19
    203:8

completely 50:4
    122:11 148:25
    225:16 264:12
    317:2
compliance 254:19
complicated 30:24
    165:7 170:7
    226:12 229:14
component 11:13
components 167:3
compound 11:8,13
    12:10 41:3 78:14
    134:10 163:11
    188:24 217:20
    224:9 245:5 246:1
    250:13,17 326:2
    327:1,17
compound-medi...
    170:19 171:14
    175:21,22 178:4,5
    178:11 182:9
    193:1 195:23,24
    199:9,13 202:3,22
    203:18 205:18,21
    208:12 215:14,22
    245:14 294:1
    298:1 324:18,19
    324:20 325:1,25
compound-related
    175:11 179:3,8,10
    213:16
compounds 12:10
    164:10 174:19
    226:23 327:12,17
computer 49:16
    60:5,19 62:17,19
    62:21 63:22 64:19
    64:22 65:5,9,11
    65:22 67:23 69:1
    69:9 100:15
    221:18 233:8
    235:18,19 238:12
    238:20 271:23
    283:7 297:14
computer's 235:23
computers 59:24
    60:3 62:23 232:23

233:6
concentrations
    164:16 250:18
concept 18:13
    78:12 92:11
concepts 187:8,13
concern 92:23,24
    93:12 107:1
    108:18 127:16
    141:21 184:12,17
    196:3,8,9,16,23
    197:24 198:3,6
    199:1,9 201:7
    202:7,9,14 213:11
    214:16,17 215:7
    215:11,17,17
    216:22,25 217:6
    243:12 264:19
    265:3,13 267:23
    269:23,24
concerned 184:13
    197:24 198:2
    215:18,19
concerns 79:17
    104:16,17 108:9,9
    108:13 196:20,21
    196:25 197:2,2,15
    198:4,9,14,23
    199:7,13,18 200:9
    202:12,12
conclude 149:3
    174:9 175:25
concluded 329:16
    329:20,21
conclusion 21:17
    24:4,5,12,16,23
    24:25 25:3,4,7,13
    25:15,22 26:4,5
    26:11,16 27:12
    75:12,21,23 76:1
    76:6,8,10,12,16
    76:18,21 77:5,10
    77:16,17,18 78:22
    80:25 81:4 87:16
    88:24 93:1 95:23
    169:12,14 173:12
    182:9,13 190:5

Confidential - Pursuant to Protective Order

202:2,21 205:23
206:1,18 207:9
210:11,21,22,25
238:2 245:11
291:6 298:9 300:1
301:21
**conclusions** 24:18
50:9 57:15 75:4
129:25 130:12
207:13 221:16
240:6 243:10
293:23 294:7
297:3,4 307:12
**concur** 165:11
**concurrent** 287:3
287:11,15,23
**condition** 169:21
**conditions** 296:4
319:16
**conduct** 123:20
130:6 256:17
**conducted** 4:12 7:6
11:18 45:25
115:11 123:6
142:8 153:17
156:18 161:1
162:20,25 199:17
200:7 260:21
291:9
**conducting** 230:3
**conference** 232:25
**confidence** 67:12
67:21 88:15,21,22
150:6 173:19
190:16
**confident** 89:2,7
114:9 149:7 157:9
198:18 210:5
222:10,15 230:7
**CONFIDENTIAL**
1:8
**confidentiality**
35:25 36:7,25
**confirmed** 62:8
**conflict** 252:14,21
268:25
**confused** 43:16

**confusing** 7:14,20
**confusion** 161:19
**Congress** 145:10
146:2,16,25
**connection** 36:23
**cons** 152:1
**consensus** 123:21
153:5,8,18
**consider** 10:15,24
16:17 128:22
130:11 140:5,7
203:17 204:14
213:23 227:10
268:11,13 303:20
**consideration**
179:13 210:3
214:8 215:25
216:20 252:24
253:2 267:16
287:4,12,25
289:25 319:17
**considered** 3:11
27:25 28:9,16,19
44:9 82:15 89:16
90:21 93:23 95:8
107:14 108:23
115:21,25 118:19
132:11 133:7
187:2 192:7 205:3
216:16,18 219:16
245:21 248:16
249:13 258:22
260:11 270:18
319:21
**considering** 105:12
**consist** 222:21
**constantly** 45:13
47:13
**constituent** 164:1
**constitute** 10:17
**consult** 19:14
227:15
**consultant** 33:16
36:18 39:25 40:2
**consultation** 34:20
40:11 257:14,17
257:20

**consultations** 34:21
**consulting** 36:1
255:20,23
**consumption**
250:21 251:3
**contact** 31:9,12,15
31:17 40:8
**contacted** 29:22
40:17 41:12
**contain** 313:3,3
316:24
**contained** 208:14
**contains** 34:6 54:5
**contemplated**
204:21
**contents** 237:12
238:5
**context** 11:3 52:2
69:6 109:15
126:10,15 128:21
129:15,18 131:15
140:19 158:25
159:25 168:3
175:3,9 187:3
204:10 229:2
288:20 289:20
293:5,9,10 307:5
**contexts** 134:3
155:14
**continually** 145:2
**continue** 75:14,16
139:21
**continued** 29:5
215:12,12 240:19
**continues** 75:22
**continuing** 75:8
**continuum** 190:20
191:2
**contract** 40:3,4
123:10 159:23
160:12
**contributes** 176:4
**control** 53:22 54:1
123:25 124:7
125:15 128:7
130:19,22 144:16
156:7,9 245:10

287:3,6,11,15,23
287:23 288:22
291:24 292:6,23
293:15,22,24
294:4,9,14,15
295:6,20 301:20
303:24 307:24
311:11 312:15,20
314:4,10,20 315:1
**controls** 142:20
232:14 289:15
300:18 301:8,10
304:22 305:13
306:18 307:2,4
311:2 312:19
313:16 314:14,19
314:21 315:2,13
**controversial**
131:14 140:9
303:20
**controversy** 180:9
180:15
**convenient** 183:23
184:2
**conversations** 42:2
52:10
**convince** 173:1
**cook** 316:13
**copied** 283:23
284:10,10
**copies** 8:25 48:7
61:2 111:14
**copy** 8:19,23 9:5,7
34:7 46:22 218:25
220:14,17,24,25
221:12 222:10,13
222:16 223:2
233:11 234:10
262:1,3,11,14,17
**corners** 94:6
**corporations**
252:12
**correct** 10:3,14
12:3 18:2,3 20:7
20:23 21:25 22:3
27:10 29:7,11
32:16 33:21 37:20

39:22 41:14 43:8
48:4 49:12 58:2
60:17 64:20 66:9
67:2,7 68:2 69:3
69:17 74:2 79:20
83:18 87:4 96:6
97:14,16 98:6
105:5,6 108:16
110:1,2 116:13
125:8,12,19
127:21 129:12
134:14,23 135:8
136:4,13 142:9
146:5,12,16
150:13 158:5,13
161:2 165:3
176:10,18 177:4
179:5 181:20
186:12 194:16
196:1,2 197:4,7,9
197:13 199:15,25
200:14 208:20,25
209:17 211:14
212:16 217:1
218:7 229:22
234:16 240:14
246:16 258:15
260:22 264:19
266:24 271:13
277:15 279:4
281:5 283:25
291:25 297:13
298:2 304:2
305:10 306:3,18
306:22,23 308:21
309:18 317:20
319:5 333:7
**corrections** 331:4,7
333:9
**correctly** 22:11
148:24 150:21
172:20 230:22
231:10
**correlates** 286:24
**correlation** 11:22
12:18 13:23 14:18
252:9 254:2,22

correspondence
  200:16
counsel 2:14,21
  29:8 41:25 47:24
  52:11,18 55:3
  86:4 318:11
  328:25 330:11,12
count 64:11 65:13
countries 151:1
country 129:2,13
couple 12:14 57:13
  69:24 211:10
  226:15
course 11:3 38:4
  54:2 73:1 89:5
  126:7 212:10
court 1:1,18 5:9
  36:10 37:9 330:19
  330:21 331:19
cover 274:11,11
covered 202:20
create 117:14
  294:18,23 296:15
  296:18 297:11,25
creates 226:11
creating 298:5,6
criteria 295:16
critical 175:9 210:8
criticisms 145:24
criticized 321:1
critique 253:24
cross-referencing
  116:22
current 108:9,13
  199:3 200:22
  257:12 259:7,8
  290:23
currently 48:15
curriculum 3:15
  47:2
cursorily 57:12
cut 213:5 217:12
  325:17
CV 32:10 33:24
  34:3,5,11,11,13
  34:15,16 37:18
  38:2 39:6,8 46:22

47:6,7,13
cyclophosphamide
  245:10

D

D 2:23
D.C 1:13 2:20
daily 74:21 325:5
data 7:5 10:6,10,18
  10:21,21 11:2
  17:7 19:3 20:14
  20:18 21:11,14
  24:19 25:22 43:4
  48:12,18 50:10,13
  51:8,12 57:10,10
  63:11 67:4 70:1
  72:15,16,17 74:8
  74:12 75:2 78:6
  78:15 79:11,24
  80:18 81:25 82:1
  87:2,8,9 88:4,8,14
  88:17,21 90:10
  91:16,17,17,18
  92:3,5,7,14,17,19
  92:23,24,25 93:11
  93:12,13,14,16
  95:7,9 102:2,20
  103:9,12,16,20,21
  105:21 107:22,22
  108:2,4,6,9,13,17
  108:18,22 109:6
  111:7,8,22,23
  112:1 113:3,4
  114:14,15,21,25
  117:17,19 132:1,2
  132:4,10,14 133:3
  133:7 135:2,4,11
  135:12 138:6,14
  138:25 139:2,4
  142:12,12,14,15
  142:19,22,25
  143:3,16,20 144:3
  144:19 151:11,20
  155:10 157:15
  164:5 166:15
  169:7 170:8,12,14
  170:15 172:8,12

173:6,8 174:13
  176:1 177:10
  178:21 179:17,17
  179:20,24 180:8
  180:25 181:15,18
  182:4,5,7 183:16
  183:16,18,20,22
  184:15 185:4,9,10
  185:22,25 186:5,7
  186:9,24 187:2,3
  187:9 188:6,8,9
  189:10,12,17,20
  192:5,21 194:6,7
  194:10,16,17
  195:2 196:19
  197:22 199:8,14
  199:23 201:4,8,14
  201:16,17,18,21
  201:23,25 202:1,2
  202:21 203:15,16
  205:7,7,8,24
  206:14,24 208:8
  208:13,14,15,17
  208:21,23,24
  209:1,13,14,15,16
  209:20 210:7,8,9
  210:10,16,23
  211:2,5 216:11
  217:17,18 225:11
  226:25 227:2
  228:17 230:8
  233:15,18,21,22
  234:5,7,8,9,10,14
  234:17 238:7,23
  239:3,4,8 240:20
  241:8,10,15,18,23
  242:2,4,7 243:14
  243:18,23 248:16
  252:19 255:16
  256:13 269:1
  271:3,3,14 274:6
  280:17,25 281:5,6
  281:14,15,18,20
  282:1,2,5,12,21
  283:1,1,3,11,17
  284:7,12,13,14,23
  285:2,4 286:4,7,8

286:14,22 287:6
  287:11,15,23,24
  288:22,22 289:3,5
  289:13,18 290:12
  291:6,24 292:6,23
  293:1,8,13,15,22
  293:24 294:4,7,9
  294:14,15 295:4,6
  296:6,10,19 297:1
  297:5,12 298:10
  298:24 299:4,7,8
  299:10,11,23
  300:6,7 301:13,20
  302:2,5 303:15,25
  304:6,10,13,22
  306:1,9,16 307:11
  307:24 309:1,12
  309:14,15,16,24
  310:9,14,22
  311:11,18,23
  312:21 313:16,22
  314:4,11,15,21,22
  314:22 315:1
  317:7 319:8 320:7
  320:11,13,23,25
  328:1
database 14:23
  37:16 259:7,8
date 1:14 4:9 28:20
  29:19,25 30:10,10
  31:8,12 43:7,17
  44:15,17 73:16
  119:22,25 230:15
  261:7,11 268:1,21
  269:11 330:8
  331:9 333:15
dated 30:14 260:25
  285:25 330:23
dates 38:7 232:6
  261:1 278:24
Dave 263:1
David 2:7 4:20
david.wool@and...
  2:7
Dawley 244:14
  245:2,3 277:8
day 43:20 45:6,6

50:20 51:2 86:23
  87:19,23 158:7,12
  176:12 250:11
  333:19
days 49:15 50:1,16
  59:3,8,10,13 60:7
  60:14,15,18,24
  62:20 112:12
  204:25 239:7
  246:12 331:15
DC 4:13
de 161:8
dead 17:20
deal 255:11
debate 150:25
  297:20
decades 11:10 12:8
  156:19
December 6:25 7:3
decide 76:9,25
  103:8,18,23
  104:13 106:10
  107:12 123:20
  179:7 215:13,14
decided 107:4,9
decides 77:4
  127:14
deciding 75:13
  103:8
decision 106:12
  108:10,14 140:22
  157:14 186:18
  193:3 231:13
declining 250:24
  251:1
decreased 250:9
deemed 331:18
defects 324:2
Defendant 2:21
defined 140:6
definitely 262:10
definition 122:18
  209:15 249:10
degree 88:20 89:6
  90:12 173:19
delayed 59:22
deliberate 75:2

104:19 114:13
144:10 172:4
175:23 290:13
**deliberated** 85:23
92:25 180:22
281:8
**deliberating** 151:6
274:16
**deliberation** 17:6
21:12 78:14 79:12
79:16 85:2 89:3
89:22 93:4 96:1,4
122:12 153:20
171:20 172:3
175:10 177:20
186:16,23 215:13
279:21 282:20,22
287:18 293:6,7
300:8 310:20
**deliberations** 10:22
24:6 25:5 167:9
168:13 179:11
181:1 182:3
185:23 187:15
246:9 306:10
**delineated** 172:18
**department** 257:1
257:6
**depend** 94:19
101:2
**depending** 14:25
24:18 120:15
127:12 189:6
255:5 311:7
**depends** 15:25,25
16:1,2 17:23 24:2
75:17,22,25 76:1
76:17 121:14,19
127:15 140:19,20
157:6
**DEPONENT** 3:24
333:2
**deposed** 37:12,14
37:15 38:12,19,20
**deposes** 5:17
**deposing** 331:14
**deposition** 1:10

3:18 4:5,11 22:22
37:9 47:22 329:20
329:21 331:3,12
331:16,17
**depositions** 43:3
**deps@golkow.com**
1:21
**depth** 196:4
**derived** 247:10
**describe** 52:5 54:3
119:17
**described** 42:15,15
134:4 135:17
136:5 174:21
177:24 201:5
235:25 237:3
290:7 294:21
308:8
**describing** 78:21
**Description** 3:8
**descriptions** 120:9
**deserve** 228:17
**design** 153:23
156:20 157:1,3,5
157:12,24 158:3,4
158:11 160:6,17
160:25 165:6
226:11 228:16,20
230:2,8 316:21
320:6
**designated** 27:14
154:1
**designation** 110:6
247:12 274:22
**designed** 156:12,13
159:15 163:16
**designing** 156:23
160:4 162:2
**designs** 225:6
**desirable** 257:4
**desired** 54:17,20
**detail** 23:9 49:9
108:4 246:19
**details** 67:4
**detained** 59:22
**determination**
158:22 192:25

195:15,22 265:24
294:5
**determine** 7:10
19:18 171:12,14
171:15 178:9
299:23
**determined** 328:18
**determining** 173:9
293:25
**develop** 104:19
172:9
**developed** 6:21
111:6 297:19
**developing** 17:8
**development**
175:17
**develops** 176:23
**device** 39:20 262:6
**diabetes** 327:9
**diagnose** 190:15
**diagnoses** 123:12
127:21 128:5
180:23 181:5
188:14 190:13
191:7
**diagnosis** 127:24
144:10 151:14,17
152:10 153:12
156:3 191:11
**difference** 242:19
**differences** 123:18
123:19 257:11
**different** 19:13
34:10 39:5 55:25
122:7,10,11 125:4
125:5 130:9
137:13 149:19
155:14,14 170:8
177:10 237:13,16
238:6 242:4
245:12 253:5,15
253:16 256:11
261:20 280:12
282:3,23 289:12
293:23 294:6
295:8 297:3 298:9
298:16 312:3

314:18 322:10
**differently** 151:2
**differing** 155:5
**difficult** 139:20
**digital** 220:21,23
220:25 221:3,12
221:23 233:11
259:11,18,20
**digitally** 219:24
**Diplomate** 1:15
330:3,17
**DIRECT** 5:22
**direction** 321:18
**directly** 175:13
**directory** 63:2
235:23
**disagree** 287:21
288:7 291:1,4
292:3 293:17
294:13 296:12
**disagreeing** 152:13
**disagreement**
127:23 128:4
144:9,13 151:14
152:9,13 153:4,11
154:3,5,25 190:8
190:11 216:6,14
269:9 294:17,22
295:10,17
**Disc** 4:4 133:14,18
258:3,7
**disclose** 34:19
37:10 90:15 91:9
**disclosed** 252:13
**discount** 269:19
**discoverable** 35:22
36:11
**discovered** 52:20
273:16 321:11
**discovery** 16:21
17:10,13,15,16
52:14
**discrepancies**
205:11
**discuss** 9:19 10:1
11:5 19:21 21:3
89:15 312:18

**discussed** 10:12
11:4 20:4 23:14
23:19 83:22
113:14 116:25
123:19 205:3
251:24 265:1
**discussing** 155:9
306:15 307:2,4
**discussion** 251:13
251:16 272:22
281:4 287:22
293:8 300:13
301:2 306:2
321:20
**discussions** 214:3
**disease** 152:21
169:21
**diseases** 152:20
**distant** 289:17
**distinction** 120:24
207:21
**DISTRICT** 1:1,1
**diverse** 14:6
**divided** 134:11
**Division** 261:11
**Doctor** 5:25 7:11
9:4,9 43:25 67:21
70:24 71:6 72:8
73:13 76:5 80:10
81:23 95:6 99:6
110:24 117:12
121:23 133:21
152:7 157:17
160:6 174:8,17
193:19 235:2
253:5 258:10
263:21 272:23
312:4 318:7
328:23 329:17
**document** 1:5
27:23 28:1,15,18
47:19 49:19 91:22
219:12,23 220:2,2
220:11,22,24
235:17 240:4
261:22 262:9,12
262:20 263:22

264:1,13 266:7,9
266:12 267:15,16
267:19,21 268:12
271:17,19,21
272:8,16 275:19
275:22 276:11,22
276:23 277:14,16
281:21 282:23
288:3 307:10
**documentation**
27:8 59:20 82:5,9
277:1,24
**documentations**
27:5
**documents** 45:20
46:12 49:18,22
54:18 60:6,12
99:10 100:12,12
223:21 227:4
260:5,11,12 265:1
274:7 286:6
290:12 308:4
312:11,18 313:2,9
313:15,18
**doing** 95:15 126:16
141:25 155:2
167:17 172:6
189:19 192:4
244:16 253:18
255:16 258:20
259:14 298:17
317:11 331:8
**donations** 252:11
**donors** 252:2
**dose** 249:19,25
250:9,23 251:1,3
**doses** 248:14
**doubt** 154:4,6,22
154:24 201:13
219:17
**Dr** 3:9,18,19 4:5
47:22 116:24
117:3,24 118:3,4
217:23,23 315:18
329:13
**draw** 75:21 240:5
**drive** 2:8 113:18,21

**driver's** 62:6
**drug** 173:3,7
**drugs** 325:4,7
327:7 328:5
**due** 6:22 226:14
250:20
**duly** 5:15 330:5
**DVM** 1:11 3:9,13
3:14,16 5:14
330:5 333:15

---

### E

**E** 2:1,1,23,23
266:18 284:5
332:1
**e-mail** 262:15
263:9
**earlier** 44:22 86:9
87:1 109:11
136:19 195:16
212:1 219:4
221:10 224:7
231:17,18 264:14
265:10 267:23
301:22 308:25
**early** 259:18,19
**easier** 33:13 295:7
**easy** 153:7 159:17
236:14,18 237:18
237:21 272:3
**eating** 250:24
**editor** 130:1 141:15
141:21,23
**editors** 133:6
**education** 21:24
99:21
**effect** 9:13 17:20
22:15 23:21 25:2
73:8 145:18
163:13 164:7
167:20,22,23
170:19,21 173:13
178:4 179:3,7
181:19 182:2,9
189:3 193:1
195:23,25 199:9
199:13 202:22

203:19 205:18
207:17 208:12
213:15,16,20,24
214:23 215:6,15
215:22 225:14
248:17,18 253:9
264:19 268:18
294:1 300:19
322:9 324:13,18
324:20 325:2
326:14 328:10
**effective** 323:4
**effectively** 320:9
**effects** 15:1 175:21
175:22 178:6,10
196:5 202:3
205:21 226:16
245:15 248:20
**eight** 95:25 178:13
178:15 186:20
187:3,8,12 192:7
222:23 281:10
295:14,16 321:20
**either** 46:13 123:9
134:1,3 167:24
175:13 227:6
236:5 256:1
**eklenicki@hollin...**
2:18
**EL** 248:16
**electronic** 49:15
60:5 111:22 227:6
**electronically**
113:17,20
**element** 19:20
**elevator** 54:10
**else's** 117:16 155:4
**emphasize** 114:25
**emphasized** 286:17
**employ** 290:19
**employed** 290:2
**employee** 330:11
330:12
**employees** 214:4
215:8
**employer** 257:12
**empty** 60:8

**encouraged** 228:5
**endeavor** 75:14,22
76:15
**endeavors** 75:16
**ended** 178:7
**energy** 144:22
**engineer** 101:16
**engineering** 187:24
187:25 188:5
**engineers** 188:3
**enhance** 101:11
234:13
**enhanced** 234:8
**enjoy** 183:7
**enjoyed** 241:4
242:18
**enjoying** 183:11
**ensure** 139:24
**enter** 62:12
**entire** 35:3 220:22
220:24 227:15
259:16 262:12
**entirety** 111:18
233:12
**entities** 156:10
196:17
**entitled** 27:24 42:7
47:20 77:21 78:23
103:4 136:22
**entity** 152:25
163:17 166:10
169:20 213:13
255:14
**entries** 41:17
285:19,21,23
**entry** 235:9
**EPA** 3:21 197:21
214:4,4,21 215:4
215:8,21,24 216:2
216:11,12,14,17
216:24 217:6,24
260:6,10,12,13,25
263:7,22 264:18
265:14,18 266:3
266:13,22 267:12
267:15,18,24
268:4,13 312:10

313:15,18 314:2
**EPA's** 214:11
265:24
**epidemiologic**
170:4 173:8
**epidemiological**
169:7
**epidemiologist**
168:22
**epidemiology**
168:21 169:1,3,5
169:10 170:4,23
**equal** 77:14
**equals** 284:5
**Eric** 31:20
**Erica** 2:17 4:25
**errata** 3:24 331:6,9
331:11,14 333:11
**error** 322:24
**especially** 229:13
**ESQ** 2:3,7,11,16,17
2:18
**essential** 210:9
**establish** 36:3
**ethical** 256:19
**ethically** 256:17
**ethics** 254:19
**Europe** 151:1,5
**evaluate** 105:15,21
111:8 112:16
141:15 167:6
183:8 187:7,16
252:18 297:24
299:9 320:8
**evaluated** 19:16
117:18 163:1
164:5,23 218:4
229:1 252:22
**evaluation** 281:1
291:23 292:5,22
293:15 295:6
324:25
**evaluations** 92:21
143:6 322:25
**evidence** 9:12
20:25 22:14,18
23:21 24:7 25:11

Confidential - Pursuant to Protective Order

74:18 77:25 78:2
78:3,5,12 80:13
81:9,15 92:18
132:23 170:5
176:4,13 179:2
214:22 215:5
327:3,21
evolving 75:9
exact 29:25 103:9
281:20
exactly 19:23 31:13
65:14 66:11,11
71:13 175:15
230:20 236:2
237:5 244:16
253:22 303:9,10
examination 5:22
153:13 243:15
330:5
EXAMINATIONS
3:4
examine 48:16
68:11 74:8 123:12
190:1 259:1
examined 28:21
92:5 99:10 157:22
196:4 213:3,6
242:7
examining 252:7
example 19:1 42:9
51:3 54:6 95:18
95:20 112:8
115:18 116:23
117:24 125:21
127:16 132:3,10
133:3 138:11,12
138:13 141:14
152:14 154:4,7
156:7 163:22
171:11 189:14
197:19 240:17
253:11 255:18
289:13 293:21
300:10 317:3
318:22 323:23
324:4,7 327:1,5
328:7,9,13,17

examples 92:7,18
92:22 93:6 95:7
95:22 323:24
Excellent 30:25
exceptionally 10:6
10:9,18,20,24
11:2
excipient 166:16
excipients 166:9,14
exclude 33:7
318:12
excluded 107:20
209:6
excuse 34:1 106:24
312:12
Exhibit 8:15,19
25:17 27:9,20
28:2 32:6 43:23
46:19 47:15 227:5
234:19,25 261:15
261:18 263:18
264:6
Exhibits 3:7 30:6
exist 113:24 190:24
existed 51:21
195:15,22
exists 133:4 166:21
191:2
expect 8:6 11:22
22:23 37:21
101:16 134:21
149:23 150:5
157:8 168:23
210:22,24 314:2
320:24
expectations
107:24
expected 165:24
307:25
expense 151:23
experience 11:12
12:4,18 13:22
15:23 21:8,24
26:17 27:16 76:20
86:7 99:1,21
102:12 125:10
137:4 138:15

139:2 144:6 166:8
190:17 205:14
225:19 324:12
experiment 18:8,14
18:17,17,22 19:12
19:13,15,16
137:21 316:16
320:6
experimental
156:14 158:3,4
159:20 161:12,15
165:6 228:20
230:8
experiments 19:18
138:14 172:7
255:16 316:12
319:20 322:14
expert 3:9 7:4
22:17 32:15,17
35:1,4 36:1 43:3
55:23 72:15 83:24
92:12 101:7
104:20 119:2
159:7 168:12,17
184:11 197:3,5,10
227:13,20 270:5,9
270:14,18 273:20
274:16,21 276:3
277:17 278:6,15
280:5 281:8,15
282:6 283:3
286:22 308:12
310:24
expertise 127:1
156:22 227:11,25
228:9,11 305:16
experts 116:18
118:24 119:2
196:3,13,14 197:4
197:12 198:15
199:19 200:10
210:2 213:3 301:4
expires 333:20
explain 77:8 89:14
92:1 159:2 190:18
248:5
explained 154:20

explanation 61:14
191:18 326:6
explore 199:18
exposed 173:3,7
exposure 132:15
expound 122:24,25
express 91:13
expressed 90:11
198:6 268:24
expression 199:11
extent 40:18 41:24
52:10 55:2 98:3
185:7 229:7
external 125:4
extremely 76:4
289:14 321:9
325:11,20

_____

### F

fact 149:1 159:18
203:4 213:15
250:22 264:1
281:10 298:15
328:12
facto 161:8
factor 140:2,7,25
factors 299:9 300:3
factual 294:16,21
fail 331:17
fair 7:17 10:25 12:2
14:1 19:21 20:12
21:13 22:2 23:12
24:23 41:13 44:7
69:10 73:13 74:1
74:25 75:19,19,24
80:5 88:13 97:22
105:13,19 108:4
116:12 119:10
120:17 125:11
126:22,22 146:9
156:1 157:16,21
158:2 161:1 164:3
168:14 171:5
180:13 188:10
198:1,11 200:20
201:12 220:6
255:6 259:24

269:16 283:10
292:7 299:24
305:22 314:8
316:6
fairly 148:25
faith 293:23 298:8
fall 109:21 168:24
falls 267:21
false 322:7,24
323:2,6,8
familiar 6:24
152:24 211:22
264:10,12 281:22
290:1,6,17
familiarity 229:15
far 31:3 191:23
192:11 212:16
235:8 271:25
305:4
farther 289:5
fault 134:9
favorite 102:24
fax 1:21
feasibility 224:14
federal 252:3
256:15
federally 256:10,12
feeding 175:16
feel 37:10 102:18
131:16 144:20
159:18 229:9
307:10 308:5
feelings 265:7,9
fellows 293:16
felt 55:8 178:9
214:21 224:8
327:2
female 302:13,24
females 300:19
field 17:14 27:18
129:22 168:25
187:25 225:24
227:11 251:17
256:7 301:15
figure 153:13
270:22
file 235:16

filed 44:19
fill 61:21
filled 61:1,6
final 86:23 186:17
  213:19,24 265:24
  266:16 295:18
  306:2
finances 137:12
financially 330:13
find 7:15 12:1
  22:17 46:7 63:21
  132:22 144:7
  148:21 151:22
  179:6 235:21
  243:6,7 253:9
  292:21 304:8
  305:12
finding 62:24
  154:25 159:12
  169:9 170:25
findings 125:22
  155:25 156:1
  324:17
fine 13:15 80:6
  88:19 134:17
  199:5 201:11
  209:4 224:18
  228:22 312:3
finish 60:23 75:3
finished 81:6
  203:21
finishing 241:17
firm 15:16 31:24
  32:2
firms 15:15
first 5:15 12:15
  19:4 28:3 29:22
  31:9,12,15 43:20
  45:6 51:20 52:6
  70:16 78:11
  115:12 122:15
  127:5 128:10
  130:5 157:17
  178:23 181:14
  182:1 211:11
  232:19 235:7
  238:16 240:7,7

244:4,19 246:17
250:16 263:25
292:18 300:25
309:6 310:6 316:6
320:9 321:19
fits 262:9
five 9:21,23,25
  10:11,17 20:5
  21:15 25:8 30:12
  57:7 69:23 97:24
  98:1 203:25 233:6
  236:9 273:1,11
  277:10 278:3,12
  278:14 289:4
  327:23 329:3
floor 54:11
flow 104:6
focal 190:21
focus 15:19 148:13
  191:20 243:14,15
  254:6
focused 41:10
  170:18 272:9
  274:14
folks 215:4
follow 14:15 92:3
  120:24 141:22
  142:1 172:20
  176:19
followed 92:4
  232:1
following 19:12
  85:8 118:2 214:8
  215:24 265:14
  277:20
follows 5:18
food 250:20,23,24
  251:3
football 102:25
forced 321:2
foreclose 37:1
foregoing 330:7
  333:6
forget 103:9 119:17
  325:10
forgot 246:25
  248:3

forgotten 248:3
form 21:4 25:18
  61:6 79:24 80:16
  83:9 84:2 85:13
  94:17 100:19
  111:10 113:23
  114:6,7 122:3
  126:17 128:15
  131:12 138:22
  145:21 173:16
  180:18 184:7
  187:5 188:11
  213:17,23 216:7
  220:15 221:3
  227:7 269:3
  273:25 280:12
  282:3,4 284:17
  297:9 299:18
  309:19 316:17
  333:10
formal 155:7,21
  162:5
format 221:4 276:9
formed 286:9
forms 6:21 60:25
  111:8
formulate 66:17
  72:13,14 82:7,16
  83:3 114:14,16,21
  201:16 241:19
  281:7 286:16
formulating 284:15
  299:4
forth 269:10 330:9
forum 131:23
forward 21:23
  99:23 230:9
forwarded 113:15
  151:15
found 52:25 179:2
  194:9 205:9,10
  237:19 243:8
  284:4,11 301:21
  308:10
foundation 25:6
  26:4 99:19
four 12:7 33:5 35:5

38:18 39:7 59:13
  94:6 226:21,21
fractions 84:14
frame 86:4,5
  149:19
free 130:15 131:21
  294:8
frequent 40:2
frequently 227:16
FRIDAY 1:7
front 17:1 30:12
  84:19 262:4,18
  281:17 323:7
frustrating 320:4
full 6:2 17:7 23:24
  33:24 60:23 114:6
  114:7 167:7
  292:18 301:1
  321:19
FULMER 2:10
funded 254:17,25
  255:14 256:2,9,10
  256:12
funding 16:3 17:25
  76:1 251:14,18,22
  252:1,7,9,13
  253:3,8,16 254:2
  254:3,23 255:13
  255:13 256:18
Fungicide 261:10
funny 292:12
further 76:7,14
  300:17 330:7,10
future 76:22 246:8
  268:23 269:13
  279:17

————————
G
————————
G 2:18,23
G-i-k-n-i-s 285:18
gather 72:20 75:1
gathered 88:1,4
  107:20 108:1
  112:12 113:3
  189:11
gathering 87:8
  88:2,3

gathers 84:5
Gay 2:23 5:7
gears 180:3
gene-tox 239:17
  240:1,11,20,23
  244:5 245:17
  272:5 273:13
  278:9
general 7:9 11:6,19
  11:21 12:16 14:10
  15:12 16:16 23:1
  24:5 38:8 41:6
  62:5 106:2 116:8
  126:2 127:7
  131:15 133:3
  137:14,18,25
  138:13 139:1
  142:1,13,18,23,24
  143:3 144:12,21
  150:18 151:12,18
  170:14 226:6
  290:4 302:21,22
  303:1,6,16 307:25
  308:2 316:7,10
  317:12 323:3
generalities 289:23
generalization
  137:16 293:12
generally 7:8 13:22
  38:3 63:5 127:2
  136:9,23 153:25
  170:11 190:4
  191:25 290:9,20
  291:16
generally-accepted
  129:10
generate 17:14
  94:24 138:6
  260:20
generated 139:2
  212:12 295:13
generic 95:17
genetic 174:6
  247:20,21
genotox 239:4,5
genotoxicity 57:11
  69:21

Confidential - Pursuant to Protective Order

getting 121:22
  132:24 232:20
  255:23
Giknis 285:6,16,16
give 6:5 7:4 38:6
  61:13 115:17
  122:17 138:17
  154:16 165:21
  182:19,22 211:15
  225:13 246:18
  260:4 287:19
  313:23 314:3
  326:25 327:4
given 33:13 47:19
  63:6 136:20
  156:21 223:23
  238:17 319:9
  321:17 333:8
gives 38:5,8 131:5
  175:11 247:14
  296:2,6
giving 80:4,8 92:6
glad 7:18 8:9 9:1
  115:8 223:8,17
gland 248:23
glean 242:20
globo 28:2
gloss 244:21
GLP-1 327:10,11
glucagon-like
  327:10
glyphosate 7:10
  9:12,17 11:7 12:5
  17:5 20:15 21:2
  21:18 22:14 23:20
  24:8 35:7 39:9
  40:19,23,24 41:8
  41:12 73:7 112:17
  132:3,14,22
  161:21 163:6,9,10
  163:14 164:3,8,14
  164:16 166:3,11
  166:23 167:2
  178:12 191:24
  202:3 224:10
  225:5 226:3 246:4
  248:18 249:5

259:21 265:2,19
  265:25 266:8,14
  266:21,23 267:11
  268:18 269:25
glyphosate-like
  166:11
glyphosate-medi...
  178:5
go 8:18 9:19 13:6
  18:18 19:7 20:1
  22:2 23:8 30:3
  44:14 46:16 47:18
  53:10 54:17,22,23
  54:25 56:12 61:17
  62:24 63:2 70:15
  82:24 91:6 97:3
  100:23 102:8
  107:11 110:10,12
  110:13,17 112:19
  118:5,9,10 119:3
  122:21 125:20
  129:14 134:22
  136:6,10 141:12
  150:18 159:2
  184:25 185:8
  186:23 190:20,20
  191:13 192:22
  194:12 204:22
  205:23 206:7
  211:9 215:24
  230:9 234:22
  238:15 239:14
  244:3,25 259:4
  260:3 261:2
  263:10 266:17
  270:2 280:4,19
  292:19 300:10
  304:11 309:4
  311:9 312:5 313:1
  317:25 318:16
  321:8
goal 128:8 131:9
  249:2 317:13
goes 13:12 99:3
  121:25 253:5
  300:18
going 7:12 30:4

36:2 46:23 49:8
  54:22 56:5 70:4
  70:12,19 86:3,5
  100:23 101:6,7
  118:24 121:6
  125:23 128:14
  131:22 133:13
  141:11 158:19
  172:13 180:3
  181:24 184:5
  193:13 194:12
  205:4,25 208:3
  211:15,16 230:16
  230:24 231:7
  232:5 234:24
  239:9,11 240:3
  249:23 258:2
  262:5,8 263:14
  270:4,24 277:7
  279:1 282:24
  292:19 311:14
  312:23 318:2
  329:8
Golkow 1:20 2:24
  5:8,10
good 5:25 6:1 8:1,5
  9:8,23 18:23 48:5
  54:21 56:2 70:13
  80:22 89:12 100:5
  104:7 105:22,23
  109:17 110:7
  129:9 139:19
  141:11 143:1
  148:3 150:6
  165:13,22 176:12
  193:18,21,23
  208:1 257:23
  264:7 281:4
  282:21 283:8
  293:22 296:25
  298:8,13 299:6
  304:5
government 40:5
  252:2,7
graduate 115:19
gram 245:6
grants 256:15

great 132:3 187:25
greater 79:13
  112:9 136:23
  137:7,8 323:1
greatness 16:9
Greim 49:7 135:7
  182:15,18,25
  183:12,19 185:6
  185:25 194:23
  201:24 205:9
  206:25 208:10,13
  208:24 209:2
  234:7 242:22
Greim's 48:19
  71:22,25 72:5
  135:4 179:24
  185:22 194:18
  233:18,20 234:14
  234:17 242:9
ground 212:11
group 8:3 68:25
  130:6,9 135:14
  153:16,22 161:8
  182:6 213:7
  217:17 218:2,3,11
  221:23,25 222:2
  222:12,16 223:3,7
  223:14 224:4
  232:10 245:4
  253:7 267:17
  287:3 322:19
groups 127:25
  226:13,19,21,23
  290:3,8,18 291:9
guess 38:13 55:11
  105:9 118:22
  148:10 150:15
  212:7 219:21
  224:24 230:17
  231:5 303:13
  316:1,8
guessed 232:2
guidelines 266:22

_____
**H**
_____
H 2:23
half 59:13,23

halfway 292:20
hallway 159:16
hand 18:20 80:12
  82:1,1 103:11
  105:19 106:12
hands 220:4
handwritten 3:20
  66:4,6,24 67:24
  148:19,22 234:15
  234:18,23 239:10
  244:7,9 286:23
  304:12 309:25
happen 14:17 39:2
  86:3 105:24 213:8
happened 54:4
  220:20
happens 17:9
  172:21
hard 37:13 84:4,15
  131:14 132:24
hate 311:9
head 28:25 72:22
  231:20 270:21
  311:21 312:22
  324:15
headed 71:8 73:15
heading 257:6
hear 94:17 205:20
heard 251:23
hearing 6:24 7:3,8
  22:24
Heather 2:16 4:22
held 1:11
help 34:3 38:2 39:9
  50:17 81:3 92:8
  113:11 236:21
  243:14 301:20
helped 66:16
  186:10 243:13
helpful 51:11 55:8
  55:22 56:17
  104:12 108:7
  139:12 173:9
  183:19 185:7
  205:19 243:11,24
  246:21 300:4
helping 158:10

**helps** 34:8 226:1
**hereinbefore** 330:9
**hides** 292:13
**high** 79:6,10
  105:23 131:3,5,11
  131:16 137:7
  138:14 139:4,16
  139:24 142:11,12
  143:1,5 250:18
  254:18 256:19
**high-dose** 213:12
**high-impact**
  256:14
**higher** 137:18
  302:14,14 305:2
**highest** 147:22
**hindsight** 80:9 87:6
**hired** 153:15
**historical** 165:23
  199:23 271:3
  280:17,25 281:5,6
  282:1 283:17
  284:23 285:1,3
  286:4,8,14 287:6
  287:14,23 288:21
  289:18 291:24
  292:5,22,23 293:1
  293:13,15,22,24
  294:4,9,14,15
  295:6,20 296:6,18
  297:1,5,12 298:23
  299:4,7,7,23
  300:6,7,18 301:8
  301:10,20 302:2,5
  302:16,19 303:25
  304:6,9,13,22,22
  305:2,13 306:1,9
  306:16,18 307:2,4
  307:24 309:23
  310:9,14,22 311:2
  311:11,18,23
  312:15,19,20
  313:16,16,22
  314:3,10,11,14,15
  314:19,22 315:1,1
  315:13 323:20
**history** 178:17

**hitting** 311:11
**Hogan** 211:17
**hold** 181:13 321:13
**Hollingsworth** 1:12
  2:16,18 4:23 5:1,3
  5:4 54:7 223:24
  273:3
**home** 6:7 220:12,18
  220:24 221:3,12
  221:21 222:4,6,7
  227:9
**honestly** 81:21
**hope** 308:20
**hoped** 244:17
**hopefully** 18:23
**host** 193:22
**hour** 59:23 70:13
**hours** 42:23,25
  49:14 58:24,25
  60:19 204:25
  245:8 272:24
**housekeeping**
  46:17
**hpigman@hollin...**
  2:17
**Huh-uh** 282:10
**human** 125:5,7,9
  169:23 171:15,21
  297:23 324:22
**humans** 130:10
  171:8,21 173:13
  322:9 324:13
  325:14 327:3
  328:12,14,18
**humidity** 319:22
**hundred** 222:25
**hung** 298:14
**hyperplasia** 190:21
  191:3
**hypersensitive**
  154:14
**hyphen** 235:10
**hypotheses** 79:19
**hypothesis** 157:21
  157:23 158:1
  160:20,23 161:17
  171:17 255:5

  295:2,3 320:8
**hypothetical**
  320:12

___

**I**

**IARC** 196:16 197:8
  198:15 199:20
  200:10 290:2,7,18
  291:9
**IARC's** 291:20
**idea** 18:4 54:22
  55:12 56:4 70:6
  140:2 157:21
  216:17 227:1
  279:15
**ideal** 289:6
**identical** 47:7,9
  191:10 221:8
  327:18
**identification** 8:16
  27:21 30:7 46:20
  47:16 98:13
  127:16 234:20
  263:19 276:12,23
  278:2
**identifications**
  97:17
**identified** 57:22
  58:15 71:6 97:21
  100:4 102:9
  197:16 264:2
  273:17 275:3,10
  281:16 286:25
**identifier** 275:19
  275:22
**identifiers** 278:11
  279:14
**identifies** 247:19
**identify** 4:15 30:3
  45:10 46:24 47:2
  67:3 93:19 98:15
  99:6 110:8 128:8
  178:4 216:3
  234:23,24 235:4
  236:15 237:21
  272:3 278:4
**identifying** 37:2

**identity** 72:8
**ignoring** 203:4
**II** 279:6 322:24
**IIA** 279:7
**Illinois** 1:16 330:20
**imagination** 124:19
  158:9
**imagine** 125:23
**impact** 76:7,13,16
  76:21,23 77:2,3,8
  77:11 130:22,23
  131:3,5,11,16,18
  132:6,8,11,15
  133:1,7 139:16
  140:2,5 141:15,18
  141:20 142:5
  147:1 251:17,22
  256:14
**imperative** 331:13
**importance** 288:12
**important** 21:12
  25:24 50:5,18
  85:2 91:25 92:15
  92:15 101:5 104:8
  106:18 108:10,14
  108:18 131:17,22
  136:15 137:3,25
  142:24 143:15
  144:3 159:1,25
  161:13 183:6
  185:7 187:12
  201:17 209:20
  210:7 227:17
  243:18 259:12
  274:18 277:25
  279:16 287:4,7,8
  287:9,11,17,17,24
  288:22,25 291:7
  300:7 309:1,3
  310:23 323:7
  327:5
**importantly** 188:9
**impossible** 21:6
  49:25 94:13
**impression** 231:17
  232:21
**improve** 139:13

**improves** 136:17
**inaccurately**
  244:23
**incidence** 49:5 50:8
  51:8 67:4 135:2
  135:12 180:25
  183:16,20 184:15
  187:9 189:6
  194:17 195:2
  201:18 202:1
  203:16 205:8
  206:14 208:13,15
  208:17 209:16
  210:10,23 211:2
  212:23 214:18
  215:10 233:21
  243:19 248:15
  277:17 280:17
  303:16 304:13,23
  305:15 308:1,13
  309:2,17
**incidences** 248:25
  296:3 300:17
  302:12 315:8
**include** 66:7 82:6
  90:8 97:22 135:12
  140:24 156:23
  157:2 169:6 194:8
  196:24 226:5,13
  242:7 248:8
  283:20 308:6
**included** 9:18
  28:23 32:5 34:15
  38:21 43:22 44:2
  64:23 65:22 91:14
  98:11 107:5,12,15
  111:15 113:13
  130:13 149:21
  179:18,21 185:10
  185:25 186:2,4,20
  196:7 225:3 227:4
  227:23 233:21
  238:23 247:23
  282:5
**includes** 64:9,25
  96:17 153:24
  216:11 234:25

including 8:21 9:6
38:14 40:25 90:21
92:22 115:25
182:1 217:16
221:21
incomplete 242:2,5
Incorrect 306:4
increase 325:25
increased 13:14
287:5,12,25
increasing 145:2
152:3
incremental 16:18
17:1
independent 19:16
19:18 219:10
226:8,9
independently
320:1
index 3:1 237:12
238:5
indicate 109:25
148:23 253:14
270:17 300:2
indicated 149:9
218:14
indicates 300:6
indication 149:4,20
150:1 165:22
225:13
indirectly 175:13
individual 19:15
24:19,19 38:7,22
38:25 48:11 50:10
50:13 72:17 77:4
77:9 78:10,18
94:20 95:18,19,25
106:9 108:1
118:13 129:1
140:22 143:7
165:9 167:12
175:1,2 176:22
178:17,18 193:2,2
193:5 195:25
196:1 199:22
208:15 216:23,24
225:21 229:2

243:15 264:17
289:21 294:8
327:16
individually 166:5
166:6
individuals 59:19
104:1 108:1 217:3
217:5 252:12
264:18 267:24,25
268:8,16,19,22
296:22
induce 327:15
inform 105:24
106:16 183:12,25
184:3
information 16:14
26:18,24 27:2,3
34:7,14,17,19,20
35:20 42:17 52:7
52:12 57:18 63:7
63:13 72:20 77:1
80:1,25 81:3,7,12
82:4,6,13,14,15
82:25 83:3,17,5
84:6 85:10 86:7
87:15 88:9 91:12
91:14 93:20 94:25
98:11,14,22 99:2
99:3 101:4,8,23
104:14 112:13,14
114:17 143:23
152:4 165:23
166:17 182:19
184:22 192:14
199:22 200:15,16
200:19 210:18
216:19 221:5,15
237:9 238:1
242:12 243:23
246:8,19 247:14
275:9 276:17
278:21 280:9,11
280:22 284:15
285:12 297:25
305:6 308:3,15,18
308:19,23 310:12
310:13 312:7

316:25 317:17,21
informed 55:17
183:13
informs 103:12
105:18 106:12
infringement 35:17
39:4,11
infringing 39:17
ingredient 164:15
165:19
ingredients 316:15
initial 106:13
158:23 160:7
191:25 212:15
265:15 269:1
initially 159:14
212:13 266:13,15
327:13
injection 245:9
input 229:20,24
inputs 295:14
insight 104:4
install 130:18
instance 104:23
117:15 146:9
instances 160:16
161:4 229:16,23
institution 18:11
138:16 255:19,21
255:24 257:3
institutions 15:13
15:21 137:11
138:6 142:16
145:14
instructing 94:16
instruction 63:1
238:20
instructions 63:5,7
238:17,18 331:1
instrument 39:18
intake 250:23
integral 228:16
integrity 155:24
256:7
intend 7:13 13:18
23:18 90:8
intended 125:16

326:12,20,23
intense 327:24
intent 57:13 68:9
117:10,11 245:19
246:9,10
intention 95:6
interact 168:6
interaction 40:12
165:25 166:25
interactions 168:9
168:16
interest 11:17 12:9
14:11 15:10 17:17
17:21,24,24 19:3
69:23 76:1 180:21
181:5 243:12
252:15,21
interested 42:13
63:15 71:7 72:4,7
115:22 130:25
330:13
interesting 12:13
19:11 150:25
180:24 181:9
205:16,22 212:2
242:17 243:24
328:6
interests 15:2 16:1
interferes 144:24
internal 125:3
135:20 143:10
197:20 214:3,15
214:17 260:13
265:1 267:15
interpret 270:17
294:9 295:12
interpretation
76:18 137:22
157:9 189:17
191:6 228:17
234:9 252:19
255:2 283:9,18,21
interpretations
310:23
interpreting
189:20 190:3
255:15

interrupt 191:15
326:7
interrupting
100:24 244:25
intraperitoneal
245:9
intraperitoneally
245:6
introduced 191:24
invalid 320:14
invalidity 32:12
investigate 199:17
investigated 288:24
investigating 106:1
investigation 11:9
36:20 54:23
103:13 171:12
327:24
investigations 14:9
investigator 18:12
investigators 167:8
320:5
invoice 30:9,10,13
30:18 31:6 42:18
43:7,20 45:7
invoices 3:12,14
30:2 42:9,16
192:1
involve 35:14
122:13
involved 34:9
38:10 40:5 144:8
147:17 151:13
152:9 160:24
172:4 189:16
227:22 230:2
IP 245:5
isolated 236:23
issue 24:7 35:13
39:3 75:7 79:17
145:4 157:21
174:19 180:7
213:22 251:14
254:14 266:4
322:8
issued 29:13 37:22
197:12

**issues** 151:22
227:23
**Italian** 56:2
**Item** 28:14 264:2,5
**items** 25:12 41:20
41:20 45:10,23
95:25 178:2,13,15
186:21 187:3
192:7,10 259:25
321:21

**J**

**J** 1:10 3:9,11,12,14
3:15,18,19 4:5
5:14 6:4 27:24
47:22 330:5
333:15
**jhollingsworth@...**
2:19
**job** 256:21
**jobs** 256:23
**Joe** 2:18 5:3 176:7
176:8,25
**Joe's** 176:15
**join** 7:24
**journal** 130:4
131:6,8 139:17
140:20 141:10,13
141:14,18 142:2
**journals** 131:4
141:20
**JR** 2:3
**judge** 22:24 265:6
265:9 298:19
**judgment** 159:20
191:5
**July** 3:9 9:10 10:2
10:5,13,16 20:4
20:10 22:10 28:15
29:6 41:19,22
42:11,14 48:8
64:23 66:6 83:23
177:17 186:22
270:25 274:20
275:4 281:4,14
282:7 284:16,24
284:24 286:10

307:18
**jump** 113:17,20
**June** 43:11,19 44:9
44:15,19,20 45:2
45:6
**jury** 22:24
**justification** 129:25

**K**

**K** 279:6,7
**Kansas** 1:18
330:21
**keep** 34:5,8 37:24
72:22 77:13
100:23 152:15
259:11
**keeper** 107:8
**kidney** 212:6,8
**kidneys** 212:18
**kilogram** 245:7
250:11
**kind** 58:4 116:21
127:8 131:21
152:21 170:1
227:2 239:9
302:12
**kinds** 160:1 161:20
256:11
**Klenicki** 2:17 4:25
4:25
**knew** 58:1,4,14
61:10 66:18 71:13
72:8 107:2 246:14
257:8
**Knezevich** 211:16
**know** 8:9 16:20
18:20 19:13 23:6
24:18 26:7,7,8
27:1 28:24 29:25
31:21 33:7 34:3
36:10 38:2,11,14
41:2 42:8 43:24
44:21 45:12,17,22
46:8 47:5,10
48:13 51:23 52:15
54:6 55:4,11,15
55:16 56:1,3,10

56:12 58:3 61:6,6
62:11 63:19 65:4
65:14,18,19,20
66:10,12,13 67:11
67:20 69:12 71:12
71:15 72:4,12,17
72:24 73:9,19,21
73:24 74:3,17
77:13 81:2,18,21
84:13 88:25 90:14
92:5,16 94:2 98:8
100:8 101:3,25
104:2,6 106:25
107:10,13,17
114:11 126:7
128:23 129:3,8
131:16 132:2
134:7,9 140:3
143:14,20,21
148:5,12 149:7,9
149:16 152:4
153:10 156:11
162:1 163:18
165:22 166:3
167:11 169:17
172:13 175:6,15
176:7,14,16 180:7
190:10 191:18,23
204:19 205:19
207:20,23 209:5
210:13,14,15
211:19 213:9
215:8,9 217:21
218:1,10 219:4
220:7 222:22
225:18 226:10,25
231:14,19,24
232:5,8,9,13,16
238:25 239:3
240:21,22,25
242:14 243:4,17
244:4 245:20,22
245:23 246:5
247:13 248:5,7
250:4,22 253:6,21
254:16 255:22
256:2,6 259:3

260:7,9,9,24
261:21 264:9
266:11,12,15,16
270:11,19 271:1,2
271:7,25 272:14
274:3,24 275:17
276:16,20 277:1
277:15,22,22
279:5,14,23 280:1
280:15 283:11
284:20 285:19
286:21 287:1,14
291:3,12,22
293:18 295:15,24
298:17,23,25
299:3,6 300:9
302:10,11,12
303:5,9 304:15
305:1 310:4 311:6
311:13,20 312:14
312:21 314:7
315:15,17,19,20
316:5,9,12,14
317:10 324:1,14
328:25
**knowing** 40:23
66:24 121:24
**knowledge** 21:7,7
21:23 26:16 40:19
40:25 41:1 58:4
86:6 99:21 102:12
133:24 134:12,16
159:7 166:1
180:10,14 227:19
228:10 303:2,6,16
307:25 308:3
315:23
**knowledgeable**
62:23 129:3 199:2
293:21 301:15
304:25
**knowledgeably**
128:18
**known** 164:19
166:1 174:23
175:3,5 177:6
**Kuschner** 217:23

**L**

**lab** 158:8 233:9
319:4,16
**label** 24:14
**laboratories** 40:4
226:16
**laboratory** 18:24
19:2,3 123:10
159:4 161:20,24
256:4 289:2 296:8
315:10 317:8
322:15
**lack** 114:17
**ladies** 293:16
**Lake** 2:4
**Lakewood** 2:8
**language** 104:5
177:6
**Lankas** 110:19
**large** 10:6,10,18,21
10:24 11:2 78:5
81:11 83:2 93:13
93:14 95:7 107:22
137:5 232:11
322:21
**Lasker** 31:20
**late** 29:24 31:17
40:8,12,17 41:13
**law** 8:2 31:23 32:1
**lawful** 5:15
**LAWYER'S** 3:25
334:1
**lawyers** 33:13 42:6
42:7,10,12
**lead** 80:25 81:4
141:23 255:2
256:25 260:6
**leading** 13:3
**learn** 51:20
**learned** 54:15 55:6
**learning** 56:14 72:7
**leave** 23:6 99:18
**leaving** 209:12
**led** 45:16 202:2
206:1 250:23
256:23 265:4

**left** 57:22 71:21
  72:10 73:6,14
  88:12,18 192:17
  205:3,5 209:7
  235:8 240:9 272:4
  276:2,10,24 280:3
  322:1
**legal** 169:12,14,25
**length** 11:12 12:19
  14:19
**lengthy** 47:4
**lesion** 189:7 190:22
  190:23
**lesions** 153:9,9
  188:18 212:23
  312:8
**let's** 15:17 20:1
  33:12 43:6 46:16
  95:17 97:3 100:16
  102:7,8 124:1
  129:14 133:11
  148:18 158:8,17
  168:18 177:12
  193:10 201:10
  239:14,14 258:24
  263:10 267:7
  270:22 273:7
  280:4,19 292:16
  297:20 299:20
  300:9,10 305:22
  317:24 318:14
  329:2
**letter** 235:1,4
**letters** 247:13
**level** 12:9 17:23
  58:17 74:21 88:22
  174:6 248:17
  254:18 256:19
**liability** 1:3 4:7
  35:15
**librarian** 62:20
**library** 232:20
  259:11
**license** 62:6
**life** 227:18 272:13
**lightening** 145:19
  147:2

**lighting** 319:23
**limitation** 165:16
**limited** 58:22 59:2
  163:8 164:2,4,7,9
  164:14 257:16
  271:25 290:25
  326:8
**line** 244:4,6,8
  246:18 247:8
  256:16 312:24
  332:4 334:3
**link** 11:11
**list** 3:11 25:11 27:4
  27:7 28:1,9,16,19
  33:2 41:17,19
  43:2 44:3,5,12
  58:8 63:24 64:1
  64:12 82:15 90:22
  93:23 94:21,23
  95:3 96:3,7,11,12
  97:15 117:14
  118:16,19 119:20
  119:24 168:19
  177:25 219:16
  227:5 229:11,25
  237:1 245:21
  258:22 260:3,12
  260:24 261:4,19
  261:23 264:3,4
  274:7 285:13,21
  286:15 299:12
  306:8,24 308:4
  311:7,15 312:10
  313:2
**listed** 25:16 43:12
  44:9 45:11 57:8
  63:23 66:3 68:10
  71:25 72:6 95:19
  95:21 97:6,11
  110:15 119:11
  192:7 229:10
  245:20 259:25
  278:11,19 286:6
  286:14 299:12
  315:16
**listen** 209:24
**Listening** 325:18

**listing** 96:13,18
**lists** 28:20 46:3
  98:1
**literal** 284:13,14
**literally** 49:25
  122:1 156:10
  218:19
**literature** 11:7,14
  11:25 12:7,20
  13:25 14:20 18:25
  21:10 45:14,25
  120:11 134:6,14
  134:21,25 136:4,9
  136:12 137:10,19
  138:1,20 139:6,11
  139:14,23 141:3,8
  142:17 172:7
  192:24 195:5,11
  195:13 196:15
  198:4,8,13,19,22
  199:3,16 200:8,22
  203:5,17 259:6,22
**litigated** 39:24
**litigation** 1:4,20
  2:24 4:8,19 6:12
  6:15,18 8:21 32:7
  32:18 33:16 34:24
  35:1 36:23,23
  68:1
**little** 111:11 117:21
  132:1 149:19
  151:2 159:13
  196:6 216:19
  233:8 238:20
  261:20 292:19
  312:3
**LLP** 1:12 2:2,16
  4:23 5:1
**locate** 258:13
**long** 172:14 177:8
  203:13 243:16
  259:15 312:10
**long-term** 236:6,11
  236:23,24 237:19
  237:22,24 238:9
  238:10 239:1
  272:2,2 277:6

  278:13,14
**longer** 102:25
  233:1,5
**look** 18:5 19:17
  28:4,13 29:1,4
  30:16 32:9 33:24
  51:16 57:14 58:2
  58:5 60:11 62:25
  63:8 64:2,14
  66:14 70:10 72:5
  88:14,21,24 92:3
  92:16 101:3,7,15
  103:5 104:24
  105:1,11,14,18,20
  105:20 106:7,8,15
  107:21,23 108:25
  109:5 110:4 117:8
  117:19,25 118:5
  118:10,20 124:25
  126:3,4 128:14
  138:24,25 148:18
  153:15,17 157:15
  161:10 162:9
  163:16,18 164:21
  165:9 166:22
  184:14 185:9
  187:8 190:14,16
  191:8 192:2,20
  203:15,15,16
  209:20 219:24
  221:24 223:9,18
  223:22 224:1
  225:19 226:23,24
  232:17,18 234:6
  235:6 240:2,12,16
  240:19 243:14
  249:4 253:2
  258:16 260:23
  261:2 263:25
  264:8 267:18
  280:14 281:22
  292:11,17 293:22
  297:1 299:22
  300:9 301:6,12,24
  304:4 311:4,7
  313:1 321:6
  323:10 324:22

  329:3
**looked** 20:16 21:11
  25:12,23 26:8,11
  26:18,24 27:2,13
  31:6 33:17 42:17
  50:10,12 57:11,13
  57:14 64:5,17,22
  65:3,14,15 66:8
  66:11,15 67:10,23
  70:8,9 72:9 82:12
  82:18 83:21 84:22
  84:25 88:9,11,17
  89:17 92:20 95:23
  95:24 99:2 102:15
  104:1,3,14,18,25
  105:4 111:18
  112:12 113:3
  117:7,24 118:14
  119:5,10 124:20
  128:11 133:25
  142:24 143:2,9
  148:9 151:11
  158:16 162:13
  163:13 168:2
  169:5 178:13,15
  186:15 194:5
  203:5 209:19
  220:3,11 221:15
  232:3 239:5,8
  240:6,22,23 241:3
  241:7,15 243:5
  245:7 248:10
  253:7 264:9 272:5
  273:17,24 274:10
  275:5,24 277:7
  278:20,23 300:3
  309:1,5,11 317:16
**looking** 37:16 50:3
  50:8,21 55:22
  69:24 70:1 72:18
  78:5 81:15 87:6
  89:13 103:7 105:3
  106:11 109:3
  124:11 126:1
  128:2 153:21
  166:20 172:8
  174:18 178:21

181:17 182:7
188:3,6 189:24
192:5 201:21
225:19 226:16
234:6,9 235:20
244:20 245:12
246:1,3,20 247:2
250:1 254:7
261:17,18 262:8
273:9 277:12
283:18 285:7,8
289:9 307:17
309:14,16 311:10
311:25 315:5,7
**looks** 31:3 88:25
120:7 125:22
127:4 249:19
279:5
**loose** 247:18
**lost** 111:11
**lot** 60:10,10 80:17
86:6 110:11
114:25 137:9
152:17,25 159:7
165:25 166:13
181:5 187:15
204:9 320:6
**lots** 131:23,23
**Louisiana** 2:4
**love** 108:25
**low** 12:9 79:4
131:17 132:5,8,11
132:15 133:1,7
143:5 301:16,18
302:9 325:15
326:3
**lower** 141:18 304:8
**lunch** 59:15 60:22
193:10,20 218:7
**LUNDY** 2:2,2
**lung** 176:1,5,7,17
**lymphoma** 6:22
277:17 289:13
301:16 302:10,13
303:18 304:14,23
305:14 308:1,14
309:17

**lymphomas** 305:14

_____

**M**

**machine** 206:20
**maintains** 53:21
**major** 130:21
163:25 205:13
240:2
**majority** 51:7 66:9
151:21 157:7
188:14 259:25
**making** 44:23
75:12 110:12
120:25 159:19
171:17,17
**male** 302:13,23
**man** 62:3
**mandatory** 59:15
**manner** 124:7
157:25 170:14
229:7
**manuscript** 75:11
75:11,21 76:6,25
78:10 122:8,23
129:16,19,24
130:2,7,11,12,13
130:16 134:2
136:3,22 141:24
145:24 229:3
252:18 253:25
254:1 311:15
320:17,17,20
**manuscripts** 12:12
120:10,20 129:21
130:19 131:11
136:2,18 137:10
139:15,22 253:13
253:14,18 254:8
255:8 259:7,12
285:6 302:6
316:24
**March** 3:21 260:25
261:8,11 267:13
268:8,17 269:10
**margin** 235:9
276:10
**mark** 28:2 30:5,14

46:23 234:22
**marked** 8:15 27:20
30:7,11 44:3
46:19 47:6,15
234:19 263:18,22
**market** 11:24
12:20 13:24
**marks** 4:3
**marrow** 244:12,14
245:1,2
**mass** 102:2
**material** 14:24
50:1 66:15 106:11
116:5,6 130:25
308:4
**materials** 3:11 27:6
27:13,14,25 28:8
28:16,19,20,23
32:5 41:17 43:1,2
43:12,22 44:2,5,9
44:12,16 45:10
48:23,25 49:15
50:21,23 51:4
55:7,9,22 56:15
56:21 70:2,7,11
82:10 84:20,25
85:1,4 89:16
90:14,21 91:8
93:19,23 94:9,24
98:16 99:7 107:15
115:16,21 116:1
118:15,15,17,19
149:21 219:15
245:21 258:22
260:12 299:12
306:8 313:8 317:9
**math** 295:23,23,24
297:2
**matter** 4:6 80:15
82:3,21 98:24
110:24 115:25
121:20 159:18
168:24 181:10
224:22 279:13
304:3
**matters** 39:8
125:25 322:13

**maximum** 60:15
310:15
**MC** 284:5
**MDL** 1:3
**mean** 11:3 13:19
14:2 19:23 33:1
37:12 53:11 54:19
54:21 64:24 65:18
72:24 74:17 75:7
79:16 81:19 82:8
84:12 93:14 96:12
98:20 99:13 106:3
115:2 116:19
119:9,14,14 120:3
120:15,21,23
121:23 130:23
138:3,5 152:17
153:7 154:10
155:13 156:9,17
157:20 159:17
163:12 169:17,22
169:25 170:1
171:9,20 172:5
175:4 177:5
182:25 183:11
186:15 194:11
195:19 204:5,8
210:13,14 222:6
230:15 232:19
237:15 242:13,13
242:15 244:11
247:14 251:8,19
251:21 255:25
256:4 260:9
262:23 269:17
271:9,22,24
274:25 276:7
288:25 293:14,18
294:12 298:16
299:13 302:10
303:9 304:7 311:9
313:12 314:1
325:17
**meaning** 99:16
119:9 120:13
121:8 124:23
126:10,14 130:24

182:10 279:20
325:24
**meanings** 121:13
123:1
**means** 63:14 123:4
126:19 129:18
131:25 155:20,23
162:11 172:10
247:10 248:7
251:7,8 322:6
323:9
**meant** 92:11 115:4
146:10 246:24
319:2
**mechanism** 295:3
325:6 328:3
**mechanisms**
127:18
**mechanistic** 161:15
161:25 174:5
175:14 325:3
**medical** 257:1
**meet** 42:12 53:18
229:19
**meeting** 242:6
274:10 275:6
281:19 282:15,19
283:6
**meetings** 43:4
**mellitus** 327:9
**member** 253:20
**memo** 260:25
263:3 267:13
268:9,17,20,25
269:10,15,18
314:7
**memoranda**
216:12 260:14
261:9
**memorandum** 3:21
**memorize** 50:15
72:17 261:1
**memory** 284:9
**memos** 214:2 265:7
269:18
**mentioned** 12:16
25:10 29:10 69:20

Confidential - Pursuant to Protective Order

86:21 99:1,22
147:6 182:14
207:11 210:6
211:11 239:25
310:17 315:13
321:22 324:21
**mentioning** 12:22
**met** 42:10
**metaphor** 206:3
**method** 129:24
203:7
**methodology** 92:1
129:24 171:23
174:14 177:13,18
177:21 186:20
187:1 191:14,22
194:2,3 195:7
202:19 203:8
204:6,11 290:2,7
290:9,18,22 291:2
291:16 296:25
**mice** 7:6 20:16
21:19 24:9 163:7
277:9,18 289:13
301:16 302:13,23
302:24 303:18
304:14,21 305:14
306:17 308:1,14
309:17,24 311:16
323:13,14,19
324:11 327:15,21
**Michael** 2:23 5:7
**mid** 213:12
**milligrams** 250:10
**million** 250:18
**mind** 71:9 77:14
124:2 152:16
157:25 200:5
207:8,10 224:1
244:4 297:23
**minds** 294:12
296:12 298:8
**minimum** 310:15
**minor** 24:18
105:10 248:22
319:23
**minus** 38:16

**minute** 114:23
180:3
**minutes** 69:23
239:23 272:4
329:3
**mischaracterizes**
12:25 82:23 89:20
95:11 96:21,24
132:17 185:14,19
**misleading** 23:23
**misrepresents**
307:20
**missed** 201:1
275:15 321:10
**missing** 91:10,11
108:19 210:4
228:23 276:15
323:5
**Missouri** 1:17
330:19
**misstates** 200:12
214:25 233:24
242:24 264:21
265:22 274:1
**misunderstood**
231:16
**mixture** 163:22,25
164:19 225:14
226:2,7
**mixtures** 163:19
164:21,22 225:16
**MKD** 250:10
**molecular** 174:6
**moment** 12:17,23
15:18 22:7 41:12
79:18 86:12,13,14
91:4 93:6 105:10
106:1 174:22
177:12,16 180:1
202:20 249:17
251:12 292:4
**moments** 273:13
**money** 231:19
251:20,20 255:20
255:22,23
**MONGLY** 263:5
**monitor** 235:20

262:4 271:11
273:9
**monograph** 145:8
148:4 197:8
198:16
**monographs**
147:22
**Monsanto** 2:21
3:17 4:24 5:2,4
6:13 40:9,12
47:20 52:22
100:21 109:9,9,18
109:19,22 110:7,8
110:16 111:1,14
112:7,20,22
113:12,21 138:8,9
167:15 211:18
213:25 214:9
219:6,9 220:14
221:13,20 222:13
223:4 224:5 225:2
226:4 264:16
265:20 269:2
318:11 329:1,12
**month** 47:14
**months** 42:22
104:3 152:17
231:2 272:9,12,13
**morning** 5:25 6:1
8:1 28:12 29:14
48:1 134:4
**morphologic** 191:6
**mouse** 9:21,24 10:1
10:1,17 20:5
21:16 25:8 57:7
63:24 64:2 89:17
93:17 97:24 98:1
110:21 165:3
180:22 181:7
211:11,17 236:9
236:24 237:19,25
238:9 271:4,6
272:2 273:1,11,23
278:3,12,13
279:11,12 306:3
315:11
**mouth** 71:4

**moved** 135:9
**multiple** 11:9 78:6
78:15 92:15
121:13 123:1
153:20 161:7,9
166:7 170:12
213:2 220:11
222:17,18 226:8,9
228:22 297:24
306:8 327:19,19
**multiply** 226:18

**N**

**N** 2:1
**N.W** 1:12 2:19
**name** 5:7 6:2,10
37:2 40:23 61:8
61:21 96:18 97:15
97:18 109:25
215:9 217:25
235:16,25 285:18
**names** 63:17 71:20
98:9,10 216:3
**narrow** 230:22,23
**national** 145:6
147:11,21 252:2
**nationality** 61:8
**native** 114:6
**natural** 155:6
178:17 255:11
256:3
**nature** 39:3 190:24
191:2 225:17
**NCRA** 330:17
**near** 273:12 309:9
**necessarily** 14:3
171:16 287:8
307:23
**necessary** 7:18
116:9 139:18,24
142:8,11 158:23
172:7,8 241:6,11
241:12,14,16,19
241:22 243:25
244:2 247:15
305:12 308:6,10
331:4

**need** 8:8,22 20:8
26:7,8 29:3 32:11
46:2 62:11 71:3,4
71:5 90:13 100:8
109:12,15 118:10
124:24 133:10
154:9 159:18
200:4 207:19
219:21 254:18
256:18 257:22
262:1,15 292:12
292:19 301:24
302:8 303:24
305:5 311:4 313:1
320:7 322:5
**needed** 80:13 81:9
81:12 82:7 83:3
86:22 87:1,15
111:7,23 112:13
112:15 113:4
114:14 115:3,6
209:18 221:16
233:15,18 238:2
**needs** 107:23
**negative** 132:1,2,4
132:10,14 133:3
144:15 321:8
324:10,25 325:11
325:20,24 326:16
**negatives** 322:8,24
323:8
**neither** 73:24
330:11,12
**neoplasia** 325:25
**neoplasm** 175:18
178:18 215:20
**neoplasms** 199:1,4
212:4,6,9 213:11
214:19 215:10,20
216:22,25 217:7
311:16
**never** 65:3 100:18
111:17 174:22
175:2,5 177:6
179:2,10 198:2
310:19 317:1
**never-ending** 109:2

Confidential - Pursuant to Protective Order

**new** 17:10,13,16
45:10 47:11,12
153:1 217:11
256:25 320:6
**nice** 207:12 241:3
242:17
**nicely** 236:3
**nine** 60:21
**nine-page** 28:1
**non-Hodgkin's**
6:21
**noncarcinogenic**
266:1
**nonconcurrent**
287:15
**nonprofit** 15:13,20
**nonscientific** 90:7
**Nope** 282:10
**North** 2:12
**NORTHERN** 1:1
**Northwest** 4:12
**Notary** 330:22
333:22
**notated** 67:24
**notation** 68:8 148:7
149:4 150:3
245:17 260:6
**note** 29:16 68:5,7
143:13 205:6
273:20
**note-taking** 184:1
**noted** 149:23
320:23 331:10
333:11
**notes** 3:20,25 18:24
18:25 37:24 38:1
38:6 48:20 50:6
50:14,17 57:16
64:13 65:17,21
66:1,3,4,6,16,19
66:20,23,24,25
67:9,10,25 70:2
74:21 80:12 117:5
117:6 148:18,20
148:22,23,24
149:1,23 185:17
205:7 234:6,15,18

234:23 235:1,4,5
235:7 239:10,21
240:5,6,9 242:6
244:7,9,22 270:3
271:10 272:25
273:10,13 274:10
275:6 277:13,18
278:7,8,9 280:15
281:19 282:16,20
283:7,13 286:23
304:12 309:25
310:4 313:2,6,8
329:4 334:1
**notice** 3:18 47:22
250:16 278:2
309:8 322:17
**noticed** 277:13
**November** 30:10
**November-ish**
29:24
**nuances** 319:19
**null** 17:20 255:4
**number** 4:4 7:12
8:7 11:14,25
12:21 14:8 24:22
30:13 42:18 59:3
125:21,24 128:13
133:14,19 137:20
156:22 226:10,18
235:15 237:7,8
246:25 247:18
258:3,8 260:4,5
260:11,13 261:9
261:14 271:18
276:1,2,5,7,23
277:1,14 279:25
280:1 285:7
287:17 296:7
310:25 311:16,22
322:21
**numbering** 261:20
276:17 312:2
**numbers** 142:20
184:17 187:17,21
188:19,19,23
189:1,2 244:6
246:18 250:25

262:20 263:5
274:25 276:9,12
277:2,19 278:2,5
278:24 279:20
280:1 281:22
284:12 294:16,17
294:18,21,22,23
295:11,12,20
297:2 301:16,18
302:9 323:6
**numeral** 279:6
**numerical** 72:22
235:9 237:7
**Numerically**
235:25

---

## O

**O** 2:23
**o'clock** 60:21
**object** 94:17
312:24
**Objection** 12:24
21:4 23:22 25:18
26:13 32:19 35:24
41:23 44:18 46:1
52:9 55:1,13 56:7
80:16 82:22 83:11
84:1 85:13 86:16
87:12 89:19 90:17
94:11 95:10 96:20
121:10 122:3
126:17 128:15
131:12 132:16
138:22 145:21
169:11 173:16
180:18 184:7
185:13,18 186:3
187:5 188:11
200:11 213:17
214:24 216:7
217:19 233:23
242:23 264:20
265:21 266:25
269:3 273:25
275:13 282:8
284:17 286:11
288:2 297:9

**Objections** 3:17
47:21
**observable** 248:17
**observation** 16:20
19:19 323:21
**observations** 17:3
320:13,24
**obtain** 103:19
124:22 125:14
233:11
**obtained** 91:24
**obvious** 190:14
**Obviously** 310:7
**occur** 76:14 77:12
157:13 252:1,3
256:11 289:16
320:10 322:25
**occurred** 31:16
296:3
**occurrence** 213:11
**occurring** 79:12
**occurs** 136:2
**October** 73:18
230:14 231:3
**offer** 10:19 20:6,9
20:11 22:9 23:7
23:18 37:8 95:7
165:16 168:24
207:1 208:18
241:24 244:21
306:17
**offered** 20:5,10
22:8 185:8 203:19
206:8 208:11
214:22 267:23
**offering** 20:24 22:9
82:21 83:10 91:20
98:24 99:25
164:18 177:23
203:20 207:1
208:19
**offers** 17:20 182:17
**offices** 1:11 54:7
**official** 268:4,12

**oh** 65:1 73:16 75:6
86:2 117:18
135:22 206:2
218:25 219:17
222:3 228:21
231:22 249:22
257:5 279:12
301:5 322:2
**Ohio** 6:8 255:19
257:13,16
**okay** 7:21,22 8:10
8:11 10:4 11:21
13:15 16:4 18:13
19:24 21:21 23:5
23:17 24:11,21
25:1,14 26:2
27:11 29:20 30:21
30:25 31:4 32:11
33:23 34:10 35:6
35:9,23 36:15,21
39:14,23 41:5,9
41:15,21 42:20,24
43:6 44:6 45:9
46:10,25 47:18
48:5 50:14 51:20
53:15 54:15 55:11
62:7 63:12 66:5
66:22 67:8,16
68:6,23 69:15
70:17 72:3 74:5,9
79:9,15 81:14,22
86:25 87:5 89:10
91:6 93:18,24
94:5 95:5 98:15
100:23 102:4,22
105:7 106:4 107:4
107:25 108:12,20
109:7,17,24
111:11 112:19,23
112:25 113:10,19
114:3 115:7 116:3
116:7,14 117:20
119:8,13,19
120:14 121:1
122:17,20 123:3
124:10 127:9
129:6,14,20 130:5

Confidential - Pursuant to Protective Order

134:8 135:13,22
136:6,14 137:2
140:11,16 141:16
141:22 143:8
147:7,10,18
148:17 150:5,14
152:7 154:3,11,12
154:15 157:1,24
160:12,16 162:6
162:21 165:4,11
166:24 167:19
168:5,14,18 169:8
170:23 171:5,16
172:1 174:14
175:4 176:6,19
177:5,21 178:23
181:21 183:25
185:24 186:10
188:3,22 190:2,7
191:16,17 192:13
193:8 194:1,14
195:1,12 197:10
197:14 199:5,10
199:24 202:6,17
203:3,12,23 204:2
204:9 206:2,6
208:2,22 210:12
211:7,9,13,22
212:24 216:21
217:5 220:1,5,13
220:23 222:3,8,18
223:1,25 224:6,13
225:8 227:10
228:3 229:4 232:4
233:3 234:22
235:5 236:17
237:17 239:13
244:3 245:16
247:17,22,22,25
248:5,19 250:2,10
250:25 251:9,16
257:5,21,25
258:19 259:17
261:6,17,18,25
264:14 265:8,17
266:19 268:3,7,7
268:11 269:14

270:19 271:24
272:17 275:7,21
276:14 277:4,11
278:10 279:18,22
280:4,6 283:8,16
284:22 287:2,19
288:11,15 290:5
290:15 291:19,23
293:3 295:19
297:20 298:13
300:15,23 301:5,7
301:14 302:16
304:20 305:21
306:7 307:21
309:13,23 310:10
310:11,25 311:19
312:2,9 314:18
315:17,20,25
318:18 319:11
320:19 321:12,23
322:2,5,16 324:8
326:19,25
**Oklahoma** 2:12,12
**old** 6:7 62:20
**older** 149:12
**omitted** 108:8
203:25
**once** 38:25 49:20
54:15 55:5,20
60:1 62:13 88:5
158:22 189:13
202:19 203:6
232:8
**oncogen** 266:24
**one-hour** 60:22
**one-page** 273:20
**one-year** 247:4
248:11 249:3,5,10
250:4 273:17
278:8
**ones** 65:15 110:5,8
113:13 259:5
312:21
**ongoing** 36:17
74:24
**online** 59:6,6 61:1
**open** 61:16 109:3

230:24 231:23,24
232:10
**opened** 231:11
276:22 277:16
**opening** 58:24,24
**operates** 232:14
**operating** 142:21
**opined** 87:18
**opinion** 7:5 10:19
17:8 20:6,10,14
20:21,22,24 21:9
22:5,8,8,12 23:7
23:10,11,13,17
24:1 55:21,23
56:16 66:17 72:15
72:21 73:6,10,14
73:19,21,25,25
74:3,7,11,13,14
74:17,19,22 76:20
77:4,22 79:24
80:2 81:13 82:7
82:12,16 83:4,14
83:23 84:7,11,13
84:24 85:5,11
86:20,23 87:18
88:6,8,13,15,18
88:20,23 89:2,5,8
89:10 90:6 91:13
91:23,24 92:9
93:21 95:18 97:8
98:23 99:4,19,25
100:8 101:4,7,11
101:14,17,19,20
101:21,24,25
102:2,13,17,19
104:13,20 107:24
111:5,6,9,24
112:17 113:4
114:14,16,18,21
115:1 129:23
130:1 133:1
136:21 141:6
144:13,18 145:5
151:21 152:5
155:4,5,16,17,22
156:6 160:1 164:2
164:4,6,9,18

167:5 169:8 170:8
171:3,4 172:9
174:17 176:15
181:2 183:9 185:3
192:15 201:15
202:8,9,14,23,25
203:9,10,20,22,24
205:11 206:4,11
207:1,5,16 208:11
208:18,21 209:15
209:19,24,25
210:5,8,14 211:2
211:3 212:19
213:20,22 214:5,7
214:10,11 233:16
241:19,24 242:1,8
268:1,20,23,24
269:6,11,12,19,20
269:21 274:16
281:8 283:14
286:16 287:16
290:14 291:15,18
291:20 293:12
294:18,23 295:13
295:18 296:15,18
297:8,11,25 298:6
298:7 303:23
308:9 310:24
319:7 320:14
326:12
**opinions** 23:24
80:14 81:10,16
82:2,20 83:9,24
87:10 90:11 91:19
94:9 99:25 100:2
102:13 104:11,15
104:16,19 116:10
123:21 144:1
147:24 153:12
155:19 168:4,24
169:2 173:18
177:22 183:1,7
184:4,11 188:7
194:4 195:8
198:18 201:8,17
204:12 205:20
206:14 210:1,2

269:9 291:18
296:21 299:5
**opportunity** 87:2
185:8 204:22
256:25 257:2,2
**opposed** 224:10
225:4
**optional** 129:1
**order** 1:8 124:22
157:19 315:25
316:3
**ordinary** 303:21
**organization** 125:3
**organized** 236:3,20
**original** 43:13,23
124:6 153:23
154:6,21 181:15
181:16,18 182:8
190:9 212:17
215:25 216:15,18
217:17,18 263:6
264:3,16 316:16
331:14
**originally** 55:12
213:14 214:9,22
215:5 217:7
**originate** 56:6
**OSU** 256:24
**others'** 291:18
**outcome** 251:18,22
252:9 254:3,23
**outcomes** 253:7,15
**output** 122:12
**outside** 49:4 71:16
113:8 114:5
118:20,20 125:25
225:23 257:17
303:21
**overabundance**
114:15,19,22
**overall** 24:4,11,25
25:2,4,7,13,14,21
26:3,4,10,15
27:11,16 122:18
160:20
**overarching** 187:1
**oversees** 232:14

**oversight** 229:20
  229:25
**overutilized** 60:12

**P**

**P** 2:1,1,23
**p.m** 193:14 258:4
  263:15 318:3
  329:9,21
**packs** 176:12
**page** 3:2,8 10:7
  42:5 49:20,24
  112:21 157:18
  176:22 177:17,25
  178:14,15 211:21
  235:7 239:15,16
  239:21 247:2
  249:16,18,22
  250:17 251:1
  270:5,7 272:8
  274:19,21 275:2,9
  276:17 277:21
  278:6,13,15,16
  280:5,9,22 281:16
  281:19 282:5,12
  282:19,22 283:20
  284:2,10 286:23
  292:11,12,18
  300:10 303:15
  305:11 306:1,14
  307:1,3,18,22
  308:7 309:25
  310:23 321:5
  326:20 332:4
  334:3
**pages** 30:12 49:19
  62:11 111:19
  112:9,11 119:15
  119:15 148:12
  186:21 192:8
  221:12 222:20
  246:24 274:13
  277:8,13 281:11
  333:6
**panel** 145:7 146:1
  266:23
**paper** 48:20 63:10

71:23,25 135:4
  136:8 141:17,20
  179:24 183:1,12
  183:19 219:24,25
  221:17,23 222:2
  222:14,16 227:6
  259:19
**papers** 47:13 62:3
  62:4,5 131:7
  162:10 254:21,25
  256:14 286:8
**paragraph** 292:18
  292:20 300:12,24
  301:1,1 306:2
  307:4,17 321:19
  321:21
**paralegal** 247:1
**parotid** 248:23
**part** 18:10 22:21
  25:24 26:6 34:12
  36:11 82:13 90:14
  91:8,15 93:10
  101:13 102:22
  103:7 105:12
  106:19 108:2
  123:22 132:25
  146:17 147:3
  152:8 158:1 161:7
  166:4 171:25
  178:24,25 205:10
  251:4 262:9
  265:13 286:9
  293:20 299:2
**partial** 90:12
**participate** 160:24
**participated**
  328:19,20
**participates** 176:5
**participating** 34:21
**participation** 38:8
**particular** 11:13
  15:1,2 37:23
  63:14 67:5 75:7
  86:12,13 99:24
  105:25 152:24
  170:22 177:2
  187:2 230:12

266:9
**particularly** 49:17
  151:1 155:25
  167:8 219:6
  259:13 300:4
  301:14
**parties** 330:11
**partly** 18:9,10
**parts** 250:18
**passes** 16:14
**passport** 61:12
  62:6
**patent** 32:6,12
  33:17 35:2,17
  38:20 39:4,4,5,10
  39:17
**path** 122:20
**pathologic** 120:5
**pathologies** 129:5
**pathologist** 104:4
  104:24,25 120:7
  123:9,13 124:11
  124:13,20 125:18
  125:21,23 126:1
  126:15,25 127:4
  128:10,13 151:15
  152:15,18,23
  153:25 154:7,22
  156:2 159:11
  160:7 162:3
  181:16 190:8
  212:17 217:16,24
  243:7 303:3
**pathologist's** 127:6
**pathologists** 103:25
  104:11 105:4
  154:23 161:7,9
  181:23 188:6,15
  188:20 189:3,5,16
  190:4 191:8
  205:17 210:1
  293:21 294:6
  301:17 302:8,11
  303:5 305:1,16
**pathologists'** 243:8
**pathology** 50:4
  51:14,15 68:11

103:25 104:8
  113:2 122:6,24
  123:4,16 124:5,23
  125:14 127:3,3,25
  128:8 134:2,7
  135:10,17,19,20
  143:11,19 144:3,6
  148:8,13 149:2,5
  149:15,22 150:1
  150:16,20 153:7
  153:10,16,21,24
  155:15 156:1,24
  157:3 158:15,22
  159:9 161:5 162:4
  162:24 180:5,7,16
  182:6,8 189:22
  190:9 192:23
  194:9,19,21,24
  195:2 203:16
  205:15 206:15,18
  209:6,7,9,17
  212:1,8,25 213:6
  217:16 218:2,3,11
  218:12 221:22,22
  221:25 222:1,11
  222:11,16 223:3,6
  223:13 224:3,3
  243:13 258:14
  265:4 309:2
**patience** 204:3,13
  318:8 328:22
**patient** 35:15
**paucity** 12:6
**pay** 53:25
**PC** 2:6
**peer** 120:6 121:8
  121:12,20,22,24
  122:2,6,7,14,18
  122:22,24,25
  123:4 124:4,16,22
  124:23 126:20
  127:10,11,24
  128:7,19,23 129:4
  129:15,17 134:7
  136:2 137:24
  139:22 141:25
  142:7,10 144:2,6

144:8,13 147:19
  149:2,4,11,13,22
  150:1,16,19,23
  151:3,21 155:9,13
  155:16,17,20,23
  156:6 157:2,10,14
  158:15,21 159:13
  159:15,16,17
  161:4,9 180:6
  253:19,25
**peer-review** 121:18
  123:8 127:3
  134:22 135:1,5
  136:10,14 137:3
  138:21 139:9
  148:8,14 155:8
  162:3 254:8 321:1
**peer-reviewed**
  120:2,4,9,19
  129:21 134:1
  136:22,24 143:11
  143:20 147:13,16
  149:8,15 290:11
**peer-reviewing**
  125:17
**peers** 153:2
**pending** 6:12
**people** 51:12 60:4,9
  60:11 62:22 76:8
  131:7,15 153:14
  153:20 172:10,12
  172:13,14 173:1,4
  173:6,24 174:11
  213:2 232:11
  255:11 256:5,13
  265:14 267:17
  293:13 296:24
  298:15 321:11
  323:15,20 324:3
  325:3,4 326:3
  327:8,9 328:4,5
**people's** 298:19
**peptide-1** 327:10
**perceived** 142:4
  252:14,21 256:1
**percent** 70:6
  123:11 153:8

191:10 257:19
260:2 302:24,25
310:15,15
**percentage** 83:2
188:17
**percentages** 283:16
**perfect** 153:10
**perform** 18:14
101:7
**performed** 111:5
319:14
**period** 13:14 32:21
32:23 33:3,19
60:16 89:9 230:23
231:2,6,11 259:15
290:13 292:24
296:9 309:9
**permission** 292:9
**permit** 257:19
**person** 15:25 62:16
76:17,24 90:7
125:4 225:5
229:21 254:8
317:11 319:3
**person's** 101:2
**personal** 16:1 34:5
34:7,11,13,15
37:18 38:1,6
137:4 144:5 255:7
**personally** 40:21
44:1 140:4 165:13
198:3 199:12
201:6 202:13
315:19
**perspective** 22:17
80:23
**persuade** 173:14
**pertaining** 326:13
**peruse** 12:12 50:2
1:21
**ph** 1:21
**Ph.D** 3:9,13,14,16
**pharmaceutical**
35:16,18 36:22
39:10 40:3,3
327:25
**phone** 5:6 7:24
**photographic**

284:8
**phrase** 77:24
**phrases** 314:12
**physical** 6:6 100:17
222:2
**physically** 100:21
100:25
**pick** 304:1
**picked** 324:3
**picking** 85:25
86:13
**piece** 63:10 226:13
**pieces** 72:17
**Pigman** 2:16 4:22
4:22 8:24 9:2
12:24 21:4 23:22
25:18 26:13 29:8
30:18,21,25 32:19
33:4,9 35:24
41:23 43:15 44:18
46:1 48:3 52:9
55:1,13 56:7
70:12,17 80:16
82:22 83:11 84:1
85:13 86:16 87:12
89:19 90:17 94:11
95:10 96:20
121:10 122:3
126:17 128:15
131:12 132:16
138:22 145:21
169:11 173:16
180:18 184:7
185:13,18 186:3
187:5 188:11
200:11 213:17
214:24 216:7
217:19 233:23
234:3 242:23
262:7,19 263:4
264:20 265:21
266:25 269:3
273:25 275:13
282:8 284:17
286:11 288:2
297:9 299:18
306:19 307:6

309:19 312:12,23
313:7 316:17
321:13,23 322:2
329:2,6,12
**place** 6:8 34:4
158:12 269:15
330:8
**Plaintiff** 5:18
**Plaintiff's** 47:21
**plaintiffs** 2:14 4:18
4:21 6:12,20 8:3
29:13 119:3
197:12 199:20
**plaintiffs'** 3:17
198:15 200:10
301:3
**plan** 77:5
**play** 21:11
**played** 228:15
**please** 4:15 6:3
8:24 200:2 261:7
263:5 331:3,8
**plus** 38:15 82:5,9
82:10,13 119:15
**point** 8:8 28:17
35:21 41:11 43:21
49:10 51:19 74:15
75:13 80:24 81:1
81:8,15 85:11,17
85:25 87:9 88:4
88:19 103:10
105:10 109:1
111:13 116:14
126:23 149:15
152:6 154:24
192:13 196:13
199:12 204:20
213:1,5 241:25
246:6 257:23
279:20 280:9
286:19 290:19
303:13
**pointed** 311:5
**points** 50:18 92:15
92:16 245:13
281:11
**popular** 149:11

**population** 319:25
**Portier** 117:24
315:18
**Portier's** 116:24
117:3 118:3,4
**position** 47:12
151:9,10 216:13
256:23 265:19
268:4,14,17
**positive** 245:10
324:17
**positives** 323:2,6
**possess** 303:2
**possibility** 205:4
224:12
**possible** 45:18
156:4 167:20
199:2 224:8,21
289:15 317:5
318:21
**post-lunch** 208:4
**potential** 196:20,21
196:25 197:1,2,15
202:12 252:14
256:1 265:2
**potentially** 325:14
**powerful** 321:8
327:21
**PPM** 248:18
**practice** 123:7
126:2 129:9,10
144:21 157:4
158:20 165:8,12
165:13,15 224:15
225:10
**practices** 127:2
129:4 142:21
144:23
**preclinical** 7:5 40:5
161:14,22 224:16
224:16
**predicted** 168:10
**preparation** 281:14
282:6
**prepare** 130:7
**prepared** 278:19
**preparing** 95:5

284:6
**present** 4:14 166:7
174:11 179:23
**presented** 167:25
238:12 278:22
**presents** 19:2
**Press** 147:12
**presumably** 250:22
314:20
**presume** 57:23
246:3
**pretty** 114:9
219:15
**previous** 16:6
229:15 255:19
**previously** 119:5
**primary** 69:22
159:10
**principle** 12:16
142:13
**principles** 142:2
188:5
**print** 112:3 220:22
262:21
**printed** 61:4,4
62:10 111:17
221:11,24 222:10
223:2 224:3
261:25 262:11,16
262:17
**prior** 40:7,12
264:11 330:4
**private** 133:4 137:6
137:17 138:2,4,10
138:15,18 139:3
142:9,15,18,25
145:16,20 147:3
160:15 252:3,8,8
252:12,20 253:8
253:10 254:17
255:14
**privately** 254:25
256:9
**probably** 28:19
74:13 116:7 124:2
134:10 135:23
153:7 166:6 182:6

188:24 193:9
220:21 222:6
226:21,22 230:19
233:5 239:11
256:8 257:23
260:2 311:17
**procedure** 92:4,4
192:18 194:3
195:7 203:8
**proceed** 5:20 8:13
133:22 193:24
258:11
**proceeding** 37:10
**proceedings** 22:25
293:9
**process** 20:16
72:13 74:25 75:8
78:17 81:20 86:22
87:2,22 88:3
92:13,20 101:12
102:22 103:1,7,19
106:5,14,19 108:3
108:5 109:2
121:18 122:10,12
125:16 134:22
135:1,6 136:7,11
136:15,16 137:3
138:21 139:10,12
140:8 148:8
153:22 155:8,21
162:5 175:20
177:9 178:20
179:1 189:10
192:14 204:13
230:3,16 276:21
291:13,14 295:1
297:8 298:5,6
328:11
**processed** 81:1
87:8 88:5 92:7
**processing** 81:6
87:25 88:8 102:23
242:3
**produce** 29:17 93:3
**produced** 27:24
28:15 29:10,12
30:2 33:2 34:12

41:20 47:25 67:25
94:14 147:23
169:20 234:24
314:23
**product** 11:23 12:1
12:19 13:8 40:21
40:24 163:21
164:22 166:4
224:9 225:14
226:2
**production** 29:14
46:18
**products** 1:3 4:7
166:7,12,18
**program** 160:9
**progress** 16:23
**project** 29:6,23
34:4 38:3,4 40:8
40:18 41:22 51:25
52:3 115:13
166:20 206:21
252:25 280:10,24
**projects** 34:8 35:13
39:24 167:13,14
**proliferative**
190:22,23
**promote** 227:19
**pronounce** 285:15
**pronunciation**
211:15
**properly** 170:25
206:13
**proposed** 266:22
**propounded** 333:9
**pros** 151:25
**protecting** 155:24
**PROTECTIVE** 1:8
**prove** 61:6
**proved** 324:12
**provided** 8:20 32:5
45:19,21,23 79:11
193:22 258:24,25
260:1,16,18
**provides** 10:20
**public** 17:24 34:6
35:20 49:11,13
51:8,19,22 52:7

53:18,22 54:5,16
56:5 57:1 58:1
59:3 61:15 64:3
64:18 65:12,23
66:23 67:23 69:1
69:7,19 70:8
71:17 81:24 82:19
83:8,21 84:23
85:9 86:14 89:18
96:8 107:5,16
112:4 113:25
114:5 133:4 134:1
137:11 139:5
142:16 143:10,17
162:14 180:17
182:20 183:14
184:5 185:12
189:18 192:3,6
194:10 204:15,23
209:8 218:23
219:11 220:15
221:6 230:13,25
231:8 232:9,11,15
232:18 237:14
238:8,24 242:21
246:13 270:15
271:11,16 272:1
272:23 273:9
275:11,25 283:4
283:12 308:12,20
317:16 330:22
333:22
**publication** 130:3
136:3,8 140:8
141:7
**publications** 228:1
285:1,3
**publicly** 34:18
48:24 49:1,3,6,23
**publish** 47:13
131:4,10 133:6
141:2
**published** 18:25
20:17 48:19 77:14
129:20 130:2,20
132:1,5,8,24
133:5 134:6,13,20

134:24 135:3,21
136:25 138:19
142:17 147:8,10
147:11 253:14
290:12 316:23
328:1
**pull** 262:14
**pulled** 239:24
**pulmonary** 312:8
**purpose** 7:8,9
22:21 90:1 91:3
106:22,25,25
107:2,21 127:19
141:1,2 146:18,21
157:25 163:2
185:1 249:2
**purposes** 10:18
130:22 253:25
277:24 314:13
**pursuant** 1:8 29:17
160:18
**put** 16:11 84:9
89:22 100:12
120:11 131:14
172:11 262:3
268:9 276:5,22
322:10,12

**Q**

**qualifications**
125:11 298:20
**qualified** 294:6
**quality** 77:15,19
78:24 79:4,11
103:2,19 105:11
105:15,15,23
106:9 123:15,24
124:6,7 125:15
128:7 129:23
130:11,18,19,22
136:17,20 137:5,7
137:15,16 138:15
139:4,7,13,16,24
142:12,12,22,25
143:2,4 144:16,19
147:22 152:3
155:24 156:7,9

201:7,9
**quarrelling** 224:19
**question** 7:15,16
15:25 17:11,22
22:4 33:10 36:5
44:22 46:14 55:25
56:4 72:2,4 75:18
76:12 79:3 80:7
80:20 85:7 86:4
88:16 91:7 103:10
103:13 105:9,19
105:25 106:3
115:17 116:8
118:22 134:10
139:21 141:12
146:11 149:17,18
150:12 154:16
168:2 174:20
177:3 181:14
188:24 191:20
200:5 207:19
208:1 218:17
229:17 243:12
253:4 254:2,5
280:20 281:13
288:5 290:16
297:16 307:15
313:5
**question's** 85:19
**questioning** 312:24
**questions** 5:23 7:13
7:14,19 8:4,12,17
9:3 12:14 13:5
21:20 24:10 26:1
26:21 27:22 29:21
30:8 31:5 33:7,11
36:14 42:3 43:18
45:3 46:5,21
47:17 48:6 52:17
55:10,18 56:19
70:23 80:21 83:5
83:16 84:16 85:21
86:24 87:20 89:24
91:1 95:4,14 97:5
107:19 121:16
122:9 126:21
128:20 131:20

Confidential - Pursuant to Protective Order

132:18 133:20
139:8 145:22
169:16 173:21
177:15 181:8
184:24 185:15,20
186:6 187:18
188:21 193:17
200:13,23 211:10
213:21 215:3
216:9 218:5 234:1
234:12,21 243:1
258:9 263:20
264:22 266:2
267:5 269:7 273:5
274:2 275:20
282:17 284:21
286:20 288:6
297:10 299:19
306:21 307:13
309:22 313:11
316:19 318:6,10
322:4 328:24
329:1,13 333:8
**quiet** 17:21
**quite** 11:7 80:24
81:2 109:7 137:13
140:1 153:22
180:20 272:16
274:11 275:6
**quote** 9:11 10:5
195:19 292:22
**quotes** 10:7 292:24

**R**

**R** 2:1,3,23,23 285:5
332:1,1
**raised** 197:17
199:18 200:9
202:12
**raises** 131:6
**raising** 199:1
**ran** 240:13
**range** 38:6,8 139:6
142:25 143:3,5
191:9 222:23
260:3 294:16,21
310:1,2 315:8

**rare** 156:10 289:10
289:12,16
**rat** 9:22,24 10:1,12
10:16 20:5 21:15
25:8 57:7 63:25
64:3 89:17 93:17
97:24 98:2 110:19
110:20 165:2
236:11,24 238:10
247:4,11,16 249:3
272:2 273:1,11,17
273:23 277:9
278:3,8,12,14
315:11
**rate** 304:23 315:6
**rates** 287:5,13
288:1 302:17,20
302:23 303:17
305:2
**rating** 141:19
**rats** 7:6 20:15
21:18 24:9 163:7
244:15 245:2,3
247:12 323:13,13
323:18 324:10
327:14,21
**raw** 301:12
**reach** 153:5,8
173:12 177:22
192:15 194:3
195:8 297:2 298:9
**reached** 25:5 76:12
93:1 210:11,21,22
210:24 297:5
**reaching** 203:23
204:12 294:4
**reaction** 255:7
**read** 21:10 25:10
44:4,11 48:25
49:25 50:3,16
51:13 55:9 57:19
58:11 68:11 71:14
71:22 76:8 77:17
94:22,23 98:7
103:24 104:9,12
112:11,21 113:2
116:6 117:3,9,16

120:6 123:11
131:7 143:24
148:16,24 152:17
169:6 182:4,4
186:14 192:23,24
195:5,10 196:13
196:14 197:20
200:16,21 205:16
207:12 209:7,25
210:2 212:18
214:2 216:15
219:1,14 222:1,7
243:7 254:21
255:9 265:7 267:1
267:2,6,7,8
269:17,18,20
270:12,13,17
272:15 274:10
282:11 302:6
326:10 331:3
333:5
**reader** 92:8 254:11
254:12
**readers** 252:17
**reading** 27:4,13
43:1,2 48:17,20
48:23 49:1,4,11
49:13 50:24 51:22
52:7 53:19,23
54:5,16 55:6,7,17
55:21 56:5,13
57:1,16 58:1,21
59:1,4,6,10,18,21
61:15 64:3,7,8,18
64:22 65:12,17,23
65:25 66:2,23
67:24 68:4 69:1,7
69:19 70:8 71:10
71:17 74:10 76:17
76:24 79:23 80:11
81:25 82:12,19
83:8,22 84:23
85:1,4,9,15 86:15
89:18 96:8,22,25
97:3 107:5,16
112:4,10 113:9,25
114:5 118:13

134:1 143:10,17
143:19 148:9
149:21 152:15
162:14,24 179:21
180:17 182:21
183:5,7,14 184:5
184:10,14,20
185:12 189:19,21
192:3,6 194:10,18
194:20,22,25
195:16 201:22
204:15,23 205:6
205:13,14,15,24
205:25 207:4,8
208:16 209:8,10
216:11 218:23
219:2,3,5,11
220:15 221:6
230:13 231:11
232:15,18 234:11
236:8,16 237:14
238:8,24 241:4
242:21 246:14
270:14,15 271:11
271:11,16 272:1
272:23 273:9
274:8 275:11,25
276:21 283:4,13
308:13,20,23
309:21 310:18
314:6 317:16
321:24
**reads** 94:6 274:21
292:22
**ready** 71:1 133:22
193:24 258:11
318:15,16,17
**real** 152:4 208:23
**reality** 100:17
**realize** 60:10
150:23 260:10
**realized** 234:4
241:18
**realizing** 201:23
**really** 14:23 15:4
17:23 28:13 37:15
41:3 51:13 61:7

61:11 64:11 71:12
72:3 75:18 80:1
83:19 84:3 107:1
114:12,12 119:14
121:19,20,25
127:17 128:17
143:13 148:2,6
149:8 152:21
157:9 161:12
162:1 167:6
193:23 194:7
198:1 203:12
205:12 210:13
220:7,10 224:8,24
228:25 231:4,9
232:3 240:8
242:18 244:20
246:24 253:5
265:6 286:18
288:19 291:17,22
295:23 303:14
305:19 307:14
314:25 315:6
319:18,21,24
326:12 328:6
**Realtime** 1:16
330:3,18
**reason** 7:16 8:8
50:19 51:3 58:14
68:23 101:19
177:25 178:1
204:18 224:23
225:1 230:12
240:2 280:10
319:13 331:5
332:6,8,10,12,14
332:16,18,20,22
332:24
**reasonable** 294:12
296:12 298:7
**reasonably** 175:25
**reasoning** 172:25
173:23 174:9
**reasons** 11:19 14:7
24:22,25 25:3
103:24 308:8
324:23

Confidential - Pursuant to Protective Order

**recall** 9:14 12:22
32:8 39:3 40:13
40:16 162:16
206:2 264:8
318:24
**receipt** 331:15
**receive** 255:21
**received** 255:20
**receiving** 197:22
**receptor** 327:11
**recipe** 18:21 316:9
316:15
**recipients** 167:4
**recite** 316:21
**recognize** 26:5 28:4
28:5 301:17
**recognized** 129:9
**recognizing** 40:23
252:19
**recollect** 45:1 80:1
**recollection** 238:22
253:23 254:7
274:12
**recommend** 139:21
317:7
**recommendation**
173:14
**recommendations**
145:9,25 146:5,7
146:14,16,20,23
146:24,25 173:18
**recommended** 56:1
**recommends**
139:14
**reconsidered**
217:15
**record** 4:2 6:3 29:9
29:16 70:19,20,22
133:13,15,17
189:5 193:13,14
193:16 195:20
224:21 258:2,4,6
263:10,14,15,17
278:10 303:11
311:24 312:13
318:2,3,5 329:8,9
329:11

**recorded** 185:16
208:15 233:22
309:16,24
**recording** 250:8
308:13
**recovering** 154:13
**redo** 146:11
**reduction** 250:19
250:20,23
**reexamined** 217:11
**refer** 9:18 302:2
307:23,23
**reference** 32:6 67:5
94:21,23 95:3
109:12 144:2
148:21 182:17
184:3 245:17
265:10 285:13
286:15 302:4
305:12 306:17,24
307:3,11,22 308:7
**referenced** 10:16
91:16,18 116:16
116:17 146:13
177:16 182:19
262:24 274:19
275:3 284:24
285:9 306:1
313:15
**references** 10:5
301:22 310:21
311:1
**referencing** 149:1
235:14 244:6
270:20
**referred** 48:8 77:20
315:4
**referring** 10:11
13:8,10 46:12
48:10 93:7,8,15
93:16 174:25
176:21 178:3
301:11 302:3
303:14
**refers** 9:21 279:6
307:24 308:2
**reflect** 14:10

**reflected** 192:1
320:16
**reflects** 12:8
**regard** 206:15
**regardless** 33:18
117:11 256:18
282:4 283:2 284:8
**region** 315:10
**Registered** 1:15
330:3,17
**Registration**
261:10
**regulated** 128:25
**regulation** 151:7
**regulatory** 53:24
123:8 128:25
144:23 145:1,11
145:12,13,19
147:2,3 151:6
173:2,15 225:10
227:1 323:12
**rejected** 320:18
321:1
**rejects** 139:15
**related** 178:11
203:18 250:3
**relates** 1:5 42:25
160:1
**relation** 12:5 26:18
36:19 39:17 79:3
187:13 326:24
**relationship** 36:16
**relative** 12:6
330:11,12
**relatively** 12:6,9
41:6 60:8 290:24
300:7 322:21
**relevance** 171:15
171:21 277:21,22
277:23 280:2
289:1 324:22
**relevant** 101:8
305:7 325:2,6
328:4,12,14,15,18
**reliable** 182:7
**reliance** 94:8 98:16
99:6,14

**relied** 66:20 71:9
84:20 90:15 98:23
107:25 116:25
117:2
**rely** 66:25 91:9
93:20 98:25 167:7
167:7 168:12
313:17
**relying** 26:9 66:18
**remember** 38:22
38:24 50:18 56:14
58:17 65:19 69:21
71:13 73:11 111:9
118:12 143:12,18
220:10 221:14,17
222:5,24 230:20
230:22,25 231:4,9
231:10 232:6
236:2,13 237:6,10
239:2 240:8
264:13,23,25
265:12,16 270:16
272:8,18 274:9
**remembering**
37:14
**remind** 246:11
**remove** 321:3
**removed** 245:2
**renal** 180:21 181:6
181:6 212:3,6,8
212:23 214:18
215:20
**render** 80:14 81:9
81:12,16 82:1
84:6 85:11 87:9
88:5 89:1 92:12
101:4,20 102:13
104:20 107:24
111:8,24 112:16
113:4 114:17
115:1 129:23
130:1 141:5
155:16 205:22
209:18 210:7
233:16 241:23
242:7 290:14
**rendered** 82:11

88:7 93:18 95:16
110:24 124:21
192:16 197:3
212:19 242:1
**rendering** 81:10,17
82:2 83:24 85:11
87:10 88:6 94:10
102:2,14 116:10
116:11 203:24
209:24 246:14
**repeat** 18:16 19:7
19:10 230:4 317:2
317:13,13,18
**repeatability** 18:2
18:10,19 19:19
316:1,4
**repeated** 19:5
**repeatedly** 26:14
**repeating** 317:1
**rephrase** 180:11
**replicate** 316:14
**replicated** 18:7
**report** 3:9 8:19 9:6
9:9,10,18,20 10:2
10:4,8,10,13,16
10:19 11:4 18:1
18:16 20:4,11
21:3 22:10 23:23
37:22 43:13,23
48:9 64:23,25
65:1,6,17 66:6,7
66:19,21 67:1,9
83:23 84:21 89:15
89:20,23 90:2,9
90:11,16,18,19,19
90:24,24 91:3,4
91:10,12,15,18,23
92:1,10,12 93:11
93:19,21,25 94:1
94:6,7,13,22 95:1
95:2,6,16,20
96:17 97:4,13,16
98:3,7,17 99:5,11
100:4 102:10
109:24 110:4,12
110:23 111:16
113:2,8 116:11,16

Confidential - Pursuant to Protective Order

116:24,25 117:4
117:16 118:3,5,9
118:12,13 119:12
119:14 124:21,25
125:19 126:3
127:6 128:12
135:20 144:2
147:6,7 171:24
174:25 177:17
182:15,18,25
184:22 185:6,23
186:1,22 190:18
192:8 196:7,16
203:21,24 206:25
208:10,25 209:2
211:12 212:14,20
212:23 215:25
216:15,18 218:13
218:18,25 219:1
219:18 221:1,2
222:2,11,17,20
223:3,10,12,14
241:18,24 245:18
245:24 246:15
247:23 258:14
269:1 270:25
273:14,18 274:14
274:20 275:4
281:3,15 282:6
284:6,15,25
285:10,12,13
286:10 292:12
293:11 298:24
299:5,23,25
300:11 305:11
306:13,14 307:18
307:20,22 311:1
311:10 315:14
321:5 326:8,15,20
reported 181:16
213:14,19 214:9
214:22 215:5
217:8 250:7
reporter 1:15,16,17
1:18 5:9 330:3,4,4
330:17,18,19,19
330:20,21,21

reporting 104:25
117:17 194:9
265:15
reports 25:10
48:11 50:4 51:14
51:15 57:2,20
58:12 67:5,5
68:12 85:24
100:21,22 101:24
103:25 104:8
105:3 109:9,10,18
110:16 111:14,18
112:8,10,20,22
113:2,5,12,21
114:2 116:17
118:18,23 119:2
125:14 143:19
148:15 150:11
151:24 162:25
169:6 184:18
189:22 192:23
194:19,21,24
195:2 196:13,14
197:3,5,11,11
203:17 205:15
206:16,19 209:6,7
209:9,17 217:17
221:22,25 240:1
243:4,8,13,16
represent 4:16
14:23 319:25
represented 92:18
268:16
representing 4:18
4:23 5:1,4 6:11
52:22
represents 83:1
84:25 101:19
277:16 280:16
310:12
reproduced 185:9
reputation 315:21
315:24
request 7:25
requested 29:13
204:21
require 33:1 151:8

165:7 187:15
303:7 304:24
required 123:7
requirement
150:24
requirements
144:23
requires 191:5
reread 326:21
research 15:23
16:3 17:10,14
39:19 40:4 41:10
107:18 131:10
137:6,12,16
156:16,19 159:3
159:24 160:9,14
160:17 161:25
162:7,10 252:20
254:19,25 255:22
256:9,10,12,17
researchers 256:2
reservation 62:9
reserve 60:16
resolved 36:9,24
resources 137:7,20
respond 196:19
200:24
response 80:6
118:8 198:12
200:8 264:15
265:19
responsive 198:13
rest 46:17 247:7
restaurant 56:2
restricted 272:14
272:15
result 118:4
resulted 45:24
results 18:7,15
19:17 190:3,9
214:8 254:15
255:3 317:22
320:2,3,21,22
321:7 327:18
retained 32:15,17
33:16 35:1,19
36:22 39:25 119:2

197:12
retrospect 81:8,16
return 29:18
331:13
returning 204:14
204:16
review 15:9 43:14
45:24 48:22 56:17
57:18 60:5 72:2
72:16 101:1
110:23 117:23
118:3,4,9,17,23
119:1,3,6 121:8
121:12 122:2,6,8
122:14,18,22,24
123:1,4,21 124:5
124:6,16,22,23
126:11,13,16
128:7,23 129:11
129:15,18 134:7
136:2 137:24
139:22 141:24,25
142:3,4,7,10
144:3,13 149:2,5
149:11,13,22
150:1,16,19,23
151:3 155:9,13,18
155:20,23 156:7
157:2,10,15
158:15,21,24
159:14,15,16,17
161:4,9 172:8
180:6,16 183:1,13
184:23 186:15
196:18 198:5,9,13
198:18,19,22
199:17 200:7,18
201:4 202:1
211:25 212:8,15
212:20,20 218:12
223:2,11,15
237:11,18 242:11
242:12,17 253:19
253:24,25 264:11
265:14 272:3
275:10 290:11,25
291:4,8

reviewed 43:11,21
44:1,4,8,11,16
45:1 49:1,2,16
51:5 78:21 116:5
118:6 121:22,24
151:20 158:17
180:17 199:14
212:14 213:4
214:14 222:14,15
243:24 253:13,17
261:21,24 271:15
273:11 278:4
281:22 286:5
291:17
reviewer 120:7
141:10
reviewers 143:7
147:19
reviewing 43:4
45:14 51:3 74:12
108:3 115:16,25
121:20 141:17
143:16 154:6
159:8 160:7 162:3
181:23 189:4
217:15 264:13
266:12
reviews 126:20
127:10,11,24
128:19 129:4
144:7,8 151:22
169:7 265:4
revised 261:19
revisited 212:25
rewards 256:5
right 6:23 7:11
9:23 13:2,9 14:12
17:19 20:19 21:24
22:4,20 25:6
26:22 27:7 28:6
29:3 31:2,11 32:4
32:14 33:2,4,6,12
34:2,23,24 35:12
35:18 37:5 38:17
39:2,20 40:7,22
44:13 45:4 46:13
47:1,10 48:22

Confidential - Pursuant to Protective Order

50:19 52:21 53:9
55:19,24 57:24
58:18 60:25 62:13
62:18 63:18 64:15
66:12 67:6 70:24
74:23 75:15 76:19
77:6 78:16 79:5,8
79:21 80:3 81:5
84:17,19 88:16
89:14 93:24,25
96:2 97:10,19,25
102:3 103:17,22
105:2,17 106:17
106:23 110:4,22
115:15 116:20
118:2 119:23
120:17 122:20
124:14,17 125:25
126:6 130:17
133:8,21 135:10
135:15 141:25
149:17 155:1
156:15,18 157:16
158:6,12 159:21
160:3,22 161:3
162:8 164:14,24
165:1 168:8,15
169:4,18,24
171:24 172:15,23
173:10 176:20
177:1,11 179:12
179:19 182:10,14
182:24 183:3,10
185:5,21 186:19
186:25 187:19
189:8,23 191:12
192:11 193:9,18
195:1 196:10
197:6 198:21
200:17 201:3,10
201:20 202:10,24
203:2 204:6 207:6
207:22 209:11,22
211:9,23 219:19
219:20 220:24
221:9,19 224:18
225:22 227:21

228:6 230:11
231:1,25 233:10
233:19 235:3,6,8
237:23 238:3
239:10 241:5,9,20
243:21 246:15,17
246:23 249:15,24
251:11 252:5,16
253:4 254:20
257:21 258:10
259:24 260:15
261:4,12,16
262:13 263:21
266:6,13,17
268:15 270:1,2,25
273:2 275:1
278:25 281:2,9,9
281:17,24 283:10
284:1 285:14,17
288:15,21 292:17
294:2 295:22,24
296:5,16,23 297:6
297:8,12 298:3
300:12 301:1
305:18 306:11
308:14,17,24
309:7,10 313:10
314:24 315:12
317:24 318:7
319:4 321:4,17
322:20 326:1,4
328:16,21 329:15
**rights** 39:17
**rigid** 142:20
**rigorous** 327:24
**River** 304:14
**Robert** 261:9
**robust** 291:13
   304:6,9 310:21
**rodent** 9:11,16
   22:13 23:19 68:18
   69:13 70:1,9
   107:7 111:15
   117:25 118:6
   119:4,6 177:2
   272:25 275:11,24
   276:19 321:10

322:8 323:3,10
324:16
**rodents** 324:4
   325:6 327:22
   328:3
**role** 7:3,4 21:12
   228:16
**Roman** 279:6
**room** 27:4,13 48:17
   48:20,24 49:1,4
   49:11,14 50:24
   51:22 52:7 53:19
   53:23 54:5,16
   55:6,7,17,21 56:5
   56:13 57:1,16
   58:1,7,22 59:1,4,6
   59:10,18,21 60:3
   60:8,12 61:15
   62:12,16 64:4,7,8
   64:19,22 65:12,17
   65:23,25 66:2,23
   67:24 68:4 69:1,7
   69:19 70:8 71:10
   71:17 74:10 79:23
   80:11 81:25 82:12
   82:19 83:8,22
   84:23 85:1,4,9,15
   86:15 89:18 96:8
   96:22 97:1,3
   107:5,16 112:5,10
   113:9,25 114:5
   134:1 143:10,17
   148:9 149:21
   162:14 179:22
   180:17 182:21
   183:5,14 184:5,14
   184:20 185:12
   189:19 192:3,6
   194:11,18,20,22
   194:25 201:22
   204:15,23 205:6
   205:13,14,24
   206:1 208:16
   209:8,10 218:23
   219:2,3,5,11
   220:16 221:6
   230:13,16,21

231:7,11 232:8,15
232:18,22,25
233:2,5 234:11
237:14 238:8,24
242:6,21 246:14
270:14,15 271:12
271:16 272:1,23
273:9 274:8,11
275:6,12,25
276:21 280:3
281:19 282:15,19
283:5,6,13 295:10
308:13,20,23
309:21 310:18
317:16 319:22
**Rosol** 1:11 3:9,9,11
   3:11,12,12,14,14
   3:15,16,17,18,19
   3:21 4:6 5:14 6:4
   8:15 27:20,25
   30:6 46:19 47:15
   47:22 234:19
   263:18 329:13
   330:5 333:15
**Rosol's** 3:19
**Roundup** 1:3 6:22
   163:20,21,23
   164:19 224:9
   225:4 226:3
**Roundup's** 4:7
**routine** 127:11
   128:18,22 129:4,6
**routinely** 129:21
   172:21 328:5
**Rudie** 2:3 4:17 6:10
**rudiesoileau@g...**
   2:3
**Ruecker** 110:20
**ruled** 203:18
**rules** 32:21,23 33:1
   33:7
**ruling** 166:24
**run-of-the-mill**
   137:19

_____
**S**
_____
**S** 2:1

**safety** 224:16,17
**salivary** 248:23
**sample** 92:14
**samplings** 319:25
**sat** 238:14
**satisfied** 108:21,24
**saturated** 79:25
   86:21
**save** 263:11
**saw** 50:16 60:8
   100:14 149:20
   179:21 181:18,24
   182:10 197:2
   198:3,6,23 218:23
   221:5 238:5,11
   248:18,20,22,23
   261:3 279:2
**saying** 13:21 73:1,4
   84:24 96:24
   109:11 139:1
   162:16 169:15
   188:23 200:25
   207:22 248:6
   265:12,16 322:7
**says** 5:17 32:25
   223:12 235:9
   244:4,10 247:3,4
   249:25 266:20
   267:4 270:5 280:5
   300:17 310:8,14
   310:14 321:7
**scenarios** 181:25
**Schedule** 3:17
   47:21
**scheduled** 6:24
**school** 230:18
   257:1
**science** 15:5 16:4,8
   16:14,15,18,23,25
   17:2 19:21 74:23
   75:7 121:14
   127:20 131:10
   139:19,24 141:14
   142:3 153:10
   166:20
**sciences** 257:10
**scientific** 11:9,17

12:7,9,11 13:11
14:5,6,9,10,22
16:2,10,20 17:8
17:24 25:10 39:18
41:1,7,11 72:21
74:24 76:3 78:10
91:23 102:20
103:15,15 116:9
120:11,20 121:9
122:8,23 129:16
129:19,20 132:11
134:2,6,13,20,25
136:1,4,9,12
137:9,10,19 138:1
138:20 139:5,10
139:13,22,23
140:21 141:3,5,8
141:10 142:17
143:3 144:25
145:5 157:21
159:19 170:1,3,25
171:8 172:24
173:22 174:8
176:1,4 177:10
192:24 195:5,10
195:12 196:15
225:17 251:17,24
256:7 315:21
316:23 320:17
322:22 327:24
**scientifically** 14:25
**scientist** 15:2,8
18:5,6 72:14 73:1
77:9,16,22 78:21
84:5,5 88:25
101:6 103:5 109:4
122:14,15 123:2
130:5 144:20
161:20 170:11
209:23 316:3
317:18 319:14
**scientist's** 227:18
**scientists** 15:10,12
15:14,21 105:23
109:5 129:22
130:6 137:23
145:14 168:4

183:8 207:12
316:25
**scope** 56:20 108:21
**screen** 218:24
235:18,21 236:4
236:25 237:6,6
238:12,13 262:10
276:6 278:22
279:3 283:4,7,12
283:24 284:2,9
**screens** 238:16
**search** 45:15,24
63:13 260:21
**searches** 259:6
**second** 43:7,20
45:7 124:12
126:15 127:4
133:11 155:18,22
156:6 189:20
263:11 299:1
300:24 321:14
**section** 266:18
310:8,14
**sections** 212:18
213:5
**sector** 133:4 137:6
137:17 138:2,4,10
138:15,18 139:3,5
142:9,15,19 143:1
145:16,20 147:4
252:8,12 253:9,10
**security** 54:8 59:19
62:3,14,15,22
**see** 10:25 11:22
12:17 13:25 18:6
18:14 24:7 28:4
32:25 37:25 43:6
49:20,20 57:13
59:11,17,25 65:17
66:7 67:19 72:6
72:14 78:22 84:12
86:2 94:23 100:6
105:11,18 106:9
114:12 116:24
120:8 131:1
137:16 143:24
148:14,23 149:24

152:18,25 155:3
157:7,8 172:22
174:10 175:24
178:8 182:1
184:16 189:11
195:22 196:5
202:2 211:21
218:15,19 224:2
225:5 229:4
231:21 235:11
236:22 237:2
238:25 239:16
243:11 245:13
247:5,6 249:18,21
262:11 267:20
270:7,22 276:3
280:18 285:14,17
285:18 287:20
291:5 292:16,21
299:20 300:16,20
301:7 310:11
322:3 328:2
**seeing** 236:22
**seek** 37:7 157:10
159:13
**seen** 28:11 74:18
85:15,16 100:18
100:20,21,22
148:15 149:25
152:25 153:1
167:23 189:3
260:25 266:6
276:6
**select** 232:10
**selected** 92:18
195:10,12 253:19
**selectively** 50:2
309:11,13,15
**semantics** 89:5
**sense** 104:5 150:19
175:6 229:5
247:18 316:9
**sentence** 292:21
293:19 300:17
301:6 321:25
**separate** 21:6
25:13 39:23 67:8

69:2 84:13 86:8
94:12 123:10
189:10 219:2,3
278:13,15
**separately** 30:5
106:10
**Sepracor** 32:12
35:10
**September** 1:7 4:9
44:10 234:25
330:23
**serial** 247:18
**serious** 165:18
**serve** 131:9 185:1
**served** 35:4 44:20
145:6
**serves** 130:21
**Services** 1:20 2:24
**serving** 141:9
159:10
**session** 318:9
**set** 10:6,10,18,21
11:2 17:7 30:2
93:13,15 95:8
107:23 238:23
251:11 269:9
303:14 307:23
330:9
**sets** 24:19
**setting** 152:11
**Settler** 6:8
**seven** 9:22,24 10:1
10:12,16 20:5
21:14,15 25:8
57:7 97:24 98:1
236:11 273:1,11
277:10 278:3,12
278:14
**severity** 189:6
**share** 9:1 155:15
269:5,22,24
291:20
**shared** 82:14
**sheet** 63:2 238:20
278:19 331:6,9,11
331:14 333:11
**shift** 180:3

**short** 51:17 63:1
67:18 70:25
**short-term** 239:3
240:24
**Shorthand** 1:17
330:4,18,20,21
**shoulders** 16:8
**show** 9:12 22:14
23:20 27:23 31:8
42:10 46:23 61:11
92:14,24 93:12
152:4 153:2
224:21 228:19
235:2 243:5 251:1
251:2,2 256:13
262:3 263:21
288:4 303:11,25
323:13,18
**showed** 62:3 192:9
215:5,22 237:12
238:6 324:10
327:20
**shown** 190:12
281:15 283:3
305:3 327:14
328:2
**shows** 30:9 93:11
210:16 278:13
**side** 200:24 233:7
**sign** 331:8
**sign-post** 224:25
**signed** 37:1 59:5
61:11 94:1
**significance** 295:25
296:1
**significant** 165:19
**significantly**
137:18 240:11
**signing** 331:9
**silent** 150:11
**Sill** 2:10 8:2
**similar** 18:7,17
123:17 130:10
207:13 230:5
243:9 317:22
**simple** 187:16
189:2 307:15

Confidential - Pursuant to Protective Order

simply 45:19,23
  83:20 95:7 229:19
  275:8 298:4
  306:25
single 212:18
  274:13
singularly 167:25
sir 26:22 28:6 53:4
  83:6,17 122:21
  140:14 146:8
  223:16 282:18
  306:25 307:14
  314:16
sit 40:15 43:25 60:4
  80:10 108:20
  119:23 143:25
  192:14 266:12
  324:9
site 59:7
sits 94:5
sitting 81:23
situation 35:7,10
  36:9 84:10 127:13
  289:6
situations 151:12
  155:15 289:7
six 10:23 104:2
  152:16 233:7
  245:3
size 60:4 232:24,25
skill 86:7 99:21
skip 312:11
slide 120:9 155:15
  226:20
slides 104:2 105:1,5
  120:8 123:11
  124:11,20,21,25
  125:1,22 126:2,4
  126:16 128:14
  129:11 152:18
  153:24 158:16,17
  158:24 160:8
  188:7 189:4,25
  212:1,13,13,15,24
  213:3,6 214:13
  217:10,11,22
  218:4

slightly 12:25
slow 49:17 222:8
slows 151:24
small 161:11
  188:17 190:21
smart 293:16
smoked 176:11
smoking 176:1,4,9
  176:17
so-called 94:6
society 17:17
Soileau 2:2,3 3:5
  4:17,18 5:23 6:10
  7:23 8:4,17,22,25
  9:3 13:2,5 21:20
  24:10 26:1,21
  27:22 29:20,21
  30:8,20,23 31:1,5
  32:22 33:6,11
  36:4,14 42:3
  43:18 44:21 45:3
  46:5,21 47:17,23
  48:5,6 52:17
  55:10,18 56:9,19
  70:15,23 80:21
  83:5,16 84:16
  85:18,21 86:24
  87:20 89:24 90:23
  91:1 94:15 95:4
  95:12,14 96:23
  97:5 121:16 122:9
  126:21 128:20
  131:20 132:18
  133:8,20 139:8
  145:22 169:13,16
  173:21 181:8
  184:24 185:15,20
  186:6 187:18
  188:21 193:8,17
  200:13 213:21
  215:1,3 216:9
  218:5 234:1,12,21
  243:1 257:21
  258:9 262:13,22
  263:8,20 264:22
  266:2 267:2,5
  269:7 273:5 274:2

275:15,20 282:10
  282:17 284:21
  286:20 288:6
  297:10 299:19
  306:21 307:8,13
  309:22 313:6,11
  316:19 317:24
  318:6 321:16,24
  322:4 328:21
  329:5,15
someplace 276:18
something's 175:11
somewhat 188:7
soon 232:5
sorry 30:18 36:12
  43:15 50:11 61:11
  67:14 94:16 96:23
  99:12 100:24
  112:19 122:22
  180:2 184:25
  190:13 191:15
  207:18 208:3
  222:8 236:17
  244:16 249:23
  254:4 257:8
  262:18 270:16
  272:11 276:14
  285:19 299:1
  300:21 302:18
  309:4 313:8
  321:15 325:16
sort 16:13 17:20
  39:21 55:24 61:9
  62:19 109:13
  131:25 144:23
  206:3 235:14
  238:5 244:18,20
  247:17 292:3
  296:11
sounds 172:16
  233:8 242:14,15
  294:19,24 322:6
source 17:25 197:1
  197:15 235:13
  251:21 253:2,8
  255:13 256:18
  273:22 280:23,23

284:4 302:5 304:1
  304:4,6,9 305:13
  305:25 313:19,22
  313:24 314:3,7
sources 78:15
  196:24 199:19
  200:10 253:16
  306:9 311:3,18
  312:20
SOUTH 2:2
space 331:6
speak 13:4 18:21
  98:3 107:9 118:11
  214:1 253:12,20
  266:3
speaking 170:10
  210:15
special 143:13
species 187:14
  289:20 315:10
specific 14:10
  34:20 45:15 58:25
  63:6 75:12 92:22
  99:6 106:21 113:5
  118:12 120:12
  121:21 130:3
  139:17 141:10
  142:2 145:8,9
  146:5,6,14,15
  147:5 148:22
  151:16 153:12
  159:24 161:17
  163:14 166:16
  169:21 170:13,20
  174:20 178:18,19
  180:12 187:13,14
  192:9 196:17
  197:21 198:25
  204:25 219:22
  229:1 230:23
  231:11 232:10
  247:15 268:1,21
  290:13 292:9
  299:14,16 300:1
  300:10 303:14
  308:6 310:21
  315:9

specifically 9:18
  13:7 57:5,19
  58:11 99:16
  152:12 163:9,16
  176:8 300:5
  301:19 302:3
  306:14,16 316:5
  325:22
specifics 58:17
  72:23 118:13
  253:12 310:16
  316:21
specify 86:18
spectrum 20:17
speculating 210:16
speculation 216:8
speech 131:21
spend 50:20 51:1
  59:3,9 110:11
  239:11
spent 50:3,7,8
  69:23,25 108:3
  144:22 148:1
  166:19 196:6
  272:9,24
split 131:18
spoke 301:22
sponsor 61:19
sponsors 252:4
spontaneous
  152:20 311:15
sporadically
  289:17
spot 316:13
Sprague 244:14
  245:1,3 277:8
squared 284:6
stage 80:2
stand 16:8 91:22
  140:2
standard 123:6
  129:3 142:21
  151:8 153:6 165:8
  165:12 224:15
  225:9 226:24
  253:1
standardized 63:4

161:22
**standing** 82:19
131:6 170:5,24
171:7 173:11
211:4,7,8 216:5
315:21
**start** 56:3 118:25
157:19,20 158:19
172:6 178:3
207:19 244:8
258:24 313:13
**started** 177:12
285:5 318:14
**starting** 168:15
244:11 316:13
**starts** 157:23
**state** 6:2 9:10 21:14
22:11,12 29:9
213:13 250:9
255:19 257:13,16
286:18 331:5
**stated** 326:9,12
**statement** 22:16
24:3 174:25
176:21 199:24
200:1 243:3
267:18 270:6,10
270:14,18 273:21
274:21 276:3
277:17 278:7,15
280:5 281:16
283:3 286:23
287:20 288:8,10
292:7 293:4 302:7
304:1 308:12
323:16 326:8,17
326:23
**statements** 16:7
167:1 289:22
**states** 1:1 59:7
72:10 73:15 123:6
151:3,4 223:10,14
**statistic** 292:1
**statistical** 187:10
227:23,25 233:21
291:24 292:6
293:1 294:20,24

295:1,7
**statisticians** 189:16
227:15
**statistics** 95:24
178:16 227:12,14
227:16,17,19
228:11 259:13
295:3,15,17
**stays** 22:1
**Stemmer** 217:23
**stenographically**
330:8
**step** 12:15 136:2
144:16 170:21
171:15 172:19
175:20 179:4,9
189:20 192:16
194:11,12,13
195:6
**steps** 54:12 56:23
107:11 172:17,18
175:16 202:19
203:6,14,25
328:11
**stickers** 31:2
**stimulate** 17:17
**stop** 46:14 88:2
89:25 193:11
257:22
**stopped** 85:8,22
87:7,7
**story** 102:25
**Stout** 110:20
**strain** 178:19
247:11 289:2,20
296:8 315:9
**strained** 303:21
**streamlined** 145:11
**Street** 1:12 2:4,19
4:12
**strength** 201:7,9
**stretch** 124:18
**strict** 54:1
**strong** 74:7 78:22
151:10,20 152:5
167:5 171:3 176:3
289:6

**stronger** 74:20
89:11
**strongest** 326:18
**strongly** 87:16
**struggle** 102:7
**struggling** 101:18
102:5
**student** 19:2
115:19
**students** 227:17
323:24
**studied** 14:25
167:21,22 327:2
**studies** 9:12,17,19
9:22 10:1,12,15
10:17 11:1,15,18
11:25 12:21 13:13
17:6,15,18 20:2,4
20:9 21:2 22:13
23:9,20 24:19
25:8,15,24 26:6
26:10,12,20 27:12
40:6 41:10 48:8
48:15,17,23 49:6
49:11 51:5 57:4,6
57:11,21 58:2,6,9
63:14,15,18,25,25
64:10,17,21 65:2
65:3,4,8,11,25
66:8 67:13,15
68:4,5,7,10,16,16
68:17,19,19,20,25
69:2,5,21,22 71:6
71:8,10,14,16,21
71:24 72:9,18
76:14,22 77:11
78:6 82:18 83:21
84:22 89:17 93:9
95:19,20 96:7,14
96:18 97:7,9,12
97:20,23,24 98:2
98:8,12,14,21
99:7 100:3,11
102:9,16 103:3,4
103:16 104:23
106:10,15,15,22
107:4,14 108:6

109:19,22 110:8
111:1,3,15 112:7
113:13,24 114:4
116:15,16,24
117:1,7,25 118:6
119:4,4,7 120:1
120:19 121:1
127:11 129:5
131:24 133:25
134:13,21 135:3
139:15 142:8
143:9 144:1 148:9
149:8,12,14 152:3
156:14,16,23
158:21 159:14,20
159:23 160:2,12
161:12,14,16,21
161:23 162:13,15
162:18 163:4,5,13
163:15,17 164:10
164:11,12,13,17
164:20 165:1,3
167:1,2 171:6,7
172:19 173:11
174:1,4,5,7,10
175:14 178:6,22
179:14,15,18,22
180:6,11,16,22
181:7 182:18,21
183:14 187:4
192:3,6,9 193:5
194:10 195:3
201:19 202:5
208:9 212:21
219:5,6 225:2,2,3
225:6 226:4,15,18
229:14,14 233:12
236:6,6,10,10,12
236:15,24,24
237:18,20,22,25
238:7,9,10,23
239:1,6,7 240:7
240:11,24 241:4
242:18 243:20
251:14 252:10,20
271:2,6,8,15
272:10,25 273:10

273:23 274:15
275:11,24 276:10
276:19 277:2,11
278:4,14,14,20,23
286:24 288:23
301:25 309:6
314:6,20 316:21
317:15,23 319:8
319:13 320:12
322:18,22 325:3,9
325:11 326:24
327:19
**study** 14:6,22 16:5
16:6 17:19 18:20
24:6 26:19 50:5
57:20 58:12 64:3
64:6 65:21 66:1,3
67:22 72:5 76:7,7
76:13 77:10,14,18
77:19,21 78:19,22
79:3,4,10 96:4,5
103:14,15,20
105:11,12,16,18
105:22 106:11
110:19,20,21
118:10 120:6
122:7,24 123:4,12
124:5,23 127:3,4
128:8 132:22
134:3 135:18
136:20,22 138:18
138:19 140:5,25
148:22 149:2
151:15 152:14,15
153:24 155:25
156:12,20 157:2,3
157:5,13,19,25
158:7,11 159:4
160:4,6,18,25
161:6,8 162:2
164:21 165:17
167:18 172:22
175:19 181:17
185:10 193:2,5
194:23 195:25
211:11,17,18,21
211:23 212:10,12

Confidential - Pursuant to Protective Order

212:17 213:14,25
213:25 214:9,19
214:21 215:5,21
217:7,14 218:12
219:10 220:14
221:1,2,13,20
222:13 223:5
224:5 225:17,18
226:11 227:22
228:8,16 229:21
230:3,4,5 235:22
239:3,4 246:20
247:4,22 248:2,10
248:11,12,13,24
249:3,3,4,7,9,11
249:11,13 250:4,6
264:16,17 265:5
265:15,20 269:2
270:19,23 271:3,5
272:5 273:16,17
273:18 277:6,8
278:1,8,9 279:24
288:12,13,24
300:1,5,14 302:20
302:22 304:8,21
306:3,15 307:5
310:12 316:4,6,22
317:2,4,5,6,11,13
317:19,21 318:19
318:20 319:4
320:21,22 325:23
**studying** 13:25
**stuff** 309:3
**style** 155:22
**subchronic** 248:11
249:4,13
**subconclusions**
24:17
**subject** 331:10
**submit** 136:8
**subpoena** 29:12,18
**Subscribed** 333:18
**subsequently**
327:14
**subset** 120:8
127:22
**subsetted** 236:25

**substance** 250:13
333:10
**substantiate** 93:3
**substantiated**
303:22
**substantiation**
303:24
**substantively** 230:2
**substitute** 226:2
**substrain** 247:15
**sufficient** 170:24
206:15 208:18
211:3,6 327:2
**suggest** 175:5
215:21 254:22
**suggested** 54:25
204:21
**suggesting** 170:20
203:3 311:17
**suggestion** 175:12
254:24 255:1,8
**suggestions** 145:24
**suggests** 188:9
**Sugimoto** 300:14
301:2
**suit** 35:16,17 39:13
39:15
**Suite** 2:12
**summarize** 171:23
177:18
**summary** 48:18
49:5 92:13,14
113:3 179:9,24
183:15,16 184:15
184:21 189:13
243:19,19 278:19
**summation** 92:6
**supplement** 48:19
183:21 194:19
**supplemental** 3:11
27:25 28:8 41:17
43:2 44:3 93:22
118:15,18,19
119:20 227:5
233:20 264:4
**supplementary**
135:4,11 183:21

186:5,7,9 208:14
209:2 234:8
**supplemented**
201:25
**supplements** 49:7
201:24 205:9
**support** 79:11,16
82:20 87:16 91:19
100:7 170:8,12,25
171:7 206:4,11,13
208:11 252:20
302:9
**supported** 54:23
90:10 102:19
160:15 170:4
177:9 207:17
213:15
**supporting** 201:8
201:14 202:22
**supportive** 176:13
243:9
**supports** 209:14,14
**suppose** 49:9 156:8
262:1 297:18,19
304:7 306:11
**supposed** 255:21
319:15
**sure** 7:19 15:6
19:22 20:20 22:5
23:5,10,15 24:17
24:21 26:2 27:19
30:22 32:24 41:2
44:8,16,24 46:12
52:24,25 56:11
64:15 65:7 68:10
68:24 69:11 71:18
75:4 76:2 98:18
99:17 101:10
105:8 110:14
111:6,23 114:13
121:3 122:5 140:1
156:5 161:18
194:13 196:11,22
200:3 201:1
203:13 208:5
210:4 211:14
219:15 223:21

224:20 225:15
237:5 255:15
262:22 271:4
275:5 276:21
290:15 292:10
298:13 305:19
309:14 310:3
314:6 321:16
329:5
**surfactants** 166:9
167:3
**surprise** 254:16
314:9 315:12
**surrounding** 52:6
**suspect** 144:17
149:14 172:25
173:23
**swayed** 256:5
**swear** 5:11
**sworn** 5:15 330:5
333:18
**synonym** 121:13
**synonymous** 68:21
69:15 314:12,17
**synonyms** 68:18
**synthesis** 187:16
**synthesizing** 80:18
80:19
**system** 159:8
165:15

---

**T**

**T** 2:17 332:1
**Tabatabaie** 2:11
8:1,2
**table** 63:6 84:19
100:7,13 232:23
233:6 236:4,5
237:4,11,19 238:5
238:11 272:2
**tables** 48:18 49:5
50:9 184:15 186:5
186:7,13,15
189:13 209:2
233:20 237:13,16
242:10 243:19
**take** 8:7,8 50:14,17

54:12 59:16 70:16
84:17 86:10 91:16
95:17 110:4
116:23 133:11
134:19 142:6
152:16 153:15
154:8 201:10
210:3,18 240:1
252:23 254:13
257:23 258:16
268:17 292:11,17
297:1 317:25
325:5 329:3
**taken** 202:19
265:19 271:10
288:19 289:19,24
330:8
**takes** 17:2 151:23
**talk** 15:17 20:19
23:2,8 42:1,7 49:8
103:1 120:25
129:14 136:1
174:17 179:25
188:22,25 190:2
224:11 229:19
299:6
**talked** 18:1 100:5
102:23 103:2
118:16 136:19
140:3 180:5 203:7
204:9 224:14
272:6 273:19
310:2 328:11
**talking** 34:24 69:4
69:16 78:7,9 79:1
90:18,23 91:2
94:2 96:19 98:8
112:3,4,6 115:14
115:15 121:4,15
135:7 143:25
159:3 161:11,13
161:15,21 162:12
164:25 165:2
167:15 171:9
173:25 174:3
176:24 179:14,16
185:24 189:1

193:6 194:7
197:11 202:18
208:24 211:19
219:8 239:22
259:10 262:23
272:12 289:23
303:15 314:25
318:24 326:15
**tape** 133:10 257:22
**Tara** 2:11 8:2
**taught** 86:8
**Taylor** 261:10
**teach** 121:9 227:16
323:24
**team** 167:7
**technical** 306:12
**technically** 163:24
**technique** 92:12
124:8 130:19
**Technologies** 5:8
5:11
**TELEPHONE**
2:13
**tell** 5:16 7:17 19:14
22:23 31:12,14
37:22 41:16 42:12
47:5 55:5 56:11
67:11,21 70:5
81:23 86:6 99:15
110:17 123:3
126:19 129:8,17
140:4,12 150:10
174:15 176:11
181:12 190:3
194:5 209:13
218:22 223:5
225:23,24 226:1
236:8 244:3,9,19
246:18 248:7
249:2 259:9
262:20 263:1,25
264:4 274:5
285:20 290:6,19
293:19 303:10
312:5,25
**telling** 14:14 64:16
84:18 117:22

132:13,19,21
150:15 172:17
173:10 178:25
179:12 181:22
184:2 196:12
200:6 206:10
207:15 208:6
222:9 242:16
268:5 273:21
284:3 286:22
295:5 304:20
305:11 324:8
325:19
**tells** 189:12 276:17
295:24 296:2
299:16 325:13
**ten** 222:23 233:4
**tend** 12:17 15:9,15
16:4 17:14,21
138:17 141:22
**tendency** 256:3
**tends** 13:12 142:19
**term** 62:5 68:15
77:23 78:1,4,13
79:14 120:6 140:6
140:12 169:19
288:10,18
**terminal** 63:9
**terminology**
247:21
**terms** 11:6 63:13
99:24 104:5
137:14 171:19
173:20 202:4
212:3,5,7 289:1
290:4 302:21,23
310:22 316:7,10
324:6
**test** 84:8 123:23
148:19 161:16
163:5 164:10
224:9 225:16
316:4
**tested** 163:11 166:5
166:5 327:16
**testified** 37:23
**testify** 330:5

**testimony** 4:5 13:1
20:11 37:8 82:17
93:6 95:11 96:21
96:25 132:17
140:6 142:6
158:14 177:16
181:17 185:14,19
195:17 200:12
201:6 210:20
214:25 221:10
231:18 233:24
242:24 264:21
265:10,22 274:1
283:2 325:18
330:8
**testing** 18:19 158:1
224:10 287:4,12
287:25 295:2,2
**tests** 201:5
**Teva** 32:12
**Texas** 1:17 330:21
**text** 306:6 308:7
**textbooks** 302:6
**thalidomide** 323:25
323:25 324:3
**thank** 5:24 6:9 9:2
30:21 154:11
193:21,22 202:17
258:19 312:3
329:6,16
**thanks** 204:2
244:23
**they'd** 228:21
**thing** 16:24,25 19:4
79:1 121:4 131:22
150:14 171:19
209:20 229:1
267:1 296:11,12
324:19,21
**things** 17:23 24:1
24:20 26:8 30:1
75:25 131:17,18
157:8 166:10
184:12 186:17
192:12 197:18,21
281:7 309:2
319:20

**think** 7:23 8:18
11:16,19 12:8
14:8,13,15,21
15:12 16:16 17:4
21:13 25:11 30:4
35:22 38:18 39:1
42:4,7 47:23
48:21 51:18 52:13
52:14,19 53:5,7
53:24 56:9 60:8
60:20 61:3,16
62:10 63:9,20
66:10 69:12,23
74:16,19 79:19
81:2,19 84:8 85:6
85:18 89:4 92:17
97:2 99:8 101:19
106:16 114:8,24
115:5 117:23
121:5 125:18
132:3,7 133:9
136:17 137:1,15
137:24 139:9,12
139:18 140:14,19
142:7,10,18,21,23
142:24 147:25
148:3 149:6
151:12,18,21,24
153:3,21 154:20
155:12 156:2
162:12 165:12,14
168:2 174:12,24
176:3 185:3
188:13 193:8
204:7 206:8 208:7
213:2,10 214:5,10
214:15 215:4,7
216:12 217:25
218:7 220:13
221:5,7,11 223:22
224:7 225:10,15
233:1,17 235:10
235:16 237:7
238:15 241:6,13
252:11 254:16,24
255:10,10 256:3,8
258:18 262:2,25

264:2 265:17
268:21 270:13
273:15 275:18,23
278:1,3,18,21
280:11 281:20
282:21 285:16
287:7,17 288:11
290:6,20,24 291:4
291:8,19 294:8
303:7 308:25
313:13 318:8
319:18 320:15
324:5,7 326:17
**thinking** 45:13
117:18 148:10
230:18 232:19
312:17
**third** 244:8 300:16
301:6
**thirty** 331:15
**Thomas** 1:10 3:9
3:11,12,14,15,18
3:19 4:5 5:14 6:4
27:24 47:22 330:5
333:15
**thorough** 198:17
291:5,10,14
**thought** 41:3 50:18
54:21 78:9 79:4
79:10 91:12
145:10 162:17
181:23,24 205:17
216:15 231:17
264:15 268:8
271:9 277:20,21
277:23 279:16
280:2 305:7
313:19
**thoughts** 298:20
**thousand** 112:9
**thousands** 12:11
49:18,19 148:12
148:12
**three** 28:20,22
38:13,19 41:16
42:22 45:10,16,18
45:22 46:12 95:21

Confidential - Pursuant to Protective Order

95:22 104:2
107:19 110:15,18
110:25 119:21
152:16 156:19
172:17 177:15
178:2,2 179:4
188:3,6 190:25
191:8 195:23
272:9,11,13
285:18,21,23
286:5,8,24 301:21
301:25,25 311:4
328:10
**three-step** 171:22
179:1,8
**thyroid** 327:14
**tight** 142:20
**time** 4:2 11:12,18
11:23 12:19 13:12
13:14,23 14:19
17:2 28:17 32:21
32:23 33:3,18
34:25 37:13 38:5
38:6,9 50:3,8
54:13 57:17 58:21
59:14 60:10,11,16
62:16 64:12 69:25
70:13,18,21 73:10
73:20 74:20 75:5
75:13 80:2,24
81:2 86:1,12,13
86:20 87:9,14,21
88:5 89:8 99:10
101:1 108:3
110:11 124:12
132:24 133:9,12
133:16 144:22
147:25 149:12
150:18 151:24
154:8 162:19
166:19 172:14
193:9,12,15 196:6
206:20 230:24
231:6,12,19
232:16 239:11
240:13,19,22
241:2,7,14,17,25

242:20 243:17
245:13 246:22
257:19 258:1,5
259:15 263:12,13
263:16 272:1,5
273:12 290:14
296:9 308:11
309:9 310:18
311:10 318:1,4
319:23 320:9
328:22 329:7,10
329:14,19 330:8
**time-honored**
136:16
**time-limited**
191:19
**times** 10:23 29:10
35:5,11 38:11
40:1 77:20 153:19
157:7,7 160:13,17
166:13 170:24
220:12 222:17,18
226:22 227:22
228:19,22 229:6
315:14,15 324:18
325:1
**timing** 234:3
**tired** 86:21
**tissue** 128:11
178:18 187:14
315:9
**tissues** 104:3
127:23 161:10
190:1,11 191:9,9
**titled** 236:5 239:17
**titles** 312:25
**today** 5:9 7:13 8:6
11:5 20:12,20
22:9,22 23:6
27:24 29:11,17,19
30:2 35:2 36:17
36:19 40:15 41:20
43:25 44:10 47:20
49:9 54:7 68:22
72:18 80:10 81:23
82:17 84:18 96:19
98:10 99:18 100:5

108:21 110:12
113:14 119:23
134:18 140:7
142:7 143:25
204:10 216:6,13
223:19 265:11
272:22 277:23
318:8 324:9
328:23
**Today's** 4:9
**told** 39:7 42:6
58:10 62:2 63:10
65:2 86:17 87:1
91:3 106:8 109:8
202:11 203:4
204:24 212:1
216:5 218:6 219:4
224:7 232:13
233:17 264:14,23
265:18 268:25
271:9 273:8
276:20 285:19
308:25 318:18
**tomorrow** 50:20
51:2,17 72:19
**tonight** 56:2
**top** 28:25 178:14
236:9 247:7
249:18 270:6,21
274:21 311:20
312:22 324:15
**topic** 13:3 17:21
121:21 131:14
140:10,21 145:8
191:24 251:24
255:9
**topics** 15:22 259:22
**total** 30:11 64:9
70:7 113:22
250:23
**totally** 248:3
**toto** 92:20
**touch** 262:5
**tox** 279:25
**toxic** 171:18 173:13
248:20 323:25
**toxicity** 40:6 78:14

127:17,20 152:22
161:14,23 166:22
171:12,13 172:22
174:9 249:5
**toxicologic** 303:4
**toxicological** 305:1
**toxicologists**
189:15
**toxicology** 305:17
**track** 34:8
**trained** 168:20
**training** 16:2 21:23
125:10
**transcript** 330:7
331:16,17
**transcription** 333:7
**translate** 244:18,22
247:8
**translated** 60:18
**transmission** 235:1
**travel** 53:11 72:10
**treat** 327:9
**treatise** 93:3
**tried** 50:1,17
190:18 196:19
300:2
**triggered** 198:23
**trip** 50:22 51:17
85:9 192:2
**trouble** 304:12
**true** 11:20 15:8
16:16 22:16 106:1
121:24 150:22
168:7 210:17
243:2,3 307:21
308:5 326:15
**trusting** 142:14
**truth** 5:16,16,17
330:5,6,6
**try** 19:9 75:10
100:10 153:13,17
172:9 317:13
320:8
**trying** 16:12 33:9
39:9 53:5 65:5
80:20 86:9,10
90:3,5 106:4

109:1 111:25
114:24 128:6
212:11 217:25
224:25 244:22
254:6 265:9
282:13
**ttabatabaie@ful...**
2:11
**tumor** 96:4 135:2
135:12 175:2
187:8 193:2 196:1
207:18,22 209:16
210:23 211:2,5
248:15 287:5,12
288:1 289:21,24
315:8
**tumorigenic**
178:10
**tumors** 128:3,9,11
128:21 129:11
180:21 181:6
199:22 248:24
289:10,12,16
327:13,14,20
**turn** 246:23 249:16
249:24 266:18
**turning** 229:24
**twice** 47:14 60:3
**two** 10:22 19:17
35:10,12 38:13,19
49:15 50:1,16
56:23 57:12 59:9
60:7,9,14,15,18
60:23 92:14 95:21
95:21 109:23
112:11 125:14
129:22 130:21
167:24 176:11
179:4 198:24
199:19 200:9
204:25 222:24
226:11,17,23
239:5,7,25 240:7
246:12,23 285:18
296:24 298:15
314:12 317:5,9,23
318:20 319:8,13

Confidential - Pursuant to Protective Order

319:13,25 320:12
**two-year** 68:16
189:15 236:9,10
248:1,7 249:8
**type** 14:23 16:19
93:12 96:5 137:12
144:10 155:17
156:8 167:9
170:13,15 175:7,8
189:6 214:3
289:21,24 303:17
322:24 323:1
327:13
**types** 42:13 78:15
168:3 170:8,12
177:10 190:19
198:25 199:3
238:7 297:24
**typical** 322:22

---

**U**

**Uh-huh** 73:2
195:18 206:23
216:1 222:19
**ultimately** 286:9
**umbrella** 267:22
**unblinded** 127:19
**Uncle** 176:6,8,15
176:25
**uncommon** 321:9
323:11,17 325:20
**undecided** 140:17
**underlie** 23:9 100:2
206:4
**understand** 6:19
17:3 20:21,23
21:22 22:7,21,23
23:1,3,4,11,16
24:21 26:3 27:17
36:21 44:24 45:5
45:8 53:21 64:15
71:3,5 72:25 73:3
75:6 86:25 87:24
92:8 96:2 99:13
100:1 101:22
106:5 109:8 112:1
115:10 126:12,18

127:18,20 146:12
175:24 178:23
182:16 184:1
188:23 191:1,21
194:13 196:11,23
196:24 199:18
200:18 204:5,7,11
206:9 207:14
208:6,7 210:19
218:16 226:1
248:6 261:19
275:7 294:11
295:22 296:20
298:21 304:16
305:9,21,23 310:4
310:5 319:19,24
322:5
**understanding**
6:17 7:2,7 23:13
36:24 56:22,25
94:8 99:18 113:24
121:7 126:25
127:7 135:24
148:6 154:19
163:24 214:20
217:2,4,8,9 223:6
226:6 265:23
268:6,10 272:22
290:10,24 319:12
**understood** 22:5
25:20 55:20 105:8
162:25 221:10
283:22 326:5
**undertaken** 122:1
**undertook** 195:8
**unexpected** 16:22
**unfortunately**
256:13
**unique** 271:17
275:19,21
**unison** 188:16,18
**United** 1:1 59:7
72:10 73:14 123:6
151:3,4
**universe** 69:5
108:22
**university** 115:20

220:8 233:9
255:19 257:13
**unknowledgeable**
41:7
**unpublished**
137:17
**unsure** 36:12 37:3
37:15 159:13
**untangle** 111:12
**unusual** 228:3
**unwillingness**
133:6
**up-to-date** 199:21
**update** 47:13
**upper** 276:2,24
**use** 6:22 13:17
42:18 44:15 62:19
68:15 72:13 76:9
77:23,24 78:1,4
78:11,13 79:2,14
95:2 104:5 119:20
119:24 124:1
150:15 158:9,15
162:3 166:17
169:19 170:7,14
173:11 174:13
177:22 179:1
181:15 183:15
184:19,19 185:22
187:12 203:24
225:4 280:8,21
281:13,18,25
282:5,12 284:5,7
284:14 285:11
286:3,7 287:14,16
291:2 292:25
293:13,24 294:13
294:17,23 296:10
297:22,23 299:8
307:11 308:11
310:20 313:17
322:15,23 323:24
327:8
**useful** 51:12 243:7
311:23 312:20
**usually** 79:19 104:7
139:3 144:15

155:20 173:17
226:17 315:3
**utilize** 10:22
**utilized** 194:16

---

**V**

**V** 2:23
**vague** 109:13
180:19 184:8
186:3 187:6 269:4
**valid** 102:19
313:20
**validity** 123:23,24
202:14
**valuable** 147:24
325:12
**value** 205:12,13
289:18 325:9
**variability** 142:22
315:8 317:10
319:19
**variable** 76:4
289:14
**variables** 226:8
230:6
**variation** 137:21
**variations** 319:23
**varied** 153:11
**varies** 129:2 288:12
302:22
**various** 11:18 14:6
39:25 111:7
137:23 164:16
180:23 296:3
**vary** 129:13 296:21
**varying** 188:7
**vast** 66:9 151:21
188:14 259:25
**verbatim** 330:7
**verify** 9:5
**version** 114:7
**versus** 32:12
**veterinary** 302:11
303:2,4 304:25
305:15
**VIDEOGRAPH...**
4:1 5:5,20 70:18

70:21 133:12,16
193:12,15 258:1,5
263:13,16 318:1,4
329:7,10,19
**videotaped** 1:10
4:4
**view** 149:16 291:11
295:9
**views** 131:23
**vitae** 3:15 47:3
**vivo** 239:18 244:5
**voiced** 198:14

---

**W**

**WAGSTAFF** 2:6
**wait** 157:11 207:25
261:17 273:1
**walk** 86:14 159:15
**walked** 74:9 79:22
80:11 81:24
**want** 20:20 23:5,10
26:2 62:1 67:9,11
67:20 68:24 70:16
73:22 75:14 76:9
76:25 80:5,6
84:18 86:5 94:22
99:17 100:1
101:13,25 103:5
106:7 110:11,11
114:6 120:25
121:3 127:17
131:4 141:15
147:23 155:3
161:18 188:1
191:18,19,21
194:4 196:22,23
200:4 203:13
206:7 207:24,25
208:5,23 209:24
210:3 211:9
218:22 224:24
247:8 258:17
262:10,14 267:6
274:3 279:14
295:24 304:1
305:21,23 310:3
312:12 314:7

Confidential - Pursuant to Protective Order

316:13 321:5
326:6
**wanted** 29:16 30:22
50:20 51:1,13,16
55:11 58:1,5
61:14,17 62:25
63:8 72:15,15
92:2 103:24
104:11 105:7
111:3 112:21
113:7 122:5 162:1
177:11 184:16
191:20 198:17
199:2 200:21
204:4,10 209:25
210:1 214:16
240:1,16 242:12
243:10 279:23
**wanting** 235:21
**wants** 15:16 147:22
156:3
**Washington** 1:13
2:20 4:13
**wasn't** 13:7 41:3
54:2,22 56:3
57:12 60:12 66:13
87:17 107:1
114:16 149:9,13
180:12 183:4
184:13 197:24
224:8 240:2
245:19 324:3
**watch** 273:7
**water** 154:9
**way** 15:4 24:14
42:15 49:21 66:14
81:19 86:4 89:12
100:11 110:7
111:5 112:11
121:6 130:18
148:11 149:19
160:5 180:2 181:2
183:12 184:4
225:20 226:24
236:19 237:1
241:1 246:5
249:24 292:25

308:19 316:20
326:19
**ways** 16:23
**we'll** 19:24 20:19
46:14 56:23 58:20
158:9 201:11
239:11 251:11,12
262:3 263:11
329:4
**we're** 16:9 34:24
42:4 46:12 49:8
69:4 78:7 79:1
98:8 112:2,4
121:3 128:2,6
159:3 161:11,13
161:15,21 164:25
165:2 168:14,19
170:19 171:9
174:3,18 179:16
185:24 191:18
193:9 194:7
208:23 218:8
235:20,21 246:20
247:3 249:25
262:7 263:14
277:12 287:4
293:8 295:2
307:17 309:14
314:25 315:7
326:14
**we've** 69:16 70:12
96:19 98:9 100:4
102:23 113:14
155:8 203:7
273:15,19 314:11
**web** 62:11
**week** 19:12 231:21
249:20 250:10
317:4 318:19
**weekend** 51:2
**weeks** 203:11 317:5
317:9 318:20
319:14
**weigh** 287:16
**weight** 77:21,25
78:1,3,4,12,18,23
78:25 79:7,13

103:4 136:20,23
138:18 245:7
250:14,19 269:15
**weighting** 103:3
**welcome** 329:18
**well-designed**
106:22 162:15,18
162:18,23
**well-formulated**
73:10
**well-known** 304:23
305:15
**well-qualified**
296:25 298:7
**well-trained**
293:20 294:5
296:24 298:8
**went** 16:15 53:16
54:13 57:18 58:10
58:14 63:25 64:12
71:14 107:9
148:10 186:16
189:18 203:6
204:24 206:21
230:13,17 236:16
310:19,20 328:9
**weren't** 62:23
69:22 118:17
134:24 189:24
198:2 205:21
**West** 2:8
**whatnot** 216:4
**wide** 20:17 139:6
**widely** 166:14
**wife** 257:4
**willing** 138:24
313:17
**wish** 15:14
**Wistar** 247:10,11
247:16
**witness** 5:12 21:5
22:17 23:25 25:21
26:15 31:4 35:4
36:6 44:25 46:4
52:13 55:4,16
56:10 80:17 82:25
83:13 84:3 85:20

86:19 87:14 89:21
94:19 121:12
122:4 126:18
128:17 131:13
138:23 173:17
180:20 184:9
186:4 187:7
188:12 213:18
217:21 234:4
257:25 265:23
269:5 275:17
282:11 284:19
286:13 307:9
309:20 312:16
313:10 322:3
329:18 331:1
**witnesses** 43:3
**wondering** 62:4
**Wood** 304:21 306:3
306:15 307:5
**Wool** 2:7 4:20,20
263:2,6
**word** 13:17 68:13
78:24,25 93:5
126:7,9 207:20
217:12 322:1
**words** 9:16 13:4,19
18:19 25:2 73:23
75:20 78:3 102:24
103:9 116:21
118:8 152:12
165:13 181:10
195:16,24 235:24
257:15 270:13
314:12 322:11,12
**work** 15:9,14,15,16
15:21 18:24,25
29:5 38:2 41:21
42:11,14,22,23
49:21 51:24 52:3
85:22 99:23
115:13,24 116:3,9
121:9 122:14
123:21 130:6
137:8 144:25
145:15 146:19
158:6,8 160:18

177:13 185:2
186:11 190:12,13
191:14,25 201:4
207:3 218:11
224:3 229:21
233:19 236:25
239:9 252:24
257:3 270:4
280:24 302:12
319:10
**worked** 31:23 32:1
39:24 40:9 81:20
146:1 223:7
**working** 71:4
127:25 137:5
153:16,21 167:12
182:6 213:6
217:16 218:2,3,11
221:22,25 222:1
222:12,16 223:3,6
223:10,13 224:4
227:18 228:10
290:2,8,18 291:9
**works** 15:5 84:5
94:21 153:22
225:6
**world** 106:15 121:9
143:4 151:1
315:10
**worldwide** 13:12
**worry** 298:21
**wouldn't** 86:19
87:17,18 124:16
132:5 134:25
138:23 170:14
171:3 181:1 196:4
242:1 283:17
293:11,11 304:9
**write** 66:19,21,25
75:20 91:21
183:17 246:4,7
308:11,21,22
310:7
**writing** 90:1
137:22 304:12
307:10
**written** 94:1 223:2

235:17 238:19
246:15 270:10
**wrong** 207:20
234:2
**wrote** 237:8 240:9
248:12,13,14,15
248:24 270:11
271:18 277:19
278:5,24 279:19
284:9 305:8
308:15 309:21
310:17

**X**

**X** 251:6,7

**Y**

**yeah** 11:6 13:7
19:22 23:25 24:13
30:23 32:11 37:17
39:12 45:12 72:12
79:2 84:3 98:25
109:14 125:17,18
130:14 145:3
154:10,18 187:23
189:5 207:22
219:20 228:21
229:13 249:23,25
250:15 253:21
261:18 262:22
272:7 273:7
276:11 292:25
300:25 322:12
323:22 324:1
**year** 6:25 98:10
110:1,6 231:3
249:12
**years** 17:7 21:8
33:5 37:13 150:17
155:3 176:12
289:4 327:23

**Z**

**Zeneca** 247:9 249:3
250:4 273:18

**0**

**084-004229** 330:20

**1**

**1** 4:4 30:10,19 31:6
43:11,19 44:9,15
44:20 45:6 125:21
133:14 172:17
245:6 320:21
**1:17** 193:16
**10** 60:22 123:11
233:6
**10:03** 70:19,20
**10:13** 70:22
**10:30** 60:22
**100** 25:12 145:7
191:7
**101** 41:19 99:10
**102** 2:12
**104** 41:20 99:10
**11** 66:12 72:18
211:21
**11:15** 133:13,15
**11:27** 133:17
**1101** 2:12
**12** 9:19 10:15 20:2
20:3,9 21:15
22:18 25:7,15,23
26:6,9,12,19
27:12 48:7,15,23
49:11,14 51:4
57:19,21 58:2,9
58:11,15 60:3,19
63:15,18 64:9
65:2,10,18,18
66:11 71:6,8,10
71:13,15,24 72:9
72:19 82:18 83:1
83:20 84:22 85:24
89:17 93:17 96:7
96:14,18 97:7,9,9
97:11,12,20,23,24
98:8,12,16 99:7
100:3,6,11,25
102:9,10,16
104:23 109:21
111:15 112:10
113:13,22 114:4

118:18 120:1
121:2 133:25
134:13 143:9
144:1 148:9
164:11,12,13,17
179:14,18,22
180:6,10,16
182:18,21 187:4
192:2,6 193:7
194:7,10 195:3
201:18 202:4
208:8 225:3 226:5
233:6,12 236:15
239:7 243:20
245:8 270:24
272:25 273:10
274:15 275:11,24
309:5 317:15
322:15
**12:29** 193:13,14
**13** 49:14 60:19
**1350** 1:12 2:19 4:12
**13921** 330:19
**15** 1:7 44:10 147:19
300:10 303:15
305:11 306:1,14
307:1,3,18,22
312:7 315:13
**15,000** 112:11
**150-page** 145:7
**15th** 4:10
**16** 30:10 226:23
330:23
**16-md-02741-VC**
1:5
**17-1** 3:9 8:15,19
25:17 27:9 32:6
34:12,16 38:21
43:13,23 44:15
47:7 91:15
**17-2** 3:11 27:20
28:2,4,12,23
41:18 44:3 45:11
227:5 261:15
264:6 311:25
312:1
**17-3** 3:12 30:6,11

30:19
**17-4** 3:14 30:6,15
43:8
**17-5** 3:15 46:19,23
47:5,6
**17-6** 3:17 47:15,19
**17-7** 3:19 234:19,25
**17-8** 3:21 263:18,23
**17.2** 44:12
**1715** 330:21
**18-month** 68:16
236:10
**19** 119:15,15
**19-page** 90:24 91:3
91:15 92:10 93:21
93:25 94:1 95:6
96:17 97:4 98:16
99:5 100:4 102:10
109:24 110:23
111:16 116:11
186:22 245:18
274:20 275:4
281:3 285:10
299:22 306:13
311:1 315:14
**1981** 110:19
**1983** 110:21 211:17
221:20 269:2
**1985** 3:21 260:25
261:8,11 263:3
267:13 268:8,17
269:10
**1990** 110:20
**1993** 235:10
**1st** 45:2

**2**

**2** 3:3 30:13,19
125:24 126:1
128:13 133:19
172:17 258:3
261:18 320:22
**2,000** 248:17
**2:25** 258:4
**2:26** 258:2
**2:37** 258:6
**2:43** 263:14,15

**2:49** 263:17
**20** 73:18 257:19
302:24 333:19
**20,000** 248:21
250:17
**2000** 285:25
**20005** 2:20
**2000s** 34:1
**2005** 285:25
**2009** 306:3,15
307:5
**2011** 286:1
**2015** 29:24 31:18
40:8,12,18 41:13
**2015-253-I** 274:23
**2016** 30:11
**2017** 1:7 3:10 4:10
6:25 28:15 30:14
235:1 284:16
330:23
**202** 2:20
**234** 3:19
**24** 245:8
**25** 176:12
**263** 3:21
**27** 3:11
**2741** 1:3

**3**

**3** 10:7 42:18 172:19
258:8
**3:48** 318:3
**3:49** 318:2
**30** 3:12,14 155:3
262:24 264:2
331:15
**303** 2:9
**31** 3:9 9:10 10:2,5
10:13,16 20:4,10
22:10 28:15 29:6
30:14 41:22 42:11
42:14 43:8 48:8
64:23 66:6 83:23
177:17 186:22
270:25 274:20
275:4 281:4,14
282:7 284:16,24

Confidential - Pursuant to Protective Order

284:24 286:10
307:18
**31st** 41:19 43:9,14
**32** 261:9,13,14
262:25 264:3,5
**330** 3:23
**332** 3:24
**333** 3:24
**334** 3:25
**337** 2:5
**376-6360** 2:9

**4**

**4** 3:21 30:19 60:23
260:25 261:8,11
267:13 268:17
269:10
**4:01** 318:5
**4:13** 329:8,9
**4:18** 329:11,20,21
**40** 311:6
**405** 2:13
**41** 311:6
**42** 301:23 311:6,6
**43** 285:8,23 301:23
311:6
**43124** 6:8
**439-0707** 2:5
**44** 285:8,23 301:23
**45** 285:8,24 301:23
**46** 3:15
**47** 3:17

**5**

**5** 3:5 60:23 123:11
234:25 292:11,18
**5.52** 279:9,10
**5.53** 279:10
**50** 302:25 322:18
**501** 2:4
**509-6300** 2:13
**55-120-1996** 247:3
**552** 279:9
**56-134** 235:10

**6**

**6** 176:22 177:17

178:14 186:21
192:8 245:8
281:11 292:16
322:15
**60** 42:22,25 322:18

**7**

**7** 178:15 186:21
192:8 281:11
321:5 326:20
**70** 42:23,25
**703** 6:7
**70601** 2:4
**71_119_2010** 276:8
280:7
**7171** 2:8
**73103** 2:12
**75** 260:2

**8**

**8** 3:9 60:2 311:16
**8,000** 248:21
250:17
**8:58** 1:13 4:2
**80226** 2:8
**83** 213:25 214:9
220:14 221:13
222:12 223:4,4
224:4 264:17
265:20
**859** 330:19
**877.370.3377** 1:21
**898-5800** 2:20

**9**

**9** 311:22
**90** 191:9
**917.591.5672** 1:21
**93** 235:21
**9328** 330:21
**95** 191:10
**98** 153:8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

Case No. 16-md-02741-VC

MDL No. 2741

This document relates to:

ALL ACTIONS

**Expert Report**

**Dr. Thomas J. Rosol, DVM, PhD**

**July 31, 2017**



EXHIBIT 17-1
WIT: Rosol
DATE: 9-15-17
C. Campbell, RDR CRR CSR #13921

## Expert Report - Dr. Thomas J. Rosol, DVM, PhD

### I.    Background, Experience, and Qualifications

I am a professor of veterinary pathology at The Ohio State University (OSU) and diplomate of the American College of Veterinary Pathologists. I received my Bachelors of Science degrees in animal science (1978) and veterinary medicine (1979) as well as my Doctor of Veterinary Medicine degree (1981) from the University of Illinois, Urbana/Champaign. After completing my PhD in experimental pathobiology at OSU (1986), I joined the faculty of OSU's Department of Veterinary Biosciences, where I have continued to teach and conduct biomedical research on cancer for over three decades. On September 1, 2017, I will move to the Heritage College of Osteopathic Medicine as professor and chair of the Department of Biomedical Sciences, which has 45 faculty members that teach and do research in scientific disciplines ranging from evolutionary biology to clinical medicine.

I am an expert in toxicologic pathology and teach postgraduate students in the United States, Europe, and Asia. I regularly make educational presentations for the Society of Toxicologic Pathologists (North America), European Society of Toxicologic Pathologists, and Japanese Society of Toxicologic Pathologists. I teach summer programs in veterinary and toxicologic pathology for the European College of Veterinary Pathology and the Australian Animal Diagnostic Laboratories. I regularly consult for industry and government on issues related to preclinical toxicologic pathology, especially in relation to carcinogenesis. I have been asked to speak and consult with the FDA on food and chemical safety assessment of potential carcinogens. I have served on EPA special advisory panels for suspected environmental carcinogens. Recently, I have been invited to consult with the Cancer Assessment Committee of the FDA Center for Food Safety and Applied Nutrition on the human relevance of rat neoplasms. I have been recruited to serve on the 2018 European Society of Toxicologic Pathologist Workshop (12 members) on the 'Adversity (human relevance) of rat thyroid neoplasia in preclinical studies' in Berlin. Consultation activities (over 65 individual issues) for industry (pharmaceutical and chemical companies) have involved deliberations on mode of action, design and interpretation of mechanistic research, human relevance related to toxicologic pathology findings in preclinical toxicity studies, and GRAS opinions (Generally Recognized as Safe for food additives). I have served on Pathology Working Groups (PWGs) to reach consensus on preclinical pathology findings and deliberate on human relevance of pathology findings in animals.

I have served as dean of the College of Veterinary Medicine and senior associate and interim vice president for research at OSU and on advisory boards or councils to the National Institutes of Health, United States Department of Agriculture, National Academy of Sciences, Environmental Protection Agency, American Veterinary Medical Association, and Morris Animal Foundation. My laboratory investigates the pathogenesis of cancer-associated hypercalcemia, mechanisms and treatment of bone metastasis, animal models of human cancer, and endocrine-responsive cancers, and has been funded by NIH for 30 years. My recent work has focused on prostate, breast,

head and neck cancer, and lymphoma. I have 295 publications and served as the mentor for 23 PhD students and 20 postdoctoral trainees. I am a fellow of the American Association for the Advancement of Science and was recognized by Ohio State University as a Distinguished Scholar, which is one of the university's highest honors. My curriculum vitae, which more fully sets forth my qualifications, is attached as Attachment A.

I am being compensated for my work in this matter at a rate of $350 per hour. Over the past four years I have provided expert testimony in one case:

- 2010-2013 - Sepracor vs. Teva, deposition, patent invalidity case

## II.   Summary of Opinions

The data from at least 12 rodent carcinogenicity studies, an exceptionally large data set for a chemical, drug, or exposure, shows no carcinogenic effect from glyphosate. My opinion is based on my review of the underlying study reports and data from 5 mouse studies and 7 rat studies with glyphosate, the relevant scientific literature, and my professional education, training, research, and experience. Unless otherwise stated, all of my opinions expressed in this report are to a reasonable degree of scientific certainty. I reserve the right to supplement or amend this report as additional information comes to my attention or becomes available. A list of materials I have considered in forming my opinions is attached as Attachment B to this report.

## III.   General Principles Underlying Experimental Pathology and Rodent Carcinogenicity Studies

Preclinical toxicity testing is a rigorous and standardized series of in vivo experiments to determine whether a drug or chemical has toxic or carcinogenic effects in at least two species of animals. The goal of preclinical toxicity studies is to determine the toxic effects of chemicals and predict whether any effects seen in animals may have relevance to humans. The most common species used are mice, rats, and dogs. The experiments begin with short-term studies of one week, two weeks, and one to three months. Long-term experiments are conducted for three, six, nine, or twelve months.

Carcinogenicity studies (chronic bioassays) are conducted in both rats and mice for their average lifespan (approximately two years). Rats and mice often develop neoplasia (tumors) as they age. Neoplasia can occur spontaneously or can be chemically-induced. Neoplasia is the formation of cell proliferations that are considered irreversible. In other words, they are thought to be independent from normal cellular regulatory processes and will grow continuously for the life of the animal. Neoplasms (individual tumors) can either be benign or malignant. Benign neoplasms continue to grow locally, but do not actively invade the organs in which they develop or spread to other organs (metastasize). Malignant neoplasms can invade locally to the organs in which they develop and into adjacent tissues or organs, and they can metastasize (spread by the vascular system) to other organs. Metastasis is the most conclusive

3

hallmark of malignancy. Benign neoplasms can remain benign for the life of the animal or, in some cases, may have the potential to progress to a malignant neoplasm depending on the tumor type. For example, hemangioma (benign neoplasms of the vascular system) and hemangiosarcoma (malignant neoplasms of the vascular system) are separate entities, and hemangiomas generally do not progress to hemangiosarcomas.

There are also preneoplastic tissue changes or cellular proliferations. Preneoplastic changes include focal hyperplasia, which is a localized proliferation of cells that is still regulated by the body. If the inciting cause of hyperplasia is removed, the cellular proliferation will regress. Focal hyperplasia has the potential to progress to benign or malignant neoplasia in some cases.

The incidence of neoplasia (tumors) depends on the genetic strain of rat or mouse and the specific organ (such as the liver, lungs, kidneys, or endocrine glands). Different organs have different incidences of spontaneous neoplasia. For example, neoplasms of the thyroid gland are more common in rats compared to mice and lymphomas are more common in mice compared to rats.

### A.   Study Design

Typically four groups are used in carcinogenicity studies and include control animals (exposed to the chemical carrier only, such as the normal diet), low-dose, mid-dose, and high-dose groups. The findings from the short-term studies inform the dose levels that are used in carcinogenicity studies. Maximum tolerated doses (up to the point of excessive weight loss or death) are used in the high-dose animal studies to make sure that any toxic effects are discovered. The maximum tolerated dose is the highest dose you can give to the animals and still expect some of the animals to survive for two years. The maximum tolerated dose is often many times greater than potential human exposure. The margin of safety can be mathematically estimated based on the dosage used in the rodent study and the expected exposure in humans. The low and mid doses are carefully selected so that any toxic effects seen in the test animals have an increasing incidence based on dosage or exposure. This results in a dose-response curve, which is typically a logarithmic increase in incidence with increasing dosage.

The animals are administered the test substance, typically in their food or water or by gavage (stomach tube), every day for the length of the study. Rat carcinogenicity studies are typically two years, while mouse carcinogenicity studies can range from one year to two years depending on the strain of mouse that is used. It is important to understand that the natural life span for rats and mice is approximately two years. Accordingly, it is very common for some of the animals to die naturally, for reasons unrelated to the test substance. And just as with people, a third or more of the animals are expected to develop and die from cancer during their lifetime, with that rate increasing with age. In other words, there is never a "cancer-free" rodent bioassay. Naturally occurring cancer is expected and seen in both control and treatment groups. It is typical for up to half of the animals in all dose groups to die of spontaneous

diseases, including cancer, before two years. Instead of focusing on whether there is any sign of neoplasia in any animal, the focus of a carcinogenicity study is to assess whether there is a biologically significant increase in the rate of neoplasia in the treatment groups compared to controls. The control group of animals in the same study is typically the best comparator, however, the expected background incidence as determined by historical controls (animals in prior studies that were not exposed to any test substance) for the age, species, and gender of the rodents can also be helpful in determining biological significance.

Tumor incidence rates can vary significantly by the strain of rodent used and in any study, there will be expected biologic variability. Laboratories maintain data on the range of cancer incidence in carcinogenicity studies for their particular strain (historical control data). Even within the same lab, however, the incidence of cancer in a given strain changes over time. Therefore, historical control data is typically evaluated as an expected incidence range, rather than comparison to a single value, such as the mean. Using the mean incidence of a given tumor type is not an accepted methodology in pathology reviews because it is not very informative. The evaluation of historical control data is not a statistical comparison. Instead, any evaluation examines whether the tumor incidence in a study falls close to or within the historical control range and, if so, that becomes simply another piece of evidence that the tumors may be the result of normal biologic variation. However, it is often useful to look at all historical control data and interpret it based on the number of studies, location, strain of animal, and the time period.

At the end of the study the animals are euthanized and their tissues are examined for any visible or obvious changes. The gross lesions (pathological changes that can be seen by visual observation) are tabulated and compared. Many tissues (approximately 35 under most current guidelines) are then examined microscopically by a veterinary pathologist. In the United States and Europe, veterinary pathologists are certified (board certification) based on successfully completing a minimum of 3 years of mentored apprenticeship and postgraduate education and by examination from the American College of Veterinary Pathologists (ACVP) or European College of Veterinary Pathologists (ECVP). The pathologist looks at the structure of tissue under a microscope. All major organs are examined – everything from brain to the endocrine glands. It can take several months to examine all these tissues. Because those animals that live to the end of the study are old animals, the reviewing pathologist expects to see many lesions from natural disease. The review focuses on classifying those lesions (discussed in more detail below) in order to determine whether the number of lesions exceeds those in control animals or the expected background incidence, and evaluating whether those lesions are compound-related. In addition to the animals that are examined at the end of the study (at terminal sacrifice), tissues from animals that die prior to two years of age or are found moribund (close to death) are examined if available and included in the final study calculations. If the animals are not promptly examined after spontaneous death, the tissues may be poorly preserved

due to postmortem dissolution (autolysis) and therefore not useful in a pathologic analysis.

### B.    Interpretation of Results

Interpretation of the data gathered during the pathology examination process is an important final step in any carcinogenicity bioassay.  The most important structural change to tissue that is investigated in a two-year study is the development of neoplasms.  As mentioned previously, neoplasm means either a benign or malignant tumor.  Most of the neoplasms seen in chronic studies are benign.  Benign neoplasms are referred to as adenomas, while malignant tumors are referred to as carcinomas or sarcomas.  Neoplasia starts with some injury to the DNA of cells in a specific tissue that could be spontaneous or caused by number of factors such as UV light, presence of a chemical in the diet, or an error in a protein or gene that occurs as an animal ages.  There are many naturally occurring ways to damage the genetic material of a cell.  As people and animals age, the mechanisms used to repair DNA damage deteriorate.  Notably, the vast majority of genetically damaged cells die or are destroyed by the immune system.  This is occurring all the time in our bodies.

Because there are so many ways for damage to DNA to occur, if an individual animal develops an adenoma or carcinoma, the cause is almost never known.  And there are routinely sporadic and spontaneous adenomas and carcinomas in all dose groups.  Therefore, when evaluating the findings from a two-year carcinogenicity study, we first look at effect size – how many animals in the treatment groups developed neoplasms compared to the control population or, where appropriate, the historical controls.  Large effect sizes are easier to identify.  Where tumor numbers are low (such as <10) and effect size is small, the analysis becomes more difficult, as chance variations are both common and expected due to the large number of tissue types examined in the bioassay.

Cancer is a continuum, and not a threshold event.  If damaged cells are not automatically repaired or removed by the body and the test compound is in fact a carcinogen, we expect to see progression from hyperplasia → adenoma → carcinoma.  Therefore, we also look for the presence of preneoplastic lesions, such as focal hyperplasia, and lesion progression.

When interpreting pathologic findings from a rodent study, I ask three important questions: (1) is the effect compound-related; (2) is it biologically relevant; and, (3) is it relevant to humans?  A statistically significant P value alone is a very weak indicator of a positive finding.  Instead, to put the statistics in perspective and determine whether an effect is compound-related requires consideration of a number of factors:

- size/magnitude of effect

- dose response

- precursor lesions (toxicity in short term studies or focal hyperplasia)

- lesion progression (for some types of neoplasms)

- historical controls and their variability

- expectation of a finding based on the scientific literature

- morbidity and survivability

- repeatability

All of the factors must be considered together; satisfaction of one factor does not mean that the effect is compound related.

    As mentioned above, because maximum tolerated doses are used in carcinogenicity studies, there is typically a high margin of safety for humans. The margin of safety can be mathematically estimated based on the dosage used in the rodent study and the expected exposure in humans. When there are compound-related effects in a rodent bioassay, the next discussion for the pathologist becomes *is it relevant to humans*. Tumor causation in rodents does not directly equate to the same finding in humans. Many drugs and chemicals on the market have positive findings in rodents but the mechanism is not relevant to humans. However, the results of a negative bioassay are powerful – it is extremely uncommon for something to be missed in a rodent bioassay that is discovered in people.

    Plaintiffs' experts' reports focus heavily, if not exclusively, on statistical significance, often using non-standard statistical methods to overstate findings and misrepresent the data. However, statistical significance does not equate to biological significance nor does it determine causality. Statistics provide guidance on acceptance or rejection of null hypotheses and should not be used as a sole criterion for drawing conclusions. Making a conclusion about causality based on statistics alone is not proper methodology for a pathologic evaluation and interpretation. Instead, based on current research on the reliability and reproducibility of data, it is known that conclusions of causality based on p-values of .05 will be incorrect up to 89% of the time, especially for findings that are considered unlikely (Nuzzo, R. Statistical Errors. Nature. 506:150-152, 2016). Therefore, it is inappropriate to infer causality from an exposure or chemical based simply on a statistically significant increase in some tumor type in a given experiment. The proper methodology for interpreting pathology data requires a much more exhaustive review, including consideration of the relevant factors described above.

### C.    Repeatability

    The power of science is to repeat experiments. And true findings are repeatable. Looking at the results of a single study in isolation can lead to misinterpretation of data

because of simple chance variation.  Repeated effects across multiple studies dramatically increase the likelihood that those effects are real, meaning they are related to the test compound and not the result of chance or normal biological variability.  As seen in many of the carcinogenicity studies with glyphosate, not all statistically significant findings in science are real effects.

Because approximately 35 tissues or more are evaluated in every animal in a rodent carcinogenicity study, the chance of finding a random increase of neoplasia in an organ at any dose level or in control animals is very high.  In a sense, every carcinogenicity study is actually at least 35 different experiments (and actually more since every tissue consists of multiple cell types).  It is important to keep in mind that the mechanisms for inducing different kinds of neoplasms are very different.  It is therefore very unlikely for a carcinogenic substance to induce neoplasia in different tissues in different studies in the same species.

For most chemicals used in the United States, we have just two carcinogenicity studies – one mouse and one rat.  With glyphosate we have the unique luxury of *many* repeated carcinogenicity studies and consequently a wealth of data.  Therefore, we are better equipped to distinguish between chance findings and real effects.

One of plaintiffs' experts advocates for pooling of tumor incidence data across studies, incorrectly stating that "[t]here is no argument that would support a comparison across studies that is appropriate when pooling is inappropriate."  Repeatability across experiments and pooling data across experiments are distinct concepts.  Pooling across studies is not an acceptable methodology for interpretation of animal carcinogenicity bioassay data.  Each assay is a different experiment, conducted at a different time, with different conditions that were not controlled the same way.  That is true even for studies within the same test lab or using the same strain of animal because, as discussed earlier, there is always some biological variability.  Each study should be assessed and interpreted on its own.

However, the impropriety of pooling data does not limit the ability to compare results across studies.  Reproducibility of similar results in different laboratories has been a time honored approach to provide supporting evidence that a biological effect is consistent or real.  If the same tumor findings (not just statistics, but also evaluation of biologic relevance determining a true compound-related effect) are not observed in multiple studies that increases confidence in the overall conclusion that there is no compound-related effect.  In other words, there are important differences between studies that induce variability and make pooling improper, but if a real carcinogenic effect is observed in one study, it should also be seen in other studies *despite* those differences.

### IV.   The Many Rodent Carcinogenicity Studies With Glyphosate Show No Evidence of a Carcinogenic Effect

The carcinogenicity data set for glyphosate is exceptionally large.  In October 2016, I visited a public reading room in Brussels, Belgium where proprietary data from 12 different rodent carcinogenicity studies with glyphosate was made available for review through the European Commission and the European Glyphosate Task Force. The data included the toxicology and pathology reports, tumor incidence data, and other summary and individual animal data for five studies on mice and seven studies on rats. The studies were conducted by and/or on behalf of several different glyphosate manufacturers, including Monsanto.  After reviewing and evaluating this data for a period of two days, I can confidently say that all 12 carcinogenicity studies with glyphosate were conducted in accordance with or in a manner consistent with Good Laboratory Practices (GLP) and/or OECD guidelines, even though they were conducted by different labs, at different times, across different continents.

Based on my review of the data, I believe that none of the individual tumor findings [identified by plaintiffs' experts] are meaningful.  Notably, there is no repeatability across the 12 studies.  Instead, tumor incidences reflect the random variability that often occurs in these studies. It is important to note that I have based my conclusions on all of the evidence that can be used to interpret biological significance of a glyphosate-mediated effect on carcinogenesis. It is not appropriate to base biological significance solely on statistical significance. This often leads to misinterpration of data and errors in conclusions. In addition, statistical P values are meant to be used as a guide to interpretation of a null hypothesis. It is not the purpose of P values to determine biological significance or cause. ScienceNews reports that P values, "confuse more than they clarify. They are misused, misunderstood, and misrepresented" (https://www.sciencenews.org/blog/context/p-value-ban-small-step-journal-giant-leap-science). Over emphasis of using P values to interpret biological significance has led to the widely recognized problem by which other laboratories have been unable to reproduce or replicate experimental results in a majority of published scientific studies. Some scientific journals (e.g., *Basic and Applied Social Psychology)* no longer allow the publication of P values due to the potential for misinterpretation and misuse. To interpret biological data, it is most important to examine all of the data before interpreting statistical results. Just focusing on statistical results without putting the analyses in perspective of the complete data set often leads to erroneous conclusions.

Plaintiffs' experts extract select tumor incidence data across the 12 glyphosate studies that they claim show a carcinogenic effect; however, what they have extracted is only a small slice of a much larger pie.  When I visited the glyphosate reading room in Brussels, I had the opportunity to review and analyze *all* the data in the glyphosate bioassays.  The overall tumor counts per study are also available in the Greim (2015) publication cited by plaintiffs' experts.

When we look at all the data for glyphosate we see the expected biologic variability in tumor incidence.  It is impossible and improper from a methodological perspective for plaintiffs' experts to reach a reliable conclusion of a carcinogenic effect by cherry picking the tumor incidence data that supports their argument while ignoring the data that goes the other way.  For example, plaintiffs' experts focus on the finding of five hepatocellular adenomas in the high dose group and none in the controls or mid-dose treatment group in the Brammer 2001 rat bioassay.  However, that same study shows the control group had higher rates of other tumors.  Similarly, plaintiffs' experts rely on the finding of renal tumors in male mice in the Knezevich and Hogan 1983 Mouse Study.  Yet they ignore that lung carcinomas in male mice occurred mostly in the controls.

If these data were interpreted in the manner plaintiffs' experts' methodology suggests, one would conclude that glyphosate has a protective effect for certain cancers.  Both outcomes show the fallacy of looking only at isolated lines of data numerically and out of context of the entire study.

Representative examples of random tumor incidence data (blue rows are incidences highlighted by plaintiffs' experts):

| Knezevich and Hogan, 1983 Mouse Study (Monsanto) | | | | |
|---|---|---|---|---|
| | control | low | mid | high |
| Kidney adenomas & carcinomas (male) | 1 | 0 | 1 | 3 |
| Lung adenoma (male) | 5 | 9 | 9 | 9 |
| Lung adenoma (female) | 10 | 9 | 10 | 1 |
| Lung carcinoma (male) | 4 | 3 | 2 | 1 |
| Lung carcinoma (female) | 1 | 3 | 4 | 4 |
| Liver carcinoma (male) | 5 | 6 | 6 | 5 |
| Liver carcinoma (female) | 1 | 2 | 1 | 0 |
| Lymphoma & Leukemia (male) | 1 | 4 | 3 | 2 |
| Lymphoma & Leukemia (female) | 1 | 4 | 5 | 1 |

| Atkinson, 1993 Mouse Study (Cheminova) | | | | |
|---|---|---|---|---|
| | control | low | mid | high |
| Hemangiosarcomas (male) | 0 | 0 | 0 | 4 |
| Granulosa cell tumors | 8 | 3 | 1 | 6 |
| Leydig adenomas | 3 | 0 | 0 | 2 |

10

| Wood, 2009 Mouse Study (Nufarm) | | | | |
|---|---|---|---|---|
| | control | low | mid | high |
| Malignant lymphoma (male) | 0 | 1 | 2 | 5 |
| Adrenal adenoma (male) | 3 | 0 | 0 | 3 |
| Lung adenoma (male) | 9 | 7 | 7 | 4 |
| Lung adenoma (female) | 2 | 4 | 2 | 2 |
| Lung carcinoma (male) | 3 | 4 | 5 | 9 |
| Lung carcinoma (female) | 5 | 2 | 2 | 3 |

| Stout and Ruecker, 1990 Rat Study (Monsanto) | | | | |
|---|---|---|---|---|
| | control | low | mid | high |
| Pancreas islet adenoma (male) | 1 | 8 | 5 | 7 |
| Pancreas islet adenoma (female) | 5 | 1 | 4 | 0 |
| Thymic lymphoma | 5 | 3 | 2 | 1 |

| Atkinson, 1993 Rat Study (Cheminova) | | | | | |
|---|---|---|---|---|---|
| | control | low | low-mid | mid | high |
| Pheochromocytoma (female) | 5 | 0 | 0 | 1 | 0 |
| Pancreas islet adenoma (male) | 7 | 1 | 2 | 2 | 1 |
| Leydig adenoma | 3 | 1 | 0 | 0 | 0 |

| Brammer, 2001 Rat Study (Syngenta) | | | | |
|---|---|---|---|---|
| | Control | low | mid | high |
| Hepatocellular adenoma (male) | 0 | 2 | 0 | 5 |
| Uterus carcinoma | 2 | 8 | 0 | 2 |
| Hemangioma | 2 | 1 | 0 | 0 |
| Leydig adenoma | 5 | 2 | 2 | 2 |

**FIVE STUDIES IN MICE:**

**Knezevich and Hogan, 1983 Mouse Study (Monsanto)**

I have reviewed the primary study data as well as related submissions and correspondence with EPA regarding Monsanto's 1983 mouse study. In this study, groups of CD-1 mice (50/sex/dose) were fed diets containing glyphosate at doses of 0, 1000, 5000, and 30,000 parts per million (or 0, 161/195, 835/968, 4945/6069 mg/kg/day for males and females respectively) for 24 months.

11

The original study pathologist reported a low incidence of renal tubule adenomas and carcinomas (combined) in males: 0/49 (control), 0/50 (low dose), 1/50 (mid dose), 3/50 (high dose).  With low tumor numbers like this, it is common to combine adenomas and carcinomas in reporting the data.  Here, the original pathologist reached the scientifically reliable conclusion that the tumors were spurious and unrelated to treatment, which was supported by the lack of pre-neoplastic lesions in the kidneys.  As explained earlier, cancer is not a threshold evident, and a true carcinogen will often induce pre-neoplastic changes that were not seen in this study.

The renal sections from male and female mice in control and treatment groups were subsequently evaluated by an independent pathologist, Dr. Marvin Kuschner, who was the Dean of the School of Medicine and founding Chair of the Department of Pathology, State University of New York (Stoney Brook).  Dr. Kuschner identified an adenoma in a control group male which had not been diagnosed as such in the original pathology report.  The renal findings with the control tumor were 1/49 (control), 0/50 (low dose), 1/50 (mid dose), 3/50 (high dose), which is not statistically significant by pair-wise comparison of treated groups with concurrent controls or by trend test.

Dr. Kuschner also found no compound-related differences in severity; in fact, the largest and most severe tumor was in a mid-dose male.  If the renal tumors were a compound-related effect, the most advanced tumor would have probably been found in the high-dose group.

The slides that were examined by Dr. Kuschner, along with the associated data regarding kidney tumors, were subsequently examined by Dr. Klaus Stemmer, M.D., a pathologist at the Institute of Environmental Medicine, University of Cincinnati Medical Center.  He agreed with the opinion of Dr. Kuschner that the kidney tumors were not caused by glyphosate treatment.

At EPA's request, three additional sections were taken from each kidney of all male mice and examined microscopically by the original study pathologist.  No new tumors were found in any of the control or treated animals. These negative findings provide additional support that the tumors were spurious and unrelated to glyphosate administration.

Thereafter, a Pathology Working Group (PWG) blindly reviewed sections of the kidneys, including the additional sections.  It is very common for a PWG to be convened and confer about slight differences to reach a consensus opinion on diagnosis, significance, and relevance.  In this case, the PWG unanimously concluded that the incidences of renal tubule neoplasms in the study were not treatment related.  The PWG also noted that no treatment-related nephrotoxic lesions were seen in the study, meaning that the lesions seen were not secondary to renal toxicity.  Chronic nephritis, which is common in rodents, is not considered a preneoplastic lesion.  To determine if a lesion results from a renal toxin, it is important to look for other degenerative changes in the kidney, such as tissue necrosis.  In the absence of those changes, it is likely that the lesion is spontaneous and not compound-related.  Additionally, two panelists from the

1986 EPA Scientific Advisory Panel on glyphosate (Drs. Swenberg and Grisham) also looked at the slides and agreed with Dr. Kuschner. The fact that Dr. Kuschner's findings were reviewed and confirmed by Dr. Stemmer and the PWG is compelling evidence supporting the reliability of those findings and the overall conclusion that there was no carcinogenic effect related to glyphosate treatment in this study.

## Atkinson, 1993 Mouse Study (Cheminova)

I reviewed the primary study data for this study, including the pathology report and tumor incidence tables, during my visit to the glyphosate reading room in Brussels. Here, groups of CD-1 mice (50/sex/dose) were fed diets containing glyphosate at doses of 0, 100, 300, 1000 parts per million (or 0, 98/102, 297/298, 988/1000 mg/kg/day for males and females respectively) for 104 weeks.

There was a slight increase in hemangiosarcomas in the high-dose male group: 0/47 (control), 0/46 (low-dose), 0/50 (mid-dose), 4/45 (high-dose). I agree with the study investigators that these tumors were chance effects, unrelated to treatment with glyphosate. Importantly, there is no dose-response in the incidence of these tumors across dose groups and no consistent findings repeated in the female mice: 0/50 (control), 2/50 (low-dose), 0/50 (mid-dose), 2/50 (high-dose). True carcinogens (cancer-causing chemicals) usually cause neoplasms in a dose-responsive manner. This means that an increasing incidence of neoplasms is expected in the four dose groups. Further, hemangiosarcomas are a common spontaneous tumor in mice and are more common in males than females. The incidences observed in this study were within historical control numbers from the same laboratory and were not statistically significant by pair-wise comparison of treated groups with concurrent controls.

Plaintiffs' expert (Dr. Jameson) incorrectly claims that as few as two animals per dose group were examined histologically for hemangiosarcomas. In fact, because the vascular system is in every organ, it is impossible not to look for vascular system tumors in every slide. In this study's tumor incidence tables, vascular system tumors are combined and presented as a single entity. The number that Dr. Jameson is focused on is actually the total number of animals in the dose group that had a vascular diagnosis.

## Kumar, 2001 Mouse Study (Feinchemie Schwebda)

I reviewed the primary study data, including the pathology report and tumor incidence tables, for this study during my visit to the glyphosate reading room in Brussels. In this study, groups of Swiss albino mice (50/sex/dose) were fed diets containing glyphosate at doses of 0, 100, 1000, 10,000 parts per million (or 0, 14.5/15, 150/151, 1454/1467 mg/kg/day for males and females respectively) for 18 months.

I am aware of two data analyses reported for this study. One, in the Greim (2015) paper, reports the following data for lymphoma in males: 10/50 (control), 15/50 (low-dose), 16/50 (mid-dose), and 19/50 (high-dose). A more recent reanalysis of the

data reports the following: 12/50 (control), 16/50 (low-dose), 18/50 (mid-dose), and 19/50 (high-dose). The reanalysis reports that the pair-wise significance reported by the original investigators no longer occurs.

The differences in these analyses do not impact my ultimate opinion that this study does not support any carcinogenic effect of glyphosate. As an initial matter, lymphomas are the most common spontaneously occurring tumor category in mice. It is known that mice have a high background incidence of lymphoma. This can be due to spontaneous genetic mutations, natural genetic susceptibility, and an endogenous retrovirus that is passed from mothers to their offspring via the milk when they suckle. This retrovirus (murine leukemia virus) is common in mice and can cause lymphoma in some mice that are infected at birth when they nurse. This is similar to lymphoma that occurs in a subset of people when they are infected with human T cell lymphotrophic virus-1 (HTLV-1) from their mothers' milk, which occurs in Japan, the Caribbean islands, and Florida. The actual cause of lymphoma is unknown in any individual mouse. However, the endemic retrovirus in mice is an important confounding factor that we must consider when evaluating lymphoma incidences in mice. As a result, it is challenging to show carcinogenicity that might express as lymphoma in mice. In other words, because of the high background incidence and high variability of lymphoma, mice are not a good model for identifying a carcinogenic effect in the lymphocytes. Evidence of lymphoma in rats would be stronger evidence of carcinogenicity because they do not have the same high background incidence and they do not have the retrovirus that affects mice (note that the opposite is true for testicular tumors; some rat strains have an extremely high background incidence of testicular tumors, but mice do not). Notably, there is no evidence of lymphoma in the 7 glyphosate studies conducted with rats.

There was lack of a dose response and the incidences were near the normal background variation. These factors support the conclusion that the frequency of lymphoma in this study was incidental. In addition, questions about the health of the colony could have affected the prevalence of lymphoma and increased the background incidence.

## Wood, 2009 Mouse Study (NuFarm)

I reviewed the primary study data for this study, including the pathology report and tumor incidence tables, during my visit to the glyphosate reading room in Brussels. Groups of CD-1 mice (51/sex/dose) were fed diets containing glyphosate at doses of 0, 500, 1500, 5000 parts per million (or 0, 71.4/97.9, 234/300, 810/1081 mg/kg/day for males and females respectively) for 18 months.

The study investigators noted several increases in spontaneous tumors in male mice, none of which were considered treatment-related. For example, there was a statistically significant trend for lung adenocarcinomas in male mice, 5/51 (control), 5/50 (low-dose), 7/51 (mid-dose), 11/51 (high-dose)); however, the incidence of lung adenocarcinomas at the high-dose was not statistically significant when compared to

14

the concurrent controls, there were no treatment-related preneoplastic lesions observed, and there was no evidence of progression from adenomas to carcinomas. Moreover, the lung tumors were not seen in any of the other mouse studies when tested at similar or significantly higher doses for up to two years. Accordingly, I agree with the study investigators that the tumors observed in this study were unrelated to treatment with glyphosate. Even plaintiffs' expert Dr. Portier concluded that these tumors were likely "due to chance." This reinforces the need to look for replication across studies before putting undue weight on a given tumor finding simply because it is marginally statistically significant.

Plaintiffs' experts focus on the statistically significant trend of malignant lymphoma in the males in this study: 0/51 (control), 1/51 (low-dose), 2/51 (mid-size), 5/51 (high-dose). As discussed above, because the magnitude of the effect here is so low, it's easy to misinterpret the data. Further, the incidences are within historical controls and there was no effect in the females. Moreover, for other mechanistic reasons discussed above and based on the wide range of historical data (0-14% generally, 0-12% at the performing lab), we expect a high degree of variability in the background incidence in lymphoma in male mice.

## Sugimoto, 1997 Mouse Study (Arysta Life Sciences)

I reviewed the primary study data for this study, including the pathology report and tumor incidence tables, during my visit to the glyphosate reading room in Brussels. Groups of CD-1 mice (50/sex/dose) were fed diets containing glyphosate at doses of 0, 1600, 8000, 40000 parts per million (or 0, 165/153, 838/787, 4348/4116 mg/kg/day for males and females respectively) for 78 weeks. Notably, the highest dose tested in both sexes exceeded (4-fold) the EPA recommended limit dose of 1,000 mg/kg/day.

The tumor incidences in this study are similarly consistent with random, non-compound related effects. For example, there was a statistically significant trend in hemangiomas in female mice: 0/50 (control); 0/50 (low-dose); 2/50 (mid-dose); 5/50 (high-dose). Hemangiomas are common benign lesions in mice that are distinct, unrelated neoplasms from hemgiosarcomas, which are cancerous. Tumor incidence at the high-dose was statistically significant with the raw (unadjusted) p-value as compared to concurrent controls; however, with an adjustment for multiple comparisons, the high dose tumors were not statistically significant (p=0.055). Accordingly based on all of the data, I do not consider the hemangioma incidences in this study to be representative of a carcinogenic effect because the effect size was small and there was no evidence of repeatability in other mouse bioassays in the same sex. Also, one cannot tell if this is the true incidence because the instances of hemangioma are reported by organ. Tumor incidence is counted per animal, not per lesion. Therefore, it is not appropriate to combine lesions (such as all hemangiomas) occurring across organs to determine the incidence rate, as it is possible the same animal had the same type of lesion in two different organs. To reach a conclusion regarding incidence, individual animal data (data enabling a determination of how many animals had

hemangiomas) is necessary.  Using lesion counts to compute an incidence rate may be very misleading.

Plaintiffs' experts again focus on the incidence of malignant lymphoma in the males in this study: 2/50 (control), 2/50 (low-dose), 0/50 (mid-size), 6/50 (high-dose). The magnitude of effect here too is very low, there is no dose response, the incidence is within historical controls, and wide variability between groups is expected based on historical control ranges (4-19%).  Therefore, there is no glyphosate mediated effect on lymphoma in this study.

**SEVEN STUDIES IN RATS:**

**Atkinson, 1993 Rat Study (Cheminova)**

I reviewed the primary data for this study, including the pathology report and tumor incidence tables, during my visit to the glyphosate reading room in Brussels. Groups of Sprague-Dawley rats (50/sex/dose) were fed diets containing glyphosate at doses of 0, 10, 100, 300, and 1000 mg/kg/day for 24 months.

Various tumors were observed in both control and treated groups, however there were no pair-wise statistically significant increased incidences of any tumor type in any treated group.  This fact is also noted by IARC, EPA, and EFSA in their recent respective evaluations of glyphosate.  In fact, the total number of benign and malignant tumors (combined) observed in the control groups was higher than the total number of tumors in the high dose groups:

- Males: 88 (control) v. 73 (high-dose)
- Females: 111 (control) v. 104 (high-dose)

This reflects the random variability that can occur in these types of studies.  Since no glyphosate mediated effects were found in the high dose animals, not all tissues were evaluated histopathologically for the mid dose groups.  This does not reduce the reliability of the conclusion that there was no carcinogenic effect.

**Brammer, 2001 Rat Study (Syngenta)**

I reviewed the primary study data for this study, including the pathology report and tumor incidence tables, during my visit to the glyphosate reading room in Brussels. Groups of Wistar rats (52/sex/dose) were fed diets containing glyphosate at doses of 0, 121/145, 361/437, 1214/1498 mg/kg/day for males and females respectively for 24 months.

A statistically significant trend in hepatocellular (liver) adenomas was observed in the males: 0/52 (control), 2/52 (low-dose), 0/52 (mid-dose), 5/52 (high-dose).  I agree with the study investigators, EPA, and other regulatory authorities that have evaluated this data that the liver tumors were unrelated to treatment with glyphosate.  There was

no evidence of preneoplastic lesions, no evidence of progression to carcinomas, and no dose-response. Further, there was no statistical significance when treated groups were compared to the concurrent controls.

### Stout and Ruecker, 1990 Rat Study (Monsanto)

I have reviewed the primary study data as well as related submissions and correspondence with EPA regarding Monsanto's 1990 rat study. In the study, groups of Sprague Dawley rats (60/sex/dose) were fed glyphosate for 24 months at doses of 0, 2000, 8000, 20,000 parts per million (or 0, 89/113, 362/457, 940/1183 mg/kg/day for males and females respectively).

The only statistically significant increase by pair-wise comparison was pancreatic islet adenomas, a relatively common benign tumor, in low-dose males: 1/58 (control), 8/57 (low-dose), 5/60 (mid-dose), and 7/59 (high-dose). There was no statistically significant trend in these tumors. I agree with the study investigators that these tumors were not related to treatment with glyphosate. This conclusion is based on a number of factors. First, the incidences of these adenomas did not occur in a dose-related manner; the only carcinoma occurred in a control group rat, suggesting no progression; the incidences of these tumors in the low and high-dose groups slightly exceeded historical controls at the performing laboratory, however they were consistent with contemporaneous reports from other laboratories; and, there was no corresponding effect observed in the females. Moreover, the exact opposite effect was observed in the females; pancreatic islet cell adenomas occurred 5/48 (control), 1/44 (low-dose), 4/49 (mid dose), 0/47 (high-dose).

Considering these factors together, I conclude that the incidences of pancreatic islet cell adenomas in this study were not related to treatment with glyphosate.

### Suresh, 1996 Rat Study (Feinchemie Schwebda)

I reviewed the primary study data for this study, including the pathology report and tumor incidence tables, during my visit to the glyphosate reading room in Brussels. Groups of Wistar rats (50/sex/dose) were fed diets containing glyphosate at doses of 0, 100, 1000, 10000 parts per million (or 0, 6.3/8.6, 59.4/88.5, 595/886 mg/kg/day for males and females respectively) for 24 months.

Here, there were no compound related or biologically relevant changes observed in tumor incidences in any treatment group.

### Wood, 2009 Rat Study (Nufarm)

I reviewed the primary study data for this study, including the pathology report and tumor incidence tables, during my visit to the glyphosate reading room in Brussels. Groups of Wistar rats (51/sex/dose) were fed diets containing glyphosate at doses of 0,

1500, 5000, 15000 parts per million (or 0, 84/105, 285/349, 1077/1382 mg/kg/day for males and females respectively) for 24 months.

Again, there were no compound related or biologically relevant changes observed in tumor incidences in any treatment group.

### Enemoto, 1997 Rat Study (Arysta Life Sciences)

I reviewed the primary study data for this study, including the pathology report and tumor incidence tables, during my visit to the glyphosate reading room in Brussels. Groups of Sprague-Dawley rats (50/sex/dose) were fed diets containing glyphosate at doses of 0, 3000, 10000, 30000 parts per million (or 0, 104/115, 354/393, 1127/1247 mg/kg/day for males and females respectively) for 24 months.

Here too, there were no changes in biologically relevant histopathological findings observed in tumor incidences in any treatment group. For example, lung adenomas occurred in the males: 2/50 (control), 3/50 (low-dose), 1/50 (mid-dose), 3/50 (high-dose). These tumor incidences reflect the expected random variability that occurs in carcinogenicity studies.

### Lankas, 1981 Rat Study (Monsanto)

I have reviewed the primary study data as well as related submissions and correspondence with EPA regarding Monsanto's 1981 rat study. In the study, groups of Sprague-Dawley rats (50/sex/dose) were fed diets containing glyphosate at doses of 0, 30, 100, 300 parts per million (or 0, 3/3, 10/11, 31/34 mg/kg/day for males and females respectively) for 26 months. Although the data from this study is considered valid, the maximum tolerated dose was not reached and the study had to be repeated at higher doses (see Stout and Ruecker 1990, above).

A statistically significant trend was reported for testicular interstitial tumors: 0/50 (control), 3/47 (low-dose), 1/49 (mid-dose), 6/44 (high-dose). I consider these tumors unrelated to treatment because they do not show a dose response, the concurrent controls (0) appear to be unusually low for this tumor compared to historical controls (3.4%-6.7%), there were no preneoplastic lesions, and this tumor type was not seen in other studies at doses up to 35-fold higher in the same strain of rat.

A statistically significant trend was reported for C-cell carcinomas in female rats: 1/47 (control), 0/49 (low-dose), 2/45 (mid-dose), 6/47 (high-dose). The trend was not statistically significant for C-cell adenomas (5/47 (control), 3/49 (low-dose), 6/45 (mid-dose), 3/47 (high-dose) or combined C-cell adenomas and carcinomas (6/47 (control), 3/49 (low-dose), 8/45 (mid-dose), 9/47 (high-dose). I consider these tumors unrelated to treatment because C-cell neoplasms are relatively common in female rats, a dose response was not apparent, and there was a lack of repeatability in other studies. For example, the incidences of C-cell carcinoma in females rats was 0/60 (control), 0/60 (low-dose), 1/60 (mid-dose), 0/60 (high-dose) in the Stout and Ruecker (1990) study

18

and 0/50 (control), 0/27 (low-dose), 0/29 (mid-dose), 0/29 (mid-dose 2) and 0/49 (high-dose) in the Atkinson et al (1993) study.

## V.   Conclusion

There is an exceptionally large carcinogenicity data set for glyphosate.  Based on my review of the underlying study reports and data from the 5 mouse studies and 7 rat studies, I believe that glyphosate does not have a carcinogenic effect in any of the individual studies.  Importantly, there is no reproducibility of biologically significant effects across the 12 studies.  Plaintiffs' experts rely heavily on select tumor incidences that are statistically significant or "marginally significant" under one or more statistical tests; however, statistical significance does *not* equate to biological significance nor does it determine causality.  It is my opinion that the individual tumor incidences identified by plaintiffs' experts reflect the random variability that often occurs in these studies.

**Thomas J. Rosol, DVM, PhD**

31 July 2017

**Date**

# Attachment A

# *Curriculum Vitae*
## Thomas J. Rosol, DVM, PhD

Professor and University Distinguished Scholar
Diplomate of the American College of Veterinary Pathologists
The Ohio State University
1925 Coffey Road
Columbus, OH 43210-1093

 (phone)
 (fax)
(e-mail)
http://vet.osu.edu/rosol-thomas-j (webpage)

Home Address:


| *Academic Degrees* | | |
|---|---|---|
| Doctor of Philosophy (Ph.D.) | Experimental  Pathobiology The Ohio State University | 1986 |
| Doctor of Veterinary Medicine (D.V.M.) | University of Illinois – Urbana/Champaign *Valedictorian (1st in Class of 86)* | 1981 |
| Bachelor of Science (Veterinary Medicine) | University of Illinois – Urbana/Champaign Highest Honors | 1979 |
| Bachelor of Science (Animal Science) | University of Illinois – Urbana/Champaign Highest Honors | 1978 |

| *Academic and Professional Positions - Current* | | |
|---|---|---|
| Professor | Department of Veterinary Biosciences The Ohio State University | 1996 - present |
| Adjunct Professor | Division of Urology, Department of Medicine The Ohio State University | 2001 – present |
| Graduate School Faculty (Category III, P) | The Ohio State University Comparative Veterinary Medicine Graduate Program Oral Biology Graduate Program Medical Scientist Training Program Molecular Genetics Graduate Program Molecular, Cellular, and Developmental Biology Graduate Program | 1992-present 1992-present 1997-present 2002-present 2003-present |
| Full Member | Comprehensive Cancer Center Molecular Carcinogenesis/Chemoprevention Program The Ohio State University | 1987-present |

| *Academic and Professional Positions - Former* | | |
|---|---|---|
| Senior Advisor (Life Sciences) | Office of Technology Commercialization and Knowledge Transfer | 2010 - 2016 |
| Chief Scientific Officer | American Health Technologies (Mark Plaskow, CEO) Startup for Digital Pathology and Parasite Identification | 2010 - 2013 |
| Head of Business Strategy, Marketing, & Agreement Development | Office of Research, Technology Licensing and Commercialization | 2009 - 2010 |

| Academic and Professional Positions - Former | | |
|---|---|---|
| Dean & Ruth Stanton Chair of Veterinary Medicine | College of Veterinary Medicine, The Ohio State University | July 2005 – July 2008 |
| Assistant Director | Ohio Agricultural Research and Development Center (OARDC) | July 2005 – July 2008 |
| Senior Associate Vice President for Research | Office of Research, The Ohio State University | July 2004 – June 2005 |
| Interim Senior Vice President For Research | Office of Research, The Ohio State University | May 2003 – July 2004 |
| Senior Associate Vice President for Research | Office of Research, The Ohio State University | July 2002- April 2003 |
| Associate Professor | Department of Veterinary Biosciences (previous Veterinary Pathobiology) The Ohio State University | 1991 - 1996 |
| Diplomate | American College of Veterinary Pathologists | 1987 |
| Graduate School Faculty (Category II, M) | The Ohio State University | 1986-92 |
| Assistant Professor | Department of Veterinary Pathobiology The Ohio State University | 1986-1991 |
| Postdoctoral NIH Research Fellow | Department of Veterinary Pathobiology The Ohio State University, | 1983-86 |
| Veterinary Practitioner | Lancaster Veterinary Clinic, Lancaster, WI *(Mixed animal practice)* | 1981-83 |

| Academic and Professional Honors (Personal) | | |
|---|---|---|
| **Distinguished ACVP Member Award** | American College of Veterinary Pathologists | 2016 |
| **Outstanding Mentor of the Year Award** | Society of Toxicologic Pathologists | 2015 |
| **Charles C. Capen Teaching Excellence Award for Graduate Education** | College of Veterinary Medicine, The Ohio State University | 2012 |
| College nomination for the national **AAVMC Research Career Award** | American Association of Veterinary Medical Colleges (AAVMC) | 2010, 2012 |
| **Speaker Award** for presentation on Endocrine Toxicologic Pathology | FDA Center for Food Safety and Applied Nutrition (CFSAN) | 2010 |
| **Dr. Erwin Small Distinguished Alumni Award** | University of Illinois-Urbana/Champaign College of Veterinary Medicine | 2007 |
| **Distinguished Scholar Award** $20,000 research award, $3,000 honorarium | The Ohio State University Selected by university committee of Distinguished Scholars and Professors – up to 6 faculty (from 3800) receive the annual award | 2006 |
| **Fellow of AAAS (Medical Sciences)** Elected for contributions to endocrinology, bone pathobiology, cancer-associated hypercalcemia & the pathogenesis of bone metastasis | American Association for the Advancement of Science (AAAS) Election by AAAS Council after nomination by three AAAS Fellows | 2004 |

2

| Academic and Professional Honors (Personal) | | |
|---|---|---|
| **Research Award for high quality publications** in Molecular Carcinogenesis and Chemoprevention ($5000 award) | Comprehensive Cancer Center The Ohio State University | 2004 |
| **David White Research Award** OSU College of Veterinary Medicine (provides faculty awardee with support for a DVM postdoctoral fellow for 3 years, $210,000) | College of Veterinary Medicine The Ohio State University | 2001-04 |
| **Research Midcareer Development Award** NIH: NCRR: K26 Award | National Center for Research Resources, The National Institutes of Health | 2000-05 |
| **Academy of Teaching Excellence** (appointed by Dean) | College of Veterinary Medicine The Ohio State University | 1998 |
| **Dean's Teaching Excellence Award for Graduate Education** | College of Veterinary Medicine The Ohio State University | 1998 |
| Monbusyo International Scientific **Travel Award** for University-to University Cooperative Research | Sponsored by Dr. Hiroyuki Okada for travel, cooperative study, and lectures at Rakuno Gakuen Univ. & Azubo Univ., Japan | 1996 (Nov 3-18) |
| **Research Career Development Award** NIH: NIAMS: K04 Award | National Institute of Arthritis and Musculoskeletal and Skin Diseases, The National Institutes of Health | 1993-98 |
| **SmithKline-Beecham Award for Research Excellence** | The Ohio State University College of Veterinary Medicine | 1991 |
| **Small Animal Research Award in Endocrinology** | Ralston Purina Company | 1991 |
| **National Research Service Award** NIH: NCI: Individual NRSA | National Cancer Institute, The National Institutes of Health | 1985-88 |
| **Research Fellow** | Morris Animal Foundation | 1985-87 |
| **Research Fellow** | Schering Plough Corporation Foundation | 1983-85 |
| **Veterinary Pathology Scholarship Award** | C.L. Davis, D.V.M. Foundation | 1985 |
| **Valedictorian of Graduating Class** | College of Veterinary Medicine, University of Illinois | 1981 |
| **Jesse Sampson Physiology Award** | College of Veterinary Medicine, University of Illinois | 1979 |
| **Merck Veterinary Manual Award** | College of Veterinary Medicine, University of Illinois | 1978 |
| **Animal Science Scholarship Award** | College of Agriculture, University of Illinois | 1977 |

| Boards and Councils | | |
|---|---|---|
| **Macrophage Therapeutics, Inc.** | Scientific Advisory Board | 2015-present |
| **American Veterinary Medical Association** | Council on Research (elected by national board of governors) • Research Priorities Committee | 2010-2013 |
| **ACVP/STP Coalition** (Funding, Recruitment, and Evaluation of Veterinary Pathology Fellows) | Board of Governors | 2009-2012 |

| Boards and Councils | | |
|---|---|---|
| **North Carolina State University** Center for Comparative Medicine and Translational Research | External Advisory Board (2008: site visit with report) (2011: site visit with report) | 2008-present |
| **Canine Comparative Oncology and Genomics Consortium (CCOGC)** | Scientific Advisory Board | 2008-present |
| **NIH: National Center for Research Resources (NCRR) Advisory Board** | NIH Council *Appointed by HHS Secretary Leavitt* | 2007-2010 |
| **USDA: National Agricultural Research, Extension, Education, and Economics Advisory Board (NAREEEAB)** | USDA Advisory Board *Appointed by Interim Secretary Conner* Elected to Executive Committee - 2008 | 2007-2010 |
| **Pathology Experts, LLC (Basel)** | Board of Scientific Advisors | 2007-present |
| **University of Michigan** NIH Program Project Grant on Skeletal Metastases | External Advisory Board | 2006-2011 |
| **The Wilds Conservation Center** (reclaimed mining land for conservation of endangered animals) | Board of Trustees • Animal Sustainability/Research Center Task Force | 2006-present • 2011-2012 |
| **Ohio Veterinary Medical Association** | Board of Trustees (ex officio) | 2005-2008 |
| **Ohio Livestock Coalition** | Board of Trustees (ex officio) | 2005-2008 |
| **OSU College of Veterinary Medicine Alumni Society** | Board of Trustees | 2005-2008 |
| **Scitech (Science Research & Technology Park for OSU)** | Board of Trustees | 2003-2004 |
| **Ohio State University Research Foundation Board** | Board of Trustees *President* | 2003-2004 |
| **Ohio Board of Regents** | Research Officer's Council for Higher Education | 2003-2004 |
| **Ohio Supercomputer Center** | Governing Board | 2003-2004 |
| **Edison Welding Institute** | Board of Trustees | 2003-2004 |
| **Ohio Aerospace Institute (OAI)** | Board of Directors | 2003-2004 |
| **Ohio Polymer Strategy Council** | Council Member | 2003-2004 |
| **Transportation Research Center** | Board of Directors | 2003-2004 |
| **Council on Research Policy and Graduate Education (NASULGC)** | Council Member | 2003-2004 |
| **Committee on Institutional Cooperation (CIC)** | Member as Senior Research Officer | 2003-2004 |

## Major Accomplishments in Technology & Commercialization (2008-2016)

- Senior Advisor for Life Sciences Commercialization
- Advisor, Buckeye SmarterImage (student startup for MRI motion correction), 2nd Place OSU Business Plan Competition (2015)
- Revise university policies on intellectual property (2012-2013)
- Chief Scientific Officer (CSO) for Startup (American Health Technologies (2010-2013)
- Workshop in Commercialization for women faculty from Midwest universities (2012)
- Head of Business Strategy, Marketing, and Agreement Development (2009-2010)
- Representative for Public-Private Partnerships (CTSA NIH grant)

- Served on NSF Project Reach to enhance commercialization by women faculty
  - Reorganization of Office into four functional groups with associate VP
    - Development of Technology Catalog
    - Chaired Economic Development Team for Office of Research
  - Bioscience business trip to Israel with Columbus Mayor Coleman (2008)
- University representative for city planning for research corridor (315 research and technology initiative) (2006)
  - •

## Major Accomplishments as Dean (2005-2008)

- 20-year college facility plan (Flad Architects)
  - Feasibility study for new small animal teaching hospital (Flad Architects)
    - New 3 and 7-Tesla MRI imaging facility with College of Medicine
    - 7-year reaccreditation of College by AVMA Council on Education
      - New 5-year college strategic plan
    - Reorganization and recruitment of senior leadership
  - Developed new Office of Information Technology; recruited Director
    - External review and reorganization of equine medicine & surgery
- Vice-Chair for national agenda in public health (American Assoc. of Veterinary Medical Colleges and American Colleges of Public Health)
  - Initiated new Center of Excellence in Food Animal Health, Production, and Well-Being
    - Lead dean for OSU program in Public Health Preparedness for Infectious Diseases
      - Represent Health Sciences Deans on Senate Fiscal Committee
        - President's Council for Women taskforce
    - Chair of search for Director of University Laboratory Animal Resources
    - Reorganization and advancement of Information Technology & Systems
      - College partnership with Procter & Gamble Company
    - Partnership with College of the Arts for William Wegman exhibition
    - Renovated 11,000 sq. ft. of shell space for new research labs ($3M)
      - Formed Quality of Life Initiative (to promote work-life balance)

## Major Accomplishments as Vice President and Senior Associate Vice President for Research (2002-2005)

- Served as President of the OSU Research Foundation (for extramurally sponsored research)
  - Served on President's Cabinet and 5-person Council
    - University research facilities space study
  - Completed feasibility study for Interdisciplinary Research Building (**CO** Architects, Los Angeles)
    - NIH Proactive site visit to OSU campus
    - Opened new BSLIII lab on OSU campus
  - Developed information technology tools for research management
  - New intramural grant programs for Humanities & the Arts and Interdisciplinary Research
- Recruited University Research Lecturers: David McCullough (Pulitzer Prize winner); Thomas Cech (Nobel Prize winner & President of Howard Hughes Medical Institute)
  - External reviews conducted for: Center for Cognitive Science; Byrd Polar Research Center; Laboratory Animal Resources; Center for Material Research; Nanotechnology Laboratory
- Appointed directors for: Ohio Supercomputer Center; Center for Mapping; and Center for Cognitive Science
  - Oversight of university research park (Scitech) and nanotechnology laboratory

5

- Managed controversy over research funding by Tobacco Companies
  - Managed closure of chimpanzee facility

## ACADEMIC RESPONSIBILITIES AND ACCOMPLISHMENTS
*Assistant Professor: 1986 – 1991*
*Associate Professor: 1991 - 1996*
*Professor: 1996 – present*

## Current Independent and Collaborative Research Interests

### Parathyroid Hormone-Related Protein:

Role in humoral hypercalcemia of malignancy and calcium regulation
Role in metastasis and bone invasion
Development of knockout and knockin mice with PTHrP mutations
Regulation of PTHrP expression and stability by transforming growth factor-$\beta$

### Parathyroid Hormone Receptor:

Role in anabolic effects of parathyroid hormone

### Cytokine-Induced Bone Resorption:

### Animal Models of Human Disease with Special Interest In:

Tumor microenvironment
Paraneoplastic syndromes
Endocrinology and calcium regulation
Bone disease, bone remodeling, bone metastasis
Prostate cancer and osteoblastic metastasis
Breast cancer and bone metastasis

### Imaging & Nanotechnology:

In vivo bioluminescent and ultrasound imaging
Enhancement of ultrasound imaging of cancer with nanoparticles

## Scientific Manuscript Review

| | |
|---|---|
| EDITORIAL BOARD, *Veterinary Pathology* | 1990-92 |
| EDITORIAL BOARD, *Toxicologic Pathology* | 2013-present |
| ASSOCIATE EDITOR, *Veterinary Pathology* | 1998-2000 |
| Ad Hoc Reviewer | |
| *American Journal of Veterinary Research* | 1993-94 |
| *Cancer Research* | 2001-present |
| *Clinical & Experimental Metastasis* | 2001-present, 2007, 2011 |
| *Comparative Biochemistry and Physiology* | 2001 |
| *Domestic Animal Endocrinology* | 1995-2004, 2011 |
| *Endocrinology* | 1995-1999 |

| | |
|---|---|
| *European Journal of Endocrinology* | 1995 |
| *Fundamental and Applied Toxicology* | 1996 |
| *General and Comparative Endocrinology* | 1999 |
| *Hormones and Metabolic Research* | 1999 |
| *International Journal of Cancer* | 2001 |
| *Journal of the American Veterinary Medical Association* | 1992-1996 |
| *Journal of Bone and Mineral Research* | 1998-present, 2010 |
| *Journal of Cellular Physiology* | 1996, 1997 |
| *Journal of Clinical Investigation* | 1991-1994 |
| *Journal of Veterinary Clinical Pathology* | 2013 |
| *Journal of Experimental Zoology* | 1998 |
| *Journal of Molecular Endocrinology* | 1998 |
| *Journal of Small Animal Medicine* | 2010 |
| *Journal of Veterinary Internal Medicine* | 1992-1996, 2010 |
| *Lancet* | 2001 |
| *Merck-Merial Manual for Pet Health* | 2007 |
| *Molecular Cancer Research* | 2011 |
| *Modern Pathology* | 1997 |
| *National Toxicology Program, Endocrine Monographs* | 2012 |
| *PLOSone* | 2012 |
| *Southern Medical Journal* | 1994 |
| *Toxicologic Pathology* | 1991-present, 2010, 2011 |
| *Veterinary Immunology and Immunopathology* | 1995 |
| *Veterinary Pathology* | 1989-Present. 2011 |
| *Veterinary Research Communications* | 2001 |

| Scientific Grant Review | |
|---|---|
| NIH, NCI, LABORATORY OF CANCER BIOLOGY AND GENETCS<br>    Site visit team to NIH Bethesda, MD | 2014 |
| PENNSYLVANIA DEPARTMENT OF HEALTH<br>    Commercialization of Research Related to Cancer Diagnostics and Therapeutics | 2011 |
| ACVP/STP COALITION<br>    Charles and Sharron Capen Fellowship in Veterinary Pathology<br>    Linda Munson Fellowship for Wildlife Pathology Research | 2011 |
| NATIONAL SCIENCE FOUNDATION, Nanobiotechnology, SBIR grant review | 2010 |
| CDMPR: CONGRESSIONALLY DIRECTED MEDICAL RESEARCH PROGRAM,<br>    Review for Lung Cancer Program | 2010 |
| NIH, NATIONAL CENTER FOR RESEARCH RESOURCES (NCRR)<br>    Comparative Medicine Review Committee: June 14-15, 2005<br>    Comparative Medicine Review Committee: September 27-28, 2005 | 2005 |
| MORRIS ANIMAL FOUNDATION<br>    **Chairperson** of Scientific Advisory Board in 2002 | 2000 – 2003 |
| AMERICAN ASSOCIATION FOR THE ADVANCEMENT OF SCIENCE RESEARCH<br>    COMPETITIVENESS SERVICE, Review of Center for Alternative Animal Models<br>    Used in Biomedical Research for Michigan State University | 2003 |
| UNITED STATES ARMY MEDICAL RESEARCH AND MATERIEL COMMAND,<br>    Bone Health and Military Medical Readiness Program, scientific reviewer | 2002, 2003 |
| HENRY FORD HEALTH SCIENCES CENTER, External Reviewer for internal research<br>    grants | 2001 |

7

| Scientific Grant Review | |
|---|---|
| NIH, NATIONAL CANCER INSTITUTE: Program Project (P01) Site Visit Team, Cancer Research Institute, Pennsylvania State University, Hershey, PA | February, 2001 |
| UNITED STATES ARMY MEDICAL RESEARCH AND MATERIEL COMMAND, 2000 Bone Health and Military Medical Readiness Program, scientific reviewer | February, 2001 |
| THE OHIO STATE UNIVERSITY ACADEMIC ENRICHMENT PANEL (appointed by provost), selection of areas of selective investment of annual recurring dollars | 1999, 2000 |
| UNITED STATES DEPARTMENT OF AGRICULTURE, Cooperative, State Research, Education and Extension Service | 2000 |
| COMPREHENSIVE CANCER CENTER: The Ohio State University, Hormones & Cancer Program | 1999 |
| UNITED STATES ARMY MEDICAL RESEARCH AND MATERIEL COMMAND, 1997 Prostate Cancer Research Program, scientific reviewer | January, 1998 |
| NIH, GENERAL MEDICINE B REVIEW GROUP (STUDY SECTION) Special Reviewer | June, 1996 |
| NATIONAL INSTITUTES OF HEALTH: National Center for Research Resources, Comparative Medicine Program, Special Emphasis Research Career Award review | 1998 |
| CENTER FOR BIORESTORATION OF ORAL HEALTH, University of Michigan | 1997 |
| DEPARTMENT OF VETERANS AFFAIRS, Merit Review, Board of Endocrinology | 1992, 1996 |
| DUTCH CANCER SOCIETY (Nederlandse Kankerbestrijding), Grant reviewer | 1996 |
| MEDICAL RESEARCH AND DEVELOPMENT FUND, Department of Surgery Research Committee, College of Medicine, Ohio State University | 1994 |
| COUNCIL OF RESEARCH, College of Veterinary Medicine, The Ohio State University Chairperson, 1992-94 Vice-Chairperson, 1991, 2010-2012 Committee member, 1990 | 1990-1994 2010-2012 |
| AMERICAN CANCER SOCIETY, Institutional Grant from the Comprehensive Cancer Center, The Ohio State University | 1989, 94 |

| Professional Societies | |
|---|---|
| AMERICAN COLLEGE OF VETERINARY PATHOLOGISTS | 1987-present |
|     Development Committee | 2013-present |
|     MidCareer Development Award – Inaugural Committee | 2013-present |
|     *Veterinary Pathology* Strategic Planning Task Force | 2011-2013 |
|         Co-Chair with John Shadduck | |
|     Search and Selection Committee: Editor-In-Chief, *Veterinary Pathology* | 2012 |
|     Plenary Presentation – Bone Metastasis and Tumor Microenvironment | 2010 |
|     Co-Chair: Charles C. Capen Memorial Mini-symposium | 2010 |
|     Lifelong Learning Task Force | 2010-2011 |
|         Representative for Society of Toxicologic Pathology | |
|     Complementary Resources Task Force | 2010-2011 |
|         Chair: Technology Impact Subcommittee | |
|     Development and Philanthropy Workshop | 2007 |
|     Education Committee Chairperson | 2003 |
|     ACVP Annual Meeting Program Chairperson | 2002 |
|     Specialty Groups Chairperson | 1998-2000 |
|       • Revised program into Diagnostic, Experimental, and Toxicologic Pathology divisions | |
|     Chairperson for Symposium on Endocrine Pathology | 1999 |
|     Education Committee Member | 1996-2003 |
|     Reproduction and Endocrine Pathology Specialty Section | |
|         Chairperson | 1996 |
|         Vice-Chairperson | 1995 |
|     Young Investigator Award | |
|         Chairperson | 1996-97 |
|         Judge | 1994-95 |
|         Judge (Capen Travel Award) | 2010, 2011 |
|     Education Committee of the Annual Meeting | |
|         Skeletal Disease | 1993 |
|     Bone and Joint Disease Specialty Section | |
|         Chairperson | 1992-1993 |
|         Vice-Chairperson | 1990-91 |
| SOCIETY OF TOXICOLOGIC PATHOLOGY | 2008-present |
|     Endocrine Best Practices Task Force | 2010-2013 |
|         Chairperson | |
|     INHAND Project (International Harmonization of Nomenclature and Diagnostic Criteria): Revision of standard nomenclature of proliferative and nonproliferative lesions of the endocrine glands | 2009-2015 |
|         International Chairperson | |
|     Scientific and Regulatory Policy Committee: Working group on Effects of Stress on Pathologic Endpoints | 2007-2012 |
|         Endocrine pathology expert | |
|     Education Task Force | 2009-2010 |
|     Education Strategy Committee | 2010-2012 |
|     Web-Based Education Task Force | 2010 |
|     ACVP/STP Coalition for Veterinary Pathology Fellows | 2009-2012 |
|         Board of Governors | |

| *Professional Societies* | |
|---|---|
| INTERNATIONAL BONE AND MINERAL  SOCIETY, (entitled INTERNATIONAL CONFERENCE ON CALCIUM REGULATING HORMONES from 1990-1994) | 1990-present |
| EUROPEAN CALCIFIED TISSUE SOCIETY | 1993-present |
| AMERICAN SOCIETY FOR BONE AND MINERAL RESEARCH 2002 Annual Meeting Abstract Judge Research Policy Committee | 1986-present <br><br> 2008 – 2011 |
| COMPARATIVE ENDOCRINOLOGY OF CALCIUM REGULATION (CECR) Member of **International Scientific Organizing Committee** 1st meeting, Melbourne (at Zoo), February 14, 1995; **Invited Lecture** 2nd meeting, San Francisco; December 01, 1998; **Invited Lecture (Toribio)** 3rd meeting, Madrid, June 05, 2001; **Invited Lecture (Toribio)** 4th meeting, Osaka, June 03, 2003; **Invited Lecture** 5th meeting, Geneva, June 25, 2005; **Invited Lecture (Toribio)** 6th meeting, Montreal, June 24, 2007: **Chair** of Mammalian Calcium Metabolism; **Invited Lecture (Toribio)** 7th meeting, Sydney, March 21, 2009, **Chair** of Mammalian Calcium Metabolism 8th meeting, Athens, May 7, 2011, **Chair** of Mammalian Calcium Metabolism; Welcome and Introduction; **Invited Lectures** 9th meeting, Kobe, Japan, May 27, 2013, **Introduction and Invited Lecture** | 1988-present |
| CHARLES LOUIS DAVIS, D.V.M. FOUNDATION | 1982-87 1997-present |
| AMERICAN ASSOCIATION FOR THE ADVANCEMENT OF SCIENCE **Elected as a FELLOW in 2004** | 2000-present |
| AMERICAN ASSOCIATION OF CANCER RESEARCH | 2001-2010 |
| AMERICAN VETERINARY MEDICAL ASSOCIATION Council on Research (elected by national delegates): 2010 – 2013 Committee on Research Priorities Committee on the American Journal of Veterinary Research Reviewer for National Awards • Lifetime Excellence in Research Award • Practitioner Research Award • Career Achievement Award in Canine Research • Excellence in Feline Research Award (Winn Foundation/AVMF) | 1981-present 2010-2013 2011-2012 2011-2012 2010-2013 |
| PHI ZETA (College of Veterinary Medicine) | Inducted 1979 |
| PHI KAPPA PHI (University of Illinois) | Inducted 1977 |
| GAMMA SIGMA DELTA (Agriculture) | Inducted 1977 |

| *National and International Committees and Service* | |
|---|---|
| EDUCATION COMMITTEE for the Annual Meeting of the American College of Veterinary Pathology, Skeletal System | 1993 |
| PROMOTION AND TENURE COMMITTEE, External Reviewer, University of Illinois College of Medicine | 1994 |
| GENERAL MEDICINE B INITIAL REVIEW GROUP (IRG) Study Section; National Institutes of Health | 1996 |
| NATIONAL INSTITUTES OF HEALTH; Consultant for Health and Human Services | 1996-present |

| National and International Committees and Service | |
| --- | --- |
| UNITED STATES ARMY MEDICAL RESEARCH AND MATERIEL COMMAND, 1997 Prostate Cancer Research Program, scientific reviewer for Pathobiology Study Section | 1998 |
| PROMOTION AND TENURE COMMITTEE External Reviewer, University of Illinois College of Veterinary Medicine | 2001 |
| REVIEWER FOR THE AMERICAN SOCIETY OF BONE AND MINERAL RESEARCH ANNUAL MEETING <br> Peptide Calcitropic Hormones – abstracts and oral presentation review | 2002 |
| COMPARATIVE ENDOCRINOLOGY OF CALCIUM METABOLISM <br> International Scientific Committee (total of 7 members from Australia, UK, USA, and Japan) | 2000-present |
| UNIVERSITY OF PENNSYLVANIA COLLEGE OF VETERINARY MEDICINE, Promotion and Tenure committee, external reviewer | 2003 |
| INDIANA UNIVERSITY COLLEGE OF MEDICINE, Promotion and Tenure committee, external reviewer | 2003 |
| COLORADO STATE UNIVERSITY COLLEGE OF VETERINARY MEDICINE, Promotion and Tenure committee, external reviewer | 2003 |
| AMERICAN ASSOCIATION OF VETERINARY MEDICAL COLLEGES <br> Invitee to Conference on the Future of Veterinary Medical Graduate Education, Washington, D.C., 11-12 March 2003. | 2004 |
| ROYAL VETERINARY COLLEGE, London, England; AVMA Council on Education accreditation site visit team | 2005 |
| UNIVERSITY OF UTRECHT, Faculty of Veterinary Medicine, 6-year review of scientific programs, Nov. 26 to Dec. 03, 2005. | 2005 |
| UNIVERSITY OF UTRECHT, External expert on thesis award with distinction, 'cum laude' for B. Spee, Regenerative and Fibrotic Pathways in Canine Liver Disease. | 2006 |
| COLORADO STATE UNIVERSITY COLLEGE OF VETERINARY MEDICINE, Promotion and Tenure committee, external reviewer | 2006 |
| NIH NATIONAL CENTER FOR RESEARCH RESOURCES COUNCIL, appointed by Department of Health and Human Services Secretary Michael Leavitt, May 2006. | 2006-2010 |
| ALBERT EINSTEIN UNIVERSITY COLLEGE OF MEDICINE, New York, Promotion and Tenure committee, external reviewer | 2006 |
| USDA NATIONAL AGRICULTURE RESEARCH, EDUCATION, EXTENSION, AND ECONOMICS Advisory Board (NAREEEAB), appointed by USDA Secretary Conner | 2007-2010 |
| UNIVERSITY OF PENNSYLVANIA SCHOOL OF VETERINARY MEDICINE, Promotion and Tenure committee, external reviewer | 2010 |
| AMERICAN VETERINARY MEDICAL ASSOCIATION, Council on Research, elected by national board of governors <br> • AVMA liaison to the American Registry of Pathology | 2010-2013 |
| UNIVERSITY OF UTRECHT, PhD thesis assessment for 'cum laude' distinction | 2011 |
| UNIVERSITY OF MICHIGAN SCHOOL OF DENTISTRY, Promotion and Tenure committee, external reviewer | 2016 |
| COLORADO STATE UNIVERSITY, COLL. OF VETERINARY MEDICINE AND BIOMEDICAL SCIENCES, Promotion and Tenure committee, external reviewer | 2016 |
| NATIONAL ACADEMY OF SCIENCES, Committee on Federal Research Regulations and Reporting Requirements: A New Framework for Research Universities in the 21st Century | 2015-2016 |

| Media Attention | |
|---|---|
| 'PROSTATE CANCER RESEARCH TO MODEL HUMAN BONE METASTASIS'<br>• Channel 4 News Columbus, Ohio, Interview by Katrina Owens<br>• OSU Video Release by Michelle Gailiun & Andrea Kuse (Media Source), played in 150 cities in USA – http://vet.osu.edu/1099.htm | 2002 |
| NATIONAL CENTER FOR RESEARCH RESOURCES, 'NCRR Reporter', Spring, 2003, volume XXVII, No. 2, pp. 4-7, 'The Mouse Genome: Let the Sequel Begin',<br>• Role of T32 Training Grant, K26 Midcareer Award, and NIH-funded laboratory in training veterinarians for careers in research | Spring, 2003 |
| 'IN VIVO IMAGING OF PROSTATE AND BREAST CANCER METASTASIS IN MOUSE MODELS OF HUMAN CANCER USING FIREFLY LUCIFERASE'<br>• Channel 10 News Columbus, Ohio, Interview by Marcey Goulder<br>• OSU Video Release by Michelle Gailiun & Media Source, played in many cities in USA – http://vet.osu.edu/1097.htm | 2003 |
| 'ILLUMINATING SCIENCE: OSU CANCER RESEARCHERS USE A CHEMICAL FOUND IN FIREFLIES TO MONITOR TUMOR GROWTH'<br>• Columbus Dispatch, June 3, 2003, Interview and article by science writer, Mike Lafferty | 2003 |
| 'OHIO STATE UNIVERSITY & RESEARCH FUNDING FROM TOBACCO COMPANIES' (Research Policy Decision by Office of Research)<br>• Channel 6 News, Television interview with Carol Luper<br>• Associated Press interview with Andrew Welsh-Huggins<br>• WTVN Radio interview with George Zonders<br>• WCBE Radio interview with Mike Foley<br>• Science Magazine interview with David Grimm (Nov., 2004) | 2003, 2004 |
| PLAIN DEALER HIGHER EDUCATION EDITORIAL BOARD, Cleveland<br>• Interview with President Holbrook and Provost Snyder on the OSU Academic Plan, Current Affairs and University Goals | May, 2004 |
| 'USE OF FIREFLY LUCIFERASE TO STUDY CANCER METASTASIS',<br>• OSU James Cancer Hospital and Comprehensive Cancer Center Infomercial Broadcast during 2004 Olympic Games, Film Production by Fahlgren, Inc. (Ann Mowad), http://vet.osu.edu/1114.htm | 2004 |
| OSU PARTICIPATION IN STATE OF OHIO THIRD FRONTIER PROGRAM<br>• Interview for Crain's Cleveland Business Weekly Paper | August, 2004 |
| ANIMAL RIGHTS ISSUES FOR NIH SPINAL CORD RESEARCH TRAINING PROGRAM:<br>• Television interviews for evening news: Channel 6 and 10 Columbus, Ohio<br>• Radio interview for National Public Radio | May, 2005 |
| NEW MOUSE MODEL OF METASTATIC CANINE PROSTATE CANCER<br>• OSU press release on *Cancer Research* manuscript on using anti-nerve growth factor to inhibit bone pain due to prostate cancer, http://researchnews.osu.edu/archive/bonepain.htm<br>  • Comprehensive Cancer Center video news release (VNR); 'New Dog Model of Prostate Cancer Helps Identify Promising New Pain Treatment', 239 airings, including Channel 6 in Columbus, Ohio and major markets in New York, San Francisco, Dallas, Detroit, and Washington D.C., http://vet.osu.edu/2118.htm; http://cancer.osu.edu/mediaroom/releases/Pages/New-Model-of-Prostate-Cancer-Helps-Identify-Promising-Pain-Treatment.aspx | 2005 |

| *Media Attention* | |
|---|---|
| NANOTECHNOLOGY MAY FIND BREAST CANCER BEFORE IT STARTS<br>• OSU press release and research communication,<br>  http://researchnews.osu.edu/archive/nanobitz.htm<br>• 'Advance for Imaging and Radiation Therapy Professionals' interview with Sarah Long and article on research progress<br>• 'NanoBiotech News', interview with Steve Lewis and article on research progress<br>• 'NCRR Reporter Magazine (Summer 2006, pg.9 )', interview with Al Staropoli and article, 'Nanoparticles and Ultrasound Imaging'<br>  http://www.ncrr.nih.gov/publications/ncrr_reporter/pdfs/summer2006.pdf<br>• NNB (Nikkei Nano Business); Nikkei Research Institute of Industry and Markets, Nihon Keizai Shimbun, Inc., follow-up article<br>• Biotechnology Institute, 'Your World: Biotechnology and You', magazine for grades 7-12, interview with Lois Baron and article | April, 2006 |
| VISION FOR THE COLLEGE OF VETERINARY MEDICINE -2006<br>• Buckeye Ag Radio Network interview with Lindsay Hill | April, 2006 |
| 315 TECHNOLOGY AND RESEARCH CORRIDOR PRESS CONFERENCE<br>• Venue: Ohio Health (Riverside Hospital); Representative of OSU; Quoted in Columbus Dispatch daily newspaper | August, 2006 |
| ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE VIDEO INTERVIEW<br>• Success of Ross University professional students at the OSU College of Veterinary Medicine | October, 2006 |
| BUCKEYE FARM NEWS, Ohio Farm Bureau Federation newspaper interview<br>• 'Shortage of Large Animal Veterinarians Nationwide' | 16 August 2007 |
| OSU PRESS RELEASE<br>• 'Firefly Genes Allow Testing of New Therapy Against Lymphoma',<br>  http://researchnews.osu.edu/archive/firecancr.htm;<br>  http://cancer.osu.edu/mediaroom/releases/Pages/Firefly-Genes-Allow-Testing-Of-New-Therapy-Against-Lymphoma.aspx<br>• Ohio News Network (ONN) video news release | December, 2007<br><br>February, 2008 |
| OP-ED: 'Ohio State College of Veterinary Medicine Works to Support Public Health'<br>• Cleveland Plain Dealer; Blog;<br>  http://blog.cleveland.com/letters/2008/05/veterinarians_protect_human_he.html<br>• Zanesville Time Recorder; June 13, 2008 (Op-Ed) | May, 2008<br><br>June, 2008 |
| PHARMACEUTICAL FORMULATION AND QUALITY, eNewsletter,<br>• 'Imaging Sheds Light on Cancer Drug's Activity' (based on Cancer Research 2007;67:11859-66). | 18 January 2008 |
| TECHNOLOGY TRANSFER TACTICS, eNewsletter,<br>(http://www.technologytransfertactics.com/content/reprints/909-new-metrics/)<br>• 'TTOs reach for new metrics to document their value' | October, 2009 |
| MORRIS ANIMAL FOUNDATION, AnimalNews (volume 9.4)<br>• New therapies for head and neck squamous cell carcinoma in cats | December, 2009 |
| MORRIS ANIMAL FOUNDATION, news release, Denver,<br>• 'Morris Animal Foundation Awards Two Fellowships to Promote Feline Health Research', http://www.vet.osu.edu/6646.htm | May, 2010 |
| TECHNOLOGY TRANSFER TACTICS, eNewsletter,<br>(http://www.technologytransfertactics.com/content/reprints/1110-tenure-polices/)<br>'Tenure policies slowly shifting to support commercialization activity' | Nov, 2010 |

| *Media Attention* | |
|---|---|
| OSU PRESS RELEASE<br>• 'Animal Model of Head and Neck Cancer',<br>  http://researchnews.osu.edu/archive/oralcancer.htm | December, 2010 |
| OSU Comprehensive Cancer Center: FRONTIERS Publication; Winter, 2012; 'Foreign Occupiers', metastatic tumors cause the vast majority of cancer deaths, pp. 18-23.<br>• http://cancer.osu.edu/about/publications/frontiers/archive/2012/02/14/foreign-occupiers.aspx | February, 2012 |
| OSU onCampus News Publication, August, 2013, 'Selling Innovation Goes Peer-To-Peer' article, Rosol created and leads E-scholar faculty program at Technology Commercialization office.<br>• http://oncampus.osu.edu/selling-innovation-goes-peer-to-peer/ | August, 2013 |
| Navidea Biopharmaceuticals, Dublin, Ohio (Press Releases)<br>• Press release on presentation by Rosol on Manocept™ data at Keystone Symposia for Molecular Cell Biology of Macrophages in Human Disease<br>• Press release on data from the Rosol laboratory on the Manocept™ Platform featured in Nature Outlook: Medical Imaging | February, 2014<br><br>October, 2013 |
| *Veterinary Pathology* PODCAST to highlight a research paper, 'Tumor microenvironment regulates metastasis and metastasis genes of mouse MMTV-PymT mammary cancer cells in vivo'. One paper is chosen per issue to increase visibility and interest in the manuscript. Published in journal with QR code for easy access by readers. | April, 2014 |
| *American Association of Veterinary Colleges* News, 'Senator Seeks to Streamline Biomedical Research Program Processes'. Press release on participation in the National Academy Committee for Research Regulations,<br>http://aavmc.org/VetMedEducator24.aspx#Senator | August, 2015 |

| *Toxicologic Pathology Consultation and Peer Review* | |
|---|---|
| TOXICOLOGIC PATHOLOGY – Endocrine and Reproductive Pathology (42 cases) | 2000 – present |
| TOXICOLOGIC PATHOLOGY – Bone Pathology, Cancer & Metastasis, and Calcium Regulation (17 cases)<br>• | 1995 – present |
| TOXICOLOGIC PATHOLOGY – Cancer Diagnostics & Imaging (5 cases) | 2010 – present |
| DIGITAL PATHOLOGY – Diagnostic Pathology Algorithms (1 case) | 2009 – present |
| EXPERT WITNESS – Patent defense or Patient litigation (4 cases) | 2010 – present |
| GRAS (Generally Recognized as Safe) Status for the chemical industry (2 cases) | 2009 – 2014 |

| *Scientific Consultation* | |
|---|---|
| FEDERAL DRUG AGENCY (FDA), Office of Food Additive Safety, Center for Food Safety and Applied Nutrition, Thyroid stimulating hormone and carcinogenesis in rats and human | 2015<br>2017 |
| ENVIRONMENTAL PROTECTION AGENCY<br>Carcinogenicity of RDX | 2017 |
| MACROPHAGE THERAPEUTICS, Scientific Advisory Board | 2015 - present |
| NAVIDEA BIOPHARMACEUTICALS (Dublin, OH), Scientific Advisory Board | 2013 - present |
| UTRECHT UNIVERSITY, Faculty of Veterinary Medicine, 6-year review of scientific programs, June 11-13, 2012. | 2012 |

14

| Scientific Consultation | |
|---|---|
| EXTERNAL REVIEW BOARD (Chair), North Carolina State University,  Comparative Medicine and Translational Research Training Program (Directors: Sam Jones and Jorge Piedrahita) | 2011 |
| EXTERNAL ADVISORY BOARD, University of Michigan NIH Program Project Grant on Skeletal Metastases, Evan Keller (PI) | 2006 – 2011 |
| UTRECHT UNIVERSITY, Faculty of Veterinary Medicine, 6-year review of scientific programs, Nov. 26 to Dec. 03, 2005. | 2005 |
| OHIO STATE UNIVERSITY PROGRAM PROJECT GRANT (P01) ON I METHYLATION & CHROMATIN MODIFICATIONS: MECHANISMS & APPLICATIONS IN CANCER THERAPY  Internal Review Group for Samuel Jacob, Program Director | 2003 |
| OHIO STATE UNIVERSITY PROGRAM PROJECT GRANT (P01) ON HORMONAL AND MOLECULAR TARGETS OF BREAST CANCER  Internal Review Committee for Robert Brueggemeier, Program Director | 2003 |
| HARVARD MEDICAL SCHOOL, BETH ISRAEL DECONESS MEDICAL CENTER, Division of Bone and Mineral Research & BIOMEASURE, INC.  Closed invited workshop on the pathogenesis, animal models, and treatment of bone metastasis, May 5-6 | 2003 |
| UNIVERSITY OF MICHIGAN COMPREHENSIVE CANCER CENTER  External Member of Advisory Board for Review of a Program Project (P01) grant on Bone Metastasis and Prostate Cancer | 2001-2002 |
| NATIONAL CANCER INSTITUTE,  Invited member of a panel of 30 scientists to conduct a closed Workshop on Mechanisms of Tumor Metastasis to the Bone: Challenges and Opportunities, Bethesda, MD 29 Nov to 01 Dec. | 2000 |
| NATIONAL INSTITUTES OF ENVIRONMENTAL HEALTH SCIENCES,  Environmental Toxicology Program, Pathology Working Group (PWG) on acrylonitrile | 2000 |
| MORRIS ANIMAL FOUNDATION  Chair of the Scientific Advisory Board (elected position)  Member of the Scientific Advisory Board (8 members total) | 2001-2002  2000-2003 |

| Diversity Activities | |
|---|---|
| Project CEOS (Comprehensive Equity for OSU); NSF-Funded Advance program  2010: Afternoon tutorial to women faculty on commercialization  2011: Afternoon tutorial to women faculty on commercialization  2011-12: Planning committee for national meeting on commercialization  2012-15: National conference on commercialization for women faculty, Washington DC | 2010 – 2015 |
| 14th Annual National Conference on Diversity, Race & Learning; 'From Excellence to Eminence'. Keynote addresses by Drs. Marvalene Hughes (Dillard Univ.) & Henry Cisneros (American City Vista). | 06 May 2008 |
| Iverson Bell Symposium, Washington DC | 02 March 2007 |
| Critical Difference for Women – spring luncheon | 17 May 2007 |
| Diversity cultural arts concert – Denyce Graves – Mershon auditorium | 09 May 2007 |
| Co-Host – Allies for Equality | 02 May 2007 |

15

| 13th Annual National Conference on Diversity, Race & Learning; 'Diversity: A Journey of Challenge & Collaboration'. Keynote addresses by Drs. Lani Guinier (Harvard) & Nancy (Rusty) Barcelo (Minnesota). | 01 May 2007 |
| YMCA Woman's Achievement Award luncheon – honoring Provost Snyder | 11 April 2007 |
| 12th Annual National Conference on Diversity, Race & Learning; '2006 & Beyond: Creating Diversity Collaborative'. Keynote address by Angela E. Oh, JD. | 02 May 2006 |
| Invisible Barriers for the Success of Women at OSU Workshop | 14 Dec 2005 |
| Lisa Greenhill, American Association of Veterinary Medical Colleges, Director of Diversity visit to College of Veterinary Medicine; discussions, evaluation of progress, and recommendations | 08 Nov 2005 |
| 11th Annual National Conference on Diversity, Race & Learning; 'Liberty & Justice for All: Empowerment & Inclusion'. Keynote address by Frank Wu, JD, Dean of the Law School, Wayne State University | 03 May 2005 |
| 10th Annual National Conference on Diversity, Race & Learning. 'Communicating Diversity: Implementation, Impact & Outcome. Keynote address by Mary Francis Berry, Professor of History, Univ. of Pennsylvania | 04 May 2004 |
| Open Forum with Virginia Valian on Gender Equity. Dr. Valian is a noted author and lecturer on gender equity and professor of psychology and linguistics at Hunter College and the Graduate Center of the City University of New York (CUNY) and is a nationally recognized expert in the area of gender schema. | 30 April 2004 |
| Diversity Supervisor for the Office of Research at The Ohio State University<br>• Preparation of annual reports for Office of Research and its supporting units to the Office of Academic Affairs | 2002-present |
| Discussion with Nancy Hopkins, PhD, Massachusetts Institute of Technology 2002-2003 Diversity Lecture Series, 'Breaking Through MIT's Glass Ceiling' | 01 Oct 2002 |
| 'CAN WE TALK? CONFRONTING OUR DIFFERENCES TOGETHER': College representative for a forum on campus and community diversity with the creators, writers, producers, and stars of Lifetime Television's *Any Day Now* cable TV series | 23 Feb 2001 |

| Committees and Service: Ohio State University | |
|---|---|
| COMMITTEE OF INITIAL INQUIRY<br>Chair, faculty committee on inquiry of graduate student falsification of data<br>Committee on inquiry of faculty fabrication of data | 2014 - 2016 |
| UNIVERSITY SENATE, Research Committee<br>Chair, Mapping Process for Sponsored Projects | 2013-2015 |
| UNIVERSITY SENATE, Governmental Policy Committee | 2011-2012 |
| SELECTION COMMITTEE for the vice president for research Innovation Awards to faculty and students | 2011 |
| FAST-FORWARD STRATEGIC PLANNING for College of Veterinary Medicine, August 12-14, 2010 | 2010 |
| DISTINGUISHED SCHOLAR AWARD Selection Committee | 2009 – 2012 |
| SENATE FISCAL COMMITTEE<br>Represent Health Science Deans<br>Central Services Subcommittee | 2006 – 2008 |
| RESEARCH & GRADUATE COUNCIL<br>Elected by College of Veterinary Medicine Faculty | 2002-2004 |

| | |
|---|---|
| UNIVERSITY SENATE<br>   Elected by College of Veterinary Medicine Faculty<br>   Post was relinquished due to administrative position in Office of Research (July 2002<br>   promoted to Senior Associate Vice President of Research for OSU) | 2002 |
| ACADEMIC ENRICHMENT FUNDING OF NEW INITIATIVES, Ohio State<br>   University, appointed by Provost | 2000 |
| BOARD OF TRUSTEES MONTHY BREAKFAST MEETING WITH FIVE<br>   SELECTED FACULTY, invitation by Provost | 2000 |
| ACADEMIC ENRICHMENT FUNDING OF NEW INITIATIVES, Ohio State<br>   University, appointed by Provost | 1999 |
| PRINCIPAL INVESTIGATORS ADVISORY COMMITTEE, Ohio State University<br>   Research Foundation | 1995-96 |
| JUDGE, Graduate Research Forum Abstracts, Council of Graduate Students,<br>Area of Professional Sciences | 1988-1994 |

## College of Veterinary Medicine Service

| | |
|---|---|
| FACULTY ADVISOR for first-year veterinary students | 1989-2002 |
| PROMOTION & TENURE COMMITTEE | 2001-present |
| POSTER JUDGE, CVM Research Day | 2014 |

## Committees: College of Veterinary Medicine

| | |
|---|---|
| COUNCIL FOR RESEARCH<br>   • Vice Chairperson (elected), 2010 | 2010-2013 |
| HONORS AND AWARDS COMMITTEE | 2009-2013 |
| RESEARCH SPACE OVERSIGHT COMMITTEE<br>   • Chairperson | 2001-2002 |
| SELECTIVE INVESTMENT 2000<br>   • Preparation of successful college proposal for the Comparative Cancer Program<br>     that resulted in a new faculty position | 2000 |
| RESEARCH DAY COMMITTEE<br>   • Poster Judge | 1999,2000 |
| ACADEMY OF TEACHING EXCELLENCE<br>   • Appointed by Dean | 1998-present |
| CURRICULUM COMMITTEE | 1998-present |
| SISSON HALL RESEARCH/SUPPORT SUBCOMMITTEE for the Sisson Hall<br>Replacement Project | 1997 |
| SEARCH COMMITTEE FOR THE ASSOCIATE DEAN of Research | 1996 |
| COMMITTEE ON LABORATORY ANIMALS for the Council of Research | 1996 |
| PROFESSIONAL CURRICULUM ELECTIVES COMMITTEE | 1995-98 |
| COLLEGE COMPUTER COMMITTEE | 1993-94 |
| NEUROLOGY TEACHING TEAM PLANNING COMMITTEE | 1992-93 |
| COUNCIL FOR RESEARCH<br>   • Vice Chairperson (elected), 1990<br>   • Chairperson (elected), 1992-94 | 1990-94 |
| STRATEGIC PLANNING COMMITTEE | 1989 |
| LABORATORY ANIMAL USE AND CARE COMMITTEE | 1987-90 |

| Committees: Department of Veterinary Biosciences | |
|---|---|
| Faculty Search Committees | |
|     Experimental Pathologist | 2009 |
|       Chair | |
|     Transgenic Animal Pathologist | 2002 |
|       Chair | |
|     Comparative Molecular Geneticist | 1999 |
|       Affirmative Action Designee | |
| Research Strategic Planning Committee | 1998 |
| Advisory Committee: Departmental Web Site | 1997 |
| Reading Committee for Departmental Patterns of Administration | 1996 |
| Strategic Planning Committee on Research | 1995 |
| Toxicology Pathology Focus Group | 1994 |
| Molecular Pathogenesis of Breast Cancer Focus Group | 1994 |
| Departmental Computer Committee | 1991-92 |
| Departmental Electives Committee | 1992 |
| Review of Didactic Coursework in Veterinary Pathobiology | 1991 |
| Improvement of Diagnostic Service and Training in Veterinary Pathology Chairperson | 1991 |
| Faculty Recruitment Committee | 1990 |
| Discretionary Fund Committee | 1990 |
| Histopathology Laboratory Committee | 1990 |
| Strategic Planning Committee: Applied Pathology | 1988 |
| Strategic Planning Committee: Metabolic Biology | 1988 |

## Community Service

JUDGE – Regional middle school and high school science fair;                            2001
          Columbus State Community College

## Teaching (1986 – present)

**Applied Pathology** (Veterinary College 700.14) Animal Necropsy Training, professional students)
   12 professional students, 1 month per year (1986-2002)
**Advanced Gross Pathology** (Veterinary Pathology 794.09) (graduate professional training)
   4 postgraduate veterinarians, 1 month per year (1986-2002)
**Veterinary Surgical Pathology** (Veterinary Pathology 815) (graduate professional training)
   4-6 veterinary pathology residents, 2 months per year (1986-2002)
**Seminar in Veterinary Pathobiology** (Veterinary Pathology 850) Experimental Pathobiology research reports
and Histopathology graduate professional training: 80 seminars per year (1986-present)
**Mechanisms of Disease** (Veterinary Pathology 640)
   Lectures on Pathobiology of Growth Factors (course ended in 1987)
**Comparative Oncology** (Veterinary Pathology 720) (now part of Vet. Path 8810 & 8811)
   Lectures on Neoplasms of the Reproductive System, Neoplasms of the Mammary Glands, Neoplasms of the
   Cardiovascular System (alternate years)
**Current Topics in Oral Biology** (Dentistry 884) (1985-1989)
   Organization of Bone Cells and Tissues, Hormonal and Paracrine Control of Bone Cells
**Individual Studies** (Veterinary Pathobiology 693) (1986-present)
**Research in Veterinary Biosciences** (Veterinary Biosciences 999) (1986-present)
**Research in Animal Science** (Animal Science 999)
**Cardiovascular System (Veterinary College 600)** (1986-2002)
   Professional students: Pathology of the Heart and Blood Vessels

**Veterinary Ethics** (Veterinary Medicine 560.01)
   Ethical issues in biomedical research (2005-2008)
**Reproductive System** (Veterinary College 6605) (1986-2013)
   Professional students: Pathology of the Female and Male Reproductive Tracts
   **Team leader** 1993-2002
**Endocrine System** (Veterinary College 6604) (2009-present)
   Professional students: Pathology of the Pituitary, Thyroid, and Adrenal Glands, Pancreatic Islets, and Calcium-Regulating Hormones
**Musculoskeletal System** (Veterinary College 6607) (2016-present)
   Professional students: Pathology of Bone, Joints and Skeletal Muscle
**Advanced Systemic Pathology** (Veterinary Biosciences 8810, 8811, 8812)
   Lectures on Pathology of the Cardiovascular System (1986-2002)
   Lectures on Male and Female Reproductive Systems (1986-present)
   Lectures on Endocrine System (2009-present)
   Lectures on Bone and Skeletal Muscle Systems (2015-present)
**Fundamentals of Oncology** (Veterinary Biosciences 6640) (2008-present)
   Lecture on Hormones and Cancer (2 hours)
**Commericalization for Researchers** (VBS 8855) (2014-present) Leader; 2 hour course
   Multidisciplinary graduate course open to entire university
   Principles of commercialization and university entrepreneurship, inventing, IP protection, and startup companies
**Cancer Biology & Therapeutics** (BSBP 8800.04) (2016-present)
   Merging academe and industry to expedite development of cancer therapeutics (1hour)

| *Continuing Education & Professional Development* | | |
|---|---|---|
| MBA for Working Professionals | Fisher College of Business, Ohio State University | 2015-2017 |
| Authentic Leadership in Action Summer Intensive Training in Columbus, Ohio | ALIA Institute | 24-29 June 2011 |
| Stereology Course Theory and Practice | Microscopy Imaging Center University of Vermont | 21-23 July 2010 |
| Researcher Commercialization (11 webinars on *intellectual property, licensing, agreements, and creating and funding companies*) | National Council of Entrepreneurial Tech Transfer | 2009 |
| Senn Delaney Leadership Program and Retreat | The Ohio State University Office of Research | 2008/2009 |
| Food System Leadership Institute (FSLI) Cohort Four (22 members) Leadership Training and Development; Personal Evaluation; Institutional Leadership Project; Personal Goals; Mentorship | University of North Carolina The Ohio State University University of Vermont | 2008 – 2010 |
| Art of Hosting Conversations that Matter training | Portsmouth, Ohio | 26-29 Apr 2007 |
| Comprehensive Medical Imaging Workshop | Columbus, Ohio | 16 Feb. 2005 |
| Annual Meeting of the American Association for the Advancement of Science | Washington, DC | 18-21 Feb. 2005 |
| State Science & Technology Institute (SSTI) Meeting on Economic Development for Tech-Based Economies & Visit to University City Science Center | Philadelphia, PA | 13-15 Sept 2004 |

| Continuing Education & Professional Development | | |
|---|---|---|
| Association of University Technology Managers (AUTM): Business Incubators and University Start-Up Companies | Chicago, Illinois | 01 August 2004 |
| Influence of Emerging Technology on Mouse Model Research | Ohio Supercomputer Center, Columbus, Ohio | 28 May 2004 |
| Workshop on Development & Fundraising | Ohio State University Academic Leadership Program | 18 May 2004 |
| Outreach Conference at Ohio State Univ. *Ohio State – The 21st Century Model for Outreach and Engagement* | The Ohio State University Office of University Outreach | 30 April 2004 |
| Management Certificate: A Survey of MBA Topics *Introduction to Strategy* *Using the MBTI to gain Self Knowledge and Enhance Effective Teamwork* *Quality Management* *International Business* *Information Technology* *Employment Law Issues* *Negotiation; Accounting* *Marketing: Principles of Branding* *Financial Analysis I and II* *Workplace Diversity* *Communication Competencies* *Creating Transformational Leader* | The Ohio State University College of Business | Fall 2002 |
| FASEB Conference on Messenger I Stability | Tucson, AZ | July 6-12, 2002 |
| Pathology of Mutant Animal Models | Baylor College of Medicine Houston, Tx | February 14-17, 2001 |
| 41st Annual Short Course in Medical and Experimental Mammalian Genetics | The Jackson Laboratory Bar Harbor, Maine | July 16-28, 2000 |
| Symposium on Pathology of Genetically-Engineered Mice | NIH Natcher Conference Center, Bethesda, MD | February 24-25, 1999 |
| Workshop on Increasing Enthusiasm for Teaching | Ohio State University Faculty Club | December 18, 1997 |
| Workshop on Stereology by Hans J.G. Gundersen (Stereology Research Lab., University of Arhus, Denmark). | 48th Annual Meeting of the American College of Veterinary Pathologists, Albuquerque | November 20, 1997 |
| Gordon Research Conference on Mammary Gland Biology | Colbey-Sawyer College, NH | 18-23 June 1995 |
| FASEB Conference on Molecular Genetic Basis of Cell and Tissue Structure and Function | Copper Mountain, Colorado | 14-19 August 1994 |
| Research training in *in situ* hybridization | Genentech, San Francisco, Lab. Of Dr. Nancy Gillette | 10-17 June 1992 |
| Principles of Toxicology; (Pharmacy 740, audit) | Ohio State University | Autumn, 1991 |
| Toxicologic Pathology Cooperative Research | US Army Medical Research Inst. Of Infectious Diseases, Fort Detrick, MD | July 28-Aug 4, 1991 |
| International conference on Biological Mechanisms of Tooth Movement and Craniofacial Adaption | Great Southern Hotel, Columbus, Ohio | 8-11 May 1991 |
| OSU Molecular Biology Workshop, Molecular Biology Techniques 850 (lecture and laboratory) | Ohio Ag. Research and Development Ctr., Wooster, I | June, 1989 |

| *Continuing Education & Professional Development* | | |
|---|---|---|
| Biologic Research School, High Performance Liquid Chromatography | Waters Corporation, Milford, MA | 18-20 April 1988 |
| Molecular Genetics: 1 Transactions (Molecular Genetics 701, audit) | Ohio State University | Autumn, 1988 |

| *Graduate Student and Post-Doctoral Primary Mentorship* | | | |
|---|---|---|---|
| **Trainee** **Dates of Training** **(Funding Source)** | **Degree** | **Research Project** | **Current Position** |
| 1. Laurie K. McCauley, DDS 1988-91 (NIH: National Research Service Award) | Ph.D. | Mechanisms of Lymphocyte-Mediated Bone Resorption | Dean & Endowed Professor Dept. of Periodontology, Prevention, & Geriatrics, School of Dentistry Univ. of Michigan |
| 2. Shigeru Saito, DDS 1988-89 | Postdoc | Bone Resorbing Factors in Periodontal Ligament Cells | Associate Professor Dept. of Orthodontics, Showa University, Japan |
| 3. Rahime M. Nohutcu, DDS 1990-91 | Postdoc | Intracellular Messengers in Periodontal Ligament Cells | Professor Dept. of Periodontics, Hacettepe Univ., Turkey |
| 4. Hiroyuki Okada, DVM 1992-93 | Postdoc | Secretion of Parathyroid Hormone-Related Protein from Mammary Cells | Veterinary Pathologist National Inst. Of Animal Health Tsukuba, Japan |
| 5. Joyce I. Merryman, DVM 1987-93 (NIH: National Research Service Award) | Ph.D. | Transforming Growth Factors in Pathogenesis of Humoral Hypercalcemia of Malignancy | Veterinarian Knoxville, Tennessee |
| 6. Andrea Gröne 1990-92 (German Government Fellowship) | Dr.Vet. Med. | Morphology of Parathyroid Glands in Mice with Humoral Hypercalcemia of Malignancy | Professor Veterinary Pathology University of Utrecht |
| 7. James R. Werkmeister, DDS 1992-1995 (NIH: Physician Scientist Award) | M.S. | Regulation of Parathyroid Hormone-Related Protein in Keratinocytes | Clinical Periodontist, Pittsburgh, PA |
| 8. Andrea Gröne, Dr.Vet. Med. 1992-96 (College of Veterinary Medicine Fellowship) | Ph.D. | Regulation of Parathyroid Hormone-Related Protein in Squamous Cell Carcinoma | Professor Veterinary Pathology University of Utrecht |
| 9. Michelle T. Weckmann, BS 1993-1995 | M.S. | Secretion of Parathyroid Hormone-Related Protein by Keratinocytes | Assistant Professor of Psychiatry University of Iowa |
| 10. Eric Blomme, DVM 1995-1998 (Fellowship from Rhône-Poulenc-Rorer, Inc.) | Ph.D. | Regulation of Parathyroid Hormone-Related Protein in the Skin and Prostate Gland | Project Leader: Cellular & Molecular Toxicology Abbott Labs, Chicago |
| 11. Susan F. Wojcik, DVM 1994-1999 (NIH: National Research Service Award) | Ph.D. | Regulation of Parathyroid Hormone-Related Protein in the Mammary Gland | Veterinary Pathologist, Covance, Glenview, IL |
| 12. Shelley J. Kendrick, Ph.D. 1998 | Postdoc | Regulation of PTHrP gene transcription and mRNA stability by TGFß | Unknown |

21

| Graduate Student and Post-Doctoral Primary Mentorship | | | |
|---|---|---|---|
| 13. Krista Keller, BS 1999-2000 | Pre-DVM | Effects of TGFß on I expression in human head and neck cancer | Unknown |
| 14. Rani S. Sellers, DVM 1997-2001 (NIH: National Research Service Award) | Ph.D. | Regulation of Parathyroid Hormone-related Protein in Head and Neck Squamous Cell Carcinoma | Associate Professor Albert Einstein College of Medicine & Montefiore Medical Center Bronx, New York |
| 15. Ramiro Toribio, DVM 1998-2001 (Competitive College Glenn Barber Fellowship) | Ph.D. | Regulation of PTHrP and pathogenesis of hypocalcemia during endotoxemia | Associate Professor Dept. of Veterinary Clinical Sciences Ohio State University |
| 16. Bruce E. LeRoy, DVM 1999-2002 (NIH: Institutional National Research Service Award) | Ph.D. | Pathogenesis of osteoblastic metastases of human prostate cancer | Research Pathologist Abbott Laboratories Chicago |
| 17. Deborah Groppe, DVM 2001-2002 (T32 NIH Institutional Fellowship) | Postdoc | Pathogenesis of Bone Metastasis in Mammary Cancer  In Vivo | Clinical Pathologist IDEXX Laboratories |
| 18. Virgile Richard, DVM 1998-2003 (Competitive College Glenn Barber Fellowship) | Ph.D. | Pathogenesis of humoral hypercalcemia of malignancy in lymphoma associated with HTLV-1 infection | Associate Director, Molecular Pathology UCB Pharma S.A. Belgium |
| 19. Stephanie Corn, DVM 2002-2004 (NIH Institutional NRSA) | Postdoc | Pathogenesis of Prostate Cancer Osteoblastic Metastases | Clinical Pathologist IDEXX Laboratories Columbus, Ohio |
| 20. Sarah Tannehill-Gregg, DVM 1998-2005 (NIH: K08 Mentored Clinical Scientist Develop. Award) | Ph.D. | Regulation of Parathyroid Hormone-related Protein in Lung Cancer by TGFß | Toxicologic Pathologist Amgen South San Francisco, CA |
| 21. Alex Luchin, PhD (2001- 2005) | Postdoc | Regulation of PTHrP mRNA Stability by TGFß | Postdoctoral Researcher University of Vancouver |
| 22. Jun Liu, PhD 2003 – 2005 | Research Scientist | Nanoparticle-enhanced imaging of cancer in vivo | Associate Professor Biomedical Engineering Ohio State University |
| 23. Xiyun Deng, PhD 2003 – 2005 | Postdoc | Role of PTHrP in Bone Metastasis | Faculty of Basic Medical Sciences, Hunan Normal University, Hunan, PRC |
| 24. Ramiro Toribio, DVM, PhD 2002 – 2007 (NIH: K01 Mentored Clinical Scientist Develop. Award) | Research Scientist | Role of PTHrP in Osteoblast Differentiation & Function | Associate Professor Dept. of Veterinary Clinical Sciences Ohio State University |
| 25. Prasad Nadella, BVSc 2002 – 2007 (OSU Barber Fellowship) | Ph.D. | Regulation and Role of PTHrP in Lymphoma in vivo & in vitro | Veterinary Pathologist AstraZeneca, Boston, MA |
| 26. Gwendolen Lorch, DVM, ACVIM (Dermatology) 2003 – 2009 (K01 SERCA from NCRR) | Ph.D. | Role of EGF Receptors & Calcium-Sensing Membrane Receptor and Signaling on PTHrP & Lung Cancer | Assistant Professor Dept. of Veterinary Clinical Sciences Ohio State University |
| 27. Nanda Thudi, BVSc 2004 – 2009 | Ph.D. | Pathogenesis of Prostate Cancer Osteoblastic Metastasis | Postdoctoral Fellow University of Alabama, Birmingham |
| 28. Sherry Shu, BVM 2006 – 2009 (NIH: T32 RR07073) | Ph.D. | Pathogenesis of Hypercalcemia in Adult T-Cell Lymphoma | Postdoctoral Fellow University of Pittsburgh Medical School |

| Graduate Student and Post-Doctoral Primary Mentorship | | | |
|---|---|---|---|
| 29. John Foley, PhD, Associate Professor Jan – Apr, 2010 | Sabbatic | Role of PTHrP in lung cancer metastasis and intravasation | Associate Professor Dept. of Medical Sciences Indiana University |
| 30. Alicia Bertone, DVM, PhD 2003 – 2010 (NIH: K08 AR049201) | Professor | Gene Therapy for Cartilage Injury Co-Mentor with Dr. Jeffrey Bartlett | Professor Dept. of Vet. Clinical Sciences Ohio State University |
| 31. Shan Krishnan Naidu, BVSc, MS 2006 – 2010 | M.S. | Stromal-epithelial interactions in the genetic pathogenesis of breast cancer | Research Fellow Ohio State University |
| 32. Tobie Wolfe, BS 2007-2010 | DVM | Effect of zoledronic acid on a mouse model of canine osteosarcoma with lung metastases | Private Veterinary Practice |
| 33. John Leong, PhD 2007 – 2010 | Research Scientist | Intravasation genes in breast cancer metastasis | Retired Scientist |
| 34. Chelsea Martin, DVM 2005-2010 (NIH: F32 NRSA 130458) | Ph.D. | Mechanisms of bone invasion and tumor growth in models of head and neck cancer | Assistant Professor Atlantic Veterinary College Univ. of Prince Edward Island |
| 35. Stephanie Flansburg-Cruz, BS 2010 – 2011 OSU Grd Sch Fellowship | Pre-DVM | Pathogenesis of bone metastasis in prostate cancer | Veterinary Student Mexico |
| 36. Jillian Werbeck, BS 2005 – 2011 (DOD Fellowship) | Ph.D. | Pathogenesis of Breast Cancer Bone Metastases | Scientist II, Oncology Translation Science, Medimmune |
| 37. Smitha Pillai, BVSc, PhD 2009 – 2011 (Morris Animal Fdn fellowship) | Postdoc | Treatment and Pathogenesis of Oral Cancer in Cats | Pathology Resident Cornell University College of Veterinary Medicine |
| 38. Saran Huja, DDS, PhD 2008 – 2011 | Professor | Role of nuclear PTHrP in bone formation and resorption | Professor and Head Division of Orthodontics University of Kentucky |
| 39. Gwendolen Lorch, DVM, ACVIM (Dermatology) 2009 – 2011 | Postdoc | Role of Calcium-Sensing Membrane Receptor and Signaling on PTHrP & Lung Cancer | Assistant Professor Dept. of Veterinary Clinical Sciences Ohio State University |
| 40. Lisa Gooding, DVM 2007 – 2012 (NIH: T32 RR07073) | PhD | Bone-invasive malignancies associated with PTHrP and HTLV-1 | Pathologist Wil Laboratories Ashland, Ohio |
| 41. Brooke K.T. McMichael, PhD 2011 – 2014 | Postdoc | LPA inhibits bisphosphonate action in bone metastasis (Co-Mentor with Dr. Beth Lee) | Postdoctoral Fellow College of Medicine Ohio State University |
| 42. Jessica Simmons, DVM 2010 – 2014 (NIH: F32 NRSA) | PhD | Pathogenesis of bone metastasis in prostate cancer | Investigative Pathologist Seattle Genetics |
| 43. Blake Eason Hildreth III, DVM, MS 2008 – 2014 (NIH F32 Award) | PhD | Role of PTHrP in bone formation and osteoblast function | Instructor and PostDoc Ohio State University |
| 44. Bardes Bahaa Abdelhakim Hassan, BSc, MSc (Egypt Fellowship) 2014 – 2016 | PhD | Metastasis genes in feline mammary cancer | Faculty of Veterinary Medicine Cairo University |

23

| Graduate Student and Post-Doctoral Primary Mentorship | | | |
|---|---|---|---|
| 45. Wachiraphan Supsavhad, DVM (Thai Govt. Fellowship) (DOD Fellowship) 2011 – 2016 | MS, PhD | Role of p16, osteoprotegern and telomerase in feline head and neck cancer | Faculty of Veterinary Medicine Kasetsart University, Bangkok |
| **-- ACTIVE TRAINEES --** | | | |
| 46. Said Mohammed Abbas Elshafae, BVSc, MVSc (Egypt Fellowship) 2012 – present | PhD | Pathogenesis of Cancer Metastasis | Graduate Student Dept. of Veterinary Biosciences Ohio State University |
| 47. Nicole Kohart, DVM NIH T32 Fellowship 2015 – present | PhD | Adult T-cell Lymphoma and Bone Metastasis | Graduate Student Dept. of Veterinary Biosciences Ohio State University |
| 48. Aylin Alasonyalilar-Demirer, DVM, PhD 2015-2017 | Postdoc | Pathogenesis of Feline Mammary Cancer and Metastases | Visiting Pathologist from Uludag Univ., Turkey Dept. of Veterinary Biosciences Ohio State University |
| 49. Justin Breitbach, DVM NIH T32 Fellowship 2016 – present | PhD | GRPR theranostic for early stage prostate cancer: Dog model | Graduate Student Dept. of Veterinary Biosciences Ohio State University |
| 50. Salha Sassi, MBBS, MSc Libya Government Fellowship 2016 – present | PhD | Role of EGFR and lymphatic endothelial cells in feline mammary cancer metastasis | Graduate Student Dept. of Veterinary Biosciences Ohio State University |

## *Summary Statistics for Primary Mentorship:*

| | |
|---|---|
| PhD: | 25 |
| MS: | 5 |
| Postdocs: | 12 |
| Scientists: | 8 |
| **Total:** | **50** |

### *PhD Graduate Student Accomplishments*

1. Laurie K. McCauley, DDS, PhD (1991)
   - **Dean, Professor,** University of Michigan, College of Dentistry
   - Publications (4)
     o McCauley LK, **Rosol TJ**, Merryman JI, Capen CC. Parathyroid hormone-related protein binding to human T cell lymphotropic virus type 1-infected lymphocytes. Endocrinology, 130:300-306, 1992.
     o McCauley LK, **Rosol TJ**, Stromberg PS, Capen CC. *In vivo* and *in vitro* effects of interleukin-1α and cyclosporine A in mice. Toxicologic Pathology, 19:1-10, 1991.
     o McCauley LK, **Rosol TJ**, Capen CC, Horton JE. A comparison of bone turnover in athymic (nude) and euthymic mice. Biochemical, histomorphometric, bone ash, and in vitro studies. Bone, 10:29-34, 1989.
     o McCauley LK, **Rosol TJ**, Capen CC, Shanfeld JL, Horton, JE. Investigations on in vitro bone resorbing activity from athymic (nude) and euthymic mouse splenic lymphocytes. Bone, 10:389-394, 1989.
   - Funding
     o NIH: National Research Service Award (F32)
   - Awards (3)

24

- o **Hatton Young Investigator Award,** American Association of Dental Research E. H.
- o **Hatton Young Investigator Award,** International Association of Dental Research E. H.
- o **Stowell-Orbison Young Investigator Award**, U.S. and Canadian Academy of Pathology

## 2. Joyce I. Merryman, DVM, PhD (1993)

- Private Practitioner
- Publications (4)
  - o Merryman JI, DeWille J, Werkmeister JR, Capen CC, **Rosol TJ**. Effects of transforming growth factor-β on parathyroid hormone-related protein production and mRNA expression by a squamous cell carcinoma cell line *in vitro*. Endocrinology, 134:2424-2430, 1994.
  - o Merryman JI, Capen CC, **Rosol TJ**. Effects of gallium nitrate in nude mice bearing a canine adenocarcinoma (CAC-8) model of humoral hypercalcemia of malignancy. Journal of Bone and Mineral Research, 9:725-732, 1994.
  - o Merryman JI, McCauley LK, Werkmeister JR, Suter M, Capen CC, **Rosol TJ**. Regulation of parathyroid hormone-related protein production by a squamous cell carcinoma cell line *in vitro*. Laboratory Investigation, 69:347-354, 1993.
  - o Merryman JI, **Rosol TJ**, Capen CC, Brooks CL.  Separation of parathyroid hormone-like activity from transforming growth factor α and ß in the canine adenocarcinoma (CAC-8) model of humoral hypercalcemia of malignancy. Endocrinology, 124:2456-2463, 1989.
- Funding
  - o NIH: National Research Service Award (F32)
- Awards (1)
  - o **Young Investigator Award,** American College of Veterinary Pathologists

## 3. Andrea Grone, Dr. Vet. Med., PhD (1996)

- **Professor and Head of Anatomic Pathology**, University of Utrecht
- Publications (6)
  - o Gröne A, Weckmann MT, Capen CC, and **Rosol TJ**. Regulation of Parathyroid Hormone-Related Protein Expression in a Canine Squamous Carcinoma Cell Line by Colchicine. Toxicologic and Experimental Pathology, 50:365-370, 1998.
  - o Gröne A, Weckmann MT, Blomme EAG, Wojcik SF, Capen CC, and **Rosol TJ**. Dependence of Humoral Hypercalcemia of Malignancy on Parathyroid Hormone-related Protein Expression in the Canine Anal Sac Apocrine Gland Adenocarcinoma (CAC-8) Nude Mouse Model. Veterinary Pathology, 344-351, 1998.
  - o Gröne A, McCauley LK, Capen CC, **Rosol TJ**. Parathyroid hormone/parathyroid hormone-related protein receptor expression in nude mice with a transplantable canine apocrine adenocarcinoma (CAC-8) and humoral hypercalcemia of malignancy. Journal of Endocrinology, 153:123-129, 1997.
  - o Gröne A, Weckmann MT,  Steinmeyer CL, Capen CC, **Rosol TJ**. Altered parathyroid hormone-related protein expression in squamous carcinoma cells in monolayer and 3-dimensional cultures. European Journal of Endocrinology, 135:498-505, 1996.
  - o Gröne A, Weckmann MT, Capen CC, **Rosol TJ**. Canine glyceraldehydes-3-phosphate dehydrogenase (GAPDH) complementary DNA: Polymerase chain reaction amplification, cloning, partial sequence analysis and use as a loading control in Rnase protection assays. American Journal of Veterinary Research, 57:254-257, 1996.

- o   Gröne A, Werkmeister JR, Steinmeyer CL, Capen CC, **Rosol TJ**. Parathyroid hormone-related protein in normal and neoplastic canine tissues: Immunohistochemical and biochemical extraction. Veterinary Pathology, 31(3):308-315, 1994.
- Funding
  - o   German Government Fellowship
  - o   OSU College of Veterinary Medicine Fellowship
- Awards (2)
  - o   **H.W. Casey Scholarship Award**, American College of Veterinary Pathologists
  - o   **Research Award**, Veterinary Cancer Society

## 4. Eric Blomme, DVM, PhD (1998)

- **Toxicologic Pathologist, Head of Investigative Pathology,** Abbott Labs, Chicago
- Publications (6)
  - o   Blomme, EAG, Dougherty KM, Pienta KJ, Capen CC, **Rosol TJ**, McCauley LK. Skeletal metastasis of prostate adenocarcinoma in rats: Morphometric analysis and role of parathyroid hormone-related protein. The Prostate, 39:187-197, 1999.

  - o   Blomme EAG, Capen CC, **Rosol TJ**. Spatial and temporal expression of parathyroid hormone-related protein during wound healing. Journal of Investigative Dermatology, 112:101-108, 1999.

  - o   Blomme EAG, Sugimoto Y, Lin YC, Capen CC, **Rosol TJ**. Parathyroid hormone-related protein is a positive regulator of keratinocyte growth factor expression by normal dermal fibroblasts. Molecular and Cellular Endocrinology, 152:189-197, 1999.

  - o   Blomme EAG, Sugimoto Y, McCauley LK, Lin YC, Capen CC, **Rosol TJ**. Stromal and epithelial cells of the canine prostate express parathyroid hormone-related protein, but not the PTH/PTHrP receptor. The Prostate, 36:110-120, 1998.

  - o   Blomme EAG, Werkmeister JR, Zhou H, Kartsogiannis V, Capen CC, **Rosol TJ**. Parathyroid hormone-related protein expression and secretion in a skin organotypic culture system. Endocrine, 8:143-151, 1998.

  - o   Blomme EAG, Weckmann MT, Capen CC, **Rosol TJ**. Influence of extracellular matrix macromolecules on normal human keratinocyte phenotype and parathyroid hormone-related protein secretion and expression *in vitro*. Experimental Cell Research, 238:204-215,1998.

- Funding
  - o   Fellowship from Rhône-Poulenc-Rorer, Inc.

## 5. Susan F. Wojcik, DVM, PhD (1999)

- **Toxicologic Pathologist**, Covance
- Publications (2)
  - o   Wojcik SF, Capen CC, **Rosol TJ**. Expression of PTHrP and the PTH/PTHrP receptor in purified alveolar epithelial cells, myoepithelial cells, and stromal fibroblasts derived from the lactating rat mammary gland. Experimental Cell Research, 249:415-422, 1999.

  - o   Wojcik SF, Schanbacher FL, McCauley LK, Zhou H, Kartsogiannis V, Capen CC, **Rosol TJ**. Cloning of bovine parathyroid hormone-related protein (PTHrP) cDNA and expression of PTHrP mRNA in the bovine mammary gland. Journal of Molecular Endocrinology, 20: 271-280, 1998.

- Funding
  - o   NIH: National Research Service Award (F32)

6. Rani S. Sellers, DVM, PhD (2001)
- **Associate Professor**, Albert Einstein University, NY
- Publications (4)
  - o Sellers RS, Luchin AI, Richard V, Brena RM, **Rosol TJ**. Alternative splicing of the parathyroid hormone-related protein mRNA: expression and stability. Journal of Molecular Endocrinology, 33: 227-241, 2004.

  - o Sellers RS, LeRoy BE, Blomme EAG, Corn S, **Rosol TJ.** Effects of transforming growth factor-beta1 on parathyroid hormone-related protein mRNA expression and protein secretion in canine prostate epithelial, stromal, and carcinoma cells. The Prostate, 58: 366-373, 2004.

  - o Sellers RS, Capen CC, **Rosol TJ**. Messenger RNA stability of parathyroid hormone-related protein regulated by transforming growth factor-$\beta$1. Molecular & Cellular Endocrinology, 188:37-46, 2002.

  - o Sellers RS, Schuller DE, Sharma PK, Tannehill-Gregg SH, Capen CC, **Rosol TJ**. Head and neck squamous cell carcinoma: Measurement of plasma parathyroid hormone-related protein and serum and urine calcium concentrations. Otolaryngology – Head & Neck Surgery, 123:558-562, 2000.

- Funding
  - o NIH: National Research Service Award (F32)
- Awards (2)
  - o **H.W. Casey Scholarship Award**, American College of Veterinary Pathologists
  - o **Poster Competition,** Annual Meeting of the American College of Veterinary Pathologists

7. Ramiro E. Toribio, DVM, PhD (2001)
- **Professor**, Ohio State University
- Publications (5)
  - o Toribio RE, Kohn CW, Capen CC, **Rosol TJ**. Parathyroid hormone (PTH) secretion, PTHrP mRNA and calcium-sensing receptor mRNA expression in equine parathyroid cells, and effects of interleukin (IL)-1, IL-6, and tumor necrosis factor-alpha on equine parathyroid cell function, Journal of Molecular Endocrinology, 31(3): 609-20, 2003.

  - o Toribio RE, Kohn CW, Sams RA, Capen CC, **Rosol TJ**. Hysteresis and calcium set-point for the calcium parathyroid hormone relationship in healthy horses. General & Comparative Endocrinology, 130:279-288, 2003.

  - o Toribio RE, Kohn CW, Leone GW, Capen CC, **Rosol TJ**. Molecular cloning and expression of equine calcitonin, calcitonin gene-related peptide-I, and calcitonin gene-related peptide-II. Molecular & Cellular Endocrinology, 199:119-128, 2003.

  - o Toribio RE, Kohn CW, Chew DJ, Capen CC, **Rosol TJ**. Cloning and sequence analysis of the complementary DNA for feline preproparathyroid hormone. American Journal of Veterinary Research, 63(2):194-197, 2002.

  - o Toribio RE, Kohn CW, Chew DJ, Sams RA, **Rosol TJ**. Comparison of serum parathyroid hormone and ionized calcium and magnesium concentrations and fractional urinary clearance of calcium and phosphorus in healthy horses and horses with enterocolitis. American Journal of Veterinary Research, 62(6):938-47, 2001.

- Funding
  - o OSU College of Veterinary Medicine Fellowship
  - o NIH: K01 Research Career Development Award

- Awards (3)
  - o **Poster Competition,** Research Day, OSU College of Veterinary Medicine
  - o **Research Excellence Award**, OSU Department of Veterinary Clinical Sciences
  - o **Poster Competition,** Research Day, OSU College of Veterinary Medicine

## 8. Bruce E. LeRoy, DVM, PhD (2002)

- Toxicologic Pathologist; Abbott; Associate Professor, University of Georgia (former)
- Publications (5)
  - o LeRoy BE, Nadella MVP, Thudi NK, Toribio RE, Tannehill-Gregg SH, Davis D, Corn S, **Rosol TJ**. New bone formation and osteolysis by a metastatic, highly invasive canine prostate carcinoma xenograft. The Prostate, 66:1213-1222, 2006.
  - o LeRoy BE, Nadella MV, Toribio RE, Leav I, **Rosol TJ**. Canine prostate carcinomas express markers of urothelial and prostatic differentiation. Veterinary Pathology, 41: 131-140, 2004.
  - o LeRoy BE, Sellers RS, **Rosol TJ**. Canine prostate stimulates osteoblast function using the endothelin receptors. The Prostate, 59: 148-156, 2004.
  - o LeRoy BE, Bahnson RR, **Rosol TJ.** New bone formation in nude mouse calvaria by canine prostate tissue. Molecular & Cellular Endocrinology, 197:257-263, 2002.
  - o LeRoy BE, Bahnson R, **Rosol TJ**. Model of osteoblastic bone metastasis: Bone induction in nude mouse calvaria by canine prostate tissue. The Prostate, 50:104-111, 2002.
- Funding
  - o NIH: National Research Service Award (T32)
- Awards (1)
  - o **Poster Award**, Experimental Disease ACVP 2002 Annual Meeting

## 9. Virgile Richard, DVM, PhD (2003)

- **Toxicologic Pathologist**, Molecular Pathology, UCB Pharma, Belgium
- Publications (4)
  - o Richard V, **Rosol TJ,** Foley J. PTHrP gene expression in cancer: Do all paths lead to Ets? Critical Reviews in Eukaryotic Gene Expression, 15:115-132, 2005. PMCID: PMC2832739
  - o Richard V, Nadella MVP, Luchin AI, Green PL, Lairmore MD, Feuer G, Foley JG, **Rosol TJ**. Transcriptional regulation of parathyroid hormone-related protein promoter P3 by Ets-1 in adult T-cell leukemia/lymphoma. Leukemia, 19: 1175-1183, 2005. PMCID: PMC2661941
  - o Richard V, Luchin A, Brena RM, Plass C, **Rosol TJ**. Quantitative evaluation of alternative promoter usage and 3' splice variants for parathyroid hormone-related protein by real-time reverse transcription-PCR. Clinical Chemistry, 44: 1398-1402, 2003.
  - o Richard V, Lairmore MD, Green PL, Feuer G, Erbe RS, Albrecht B, D'Souza C, Keller ET, **Rosol TJ**. Humoral hypercalcemia of malignancy: SCID/beige mouse model of adult T-cell lymphoma independent of human T-cell lymphotrophic virus type-1 PTHrP expression. American Journal of Pathology, 158:2219-2228, 2001. PMCID: PMC1891995
- Funding
  - o OSU College of Veterinary Medicine Fellowship
- Awards (4)
  - o **Distinguished Graduate Seminar Award**, Department of Veterinary Biosciences
  - o **Young Investigator Award** and travel award to the HTLV-1 Meeting, San Francisco

- o **Young Investigator Award** and travel award to the 10th Int. Conference on Human Retrovirology: HTLV-1 & Related Viruses, Dublin
- o **Poster Competition,** Research Day, OSU College of Veterinary Medicine

## 10. Sarah H. Tannehill-Gregg, DVM, PhD (2005)

- **Toxicologic Pathologist;** Amgen; Bristol Myers Squibb (former)
- Publications (4)
  - o Tannehill-Gregg SH, Levine AL, Nadella MVP, Iguchi H, **Rosol TJ**. The effect of zoledronic acid and osteoprotegerin on growth of human lung cancer in the tibias of nude mice. Clinical and Experimental Metastasis, 23(1):19-31, 2006.
  - o Tannehill-Gregg SH, Levine AL, **Rosol TJ**. Feline head and neck squamous cell carcinoma: A natural model for the human disease and development of a mouse model. Veterinary and Comparative Oncology, 4(2):84-97, 2006.
  - o Tannehill-Gregg SH, Kusewitt D, **Rosol TJ**, Weinstein M. The roles of *Smad2* and *Smad3* in the development of chemically induced skin tumors in mice. Veterinary Pathology, 41(3):278-282, 2004.
  - o Tannehill-Gregg SH, Ahaus E, **Rosol TJ**. Feline head and neck squamous cell carcinoma cell line: Characterization, production of parathyroid hormone-related protein, and regulation by TGFß. *In Vitro* Cellular & Developmental Biology, 37:676-683, 2001.
- Funding
  - o NIH: K08 Mentored Clinical Scientist Development Award
- Awards (1)
  - o **H.W. Casey Scholarship Award**, American College of Veterinary Pathologists

## 11. Prasad Nadella, BVSc, PhD (2007)

- **Toxicologic Pathologist,** AstraZeneca (Boston)
- Publications (3)
  - o Nadella MVP, Shu S, Dirksen WP, Thudi NK, Nadella KS, Fernandez SA, Lairmore MD, Green PL, **Rosol TJ**. Expression of parathyroid hormone-related protein during immortalization of human peripheral blood mononuclear cells by HTLV-1: Implications for transformation. Retrovirology, 5:46 (12 pages), 2008. PMCID: PMC2435116
  - o Nadella MVP, Kisseberth WC, Nadella KS, Thudi NK, Thamm DH, McNeil EA, Yilmaz A, Boris-Lawrie K, **Rosol TJ**, NOD/SCID mouse model of canine T-cell lymphoma with humoral hypercalcemia of malignancy: cytokine gene expression profiling and in vivo bioluminescent imaging. Veterinary and Comparative Oncology 6(1):39-54, 2008. PMCID: PMC2832741
  - o Nadella MVP, Dirksen WP, Nadella KS, Shu S, Morgenstern, Richard V, Fernandez S, Guttridge D, and **Rosol TJ**. Transcriptional regulation of parathyroid hormone-related protein promoter P2 by NFκB in adult T-cell leukemia. Leukemia, 21(8):1752-1762, 2007. PMCID: PMC2676796
- Funding
  - o OSU College of Veterinary Medicine Fellowship
- Awards (5)
  - o **Roche Graduate Student Seminar Award**, Dept. of Veterinary Biosciences
  - o **Christopher T. Starost Memorial Oncology Fellowship Award,** Annual ACVP meeting
  - o **Travel Award,** American College of Veterinary Pathologists
  - o **Merck-Merial National Young Investigator Award**

o **Poster Award,** College of Veterinary Medicine Research Day

## 12. Gwendolyn Lorch, DVM, PhD (2009)

- **Assistant Professor**, Ohio State University
- Publications (2)
  - o Lorch G, Viatchenko-Karpinski S, Ho H-T, Dirksen WP, Toribio RE, Foley J, Gyorke S, **Rosol TJ**. The calcium-sensing receptor is necessary for the rapid development of hypercalcemia in human lung squamous cell carcinoma. Neoplasia, 13(5): 428-438, 2011.
  - o Lorch G, Gilmore JL, Koltz PF, Gonterman RM, Laughner R, Lewis DA, Konger RL, Nadella KS, Toribio RE, **Rosol TJ**, Foley J. Inhibition of epidermal growth factor receptor signaling reduces hypercalcemia induced by human lung squamous-cell carcinoma in athymic mice. British Journal of Cancer, 97(2):183-193, 2007. PMCID: PMC2360295
- Funding
  - o NIH: K01 Mentored Clinical Scientist Development Award
- Awards (5)
  - o **Merck-Merial-NIH National Veterinary Scholars Symposium Young Investigator Award**
  - o **VII International Meeting on Cancer-Induced Bone Disease Travel Award,** Edinburgh
  - o **Aspen Cancer Conference Fellow**
  - o **Roche Graduate Student Seminar** Award, Dept. Of Veterinary Biosciences
  - o **American Society of Bone and Mineral Research Young Investigator Award**: National award, oral presentation, and travel

## 13. Nanda Thudi, BVSc, PhD (2009)

- **Postdoc,** University of Alabama, Birmingham
- Publications (3)
  - o Thudi NK, Shu ST, Martin CK, Lanigan LM, Nadella MVP, Van Bokhoven A, Werbeck JL, Simmons JK, Murahari S, Kisseberth WC, Breen M, Williams C, Chen C-S. McCauley LK, Keller ET, **Rosol TJ**. Development of a Brain Metastatic Canine Prostate Cancer Cell Line. The Prostate, 1251-1263, 2011.
  - o Thudi NK, Martin CK, Murahari S, Shu SS, Lanigan LM, Werbeck JL, Keller ET, McCauley LK, Pinzone JJ, **Rosol TJ**. Dickkopf-1 (DKK-1) stimulated prostate cancer growth and metastasis and inhibited bone formation in osteoblastic bone metastasis. The Prostate, 71:615-625, 2011.
  - o Thudi NK, Martin CK, Nadella MVP, Dirksen WP, Werbeck JL, **Rosol TJ**. Bone Metastasis is Independent of Osteolysis in a Nude Mouse Model of Canine Prostate Cancer with Mixed Bone Metastases, The Prostate, 68:1116-1125, 2008. PMCID: PMC2832740

## 14. Sherry S. Shu, BMV, PhD (2009)

- **Postdoc,** University of Pittsburgh
- Publications (4)
  - o Shu SS, Dirksen WP, Martin CK, Thudi NK, Lanigan LM, Fernandez SA, Werbeck JL, **Rosol TJ**. Effects of parathyroid hormone-related protein and macrophage inflammatory protein-1alpha in Jurkat T-cells on tumor formation in vivo and expression of apoptosis regulatory genes in vitro. Leukemia and Lymphoma, 53: 688-698, 2012.
  - o Shu ST, Dirksen WP, Weilbaecher KN, **Rosol TJ**. Mechanisms of humoral hypercalcemia of malignancy in leukemia/lymphoma, in 'T-Cell Leukemia', Babusikova O, Dovat S, Payne

KJ (eds.), InTech (publisher), pp. 181-206, 2011.

- o Shu ST, Martin CK, Thudi NK, Dirksen WP, **Rosol TJ**. Osteolytic bone resorption in adult T-cell leukemia/lymphoma. Leukemia & Lymphoma, 51 (4): 702-714, 2010. PMID: 20214446

- o Shu S, Nadella MVP, Dirksen WP, Fernandez SA, Thudi NK, Werbeck JL, Lairmore MD, **Rosol TJ**. A Novel Bioluminescent Mouse Model and Effective Therapy for Adult T-Cell Leukemia/Lymphoma. <u>Cancer Research</u>, 67(24):11859-66, 2007. PMCID: PMC2832603

- • Funding
  - o NIH: National Research Service Award (T32)
- • Awards (2)
  - o **Merck-Merial National Young Investigator Award**
  - o **Roche Graduate Student Seminar** Award, Dept. of Veterinary Biosciences

## 15. Chelsea K. Martin, DVM, PhD (2010)

- • **Assistant Professor,** Pathology, Atlantic Veterinary College, Prince Edward Island, Canada
- • Publications (4)
  - o Martin CK, Dirksen WP, Shu ST, Werbeck JL, Thudi NK, Yamaguchi M, Wolfe TD, Heller KN, **Rosol TJ**. Characterization of Bone Resorption in Novel In Vitro and In Vivo Models of Oral Squamous Cell Carcinoma. <u>Oral Oncology</u>, 48(6): 491-499, 2012.

  - o Martin CK, Tannehill-Gregg SH, **Rosol TJ**. Bone-invasive oral squamous cell carcinoma in cats: Pathology and expression of parathyroid hormone-related protein. <u>Veterinary Pathology</u>, 48:302-312, 2011.

  - o Martin CK, Werbeck JL, Thudi NK, Lanigan LM, Wolfe TD, Toribio RE, Rosol TJ. Zoledronic acid reduces bone loss and tumor growth in an orthotopic xenograft model of osteolytic oral squamous cell carcinoma. <u>Cancer Research</u>, 70(21): 8607-8616, 2010. PMID: 20957670 PMC2970642

  - o Martin CK, Werbeck JL, Thudi NK, Lanigan LM, Wolfe TD, **Rosol TJ**. Combined Zoledronic Acid and Meloxicam Reduced Bone Loss and Tumor Growth in an Orthotopic Mouse Model of Bone Invasive Oral Squamous Cell carcinoma. <u>Veterinary and Comparative Oncology</u> 13(3): 203-217, 2015. <u>PMC3751980</u>.

- • Funding
  - o NIH: National Research Service Award (F32)
- • Awards (9)
  - o **1st Place National Phi Zeta Manuscript Competition** (*Cancer Research, 2010*)
  - o **CL Davis Foundation Award in Veterinary Pathology**
  - o **Roche Graduate Student Seminar Award**, Dept. of Veterinary Biosciences
  - o **Travel Award** to attend annual meeting of the Society of Toxicologic Pathologists
  - o **1st Place, Oral & Manuscript Competition** in Hayes Graduate Student Forum, Professional Student Division, OSU
  - o **1st Place, Poster Award Competition** in Molecular Carcinogenesis and Chemoprevention, OSU Comprehensive Cancer Center Annual Meeting
  - o **1st Place, Young Investigator Award in Experimental Disease,** annual meeting of the American College of Veterinary Pathologists
  - o **Travel Award** to attend annual meeting of the American College of Veterinary Pathologists
  - o **Roche Graduate Student Seminar Award**, Dept. of Veterinary Biosciences

16. **Jillian L. Werbeck, BS, PhD (2011)**
- **Scientist II**, Oncology Translation Science, MedImmune, Liverpool, New York
- Publications (4)
  - o Werbeck JL, Thudi NK, Martin CK, Premanadan C, Yu L, Ostrowski MC, **Rosol TJ**. The tumor microenvironment affects morphology and gene expression of metastatic MMTV-PymT cancer cells in vivo. Veterinary Pathology, 51(4):868-881, 2014. (includes podcast interview)
  - o Werbeck JL, Hildreth III BE, Lanigan LM, Sullivan NJ, Axel AE, Flansburg-Cruz S, Toribio RE, Bromberg JF, Hall BM, **Rosol TJ**. MCF-7 breast cancer cells form mixed osteoblastic and osteolytic tumors in the tibia independent of estrogen and IL-6.
  - o Werbeck JL, Hildreth III BE, Ostrowski MC, **Rosol TJ**. Ets2 in lung fibroblasts promotes the growth of metastatic breast cancer cells.
  - o Werbeck JL, Hall BM. Mesenchymal Stem Cells as Fibroblasts in Tumor Stroma. In, Cancer Stem Cell Methods, Humana Press, 2012.
- Funding
  - o DOD Breast Cancer Predoctoral Fellowship
- Awards (4)
  - o **Poster Competition,** OSU Comprehensive Cancer Center, Molecular Carcinogenesis and Chemoprevention section
  - o **Oral & Manuscript Competition,** Hayes Graduate Student Forum, Biological Sciences Division, OSU
  - o **Poster Award,** College of Veterinary Medicine Research Day
  - o **Roche Graduate Student Seminar** Award, Dept. of Veterinary Biosciences

17. **Lisa M. Gooding, DVM, PhD (2012)**
- **Research Pathologist,** WIL Laboratories, Ashland, Ohio
- Publications (3)
  - o Lanigan LM, Dirksen WP, Hildreth III BE, Simmons JK, Boyaka PN, Toribio RE, Weilbaecher KN, **Rosol TJ**. Tumorigenesis in Transgenic Mice Expressing the Human T-lymphotropic Virus-1 Tax Viral Oncogene.
  - o Lanigan LM, Dirksen WP, Simmons JK, Martin CK, Werbeck JL, Thudi NK, Papenfuss TL, Weilbaecher KN, **Rosol TJ**. Osteolytic Sarcomas from Mice Expressing Human T-Lymphotrophic Virus I Tax Viral Oncogene.
  - o Lanigan LM, Ford JL, **Rosol TJ**, Rush LJ. Methylation of the E-Cadherin Tumor Suppressor Gene in Canine Mammary Cancer.
- Funding
  - o NIH: National Research Service Award (T32)

18. **Blake Eason Hildreth III, DVM, PhD (2014)**
- **Postdoctoral Fellow (OSU Medical School); Instructor OSU College of Veterinary Medicine**
- Publications (3)
  - o Hildreth III BE, **Rosol TJ**, Toribio R. PTHrP 1-141 and 1-86 increase in vitro bone formation. Journal of Surgical Research, 162 (2):e9-17, 2010.
  - o Hildreth III BE, **Rosol TJ**, Toribio RE. PTHrP 1-34 enhances engraftment and bone mass in ectopically transplanted vertebrae (vossicle model). Transgenic Research, 24(6): 955-969, DOI 10.1007/s11248-015-9901-9, 2015.
  - o Hildreth III BE, Hernon KM, Dirksen  WP, Leong J, Supsavhad W, Fial MJ, Boyaka PN, **Rosol TJ**, Toribio RE. Deletion of the nuclear localization sequence and C-terminus of PTHrP decreases osteogenesis and chondrogenesis but increases adipogenesis and

32

myogenesis in murine mesenchymal stem cells. Journal of Tissue Engineering, 6:1-17, 2015, 2015.

- Funding
  - o NIH: National Research Service Award (F32)
  - o College of Veterinary Medicine Glenn C. Barber Fellowship
  - o Ohio State University Medical School Pelatonia Postdoctoral Fellowship
- Awards
  - o Selection and travel award to the sixth annual **NIH National Graduate Student Research Conference,** Bethesda, MD
  - o **Poster Competition**, OSU College of Veterinary Medicine Research Day
  - o **Oral & Manuscript Competition** in Hayes Graduate Student Forum, Biological Sciences Division, OSU
  - o **Poster Award Competition,** OSU College of Veterinary Medicine Research Day
  - o **Roche Graduate Student Seminar Award,** Dept. of Veterinary Bioscience

## 19. Jessica Simmons, DVM, PhD (2014)

- **Pathologist; Seattle Genetics, Inc.**
- Publications (3)
  - o Simmons JK, Elshafae SM, Keller ET, McCauley LK, **Rosol TJ**. Review of Animal Models of Prostate Cancer Bone Metastasis. Veterinary Science, 1, 16-39, 2014.
  - o Simmons JK, Dirksen WP, Hildreth III BE, Supsavhad W, Elshafae SM, Toribio RE, **Rosol TJ.** Animal Models of Bone Metastasis. Veterinary Pathology, 52(5):827-841, 2015.
  - o Simmons JK, Dirksen WP, Hildreth III BE, Dorr C, Williams C, Thomas R, Breen M, Toribio RE, **Rosol TJ**. Canine Prostate Cancer Cell Line (Probasco) Produces Osteoblastic Metastases in Vivo. The Prostate, 74(13):1251-1265, 2014.
- Funding
  - o NIH: National Research Service Award (F32)
  - o Department of Defense (DOD): Postdoctoral fellowship
- Awards
  - o **C.L. Davis Student Scholarship Award**, 2014
  - o **H.W. Casey Scholarship Award** (2014), American College of Veterinary Pathologists ($1000 scholarship). National annual award recognizes the most promising trainee in veterinary pathology.
  - o Society of Toxicology Pathologists, **Travel Award**, 2014 (invited oral presentation and $1500)
  - o Selected as a **Fellow** for the 2014 Aspen Cancer Conference, Travel Award and $700, The Gant, Aspen, CO
  - o **1st Place, Young Investigator Award**, Annual meeting of the Society of Toxicologic Pathologists, Washington DC, June, 2014

## 20. Wachiraphan Supsavhad, DVM, MS, PhD (2015)

- **Assistant Professor, Kasetsart University (Bangkok)**
- Publications (4)
  - o Supsavhad W, Dirksen WP, Hildreth III BE, **Rosol TJ**. p16, pRb, and p53 in feline oral squamous cell carcinoma. Veterinary Sciences, 3(3), epub Aug. 18, 2016, 2016. doi:10.3390/vetsci3030018.
  - o Supsavhad W, Dirksen WP, Martin CK, **Rosol TJ**. Animal models of head and neck squamous cell carcinoma. The Veterinary Journal, 210: 7-16, epub, 2016.
  - o Characterization of feline TERT (telomerase), in preparation.

- o Wnt signaling and DKK1 in canine prostate cancer, The Prostate, in preparation.
- Funding
  - o Thai Government Fellowship
  - o Department of Defense (DOD) postdoctoral fellowship
- Awards
  - o **Travel award** to 2015 Society of Toxicologic Pathologists Annual Meeting (Minneapolis)

## 21. Bardes Hassan, BVSc, MS, PhD (awarded by Cairo University) (2016)
- **Assistant Professor, University of Cairo**
- Publications (2)
  - o Hassan BB, Elshafae SM, Supsavhad W, Simmons JK, Dirksen WP, Sokkar SM, **Rosol TJ**. Feline mammary cancer: Novel nude mouse models and molecular characterization of invasion and metastasis genes. Veterinary Pathology, 54(1): 32-43, 2016.
  - o Hassan BB, Altstadt LA, Dirksen WP, Elshafae SM, **Rosol TJ**. Canine thyroid cancer: molecular characterization and growth in nude mice. Veterinary Pathology, in review, 2017.
- Funding
  - o Egyptian Embassy Fellowship
- Awards
  - o **Travel award** to 2016 Society of Toxicologic Pathologists Annual Meeting (San Diego)

## 22. Said Elshafae, BVSc, MS, PhD (2017)
- **Postdoc, The Ohio State University (Tweedle laboratory)**
- Publications (4)
  - o Elshafae SM, Hassan BB, Supsavhad W, Dirksen WP, Carmiener RY, Ding H, Tweedle M, **Rosol TJ**. Gastrin-releasing peptide receptor (GRPr) actions in canine prostate cancer. Prostate, 76(9): 796-809, 2016.
  - o Elshafae SM, Kohart NA, Alstadt LA, Dirksen WP, **Rosol TJ**. The Effect of a Histone Deacetylase Inhibitor (AR-42) on Canine Prostate Cancer Growth and Metastasis. The Prostate, 77(7): 776-793, 2017.

  - o Luma dog prostate cancer cell line, The Prostate, in preparation.
  - o Pathology of the dog prostate, Veterinary Pathology, in preparation.
- Funding
  - o Egyptian Embassy Fellowship
  - o College of Veterinary Medicine Glenn C. Barber fellowship
- Awards
  - o **Travel award** and oral presentation at 2015 Society of Toxicologic Pathologists Annual Meeting (Minneapolis)
  - o **Travel award** to 2016 Society of Toxicologic Pathologists Annual Meeting (San Diego)
  - o **First Place, Young Investigator Award**, 2016 Society of Toxicologic Pathologists Annual Meeting (San Diego)

## 23. Nicole Kohart, DVM (2017, expected)
- **Graduate Research Fellow**
- Publications (4)
  - o Kohart NA, Elshafae SM, Breitbach JT, **Rosol TJ**. Animal models of cancer-associated hypercalcemia. Veterinary Sciences, in press, 2017.
  - o Mouse model of lymphoma in bone, American Journal of Pathology (in preparation)
  - o Role of PTHrP in lymphoma bone metastasis, Retrovirology (in preparation)
  - o Effect of HDACi AR-42 and zoledronic acid on adult T-cell lymphoma in bone, Cancer Research (in preparation)
- Funding

- o   T32 NIH Fellowship
- Awards

## 24. Justin Breitbach, DVM (current)
- **Graduate Research Fellow**
- Publications
  - o   One in preparation (Canine model of prostate cancer).
- Funding
  - o   T32 NIH Fellowship

| *Academic and Professional Honors of Graduate Students & Trainees* | | |
|---|---|---|
| **First Place, Young Investigator Award** Society of Toxicologic Pathologists Annual Meeting (San Diego) | Faculty Advisor of Said Elshafae, BVSc, MSc | 2016 |
| **Travel Award** to the Annual Society of Toxicology Pathology Meeting ($1350) and **invited oral plenary presentation** | Faculty Advisor of Said Elshafae, BVSc, MSc | 2016 |
| **Travel Award** to the Annual Society of Toxicology Pathology Meeting ($1350) and **invited oral plenary presentation** | Faculty Advisor of Said Elshafae, BVSc, MSc | 2015 |
| **C.L. Davis Student Scholarship Award** | Faculty Advisor of Jessica Simmons, DVM, PhD. | 2014 |
| **AVMA Young Investigator Finalist** Merial-NIH Veterinary Scholars Symposium Travel Award and Oral Presentation Cornell University (Ithaca, NY) | Faculty Advisor of Blake Eason Hildreth, III, DVM, MS (co-advisor: Ramiro Toribio) | 2014 |
| **Invited Fellow** for the **Aspen Cancer Conference**, Travel Award and $700 The Gant, Aspen, CO | Faculty Advisor of Jessica Simmons, DVM, PhD | 2014 |
| **First Place, Young Investigator Award** Poster Competition, Annual Meeting of the Society of Toxicologic Pathologists, Washington DC | Faculty Advisor of Jessica Simmons, DVM, PhD | 2014 |
| **Travel Award** to the Society of Toxicology Pathology Meeting ($1500) and **invited oral plenary presentation** | Faculty Advisor of Jessica Simmons, DVM, PhD | 2014 |
| College of Veterinary Medicine Annual **Research Day Poster Award** (1st place in Structure and Function) with $500 travel award | Faculty Advisor of Blake Eason Hildreth, III, DVM, MS (co-advisor: Ramiro Toribio) | 2013 |
| Selection and travel award to the sixth annual **NIH National Graduate Student Research Conference,** Bethesda, MD, October | Faculty Advisor of Blake Eason Hildreth, III, DVM, MS (co-advisor: Ramiro Toribio) *'The Mid-Region, NLS, and C-terminus of PTHrP Influence Mesenchymal Stem Cell Differentiation'* | 2011 |
| **1st Place National Phi Zeta Manuscript Competition;** Basic Sciences Category ($1000 award) | Faculty Advisor of Chelsea Martin, DVM, PhD *'Zoledronic acid reduces bone loss and tumor growth in an orthotopic xenograft model of osteolytic oral squamous cell carcinoma' published in Cancer Research* | 2011 |

35

| *Academic and Professional Honors of Graduate Students & Trainees* | | |
|---|---|---|
| **1st Place, Poster Competition** OSU College of Veterinary Medicine Research Day ($500 award) | Faculty Advisor of Blake Eason Hildreth, III, DVM, MS (co-advisor: Ramiro Toribio) | 2011 |
| **Phi Zeta Manuscript Selection** to represent college in national competition – basic science category | Faculty Advisor of Chelsea Martin, DVM | 2011 |
| **CL Davis Foundation Award in Veterinary Pathology**, Awarded at the ACVP Annual Meeting, Baltimore | Faculty Advisor of Chelsea Martin, DVM | 2010 |
| **2st Place, Oral & Manuscript Competition** in Hayes Graduate Student Forum, Biological Sciences Division, OSU ($400 Award) | Faculty Advisor of Blake Eason Hildreth, III, DVM, MS (co-advisor: Ramiro Toribio) | 2010 |
| **1st Place, Poster Award Competition** in Structure & Function, Annual College of Veterinary Medicine Research Day ($500 Award) | Faculty Advisor of Blake Eason Hildreth, III, DVM, MS (co-advisor: Ramiro Toribio) | 2010 |
| **2nd Place, Poster Competition,** Annual meeting of the OSU Comprehensive Cancer Center, Molecular Carcinogenesis and Chemoprevention section (51 abstracts), Feb. 19, 2010 | Faculty Advisor of Jillian Werbeck, BS *Ets2 in lung fibroblasts promotes the growth of metastatic breast cancer cells* | 2010 |
| **1st Place, Roche Graduate Student Seminar Award (Autumn Quarter),** Dept. of Veterinary Biosciences, OSU | Faculty Advisor of Blake Eason Hildreth, III, DVM, MS | 2010 |
| **Merck-Merial-NIH National Veterinary Scholars Symposium Young Investigator Award** with travel award to the National Veterinary Scholars Symposium at North Carolina State University | Faculty Advisor of Gwendolyn Lorch, DVM, PhD | 2009 |
| **1st Place, Annual Roche Graduate Student Seminar Award**, Veterinary Biosciences, OSU | Faculty Advisor of Sherry Shu, BVSc | 2009 |
| **2nd Place Roche Graduate Student Seminar Award (Spring Quarter)**, Dept. of Veterinary Biosciences, OSU | Faculty Advisor of Chelsea Martin, DVM | 2009 |
| **Travel Award** to attend annual meeting of the Society of Toxicologic Pathologists, Washington DC ($1,000 Award) | Faculty Advisor of Chelsea Martin, DVM | 2009 |
| **1st Place, Oral & Manuscript Competition** in Hayes Graduate Student Forum, Professional Student Division, OSU ($650 Award) | Faculty Advisor of Chelsea Martin, DVM | 2009 |
| **2st Place, Oral & Manuscript Competition** in Hayes Graduate Student Forum, Biological Sciences Division, OSU ($450 Award) | Faculty Advisor of Jillian Werbeck, BS | 2009 |
| **1st Place, Poster Award Competition** in Molecular Carcinogenesis and Chemoprevention, OSU Comprehensive Cancer Center Annual Meeting ($200 Award) | Faculty Advisor of Chelsea Martin, DVM | 2009 |

| Academic and Professional Honors of Graduate Students & Trainees | | |
|---|---|---|
| **Phi Zeta Manuscript Selection** to represent college in national competition – basic science category | Faculty Advisor of Sherry Shu, BVSc | 2009 |
| **1st Place, Young Investigator Award in Experimental Disease,** annual meeting of the American College of Veterinary Pathologists, San Antonio (cash award of $500) | Faculty Advisor of Chelsea Martin, DVM | 2008 |
| **Travel Award** to attend annual meeting of the American College of Veterinary Pathologists, San Antonio (cash award of $700) | Faculty Advisor of Chelsea Martin, DVM | 2008 |
| **1st Place, Roche Graduate Student Seminar Award**, Dept. of Veterinary Biosciences, OSU | Faculty Advisor of Chelsea Martin, DVM | 2008 |
| VII International Meeting on Cancer-Induced Bone Disease **Travel Award** to present research abstract in Edinburgh ($1600) | Faculty Advisor of Gwendolyn Lorch, DVM | 2008 |
| **College of Veterinary Medicine Research Day**, poster award with cash travel award ($600) | Faculty Advisor of Jillian Werbeck, BS | 2008 |
| **2nd Place Roche Graduate Student Seminar Award**, Dept. of Veterinary Biosciences, OSU | Faculty Advisor of Prasad Nadella, BVSc | 2007 |
| **Christopher T. Starost Memorial Oncology Fellowship Award, Second Place**, at the Annual ACVP meeting in Tucson, AZ | Faculty Advisor of Prasad Nadella, BVSc | 2006 |
| American College of Veterinary Pathologists **Travel Award** to Annual Meeting in Tucson | Faculty Advisor of Prasad Nadella, BVSc | 2006 |
| Merck-Merial **Young Investigator highest honors** (top 3) for veterinarians in PhD programs; National award, $500 cash and travel to symposium at Louisiana State University | Faculty Advisor of Sherry Shu, BVSc | 2006 |
| **2nd Place Roche Graduate Student Seminar Award**, Dept. of Veterinary Biosciences, OSU | Faculty Advisor of Sherry Shu, BVSc | 2006 |
| Selection as **Aspen Cancer Conference Fellow** for the 21st annual conference Travel and accommodation award | Faculty Advisor of Gwendolyn Lorch, DVM | 2006 |
| **2nd Place Roche Graduate Student Seminar Award**, Dept. Of Veterinary Biosciences, OSU | Faculty Advisor of Jillian Werbeck, BS | 2006 |
| Selection of research paper on nanoparticle enhancement of ultrasound imaging for inclusion into the **Institute of Physics Select Manuscripts** for significance, novelty and impact | Faculty Mentor of Jun Liu, PhD | 2006 |
| **2nd Place Roche Graduate Student Seminar Award**, Dept. of Veterinary Biosciences, OSU | Faculty Advisor of Gwendolyn Lorch, DVM | 2006 |
| American Society of Bone and Mineral Research **Young Investigator Award**: National award, oral presentation, and travel to international meeting (Nashville, TN) | Faculty Advisor of Gwendolyn Lorch, DVM | 2005 |

| *Academic and Professional Honors of Graduate Students & Trainees* | | |
|---|---|---|
| Merck-Merial **Young Investigator finalist** (top 5 of 24 candidates) for veterinarians in PhD programs; National award and travel to present at a symposium at the University of Georgia | Faculty Advisor of Prasad Nadella, BVSc | 2005 |
| **Young Investigator Award** for Jun Liu, PhD, from Society for Molecular Imaging 'Nanoparticles as Molecular Imaging Agents for Enhanced Ultrasound' ($500 travel award) | Faculty Mentor of Jun Liu, PhD, Research Scientist | 2004 |
| 1st **Place Poster** Presentation at the College of Veterinary Medicine Research Day ($800 travel award) | Faculty Advisor of Prasad Nadella, BVSc | 2004 |
| **H.W. Casey Scholarship Award**, American College of Veterinary Pathologists | Faculty Advisor of Sarah Tannehill-Gregg, DVM. National annual award recognizes the most promising trainee in veterinary pathology. | 2003 |
| **First Place** in the Veterinary Biosciences Distinguished Graduate Seminar Award ($500 Cash Award) | Faculty Advisor of Virgile Richard, DVM | 2003 |
| **Young Investigator Award** and travel award to the HTLV-1 Meeting, San Francisco | Faculty Advisor of Virgile Richard, DVM | 2003 |
| **First Place in Poster Competition** ($800 travel award) at Research Day 2003, OSU College of Veterinary Medicine | Faculty Advisor of SOAR veterinary professional student, Cassandra Johnson | 2003 |
| ACVP 2002 Annual Meeting 1st **Place Poster Award**, Experimental Disease | Faculty Advisor of Bruce LeRoy, DVM, PhD | 2002 |
| **NIH SOAR Fellowship** for summer research for veterinary professional students | Faculty Advisor of Cassandra Johnson | 2002 |
| **Young Investigator and Travel Award** ($1000), 10th Int. Conf., Human Retrovirology: HTLV-1 & Related Viruses, Dublin | Faculty Advisor of Virgile Richard, DVM | 2001 |
| **First Place in Poster Competition** ($800 travel award) at Research Day 2001, OSU College of Veterinary Medicine | Faculty Advisor of Virgile Richard, DVM | 2001 |
| **Honorable Mention in Poster Competition** at Research Day 2001, OSU College of Veterinary Medicine | Faculty Advisor of Ramiro Toribio, DVM | 2001 |
| **Annual Clinical Research Excellence Award** ($500 award) from the Department of Veterinary Clinical Sciences | Faculty Advisor of Ramiro Toribio, DVM. The award recognizes the best clinical research paper of the year. | 2000 |
| **First Place in Poster Competition** ($800 travel award) at Research Day 2000, OSU College of Veterinary Medicine | Faculty Advisor of Ramiro Toribio, DVM | 2000 |
| **H.W. Casey Scholarship Award**, American College of Veterinary Pathologists | Faculty Advisor of Rani Sellers, DVM. The national annual award recognizes the most outstanding trainee in veterinary pathology. | 1999 |
| 2nd **Place in the Poster Competition** at the Annual Meeting of the American College of Veterinary Pathologists | Faculty Advisor of Rani Sellers, DVM. Cis-acting elements in the 3'-untranslated regions of parathyroid hormone-related protein I mediate TGFß-induced stability | 1999 |

38

| *Academic and Professional Honors of Graduate Students & Trainees* | | |
|---|---|---|
| **Doctoral Research Scholarship** Fonds pour la Formation de Chercheurs et l'Aide à la Recherche (FCAR), Québec | Faculty Sponsor for Virgile Richard, DVM (Monetary award was declined since Quebec permanent residency status was required) | 1999 |
| **H.W. Casey Scholarship Award**, American College of Veterinary Pathologists | Faculty Advisor of Andrea Gröne, Dr.Vet.Med., PhD. The national annual award recognizes the most outstanding trainee in veterinary pathology. | 1996 |
| Veterinary Cancer Society **Research Award** | Faculty Sponsor of Andrea Gröne, Dr.Vet.Med, First Place Abstract, Basic Science Division | 1993 |
| American College of Veterinary Pathologists **Young Investigator Award** | Faculty Sponsor of Joyce Merryman, DVM, 2nd Place Abstract, San Diego | 1992 |
| American Association of Dental Research E. H. **Hatton Award Young Investigator Award** | Faculty Sponsor of James R. Werkmeister, DDS, Finalist, Boston | 1992 |
| **Stowell-Orbison Young Investigator Award** U.S. and Canadian Academy of Pathology | Faculty Sponsor of Laurie K. McCauley, DDS, First Place (58 abstracts in competition), Chicago | 1991 |
| Ohio State University Phi Zeta **Research Forum Award** | Faculty Sponsor of George DeMarco, First Place abstract for predoctoral students | 1991 |
| International Association of Dental Research E. H. **Hatton Young Investigator Award** | Co-Faculty Sponsor of Laurie K. McCauley, DDS, 2nd Place, Post-Doctoral Category, Dublin, Ireland | 1989 |
| American Association of Dental Research E. H. **Hatton Young Investigator Award** | Co-Faculty Sponsor of Laurie K. McCauley, DDS, 1st Place, Post-Doctoral Category, San Francisco | 1989 |
| | **Number of Student Awards:** | **65** |

| *Graduate Student Committees (non-advisor role)* | | | |
|---|---|---|---|
| **Student** | **Degree Department** | **Title of Research Project** | **Date University** |
| Grant S. Frazer, BVSc | M.S. Veterinary Clinical Sciences | The Histopathological Effects of Dimethyl Sulfoxide on the Horse Endometrium | 1985-86 Ohio State University |
| Cheryl Lopate, BS | M.S. Animal Science | Histopathological and Gross Effects of Testicular Biopsy in the Dog | Spring, 1986-87 Ohio State University |
| B.M. Jiang, BVM | M.S. Veterinary Pathobiology | In Vitro and In Vivo Effects of Antibiotics on Ehrlichia Risticii | 1987 Ohio State University |
| Laurie McCauley, DDS | M.S. Periodontology | Comparison of Bone Remodeling and Bone Resorption in Athymic (Nude) and Euthymic Mice | 1987-88 Ohio State University |
| Jeffrey D. Reiswig, DVM | M.S. Animal Science | Endometrial Biopsy, Culture, and Cytology for Diagnosis of Equine Endometritis | 1988-89 Ohio State University |
| Warren G. Lieuallen, DVM | Ph.D. Veterinary Pathobiology | Effects of Uremia, Dietary Calcium and Phosphorus, and Vitamin D Metabolites Upon the Bone of Adult Rats | 1988-90 Ohio State University |

| Graduate Student Committees (non-advisor role) | | | |
|---|---|---|---|
| Richard Christensen, DDS | M.S. Orthodontics | Characterization of Tooth Eruption In Vitro | 1990-91 Ohio State University |
| Lawrence Stern, BS | Ph.D. Orthopedic Sciences | Studies on the Effects of Gallium Nitrate on Rat Bone | 1992-93 Ohio State University |
| Heidi Garon, DVM | M.S. Veterinary Clinical Sciences | Chemical Ablation of the Testicles in Dogs | 1993-94 Ohio State University |
| Barbara Lewis, DVM | M.S. Experimental Pathobiology | Oncofetal Protein and its I during Mammary Carcinogenesis in the Rat | 1993-94 Ohio State University |
| Andrew P. Gigliotti, DVM | Ph.D. Experimental Pathobiology | Role of C/EBP-delta in mammary gland growth and apoptosis | 1994-2000 Ohio State University |
| Krista La Perle, DVM | Ph.D. Experimental Pathobiology | Pathogenesis of Papillary Thyroid Carcinoma with ret-proto-oncogene transformation | 1997-2002 Ohio State University |
| Bruce LeRoy, DVM | M.S. Experimental Pathobiology | Calmodulin Phosphorylation in Pituitary Cells | 1998-2003 Ohio State University |
| Alexander Luchin, BS | Ph.D. Molecular, Cellular, and Developmental Biology Program | Regulation of osteoclast differentiation by microphthalmia-associated transcription factor | 1998-2001 Ohio State University |
| Lee Silverman, DVM | Ph.D. Experimental Pathobiology | Role of accessory proteins in the pathogenesis of HTLV-1 infection | 2000-2005 Ohio State University |
| Terri A. Zachos, DVM | Ph.D. Veterinary Clinical Sciences | Gene Therapy for cartilage defects in joints | 2001-2006 Ohio State University |
| Anna A. Powolny | Ph.D. Human Nutrition | Dietary modulation of angiogenesis during prostatic carcinogenesis | 2002-2007 Ohio State University |
| Emilia Pavel Mahoney | Ph.D. Molecular, Cellular, and Developmental Biology Program | Mouse model of Carney Complex and pathogenesis of bone tumors | 2005-2009 Ohio State University |
| Cecilia Parrula | Ph.D., Experimental Pathobiology | Treatment of Adult T-Cell Leukemia with measles virus and inducers of heat shock proteins | 2005 – 2009 Ohio State University |
| Aaron Sargeant, DVM | Ph.D., Experimental Pathology | Prevention and treatment of prostate cancer using mouse models | 2004 – 2009 Ohio State University |
| Blake Eason Hildreth III, DVM | M.S. in Veterinary Clinical Sciences | Parathyroid hormone-related protein increases in vitro bone resorption | 2005 – 2008 Ohio State University |
| Stacey Fossey, DVM | Ph.D. in Experimental Pathology | Role of STAT3 in osteosarcoma | 2008 – 2010 Ohio State University |
| Jie Li. B.S. | Ph.D. in Biomedical Engineering | Novel polymeric nanoparticles as ultrasound contrast agents for cancer | 2008 – 2012 Ohio State University |
| Lisa Berman-Booty, DVM | Ph.D. in Experimental Pathology | Treatment of Prostate Cancer | 2009 – 2013 Ohio State University |

40

| Graduate Student Committees (non-advisor role) | | | |
|---|---|---|---|
| Michael P. Brandt | Ph.D. Molecular, Cellular, and Developmental Biology Program | Molecular imaging of thyroid cancer and the sodium iodide symporter | 2010 – 2013 Ohio State University |
| Beth Chaffee, DVM | Ph.D., Experimental Pathology | Pathogenesis of lung metastasis in osteosarcoma | 2010 – 2014 Ohio State University |
| Maria Isabel Menéndez, DVM | Ph.D. Comparative Veterinary Medicine | Wright Center of Innovation in Biomedical Imaging | 2011 – 2015 Ohio State University |

| Graduate Student Exams | | | |
|---|---|---|---|
| Student | Examination | Degree | Date |
| Debra L. Nelson, BS | Ph.D. Final Exam: Experimental Pathobiology | The Effect of Perfluorodecanoic Acid (PFDA) on Parameters of the Immune System | Autumn 1992 |
| Jong Heon Kim | Ph.D. General Exam: Molecular, Cell. And Devel. Biology | Graduate School Representative | 10 March 1994 |
| Arthur T. Armstrong, Jr., B.S. | Ph.D. General Exam: Cell Biology, Neurobiol., and Anat. | Graduate School Representative | 31 September 1994 |
| Shuseng Wang | Ph.D. General Exam: Molecular, Cell. And Devel. Biology | Graduate School Representative | 22 November 1994 |
| Maryann Martin | Ph.D. Final Exam: Molecular Genetics | Graduate School Representative | 15 March 1995 |
| Guoshan Tsen | Ph.D. General Exam: Molecular, Cell. And Devel. Biology | Graduate School Representative | 2 August 95 |
| Diane L. Maresco | Ph.D. General Exam: Molecular, Cell. And Devel. Biology | Graduate School Representative | 11 December 1995 |
| Markus C. Wahl | Ph.D. Final Exam: Biochemistry | Crystal Structure of I Oligomers Graduate School Representative | 02 February 1996 |
| Andrew P. Gigliotti, DVM | Ph.D. General Exam: Experimental Pathobiology | Role of C/EBP-delta in Mammary Gland Growth and Apoptosis | 28 June 1996 |
| Jennifer Gilbert | Ph.D. Final Thesis Exam: Ad Hoc Examiner for Univ. of Melbourne | Parathyroid Hormone-Related Protein (I) expression in Squamous Epithelial Cells | Fall 1996 |
| Charles L. DeSanti | Ph.D. General Exam: Microbiology | Graduate School Representative | 07 October 1997 |
| Christina H. Utz | Ph.D. General Exam: Microbiology | Graduate School Representative | 11 May 1998 |
| Alexander Luchin | Ph.D. General Exam: Molecular, Cell. And Devel. Biology | Regulation of the Acid Phosphatase Promoter in Transgenic Mice | 02 July 1998 |

41

| Graduate Student Exams | | | |
|---|---|---|---|
| Melanie K. Trivett | Ph.D. Final Thesis Exam: *Ad Hoc Examiner for Univ. of Melbourne* | Parathyroid hormone-related protein in lower vertebrates | January 1999 |
| Susan F. Wojcik, DVM | Ph.D. Final Dissertation Exam | Advisor | March 1999 |
| Emily J. Simmons, DVM | Ph.D. Final Dissertation Exam | Novel physiologic and pharmacologic study of osteoarthritis in horses | 29 July 1999 |
| Issa Toure | Ph.D. General Exam: Animal Sciences | Graduate School Representative | 12 June 2000 |
| Krista La Perle, DVM | Ph.D. General Exam: Veterinary Biosciences | Committee Member | 12 Sept 2000 |
| Sarah Tannehill-Gregg, DVM | Ph.D. General Exam: Veterinary Biosciences | Advisor | 12 Sept 2000 |
| Andrew P. Gigliotti, DVM | Ph.D. Final Dissertation Exam | CCAAT/Enhancer Binding Proteins-delta Expression and Function in the Mouse Mammary Gland | 25 Oct 2000 |
| Issa Toure | Ph.D. General Exam: Animal Sciences | Graduate School Representative (Second Attempt, Passed) | 19 January 2001 |
| Bruce LeRoy, DVM | Ph.D. General Exam: Veterinary Biosciences | Advisor | 19 June 2001 |
| Alexander I. Luchin | Ph.D. Final Defense | Committee Member (Michael Ostrowski, advisor) | 24 July 2001 |
| Danny Chen | Ph.D. Candidacy Exam Pharmaceutics | Graduate School Representative | 20 March 2002 |
| Krista La Perle, DVM | Ph.D. Final Defense | Committee Member (Charles Capen, advisor) | 28 May 2002 |
| Martin Brena, BS | Ph.D. Candidacy Exam Molecular Genetics | Co-Advisor with Christoph Plass | 2002 |
| Bruce LeRoy, DVM | Ph.D. Final Defense | Advisor | 24 Sept 2002 |
| Lee Silverman, DVM | Ph.D. Candidacy Exam Veterinary Biosciences | Committee Member (Michael Lairmore, advisor) | 28 April 2003 |
| Anna Powolny | Ph.D. Candidacy Exam Human Nutrition | Committee Member | 03 June 2004 |
| Tiffy Zachos, DVM | Ph.D. Candidacy Exam Veterinary Biosciences | Committee Member (Alicia Bertone, advisor) | 14 July 2004 |
| Lee Silverman, DVM | Ph.D. Final Defense | Committee Member (Michael Lairmore, advisor) | 14 Feb. 2005 |
| Sarah Tannehill-Gregg, DVM | Ph.D. Final Defense | Advisor | 22 Feb. 2005 |
| Emilia Pavel, MD | Ph.D. candidacy exam | Committee Member (Larry Kirschner, advisor) | 15 Dec. 2005 |
| Terri A. Zachos, DVM | Ph.D. Final Defense | Committee Member (Alicia Bertone, advisor) | 31 March 2006 |
| Gwendolyn Lorch, DVM | Ph.D. candidacy exam | Advisor | 15 Dec 2006 |
| Rong Hu | Ph.D. Final Defense | Graduate School Representative | 15 Dec 2006 |
| Romulo Martin Brena | Ph.D. Final Defense | Committee Member (Christoph Plass, advisor) | 21 Feb 2007 |

| Graduate Student Exams | | | |
|---|---|---|---|
| Aaron Sargeant, DVM | Ph.D. candidacy exam | Committee Member (Ching-Shih Chen, advisor) | 23 Aug 2007 |
| Prasad Nadella, BVSc | Ph.D. candidacy exam | Advisor | 17 Sept 2007 |
| Nanda Thudi, BVSc | Ph.D. candidacy exam | Advisor | 19 Oct 2007 |
| Sherry Shu, BVM | Ph.D. candidacy exam | Advisor | 07 Mar 2008 |
| Blake Eason Hildreth, III, DVM | M.S. Final Defense | Committee Member (Ramiro Toribio, advisor) | 19 May 2008 |
| Chelsea Martin, DVM | Ph.D. candidacy exam | Advisor | 01 Oct 2008 |
| Jillian Werbeck, BS | Ph.D. candidacy exam | Advisor | 20 Oct 2008 |
| Tahera Zabualwala, BS | Ph.D. Final Defense | Graduate School Representative | 26 Nov 2008 |
| Wendy Rich, BS | Ph.D. Final Defense | Graduate School Representative | 19 Dec 2008 |
| Gwendolyn Lorch, DVM | Ph.D. Final Defense | Advisor | 05 May 2009 |
| Nanda Thudi, B.V.Sc. | Ph.D. Final Defense | Advisor | 12 May 2009 |
| Kelly Rourke, B.S. | M.S. Defense | Committee Member (Ramiro Toribio, advisor) | 22 May 2009 |
| Aaron Sargeant, DVM | Ph.D. Final Defense | Committee Member (Ching-Shi Chen, advisor) | 26 May 2009 |
| Emilia (Pavel) Mahoney, MD | Ph.D. Final Defense | Committee Member (Larry Kirschner, advisor) | 27 May 2009 |
| Gwendolyn Lorch, DVM | Ph.D. Final Defense | Advisor | 05 May 2009 |
| Nanda Thudi, BVSc | Ph.D. Final Defense | Advisor | 12 May 2009 |
| Sherry Shu, DVM | Ph.D. Final Defense | Advisor | 16 June 2009 |
| Maria Parrula | Ph.D. Final Defense | Committee Member (Stefan Niewiesk, advisor) | 16 Dec 2009 |
| Lisa Lanigan, DVM | Ph.D. candidacy exam | Advisor | 25 Aug 2010 |
| Chelsea Martin, DVM | Ph.D. Final Defense | Advisor | 16 Sept 2010 |
| Shan Naidu, BVSc | M.S. Defense | Advisor | 18 Sept 2010 |
| Michael P. Brandt, BS | Ph.D. candidacy exam | Committee Member (Sissy Jhiang, advisor) | 10 Nov 2010 |
| Lisa Berman-Booty, DVM | Ph.D. candidacy exam | Committee Member (Ching-Shih Chen, advisor) | 22 Nov 2010 |
| Stacey Fossey, DVM | Ph.D. Final Defense | Committee member (Cheryl London, advisor) | 23 Nov 2010 |
| Jiwei Huang, MS | Ph.D. Final Defense | Committee member (Ron Xu, advisor) | 29 Oct 2012 |
| Lisa Berman-Booty, DVM | Ph.D. Final Defense | Committee Member (Ching-Shih Chen, advisor) | 29 Mar 2013 |
| Maria Isabel Menendez, DVM | Ph.D. Candidacy Exam | Committee Member (Michael Knopp, advisor) | 05 Apr 2013 |
| Jessica Simmons, DVM | Ph.D. Candidacy Exam | Advisor | 05 Aug 2013 |
| Maria Isabel Menendez, DVM | Ph.D. Final Defense | Committee Member (Michael Knopp, advisor) | 15 Jun 2015 |

43

| Undergraduate and Professional Student Research Training | | | |
|---|---|---|---|
| Trainee | Program | Research Project | Dates of Training |
| Jason C. Doss, B.S. (Veterinary Medical Student) | Summer Research Project | Chromogranin A in endocrine tissues and endocrine tumors of dogs | Summer 1995 Summer 1996 |
| Aaron H. Hoblet (Undergraduate in Nutrition) | Summer Research Project | Regulation of parathyroid hormone-related protein in squamous cell carcinoma | Summer 1998 |
| Timothy D. Van Grouw (Veterinary Medical Student) | Part-time Research Assistant | Collection and culture of human head and neck squamous cell carcinomas | Autumn 1997 Winter 1998 |
| Jason Eibner (Undergraduate in Molecular Genetics) | Part-time Research Assistant | Cloning and sequencing of parathyroid hormone-related protein in horses and iguanas | 1997-99 |
| Jennifer Taylor (Veterinary Med. Student) | Summer Research Project | Effect of parathyroid hormone and calcitonin on bone in iguanas | 1998 |
| Deborah Fishbach (Veterinary Med. Student) | Summer Research Project | Cloning of Iguana parathyroid hormone-related protein | 1998 |
| Curt Buss (Butler College Student) | Summer Research Project | Cloning of iguana parathyroid hormone | 1999 |
| Kelly Susi, B.S. (Columbus City Teacher of Minority Students) | Medical Science Research Initiative, NIH, NCRR, Office of Minority Affairs | Cloning of feline parathyroid hormone | 1999 (summer) |
| Andrea Levine, B.S. | Summer Research Project | Measurement of calcitonin in horses | Summer 2001 to Autumn 2003 |
| Laura Nelson | Summer Research Project | Placental lesions in Rb knock-out mice | 2001 (summer) |
| Cassandra Johnson (NIH SOAR fellowship) | Veterinary Professional Student | Lesions in the aging dog prostate gland | Autumn 2001 to Winter 2003 |
| Kelly Rourke, B.S. (PreVet and Vet Student) | Part-time Research Assistant | Calcium Metabolism in Horses & PTHrP Knockout Mouse Models | 2002 – 2008 |
| Matthew Kesic, B.S. (Youngstown State Univ.) | Summer externship | Molecular Mechanisms of PTHrP regulation | Summer 2004 |
| Regina Krendl, B.S. | Pre-veterinary Student | Role of PTHrP in the pathogenesis of bone metastasis | Summer 2004 |
| Tobie Wolfe, B.S., M.S. | Veterinary Professional Student | Mouse models of feline head & neck squamous cell carcinoma | 2005 – 2009 |
| Joshua A. Morgenstern, B.S. | Pre-veterinary Student | Molecular regulation of PTHrP and mouse models of cancer | 2005 – 2007 |
| Holly Brown | Pre-veterinary Student | Genetic disruption of the PTHrP gene | 2006 – 2008 |
| Liza Nusinovich | Veterinary Professional Student | Cloning of Feline Papillomavirus | Summer, 2008 |
| Kristen Heller (Molecular & Cellular Devel. Biology Program) | Lab Rotation | Pathogenesis of Head & Neck Cancer | Spring, 2009 |
| Stephanie Flansburg Cruz (SROP – Summer Research Opportunity Program) | Summer Research | Role of Papillomavirus in Squamous Cell Carcinoma | Summer, 2009 |
| Dan Yanik | Veterinary Professional Student | Pathogenesis of oral squamous cell carcinoma | Summer, 2010 |
| Vince Mandas | Undergraduate | Anatomy of the Dog Prostate | Summer, 2010 |
| Julia Nicole Woodruff | Undergraduate | HTLV-1 lymphoma and bone metastasis | Summer, 2011 |
| Jenna Karras, BS | Lab Rotation | Pathogenesis of bone metastasis in prostate cancer | Summer, 2011 |
| David Sweet (Microbiology) | Undergraduate | Prostate cancer gene expression and Bioquant image analysis | Autumn, 2011 |

| Joshiah Pelot (Animal Science) | Undergraduate | Thyroid gland image analysis | Au 2011 – present |
|---|---|---|---|
| Christobal Valdebenito | Undergraduate | Prostate cancer molecular biology | Sp – Au 2012 |
| Kari Deininger | Undergraduate | Kenyon Summer Intern Program supported by the OSU Comprehensive Cancer Center | Summer, 2012 |
| Kyle Lapak, BS | GRA | Lab Rotation (MCDB) | Fall, 2012 |
| Michael Collier, BS | GRA | Lab Rotation (MCDB) | Fall, 2012 |
| Mohamed Mostafa Abdelhamid Elbaz, BS | GRA | Lab Rotation (MCDB) | Fall 2012 |
| Chris Valdebenito | Undergraduate | Lab Rotation | Fall 2012 |
| James Feller | Undergraduate | Prostate-specific genes in dog prostate cancer | Au 2012-present |
| Kelsey Krammer, BS | Veterinary Professional Student | Feline squamous cell carcinoma and epidermal growth factor receptor (College summer program) | Summer, 2013 |
| Camelia Milnes | Undergraduate | Kenyon Summer Intern Program supported by the OSU Comprehensive Cancer Center | Summer, 2013 |
| Josiah Pelot | Undergraduate | Gene expression in prostate cancer | 2013-2014 |
| Lucas A. Altstadt | Undergraduate | Cloning of canine and feline telomeras | Autumn 2014 - present |
| Rachael Y. Camiener | Veterinary Professional Student | Molecular markers of metastasis in canine thyroid carcinoma | Summer, 2015 |
| Taylor Wickward | Veterinary Professional Student | Immortalization of feline mesenchymal stem cells with full-length feline telomerase | Summer, 2016 |

45

| Research And Graduate Education Support (Direct Costs Only) | | | |
|---|---|---|---|
| YEARS | AGENCY | TITLE | AMOUNT |
| 2017-22 | NIH: ORIP (Office of Research Infrastructure Programs) (5T32OD010429-20) | Mouse Pathobiology: Models of Human Disease **Director (6 Training Positions)** IN REVIEW | $2,300,000. |
| 2016-20 | NIH: National Institute of Biomedical Imaging and Bioengineering (NIBIB) R01 EB022134-01 | Image-guided, transcatheter peptide receptor radiotherapy for prostate cancer **Principal Investigator** Multi-PI Grant | $3,249,327. |
| 2016-21 | NIH: NIBIB (Case Univ. R01 EB023523) | Theranostic Gold Nanoparticles for Image-Guided Radical Prostatectomy and PDT Ablation **(Consortium CoPIs: Rosol and Tweedle)** | $162,892. |
| 2008-19 | NIH: National Cancer Institute (P01 CA100730) | Role of HTLV-1-Induced Malignancies in Bone **Co-Principal Investigator of Project #4** | $475,000. |
| 2008-19 | NIH: National Cancer Institute (P01 CA100730) | Core C: Animal Models for Retrovirus Models in Lymphocyte Transformation and Disease **Co-Investigator** | $750,000. |
| 2015-17 | NIH: CCC Core Grant Drug Discovery Institute: Structured Drug Development | In Vivo Prostate Cancer Imaging using GRPR Ligands **Co-Investigator** | $216,000. |
| 2014-17 | Navidea Biopharmaceuticals, Dublin, Ohio | Cy5-Tilmanocept for Imaging Experimental Rheumatoid Arthritis in Mice **PIs (Rosol and Toribio)** | $35,000. |
| 2014-16 | NIH: Thyroid Cancer SPORE Developmental Research Grant (P50CA168505) | Markers of Invasion and Metastasis in Canine Follicular Thyroid Cancer **Principal Investigator** | $100,000. |
| 2014-16 | DoD, Congressionally Directed Medical Research Program (PC131855) | Wnt Signaling in Prostate Cancer Bone Metastasis (PostDoc Award for Jessica Simmons, DVM, PhD) | $115,000. |
| 2012-17 | NIH: National Cancer Institute (P01 CA097189) | Role of Stroma in Breast Cancer Progression Core: Comparative Pathology **Core Leader** | $550,000. |
| 2012-17 | NIH: National Center for Research Resources (5T32OD010429-15) | Mouse Pathobiology: Models of Human Disease **Director (6 Training Positions)** | $1,700,000. |
| 2012-14 | Morris Animal Foundation D12FE-000 | Lysophosphatidic Acid and Osteoclastic Bone Resorption in Oral squamous cell carcinoma of cats **Co-Principal Investigator** | $135,000. |
| 2012-13 | Abbott Laboratories | Bioactivity of Paricalcitrol on Calcium Metabolism and VDR Function In Vivo and In Vitro **Principal Investigator** | $274,246. |
| 2012-17 | NIH: National Cancer Institute (R01 CA153490) | Role of S100A7 in Breast Cancer Progression and Metastasis **Co-Investigator** | $1,500,000. |
| 2011-13 | Morris Animal Foundation D11FE-015 | MicroRNA Analysis in Feline Cancer **Principal Investigator** | $135,000. |
| 2011-13 | NIH: National Cancer Institute (1F32CA165689) | Wnt Signaling and Prostate Cancer Bone Metastasis **Mentor** for Jessica Simmons, DVM | $160,000. |

46

| Research And Graduate Education Support (Direct Costs Only) | | | |
|---|---|---|---|
| YEARS | AGENCY | TITLE | AMOUNT |
| 2011 | NIH: Neuroscience Imaging Core of NINDS/P30 Core Grant (NS045758) | 4-channel 1H phased-array coil configuration for 9.4/30 Bruker Biospin MRI System of the Small Animal Imaging Shared Resource core facility **(Co-PI with Drs. Kuppusamy and Powell)** | $50,000. |
| 2009-12 | NIH: National Inst. Of Arthritis and Musculoskeletal and Skin Diseases (F32 AR057597) | Effects of Nuclear PTHrP on bone formation and the skeletal microenvironment **Mentor** for Blake Eason Hildreth III, DVM | $183,000. |
| 2009-10 | Morris Animal Foundation *Amanda Feline Fellowship* (D09FE-404) | Effect of Combined Zoledronic Acid and Arsenic Trioxide on Feline Oral Squamous Cell Carcinoma **Principal Investigator** **Mentor for Smitha Pillai, BVSc** | $100,000. |
| 2009-10 | OSU College of Dentistry Office of Research | PTHrP and Craniofacial Development **Mentor** for Sarandeep Huja, DDS, PhD | $30,000. |
| 2008-13 | NIH: National Cancer Institute (P01 CA124570) | Genetic and Signaling Pathways in Epithelial Thyroid Cancer **Co-Leader for Animal Models and Imaging Core** | $700,000. |
| 2008-11 | DOD: US Army Medical Research (W81XWH-08-1-0198) | Ets2 contributions of the tumor microenvironment in breast cancer metastasis **Mentor** for Jillian Werbeck, BS | $97,010. |
| 2008-11 | Morris Animal Foundation (D08FE-23) | Effect of Combined Zoledronic Acid and Piroxicam on Feline Oral Squamous Cell Carcinoma **Principal Investigator** | $140,109. |
| 2007-12 | NIH: National Center for Research Resources (T32 RR07073-06) | Mouse Pathobiology: Models of Human Disease **Co-Director** | $1,958,084. |
| 2007-10 | Susan G. Komen Breast Cancer Foundation | Intravasation genes of human breast cancer **Principal Investigator** | $240,000. |
| 2007-10 | NIH: National Cancer Institute (F32 CA130458) | Mechanisms of bone invasion and tumor growth in models of head and neck cancer **Mentor** for Chelsea Martin, DVM | $190,158. |
| 2007 | OSU Molecular Biology & Cancer Genetics Program | Pathogenesis of Metastasis in Mouse Models of Mammary Cancer **Co-Principal Investigator** | $30,000. |
| 2006-07 | NIH: National Center for Research Resources | Small laboratory animal imaging: High resolution microcomputed tomography **Co-Investigator (R. Toribio, PI)** | $457,800. |
| 2006-11 | NIH: National Center for Research Resources (K01 RR021879) | Regulation of PTHrP in Squamous Cell Carcinoma by EGF Receptor **Mentor** for Gwendolen Lorch, DVM | $587,500. |
| 2005-09 | NIH: National Center for Research Resources (K01 RR018924) | PTHrP on Normal Osteoblast Differentiation and Function **Mentor** for Ramiro Toribio, DVM, PhD | $638,000. |
| 2005-07 | Susan G. Komen Breast Cancer Foundation | Imaging Breast Cancer Markers with Nanoparticle Enhanced Ultrasound **Co-Investigator (Mentor of PI, Jun Liu, PhD)** | $249,604. |

47

| **Research And Graduate Education Support (Direct Costs Only)** | | | |
|---|---|---|---|
| YEARS | AGENCY | TITLE | AMOUNT |
| 2005 | OSU Comprehensive Cancer Center: Molecular Biology & Cancer Genetics | The Metastatic Potential of ATF3 in Breast Cancer Cells **Co-Principal Investigator (with T. Hai and J. Dewille)** | $20,000. |
| 2005-06 | NIH: National Cancer Institute (R21 CA116024) | HER2/neu and Dietary Fat: Gene-Nutrient Interactions in Breast Cancer **Co-Investigator (L. Yee, PI)** | $129,000. |
| 2005-07 | NIH: NIDDK (R21 DK67875) | Erb1 Signaling and Cancer-Mediated Diseases of Bone **Co-Investigator (J. Foley, Ind. U., PI)** | $200,000. |
| 2004-09 | NIH: National Cancer Institute (P01 CA097189) | Role of Stroma in Breast Cancer Progression Core B: Mouse Pathology **Core Leader** | $728,251. |
| 2004-09 | NIH: National Cancer Institute (P01 CA93900) | Biology of Prostate Cancer Skeletal Metastases Bone Core: Subcontract | $70,000. |
| 2004-07 | Morris Animal Foundation (D03FE-29) | Oral Squamous Cell Carcinoma in Cats: Preclinical Therapy and Inhibition of Bone Resorption **Principal Investigator** | $191,552. |
| 2004-07 | OSU College of Veterinary Medicine Glenn Barber Fellowship | Role of Parathyroid Hormone-Related Protein in the Pathogenesis of Lymphoma **Faculty Sponsor** for Prasad Nadella, BVSc | $113,900. |
| 2003-08 | NIH: National Cancer Institute (P01 CA100730) | Hypercalcemia in HTLV-1-Induced Lymphoma/Leukemia **Principal Investigator of Project #4** | $1,209,604. |
| 2003-08 | NIH: National Cancer Institute (P01 CA100730) | Core C for Program Project Grant: Animal Models **Core Leader** | $1,150,778. |
| 2003 | NIH: National Cancer Institute OSU CCC Core Grant Biomedical Imaging Supplement | High Resolution Ultrasound Imaging System (Vevo 660) **Principal Investigator** **Jun Liu, Co-PI** **Clara Bloomfield, PI of CCC Core Grant** | $167,000. |
| 2003-04 | NIH: National Center for Research Resources (S10 RR17841) | Measurement of Cells In Vivo: IVIS Light Imaging System **Principal Investigator** | $169,950. |
| 2002-07 | NIH: National Center for Research Resources (T32 RR07073) | Mouse Pathobiology: Models of Human Disease **Program Director** | $1,307,760. |
| 2000-05 | NIH: National Center for Research Resources (K26 RR00168) | Mouse Models of Cancer, Bone Disease, and Lactation (Midcareer Award) **Principal Investigator** | $546,629. |
| 2002-04 | Schering Plough Research Institute | Effect of SCH488900 on Prostate Volume in Dogs with Benign Prostatic Hyperplasia **Principal Investigator** **(Michael Knopp, Co-PI)** | $249,703. |
| 2000-05 | NIH: National Cancer Institute (K08 CA83766) | Lung Cancer: Role of PTHrP and regulation by TGF-$\beta$: **Faculty Sponsor** for Sarah Tannehill-Gregg, DVM | $508,579. |

| Research And Graduate Education Support (Direct Costs Only) | | | |
|---|---|---|---|
| YEARS | AGENCY | TITLE | AMOUNT |
| 1998-03 | NIH: National Cancer Institute (R01 CA77911) | Regulation of PTHrP in Squamous Cell Carcinoma by TGF-β **Principal Investigator** | $717,481. |
| 1999-02 | NIH: National Cancer Institute (Supplement to R01 CA77911) | PTHrP and TGFß in SCID/beige Mice with Human Cancer **Principal Investigator** | $91,667. |
| 1999-02 | NIH : National Cancer Institute, Institutional NRSA (T32 CA09338-21) | Pathogenesis Of Osteoblastic Metastases in Human Prostate Cancer **Faculty Sponsor** for Bruce Leroy, DVM Principal Investigator: Michael Caligiuri | $75,145. |
| 1998-01 | NIH: National Cancer Institute, Individual NRSA (F32 CA79110) | Head and Neck Cancer: The Role of TGFß and PTHrP **Faculty Sponsor** for Rani Sellers, DVM | $117,852. |
| 2001-02 | Pharmacia Company Kalamazoo, MI | Effect of Oxazolidones on Osteoblasts and Bone Marrow Stromal Cells In Vitro **Principal Investigator** | $34,224. |
| 2000 | Ohio State University Comprehensive Cancer Center | Role of Endothelin-1 in Bone Formation Induced by Normal and Neoplastic Prostate Epithelium **Principal Investigator** | $10,000. |
| 1999 | Heska Corporation (736896) | Cloning and sequencing of canine oncofetal protein 55 **Co-Investigator** | $75,972. |
| 1999 | Office of International Studies, Ohio State University | Faculty International Travel Grant for collaboration with Dr. Hiroyuki Okada, Rakuno Gakuen University, Japan **Principal Investigator** | $1,500. |
| 1999-02 | Ohio State University College of Veterinary Medicine – Glenn Barber Funds for Graduate Student Stipend | Regulation of PTH and pathogenesis of hypocalcemia during endotoxemia **Co-Sponsor (with Dr. Catherine Kohn) of Ramiro Toribio, DVM** | $78,000. |
| 1999-00 | Ralston Purina Company | Vitamin D and cancer in dogs: An *in vitro* and clinical studies *Collaborator* | $26,765. |
| 1998-99 | Equine Research Funds State of Ohio (611487) | Measurement of parathyroid gland function and chief cell calcium set-point in healthy horses and horses with enterocolitis **Principal Investigator** | $14,988. |
| 1997-99 | USDA: Cooperative State Research, Education, and Extension Service (9703625) | Role of parathyroid hormone-related protein in lactation and neonatal development **Principal Investigator** | $166,667. |
| 1997-99 | Equine Research Funds State of Ohio | Pathogenesis of hypocalcemia in horses with toxic colitis **Co-Investigator** | $14,718. |
| 1997-99 | Canine Research Funds State of Ohio (611437) | Regulation of parathyroid hormone-related protein in canine squamous cell carcinoma **Principal Investigator** | $11,970. |

49

| Research And Graduate Education Support (Direct Costs Only) | | | |
|---|---|---|---|
| YEARS | AGENCY | TITLE | AMOUNT |
| 1997-98 | Columbus Zoo (734584) | Calcium-regulating hormones and bone remodeling in green iguanas **Principal Investigator** | $9,969. |
| 1997-99 | NIH: National Institute of Dental Research (R03 DE12267) | Transgenic *Cre-lox* Model for PTHrP Receptor Action in Bone **Collaborator** | $50,000. |
| 1996-99 | NIH: National Institute of Diabetes and Digestive and Kidney Diseases (F32 DK09294) | Parathyroid hormone-related protein in the Mammary Gland **Faculty Sponsor** for Susan F. Wojcik, DVM | $93,600. |
| 1995-97 | ProTyde Corporation (731329) | Purification and cloning of canine oncofetal protein-55 **Co-Investigator** | $284,864. |
| 1995-97 | Canine Research Funds State of Ohio (611424) | Isolation of the Genomic Promoter for Canine PTHrP and Analysis of its Activation in a Canine Squamous Carcinoma Cell Line **Principal Investigator** | $11,690. |
| 1994-99 | NIH: National Cancer Institute (1 R29 CA57607) | C/EBP Isoform Expression in Mammary Gland and Tumors **Co-Investigator** | $349,884. |
| 1994-95 | NIH: Shared Instrument Program (1 S10 RR09054) | Radiological Imaging of Planar Samples (PhosphorImager) **Co-Investigator** | $90,500. |
| 1994 | USDA Animal Health Research Funds | Parathyroid Hormone-Related Protein and the Lactating Bovine Mammary Gland **Principal Investigator** | $14,900. |
| 1993-96 | Glen Barber Fund (OSU) | Proteolytic Cleavage of Parathyroid Hormone-Related Protein at Sites of Basic Amino Acids **Faculty Sponsor** for Andrea Gröne, Dr.Vet.Med. | $88,450. |
| 1993-98 | NIH: NIAMS (1 K04 AR01923) Research Career Development Award | PTHrP in Normal and Neoplastic Keratinocytes **Principal Investigator** | $300,250. |
| 1993-95 | Canine Research Funds State of Ohio (611391) | Effects of Transforming Growth Factor-β on Parathyroid Hormone-Related Protein Expression in Canine Squamous Cell Carcinoma **Principal Investigator** | $9,200. |
| 1993 | NIH: National Cancer Institute (1 S15 CA62305) | Small Instrument Grant: Zeiss Cryosat **Principal Investigator** | $16,235. |
| 1992-97 | NIH: National Institute of Arthritis and Musculoskeletal and Skin Diseases (R29 AR40220) | Humoral Factor Interactions in Hypercalcemia of Cancer **Principal Investigator** | $350,000. |
| 1992-95 | NIH: National Institute for Dental Research (1 K11 DE00321) Physician Scientist Award | Regulation of Parathyroid Hormone-Related Protein **Co-Sponsor** with Dr. C.C. Capen for James R. Werkmeister, DDS | $402,453. |

| Research And Graduate Education Support (Direct Costs Only) | | | |
|---|---|---|---|
| YEARS | AGENCY | TITLE | AMOUNT |
| 1991-93 | Ohio State University Interdepartmental Research Program | Development of Drugs for Head and Neck Cancer **Co-Investigator** | $60,000. |
| 1991-93 | Pharmaceutical Manufacturers Association Foundation | Effects of Mithramycin on Bone Metabolism In Vivo and In Vitro **Principal Investigator** | $60,000. |
| 1991-93 | Canine Research Funds (Ohio State University College of Veterinary Medicine) | Characterization of Hypercalcemic Factors in Humoral Hypercalcemia of Malignancy in Dogs **Principal Investigator** | $12,570. |
| 1991-92 | Hildegard Doerenkamp Foundation, Zurich, Switzerland | Investigations of Cancer of the Terminal Intestine in Dogs **Principal Investigator** | $72,500. |
| 1991-92 | American Animal Hospital Association Foundation | Treatment of Hypercalcemia of Cancer in Dogs **Principal Investigator** | $10,000. |
| 1990-92 | Canine Research Funds (Ohio State University College of Veterinary Medicine) | Control of Canine Parathyroid Hormone-Related Protein Synthesis and Secretion **Principal Investigator** | $19,535. |
| 1990-91 | American Fund for Dental Health | Training fellowship for Laurie K. McCauley, DDS; PhD candidate **Co-sponsor** with Dr. C.C. Capen | $20,000. |
| 1990 | NIH: Small Instrumentation Grant | Centrifugal Vacuum Concentrator System **Principal Investigator** | $9,800. |
| 1990 | Ohio State University Research Challenge Grant | Identification and Production of cDNA Probes for Canine Parathyroid Hormone-Related Protein **Principal Investigator** | $10,906. |
| 1990 | Alpha Omega Foundation | Effects of Interleukin-1 on Mineralization In Vitro **Co-Principal Investigator** with Dr. John Horton; Dr. James Werkmeister, graduate student | $2,000. |
| 1989-90 | American Cancer Society, Ohio State University, Comprehensive Cancer Center | Transforming Growth Factors and Hypercalcemia of Cancer **Co-Investigator** | $10,000. |
| 1989-90 | Elsa U. Pardee Foundation | Parathyroid Hormone-Related Protein in the Pathogenesis of Humoral Hypercalcemia of Malignancy **Principal Investigator** | $53,320. |
| 1989-93 | NIH: National Institute of Dental Research (R01 DE08428) | Neurotransmitters and Inflammatory Mediators in Tooth Movement **Co-Investigator** | $1,012,450. |
| 1989-91 | NIH: National Institute of Diabetes, Digestive, and Kidney Disease (R01 DK4106) | Feline Retrovirus-Associated Endocrine Dysfunction **Co-Investigator** | $394,097. |
| 1989 | College of Dentistry, Ohio State University | The Effects of Interleukin-1$\beta$ on Mineralization of MC3T3-E1 cells **Co-Principal Investigator** with Dr. John Horton; Dr. Jim Werkmeister, graduate student | $2,500. |

51

| Research And Graduate Education Support (Direct Costs Only) | | | |
|---|---|---|---|
| YEARS | AGENCY | TITLE | AMOUNT |
| 1988-89 | Ohio State University Research Challenge | Effects of Infusion of Human Parathyroid Hormone-Related Protein (1-40) in Nude Mice **Principal Investigator** | $9,000. |
| 1988-90 | Canine Research Funds (OSU) | Identification of Hypercalcemic Proteins and Immunodiagnosis of Humoral Hypercalcemia of Malignancy in the Dog **Principal Investigator** | $25,000. |
| 1987-90 | NIH: National Institute of Child Health and Human Development (R01 HD21130) | Acute Regulation of Casein Secretion and Degradation **Co-Investigator** | $268,594. |
| 1985-88 | NIH: National Cancer Institute; National Research Service Award (I F32 CA07818) | Pathogenesis of Humoral Hypercalemia of Malignancy **Awardee** | $90,000. |
| 1987 | Ohio State University Seed Grant | Humoral Factors Associated with Humoral Hypercalcemia of Malignancy **Principal Investigator** | $15,000. |
| 1987 | American Cancer Society, Ohio State University, Comprehensive Cancer Center Grant | Characterization of Transforming Growth Factor Activity Associated with Humoral Hypercalcemia of Malignancy **Principal Investigator** | $6,000. |
| 1985-87 | Morris Animal Foundation (20322-55-00) | Treatment of Humoral Hypercalcemia of Malignancy in Dogs **Principal Investigator** | $36,500. |
| 1986 | Canine Research Funds (OSU) | Pathogenesis and Treatment of Humoral Hypercalcemia of Malignancy in Dogs-IV **Principal Investigator** | $7,500. |
| 1983-85 | Schering-Plough Foundation | Fellowship in Veterinary Pathology **Awardee** | $30,000. |
| 1985 | Canine Research Funds (OSU) | Pathogenesis and Treatment of Humoral Hypercalcemia of Malignancy in Dogs-III **Principal Investigator** | $7,500. |
| 1984 | Canine Research Funds (OSU) | Pathogenesis and Treatment of Humoral Hypercalcemia of Malignancy in Dogs-II **Principal Investigator** | $7,500. |
| 1983 | Biomedical Research Support Grant | Pathogenesis and Treatment of Humoral Hypercalcemia of Malignancy in Dogs-I **Principal Investigator** | $5,000. |
| **SUM OF DIRECT COSTS** | | | **$30,037,652.** |

## *Scholarly Manuscripts and Citation Data*

| *Research Manuscripts* |
|---|
| *Clinical Manuscripts* |
| *Review Papers* |
| *Book Chapters* |
| *Government White Papers* |
| *Research Administration Papers* |

Google Scholar Statistics:

| Total: | Citations: 8,703 | H-index: **49** | i10-index: **170** |
|---|---|---|---|
| Since 2012: | Citations: 3,786 | H-index: **29** | i10-index: **96** |

Citations per year



ResearchGate Manuscript Statistics:

| RG Score: | 97.5 Percentile |
|---|---|
| Reads: | 16,592 |
| Citations: | 6,917 |
| Profile views: | 1,199 |

### *Research Manuscripts*

2017
1.  Pitarresi JR, Liu X, Avendano AA, Sizemore GM, Cuitiño MC, Kladney RD, Mace TA, Chang JJ, Enis CS, Reeves R, Blackshaw S, Zhang J, Yu L, Fernandez SA, Frankel WL, Bloomston M, **Rosol TJ**, Lesinski GB, Konieczny SF, Wu J, Majumder S, Leone G, Song JW, Ostrowski MC. Disruption of stromal hedgehog signaling initiates RNF5-mediated proteosomal degradation of PTEN and accelerates pancreatic tumor origin. Nature Cell Biology, in review, 2017.

2.  Sizemore GM, Balakrishnan S, Trimboli AJ, Hammer AM, Sizemore ST, Cuitiño MC, Tozbikian G, Thies KA, Kladney RD, Shinde N, Park DJ, Woelke SA, Majumder S, Krishnan S, Yu L, Fernandez SA, Chakravarti A, Shields PG, White JR, Yee LD, **Rosol TJ**, Ludwig T, Park M, Leone G, Ostrowski MC. Stromal PTEN determines mammary epithelial response to radio-therapy. Nature Medicine, in review, 2017.

3.  Carey HA, Hildreth III BE, Geisler JA, Nickel MC, Cabrera J, Ghosh S, Jiang Y, Yan J, Lee J, Makam S, Young NA, Jarjour WN, Huang K, **Rosol TJ**, Toribio RE, Charles JF, Ostrowski MC, Sharma AM. An orthologous transcription factor network in osteoclasts predicts bone density. Journal of Clinical Investigation, in review, 2017.

4.  Laganà A, Dirksen WP, Supsavhad W, Yilmaz AS, Ozer HG, Feller JD, Croce CM, and **Rosol TJ**. Discovery and characterization of the feline miRNAome. Scientific Reports, in press, 2017.

5.  Carey HA, Hildreth III BE, Geisler JA, Nickel MC, Cabrera J, Ghosh S, Jiang Y, Yan J, Charles JF, Makam S, Young NA, Jarjour WN, Singh H, Huang K, **Rosol TJ**, Toribio RE, Aliprantis AO, Ostrowski MC, Sharma SM. A PU.1 regulated transcription factor network in osteoclasts is predicted by bone mineral density loci. Nature Medicine, in review, 2017.

6.  Kent LN, Bae S, Rakijas JB, Tsai S-Y, Chen H-Z, Westendorp B, Huntington J, Srivastava A, Senapati S, Koivisto C, Martin CK, Cuitiño MC, Perez M, Clouse J, Chokshi V, Hadjiyannis Y, Nolan E, Plevris E, Tang X, Shinde N, Kladney R, Huang K, Machiraju R, Fernandez S, **Rosol TJ**, Coppola V, Pipas JM, Schmidt C, de Bruin A, Leone G. Increased E2F transcriptional output caused by single copy number gains in E2f1/3b or losses in E2f7/8 lead to hepatocellular carcinoma. Cancer Discovery, in review, 2017.

7.  Wu J, Liu X, Pitarresi JR, Bravo V, Lu Y, Cuitiño MC, Kladney RD, Woelke S, Mace TA, Lordo M, Magal S, Zhang J, Yu L, McElroy J, Fernandez SA, DeWille JW, Bekaii-Saab T, Frankel WL, Bloomston M, Yee L, **Rosol TJ**, Lesinski GB, Shakya R, Ludwig T, Rodríguez-Barrueco R, Silva JM, Konieczny SF, Majumder S, Leone G, Ostrowski MC. Genetic ablation of Smoothened in tumor-associated fibroblasts promotes pancreatic cancer initiation. Cancer Discovery, in review, 2017.

8.  Esser AK, Rauch D, Xiang J, Harding J, Kohart N, Ross M, Su X, Wu K, Huey D, Xu Y, Green P, **Rosol TJ**, Niewiesk S, Ratner L, Weilbaecher K. HTLV-1 viral oncogene HBZ induces osteolytic bone disease in transgenic mice. Oncotarget, in press, 2017.

9.  Council N, Dyce J, Drost WT, de Brito Galvao JF, **Rosol TJ**, Chew DJ. Bilateral patellar fractures and increased cortical bone thickness associated with long-term oral alendronate treatment in a cat. Journal of Feline Medicine and Surgery, in press, 2017.

10. Kohart NA, Elshafae SM, Breitbach JT, **Rosol TJ**. Animal models of cancer-associated hypercalcemia. Veterinary Sciences, 4, 21, doi:10.3390/vetsci4020021, 2017.

11. Lundberg AP, Francis JM, Pajak M, Parkinson E, Wycislo KL, Rosol TJ, Brown ME, London Ca, Dirikolu L, Hergenrother PJ, Fan TM. Pharmacokinetics and derivation of an anticancer dosing regimen for the novel anti-cancer agent isobutyl-deoxynyboquinone (IB-DNQ), a NQO1 bioactivatable molecule, in the domestic felid species. Investigational New Drugs, 35(2): 134-144, 2017.

12. Hildreth III BE, Birchard SJ, **Rosol TJ**, Drost WT. Appendicular extraskeletal mesenchymal chondrosarcoma in a dog. Journal of the Veterinary Medical Association, in press, 2017.

13. Elshafae SM, Kohart NA, Alstadt LA, Dirksen WP, **Rosol TJ**. The Effect of a Histone Deacetylase Inhibitor (AR-42) on Canine Prostate Cancer Growth and Metastasis. The Prostate, on-line Feb 09, 2017.

14. Kent LN, Bae S, Rakijas JB, Tsai S-Y, Tang X, Srivastava A, Koivisto C, Martin CK, Ridolfi E, Miller G, Zorko S, Plevris E, Hadjiyannis Y, Perez M, Nolan E, Kladney R, Westendorp B, de Bruin A, Fernandez S, **Rosol TJ**, Pohar K, Pipas JM, Leone G. Dosage-dependent copy number gains in E2f1 and E2f3 drive HCC. Journal of Clinical Investigation, 3:830-842, 2017.

15. Yao H, He G, Yan S, Chen C, Song L, **Rosol TJ**, Deng X. Triple-Negative Breast Cancer: Is There a Treatment on the Horizon? Oncotarget, 8(1): 1913-1924, 2017.

16. Hassan BB, Elshafae SM, Supsavhad W, Simmons JK, Dirksen WP, Sokkar SM, **Rosol TJ**. Feline mammary cancer: Novel nude mouse models and molecular characterization of invasion and metastasis genes, Veterinary Pathology, 54(1): 32-43, 2017. https://www.ncbi.nlm.nih.gov/pubmed/27281014

2016

17. Lundberg AP, Francis JM, Pajak M, Parkinson EI, Wycislo KL, **Rosol TJ**, Brown ME, London CA, Dirikolu, L, Hergenrother PJ, Fan TM. Pharmacokinetics and derivation of an anticancer dosing regimen for the novel anti-cancer agent isobutyl-deoxynyboquinone (IB-DNQ) in the domestic felid species. Investigational New Drugs, on-line, Dec 14, 2016.

18. Fradet A, Bouchet M, Delliaux C, Gervais M, Kan C, Benetollo C, Pantano F, Vargas G, Bouazza L, Croset M, Bala Y, Leroy X, Rieusset J, **Rosol TJ**, Bellahcène A, Castronovo V, Clézardin P, Aubin J, Duterque-Coquillaud M, Bonnelye E. Estrogen related receptor alpha in castration-resistant prostate cancer cells promotes tumor progression in bone. Oncotarget, 47(7): 77071-86, 2016.

19. Supsavhad W, Dirksen WP, Hildreth III BE, **Rosol TJ**. p16, pRb, and p53 in feline oral squamous cell carcinoma. Veterinary Sciences. 3(3), epub Aug. 18, 2016, 2016. doi:10.3390/vetsci3030018

20. Cope FO, Abbruzzese B, Sanders J, Metz W, Sturms K, Ralph D, Blue M, Zhang J, Bracci P, Bshara W, Behr S, Maurer T, Williams K, Walker J, Beverly A, Blay B, Damughatla A, Larsen M, Mountain C, Neylon E, Parcel K, Raghuraman K, Ricks K, Rose L, Sivakumar A, Streck N, Wang B, Wasco C, Williams A, Schlesinger LS, Azad A, Rajaram MV, Jarjour W, Young N, **Rosol TJ**, McGrath M. The inextricable axis of targeted diagnostic imaging and therapy: An immunological natural history approach. Nuclear Medicine and Biology, 43(3):215-225, 2016.

21. Liu X, Pitarresi JR, Cuitiño MC, Kladney RD, Woelke SA, Sizemore GM, Nayak SG, Egriboz O, Schweickert PG, Yu L, Trela S, Schilling DJ, Halloran SK, Li M, Dutta S, Fernandez S, **Rosol TJ**, Lesinski GB, Shakya R, Ludwig T, Konieczny SF, Leone G, Wu J, Ostrowski MC. Genetic Ablation of Smoothened in Pancreatic Fibroblasts Increases Acinar-Ductal Metaplasia. Genetic ablation of Smoothened in tumor-associated fibroblasts promotes pancreatic cancer initiation. Genes and Development, 30(17):1943-1955, 2016. https://www.ncbi.nlm.nih.gov/pubmed/27633013

22. Pitarresi JR, Liu X, Sharma SM, Cuitiño MC, Kladney RD, Mace TA, Donohue S, Nayak SG, Qu C, Lee J, Woelke SA, Trela S, LaPak K, Yu L, McElroy, J, **Rosol TJ**, Shakya R, Ludwig T, Lesinski GB, Fernandez S, Konieczny SF, Leone G, Wu J, Ostrowski MC. Stromal ETS2 Regulates Chemokine Production and Immune Cell Recruitment during Acinar-to-Ductal Metaplasia. Neoplasia, 18(9):541-552, 2016. https://www.ncbi.nlm.nih.gov/pubmed/27659014

23. Kent LN, Rakijas JB, Pandit SK, Westendorp B, Chen H-Z, Huntington JT, Tang X, Bae S, Srivastava A, Senapati S, Koivisto C, Martin CK, Cuitiño MC, Perez M, Clouse, JM, Chokshi V, Shinde N, Kladney R, Sun D, Perez-Castro A, Matondo RB, Nantasanti S, Mokry M, Huang K, Machiraju R, Fernandez S, **Rosol TJ**, Coppola V, Pohar KS, Pipas JM, Schmidt CR, de Bruin A, Leone G. E2f8 mediates tumor suppression in postnatal liver development. Journal of Clinical Investigation, 126(8), 2955-2969, 2016. https://www.ncbi.nlm.nih.gov/pubmed/27454291

24. Elmore SA, Dixon D, Hailey JR, Harada T, Herbert RA, Maronpot RR, Nolte T, Rehg JE, Rittinghausen S, **Rosol TJ**, Satoh H, Vidal JD, Willard-Mack CL, Creasy DM. Recommendations from the INHAND Apoptosis/Necrosis Working Group. Journal of Toxicologic Pathology, 44(2), 173-188, 2016. https://www.ncbi.nlm.nih.gov/pubmed/26879688

25. Faukner LR, Rabb H, Adesida I, Arvin A, Bierber BE, Bruel JD, Canizares C, Casdevall A, Cole JR, Ellis L, Grant GE, Haywood JR, Joffe S, Korn D, Louis CF, Robinson DW, **Rosol TJ**, Shapiro S. Optimizing the Nation's Investment in Academic Research: A New Regulatory Framework for the 21st Century, Part 2. National Academy Press, pp. 1-130, 2016. https://www.nap.edu/read/21824/chapter/1

26. Elshafae SM, Hassan BB, Supsavhad W, Dirksen WP, Carmiener RY, Ding H, Tweedle M, **Rosol TJ**. Gastrin-releasing peptide receptor (GRPr) Induces EMT, growth, and invasion in canine prostate cancer, The Prostate, 76, 796-809, 2016. https://www.ncbi.nlm.nih.gov/pubmed/26939805

27. Ding H, Kothandaraman S, Gong L, Williams MM, Dirksen WP, **Rosol TJ**, Tweedle MF. A human GRPr-transfected Ace-1 canine prostate cancer model in mice. The Prostate, 76, 783-795, 2016. https://www.ncbi.nlm.nih.gov/pubmed/26940014

28. Supsavhad W, Dirksen WP, Martin CK, **Rosol TJ**. Animal models of head and neck squamous cell carcinoma. The Veterinary Journal, 210, 7-16, 2016. https://www.ncbi.nlm.nih.gov/pubmed/26965084

2015
29. Hildreth III BE, Hernon KM, Dirksen WP, Leong J, Supsavhad W, Fial MJ, Boyaka PN, **Rosol TJ**, Toribio RE. Deletion of the nuclear localization sequence and C-terminus of PTHrP decreases osteogenesis and chondrogenesis but increases adipogenesis and myogenesis in murine mesenchymal stem cells. Journal of Tissue Engineering, 6:1-17, 2015.

30. Caserta E, Egriboz O, Martin CK, Wang H, Pecot T, Kladney R, Shen C, Pham T, Karikomi MK, Mauntel MJ, Majumder S, Cuitino MC, Yu L, Wallace J, Mo X, Hallett M, Park M, Fernandez SA, Pilarski R, La Perle KMD, **Rosol TJ**, Cohn D, O'Malley D, Goodfellow P, Chamberlin H, McCrae E, Shapiro C, Ostrowski MC, and Leone G. Knockin mice with a C2 domain missense mutation exposes an Akt-independent tumor suppressor role of PTEN. Genes and Development, 29(16): 1707-1720, DOI: 10.1101/gad.262568.115, 2015.

31. Brown ME, Bear MD, **Rosol TJ**, Premanandan C, Kisseberth WC, London CA. Characterization of STAT3 expression, signaling and inhibition in feline oral squamous cell carcinoma. BMC Veterinary Research, published on-line, DOI 10.1186/s12917-015-0505-7, 2015.

32. Hildreth III BE, **Rosol TJ**, Toribio RE. PTHrP 1-34 enhances engraftment and bone mass in ectopically transplanted vertebrae (vossicle model). Transgenic Research, 24(6): 955-969, DOI 10.1007/s11248-015-9901-9, 2015.

33. Simmons JK, Dirksen WP, Hildreth III BE, Supsavhad W, Elshafae SM, Toribio RE, **Rosol TJ.** Animal Models of Bone Metastasis. Veterinary Pathology, 52(5):827-841, 2015.

34. Vahle JL, Byrd RA, Blackbourne JL, Martin JA, Sorden SD, Ryan T, Pienkowski T, **Rosol TJ**, Snyder P and Klöppel G. Effects of dulaglutide, a long-acting GLP-1 receptor agonist, on the exocrine pancreas of cynomolgus monkeys. Journal of Toxicologic Pathology, 43(7):1004-1014, 2015.

35. Byrd RA, Sorden SD, Ryan T, Pienkowski T, LaRock R, Wijsman J, Smith H, Blackbourne JL, **Rosol TJ**, Long G, Martín JA, Vahle JL. Chronic toxicity and carcinogenicity studies of the long-acting GLP-1 receptor agonist dulaglutide in rodents. Endocrinology, 156(7): 2417-2428, 2015.

36. Vahle JL, Byrd RA, Blackbourne JL, Martin JA, Sorden SD, Ryan T, Pienkowski T, Wijsman J, Smith HW, **Rosol TJ**. Effects of dulaglutide on thyroid C cells and serum calcitonin in male monkeys. Endocrinology, 156(7), 2409-2416, 2015.

37. Faukner LR, Rabb H, Adesida I, Arvin A, Bierber BE, Bruel JD, Canizares C, Casdevall A, Cole JR, Ellis L, Grant GE, Haywood JR, Joffe S, Korn D, Louis CF, Robinson DW, **Rosol TJ**, Shapiro S. Optimizing the Nation's Investment in Academic Research: A New Regulatory Framework for the 21st Century, Part 1. National Academy Press, pp. 1-130, 2015.

38. Li H, He G, Yao H, Song L, Zeng L, Liu J, Chen Y, **Rosol TJ**, Deng X. Transforming growth factor-β induces degradation of parathyroid hormone-related protein through the ubiquitin-proteasome system in hepatocellular carcinoma cells. Journal of Cancer, 6(6):511-518, 2015.

39. Parviainen S, Autio K, Vähä-Koskela M, Guse K, Pesonen S, **Rosol TJ**, Zhao F, Hemminki A. Incomplete but infectious vaccinia virions produced in the absence of oncolysis in feline SCCF1 cells. PLOS ONE, 10(3):e0120496. DOI:10.1371/journal.pone.0120496, 2015.

40. Kamr A, Dembek K, Reed S, Slovis N, Zaghawa A, **Rosol TJ**, Toribio RE. Vitamin D metabolites and their association with calcium, phosphorus, and PTH concentrations, severity of illness, and mortality in hospitalized equine neonates. PLOS ONE, 10(6):e0127684. DOI:10.1371/journal.pone.0127684, 2015.

41. Elmore SA, Cora MC, Gruebbel MM, Hayes SA, Hoane JS, Koizumi H, Peters R, **Rosol TJ**, Singh BP, Szabo KA. Proceedings of the 2014 National Toxicology Program satellite symposium. Toxicologic Pathology, Nov. 9 ePub, 43(1):10-40, 2015.

42. Martin CK, Dirksen WP, Carlton MM, Lanigan LG, Pillai SP, Werbeck JL, Simmons JK, Hildreth III BE, London CA, Toribio RE, **Rosol TJ**. Combined zoledronic acid and meloxicam reduced bone loss and tumor growth in an orthotopic mouse model of bone-invasive oral squamous cell carcinoma. Veterinary and Comparative Oncology, 13(3): 203-217, 2015. PMC3751980.

2014
43. Min Y, Liu Y, Poojari Y, Zhou M, Wu J-C, Hildreth III, BE, **Rosol TJ**, Epstein AJ. Self-doped

polyaniline-based interdigitated electrodes for electrical stimulation of osteoblast cell lines. Synthetic Metals. 198:308-313, 2014.

44. Simmons JK, Elshafae SM, Keller ET, McCauley LK, **Rosol TJ**. Review of Animal Models of Prostate Cancer Bone Metastasis. Veterinary Science, 1, 16-39, 2014.

45. Simmons JK, Dirksen WP, Hildreth III BE, Dorr C, Williams C, Thomas R, Breen M, Toribio RE, **Rosol TJ**. Canine Prostate Cancer Cell Line (Probasco) Produces Osteoblastic Metastases in Vivo. The Prostate, 74(13):1251-1265, 2014.

46. Wallace JA, Pitarresi J, Sharma N, Palettas M, Cuitiño MC, Sizemore ST, Yu L, Sanderlin A, **Rosol TJ**, Mehta KD, Sizemore GM and Ostrowski MC. Protein Kinase C beta in the tumor microenvironment promotes mammary tumorigenesis. Frontiers in Oncology (Molecular and Cellular Oncology), 4:87 (online, 10 pages), 2014.

47. Yang T, Liu J, Luo F, Lin Q, **Rosol TJ**, Deng X. Anticancer properties of Monascus metabolites. Anti-cancer Drugs, 25(7):735-744, 2014.

48. Harshman SW, Hoover ME, Huang C, Branson OE, Chaney SB, Cheney CM, **Rosol TJ**, Shapiro CL, Huebner K, Wysocki VH, Freitas MA. Histone H1 phosphorylation in breast cancer. Journal of Proteome Research, 13(5):2453-2467, 2014.

49. Wu LY, Johnson JM, Simmons JK, Mendes DE, Geruntho JJ, Liu T, Dirksen WP, **Rosol TJ**, Davis WC, and Berkman CE. Biochemical characterization of prostate-specific membrane antigen from canine prostate carcinoma cells. The Prostate, 74(5):451-457, 2014.

50. Volakis LI, Li R, Ackerman IV WE, Mihai C, Bechel M, Summerfield TL, Ahn C, Powell HM, **Rosol TJ**, Ghadiali SN, Kniss DA. Loss of myoferlin redirects breast cancer cell motility towards collective migration. PLoS One, 9(2), 1-13, e86110, 2014.

51. Werbeck JL, Thudi NK, Martin CK, Yu L, Ostrowski MC, **Rosol TJ**. Tumor Microenvironment Regulates Metastasis and Metastasis Genes of Mouse MMTV-PymT Mammary Cancer Cells In Vivo. Veterinary Pathology, 51(4):868-881, 2014. (includes podcast interview)

2013

52. Cope F, Metz W, Pykett M, Blue M, Potter B, Colborn D, Abbruzzese B, Shuping J, Reininger C, Azad A, Rajaram M, Schlesinger L, Jarjour W, **Rosol T**, Toribio R, McGrath M, Huysentruyt L, Zhang R, and Bracci P.. Nature, 502(7473): Supplement: Medical Imaging, 31 October 2013. http://www.nature.com/nature/outlook/medical-imaging/pdf/navidea-white-paper.pdf

53. Wallace JA, Li F, Balakrishnan S, Cantemir-Stone CZ, Pecot T, Martin CK, Kladney R, Sharma LI, Trimboli AJ, Fernandez SA, Yu L, **Rosol TJ**, Stromberg PC, Lesurf R, Hallett M, Park M, Leone G, Ostrowski MC. Ets2 in tumor fibroblasts promotes angiogenesis in breast cancer, PLoS One, 8(8), e71533, 2013. PMC3745457.

54. Axiak-Bechtel SM, Kumar SR, Dank KK, Clarkson, NA, Selting KA, Bryan JN, **Rosol TJ**, Espinosa J, Decedue CJ. Antitumor activity of nanoparticulate paclitaxel in aggressive prostate cancer in vivo. Investigational New Drugs, 31(6):1609-1615, 2013.

55. Sneh A, Deol YS, Ganju A, Shilo K, **Rosol TJ**, Nasser MW, Ganju RK. Differential role of psoriasin (S100A7) in estrogen receptor alpha positive and negative breast cancer cells occur through actin remodeling. Breast Cancer Research and Treatment, 138(3):727-739, 2013. PMID: 23535840.

56. Yee LD, Agarwal D, **Rosol TJ**, Lehman A, Tian M, Hatton J, Heestand J, Belury MA, Clinton SK. The inhibition of early stages of HER-2/neu-mediated mammary carcinogenesis by dietary n-3 PUFAs. Molecular Nutrition and Food Research, 57(2):320-327, 2013. PMID: 23213007.

57. **Rosol TJ**. On-target effects of GLP-1 receptor agonists on thyroid C cells in rats and mice. Toxicologic Pathology, 41(2): 303-309, 2013. PMID: 23471186.

58. Everds NE, Snyder PW, Bailey KL, Bolon B, Creasy DM, Foley GL, **Rosol TJ**, Sellers T. Interpreting stress responses during routine toxicity studies: A review of the biology, impact, and assessment. Toxicologic Pathology, 41(4):560-614, 2013. PMID: 23475558.

59. Keller JM, Schade GR, Ives K, Cheng X, **Rosol TJ**, Piert M, Siddiqui J, Roberts WW, Keller ET. A novel canine model for prostate cancer. The Prostate, 73(9):952-959, 2013. PMID: 23335024.

2012

60. Aggarwal R, Lu J, Kanji S, Joseph M, Das M, Noble GJ, McMichael BK, Agarwal S, Hart RT, Sun Z, Lee BS, **Rosol TJ**, Jackson R, Mao H-Q, Pomplii VJ, Das H. Human umbilical cord blood-derived CD34+ stem cells reverse osteoporosis in NOD/SCID mice by altering osteoblastic and osteoclastic activities. Plos One, 7(6), e39365, 2012. PMC3377665.

61. Bronisz A, Godlewski J, Wallace JA, Merchant AS, Nowicki, MO, Mathsyaraja H, Srinivasan R, Trimboli AJ, Martin CK, Li F, Yu L, Fernandez SA, Pecot T, **Rosol TJ**, Cory S, Hallett M, Park M, Piper MG, Marsh CB, Yee LD, Jimenez RE, Nuovo G, Lawler SE, Chiocca EA, Leone G, Ostrowski MC. Reprogramming of the tumour microenvironment by stromal PTEN-regulated miR-320. Nature Cell Biology, 14: 159-167, 2012. PMC3271169.

62. Stanislaus D, Andersson H, Chapin R, Creasy D, Ferguson D, Gilbert M, **Rosol TJ**, Boyce RW, Wood CE. Society of Toxicologic Pathology Position Paper: Review Series: Assessment of Circulating Hormones in Nonclinical Toxicity Studies: General Concepts and Considerations. Toxicologic Pathology, 40: 943-950, 2012. PMID: 22569585.

63. Schade GR, Keller J, Ives K, Cheng X, **Rosol TJ**, Keller ET, Roberts WW. Histotripsy focal ablation of implanted prostate tumor in an Ace-1 canine cancer model. Journal of Urology, 188: 1957-1964, 2012. PMC: 4296596.

64. Luchin AI, Nadella MVP, Thudi NK, Dirksen WP, Gulati P, Fernandez SA, **Rosol TJ**. AU-rich elements in the 3'-UTR regulate the stability of the 141 amino acid isoform of parathyroid hormone-related protein mRNA. Molecular and Cellular Endocrinology 364, 105-112, 2012. PMC3529141.

65. Wise-Milestone L, Akens MK, **Rosol TJ**, Hojjat SP, Grynpas MD, Whyne CM. Evaluating the effects of mixed osteolytic/osteoblastic metastasis on vertebral bone quality in a new rat model. Journal of Orthopedic Research, 30: 817-823, 2012. PMID: 22025272.

66. **Rosol TJ**, Shadduck J. *Veterinary Pathology* under the microscope: planning for the future. Veterinary Pathology, 49: 420-421, 2012.

67. Berman-Booty LD, Sargeant AM, **Rosol TJ**, Rengel RC, Clinton SK, Chen C-S, Kulp SK. A review of existing grading schemes and a proposal for a modified grading scheme for prostatic lesions in TRAMP mice. Toxicologic Pathology, 40: 5-17, 2012. PMID: 22021166.

68. Martin CK, Dirksen WP, Shu ST, Werbeck JL, Thudi NK, Yamaguchi M, Wolfe TD, Heller KN, **Rosol TJ**. Characterization of Bone Resorption in Novel In Vitro and In Vivo Models of Oral Squamous Cell Carcinoma. Oral Oncology, 48(6): 491-499, 2012. PMC3350825.

69. Shu SS, Dirksen WP, Martin CK, Thudi NK, Lanigan LM, Fernandez SA, Werbeck JL, **Rosol TJ**. Effects of parathyroid hormone-related protein and macrophage inflammatory protein-1alpha in Jurkat T-cells on tumor formation in vivo and expression of apoptosis regulatory genes in vitro. Leukemia and Lymphoma, 53: 688-698, 2012. PMC3314295.

70. Novince CM, Michalski CM, Sinder B, Entezami P, Koh AJ, Eber MR, Pettway G, **Rosol TJ**, Wronski T, Kozloff K, McCauley LK. Proteoglycan-4: A dynamic regulator of skeletogenesis and PTH skeletal anabolism. American Journal of Bone and Mineral Research, 27(1):11-25, 2012. PMID: 21932346.

2011

71. Novince CM, Koh AJ, Michalski CM, Marchesan JT, Wang J, Jung Y, Berry JE, Eber MR, **Rosol TJ**, Taichman RS, McCauley LK. Proteoglycan-4, a novel immunomodulatory factor, regulates parathyroid hormone actions on hematopoiesis. American Journal of Pathology, 179(5):2431-42, 2011. PMC3204095.

- Chosen for the inaugural JBMR video abstract: www.asbmr.org/Publications/News/NewsDetail.aspx?cid=e9b37f7b-0cf0-4481-b38f-11e4632daf54

72. Shu ST, Dirksen WP, Weilbaecher KN, **Rosol TJ**. Mechanisms of humoral hypercalcemia of malignancy in leukemia/lymphoma, in 'T-Cell Leukemia', Babusikova O, Dovat S, Payne KJ (eds.), InTech (publisher), pp. 181-206, 2011. ISBN 978-953-307-400-9 (open source http://www.intechopen.com/books/show/title/t-cell-leukemia and hard cover)

73. Li X, Liao J, Park, S-I, Koh A, Pienta KJ, **Rosol TJ**, McCauley LK, Drugs which inhibit osteoclast function suppress tumor growth through calcium reduction in bone. Bone, 48:1354-1361, 2011. PMC3457787.

74. Lorch G, Viatchenko-Karpinski S, Ho H-T, Dirksen WP, Toribio RE, Foley J, Gyorke S, **Rosol TJ**. The calcium-sensing receptor is necessary for the rapid development of hypercalcemia in human lung squamous cell carcinoma. Neoplasia, 13(5): 428-438, 2011. PMC3084619.

75. Wolfe TD, Pillai SP, Hildreth, BE III, Lanigan LM, Martin CK, Werbeck JL, and **Rosol TJ**. Effect of zoledronic acid and amputation on bone invasion and lung metastasis of canine osteosarcoma in nude mice. Clinical and Experimental Metastasis, 28:377-389, 2011. PMC4284437.

76. Thudi NK, Shu ST, Martin CK, Lanigan LM, Nadella MVP, Van Bokhoven A, Werbeck JL, Simmons JK, Murahari S, Kisseberth WC, Breen M, Williams C, Chen C-S. McCauley LK, Keller ET, **Rosol TJ**. Development of a Brain Metastatic Canine Prostate Cancer Cell Line. The Prostate, 1251-1263, 2011. PMC3139788.

77. Martin CK, Tannehill-Gregg SH, **Rosol TJ**. Bone-invasive oral squamous cell carcinoma in cats: Pathology and expression of parathyroid hormone-related protein. Veterinary Pathology, 48:302-312, 2011. PMID: 20940448.

78. Thudi NK, Martin CK, Murahari S, Shu SS, Lanigan LM, Werbeck JL, Keller ET, McCauley LK, Pinzone JJ, **Rosol TJ**. Dickkopf-1 (DKK-1) stimulated prostate cancer growth and metastasis and inhibited bone formation in osteoblastic bone metastasis. The Prostate, 71:615-625, 2011. PMC3025080.

2010

79. Martin CK, Werbeck JL, Thudi NK, Lanigan LM, Wolfe TD, Toribio RE, Rosol TJ. Zoledronic acid reduces bone loss and tumor growth in an orthotopic xenograft model of osteolytic oral squamous cell carcinoma. Cancer Research, 70(21): 8607-8616, 2010. PMC2970642.

- Chosen as best national basic research manuscript by the veterinary Phi Zeta society.

80. Zabuawala T, Taffany DA, Sharma SM, Merchant A, Adair B, Srinivasan R, **Rosol TJ**, Fernandez S, Huang K, Leone G, Ostrowski MC. An Ets2-driven transcriptional program in tumor-associated macrophages promotes tumor metastasis. Cancer Research, 70 (4):1323-33, 2010. PMC2822898.

81. Rauch DA, Hurchla MA, Harding JC, Deng H, Shea LK, Eagleton MC, Niewiesk S, Lairmore MD, Piwnica-Worms D, **Rosol** TJ, Weber JD, Ratner L, Weilbaecher KN. ARF regulated bone remodeling is a therapeutic target for prevention of osteosarcoma. Plos One, 5 (12), e15755, 2010. PMC3012707.

82. **Rosol TJ**. Common endocrine diseases in domestic animals. Acta Clin. Croat. 49(2):221, 2010.

83. Toribio RE, Brown HA, Novince CM, Lanigan LM, Werbeck JL, Shu, ST, Lorch G, Carlton M, Foley J, Bokaya P, McCauley LK, **Rosol TJ**, The mid-region, nuclear localization sequence and C-terminus of PTHrP regulate skeletal morphogenesis, hematopoiesis, and viability. FASEB Journal, 24 (6): 1947-1957, 2010. PMC3140789.

84. Hildreth III BE, **Rosol TJ**, Toribio R. PTHrP 1-141 and 1-86 increase in vitro bone formation. Journal of Surgical Research, 162 (2):e9-17, 2010. PMC2921615.

85. Wang H, Karikomi M, Naidu S, Rajmohan R, Caserta E, Chen HZ, Rawahneh M, Moffitt J, Stephens, Fernandez SA, Weinstein M, Wang,D, Sadee,W, La Perle K, Stromberg P, **Rosol TJ**, Eng C, Ostrowski MC, Leone G. Allele-specific tumor spectrum in Pten knockin mice. Proceedings of the National Academy of Sciences, USA, 107 (11): 5142-5147, 2010. PMC2841921.

86. Rourke KM, Coe S, Kohn CW, **Rosol TJ**, Mendoza FJ, Toribio RE. Cloning, comparative sequence analysis and mRNA expression of calcium-transporting genes in horses. General and Comparative Endocrinology, 167 (1): 6-10, 2010. PMID: 20226785.

87. Shu ST, Martin CK, Thudi NK, Dirksen WP, **Rosol TJ**. Osteolytic bone resorption in adult T-cell leukemia/lymphoma. Leukemia & Lymphoma, 51 (4): 702-714, 2010. PMC3140789.

2009

88. Trimboli AJ, Cantemir-Stone CZ, Locally invasive F, Wallace, Thompson JC, Caserta E, Creasap N, Naidu S, Wei G, Sharma Skin mass, Fernandez SA, Stephens, Gurcan, Weinstein M, **Rosol TJ**, Stromberg PC, Robinson ML, Ostrowski MC and Leone G. *Pten* in Stromal Fibroblasts Suppresses Mammary Epithelial Tumors. Nature, 461(7267), 1084-1091, 2009. PMC2767301.

89. Parrula C, Zimmerman B, Nadella MVP, Shu S, **Rosol TJ**, Fernandez S, Lairmore ML, Niewiesk S. Expression of tumor invasion factors determines systemic engraftment and induction of humoral hypercalcemia of malignancy in a mouse model of adult T-cell leukemia. Veterinary Pathology, 46:1003-1014, 2009. PMC2852243.

90. Rourke KM, Kohn CW, Levine AL, **Rosol TJ**, Toribio RT. Rapid calcitonin response to experimental hypercalcemia in healthy horses. Domestic Animal Endocrinology, 36(4): 197-201, 2009. PMID:19135828.

91. **Rosol TJ**, Moore RM, Saville WJA, Oglesbee MJ, Rush LJ, Mathes LE, Lairmore MD. The need for veterinarians in biomedical research. Journal of Veterinary Medical Education, 36(1): 70-75, 2009. PMC2852242.

92. Buss DD, Atchison ML, Corps KN, Falkowski LB, Fox JG, Hendricks JC, Mexas AM, **Rosol TJ**, Stromberg, BE. Veterinarians in biomedical research: Building national capacity. Journal of Veterinary Medical Education, 36(1): 62-69, 2009. PMID:19435991.

93. Xu Z, Hurchla MA, Deng H, Uluckan O, Bu F, Berdy A, Eagleton MC, Heller EA, Floyd DH, Dirksen WP, Shu S, Tanaka Y, Fernandez SA, **Rosol TJ**, Weilbaecher KN. Interferon-gamma targets cancer cells and osteoclasts to prevent tumor associated bone loss and bone metastases. Journal of Biological Chemistry, 284(7):4658-4666, 2009. PMC2640973.

94. Pinzone JJ, Hall BM, Thudi NK, Vonau M, Qiang YW, **Rosol TJ**, Shaughnessy Jr JD. The role of Dickkopf-1 in bone development, homeostasis and disease. Blood, 113(3): 517-525, 2009. PMC2628360.

2008

95. Lairmore M, **Rosol T**. Dr. Charles C. Capen-an enduring legacy in veterinary pathology. Veterinary Pathology, 45(3): 285-286, 2008. PMID:18487482.

96. Studebaker AW, Werbeck JL, Sasser AK, Huang T, Chan MWY, Marini FC, **Rosol TJ**, and Hall BM. Fibroblasts isolated from common sites of breast cancer metastasis enhance cancer cell growth rates in an interleukin-6-dependent manner. Cancer Research (with cover photo), 68(21): 9087-9095, 2008. PMID:18974155.

97. Tsai S-Y, Opavsky R, Sharma N, Wu L, Naidu S, Nolan E, Feria-Aias E, Timmers C, Opavska J, de Bruin A, Chong J-L, Trikha P, Stromberg P, **Rosol TJ**, Leone G. Mouse development with a single E2F activator. Nature, 454:1137-1141, 2008. PMID:18594513.

98. Liao J, Li X, Koh AJ, Berry JE, Thudi N, **Rosol TJ**, Pienta KJ, McCauley LK. Tumor expressed PTHrP facilitates prostate cancer-induced osteoblastic lesions. International Journal of Cancer, 123: 2267-78, 2008. PMID:18729185.

99. Nadella MVP, Shu S, Dirksen WP, Thudi NK, Nadella KS, Fernandez SA, Lairmore MD, Green PL, **Rosol TJ**. Expression of parathyroid hormone-related protein during immortalization of human peripheral blood mononuclear cells by HTLV-1: Implications for transformation. Retrovirology, 5:46 (12 pages), 2008. PMC2435116.

100. Trimboli AJ, Fukino K, de Bruin A, Wei G, Shen L, Tanner S, Creasap N, **Rosol TJ**, Robinson ML, Eng C, Ostrowski MC, Leone G. Direct evidence for epithelial-mesenchymal transitions in breast cancer. Cancer Research, 68(3):937-945, 2008. PMID:18245497.

101. Thudi NK, Martin CK, Nadella MVP, Dirksen WP, Werbeck JL, **Rosol TJ**. Zoledronic acid decreased osteolysis but not bone metastasis in a nude mouse model of canine prostate cancer with mixed bone lesions, The Prostate, 68:1116-1125, 2008. PMC2832740.

102. Nadella MVP, Kisseberth WC, Nadella KS, Thudi NK, Thamm DH, McNeil EA, Yilmaz A, Boris-Lawrie K, **Rosol TJ**, NOD/SCID mouse model of canine T-cell lymphoma with humoral hypercalcemia of malignancy: cytokine gene expression profiling and in vivo bioluminescent imaging. Veterinary and Comparative Oncology 6(1):39-54, 2008. PMC2832741.

2007

103. Shu S, Nadella MVP, Dirksen WP, Fernandez SA, Thudi NK, Werbeck JL, Lairmore MD, **Rosol TJ**. A Novel Bioluminescent Mouse Model and Effective Therapy for Adult T-Cell Leukemia/Lymphoma. Cancer Research, 67(24):11859-66, 2007. PMC2832603.

104. Lairmore MD, Oglesbee M, Weisbrode SE, Wellman M, **Rosol TJ**, Stromberg P. Developing and fostering a dynamic program for training in veterinary pathology and clinical pathology: Veterinary students to post-graduate education, Journal of Veterinary Medical Education, 34(4): 464-472, 2007. PMC3057672.

105. Heller DA, Fan TM, de Lorimier, Charney, Barger AM, Tannehill-Gregg SH, **Rosol TJ**, and Wallig MA. COX-2 in cancer: A critical comparison of protein expression and in vitro enzymatic activity. Journal of Veterinary Internal Medicine, 21(5):1048-1055, 2007. PMID:17939563.

106. Kisseberth WC, Nadella MVP, Breen M, Thomas R, Duke SE, Murahari S, Kosarek CE, Vernau W, Avery AC, Burkhard MJ, **Rosol TJ**. A novel canine lymphoma cell line: a translational and comparative model for lymphoma research. Leukemia Research, 31(12)1709-1720, 2007. PMID:17532464.

107. Liu J, Li J, **Rosol TJ**, Pan X, Voorhees JL. Biodegradable nanoparticles for targeted ultrasound imaging of breast cancer cells *in vitro*. Physics in Medicine and Biology, **52**:4739–4747, 2007. PMID:17671332.

108. Lorch G, Gilmore JL, Koltz PF, Gonterman RM, Laughner R, Lewis DA, Konger RL, Nadella KS, Toribio RE, **Rosol TJ**, Foley J. Inhibition of epidermal growth factor receptor signaling reduces hypercalcemia induced by human lung squamous-cell carcinoma in athymic mice. British Journal of Cancer, 97(2):183-193, 2007. PMC2360295.

109. Nadella MVP, Dirksen WP, Nadella KS, Shu S, Morgenstern, Richard V, Fernandez S, Guttridge D, and **Rosol TJ**. Transcriptional regulation of parathyroid hormone-related protein promoter P2 by NFκB in adult T-cell leukemia. <u>Leukemia</u>, 21(8):1752-1762, 2007. <u>PMC2676796</u>.

110. Alvarez FJ, Murahari S, Couto CG, **Rosol TJ**, Kulp SK, Chen C-S, and Kisseberth WC. 3-Phosphoinositide-dependent protein kinase-1 (PDK-1)/Akt signaling and inhibition in a canine prostate carcinoma cell line. <u>Veterinary and Comparative Oncology</u>, 5:47-58, 2007. PMID:19754801.

111. Toribio RE, Kohn CW, **Rosol TJ**. Hypercalcemia induces hypomagnesemia, hypokalemia, and hyperphosphatemia with increased urinary excretion of electrolytes in horses. <u>American Journal of Veterinary Research</u>, 68(5):543-554, 2007. PMID:17472456.

112. Deng X, Tannehill-Gregg S, Nadella MVP, He G, Levine A, **Rosol TJ**. Parathyroid hormone-related protein and ezrin are upregulated in human lung cancer bone metastases. <u>Clinical & Experimental Metastasis</u>, <u>24(2):107-119, 2007</u>. PMID:17370040.

2006

113. Halvorson KG, Sevcik MA, Ghliardi JR, **Rosol TJ**, Mantyh PW. Similarities and differences in tumor growth, skeletal remodeling and pain in an osteolytic and osteoblastic model of bone cancer. <u>Clinical Journal of Pain</u>, 22(7):587-600, 2006. PMID:16926574.

114. Jia G, Heverhagen JT, Henry H, Polzer H, Baudendistel KT, Tengg-Koblik H, Levine AL, **Rosol** TJ, Knopp MV. Pharmacokinetic parameters as a potential predictor to pharmacotherapy in benign prostatic hyperplasia: A preclinical trial using dynamic contrast-enhanced MRI. <u>Magnetic Resonance Imaging</u>, 6:721-725, 2006. PMID:16824967.

115. Jia G, Heverhagen JT, Polzer, H, Jacko RV, Liang J, Zhang J, Levine AL, **Rosol TJ**, Knopp MV. Dynamic contrast enhanced magnetic resonance imaging as a biologic marker to noninvasively assess the effect of finasteride on prostatic suburethral microcirculation. <u>Journal of Urology</u>, 176:2299-2304, 2006. PMID:17070316.

116. LeRoy BE, Nadella MVP, Thudi NK, Toribio RE, Tannehill-Gregg SH, Davis D, Corn S, **Rosol TJ**. New bone formation and osteolysis by a metastatic, highly invasive canine prostate carcinoma xenograft. <u>The Prostate</u>, 66:1213-1222, 2006. PMID: 16683269.

117. Tannehill-Gregg SH, Levine AL, Nadella MVP, Iguchi H, **Rosol TJ**. The effect of zoledronic acid and osteoprotegerin on growth of human lung cancer in the tibias of nude mice. <u>Clinical and Experimental Metastasis</u>, <u>23(1):19-31, 2006</u>. PMID: 16715352.

118. Tannehill-Gregg SH, Levine AL, **Rosol TJ**. Feline head and neck squamous cell carcinoma: A natural model for the human disease and development of a mouse model. <u>Veterinary and Comparative Oncology</u>, 4(2):84-97, 2006. PMID: 19754818.

119. Jia G, Baudendistel KT, von Tengg-Kobligk H, Heverhagen JT, Polzer H, Henry H, McAuliffe MJ, Levine AJ, **Rosol TJ**, Knopp MV. Assessing prostate volume by magnetic resonance imaging: A comparison of different measurement approaches for organ volume analysis (summary and editorial comment). <u>The Journal of Urology</u>, 175:228-229, 2006.

120. Liu J, Levine AL, Mattoon JS, Yamaguchi M, Lee RJ, **Rosol TJ**. Nanoparticles as image-enhancing agents for ultrasonography. <u>Physics in Medicine and Biology</u>, 51:2179-2189, 2006. PMID:16625034.

2005

121. Halvorson, KG, Kubota K, Sevcik, MA, Lindsay TH, Sotillo JE, Ghilardi JR, **Rosol TJ**, Shelton DL, Mantyh PW. A blocking antibody to nerve growth factor attenuates skeletal pain induced by prostate tumor cells growing in bone. <u>Cancer Research</u>, 65:9426-9435, 2005. PMID:16230406.

122. Richard V, **Rosol TJ**, Foley J. PTHrP gene expression in cancer: Do all paths lead to Ets? <u>Critical Reviews in Eukaryotic Gene Expression</u>, 15:115-132, 2005. <u>PMC2832739</u>.

123. Yee LD, Young DC, **Rosol TJ**, Van Buskirk AM, Clinton SK. Dietary n-3 polyunsaturated fatty acids inhibit mammary tumorigenesis in her2/neu transgenic mice independently of the PPARγ ligand rosiglitazone. Journal of Nutrition, 135:983-988, 2005. PMID: 15867269.

124. Richard V, Nadella MVP, Luchin AI, Green PL, Lairmore MD, Feuer G, Foley JG, **Rosol TJ**. Transcriptional regulation of parathyroid hormone-related protein promoter P3 by Ets-1 in adult T-cell leukemia/lymphoma. Leukemia, 19: 1175-1183, 2005. PMC2661941.

125. Toribio RE, Kohn CW, Hardy J, **Rosol TJ**. Alterations in serum parathyroid hormone and electrolyte concentrations and urinary excretion of electrolytes in horses with induced endotoxemia. Journal of Veterinary Internal Medicine, 19:223-231, 2005. PMID:15822568.

126. Jia G, Heverhagen JT, Baudendistel KT, von Tengg-Koblit H, McAuliffe MJ, Levine AL, **Rosol TJ**, Knopp MV. Assessing the prostate volume by magnetic resonance imaging: A comparison of different measurement approaches for organ volume analysis. Investigative Radiology, 40:243-248, 2005. PMID:15770143.

2004

127. Heverhagen JT, von Tengg-Koblit H, Baudendistel KT, Jia G, Polzer H, Henry H, Levine AJ, **Rosol TJ**, Knopp M. Benign prostatic hyperplasia – Evaluation of treatment response with DCE-MRI. – Magnetic Resonance Materials in Physics, Biology and Medicine (MAGMA), 17:5-11, 2004.

128. Sellers RS, Luchin AI, Richard V, Brena RM, **Rosol TJ**. Alternative splicing of the parathyroid hormone-related protein mRNA: expression and stability. Journal of Molecular Endocrinology, 33: 227-241, 2004. PMC3049244.

129. Sankar U, Patel K, **Rosol TJ**, Ostrowski MC. Op coordinates cell cycle withdrawal and differentiation in osteoclasts through cyclin-dependent kinase inhibitors p27KIP1 and p21CIP1. Journal of Bone and Mineral Research, 19:1339-1348, 2004.

130. Dai Z, Auer H, Leone G, Morrison C, Otterson G, Popkie A, Timmers C, Tannehill-Gregg SH, **Rosol TJ**, Plass C. Bone morphogenic protein 3B (BMP3B) silencing in non-small lung cancer. Oncogene, 23:3521-3529, 2004.

131. Kunakornsawat S, **Rosol TJ**, Capen CC, Omdahl JL, LeRoy BE, Inpanbutr N. Effects of 1,25-dihydroxyvitamin D3, 25-hydroxyvitamin D3, and EB1089 on cell growth and vitamin D receptor mRNA and 1-alpha-hydroxylase mRNA expression in primary cultures of the canine prostate. Journal of Steroid Biochemistry & Molecular Biology, 89-90: 409-412, 2004.

132. Tannehill-Gregg SH, Kusewitt D, **Rosol TJ**, Weinstein M. The roles of *Smad2* and *Smad3* in the development of chemically induced skin tumors in mice. Veterinary Pathology, 41(3):278-282, 2004.

133. Cho Y-M., Lewis DA, Koltz PF, Richard V, **Rosol TJ,** Konger R, Spandau, Foley J. Regulation of parathyroid hormone-related protein gene expression by EGF family ligands in primary human keratinocytes. J. Endocrinology, 181: 179-190, 2004.

134. **Rosol TJ**, Tannehill-Gregg SH, Corn S, Schneider A, McCauley LK. Animal models of bone metastasis. Cancer Treatment and Research, 118: 47-81, 2004. PMC3057671.

135. LeRoy BE, Nadella MV, Toribio RE, Leav I, **Rosol TJ**. Canine prostate carcinomas express markers of urothelial and prostatic differentiation. Veterinary Pathology, 41: 131-140, 2004.

136. Sellers RS, LeRoy BE, Blomme EAG, Corn S, **Rosol TJ.** Effects of transforming growth factor-beta1 on parathyroid hormone-related protein mRNA expression and protein secretion in canine prostate epithelial, stromal, and carcinoma cells. The Prostate, 58: 366-373, 2004.

137. LeRoy BE, Sellers RS, **Rosol TJ**. Canine prostate stimulates osteoblast function using the endothelin receptors. The Prostate, 59: 148-156, 2004.

2003

138. Toribio RE, Kohn CW, Capen CC, **Rosol TJ**. Parathyroid hormone (PTH) secretion, PTH mRNA and calcium-sensing receptor mRNA expression in equine parathyroid cells, and effects of interleukin (IL)-1, IL-6, and tumor necrosis factor-alpha on equine parathyroid cell function, Journal of Molecular Endocrinology, 31(3): 609-20, 2003.

139. Richard V, Luchin A, Brena RM, Plass C, **Rosol TJ**. Quantitative evaluation of alternative promoter usage and 3' splice variants for parathyroid hormone-related protein by real-time reverse transcription-PCR. Clinical Chemistry, 44: 1398-1402, 2003.

140. Kalikin LM, Schneider A, Thakur MA, Fridman Y, Griffin LB, Dunn RL, **Rosol TJ,** Shah RB, Rehemtulla A, McCauley LK, Pienta KJ. In vivo visualization of metastatic prostate cancer and quantitation of disease progression in immunocompromised mice. Cancer Biology & Therapy, 2:6, 17-17, 2003.

141. McCauley LK, Tözüm TF, Kozloff KM, Koh-Paige AJ, Chen C, Demashkeih M, Cronovich H, Richard V, **Rosol TJ**, Goldstein S. Transgenic models of metabolic bone disease: Impact of estrogen on skeletal metabolism, Connective Tissue Research, 44 (S1): 250-264, 2003.

142. de Bruin A, Wu L, Saavedra HI, Wilson P, Yang Y, **Rosol TJ**, Weinstein M, Robinson ML, and Leone G. Rb function in extraembryonic lineages suppresses apoptosis in the central nervous system of Rb-deficient mice. Proceeding of the National Academy of Sciences, USA, 100 (11):6546-6551, 2003. PMC164483

143. **Rosol TJ**, Tannehill-Gregg SH, LeRoy BE, Mandl S, Contag CH. Animal models of bone metastasis. Cancer, 97:748-757, 2003.

144. Wu L, de Bruin A, Saavedra, HI, Starovic M, Trimboli A, Yang Y, Opavska, J, Wilson P, Thompson JC, Ostrowski MC **Rosol TJ**, Woollett LA, Weinstein M, Cross JC, Robinson ML, Leone G. Extra-embryonic function of Rb is essential for embryonic development and viability. Nature, 421:942-947, 2003.

145. Toribio RE, Kohn CW, Sams RA, Capen CC, **Rosol TJ**. Hysteresis and calcium set-point for the calcium parathyroid hormone relationship in healthy horses. General & Comparative Endocrinology, 130:279-288, 2003.

146. Toribio RE, Kohn CW, Leone GW, Capen CC, **Rosol TJ**. Molecular cloning and expression of equine calcitonin, calcitonin gene-related peptide-I, and calcitonin gene-related peptide-II. Molecular & Cellular Endocrinology, 199:119-128, 2003.

2002

147. LeRoy BE, Bahnson RR, **Rosol TJ.** New bone formation in nude mouse calvaria by canine prostate tissue. Molecular & Cellular Endocrinology, 197:257-263, 2002.

148. Saavendra HI, Wu L, de Bruin A, Timmers C, **Rosol TJ**, Weinstein M, Robinson ML, Leone G. Specificity of E2F1, E2F2, E2F3 in mediating phenotypes induced by loss of Rb1. Cell Growth & Differentiation, 13 (5): 215-225, 2002.

149. Bollinger AP, Graham PA, Richard V, **Rosol TJ**, Nachreiner RF, Refsal KR. Detection of parathyroid hormone-related protein (PTHrP) in cats with hypercalcemia of malignancy. Veterinary Clinical Pathology, 31(1): 3-8, 2002.

150. Liu Y, Dole K, Stanley JRL, Richard V, **Rosol TJ**, Ratner L, Lairmore MD, Feuer G. Engraftment and tumorigenesis of HTLV-1 transformed cell lines in SCID/bg and NOD/SCID mice. Leukemia Research, 26:561-567, 2002.

151. Kunakornsawat S, **Rosol TJ**, Capen CC, Reddy GS, Binderup L, Inpanbutr N. Effects of 1,25-dihydroxyvitamin D3 and its analogs (EB1089 and analog V) on canine adenocarcinoma (CAC-8) in nude mice. Biological & Pharmaceutical Bulletin, 25:642-647, 2002.

152. McCauley LK, Tözüm TF, **Rosol TJ**. Skeletal phenotypes of estrogen receptor deficient mice. Critical Reviews in Eukaryotic Gene Expression, 12(2):89-100, 2002.

153. LeRoy B, Bahnson R, **Rosol TJ**. Model of osteoblastic bone metastasis: Bone induction in nude mouse calvaria by canine prostate tissue. The Prostate, 50:104-111, 2002.

154. Sellers RS, Capen CC, **Rosol TJ**. Messenger RNA stability of parathyroid hormone-related protein regulated by transforming growth factor-β1. Molecular & Cellular Endocrinology, 188:37-46, 2002.

155. Pressler BM, Rotstein, Law JM, **Rosol TJ**, LeRoy B, Keene BW, Jackson MW. Hypercalcemia and high parathyroid hormone-related protein concentration associated with malignant melanoma in a dog. Journal of the American Veterinary Medical Association, 221(2):263-265, 2002.

156. Kiku Y, Masuzawa H, Ohtsuka H, Terasaki N, Fukuda S, Kon-nai S, Koiwa M, Yokomizo Y, Sato H, **Rosol TJ**, Okada H, Yoshino T. Effects of chloropromazine, pentoxifylline and dexamethasone on PTHrP expression of lipopolysaccharide-induced inflammatory cytokines in bovine peripheral blood mononuclear cells. Journal of Veterinary Medical Science, 64(8): 723-726, 2002.

157. Gröne A, Weckmann MT, and **Rosol TJ**. Cloning and sequencing of the 3'-region of the canine PTHrP gene and analysis of alternate mRNA splicing in two canine carcinomas. Domestic Animal Endocrinology, 22:169-177, 2002.

158. Toribio RE, Kohn CW, Chew DJ, Capen CC, **Rosol TJ**. Cloning and sequence analysis of the complementary DNA for feline preproparathyroid hormone. American Journal of Veterinary Research, 63(2):194-197, 2002.

2001

159. Tannehill-Gregg SH, Ahaus E, **Rosol TJ**. Feline head and neck squamous cell carcinoma cell line: Characterization, production of parathyroid hormone-related protein, and regulation by TGFß. *In Vitro* Cellular & Developmental Biology, 37:676-683, 2001.

160. Kunakornsawat, S, **Rosol, TJ**, Capen, CC, Middleton, R, Hanah, SS, Inpanbutr, N. Effects of 1,25-dihydroxyvitamin D3 and its analogs (EB1089 and analog V) on parathyroid hormone-related protein (PTHrP) and cell growth in canine squamous cell carcinoma (SCC2/88). Anticancer Research, 21(5):3355-3363, 2001.

161. Luchin A, Suchting S, Merson T, **Rosol TJ**, Hume DA, Cassady AI, Ostrowski MC. Genetic and physical interactions between *microphthalmia* transcription factor and PU.1 are necessary for osteoclast gene expression and differentiation. Journal of Biological Chemistry, 276:36703-10, 2001.

162. Richard V, Lairmore MD, Green PL, Feuer G, Erbe RS, Albrecht B, D'Souza C, Keller ET, **Rosol TJ**. Humoral hypercalcemia of malignancy: SCID/beige mouse model of adult T-cell lymphoma independent of human T-cell lymphotrophic virus type-1 PTHrP expression. American Journal of Pathology, 158:2219-2228, 2001. PMC1891995.

163. **Rosol TJ**, Yarrington JT, Latendresse J, Capen CC. Adrenal gland: Structure, function, and mechanisms of toxicity. Toxicologic Pathology, 29:41-48, 2001.

164. Toribio RE, Kohn CW, Chew DJ, Sams RA, **Rosol TJ.** Comparison of serum parathyroid hormone and ionized calcium and magnesium concentrations and fractional urinary clearance of calcium and phosphorus in healthy horses and horses with enterocolitis. American Journal of Veterinary Research, 62(6):938-47, 2001.

2000

165. **Rosol TJ**. Pathogenesis of bone metastases: Role of tumor-related proteins. Journal of Bone and Mineral Research, 15:844-850, 2000 **(Invited Editorial)**

166. Sellers RS, Schuller DE, Sharma PK, Tannehill-Gregg SH, Capen CC, **Rosol TJ**. Head and neck squamous cell carcinoma: Measurement of plasma parathyroid hormone-related protein and serum and urine calcium concentrations. Otolaryngology – Head & Neck Surgery, 123:558-562, 2000.

1999

167. Okada H, Miyake Y, Ohtsuka H, Kiu Y, Fukuka S, Watanabe A, Yokomizo Y, **Rosol TJ**, Yoshino T. Effects of isoprothiolane on cell growth of cultured bovine mammary epithelial cells. Journal of Veterinary Medical Science, 61:553-556, 1999.

168. Dougherty KM, Blomme EAG, Koh AJ, Henderson JE, Pienta KJ, **Rosol TJ**, McCauley LK. Parathyroid hormone-related protein as a growth regulator of prostate carcinoma. Cancer Research, 59:6015-6022, 1999.

169. Koh AJ, Beecher, **Rosol TJ**, McCauley LK. 3',5'-Cyclic adenosine monophosphate activation in osteoblastic cells: Effects on parathyroid hormone-1 receptors and osteoblastic differentiation *in vitro*. Endocrinology, 140:3154-62, 1999.

170. Wojcik SF, Capen CC, **Rosol TJ**. Expression of PTHrP and the PTH/PTHrP receptor in purified alveolar epithelial cells, myoepithelial cells, and stromal fibroblasts derived from the lactating rat mammary gland. Experimental Cell Research, 249:415-422, 1999.

171. Blomme, EAG, Dougherty KM, Pienta KJ, Capen CC, **Rosol TJ**, McCauley LK. Skeletal metastasis of prostate adenocarcinoma in rats: Morphometric analysis and role of parathyroid hormone-related protein. The Prostate, 39:187-197, 1999.

172. Blomme EAG, Capen CC, **Rosol TJ**. Spatial and temporal expression of parathyroid hormone-related protein during wound healing. Journal of Investigative Dermatology, 112:101-108, 1999.

173. Okada H, Ohtsuka H, Kon-nai S, Kirisawa R, Yokomizo Y, Yoshino T, **Rosol TJ**. Effects of lipopolysaccharide on production of interleukin-1 and interleukin-6 by bovine mammary epithelial cells *in vitro*. Journal of Veterinary Medical Science, 61:33-35, 1999.

174. Blomme EAG, Sugimoto Y, Lin YC, Capen CC, **Rosol TJ**. Parathyroid hormone-related protein is a positive regulator of keratinocyte growth factor expression by normal dermal fibroblasts. Molecular and Cellular Endocrinology, 152:189-197, 1999.

1998

175. Gröne A, Weckmann MT, Capen CC, and **Rosol TJ**. Regulation of Parathyroid Hormone-Related Protein Expression in a Canine Squamous Carcinoma Cell Line by Colchicine. Toxicologic and Experimental Pathology, 50:365-370, 1998.

176. Doss JC, Gröne A, Capen CC, and **Rosol TJ**. Immunohistochemical localization of chromogranin A in endocrine tissues and endocrine tumors of dogs. Veterinary Pathology, 35:306-309, 1998.

177. Gröne A, Weckmann MT, Blomme EAG, Wojcik SF, Capen CC, and **Rosol TJ**. Dependence of Humoral Hypercalcemia of Malignancy on Parathyroid Hormone-related Protein Expression in the Canine Anal Sac Apocrine Gland Adenocarcinoma (CAC-8) Nude Mouse Model. Veterinary Pathology, 344-351, 1998.

178. Blomme EAG, Sugimoto Y, McCauley LK, Lin YC, Capen CC, **Rosol TJ**. Stromal and epithelial cells of the canine prostate express parathyroid hormone-related protein, but not the PTH/PTHrP receptor. The Prostate, 36:110-120, 1998.

179. Blomme EAG, Werkmeister JR, Zhou H, Kartsogiannis V, Capen CC, **Rosol TJ**. Parathyroid hormone-related protein expression and secretion in a skin organotypic culture system. Endocrine, 8:143-151, 1998.

180. Werkmeister JR, Blomme E, Weckmann MT, Gröne A, McCauley LK, Wade AB, O'Rourke J, Capen CC, **Rosol TJ**. Effects of transforming growth factor-β1 on parathyroid hormone-related protein expression by normal human keratinocytes. Endocrine, 8:291-299, 1998.

181. Wojcik SF, Schanbacher FL, McCauley LK, Zhou H, Kartsogiannis V, Capen CC, **Rosol TJ**. Cloning of bovine parathyroid hormone-related protein (PTHrP) cDNA and expression of PTHrP mRNA in the bovine mammary gland. Journal of Molecular Endocrinology, 20: 271-280, 1998.

182. Blomme EAG, Weckmann MT, Capen CC, **Rosol TJ**. Influence of extracellular matrix macromolecules on normal human keratinocyte phenotype and parathyroid hormone-related protein secretion and expression *in vitro*. Experimental Cell Research, 238:204-215,1998.

1997

183. Okada H, Ito T, Ohtsuka H, Kirisawa R, Irai H, Yamashita K, Yoshino T, **Rosol TJ**. Detection of interleukin-1 and interleukin-6 on cryopreserved bovine mammary epithelial cells *in vitro*. Japanese Journal of Veterinary Science, 59:503-507, 1997.

184. Weckmann MT, Gröne A, Werkmeister JR, McCauley LK, Capen CC, **Rosol TJ**. Regulation of parathyroid hormone secretion and mRNA expression in normal human keratinocytes and a squamous carcinoma cell line. Experimental Cell Research, 232:79-89, 1997.

185. McCauley LK, Koh AJ, Beecher, **Rosol TJ**. The Proto-oncogene *c-fos* is transcriptionally regulated by PTH and PTHrP in a cAMP-dependent manner in osteoblastic cells, Endocrinology, 138:5427-5433, 1997.

186. Gröne A, McCauley LK, Capen CC, **Rosol TJ**. Parathyroid hormone/parathyroid hormone-related protein receptor expression in nude mice with a transplantable canine apocrine adenocarcinoma (CAC-8) and humoral hypercalcemia of malignancy. Journal of Endocrinology, 153:123-129, 1997.

187. Okada H, Nishijima Y, Yoshino T,  Gröne A, Capen CC, **Rosol TJ**. Immunohistochemical localization of parathyroid hormone-related protein in canine mammary tumors. Veterinary Pathology, 34:356-359, 1997.

1996

188. Okada H, Schanbacher FL, McCauley LK, Weckmann MT, Capen CC, **Rosol TJ**. In vitro model of parathyroid hormone-related protein secretion from mammary cells isolated from lactating cows. Domestic Animal Endocrinology, 13:399-410, 1996.

189. Gröne A, Weckmann MT,  Steinmeyer CL, Capen CC, **Rosol TJ**. Altered parathyroid hormone-related protein expression in squamous carcinoma cells in monolayer and 3-dimensional cultures. European Journal of Endocrinology, 135:498-505, 1996. (*Manuscript was chosen by the Ohio State University College of Veterinary Medicine Council of Research to be submitted to the national Phi Zeta annual competition for graduate student research*)

190. McCauley LK, Koh AJ, Beecher, Cui Y, **Rosol TJ**, Franceschi RT. The PTH/PTHrP receptor is temporally regulated during osteoblast differentiation and is associated with collagen synthesis. Journal of Cellular Biochemistry, 61:638-647, 1996.

191. Gröne A, Weckmann MT, Capen CC, **Rosol TJ**. Canine glyceraldehydes-3-phosphate dehydrogenase (GAPDH) complementary DNA: Polymerase chain reaction amplification, cloning, partial sequence analysis and use as a loading control in Rnase protection assays. American Journal of Veterinary Research, 57:254-257, 1996.

1995

192. **Rosol TJ**, Steinmeyer CL, McCauley LK, Gröne A, DeWille JW, Capen CC. Sequences of the cDNAs encoding canine parathyroid hormone-related protein and parathyroid hormone. Gene, 60:241-243, 1995.

193. Okada H, Capen CC, **Rosol TJ**. Immunohistochemical demonstration of parathyroid hormone-related protein in sheep thyroid gland. Veterinary Pathology, 32:315-317, 1995.

194. Okada H, Merryman JI, Capen CC, **Rosol TJ**. Ultrastructural and histomorphometric evaluations of gallium nitrate on bone in nude mice bearing a canine adenocarcinoma (CAC-8) model of humoral hypercalcemia of malignancy. Veterinary Pathology, 32:36-42, 1995.

195. Tabuenca A, Mohan S, Garberoglio, Borgen, **Rosol TJ**, Linkhart TA. Parathyroid hormone-related protein is not the primary osteolytic factor produced by breast tumor cells in vitro. World Journal of Surgery, 19:292-298, 1995.

1994

196. McCauley LK, Beecher, Melton MA, Werkmeister JR, Jüppner H, Abou-Samra A-B, Segre GV, **Rosol TJ**. Transforming growth factor-ß1 regulates steady state PTH/PTHrP receptor levels and PTH binding in ROS 17/2.8 osteosarcoma cells. Molecular and Cellular Endocrinology, 101:331-336, 1994.

197. **Rosol TJ**, Chew DJ, Hammer AS, Ward H, Peterson JL, Carothers MA, Couto CG. Effect of mithramycin on hypercalcemia in dogs. Journal of the American Animal Hospital Association, 30:244-250, 1994.

198. Gröne A, Werkmeister JR, Steinmeyer CL, Capen CC, **Rosol TJ**. Parathyroid hormone-related protein in normal and neoplastic canine tissues: Immunohistochemical and biochemical extraction. Veterinary Pathology, 31(3):308-315, 1994.

199. Okada H, Merryman JI, **Rosol TJ**, Capen CC. Effects of humoral hypercalcemia of malignancy and gallium nitrate on thyroid C-cells in nude mice: Immunohistochemical and ultrastructural investigations. Veterinary Pathology, 31(3):349-357,1994.

200. Matias-Guiu X, Prat J, Young RH, Capen CC, **Rosol TJ**, DeLellis RA, Scully RE. Human parathyroid hormone-related protein (PTHrP) in ovarian small cell carcinomas. An immunohistochemical study. Cancer, 73:1878-1881, 1994.

201. Merryman JI, DeWille J, Werkmeister JR, Capen CC, **Rosol TJ**. Effects of transforming growth factor-β on parathyroid hormone-related protein production and mRNA expression by a squamous cell carcinoma cell line *in vitro*. Endocrinology, 134:2424-2430, 1994.

202. Merryman JI, Capen CC, **Rosol TJ**. Effects of gallium nitrate in nude mice bearing a canine adenocarcinoma (CAC-8) model of humoral hypercalcemia of malignancy. Journal of Bone and Mineral Research, 9:725-732, 1994.

203. **Rosol TJ**, Gröne A, Werkmeister JR, Weckmann MT, Capen CC. Production of parathyroid hormone-related protein by normal and neoplastic keratinocytes. Journal of Bone and Mineral Metabolism, 12:S161-164,1994.

204. Capen CC, Okada H, Merryman JI, **Rosol TJ**. Effects of gallium nitrate in nude mice bearing a canine adenocarcinoma model of humoral hypercalcemia of malignancy: Biochemical, histomorphometric, and ultrastructural investigations. Journal of Bone and Mineral Metabolism, 12:S165-168,1994.

205. Okada H, Schanbacher FL, McCauley LK, Capen CC, Weckmann MT, **Rosol TJ**. Secretion of parathyroid hormone-related protein by bovine mammary cells *in vitro*. Journal of Bone and Mineral Metabolism, 12:S157-160, 1994.

1993

206. Kukreja SC, **Rosol TJ**, D'Anza JJ, Wimbicus SA.  Effect of transforming growth factor alpha, parathyroid hormone-related protein, or their combination on bone histomorphometry. Bone and Mineral, 23:105-111, 1993.

207. Merryman JI, McCauley LK, Werkmeister JR, Suter M, Capen CC, **Rosol TJ**. Regulation of parathyroid hormone-related protein production by a squamous cell carcinoma cell line *in vitro*. Laboratory Investigation, 69:347-354, 1993.

208. Werkmeister JR, Merryman JI, McCauley LK, Horton JE, Capen CC, and **Rosol TJ**.  Parathyroid hormone-related protein production by normal human keratinocytes *in vitro*. Experimental Cell Research, 208:68-74, 1993.

209. Nohutcu RM, McCauley LK, Horton JE, Capen CC, **Rosol TJ**.  Effects of hormones and cytokines on intracellular calcium concentration in human and canine periodontal ligament cells.  Archives of Oral Biology, 38:871-879, 1993

210. Au JL-S, Wientjes G, **Rosol TJ**, Koolemans-Beynen A, Goebel E, Schuller DE.  Histocultures of patient head and neck tumors for pharmacodynamics studies, Pharmaceutical Research, 10:1493-1499, 1993.

211. Reiswig JD, Threlfall, WR, **Rosol TJ**.  A comparison of endometrial biopsy, culture, and cytology during oestrus and diestrus in the horse.  Equine Veterinary Journal, 25:240-241, 1993.

212. **Rosol TJ**, Steinmeyer CL, McCauley LK, Merryman JI, Werkmeister JR, Gröne A, Weckmann MT, Swayne DE, Capen CC.  Characterization of chicken polyclonal anti-peptide antibodies specific for human parathyroid hormone-related protein (1-36).  Veterinary Immunology and Immunopathology, 35:321-337, 1993.

1992

213. Rosol TJ, Nagode LA, Couto CG, Hammer AS, Chew DJ, Peterson JL, Ayl RD, Steinmeyer CL, Capen CC.  Parathyroid hormone-related protein, parathyroid hormone, and 1,25-dihydroxyvitamin D in dogs with cancer-associated hypercalcemia. Endocrinology, 131:1157-1164, 1992.

214. McCauley LK, Rosol TJ, Capen CC.  Effects of cyclosporine A on rat osteoblasts (ROS 17/2.8 cells) in vitro.  Calcified Tissue International, 51:291-297, 1992.

215. Gröne A, Rosol TJ, Capen CC.  Effects of humoral hypercalcemia of malignancy on the parathyroid gland in nude mice: Morphometric and ultrastructural studies. Veterinary Pathology, 29:343-350, 1992.

216. Rosol TJ, Chew DJ, Couto CG, Ayl R, Nagode LA, Capen CC.  Effects of mithramycin on calcium metabolism and bone in dogs. Veterinary Pathology, 29:223-229, 1992.

217. Dimski DA, Buffington CA, Johnson SE, Sherding RG, Armstrong PJ, Rosol TJ.  Serum lipoproteins and pathology of the liver in obese cats undergoing rapid weight loss.  American Journal of Veterinary Research, 53:1259-1262, 1992.

218. Stromberg PC, Rosol TJ, Grants IS, Mezza LE.  Transplantation of large granular lymphocyte leukemia in congenitally athymic rats. Veterinary Pathology, 29:216-222, 1992.

219. McCauley LK, Rosol TJ, Merryman JI, Capen CC. Parathyroid hormone-related protein binding to human T cell lymphotropic virus type 1-infected lymphocytes. Endocrinology, 130:300-306, 1992.

220. Schmittgen TD, Koolemans-Beynen A, Webb TE, Rosol TJ, Au JL-S. Pharmacodynamics of 5-fluorouracil, leucovorin, and glucarate in rat colon tumor explants. Cancer Chemotherapy and Pharmacology, 30:25-30, 1992.

<u>1991</u>

221. Shevrin DH, Gorney KI, **Rosol TJ**, Kukreja SC. Effect of etidronate disodium (EHDP) on the development of bone lesions in an animal model of bone metastasis using the human prostate cancer cell line PC-3. Prostate, 19:149-154, 1991.

222. **Rosol TJ**, Merryman JI, McCauley LK, Capen CC. Effects of transforming growth factor-α on parathyroid hormone and parathyroid hormone-related protein-mediated bone resorption and adenylate cyclase stimulation in vitro. Domestic Animal Endocrinology, 8:501-509, 1991.

223. McCauley LK, **Rosol TJ**, Stromberg PS, Capen CC. *In vivo* and *in vitro* effects of interleukin-1α and cyclosporine A in mice. Toxicologic Pathology, 19:1-10, 1991.

224. Saito S, Ngan P, **Rosol TJ**, Shanfeld J, Davidovitch Z. Involvement of PGE synthesis in the effect of intermittent pressure and interleukin-1ß on bone resorption. Journal of Dental Research, 70:27-33, 1991.

<u>1990</u>

225. Barengolts EI, Gajardo HF, **Rosol TJ**, D'Anza JJ, Botsis J, Kukreja SC. Effects of progesterone on post-ovariectomy bone loss in aged rats. <u>Journal of Bone and Mineral Research</u>, 5:1143-1147, 1990.

226. **Rosol TJ**, Stromberg PS. Effects of large granular lymphocyte leukemia on bone in rats. <u>Veterinary Pathology</u>, 27:391-396, 1990.

227. Saito S, **Rosol TJ**, Saito M, Ngan PW, Shanfeld J, Davidovitch Z. Bone resorbing activity and prostaglandin E produced by human periodontal ligament cells in vitro. <u>Journal of Bone and Mineral Research</u>, 5:1013-1018, 1990.

228. Kukreja SC, **Rosol TJ**, Wimbicus SA, Shevrin DH, Grill V, Barengolts EI, Martin TJ. Tumor resection and antibodies to parathyroid hormone-related protein cause similar changes on bone morphometry in hypercalcemic athymic mice bearing a human tumor. <u>Endocrinology</u>, 127:305-310, 1990.

229. **Rosol TJ**, Capen CC, Steinmeyer CL, Danks JA, Suva LJ, Hayman J, Ebeling PR, Martin TJ. Identification of parathyroid hormone-related protein (PTHrP) in canine apocrine adenocarcinoma of the anal sac. <u>Veterinary Pathology</u>, 27:89-95, 1990.

<u>1989</u>

230. Merryman JI, **Rosol TJ**, Capen CC, Brooks CL. Separation of parathyroid hormone-like activity from transforming growth factor α and ß in the canine adenocarcinoma (CAC-8) model of humoral hypercalcemia of malignancy. <u>Endocrinology</u>, 124:2456-2463, 1989.

231. McCauley LK, **Rosol TJ**, Capen CC, Horton JE. A comparison of bone turnover in athymic (nude) and euthymic mice. Biochemical, histomorphometric, bone ash, and in vitro studies. <u>Bone</u>, 10:29-34, 1989.

232. McCauley LK, **Rosol TJ**, Capen CC, Shanfeld JL, Horton, JE. Investigations on in vitro bone resorbing activity from athymic (nude) and euthymic mouse splenic lymphocytes. <u>Bone</u>, 10:389-394, 1989.

233. **Rosol TJ**, Capen CC.  Tumors of the parathyroid gland and circulating parathyroid hormone-like proteins.  Toxicologic Pathology, 17:346-356, 1989.

234. Capen CC, **Rosol TJ**.  Recent Advances in the structure and function of the parathyroid gland in animals and the effects of xenobiotics.  Toxicologic Pathology, 17:333-345, 1989.

235. Lopate C, Threlfall WR, **Rosol TJ**.  Histopathologic and gross effects of testicular biopsy in the dog.  Theriogenology, 32:585-602, 1989.

1988

236. **Rosol TJ**, Capen CC, Horst RL. Effects of infusion of human parathyroid hormone-related protein (1-40) in nude mice. Histomorphometric and biochemical investigations. Journal of Bone and Mineral Research 3:699-706, 1988.

237. Kukreja SC, **Rosol TJ**, Shevrin DH, York PA. Quantitative bone histomorphometry in nude mice bearing a human squamous cell carcinoma. Journal of Bone and Mineral Research 3:341-346, 1988. PMCID: PMC442751

238. **Rosol TJ**, Capen CC. Inhibition of in vitro bone resorption by a parathyroid hormone receptor antagonist in the canine adenocarcinoma model of humoral hypercalcemia of malignancy. Endocrinology 122:2098-2102, 1988.

239. Frazer GS, **Rosol TJ**, Threlfall WR, Weisbrode SE.  Histopathologic effects of dimethyl sulfoxide on the horse endometrium.  American Journal of Veterinary Research, 49:1774-1781, 1988.

240. Frazer GS, **Rosol TJ**, Threlfall WR. Effect of serial intrauterine dimethyl sulfoxide infusions on the incidence of periglandular fibrosis in category II horse endometria.  Theriogenology 29:1091-1098, 1988.

1987

241. **Rosol TJ**, Capen CC.  The effect of low calcium diet mithramycin, and dichlorodimethylene bisphosphonate on humoral hypercalcemia of malignancy in nude mice transplanted with the canine adenocarcinoma tumor line (CAC-8).  Journal of Bone and Mineral Research 2:395-406, 1987.

242. **Rosol TJ**, Capen CC, Brooks CL. Bone and kidney adenylate cyclase-stimulating activity produced by a hypercalcemic canine adenocarcinoma line (CAC-8) maintained in nude mice.  Cancer Research, 47:690-695, 1987.

1986

243. **Rosol TJ**, Capen CC, Minkin C. In vitro bone resorption activity produced by a hypercalcemic canine adenocarcinoma tumor-line (CAC-8) in nude mice. Calcified Tissue International 39:334-341, 1986.

244. **Rosol TJ**, Capen CC, Weisbrode SE, Horst RL. Humoral hypercalcemia of malignancy:  Nude mouse model of a canine adenocarcinoma derived from apocrine glands of the anal sac. Biochemical, histomorphometric and Ultrastructural studies. Laboratory Investigation 53:679-688, 1986.

245. Nishikawa S, **Rosol TJ**, Capen CC. Effects of mithramycin on tumor growth and ultrastructure, and serum calcium in nude mice with the canine perirectal carcinoma (CAC-9). Veterinary Pathology 23:698-705, 1986.

## Peer-Reviewed Clinical Manuscripts

246. Sharkey LC, **Rosol TJ**. Production of granulocyte-colony stimulating factor and granulocyte-macrophage colony stimulating factor by carcinomas in a dog and a cat with paraneoplastic leukocytosis. Journal of Veterinary Internal Medicine, 10:405-408, 1996.

247. **Rosol TJ**, Nagode LA, Robertson JT, Leeth BD, Steinmeyer CL, Allen CM. Humoral hypercalcemia of malignancy associated with ameloblastoma in a horse. Journal of the American Veterinary Medical Association, 204:1930-1933, 1994.

248. Podell M, DiBartola SP, **Rosol TJ**. Polycystic kidney disease and renal lymphosarcoma in a cat. Journal of the American Veterinary Medical Association, 201:906-909, 1992.

249. Threlfall WR, Carleton CL, Robertson J, **Rosol TJ**, Gabel A. Recurrent torsion of the spermatic cord and scrotal testicle in a stallion.  Journal of the American Veterinary Medical Association, 196:1641-1643, 1990.

250. Eaton KA, **Rosol TJ**.  Heartworm disease in a dog treated with dichlorvos.  Journal of the American Veterinary Medical Association, 195:223-224, 1989.

251. **Rosol TJ**, Chew DJ, Capen CC, Sherding RG.  Acute hypocalcemia associated with infarction of parathyroid gland adenomas in two dogs.  Journal of the American Veterinary Medical Association, 192:212-214, 1988.

252. Andrews, FM, **Rosol TJ**, Kohn, CW, Reed S, DiBartola, SP.  Bilateral renal hypoplasia in 4 young horses.  Journal American Veterinary Medicine Association 189:209-212, 1986.

## Peer-Reviewed Review Manuscripts

253. **Rosol TJ**. Pathogenesis of Bone Metastases: Role of Tumor-Related Proteins. Journal of Bone and Mineral Research, 15:May, 2000 **(Invited Editorial)**.

254. **Rosol TJ**, Chew DJ, Nagode LA, Capen CC. Pathophysiology of calcium metabolism. Veterinary Clinical Pathology, 24:49-63, 1995.

255. **Rosol TJ**, Capen CC.  Biology of disease: Mechanisms of cancer-induced hypercalcemia. Laboratory Investigation, 67:680-702, 1992.

256. **Rosol TJ**, Capen CC.  Pathogenesis of humoral hypercalcemia of malignancy.  Domestic Animal Endocrinology 4:1-21, 1988.

## Book Chapters

257. **Rosol TJ**, Wallig BE. Immunopathology of the Endocrine System. In, Immunology in Toxicology and Drug Development. Series: Molecular Integrative Toxicology. Parker G (editor). Springer International Publishing AG, pp. 649-694, 2017.

258. **Rosol TJ.** Tumors of the Endocrine Glands. In: Tumors of Domestic Animals. 5th Edition. Meuten DJ (ed.). Wiley-Blackwell., pp. 766-833, 2016.

259. Mense MG, **Rosol TJ**. Endocrine Pancreas. In: Pathology of the Fisher Rat: Reference and Atlas, Mense MG (ed.). 2016.

260. Mense MG, **Rosol TJ**. Parathyroid Gland. In: Pathology of the Fisher Rat: Reference and Atlas, Mense MG (ed.). 2016.

261. **Rosol TJ**, Gröne A. Endocrine System. Volume 3, Chapter 3. In: Jubb, Kennedy and Palmer's Pathology of Domestic Animals, 6th Edition. Maxie G (ed.), Elsevier, Inc., Academic Press., pp. 269-357, 2015.

262. **Rosol TJ**, DeLellis RA, Harvey PW, Sutcliffe C. Endocrine System. In: Haschek, W.M., Rousseaux, C.G., Wallig, M.A. (Eds.), Haschek and Rousseaux's Handbook of Toxicologic Pathology. Elsevier Inc., Academic Press, pp. 2391–2492, 2013.

263. Shu SS, Dirksen WP, Weilbaecher KN, **Rosol TJ**. Mechanisms of humoral hypercalcemia of malignancy in Leukemia/Lymphoma. Chapter 10. In, T-Cell Leukemia (ISBN 978-953-307-400-9), (ed. O Babusikova), InTech, pp. 181-206, 2011.

264. Schenck PA, Chew DJ, Nagode LA, **Rosol TJ**. Disorders of calcium. Hypercalcemia and hypocalcemia. In, Fluid Therapy in Small Animal Practice, 4th edition, (ed. SP DiBartola), WB Saunders Co., Philadelphia, pp. 122-194, 2010.

265. Schenck PA, Chew DJ, Nagode LA, **Rosol TJ**. Disorders of calcium. Hypercalcemia and hypocalcemia. In, Fluid Therapy in Small Animal Practice, 3rd edition, (ed. SP DiBartola), WB Saunders Co., Philadelphia, pp. 122-194, 2005.

266. **Rosol TJ**, Tannehill-Gregg SH, Corn S, Schneider A, McCauley LK. Animal Models of Bone Metastasis. In, The Biology of Skeletal Metastases (eds. Keller ET and Chung LW), Kluwer Academic Publishers, Boston, MA, pp. 47-82, 2004.

267. Kunakornsawat S, **Rosol TJ**, Capen CC, Reddy GS, Binderup L, Inpanbutr N. Effects of 1,25-dihydroxyvitamin D3 and its analogues (EB1089 and Analog V) on canine adenocarcinoma (CAC-8) in nude mice. In, Vitamin D Endocrine System Structural, Biological, Genetic, and Clinical Aspects (eds. Norman AW, Bouillon R, Thomasset M), University of California, Riverside, pp. 537-540, 2000.

268. **Rosol TJ**, Capen CC. Cancer-Associated Hypercalcemia. In, Schalm's Veterinary Hematology, Fifth Edition, (eds. BF Feldman, JG Zinkl, NC Jain), Lippincott Williams & Wilkins, Philadelphia, pp. 660-666, 2000.

269. **Rosol TJ,** Chew DJ, Nagode LA, Schenck P. Disorders of calcium. Hypercalcemia and hypocalcemia. In, Fluid Therapy in Small Animal Practice, 2nd edition, (ed. SP DiBartola), WB Saunders Co., Philadelphia, pp. 108-162, 2000.

270. **Rosol TJ**. Mammalian calcium metabolism. In, Calcium Metabolism: Comparative Endocrinology, (eds. J Danks, C Dacke, G Flik, C Gay), BioScientifica Ltd., Bristol, pp. 119-130, 1999.

271. **Rosol TJ**, Stromberg PC, Taylor JL, Fisher SW, Estenik JF. Parathyroid gland hyperplasia in female snapping turtles *(Chelydra serpentine)* during egg-laying. In, Calcium Metabolism: Comparative Endocrinology, (eds. J Danks, C Dacke, G Flik, C Gay), BioScientifica Ltd., Bristol, pp. 113-116, 1999.

272. **Rosol TJ**, Taylor JL, Fischbach DG, Matkovic V, Eberts MD, Huff SN, Morgan KM. Effects of daily administration of human parathyroid hormone (1-34) of salmon calcitonin in green iguanas (*Iguana iguana)*. In, Calcium Metabolism: Comparative Endocrinology, (eds. J Danks, C Dacke, G Flik, C Gay), BioScientifica Ltd., Bristol, pp. 75-80, 1999.

273. Capen CC, **Rosol TJ**. The Calcium Regulating Hormones: Parathyroid Hormone, Calcitonin, and Cholecalciferol. In, Veterinary Endocrinology and Reproduction, 5th edition, chapter 4, (ed. Pineda MH), Lea & Febiger, pp., 1999.

274. Gröne A, **Rosol TJ**, McCauley LK, Blomme E, Wojcik S, Capen CC. Cancer-Associated Hypercalcemia: Parathyroid Hormone-Related Protein (PTHrP) Expression in Low and High Serum Calcium Variants of the Canine Apocrine Adenocarcinoma (CAC-8) Model of Humoral Hypercalcemia of Malignancy. In, Vitamin D: Chemistry, Biology and Clinical Applications (eds. Norman AW, Bouillon R, and Thomasset M), printed by University of California, Riverside, pp. 497-498, 1997.

275. **Rosol TJ**, Capen CC. Calcium-regulating hormones and diseases of abnormal mineral (calcium, phosphorus, magnesium) metabolism. Clinical Biochemistry of Domestic Animals, fifth edition, Kaneko JJ (editor), Academic Press, New York, pp. 619-702, 1997.

276. **Rosol TJ**, Capen CC. Current Update on the Regulation and Metabolism of Calcium, Phosphorus and Magnesium. Veterinary Clinics of North America, Clinical Pathology Update Issue, Raskin R (editor), Saunders, Philadelphia, 26:1155-1184, 1996.

277. **Rosol TJ**, McCauley LK, Steinmeyer CL, Capen CC: Nucleotide sequence of canine preproparathyroid hormone. In: The Comparative Endocrinology of Calcium Regulation. Ed by C Dacke, J Danks, I Caple, and G Flik. Bristol, Journal of Endocrinology Ltd., Bristol, pp. 201-203, 1996.

278. **Rosol TJ**, Nagode LA, Chew DJ, Steinmeyer CL, Capen CC: Current status of the pathogenesis of humoral hypercalcemia of malignancy in dogs. In: The Comparative Endocrinology of Calcium Regulation. Ed by C Dacke, J Danks, I Caple, et al. Bristol, Journal of Endocrinology Ltd., Bristol, pp., 1996.

279. Capen CC, Gröne A, Bucci TJ, **Rosol TJ.** Age-related changes in structure and function of the mouse parathyroid gland. Pathobiology of the Aging Mouse, U Mohr, DL Dungworth, CC Capen, J Sundberg (editors), International Life Sciences Institute Press, 1995.

280. Chew DJ, Nagode LA, **Rosol TJ**, Carothers MA, and Schenck. Utility of Diagnostic Assays in the Evaluation of Hypercalcemia and Hypocalcemia: PTH, Vitamin D Metabolites, PTHrP, and Ionized Calcium. Current Veterinary Therapy 12, pp. 378-383, J.D. Bonagura (editor), W.B. Saunders Co., Philadelphia, 1995.

281. **Rosol TJ**, Nagode LA, Couto CG, Hammer AS, Chew DJ, Steinmeyer CL, Capen CC. Serum 1,25-dihydroxyvitamin D levels in dogs with cancer-associated hypercalcemia and elevated levels of parathyroid hormone-related protein. In "Vitamin D a Pluripotent Steroid Hormone: Structural Studies, Molecular Endocrinology and Clinical Applications" (A. W. Norman, R. Bouillon, M. Thomasset, eds.), Walter de Gruyter & Co., Berlin, pp. 498-499, 1994.

282. Capen CC, **Rosol TJ**. Pathobiology of Parathyroid Hormone and Parathyroid Hormone-Related Protein: Introduction and Evolving Concepts. Pathology of the Thyroid and Parathyroid Gland, pp. 1-33, V.D. LiVolsi, R.A. DeLellis (editors), Williams and Wilkins, Baltimore, 1993.

283. Capen CC, **Rosol TJ**. Hormonal Control of Mineral Metabolism. Mechanisms of Surgical Diseases of Small Animals, pp. 841-857, second edition, Bojrab (editor), Lea and Febiger, Philadelphia, 1993.

284. Ngan P, Kleeman B, Jordan F, Rosol T, Shanfeld J, Davidovitch. Effect of intermittent pressure on periodontal ligament cell-mediated bone resorption in vitro. In Biologic Mechanisms of Tooth Movement and Craniofacial Adaption, Davidovitch, Z. (ed), EBSCO Media, Birmingham, AL, pp., 1992.

285. **Rosol TJ**, Merryman JI, McCauley LK, Werkmeister JR, Gröne A, Steinmeyer C, Swayne D, Capen CC. Pathogenesis of cancer-associated hypercalcemia: Characterization of polyclonal antibodies to parathyroid hormone-related protein. In "Vitamin D 1991 Molecular, Cellular, and Clinical Endocrinology" (A. W. Norman, K. Schaefer, H.G. Grigoleit, D. v. Herrath, eds.), Walter de Gruyter & Co., West Berlin, p , 1991.

286. **Rosol TJ**, Capen CC, Merryman JI, Meuten DJ. Hypercalcemia of Malignancy, Model No 260, Supplemental Update, 1991, In *Handbook: Animal Models of Human Disease*. Fascicle 12. Edited by C.C. Capen, D.B. Hackel, T.C. Jones and G. Migaki. Registry of Comparative Pathology, Armed Forces Institute of Pathology, Washington, DC, 1991.

287. Capen CC, **Rosol TJ**. Calcium-regulating hormones and diseases of abnormal mineral (calcium, phosphorus, magnesium) metabolism. Clinical Biochemistry of Domestic Animals, pp. 682-756, fourth edition, Kaneko JJ (editor), Academic Press, New York, 1989.

288. **Rosol TJ**, Capen CC, Deftos LJ, Horst RL. Nude mouse model (CAC-8) of humoral hypercalcemia of malignancy with increased serum levels of 1,25-dihydroxycholecalciferol. In "Vitamin D 1988 Molecular, Cellular, and Clinical Endocrinology" (A. W. Norman, K. Schaefer, H.G. Grigoleit, D. v. Herrath, eds.), Walter de Gruyter & Co., West Berlin, p 867, 1988.

## *Proceeding Papers*

289. **Rosol TJ**. Calcium-Regulating Hormones: From Fish to Man and Back Again. Proceedings of the 61st Annual Meeting of the American College of Veterinary Pathologists, Baltimore, Oct. 30 – No. 3, 2010.

290. **Rosol TJ**. Bone Microenvironment and the Pathogenesis of Bone Metastasis. Proceedings of the 61st Annual Meeting of the American College of Veterinary Pathologists, Baltimore, Oct. 30 – No. 3, 2010.

291. Richard V, Lairmore MD, Green P, Feuer G, Erbe RS, Albrecht B, D'Souza C, Keller ET, Diu J, **Rosol TJ**. Humoral Hypercalcemia of Malignancy: A SCID/beige Mouse Model of Adult T-Cell Lymphoma Independent of HTLV-1 PTHrP Expression. *AIDS Research & Human Retroviruses*. 2001 Suppl. 1; 17: O-40.

292. Richard V, Lairmore MD, Green PL, **Rosol TJ**. Humoral Hypercalcemia of Malignancy: T-cell activation upregulates PTHrP expression in Adult T-cell Leukemia/Lymphoma independently of HTLV-1 Tax. *AIDS Research & Human Retroviruses*. 2003 Suppl. 1; 19: O-36.

293. **Rosol TJ**. Parathyroid Hormone-Related Protein: Role in Health & Disease. Proceedings of the Annual Meeting of the European College of Internal Veterinary Medicine, Uppsala, Sweden, 4-6 September, 2003, pp. 65-67.

294. **Rosol TJ**. Parathyroid Hormone-Related Protein: Role in Cancer, Metastasis, & Humoral Hypercalcemia of Malignancy Proceedings of the Annual Meeting of the European College of Internal Veterinary Medicine, Uppsala, Sweden, 4-6 September, 2003, pp. 134-136.

## *Government White Papers*

295. Runge ECA, Cox N, **Rosol TJ**, Wolf T. Annual Review and Recommendations on Relevancy and Adequacy of Funding for Agricultural Research, Extension, Education and Economic Activities Conducted by the United States Department of Agriculture, National Agricultural Research, Extension, and Economics (NAREEE) Advisory Board, March 15, 2009. http://www.ree.usda.gov/nareeeab/reports/2009_relevancy_adequacy.pdf

296. **Rosol TJ**, Quarles S, Rel RC, Wolf T. Report and Recommendations of Agriculture Research Needs of Invasive Species, National Agricultural Research, Extension, and Economics (NAREEE) Advisory Board, June 15, 2009.
http://www.ree.usda.gov/nareeeab/reports/070109invasivespecies_rpt.pdf

297. Runge ECA, Cox N, **Rosol TJ**, Wolf T. Annual Review and Recommendations on Relevancy and Adequacy of Funding for Agricultural Research, Extension, Education and Economic Activities Conducted by the United States Department of Agriculture, National Agricultural Research, Extension, and Economics (NAREEE) Advisory Board, 2010.

298. Heldman DR, Smith-Edge M, Peltier J-M, Wagner M, **Rosol TJ**. Report and Recommendations on Childhood Nutrition: Obesity and Malnutrition, National Agricultural Research, Extension, and Economics (NAREEE) Advisory Board, 2010.

299. Heldman DR, Smith-Edge M, Wagner M, Peltier J-M, **Rosol TJ**. Report and Recommendations on Sustainability in Support of Food Security, National Agricultural Research, Extension, and Economics (NAREEE) Advisory Board, 2010.

### *Research Administration Papers*

300. **Rosol, TJ**. Increased oversight and compliance demands present new challenges for university research. Invited paper for 'What to Ask Me' section of *Trusteeship (Journal of the Association of Governing Boards of Universities and Colleges*: 12 (1): 40, 2004.

| Scholarly Presentations | | | |
|---|---|---|---|
| **Venue** | **Date** | **Presentation** | **Topic** |
| *European College of Veterinary Pathology*, Berlin | 20-21 July 2017 | **SUMMER SCHOOL** | Endocrine Pathology (2-day course) |
| *American College of Laboratory Medicine Forum*, Tucson | 24 April 2017 | **INVITED LECTURE** | Research Regulatory Burden and the Biomedical Scientist: Is there Hope on the Horizon? |
| *European Society of Toxicologic Pathology*, Barcelona | 21 Sept 2016 | **KEYNOTE LECTURE** | Thyroid Toxicologic Pathology and Translatability to Humans |
| *Australian Veterinary Pathology 'Roadshow'*, Australian Animal Pathology Standards Program and CL Davis Foundation, Australia | 01-31 Aug 2015 | Six 2-day SYMPOSIA in Melbourne, Adelaide, Perth, Darwin, Brisbane & Sydney | Endocrine System: Anatomic and Clinical Pathology |
| *Responsible Conduct of Research Workshop*, College of Veterinary Medicine, OSU | 20 May 2015 | SEMINAR | Conflicts of Interest and Commitment |
| *University of Michigan*, NIH Prostate Cancer Program Project Grant, Ann Arbor | 11 May 2015 | INVITED LECTURE | Canine Models of Prostate Cancer for In Vivo Imaging and Therapy |
| *OSU College of Medicine*, Thyroid Cancer Group | 30 Mar 2015 | SEMINAR | Thyroid Cancer in Dogs: Preclinical Model for Human Therapy |
| *National Institute of Animal Health*, Tsukuba, Japan | 28 Jan 2015 | INVITED LECTURE | Endocrine Pathology of Food Animals and Horses |

| *Japanese Society of Toxicologic Pathology*, Tokyo | 29 Jan 2015 | **KEYNOTE LECTURE** | Toxicologic Pathology and Comparative Pathology of the Endocrine Glands |
|---|---|---|---|
| *OSU Medical Center*, Clinical Research Orientation | 20 Nov 2014 | INVITED LECTURE | Commercialization for Faculty in the Medical Sciences |
| *Graduate Program Seminar Series* OSU College of Veterinary Medicine | 17 Nov 2014 | INVITED LECTURE | Parathyroid Hormone-Related Protein: From Discovery to Bone Metastasis |
| *BioOhio*, Central Ohio Conference on Bioscience Commercialization | 12 Nov 2014 | INVITED LECTURE & PANEL | Ohio's Medical Corridor: Think Globally, Act Regionally, & Profit Locally |
| *5th Society of Toxicologic Pathology – India* Meeting Bangalore | 1 Nov 2014 | INVITED LECTURES (2) | Thyroid follicles and C cells in Preclinical Toxicology Adrenal Cortex and Medulla in Preclinical Toxicology |
| *Comparative Oncology Program* OSU College of Veterinary Medicine | 26 Sept 2014 | SEMINAR | Humoral Hypercalcemia of Malignancy and PTHrP: What's New? |
| *7th RTP Rodent Pathology Course* Raleigh, North Carolina | 23 Sept 2014 | **KEYNOTE LECTURE** | Endocrine Pathology of Calcium Regulating Hormones: From Metabolism to Bone Metastasis |
| *7th RTP Rodent Pathology Course* Raleigh, North Carolina | 21 Sept 2014 | INVITED LECTURE | Pathology and Chemically-Induced Lesions of the Rodent Pituitary Gland |
| *European Society of Toxicologic Pathology* Annual Meeting with Eur. Soc. of Vet. Pathology Berlin, Germany | 28, 29 Aug 2014 | **KEYNOTE LECTURE &** INVITED LECTURES (2) | **PLENARY: Lessons in Endocrine Pathology from History, Art, and the Microscope** Pathology of the Pituitary Gland Pathology of the Adrenal Gland |
| *CL Davis Foundation* Course Berlin, Germany | 27 Aug 2014 | INVITED LECTURES (3) | Pathology of: Pancreatic Islets Thyroid Glands Adrenal Glands |
| *American Veterinary Medical Association* Annual Meeting, Denver, Colorado | 27 July 2014 | INVITED LECTURES (2) | Clinical Research Update: Paraneoplastic Syndromes in Small Animals, Parts I and II |
| *Eli Lilly and Company* Lilly Corporate Center Indianapolis, IN | 21 May 2014 | INVITED LECTURE | Adrenal Gland: Preclinical Toxicologic Pathology and Effects of Stress |
| *Responsible Conduct of Research Workshop* College of Veterinary Medicine Ohio State University | 14 May 2014 | SEMINAR | Conflict of Interest and Commitment |
| *National Toxicology Program Satellite Symposium at STP Meeting* Washington, DC | 21 June 2014 | INVITED LECTURE | Nomenclature Challenges: Endocrine INHAND OWG |
| *Ohio State University Veterinary Professional Student Lunch and Learn* Columbus, Ohio | 31 Oct 2013 | SEMINAR | Morris Animal Foundation Research on Feline Oral Cancer |

77

| | | | |
|---|---|---|---|
| *Georgia Regents University* Center for Biotechnology and Genomic Medicine Augusta, Georgia | 22 Oct 2013 | INVITED LECTURE | Comparative Pathobiology and Animal Models of Prostate Cancer |
| *Veterinary Medical Center* Ohio State University | 09 Aug 2013 | SEMINAR | Update on Pancreatic Cancer and Diabetes Mellitus |
| *European Society of Veterinary Pathology Summer School* Dublin, Ireland | 22-23 July 2013 | INVITED LECTURES & PRACTICUM | Endocrine Pathology (1.5 days; lectures and practicum) |
| *National Institute of Animal Health* Tsukuba, Japan | 31 May 2013 | INVITED LECTURE | Pathology of the Reproductive System of Farm Animals |
| *Faculty of Veterinary Medicine* University of Tokyo | 29 May 2013 30 May 2013 31 May 2013 | INVITED LECTURES | Information Technology for Teaching in the Veterinary College --------------------------- Teaching Pathology with Digital Slides --------------------------- Pathology of Calcium-Regulating Hormones |
| *Comparative Calcium Regulating Hormones International Symposium* Kobe, Japan | 28 May 2013 | INVITED LECTURE | Bone-Invasive Spontaneous Cancers in Dogs and Cats: Mouse Models of Prostate Cancer, Oral Squamous Cell Carcinoma, and Osteosarcoma |
| *OSU Center for Retrovirus Research* | 13 Dec 2012 | RESEARCH UPDATE | Pathogenesis of HTLV-1-Associated Bone Metastasis |
| *OSU College of Veterinary Medicine – College of Engineering Symposium* | 06 Dec 2012 | RESEARCH UPDATE | Imaging in Cancer Metastasis Research |
| *American College of Toxicology,* Annual Meeting, Orlando | 04 Nov 2012 | INVITED LECTURE | The Hypothalamic-Pituitary Axis |
| *OSU College of Veterinary Medicine,* Oncology Signature Program | 26 Oct 2012 | INVITED LECTURE | Mouse Models of Oral Squamous Cell Carcinoma and Prostate Cancer |
| *OSU College of Medicine,* Columbus, Ohio | 09 Oct 2012 | INVITED WORKSHOP | Commercialization of Tangible Property |
| *Society of Toxicology Pathology Annual Meeting,* Boston | June 26, 2012 | INVITED LECTURE | On-Target GLP-1 Agonist Effects on Thyroid C-Cell Proliferation |
| *JamesCare Comprehensive Breast Center,* Ohio State University Medical Center, Columbus, OH | 14 Dec 2011 | INVITED LECTURE | Breast Cancer and Metastasis Research |
| *American College of Toxicology,* Annual Meeting, Phoenix | 06 Nov 2011 | INVITED LECTURE | Effects of Stress on the Endocrine System |
| *Workshop on the Comparative Endocrinology of Calcium-Regulating Hormones, International Bone & Mineral Society,* Athens, Greece | 07 May 2011 | PLENARY LECTURE | Pathogenesis and Treatment of Bone Metastasis: Mouse Models & Role of the Bone Microenvironment |
| *Workshop on the Comparative Endocrinology of Calcium-Regulating Hormones, International Bone & Mineral Society,* Athens, Greece | 07 May 2011 | INVITED LECTURE | P16, P21 and GSK-3ß mediate the actions of the NLS and C-terminus of PTHrP on skeletal development |
| *Project REACH, Comprehensive Equity at Ohio State, NSF ADVANCE Grant workshop,* OSU, Columbus | 04 March 2011 | INVITED LECTURE & WORKSHOP | Technology Transfer and Commercialization at Ohio State University: The Faculty Perspective |

| *Grand Rounds, Comprehensive Cancer Center*, The Ohio State University | 17 Dec 2010 | INVITED LECTURE | Pathogenesis and Treatment of Bone Metastasis: Lessons Learned from Mouse Models |
|---|---|---|---|
| *Annual Meeting of the American College of Veterinary Pathologists*, Baltimore | 01 Nov 2010 | <u>PLENARY</u> LECTURE | Tumor Microenvironment in Cancer |
| *Annual Meeting of the American College of Veterinary Pathologists*, Baltimore | 31 Oct 2010 | <u>PLENARY</u> LECTURE | Calcium-Regulation Hormones: From Fish to Man and Back Again |
| *Federal Drug Administration (FDA), Center for Food Safety and Applied Nutrition*, College Park, MD | 21 Oct 2010 | INVITED LECTURE | Human Relevance of Preclinical Toxicity in the Endocrine System |
| *21st Ljedevit Jurak International Symposium on Comparative Pathology*, Zagreb, Croatia | 04 June 2010 | INVITED LECTURE | Endocrine Pathology in Domestic Animals |
| *Federal Drug Administration (FDA), Center for Drug Evaluation and Research (CDER)*, Silver Spring, Maryland | 06 May 2010 | INVITED LECTURE | Pathology of the Endocrine and Exocrine Systems |
| *Project REACH, Comprehensive Equity at Ohio State, NSF ADVANCE Grant workshop*, OSU, Columbus | 23 April 2010 | INVITED LECTURE & WORKSHOP | Technology Transfer and Commercialization at Ohio State University |
| *Toxicology Forum*, Washington DC | 04 February 2010 | INVITED LECTURE | C-Cells: What Are They and What Do They Do? |
| *Hoffmann-La Roche Pharmaceuticals AG*, Basel | 13 January 2010 | INVITED LECTURE | Function, Regulation, and Carcinogenesis of C-Cells |
| *Janssen Phamaceutica*, Beerse, Belgium | 09 October 2009 | INVITED LECTURE | Models of Prostate Cancer Bone Metastasis |
| *Illinois State University, School of Biological Sciences*, Bloomington, IL | 24 Sept 2009 | INVITED LECTURE | Parathyroid Hormone-Related Protein: Role in Bone Development and Bone Metastases |
| *Translational Breast Cancer Working Group*, Ohio State University Medical Center, Columbus, Ohio | 19 Aug 2009 | INVITED LECTURE | Modeling Breast Cancer Bone Metastasis in Mice |
| *20th Ljedevit Jurak International Symposium on Comparative Pathology*, Zagreb, Croatia | 05 June 2009 | INVITED LECTURE | Animal Models of Prostate Cancer |
| *In Vivo Biomedical Imaging Seminar Series*, Comprehensive Cancer Center, Ohio State University | 26 May 2009 | INVITED LECTURE | Bioluminescence Imaging of Mouse Models of Metastasis |
| *Bone Working Group* at Ohio State University | 26 May 2009 | INVITED LECTURE | Mouse Models of Bone Metastasis and Invasion |
| *Science and Technology Management and Policy*, Public Policy and Management 880K05, OSU John Glenn School of Public Affairs | 04 May 2009 | INVITED LECTURE | University Technology Licensing and Commercialization (with Jean Schelhorn) |
| *University of Illinois Medical Center, Translational Research Seminar Series*, Champaign, IL | 02 Feb 2009 | INVITED LECTURE | Translational Mouse Models of Metastasis |

| | | | |
|---|---|---|---|
| *Annual Meeting of the American College of Veterinary Pathologists*, San Antonio | 18 Nov 2008 | INVITED PLATFORM REPORT | Roles of parathyroid hormone-related protein and MIP-1α in hypercalcemia in adult T-cell lymphoma/leukemia |
| *National Agriculture Research, Education, Economics and Extension (NAREEE)* Advisory Board, Washington, DC | 12 Nov 2008 | INVITED LECTURE | Invasive Species in the United States |
| *OSU College of Veterinary Medicine, Signature Program in Oncology* | 31 Oct 2008 | INVITED LECTURE | Translational Mouse Models of Animal and Human Cancers |
| *OSU Department of Biomedical Engineering*, Columbus OH | 22 Oct 2008 | INVITED LECTURE | Animal Models of Cancer and Metastasis |
| *National Agriculture Research, Education, Economics and Extension (NAREEE)* Advisory Board, Washington, DC | 20 Mar 2008 | INVITED LECTURE | Workforce Issues in Veterinary Medicine |
| *Newark Rotary Club* Newark, Ohio | 29 Jan 2008 | INVITED LECTURE | State of the College of Veterinary Medicine |
| *American Association of Laboratory Animal Science* Annual Meeting, Charlotte, NC | 15 Oct 2007 | PLENARY LECTURE | Mouse Models of Metastasis for Human & Animal Cancers: Translational Research in Action |
| *Merck/Merial National Veterinary Scholar Symposium* National Institutes of Health | 03 Aug 2007 | INVITED LECTURE | Translational Mouse Models of Cancer |
| *Veterinarians in Biomedical Research – Building National Capacity* National Institutes of Health | 02 Aug 2007 | INVITED LECTURE | Documented Needs for Veterinarians in Biomedical Research |
| *University of Pennsylvania College of Veterinary Medicine*, New Bolton Center | 31 Oct 2006 | INVITED LECTURE | Mouse Models of Cancer: Pathogenesis and Imaging of Bone Metastasis |
| *Swiss Association of Animal Pathology*, Zurich | 13 Oct 2006 | KEYNOTE LECTURE | Role of PTHrP in Health, Disease, Cancer-Associated Hypercalcemia, and Bone Metastasis |
| *University of Bern* | 14 Oct 2006 | INVITED LECTURES | Lectures on Adrenal and Pituitary Gland Pathology and Slide Seminar |
| *The 10th International Congress of the International Society for Bone Morphometry*, Philadelphia | 20 Sept 2006 | INVITED LECTURE | Xenograft Models and Morphometry of Bone Metastases in Mice |
| *Genes, Dogs, and Cancer: 4TH International Canine Cancer Conference*, Chicago | 15 Sept 2006 | DISTINGUISHED LECTURE | Pathogenesis and Treatment of Bone Metastases: Mouse Models of Human, Dog, and Cat Cancers |
| *Annual Meeting of the Ohio Agricultural Council*, Columbus, OH | 21 April 2006 | KEYNOTE ADDRESS | The Face of Veterinary Medicine in Ohio – 2006 |
| *American Society for Investigative Pathology*, FASEB meeting on Experimental Biology, San Francisco | 03 April 2006 | INVITED LECTURE | Mouse models of bone metastasis: Pathogenesis and in vivo bioluminescent imaging |
| *European Society of Veterinary Pathology*, Summer school for veterinary pathology trainees, Padua, Italy | 25-26 July 2005 | INVITED LECTURES | Endocrine and Reproductive Pathology |

| Oral Biology Graduate Program Seminar Series, The OSU College of Dentistry | 07 Oct 2004 | INVITED LECTURE | Animal Models, Pathogenesis, and Role of PTHrP in Bone Metastasis |
|---|---|---|---|
| Guest Lecture Series, Ohio Sea Grant Program, Ohio State University, Stone Lab on Gibraltar Island, Lake Erie | 15 July 2004 | INVITED LECTURE | Imaging of Cancer Metastasis In Vivo Using Light Emitted from the Firefly Enzyme Luciferase |
| European Course on Toxicologic Pathology, French Society of Veterinary Pathology & Toxicologic Pathology, Veterinary School of Nantes, France | 24-28 May 2004 | INVITED LECTURES | Endocrine Toxicology Pathology: Adrenal and Thyroid Glands |
| The Ohio State University Senate | 8 April 2004 | INVITED REPORT | Update on Research at The Ohio State University |
| Washington University School of Medicine: Oncology/Hematology Grand Rounds, St. Louis, MO | 27 Feb 2004 | INVITED LECURE | Parathyroid Hormone-Related Protein: Role in Health, Cancer, & Bone Metastasis |
| Sumitomo Chemical Company Osaka, Japan | 14 Feb 2004 | INVITED LECTURE | PTHrP: Role in Health, Cancer, and Bone Metastasis |
| The OSU Board of Trustees | 05 Dec 2003 | INVITED REPORT | Annual Office of Research Update |
| Society of Research Administrators Annual Meeting: Pittsburgh, PA | 20 Oct 2004 | PANEL LEADER | Panel discussion of NIH Proactive Site Visit on Research Compliance at OSU |
| European College of Veterinary Internal Medicine Congress (Endocrine and Oncology Specialty Groups), Uppsala, Sweden | 4-6 Sept 2003 | TWO INVITED PLENARY LECTURES | (1) Parathyroid Hormone-Related Protein: Role in Health & Disease (2) Parathyroid Hormone-Related Protein: Role in Cancer, Metastasis, & Humoral Hypercalcemia of Malignancy |
| Society for Research Administrators Annual Meeting, Pittsburgh | 20 Oct 2003 | PANEL LEADER | The OSU Experience for the NIH Proactive Compliance Site Visit |
| Workshop on the Comparative Endocrinology of Calcium-Regulating Hormones, International Bone & Mineral Society, Osaka, Japan | 03 June 2003 | INVITED LECTURE | Calcium and Equine Parathyroid Gland Function |
| 1st Unitarian Universalist Church, Columbus, Ohio | 11 May 2003 | INVITED LECTURE | Role of Research for the Betterment of Society |
| National Science Olympiad, Schottenstein Center at The Ohio State University, 3000 grade school and high school participants and staff | 09 May 2003 | INVITED INTRODUC-TION | Opportunities for Student Research at The Ohio State University |
| Columbus Technical Council, Annual Awards Banquet for High School Science Award Winners | 30 April 2003 | KEYNOTE LECTURE | The Importance of Science Education to Society |
| The Ohio State University Faculty Club with the Columbia, SC, Chamber of Commerce | 28 April 2003 | INVITED LECTURE | The Power of Partnerships (between the University and Industry) |
| The Ohio State University Principal Investigator Awareness Workshop for the Office of Research | 18 April 2003 | INVITED SEMINAR | What is an RFA and how do you respond to one? |
| Wayne State University School of Medicine, Depts. Of Urology and Pathology | 02 April 2003 | INVITED SEMINAR | Regulation of PTHrP and its Role in Animal Models of Bone Metastasis |

81

| *Prostate and Genitourinary Oncology Group*, The Ohio State University College of Medicine & Public Health | 26 Nov 2002 | INVITED SEMINAR | Pathogenesis and Animals Models of Prostate Cancer Bone Metastasis |
|---|---|---|---|
| *Outreach Scholarship 2002 Conference, 'Catalyst for Change'* Columbus, OH A panel of the top, cutting-edge researchers from Ohio State discuss how, through outreach research, we can make our discoveries useful beyond the academic community. | 06 Oct 2002 | INVITED SEMINAR and PANEL LEADER | *Speakers: Thomas J. Rosol, senior associate vice president, Office of Research; Mauro Ferrari, Biomedical Engineering Center and professor of Internal Medicine; Wayne Chung, professor of Industrial, Interior, and Visual Communication Design; Linda K. Weavers, asst. professor of Civil and Environmental Engineering and Geodetic Sciences; Gregory Washington, director, Intelligent Structures and System Laboratory.* |
| *Colorado State University College of Veterinary Medicine and Animal Cancer Center* Fort Collins, CO | 29 July 2002 | INVITED SEMINAR | Role of parathyroid hormone-related protein and animal models of bone metastasis |
| *Summer NIH SOAR professional student researchers, College of Veterinary Medicine, Columbus, OH* | 01 July 2002 | INVITED SEMINAR | Ethical Considerations in Research and Scientific Publication |
| *Third North American Symposium on Skeletal Complications of Malignancy, Natcher Center at the National Institutes of Health,* Bethesda, Maryland | 23-25 April 2002 | INVITED PLENARY PRESENTA-TION | Animal Models of Bone Metastasis |
| *The Ohio State University Comprehensive Cancer Center,* Columbus, OH | 25 Jan 2002 | INVITED SEMINAR | Identification and Measurement of Human Cancers in Mice using Visible Light from Luciferase and the Xenogen Low-Light IVIS Camera |
| *Medical School of Fukuoka,* Japan | 20 Nov 2001 | INVITED SEMINAR | Pathogenesis of Prostate Cancer Metastasis to Bone: Use of Animal Models & Gene Therapy |
| *International Symposium on Cancer and Bone, Awajishowa, Japan* | 16-18 Nov 2001 | INVITED SEMINAR | Animal Model of Human Prostate Cancer Osteoblastic Metastases |
| *M.D. Anderson Cancer Research Institute and Cancer Hospital*, Houston, Texas | 11 Dec 2001 | INVITED SEMINAR | Pathogenesis of Prostate Cancer Metastasis to Bone and Induction of Osteoblastic Bone Metastases |
| *Institute for Veterinary Pathology at the Justus-Liebig University* Giessen, Germany | 22-24 Aug 2001 | INVITED 3-DAY WORKSHOP | Reproductive and Endocrine Pathology. Program for veterinary residents, faculty, and industry toxicologic pathologists with 15 hrs lecture, 6 hrs of histopathology workshops (60 cases), and 3 hrs gross pathology review |

| Midwestern Bone Biology & Cancer Meeting, Indiana University Cancer Center and the School of Medicine Bloomington, Indiana | 26 May 2001 | INVITED PLENARY LECTURE | Pathogenesis of bone metastasis: Role of tumor-related proteins |
|---|---|---|---|
| Division of Human Cancer Genetics, Comprehensive Cancer Center The Ohio State University Columbus, Ohio | 26 Sept 2000 | INVITED SEMINAR | The role and regulation of PTHrP in squamous carcinoma, prostate cancer, and lymphoma: Regulation of PTHrP stability and mouse models of human disease |
| Graduate School of Animal Health, University of Utrecht, The Netherlands | 18 Sept 2000 | INVITED SEMINAR | Regulation and role of PTHrP in lymphoma, squamous carcinoma, & prostate cancer |
| 18th Meeting of the European Society of Veterinary Pathology | 19-22 Sept 2000 | INVITED RESEARCH PAPER | Humoral hypercalcemia of malignancy: SCID/beige mouse model of adult T-cell lymphoma due to HTLV-1 infection |
| University of Illinois Endocrinology Seminar Series Chicago, Illinois | 04 April 2000 | INVITED SEMINAR | Role of PTHrP in cancer-associated hypercalcemia and pathogenesis of bone metastases |
| Ohio State University Veterinary Teaching Hospital Internal Medicine Seminar Series for Residents | 23 Feb 2000 | INVITED SEMINAR | Calcium-regulating hormones |
| Chiang Mai University Faculty of Veterinary Medicine Chiang Mai, Thailand | 17 Feb 2000 | INVITED FULL-DAY SYMOSIUM | Training of veterinary pathologists at The Ohio State University and in the United States; Update on reproductive pathology; Update on surgical pathology, and Gross pathology in small animals, cattle, and horses |
| Chulalongkorn University 3rd-year Veterinary Medical Students Bangkok, Thailand | 14 Feb 2000 | INVITED SEMINAR | Training of veterinarians at The Ohio State University and in the United States |
| Rakuno Gakuen University Department of Veterinary Pathology Hokkaido, Japan | 10 Feb 2000 | INVITED SEMINAR | Training of veterinarians at The Ohio State University and in the United States |
| University of Tokyo Department of Veterinary Pathology Tokyo, Japan | 07 Feb 2000 | INVITED SEMINAR | Training of veterinarians at The Ohio State University and in the United States |
| Indiana University Medical Sciences Program, Bloomington, Indiana | 30-31 Jan 2000 | INVITED SEMINAR | Investigations on the regulation and role of PTHrP in squamous carcinoma, prostate cancer, and HTLV-1 lymphoma |
| S.P.O.R.E. in Prostate Cancer University of Michigan Ann Arbor, Michigan | 10-11 Jan 2000 | INVITED LECTURE | Animals Models of Prostate Cancer Interaction with Bone |
| 2nd North American Symposium on Skeletal Complications of Malignancy | 15-16 Oct 1999 | INVITED LECTURE | Parathyroid hormone-related protein as a regulatory factor in prostate carcinoma |
| Pharmacia/Upjohn Company, Kalamazoo, Michigan | 11-12 Oct 1999 | INVITED SEMINAR | Pathology of Bone Lesions |

| | | | |
|---|---|---|---|
| *17th Meeting of the European Society of Veterinary Pathology* | 14-17 Sept 1999 | INVITED PAPER | Effects of daily administration of human parathyroid hormone or salmon calcitonin in green iguanas (*Iguana iguana*) |
| *Midwest Association of Veterinary Pathologists*, Hueston Woods (Oxford), Ohio | 12 Aug 1999 | INVITED PAPER | Histopathology of Preovulatory and Postovulatory Follicles in Dogs |
| *Department of Veterinary Biosciences, The Ohio State University* | 25 June 1999 | FACULTY SEMINAR | Development of an NIH T32 training grant in Mouse Pathobiology |
| *Ohio Agricultural Research & Development Center*, Wooster, Ohio (Dairy and Animal Sciences) | 03 May 1999 | INVITED SEMINAR | Structure, Function, and Regulation of Parathyroid Hormone-Related Protein |

*European Society of Veterinary Pathology* (16th Annual Meeting, Lillehammer, Norway), 23 September 1998, **INVITED ORAL PRESENTATION**, Skeletal Metastasis of Prostate Adenocarcinoma in Rats: Morphometric Analysis and Role of Parathyroid Hormone-Related Protein.

*University of Bern, Veterinary School, Institute of Veterinary Pathology*, Bern, Switzerland, 5 October 1998, **INVITED SEMINAR** for the pathology faculty and trainees, Histopathology of Reproductive Lesions in Animals

*Rakuno Gakuen University* (Ebetsu, Hokkaido), 23 March 1998, **INVITED SPEAKER**, Calcium Metabolism and Pathogenesis of Hypercalcemia.

*Takeda Chemical Industries, Ltd.*, Drug Safety Research Laboratories , 27 March 1998, **INVITED SPEAKER** (host: Satoshi Sasaki, DVM, PhD, Head of Pathology) Parathyroid Hormone-Related Protein: Biology, Pathobiology, and Role in Bone.

*Head & Neck Oncology Committee Meeting*, James Cancer Hospital and Research Institute, The Ohio State University, 4 December 1997, Role of Parathyroid Hormone-Related Protein in Squamous Cell Carcinoma.

*Monbusyo International Scientific Travel Award* For University-To-University Cooperative Research, 3-18 November 1996, **INVITED SPEAKER**, Lectures at Rakuno Gakuen University (Ebetsu, Hokkaido), Osaka Prefecture University, Azabu University (Tokyo), and Nippon Veterinary and Animal Science University (Tokyo) on the Role of PTHrP in the Pathogenesis of Humoral Hypercalcemia of Malignancy.

*University of Michigan Comprehensive Cancer Center Grand Rounds*, 29 March 1996, **INVITED SPEAKER**, Role of Parathyroid Hormone-Related Protein in the Pathogenesis of Humoral Hypercalcemia of Malignancy.

*The Ohio State University*, Department of Veterinary Biosciences, 30 October 1996. Investigations on the Pathophysiology of Parathyroid Hormone-Related Protein.

*13th European Congress on Veterinary Pathology*, Edinburgh, Scotland, 27-30 September 1995, Parathyroid Hormone-Related Protein and the Pathogenesis of Humoral Hypercalcemia of Malignancy in Dogs.

*University of Zurich, Veterinary School, Institute of Veterinary Physiology*, Zurich, Switzerland, 9 October 1995, **INVITED SEMINAR** for the Veterinary School faculty and students and private veterinary practitioners, Function and Pathophysiology of Parathyroid Hormone-Related Protein in Animals.

*Lilly Research Laboratories*, Greenfield, IN, 18 July 1995, Structure, Function, and Regulation of Parathyroid Hormone and Parathyroid Hormone-Related Protein.

*Lilly Research Laboratories*, Greenfield, IN 18 July 1995, Current Physiologic and Pathologic Concepts Useful for Evaluation of Lesions in Bone.

*Ohio State University Office of Health Science Research*, **INVITED SPEAKER**, Columbus, OH, 14 June 1995, FIRST Awards from the National Institutes of Health: Trials and Tribulations.

*American Association of Clinical Chemistry*, Animal Division (DACC), **PLENARY SPEAKER**, Anaheim, CA, 15 July 1995, Animal Models of Diseases Involving Calcium Metabolism.

*Comparative Endocrinology of Calcium Metabolism Workshop* at the XIIth International Conference on Calcium-Regulation Hormones, **INVITED SPEAKER**, Melbourne, 14 February 1995, Current Status of the Pathogenesis of Humoral Hypercalcemia of Malignancy in Dogs.

*American College of Veterinary Pathologists* (Reproductive and Endocrine Pathology Specialty Group), Montreal, October, 1994 Canine parathyroid hormone-related protein (PTHrP): cDNA isolation and predicted amino acid sequence.

*Rakuno Gakuen University*, Ebetsu, Hokkaido, Japan, **INVITED SPEAKER**, February, 1994, Pathogenesis of Humoral Hypercalcemia of Malignancy.

*American Society for Veterinary Clinical Pathology*, the 28th Annual Meeting, **PLENARY SPEAKER**, San Antonio, TX, 6 December 1993, Pathophysiology of Calcium and Phosphorus Metabolism.

*American College of Veterinary Pathologists* (Orthopedic Pathology Specialty Group), the 44th Annual Meeting, San Antonio, TX, December, 1993. Pathogenesis of Cancer-Associated hypercalcemia.

*Ohio State University*, Department of Veterinary Anatomy & Cellular Biology, 20 October, 1993, Role of Parathyroid Hormone-Related Protein in Humoral Hypercalcemia of Malignancy.

*American College of Veterinary Pathologists* (Orthopedic Pathology Specialty Group), the 43rd Annual Meeting, San Diego, CA, November, 1992. Cancer-associated hypercalcemia in dogs: Circulating parathyroid hormone-related protein, parathyroid hormone, and 1,25-dihydroxyvitamin D.

*Genentech Inc.*, South San Francisco, 11 June 92, Experimental Models of Humoral Hypercalcemia of Malignancy.

*Equine Practitioner's Workshop*, The Ohio State University, Veterinary Medical Continuing Education, **Invited Speaker**, 12 January 1992, Value of Endometrial Biopsies.

*American College of Veterinary Pathologists* (Orthopedic Pathology Specialty Group), the 42nd Annual Meeting, Orlando, FL, December, 1991. Characterization of polyclonal antibodies to parathyroid hormone-related protein.

*Veterinary Cancer Society*, 11th Annual meeting, **PLENARY SPEAKER**, 27-29 October 1991, Minneapolis, MN. Experimental Models of Malignancy-Induced Hypercalcemia.

*Procter and Gamble Company*, Miami Valley Laboratories, Cincinnati, OH, 16 May 1991. Hypercalcemia of Malignancy: Mechanisms of Disease, Therapy, and Models.

*Great Lakes Region Discussion Group of the Society of Toxicologic Pathologists*, **Invited Speaker**, Sponsored by Marion Merrell Dow, Inc., Cincinnati, OH, 22 March 1991. Evaluation of Humoral Mechanisms of Bone Disease *In Vitro*.

*Bone and Mineral Research Seminar*, The Department of Physical Medicine, The Ohio State University, 10 January 1991. Investigations on the Pathogenesis of Humoral Hypercalcemia of Malignancy.

*The 41st Annual Meeting of the American College of Veterinary Pathologists* (Orthopedic Pathology Specialty Group), Phoenix, December, 1990. Effects of Transforming Growth Factor-$\alpha$ on Parathyroid Hormone and Parathyroid Hormone-Related Protein-Mediated Bone Resorption and Adenylate Cyclase Stimulation *In Vitro*.

*Department of Clinical Sciences*, College of Veterinary Medicine, The Ohio State University, September, 1990. Clinical Pathological Conference on Gastrinoma in the Dog.

*Ralston Purina Company*, St. Louis, MO, **Invited Speaker,** Annual Veterinary College Symposium, June, 1990. Pathogenesis of Humoral Hypercalcemia of Malignancy Associated with the Anal Sac Adenocarcinoma of Dogs.

*Department of Oral Biology*, College of Dentistry, Ohio State University, Columbus, OH, January, 1990. Role of Parathyroid Hormone-Related Protein in Humoral Hypercalcemia of Malignancy and Bone Remodeling.

*Department of Endocrinology*, University of Illinois and Veterans Administration West Side Medical Center, Chicago, IL, December, 1989. Use of Quantitative Bone Histomorphometry to Investigate Humoral Hypercalcemia of Malignancy and Osteoporosis.

*The 40th Annual Meeting of the American College of Veterinary Pathologists* (Orthopedic Pathology Specialty Group), Baltimore, MD, November, 1989. Effects of Interleukin-1α Infusion on Bone Remodeling and the Immune System in Mice.

*The 40th Annual Meeting of the American College of Veterinary Pathologists* (Orthopedic Pathology Specialty Group), Baltimore, MD, November, 1989. Effects of Large Granular Lymphocyte (LGL) Leukemia on Static and Dynamic Bone Histomorphometry in F344 Rats.

*Comparative Oncology/Hematology Group*, The Ohio State University, Columbus, OH, February 3, 1989. Recent Findings on the Pathogenesis of Humoral Hypercalcemia of Malignancy and the Local Control of Bone Remodeling.

*The 39th Annual Meeting of the American College of Veterinary Pathologists* (Orthopedic Pathology Specialty Group), Kansas City, MO, November, 1988. Investigations on Parathyroid Hormone-Related Protein in Canine Anal Sac Adenocarcinoma and Infusion of PTHrP in Nude Mice.

*Schering Research*, Schering-Plough Corporation, Bloomfield, NJ, June 27, 1988. Investigations on Humoral Hypercalcemia of Malignancy and In Vitro Bone Resorption Assays in Neonatal Mouse Calvaria.

*Residents Internal Medicine Conference*, Ohio State University Veterinary Medical Teaching Hospital, Columbus, OH, June 15, 1988. Hypercalcemia of Malignancy.

*VII International Symposium of the Society of Toxicologic Pathologists*, **Plenary Speaker**, Boston, June 7, 1988. Parathyroid Gland: Tumors and Circulating Parathyroid-Like Hormones.

**Medical Grand Rounds**, College of Medicine, The Ohio State University, Columbus, OH, November 19, 1987. Pathogenesis of Humoral Hypercalcemia of Malignancy.

*The 38th Annual Meeting of the American College of Veterinary Pathologists* (Orthopedic Pathology Specialty Group), Monterey, CA, November, 1987. Effect of Mithramycin, Dichlorodimethylene Bisphosphonate (Cl2MDP), and Low Calcium Diet On Humoral Hypercalcemia of Malignancy Associated with the Canine Adenocarcinoma Line (CAC-8) in Nude Mice.

*The 37th Annual Meeting of the American College of Veterinary Pathologists* (Orthopedic Pathology Specialty Group), Denver, CO, December, 1986. In Vitro Bone Resorbing, Adenylate Cyclase-Stimulating, and Transforming Growth Factor Activities Associated with Canine Apocrine Adenocarcinoma Tumor Line (CAC-8) in Nude Mice

*Schering-Plough Foundation*, Division of Pathology and Toxicology, Lafayette, NJ, November, 1986. Investigations on the Pathogenesis and Treatment of Humoral Hypercalcemia of Malignancy in Nude Mice with Transplanted Canine Adenocarcinoma (CAC-8).

*The Ninth Annual Oncology Conference of the Ohio Valley-Lake Erie Association of Cancer Centers*, Columbus, OH, June 1986. Stimulation of In Vitro Bone Resorption by a Canine Adenocarcinoma Tumor Line Resulting in Humoral Hypercalcemia of Malignancy in Athymic Mice.

*The 36th Annual Meeting of the American College of Veterinary Pathologists* (Orthopedic Pathology Specialty Group), Denver, CO, December, 1985. Histomorphometric, Biochemical, and Ultrastructural Investigations on Canine Adenocarcinoma of the Anal Sac Transplanted in Nude Mice.

*Schering-Plough Foundation*, Division of Pathology and Toxicology, Lafayette, NJ, March, 1984. Pathogenesis of the Humoral Hypercalcemia of Malignancy.

*The Annual Meeting of the Ohio Veterinary Medical Association*, Columbus, OH, January, 1984. Hypercalcemia Associated with Apocrine Gland Adenocarcinoma of the Anal Sac of the Dog

*Columbus Academy of Veterinarians*, Columbus, OH, December, 1983. Hypercalcemia of the Dog and the Apocrine Gland Adenocarcinoma of the Anal Sac.

# Attachment B

### Thomas J. Rosol - Materials Considered List

1. Atkinson, C. et al., *104-Week Chronic Feeding/Oncogenicity Study in Rats with 52-Week Interim Kill* (1993) (on file with registrant).

2. Atkinson, C. et al., *Glyphosate: 104 week dietary carcinogenicity study in mice* (Apr. 7, 1993) (on file with registrant).

3. Baldrick, P., *Carcinogenicity Evaluation: Comparison of Tumor Data from Dual Control Groups in the Sprague-Dawley Rat*, 33 Toxicologic Pathology 283 (2005).

4. Begley, D. et al., *Finding mouse models of human lymphomas and leukemia's using the Jackson laboratory mouse tumor biology database*, 99 Experimental & Molecular Pathology 533 (2015).

5. BfR, *Assessment of IARC Monographies Volume 112 (2015); Glyphosate*, Renewal Assessment Report: Glyphosate Addendum I to RAR (2015).

6. BfR, *Toxicology and metabolism*, Renewal Assessment Report: Glyphosate Volume 3 Annex B.6 (2015).

7. Brammer, *Glyphosate Acid: Two Year Dietary Toxicity and Oncogenicity Study in Wistar Rats* (2001) (on file with registrant).

8. Chandra, M. & C. Frith, *Spontaneous neoplasms in aged CD-1 mice*, 61 Toxicology Letters 67 (1992).

9. Chandra, M. & C. Frith, *Spontaneous renal lesions in CD-1 and B6C3F1 mice*, 46 Experimental Toxicologic Pathology 189 (1994).

10. Chruscielska, K. et al., *Glyphosate: Evaluation of chronic activity and possible far – Reaching effects Part 1. Studies on chronic toxicity*, (3-4) Pestycydy 11 (2000).

11. Chruscielska, K. et al., *Glyphosate: Evaluation of chronic activity and possible far – Reaching effects Part 2. Studies on mutagenic activity*, (3-4) Pestycydy 21 (2000).

12. Deposition Transcript of Charles W. Jameson, In re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC (N.D. Cal. May 3, 2017).

13. Dixon, D., et al., *Summary of chemically induced pulmonary lesions in the National Toxicology Program {NTP} toxicology and carcinogenesis studies*, 36 Toxicology Pathology 428 (2008).

14. Enemoto, K., *24-Month Oral Chronic Toxicity and Oncogenicity Study in Rats, Vol. 1* (1997) (on file with registrant).

15. EPA, FIFRA SAP, *Meeting Minutes and Final Report No. 2017-01: EPA's Evaluation of the Carcinogenic Potential of Glyphosate,* (Mar. 16, 2017).

16. EPA, Memorandum from D. Stephen Saunders Jr., Toxicologist, Section V, TOX/HED on *Glyphosate Registration Standard Revision* to Theodore M. Farber, Chief, Toxicology Branch, Hazard Evaluation Division, EPA Doc. 009824 (Mar. 1, 1986).

17. EPA, Memorandum from Greg Akerman, Ph.D., Risk Assessment Branch 3, Health Effects Division (HED) (7509P) on *Glyphosate. Study summaries for genotoxicity studies* to Khue Nguyen, Risk Manager Reviewer and Neil Anderson, Risk Manager, Pesticide Registration Division (RD;7508P) (Sept. 13, 2016).

18. EPA, Memorandum from Herbert Lacayo, Statistician, Scientific Mission Support Staff TOX/HED/OPP on *Use of historical data in determining the weight of evidence from kidney tumor incidence in the Glyphosate two-year feeding study; and some remarks on false positives* to Reto Engler, Chief, Scientific Mission Support Staff TOX/HED/OPP (Feb. 26, 1985).

19. EPA, Memorandum from Jane Smith, Chemist, Chemical Coordination Branch, Health Effects Division on *The HED Chapter of the Reregistration Eligibility Document (RED) for Glyphosate, Case #0178* to Lois Rossi, Chief, Reregistration Branch, Special Review and Reregistration Branch (Jan. 15, 1993).

20. EPA, Memorandum from Louis Kasza, D.V.M., Ph.D., Pathologist, Toxicology Branch, TS-769, EPA on *Glyphosate – Evaluation of Kidney Tumors in Male Mice. Chronic Feeding Study* to William Dykstra, Ph.D., Reviewer, Toxicology Branch, TS-769, EPA (Dec. 4, 1985).

21. EPA, Memorandum from Stephen L. Johnson, Executive Secretary, FIFRA Scientific Advisory Panel on *Transmittal of the Final FIFRA Scientific Advisory Panel Reports on the February 11-12, 1986 Meeting* to Steven Schatzow, Director, Office of Pesticide Programs (Feb. 24, 1986).

22. EPA, Memorandum from William Dykstra, Review Section I, Toxicology Branch I, Health Effects Division on *Glyphosate – EPA Registration No. 524-308 – 2-Year Chronic Feeding/Oncogenicity Study in Rats with Technical Glyphosate* to Robert J. Taylor, Product Manager 25, Registration Division and Lois Rossi, Reregistration Branch, Special Review and Reregistration Division (Dec. 13, 1991).

23. EPA, Memorandum from William Dykstra, Reviewer, Review Section I, Toxicology Branch I – Insecticide, Rodenticide Support, Health Effects Division on *Glyphosate – EPA Registration Nos. 524-318 and 524-333 – Historical Control Data for Mouse Kidney Tumors* to Robert J. Taylor, Fungicide-Herbicide Branch, Registration Division (June 19, 1989) (with memorandum regarding Nov. 10, 1988 EPA Meeting with Monsanto attached).

24. EPA, Memorandum from William Dykstra, Toxicologist, Registration Action Branch 1, Health Effects Division (7509C) on *Glyphosate – Report of the Hazard Identification Assessment Review Committee* to Melba Morrow, Branch Senior Scientist, Registration Action Branch 1, Helath Effects Division (7509C) (Apr. 20, 1998).

25. EPA, Memorandum from William Dykstra, Toxicology Branch, Hazard Evaluation Division on *Glyphosate; oncogenicity study in the mouse; PP #3E2845; Caswell No.: 661A* to Hoyt Jamerson, Registration Division (Feb. 10, 1984).

26. EPA, Memorandum from William Dykstra, Toxicology Branch, Hazard Evaluation Division on *Glyphosate; EPA Reg.#: 524-308; mouse oncogenicity study, Caswell #: 661A, Accession #: 251007-014* to Robert Taylor, Product Manager, Registration Division (Apr. 3, 1985).

27. EPA, Memorandum from William Dykstra, Toxicology Branch, Hazard Evaluation Division on *EPA Reg. #: 524-308; Roundup; Glyphosate; Pathology, Report on Additional Kidney Sections, Caswell No. 661A, Accession No. 259621* to Robert Taylor, Product Manager, Registration Division (Dec. 12, 1985).

28. EPA, Memorandum from William Dykstra, Toxicology Branch, Hazard Evaluation Division on *Glyphosate; EPA Registration No. 524-308; Roundup; Additional Histopathological Evaluations of Kidneys in the Chronic Feeding Study of Glyphosate in Mice* to Robert Taylor, Product Manager, Fungicide-Herbicide Branch, Registration Division (Mar. 11, 1986).

29. EPA, Memorandum from William Dykstra, Toxicology Branch, Health Effects Division and George Z. Ghali, Science Analysis and Coordination Branch, Health Effects Division on *Second Peer Review of Glyphosate* to Robert Taylor, Fungicide-Herbicide Branch, Registration Division and Lois Rossi, Chief, Reregistration Branch, Special Review and Reregistration Division (Oct. 30, 1991).

30. EPA, Memorandum to Robert Taylor, Product Manager, Herbicide – Fungicide Branch, Registration Division on *Consensus Review of Glyphosate, Caswell No. 661A* (Mar. 4, 1985).

31. EPA, Office of Pesticide Programs, *Glyphosate Issue Paper: Evaluation of Carcinogenic Potential*, Regulations.gov (September 12, 2016).

32. EPA, Transcript of Scientific Advisory Panel Open Meeting (Feb. 11, 1986).

33. Eustis, S. et al., *The Utility of Multiple-Section Sampling in the Histopathological Evaluation of the Kidney for Carcinogenicity Studies*, 22 Toxicologic Pathology 457 (1994).

34. Expert Report of Alfred I. Neugut, MD, PHD In Support of General Causation on Behalf of Plaintiffs (N.D. Cal. May 1, 2017).

35. Expert Report of Dr. Charles W. Jameson, Ph.D In Support of General Causation on Behalf of Plaintiffs (N.D. Cal. May 18, 2017).

36. Expert Report of Dr. Christopher J. Portier In Support of General Causation on Behalf of Plaintiffs (N.D. Cal. May 1, 2017).

37. Expert Report of Dr. Christopher J. Portier in Support of General Causation on Behalf of Plaintiffs (N.D. Cal. June 27, 2017) [with accompanying Redline version].

38. Expert Report of Dr. Dennis Weisenburger, M.D. In Support of General Causation on Behalf of Plaintiffs (N.D. Cal. May 1, 2017).

39. George, J. et al., *Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach*, 73 J. Proteomics 951 (2010).

40. German Federal Institute for Occupational Safety and Health, *Proposal for Harmonized Classification and Labeling: N-(phosphonomethyl)glycine; Glyphosate (ISO)*, CLH Report for Glyphosate (2016).

41. Giknis, M. & C. Clifford, *Spontaneous Neoplastic Lesions in the Crl:CD-l (ICR)BR Mouse*, Charles River Laboratories (Mar. 2000).

42. Giknis, M. & C. Clifford, *Spontaneous Neoplastic Lesions in the Crl:CD-l (ICR) Mouse in Control Groups from 18 Month to 2 year Studies*, Charles River Laboratories (Mar. 2005).

43. Giknis, M. & C. Clifford. *Neoplastic and Non-Neoplastic Lesions in the Charles River Wistar Hannover [Crl:Wl(Han)]* Rat, Charles River Laboratories (Mar. 2011).

44. Greaves, P., Histopathology of Preclinical Toxicity Studies (4th ed. 2011).

45. Gold, L. et al., *Interspecies Extrapolation in Carcinogenesis: Prediction Between Rats and Mice*, 31 Envtl. Health Persp. 211 (1989).

46. Gold, L. et al., *Reproducibility of Results in "Near-Replicate" Carcinogenesis Bioassays*, 78 J. Nat'l Cancer Inst., 1149 (1987).

47. Greim, H. et al., *Evaluation of carcinogenic potential of the herbicide glyphosate, drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies*, 45 Critical Reviews in Toxicology 185 (2015) with study summary tables.

48. Hard, G., *High frequency, single-dose model of renal adenoma/carcinoma induction using dimethylnitrosamine in Crl:(W)BR rats*, 5 Carcinogenesis 1047 (1984).

49. Haseman, J. & J. Huff, *Species Correlation in Long-Term Carcinogenicity Studies*, 37 Cancer Letters 125 (1987).

50. Haseman, J. et al., *Value of historical control data and other issues related to the evaluation of long-term rodent carcinogenicity studies*, 25 Toxicologic Pathology 524 (1997).

51. Hori, M. et al., *Non-Hodgkin Lymphomas Mice*, 27 Blood Cells, Molecules, & Diseases 217 (2001).

52. IARC, *List of Participants*, Vol. 112 (Mar. 3-10, 2015).

53. IARC, Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans, *Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos* (2015).

54. JMPR, *Pesticide residues in food – 2004: Toxicological evaluations – Toxicological Monographs and Monograph Addenda,* Joint FAO/WHO Meeting on Pesticide Residues (2006).

55. Knezevich, A. & G. Hogan, *A Chronic Feeding Study of Glyphosate (Roundup[®] Technical) In Mice*, Bio/Dynamics Inc. (July 21, 1983).

56. Kopp-Schneider, A. & C. Portier, *Distinguishing between models of carcinogenesis: the role of clonal expansion,* 17 Fundamental Applied Toxicology 601 (1991).

57. Kumar, D., *Carcinogenicity Study with Glyphosate Technical in Swiss Albino Mice* (2001) (on file with registrant).

58. Lankas, G. & G. Hogan, *A Lifetime Feeding Study of Glyphosate (Roundup[®] Technical) in Rats*, Bio/Dynamics Inc. (Sept. 18, 1981).

59. Letter from Andre Varma, M.D. Chairman, Department of Community and Preventive Medicine, SUNY Stony Brook on *chronic mouse feeding of Glycophosate (sic) on renal tumors* to Marvin Kuschner, M.D., Dean, School of Medicine, SUNY Stony Brook (Oct. 1, 1985).

60. Letter from Frank S. Serdy, Manager, Federal and State Registration Affairs, Monsanto Co. on *Resectioning of Kidneys – Glyphosate Chronic Mouse Study (BD-77-420; EPA Registration Number 524-308)* to the Director, Registration Division, Office of Pesticide Programs, U.S. EPA (Aug. 7, 1985).

61. Letter from Frank S. Serdy, Manager, Federal and State Registration Affairs, Monsanto Co. on *Roundup® Herbicide EPA Reg. Nos. 524-308, 524-330, 524-339, 524-332, 524-343 Chronic Mouse Study With Glyphosate* to Douglas D. Campt, Director, Registration Division, Office of Pesticide Programs, U.S. EPA (Mar. 13, 1985).

62. Letter from Frank S. Serdy, Manager, Federal and State Registration Affairs, Monsanto Co. on *Roundup Herbicide EPA Reg. No. 524-308 Additional Information Relating to Chronic Mouse Study, BD-77-420* to the Director, Registration Division, Office of Pesticide Programs, U.S. EPA (Feb. 5, 1985).

63. Letter from Frank S. Serdy, Manager, Federal and State Registration Affairs, Monsanto Co. on *Roundup® Herbicide EPA Reg Nos. 524-308, 524-330, 524-332, 524-339, 524-343. Chronic Mouse Study with Glyphosate* to the Director, Registration Division, Office of Pesticide Programs, U.S. EPA (May 21, 1985).

64. Letter from George B. Fuller, U.S. and International Registration Director, Monsanto Co. on *Glyphosate Registration Standard: Request for Meeting with EPA* to the Director, Registration Division, Office of Pesticide Programs, U.S. EPA (Oct. 5, 1988).

65. Letter from Klaus Stemmer, M.D., Institute of Environmental Health, Univ. of Cincinnati Medical Center on *Roundup® Chronic Mouse Study with Glyphosate* to Timothy Long, Ph.D., Senior Product Toxicologist, Monsanto Co. (Oct. 17, 1985).

66. Letter from Marvin Kuschner, M.D. on *kidney adenomas found in mice exposed to glyphosate* to Timothy Long, Ph.D., Senior Product Toxicologist, Monsanto Co. (Oct. 3, 1985).

67. Letter from Marvin Kuschner, M.D. on *mouse kidney slides* to Timothy J. Long, Ph. D., Senior Product Toxicologist, Monsanto Co. (May 11, 1985).

68. Letter from Robert A. Squire, D.V.M., Ph.D. on *chronic toxicity data on Glyphosate in mice* to Timothy Long, Ph.D., Senior Toxicologist, Monsanto Co. (Sept. 29, 1985).

69. Letter from Robert Olson, M.D., Ph.D. Professor of Medicine, Professor of Pharmacological Sciences, SUNY Stony Brook on *glyphosate mouse kidney adenoma study* to Timothy Long, Ph.D., Senior Product Toxicologist, Department of Medicine & Environmental Health, Monsanto Co. (Oct. 7, 1985).

70. Letter from Robert W. Street, Manager, Product Health and Safety Information, Monsanto Co. on *Roundup® Herbicide, EPA Reg. No. 524-308, Additional Information Relating to Chronic Mouse Study BD-77-420* to the Director, Registration Division, Office of Pesticide Programs, U.S. EPA (Mar. 20, 1984).

71. Letter from Thomas F. Armstrong, Registration Manager, Monsanto Co. on *Roundup®
Herbicide EPA Reg. Nos. 524-308, 524-330, 524-332, 524-339, 524-343, 524-351 Addendum
to Chronic Mouse Study with Glyphosate: Additional Evaluations* to the Director,
Registration Division, Office of Pesticide Programs, U.S. EPA (Oct. 28, 1985).

72. Lipsky, M. & B. Trump, *Chemically Induced Renal Epithelial Neoplasia in Experimental
Animals*, 30 Int'l Rev. Experimental Pathology 357 (1988).

73. Memorandum from R.W. Street, Manager, Product Health and Safety Information,
Monsanto Co. on *Chronic Rat Study with Glyphosate BD-77-416* to Arthur Chin (Mar. 27,
1985).

74. Morse, H. et al., *B Lymphoid neoplasms of mice: characteristics of naturally occurring
and engineered diseases and relationships to human disorders*, 81 Advanced Immunol 97
(2003).

75. Morse, H. et al., *Mouse models of human B lymphoid neoplasms,* in *The Lymphoid
Neoplasms* 281 (Ian T. Magrath et al. eds., 3rd ed. 2010).

76. Nuzzo, R., *Scientific method: statistical errors*, 506(7487) Nature 150 (2014).

77. OECD, *Carcinogenicity Studies, OECD Guideline for the Testing of Chemicals, No. 451,*
OECD (2009).

78. OECD, *Combined Chronic Toxicity\Carcinogenicity Studies, OECD Guidelines for
Testing of Chemicals, No. 453,* OECD (2009).

79. OECD, *Guidance Document 116 on the Conduct and Design of Chronic Toxicity and
Carcinogenicity Studies, Supporting Test Guidelines 451, 452 and 453*, OECD (2012).

80. Pattengale, P. & C. Taylor, *Experimental Models of Lymphoproliferative Disease – The
Mouse as a Model for Human Non-Hodgkin's Lymphomas and Related Leukemias*, 113 Am.
J. Pathology 237 (1983).

81. Portier, C. & D. Hoel, *Design of the Chronic Animal Bioassay for Goodness of Fit to
Multistage Models,* 39 Biometrics 809 (1983).

82. Portier, C. & D. Hoel, *Optimal design of the chronic animal bioassay,* 12 J Toxicology
Envtl. Health 1 (1983).

83. Portier, C. & L. Edler, *Two-stage models of carcinogenesis, classification of agents, and
design of experiments,* 14 Fundamental Applied Toxicology 444 (1990).

84. Portier, C. et al., *Biologically based models for risk assessment,* Complex Mixture and
Cancer Risk 20 (1990).

7

85. Reyna, M. & D. Gordon, *Two-Year Chronic Oral Toxicity Study with CP67573 in Albino Rats*, Industrial Bio-Test Laboratories, Inc. (Jan. 14, 1974).

86. Sauer, R., *Pathology Working Group Report on Glyphosate in CD-1 Mice*, PATHCO Inc. (Oct. 10, 1985).

87. Séralini, GE et al., *Republished study: long-term toxicity of a Roundup herbicide and a Roundup-tolerant genetically modified maize*, 26 Envtl. Sci. Eur. 14 (2014).

88. Siegfried, T., *P value ban: small step for a journal, giant leap for science*, ScienceNews (Mar. 17, 2015), https://www.sciencenews.org/blog/context/p-value-ban-small-step-journal-giant-leap-science.

89. Solomon, K., *Glyphosate in the General Population and in Applicators: A Critical Review of Studies on Exposures*, 46 Critical Revs. Toxicology 21 (2016).

90. Son, W. & C. Gopinath, *Early occurrence of spontaneous tumors in CD-1 mice and Sprague-Dawley rats*, 32 Toxicology Pathology 371 (2004).

91. Squire R., *The Interpretation of Equivocal Or Marginal Animal Carcinogenicity Tests*, 5 Cell Biology and Toxicology 371 (1989).

92. Stout, L. & F. Ruecker, *Chronic Study of Glyphosate Administered in Feed to Albino Rats*, Environmental Health Laboratory (Sept. 26, 1990).

93. Sugimoto, K., *18-Month Oral Oncogenicity Study in Mice, Vol. 1 and 2* (1997) (on file with registrant).

94. Suresh, T., *Combined Chronic Toxicity and Carcinogenicity Study with Glyphosate Technical in Wistar Rats* (1996) (on file with registrant).

95. *Tier II Summaries for Glyphosate Carcinogenicity Studies*, (Nov. 9, 2015) MONGLY02466412.

96. Ward, J., *Lymphomas and leukemias in mice*, 57 Experimental & Toxicologic Pathology 377 (2006).

97. Weber, K., *Statistical Evaluation of Pre-Neoplastic and Neoplastic Lesions from Study: Study No. TOXI: 1559.CARCI-M Carcinogenicity Study with Glyphosate Technical in Swiss Albino Mice*, AnaPath GmbH (Jan. 23, 2017).

98. Wood, E. et al., *Glyphosate Technical: Dietary Carcinogenicity Study in the Mouse* (Apr. 22, 2009) (on file with registrant).

99. Wood, E. et al., *Glyphosate Technical: Dietary Combined Chronic Toxicity/Carcinogenicity Study in the Rat* (Apr. 23, 2009) (on file with registrant).

100. Wood, E. et al., *Observations on the Development of Spontaneous Neoplasms in Male and in Female Crl: CD-1 (ICR) CR Strain Mice Following 18-Months on Control Diet* (July 24, 2008).

101. Wratten, S. et al., *MSL 0025540: Amended Report updating MSL 0023134 A Review and Discussion of Glyphosate Toxicology Test Materials* (Mar. 04, 2014).

## Thomas J. Rosol – Supplemental Materials Considered List

1. Atkinson, C. et al., *104-Week Chronic Feeding/Oncogenicity Study in Rats with 52-Week Interim Kill* (1993) (on file with registrant).

2. Atkinson, C. et al., *Glyphosate: 104 week dietary carcinogenicity study in mice* (Apr. 7, 1993) (on file with registrant).

3. Baldrick, P., *Carcinogenicity Evaluation: Comparison of Tumor Data from Dual Control Groups in the Sprague-Dawley Rat*, 33 Toxicologic Pathology 283 (2005).

4. Begley, D. et al., *Finding mouse models of human lymphomas and leukemia's using the Jackson laboratory mouse tumor biology database*, 99 Experimental & Molecular Pathology 533 (2015).

5. BfR, *Assessment of IARC Monographies Volume 112 (2015); Glyphosate*, Renewal Assessment Report: Glyphosate Addendum I to RAR (2015).

6. BfR, *Toxicology and metabolism*, Renewal Assessment Report: Glyphosate Volume 3 Annex B.6 (2015).

7. Brammer, *Glyphosate Acid: Two Year Dietary Toxicity and Oncogenicity Study in Wistar Rats* (2001) (on file with registrant).

8. Chandra, M. & C. Frith, *Spontaneous neoplasms in aged CD-1 mice*, 61 Toxicology Letters 67 (1992).

9. Chandra, M. & C. Frith, *Spontaneous renal lesions in CD-1 and B6C3F1 mice*, 46 Experimental Toxicologic Pathology 189 (1994).

10. Chruscielska, K. et al., *Glyphosate: Evaluation of chronic activity and possible far – Reaching effects Part 1. Studies on chronic toxicity*, (3-4) Pestycydy 11 (2000).

11. Chruscielska, K. et al., *Glyphosate: Evaluation of chronic activity and possible far – Reaching effects Part 2. Studies on mutagenic activity*, (3-4) Pestycydy 21 (2000).

12. Deposition Transcript of Charles W. Jameson, In re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC (N.D. Cal. May 3, 2017).

13. Deposition Transcript of Christopher Jude Portier, Ph.D., In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC (N.D. Cal. Sept. 5, 2017).

14. Deposition Transcript of Dr. Chadi Nabhan, In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC (N.D. Cal. Aug. 23, 2017).



EXHIBIT 17-2
WIT: Rosol
DATE: 9-15-17
C. Campbell, RDR CRR CSR #13921

1

15. Dixon, D., et al., *Summary of chemically induced pulmonary lesions in the National Toxicology Program {NTP} toxicology and carcinogenesis studies*, 36 Toxicology Pathology 428 (2008).

16. Enemoto, K., *24-Month Oral Chronic Toxicity and Oncogenicity Study in Rats, Vol. 1* (1997) (on file with registrant).

17. EPA, FIFRA SAP, *Meeting Minutes and Final Report No. 2017-01: EPA's Evaluation of the Carcinogenic Potential of Glyphosate,* (Mar. 16, 2017).

18. EPA, Memorandum from D. Stephen Saunders Jr., Toxicologist, Section V, TOX/HED on *Glyphosate Registration Standard Revision* to Theodore M. Farber, Chief, Toxicology Branch, Hazard Evaluation Division, EPA Doc. 009824 (Mar. 1, 1986).

19. EPA, Memorandum from Greg Akerman, Ph.D., Risk Assessment Branch 3, Health Effects Division (HED) (7509P) on *Glyphosate. Study summaries for genotoxicity studies* to Khue Nguyen, Risk Manager Reviewer and Neil Anderson, Risk Manager, Pesticide Registration Division (RD;7508P) (Sept. 13, 2016).

20. EPA, Memorandum from Herbert Lacayo, Statistician, Scientific Mission Support Staff TOX/HED/OPP on *Use of historical data in determining the weight of evidence from kidney tumor incidence in the Glyphosate two-year feeding study; and some remarks on false positives* to Reto Engler, Chief, Scientific Mission Support Staff TOX/HED/OPP (Feb. 26, 1985).

21. EPA, Memorandum from Jane Smith, Chemist, Chemical Coordination Branch, Health Effects Division on *The HED Chapter of the Reregistration Eligibility Document (RED) for Glyphosate, Case #0178* to Lois Rossi, Chief, Reregistration Branch, Special Review and Reregistration Branch (Jan. 15, 1993).

22. EPA, Memorandum from Louis Kasza, D.V.M., Ph.D., Pathologist, Toxicology Branch, TS-769, EPA on *Glyphosate – Evaluation of Kidney Tumors in Male Mice. Chronic Feeding Study* to William Dykstra, Ph.D., Reviewer, Toxicology Branch, TS-769, EPA (Dec. 4, 1985).

23. EPA, Memorandum from Stephen L. Johnson, Executive Secretary, FIFRA Scientific Advisory Panel on *Transmittal of the Final FIFRA Scientific Advisory Panel Reports on the February 11-12, 1986 Meeting* to Steven Schatzow, Director, Office of Pesticide Programs (Feb. 24, 1986).

24. EPA, Memorandum from William Dykstra, Review Section I, Toxicology Branch I, Health Effects Division on *Glyphosate – EPA Registration No. 524-308 – 2-Year Chronic Feeding/Oncogenicity Study in Rats with Technical Glyphosate* to Robert J. Taylor, Product Manager 25, Registration Division and Lois Rossi, Reregistration Branch, Special Review and Reregistration Division (Dec. 13, 1991).

25. EPA, Memorandum from William Dykstra, Reviewer, Review Section I, Toxicology Branch I – Insecticide, Rodenticide Support, Health Effects Division on *Glyphosate – EPA Registration Nos. 524-318 and 524-333 – Historical Control Data for Mouse Kidney Tumors* to Robert J. Taylor, Fungicide-Herbicide Branch, Registration Division (June 19, 1989) (with memorandum regarding Nov. 10, 1988 EPA Meeting with Monsanto attached).

26. EPA, Memorandum from William Dykstra, Toxicologist, Registration Action Branch 1, Health Effects Division (7509C) on *Glyphosate – Report of the Hazard Identification Assessment Review Committee* to Melba Morrow, Branch Senior Scientist, Registration Action Branch 1, Helath Effects Division (7509C) (Apr. 20, 1998).

27. EPA, Memorandum from William Dykstra, Toxicology Branch, Hazard Evaluation Division on *Glyphosate; oncogenicity study in the mouse; PP #3E2845; Caswell No.: 661A* to Hoyt Jamerson, Registration Division (Feb. 10, 1984).

28. EPA, Memorandum from William Dykstra, Toxicology Branch, Hazard Evaluation Division on *Glyphosate; EPA Reg.#: 524-308; mouse oncogenicity study, Caswell #: 661A, Accession #: 251007-014* to Robert Taylor, Product Manager, Registration Division (Apr. 3, 1985).

29. EPA, Memorandum from William Dykstra, Toxicology Branch, Hazard Evaluation Division on *EPA Reg. #: 524-308; Roundup; Glyphosate; Pathology, Report on Additional Kidney Sections, Caswell No. 661A, Accession No. 259621* to Robert Taylor, Product Manager, Registration Division (Dec. 12, 1985).

30. EPA, Memorandum from William Dykstra, Toxicology Branch, Hazard Evaluation Division on *Glyphosate; EPA Registration No. 524-308; Roundup; Additional Histopathological Evaluations of Kidneys in the Chronic Feeding Study of Glyphosate in Mice* to Robert Taylor, Product Manager, Fungicide-Herbicide Branch, Registration Division (Mar. 11, 1986).

31. EPA, Memorandum from William Dykstra, Toxicology Branch, Health Effects Division and George Z. Ghali, Science Analysis and Coordination Branch, Health Effects Division on *Second Peer Review of Glyphosate* to Robert Taylor, Fungicide-Herbicide Branch, Registration Division and Lois Rossi, Chief, Reregistration Branch, Special Review and Reregistration Division (Oct. 30, 1991).

32. EPA, Memorandum to Robert Taylor, Product Manager, Herbicide – Fungicide Branch, Registration Division on *Consensus Review of Glyphosate, Caswell No. 661A* (Mar. 4, 1985).

33. EPA, Office of Pesticide Programs, *Glyphosate Issue Paper: Evaluation of Carcinogenic Potential*, Regulations.gov (September 12, 2016).

34. EPA, Transcript of Scientific Advisory Panel Open Meeting (Feb. 11, 1986).

35. Eustis, S. et al., *The Utility of Multiple-Section Sampling in the Histopathological Evaluation of the Kidney for Carcinogenicity Studies*, 22 Toxicologic Pathology 457 (1994).

36. Expert Report of Alfred I. Neugut, MD, PHD In Support of General Causation on Behalf of Plaintiffs (N.D. Cal. May 1, 2017).

37. Expert Report of Dr. Charles W. Jameson, Ph.D In Support of General Causation on Behalf of Plaintiffs (N.D. Cal. May 18, 2017).

38. Expert Report of Dr. Christopher J. Portier In Support of General Causation on Behalf of Plaintiffs (N.D. Cal. May 1, 2017).

39. Expert Report of Dr. Christopher J. Portier in Support of General Causation on Behalf of Plaintiffs (N.D. Cal. June 27, 2017) [with accompanying Redline version].

40. Expert Report of Dr. Dennis Weisenburger, M.D. In Support of General Causation on Behalf of Plaintiffs (N.D. Cal. May 1, 2017).

41. George, J. et al., *Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach*, 73 J. Proteomics 951 (2010).

42. German Federal Institute for Occupational Safety and Health, *Proposal for Harmonized Classification and Labeling: N-(phosphonomethyl)glycine; Glyphosate (ISO)*, CLH Report for Glyphosate (2016).

43. Giknis, M. & C. Clifford, *Spontaneous Neoplastic Lesions in the Crl:CD-l (ICR)BR Mouse*, Charles River Laboratories (Mar. 2000).

44. Giknis, M. & C. Clifford, *Spontaneous Neoplastic Lesions in the Crl:CD-l (ICR) Mouse in Control Groups from 18 Month to 2 year Studies*, Charles River Laboratories (Mar. 2005).

45. Giknis, M. & C. Clifford. *Neoplastic and Non-Neoplastic Lesions in the Charles River Wistar Hannover [Crl:Wl(Han)] Rat*, Charles River Laboratories (Mar. 2011).

46. Greaves, P., Histopathology of Preclinical Toxicity Studies (4th ed. 2011).

47. Gold, L. et al., *Interspecies Extrapolation in Carcinogenesis: Prediction Between Rats and Mice*, 31 Envtl. Health Persp. 211 (1989).

48. Gold, L. et al., *Reproducibility of Results in "Near-Replicate" Carcinogenesis Bioassays*, 78 J. Nat'l Cancer Inst., 1149 (1987).

49. Greim, H. et al., *Evaluation of carcinogenic potential of the herbicide glyphosate, drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies*, 45 Critical Reviews in Toxicology 185 (2015) with study summary tables.

50. Hard, G., *High frequency, single-dose model of renal adenoma/carcinoma induction using dimethylnitrosamine in Crl:(W)BR rats*, 5 Carcinogenesis 1047 (1984).

51. Haseman, J. & J. Huff, *Species Correlation in Long-Term Carcinogenicity Studies*, 37 Cancer Letters 125 (1987).

52. Haseman, J. et al., *Value of historical control data and other issues related to the evaluation of long-term rodent carcinogenicity studies*, 25 Toxicologic Pathology 524 (1997).

53. Hori, M. et al., *Non-Hodgkin Lymphomas Mice*, 27 Blood Cells, Molecules, & Diseases 217 (2001).

54. IARC, *List of Participants*, Vol. 112 (Mar. 3-10, 2015).

55. IARC, Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans, *Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos* (2015).

56. JMPR, *Pesticide residues in food – 2004: Toxicological evaluations – Toxicological Monographs and Monograph Addenda,* Joint FAO/WHO Meeting on Pesticide Residues (2006).

57. Knezevich, A. & G. Hogan, *A Chronic Feeding Study of Glyphosate (Roundup® Technical) In Mice*, Bio/Dynamics Inc. (July 21, 1983).

58. Kopp-Schneider, A. & C. Portier, *Distinguishing between models of carcinogenesis: the role of clonal expansion,* 17 Fundamental Applied Toxicology 601 (1991).

59. Kumar, D., *Carcinogenicity Study with Glyphosate Technical in Swiss Albino Mice* (2001) (on file with registrant).

60. Lankas, G. & G. Hogan, *A Lifetime Feeding Study of Glyphosate (Roundup® Technical) in Rats*, Bio/Dynamics Inc. (Sept. 18, 1981).

61. Letter from Andre Varma, M.D. Chairman, Department of Community and Preventive Medicine, SUNY Stony Brook on *chronic mouse feeding of Glycophosate (sic) on renal tumors* to Marvin Kuschner, M.D., Dean, School of Medicine, SUNY Stony Brook (Oct. 1, 1985).

62. Letter from Frank S. Serdy, Manager, Federal and State Registration Affairs, Monsanto Co. on *Resectioning of Kidneys – Glyphosate Chronic Mouse Study (BD-77-420; EPA Registration Number 524-308)* to the Director, Registration Division, Office of Pesticide Programs, U.S. EPA (Aug. 7, 1985).

63. Letter from Frank S. Serdy, Manager, Federal and State Registration Affairs, Monsanto Co. on *Roundup® Herbicide EPA Reg. Nos. 524-308, 524-330, 524-339, 524-332, 524-343 Chronic Mouse Study With Glyphosate* to Douglas D. Campt, Director, Registration Division, Office of Pesticide Programs, U.S. EPA (Mar. 13, 1985).

64. Letter from Frank S. Serdy, Manager, Federal and State Registration Affairs, Monsanto Co. on *Roundup Herbicide EPA Reg. No. 524-308 Additional Information Relating to Chronic Mouse Study, BD-77-420* to the Director, Registration Division, Office of Pesticide Programs, U.S. EPA (Feb. 5, 1985).

65. Letter from Frank S. Serdy, Manager, Federal and State Registration Affairs, Monsanto Co. on *Roundup® Herbicide EPA Reg Nos. 524-308, 524-330, 524-332, 524-339, 524-343. Chronic Mouse Study with Glyphosate* to the Director, Registration Division, Office of Pesticide Programs, U.S. EPA (May 21, 1985).

66. Letter from George B. Fuller, U.S. and International Registration Director, Monsanto Co. on *Glyphosate Registration Standard: Request for Meeting with EPA* to the Director, Registration Division, Office of Pesticide Programs, U.S. EPA (Oct. 5, 1988).

67. Letter from Klaus Stemmer, M.D., Institute of Environmental Health, Univ. of Cincinnati Medical Center on *Roundup® Chronic Mouse Study with Glyphosate* to Timothy Long, Ph.D., Senior Product Toxicologist, Monsanto Co. (Oct. 17, 1985).

68. Letter from Marvin Kuschner, M.D. on *kidney adenomas found in mice exposed to glyphosate* to Timothy Long, Ph.D., Senior Product Toxicologist, Monsanto Co. (Oct. 3, 1985).

69. Letter from Marvin Kuschner, M.D. on *mouse kidney slides* to Timothy J. Long, Ph. D., Senior Product Toxicologist, Monsanto Co. (May 11, 1985).

70. Letter from Robert A. Squire, D.V.M., Ph.D. on *chronic toxicity data on Glyphosate in mice* to Timothy Long, Ph.D., Senior Toxicologist, Monsanto Co. (Sept. 29, 1985).

71. Letter from Robert Olson, M.D., Ph.D. Professor of Medicine, Professor of Pharmacological Sciences, SUNY Stony Brook on *glyphosate mouse kidney adenoma study* to Timothy Long, Ph.D., Senior Product Toxicologist, Department of Medicine & Environmental Health, Monsanto Co. (Oct. 7, 1985).

72. Letter from Robert W. Street, Manager, Product Health and Safety Information, Monsanto Co. on *Roundup® Herbicide, EPA Reg. No. 524-308, Additional Information Relating to Chronic Mouse Study BD-77-420* to the Director, Registration Division, Office of Pesticide Programs, U.S. EPA (Mar. 20, 1984).

73. Letter from Thomas F. Armstrong, Registration Manager, Monsanto Co. on *Roundup®* *Herbicide EPA Reg. Nos. 524-308, 524-330, 524-332, 524-339, 524-343, 524-351 Addendum to Chronic Mouse Study with Glyphosate: Additional Evaluations* to the Director, Registration Division, Office of Pesticide Programs, U.S. EPA (Oct. 28, 1985).

74. Lipsky, M. & B. Trump, *Chemically Induced Renal Epithelial Neoplasia in Experimental Animals*, 30 Int'l Rev. Experimental Pathology 357 (1988).

75. Memorandum from R.W. Street, Manager, Product Health and Safety Information, Monsanto Co. on *Chronic Rat Study with Glyphosate BD-77-416* to Arthur Chin (Mar. 27, 1985).

76. Morse, H. et al., *B Lymphoid neoplasms of mice: characteristics of naturally occurring and engineered diseases and relationships to human disorders*, 81 Advanced Immunol 97 (2003).

77. Morse, H. et al., *Mouse models of human B lymphoid neoplasms,* in *The Lymphoid Neoplasms* 281 (Ian T. Magrath et al. eds., 3rd ed. 2010).

78. Nuzzo, R., *Scientific method: statistical errors*, 506(7487) Nature 150 (2014).

79. OECD, *Carcinogenicity Studies, OECD Guideline for the Testing of Chemicals, No. 451,* OECD (2009).

80. OECD, *Combined Chronic Toxicity\Carcinogenicity Studies, OECD Guidelines for Testing of Chemicals, No. 453,* OECD (2009).

81. OECD, *Guidance Document 116 on the Conduct and Design of Chronic Toxicity and Carcinogenicity Studies, Supporting Test Guidelines 451, 452 and 453*, OECD (2012).

82. Pattengale, P. & C. Taylor, *Experimental Models of Lymphoproliferative Disease – The Mouse as a Model for Human Non-Hodgkin's Lymphomas and Related Leukemias*, 113 Am. J. Pathology 237 (1983).

83. Portier, C. & D. Hoel, *Design of the Chronic Animal Bioassay for Goodness of Fit to Multistage Models,* 39 Biometrics 809 (1983).

84. Portier, C. & D. Hoel, *Optimal design of the chronic animal bioassay,* 12 J Toxicology Envtl. Health 1 (1983).

85. Portier, C. & L. Edler, *Two-stage models of carcinogenesis, classification of agents, and design of experiments,* 14 Fundamental Applied Toxicology 444 (1990).

86. Portier, C. et al., *Biologically based models for risk assessment,* Complex Mixture and Cancer Risk 20 (1990).

87. Rebuttal Report of Dr. Christopher J. Portier in Support of General Causation on Behalf of Plaintiffs (N.D. Cal. Aug. 18, 2017).

88. Reyna, M. & D. Gordon, *Two-Year Chronic Oral Toxicity Study with CP67573 in Albino Rats*, Industrial Bio-Test Laboratories, Inc. (Jan. 14, 1974).

89. Sauer, R., *Pathology Working Group Report on Glyphosate in CD-1 Mice*, PATHCO Inc. (Oct. 10, 1985).

90. Séralini, GE et al., *Republished study: long-term toxicity of a Roundup herbicide and a Roundup-tolerant genetically modified maize*, 26 Envtl. Sci. Eur. 14 (2014).

91. Siegfried, T., *P value ban: small step for a journal, giant leap for science*, ScienceNews (Mar. 17, 2015), https://www.sciencenews.org/blog/context/p-value-ban-small-step-journal-giant-leap-science.

92. Solomon, K., *Glyphosate in the General Population and in Applicators: A Critical Review of Studies on Exposures*, 46 Critical Revs. Toxicology 21 (2016).

93. Son, W. & C. Gopinath, *Early occurrence of spontaneous tumors in CD-1 mice and Sprague-Dawley rats*, 32 Toxicology Pathology 371 (2004).

94. Squire R., *The Interpretation of Equivocal Or Marginal Animal Carcinogenicity Tests*, 5 Cell Biology and Toxicology 371 (1989).

95. Stout, L. & F. Ruecker, *Chronic Study of Glyphosate Administered in Feed to Albino Rats*, Environmental Health Laboratory (Sept. 26, 1990).

96. Sugimoto, K., *18-Month Oral Oncogenicity Study in Mice, Vol. 1 and 2* (1997) (on file with registrant).

97. Suresh, T., *Combined Chronic Toxicity and Carcinogenicity Study with Glyphosate Technical in Wistar Rats* (1996) (on file with registrant).

98. *Tier II Summaries for Glyphosate Carcinogenicity Studies*, (Nov. 9, 2015) MONGLY02466412.

99. Ward, J., *Lymphomas and leukemias in mice*, 57 Experimental & Toxicologic Pathology 377 (2006).

100. Weber, K., *Statistical Evaluation of Pre-Neoplastic and Neoplastic Lesions from Study: Study No. TOXI: 1559.CARCI-M Carcinogenicity Study with Glyphosate Technical in Swiss Albino Mice*, AnaPath GmbH (Jan. 23, 2017).

101. Wood, E. et al., *Glyphosate Technical: Dietary Carcinogenicity Study in the Mouse* (Apr. 22, 2009) (on file with registrant).

102. Wood, E. et al., *Glyphosate Technical: Dietary Combined Chronic Toxicity/Carcinogenicity Study in the Rat* (Apr. 23, 2009) (on file with registrant).

103. Wood, E. et al., *Observations on the Development of Spontaneous Neoplasms in Male and in Female Crl: CD-1 (ICR) CR Strain Mice Following 18-Months on Control Diet* (July 24, 2008).

104. Wratten, S. et al., *MSL 0025540: Amended Report updating MSL 0023134 A Review and Discussion of Glyphosate Toxicology Test Materials* (Mar. 04, 2014).

# Invoice #001

Date: 16 November 2016

To:  Hollingsworth, LLP
1350 I Street, N.W.
Washington, DC 20005
Attn: Heather Pigman

From: Thomas J. Rosol, DVM, PhD



Consultation on Preclinical Toxicology and Pathology of Glyphosate
(Monsanto Company)

| | |
|---|---|
| April 3 (1.5 hr): | Review glyphosate toxicology reports |
| April 8 (0.75 hr): | Conference call on glyphosate materials and PWG report |
| June 12 (1.0 hr): | Review glyphosate materials and reports |
| June14 (2.0 hr): | Review glyphosate materials and preclinical pathology reports |
| June 15 (3.5 hr): | Meet with Heather Pigman at Ohio State University (OSU) |
| Aug 16 (3.0 hr): | Meet with Joe Hollingsworth and Ranjit Dhindsa at OSU |
| Oct 05 (4.0 hr): | Meet with Erica and Heather Pigman at OSU |
| Oct 19-22 (20 hr): | Trip to Brussels; Review pathology reports in reading room |
| Nov 1 (1.0 hr): | TC to discuss Belgium findings |
| Nov 9 (4.0 hr): | Meet with Erica Klenicki at OSU |
| Nov 14 (0.25 hr): | Phone meeting with Heather Pigman |

$14,350.00     41 hours at $350 per hour

Travel expenses to Brussels (receipts attached):

| | |
|---|---|
| Airfare: | $8897.96 |
| Hotel: | 218.16 Euro: $239.98 |
| Taxi (2 trips): | 120.80 Euro: $232.88 (to and from hotel to Brussels airport) |
| Uber (2 trips): | $45.30 (to and from Columbus airport to home) |
| Meals: | 48 Euro: $52.80 (2 lunches; 2 dinners) |

$9468.92

**Total: $23,818.92**



EXHIBIT 17-3
WIT: Rosol
DATE: 9-15-17
C. Campbell, RDR CRR CSR #13921

Page 1 of 1



**Hello, THOMAS J JOHN**                                    SkyMiles®#* ▮▮▮▮▮ >

| **Your Trip Confirmation #: GHUNJI** |  MANAGE MY TRIP > |

| **Wed, 19OCT** | **DEPART** | **ARRIVE** |
|---|---|---|
| DELTA 3299* | COLUMBUS, OH | DETROIT |
| FIRST (P) | 1:46pm | 2:55pm |
| DELTA 132 | DETROIT | AMSTERDAM, NETHERLANDS |
| BUSINESS (D) | 4:13pm | 6:00am |
| | | **Thu 20OCT |
| **Thu, 20OCT** | **DEPART** | **ARRIVE** |
| DELTA 9529* | AMSTERDAM, NETHERLANDS | BRUSSELS, BELGIUM |
| BUSINESS (D) | 6:50am | 7:35am |
| **Sat, 22OCT** | **DEPART** | **ARRIVE** |
| DELTA 9424* | BRUSSELS, BELGIUM | AMSTERDAM, NETHERLANDS |
| BUSINESS (D) | 6:15am | 7:05am |
| DELTA 133 | AMSTERDAM, NETHERLANDS | DETROIT |
| BUSINESS (D) | 8:00am | 10:40am |
| DELTA 3315* | DETROIT | COLUMBUS, OH |
| FIRST (P) | 12:03pm | 1:00pm |

**Arrival date is different than departure date.
*Flight 3299 Operated by SHUTTLE AMERICA DBA DELTA CONNECTION
*Flight 9529 Operated by KLM CITYHOPPER B.V. (KLM COMMUTER) As KL Flt 1721
*Flight 9424 Operated by KLM CITYHOPPER B.V. (KLM COMMUTER) As KL Flt 1720
*Flight 3315 Operated by SHUTTLE AMERICA DBA DELTA CONNECTION

RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, Delta no longer accepts **hoverboards or any lithium battery powered self-balancing personal transportation devices** on board its aircraft. These items are prohibited as both carry-on and checked baggage.

**Spare batteries for other devices, fuel cells, and e-cigarettes** are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, **they must be removed and carried in the cabin**. Further information and specific guidelines regarding restricted items can be found here.

SAMSUNG NOTE 7 DEVICE WARNING

Customers traveling with a Samsung Note 7 mobile device are advised to comply with the recent precautionary recommendations provided by the FAA. Learn more here.

## Passenger Info

| NAME | FLIGHT | SEAT |
|------|--------|------|
| THOMAS J JOHN ROSOL | DELTA 3299 | Select Seat |
| SkyMiles #* █████████ | DELTA 132 | Select Seat |
| Platinum | DELTA 9529 | Select Seat |
| | DELTA 9424 | Select Seat |
| | DELTA 133 | Select Seat |
| | DELTA 3315 | Select Seat |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062359685442-43

Place of Issue: Delta.com

Ticket Issue Date: 05OCT16

Ticket Expiration Date: 05OCT17

### METHOD OF PAYMENT

██████████████                                           **$8897.96 USD**

### CHARGES

**Air Transportation Charges**

| | |
|---|---|
| Base Fare | $7908.00 USD |
| Carrier-imposed International Surcharge (YR) | $856.00 USD |

**Taxes, Fees and Charges**

| | |
|---|---|
| United States - Immigration and Naturalization Fee (Immigration User Fee) (XY) | $7.00 USD |
| Belgium - Passenger Service and Security Charge (BE) | $31.00 USD |
| Netherlands - Security Service Charge (CJ) | $13.20 USD |
| United States - September 11th Security Fee (Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Animal and Plant Health Inspection Service Fee (APHIS User Fee - Passengers (XA) | $3.96 USD |
| United States - Custom User Fee (YC) | $5.50 USD |

| | |
|---|---|
| Netherlands - Passenger Service Charge (RN) | $13.00 USD |
| United States - Passenger Facility Charge (XF) | $13.50 USD |
| United States - Transportation Tax (US) | $35.60 USD |
| **TICKET AMOUNT** | **$8897.96 USD** |

REF WITH FEE/CHG FEE APPLIES

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: CMH DL X/DTT DL X/E/AMS Q20.00 DL BRU M3934.00DB94US DL X/E/AMS Q20.00 DL X/DTT DL CMH M3934.00DB94US NUC7908.00END ROE1.00 XF CMH4.5DTW4.5DTW4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

Wed 19 Oct 2016           DELTA: CMH ▶ DTW

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE | FREE |

Wed 19 Oct 2016           DELTA: DTW ▶ AMS

| CARRY ON | FIRST | SECOND |
|---|---|---|
| INCLUDED | INCLUDED | INCLUDED |

Thu 20 Oct 2016           DELTA: AMS ▶ BRU

| CARRY ON | FIRST | SECOND |
|---|---|---|
| INCLUDED | INCLUDED | INCLUDED |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

Sat 22 Oct 2016           DELTA: BRU ▶ AMS



# RENAISSANCE®
## BRUSSELS HOTEL

Dr Thomas Rosol



| | | |
|---|---|---|
| Room No. | : | 426 |
| Arrival | : | 20-OCT-16 |
| Departure | : | 22-OCT-16 |
| Cashier | : | 8213 |
| Membership No | : | X |

**Invoice Number** : **415631**

INVOICE

Renaissance Brussels Hotel  22/10/16                                    Page 1 of 1

| Date | Description | Debit EUR | Credit EUR |
|---|---|---|---|
| 20/10/16 | Accommodation | 139.00 | |
| 20/10/16 | City Tax | 7.58 | |
| 21/10/16 | Accommodation | 64.00 | |
| 21/10/16 | City Tax | 7.58 | |
| 22/10/16 | VAD + Auto Visa            XX/XX | | 218.16 |

| VAT Detail | VAT | Net | Gross | **Total** | **218.16** | **218.16** |
|---|---|---|---|---|---|---|
| Vat 6% | 12.35 | 205.81 | 218.16 | **Balance** | **0.00** | |

| | |
|---|---|
| Total VAT | 12.35 |

I agree that my liability for this invoice is not waived and agree to be held personally liable in the event that the indicated person, association or company fails to pay for any part of the amount of these charges.  This invoice also serves as receipt of payment for services rendered.

*Signature :* _____

| Merchant ID : | | Approval Code : | A170524 | Exchange Rate : | |
|---|---|---|---|---|---|
| Transaction ID : | 35771407 | Approval Amount : | 218.16 | Currency Amount : | |

Parnasse Square Invest s.a. doing business as Renaissance Brussels Hotel

# TRANSPORT TAXI

FIRMA :
*FIRME :*                    TAXIS AIRPORT
                             Zaventem

Attest Nr/*Attestation N° :*

Rit per taxi gedaan op :     20/10/16
*Course en taxi effectuée le :* BRUSELS AIRPORT
Vertrek plaats :
*Endroit de départ :*        Renaissance
Aankomst plaats :
*Lieu d'arrivée :*
Bedrag van de rit :
*Montant de la course :*     55 €

Taxi Nr/*N° du taxi :*       51

        Handtekening bestuurder/*Signature du conducteur,*


## ATTESTATION - ATTEST

COURSE TAXI du :
RIT PER TAXI van : 22 / 10

Nom et adresse du propriétaire du TAXI
Naam en adres van de TAXI eigenaar

TAXI N°
prix/prijs            65,80 eur

Nom et signature du conducteur
Naam en handtekening van de bestuurder





# $21.46

Thanks for choosing Uber, Thomas

October 19, 2016 | uberX



12:09pm | ████████████████████

12:29pm | 3939 International Gateway, Columbus, OH

You rode with TODD

| 14.44 | 00:20:07 | uberX |
| miles | Trip time | Car |

Rate Your Driver    ★ ★ ★ ★ ★



## Your Fare

| | |
|---|---:|
| Base Fare | 0.50 |
| Distance | 15.89 |
| Time | 3.62 |
| **Subtotal** | **$20.01** |
| Booking Fee (?) | 1.45 |

CHARGED

VISA  Personal ███

# $21.46



Invite your friends and family. Get a free ride worth up to $20 when you refer a friend to try Uber.

## Share code:

████████





# $23.84

Thanks for choosing Uber, Thomas

October 22, 2016 | uberX

● **02:25pm** | 4600 International Gateway, Columbus, OH

◉ **02:47pm** |



You rode with Samuel

| 13.65 | 00:21:29 | uberX |
|-------|----------|-------|
| miles | Trip time | Car |

Rate Your Driver    

mhtml:file://C:\Users\trosol\AppData\Local\Microsoft\Windows\INetCache\Content.Outl...    10/25/2016

## Your Fare

| | |
|---|---:|
| Base Fare | 0.50 |
| Distance | 15.02 |
| Time | 3.87 |
| | |
| **Subtotal** | **$19.39** |
| Booking Fee (?) | 1.45 |
| CMH Airport Surcharge (?) | 3.00 |

CHARGED

VISA Personal ███

# $23.84



Invite your friends and family. Get a free ride worth up to $20 when you refer a friend to try Uber.

Share code:

████████

# Invoice #002

Date: 31 May 2017

To: Hollingsworth, LLP
    1350 I Street, N.W.
    Washington, DC 20005
    Attn: Heather Pigman

From: Thomas J. Rosol, DVM, PhD



### Consultation on Preclinical Toxicology and Pathology of Glyphosate
### (Monsanto Company)

| | |
|---|---|
| March 16: 6 hr: | Columbus visit and work on expert report (Heather Pigman & Erica Klenicki) |
| April 20: 5 hr: | Columbus visit and work on expert report (Heather Pigman & Erica Klenicki) |
| May 8: 2 hr: | Review expert opinions from plaintiff experts |
| May 11: 1 hr: | TC with Heather Pigman & Erica Klenicki |
| May 14: 2 hr: | Work on expert opinion |
| May 21: 3 hr: | Work on expert opinion |
| May 22: 3.5 hr: | TC working session with Heather Pigman & Erica Klenicki |

| | |
|---|---|
| <u>$7,875.00</u> | 22.5 hours at $350 per hour |

**Total: $7,875.00**



EXHIBIT 17-4
WIT: Rosol
DATE: 9-15-17
C. Campbell, RDR CRR CSR #13921

# *Curriculum Vitae*
## Thomas J. Rosol, DVM, PhD

Chair and Professor
Diplomate of the American College of Veterinary Pathologists
Ohio University
Heritage College of Osteopathic Medicine
Department of Biomedical Sciences
Irvine Hall 225
Athens, Ohio 45701
▮▮▮▮▮▮ (phone)
▮▮▮▮▮▮ (e-mail)
http://scholar.google.co.uk/citations?user=VROUC6oAAAAJ
https://www.researchgate.net/profile/Thomas_Rosol

Home Address:


| *Academic Degrees* | | |
|---|---|---|
| Masters of Business Administration (MBA) | Fisher College of Business  The Ohio State University | 2017 |
| Doctor of Philosophy (Ph.D.) | Experimental Pathobiology  The Ohio State University | 1986 |
| Doctor of Veterinary Medicine (D.V.M.) | University of Illinois – Urbana/Champaign  *Valedictorian (1st in Class of 86)* | 1981 |
| Bachelor of Science (Veterinary Medicine) | University of Illinois – Urbana/Champaign  Highest Honors | 1979 |
| Bachelor of Science (Animal Science) | University of Illinois – Urbana/Champaign  Highest Honors | 1978 |

| *Academic and Professional Positions - Current* | | |
|---|---|---|
| Professor & Chair | Department of Biomedical Sciences, Heritage College of Osteopathic Medicine, Ohio University | 2017 - present |
| Adjunct Professor | Division of Urology, Department of Medicine  The Ohio State University | 2001 - present |

| *Academic and Professional Positions - Former* | | |
|---|---|---|
| Professor | Department of Veterinary Biosciences  The Ohio State University | 1996 – 2017 |
| Senior Advisor (Life Sciences) | Office of Technology Commercialization and Knowledge Transfer | 2010 - 2016 |
| Graduate School Faculty (Category III, P) | The Ohio State University  Comparative Veterinary Medicine Graduate Program  Oral Biology Graduate Program  Medical Scientist Training Program  Molecular Genetics Graduate Program  Molecular, Cellular, and Developmental Biology Graduate Program | 1992-2017  1992-2017  1997-2017  2002-2017  2003-2017 |
| Full Member | Comprehensive Cancer Center  Molecular Carcinogenesis/Chemoprevention Program  The Ohio State University | 1987-2017 |


EXHIBIT 17-5
WIT: Rosol
DATE: 9-15-17
C. Campbell, RDR CRR CSR #13921

1

| *Academic and Professional Positions - Former* | | |
|---|---|---|
| Assistant Director | Ohio Agricultural Research and Development Center (OARDC) | July 2005 – July 2008 |
| Senior Associate Vice President for Research | Office of Research, The Ohio State University | July 2004 – June 2005 |
| Interim Senior Vice President For Research | Office of Research, The Ohio State University | May 2003 – July 2004 |
| Senior Associate Vice President for Research | Office of Research, The Ohio State University | July 2002- April 2003 |
| Associate Professor | Department of Veterinary Biosciences (previous Veterinary Pathobiology) The Ohio State University | 1991 - 1996 |
| Diplomate | American College of Veterinary Pathologists | 1987 |
| Graduate School Faculty (Category II, M) | The Ohio State University | 1986-92 |
| Assistant Professor | Department of Veterinary Pathobiology The Ohio State University | 1986-1991 |
| Postdoctoral NIH Research Fellow | Department of Veterinary Pathobiology The Ohio State University, | 1983-86 |
| Veterinary Practitioner | Lancaster Veterinary Clinic, Lancaster, WI *(Mixed animal practice)* | 1981-83 |

| *Academic and Professional Honors (Personal)* | | |
|---|---|---|
| **Distinguished ACVP Member Award** | American College of Veterinary Pathologists | 2016 |
| **Outstanding Mentor of the Year Award** | Society of Toxicologic Pathologists | 2015 |
| **Charles C. Capen Teaching Excellence Award for Graduate Education** | College of Veterinary Medicine, The Ohio State University | 2012 |
| College nomination for the national **AAVMC Research Career Award** | American Association of Veterinary Medical Colleges (AAVMC) | 2010, 2012 |
| **Speaker Award** for presentation on Endocrine Toxicologic Pathology | FDA Center for Food Safety and Applied Nutrition (CFSAN) | 2010 |
| **Dr. Erwin Small Distinguished Alumni Award** | University of Illinois-Urbana/Champaign College of Veterinary Medicine | 2007 |
| **Distinguished Scholar Award** $20,000 research award, $3,000 honorarium | The Ohio State University Selected by university committee of Distinguished Scholars and Professors – up to 6 faculty (from 3800) receive the annual award | 2006 |
| **Fellow of AAAS (Medical Sciences)** Elected for contributions to endocrinology, bone pathobiology, cancer-associated hypercalcemia & the pathogenesis of bone metastasis | American Association for the Advancement of Science (AAAS) Election by AAAS Council after nomination by three AAAS Fellows | 2004 |
| **Research Award for high quality publications** in Molecular Carcinogenesis and Chemoprevention ($5000 award) | Comprehensive Cancer Center The Ohio State University | 2004 |

2

| Academic and Professional Honors (Personal) | | |
|---|---|---|
| **David White Research Award** OSU College of Veterinary Medicine (provides faculty awardee with support for a DVM postdoctoral fellow for 3 years, $210,000) | College of Veterinary Medicine The Ohio State University | 2001-04 |
| **Research Midcareer Development Award** NIH: NCRR: K26 Award | National Center for Research Resources, The National Institutes of Health | 2000-05 |
| **Academy of Teaching Excellence** (appointed by Dean) | College of Veterinary Medicine The Ohio State University | 1998 |
| **Dean's Teaching Excellence Award for Graduate Education** | College of Veterinary Medicine The Ohio State University | 1998 |
| Monbusyo International Scientific **Travel Award** for University-to University Cooperative Research | Sponsored by Dr. Hiroyuki Okada for travel, cooperative study, and lectures at Rakuno Gakuen Univ. & Azubo Univ., Japan | 1996 (Nov 3-18) |
| **Research Career Development Award** NIH: NIAMS: K04 Award | National Institute of Arthritis and Musculoskeletal and Skin Diseases, The National Institutes of Health | 1993-98 |
| **SmithKline-Beecham Award for Research Excellence** | The Ohio State University College of Veterinary Medicine | 1991 |
| **Small Animal Research Award in Endocrinology** | Ralston Purina Company | 1991 |
| **National Research Service Award** NIH: NCI: Individual NRSA | National Cancer Institute, The National Institutes of Health | 1985-88 |
| **Research Fellow** | Morris Animal Foundation | 1985-87 |
| **Research Fellow** | Schering Plough Corporation Foundation | 1983-85 |
| **Veterinary Pathology Scholarship Award** | C.L. Davis, D.V.M. Foundation | 1985 |
| **Valedictorian of Graduating Class** | College of Veterinary Medicine, University of Illinois | 1981 |
| **Jesse Sampson Physiology Award** | College of Veterinary Medicine, University of Illinois | 1979 |
| **Merck Veterinary Manual Award** | College of Veterinary Medicine, University of Illinois | 1978 |
| **Animal Science Scholarship Award** | College of Agriculture, University of Illinois | 1977 |

| Boards and Councils | | |
|---|---|---|
| **Macrophage Therapeutics, Inc.** | Scientific Advisory Board | 2015-present |
| **American Veterinary Medical Association** | Council on Research (elected by national board of governors) • Research Priorities Committee | 2010-2013 |
| **ACVP/STP Coalition** (Funding, Recruitment, and Evaluation of Veterinary Pathology Fellows) | Board of Governors | 2009-2012 |
| **North Carolina State University** Center for Comparative Medicine and Translational Research | External Advisory Board (2008: site visit with report) (2011: site visit with report) | 2008-present |

| Boards and Councils | | |
|---|---|---|
| **Canine Comparative Oncology and Genomics Consortium (CCOGC)** | Scientific Advisory Board | 2008-present |
| **NIH: National Center for Research Resources (NCRR) Advisory Board** | NIH Council<br>*Appointed by HHS Secretary Leavitt* | 2007-2010 |
| **USDA: National Agricultural Research, Extension, Education, and Economics Advisory Board (NAREEEAB)** | USDA Advisory Board<br>*Appointed by Interim Secretary Conner*<br>Elected to Executive Committee - 2008 | 2007-2010 |
| **Pathology Experts, LLC (Basel)** | Board of Scientific Advisors | 2007-present |
| **University of Michigan**<br>NIH Program Project Grant on Skeletal Metastases | External Advisory Board | 2006-2011 |
| **The Wilds Conservation Center**<br>(reclaimed mining land for conservation of endangered animals) | Board of Trustees<br>• Animal Sustainability/Research Center Task Force | 2006-present<br>• 2011-2012 |
| **Ohio Veterinary Medical Association** | Board of Trustees<br>(ex officio) | 2005-2008 |
| **Ohio Livestock Coalition** | Board of Trustees<br>(ex officio) | 2005-2008 |
| **OSU College of Veterinary Medicine Alumni Society** | Board of Trustees | 2005-2008 |
| **Scitech (Science Research & Technology Park for OSU)** | Board of Trustees | 2003-2004 |
| **Ohio State University Research Foundation Board** | Board of Trustees<br>*President* | 2003-2004 |
| **Ohio Board of Regents** | Research Officer's Council for Higher Education | 2003-2004 |
| **Ohio Supercomputer Center** | Governing Board | 2003-2004 |
| **Edison Welding Institute** | Board of Trustees | 2003-2004 |
| **Ohio Aerospace Institute (OAI)** | Board of Directors | 2003-2004 |
| **Ohio Polymer Strategy Council** | Council Member | 2003-2004 |
| **Transportation Research Center** | Board of Directors | 2003-2004 |
| **Council on Research Policy and Graduate Education (NASULGC)** | Council Member | 2003-2004 |
| **Committee on Institutional Cooperation (CIC)** | Member as Senior Research Officer | 2003-2004 |

## Major Accomplishments in Technology & Commercialization (2008-2016)

- Senior Advisor for Life Sciences Commercialization
- Advisor, Buckeye SmarterImage (student startup for MRI motion correction), 2nd Place OSU Business Plan Competition (2015)
- Revise university policies on intellectual property (2012-2013)
- Chief Scientific Officer (CSO) for Startup (American Health Technologies (2010-2013)
- Workshop in Commercialization for women faculty from Midwest universities (2012)
- Head of Business Strategy, Marketing, and Agreement Development (2009-2010)
- Representative for Public-Private Partnerships (CTSA NIH grant)
- Served on NSF Project Reach to enhance commercialization by women faculty
- Reorganization of Office into four functional groups with associate VP
- Development of Technology Catalog

4

- Chaired Economic Development Team for Office of Research
- Bioscience business trip to Israel with Columbus Mayor Coleman (2008)
- University representative for city planning for research corridor (315 research and technology initiative) (2006)
-

## Major Accomplishments as Dean (2005-2008)

- 20-year college facility plan (Flad Architects)
- Feasibility study for new small animal teaching hospital (Flad Architects)
- New 3 and 7-Tesla MRI imaging facility with College of Medicine
- 7-year reaccreditation of College by AVMA Council on Education
- New 5-year college strategic plan
- Reorganization and recruitment of senior leadership
- Developed new Office of Information Technology; recruited Director
- External review and reorganization of equine medicine & surgery
- Vice-Chair for national agenda in public health (American Assoc. of Veterinary Medical Colleges and American Colleges of Public Health)
- Initiated new Center of Excellence in Food Animal Health, Production, and Well-Being
- Lead dean for OSU program in Public Health Preparedness for Infectious Diseases
- Represent Health Sciences Deans on Senate Fiscal Committee
- President's Council for Women taskforce
- Chair of search for Director of University Laboratory Animal Resources
- Reorganization and advancement of Information Technology & Systems
- College partnership with Procter & Gamble Company
- Partnership with College of the Arts for William Wegman exhibition
- Renovated 11,000 sq. ft. of shell space for new research labs ($3M)
- Formed Quality of Life Initiative (to promote work-life balance)

## Major Accomplishments as Vice President and Senior Associate Vice President for Research (2002-2005)

- Served as President of the OSU Research Foundation (for extramurally sponsored research)
- Served on President's Cabinet and 5-person Council
- University research facilities space study
- Completed feasibility study for Interdisciplinary Research Building (**CO** Architects, Los Angeles)
- NIH Proactive site visit to OSU campus
- Opened new BSLIII lab on OSU campus
- Developed information technology tools for research management
- New intramural grant programs for Humanities & the Arts and Interdisciplinary Research
- Recruited University Research Lecturers: David McCullough (Pulitzer Prize winner); Thomas Cech (Nobel Prize winner & President of Howard Hughes Medical Institute)
- External reviews conducted for: Center for Cognitive Science; Byrd Polar Research Center; Laboratory Animal Resources; Center for Material Research; Nanotechnology Laboratory
- Appointed directors for: Ohio Supercomputer Center; Center for Mapping; and Center for Cognitive Science
- Oversight of university research park (Scitech) and nanotechnology laboratory
- Managed controversy over research funding by Tobacco Companies
- Managed closure of chimpanzee facility

5

## ACADEMIC RESPONSIBILITIES AND ACCOMPLISHMENTS
*Assistant Professor: 1986 – 1991*
*Associate Professor: 1991 - 1996*
*Professor: 1996 – present*

### Current Independent and Collaborative Research Interests

#### Parathyroid Hormone-Related Protein:

Role in humoral hypercalcemia of malignancy and calcium regulation
Role in metastasis and bone invasion
Development of knockout and knockin mice with PTHrP mutations
Regulation of PTHrP expression and stability by transforming growth factor-β

#### Parathyroid Hormone Receptor:

Role in anabolic effects of parathyroid hormone

#### Cytokine-Induced Bone Resorption:

#### Animal Models of Human Disease with Special Interest In:

Tumor microenvironment
Paraneoplastic syndromes
Endocrinology and calcium regulation
Bone disease, bone remodeling, bone metastasis
Prostate cancer and osteoblastic metastasis
Breast cancer and bone metastasis

#### Imaging & Nanotechnology:

In vivo bioluminescent and ultrasound imaging
Enhancement of ultrasound imaging of cancer with nanoparticles

### Scientific Manuscript Review

| | |
|---|---|
| EDITORIAL BOARD, *Veterinary Pathology* | 1990-92 |
| EDITORIAL BOARD, *Toxicologic Pathology* | 2013-present |
| ASSOCIATE EDITOR, *Veterinary Pathology* | 1998-2000 |
| Ad Hoc Reviewer | |
| *American Journal of Veterinary Research* | 1993-94 |
| *Cancer Research* | 2001-present |
| *Clinical & Experimental Metastasis* | 2001-present, 2007, 2011 |
| *Comparative Biochemistry and Physiology* | 2001 |
| *Domestic Animal Endocrinology* | 1995-2004, 2011 |
| *Endocrinology* | 1995-1999 |
| *European Journal of Endocrinology* | 1995 |
| *Fundamental and Applied Toxicology* | 1996 |
| *General and Comparative Endocrinology* | 1999 |

| | |
|---|---|
| *Hormones and Metabolic Research* | 1999 |
| *International Journal of Cancer* | 2001 |
| *Journal of the American Veterinary Medical Association* | 1992-1996 |
| *Journal of Bone and Mineral Research* | 1998-present, 2010 |
| *Journal of Cellular Physiology* | 1996, 1997 |
| *Journal of Clinical Investigation* | 1991-1994 |
| *Journal of Veterinary Clinical Pathology* | 2013 |
| *Journal of Experimental Zoology* | 1998 |
| *Journal of Molecular Endocrinology* | 1998 |
| *Journal of Small Animal Medicine* | 2010 |
| *Journal of Veterinary Internal Medicine* | 1992-1996, 2010 |
| *Lancet* | 2001 |
| *Merck-Merial Manual for Pet Health* | 2007 |
| *Molecular Cancer Research* | 2011 |
| *Modern Pathology* | 1997 |
| *National Toxicology Program, Endocrine Monographs* | 2012 |
| *PLOSone* | 2012 |
| *Southern Medical Journal* | 1994 |
| *Toxicologic Pathology* | 1991-present, 2010, 2011 |
| *Veterinary Immunology and Immunopathology* | 1995 |
| *Veterinary Pathology* | 1989-Present. 2011 |
| *Veterinary Research Communications* | 2001 |

| *Scientific Grant Review* | |
|---|---|
| NIH, NCI, LABORATORY OF CANCER BIOLOGY AND GENETCS<br>    Site visit team to NIH Bethesda, MD | 2014 |
| PENNSYLVANIA DEPARTMENT OF HEALTH<br>    Commercialization of Research Related to Cancer Diagnostics and Therapeutics | 2011 |
| ACVP/STP COALITION<br>    Charles and Sharron Capen Fellowship in Veterinary Pathology<br>    Linda Munson Fellowship for Wildlife Pathology Research | 2011 |
| NATIONAL SCIENCE FOUNDATION, Nanobiotechnology, SBIR grant review | 2010 |
| CDMPR: CONGRESSIONALLY DIRECTED MEDICAL RESEARCH PROGRAM,<br>    Review for Lung Cancer Program | 2010 |
| NIH, NATIONAL CENTER FOR RESEARCH RESOURCES (NCRR)<br>    Comparative Medicine Review Committee: June 14-15, 2005<br>    Comparative Medicine Review Committee: September 27-28, 2005 | 2005 |
| MORRIS ANIMAL FOUNDATION<br>    **Chairperson** of Scientific Advisory Board in 2002 | 2000 – 2003 |
| AMERICAN ASSOCIATION FOR THE ADVANCEMENT OF SCIENCE RESEARCH<br>    COMPETITIVENESS SERVICE, Review of Center for Alternative Animal Models<br>    Used in Biomedical Research for Michigan State University | 2003 |
| UNITED STATES ARMY MEDICAL RESEARCH AND MATERIEL COMMAND,<br>    Bone Health and Military Medical Readiness Program, scientific reviewer | 2002, 2003 |
| HENRY FORD HEALTH SCIENCES CENTER, External Reviewer for internal research<br>grants | 2001 |
| NIH, NATIONAL CANCER INSTITUTE: Program Project (P01) Site Visit Team,<br>    Cancer Research Institute, Pennsylvania State University, Hershey, PA | February, 2001 |
| UNITED STATES ARMY MEDICAL RESEARCH AND MATERIEL COMMAND,<br>    2000 Bone Health and Military Medical Readiness Program, scientific reviewer | February, 2001 |

| Scientific Grant Review | |
|---|---|
| THE OHIO STATE UNIVERSITY ACADEMIC ENRICHMENT PANEL (appointed by provost), selection of areas of selective investment of annual recurring dollars | 1999, 2000 |
| UNITED STATES DEPARTMENT OF AGRICULTURE, Cooperative, State Research, Education and Extension Service | 2000 |
| COMPREHENSIVE CANCER CENTER: The Ohio State University, Hormones & Cancer Program | 1999 |
| UNITED STATES ARMY MEDICAL RESEARCH AND MATERIEL COMMAND, 1997 Prostate Cancer Research Program, scientific reviewer | January, 1998 |
| NIH, GENERAL MEDICINE B REVIEW GROUP (STUDY SECTION) Special Reviewer | June, 1996 |
| NATIONAL INSTITUTES OF HEALTH: National Center for Research Resources, Comparative Medicine Program, Special Emphasis Research Career Award review | 1998 |
| CENTER FOR BIORESTORATION OF ORAL HEALTH, University of Michigan | 1997 |
| DEPARTMENT OF VETERANS AFFAIRS, Merit Review, Board of Endocrinology | 1992, 1996 |
| DUTCH CANCER SOCIETY (Nederlandse Kankerbestrijding), Grant reviewer | 1996 |
| MEDICAL RESEARCH AND DEVELOPMENT FUND, Department of Surgery Research Committee, College of Medicine, Ohio State University | 1994 |
| COUNCIL OF RESEARCH, College of Veterinary Medicine, The Ohio State University Chairperson, 1992-94 Vice-Chairperson, 1991, 2010-2012 Committee member, 1990 | 1990-1994 2010-2012 |
| AMERICAN CANCER SOCIETY, Institutional Grant from the Comprehensive Cancer Center, The Ohio State University | 1989, 94 |

| *Professional Societies* | |
|---|---|
| AMERICAN COLLEGE OF VETERINARY PATHOLOGISTS | 1987-present |
| Development Committee | 2013-present |
| MidCareer Development Award – Inaugural Committee | 2013-present |
| *Veterinary Pathology* Strategic Planning Task Force | 2011-2013 |
| Co-Chair with John Shadduck | |
| Search and Selection Committee: Editor-In-Chief, *Veterinary Pathology* | 2012 |
| Plenary Presentation – Bone Metastasis and Tumor Microenvironment | 2010 |
| Co-Chair: Charles C. Capen Memorial Mini-symposium | 2010 |
| Lifelong Learning Task Force | 2010-2011 |
| Representative for Society of Toxicologic Pathology | |
| Complementary Resources Task Force | 2010-2011 |
| Chair: Technology Impact Subcommittee | |
| Development and Philanthropy Workshop | 2007 |
| Education Committee Chairperson | 2003 |
| ACVP Annual Meeting Program Chairperson | 2002 |
| Specialty Groups Chairperson | 1998-2000 |
| • Revised program into Diagnostic, Experimental, and Toxicologic Pathology divisions | |
| Chairperson for Symposium on Endocrine Pathology | 1999 |
| Education Committee Member | 1996-2003 |
| Reproduction and Endocrine Pathology Specialty Section | |
| Chairperson | 1996 |
| Vice-Chairperson | 1995 |
| Young Investigator Award | |
| Chairperson | 1996-97 |
| Judge | 1994-95 |
| Judge (Capen Travel Award) | 2010, 2011 |
| Education Committee of the Annual Meeting | |
| Skeletal Disease | 1993 |
| Bone and Joint Disease Specialty Section | |
| Chairperson | 1992-1993 |
| Vice-Chairperson | 1990-91 |
| SOCIETY OF TOXICOLOGIC PATHOLOGY | 2008-present |
| Endocrine Best Practices Task Force | 2010-2013 |
| Chairperson | |
| INHAND Project (International Harmonization of Nomenclature and Diagnostic Criteria): Revision of standard nomenclature of proliferative and nonproliferative lesions of the endocrine glands | 2009-2015 |
| International Chairperson | |
| Scientific and Regulatory Policy Committee: Working group on Effects of Stress on Pathologic Endpoints | 2007-2012 |
| Endocrine pathology expert | |
| Education Task Force | 2009-2010 |
| Education Strategy Committee | 2010-2012 |
| Web-Based Education Task Force | 2010 |
| ACVP/STP Coalition for Veterinary Pathology Fellows | 2009-2012 |
| Board of Governors | |

| *Professional Societies* | |
|---|---|
| INTERNATIONAL BONE AND MINERAL  SOCIETY, <br> (entitled INTERNATIONAL CONFERENCE ON CALCIUM REGULATING HORMONES from 1990-1994) | 1990-present |
| EUROPEAN CALCIFIED TISSUE SOCIETY | 1993-present |
| AMERICAN SOCIETY FOR BONE AND MINERAL RESEARCH <br> 2002 Annual Meeting Abstract Judge <br> Research Policy Committee | 1986-present <br><br> 2008 – 2011 |
| COMPARATIVE ENDOCRINOLOGY OF CALCIUM REGULATION (CECR) <br> Member of **International Scientific Organizing Committee** <br> 1st meeting, Melbourne (at Zoo), February 14, 1995; **Invited Lecture** <br> 2nd meeting, San Francisco; December 01, 1998; **Invited Lecture (Toribio)** <br> 3rd meeting, Madrid, June 05, 2001; **Invited Lecture (Toribio)** <br> 4th meeting, Osaka, June 03, 2003; **Invited Lecture** <br> 5th meeting, Geneva, June 25, 2005; **Invited Lecture (Toribio)** <br> 6th meeting, Montreal, June 24, 2007: **Chair** of Mammalian Calcium Metabolism; **Invited Lecture (Toribio)** <br> 7th meeting, Sydney, March 21, 2009, **Chair** of Mammalian Calcium Metabolism <br> 8th meeting, Athens, May 7, 2011, **Chair** of Mammalian Calcium Metabolism; Welcome and Introduction; **Invited Lectures** <br> 9th meeting, Kobe, Japan, May 27, 2013, **Introduction and Invited Lecture** | 1988-present |
| CHARLES LOUIS DAVIS, D.V.M. FOUNDATION | 1982-87 <br> 1997-present |
| AMERICAN ASSOCIATION FOR THE ADVANCEMENT OF SCIENCE <br> **Elected as a FELLOW in 2004** | 2000-present |
| AMERICAN ASSOCIATION OF CANCER RESEARCH | 2001-2010 |
| AMERICAN VETERINARY MEDICAL ASSOCIATION <br> Council on Research (elected by national delegates): 2010 – 2013 <br>     Committee on Research Priorities <br>     Committee on the American Journal of Veterinary Research <br> Reviewer for National Awards <br>    • Lifetime Excellence in Research Award <br>    • Practitioner Research Award <br>    • Career Achievement Award in Canine Research <br>    • Excellence in Feline Research Award (Winn Foundation/AVMF) | 1981-present <br> 2010-2013 <br> 2011-2012 <br> 2011-2012 <br> 2010-2013 |
| PHI ZETA (College of Veterinary Medicine) | Inducted 1979 |
| PHI KAPPA PHI (University of Illinois) | Inducted 1977 |
| GAMMA SIGMA DELTA (Agriculture) | Inducted 1977 |

| *National and International Committees and Service* | |
|---|---|
| EDUCATION COMMITTEE for the Annual Meeting of the American College of Veterinary Pathology, Skeletal System | 1993 |
| PROMOTION AND TENURE COMMITTEE, External Reviewer, University of Illinois College of Medicine | 1994 |
| GENERAL MEDICINE B INITIAL REVIEW GROUP (IRG) Study Section; National Institutes of Health | 1996 |
| NATIONAL INSTITUTES OF HEALTH; Consultant for Health and Human Services | 1996-present |

| National and International Committees and Service | |
|---|---|
| UNITED STATES ARMY MEDICAL RESEARCH AND MATERIEL COMMAND, 1997 Prostate Cancer Research Program, scientific reviewer for Pathobiology Study Section | 1998 |
| PROMOTION AND TENURE COMMITTEE External Reviewer, University of Illinois College of Veterinary Medicine | 2001 |
| REVIEWER FOR THE AMERICAN SOCIETY OF BONE AND MINERAL RESEARCH ANNUAL MEETING Peptide Calcitropic Hormones – abstracts and oral presentation review | 2002 |
| COMPARATIVE ENDOCRINOLOGY OF CALCIUM METABOLISM International Scientific Committee (total of 7 members from Australia, UK, USA, and Japan) | 2000-present |
| UNIVERSITY OF PENNSYLVANIA COLLEGE OF VETERINARY MEDICINE, Promotion and Tenure committee, external reviewer | 2003 |
| INDIANA UNIVERSITY COLLEGE OF MEDICINE, Promotion and Tenure committee, external reviewer | 2003 |
| COLORADO STATE UNIVERSITY COLLEGE OF VETERINARY MEDICINE, Promotion and Tenure committee, external reviewer | 2003 |
| AMERICAN ASSOCIATION OF VETERINARY MEDICAL COLLEGES Invitee to Conference on the Future of Veterinary Medical Graduate Education, Washington, D.C., 11-12 March 2003. | 2004 |
| ROYAL VETERINARY COLLEGE, London, England; AVMA Council on Education accreditation site visit team | 2005 |
| UNIVERSITY OF UTRECHT, Faculty of Veterinary Medicine, 6-year review of scientific programs, Nov. 26 to Dec. 03, 2005. | 2005 |
| UNIVERSITY OF UTRECHT, External expert on thesis award with distinction, 'cum laude' for B. Spee, Regenerative and Fibrotic Pathways in Canine Liver Disease. | 2006 |
| COLORADO STATE UNIVERSITY COLLEGE OF VETERINARY MEDICINE, Promotion and Tenure committee, external reviewer | 2006 |
| NIH NATIONAL CENTER FOR RESEARCH RESOURCES COUNCIL, appointed by Department of Health and Human Services Secretary Michael Leavitt, May 2006. | 2006-2010 |
| ALBERT EINSTEIN UNIVERSITY COLLEGE OF MEDICINE, New York, Promotion and Tenure committee, external reviewer | 2006 |
| USDA NATIONAL AGRICULTURE RESEARCH, EDUCATION, EXTENSION, AND ECONOMICS Advisory Board (NAREEEAB), appointed by USDA Secretary Conner | 2007-2010 |
| UNIVERSITY OF PENNSYLVANIA SCHOOL OF VETERINARY MEDICINE, Promotion and Tenure committee, external reviewer | 2010 |
| AMERICAN VETERINARY MEDICAL ASSOCIATION, Council on Research, elected by national board of governors • AVMA liaison to the American Registry of Pathology | 2010-2013 |
| UNIVERSITY OF UTRECHT, PhD thesis assessment for 'cum laude' distinction | 2011 |
| UNIVERSITY OF MICHIGAN SCHOOL OF DENTISTRY, Promotion and Tenure committee, external reviewer | 2016 |
| COLORADO STATE UNIVERSITY, COLL. OF VETERINARY MEDICINE AND BIOMEDICAL SCIENCES, Promotion and Tenure committee, external reviewer | 2016 |
| NATIONAL ACADEMY OF SCIENCES, Committee on Federal Research Regulations and Reporting Requirements: A New Framework for Research Universities in the 21st Century | 2015-2016 |

| Media Attention | |
|---|---|
| 'PROSTATE CANCER RESEARCH TO MODEL HUMAN BONE METASTASIS'<br>• Channel 4 News Columbus, Ohio, Interview by Katrina Owens<br>• OSU Video Release by Michelle Gailiun & Andrea Kuse (Media Source), played in 150 cities in USA – http://vet.osu.edu/1099.htm | 2002 |
| NATIONAL CENTER FOR RESEARCH RESOURCES, 'NCRR Reporter', Spring, 2003, volume XXVII, No. 2, pp. 4-7, 'The Mouse Genome: Let the Sequel Begin',<br>• Role of T32 Training Grant, K26 Midcareer Award, and NIH-funded laboratory in training veterinarians for careers in research | Spring, 2003 |
| 'IN VIVO IMAGING OF PROSTATE AND BREAST CANCER METASTASIS IN MOUSE MODELS OF HUMAN CANCER USING FIREFLY LUCIFERASE'<br>• Channel 10 News Columbus, Ohio, Interview by Marcey Goulder<br>• OSU Video Release by Michelle Gailiun & Media Source, played in many cities in USA – http://vet.osu.edu/1097.htm | 2003 |
| 'ILLUMINATING SCIENCE: OSU CANCER RESEARCHERS USE A CHEMICAL FOUND IN FIREFLIES TO MONITOR TUMOR GROWTH'<br>• Columbus Dispatch, June 3, 2003, Interview and article by science writer, Mike Lafferty | 2003 |
| 'OHIO STATE UNIVERSITY & RESEARCH FUNDING FROM TOBACCO COMPANIES' (Research Policy Decision by Office of Research)<br>• Channel 6 News, Television interview with Carol Luper<br>• Associated Press interview with Andrew Welsh-Huggins<br>• WTVN Radio interview with George Zonders<br>• WCBE Radio interview with Mike Foley<br>• Science Magazine interview with David Grimm (Nov., 2004) | 2003, 2004 |
| PLAIN DEALER HIGHER EDUCATION EDITORIAL BOARD, Cleveland<br>• Interview with President Holbrook and Provost Snyder on the OSU Academic Plan, Current Affairs and University Goals | May, 2004 |
| 'USE OF FIREFLY LUCIFERASE TO STUDY CANCER METASTASIS',<br>• OSU James Cancer Hospital and Comprehensive Cancer Center Infomercial Broadcast during 2004 Olympic Games, Film Production by Fahlgren, Inc. (Ann Mowad), http://vet.osu.edu/1114.htm | 2004 |
| OSU PARTICIPATION IN STATE OF OHIO THIRD FRONTIER PROGRAM<br>• Interview for Crain's Cleveland Business Weekly Paper | August, 2004 |
| ANIMAL RIGHTS ISSUES FOR NIH SPINAL CORD RESEARCH TRAINING PROGRAM:<br>• Television interviews for evening news: Channel 6 and 10 Columbus, Ohio<br>• Radio interview for National Public Radio | May, 2005 |
| NEW MOUSE MODEL OF METASTATIC CANINE PROSTATE CANCER<br>• OSU press release on *Cancer Research* manuscript on using anti-nerve growth factor to inhibit bone pain due to prostate cancer, http://researchnews.osu.edu/archive/bonepain.htm<br>  • Comprehensive Cancer Center video news release (VNR); 'New Dog Model of Prostate Cancer Helps Identify Promising New Pain Treatment', 239 airings, including Channel 6 in Columbus, Ohio and major markets in New York, San Francisco, Dallas, Detroit, and Washington D.C., http://vet.osu.edu/2118.htm; http://cancer.osu.edu/mediaroom/releases/Pages/New-Model-of-Prostate-Cancer-Helps-Identify-Promising-Pain-Treatment.aspx | 2005 |

| *Media Attention* | |
|---|---|
| NANOTECHNOLOGY MAY FIND BREAST CANCER BEFORE IT STARTS<br>• OSU press release and research communication,<br>http://researchnews.osu.edu/archive/nanobitz.htm<br>• 'Advance for Imaging and Radiation Therapy Professionals' interview with Sarah Long and article on research progress<br>• 'NanoBiotech News', interview with Steve Lewis and article on research progress<br>• 'NCRR Reporter Magazine (Summer 2006, pg.9 )', interview with Al Staropoli and article, 'Nanoparticles and Ultrasound Imaging'<br>http://www.ncrr.nih.gov/publications/ncrr_reporter/pdfs/summer2006.pdf<br>• NNB (Nikkei Nano Business); Nikkei Research Institute of Industry and Markets, Nihon Keizai Shimbun, Inc., follow-up article<br>• Biotechnology Institute, 'Your World: Biotechnology and You', magazine for grades 7-12, interview with Lois Baron and article | April, 2006 |
| VISION FOR THE COLLEGE OF VETERINARY MEDICINE -2006<br>• Buckeye Ag Radio Network interview with Lindsay Hill | April, 2006 |
| 315 TECHNOLOGY AND RESEARCH CORRIDOR PRESS CONFERENCE<br>• Venue: Ohio Health (Riverside Hospital); Representative of OSU; Quoted in Columbus Dispatch daily newspaper | August, 2006 |
| ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE VIDEO INTERVIEW<br>• Success of Ross University professional students at the OSU College of Veterinary Medicine | October, 2006 |
| BUCKEYE FARM NEWS, Ohio Farm Bureau Federation newspaper interview<br>• 'Shortage of Large Animal Veterinarians Nationwide' | 16 August 2007 |
| OSU PRESS RELEASE<br>• 'Firefly Genes Allow Testing of New Therapy Against Lymphoma',<br>http://researchnews.osu.edu/archive/firecancr.htm;<br>http://cancer.osu.edu/mediaroom/releases/Pages/Firefly-Genes-Allow-Testing-Of-New-Therapy-Against-Lymphoma.aspx<br>• Ohio News Network (ONN) video news release | December, 2007<br><br>February, 2008 |
| OP-ED: 'Ohio State College of Veterinary Medicine Works to Support Public Health'<br>• Cleveland Plain Dealer; Blog;<br>http://blog.cleveland.com/letters/2008/05/veterinarians_protect_human_he.html<br>• Zanesville Time Recorder; June 13, 2008 (Op-Ed) | May, 2008<br><br>June, 2008 |
| PHARMACEUTICAL FORMULATION AND QUALITY, eNewsletter,<br>• 'Imaging Sheds Light on Cancer Drug's Activity' (based on Cancer Research 2007;67:11859-66). | 18 January 2008 |
| TECHNOLOGY TRANSFER TACTICS, eNewsletter,<br>(http://www.technologytransfertactics.com/content/reprints/909-new-metrics/)<br>• 'TTOs reach for new metrics to document their value' | October, 2009 |
| MORRIS ANIMAL FOUNDATION, AnimalNews (volume 9.4)<br>• New therapies for head and neck squamous cell carcinoma in cats | December, 2009 |
| MORRIS ANIMAL FOUNDATION, news release, Denver,<br>• 'Morris Animal Foundation Awards Two Fellowships to Promote Feline Health Research', http://www.vet.osu.edu/6646.htm | May, 2010 |
| TECHNOLOGY TRANSFER TACTICS, eNewsletter,<br>(http://www.technologytransfertactics.com/content/reprints/1110-tenure-polices/)<br>'Tenure policies slowly shifting to support commercialization activity' | Nov, 2010 |

| Media Attention | |
|---|---|
| OSU PRESS RELEASE<br>• 'Animal Model of Head and Neck Cancer',<br>http://researchnews.osu.edu/archive/oralcancer.htm | December, 2010 |
| OSU Comprehensive Cancer Center: FRONTIERS Publication; Winter, 2012; 'Foreign Occupiers', metastatic tumors cause the vast majority of cancer deaths, pp. 18-23.<br>• http://cancer.osu.edu/about/publications/frontiers/archive/2012/02/14/foreign-occupiers.aspx | February, 2012 |
| OSU onCampus News Publication, August, 2013, 'Selling Innovation Goes Peer-To-Peer' article, Rosol created and leads E-scholar faculty program at Technology Commercialization office.<br>• http://oncampus.osu.edu/selling-innovation-goes-peer-to-peer/ | August, 2013 |
| Navidea Biopharmaceuticals, Dublin, Ohio (Press Releases)<br>• Press release on presentation by Rosol on Manocept™ data at Keystone Symposia for Molecular Cell Biology of Macrophages in Human Disease<br>• Press release on data from the Rosol laboratory on the Manocept™ Platform featured in Nature Outlook: Medical Imaging | February, 2014<br><br>October, 2013 |
| Veterinary Pathology PODCAST to highlight a research paper, 'Tumor microenvironment regulates metastasis and metastasis genes of mouse MMTV-PymT mammary cancer cells in vivo'. One paper is chosen per issue to increase visibility and interest in the manuscript. Published in journal with QR code for easy access by readers. | April, 2014 |
| American Association of Veterinary Colleges News, 'Senator Seeks to Streamline Biomedical Research Program Processes'. Press release on participation in the National Academy Committee for Research Regulations, http://aavmc.org/VetMedEducator24.aspx#Senator | August, 2015 |

| Toxicologic Pathology Consultation and Peer Review | |
|---|---|
| TOXICOLOGIC PATHOLOGY – Endocrine and Reproductive Pathology (42 cases) | 2000 – present |
| TOXICOLOGIC PATHOLOGY – Bone Pathology, Cancer & Metastasis, and Calcium Regulation (17 cases)<br>• | 1995 – present |
| TOXICOLOGIC PATHOLOGY – Cancer Diagnostics & Imaging (5 cases) | 2010 – present |
| DIGITAL PATHOLOGY – Diagnostic Pathology Algorithms (1 case) | 2009 – present |
| EXPERT WITNESS – Patent defense or Patient litigation (4 cases) | 2010 – present |
| GRAS (Generally Recognized as Safe) Status for the chemical industry (2 cases) | 2009 – 2014 |

| Scientific Consultation | |
|---|---|
| FEDERAL DRUG AGENCY (FDA), Office of Food Additive Safety, Center for Food Safety and Applied Nutrition, Thyroid stimulating hormone and carcinogenesis in rats and human | 2015<br>2017 |
| HYLAPHARM, Lawrence, Kansas, Scientific Advisory Board | 2017 - present |
| ENVIRONMENTAL PROTECTION AGENCY<br>Carcinogenicity of RDX | 2017 |
| MACROPHAGE THERAPEUTICS, Scientific Advisory Board | 2015 - present |
| NAVIDEA BIOPHARMACEUTICALS (Dublin, OH), Scientific Advisory Board | 2013 - present |
| UTRECHT UNIVERSITY, Faculty of Veterinary Medicine, 6-year review of scientific programs, June 11-13, 2012. | 2012 |

| Scientific Consultation | |
|---|---|
| EXTERNAL REVIEW BOARD (Chair), North Carolina State University,  Comparative Medicine and Translational Research Training Program (Directors: Sam Jones and Jorge Piedrahita) | 2011 |
| EXTERNAL ADVISORY BOARD, University of Michigan NIH Program Project Grant on Skeletal Metastases, Evan Keller (PI) | 2006 – 2011 |
| UTRECHT UNIVERSITY, Faculty of Veterinary Medicine, 6-year review of scientific programs, Nov. 26 to Dec. 03, 2005. | 2005 |
| OHIO STATE UNIVERSITY PROGRAM PROJECT GRANT (P01) ON I METHYLATION & CHROMATIN MODIFICATIONS: MECHANISMS & APPLICATIONS IN CANCER THERAPY   Internal Review Group for Samuel Jacob, Program Director | 2003 |
| OHIO STATE UNIVERSITY PROGRAM PROJECT GRANT (P01) ON HORMONAL AND MOLECULAR TARGETS OF BREAST CANCER   Internal Review Committee for Robert Brueggemeier, Program Director | 2003 |
| HARVARD MEDICAL SCHOOL, BETH ISRAEL DECONESS MEDICAL CENTER, Division of Bone and Mineral Research & BIOMEASURE, INC.   Closed invited workshop on the pathogenesis, animal models, and treatment of bone metastasis, May 5-6 | 2003 |
| UNIVERSITY OF MICHIGAN COMPREHENSIVE CANCER CENTER   External Member of Advisory Board for Review of a Program Project (P01) grant on Bone Metastasis and Prostate Cancer | 2001-2002 |
| NATIONAL CANCER INSTITUTE,   Invited member of a panel of 30 scientists to conduct a closed Workshop on Mechanisms of Tumor Metastasis to the Bone: Challenges and Opportunities, Bethesda, MD 29 Nov to 01 Dec. | 2000 |
| NATIONAL INSTITUTES OF ENVIRONMENTAL HEALTH SCIENCES,   Environmental Toxicology Program, Pathology Working Group (PWG) on acrylonitrile | 2000 |
| MORRIS ANIMAL FOUNDATION   Chair of the Scientific Advisory Board (elected position)   Member of the Scientific Advisory Board (8 members total) | 2001-2002   2000-2003 |

| Diversity Activities | |
|---|---|
| Project CEOS (Comprehensive Equity for OSU); NSF-Funded Advance program   2010: Afternoon tutorial to women faculty on commercialization   2011: Afternoon tutorial to women faculty on commercialization   2011-12: Planning committee for national meeting on commercialization   2012-15: National conference on commercialization for women faculty, Washington DC | 2010 – 2015 |
| 14th Annual National Conference on Diversity, Race & Learning; 'From Excellence to Eminence'. Keynote addresses by Drs. Marvalene Hughes (Dillard Univ.) & Henry Cisneros (American City Vista). | 06 May 2008 |
| Iverson Bell Symposium, Washington DC | 02 March 2007 |
| Critical Difference for Women – spring luncheon | 17 May 2007 |
| Diversity cultural arts concert – Denyce Graves – Mershon auditorium | 09 May 2007 |
| Co-Host – Allies for Equality | 02 May 2007 |

| 13th Annual National Conference on Diversity, Race & Learning; 'Diversity: A Journey of Challenge & Collaboration'. Keynote addresses by Drs. Lani Guinier (Harvard) & Nancy (Rusty) Barcelo (Minnesota). | 01 May 2007 |
| YMCA Woman's Achievement Award luncheon – honoring Provost Snyder | 11 April 2007 |
| 12th Annual National Conference on Diversity, Race & Learning; '2006 & Beyond: Creating Diversity Collaborative'. Keynote address by Angela E. Oh, JD. | 02 May 2006 |
| Invisible Barriers for the Success of Women at OSU Workshop | 14 Dec 2005 |
| Lisa Greenhill, American Association of Veterinary Medical Colleges, Director of Diversity visit to College of Veterinary Medicine; discussions, evaluation of progress, and recommendations | 08 Nov 2005 |
| 11th Annual National Conference on Diversity, Race & Learning; 'Liberty & Justice for All: Empowerment & Inclusion'. Keynote address by Frank Wu, JD, Dean of the Law School, Wayne State University | 03 May 2005 |
| 10th Annual National Conference on Diversity, Race & Learning. 'Communicating Diversity: Implementation, Impact & Outcome. Keynote address by Mary Francis Berry, Professor of History, Univ. of Pennsylvania | 04 May 2004 |
| Open Forum with Virginia Valian on Gender Equity. Dr. Valian is a noted author and lecturer on gender equity and professor of psychology and linguistics at Hunter College and the Graduate Center of the City University of New York (CUNY) and is a nationally recognized expert in the area of gender schema. | 30 April 2004 |
| Diversity Supervisor for the Office of Research at The Ohio State University<br>• Preparation of annual reports for Office of Research and its supporting units to the Office of Academic Affairs | 2002-present |
| Discussion with Nancy Hopkins, PhD, Massachusetts Institute of Technology 2002-2003 Diversity Lecture Series, 'Breaking Through MIT's Glass Ceiling' | 01 Oct 2002 |
| 'CAN WE TALK? CONFRONTING OUR DIFFERENCES TOGETHER': College representative for a forum on campus and community diversity with the creators, writers, producers, and stars of Lifetime Television's *Any Day Now* cable TV series | 23 Feb 2001 |

| *Committees and Service: Ohio State University* | |
| --- | --- |
| COMMITTEE OF INITIAL INQUIRY<br>Chair, faculty committee on inquiry of graduate student falsification of data<br>Committee on inquiry of faculty fabrication of data | 2014 - 2016 |
| UNIVERSITY SENATE, Research Committee<br>Chair, Mapping Process for Sponsored Projects | 2013-2015 |
| UNIVERSITY SENATE, Governmental Policy Committee | 2011-2012 |
| SELECTION COMMITTEE for the vice president for research Innovation Awards to faculty and students | 2011 |
| FAST-FORWARD STRATEGIC PLANNING for College of Veterinary Medicine, August 12-14, 2010 | 2010 |
| DISTINGUISHED SCHOLAR AWARD Selection Committee | 2009 – 2012 |
| SENATE FISCAL COMMITTEE<br>Represent Health Science Deans<br>Central Services Subcommittee | 2006 – 2008 |
| RESEARCH & GRADUATE COUNCIL<br>Elected by College of Veterinary Medicine Faculty | 2002-2004 |

16

| | |
|---|---|
| UNIVERSITY SENATE<br>Elected by College of Veterinary Medicine Faculty<br>Post was relinquished due to administrative position in Office of Research (July 2002<br>promoted to Senior Associate Vice President of Research for OSU) | 2002 |
| ACADEMIC ENRICHMENT FUNDING OF NEW INITIATIVES, Ohio State<br>University, appointed by Provost | 2000 |
| BOARD OF TRUSTEES MONTHY BREAKFAST MEETING WITH FIVE<br>SELECTED FACULTY, invitation by Provost | 2000 |
| ACADEMIC ENRICHMENT FUNDING OF NEW INITIATIVES, Ohio State<br>University, appointed by Provost | 1999 |
| PRINCIPAL INVESTIGATORS ADVISORY COMMITTEE, Ohio State University<br>Research Foundation | 1995-96 |
| JUDGE, Graduate Research Forum Abstracts, Council of Graduate Students,<br>Area of Professional Sciences | 1988-1994 |

| *College of Veterinary Medicine Service* | |
|---|---|
| FACULTY ADVISOR for first-year veterinary students | 1989-2002 |
| PROMOTION & TENURE COMMITTEE | 2001-present |
| POSTER JUDGE, CVM Research Day | 2014 |

| *Committees: College of Veterinary Medicine* | |
|---|---|
| COUNCIL FOR RESEARCH<br>• Vice Chairperson (elected), 2010 | 2010-2013 |
| HONORS AND AWARDS COMMITTEE | 2009-2013 |
| RESEARCH SPACE OVERSIGHT COMMITTEE<br>• Chairperson | 2001-2002 |
| SELECTIVE INVESTMENT 2000<br>• Preparation of successful college proposal for the Comparative Cancer Program<br>that resulted in a new faculty position | 2000 |
| RESEARCH DAY COMMITTEE<br>• Poster Judge | 1999,2000 |
| ACADEMY OF TEACHING EXCELLENCE<br>• Appointed by Dean | 1998-present |
| CURRICULUM COMMITTEE | 1998-present |
| SISSON HALL RESEARCH/SUPPORT SUBCOMMITTEE for the Sisson Hall<br>Replacement Project | 1997 |
| SEARCH COMMITTEE FOR THE ASSOCIATE DEAN of Research | 1996 |
| COMMITTEE ON LABORATORY ANIMALS for the Council of Research | 1996 |
| PROFESSIONAL CURRICULUM ELECTIVES COMMITTEE | 1995-98 |
| COLLEGE COMPUTER COMMITTEE | 1993-94 |
| NEUROLOGY TEACHING TEAM PLANNING COMMITTEE | 1992-93 |
| COUNCIL FOR RESEARCH<br>• Vice Chairperson (elected), 1990<br>• Chairperson (elected), 1992-94 | 1990-94 |
| STRATEGIC PLANNING COMMITTEE | 1989 |
| LABORATORY ANIMAL USE AND CARE COMMITTEE | 1987-90 |

| Committees: Department of Veterinary Biosciences | |
|---|---|
| Faculty Search Committees | |
|     Experimental Pathologist | 2009 |
|         Chair | |
|     Transgenic Animal Pathologist | 2002 |
|         Chair | |
|     Comparative Molecular Geneticist | 1999 |
|         Affirmative Action Designee | |
| Research Strategic Planning Committee | 1998 |
| Advisory Committee: Departmental Web Site | 1997 |
| Reading Committee for Departmental Patterns of Administration | 1996 |
| Strategic Planning Committee on Research | 1995 |
| Toxicology Pathology Focus Group | 1994 |
| Molecular Pathogenesis of Breast Cancer Focus Group | 1994 |
| Departmental Computer Committee | 1991-92 |
| Departmental Electives Committee | 1992 |
| Review of Didactic Coursework in Veterinary Pathobiology | 1991 |
| Improvement of Diagnostic Service and Training in Veterinary Pathology Chairperson | 1991 |
| Faculty Recruitment Committee | 1990 |
| Discretionary Fund Committee | 1990 |
| Histopathology Laboratory Committee | 1990 |
| Strategic Planning Committee: Applied Pathology | 1988 |
| Strategic Planning Committee: Metabolic Biology | 1988 |

## Community Service

JUDGE – Regional middle school and high school science fair;                 2001
      Columbus State Community College

## Teaching (1986 – present)

**Applied Pathology** (Veterinary College 700.14) Animal Necropsy Training, professional students)
   12 professional students, 1 month per year (1986-2002)
**Advanced Gross Pathology** (Veterinary Pathology 794.09) (graduate professional training)
   4 postgraduate veterinarians, 1 month per year (1986-2002)
**Veterinary Surgical Pathology** (Veterinary Pathology 815) (graduate professional training)
   4-6 veterinary pathology residents, 2 months per year (1986-2002)
**Seminar in Veterinary Pathobiology** (Veterinary Pathology 850) Experimental Pathobiology research reports
and Histopathology graduate professional training: 80 seminars per year (1986-present)
**Mechanisms of Disease** (Veterinary Pathology 640)
   Lectures on Pathobiology of Growth Factors (course ended in 1987)
**Comparative Oncology** (Veterinary Pathology 720) (now part of Vet. Path 8810 & 8811)
   Lectures on Neoplasms of the Reproductive System, Neoplasms of the Mammary Glands, Neoplasms of the
   Cardiovascular System (alternate years)
**Current Topics in Oral Biology** (Dentistry 884) (1985-1989)
   Organization of Bone Cells and Tissues, Hormonal and Paracrine Control of Bone Cells
**Individual Studies** (Veterinary Pathobiology 693) (1986-present)
**Research in Veterinary Biosciences** (Veterinary Biosciences 999) (1986-present)
**Research in Animal Science** (Animal Science 999)
**Cardiovascular System (Veterinary College 600)** (1986-2002)
   Professional students: Pathology of the Heart and Blood Vessels

**Veterinary Ethics** (Veterinary Medicine 560.01)
  Ethical issues in biomedical research (2005-2008)
**Reproductive System** (Veterinary College 6605) (1986-2013)
  Professional students: Pathology of the Female and Male Reproductive Tracts
  **Team leader** 1993-2002
**Endocrine System** (Veterinary College 6604) (2009-present)
  Professional students: Pathology of the Pituitary, Thyroid, and Adrenal Glands, Pancreatic Islets, and Calcium-Regulating Hormones
**Musculoskeletal System** (Veterinary College 6607) (2016-present)
  Professional students: Pathology of Bone, Joints and Skeletal Muscle
**Advanced Systemic Pathology** (Veterinary Biosciences 8810, 8811, 8812)
  Lectures on Pathology of the Cardiovascular System (1986-2002)
  Lectures on Male and Female Reproductive Systems (1986-present)
  Lectures on Endocrine System (2009-present)
  Lectures on Bone and Skeletal Muscle Systems (2015-present)
**Fundamentals of Oncology** (Veterinary Biosciences 6640) (2008-present)
  Lecture on Hormones and Cancer (2 hours)
**Commericalization for Researchers** (VBS 8855) (2014-present) Leader; 2 hour course
  Multidisciplinary graduate course open to entire university
  Principles of commercialization and university entrepreneurship, inventing, IP protection, and startup companies
**Cancer Biology & Therapeutics** (BSBP 8800.04) (2016-present)
  Merging academe and industry to expedite development of cancer therapeutics (1hour)

| *Continuing Education & Professional Development* | | |
|---|---|---|
| MBA for Working Professionals | Fisher College of Business, Ohio State University | 2015-2017 |
| Authentic Leadership in Action Summer Intensive Training in Columbus, Ohio | ALIA Institute | 24-29 June 2011 |
| Stereology Course Theory and Practice | Microscopy Imaging Center University of Vermont | 21-23 July 2010 |
| Researcher Commercialization (11 webinars on *intellectual property, licensing, agreements, and creating and funding companies*) | National Council of Entrepreneurial Tech Transfer | 2009 |
| Senn Delaney Leadership Program and Retreat | The Ohio State University Office of Research | 2008/2009 |
| Food System Leadership Institute (FSLI) Cohort Four (22 members) Leadership Training and Development; Personal Evaluation; Institutional Leadership Project; Personal Goals; Mentorship | University of North Carolina The Ohio State University University of Vermont | 2008 – 2010 |
| Art of Hosting Conversations that Matter training | Portsmouth, Ohio | 26-29 Apr 2007 |
| Comprehensive Medical Imaging Workshop | Columbus, Ohio | 16 Feb. 2005 |
| Annual Meeting of the American Association for the Advancement of Science | Washington, DC | 18-21 Feb. 2005 |
| State Science & Technology Institute (SSTI) Meeting on Economic Development for Tech-Based Economies & Visit to University City Science Center | Philadelphia, PA | 13-15 Sept 2004 |

| Continuing Education & Professional Development | | |
|---|---|---|
| Association of University Technology Managers (AUTM): Business Incubators and University Start-Up Companies | Chicago, Illinois | 01 August 2004 |
| Influence of Emerging Technology on Mouse Model Research | Ohio Supercomputer Center, Columbus, Ohio | 28 May 2004 |
| Workshop on Development & Fundraising | Ohio State University Academic Leadership Program | 18 May 2004 |
| Outreach Conference at Ohio State Univ. *Ohio State – The 21st Century Model for Outreach and Engagement* | The Ohio State University Office of University Outreach | 30 April 2004 |
| Management Certificate: A Survey of MBA Topics *Introduction to Strategy* *Using the MBTI to gain Self Knowledge and Enhance Effective Teamwork* *Quality Management* *International Business* *Information Technology* *Employment Law Issues* *Negotiation; Accounting* *Marketing: Principles of Branding* *Financial Analysis I and II* *Workplace Diversity* *Communication Competencies* *Creating Transformational Leader* | The Ohio State University College of Business | Fall 2002 |
| FASEB Conference on Messenger I Stability | Tucson, AZ | July 6-12, 2002 |
| Pathology of Mutant Animal Models | Baylor College of Medicine Houston, Tx | February 14-17, 2001 |
| 41st Annual Short Course in Medical and Experimental Mammalian Genetics | The Jackson Laboratory Bar Harbor, Maine | July 16-28, 2000 |
| Symposium on Pathology of Genetically-Engineered Mice | NIH Natcher Conference Center, Bethesda, MD | February 24-25, 1999 |
| Workshop on Increasing Enthusiasm for Teaching | Ohio State University Faculty Club | December 18, 1997 |
| Workshop on Stereology by Hans J.G. Gundersen (Stereology Research Lab., University of Arhus, Denmark). | 48th Annual Meeting of the American College of Veterinary Pathologists, Albuquerque | November 20, 1997 |
| Gordon Research Conference on Mammary Gland Biology | Colbey-Sawyer College, NH | 18-23 June 1995 |
| FASEB Conference on Molecular Genetic Basis of Cell and Tissue Structure and Function | Copper Mountain, Colorado | 14-19 August 1994 |
| Research training in *in situ* hybridization | Genentech, San Francisco, Lab. Of Dr. Nancy Gillette | 10-17 June 1992 |
| Principles of Toxicology; (Pharmacy 740, audit) | Ohio State University | Autumn, 1991 |
| Toxicologic Pathology Cooperative Research | US Army Medical Research Inst. Of Infectious Diseases, Fort Detrick, MD | July 28-Aug 4, 1991 |
| International conference on Biological Mechanisms of Tooth Movement and Craniofacial Adaption | Great Southern Hotel, Columbus, Ohio | 8-11 May 1991 |
| OSU Molecular Biology Workshop, Molecular Biology Techniques 850 (lecture and laboratory) | Ohio Ag. Research and Development Ctr., Wooster, I | June, 1989 |

| Continuing Education & Professional Development | | |
|---|---|---|
| Biologic Research School, High Performance Liquid Chromatography | Waters Corporation, Milford, MA | 18-20 April 1988 |
| Molecular Genetics: 1 Transactions (Molecular Genetics 701, audit) | Ohio State University | Autumn, 1988 |

| Graduate Student and Post-Doctoral Primary Mentorship | | | |
|---|---|---|---|
| **Trainee** **Dates of Training** **(Funding Source)** | **Degree** | **Research Project** | **Current Position** |
| 1. Laurie K. McCauley, DDS 1988-91 (NIH: National Research Service Award) | Ph.D. | Mechanisms of Lymphocyte-Mediated Bone Resorption | Dean & Endowed Professor Dept. of Periodontology, Prevention, & Geriatrics, School of Dentistry Univ. of Michigan |
| 2. Shigeru Saito, DDS 1988-89 | Postdoc | Bone Resorbing Factors in Periodontal Ligament Cells | Associate Professor Dept. of Orthodontics, Showa University, Japan |
| 3. Rahime M. Nohutcu, DDS 1990-91 | Postdoc | Intracellular Messengers in Periodontal Ligament Cells | Professor Dept. of Periodontics, Hacettepe Univ., Turkey |
| 4. Hiroyuki Okada, DVM 1992-93 | Postdoc | Secretion of Parathyroid Hormone-Related Protein from Mammary Cells | Veterinary Pathologist National Inst. Of Animal Health Tsukuba, Japan |
| 5. Joyce I. Merryman, DVM 1987-93 (NIH: National Research Service Award) | Ph.D. | Transforming Growth Factors in Pathogenesis of Humoral Hypercalcemia of Malignancy | Veterinarian Knoxville, Tennessee |
| 6. Andrea Gröne 1990-92 (German Government Fellowship) | Dr.Vet. Med. | Morphology of Parathyroid Glands in Mice with Humoral Hypercalcemia of Malignancy | Professor Veterinary Pathology University of Utrecht |
| 7. James R. Werkmeister, DDS 1992-1995 (NIH: Physician Scientist Award) | M.S. | Regulation of Parathyroid Hormone-Related Protein in Keratinocytes | Clinical Periodontist, Pittsburgh, PA |
| 8. Andrea Gröne, Dr.Vet. Med. 1992-96 (College of Veterinary Medicine Fellowship) | Ph.D. | Regulation of Parathyroid Hormone-Related Protein in Squamous Cell Carcinoma | Professor Veterinary Pathology University of Utrecht |
| 9. Michelle T. Weckmann, BS 1993-1995 | M.S. | Secretion of Parathyroid Hormone-Related Protein by Keratinocytes | Assistant Professor of Psychiatry University of Iowa |
| 10. Eric Blomme, DVM 1995-1998 (Fellowship from Rhône-Poulenc-Rorer, Inc.) | Ph.D. | Regulation of Parathyroid Hormone-Related Protein in the Skin and Prostate Gland | Project Leader: Cellular & Molecular Toxicology Abbott Labs, Chicago |
| 11. Susan F. Wojcik, DVM 1994-1999 (NIH: National Research Service Award) | Ph.D. | Regulation of Parathyroid Hormone-Related Protein in the Mammary Gland | Veterinary Pathologist, Covance, Glenview, IL |
| 12. Shelley J. Kendrick, Ph.D. 1998 | Postdoc | Regulation of PTHrP gene transcription and mRNA stability by TGFß | Unknown |

21

| | | | |
|---|---|---|---|
| **Graduate Student and Post-Doctoral Primary Mentorship** | | | |
| 13. Krista Keller, BS 1999-2000 | Pre-DVM | Effects of TGFß on I expression in human head and neck cancer | Unknown |
| 14. Rani S. Sellers, DVM 1997-2001 (NIH: National Research Service Award) | Ph.D. | Regulation of Parathyroid Hormone-related Protein in Head and Neck Squamous Cell Carcinoma | Associate Professor Albert Einstein College of Medicine & Montefiore Medical Center Bronx, New York |
| 15. Ramiro Toribio, DVM 1998-2001 (Competitive College Glenn Barber Fellowship) | Ph.D. | Regulation of PTHrP and pathogenesis of hypocalcemia during endotoxemia | Associate Professor Dept. of Veterinary Clinical Sciences Ohio State University |
| 16. Bruce E. LeRoy, DVM 1999-2002 (NIH: Institutional National Research Service Award) | Ph.D. | Pathogenesis of osteoblastic metastases of human prostate cancer | Research Pathologist Abbott Laboratories Chicago |
| 17. Deborah Groppe, DVM 2001-2002 (T32 NIH Institutional Fellowship) | Postdoc | Pathogenesis of Bone Metastasis in Mammary Cancer In Vivo | Clinical Pathologist IDEXX Laboratories |
| 18. Virgile Richard, DVM 1998-2003 (Competitive College Glenn Barber Fellowship) | Ph.D. | Pathogenesis of humoral hypercalcemia of malignancy in lymphoma associated with HTLV-1 infection | Associate Director, Molecular Pathology UCB Pharma S.A. Belgium |
| 19. Stephanie Corn, DVM 2002-2004 (NIH Institutional NRSA) | Postdoc | Pathogenesis of Prostate Cancer Osteoblastic Metastases | Clinical Pathologist IDEXX Laboratories Columbus, Ohio |
| 20. Sarah Tannehill-Gregg, DVM 1998-2005 (NIH: K08 Mentored Clinical Scientist Develop. Award) | Ph.D. | Regulation of Parathyroid Hormone-related Protein in Lung Cancer by TGFβ | Toxicologic Pathologist Amgen South San Francisco, CA |
| 21. Alex Luchin, PhD (2001- 2005) | Postdoc | Regulation of PTHrP mRNA Stability by TGFβ | Postdoctoral Researcher University of Vancouver |
| 22. Jun Liu, PhD 2003 – 2005 | Research Scientist | Nanoparticle-enhanced imaging of cancer in vivo | Associate Professor Biomedical Engineering Ohio State University |
| 23. Xiyun Deng, PhD 2003 – 2005 | Postdoc | Role of PTHrP in Bone Metastasis | Faculty of Basic Medical Sciences, Hunan Normal University, Hunan, PRC |
| 24. Ramiro Toribio, DVM, PhD 2002 – 2007 (NIH: K01 Mentored Clinical Scientist Develop. Award) | Research Scientist | Role of PTHrP in Osteoblast Differentiation & Function | Associate Professor Dept. of Veterinary Clinical Sciences Ohio State University |
| 25. Prasad Nadella, BVSc 2002 – 2007 (OSU Barber Fellowship) | Ph.D. | Regulation and Role of PTHrP in Lymphoma in vivo & in vitro | Veterinary Pathologist AstraZeneca, Boston, MA |
| 26. Gwendolen Lorch, DVM, ACVIM (Dermatology) 2003 – 2009 (K01 SERCA from NCRR) | Ph.D. | Role of EGF Receptors & Calcium-Sensing Membrane Receptor and Signaling on PTHrP & Lung Cancer | Assistant Professor Dept. of Veterinary Clinical Sciences Ohio State University |
| 27. Nanda Thudi, BVSc 2004 – 2009 | Ph.D. | Pathogenesis of Prostate Cancer Osteoblastic Metastasis | Postdoctoral Fellow University of Alabama, Birmingham |
| 28. Sherry Shu, BVM 2006 – 2009 (NIH: T32 RR07073) | Ph.D. | Pathogenesis of Hypercalcemia in Adult T-Cell Lymphoma | Postdoctoral Fellow University of Pittsburgh Medical School |

22

| Graduate Student and Post-Doctoral Primary Mentorship | | | |
|---|---|---|---|
| 29. John Foley, PhD, Associate Professor Jan – Apr, 2010 | Sabbatic | Role of PTHrP in lung cancer metastasis and intravasation | Associate Professor Dept. of Medical Sciences Indiana University |
| 30. Alicia Bertone, DVM, PhD 2003 – 2010 (NIH: K08 AR049201) | Professor | Gene Therapy for Cartilage Injury Co-Mentor with Dr. Jeffrey Bartlett | Professor Dept. of Vet. Clinical Sciences Ohio State University |
| 31. Shan Krishnan Naidu, BVSc, MS 2006 – 2010 | M.S. | Stromal-epithelial interactions in the genetic pathogenesis of breast cancer | Research Fellow Ohio State University |
| 32. Tobie Wolfe, BS 2007-2010 | DVM | Effect of zoledronic acid on a mouse model of canine osteosarcoma with lung metastasis | Private Veterinary Practice |
| 33. John Leong, PhD 2007 – 2010 | Research Scientist | Intravasation genes in breast cancer metastasis | Retired Scientist |
| 34. Chelsea Martin, DVM 2005-2010 (NIH: F32 NRSA 130458) | Ph.D. | Mechanisms of bone invasion and tumor growth in models of head and neck cancer | Assistant Professor Atlantic Veterinary College Univ. of Prince Edward Island |
| 35. Stephanie Flansburg-Cruz, BS 2010 – 2011 OSU Grd Sch Fellowship | Pre-DVM | Pathogenesis of bone metastasis in prostate cancer | Veterinary Student Mexico |
| 36. Jillian Werbeck, BS 2005 – 2011 (DOD Fellowship) | Ph.D. | Pathogenesis of Breast Cancer Bone Metastases | Scientist II, Oncology Translation Science, Medimmune |
| 37. Smitha Pillai, BVSc, PhD 2009 – 2011 (Morris Animal Fdn fellowship) | Postdoc | Treatment and Pathogenesis of Oral Cancer in Cats | Pathology Resident Cornell University College of Veterinary Medicine |
| 38. Saran Huja, DDS, PhD 2008 – 2011 | Professor | Role of nuclear PTHrP in bone formation and resorption | Professor and Head Division of Orthodontics University of Kentucky |
| 39. Gwendolen Lorch, DVM, ACVIM (Dermatology) 2009 – 2011 | Postdoc | Role of Calcium-Sensing Membrane Receptor and Signaling on PTHrP & Lung Cancer | Assistant Professor Dept. of Veterinary Clinical Sciences Ohio State University |
| 40. Lisa Gooding, DVM 2007 – 2012 (NIH: T32 RR07073) | PhD | Bone-invasive malignancies associated with PTHrP and HTLV-1 | Pathologist Wil Laboratories Ashland, Ohio |
| 41. Brooke K.T. McMichael, PhD 2011 – 2014 | Postdoc | LPA inhibits bisphosphonate action in bone metastasis (Co-Mentor with Dr. Beth Lee) | Postdoctoral Fellow College of Medicine Ohio State University |
| 42. Jessica Simmons, DVM 2010 – 2014 (NIH: F32 NRSA) | PhD | Pathogenesis of bone metastasis in prostate cancer | Investigative Pathologist Seattle Genetics |
| 43. Blake Eason Hildreth III, DVM, MS 2008 – 2014 (NIH F32 Award) | PhD | Role of PTHrP in bone formation and osteoblast function | Instructor and PostDoc Ohio State University |
| 44. Bardes Bahaa Abdelhakim Hassan, BSc, MSc (Egypt Fellowship) 2014 – 2016 | PhD | Metastasis genes in feline mammary cancer | Faculty of Veterinary Medicine Cairo University |

23

| Graduate Student and Post-Doctoral Primary Mentorship | | | |
|---|---|---|---|
| 45. Wachiraphan Supsavhad, DVM (Thai Govt. Fellowship) (DOD Fellowship) 2011 – 2016 | MS, PhD | Role of p16, osteoprotegern and telomerase in feline head and neck cancer | Faculty of Veterinary Medicine Kasetsart University, Bangkok |
| --ACTIVE TRAINEES -- | | | |
| 46. Said Mohammed Abbas Elshafae, BVSc, MVSc (Egypt Fellowship) 2012 – present | PhD | Pathogenesis of Cancer Metastasis | Graduate Student Dept. of Veterinary Biosciences Ohio State University |
| 47. Nicole Kohart, DVM NIH T32 Fellowship 2015 – present | PhD | Adult T-cell Lymphoma and Bone Metastasis | Graduate Student Dept. of Veterinary Biosciences Ohio State University |
| 48. Aylin Alasonyalilar-Demirer, DVM, PhD 2015-2017 | Postdoc | Pathogenesis of Feline Mammary Cancer and Metastases | Visiting Pathologist from Uludag Univ., Turkey Dept. of Veterinary Biosciences Ohio State University |
| 49. Justin Breitbach, DVM NIH T32 Fellowship 2016 – present | PhD | GRPR theranostic for early stage prostate cancer: Dog model | Graduate Student Dept. of Veterinary Biosciences Ohio State University |
| 50. Salha Sassi, MBBS, MSc Libya Government Fellowship 2016 – present | PhD | Role of EGFR and lymphatic endothelial cells in feline mammary cancer metastasis | Graduate Student Dept. of Veterinary Biosciences Ohio State University |

## Summary Statistics for Primary Mentorship:

| | |
|---|---|
| PhD: | 25 |
| MS: | 5 |
| Postdocs: | 12 |
| Scientists: | 8 |
| **Total:** | **50** |

## PhD Graduate Student Accomplishments

### 1. Laurie K. McCauley, DDS, PhD (1991)

- **Dean, Professor,** University of Michigan, College of Dentistry
- Publications (4)
    - o McCauley LK, **Rosol TJ**, Merryman JI, Capen CC. Parathyroid hormone-related protein binding to human T cell lymphotropic virus type 1-infected lymphocytes. Endocrinology, 130:300-306, 1992.
    - o McCauley LK, **Rosol TJ**, Stromberg PS, Capen CC. *In vivo* and *in vitro* effects of interleukin-1α and cyclosporine A in mice. Toxicologic Pathology, 19:1-10, 1991.
    - o McCauley LK, **Rosol TJ**, Capen CC, Horton JE. A comparison of bone turnover in athymic (nude) and euthymic mice. Biochemical, histomorphometric, bone ash, and in vitro studies. Bone, 10:29-34, 1989.
    - o McCauley LK, **Rosol TJ**, Capen CC, Shanfeld JL, Horton, JE. Investigations on in vitro bone resorbing activity from athymic (nude) and euthymic mouse splenic lymphocytes. Bone, 10:389-394, 1989.
- Funding
    - o NIH: National Research Service Award (F32)
- Awards (3)

- o **Hatton Young Investigator Award,** American Association of Dental Research E. H.
- o **Hatton Young Investigator Award,** International Association of Dental Research E. H.
- o **Stowell-Orbison Young Investigator Award**, U.S. and Canadian Academy of Pathology

## 2. Joyce I. Merryman, DVM, PhD (1993)

- Private Practitioner
- Publications (4)
  - o Merryman JI, DeWille J, Werkmeister JR, Capen CC, **Rosol TJ**. Effects of transforming growth factor-β on parathyroid hormone-related protein production and mRNA expression by a squamous cell carcinoma cell line *in vitro*. Endocrinology, 134:2424-2430, 1994.

  - o Merryman JI, Capen CC, **Rosol TJ**. Effects of gallium nitrate in nude mice bearing a canine adenocarcinoma (CAC-8) model of humoral hypercalcemia of malignancy. Journal of Bone and Mineral Research, 9:725-732, 1994.

  - o Merryman JI, McCauley LK, Werkmeister JR, Suter M, Capen CC, **Rosol TJ**. Regulation of parathyroid hormone-related protein production by a squamous cell carcinoma cell line *in vitro*. Laboratory Investigation, 69:347-354, 1993.

  - o Merryman JI, **Rosol TJ**, Capen CC, Brooks CL.  Separation of parathyroid hormone-like activity from transforming growth factor α and ß in the canine adenocarcinoma (CAC-8) model of humoral hypercalcemia of malignancy. Endocrinology, 124:2456-2463, 1989.

- Funding
  - o NIH: National Research Service Award (F32)
- Awards (1)
  - o **Young Investigator Award,** American College of Veterinary Pathologists

## 3. Andrea Grone, Dr. Vet. Med., PhD (1996)

- **Professor and Head of Anatomic Pathology**, University of Utrecht
- Publications (6)
  - o Gröne A, Weckmann MT, Capen CC, and **Rosol TJ**. Regulation of Parathyroid Hormone-Related Protein Expression in a Canine Squamous Carcinoma Cell Line by Colchicine. Toxicologic and Experimental Pathology, 50:365-370, 1998.
  - o Gröne A, Weckmann MT, Blomme EAG, Wojcik SF, Capen CC, and **Rosol TJ**. Dependence of Humoral Hypercalcemia of Malignancy on Parathyroid Hormone-related Protein Expression in the Canine Anal Sac Apocrine Gland Adenocarcinoma (CAC-8) Nude Mouse Model. Veterinary Pathology, 344-351, 1998.
  - o Gröne A, McCauley LK, Capen CC, **Rosol TJ**. Parathyroid hormone/parathyroid hormone-related protein receptor expression in nude mice with a transplantable canine apocrine adenocarcinoma (CAC-8) and humoral hypercalcemia of malignancy. Journal of Endocrinology, 153:123-129, 1997.

  - o Gröne A, Weckmann MT,  Steinmeyer CL, Capen CC, **Rosol TJ**. Altered parathyroid hormone-related protein expression in squamous carcinoma cells in monolayer and 3-dimensional cultures. European Journal of Endocrinology, 135:498-505, 1996.

  - o Gröne A, Weckmann MT, Capen CC, **Rosol TJ**. Canine glyceraldehydes-3-phosphate dehydrogenase (GAPDH) complementary DNA: Polymerase chain reaction amplification, cloning, partial sequence analysis and use as a loading control in Rnase protection assays. American Journal of Veterinary Research, 57:254-257, 1996.

- o Gröne A, Werkmeister JR, Steinmeyer CL, Capen CC, **Rosol TJ**. Parathyroid hormone-related protein in normal and neoplastic canine tissues: Immunohistochemical and biochemical extraction. <u>Veterinary Pathology</u>, 31(3):308-315, 1994.
- • Funding
  - o German Government Fellowship
  - o OSU College of Veterinary Medicine Fellowship
- • Awards (2)
  - o **H.W. Casey Scholarship Award**, American College of Veterinary Pathologists
  - o **Research Award**, Veterinary Cancer Society

## 4. Eric Blomme, DVM, PhD (1998)
- • **Toxicologic Pathologist, Head of Investigative Pathology,** Abbott Labs, Chicago
- • Publications (6)
  - o Blomme, EAG, Dougherty KM, Pienta KJ, Capen CC, **Rosol TJ**, McCauley LK. Skeletal metastasis of prostate adenocarcinoma in rats: Morphometric analysis and role of parathyroid hormone-related protein. <u>The Prostate</u>, 39:187-197, 1999.
  - o Blomme EAG, Capen CC, **Rosol TJ**. Spatial and temporal expression of parathyroid hormone-related protein during wound healing. <u>Journal of Investigative Dermatology</u>, 112:101-108, 1999.
  - o Blomme EAG, Sugimoto Y, Lin YC, Capen CC, **Rosol TJ**. Parathyroid hormone-related protein is a positive regulator of keratinocyte growth factor expression by normal dermal fibroblasts. <u>Molecular and Cellular Endocrinology</u>, 152:189-197, 1999.
  - o Blomme EAG, Sugimoto Y, McCauley LK, Lin YC, Capen CC, **Rosol TJ**. Stromal and epithelial cells of the canine prostate express parathyroid hormone-related protein, but not the PTH/PTHrP receptor. <u>The Prostate</u>, 36:110-120, 1998.
  - o Blomme EAG, Werkmeister JR, Zhou H, Kartsogiannis V, Capen CC, **Rosol TJ**. Parathyroid hormone-related protein expression and secretion in a skin organotypic culture system. <u>Endocrine</u>, 8:143-151, 1998.
  - o Blomme EAG, Weckmann MT, Capen CC, **Rosol TJ**. Influence of extracellular matrix macromolecules on normal human keratinocyte phenotype and parathyroid hormone-related protein secretion and expression *in vitro*. <u>Experimental Cell Research</u>, 238:204-215,1998.
- • Funding
  - o Fellowship from Rhône-Poulenc-Rorer, Inc.

## 5. Susan F. Wojcik, DVM, PhD (1999)
- • **Toxicologic Pathologist**, Covance
- • Publications (2)
  - o Wojcik SF, Capen CC, **Rosol TJ**. Expression of PTHrP and the PTH/PTHrP receptor in purified alveolar epithelial cells, myoepithelial cells, and stromal fibroblasts derived from the lactating rat mammary gland. <u>Experimental Cell Research</u>, 249:415-422, 1999.
  - o Wojcik SF, Schanbacher FL, McCauley LK, Zhou H, Kartsogiannis V, Capen CC, **Rosol TJ**. Cloning of bovine parathyroid hormone-related protein (PTHrP) cDNA and expression of PTHrP mRNA in the bovine mammary gland. <u>Journal of Molecular Endocrinology</u>, 20: 271-280, 1998.
- • Funding
  - o NIH: National Research Service Award (F32)

## 6.  Rani S. Sellers, DVM, PhD (2001)

- **Associate Professor**, Albert Einstein University, NY
- Publications (4)
    - o  Sellers RS, Luchin AI, Richard V, Brena RM, **Rosol TJ**. Alternative splicing of the parathyroid hormone-related protein mRNA: expression and stability. <u>Journal of Molecular Endocrinology</u>, 33: 227-241, 2004.
    - o  Sellers RS,  LeRoy BE, Blomme EAG, Corn S, **Rosol TJ**. Effects of transforming growth factor-beta1 on parathyroid hormone-related protein mRNA expression and protein secretion in canine prostate epithelial, stromal, and carcinoma cells. <u>The Prostate</u>, 58: 366-373, 2004.
    - o  Sellers RS, Capen CC, **Rosol TJ**. Messenger RNA stability of parathyroid hormone-related protein regulated by transforming growth factor-$\beta1$. <u>Molecular & Cellular Endocrinology</u>, 188:37-46, 2002.
    - o  Sellers RS, Schuller DE, Sharma PK, Tannehill-Gregg SH, Capen CC, **Rosol TJ**. Head and neck squamous cell carcinoma: Measurement of plasma parathyroid hormone-related protein and serum and urine calcium concentrations. <u>Otolaryngology – Head & Neck Surgery</u>, 123:558-562, 2000.
- Funding
    - o  NIH: National Research Service Award (F32)
- Awards (2)
    - o  **H.W. Casey Scholarship Award**, American College of Veterinary Pathologists
    - o  **Poster Competition**, Annual Meeting of the American College of Veterinary Pathologists

## 7.  Ramiro E. Toribio, DVM, PhD (2001)

- **Professor**, Ohio State University
- Publications (5)
    - o  Toribio RE, Kohn CW, Capen CC, **Rosol TJ**. Parathyroid hormone (PTH) secretion, PTHrP mRNA and calcium-sensing receptor mRNA expression in equine parathyroid cells, and effects of interleukin (IL)-1, IL-6, and tumor necrosis factor-alpha on equine parathyroid cell function, <u>Journal of Molecular Endocrinology</u>, 31(3): 609-20, 2003.
    - o  Toribio RE, Kohn CW, Sams RA, Capen CC, **Rosol TJ**. Hysteresis and calcium set-point for the calcium parathyroid hormone relationship in healthy horses. <u>General & Comparative Endocrinology</u>, 130:279-288, 2003.
    - o  Toribio RE, Kohn CW, Leone GW, Capen CC, **Rosol TJ**. Molecular cloning and expression of equine calcitonin, calcitonin gene-related peptide-I, and calcitonin gene-related peptide-II. <u>Molecular & Cellular Endocrinology</u>, 199:119-128, 2003.
    - o  Toribio RE, Kohn CW, Chew DJ, Capen CC, **Rosol TJ**. Cloning and sequence analysis of the complementary DNA for feline preproparathyroid hormone. <u>American Journal of Veterinary Research</u>, 63(2):194-197, 2002.
    - o  Toribio RE, Kohn CW, Chew DJ, Sams RA, **Rosol TJ**. Comparison of serum parathyroid hormone and ionized calcium and magnesium concentrations and fractional urinary clearance of calcium and phosphorus in healthy horses and horses with enterocolitis. <u>American Journal of Veterinary Research</u>, 62(6):938-47, 2001.
- Funding
    - o  OSU College of Veterinary Medicine Fellowship
    - o  NIH: K01 Research Career Development Award

- Awards (3)
  - **Poster Competition,** Research Day, OSU College of Veterinary Medicine
  - **Research Excellence Award**, OSU Department of Veterinary Clinical Sciences
  - **Poster Competition,** Research Day, OSU College of Veterinary Medicine

## 8.  Bruce E. LeRoy, DVM, PhD (2002)

- Toxicologic Pathologist; Abbott; Associate Professor, University of Georgia (former)
- Publications (5)
  - LeRoy BE, Nadella MVP, Thudi NK, Toribio RE, Tannehill-Gregg SH, Davis D, Corn S, **Rosol TJ**. New bone formation and osteolysis by a metastatic, highly invasive canine prostate carcinoma xenograft. The Prostate, 66:1213-1222, 2006.
  - LeRoy BE, Nadella MV, Toribio RE, Leav I, **Rosol TJ**. Canine prostate carcinomas express markers of urothelial and prostatic differentiation. Veterinary Pathology, 41: 131-140, 2004.
  - LeRoy BE, Sellers RS, **Rosol TJ**. Canine prostate stimulates osteoblast function using the endothelin receptors. The Prostate, 59: 148-156, 2004.
  - LeRoy BE, Bahnson RR, **Rosol TJ.** New bone formation in nude mouse calvaria by canine prostate tissue. Molecular & Cellular Endocrinology, 197:257-263, 2002.
  - LeRoy BE, Bahnson R, **Rosol TJ**. Model of osteoblastic bone metastasis: Bone induction in nude mouse calvaria by canine prostate tissue. The Prostate, 50:104-111, 2002.
- Funding
  - NIH: National Research Service Award (T32)
- Awards (1)
  - **Poster Award**, Experimental Disease ACVP 2002 Annual Meeting

## 9.  Virgile Richard, DVM, PhD (2003)

- **Toxicologic Pathologist**, Molecular Pathology, UCB Pharma, Belgium
- Publications (4)
  - Richard V, **Rosol TJ,** Foley J. PTHrP gene expression in cancer: Do all paths lead to Ets? Critical Reviews in Eukaryotic Gene Expression, 15:115-132, 2005. PMCID: PMC2832739
  - Richard V, Nadella MVP, Luchin AI, Green PL, Lairmore MD, Feuer G, Foley JG, **Rosol TJ**. Transcriptional regulation of parathyroid hormone-related protein promoter P3 by Ets-1 in adult T-cell leukemia/lymphoma. Leukemia, 19: 1175-1183, 2005. PMCID: PMC2661941
  - Richard V, Luchin A, Brena RM, Plass C, **Rosol TJ**. Quantitative evaluation of alternative promoter usage and 3' splice variants for parathyroid hormone-related protein by real-time reverse transcription-PCR. Clinical Chemistry, 44: 1398-1402, 2003.
  - Richard V, Lairmore MD, Green PL, Feuer G, Erbe RS, Albrecht B, D'Souza C, Keller ET, **Rosol TJ**. Humoral hypercalcemia of malignancy: SCID/beige mouse model of adult T-cell lymphoma independent of human T-cell lymphotrophic virus type-1 PTHrP expression. American Journal of Pathology, 158:2219-2228, 2001. PMCID: PMC1891995
- Funding
  - OSU College of Veterinary Medicine Fellowship
- Awards (4)
  - **Distinguished Graduate Seminar Award**, Department of Veterinary Biosciences
  - **Young Investigator Award** and travel award to the HTLV-1 Meeting, San Francisco

- o **Young Investigator Award** and travel award to the 10th Int. Conference on Human Retrovirology: HTLV-1 & Related Viruses, Dublin
- o **Poster Competition,** Research Day, OSU College of Veterinary Medicine

## 10. Sarah H. Tannehill-Gregg, DVM, PhD (2005)

- **Toxicologic Pathologist;** Amgen; Bristol Myers Squibb (former)
- Publications (4)
  - o Tannehill-Gregg SH, Levine AL, Nadella MVP, Iguchi H, **Rosol TJ**. The effect of zoledronic acid and osteoprotegerin on growth of human lung cancer in the tibias of nude mice. Clinical and Experimental Metastasis, 23(1):19-31, 2006.
  - o Tannehill-Gregg SH, Levine AL, **Rosol TJ**. Feline head and neck squamous cell carcinoma: A natural model for the human disease and development of a mouse model. Veterinary and Comparative Oncology, 4(2):84-97, 2006.
  - o Tannehill-Gregg SH, Kusewitt D, **Rosol TJ**, Weinstein M. The roles of *Smad2* and *Smad3* in the development of chemically induced skin tumors in mice. Veterinary Pathology, 41(3):278-282, 2004.
  - o Tannehill-Gregg SH, Ahaus E, **Rosol TJ**. Feline head and neck squamous cell carcinoma cell line: Characterization, production of parathyroid hormone-related protein, and regulation by TGFß. *In Vitro* Cellular & Developmental Biology, 37:676-683, 2001.
- Funding
  - o NIH: K08 Mentored Clinical Scientist Development Award
- Awards (1)
  - o **H.W. Casey Scholarship Award**, American College of Veterinary Pathologists

## 11. Prasad Nadella, BVSc, PhD (2007)

- **Toxicologic Pathologist,** AstraZeneca (Boston)
- Publications (3)
  - o Nadella MVP, Shu S, Dirksen WP, Thudi NK, Nadella KS, Fernandez SA, Lairmore MD, Green PL, **Rosol TJ**. Expression of parathyroid hormone-related protein during immortalization of human peripheral blood mononuclear cells by HTLV-1: Implications for transformation. Retrovirology, 5:46 (12 pages), 2008. PMCID: PMC2435116
  - o Nadella MVP, Kisseberth WC, Nadella KS, Thudi NK, Thamm DH, McNeil EA, Yilmaz A, Boris-Lawrie K, **Rosol TJ**, NOD/SCID mouse model of canine T-cell lymphoma with humoral hypercalcemia of malignancy: cytokine gene expression profiling and in vivo bioluminescent imaging. Veterinary and Comparative Oncology 6(1):39-54, 2008. PMCID: PMC2832741
  - o Nadella MVP, Dirksen WP, Nadella KS, Shu S, Morgenstern, Richard V, Fernandez S, Guttridge D, and **Rosol TJ**. Transcriptional regulation of parathyroid hormone-related protein promoter P2 by NFκB in adult T-cell leukemia. Leukemia, 21(8):1752-1762, 2007. PMCID: PMC2676796
- Funding
  - o OSU College of Veterinary Medicine Fellowship
- Awards (5)
  - o **Roche Graduate Student Seminar Award**, Dept. of Veterinary Biosciences
  - o **Christopher T. Starost Memorial Oncology Fellowship Award,** Annual ACVP meeting
  - o **Travel Award,** American College of Veterinary Pathologists
  - o **Merck-Merial National Young Investigator Award**

- o **Poster Award,** College of Veterinary Medicine Research Day

## 12. Gwendolyn Lorch, DVM, PhD (2009)

- **Assistant Professor**, Ohio State University
- Publications (2)
  - o Lorch G, Viatchenko-Karpinski S, Ho H-T, Dirksen WP, Toribio RE, Foley J, Gyorke S, **Rosol TJ**. The calcium-sensing receptor is necessary for the rapid development of hypercalcemia in human lung squamous cell carcinoma. Neoplasia, 13(5): 428-438, 2011.
  - o Lorch G, Gilmore JL, Koltz PF, Gonterman RM, Laughner R, Lewis DA, Konger RL, Nadella KS, Toribio RE, **Rosol TJ**, Foley J. Inhibition of epidermal growth factor receptor signaling reduces hypercalcemia induced by human lung squamous-cell carcinoma in athymic mice. British Journal of Cancer, 97(2):183-193, 2007. PMCID: PMC2360295
- Funding
  - o NIH: K01 Mentored Clinical Scientist Development Award
- Awards (5)
  - o **Merck-Merial-NIH National Veterinary Scholars Symposium Young Investigator Award**
  - o **VII International Meeting on Cancer-Induced Bone Disease Travel Award,** Edinburgh
  - o **Aspen Cancer Conference Fellow**
  - o **Roche Graduate Student Seminar** Award, Dept. Of Veterinary Biosciences
  - o **American Society of Bone and Mineral Research Young Investigator Award**: National award, oral presentation, and travel

## 13. Nanda Thudi, BVSc, PhD (2009)

- **Postdoc,** University of Alabama, Birmingham
- Publications (3)
  - o Thudi NK, Shu ST, Martin CK, Lanigan LM, Nadella MVP, Van Bokhoven A, Werbeck JL, Simmons JK, Murahari S, Kisseberth WC, Breen M, Williams C, Chen C-S. McCauley LK, Keller ET, **Rosol TJ**. Development of a Brain Metastatic Canine Prostate Cancer Cell Line. The Prostate, 1251-1263, 2011.
  - o Thudi NK, Martin CK, Murahari S, Shu SS, Lanigan LM, Werbeck JL, Keller ET, McCauley LK, Pinzone JJ, **Rosol TJ**. Dickkopf-1 (DKK-1) stimulated prostate cancer growth and metastasis and inhibited bone formation in osteoblastic bone metastasis. The Prostate, 71:615-625, 2011.
  - o Thudi NK, Martin CK, Nadella MVP, Dirksen WP, Werbeck JL, **Rosol TJ**. Bone Metastasis is Independent of Osteolysis in a Nude Mouse Model of Canine Prostate Cancer with Mixed Bone Metastases, The Prostate, 68:1116-1125, 2008. PMCID: PMC2832740

## 14. Sherry S. Shu, BMV, PhD (2009)

- **Postdoc**, University of Pittsburgh
- Publications (4)
  - o Shu SS, Dirksen WP, Martin CK, Thudi NK, Lanigan LM, Fernandez SA, Werbeck JL, **Rosol TJ**. Effects of parathyroid hormone-related protein and macrophage inflammatory protein-1alpha in Jurkat T-cells on tumor formation in vivo and expression of apoptosis regulatory genes in vitro. Leukemia and Lymphoma, 53: 688-698, 2012.
  - o Shu ST, Dirksen WP, Weilbaecher KN, **Rosol TJ**. Mechanisms of humoral hypercalcemia of malignancy in leukemia/lymphoma, in 'T-Cell Leukemia', Babusikova O, Dovat S, Payne

KJ (eds.), InTech (publisher), pp. 181-206, 2011.

- o Shu ST, Martin CK, Thudi NK, Dirksen WP, **Rosol TJ**. Osteolytic bone resorption in adult T-cell leukemia/lymphoma. Leukemia & Lymphoma, 51 (4): 702-714, 2010. PMID: 20214446

- o Shu S, Nadella MVP, Dirksen WP, Fernandez SA, Thudi NK, Werbeck JL, Lairmore MD, **Rosol TJ**. A Novel Bioluminescent Mouse Model and Effective Therapy for Adult T-Cell Leukemia/Lymphoma. Cancer Research, 67(24):11859-66, 2007. PMCID: PMC2832603

- Funding
  - o NIH: National Research Service Award (T32)
- Awards (2)
  - o **Merck-Merial National Young Investigator Award**
  - o **Roche Graduate Student Seminar** Award, Dept. of Veterinary Biosciences

## 15. Chelsea K. Martin, DVM, PhD (2010)
- **Assistant Professor,** Pathology, Atlantic Veterinary College, Prince Edward Island, Canada
- Publications (4)
  - o Martin CK, Dirksen WP, Shu ST, Werbeck JL, Thudi NK, Yamaguchi M, Wolfe TD, Heller KN, **Rosol TJ**. Characterization of Bone Resorption in Novel In Vitro and In Vivo Models of Oral Squamous Cell Carcinoma. Oral Oncology, 48(6): 491-499, 2012.
  - o Martin CK, Tannehill-Gregg SH, **Rosol TJ**. Bone-invasive oral squamous cell carcinoma in cats: Pathology and expression of parathyroid hormone-related protein. Veterinary Pathology, 48:302-312, 2011.
  - o Martin CK, Werbeck JL, Thudi NK, Lanigan LM, Wolfe TD, Toribio RE, Rosol TJ. Zoledronic acid reduces bone loss and tumor growth in an orthotopic xenograft model of osteolytic oral squamous cell carcinoma. Cancer Research, 70(21): 8607-8616, 2010. PMID: 20957670 PMC2970642
  - o Martin CK, Werbeck JL, Thudi NK, Lanigan LM, Wolfe TD, **Rosol TJ**. Combined Zoledronic Acid and Meloxicam Reduced Bone Loss and Tumor Growth in an Orthotopic Mouse Model of Bone Invasive Oral Squamous Cell carcinoma. Veterinary and Comparative Oncology 13(3): 203-217, 2015. PMC3751980.

- Funding
  - o NIH: National Research Service Award (F32)
- Awards (9)
  - o **1st Place National Phi Zeta Manuscript Competition** (*Cancer Research, 2010*)
  - o **CL Davis Foundation Award in Veterinary Pathology**
  - o **Roche Graduate Student Seminar Award**, Dept. of Veterinary Biosciences
  - o **Travel Award** to attend annual meeting of the Society of Toxicologic Pathologists
  - o **1st Place, Oral & Manuscript Competition** in Hayes Graduate Student Forum, Professional Student Division, OSU
  - o **1st Place, Poster Award Competition** in Molecular Carcinogenesis and Chemoprevention, OSU Comprehensive Cancer Center Annual Meeting
  - o **1st Place, Young Investigator Award in Experimental Disease,** annual meeting of the American College of Veterinary Pathologists
  - o **Travel Award** to attend annual meeting of the American College of Veterinary Pathologists
  - o **Roche Graduate Student Seminar Award**, Dept. of Veterinary Biosciences

## 16. Jillian L. Werbeck, BS, PhD (2011)

- **Scientist II**, Oncology Translation Science, MedImmune, Liverpool, New York
- Publications (4)
  - o Werbeck JL, Thudi NK, Martin CK, Premanadan C, Yu L, Ostrowski MC, **Rosol TJ**. The tumor microenvironment affects morphology and gene expression of metastatic MMTV-PymT cancer cells in vivo. Veterinary Pathology, 51(4):868-881, 2014. (includes podcast interview)
  - o Werbeck JL, Hildreth III BE, Lanigan LM, Sullivan NJ, Axel AE, Flansburg-Cruz S, Toribio RE, Bromberg JF, Hall BM, **Rosol TJ**. MCF-7 breast cancer cells form mixed osteoblastic and osteolytic tumors in the tibia independent of estrogen and IL-6.
  - o Werbeck JL, Hildreth III BE, Ostrowski MC, **Rosol TJ**. Ets2 in lung fibroblasts promotes the growth of metastatic breast cancer cells.
  - o Werbeck JL, Hall BM. Mesenchymal Stem Cells as Fibroblasts in Tumor Stroma. In, Cancer Stem Cell Methods, Humana Press, 2012.
- Funding
  - o DOD Breast Cancer Predoctoral Fellowship
- Awards (4)
  - o **Poster Competition,** OSU Comprehensive Cancer Center, Molecular Carcinogenesis and Chemoprevention section
  - o **Oral & Manuscript Competition,** Hayes Graduate Student Forum, Biological Sciences Division, OSU
  - o **Poster Award,** College of Veterinary Medicine Research Day
  - o **Roche Graduate Student Seminar** Award, Dept. of Veterinary Biosciences

## 17. Lisa M. Gooding, DVM, PhD (2012)

- **Research Pathologist,** WIL Laboratories, Ashland, Ohio
- Publications (3)
  - o Lanigan LM, Dirksen WP, Hildreth III BE, Simmons JK, Boyaka PN, Toribio RE, Weilbaecher KN, **Rosol TJ**. Tumorigenesis in Transgenic Mice Expressing the Human T-lymphotrophic Virus-1 Tax Viral Oncogene.
  - o Lanigan LM, Dirksen WP, Simmons JK, Martin CK, Werbeck JL, Thudi NK, Papenfuss TL, Weilbaecher KN, **Rosol TJ**. Osteolytic Sarcomas from Mice Expressing Human T-Lymphotrophic Virus I Tax Viral Oncogene.
  - o Lanigan LM, Ford JL, **Rosol TJ**, Rush LJ. Methylation of the E-Cadherin Tumor Suppressor Gene in Canine Mammary Cancer.
- Funding
  - o NIH: National Research Service Award (T32)

## 18. Blake Eason Hildreth III, DVM, PhD (2014)

- **Postdoctoral Fellow (OSU Medical School); Instructor OSU College of Veterinary Medicine**
- Publications (3)
  - o Hildreth III BE, **Rosol TJ**, Toribio R. PTHrP 1-141 and 1-86 increase in vitro bone formation. Journal of Surgical Research, 162 (2):e9-17, 2010.
  - o Hildreth III BE, **Rosol TJ**, Toribio RE. PTHrP 1-34 enhances engraftment and bone mass in ectopically transplanted vertebrae (vossicle model). Transgenic Research, 24(6): 955-969, DOI 10.1007/s11248-015-9901-9, 2015.
  - o Hildreth III BE, Hernon KM, Dirksen WP, Leong J, Supsavhad W, Fial MJ, Boyaka PN, **Rosol TJ**, Toribio RE. Deletion of the nuclear localization sequence and C-terminus of PTHrP decreases osteogenesis and chondrogenesis but increases adipogenesis and

myogenesis in murine mesenchymal stem cells. Journal of Tissue Engineering, 6:1-17, 2015, 2015.

- Funding
  - o NIH: National Research Service Award (F32)
  - o College of Veterinary Medicine Glenn C. Barber Fellowship
  - o Ohio State University Medical School Pelatonia Postdoctoral Fellowship
- Awards
  - o Selection and travel award to the sixth annual **NIH National Graduate Student Research Conference,** Bethesda, MD
  - o **Poster Competition**, OSU College of Veterinary Medicine Research Day
  - o **Oral & Manuscript Competition** in Hayes Graduate Student Forum, Biological Sciences Division, OSU
  - o **Poster Award Competition,** OSU College of Veterinary Medicine Research Day
  - o **Roche Graduate Student Seminar Award,** Dept. of Veterinary Bioscience

## 19. Jessica Simmons, DVM, PhD (2014)

- **Pathologist; Seattle Genetics, Inc.**
- Publications (3)
  - o Simmons JK, Elshafae SM, Keller ET, McCauley LK, **Rosol TJ**. Review of Animal Models of Prostate Cancer Bone Metastasis. Veterinary Science, 1, 16-39, 2014.
  - o Simmons JK, Dirksen WP, Hildreth III BE, Supsavhad W, Elshafae SM, Toribio RE, **Rosol TJ.** Animal Models of Bone Metastasis. Veterinary Pathology, 52(5):827-841, 2015.
  - o Simmons JK, Dirksen WP, Hildreth III BE, Dorr C, Williams C, Thomas R, Breen M, Toribio RE, **Rosol TJ**. Canine Prostate Cancer Cell Line (Probasco) Produces Osteoblastic Metastases in Vivo. The Prostate, 74(13):1251-1265, 2014.
- Funding
  - o NIH: National Research Service Award (F32)
  - o Department of Defense (DOD): Postdoctoral fellowship
- Awards
  - o **C.L. Davis Student Scholarship Award**, 2014
  - o **H.W. Casey Scholarship Award** (2014), American College of Veterinary Pathologists ($1000 scholarship). National annual award recognizes the most promising trainee in veterinary pathology.
  - o Society of Toxicology Pathologists, **Travel Award**, 2014 (invited oral presentation and $1500)
  - o Selected as a **Fellow** for the 2014 Aspen Cancer Conference, Travel Award and $700, The Gant, Aspen, CO
  - o **1st Place, Young Investigator Award**, Annual meeting of the Society of Toxicologic Pathologists, Washington DC, June, 2014

## 20. Wachiraphan Supsavhad, DVM, MS, PhD (2015)

- **Assistant Professor, Kasetsart University (Bangkok)**
- Publications (4)
  - o Supsavhad W, Dirksen WP, Hildreth III BE, **Rosol TJ**. p16, pRb, and p53 in feline oral squamous cell carcinoma. Veterinary Sciences, 3(3), epub Aug. 18, 2016, 2016. doi:10.3390/vetsci3030018.
  - o Supsavhad W, Dirksen WP, Martin CK, **Rosol TJ**. Animal models of head and neck squamous cell carcinoma. The Veterinary Journal, 210: 7-16, epub, 2016.
  - o Characterization of feline TERT (telomerase), in preparation.

33

- o Wnt signaling and DKK1 in canine prostate cancer, The Prostate, in preparation.
- Funding
  - o Thai Government Fellowship
  - o Department of Defense (DOD) postdoctoral fellowship
- Awards
  - o **Travel award** to 2015 Society of Toxicologic Pathologists Annual Meeting (Minneapolis)

## 21. Bardes Hassan, BVSc, MS, PhD (awarded by Cairo University) (2016)
- **Assistant Professor, University of Cairo**
- Publications (2)
  - o Hassan BB, Elshafae SM, Supsavhad W, Simmons JK, Dirksen WP, Sokkar SM, **Rosol TJ**. Feline mammary cancer: Novel nude mouse models and molecular characterization of invasion and metastasis genes. Veterinary Pathology, 54(1): 32-43, 2016.
  - o Hassan BB, Altstadt LA, Dirksen WP, Elshafae SM, **Rosol TJ**. Canine thyroid cancer: molecular characterization and growth in nude mice. Veterinary Pathology, in review, 2017.
- Funding
  - o Egyptian Embassy Fellowship
- Awards
  - o **Travel award** to 2016 Society of Toxicologic Pathologists Annual Meeting (San Diego)

## 22. Said Elshafae, BVSc, MS, PhD (2017)
- **Postdoc, The Ohio State University (Tweedle laboratory)**
- Publications (4)
  - o Elshafae SM, Hassan BB, Supsavhad W, Dirksen WP, Carmiener RY, Ding H, Tweedle M, **Rosol TJ**. Gastrin-releasing peptide receptor (GRPr) actions in canine prostate cancer. Prostate, 76(9): 796-809, 2016.
  - o Elshafae SM, Kohart NA, Alstadt LA, Dirksen WP, **Rosol TJ**. The Effect of a Histone Deacetylase Inhibitor (AR-42) on Canine Prostate Cancer Growth and Metastasis. The Prostate, 77(7): 776-793, 2017.
  - o Luma dog prostate cancer cell line, The Prostate, in preparation.
  - o Pathology of the dog prostate, Veterinary Pathology, in preparation.
- Funding
  - o Egyptian Embassy Fellowship
  - o College of Veterinary Medicine Glenn C. Barber fellowship
- Awards
  - o **Travel award** and oral presentation at 2015 Society of Toxicologic Pathologists Annual Meeting (Minneapolis)
  - o **Travel award** to 2016 Society of Toxicologic Pathologists Annual Meeting (San Diego)
  - o **First Place, Young Investigator Award**, 2016 Society of Toxicologic Pathologists Annual Meeting (San Diego)

## 23. Nicole Kohart, DVM (2017, expected)
- **Graduate Research Fellow**
- Publications (4)
  - o Kohart NA, Elshafae SM, Breitbach JT, **Rosol TJ**. Animal models of cancer-associated hypercalcemia. Veterinary Sciences, in press, 2017.
  - o Mouse model of lymphoma in bone, American Journal of Pathology (in preparation)
  - o Role of PTHrP in lymphoma bone metastasis, Retrovirology (in preparation)
  - o Effect of HDACi AR-42 and zoledronic acid on adult T-cell lymphoma in bone, Cancer Research (in preparation)
- Funding

- o   T32 NIH Fellowship
- Awards

## 24. Justin Breitbach, DVM (current)

- **Graduate Research Fellow**
- Publications
  - o   One in preparation (Canine model of prostate cancer).
- Funding
  - o   T32 NIH Fellowship

| Academic and Professional Honors of Graduate Students & Trainees | | |
|---|---|---|
| | | |
| **First Place, Young Investigator Award** Society of Toxicologic Pathologists Annual Meeting (San Diego) | Faculty Advisor of Said Elshafae, BVSc, MSc | 2016 |
| **Travel Award** to the Annual Society of Toxicology Pathology Meeting ($1350) and **invited oral plenary presentation** | Faculty Advisor of Said Elshafae, BVSc, MSc | 2016 |
| **Travel Award** to the Annual Society of Toxicology Pathology Meeting ($1350) and **invited oral plenary presentation** | Faculty Advisor of Said Elshafae, BVSc, MSc | 2015 |
| **C.L. Davis Student Scholarship Award** | Faculty Advisor of Jessica Simmons, DVM, PhD. | 2014 |
| **AVMA Young Investigator Finalist** Merial-NIH Veterinary Scholars Symposium Travel Award and Oral Presentation Cornell University (Ithaca, NY) | Faculty Advisor of Blake Eason Hildreth, III, DVM, MS (co-advisor: Ramiro Toribio) | 2014 |
| **Invited Fellow** for the **Aspen Cancer Conference**, Travel Award and $700 The Gant, Aspen, CO | Faculty Advisor of Jessica Simmons, DVM, PhD | 2014 |
| **First Place, Young Investigator Award** Poster Competition, Annual Meeting of the Society of Toxicologic Pathologists, Washington DC | Faculty Advisor of Jessica Simmons, DVM, PhD | 2014 |
| **Travel Award** to the Society of Toxicology Pathology Meeting ($1500) and **invited oral plenary presentation** | Faculty Advisor of Jessica Simmons, DVM, PhD | 2014 |
| College of Veterinary Medicine Annual **Research Day Poster Award** (1st place in Structure and Function) with $500 travel award | Faculty Advisor of Blake Eason Hildreth, III, DVM, MS (co-advisor: Ramiro Toribio) | 2013 |
| Selection and travel award to the sixth annual **NIH National Graduate Student Research Conference,** Bethesda, MD, October | Faculty Advisor of Blake Eason Hildreth, III, DVM, MS (co-advisor: Ramiro Toribio) *'The Mid-Region, NLS, and C-terminus of PTHrP Influence Mesenchymal Stem Cell Differentiation'* | 2011 |
| **1st Place National Phi Zeta Manuscript Competition;** Basic Sciences Category ($1000 award) | Faculty Advisor of Chelsea Martin, DVM, PhD *'Zoledronic acid reduces bone loss and tumor growth in an orthotopic xenograft model of osteolytic oral squamous cell carcinoma'* published in **Cancer Research** | 2011 |

35

| Academic and Professional Honors of Graduate Students & Trainees | | |
|---|---|---|
| 1st Place, Poster Competition OSU College of Veterinary Medicine Research Day ($500 award) | Faculty Advisor of Blake Eason Hildreth, III, DVM, MS (co-advisor: Ramiro Toribio) | 2011 |
| Phi Zeta Manuscript Selection to represent college in national competition – basic science category | Faculty Advisor of Chelsea Martin, DVM | 2011 |
| CL Davis Foundation Award in Veterinary Pathology, Awarded at the ACVP Annual Meeting, Baltimore | Faculty Advisor of Chelsea Martin, DVM | 2010 |
| 2st Place, Oral & Manuscript Competition in Hayes Graduate Student Forum, Biological Sciences Division, OSU ($400 Award) | Faculty Advisor of Blake Eason Hildreth, III, DVM, MS (co-advisor: Ramiro Toribio) | 2010 |
| 1st Place, Poster Award Competition in Structure & Function, Annual College of Veterinary Medicine Research Day ($500 Award) | Faculty Advisor of Blake Eason Hildreth, III, DVM, MS (co-advisor: Ramiro Toribio) | 2010 |
| 2nd Place, Poster Competition, Annual meeting of the OSU Comprehensive Cancer Center, Molecular Carcinogenesis and Chemoprevention section (51 abstracts), Feb. 19, 2010 | Faculty Advisor of Jillian Werbeck, BS *Ets2 in lung fibroblasts promotes the growth of metastatic breast cancer cells* | 2010 |
| 1st Place, Roche Graduate Student Seminar Award (Autumn Quarter), Dept. of Veterinary Biosciences, OSU | Faculty Advisor of Blake Eason Hildreth, III, DVM, MS | 2010 |
| Merck-Merial-NIH National Veterinary Scholars Symposium Young Investigator Award with travel award to the National Veterinary Scholars Symposium at North Carolina State University | Faculty Advisor of Gwendolyn Lorch, DVM, PhD | 2009 |
| 1st Place, Annual Roche Graduate Student Seminar Award, Veterinary Biosciences, OSU | Faculty Advisor of Sherry Shu, BVSc | 2009 |
| 2nd Place Roche Graduate Student Seminar Award (Spring Quarter), Dept. of Veterinary Biosciences, OSU | Faculty Advisor of Chelsea Martin, DVM | 2009 |
| Travel Award to attend annual meeting of the Society of Toxicologic Pathologists, Washington DC ($1,000 Award) | Faculty Advisor of Chelsea Martin, DVM | 2009 |
| 1st Place, Oral & Manuscript Competition in Hayes Graduate Student Forum, Professional Student Division, OSU ($650 Award) | Faculty Advisor of Chelsea Martin, DVM | 2009 |
| 2st Place, Oral & Manuscript Competition in Hayes Graduate Student Forum, Biological Sciences Division, OSU ($450 Award) | Faculty Advisor of Jillian Werbeck, BS | 2009 |
| 1st Place, Poster Award Competition in Molecular Carcinogenesis and Chemoprevention, OSU Comprehensive Cancer Center Annual Meeting ($200 Award) | Faculty Advisor of Chelsea Martin, DVM | 2009 |

| Academic and Professional Honors of Graduate Students & Trainees | | |
|---|---|---|
| **Phi Zeta Manuscript Selection** to represent college in national competition – basic science category | Faculty Advisor of Sherry Shu, BVSc | 2009 |
| **1st Place, Young Investigator Award in Experimental Disease,** annual meeting of the American College of Veterinary Pathologists, San Antonio (cash award of $500) | Faculty Advisor of Chelsea Martin, DVM | 2008 |
| **Travel Award** to attend annual meeting of the American College of Veterinary Pathologists, San Antonio (cash award of $700) | Faculty Advisor of Chelsea Martin, DVM | 2008 |
| **1st Place, Roche Graduate Student Seminar Award,** Dept. of Veterinary Biosciences, OSU | Faculty Advisor of Chelsea Martin, DVM | 2008 |
| VII International Meeting on Cancer-Induced Bone Disease **Travel Award** to present research abstract in Edinburgh ($1600) | Faculty Advisor of Gwendolyn Lorch, DVM | 2008 |
| **College of Veterinary Medicine Research Day,** poster award with cash travel award ($600) | Faculty Advisor of Jillian Werbeck, BS | 2008 |
| **2nd Place Roche Graduate Student Seminar Award,** Dept. of Veterinary Biosciences, OSU | Faculty Advisor of Prasad Nadella, BVSc | 2007 |
| **Christopher T. Starost Memorial Oncology Fellowship Award, Second Place,** at the Annual ACVP meeting in Tucson, AZ | Faculty Advisor of Prasad Nadella, BVSc | 2006 |
| American College of Veterinary Pathologists **Travel Award** to Annual Meeting in Tucson | Faculty Advisor of Prasad Nadella, BVSc | 2006 |
| Merck-Merial **Young Investigator highest honors** (top 3) for veterinarians in PhD programs; National award, $500 cash and travel to symposium at Louisiana State University | Faculty Advisor of Sherry Shu, BVSc | 2006 |
| **2nd Place Roche Graduate Student Seminar Award,** Dept. of Veterinary Biosciences, OSU | Faculty Advisor of Sherry Shu, BVSc | 2006 |
| Selection as **Aspen Cancer Conference Fellow** for the 21st annual conference Travel and accommodation award | Faculty Advisor of Gwendolyn Lorch, DVM | 2006 |
| **2nd Place Roche Graduate Student Seminar Award,** Dept. of Veterinary Biosciences, OSU | Faculty Advisor of Jillian Werbeck, BS | 2006 |
| Selection of research paper on nanoparticle enhancement of ultrasound imaging for inclusion into the **Institute of Physics Select Manuscripts** for significance, novelty and impact | Faculty Mentor of Jun Liu, PhD | 2006 |
| **2nd Place Roche Graduate Student Seminar Award,** Dept. Of Veterinary Biosciences, OSU | Faculty Advisor of Gwendolyn Lorch, DVM | 2006 |
| American Society of Bone and Mineral Research **Young Investigator Award**: National award, oral presentation, and travel to international meeting (Nashville, TN) | Faculty Advisor of Gwendolyn Lorch, DVM | 2005 |

37

| Academic and Professional Honors of Graduate Students & Trainees | | |
|---|---|---|
| Merck-Merial **Young Investigator finalist** (top 5 of 24 candidates) for veterinarians in PhD programs; National award and travel to present at a symposium at the University of Georgia | Faculty Advisor of Prasad Nadella, BVSc | 2005 |
| **Young Investigator Award** for Jun Liu, PhD, from Society for Molecular Imaging 'Nanoparticles as Molecular Imaging Agents for Enhanced Ultrasound' ($500 travel award) | Faculty Mentor of Jun Liu, PhD, Research Scientist | 2004 |
| 1st **Place Poster** Presentation at the College of Veterinary Medicine Research Day ($800 travel award) | Faculty Advisor of Prasad Nadella, BVSc | 2004 |
| **H.W. Casey Scholarship Award**, American College of Veterinary Pathologists | Faculty Advisor of Sarah Tannehill-Gregg, DVM. National annual award recognizes the most promising trainee in veterinary pathology. | 2003 |
| **First Place** in the Veterinary Biosciences Distinguished Graduate Seminar Award ($500 Cash Award) | Faculty Advisor of Virgile Richard, DVM | 2003 |
| **Young Investigator Award** and travel award to the HTLV-1 Meeting, San Francisco | Faculty Advisor of Virgile Richard, DVM | 2003 |
| **First Place in Poster Competition** ($800 travel award) at Research Day 2003, OSU College of Veterinary Medicine | Faculty Advisor of SOAR veterinary professional student, Cassandra Johnson | 2003 |
| ACVP 2002 Annual Meeting 1st **Place Poster Award**, Experimental Disease | Faculty Advisor of Bruce LeRoy, DVM, PhD | 2002 |
| **NIH SOAR Fellowship** for summer research for veterinary professional students | Faculty Advisor of Cassandra Johnson | 2002 |
| **Young Investigator and Travel Award** ($1000), 10th Int. Conf., Human Retrovirology: HTLV-1 & Related Viruses, Dublin | Faculty Advisor of Virgile Richard, DVM | 2001 |
| **First Place in Poster Competition** ($800 travel award) at Research Day 2001, OSU College of Veterinary Medicine | Faculty Advisor of Virgile Richard, DVM | 2001 |
| **Honorable Mention in Poster Competition** at Research Day 2001, OSU College of Veterinary Medicine | Faculty Advisor of Ramiro Toribio, DVM | 2001 |
| **Annual Clinical Research Excellence Award** ($500 award) from the Department of Veterinary Clinical Sciences | Faculty Advisor of Ramiro Toribio, DVM. The award recognizes the best clinical research paper of the year. | 2000 |
| **First Place in Poster Competition** ($800 travel award) at Research Day 2000, OSU College of Veterinary Medicine | Faculty Advisor of Ramiro Toribio, DVM | 2000 |
| **H.W. Casey Scholarship Award**, American College of Veterinary Pathologists | Faculty Advisor of Rani Sellers, DVM. The national annual award recognizes the most outstanding trainee in veterinary pathology. | 1999 |
| 2nd **Place in the Poster Competition** at the Annual Meeting of the American College of Veterinary Pathologists | Faculty Advisor of Rani Sellers, DVM. Cis-acting elements in the 3'-untranslated regions of parathyroid hormone-related protein I mediate TGFß-induced stability | 1999 |

| Academic and Professional Honors of Graduate Students & Trainees | | |
|---|---|---|
| **Doctoral Research Scholarship** Fonds pour la Formation de Chercheurs et l'Aide à la Recherche (FCAR), Québec | Faculty Sponsor for Virgile Richard, DVM (Monetary award was declined since Quebec permanent residency status was required) | 1999 |
| **H.W. Casey Scholarship Award**, American College of Veterinary Pathologists | Faculty Advisor of Andrea Gröne, Dr.Vet.Med., PhD. The national annual award recognizes the most outstanding trainee in veterinary pathology. | 1996 |
| Veterinary Cancer Society **Research Award** | Faculty Sponsor of Andrea Gröne, Dr.Vet.Med, First Place Abstract, Basic Science Division | 1993 |
| American College of Veterinary Pathologists **Young Investigator Award** | Faculty Sponsor of Joyce Merryman, DVM, 2nd Place Abstract, San Diego | 1992 |
| American Association of Dental Research E. H. **Hatton Award Young Investigator Award** | Faculty Sponsor of James R. Werkmeister, DDS, Finalist, Boston | 1992 |
| **Stowell-Orbison Young Investigator Award** U.S. and Canadian Academy of Pathology | Faculty Sponsor of Laurie K. McCauley, DDS, First Place (58 abstracts in competition), Chicago | 1991 |
| Ohio State University Phi Zeta **Research Forum Award** | Faculty Sponsor of George DeMarco, First Place abstract for predoctoral students | 1991 |
| International Association of Dental Research E. H. **Hatton Young Investigator Award** | Co-Faculty Sponsor of Laurie K. McCauley, DDS, 2nd Place, Post-Doctoral Category, Dublin, Ireland | 1989 |
| American Association of Dental Research E. H. **Hatton Young Investigator Award** | Co-Faculty Sponsor of Laurie K. McCauley, DDS, 1st Place, Post-Doctoral Category, San Francisco | 1989 |
| | **Number of Student Awards:** | **65** |

| Graduate Student Committees (non-advisor role) | | | |
|---|---|---|---|
| **Student** | **Degree Department** | **Title of Research Project** | **Date University** |
| Grant S. Frazer, BVSc | M.S. Veterinary Clinical Sciences | The Histopathological Effects of Dimethyl Sulfoxide on the Horse Endometrium | 1985-86 Ohio State University |
| Cheryl Lopate, BS | M.S. Animal Science | Histopathological and Gross Effects of Testicular Biopsy in the Dog | Spring, 1986-87 Ohio State University |
| B.M. Jiang, BVM | M.S. Veterinary Pathobiology | In Vitro and In Vivo Effects of Antibiotics on Ehrlichia Risticii | 1987 Ohio State University |
| Laurie McCauley, DDS | M.S. Periodontology | Comparison of Bone Remodeling and Bone Resorption in Athymic (Nude) and Euthymic Mice | 1987-88 Ohio State University |
| Jeffrey D. Reiswig, DVM | M.S. Animal Science | Endometrial Biopsy, Culture, and Cytology for Diagnosis of Equine Endometritis | 1988-89 Ohio State University |
| Warren G. Lieuallen, DVM | Ph.D. Veterinary Pathobiology | Effects of Uremia, Dietary Calcium and Phosphorus, and Vitamin D Metabolites Upon the Bone of Adult Rats | 1988-90 Ohio State University |

| Graduate Student Committees (non-advisor role) | | | |
|---|---|---|---|
| Richard Christensen, DDS | M.S. Orthodontics | Characterization of Tooth Eruption In Vitro | 1990-91 Ohio State University |
| Lawrence Stern, BS | Ph.D. Orthopedic Sciences | Studies on the Effects of Gallium Nitrate on Rat Bone | 1992-93 Ohio State University |
| Heidi Garon, DVM | M.S. Veterinary Clinical Sciences | Chemical Ablation of the Testicles in Dogs | 1993-94 Ohio State University |
| Barbara Lewis, DVM | M.S. Experimental Pathobiology | Oncofetal Protein and its I during Mammary Carcinogenesis in the Rat | 1993-94 Ohio State University |
| Andrew P. Gigliotti, DVM | Ph.D. Experimental Pathobiology | Role of C/EBP-delta in mammary gland growth and apoptosis | 1994-2000 Ohio State University |
| Krista La Perle, DVM | Ph.D. Experimental Pathobiology | Pathogenesis of Papillary Thyroid Carcinoma with ret-proto-oncogene transformation | 1997-2002 Ohio State University |
| Bruce LeRoy, DVM | M.S. Experimental Pathobiology | Calmodulin Phosphorylation in Pituitary Cells | 1998-2003 Ohio State University |
| Alexander Luchin, BS | Ph.D. Molecular, Cellular, and Developmental Biology Program | Regulation of osteoclast differentiation by microphthalmia-associated transcription factor | 1998-2001 Ohio State University |
| Lee Silverman, DVM | Ph.D. Experimental Pathobiology | Role of accessory proteins in the pathogenesis of HTLV-1 infection | 2000-2005 Ohio State University |
| Terri A. Zachos, DVM | Ph.D. Veterinary Clinical Sciences | Gene Therapy for cartilage defects in joints | 2001-2006 Ohio State University |
| Anna A. Powolny | Ph.D. Human Nutrition | Dietary modulation of angiogenesis during prostatic carcinogenesis | 2002-2007 Ohio State University |
| Emilia Pavel Mahoney | Ph.D. Molecular, Cellular, and Developmental Biology Program | Mouse model of Carney Complex and pathogenesis of bone tumors | 2005-2009 Ohio State University |
| Cecilia Parrula | Ph.D., Experimental Pathobiology | Treatment of Adult T-Cell Leukemia with measles virus and inducers of heat shock proteins | 2005 – 2009 Ohio State University |
| Aaron Sargeant, DVM | Ph.D., Experimental Pathology | Prevention and treatment of prostate cancer using mouse models | 2004 – 2009 Ohio State University |
| Blake Eason Hildreth III, DVM | M.S. in Veterinary Clinical Sciences | Parathyroid hormone-related protein increases in vitro bone resorption | 2005 – 2008 Ohio State University |
| Stacey Fossey, DVM | Ph.D. in Experimental Pathology | Role of STAT3 in osteosarcoma | 2008 – 2010 Ohio State University |
| Jie Li. B.S. | Ph.D. in Biomedical Engineering | Novel polymeric nanoparticles as ultrasound contrast agents for cancer | 2008 – 2012 Ohio State University |
| Lisa Berman-Booty, DVM | Ph.D. in Experimental Pathology | Treatment of Prostate Cancer | 2009 – 2013 Ohio State University |

40

| Graduate Student Committees (non-advisor role) | | | |
|---|---|---|---|
| Michael P. Brandt | Ph.D. Molecular, Cellular, and Developmental Biology Program | Molecular imaging of thyroid cancer and the sodium iodide symporter | 2010 – 2013 Ohio State University |
| Beth Chaffee, DVM | Ph.D., Experimental Pathology | Pathogenesis of lung metastasis in osteosarcoma | 2010 – 2014 Ohio State University |
| Maria Isabel Menéndez, DVM | Ph.D. Comparative Veterinary Medicine | Wright Center of Innovation in Biomedical Imaging | 2011 – 2015 Ohio State University |

| Graduate Student Exams | | | |
|---|---|---|---|
| **Student** | **Examination** | **Degree** | **Date** |
| Debra L. Nelson, BS | Ph.D. Final Exam: Experimental Pathobiology | The Effect of Perfluorodecanoic Acid (PFDA) on Parameters of the Immune System | Autumn 1992 |
| Jong Heon Kim | Ph.D. General Exam: Molecular, Cell. And Devel. Biology | Graduate School Representative | 10 March 1994 |
| Arthur T. Armstrong, Jr., B.S. | Ph.D. General Exam: Cell Biology, Neurobiol., and Anat. | Graduate School Representative | 31 September 1994 |
| Shuseng Wang | Ph.D. General Exam: Molecular, Cell. And Devel. Biology | Graduate School Representative | 22 November 1994 |
| Maryann Martin | Ph.D. Final Exam: Molecular Genetics | Graduate School Representative | 15 March 1995 |
| Guoshan Tsen | Ph.D. General Exam: Molecular, Cell. And Devel. Biology | Graduate School Representative | 2 August 95 |
| Diane L. Maresco | Ph.D. General Exam: Molecular, Cell. And Devel. Biology | Graduate School Representative | 11 December 1995 |
| Markus C. Wahl | Ph.D. Final Exam: Biochemistry | Crystal Structure of I Oligomers Graduate School Representative | 02 February 1996 |
| Andrew P. Gigliotti, DVM | Ph.D. General Exam: Experimental Pathobiology | Role of C/EBP-delta in Mammary Gland Growth and Apoptosis | 28 June 1996 |
| Jennifer Gilbert | Ph.D. Final Thesis Exam: *Ad Hoc Examiner for Univ. of Melbourne* | Parathyroid Hormone-Related Protein (I) expression in Squamous Epithelial Cells | Fall 1996 |
| Charles L. DeSanti | Ph.D. General Exam: Microbiology | Graduate School Representative | 07 October 1997 |
| Christina H. Utz | Ph.D. General Exam: Microbiology | Graduate School Representative | 11 May 1998 |
| Alexander Luchin | Ph.D. General Exam: Molecular, Cell. And Devel. Biology | Regulation of the Acid Phosphatase Promoter in Transgenic Mice | 02 July 1998 |

| Graduate Student Exams | | | |
|---|---|---|---|
| Melanie K. Trivett | Ph.D. Final Thesis Exam: *Ad Hoc Examiner for Univ. of Melbourne* | Parathyroid hormone-related protein in lower vertebrates | January 1999 |
| Susan F. Wojcik, DVM | Ph.D. Final Dissertation Exam | Advisor | March 1999 |
| Emily J. Simmons, DVM | Ph.D. Final Dissertation Exam | Novel physiologic and pharmacologic study of osteoarthritis in horses | 29 July 1999 |
| Issa Toure | Ph.D. General Exam: Animal Sciences | Graduate School Representative | 12 June 2000 |
| Krista La Perle, DVM | Ph.D. General Exam: Veterinary Biosciences | Committee Member | 12 Sept 2000 |
| Sarah Tannehill-Gregg, DVM | Ph.D. General Exam: Veterinary Biosciences | Advisor | 12 Sept 2000 |
| Andrew P. Gigliotti, DVM | Ph.D. Final Dissertation Exam | CCAAT/Enhancer Binding Proteins-delta Expression and Function in the Mouse Mammary Gland | 25 Oct 2000 |
| Issa Toure | Ph.D. General Exam: Animal Sciences | Graduate School Representative (Second Attempt, Passed) | 19 January 2001 |
| Bruce LeRoy, DVM | Ph.D. General Exam: Veterinary Biosciences | Advisor | 19 June 2001 |
| Alexander I. Luchin | Ph.D. Final Defense | Committee Member (Michael Ostrowski, advisor) | 24 July 2001 |
| Danny Chen | Ph.D. Candidacy Exam Pharmaceutics | Graduate School Representative | 20 March 2002 |
| Krista La Perle, DVM | Ph.D. Final Defense | Committee Member (Charles Capen, advisor) | 28 May 2002 |
| Martin Brena, BS | Ph.D. Candidacy Exam Molecular Genetics | Co-Advisor with Christoph Plass | 2002 |
| Bruce LeRoy, DVM | Ph.D. Final Defense | Advisor | 24 Sept 2002 |
| Lee Silverman, DVM | Ph.D. Candidacy Exam Veterinary Biosciences | Committee Member (Michael Lairmore, advisor) | 28 April 2003 |
| Anna Powolny | Ph.D. Candidacy Exam Human Nutrition | Committee Member | 03 June 2004 |
| Tiffy Zachos, DVM | Ph.D. Candidacy Exam Veterinary Biosciences | Committee Member (Alicia Bertone, advisor) | 14 July 2004 |
| Lee Silverman, DVM | Ph.D. Final Defense | Committee Member (Michael Lairmore, advisor) | 14 Feb. 2005 |
| Sarah Tannehill-Gregg, DVM | Ph.D. Final Defense | Advisor | 22 Feb. 2005 |
| Emilia Pavel, MD | Ph.D. candidacy exam | Committee Member (Larry Kirschner, advisor) | 15 Dec. 2005 |
| Terri A. Zachos, DVM | Ph.D. Final Defense | Committee Member (Alicia Bertone, advisor) | 31 March 2006 |
| Gwendolyn Lorch, DVM | Ph.D. candidacy exam | Advisor | 15 Dec 2006 |
| Rong Hu | Ph.D. Final Defense | Graduate School Representative | 15 Dec 2006 |
| Romulo Martin Brena | Ph.D. Final Defense | Committee Member (Christoph Plass, advisor) | 21 Feb 2007 |

| Graduate Student Exams | | | |
|---|---|---|---|
| Aaron Sargeant, DVM | Ph.D. candidacy exam | Committee Member (Ching-Shih Chen, advisor) | 23 Aug 2007 |
| Prasad Nadella, BVSc | Ph.D. candidacy exam | Advisor | 17 Sept 2007 |
| Nanda Thudi, BVSc | Ph.D. candidacy exam | Advisor | 19 Oct 2007 |
| Sherry Shu, BVM | Ph.D. candidacy exam | Advisor | 07 Mar 2008 |
| Blake Eason Hildreth, III, DVM | M.S. Final Defense | Committee Member (Ramiro Toribio, advisor) | 19 May 2008 |
| Chelsea Martin, DVM | Ph.D. candidacy exam | Advisor | 01 Oct 2008 |
| Jillian Werbeck, BS | Ph.D. candidacy exam | Advisor | 20 Oct 2008 |
| Tahera Zabualwala, BS | Ph.D. Final Defense | Graduate School Representative | 26 Nov 2008 |
| Wendy Rich, BS | Ph.D. Final Defense | Graduate School Representative | 19 Dec 2008 |
| Gwendolyn Lorch, DVM | Ph.D. Final Defense | Advisor | 05 May 2009 |
| Nanda Thudi, B.V.Sc. | Ph.D. Final Defense | Advisor | 12 May 2009 |
| Kelly Rourke, B.S. | M.S. Defense | Committee Member (Ramiro Toribio, advisor) | 22 May 2009 |
| Aaron Sargeant, DVM | Ph.D. Final Defense | Committee Member (Ching-Shi Chen, advisor) | 26 May 2009 |
| Emilia (Pavel) Mahoney, MD | Ph.D. Final Defense | Committee Member (Larry Kirschner, advisor) | 27 May 2009 |
| Gwendolyn Lorch, DVM | Ph.D. Final Defense | Advisor | 05 May 2009 |
| Nanda Thudi, BVSc | Ph.D. Final Defense | Advisor | 12 May 2009 |
| Sherry Shu, DVM | Ph.D. Final Defense | Advisor | 16 June 2009 |
| Maria Parrula | Ph.D. Final Defense | Committee Member (Stefan Niewiesk, advisor) | 16 Dec 2009 |
| Lisa Lanigan, DVM | Ph.D. candidacy exam | Advisor | 25 Aug 2010 |
| Chelsea Martin, DVM | Ph.D. Final Defense | Advisor | 16 Sept 2010 |
| Shan Naidu, BVSc | M.S. Defense | Advisor | 18 Sept 2010 |
| Michael P. Brandt, BS | Ph.D. candidacy exam | Committee Member (Sissy Jhiang, advisor) | 10 Nov 2010 |
| Lisa Berman-Booty, DVM | Ph.D. candidacy exam | Committee Member (Ching-Shih Chen, advisor) | 22 Nov 2010 |
| Stacey Fossey, DVM | Ph.D. Final Defense | Committee member (Cheryl London, advisor) | 23 Nov 2010 |
| Jiwei Huang, MS | Ph.D. Final Defense | Committee member (Ron Xu, advisor) | 29 Oct 2012 |
| Lisa Berman-Booty, DVM | Ph.D. Final Defense | Committee Member (Ching-Shih Chen, advisor) | 29 Mar 2013 |
| Maria Isabel Menendez, DVM | Ph.D. Candidacy Exam | Committee Member (Michael Knopp, advisor) | 05 Apr 2013 |
| Jessica Simmons, DVM | Ph.D. Candidacy Exam | Advisor | 05 Aug 2013 |
| Maria Isabel Menendez, DVM | Ph.D. Final Defense | Committee Member (Michael Knopp, advisor) | 15 Jun 2015 |

## Undergraduate and Professional Student Research Training

| Trainee | Program | Research Project | Dates of Training |
|---|---|---|---|
| Jason C. Doss, B.S. (Veterinary Medical Student) | Summer Research Project | Chromogranin A in endocrine tissues and endocrine tumors of dogs | Summer 1995 Summer 1996 |
| Aaron H. Hoblet (Undergraduate in Nutrition) | Summer Research Project | Regulation of parathyroid hormone-related protein in squamous cell carcinoma | Summer 1998 |
| Timothy D. Van Grouw (Veterinary Medical Student) | Part-time Research Assistant | Collection and culture of human head and neck squamous cell carcinomas | Autumn 1997 Winter 1998 |
| Jason Eibner (Undergraduate in Molecular Genetics) | Part-time Research Assistant | Cloning and sequencing of parathyroid hormone-related protein in horses and iguanas | 1997-99 |
| Jennifer Taylor (Veterinary Med. Student) | Summer Research Project | Effect of parathyroid hormone and calcitonin on bone in iguanas | 1998 |
| Deborah Fishbach (Veterinary Med. Student) | Summer Research Project | Cloning of Iguana parathyroid hormone-related protein | 1998 |
| Curt Buss (Butler College Student) | Summer Research Project | Cloning of iguana parathyroid hormone | 1999 |
| Kelly Susi, B.S. (Columbus City Teacher of Minority Students) | Medical Science Research Initiative, NIH, NCRR, Office of Minority Affairs | Cloning of feline parathyroid hormone | 1999 (summer) |
| Andrea Levine, B.S. | Summer Research Project | Measurement of calcitonin in horses | Summer 2001 to Autumn 2003 |
| Laura Nelson | Summer Research Project | Placental lesions in Rb knock-out mice | 2001 (summer) |
| Cassandra Johnson (NIH SOAR fellowship) | Veterinary Professional Student | Lesions in the aging dog prostate gland | Autumn 2001 to Winter 2003 |
| Kelly Rourke, B.S. (PreVet and Vet Student) | Part-time Research Assistant | Calcium Metabolism in Horses & PTHrP Knockout Mouse Models | 2002 – 2008 |
| Matthew Kesic, B.S. (Youngstown State Univ.) | Summer externship | Molecular Mechanisms of PTHrP regulation | Summer 2004 |
| Regina Krendl, B.S. | Pre-veterinary Student | Role of PTHrP in the pathogenesis of bone metastasis | Summer 2004 |
| Tobie Wolfe, B.S., M.S. | Veterinary Professional Student | Mouse models of feline head & neck squamous cell carcinoma | 2005 – 2009 |
| Joshua A. Morgenstern, B.S. | Pre-veterinary Student | Molecular regulation of PTHrP and mouse models of cancer | 2005 – 2007 |
| Holly Brown | Pre-veterinary Student | Genetic disruption of the PTHrP gene | 2006 – 2008 |
| Liza Nusinovich | Veterinary Professional Student | Cloning of Feline Papillomavirus | Summer, 2008 |
| Kristen Heller (Molecular & Cellular Devel. Biology Program) | Lab Rotation | Pathogenesis of Head & Neck Cancer | Spring, 2009 |
| Stephanie Flansburg Cruz (SROP – Summer Research Opportunity Program) | Summer Research | Role of Papillomavirus in Squamous Cell Carcinoma | Summer, 2009 |
| Dan Yanik | Veterinary Professional Student | Pathogenesis of oral squamous cell carcinoma | Summer, 2010 |
| Vince Mandas | Undergraduate | Anatomy of the Dog Prostate | Summer, 2010 |
| Julia Nicole Woodruff | Undergraduate | HTLV-1 lymphoma and bone metastasis | Summer, 2011 |
| Jenna Karras, BS | Lab Rotation | Pathogenesis of bone metastasis in prostate cancer | Summer, 2011 |
| David Sweet (Microbiology) | Undergraduate | Prostate cancer gene expression and Bioquant image analysis | Autumn, 2011 |

| Joshiah Pelot (Animal Science) | Undergraduate | Thyroid gland image analysis | Au 2011 – present |
|---|---|---|---|
| Christobal Valdebenito | Undergraduate | Prostate cancer molecular biology | Sp – Au 2012 |
| Kari Deininger | Undergraduate | Kenyon Summer Intern Program supported by the OSU Comprehensive Cancer Center | Summer, 2012 |
| Kyle Lapak, BS | GRA | Lab Rotation (MCDB) | Fall, 2012 |
| Michael Collier, BS | GRA | Lab Rotation (MCDB) | Fall, 2012 |
| Mohamed Mostafa Abdelhamid Elbaz, BS | GRA | Lab Rotation (MCDB) | Fall 2012 |
| Chris Valdebenito | Undergraduate | Lab Rotation | Fall 2012 |
| James Feller | Undergraduate | Prostate-specific genes in dog prostate cancer | Au 2012-present |
| Kelsey Krammer, BS | Veterinary Professional Student | Feline squamous cell carcinoma and epidermal growth factor receptor (College summer program) | Summer, 2013 |
| Camelia Milnes | Undergraduate | Kenyon Summer Intern Program supported by the OSU Comprehensive Cancer Center | Summer, 2013 |
| Josiah Pelot | Undergraduate | Gene expression in prostate cancer | 2013-2014 |
| Lucas A. Altstadt | Undergraduate | Cloning of canine and feline telomeras | Autumn 2014 - present |
| Rachael Y. Camiener | Veterinary Professional Student | Molecular markers of metastasis in canine thyroid carcinoma | Summer, 2015 |
| Taylor Wickward | Veterinary Professional Student | Immortalization of feline mesenchymal stem cells with full-length feline telomerase | Summer, 2016 |

45

| Research And Graduate Education Support (Direct Costs Only) | | | |
|---|---|---|---|
| YEARS | AGENCY | TITLE | AMOUNT |
| 2017-22 | NIH: ORIP (Office of Research Infrastructure Programs) (5T32OD010429-20) | Mouse Pathobiology: Models of Human Disease **Director (6 Training Positions)** IN REVIEW | $2,300,000. |
| 2016-20 | NIH: National Institute of Biomedical Imaging and Bioengineering (NIBIB) R01 EB022134-01 | Image-guided, transcatheter peptide receptor radiotherapy for prostate cancer **Principal Investigator** Multi-PI Grant | $3,249,327. |
| 2016-21 | NIH: NIBIB (Case Univ. R01 EB023523) | Theranostic Gold Nanoparticles for Image-Guided Radical Prostatectomy and PDT Ablation **(Consortium CoPIs: Rosol and Tweedle)** | $162,892. |
| 2008-19 | NIH: National Cancer Institute (P01 CA100730) | Role of HTLV-1-Induced Malignancies in Bone **Co-Principal Investigator of Project #4** | $475,000. |
| 2008-19 | NIH: National Cancer Institute (P01 CA100730) | Core C: Animal Models for Retrovirus Models in Lymphocyte Transformation and Disease **Co-Investigator** | $750,000. |
| 2015-17 | NIH: CCC Core Grant Drug Discovery Institute: Structured Drug Development | In Vivo Prostate Cancer Imaging using GRPR Ligands **Co-Investigator** | $216,000. |
| 2014-17 | Navidea Biopharmaceuticals, Dublin, Ohio | Cy5-Tilmanocept for Imaging Experimental Rheumatoid Arthritis in Mice **PIs (Rosol and Toribio)** | $35,000. |
| 2014-16 | NIH: Thyroid Cancer SPORE Developmental Research Grant (P50CA168505) | Markers of Invasion and Metastasis in Canine Follicular Thyroid Cancer **Principal Investigator** | $100,000. |
| 2014-16 | DoD, Congressionally Directed Medical Research Program (PC131855) | Wnt Signaling in Prostate Cancer Bone Metastasis (PostDoc Award for Jessica Simmons, DVM, PhD) | $115,000. |
| 2012-17 | NIH: National Cancer Institute (P01 CA097189) | Role of Stroma in Breast Cancer Progression Core: Comparative Pathology **Core Leader** | $550,000. |
| 2012-17 | NIH: National Center for Research Resources (5T32OD010429-15) | Mouse Pathobiology: Models of Human Disease **Director (6 Training Positions)** | $1,700,000. |
| 2012-14 | Morris Animal Foundation D12FE-000 | Lysophosphatidic Acid and Osteoclastic Bone Resorption in Oral squamous cell carcinoma of cats **Co-Principal Investigator** | $135,000. |
| 2012-13 | Abbott Laboratories | Bioactivity of Paricalcitrol on Calcium Metabolism and VDR Function In Vivo and In Vitro **Principal Investigator** | $274,246. |
| 2012-17 | NIH: National Cancer Institute (R01 CA153490) | Role of S100A7 in Breast Cancer Progression and Metastasis **Co-Investigator** | $1,500,000. |
| 2011-13 | Morris Animal Foundation D11FE-015 | MicroRNA Analysis in Feline Cancer **Principal Investigator** | $135,000. |
| 2011-13 | NIH: National Cancer Institute (1F32CA165689) | Wnt Signaling and Prostate Cancer Bone Metastasis **Mentor** for Jessica Simmons, DVM | $160,000. |

| Research And Graduate Education Support (Direct Costs Only) | | | |
|---|---|---|---|
| YEARS | AGENCY | TITLE | AMOUNT |
| 2011 | NIH: Neuroscience Imaging Core of NINDS/P30 Core Grant (NS045758) | 4-channel 1H phased-array coil configuration for 9.4/30 Bruker Biospin MRI System of the Small Animal Imaging Shared Resource core facility **(Co-PI with Drs. Kuppusamy and Powell)** | $50,000. |
| 2009-12 | NIH: National Inst. Of Arthritis and Musculoskeletal and Skin Diseases (F32 AR057597) | Effects of Nuclear PTHrP on bone formation and the skeletal microenvironment **Mentor** for Blake Eason Hildreth III, DVM | $183,000. |
| 2009-10 | Morris Animal Foundation *Amanda Feline Fellowship* (D09FE-404) | Effect of Combined Zoledronic Acid and Arsenic Trioxide on Feline Oral Squamous Cell Carcinoma **Principal Investigator** **Mentor for Smitha Pillai, BVSc** | $100,000. |
| 2009-10 | OSU College of Dentistry Office of Research | PTHrP and Craniofacial Development **Mentor** for Sarandeep Huja, DDS, PhD | $30,000. |
| 2008-13 | NIH: National Cancer Institute (P01 CA124570) | Genetic and Signaling Pathways in Epithelial Thyroid Cancer **Co-Leader for Animal Models and Imaging Core** | $700,000. |
| 2008-11 | DOD: US Army Medical Research (W81XWH-08-1-0198) | Ets2 contributions of the tumor microenvironment in breast cancer metastasis **Mentor** for Jillian Werbeck, BS | $97,010. |
| 2008-11 | Morris Animal Foundation (D08FE-23) | Effect of Combined Zoledronic Acid and Piroxicam on Feline Oral Squamous Cell Carcinoma **Principal Investigator** | $140,109. |
| 2007-12 | NIH: National Center for Research Resources (T32 RR07073-06) | Mouse Pathobiology: Models of Human Disease **Co-Director** | $1,958,084. |
| 2007-10 | Susan G. Komen Breast Cancer Foundation | Intravasation genes of human breast cancer **Principal Investigator** | $240,000. |
| 2007-10 | NIH: National Cancer Institute (F32 CA130458) | Mechanisms of bone invasion and tumor growth in models of head and neck cancer **Mentor** for Chelsea Martin, DVM | $190,158. |
| 2007 | OSU Molecular Biology & Cancer Genetics Program | Pathogenesis of Metastasis in Mouse Models of Mammary Cancer **Co-Principal Investigator** | $30,000. |
| 2006-07 | NIH: National Center for Research Resources | Small laboratory animal imaging: High resolution microcomputed tomography **Co-Investigator (R. Toribio, PI)** | $457,800. |
| 2006-11 | NIH: National Center for Research Resources (K01 RR021879) | Regulation of PTHrP in Squamous Cell Carcinoma by EGF Receptor **Mentor** for Gwendolen Lorch, DVM | $587,500. |
| 2005-09 | NIH: National Center for Research Resources (K01 RR018924) | PTHrP on Normal Osteoblast Differentiation and Function **Mentor** for Ramiro Toribio, DVM, PhD | $638,000. |
| 2005-07 | Susan G. Komen Breast Cancer Foundation | Imaging Breast Cancer Markers with Nanoparticle Enhanced Ultrasound **Co-Investigator (Mentor of PI, Jun Liu, PhD)** | $249,604. |

| \multicolumn{4}{c}{**Research And Graduate Education Support (Direct Costs Only)**} |
|---|---|---|---|
| YEARS | AGENCY | TITLE | AMOUNT |
| 2005 | OSU Comprehensive Cancer Center: Molecular Biology & Cancer Genetics | The Metastatic Potential of ATF3 in Breast Cancer Cells **Co-Principal Investigator (with T. Hai and J. Dewille)** | $20,000. |
| 2005-06 | NIH: National Cancer Institute (R21 CA116024) | HER2/neu and Dietary Fat: Gene-Nutrient Interactions in Breast Cancer **Co-Investigator (L. Yee, PI)** | $129,000. |
| 2005-07 | NIH: NIDDK (R21 DK67875) | Erb1 Signaling and Cancer-Mediated Diseases of Bone **Co-Investigator (J. Foley, Ind. U., PI)** | $200,000. |
| 2004-09 | NIH: National Cancer Institute (P01 CA097189) | Role of Stroma in Breast Cancer Progression Core B: Mouse Pathology **Core Leader** | $728,251. |
| 2004-09 | NIH: National Cancer Institute (P01 CA93900) | Biology of Prostate Cancer Skeletal Metastases Bone Core: Subcontract | $70,000. |
| 2004-07 | Morris Animal Foundation (D03FE-29) | Oral Squamous Cell Carcinoma in Cats: Preclinical Therapy and Inhibition of Bone Resorption **Principal Investigator** | $191,552. |
| 2004-07 | OSU College of Veterinary Medicine Glenn Barber Fellowship | Role of Parathyroid Hormone-Related Protein in the Pathogenesis of Lymphoma **Faculty Sponsor for Prasad Nadella, BVSc** | $113,900. |
| 2003-08 | NIH: National Cancer Institute (P01 CA100730) | Hypercalcemia in HTLV-1-Induced Lymphoma/Leukemia **Principal Investigator of Project #4** | $1,209,604. |
| 2003-08 | NIH: National Cancer Institute (P01 CA100730) | Core C for Program Project Grant: Animal Models **Core Leader** | $1,150,778. |
| 2003 | NIH: National Cancer Institute OSU CCC Core Grant Biomedical Imaging Supplement | High Resolution Ultrasound Imaging System (Vevo 660) **Principal Investigator Jun Liu, Co-PI Clara Bloomfield, PI of CCC Core Grant** | $167,000. |
| 2003-04 | NIH: National Center for Research Resources (S10 RR17841) | Measurement of Cells In Vivo: IVIS Light Imaging System **Principal Investigator** | $169,950. |
| 2002-07 | NIH: National Center for Research Resources (T32 RR07073) | Mouse Pathobiology: Models of Human Disease **Program Director** | $1,307,760. |
| 2000-05 | NIH: National Center for Research Resources (K26 RR00168) | Mouse Models of Cancer, Bone Disease, and Lactation (Midcareer Award) **Principal Investigator** | $546,629. |
| 2002-04 | Schering Plough Research Institute | Effect of SCH488900 on Prostate Volume in Dogs with Benign Prostatic Hyperplasia **Principal Investigator (Michael Knopp, Co-PI)** | $249,703. |
| 2000-05 | NIH: National Cancer Institute (K08 CA83766) | Lung Cancer: Role of PTHrP and regulation by TGF-$\beta$: **Faculty Sponsor for** Sarah Tannehill-Gregg, DVM | $508,579. |

| Research And Graduate Education Support (Direct Costs Only) | | |
|---|---|---|
| YEARS | AGENCY | TITLE | AMOUNT |
| 1998-03 | NIH: National Cancer Institute (R01 CA77911) | Regulation of PTHrP in Squamous Cell Carcinoma by TGF-β **Principal Investigator** | $717,481. |
| 1999-02 | NIH: National Cancer Institute (Supplement to R01 CA77911) | PTHrP and TGFß in SCID/beige Mice with Human Cancer **Principal Investigator** | $91,667. |
| 1999-02 | NIH : National Cancer Institute, Institutional NRSA (T32 CA09338-21) | Pathogenesis Of Osteoblastic Metastases in Human Prostate Cancer **Faculty Sponsor** for Bruce Leroy, DVM Principal Investigator: Michael Caligiuri | $75,145. |
| 1998-01 | NIH: National Cancer Institute, Individual NRSA (F32 CA79110) | Head and Neck Cancer: The Role of TGFß and PTHrP **Faculty Sponsor** for Rani Sellers, DVM | $117,852. |
| 2001-02 | Pharmacia Company Kalamazoo, MI | Effect of Oxazolidones on Osteoblasts and Bone Marrow Stromal Cells In Vitro **Principal Investigator** | $34,224. |
| 2000 | Ohio State University Comprehensive Cancer Center | Role of Endothelin-1 in Bone Formation Induced by Normal and Neoplastic Prostate Epithelium **Principal Investigator** | $10,000. |
| 1999 | Heska Corporation (736896) | Cloning and sequencing of canine oncofetal protein 55 **Co-Investigator** | $75,972. |
| 1999 | Office of International Studies, Ohio State University | Faculty International Travel Grant for collaboration with Dr. Hiroyuki Okada, Rakuno Gakuen University, Japan **Principal Investigator** | $1,500. |
| 1999-02 | Ohio State University College of Veterinary Medicine – Glenn Barber Funds for Graduate Student Stipend | Regulation of PTH and pathogenesis of hypocalcemia during endotoxemia **Co-Sponsor (with Dr. Catherine Kohn) of Ramiro Toribio, DVM** | $78,000. |
| 1999-00 | Ralston Purina Company | Vitamin D and cancer in dogs: An *in vitro* and clinical studies *Collaborator* | $26,765. |
| 1998-99 | Equine Research Funds State of Ohio (611487) | Measurement of parathyroid gland function and chief cell calcium set-point in healthy horses and horses with enterocolitis **Principal Investigator** | $14,988. |
| 1997-99 | USDA: Cooperative State Research, Education, and Extension Service (9703625) | Role of parathyroid hormone-related protein in lactation and neonatal development **Principal Investigator** | $166,667. |
| 1997-99 | Equine Research Funds State of Ohio | Pathogenesis of hypocalcemia in horses with toxic colitis **Co-Investigator** | $14,718. |
| 1997-99 | Canine Research Funds State of Ohio (611437) | Regulation of parathyroid hormone-related protein in canine squamous cell carcinoma **Principal Investigator** | $11,970. |

| Research And Graduate Education Support (Direct Costs Only) | | | |
|---|---|---|---|
| YEARS | AGENCY | TITLE | AMOUNT |
| 1997-98 | Columbus Zoo (734584) | Calcium-regulating hormones and bone remodeling in green iguanas **Principal Investigator** | $9,969. |
| 1997-99 | NIH: National Institute of Dental Research (R03 DE12267) | Transgenic *Cre-lox* Model for PTHrP Receptor Action in Bone **Collaborator** | $50,000. |
| 1996-99 | NIH: National Institute of Diabetes and Digestive and Kidney Diseases (F32 DK09294) | Parathyroid hormone-related protein in the Mammary Gland **Faculty Sponsor** for Susan F. Wojcik, DVM | $93,600. |
| 1995-97 | ProTyde Corporation (731329) | Purification and cloning of canine oncofetal protein-55 **Co-Investigator** | $284,864. |
| 1995-97 | Canine Research Funds State of Ohio (611424) | Isolation of the Genomic Promoter for Canine PTHrP and Analysis of its Activation in a Canine Squamous Carcinoma Cell Line **Principal Investigator** | $11,690. |
| 1994-99 | NIH: National Cancer Institute (1 R29 CA57607) | C/EBP Isoform Expression in Mammary Gland and Tumors **Co-Investigator** | $349,884. |
| 1994-95 | NIH: Shared Instrument Program (1 S10 RR09054) | Radiological Imaging of Planar Samples (PhosphorImager) **Co-Investigator** | $90,500. |
| 1994 | USDA Animal Health Research Funds | Parathyroid Hormone-Related Protein and the Lactating Bovine Mammary Gland **Principal Investigator** | $14,900. |
| 1993-96 | Glen Barber Fund (OSU) | Proteolytic Cleavage of Parathyroid Hormone-Related Protein at Sites of Basic Amino Acids **Faculty Sponsor** for Andrea Gröne, Dr.Vet.Med. | $88,450. |
| 1993-98 | NIH: NIAMS (1 K04 AR01923) Research Career Development Award | PTHrP in Normal and Neoplastic Keratinocytes **Principal Investigator** | $300,250. |
| 1993-95 | Canine Research Funds State of Ohio (611391) | Effects of Transforming Growth Factor-β on Parathyroid Hormone-Related Protein Expression in Canine Squamous Cell Carcinoma **Principal Investigator** | $9,200. |
| 1993 | NIH: National Cancer Institute (1 S15 CA62305) | Small Instrument Grant: Zeiss Cryosat **Principal Investigator** | $16,235. |
| 1992-97 | NIH: National Institute of Arthritis and Musculoskeletal and Skin Diseases (R29 AR40220) | Humoral Factor Interactions in Hypercalcemia of Cancer **Principal Investigator** | $350,000. |
| 1992-95 | NIH: National Institute for Dental Research (1 K11 DE00321) Physician Scientist Award | Regulation of Parathyroid Hormone-Related Protein **Co-Sponsor** with Dr. C.C. Capen for James R. Werkmeister, DDS | $402,453. |

| \multicolumn{4}{c}{*Research And Graduate Education Support (Direct Costs Only)*} |
|---|

| YEARS | AGENCY | TITLE | AMOUNT |
|---|---|---|---|
| 1991-93 | Ohio State University Interdepartmental Research Program | Development of Drugs for Head and Neck Cancer **Co-Investigator** | $60,000. |
| 1991-93 | Pharmaceutical Manufacturers Association Foundation | Effects of Mithramycin on Bone Metabolism In Vivo and In Vitro **Principal Investigator** | $60,000. |
| 1991-93 | Canine Research Funds (Ohio State University College of Veterinary Medicine) | Characterization of Hypercalcemic Factors in Humoral Hypercalemia of Malignancy in Dogs **Principal Investigator** | $12,570. |
| 1991-92 | Hildegard Doerenkamp Foundation, Zurich, Switzerland | Investigations of Cancer of the Terminal Intestine in Dogs **Principal Investigator** | $72,500. |
| 1991-92 | American Animal Hospital Association Foundation | Treatment of Hypercalcemia of Cancer in Dogs **Principal Investigator** | $10,000. |
| 1990-92 | Canine Research Funds (Ohio State University College of Veterinary Medicine) | Control of Canine Parathyroid Hormone-Related Protein Synthesis and Secretion **Principal Investigator** | $19,535. |
| 1990-91 | American Fund for Dental Health | Training fellowship for Laurie K. McCauley, DDS; PhD candidate **Co-sponsor** with Dr. C.C. Capen | $20,000. |
| 1990 | NIH: Small Instrumentation Grant | Centrifugal Vacuum Concentrator System **Principal Investigator** | $9,800. |
| 1990 | Ohio State University Research Challenge Grant | Identification and Production of cDNA Probes for Canine Parathyroid Hormone-Related Protein **Principal Investigator** | $10,906. |
| 1990 | Alpha Omega Foundation | Effects of Interleukin-1 on Mineralization In Vitro **Co-Principal Investigator** with Dr. John Horton; Dr. James Werkmeister, graduate student | $2,000. |
| 1989-90 | American Cancer Society, Ohio State University, Comprehensive Cancer Center | Transforming Growth Factors and Hypercalcemia of Cancer **Co-Investigator** | $10,000. |
| 1989-90 | Elsa U. Pardee Foundation | Parathyroid Hormone-Related Protein in the Pathogenesis of Humoral Hypercalcemia of Malignancy **Principal Investigator** | $53,320. |
| 1989-93 | NIH: National Institute of Dental Research (R01 DE08428) | Neurotransmitters and Inflammatory Mediators in Tooth Movement **Co-Investigator** | $1,012,450. |
| 1989-91 | NIH: National Institute of Diabetes, Digestive, and Kidney Disease (R01 DK4106) | Feline Retrovirus-Associated Endocrine Dysfunction **Co-Investigator** | $394,097. |
| 1989 | College of Dentistry, Ohio State University | The Effects of Interleukin-1ß on Mineralization of MC3T3-E1 cells **Co-Principal Investigator** with Dr. John Horton; Dr. Jim Werkmeister, graduate student | $2,500. |

| **Research And Graduate Education Support (Direct Costs Only)** | | | |
|---|---|---|---|
| YEARS | AGENCY | TITLE | AMOUNT |
| 1988-89 | Ohio State University Research Challenge | Effects of Infusion of Human Parathyroid Hormone-Related Protein (1-40) in Nude Mice **Principal Investigator** | $9,000. |
| 1988-90 | Canine Research Funds (OSU) | Identification of Hypercalcemic Proteins and Immunodiagnosis of Humoral Hypercalcemia of Malignancy in the Dog **Principal Investigator** | $25,000. |
| 1987-90 | NIH: National Institute of Child Health and Human Development (R01 HD21130) | Acute Regulation of Casein Secretion and Degradation **Co-Investigator** | $268,594. |
| 1985-88 | NIH: National Cancer Institute; National Research Service Award (I F32 CA07818) | Pathogenesis of Humoral Hypercalcemia of Malignancy **Awardee** | $90,000. |
| 1987 | Ohio State University Seed Grant | Humoral Factors Associated with Humoral Hypercalcemia of Malignancy **Principal Investigator** | $15,000. |
| 1987 | American Cancer Society, Ohio State University, Comprehensive Cancer Center Grant | Characterization of Transforming Growth Factor Activity Associated with Humoral Hypercalcemia of Malignancy **Principal Investigator** | $6,000. |
| 1985-87 | Morris Animal Foundation (20322-55-00) | Treatment of Humoral Hypercalcemia of Malignancy in Dogs **Principal Investigator** | $36,500. |
| 1986 | Canine Research Funds (OSU) | Pathogenesis and Treatment of Humoral Hypercalcemia of Malignancy in Dogs-IV **Principal Investigator** | $7,500. |
| 1983-85 | Schering-Plough Foundation | Fellowship in Veterinary Pathology **Awardee** | $30,000. |
| 1985 | Canine Research Funds (OSU) | Pathogenesis and Treatment of Humoral Hypercalcemia of Malignancy in Dogs-III **Principal Investigator** | $7,500. |
| 1984 | Canine Research Funds (OSU) | Pathogenesis and Treatment of Humoral Hypercalcemia of Malignancy in Dogs-II **Principal Investigator** | $7,500. |
| 1983 | Biomedical Research Support Grant | Pathogenesis and Treatment of Humoral Hypercalcemia of Malignancy in Dogs-I **Principal Investigator** | $5,000. |
| **SUM OF DIRECT COSTS** | | | **$30,037,652.** |

## *Scholarly Manuscripts and Citation Data*

*Research Manuscripts*
*Clinical Manuscripts*
*Review Papers*
*Book Chapters*
*Government White Papers*
*Research Administration Papers*

Google Scholar Statistics:

| | | | |
|---|---|---|---|
| Total: | Citations: 8,703 | H-index: **49** | i10-index: **170** |
| Since 2012: | Citations: 3,786 | H-index: **29** | i10-index: **96** |

Citations per year



ResearchGate Manuscript Statistics:

| | |
|---|---|
| RG Score: | 97.5 Percentile |
| Reads: | 16,592 |
| Citations: | 6,917 |
| Profile views: | 1,199 |

## *Research Manuscripts*

2017

1. Pitarresi JR, Liu X, Avendano AA, Sizemore GM, Cuitiño MC, Kladney RD, Mace TA, Chang JJ, Enis CS, Reeves R, Blackshaw S, Zhang J, Yu L, Fernandez SA, Frankel WL, Bloomston M, **Rosol TJ**, Lesinski GB, Konieczny SF, Wu J, Majumder S, Leone G, Song JW, Ostrowski MC. Disruption of stromal hedgehog signaling initiates RNF5-mediated proteosomal degradation of PTEN and accelerates pancreatic tumor origin. Nature Cell Biology, in review, 2017.

2. Sizemore GM, Balakrishnan S, Trimboli AJ, Hammer AM, Sizemore ST, Cuitiño MC, Tozbikian G, Thies KA, Kladney RD, Shinde N, Park DJ, Woelke SA, Majumder S, Krishnan S, Yu L, Fernandez SA, Chakravarti A, Shields PG, White JR, Yee LD, **Rosol TJ**, Ludwig T, Park M, Leone G, Ostrowski MC. Stromal PTEN determines mammary epithelial response to radio-therapy. Nature Medicine, in review, 2017.

3. Carey HA, Hildreth III BE, Geisler JA, Nickel MC, Cabrera J, Ghosh S, Jiang Y, Yan J, Lee J, Makam S, Young NA, Jarjour WN, Huang K, **Rosol TJ**, Toribio RE, Charles JF, Ostrowski MC, Sharma AM. An orthologous transcription factor network in osteoclasts predicts bone density. Journal of Clinical Investigation, in review, 2017.

4. Carey HA, Hildreth III BE, Geisler JA, Nickel MC, Cabrera J, Ghosh S, Jiang Y, Yan J, Charles JF, Makam S, Young NA, Jarjour WN, Singh H, Huang K, **Rosol TJ**, Toribio RE, Aliprantis AO, Ostrowski MC, Sharma SM. A PU.1 regulated transcription factor network in osteoclasts is predicted by bone mineral density loci. Nature Medicine, in review, 2017.

5. Kent LN, Bae S, Rakijas JB, Tsai S-Y, Chen H-Z, Westendorp B, Huntington J, Srivastava A, Senapati S, Koivisto C, Martin CK, Cuitiño MC, Perez M, Clouse J, Chokshi V, Hadjiyannis Y, Nolan E, Plevris E, Tang X, Shinde N, Kladney R, Huang K, Machiraju R, Fernandez S, **Rosol TJ**, Coppola V, Pipas JM, Schmidt C, de Bruin A, Leone G. Increased E2F transcriptional output caused by single copy number gains in E2f1/3b or losses in E2f7/8 lead to hepatocellular carcinoma. Cancer Discovery, in review, 2017.

6. Wu J, Liu X, Pitarresi JR, Bravo V, Lu Y, Cuitiño MC, Kladney RD, Woelke S, Mace TA, Lordo M, Magal S, Zhang J, Yu L, McElroy J, Fernandez SA, DeWille JW, Bekaii-Saab T, Frankel WL, Bloomston M, Yee L, **Rosol TJ**, Lesinski GB, Shakya R, Ludwig T, Rodríguez-Barrueco R, Silva JM, Konieczny SF, Majumder S, Leone G, Ostrowski MC. Genetic ablation of Smoothened in tumor-associated fibroblasts promotes pancreatic cancer initiation. Cancer Discovery, in review, 2017.

7. Laganà A, Dirksen WP, Supsavhad W, Yilmaz AS, Ozer HG, Feller JD, Vala KA, Croce CM, and **Rosol TJ**. Discovery and characterization of the feline miRNAome. Scientific Reports, 7, article: 9263, doi:10.1038/s41598-017-10164-w, 2017.

8. Council N, Dyce J, Drost WT, de Brito Galvao JF, **Rosol TJ**, Chew DJ. Bilateral patellar fractures and increased cortical bone thickness associated with long-term oral alendronate treatment in a cat. Journal of Feline Medicine and Surgery Open Reports, 1-6, 2017.

9. Esser AK, Rauch D, Xiang J, Harding J, Kohart N, Ross M, Su X, Wu K, Huey D, Xu Y, Green P, **Rosol TJ**, Niewiesk S, Ratner L, Weilbaecher K. HTLV-1 viral oncogene HBZ induces osteolytic bone disease in transgenic mice. Oncotarget, in press, 2017.

10. Council N, Dyce J, Drost WT, de Brito Galvao JF, **Rosol TJ**, Chew DJ. Bilateral patellar fractures and increased cortical bone thickness associated with long-term oral alendronate treatment in a cat. Journal of Feline Medicine and Surgery, in press, 2017.

11. Kohart NA, Elshafae SM, Breitbach JT, **Rosol TJ**. Animal models of cancer-associated hypercalcemia. Veterinary Sciences, 4, 21, doi:10.3390/vetsci4020021, 2017.

12. Lundberg AP, Francis JM, Pajak M, Parkinson E, Wycislo KL, Rosol TJ, Brown ME, London Ca, Dirikolu L, Hergenrother PJ, Fan TM. Pharmacokinetics and derivation of an anticancer dosing regimen for the novel anti-cancer agent isobutyl-deoxynyboquinone (IB-DNQ), a NQO1 bioactivatable molecule, in the domestic felid species. Investigational New Drugs, 35(2): 134-144, 2017.

13. Hildreth III BE, Birchard SJ, **Rosol TJ**, Drost WT. Appendicular extraskeletal mesenchymal chondrosarcoma in a dog. Journal of the Veterinary Medical Association, in press, 2017.

14. Elshafae SM, Kohart NA, Alstadt LA, Dirksen WP, **Rosol TJ**. The Effect of a Histone Deacetylase Inhibitor (AR-42) on Canine Prostate Cancer Growth and Metastasis. The Prostate, on-line Feb 09, 2017.

15. Kent LN, Bae S, Rakijas JB, Tsai S-Y, Tang X, Srivastava A, Koivisto C, Martin CK, Ridolfi E, Miller G, Zorko S, Plevris E, Hadjiyannis Y, Perez M, Nolan E, Kladney R, Westendorp B, de Bruin A, Fernandez S, **Rosol TJ**, Pohar K, Pipas JM, Leone G. Dosage-dependent copy number gains in E2f1 and E2f3 drive HCC. Journal of Clinical Investigation, 3:830-842, 2017.

16. Yao H, He G, Yan S, Chen C, Song L, **Rosol TJ**, Deng X. Triple-Negative Breast Cancer: Is There a Treatment on the Horizon? Oncotarget, 8(1): 1913-1924, 2017.

17. Hassan BB, Elshafae SM, Supsavhad W, Simmons JK, Dirksen WP, Sokkar SM, **Rosol TJ**. Feline mammary cancer: Novel nude mouse models and molecular characterization of invasion and metastasis genes. Veterinary Pathology, 54(1): 32-43, 2017. https://www.ncbi.nlm.nih.gov/pubmed/27281014

2016

18. Lundberg AP, Francis JM, Pajak M, Parkinson EI, Wycislo KL, **Rosol TJ**, Brown ME, London CA, Dirikolu, L, Hergenrother PJ, Fan TM. Pharmacokinetics and derivation of an anticancer dosing regimen for the novel anti-cancer agent isobutyl-deoxynyboquinone (IB-DNQ) in the domestic felid species. Investigational New Drugs, on-line, DOI: 10.1007/s10637-016-0414-z, Dec 14, 2016.

19. Fradet A, Bouchet M, Delliaux C, Gervais M, Kan C, Benetollo C, Pantano F, Vargas G, Bouazza L, Croset M, Bala Y, Leroy X, Rieusset J, **Rosol TJ**, Bellahcène A, Castronovo V, Clézardin P, Aubin J, Duterque-Coquillaud M, Bonnelye E. Estrogen related receptor alpha in castration-resistant prostate cancer cells promotes tumor progression in bone. Oncotarget, 47(7): 77071-86, 2016.

20. Supsavhad W, Dirksen WP, Hildreth III BE, **Rosol TJ**. p16, pRb, and p53 in feline oral squamous cell carcinoma. Veterinary Sciences, 3(3), epub Aug. 18, 2016, 2016. doi:10 3390/vetsci3030018

21. Cope FO, Abbruzzese B, Sanders J, Metz W, Sturms K, Ralph D, Blue M, Zhang J, Bracci P, Bshara W, Behr S, Maurer T, Williams K, Walker J, Beverly A, Blay B, Damughatla A, Larsen M, Mountain C, Neylon E, Parcel K, Raghuraman K, Ricks K, Rose L, Sivakumar A, Streck N, Wang B, Wasco C, Williams A, Schlesinger LS, Azad A, Rajaram MV, Jarjour W, Young N, **Rosol TJ**, McGrath M. The inextricable axis of targeted diagnostic imaging and therapy: An immunological natural history approach. Nuclear Medicine and Biology, 43(3):215-225, 2016.

22. Liu X, Pitarresi JR, Cuitiño MC, Kladney RD, Woelke SA, Sizemore GM, Nayak SG, Egriboz O, Schweickert PG, Yu L, Trela S, Schilling DJ, Halloran SK, Li M, Dutta S, Fernandez S, **Rosol TJ**, Lesinski GB, Shakya R, Ludwig T, Konieczny SF, Leone G, Wu J, Ostrowski MC. Genetic Ablation of Smoothened in Pancreatic Fibroblasts Increases Acinar-Ductal Metaplasia. Genetic ablation of Smoothened in tumor-associated fibroblasts promotes pancreatic cancer initiation. Genes and Development, 30(17):1943-1955, 2016. https://www.ncbi.nlm.nih.gov/pubmed/27633013

23. Pitarresi JR, Liu X, Sharma SM, Cuitiño MC, Kladney RD, Mace TA, Donohue S, Nayak SG, Qu C, Lee J, Woelke SA, Trela S, LaPak K, Yu L, McElroy, J, **Rosol TJ**, Shakya R, Ludwig T, Lesinski GB, Fernandez S, Konieczny SF, Leone G, Wu J, Ostrowski MC. Stromal ETS2 Regulates Chemokine Production and Immune Cell Recruitment during Acinar-to-Ductal Metaplasia. Neoplasia, 18(9):541-552, 2016. https://www.ncbi.nlm.nih.gov/pubmed/27659014

24. Kent LN, Rakijas JB, Pandit SK, Westendorp B, Chen H-Z, Huntington JT, Tang X, Bae S, Srivastava A, Senapati S, Koivisto C, Martin CK, Cuitiño MC, Perez M, Clouse, JM, Chokshi V, Shinde N, Kladney R, Sun D, Perez-Castro A, Matondo RB, Nantasanti S, Mokry M, Huang K, Machiraju R, Fernandez S, **Rosol TJ**, Coppola V, Pohar KS, Pipas JM, Schmidt CR, de Bruin A, Leone G. E2f8 mediates tumor suppression in postnatal liver development. Journal of Clinical Investigation, 126(8), 2955-2969, 2016. https://www.ncbi.nlm.nih.gov/pubmed/27454291

25. Elmore SA, Dixon D, Hailey JR, Harada T, Herbert RA, Maronpot RR, Nolte T, Rehg JE, Rittinghausen S, **Rosol TJ**, Satoh H, Vidal JD, Willard-Mack CL, Creasy DM. Recommendations from the INHAND Apoptosis/Necrosis Working Group. Journal of Toxicologic Pathology, 44(2), 173-188, 2016. https://www.ncbi.nlm.nih.gov/pubmed/26879688

26. Faukner LR, Rabb H, Adesida I, Arvin A, Bierber BE, Bruel JD, Canizares C, Casdevall A, Cole JR, Ellis L, Grant GE, Haywood JR, Joffe S, Korn D, Louis CF, Robinson DW, **Rosol TJ**, Shapiro S. Optimizing the Nation's Investment in Academic Research: A New Regulatory Framework for the 21st Century, Part 2. National Academy Press, pp. 1-130, 2016. https://www.nap.edu/read/21824/chapter/1

27. Elshafae SM, Hassan BB, Supsavhad W, Dirksen WP, Carmiener RY, Ding H, Tweedle M, **Rosol TJ**. Gastrin-releasing peptide receptor (GRPr) Induces EMT, growth, and invasion in canine prostate cancer, The Prostate, 76, 796-809, 2016. https://www.ncbi.nlm.nih.gov/pubmed/26939805

28. Ding H, Kothandaraman S, Gong L, Williams MM, Dirksen WP, **Rosol TJ**, Tweedle MF. A human GRPr-transfected Ace-1 canine prostate cancer model in mice. The Prostate, 76, 783-795, 2016. https://www.ncbi.nlm.nih.gov/pubmed/26940014

29. Supsavhad W, Dirksen WP, Martin CK, **Rosol TJ**. Animal models of head and neck squamous cell carcinoma. The Veterinary Journal, 210, 7-16, 2016. https://www.ncbi.nlm.nih.gov/pubmed/26965084

2015

30. Hildreth III BE, Hernon KM, Dirksen WP, Leong J, Supsavhad W, Fial MJ, Boyaka PN, **Rosol TJ**, Toribio RE. Deletion of the nuclear localization sequence and C-terminus of PTHrP decreases osteogenesis and chondrogenesis but increases adipogenesis and myogenesis in murine mesenchymal stem cells. Journal of Tissue Engineering, 6:1-17, 2015.

31. Caserta E, Egriboz O, Martin CK, Wang H, Pecot T, Kladney R, Shen C, Pham T, Karikomi MK, Mauntel MJ, Majumder S, Cuitino MC, Yu L, Wallace J, Mo X, Hallett M, Park M, Fernandez SA, Pilarski R, La Perle KMD, **Rosol TJ**, Cohn D, O'Malley D, Goodfellow P, Chamberlin H, McCrae E, Shapiro C, Ostrowski MC, and Leone G. Knockin mice with a C2 domain missense mutation exposes an Akt-independent tumor suppressor role of PTEN. Genes and Development, 29(16): 1707-1720, DOI: 10.1101/gad.262568.115, 2015.

32. Brown ME, Bear MD, **Rosol TJ**, Premanandan C, Kisseberth WC, London CA. Characterization of STAT3 expression, signaling and inhibition in feline oral squamous cell carcinoma. BMC Veterinary Research, published on-line, DOI 10.1186/s12917-015-0505-7, 2015.

33. Hildreth III BE, **Rosol TJ**, Toribio RE. PTHrP 1-34 enhances engraftment and bone mass in ectopically transplanted vertebrae (vossicle model). Transgenic Research, 24(6): 955-969, DOI 10.1007/s11248-015-9901-9, 2015.

34. Simmons JK, Dirksen WP, Hildreth III BE, Supsavhad W, Elshafae SM, Toribio RE, **Rosol TJ.** Animal Models of Bone Metastasis. Veterinary Pathology, 52(5):827-841, 2015.

35. Vahle JL, Byrd RA, Blackbourne JL, Martin JA, Sorden SD, Ryan T, Pienkowski T, **Rosol TJ**, Snyder P and Klöppel G. Effects of dulaglutide, a long-acting GLP-1 receptor agonist, on the exocrine pancreas of cynomolgus monkeys. Journal of Toxicologic Pathology, 43(7):1004-1014, 2015.

36. Byrd RA, Sorden SD, Ryan T, Pienkowski T, LaRock R, Wijsman J, Smith H, Blackbourne JL, **Rosol TJ**, Long G, Martin JA, Vahle JL. Chronic toxicity and carcinogenicity studies of the long-acting GLP-1 receptor agonist dulaglutide in rodents. Endocrinology, 156(7): 2417-2428, 2015.

37. Vahle JL, Byrd RA, Blackbourne JL, Martin JA, Sorden SD, Ryan T, Pienkowski T, Wijsman J, Smith HW, **Rosol TJ**. Effects of dulaglutide on thyroid C cells and serum calcitonin in male monkeys. Endocrinology, 156(7), 2409-2416, 2015.

38. Faukner LR, Rabb H, Adesida I, Arvin A, Bierber BE, Bruel JD, Canizares C, Casdevall A, Cole JR, Ellis L, Grant GE, Haywood JR, Joffe S, Korn D, Louis CF, Robinson DW, **Rosol TJ**, Shapiro S. Optimizing the Nation's Investment in Academic Research: A New Regulatory Framework for the 21st Century, Part 1. National Academy Press, pp. 1-130, 2015.

39. Li H, He G, Yao H, Song L, Zeng L, Liu J, Chen Y, **Rosol TJ**, Deng X. Transforming growth factor-β induces degradation of parathyroid hormone-related protein through the ubiquitin-proteasome system in hepatocellular carcinoma cells. Journal of Cancer, 6(6):511-518, 2015.

40. Parviainen S, Autio K, Vähä-Koskela M, Guse K, Pesonen S, **Rosol TJ**, Zhao F, Hemminki A. Incomplete but infectious vaccinia virions produced in the absence of oncolysis in feline SCCF1 cells. PLOS ONE, 10(3):e0120496. DOI:10.1371/journal.pone.0120496, 2015.

41. Kamr A, Dembek K, Reed S, Slovis N, Zaghawa A, **Rosol TJ**, Toribio RE. Vitamin D metabolites and their association with calcium, phosphorus, and PTH concentrations, severity of illness, and mortality in

hospitalized equine neonates. PLOS ONE, 10(6):e0127684. DOI:10.1371/journal.pone.0127684, 2015.

42. Elmore SA, Cora MC, Gruebbel MM, Hayes SA, Hoane JS, Koizumi H, Peters R, **Rosol TJ**, Singh BP, Szabo KA. Proceedings of the 2014 National Toxicology Program satellite symposium. Toxicologic Pathology, Nov. 9 ePub, 43(1):10-40, 2015.

43. Martin CK, Dirksen WP, Carlton MM, Lanigan LG, Pillai SP, Werbeck JL, Simmons JK, Hildreth III BE, London CA, Toribio RE, **Rosol TJ**. Combined zoledronic acid and meloxicam reduced bone loss and tumor growth in an orthotopic mouse model of bone-invasive oral squamous cell carcinoma. Veterinary and Comparative Oncology, 13(3): 203-217, 2015. PMC3751980.

2014

44. Min Y, Liu Y, Poojari Y, Zhou M, Wu J-C, Hildreth III, BE, **Rosol TJ**, Epstein AJ. Self-doped polyaniline-based interdigitated electrodes for electrical stimulation of osteoblast cell lines. Synthetic Metals, 198:308-313, 2014.

45. Simmons JK, Elshafae SM, Keller ET, McCauley LK, **Rosol TJ**. Review of Animal Models of Prostate Cancer Bone Metastasis. Veterinary Science, 1, 16-39, 2014.

46. Simmons JK, Dirksen WP, Hildreth III BE, Dorr C, Williams C, Thomas R, Breen M, Toribio RE, **Rosol TJ**. Canine Prostate Cancer Cell Line (Probasco) Produces Osteoblastic Metastases in Vivo. The Prostate, 74(13):1251-1265, 2014.

47. Wallace JA, Pitarresi J, Sharma N, Palettas M, Cuitiño MC, Sizemore ST, Yu L, Sanderlin A, **Rosol TJ**, Mehta KD, Sizemore GM and Ostrowski MC. Protein Kinase C beta in the tumor microenvironment promotes mammary tumorigenesis. Frontiers in Oncology (Molecular and Cellular Oncology), 4:87 (online, 10 pages), 2014.

48. Yang T, Liu J, Luo F, Lin Q, **Rosol TJ**, Deng X. Anticancer properties of Monascus metabolites. Anti-cancer Drugs, 25(7):735-744, 2014.

49. Harshman SW, Hoover ME, Huang C, Branson OE, Chaney SB, Cheney CM, **Rosol TJ**, Shapiro CL, Huebner K, Wysocki VH, Freitas MA. Histone H1 phosphorylation in breast cancer. Journal of Proteome Research, 13(5):2453-2467, 2014.

50. Wu LY, Johnson JM, Simmons JK, Mendes DE, Geruntho JJ, Liu T, Dirksen WP, **Rosol TJ**, Davis WC, and Berkman CE. Biochemical characterization of prostate-specific membrane antigen from canine prostate carcinoma cells. The Prostate, 74(5):451-457, 2014.

51. Volakis LI, Li R, Ackerman IV WE, Mihai C, Bechel M, Summerfield TL, Ahn C, Powell HM, **Rosol TJ**, Ghadiali SN, Kniss DA. Loss of myoferlin redirects breast cancer cell motility towards collective migration. PloS One, 9(2), 1-13, e86110, 2014.

52. Werbeck JL, Thudi NK, Martin CK, Yu L, Ostrowski MC, **Rosol TJ**. Tumor Microenvironment Regulates Metastasis and Metastasis Genes of Mouse MMTV-PymT Mammary Cancer Cells In Vivo. Veterinary Pathology, 51(4):868-881, 2014. (includes podcast interview)

2013

53. Cope F, Metz W, Pykett M, Blue M, Potter B, Colborn D, Abbruzzese B, Shuping J, Reininger C, Azad A, Rajaram M, Schlesinger L, Jarjour W, **Rosol T**, Toribio R, McGrath M, Huysentruyt L, Zhang R, and Bracci P.. Nature, 502(7473): Supplement: Medical Imaging, 31 October 2013. http://www.nature.com/nature/outlook/medical-imaging/pdf/navidea-white-paper.pdf

54. Wallace JA, Li F, Balakrishnan S, Cantemir-Stone CZ, Pecot T, Martin CK, Kladney R, Sharma LI, Trimboli AJ, Fernandez SA, Yu L, **Rosol TJ**, Stromberg PC, Lesurf R, Hallett M, Park M, Leone G, Ostrowski MC. Ets2 in tumor fibroblasts promotes angiogenesis in breast cancer, PloS One, 8(8), e71533, 2013. PMC3745457.

55. Axiak-Bechtel SM, Kumar SR, Dank KK, Clarkson, NA, Selting KA, Bryan JN, **Rosol TJ**, Espinosa J, Decedue CJ. Antitumor activity of nanoparticulate paclitaxel in aggressive prostate cancer in vivo. Investigational New Drugs, 31(6):1609-1615, 2013.

56. Sneh A, Deol YS, Ganju A, Shilo K, **Rosol TJ**, Nasser MW, Ganju RK. Differential role of psoriasin (S100A7) in estrogen receptor alpha positive and negative breast cancer cells occur through actin remodeling. Breast Cancer Research and Treatment, 138(3):727-739, 2013. PMID: 23535840.

57. Yee LD, Agarwal D, **Rosol TJ**, Lehman A, Tian M, Hatton J, Heestand J, Belury MA, Clinton SK. The inhibition of early stages of HER-2/neu-mediated mammary carcinogenesis by dietary n-3 PUFAs. Molecular Nutrition and Food Research, 57(2):320-327, 2013. PMID: 23213007.

58. **Rosol TJ**. On-target effects of GLP-1 receptor agonists on thyroid C cells in rats and mice. Toxicologic Pathology, 41(2): 303-309, 2013. PMID: 23471186.

59. Everds NE, Snyder PW, Bailey KL, Bolon B, Creasy DM, Foley GL, **Rosol TJ**, Sellers T. Interpreting stress responses during routine toxicity studies: A review of the biology, impact, and assessment. Toxicologic Pathology, 41(4):560-614, 2013. PMID: 23475558.

60. Keller JM, Schade GR, Ives K, Cheng X, **Rosol TJ**, Piert M, Siddiqui J, Roberts WW, Keller ET. A novel canine model for prostate cancer. The Prostate, 73(9):952-959, 2013. PMID: 23335024.

2012
61. Aggarwal R, Lu J, Kanji S, Joseph M, Das M, Noble GJ, McMichael BK, Agarwal S, Hart RT, Sun Z, Lee BS, **Rosol TJ**, Jackson R, Mao H-Q, Pomplii VJ, Das H. Human umbilical cord blood-derived CD34+ stem cells reverse osteoporosis in NOD/SCID mice by altering osteoblastic and osteoclastic activities. Plos One, 7(6), e39365, 2012. PMC3377665.

62. Bronisz A, Godlewski J, Wallace JA, Merchant AS, Nowicki, MO, Mathsyaraja H, Srinivasan R, Trimboli AJ, Martin CK, Li F, Yu L, Fernandez SA, Pecot T, **Rosol TJ**, Cory S, Hallett M, Park M, Piper MG, Marsh CB, Yee LD, Jimenez RE, Nuovo G, Lawler SE, Chiocca EA, Leone G, Ostrowski MC. Reprogramming of the tumour microenvironment by stromal PTEN-regulated miR-320. Nature Cell Biology, 14: 159-167, 2012. PMC3271169.

63. Stanislaus D, Andersson H, Chapin R, Creasy D, Ferguson D, Gilbert M, **Rosol TJ**, Boyce RW, Wood CE. Society of Toxicologic Pathology Position Paper: Review Series: Assessment of Circulating Hormones in Nonclinical Toxicity Studies: General Concepts and Considerations. Toxicologic Pathology, 40: 943-950, 2012. PMID: 22569585.

64. Schade GR, Keller J, Ives K, Cheng X, **Rosol TJ**, Keller ET, Roberts WW. Histotripsy focal ablation of implanted prostate tumor in an Ace-1 canine cancer model. Journal of Urology, 188: 1957-1964, 2012. PMC: 4296596.

65. Luchin AI, Nadella MVP, Thudi NK, Dirksen WP, Gulati P, Fernandez SA, **Rosol TJ**. AU-rich elements in the 3'-UTR regulate the stability of the 141 amino acid isoform of parathyroid hormone-related protein mRNA. Molecular and Cellular Endocrinology 364, 105-112, 2012. PMC3529141.

66. Wise-Milestone L, Akens MK, **Rosol TJ**, Hojjat SP, Grynpas MD, Whyne CM. Evaluating the effects of mixed osteolytic/osteoblastic metastasis on vertebral bone quality in a new rat model. Journal of Orthopedic Research, 30: 817-823, 2012. PMID: 22025272.

67. **Rosol TJ**, Shadduck J. *Veterinary Pathology* under the microscope: planning for the future. Veterinary Pathology, 49: 420-421. 2012.

68. Berman-Booty LD, Sargeant AM, **Rosol TJ**, Rengel RC, Clinton SK, Chen C-S, Kulp SK. A review of existing grading schemes and a proposal for a modified grading scheme for prostatic lesions in TRAMP mice. Toxicologic Pathology, 40: 5-17, 2012. PMID: 22021166.

69. Martin CK, Dirksen WP, Shu ST, Werbeck JL, Thudi NK, Yamaguchi M, Wolfe TD, Heller KN, **Rosol TJ**. Characterization of Bone Resorption in Novel In Vitro and In Vivo Models of Oral Squamous Cell Carcinoma. Oral Oncology, 48(6): 491-499, 2012. PMC3350825.

70. Shu SS, Dirksen WP, Martin CK, Thudi NK, Lanigan LM, Fernandez SA, Werbeck JL, **Rosol TJ**. Effects of parathyroid hormone-related protein and macrophage inflammatory protein-1alpha in Jurkat T-cells on tumor formation in vivo and expression of apoptosis regulatory genes in vitro. Leukemia and Lymphoma, 53: 688-698, 2012. PMC3314295.

71. Novince CM, Michalski CM, Sinder B, Entezami P, Koh AJ, Eber MR, Pettway G, **Rosol TJ**, Wronski T, Kozloff K, McCauley LK. Proteoglycan-4: A dynamic regulator of skeletogenesis and PTH skeletal anabolism. American Journal of Bone and Mineral Research, 27(1):11-25, 2012. PMID: 21932346.

2011

72. Novince CM, Koh AJ, Michalski CM, Marchesan JT, Wang J, Jung Y, Berry JE, Eber MR, **Rosol TJ**, Taichman RS, McCauley LK. Proteoglycan-4, a novel immunomodulatory factor, regulates parathyroid hormone actions on hematopoiesis. American Journal of Pathology, 179(5):2431-42, 2011. PMC3204095.

   • Chosen for the inaugural JBMR video abstract:
     www.asbmr.org/Publications/News/NewsDetail.aspx?cid=e9b37f7b-0cf0-4481-b38f-11e4632daf54

73. Shu ST, Dirksen WP, Weilbaecher KN, **Rosol TJ**. Mechanisms of humoral hypercalcemia of malignancy in leukemia/lymphoma, in 'T-Cell Leukemia', Babusikova O, Dovat S, Payne KJ (eds.), InTech (publisher), pp. 181-206, 2011. ISBN 978-953-307-400-9 (open source http://www.intechopen.com/books/show/title/t-cell-leukemia and hard cover)

74. Li X, Liao J, Park, S-I, Koh A, Pienta KJ, **Rosol TJ**, McCauley LK, Drugs which inhibit osteoclast function suppress tumor growth through calcium reduction in bone. Bone, 48:1354-1361, 2011. PMC3457787.

75. Lorch G, Viatchenko-Karpinski S, Ho H-T, Dirksen WP, Toribio RE, Foley J, Gyorke S, **Rosol TJ**. The calcium-sensing receptor is necessary for the rapid development of hypercalcemia in human lung squamous cell carcinoma. Neoplasia, 13(5): 428-438, 2011. PMC3084619.

76. Wolfe TD, Pillai SP, Hildreth, BE III, Lanigan LM, Martin CK, Werbeck JL, and **Rosol TJ**. Effect of zoledronic acid and amputation on bone invasion and lung metastasis of canine osteosarcoma in nude mice. Clinical and Experimental Metastasis, 28:377-389, 2011. PMC4284437.

77. Thudi NK, Shu ST, Martin CK, Lanigan LM, Nadella MVP, Van Bokhoven A, Werbeck JL, Simmons JK, Murahari S, Kisseberth WC, Breen M, Williams C, Chen C-S. McCauley LK, Keller ET, **Rosol TJ**. Development of a Brain Metastatic Canine Prostate Cancer Cell Line. The Prostate, 1251-1263, 2011. PMC3139788.

78. Martin CK, Tannehill-Gregg SH, **Rosol TJ**. Bone-invasive oral squamous cell carcinoma in cats: Pathology and expression of parathyroid hormone-related protein. Veterinary Pathology, 48:302-312, 2011. PMID: 20940448.

79. Thudi NK, Martin CK, Murahari S, Shu SS, Lanigan LM, Werbeck JL, Keller ET, McCauley LK, Pinzone JJ, **Rosol TJ**. Dickkopf-1 (DKK-1) stimulated prostate cancer growth and metastasis and inhibited bone formation in osteoblastic bone metastasis. The Prostate, 71:615-625, 2011. PMC3025080.

2010

80. Martin CK, Werbeck JL, Thudi NK, Lanigan LM, Wolfe TD, Toribio RE, Rosol TJ. Zoledronic acid reduces bone loss and tumor growth in an orthotopic xenograft model of osteolytic oral squamous cell carcinoma. Cancer Research, 70(21): 8607-8616, 2010. PMC2970642.

- Chosen as best national basic research manuscript by the veterinary Phi Zeta society.

81. Zabuawala T, Taffany DA, Sharma SM, Merchant A, Adair B, Srinivasan R, **Rosol TJ**, Fernandez S, Huang K, Leone G, Ostrowski MC. An Ets2-driven transcriptional program in tumor-associated macrophages promotes tumor metastasis. Cancer Research, 70 (4):1323-33, 2010. PMC2822898.

82. Rauch DA, Hurchla MA, Harding JC, Deng H, Shea LK, Eagleton MC, Niewiesk S, Lairmore MD, Piwnica-Worms D, **Rosol** TJ, Weber JD, Ratner L, Weilbaecher KN. ARF regulated bone remodeling is a therapeutic target for prevention of osteosarcoma. Plos One, 5 (12), e15755, 2010. PMC3012707.

83. **Rosol TJ**. Common endocrine diseases in domestic animals. Acta Clin. Croat. 49(2):221, 2010.

84. Toribio RE, Brown HA, Novince CM, Lanigan LM, Werbeck JL, Shu, ST, Lorch G, Carlton M, Foley J, Bokaya P, McCauley LK, **Rosol TJ**, The mid-region, nuclear localization sequence and C-terminus of PTHrP regulate skeletal morphogenesis, hematopoiesis, and viability. FASEB Journal, 24 (6): 1947-1957, 2010. PMC3140789.

85. Hildreth III BE, **Rosol TJ**, Toribio R. PTHrP 1-141 and 1-86 increase in vitro bone formation. Journal of Surgical Research, 162 (2):e9-17, 2010. PMC2921615.

86. Wang H, Karikomi M, Naidu S, Rajmohan R, Caserta E, Chen HZ, Rawahneh M, Moffitt J, Stephens, Fernandez SA, Weinstein M, Wang,D, Sadee,W, La Perle K, Stromberg P, **Rosol TJ**, Eng C, Ostrowski MC, Leone G. Allele-specific tumor spectrum in Pten knockin mice. Proceedings of the National Academy of Sciences, USA, 107 (11): 5142-5147, 2010. PMC2841921.

87. Rourke KM, Coe S, Kohn CW, **Rosol TJ**, Mendoza FJ, Toribio RE. Cloning, comparative sequence analysis and mRNA expression of calcium-transporting genes in horses. General and Comparative Endocrinology, 167 (1): 6-10, 2010. PMID: 20226785.

88. Shu ST, Martin CK, Thudi NK, Dirksen WP, **Rosol TJ**. Osteolytic bone resorption in adult T-cell leukemia/lymphoma. Leukemia & Lymphoma, 51 (4): 702-714, 2010. PMC3140789.

2009
89. Trimboli AJ, Cantemir-Stone CZ, Locally invasive F, Wallace, Thompson JC, Caserta E, Creasap N, Naidu S, Wei G, Sharma Skin mass, Fernandez SA, Stephens, Gurcan, Weinstein M, **Rosol TJ**, Stromberg PC, Robinson ML, Ostrowski MC and Leone G. Pten in Stromal Fibroblasts Suppresses Mammary Epithelial Tumors. Nature, 461(7267), 1084-1091, 2009, PMC2767301.

90. Parrula C, Zimmerman B, Nadella MVP, Shu S, **Rosol TJ**, Fernandez S, Lairmore ML, Niewiesk S. Expression of tumor invasion factors determines systemic engraftment and induction of humoral hypercalcemia of malignancy in a mouse model of adult T-cell leukemia. Veterinary Pathology, 46:1003-1014, 2009. PMC2852243.

91. Rourke KM, Kohn CW, Levine AL, **Rosol TJ**, Toribio RT. Rapid calcitonin response to experimental hypercalcemia in healthy horses. Domestic Animal Endocrinology, 36(4): 197-201, 2009. PMID:19135828.

92. **Rosol TJ**, Moore RM, Saville WJA, Oglesbee MJ, Rush LJ, Mathes LE, Lairmore MD. The need for veterinarians in biomedical research. Journal of Veterinary Medical Education, 36(1): 70-75, 2009. PMC2852242.

93. Buss DD, Atchison ML, Corps KN, Falkowski LB, Fox JG, Hendricks JC, Mexas AM, **Rosol TJ**, Stromberg, BE. Veterinarians in biomedical research: Building national capacity. Journal of Veterinary Medical Education, 36(1): 62-69, 2009. PMID:19435991.

94. Xu Z, Hurchla MA, Deng H, Uluckan O, Bu F, Berdy A, Eagleton MC, Heller EA, Floyd DH, Dirksen WP, Shu S, Tanaka Y, Fernandez SA, **Rosol TJ**, Weilbaecher KN. Interferon-gamma targets cancer cells and osteoclasts to prevent tumor associated bone loss and bone metastases. Journal of Biological Chemistry, 284(7):4658-4666, 2009. PMC2640973.

95. Pinzone JJ, Hall BM, Thudi NK, Vonau M, Qiang YW, **Rosol TJ**, Shaughnessy Jr JD. The role of Dickkopf-1 in bone development, homeostasis and disease. Blood, 113(3): 517-525, 2009. PMC2628360.

2008

96. Lairmore M, **Rosol T**. Dr. Charles C. Capen-an enduring legacy in veterinary pathology. Veterinary Pathology, 45(3): 285-286, 2008. PMID:18487482.

97. Studebaker AW, Werbeck JL, Sasser AK, Huang T, Chan MWY, Marini FC, **Rosol TJ**, and Hall BM. Fibroblasts isolated from common sites of breast cancer metastasis enhance cancer cell growth rates in an interleukin-6-dependent manner. Cancer Research (with cover photo), 68(21): 9087-9095, 2008. PMID:18974155.

98. Tsai S-Y, Opavsky R, Sharma N, Wu L, Naidu S, Nolan E, Feria-Aias E, Timmers C, Opavska J, de Bruin A, Chong J-L, Trikha P, Stromberg P, **Rosol TJ**, Leone G. Mouse development with a single E2F activator. Nature, 454:1137-1141, 2008. PMID:18594513.

99. Liao J, Li X, Koh AJ, Berry JE, Thudi N, **Rosol TJ**, Pienta KJ, McCauley LK. Tumor expressed PTHrP facilitates prostate cancer-induced osteoblastic lesions. International Journal of Cancer, 123: 2267-78, 2008. PMID:18729185.

100. Nadella MVP, Shu S, Dirksen WP, Thudi NK, Nadella KS, Fernandez SA, Lairmore MD, Green PL, **Rosol TJ**. Expression of parathyroid hormone-related protein during immortalization of human peripheral blood mononuclear cells by HTLV-1: Implications for transformation. Retrovirology, 5:46 (12 pages), 2008. PMC2435116.

101. Trimboli AJ, Fukino K, de Bruin A, Wei G, Shen L, Tanner S, Creasap N, **Rosol TJ**, Robinson ML, Eng C, Ostrowski MC, Leone G. Direct evidence for epithelial-mesenchymal transitions in breast cancer. Cancer Research, 68(3):937-945, 2008. PMID:18245497.

102. Thudi NK, Martin CK, Nadella MVP, Dirksen WP, Werbeck JL, **Rosol TJ**. Zoledronic acid decreased osteolysis but not bone metastasis in a nude mouse model of canine prostate cancer with mixed bone lesions, The Prostate, 68:1116-1125, 2008. PMC2832740.

103. Nadella MVP, Kisseberth WC, Nadella KS, Thudi NK, Thamm DH, McNeil EA, Yilmaz A, Boris-Lawrie K, **Rosol TJ**, NOD/SCID mouse model of canine T-cell lymphoma with humoral hypercalcemia of malignancy: cytokine gene expression profiling and in vivo bioluminescent imaging. Veterinary and Comparative Oncology 6(1):39-54, 2008. PMC2832741.

2007

104. Shu S, Nadella MVP, Dirksen WP, Fernandez SA, Thudi NK, Werbeck JL, Lairmore MD, **Rosol TJ**. A Novel Bioluminescent Mouse Model and Effective Therapy for Adult T-Cell Leukemia/Lymphoma. Cancer Research, 67(24):11859-66, 2007. PMC2832603.

105. Lairmore MD, Oglesbee M, Weisbrode SE, Wellman M, **Rosol TJ**, Stromberg P. Developing and fostering a dynamic program for training in veterinary pathology and clinical pathology: Veterinary students to post-graduate education. Journal of Veterinary Medical Education, 34(4): 464-472, 2007. PMC3057672.

106. Heller DA, Fan TM, de Lorimier, Charney, Barger AM, Tannehill-Gregg SH, **Rosol TJ**, and Wallig MA. COX-2 in cancer: A critical comparison of protein expression and in vitro enzymatic activity. Journal of Veterinary Internal Medicine, 21(5):1048-1055, 2007. PMID:17939563.

107. Kisseberth WC, Nadella MVP, Breen M, Thomas R, Duke SE, Murahari S, Kosarek CE, Vernau W, Avery AC, Burkhard MJ, **Rosol TJ**. A novel canine lymphoma cell line: a translational and comparative model for lymphoma research. Leukemia Research, 31(12)1709-1720, 2007. PMID:17532464.

108. Liu J, Li J, **Rosol TJ**, Pan X, Voorhees JL. Biodegradable nanoparticles for targeted ultrasound imaging of breast cancer cells *in vitro*. Physics in Medicine and Biology, **52**:4739–4747, 2007. PMID:17671332.

109. Lorch G, Gilmore JL, Koltz PF, Gonterman RM, Laughner R, Lewis DA, Konger RL, Nadella KS, Toribio RE, **Rosol TJ**, Foley J. Inhibition of epidermal growth factor receptor signaling reduces hypercalcemia induced by human lung squamous-cell carcinoma in athymic mice. British Journal of Cancer, 97(2):183-193, 2007. PMC2360295.

110. Nadella MVP, Dirksen WP, Nadella KS, Shu S, Morgenstern, Richard V, Fernandez S, Guttridge D, and **Rosol TJ**. Transcriptional regulation of parathyroid hormone-related protein promoter P2 by NFκB in adult T-cell leukemia. Leukemia, 21(8):1752-1762, 2007. PMC2676796.

111. Alvarez FJ, Murahari S, Couto CG, **Rosol TJ**, Kulp SK, Chen C-S, and Kisseberth WC. 3-Phosphoinositide-dependent protein kinase-1 (PDK-1)/Akt signaling and inhibition in a canine prostate carcinoma cell line. Veterinary and Comparative Oncology, 5:47-58, 2007. PMID:19754801.

112. Toribio RE, Kohn CW, **Rosol TJ**. Hypercalcemia induces hypomagnesemia, hypokalemia, and hyperphosphatemia with increased urinary excretion of electrolytes in horses. American Journal of Veterinary Research, 68(5):543-554, 2007. PMID:17472456.

113. Deng X, Tannehill-Gregg S, Nadella MVP, He G, Levine A, **Rosol TJ**. Parathyroid hormone-related protein and ezrin are upregulated in human lung cancer bone metastases. Clinical & Experimental Metastasis, 24(2):107-119, 2007. PMID:17370040.

2006

114. Halvorson KG, Sevcik MA, Ghilardi JR, **Rosol TJ**, Mantyh PW. Similarities and differences in tumor growth, skeletal remodeling and pain in an osteolytic and osteoblastic model of bone cancer. Clinical Journal of Pain, 22(7):587-600, 2006. PMID:16926574.

115. Jia G, Heverhagen JT, Henry H, Polzer H, Baudendistel KT, Tengg-Koblik H, Levine AL, **Rosol** TJ, Knopp MV. Pharmacokinetic parameters as a potential predictor to pharmacotherapy in benign prostatic hyperplasia: A preclinical trial using dynamic contrast-enhanced MRI. Magnetic Resonance Imaging, 6:721-725, 2006. PMID:16824967.

116. Jia G, Heverhagen JT, Polzer, H, Jacko RV, Liang J, Zhang J, Levine AL, **Rosol TJ**, Knopp MV. Dynamic contrast enhanced magnetic resonance imaging as a biologic marker to noninvasively assess the effect of finasteride on prostatic suburethral microcirculation. Journal of Urology, 176:2299-2304, 2006. PMID:17070316.

117. LeRoy BE, Nadella MVP, Thudi NK, Toribio RE, Tannehill-Gregg SH, Davis D, Corn S, **Rosol TJ**. New bone formation and osteolysis by a metastatic, highly invasive canine prostate carcinoma xenograft. The Prostate, 66:1213-1222, 2006. PMID: 16683269.

118. Tannehill-Gregg SH, Levine AL, Nadella MVP, Iguchi H, **Rosol TJ**. The effect of zoledronic acid and osteoprotegerin on growth of human lung cancer in the tibias of nude mice. Clinical and Experimental Metastasis, 23(1):19-31, 2006. PMID: 16715352.

119. Tannehill-Gregg SH, Levine AL, **Rosol TJ**. Feline head and neck squamous cell carcinoma: A natural model for the human disease and development of a mouse model. Veterinary and Comparative Oncology, 4(2):84-97, 2006. PMID: 19754818.

120. Jia G, Baudendistel KT, von Tengg-Kobligk H, Heverhagen JT, Polzer H, Henry H, McAuliffe MJ, Levine AJ, **Rosol TJ**, Knopp MV. Assessing prostate volume by magnetic resonance imaging: A comparison of different measurement approaches for organ volume analysis (summary and editorial comment). The Journal of Urology, 175:228-229, 2006.

121. Liu J, Levine AL, Mattoon JS, Yamaguchi M, Lee RJ, **Rosol TJ**. Nanoparticles as image-enhancing agents for ultrasonography. Physics in Medicine and Biology, 51:2179-2189, 2006. PMID:16625034.

2005

122. Halvorson, KG, Kubota K, Sevcik, MA, Lindsay TH, Sotillo JE, Ghilardi JR, **Rosol TJ**, Shelton DL, Mantyh PW. A blocking antibody to nerve growth factor attenuates skeletal pain induced by prostate tumor cells growing in bone. Cancer Research, 65:9426-9435, 2005. PMID:16230406.

123. Richard V, **Rosol TJ**, Foley J. PTHrP gene expression in cancer: Do all paths lead to Ets? Critical Reviews in Eukaryotic Gene Expression, 15:115-132, 2005. PMC2832739.

124. Yee LD, Young DC, **Rosol TJ**, Van Buskirk AM, Clinton SK. Dietary n-3 polyunsaturated fatty acids inhibit mammary tumorigenesis in her2/neu transgenic mice independently of the PPARγ ligand rosiglitazone. Journal of Nutrition, 135:983-988, 2005. PMID: 15867269.

125. Richard V, Nadella MVP, Luchin AI, Green PL, Lairmore MD, Feuer G, Foley JG, **Rosol TJ**. Transcriptional regulation of parathyroid hormone-related protein promoter P3 by Ets-1 in adult T-cell leukemia/lymphoma. Leukemia, 19: 1175-1183, 2005. PMC2661941.

126. Toribio RE, Kohn CW, Hardy J, **Rosol TJ**. Alterations in serum parathyroid hormone and electrolyte concentrations and urinary excretion of electrolytes in horses with induced endotoxemia. Journal of Veterinary Internal Medicine, 19:223-231, 2005. PMID:15822568.

127. Jia G, Heverhagen JT, Baudendistel KT, von Tengg-Koblit H, McAuliffe MJ, Levine AL, **Rosol TJ**, Knopp MV. Assessing the prostate volume by magnetic resonance imaging: A comparison of different measurement approaches for organ volume analysis. Investigative Radiology, 40:243-248, 2005. PMID:15770143.

2004

128. Heverhagen JT, von Tengg-Koblit H, Baudendistel KT, Jia G, Polzer H, Henry H, Levine AJ, **Rosol TJ**, Knopp M. Benign prostatic hyperplasia – Evaluation of treatment response with DCE-MRI. – Magnetic Resonance Materials in Physics, Biology and Medicine (MAGMA), 17:5-11, 2004.

129. Sellers RS, Luchin AI, Richard V, Brena RM, **Rosol TJ**. Alternative splicing of the parathyroid hormone-related protein mRNA: expression and stability. Journal of Molecular Endocrinology, 33: 227-241, 2004. PMC3049244.

130. Sankar U, Patel K, **Rosol TJ**, Ostrowski MC. Op coordinates cell cycle withdrawal and differentiation in osteoclasts through cyclin-dependent kinase inhibitors p27KIP1 and p21CIP1. Journal of Bone and Mineral Research, 19:1339-1348, 2004.

131. Dai Z, Auer H, Leone G, Morrison C, Otterson G, Popkie A, Timmers C, Tannehill-Gregg SH, **Rosol TJ**, Plass C. Bone morphogenic protein 3B (BMP3B) silencing in non-small lung cancer. Oncogene, 23:3521-3529, 2004.

132. Kunakornsawat S, **Rosol TJ**, Capen CC, Omdahl JL, LeRoy BE, Inpanbutr N. Effects of 1,25-dihydroxyvitamin D3, 25-hydroxyvitamin D3, and EB1089 on cell growth and vitamin D receptor mRNA and 1-alpha-hydroxylase mRNA expression in primary cultures of the canine prostate. Journal of Steroid Biochemistry & Molecular Biology, 89-90: 409-412, 2004.

133. Tannehill-Gregg SH, Kusewitt D, **Rosol TJ**, Weinstein M. The roles of Smad2 and Smad3 in the development of chemically induced skin tumors in mice. Veterinary Pathology, 41(3):278-282, 2004.

134. Cho Y-M., Lewis DA, Koltz PF, Richard V, **Rosol TJ**, Konger R, Spandau, Foley J. Regulation of parathyroid hormone-related protein gene expression by EGF family ligands in primary human keratinocytes. J. Endocrinology, 181: 179-190, 2004.

135. **Rosol TJ**, Tannehill-Gregg SH, Corn S, Schneider A, McCauley LK. Animal models of bone metastasis. Cancer Treatment and Research, 118: 47-81, 2004. PMC3057671.

136. LeRoy BE, Nadella MV, Toribio RE, Leav I, **Rosol TJ**. Canine prostate carcinomas express markers of urothelial and prostatic differentiation. Veterinary Pathology, 41: 131-140, 2004.

137. Sellers RS, LeRoy BE, Blomme EAG, Corn S, **Rosol TJ.** Effects of transforming growth factor-beta1 on parathyroid hormone-related protein mRNA expression and protein secretion in canine prostate epithelial, stromal, and carcinoma cells. The Prostate, 58: 366-373, 2004.

138. LeRoy BE, Sellers RS, **Rosol TJ**. Canine prostate stimulates osteoblast function using the endothelin receptors. The Prostate, 59: 148-156, 2004.

2003

139. Toribio RE, Kohn CW, Capen CC, **Rosol TJ**. Parathyroid hormone (PTH) secretion, PTH mRNA and calcium-sensing receptor mRNA expression in equine parathyroid cells, and effects of interleukin (IL)-1, IL-6, and tumor necrosis factor-alpha on equine parathyroid cell function, Journal of Molecular Endocrinology, 31(3): 609-20, 2003.

140. Richard V, Luchin A, Brena RM, Plass C, **Rosol TJ**. Quantitative evaluation of alternative promoter usage and 3' splice variants for parathyroid hormone-related protein by real-time reverse transcription-PCR. Clinical Chemistry, 44: 1398-1402, 2003.

141. Kalikin LM, Schneider A, Thakur MA, Fridman Y, Griffin LB, Dunn RL, **Rosol TJ,** Shah RB, Rehemtulla A, McCauley LK, Pienta KJ. In vivo visualization of metastatic prostate cancer and quantitation of disease progression in immunocompromised mice. Cancer Biology & Therapy, 2:6, 17-17, 2003.

142. McCauley LK, Tözüm TF, Kozloff KM, Koh-Paige AJ, Chen C, Demashkeih M, Cronovich H, Richard V, **Rosol TJ,** Goldstein S. Transgenic models of metabolic bone disease: Impact of estrogen on skeletal metabolism, Connective Tissue Research, 44 (S1): 250-264, 2003.

143. de Bruin A, Wu L, Saavedra HI, Wilson P, Yang Y, **Rosol TJ**, Weinstein M, Robinson ML, and Leone G. Rb function in extraembryonic lineages suppresses apoptosis in the central nervous system of Rb-deficient mice. Proceeding of the National Academy of Sciences, USA, 100 (11):6546-6551, 2003. PMC164483

144. **Rosol TJ**, Tannehill-Gregg SH, LeRoy BE, Mandl S, Contag CH. Animal models of bone metastasis. Cancer, 97:748-757, 2003.

145. Wu L, de Bruin A, Saavedra, HI, Starovic M, Trimboli A, Yang Y, Opavska, J, Wilson P, Thompson JC, Ostrowski MC **Rosol TJ**, Woollett LA, Weinstein M, Cross JC, Robinson ML, Leone G. Extra-embryonic function of Rb is essential for embryonic development and viability. Nature, 421:942-947, 2003.

146. Toribio RE, Kohn CW, Sams RA, Capen CC, **Rosol TJ**. Hysteresis and calcium set-point for the calcium parathyroid hormone relationship in healthy horses. General & Comparative Endocrinology, 130:279-288, 2003.

147. Toribio RE, Kohn CW, Leone GW, Capen CC, **Rosol TJ**. Molecular cloning and expression of equine calcitonin, calcitonin gene-related peptide-I, and calcitonin gene-related peptide-II. Molecular & Cellular Endocrinology, 199:119-128, 2003.

2002

148. LeRoy BE, Bahnson RR, **Rosol TJ.** New bone formation in nude mouse calvaria by canine prostate tissue. Molecular & Cellular Endocrinology, 197:257-263, 2002.

149. Saavendra HI, Wu L, de Bruin A, Timmers C, **Rosol TJ**, Weinstein M, Robinson ML, Leone G. Specificity of E2F1, E2F2, E2F3 in mediating phenotypes induced by loss of Rb1. Cell Growth & Differentiation, 13 (5): 215-225, 2002.

150. Bollinger AP, Graham PA, Richard V, **Rosol TJ**, Nachreiner RF, Refsal KR. Detection of parathyroid hormone-related protein (PTHrP) in cats with hypercalcemia of malignancy. Veterinary Clinical Pathology, 31(1): 3-8, 2002.

151. Liu Y, Dole K, Stanley JRL, Richard V, **Rosol TJ**, Ratner L, Lairmore MD, Feuer G. Engraftment and tumorigenesis of HTLV-1 transformed cell lines in SCID/bg and NOD/SCID mice. Leukemia Research, 26:561-567, 2002.

152. Kunakornsawat S, **Rosol TJ**, Capen CC, Reddy GS, Binderup L, Inpanbutr N. Effects of 1,25-dihydroxyvitamin D3 and its analogs (EB1089 and analog V) on canine adenocarcinoma (CAC-8) in nude mice. Biological & Pharmaceutical Bulletin, 25:642-647, 2002.

153. McCauley LK, Tözüm TF, **Rosol TJ**. Skeletal phenotypes of estrogen receptor deficient mice. Critical Reviews in Eukaryotic Gene Expression, 12(2):89-100, 2002.

154. LeRoy B, Bahnson R, **Rosol TJ**. Model of osteoblastic bone metastasis: Bone induction in nude mouse calvaria by canine prostate tissue. The Prostate, 50:104-111, 2002.

155. Sellers RS, Capen CC, **Rosol TJ**. Messenger RNA stability of parathyroid hormone-related protein regulated by transforming growth factor-β1. Molecular & Cellular Endocrinology, 188:37-46, 2002.

156. Pressler BM, Rotstein, Law JM, **Rosol TJ**, LeRoy B, Keene BW, Jackson MW. Hypercalcemia and high parathyroid hormone-related protein concentration associated with malignant melanoma in a dog. Journal of the American Veterinary Medical Association, 221(2):263-265, 2002.

157. Kiku Y, Masuzawa H, Ohtsuka H, Terasaki N, Fukuda S, Kon-nai S, Koiwa M, Yokomizo Y, Sato H, **Rosol TJ**, Okada H, Yoshino T. Effects of chloropromazine, pentoxifylline and dexamethasone on PTHrP expression of lipopolysaccharide-induced inflammatory cytokines in bovine peripheral blood mononuclear cells. Journal of Veterinary Medical Science, 64(8): 723-726, 2002.

158. Gröne A, Weckmann MT, and **Rosol TJ**. Cloning and sequencing of the 3'-region of the canine PTHrP gene and analysis of alternate mRNA splicing in two canine carcinomas. Domestic Animal Endocrinology, 22:169-177, 2002.

159. Toribio RE, Kohn CW, Chew DJ, Capen CC, **Rosol TJ**. Cloning and sequence analysis of the complementary DNA for feline preproparathyroid hormone. American Journal of Veterinary Research, 63(2):194-197, 2002.

2001
160. Tannehill-Gregg SH, Ahaus E, **Rosol TJ**. Feline head and neck squamous cell carcinoma cell line: Characterization, production of parathyroid hormone-related protein, and regulation by TGFß. *In Vitro* Cellular & Developmental Biology, 37:676-683, 2001.

161. Kunakornsawat, S, **Rosol, TJ**, Capen, CC, Middleton, R, Hanah, SS, Inpanbutr, N. Effects of 1,25-dihydroxyvitamin D$_3$ and its analogs (EB1089 and analog V) on parathyroid hormone-related protein (PTHrP) and cell growth in canine squamous cell carcinoma (SCC2/88). Anticancer Research, 21(5):3355-3363, 2001.

162. Luchin A, Suchting S, Merson T, **Rosol TJ**, Hume DA, Cassady AI, Ostrowski MC. Genetic and physical interactions between *microphthalmia* transcription factor and PU.1 are necessary for osteoclast gene expression and differentiation. Journal of Biological Chemistry, 276:36703-10, 2001.

163. Richard V, Lairmore MD, Green PL, Feuer G, Erbe RS, Albrecht B, D'Souza C, Keller ET, **Rosol TJ**. Humoral hypercalcemia of malignancy: SCID/beige mouse model of adult T-cell lymphoma independent of human T-cell lymphotrophic virus type-1 PTHrP expression. American Journal of Pathology, 158:2219-2228, 2001. PMC1891995.

164. **Rosol TJ**, Yarrington JT, Latendresse J, Capen CC. Adrenal gland: Structure, function, and mechanisms of toxicity. Toxicologic Pathology, 29:41-48, 2001.

165. Toribio RE, Kohn CW, Chew DJ, Sams RA, **Rosol TJ**. Comparison of serum parathyroid hormone and ionized calcium and magnesium concentrations and fractional urinary clearance of calcium and phosphorus in healthy horses and horses with enterocolitis. American Journal of Veterinary Research, 62(6):938-47, 2001.

2000

166. **Rosol TJ**. Pathogenesis of bone metastases: Role of tumor-related proteins. Journal of Bone and Mineral Research, 15:844-850, 2000 **(Invited Editorial)**

167. Sellers RS, Schuller DE, Sharma PK, Tannehill-Gregg SH, Capen CC, **Rosol TJ**. Head and neck squamous cell carcinoma: Measurement of plasma parathyroid hormone-related protein and serum and urine calcium concentrations. Otolaryngology – Head & Neck Surgery, 123:558-562, 2000.

1999

168. Okada H, Miyake Y, Ohtsuka H, Kiu Y, Fukuka S, Watanabe A, Yokomizo Y, **Rosol TJ**, Yoshino T. Effects of isoprothiolane on cell growth of cultured bovine mammary epithelial cells. Journal of Veterinary Medical Science, 61:553-556, 1999.

169. Dougherty KM, Blomme EAG, Koh AJ, Henderson JE, Pienta KJ, **Rosol TJ**, McCauley LK. Parathyroid hormone-related protein as a growth regulator of prostate carcinoma. Cancer Research, 59:6015-6022, 1999.

170. Koh AJ, Beecher, **Rosol TJ**, McCauley LK. 3',5'-Cyclic adenosine monophosphate activation in osteoblastic cells: Effects on parathyroid hormone-1 receptors and osteoblastic differentiation *in vitro*. Endocrinology, 140:3154-62, 1999.

171. Wojcik SF, Capen CC, **Rosol TJ**. Expression of PTHrP and the PTH/PTHrP receptor in purified alveolar epithelial cells, myoepithelial cells, and stromal fibroblasts derived from the lactating rat mammary gland. Experimental Cell Research, 249:415-422, 1999.

172. Blomme, EAG, Dougherty KM, Pienta KJ, Capen CC, **Rosol TJ**, McCauley LK. Skeletal metastasis of prostate adenocarcinoma in rats: Morphometric analysis and role of parathyroid hormone-related protein. The Prostate, 39:187-197, 1999.

173. Blomme EAG, Capen CC, **Rosol TJ**. Spatial and temporal expression of parathyroid hormone-related protein during wound healing. Journal of Investigative Dermatology, 112:101-108, 1999.

174. Okada H, Ohtsuka H, Kon-nai S, Kirisawa R, Yokomizo Y, Yoshino T, **Rosol TJ**. Effects of lipopolysaccharide on production of interleukin-1 and interleukin-6 by bovine mammary epithelial cells *in vitro*. Journal of Veterinary Medical Science, 61:33-35, 1999.

175. Blomme EAG, Sugimoto Y, Lin YC, Capen CC, **Rosol TJ**. Parathyroid hormone-related protein is a positive regulator of keratinocyte growth factor expression by normal dermal fibroblasts. Molecular and Cellular Endocrinology, 152:189-197, 1999.

1998

176. Gröne A, Weckmann MT, Capen CC, and **Rosol TJ**. Regulation of Parathyroid Hormone-Related Protein Expression in a Canine Squamous Carcinoma Cell Line by Colchicine. Toxicologic and Experimental Pathology, 50:365-370, 1998.

177. Doss JC, Gröne A, Capen CC, and **Rosol TJ**. Immunohistochemical localization of chromogranin A in endocrine tissues and endocrine tumors of dogs. Veterinary Pathology, 35:306-309, 1998.

178. Gröne A, Weckmann MT, Blomme EAG, Wojcik SF, Capen CC, and **Rosol TJ**. Dependence of Humoral Hypercalcemia of Malignancy on Parathyroid Hormone-related Protein Expression in the Canine Anal Sac Apocrine Gland Adenocarcinoma (CAC-8) Nude Mouse Model. Veterinary Pathology, 344-351, 1998.

179. Blomme EAG, Sugimoto Y, McCauley LK, Lin YC, Capen CC, **Rosol TJ**. Stromal and epithelial cells of the canine prostate express parathyroid hormone-related protein, but not the PTH/PTHrP receptor. The Prostate, 36:110-120, 1998.

180. Blomme EAG, Werkmeister JR, Zhou H, Kartsogiannis V, Capen CC, **Rosol TJ**. Parathyroid hormone-related protein expression and secretion in a skin organotypic culture system. Endocrine, 8:143-151, 1998.

181. Werkmeister JR, Blomme E, Weckmann MT, Gröne A, McCauley LK, Wade AB, O'Rourke J, Capen CC, **Rosol TJ**. Effects of transforming growth factor-β1 on parathyroid hormone-related protein expression by normal human keratinocytes. Endocrine, 8:291-299, 1998.

182. Wojcik SF, Schanbacher FL, McCauley LK, Zhou H, Kartsogiannis V, Capen CC, **Rosol TJ**. Cloning of bovine parathyroid hormone-related protein (PTHrP) cDNA and expression of PTHrP mRNA in the bovine mammary gland. Journal of Molecular Endocrinology, 20: 271-280, 1998.

183. Blomme EAG, Weckmann MT, Capen CC, **Rosol TJ**. Influence of extracellular matrix macromolecules on normal human keratinocyte phenotype and parathyroid hormone-related protein secretion and expression *in vitro*. Experimental Cell Research, 238:204-215,1998.

1997

184. Okada H, Ito T, Ohtsuka H, Kirisawa R, Irai H, Yamashita K, Yoshino T, **Rosol TJ**. Detection of interleukin-1 and interleukin-6 on cryopreserved bovine mammary epithelial cells *in vitro*. Japanese Journal of Veterinary Science, 59:503-507, 1997.

185. Weckmann MT, Gröne A, Werkmeister JR, McCauley LK, Capen CC, **Rosol TJ**. Regulation of parathyroid hormone secretion and mRNA expression in normal human keratinocytes and a squamous carcinoma cell line. Experimental Cell Research, 232:79-89, 1997.

186. McCauley LK, Koh AJ, Beecher, **Rosol TJ**. The Proto-oncogene *c-fos* is transcriptionally regulated by PTH and PTHrP in a cAMP-dependent manner in osteoblastic cells, Endocrinology, 138:5427-5433, 1997.

187. Gröne A, McCauley LK, Capen CC, **Rosol TJ**. Parathyroid hormone/parathyroid hormone-related protein receptor expression in nude mice with a transplantable canine apocrine adenocarcinoma (CAC-8) and humoral hypercalcemia of malignancy. Journal of Endocrinology, 153:123-129, 1997.

188. Okada H, Nishijima Y, Yoshino T, Gröne A, Capen CC, **Rosol TJ**. Immunohistochemical localization of parathyroid hormone-related protein in canine mammary tumors. Veterinary Pathology, 34:356-359, 1997.

1996

189. Okada H, Schanbacher FL, McCauley LK, Weckmann MT, Capen CC, **Rosol TJ**. In vitro model of parathyroid hormone-related protein secretion from mammary cells isolated from lactating cows. Domestic Animal Endocrinology, 13:399-410, 1996.

190. Gröne A, Weckmann MT, Steinmeyer CL, Capen CC, **Rosol TJ**. Altered parathyroid hormone-related protein expression in squamous carcinoma cells in monolayer and 3-dimensional cultures. European Journal of Endocrinology, 135:498-505, 1996. **(*Manuscript was chosen by the Ohio State University College of Veterinary Medicine Council of Research to be submitted to the national Phi Zeta annual competition for graduate student research*)**

191. McCauley LK, Koh AJ, Beecher, Cui Y, **Rosol TJ**, Franceschi RT. The PTH/PTHrP receptor is temporally regulated during osteoblast differentiation and is associated with collagen synthesis. Journal of Cellular Biochemistry, 61:638-647, 1996.

192. Gröne A, Weckmann MT, Capen CC, **Rosol TJ**. Canine glyceraldehydes-3-phosphate dehydrogenase (GAPDH) complementary DNA: Polymerase chain reaction amplification, cloning, partial sequence analysis and use as a loading control in Rnase protection assays. <u>American Journal of Veterinary Research</u>, 57:254-257, 1996.

1995

193. **Rosol TJ**, Steinmeyer CL, McCauley LK, Gröne A, DeWille JW, Capen CC. Sequences of the cDNAs encoding canine parathyroid hormone-related protein and parathyroid hormone. <u>Gene</u>, 60:241-243, 1995.

194. Okada H, Capen CC, **Rosol TJ**. Immunohistochemical demonstration of parathyroid hormone-related protein in sheep thyroid gland. <u>Veterinary Pathology</u>, 32:315-317, 1995.

195. Okada H, Merryman Jl, Capen CC, **Rosol TJ**. Ultrastructural and histomorphometric evaluations of gallium nitrate on bone in nude mice bearing a canine adenocarcinoma (CAC-8) model of humoral hypercalcemia of malignancy. <u>Veterinary Pathology</u>, 32:36-42, 1995.

196. Tabuenca A, Mohan S, Garberoglio, Borgen, **Rosol TJ**, Linkhart TA. Parathyroid hormone-related protein is not the primary osteolytic factor produced by breast tumor cells in vitro. <u>World Journal of Surgery</u>, 19:292-298, 1995.

1994

197. McCauley LK, Beecher, Melton MA, Werkmeister JR, Jüppner H, Abou-Samra A-B, Segre GV, **Rosol TJ**. Transforming growth factor-ß1 regulates steady state PTH/PTHrP receptor levels and PTH binding in ROS 17/2.8 osteosarcoma cells. <u>Molecular and Cellular Endocrinology</u>, 101:331-336, 1994.

198. **Rosol TJ**, Chew DJ, Hammer AS, Ward H, Peterson JL, Carothers MA, Couto CG. Effect of mithramycin on hypercalcemia in dogs. <u>Journal of the American Animal Hospital Association</u>, 30:244-250, 1994.

199. Gröne A, Werkmeister JR, Steinmeyer CL, Capen CC, **Rosol TJ**. Parathyroid hormone-related protein in normal and neoplastic canine tissues: Immunohistochemical and biochemical extraction. <u>Veterinary Pathology</u>, 31(3):308-315, 1994.

200. Okada H, Merryman Jl, **Rosol TJ**, Capen CC. Effects of humoral hypercalcemia of malignancy and gallium nitrate on thyroid C-cells in nude mice: Immunohistochemical and ultrastructural investigations. <u>Veterinary Pathology</u>, 31(3):349-357,1994.

201. Matias-Guiu X, Prat J, Young RH, Capen CC, **Rosol TJ**, DeLellis RA, Scully RE. Human parathyroid hormone-related protein (PTHrP) in ovarian small cell carcinomas. An immunohistochemical study. <u>Cancer</u>, 73:1878-1881, 1994.

202. Merryman Jl, DeWille J, Werkmeister JR, Capen CC, **Rosol TJ**. Effects of transforming growth factor-β on parathyroid hormone-related protein production and mRNA expression by a squamous cell carcinoma cell line *in vitro*. <u>Endocrinology</u>, 134:2424-2430, 1994.

203. Merryman Jl, Capen CC, **Rosol TJ**. Effects of gallium nitrate in nude mice bearing a canine adenocarcinoma (CAC-8) model of humoral hypercalcemia of malignancy. <u>Journal of Bone and Mineral Research</u>, 9:725-732, 1994.

204. **Rosol TJ**, Gröne A, Werkmeister JR, Weckmann MT, Capen CC. Production of parathyroid hormone-related protein by normal and neoplastic keratinocytes. <u>Journal of Bone and Mineral Metabolism</u>, 12:S161-164,1994.

205. Capen CC, Okada H, Merryman JI, **Rosol TJ**. Effects of gallium nitrate in nude mice bearing a canine adenocarcinoma model of humoral hypercalcemia of malignancy: Biochemical, histomorphometric, and ultrastructural investigations. Journal of Bone and Mineral Metabolism, 12:S165-168,1994.

206. Okada H, Schanbacher FL, McCauley LK, Capen CC, Weckmann MT, **Rosol TJ**. Secretion of parathyroid hormone-related protein by bovine mammary cells *in vitro*. Journal of Bone and Mineral Metabolism, 12:S157-160, 1994.

1993

207. Kukreja SC, **Rosol TJ**, D'Anza JJ, Wimbicus SA. Effect of transforming growth factor alpha, parathyroid hormone-related protein, or their combination on bone histomorphometry. Bone and Mineral, 23:105-111, 1993.

208. Merryman JI, McCauley LK, Werkmeister JR, Suter M, Capen CC, **Rosol TJ**. Regulation of parathyroid hormone-related protein production by a squamous cell carcinoma cell line *in vitro*. Laboratory Investigation, 69:347-354, 1993.

209. Werkmeister JR, Merryman JI, McCauley LK, Horton JE, Capen CC, and **Rosol TJ**. Parathyroid hormone-related protein production by normal human keratinocytes *in vitro*. Experimental Cell Research, 208:68-74, 1993.

210. Nohutcu RM, McCauley LK, Horton JE, Capen CC, **Rosol TJ**. Effects of hormones and cytokines on intracellular calcium concentration in human and canine periodontal ligament cells. Archives of Oral Biology, 38:871-879, 1993

211. Au JL-S, Wientjes G, **Rosol TJ**, Koolemans-Beynen A, Goebel E, Schuller DE. Histocultures of patient head and neck tumors for pharmacodynamics studies, Pharmaceutical Research, 10:1493-1499, 1993.

212. Reiswig JD, Threlfall, WR, **Rosol TJ**. A comparison of endometrial biopsy, culture, and cytology during oestrus and diestrus in the horse. Equine Veterinary Journal, 25:240-241, 1993.

213. **Rosol TJ**, Steinmeyer CL, McCauley LK, Merryman JI, Werkmeister JR, Gröne A, Weckmann MT, Swayne DE, Capen CC. Characterization of chicken polyclonal anti-peptide antibodies specific for human parathyroid hormone-related protein (1-36). Veterinary Immunology and Immunopathology, 35:321-337, 1993.

1992

214. Rosol TJ, Nagode LA, Couto CG, Hammer AS, Chew DJ, Peterson JL, Ayl RD, Steinmeyer CL, Capen CC. Parathyroid hormone-related protein, parathyroid hormone, and 1,25-dihydroxyvitamin D in dogs with cancer-associated hypercalcemia. Endocrinology, 131:1157-1164, 1992.

215. McCauley LK, Rosol TJ, Capen CC. Effects of cyclosporine A on rat osteoblasts (ROS 17/2.8 cells) in vitro. Calcified Tissue International, 51:291-297, 1992.

216. Gröne A, Rosol TJ, Capen CC. Effects of humoral hypercalcemia of malignancy on the parathyroid gland in nude mice: Morphometric and ultrastructural studies. Veterinary Pathology, 29:343-350, 1992.

217. Rosol TJ, Chew DJ, Couto CG, Ayl R, Nagode LA, Capen CC. Effects of mithramycin on calcium metabolism and bone in dogs. Veterinary Pathology, 29:223-229, 1992.

218. Dimski DA, Buffington CA, Johnson SE, Sherding RG, Armstrong PJ, Rosol TJ. Serum lipoproteins and pathology of the liver in obese cats undergoing rapid weight loss. American Journal of Veterinary Research, 53:1259-1262, 1992.

219. Stromberg PC, Rosol TJ, Grants IS, Mezza LE.  Transplantation of large granular lymphocyte leukemia in congenitally athymic rats.  Veterinary Pathology, 29:216-222, 1992.

220. McCauley LK, Rosol TJ, Merryman JI, Capen CC.  Parathyroid hormone-related protein binding to human T cell lymphotropic virus type 1-infected lymphocytes.  Endocrinology, 130:300-306, 1992.

221. Schmittgen TD, Koolemans-Beynen A, Webb TE, Rosol TJ, Au JL-S.  Pharmacodynamics of 5-fluorouracil, leucovorin, and glucarate in rat colon tumor explants.  Cancer Chemotherapy and Pharmacology, 30:25-30, 1992.

1991

222. Shevrin DH, Gorney KI, **Rosol TJ**, Kukreja SC.  Effect of etidronate disodium (EHDP) on the development of bone lesions in an animal model of bone metastasis using the human prostate cancer cell line PC-3. Prostate, 19:149-154, 1991.

223. **Rosol TJ**, Merryman JI, McCauley LK, Capen CC.  Effects of transforming growth factor-α on parathyroid hormone and parathyroid hormone-related protein-mediated bone resorption and adenylate cyclase stimulation in vitro.  Domestic Animal Endocrinology, 8:501-509, 1991.

224. McCauley LK, **Rosol TJ**, Stromberg PS, Capen CC.  *In vivo* and *in vitro* effects of interleukin-1α and cyclosporine A in mice.  Toxicologic Pathology, 19:1-10, 1991.

225. Saito S, Ngan P, **Rosol TJ**, Shanfeld J, Davidovitch Z.  Involvement of PGE synthesis in the effect of intermittent pressure and interleukin-1ß on bone resorption.  Journal of Dental Research, 70:27-33, 1991.

1990

226. Barengolts EI, Gajardo HF, **Rosol TJ**, D'Anza JJ, Botsis J, Kukreja SC.  Effects of progesterone on post-ovariectomy bone loss in aged rats.  Journal of Bone and Mineral Research, 5:1143-1147, 1990.

227. **Rosol TJ**, Stromberg PS.  Effects of large granular lymphocyte leukemia on bone in rats.  Veterinary Pathology, 27:391-396, 1990.

228. Saito S, **Rosol TJ**, Saito M, Ngan PW, Shanfeld J, Davidovitch Z.  Bone resorbing activity and prostaglandin E produced by human periodontal ligament cells in vitro.  Journal of Bone and Mineral Research, 5:1013-1018, 1990.

229. Kukreja SC, **Rosol TJ**, Wimbicus SA, Shevrin DH, Grill V, Barengolts EI, Martin TJ.  Tumor resection and antibodies to parathyroid hormone-related protein cause similar changes on bone morphometry in hypercalcemic athymic mice bearing a human tumor.  Endocrinology, 127:305-310, 1990.

230. **Rosol TJ**, Capen CC, Steinmeyer CL, Danks JA, Suva LJ, Hayman J, Ebeling PR, Martin TJ.  Identification of parathyroid hormone-related protein (PTHrP) in canine apocrine adenocarcinoma of the anal sac.  Veterinary Pathology, 27:89-95, 1990.

1989

231. Merryman JI, **Rosol TJ**, Capen CC, Brooks CL.  Separation of parathyroid hormone-like activity from transforming growth factor α and ß in the canine adenocarcinoma (CAC-8) model of humoral hypercalcemia of malignancy. Endocrinology, 124:2456-2463, 1989.

232. McCauley LK, **Rosol TJ**, Capen CC, Horton JE.  A comparison of bone turnover in athymic (nude) and euthymic mice.  Biochemical, histomorphometric, bone ash, and in vitro studies.  Bone, 10:29-34, 1989.

233. McCauley LK, **Rosol TJ**, Capen CC, Shanfeld JL, Horton, JE. Investigations on in vitro bone resorbing activity from athymic (nude) and euthymic mouse splenic lymphocytes. Bone, 10:389-394, 1989.

234. **Rosol TJ**, Capen CC. Tumors of the parathyroid gland and circulating parathyroid hormone-like proteins. Toxicologic Pathology, 17:346-356, 1989.

235. Capen CC, **Rosol TJ**. Recent Advances in the structure and function of the parathyroid gland in animals and the effects of xenobiotics. Toxicologic Pathology, 17:333-345, 1989.

236. Lopate C, Threlfall WR, **Rosol TJ**. Histopathologic and gross effects of testicular biopsy in the dog. Theriogenology, 32:585-602, 1989.

1988

237. **Rosol TJ**, Capen CC, Horst RL. Effects of infusion of human parathyroid hormone-related protein (1-40) in nude mice. Histomorphometric and biochemical investigations. Journal of Bone and Mineral Research 3:699-706, 1988.

238. Kukreja SC, **Rosol TJ**, Shevrin DH, York PA. Quantitative bone histomorphometry in nude mice bearing a human squamous cell carcinoma. Journal of Bone and Mineral Research 3:341-346, 1988. PMCID: PMC442751

239. **Rosol TJ**, Capen CC. Inhibition of in vitro bone resorption by a parathyroid hormone receptor antagonist in the canine adenocarcinoma model of humoral hypercalcemia of malignancy. Endocrinology 122:2098-2102, 1988.

240. Frazer GS, **Rosol TJ**, Threlfall WR, Weisbrode SE. Histopathologic effects of dimethyl sulfoxide on the horse endometrium. American Journal of Veterinary Research, 49:1774-1781, 1988.

241. Frazer GS, **Rosol TJ**, Threlfall WR. Effect of serial intrauterine dimethyl sulfoxide infusions on the incidence of periglandular fibrosis in category II horse endometria. Theriogenology 29:1091-1098, 1988.

1987

242. **Rosol TJ**, Capen CC. The effect of low calcium diet mithramycin, and dichlorodimethylene bisphosphonate on humoral hypercalcemia of malignancy in nude mice transplanted with the canine adenocarcinoma tumor line (CAC-8). Journal of Bone and Mineral Research 2:395-406, 1987.

243. **Rosol TJ**, Capen CC, Brooks CL. Bone and kidney adenylate cyclase-stimulating activity produced by a hypercalcemic canine adenocarcinoma line (CAC-8) maintained in nude mice. Cancer Research, 47:690-695, 1987.

1986

244. **Rosol TJ**, Capen CC, Minkin C. In vitro bone resorption activity produced by a hypercalcemic canine adenocarcinoma tumor-line (CAC-8) in nude mice. Calcified Tissue International 39:334-341, 1986.

245. **Rosol TJ**, Capen CC, Weisbrode SE, Horst RL. Humoral hypercalcemia of malignancy: Nude mouse model of a canine adenocarcinoma derived from apocrine glands of the anal sac. Biochemical, histomorphometric and Ultrastructural studies. Laboratory Investigation 53:679-688, 1986.

246. Nishikawa S, **Rosol TJ**, Capen CC. Effects of mithramycin on tumor growth and ultrastructure, and serum calcium in nude mice with the canine perirectal carcinoma (CAC-9). Veterinary Pathology 23:698-705, 1986.

## Peer-Reviewed Clinical Manuscripts

247. Sharkey LC, **Rosol TJ**. Production of granulocyte-colony stimulating factor and granulocyte-macrophage colony stimulating factor by carcinomas in a dog and a cat with paraneoplastic leukocytosis. Journal of Veterinary Internal Medicine, 10:405-408, 1996.

248. **Rosol TJ**, Nagode LA, Robertson JT, Leeth BD, Steinmeyer CL, Allen CM. Humoral hypercalcemia of malignancy associated with ameloblastoma in a horse. Journal of the American Veterinary Medical Association, 204:1930-1933, 1994.

249. Podell M, DiBartola SP, **Rosol TJ**. Polycystic kidney disease and renal lymphosarcoma in a cat. Journal of the American Veterinary Medical Association, 201:906-909, 1992.

250. Threlfall WR, Carleton CL, Robertson J, **Rosol TJ**, Gabel A. Recurrent torsion of the spermatic cord and scrotal testicle in a stallion. Journal of the American Veterinary Medical Association, 196:1641-1643, 1990.

251. Eaton KA, **Rosol TJ**. Heartworm disease in a dog treated with dichlorvos. Journal of the American Veterinary Medical Association, 195:223-224, 1989.

252. **Rosol TJ**, Chew DJ, Capen CC, Sherding RG. Acute hypocalcemia associated with infarction of parathyroid gland adenomas in two dogs. Journal of the American Veterinary Medical Association, 192:212-214, 1988.

253. Andrews, FM, **Rosol TJ**, Kohn, CW, Reed S, DiBartola, SP. Bilateral renal hypoplasia in 4 young horses. Journal American Veterinary Medicine Association 189:209-212, 1986.

## Peer-Reviewed Review Manuscripts

254. **Rosol TJ**. Pathogenesis of Bone Metastases: Role of Tumor-Related Proteins. Journal of Bone and Mineral Research, 15:May, 2000 **(Invited Editorial)**.

255. **Rosol TJ**, Chew DJ, Nagode LA, Capen CC. Pathophysiology of calcium metabolism. Veterinary Clinical Pathology, 24:49-63, 1995.

256. **Rosol TJ**, Capen CC. Biology of disease: Mechanisms of cancer-induced hypercalcemia. Laboratory Investigation, 67:680-702, 1992.

257. **Rosol TJ**, Capen CC. Pathogenesis of humoral hypercalcemia of malignancy. Domestic Animal Endocrinology 4:1-21, 1988.

## Book Chapters

258. **Rosol TJ**, Wallig BE. Immunopathology of the Endocrine System. In, Immunology in Toxicology and Drug Development. Series: Molecular Integrative Toxicology. Parker G (editor). Springer International Publishing AG, pp. 649-694, 2017.

259. **Rosol TJ.** Tumors of the Endocrine Glands. In: Tumors of Domestic Animals. 5th Edition. Meuten DJ (ed.). Wiley-Blackwell., pp. 766-833, 2016.

260. Mense MG, **Rosol TJ**. Endocrine Pancreas. In: Pathology of the Fisher Rat: Reference and Atlas, Mense MG (ed.). 2016.

261. Mense MG, **Rosol TJ**. Parathyroid Gland. In: Pathology of the Fisher Rat: Reference and Atlas, Mense MG (ed.). 2016.

262. **Rosol TJ**, Gröne A. Endocrine System. Volume 3, Chapter 3. In: Jubb, Kennedy and Palmer's Pathology of Domestic Animals, 6th Edition. Maxie G (ed.), Elsevier, Inc., Academic Press., pp. 269-357, 2015.

263. **Rosol TJ**, DeLellis RA, Harvey PW, Sutcliffe C. Endocrine System. In: Haschek, W.M., Rousseaux, C.G., Wallig, M.A. (Eds.), Haschek and Rousseaux's Handbook of Toxicologic Pathology. Elsevier Inc., Academic Press, pp. 2391–2492, 2013.

264. Shu SS, Dirksen WP, Weilbaecher KN, **Rosol TJ**. Mechanisms of humoral hypercalcemia of malignancy in Leukemia/Lymphoma. Chapter 10. In, T-Cell Leukemia (ISBN 978-953-307-400-9), (ed. O Babusikova), InTech, pp. 181-206, 2011.

265. Schenck PA, Chew DJ, Nagode LA, **Rosol TJ**. Disorders of calcium. Hypercalcemia and hypocalcemia. In, Fluid Therapy in Small Animal Practice, 4th edition, (ed. SP DiBartola), WB Saunders Co., Philadelphia, pp. 122-194, 2010.

266. Schenck PA, Chew DJ, Nagode LA, **Rosol TJ**. Disorders of calcium. Hypercalcemia and hypocalcemia. In, Fluid Therapy in Small Animal Practice, 3rd edition, (ed. SP DiBartola), WB Saunders Co., Philadelphia, pp. 122-194, 2005.

267. **Rosol TJ**, Tannehill-Gregg SH, Corn S, Schneider A, McCauley LK. Animal Models of Bone Metastasis. In, The Biology of Skeletal Metastases (eds. Keller ET and Chung LW), Kluwer Academic Publishers, Boston, MA, pp. 47-82, 2004.

268. Kunakornsawat S, **Rosol TJ**, Capen CC, Reddy GS, Binderup L, Inpanbutr N. Effects of 1,25-dihydroxyvitamin D3 and its analogues (EB1089 and Analog V) on canine adenocarcinoma (CAC-8) in nude mice. In, Vitamin D Endocrine System Structural, Biological, Genetic, and Clinical Aspects (eds. Norman AW, Bouillon R, Thomasset M), University of California, Riverside, pp. 537-540, 2000.

269. **Rosol TJ**, Capen CC. Cancer-Associated Hypercalcemia. In, Schalm's Veterinary Hematology, Fifth Edition, (eds. BF Feldman, JG Zinkl, NC Jain), Lippincott Williams & Wilkins, Philadelphia, pp. 660-666, 2000.

270. **Rosol TJ,** Chew DJ, Nagode LA, Schenck P. Disorders of calcium. Hypercalcemia and hypocalcemia. In, Fluid Therapy in Small Animal Practice, 2nd edition, (ed. SP DiBartola), WB Saunders Co., Philadelphia, pp. 108-162, 2000.

271. **Rosol TJ**. Mammalian calcium metabolism. In, Calcium Metabolism: Comparative Endocrinology, (eds. J Danks, C Dacke, G Flik, C Gay), BioScientifica Ltd., Bristol, pp. 119-130, 1999.

272. **Rosol TJ**, Stromberg PC, Taylor JL, Fisher SW, Estenik JF. Parathyroid gland hyperplasia in female snapping turtles *(Chelydra serpentine)* during egg-laying. In, Calcium Metabolism: Comparative Endocrinology, (eds. J Danks, C Dacke, G Flik, C Gay), BioScientifica Ltd., Bristol, pp. 113-116, 1999.

273. **Rosol TJ**, Taylor JL, Fischbach DG, Matkovic V, Eberts MD, Huff SN, Morgan KM. Effects of daily administration of human parathyroid hormone (1-34) of salmon calcitonin in green iguanas (*Iguana iguana*). In, Calcium Metabolism: Comparative Endocrinology, (eds. J Danks, C Dacke, G Flik, C Gay), BioScientifica Ltd., Bristol, pp. 75-80, 1999.

274. Capen CC, **Rosol TJ**. The Calcium Regulating Hormones: Parathyroid Hormone, Calcitonin, and Cholecalciferol. In, Veterinary Endocrinology and Reproduction, 5th edition, chapter 4, (ed. Pineda MH), Lea & Febiger, pp., 1999.

275. Gröne A, **Rosol TJ**, McCauley LK, Blomme E, Wojcik S, Capen CC. Cancer-Associated Hypercalcemia: Parathyroid Hormone-Related Protein (PTHrP) Expression in Low and High Serum Calcium Variants of the Canine Apocrine Adenocarcinoma (CAC-8) Model of Humoral Hypercalcemia of Malignancy. In, <u>Vitamin D: Chemistry, Biology and Clinical Applications</u> (eds. Norman AW, Bouillon R, and Thomasset M), printed by University of California, Riverside, pp. 497-498, 1997.

276. **Rosol TJ**, Capen CC. Calcium-regulating hormones and diseases of abnormal mineral (calcium, phosphorus, magnesium) metabolism. <u>Clinical Biochemistry of Domestic Animals</u>, fifth edition, Kaneko JJ (editor), Academic Press, New York, pp. 619-702, 1997.

277. **Rosol TJ**, Capen CC. Current Update on the Regulation and Metabolism of Calcium, Phosphorus and Magnesium. <u>Veterinary Clinics of North America</u>, Clinical Pathology Update Issue, Raskin R (editor), Saunders, Philadelphia, 26:1155-1184, 1996.

278. **Rosol TJ**, McCauley LK, Steinmeyer CL, Capen CC: Nucleotide sequence of canine preproparathyroid hormone. In: <u>The Comparative Endocrinology of Calcium Regulation</u>. Ed by C Dacke, J Danks, I Caple, and G Flik. Bristol, Journal of Endocrinology Ltd., Bristol, pp. 201-203, 1996.

279. **Rosol TJ**, Nagode LA, Chew DJ, Steinmeyer CL, Capen CC: Current status of the pathogenesis of humoral hypercalcemia of malignancy in dogs. In: <u>The Comparative Endocrinology of Calcium Regulation</u>. Ed by C Dacke, J Danks, I Caple, et al. Bristol, Journal of Endocrinology Ltd., Bristol, pp., 1996.

280. Capen CC, Gröne A, Bucci TJ, **Rosol TJ.** Age-related changes in structure and function of the mouse parathyroid gland. <u>Pathobiology of the Aging Mouse</u>, U Mohr, DL Dungworth, CC Capen, J Sundberg (editors), International Life Sciences Institute Press, 1995.

281. Chew DJ, Nagode LA, **Rosol TJ**, Carothers MA, and Schenck. Utility of Diagnostic Assays in the Evaluation of Hypercalcemia and Hypocalcemia: PTH, Vitamin D Metabolites, PTHrP, and Ionized Calcium. <u>Current Veterinary Therapy 12</u>, pp. 378-383, J.D. Bonagura (editor), W.B. Saunders Co., Philadelphia, 1995.

282. **Rosol TJ**, Nagode LA, Couto CG, Hammer AS, Chew DJ, Steinmeyer CL, Capen CC. Serum 1,25-dihydroxyvitamin D levels in dogs with cancer-associated hypercalcemia and elevated levels of parathyroid hormone-related protein. <u>In</u> "Vitamin D a Pluripotent Steroid Hormone: Structural Studies, Molecular Endocrinology and Clinical Applications" (A. W. Norman, R. Bouillon, M. Thomasset, eds.), Walter de Gruyter & Co., Berlin, pp. 498-499, 1994.

283. Capen CC, **Rosol TJ**. Pathobiology of Parathyroid Hormone and Parathyroid Hormone-Related Protein: Introduction and Evolving Concepts. <u>Pathology of the Thyroid and Parathyroid Gland</u>, pp. 1-33, V.D. LiVolsi, R.A. DeLellis (editors), Williams and Wilkins, Baltimore, 1993.

284. Capen CC, **Rosol TJ**. Hormonal Control of Mineral Metabolism. <u>Mechanisms of Surgical Diseases of Small Animals</u>, pp. 841-857, second edition, Bojrab (editor), Lea and Febiger, Philadelphia, 1993.

285. Ngan P, Kleeman B, Jordan F, Rosol T, Shanfeld J, Davidovitch. Effect of intermittent pressure on periodontal ligament cell-mediated bone resorption in vitro. <u>In</u> Biologic Mechanisms of Tooth Movement and Craniofacial Adaption, Davidovitch, Z. (ed), EBSCO Media, Birmingham, AL, pp., 1992.

286. **Rosol TJ**, Merryman JI, McCauley LK, Werkmeister JR, Gröne A, Steinmeyer C, Swayne D, Capen CC. Pathogenesis of cancer-associated hypercalcemia: Characterization of polyclonal antibodies to parathyroid hormone-related protein. In "Vitamin D 1991 Molecular, Cellular, and Clinical Endocrinology" (A. W. Norman, K. Schaefer, H.G. Grigoleit, D. v. Herrath, eds.), Walter de Gruyer & Co., West Berlin, p , 1991.

287. **Rosol TJ**, Capen CC, Merryman JI, Meuten DJ. Hypercalcemia of Malignancy, Model No 260, Supplemental Update, 1991, In *Handbook: Animal Models of Human Disease*. Fascicle 12. Edited by C.C. Capen, D.B. Hackel, T.C. Jones and G. Migaki. Registry of Comparative Pathology, Armed Forces Institute of Pathology, Washington, DC, 1991.

288. Capen CC, **Rosol TJ**. Calcium-regulating hormones and diseases of abnormal mineral (calcium, phosphorus, magnesium) metabolism. Clinical Biochemistry of Domestic Animals, pp. 682-756, fourth edition, Kaneko JJ (editor), Academic Press, New York, 1989.

289. **Rosol TJ**, Capen CC, Deftos LJ, Horst RL. Nude mouse model (CAC-8) of humoral hypercalcemia of malignancy with increased serum levels of 1,25-dihydroxycholecalciferol. In "Vitamin D 1988 Molecular, Cellular, and Clinical Endocrinology" (A. W. Norman, K. Schaefer, H.G. Grigoleit, D. v. Herrath, eds.), Walter de Gruyer & Co., West Berlin, p 867, 1988.

## *Proceeding Papers*

290. **Rosol TJ**. Calcium-Regulating Hormones: From Fish to Man and Back Again. Proceedings of the 61st Annual Meeting of the American College of Veterinary Pathologists, Baltimore, Oct. 30 – No. 3, 2010.

291. **Rosol TJ**. Bone Microenvironment and the Pathogenesis of Bone Metastasis. Proceedings of the 61st Annual Meeting of the American College of Veterinary Pathologists, Baltimore, Oct. 30 – No. 3, 2010.

292. Richard V, Lairmore MD, Green P, Feuer G, Erbe RS, Albrecht B, D'Souza C, Keller ET, Diu J, **Rosol TJ**. Humoral Hypercalcemia of Malignancy: A SCID/beige Mouse Model of Adult T-Cell Lymphoma Independent of HTLV-1 PTHrP Expression. *AIDS Research & Human Retroviruses*. 2001 Suppl. 1; 17: O-40.

293. Richard V, Lairmore MD, Green PL, **Rosol TJ**. Humoral Hypercalcemia of Malignancy: T-cell activation upregulates PTHrP expression in Adult T-cell Leukemia/Lymphoma independently of HTLV-1 Tax. *AIDS Research & Human Retroviruses*. 2003 Suppl. 1; 19: O-36.

294. **Rosol TJ**. Parathyroid Hormone-Related Protein: Role in Health & Disease. Proceedings of the Annual Meeting of the European College of Internal Veterinary Medicine, Uppsala, Sweden, 4-6 September, 2003, pp. 65-67.

295. **Rosol TJ**. Parathyroid Hormone-Related Protein: Role in Cancer, Metastasis, & Humoral Hypercalcemia of Malignancy Proceedings of the Annual Meeting of the European College of Internal Veterinary Medicine, Uppsala, Sweden, 4-6 September, 2003, pp. 134-136.

## *Government White Papers*

296. Runge ECA, Cox N, **Rosol TJ**, Wolf T. Annual Review and Recommendations on Relevancy and Adequacy of Funding for Agricultural Research, Extension, Education and Economic Activities Conducted by the United States Department of Agriculture, National Agricultural Research, Extension, and Economics (NAREEE) Advisory Board, March 15, 2009. http://www.ree.usda.gov/nareeeab/reports/2009_relevancy_adequacy.pdf

297. **Rosol TJ**, Quarles S, Rel RC, Wolf T. Report and Recommendations of Agriculture Research Needs of Invasive Species, National Agricultural Research, Extension, and Economics (NAREEE) Advisory Board, June 15, 2009.
http://www.ree.usda.gov/nareeeab/reports/070109invasivespecies_rpt.pdf

298. Runge ECA, Cox N, **Rosol TJ**, Wolf T. Annual Review and Recommendations on Relevancy and Adequacy of Funding for Agricultural Research, Extension, Education and Economic Activities Conducted by the United States Department of Agriculture, National Agricultural Research, Extension, and Economics (NAREEE) Advisory Board, 2010.

299. Heldman DR, Smith-Edge M, Peltier J-M, Wagner M, **Rosol TJ**. Report and Recommendations on Childhood Nutrition: Obesity and Malnutrition, National Agricultural Research, Extension, and Economics (NAREEE) Advisory Board, 2010.

300. Heldman DR, Smith-Edge M, Wagner M, Peltier J-M, **Rosol TJ**. Report and Recommendations on Sustainability in Support of Food Security, National Agricultural Research, Extension, and Economics (NAREEE) Advisory Board, 2010.

## *Research Administration Papers*

301. **Rosol, TJ**. Increased oversight and compliance demands present new challenges for university research. Invited paper for 'What to Ask Me' section of *Trusteeship (Journal of the Association of Governing Boards of Universities and Colleges*: 12 (1): 40, 2004.

## *Scholarly Presentations*

| Venue | Date | Presentation | Topic |
|---|---|---|---|
| *European College of Veterinary Pathology*, Berlin | 20-21 July 2017 | **SUMMER SCHOOL** | Endocrine Pathology (2-day course) for 65 students from 18 countries |
| *American College of Laboratory Medicine Forum*, Tucson | 24 April 2017 | INVITED LECTURE | Research Regulatory Burden and the Biomedical Scientist: Is there Hope on the Horizon? |
| *European Society of Toxicologic Pathology*, Barcelona | 21 Sept 2016 | **KEYNOTE LECTURE** | Thyroid Toxicologic Pathology and Translatability to Humans |
| *Australian Veterinary Pathology 'Roadshow'*, Australian Animal Pathology Standards Program and CL Davis Foundation, Australia | 01-31 Aug 2015 | Six 2-day SYMPOSIA in Melbourne, Adelaide, Perth, Darwin, Brisbane & Sydney | Endocrine System: Anatomic and Clinical Pathology |
| *Responsible Conduct of Research Workshop*, College of Veterinary Medicine, OSU | 20 May 2015 | SEMINAR | Conflicts of Interest and Commitment |
| *University of Michigan*, NIH Prostate Cancer Program Project Grant, Ann Arbor | 11 May 2015 | INVITED LECTURE | Canine Models of Prostate Cancer for In Vivo Imaging and Therapy |
| *OSU College of Medicine*, Thyroid Cancer Group | 30 Mar 2015 | SEMINAR | Thyroid Cancer in Dogs: Preclinical Model for Human Therapy |
| *National Institute of Animal Health*, Tsukuba, Japan | 28 Jan 2015 | INVITED LECTURE | Endocrine Pathology of Food Animals and Horses |

76

| | | | |
|---|---|---|---|
| *Japanese Society of Toxicologic Pathology,* Tokyo | 29 Jan 2015 | **KEYNOTE LECTURE** | Toxicologic Pathology and Comparative Pathology of the Endocrine Glands |
| *OSU Medical Center,* Clinical Research Orientation | 20 Nov 2014 | INVITED LECTURE | Commercialization for Faculty in the Medical Sciences |
| *Graduate Program Seminar Series* OSU College of Veterinary Medicine | 17 Nov 2014 | INVITED LECTURE | Parathyroid Hormone-Related Protein: From Discovery to Bone Metastasis |
| *BioOhio,* Central Ohio Conference on Bioscience Commercialization | 12 Nov 2014 | INVITED LECTURE & PANEL | Ohio's Medical Corridor: Think Globally, Act Regionally, & Profit Locally |
| *5th Society of Toxicologic Pathology – India* Meeting Bangalore | 1 Nov 2014 | INVITED LECTURES (2) | Thyroid follicles and C cells in Preclinical Toxicology Adrenal Cortex and Medulla in Preclinical Toxicology |
| *Comparative Oncology Program* OSU College of Veterinary Medicine | 26 Sept 2014 | SEMINAR | Humoral Hypercalcemia of Malignancy and PTHrP: What's New? |
| *7th RTP Rodent Pathology Course* Raleigh, North Carolina | 23 Sept 2014 | **KEYNOTE LECTURE** | Endocrine Pathology of Calcium Regulating Hormones: From Metabolism to Bone Metastasis |
| *7th RTP Rodent Pathology Course* Raleigh, North Carolina | 21 Sept 2014 | INVITED LECTURE | Pathology and Chemically-Induced Lesions of the Rodent Pituitary Gland |
| *European Society of Toxicologic Pathology* Annual Meeting with Eur. Soc. of Vet. Pathology Berlin, Germany | 28, 29 Aug 2014 | **KEYNOTE LECTURE &** INVITED LECTURES (2) | **PLENARY: Lessons in Endocrine Pathology from History, Art, and the Microscope** Pathology of the Pituitary Gland Pathology of the Adrenal Gland |
| *CL Davis Foundation* Course Berlin, Germany | 27 Aug 2014 | INVITED LECTURES (3) | Pathology of: Pancreatic Islets Thyroid Glands Adrenal Glands |
| *American Veterinary Medical Association* Annual Meeting, Denver, Colorado | 27 July 2014 | INVITED LECTURES (2) | Clinical Research Update: Paraneoplastic Syndromes in Small Animals, Parts I and II |
| *Eli Lilly and Company* Lilly Corporate Center Indianapolis, IN | 21 May 2014 | INVITED LECTURE | Adrenal Gland: Preclinical Toxicologic Pathology and Effects of Stress |
| *Responsible Conduct of Research Workshop* College of Veterinary Medicine Ohio State University | 14 May 2014 | SEMINAR | Conflict of Interest and Commitment |
| *National Toxicology Program Satellite Symposium at STP Meeting* Washington, DC | 21 June 2014 | INVITED LECTURE | Nomenclature Challenges: Endocrine INHAND OWG |
| *Ohio State University Veterinary Professional Student Lunch and Learn* Columbus, Ohio | 31 Oct 2013 | SEMINAR | Morris Animal Foundation Research on Feline Oral Cancer |

| | | | |
|---|---|---|---|
| *Georgia Regents University* Center for Biotechnology and Genomic Medicine Augusta, Georgia | 22 Oct 2013 | INVITED LECTURE | Comparative Pathobiology and Animal Models of Prostate Cancer |
| *Veterinary Medical Center* Ohio State University | 09 Aug 2013 | SEMINAR | Update on Pancreatic Cancer and Diabetes Mellitus |
| *European Society of Veterinary Pathology Summer School* Dublin, Ireland | 22-23 July 2013 | INVITED LECTURES & PRACTICUM | Endocrine Pathology (1.5 days; lectures and practicum) |
| *National Institute of Animal Health* Tsukuba, Japan | 31 May 2013 | INVITED LECTURE | Pathology of the Reproductive System of Farm Animals |
| *Faculty of Veterinary Medicine* University of Tokyo | 29 May 2013 30 May 2013 31 May 2013 | INVITED LECTURES | Information Technology for Teaching in the Veterinary College -------------------- Teaching Pathology with Digital Slides -------------------- Pathology of Calcium-Regulating Hormones |
| *Comparative Calcium Regulating Hormones International Symposium* Kobe, Japan | 28 May 2013 | INVITED LECTURE | Bone-Invasive Spontaneous Cancers in Dogs and Cats: Mouse Models of Prostate Cancer, Oral Squamous Cell Carcinoma, and Osteosarcoma |
| *OSU Center for Retrovirus Research* | 13 Dec 2012 | RESEARCH UPDATE | Pathogenesis of HTLV-1-Associated Bone Metastasis |
| *OSU College of Veterinary Medicine – College of Engineering* Symposium | 06 Dec 2012 | RESEARCH UPDATE | Imaging in Cancer Metastasis Research |
| *American College of Toxicology,* Annual Meeting, Orlando | 04 Nov 2012 | INVITED LECTURE | The Hypothalamic-Pituitary Axis |
| *OSU College of Veterinary Medicine,* Oncology Signature Program | 26 Oct 2012 | INVITED LECTURE | Mouse Models of Oral Squamous Cell Carcinoma and Prostate Cancer |
| *OSU College of Medicine,* Columbus, Ohio | 09 Oct 2012 | INVITED WORKSHOP | Commercialization of Tangible Property |
| *Society of Toxicology Pathology Annual Meeting,* Boston | June 26, 2012 | INVITED LECTURE | On-Target GLP-1 Agonist Effects on Thyroid C-Cell Proliferation |
| *JamesCare Comprehensive Breast Center,* Ohio State University Medical Center, Columbus, OH | 14 Dec 2011 | INVITED LECTURE | Breast Cancer and Metastasis Research |
| *American College of Toxicology,* Annual Meeting, Phoenix | 06 Nov 2011 | INVITED LECTURE | Effects of Stress on the Endocrine System |
| *Workshop on the Comparative Endocrinology of Calcium-Regulating Hormones, International Bone & Mineral Society,* Athens, Greece | 07 May 2011 | PLENARY LECTURE | Pathogenesis and Treatment of Bone Metastasis: Mouse Models & Role of the Bone Microenvironment |
| *Workshop on the Comparative Endocrinology of Calcium-Regulating Hormones, International Bone & Mineral Society,* Athens, Greece | 07 May 2011 | INVITED LECTURE | P16, P21 and GSK-3ß mediate the actions of the NLS and C-terminus of PTHrP on skeletal development |
| *Project REACH, Comprehensive Equity at Ohio State, NSF ADVANCE Grant workshop,* OSU, Columbus | 04 March 2011 | INVITED LECTURE & WORKSHOP | Technology Transfer and Commercialization at Ohio State University: The Faculty Perspective |

| | | | |
|---|---|---|---|
| *Grand Rounds, Comprehensive Cancer Center,* The Ohio State University | 17 Dec 2010 | INVITED LECTURE | Pathogenesis and Treatment of Bone Metastasis: Lessons Learned from Mouse Models |
| *Annual Meeting of the American College of Veterinary Pathologists,* Baltimore | 01 Nov 2010 | PLENARY LECTURE | Tumor Microenvironment in Cancer |
| *Annual Meeting of the American College of Veterinary Pathologists,* Baltimore | 31 Oct 2010 | PLENARY LECTURE | Calcium-Regulation Hormones: From Fish to Man and Back Again |
| *Federal Drug Administration (FDA), Center for Food Safety and Applied Nutrition,* College Park, MD | 21 Oct 2010 | INVITED LECTURE | Human Relevance of Preclinical Toxicity in the Endocrine System |
| *21st Ljedevit Jurak International Symposium on Comparative Pathology,* Zagreb, Croatia | 04 June 2010 | INVITED LECTURE | Endocrine Pathology in Domestic Animals |
| *Federal Drug Administration (FDA), Center for Drug Evaluation and Research (CDER),* Silver Spring, Maryland | 06 May 2010 | INVITED LECTURE | Pathology of the Endocrine and Exocrine Systems |
| *Project REACH, Comprehensive Equity at Ohio State, NSF ADVANCE Grant workshop,* OSU, Columbus | 23 April 2010 | INVITED LECTURE & WORKSHOP | Technology Transfer and Commercialization at Ohio State University |
| *Toxicology Forum,* Washington DC | 04 February 2010 | INVITED LECTURE | C-Cells: What Are They and What Do They Do? |
| *Hoffmann-La Roche Pharmaceuticals AG,* Basel | 13 January 2010 | INVITED LECTURE | Function, Regulation, and Carcinogenesis of C-Cells |
| *Janssen Phamaceutica,* Beerse, Belgium | 09 October 2009 | INVITED LECTURE | Models of Prostate Cancer Bone Metastasis |
| *Illinois State University, School of Biological Sciences,* Bloomington, IL | 24 Sept 2009 | INVITED LECTURE | Parathyroid Hormone-Related Protein: Role in Bone Development and Bone Metastases |
| *Translational Breast Cancer Working Group,* Ohio State University Medical Center, Columbus, Ohio | 19 Aug 2009 | INVITED LECTURE | Modeling Breast Cancer Bone Metastasis in Mice |
| *20th Ljedevit Jurak International Symposium on Comparative Pathology,* Zagreb, Croatia | 05 June 2009 | INVITED LECTURE | Animal Models of Prostate Cancer |
| *In Vivo Biomedical Imaging Seminar Series,* Comprehensive Cancer Center, Ohio State University | 26 May 2009 | INVITED LECTURE | Bioluminescence Imaging of Mouse Models of Metastasis |
| *Bone Working Group* at Ohio State University | 26 May 2009 | INVITED LECTURE | Mouse Models of Bone Metastasis and Invasion |
| *Science and Technology Management and Policy,* Public Policy and Management 880K05, OSU John Glenn School of Public Affairs | 04 May 2009 | INVITED LECTURE | University Technology Licensing and Commercialization (with Jean Schelhorn) |
| *University of Illinois Medical Center, Translational Research Seminar Series,* Champaign, IL | 02 Feb 2009 | INVITED LECTURE | Translational Mouse Models of Metastasis |

| | | | |
|---|---|---|---|
| *Annual Meeting of the American College of Veterinary Pathologists,* San Antonio | 18 Nov 2008 | INVITED PLATFORM REPORT | Roles of parathyroid hormone-related protein and MIP-1α in hypercalcemia in adult T-cell lymphoma/leukemia |
| *National Agriculture Research, Education, Economics and Extension (NAREEE)* Advisory Board, Washington, DC | 12 Nov 2008 | INVITED LECTURE | Invasive Species in the United States |
| *OSU College of Veterinary Medicine, Signature Program in Oncology* | 31 Oct 2008 | INVITED LECTURE | Translational Mouse Models of Animal and Human Cancers |
| *OSU Department of Biomedical Engineering,* Columbus OH | 22 Oct 2008 | INVITED LECTURE | Animal Models of Cancer and Metastasis |
| *National Agriculture Research, Education, Economics and Extension (NAREEE)* Advisory Board, Washington, DC | 20 Mar 2008 | INVITED LECTURE | Workforce Issues in Veterinary Medicine |
| *Newark Rotary Club* Newark, Ohio | 29 Jan 2008 | INVITED LECTURE | State of the College of Veterinary Medicine |
| *American Association of Laboratory Animal Science* Annual Meeting, Charlotte, NC | 15 Oct 2007 | PLENARY LECTURE | Mouse Models of Metastasis for Human & Animal Cancers: Translational Research in Action |
| *Merck/Merial National Veterinary Scholar Symposium* National Institutes of Health | 03 Aug 2007 | INVITED LECTURE | Translational Mouse Models of Cancer |
| *Veterinarians in Biomedical Research – Building National Capacity* National Institutes of Health | 02 Aug 2007 | INVITED LECTURE | Documented Needs for Veterinarians in Biomedical Research |
| *University of Pennsylvania College of Veterinary Medicine,* New Bolton Center | 31 Oct 2006 | INVITED LECTURE | Mouse Models of Cancer: Pathogenesis and Imaging of Bone Metastasis |
| *Swiss Association of Animal Pathology,* Zurich | 13 Oct 2006 | KEYNOTE LECTURE | Role of PTHrP in Health, Disease, Cancer-Associated Hypercalcemia, and Bone Metastasis |
| *University of Bern* | 14 Oct 2006 | INVITED LECTURES | Lectures on Adrenal and Pituitary Gland Pathology and Slide Seminar |
| *The 10th International Congress of the International Society for Bone Morphometry,* Philadelphia | 20 Sept 2006 | INVITED LECTURE | Xenograft Models and Morphometry of Bone Metastases in Mice |
| *Genes, Dogs, and Cancer: 4TH International Canine Cancer Conference,* Chicago | 15 Sept 2006 | DISTINGUISHED LECTURE | Pathogenesis and Treatment of Bone Metastases: Mouse Models of Human, Dog, and Cat Cancers |
| *Annual Meeting of the Ohio Agricultural Council,* Columbus, OH | 21 April 2006 | KEYNOTE ADDRESS | The Face of Veterinary Medicine in Ohio – 2006 |
| *American Society for Investigative Pathology,* FASEB meeting on Experimental Biology, San Francisco | 03 April 2006 | INVITED LECTURE | Mouse models of bone metastasis: Pathogenesis and in vivo bioluminescent imaging |
| *European Society of Veterinary Pathology,* Summer school for veterinary pathology trainees, Padua, Italy | 25-26 July 2005 | INVITED LECTURES | Endocrine and Reproductive Pathology |

| Oral Biology Graduate Program Seminar Series, The OSU College of Dentistry | 07 Oct 2004 | INVITED LECTURE | Animal Models, Pathogenesis, and Role of PTHrP in Bone Metastasis |
|---|---|---|---|
| Guest Lecture Series, Ohio Sea Grant Program, Ohio State University, Stone Lab on Gibraltar Island, Lake Erie | 15 July 2004 | INVITED LECTURE | Imaging of Cancer Metastasis In Vivo Using Light Emitted from the Firefly Enzyme Luciferase |
| European Course on Toxicologic Pathology, French Society of Veterinary Pathology & Toxicologic Pathology, Veterinary School of Nantes, France | 24-28 May 2004 | INVITED LECTURES | Endocrine Toxicology Pathology: Adrenal and Thyroid Glands |
| The Ohio State University Senate | 8 April 2004 | INVITED REPORT | Update on Research at The Ohio State University |
| Washington University School of Medicine: Oncology/Hematology **Grand Rounds**, St. Louis, MO | 27 Feb 2004 | INVITED LECURE | Parathyroid Hormone-Related Protein: Role in Health, Cancer, & Bone Metastasis |
| Sumitomo Chemical Company Osaka, Japan | 14 Feb 2004 | INVITED LECTURE | PTHrP: Role in Health, Cancer, and Bone Metastasis |
| The OSU Board of Trustees | 05 Dec 2003 | INVITED REPORT | Annual Office of Research Update |
| Society of Research Administrators Annual Meeting: Pittsburgh, PA | 20 Oct 2004 | PANEL LEADER | Panel discussion of NIH Proactive Site Visit on Research Compliance at OSU |
| European College of Veterinary Internal Medicine Congress (Endocrine and Oncology Specialty Groups), Uppsala, Sweden | 4-6 Sept 2003 | TWO INVITED PLENARY LECTURES | (1) Parathyroid Hormone-Related Protein: Role in Health & Disease (2) Parathyroid Hormone-Related Protein: Role in Cancer, Metastasis, & Humoral Hypercalcemia of Malignancy |
| Society for Research Administrators Annual Meeting, Pittsburgh | 20 Oct 2003 | PANEL LEADER | The OSU Experience for the NIH Proactive Compliance Site Visit |
| Workshop on the Comparative Endocrinology of Calcium-Regulating Hormones, International Bone & Mineral Society, Osaka, Japan | 03 June 2003 | INVITED LECTURE | Calcium and Equine Parathyroid Gland Function |
| 1st Unitarian Universalist Church, Columbus, Ohio | 11 May 2003 | INVITED LECTURE | Role of Research for the Betterment of Society |
| National Science Olympiad, Schottenstein Center at The Ohio State University, 3000 grade school and high school participants and staff | 09 May 2003 | INVITED INTRODUC-TION | Opportunities for Student Research at The Ohio State University |
| Columbus Technical Council, Annual Awards Banquet for High School Science Award Winners | 30 April 2003 | KEYNOTE LECTURE | The Importance of Science Education to Society |
| The Ohio State University Faculty Club with the Columbia, SC, Chamber of Commerce | 28 April 2003 | INVITED LECTURE | The Power of Partnerships (between the University and Industry) |
| The Ohio State University Principal Investigator Awareness Workshop for the Office of Research | 18 April 2003 | INVITED SEMINAR | What is an RFA and how do you respond to one? |
| Wayne State University School of Medicine, Depts. Of Urology and Pathology | 02 April 2003 | INVITED SEMINAR | Regulation of PTHrP and its Role in Animal Models of Bone Metastasis |

| *Prostate and Genitourinary Oncology Group,* The Ohio State University College of Medicine & Public Health | 26 Nov 2002 | INVITED SEMINAR | Pathogenesis and Animals Models of Prostate Cancer Bone Metastasis |
|---|---|---|---|
| *Outreach Scholarship 2002 Conference, 'Catalyst for Change'* Columbus, OH A panel of the top, cutting-edge researchers from Ohio State discuss how, through outreach research, we can make our discoveries useful beyond the academic community. | 06 Oct 2002 | INVITED SEMINAR and PANEL LEADER | ***Speakers: Thomas J. Rosol, senior associate vice president, Office of Research;*** *Mauro Ferrari, Biomedical Engineering Center and professor of Internal Medicine; Wayne Chung, professor of Industrial, Interior, and Visual Communication Design; Linda K. Weavers, asst. professor of Civil and Environmental Engineering and Geodetic Sciences; Gregory Washington, director, Intelligent Structures and System Laboratory.* |
| *Colorado State University College of Veterinary Medicine and Animal Cancer Center* Fort Collins, CO | 29 July 2002 | INVITED SEMINAR | Role of parathyroid hormone-related protein and animal models of bone metastasis |
| *Summer NIH SOAR professional student researchers, College of Veterinary Medicine, Columbus, OH* | 01 July 2002 | INVITED SEMINAR | Ethical Considerations in Research and Scientific Publication |
| *Third North American Symposium on Skeletal Complications of Malignancy, Natcher Center at the National Institutes of Health,* Bethesda, Maryland | 23-25 April 2002 | INVITED PLENARY PRESENTA-TION | Animal Models of Bone Metastasis |
| *The Ohio State University Comprehensive Cancer Center,* Columbus, OH | 25 Jan 2002 | INVITED SEMINAR | Identification and Measurement of Human Cancers in Mice using Visible Light from Luciferase and the Xenogen Low-Light IVIS Camera |
| *Medical School of Fukuoka,* Japan | 20 Nov 2001 | INVITED SEMINAR | Pathogenesis of Prostate Cancer Metastasis to Bone: Use of Animal Models & Gene Therapy |
| *International Symposium on Cancer and Bone, Awajishowa, Japan* | 16-18 Nov 2001 | INVITED SEMINAR | Animal Model of Human Prostate Cancer Osteoblastic Metastases |
| *M.D. Anderson Cancer Research Institute and Cancer Hospital,* Houston, Texas | 11 Dec 2001 | INVITED SEMINAR | Pathogenesis of Prostate Cancer Metastasis to Bone and Induction of Osteoblastic Bone Metastases |
| *Institute for Veterinary Pathology at the Justus-Liebig University* Giessen, Germany | 22-24 Aug 2001 | INVITED 3-DAY WORKSHOP | Reproductive and Endocrine Pathology. Program for veterinary residents, faculty, and industry toxicologic pathologists with 15 hrs lecture, 6 hrs of histopathology workshops (60 cases), and 3 hrs gross pathology review |

| | | | |
|---|---|---|---|
| *Midwestern Bone Biology & Cancer Meeting, Indiana University Cancer Center and the School of Medicine Bloomington, Indiana* | 26 May 2001 | INVITED PLENARY LECTURE | Pathogenesis of bone metastasis: Role of tumor-related proteins |
| *Division of Human Cancer Genetics, Comprehensive Cancer Center The Ohio State University Columbus, Ohio* | 26 Sept 2000 | INVITED SEMINAR | The role and regulation of PTHrP in squamous carcinoma, prostate cancer, and lymphoma: Regulation of PTHrP stability and mouse models of human disease |
| *Graduate School of Animal Health, University of Utrecht, The Netherlands* | 18 Sept 2000 | INVITED SEMINAR | Regulation and role of PTHrP in lymphoma, squamous carcinoma, & prostate cancer |
| *18th Meeting of the European Society of Veterinary Pathology* | 19-22 Sept 2000 | INVITED RESEARCH PAPER | Humoral hypercalcemia of malignancy: SCID/beige mouse model of adult T-cell lymphoma due to HTLV-1 infection |
| *University of Illinois Endocrinology Seminar Series Chicago, Illinois* | 04 April 2000 | INVITED SEMINAR | Role of PTHrP in cancer-associated hypercalcemia and pathogenesis of bone metastases |
| *Ohio State University Veterinary Teaching Hospital Internal Medicine Seminar Series for Residents* | 23 Feb 2000 | INVITED SEMINAR | Calcium-regulating hormones |
| *Chiang Mai University Faculty of Veterinary Medicine Chiang Mai, Thailand* | 17 Feb 2000 | INVITED FULL-DAY SYMOSIUM | Training of veterinary pathologists at The Ohio State University and in the United States; Update on reproductive pathology; Update on surgical pathology, and Gross pathology in small animals, cattle, and horses |
| *Chulalongkorn University 3rd-year Veterinary Medical Students Bangkok, Thailand* | 14 Feb 2000 | INVITED SEMINAR | Training of veterinarians at The Ohio State University and in the United States |
| *Rakuno Gakuen University Department of Veterinary Pathology Hokkaido, Japan* | 10 Feb 2000 | INVITED SEMINAR | Training of veterinarians at The Ohio State University and in the United States |
| *University of Tokyo Department of Veterinary Pathology Tokyo, Japan* | 07 Feb 2000 | INVITED SEMINAR | Training of veterinarians at The Ohio State University and in the United States |
| *Indiana University Medical Sciences Program, Bloomington, Indiana* | 30-31 Jan 2000 | INVITED SEMINAR | Investigations on the regulation and role of PTHrP in squamous carcinoma, prostate cancer, and HTLV-1 lymphoma |
| *S.P.O.R.E. in Prostate Cancer University of Michigan Ann Arbor, Michigan* | 10-11 Jan 2000 | INVITED LECTURE | Animals Models of Prostate Cancer Interaction with Bone |
| *2nd North American Symposium on Skeletal Complications of Malignancy* | 15-16 Oct 1999 | INVITED LECTURE | Parathyroid hormone-related protein as a regulatory factor in prostate carcinoma |
| *Pharmacia/Upjohn Company, Kalamazoo, Michigan* | 11-12 Oct 1999 | INVITED SEMINAR | Pathology of Bone Lesions |

83

| | | | |
|---|---|---|---|
| *17th Meeting of the European Society of Veterinary Pathology* | 14-17 Sept 1999 | INVITED PAPER | Effects of daily administration of human parathyroid hormone or salmon calcitonin in green iguanas (*Iguana iguana*) |
| *Midwest Association of Veterinary Pathologists*, Hueston Woods (Oxford), Ohio | 12 Aug 1999 | INVITED PAPER | Histopathology of Preovulatory and Postovulatory Follicles in Dogs |
| *Department of Veterinary Biosciences, The Ohio State University* | 25 June 1999 | FACULTY SEMINAR | Development of an NIH T32 training grant in Mouse Pathobiology |
| *Ohio Agricultural Research & Development Center*, Wooster, Ohio (Dairy and Animal Sciences) | 03 May 1999 | INVITED SEMINAR | Structure, Function, and Regulation of Parathyroid Hormone-Related Protein |

*European Society of Veterinary Pathology* (16th Annual Meeting, Lillehammer, Norway), 23 September 1998, **INVITED ORAL PRESENTATION**, Skeletal Metastasis of Prostate Adenocarcinoma in Rats: Morphometric Analysis and Role of Parathyroid Hormone-Related Protein.

*University of Bern, Veterinary School, Institute of Veterinary Pathology*, Bern, Switzerland, 5 October 1998, **INVITED SEMINAR** for the pathology faculty and trainees, Histopathology of Reproductive Lesions in Animals

*Rakuno Gakuen University* (Ebetsu, Hokkaido), 23 March 1998, **INVITED SPEAKER**, Calcium Metabolism and Pathogenesis of Hypercalcemia.

*Takeda Chemical Industries, Ltd.,* Drug Safety Research Laboratories , 27 March 1998, **INVITED SPEAKER** (host: Satoshi Sasaki, DVM, PhD, Head of Pathology) Parathyroid Hormone-Related Protein: Biology, Pathobiology, and Role in Bone.

*Head & Neck Oncology Committee Meeting*, James Cancer Hospital and Research Institute, The Ohio State University, 4 December 1997, Role of Parathyroid Hormone-Related Protein in Squamous Cell Carcinoma.

*Monbusyo International Scientific Travel Award* For University-To-University Cooperative Research, 3-18 November 1996, **INVITED SPEAKER**, Lectures at Rakuno Gakuen University (Ebetsu, Hokkaido), Osaka Prefecture University, Azabu University (Tokyo), and Nippon Veterinary and Animal Science University (Tokyo) on the Role of PTHrP in the Pathogenesis of Humoral Hypercalcemia of Malignancy.

*University of Michigan Comprehensive Cancer Center Grand Rounds*, 29 March 1996, **INVITED SPEAKER**, Role of Parathyroid Hormone-Related Protein in the Pathogenesis of Humoral Hypercalcemia of Malignancy.

*The Ohio State University*, Department of Veterinary Biosciences, 30 October 1996. Investigations on the Pathophysiology of Parathyroid Hormone-Related Protein.

*13th European Congress on Veterinary Pathology*, Edinburgh, Scotland, 27-30 September 1995, Parathyroid Hormone-Related Protein and the Pathogenesis of Humoral Hypercalcemia of Malignancy in Dogs.

*University of Zurich, Veterinary School, Institute of Veterinary Physiology*, Zurich, Switzerland, 9 October 1995, **INVITED SEMINAR** for the Veterinary School faculty and students and private veterinary practitioners, Function and Pathophysiology of Parathyroid Hormone-Related Protein in Animals.

*Lilly Research Laboratories*, Greenfield, IN, 18 July 1995, Structure, Function, and Regulation of Parathyroid Hormone and Parathyroid Hormone-Related Protein.

*Lilly Research Laboratories*, Greenfield, IN 18 July 1995, Current Physiologic and Pathologic Concepts Useful for Evaluation of Lesions in Bone.

*Ohio State University Office of Health Science Research*, **INVITED SPEAKER**, Columbus, OH, 14 June 1995, FIRST Awards from the National Institutes of Health: Trials and Tribulations.

*American Association of Clinical Chemistry*, Animal Division (DACC), **PLENARY SPEAKER**, Anaheim, CA, 15 July 1995, Animal Models of Diseases Involving Calcium Metabolism.

*Comparative Endocrinology of Calcium Metabolism Workshop* at the XIIth International Conference on Calcium-Regulation Hormones, **INVITED SPEAKER**, Melbourne, 14 February 1995, Current Status of the Pathogenesis of Humoral Hypercalcemia of Malignancy in Dogs.

*American College of Veterinary Pathologists* (Reproductive and Endocrine Pathology Specialty Group), Montreal, October, 1994 Canine parathyroid hormone-related protein (PTHrP): cDNA isolation and predicted amino acid sequence.

*Rakuno Gakuen University*, Ebetsu, Hokkaido, Japan, **INVITED SPEAKER**, February, 1994, Pathogenesis of Humoral Hypercalcemia of Malignancy.

*American Society for Veterinary Clinical Pathology*, the 28th Annual Meeting, **PLENARY SPEAKER**, San Antonio, TX, 6 December 1993, Pathophysiology of Calcium and Phosphorus Metabolism.

*American College of Veterinary Pathologists* (Orthopedic Pathology Specialty Group), the 44th Annual Meeting, San Antonio, TX, December, 1993. Pathogenesis of Cancer-Associated hypercalcemia.

*Ohio State University*, Department of Veterinary Anatomy & Cellular Biology, 20 October, 1993, Role of Parathyroid Hormone-Related Protein in Humoral Hypercalcemia of Malignancy.

*American College of Veterinary Pathologists* (Orthopedic Pathology Specialty Group), the 43rd Annual Meeting, San Diego, CA, November, 1992. Cancer-associated hypercalcemia in dogs: Circulating parathyroid hormone-related protein, parathyroid hormone, and 1,25-dihydroxyvitamin D.

*Genentech Inc.*, South San Francisco, 11 June 92, Experimental Models of Humoral Hypercalcemia of Malignancy.

*Equine Practitioner's Workshop*, The Ohio State University, Veterinary Medical Continuing Education, **Invited Speaker**, 12 January 1992, Value of Endometrial Biopsies.

*American College of Veterinary Pathologists* (Orthopedic Pathology Specialty Group), the 42nd Annual Meeting, Orlando, FL, December, 1991. Characterization of polyclonal antibodies to parathyroid hormone-related protein.

*Veterinary Cancer Society*, 11th Annual meeting, **PLENARY SPEAKER**, 27-29 October 1991, Minneapolis, MN. Experimental Models of Malignancy-Induced Hypercalcemia.

*Procter and Gamble Company*, Miami Valley Laboratories, Cincinnati, OH, 16 May 1991. Hypercalcemia of Malignancy: Mechanisms of Disease, Therapy, and Models.

*Great Lakes Region Discussion Group of the Society of Toxicologic Pathologists*, **Invited Speaker**, Sponsored by Marion Merrell Dow, Inc., Cincinnati, OH, 22 March 1991. Evaluation of Humoral Mechanisms of Bone Disease *In Vitro*.

*Bone and Mineral Research Seminar*, The Department of Physical Medicine, The Ohio State University, 10 January 1991. Investigations on the Pathogenesis of Humoral Hypercalcemia of Malignancy.

*The 41st Annual Meeting of the American College of Veterinary Pathologists* (Orthopedic Pathology Specialty Group), Phoenix, December, 1990. Effects of Transforming Growth Factor-$\alpha$ on Parathyroid Hormone and Parathyroid Hormone-Related Protein-Mediated Bone Resorption and Adenylate Cyclase Stimulation *In Vitro*.

*Department of Clinical Sciences*, College of Veterinary Medicine, The Ohio State University, September, 1990. Clinical Pathological Conference on Gastrinoma in the Dog.

*Ralston Purina Company*, St. Louis, MO, **Invited Speaker**, Annual Veterinary College Symposium, June, 1990. Pathogenesis of Humoral Hypercalcemia of Malignancy Associated with the Anal Sac Adenocarcinoma of Dogs.

*Department of Oral Biology*, College of Dentistry, Ohio State University, Columbus, OH, January, 1990. Role of Parathyroid Hormone-Related Protein in Humoral Hypercalcemia of Malignancy and Bone Remodeling.

*Department of Endocrinology*, University of Illinois and Veterans Administration West Side Medical Center, Chicago, IL, December, 1989. Use of Quantitative Bone Histomorphometry to Investigate Humoral Hypercalcemia of Malignancy and Osteoporosis.

*The 40th Annual Meeting of the American College of Veterinary Pathologists* (Orthopedic Pathology Specialty Group), Baltimore, MD, November, 1989. Effects of Interleukin-1α Infusion on Bone Remodeling and the Immune System in Mice.

*The 40th Annual Meeting of the American College of Veterinary Pathologists* (Orthopedic Pathology Specialty Group), Baltimore, MD, November, 1989. Effects of Large Granular Lymphocyte (LGL) Leukemia on Static and Dynamic Bone Histomorphometry in F344 Rats.

*Comparative Oncology/Hematology Group*, The Ohio State University, Columbus, OH, February 3, 1989. Recent Findings on the Pathogenesis of Humoral Hypercalcemia of Malignancy and the Local Control of Bone Remodeling.

*The 39th Annual Meeting of the American College of Veterinary Pathologists* (Orthopedic Pathology Specialty Group), Kansas City, MO, November, 1988. Investigations on Parathyroid Hormone-Related Protein in Canine Anal Sac Adenocarcinoma and Infusion of PTHrP in Nude Mice.

*Schering Research*, Schering-Plough Corporation, Bloomfield, NJ, June 27, 1988. Investigations on Humoral Hypercalcemia of Malignancy and In Vitro Bone Resorption Assays in Neonatal Mouse Calvaria.

*Residents Internal Medicine Conference*, Ohio State University Veterinary Medical Teaching Hospital, Columbus, OH, June 15, 1988. Hypercalcemia of Malignancy.

*VII International Symposium of the Society of Toxicologic Pathologists*, **Plenary Speaker**, Boston, June 7, 1988. Parathyroid Gland: Tumors and Circulating Parathyroid-Like Hormones.

**Medical Grand Rounds**, College of Medicine, The Ohio State University, Columbus, OH, November 19, 1987. Pathogenesis of Humoral Hypercalcemia of Malignancy.

*The 38th Annual Meeting of the American College of Veterinary Pathologists* (Orthopedic Pathology Specialty Group), Monterey, CA, November, 1987. Effect of Mithramycin, Dichlorodimethylene Bisphosphonate (Cl2MDP), and Low Calcium Diet On Humoral Hypercalcemia of Malignancy Associated with the Canine Adenocarcinoma Line (CAC-8) in Nude Mice.

*The 37th Annual Meeting of the American College of Veterinary Pathologists* (Orthopedic Pathology Specialty Group), Denver, CO, December, 1986. In Vitro Bone Resorbing, Adenylate Cyclase-Stimulating, and Transforming Growth Factor Activities Associated with Canine Apocrine Adenocarcinoma Tumor Line (CAC-8) in Nude Mice

*Schering-Plough Foundation*, Division of Pathology and Toxicology, Lafayette, NJ, November, 1986. Investigations on the Pathogenesis and Treatment of Humoral Hypercalcemia of Malignancy in Nude Mice with Transplanted Canine Adenocarcinoma (CAC-8).

*The Ninth Annual Oncology Conference of the Ohio Valley-Lake Erie Association of Cancer Centers*, Columbus, OH, June 1986. Stimulation of In Vitro Bone Resorption by a Canine Adenocarcinoma Tumor Line Resulting in Humoral Hypercalcemia of Malignancy in Athymic Mice.

*The 36th Annual Meeting of the American College of Veterinary Pathologists* (Orthopedic Pathology Specialty Group), Denver, CO, December, 1985. Histomorphometric, Biochemical, and Ultrastructural Investigations on Canine Adenocarcinoma of the Anal Sac Transplanted in Nude Mice.

*Schering-Plough Foundation*, Division of Pathology and Toxicology, Lafayette, NJ, March, 1984. Pathogenesis of the Humoral Hypercalcemia of Malignancy.

*The Annual Meeting of the Ohio Veterinary Medical Association*, Columbus, OH, January, 1984. Hypercalcemia Associated with Apocrine Gland Adenocarcinoma of the Anal Sac of the Dog

*Columbus Academy of Veterinarians*, Columbus, OH, December, 1983. Hypercalcemia of the Dog and the Apocrine Gland Adenocarcinoma of the Anal Sac.

1

UNITED STATES DISTRICT COURT

2

NORTHERN DISTRICT OF CALIFORNIA

3   IN RE: ROUNDUP PRODUCTS
    LIABILITY LITIGATION                    Case No. 16-md-02741-VC
4                                           MDL No. 2741

5                                           **MONSANTO COMPANY'S OBJECTIONS
                                            TO PLAINTIFFS' SCHEDULE "A" TO**
6   This document relates to:              **NOTICE OF DEPOSITION OF DR.**

7   ALL ACTIONS                            **THOMAS J. ROSOL**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26     EXHIBIT *17-4*
      WIT: *Rosol*
27    DATE: *9-15-17*
      C. Campbell, RDR CRR CSR #13921

28

---

MONSANTO'S OBJECTIONS TO ROSOL SCHEDULE "A"
16-MD-02741

1

## OBJECTIONS TO SCHEDULE A

2      Monsanto Company ("Monsanto") responds and objects to Plaintiffs' "Schedule A" attached to

3  the deposition notice addressed to Dr. Rosol as follows.  The responses and objections contained herein

4  are made without waiving the right at any time to revise, supplement, correct, or add to these objections

5  and responses.

6

## OBJECTIONS TO REQUESTS FOR PRODUCTION

7      1.      A copy of any and all document(s) provided to you, in your custody, or that you relied on

8  relating to the Roundup® glyphosate litigation that are not publicly or otherwise available.

9      Monsanto objects to Request No. 1 as overbroad, vague, unduly burdensome, and seeking

10  documents that are privileged and otherwise not related to the issue of general causation.  Monsanto

11  further objects to the extent that this Request seeks documents, communications, or information

12  protected from disclosure by the attorney work product doctrine, the Deposition Protocol entered in

13  MDL 2741, and/or that are outside the scope of expert discovery permitted by the Federal Rules of Civil

14  Procedure.  Without waiving these objections, Dr. Rosol states that he has no documents responsive to

15  Request No. 1 that are not publicly available and/or produced in MDL 2741.

16      2.      A copy of any and all studies, literature, materials, research files, publications, treatises or

17  any other documents that are not publicly available or otherwise available that you reviewed and or

18  relied upon as a basis for the opinions that you intend to offer in the Roundup® glyphosate litigation or

19  that were reviewed by you in rendering opinions in the Roundup® glyphosate litigation. This request

20  includes all documents not cited in your report that contain data or other information considered by you

21  in the course of formulating your opinions.

22      Monsanto objects to Request No. 2 as overbroad, vague, unduly burdensome, and seeking

23  documents that are privileged and otherwise not related to the issue of general causation.  Monsanto

24  further objects to the extent that this Request seeks documents, communications, or information

25  protected from disclosure by the attorney work product doctrine, the deposition protocol entered by the

26  Court in MDL 2741, and/or outside the scope of expert discovery permitted by the Federal Rules of

27  Civil Procedure.  Without waiving these objections, Dr. Rosol states that he has no documents

28  responsive to Request No. 2 that are properly discoverable, non-privileged and are not publicly available

1    and/or produced in MDL 2741.  Monsanto further refers plaintiffs to Dr. Rosol's reference list provided

2    to plaintiffs with his expert report in this matter, as supplemented, and his prior production on

3    September 5, 2017.

4        3.      Your most recent curriculum vitae.

5        Dr. Rosol will produce his most recent CV.

6        4.      All billing records, invoices, or other documents reflecting time spent and/or fees charged

7    by you (either directly or through your employer or other entity) in connection with the Roundup®

8    glyphosate litigation and/or other consulting work regarding glyphosate.

9        Monsanto objects to Request No. 4 as irrelevant and overly broad to the extent it seeks

10   documents unrelated to this litigation – including, but not limited to, documents regarding scientific

11   consulting unrelated to glyphosate and/or Roundup®.  Monsanto further objects to Request No. 4 to the

12   extent it seeks information that has been deemed privileged, protected, or confidential and/or seeks

13   information that has been deemed owned by third parties.  Without waiving these objections, Dr. Rosol

14   will provide any other responsive documents that relate to Request No. 4 to the extent that they are

15   properly discoverable, non-privileged and are not publicly available and/or produced in MDL 2741.

16       5.      Any retainer letter, contract, agreement or other document setting forth the retention of

17   you to work in the Roundup® glyphosate litigation.

18       Monsanto objects to Request No. 5 as overbroad, vague, unduly burdensome, and seeking

19   documents that are privileged and otherwise not related to the issue of general causation.  Monsanto

20   further objects to the extent that this Request seeks documents, communications, or information

21   protected from disclosure by the attorney work product doctrine, the Deposition Protocol entered by the

22   Court in MDL 2741, and/or outside the scope of expert discovery permitted by the Federal Rules of

23   Civil Procedure.  Without waiving these objections, Dr. Rosol states that he has no documents

24   responsive to Request No. 5 that are properly discoverable, non-privileged and not publicly available

25   and/or produced in MDL 2741.

26       6.      A copy of all abstracts, articles, draft articles, books or book excerpts of which you are an

27   author, co-author or editor which has all or part of its subject matter as glyphosate or Roundup®, that are

28

1    not publicly available. With respect to documents in this request relating to IARC, the time frame for the

2    request is limited to 2014 to the present.

3          Monsanto objects to Request No. 6 as overly broad, vague, unduly burdensome, and as seeking

4    documents that are confidential, privileged, protected, or otherwise not related to the issues of general

5    causation.  Monsanto also objects to Request No. 6 to the extent it seeks draft articles, books, or book

6    excerpts to the extent such articles, books, or book excerpts have been published.  Monsanto further

7    objects to Request No. 6 to the extent it seeks information that has been deemed privileged, protected, or

8    confidential and/or seeks information that has been deemed owned by third parties.  Without waiving

9    these objections, Dr. Rosol states that he has no documents responsive to Request No. 6 that are not

10   publicly available, otherwise protected from disclosure, and/or produced in MDL 2741.

11         7.    A copy of any and all documents, communications, data or computer programs used in

12   conjunction with the formulation of any of your tables or opinions in your report.

13         Monsanto objects to Request No. 7 as overly broad, vague, unduly burdensome, and as seeking

14   documents that are confidential, privileged, protected, or otherwise not related to the issues of general

15   causation.  Monsanto further objects to the extent that this Request seeks documents, communications,

16   or information protected from disclosure by the attorney work product doctrine, the Deposition Protocol

17   entered in MDL 2741, and/or that are outside the scope of expert discovery permitted by the Federal

18   Rules of Civil Procedure.  Without waiving these objections, Dr. Rosol states that he has no documents

19   responsive to Request No. 7 that are not publicly available, otherwise protected from disclosure, and/or

20   produced in MDL 2741.

21         8.    A copy of all handouts, power points, communications, brochures or other documents

22   prepared or used by you at any lecture, educational training, seminar or presentation you  have given on

23   pesticides, including glyphosate and/or Roundup®, that are not publicly or otherwise available.

24         Monsanto objects to Request No. 8 as overly broad, vague, unduly burdensome, and as seeking

25   documents that are confidential, privileged, protected, or otherwise not related to the issues of general

26   causation.  Monsanto further objects to Request No. 8 to the extent it seeks information that has been

27   deemed privileged, protected, or confidential and/or seeks information that has been deemed owned by

28   third parties.  Without waiving these objections, Dr. Rosol states that he has no documents responsive to

1   Request No. 8 that are not publicly available, otherwise protected from disclosure, and/or produced in
2   MDL 2741.

3        9.     A copy of all handouts, power points, communications, brochures or other documents
4   prepared or used by you at any lecture, educational training, seminar or presentation you have given
5   relating to case control studies, cohort studies, or any other studies or analyses relating to pesticides,
6   including glyphosate and/or Roundup®, that are not publicly or otherwise available.

7        Monsanto objects to Request No. 9 as overly broad, vague, unduly burdensome, and as seeking
8   documents that are confidential, privileged, protected, or otherwise not related to the issues of general
9   causation. Monsanto also objects to Request No. 9 to the extent it seeks information that has been
10  deemed privileged, protected, or confidential and/or seeks information that has been deemed owned by
11  third parties. Monsanto further objects to the extent this Request is duplicative of Request No. 8.
12  Without waiving these objections, Dr. Rosol states that he has no documents responsive to Request No.
13  9 that are not publicly available, otherwise protected from disclosure, and/or produced in MDL 2741.

14       10.     A copy of any emails or other types of communications and/or documents relating to
15  communications between you and any or all of the following individuals regarding glyphosate and/or
16  Roundup®, which are not publicly available or otherwise available: Dr. Christopher Corcoran, Dr.
17  William Fleming, Dr. Warren Foster, Dr. Jay Goodman, Dr. Jennifer Rider, Dr. John Acquavella, Dr.
18  Thomas Sorhan, Dr. Lorelei Mucci, Dr. Elizabeth Delzell and/or Se. Ellen Chang.

19       Monsanto objects to Request No. 10 as overbroad, vague, unduly burdensome, and seeking
20  documents, communications, or information that are protected from disclosure and/or are irrelevant to
21  the general causation issues in this litigation. Further, Monsanto objects to Request No. 10 to the extent
22  it seeks information that has been deemed privileged, protected, or confidential and/or seeks information
23  that has been deemed owned by third parties. Without waiving these objections, Dr. Rosol states that he
24  has no documents responsive to Request No. 10 that are not publicly available and/or produced in MDL
25  2741.

26       11.     A copy of any and all document(s), studies, data, toxicology and pathology reports
27  reviewed at the public reading room in Brussels, Belgium where proprietary data from 12 different
28  rodent carcinogenicity studies with glyphosate was made available for review through the European

MONSANTO'S OBJECTIONS TO ROSOL SCHEDULE "A"
16-MD-02741

1 | Commission and the European Glyphosate Task Force.

2 |     Monsanto objects to Request No. 11 to the extent it seeks information that has been deemed

3 | privileged, protected, or confidential and/or seeks information that has been deemed owned by third

4 | parties.  Monsanto also objects to the extent that this Request seeks documents, communications, or

5 | information protected from disclosure by the Deposition Protocol entered in MDL 2741, and/or that are

6 | outside the scope of expert discovery permitted by the Federal Rules of Civil Procedure.  Without

7 | waiving these objections, on September 5, 2017, pursuant to Pretrial Orders No. 7 and No. 16, Monsanto

8 | produced a copy of Dr. Rosol's notes from his visit to the Reading Room as described in his expert

9 | report.  Dr. Rosol states that he has no other documents responsive to Request No. 11 that are not

10 | publicly available, otherwise protected from disclosure, and/or produced in MDL 2741.

11

12 | DATED: September 15, 2017

Respectfully submitted,

13 | /s/  Heather A. Pigman
Heather A. Pigman (*pro hac vice*)

14 | (hpigman@hollingsworthllp.com)
Joe G. Hollingsworth (*pro hac vice*)

15 | (jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP

16 | 1350 I Street, N.W.

17 | Washington, DC  20005
Telephone:  (202) 898-5800

18 | Facsimile:  (202) 682-1639

19

20 | *Attorneys for Defendant*
*MONSANTO COMPANY*

21

22

23

24

25

26

27

28



EXHIBIT 17-7
WIT: Rosol
DATE: 9-15-77
C. Campbell, RDR CRR CSR #13921



**Hollingsworth** LLP

Heather A. Pigman
dir 202 898 5814
hpigman@hollingsworthllp.com

September 5, 2017

<u>VIA ELECTRONIC MAIL</u>

Robin Greenwald
Weitz & Luxenberg
700 Broadway
New York, NY 10003

Kathryn Forgie
Andrus Wagstaff, PC
7171 W. Alaska Dr.
Lakewood, CO 80226

Re:   *In Re: Roundup Products Liability Litigation*, MDL No. 2741
      Production of Dr. Rosol's Reading Room Notes

Dear Counsel:

Pursuant to Pretrial Orders No. 7 and No. 16, Monsanto hereby transmits a copy of Dr. Rosol's notes from his visit to the Reading Room as described in his expert report. In making this production, Monsanto does not waive any other protections or privileges, including but not limited to the confidentiality of this document under the provisions of the Protective and Confidentiality Order and the general prohibition against the discovery of an expert's notes under Pretrial Order No. 7.

Please let us know if you have any questions.

Sincerely,

Heather Pigman /ss

Heather A. Pigman

HAP/ss

Long term mouse studies                    21, 20 Oct 2016
                                                T. Rosol

                    IRI
56-134-1993 Chemunova 438618   No. 7793       104 wks
     EPA guidelines  F, 83.2              Nov 1989 - Dec 1991
     50 CD-1 mice/gp/dose  → diet
     Con° Low°° Med°°° High °°°° 1000 mg/day
       └─────────────┴──→ full histo
              └── limited histo

     208 unscheduled deaths ┌ no cmpd effect
     Organ wts - no cmpd effect │  M  24 6 25   21   25
     Necropsy -   "    "    "    │  F  29  34    24   26
     Histo     -   "    "    "   │
     Body wt   -   "    "    "   ┘

     (ref: NTP study  6250, 12500, 25000, 50,000 ppm)
     Glyphosate  97.5 - 100% pure
     Tumor Data  Fisher's Exact Prob. Test
                                        → one mouse c lymphoma
  Males    ↑ Thymus wt  (hi) + mid (no histo changes)
  Males    Lung masses          C    L    M    H   /50
           - not correlated with tumor
             incidence        M 10   13   12   18
                    "common"  F  6    3    3    7
           Brain - mineral finding  4              13
  M + F   no ↑ in tumors                       (not in
           Con + high dose                       severity)

  M + F   # c multiple tumors        Total # tumors
                           dosing  M:  11 (49)       16 (60)
                           effect  F:   6 (36)       11 (43)
  · no dose response
  · no significant effect  Hemangiosarcoma   M:  0  0   0   4   ns
  · incidences in           M: 3/4 in spleen  F:  0  2   0   1   ns
    background              F: in liver, 1 in spleen (Gp 2)
    range                  Histiocytic sarcoma  M:  0  2   0   2   ns
                           - lymphoreticular system  F:  0  3   3   1   ns

Liver
   Carcinoma    M ~~M F~~ M F    8   5   6   7
                    1   0   0   0
   Adenoma    M    8   12   11   9
            F    1   0   2   0

Renal

| | | C | L | M | H |
|---|---|---|---|---|---|
| tubular Ca | M | 1 | 1 | 0 | 0 |
| | F | 0 | 0 | 0 | 0 |
| tubular Adenoma | M | 1 | 1 | 0 | 0 |
| | F | 0 | 0 | 0 | 0 |

Lung

| | | C | L | M | H |
|---|---|---|---|---|---|
| alveolar/bronchiolar Carcinoma | M | 10 | ~~07~~ | 8 | 9 |
| | F | ~~8~~3 | 2 | 1 | 5 |
| adenoma | M | ~~8~~9 | 15 | 11 | 13 |
| | F | 7 | 3 | 3 | 6 |
| assoc adenoma | M | 3 | 0 | 1 | 3 |
| | F | 0 | 2 | 0 | 3 |
| Lymphoma | M | 4 | 2 | 1 | 6 |
| | F | 14 | 12 | 9 | 13 |
| Granulosa cell tumor | F | 8 | 3 | 1 | 6 |
| Islet adenoma | M | 0 | 0 | 0 | 1 |
| | F | 0 | 1 | 0 | 0 |
| Leydig adenoma | | 3 | 0 | 0 | 2 |
| No. mice ē tumors | M | 35 | | | 37 |
| | F | 30 | | | 30 |
| " " mult tumors | M | 11 | | | 16 |
| | F | 6 | | | 11 |
| " " single tumors | M | 24 | | | 21 |
| | F | 24 | | | 19 |

Kaplan Meier Curve - Best = mid dose —
                    Males

Volume 2 - Pathol Suppl.
   - individual animal data

N.TEL - No toxicological effect level
               1000 mg/kg/day

No signs of carcinogenic potential

Appendix 17   page 219
   Background Incidences

Reference          N          Fe          N=50/grp

Hemangiosar   a        2           1
              b        2           1
              c        4           2
              d        0           0
              e        1           1
              f        1           0

Histiocytic Sarcoma                      N=50/grp
              a        0           5
              b        0           1
              c        1           3
              d        0           0
              e        1           4
              f        1           3

Tumor Incidence    N=50/grp

|  | Male | | Female | |
|---|---|---|---|---|
| grp | 1 | 4 | 1 | 4 |
| Tumor finding | 35 | 37 | 30 | 30 |
| single | 24 | 21 | 24 | 19 |
| multiple | 11 | 16 | 6 | 11 |
| benign | 21 | 23 | 12 | 15 |
| Malig | 23 | 25 | 23 | 22 |
| Mets | 1 | 2 | 2 | 1 |
| total # tumors | 49 | 60 | 36 | 43 |
| " benign | 24 | 31 | 12 | 19 |
| " Malig | 25 | 29 | 24 | 24 |
| " Mets | 1 | 2 | 2 | 1 |

Kaplan Meier

Males                    Females

57-154-
2.2.2-
1983

24-mo   Mouse   CD-1   50/gp

1000      5000      30000   ppm - diet

↓ BW - High Dose Males
No Tx effect
↑ freq. of lymphoretic. tumors in Tx groups, esp.
females
- small numbers
- no evidence of test substance effect
Renal tubules adenomas - male

0   0   1   3

- unrelated to Tx  spurious
- no other renal lesions were seen - no preneoplastic
lesions
- no cytotoxic effects
No effect on mortality
↓ BW  high dose males
↑ wt of testes in ♂

Standard mouse tumors
Lung
Liver
Lymphoreticular

Consultant report 1985

Renal tumors - male

I - #1628$^M$

m = minute
$\leq$ 1 mm

II - #3023

IV - #4029$^M$, 4032, 4041

- renal cortical ep. type
- 3 seen grossly, 2 minute
- largest = #3023 = ~~some~~ most atypia
- all appear to have potential for enlargement, anaplasia, + invasion
- no disting histolog characterister of malignancy
- #1028 = clear cell type
  - others are dark cell variety, yet #4032 has 'clear cell' components
  - no apparent biological distinction between types

Unscheduled Deaths

Male            N =    <u>29</u>/30 34   33   24

Fe

Lungs – Male

Ad                  2   5   4   2

Carcinoma          4   2   1   1

Liver adenoma        0   0   0   0

Ca                4   2   3   3

Hemangiosarc - spleen    0   0   0   0

Leydig cell tumor

Pathology Report

- no compound-induced effects
- cause of death (probable)

Tumor → { M    3   6   4   4

         F    3   13   7   7

Benign Neoplasms   42% 55% 48% 40%

Malig.           23   37   30   28%

Metastasis   8   17   14   12%

Broncho-alveolar tumors
- frequent in lab. mice
- start as single focus + expand
- most appear benign

Lung Tumors

| | | | | | |
|---|---|---|---|---|---|
| Adenoma | M | 5 | 9 | 9 | 9 |
| | F | 10 | 9 | 10 | (1) |
| Carcinoma | M | 4 | 3 | 2 | 1 |
| | F | 1 | 3 | 4 | 4 |
| Total | | 20 | 24 | 25 | 15 |

- no cmpd mediated effect

Liver — hyperplasia/adenoma/adenoca.

| | | | | | |
|---|---|---|---|---|---|
| Adenoma | M | 5 | 9 6 | | 5 4 |
| | F | 1 | 2 1 | | 0 |
| Adenoma | M | 0 | 0 | 1 | 0 |
| | F | 0 | 1 | 0 | 0 |
| Adenoca. | M | 5 | 6 | 6 | 5 |
| | F | 1 | 2 | 1 | 0 |
| Total | 8 | 6 | 9 | 8 | 5 |

- no cmpd effect

Lymphoreticular Tumors
 - lymphoblastic lymphoma
 - composite lymphoma (mixed type)
   LC + MC-like
 - Histiocytic sarcoma
   (1 mouse)
 - Granulocytic sarcoma

| L.L + leukemia | M | 1 | 4 | 3 | 2 |
| | F | 1 | 4 | 5 | 1 |
| L.L. | M | 0 | 1 | 0 | 0 |
| | F | 0 | 1 | 0 | 3 |
| Composite | M | 1 | 0 | 1 | 0 |
| | F | 4 | 1 | 1 | 6 |
| Hist sarc. | M | 0 | 1 | 0 | 0 |
| | F | 0 | 0 | 0 | 0 |
| Total | M | 2 | 6 | 4 | 2 |
| | F | 5 | 6 | 6 | 10 |

- no cmpd. effect

- M - Spleen
Hemangioendothelioma

| | M | 0 | 0 | 1 | 0 |
| | F | 1 | 0 | 2 | 1 |

Renal Tubule adenoma

| | M | 0 | 0 | 1 | 3 |
| | F | 0 | 0 | 0 | 0 |

Uterine Adenoca

| | F | 2 | 1 | 0 | 0 |

L N - Hist Sarc. M
F
0  0  0
5  4  3  1

58-155-2001 | Swiss Albino Mice   HsdOla: MF1 strain

- no Tx-related histopath findings
- NOAEL = 1000 ppm ≡ 150 mg/kg BW/day
- 50/group   100, 1000, 10000 ppm in food
              (15), (153), (1460) mg/kg/BW/day
- 50-day prestudy
     200, 1500, 7500, 10,000, 15000 ppm
          - no toxic signs or death
- extra tissues examined
- peer review - external pathologist
- no effect on preterminal deaths

|       | M | 6 | 6 | 8 | 8 |
|-------|---|---|---|---|---|
|       | F | 7 | 7 | 2 | 3 |
|       | Tot | 13 | 13 | 10 | 11 |

moribund + sacrifice

|       | M | 22 | 20 | 22 | 27 |
|-------|---|----|----|----|----|
|       | F | 16 | 16 | 20 | 20 |
|       | Tot | 38 | 36 | 42 | 47 |

slightly higher

- n.s. effect on BW or food intake
- spontaneous nephropathy

No. of mice M ~~22~~ 50 50 50 50

✳ c̄ neoplasma M 22 25 24 28

↑ Z test ✳          F 24 25 30 ③④ ✳

benign M 9 8 4 12

~~weight~~ F 6 3 8 16

Malignant M 17 18 21 23

~~F 6 3 8 16~~

F 22 2~~4~~ 24 29

Combined M + F

✳ mice c̄ tumors 46 50 54 ⑥② ✳

benign 15 11 12 ②⑧ ✳

malig. 39 43 45 ⑤② ✳

terminal
sacrifice
only

Neoplasma    2-test

male

| | Dead/moribund | | | | Terminal sacr. | | | | all | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ※ | 22 | 20 | 22 | 27 | 28 | 30 | 28 | 23 | 50 | 50 | 50 | 50 |
| tumors | 15 | 16 | 17 | 18 | 7 | 9 | 7 | 10 | 22 | 25 | 24 | 28 |
| benign | 3 | 1 | 0 | 6 | 6 | 7 | 4 | 6 | 9 | 8 | 4 | 12 |
| malig | 15 | 15 | 17 | 16 | 2 | 3 | 4 | 7 | 17 | 18 | 21 | 23 |
| mets/infilt. | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |

female

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ※ | 16 | 16 | 20 | 20 | 34 | 34 | 30 | 30 | 50 | 50 | 50 & 50 | |
| tumors | 12 | 14 | 17 | 15 | 12 | 11 | 13 | (19)↑vs.c | 24 | 25 | 30 | (34)↑from c. |
| benign | 2 | 0 | 1 | 6 | 4 | 3 | 7 | 10 | 6 | 3 | 8 | 16 |
| Malig | 12 | 14 | 16 | 14 | 10 | 11 | 8 | 15 | 22 | 24 | 24 | 29 |
| met/inflt | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 1 | 1 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M+F | 38 | 36 | 42 | 47 | | | | | | | | |
| ※ | | | | | 62 | 64 | 58 | 53 | 100 | 100 | 100 | 100 |
| T | 27 | 30 | 34 | 33 | 19 | 20 | 20 | (29)↑vs.c | 46 | 50 | 54 | (62)↑from c. |
| B | 5 | 1 | (1)* | 12 | 10 | 10 | 11 | 16 | 15 | 11 | 12 | 28 |
| M | 27 | 29 | 33 | 30 | 12 | 14 | 12 | (22)↑vs.c | 39 | 43 | 45 | 52 |
| Met | 0 | 3 | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 3 | 1 | 1 |

G2 + G3
not included
in analysis

$\mathcal{Z}$ test ↑

\# mice c̄ Benign tumors
\# mice c̄ Malig tumors
\#\# mice c̄ met/infilt tumors — low dose moribund
\# mice c̄ 1 1° tumor
\#\# mice c̄ 2 or more 1° tumors
\* mice c̄ benign tumors
\# mice c̄ malig tumors

Historical data

|  |  |  |  | % | greatest historical |
|---|---|---|---|---|---|
| Terminal Sacrifice { | \# mice c̄ tumors | hi-dose ♀ | 19/30 | 63.3 | 48.6 |
|  |  | hi dose ♀ +♂ | 29/53 | 54.7 | 42.3 |
|  | \# mice c̄ Malig | hi dose ♀+♂ | 22/53 | 41.5 | 36.6 |
| all fates { | \# mice c̄ tumors | hi dose ♀ | 34/50 | 68 | 64 |
|  |  | high dose ♀+♂ | 62/100 | 62 | 53 |
|  | \# mice c̄ tumors | high dose - moribund | | 25.5 | 17.9 |
|  |  | " " - terminal | | 30.2 | 21.1 |
|  |  | " " - all fates | | 28 | 19 |
| combined { | \# mice c̄ malig | " " - terminal | | 41.5 | 36.6 |
|  | \# mice c̄ 1-1° primary | " " " | | 35.8 | 36.6 |
|  | \# mice c̄ >1-1° | " " " | | 18.9 | 8.3 |
|  | \# mice c̄ benign | " " - moribund | | 6.4 | 5.7 |

others similar & marginally higher than historical

Tumors                          N

Hemolymphoretic - 16 3 - mostly malig
                              lymphoma
Liver                26 - mostly adenoma
Lungs                11 -    "      "
Bone                 11 -    "   osteomas
Uterus               10 -    "   stromal
Mesenteric LN         8 7     cell sarcomas
                         ↳ mostly hemangioma

Summary
  Coincidental variations in occurrence of
  malig lymphoma in control + Tx groups
          ↳ very common tumor of mice
            considered incidental
            likely not Tx related
            no ↑ with dose
            incidence varied by of fate + sex
  ↑ in benign tumors at hi-dose
      - considered incidental
          - incidence of each kind of tumor
            was low + these are common tumors
            - osteoma, hepatic adenoma,
              hemangioma
  * - no individual tumor > than
         concurrent control

Pathology conclusion — noncarcinogenic
 - no tx-related gross or histopath
   change in the mice
     - differences dt coincidental
       variations in malig. lymphoma in
       control + Tx groups
                          → one of most
                             common tumors
                             in mice

Based on high mortality + ↓ survival rates in
hi-dose grp   NOAEL = 1000 ppm for ♂ & ♀ mice

| | | N | | | | |
|---|---|---|---|---|---|---|
| Neoplasms | M | 36 | 31 | 35 | 34 | 39 |
| Liver | F | 35 | 38 | 30 | 37 | 33 |
| Adenoma | M | 3 | 1 | 4 | 2 | 2 |
| | F | 0 | 1 | 0 | 1 | 0 |
| Carcinoma | M | 0 | 0 | 0 | 0 | 1 |
| | F | 0 | 0 | 0 | 0 | 0 |
| Lungs | | | | | | |
| Adenoma | M | 1 | 3 | 1 | 1 | 1 |
| | F | 0 | 1 | 0 | 0 | 0 |
| Spleen | M | 0 | 1 | 0 | 0 | 0 |
| Hemangioma | F | 0 | 0 | 0 | 0 | 0 |

Terminal

Leydig cell Tumor          0  0  0  2  0

Malig Lymphoma

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| M | 3 | 3 | 5 | 8 | 7 |
| F | 7 | 8 | 10 | 16 | 9 |

_N_

Moribund/
dead
& Mice

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| M | 14 | 19 | 15 | 16 | 11 |
| F | 15 | 12 | 20 | 13 | 17 |

Liver
   Adenoma M   1  0  0  0  1
            F   0  0  0  0  0

Lungs
   Adenoma M   0  1  0  0  0
            F   0  1  0  0  0

Renal Adenoma M   0  0  2  0  0
              F   0  0  0  0  0

Osteoma    M   0  0  0  2  0
           F   1  0  0  0  3

early death { Mal. Lymphoma M   —  5  5  7  3
                           F   —  5  17  13  14

60_182 Amendment 2009 (#2)  Mouse Carc Study  2060-0011
  ) Leydig cell hyperplasia — seen in most mice
                               — not Tx-related
  ↳ Related to testicular atrophy

60_182_2009 (Vol 1)    # 2060-0011
      OECD guidelines No. 451 Carc

  CD-1 mice   Crl:CD-1 (ICR) BR strain
              N = 408
      Diet    O    500    1500    5000   ppm
              O    85     267     946   mg/kg/d

  Stats: terminal kill (control + hi-dose)
            — Homogeneous population
          Moribund/dead — heterogeneous population

  Tumors: Table 1

  No Tx effect on mortality
  No Tx effect on BW or food consumption
  No Tx effect on tumors
  N = Terminator
                  M   39   41   39   35
                  F   37   38   38   40

  NOEL = 810 mg/kg/d  ♂
       = 1081  "      ♀

Adrenal cort. adenoma

| | | | | | |
|---|---|---|---|---|---|
| | Male | 3 | 0 | 0 | 3 |
| | Fe | 0 | 0 | 0 | 0 |

Myeloid leukemia

| | | | | | |
|---|---|---|---|---|---|
| | M | 0 | 1 | 0 | 0 |
| | F | 0 | 0 | 1 | 0 |

Liver

| | | | | | | |
|---|---|---|---|---|---|---|
| Adenoma | M | 1 | 1 | 2 | 2 |
| Rte | F | 0 | 0 | 0 | 0 |
| Carcinoma | M | 6 | 11 | 7 | 3 |
| | F | 0 | 1 | 0 | 0 |

Hemangiosarcoma

5 M
2 Fe

— no effect of Tx

Malig lymphoma

| | | | | | |
|---|---|---|---|---|---|
| Terminal | M | 0 | 1 | 0 | 3 |
| | F | 4 | 3 | 2 | 7 |

N=8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Moribund | 12 | 10 | 12 | 16 | M | 0 | 0 | 2 | 2 |
| | 14 | 13 | 13 | 11 | F | 7 | 5 | 8 | 4 |

| | | | | | |
|---|---|---|---|---|---|
| Total | M | 0 | 1 | 2 | 5 |
| | F | 11 | 8 | 10 | 11 |

concurrent control
6/50 (12%)

— Variation in group
incidence

Terminal {
Lung

| | | | | | |
|---|---|---|---|---|---|
| Adenoma | M | 9 | 7 | 7 | 4 |
| | F | 2 | 4 | 2 | 2 |
| Ca | M | 3 | 4 | 5 | 9 |
| | F | 5 | 2 | 2 | 3 |
| Both | M | 12 | 11 | 12 | 13 |
| | F | 7 | 6 | 4 | 5 |

can progress
to Carcinoma
so combine

Ovary
9 mixed tumors
C = 1
hidose = 5

diversity of tumor
type, not consistent
with effect of $T_x$

Skin: Hemangiosarcoma
— in one Low dose ♀

Spleen
Hemangioma — one control ♂
Hemangiosarcoma — one control +
one hidose ♀

all mice

Ovary Tumors
luteoma | 1 | 1 | 1 | 1
hemangioma | 0 | 0 | 0 | 1
sertoli cell | 0 | 0 | 0 | 1
cystadenoma | 0 | 0 | 0 | 2
sarcoma | 0 | 1 | 0 | 0

Malig Lymphoma
M | 0 | 1 | 2 | 5
F | 11 | 8 | 10 | 11

all mice
N=50/grp

Single benign M | 15 | 6 | 9 | 7
F | 5 | 6 | 6 | 9
Mult benign M | 6 | 2 | 4 | 1
F | 4 | 4 | 1 | 7
Malig M | 14 | 20 | 17 | 20
F | 23 | 15 | 16 | 18
Mult Malig M | 1 | 2 | 3 | 5
F | 4 | 2 | 1 | 1

SL 175-1997   HR-001   18 mo. Carc. Mice
                            78 wks
            SPF ICR mice (Crj:CD-1) - Sankyo Co.

        O   1600   8000   40,000 ppm diet

                                    ↓ growth in
                                    ♂ + ♀  (7-14%)
    no ↑ in neoplasia         ♂ - and messes
                                    (prolapse)

    NOAEL = 8000 ppm ♂   (838 mg/kg/d)
          = 1600 ppm ♀   (153 mg/kg/d)

    Toxic = 40,000 ppm    4350 mkd ♂
                          4/20 mkd ♀
                    N =    50   52   50   50
    Mortality       M     24   16   23   21
                    F     18   14   10   15

only change ♂  Lymphoma  M   O   O   O   2
change at p.20.          F   4   O*↓  5   3
    at p.

        Terminal    M   26   34   27   29
        N =         F   32   36   40   35

All Mice
Terminal Kill
incidences   N=

| | | 50 | 50 | 50 | 50 |
|---|---|---|---|---|---|
| | N= | ~~16~~ | ~~34~~ | ~~27~~ | ~~29~~ |
| Lymphoma | M | 2 | 2 | 0 | 6 |
| | F | 6 | 4 | 8 | 7 |
| Lung Adenoma | M | 8 ~~5~~ | 14 ~~13~~ | 13 ~~10~~ | 11 ~~7~~ |
| | F | 8 | 5 | 12 | 5 |
| Liver Adenoma | M | 14 ~~8~~ | 15 ~~13~~ | 15 ~~9~~ | 7 ~~5~~ |
| | F | 1 ~~0~~ | 1 ~~1~~ | 1 ~~3~~ | 0 ~~1~~ |
| Liver Ca | M | ~~0~~ | ~~0~~ | ~~2~~ | ~~0~~ |
| | Fe | — | — | — | — |
| Kidney Adenoma | M | 0 | 0 | 0 | 2 |
| | F | — | — | — | — |
| Skin Hemangiosar | M | 0 | 0 | 0 | 2 |
| | F | 0 | 0 | 1 | 0 |
| Lung Adenoca | F | 1 | 2 | 3 | 1 |
| Spleen Hemangiosar | M | | | | |
| | F | 0 | 0 | 1 | 0 |
| Mammary Adenoca | | 0 | 3 | 1 | 0 |

Male — Terminal Kill

| | | | | |
|---|---|---|---|---|
| # benign tumor | 17 | 36 | 20 | 16 |
| # malig | 0 | 0 | 6 | 4 |
| # B + M | 17 | 36 | 26 | 20 |
| # an c̄ benign | 13 | 25 | 17 | 14 |
| # an. c̄ malig | 0 | 0 | 6 | 4 |
| # an. c̄ tumors | 13 | 25 | 20 | 15 |

Male — All    N = (50) (50) (50) (50)

| | | | | |
|---|---|---|---|---|
| # benign tumor | 29 | 42 | 30 | 23 |
| # malig | 5 | 5 | 11 | 17 |
| # B + M | 34 | 47 | 41 | 40 |
| # an. c̄ benign | 23 | 30 | 25 | 20 |
| " malig | 5 | 5 | 11 | 16 |
| " tumors | 25 | 34 | 30 | 30 |

Female — All    N = 50 50 50 50

| | | | | |
|---|---|---|---|---|
| # benign | 13 | 18 | 22 | 18 |
| # malig | 9 | 13 | 17 | 14 |
| # B + M | 22 | 31 | 39 | 32 |
| # an. c̄ benign | 12 | 13 | 18 | 16 |
| " malig | 7 | 13 | 16 | 13 |
| " tumors | 19 | 24 | 28 | 23 |

Long-term Rat Studies

61-121- 1993 (Vol 1)     104 wk                    (canc study)
                         52 wk interim kill   15 M+Fe (Tox study)
              0    10    100    300    1000    mg/kg/d
         no change in deaths

                        M    27  32  25  26  26
                        F    42  41  42  40  35
         no change in food consumption  in wate
         mild ↓ BW - males, high dose
                     femdes +
         Salivary glands - submax. + parotid, unusual
              ↑ weight                  ; dose-related
              ↑ cellular alteration
              No progression to proliferation or degen.
         ↓ nephropathy in males
         ↓ urothelial hyperpl - ? does ♀

Case Study

| | | | | | | |
|---|---|---|---|---|---|---|
| Pheo - malig | M | 1 | 0 | 0 | 0 | 1 |
| | F | 0 | 0 | 0 | 0 | 0 |
| Pheo - benign | M | 7 | 1 | 1 | 1 | 8 |
| | F | 5 | 0 | 0 | 1 | 0 |

→

Pancreas

| | | | | | | |
|---|---|---|---|---|---|---|
| Exo. adenoma | M | 3 | 0 | 1 | 0 | 0 |
| | F | 0 | 0 | 0 | 0 | 0 |
| Islet adenoma | M | 7 | 1 | 2 | 2 | 1 |
| | F | 1 | 2 | 2 | 2 | 1 |

→

Testis

| | | | | | |
|---|---|---|---|---|---|
| unilateral Leydig ad. | 3 | 1 | 0 | 0 | 0 |
| ⤷ bilateral | 0 | 0 | 0 | 0 | 1 |

Tumor #'s        Groups 1 + 5  (N=50)

| | 1 | 5 | 1 | 5 |
|---|---|---|---|---|
| | Male | | Female | |
| animals c̄ tumor | 44 | 41 | 49 | 49 |
| single | 15 | 17 | 14 | 14 |
| mult | 29 | 24 | 35 | 35 |
| benign | 41 | 37 | 44 | 46 |
| Malig | 8 | 15 | 19 | 16 |
| Mets | | | | |
| Total # tumors | 88 | 73 | 111 | 104 |
| benign | 80 | 56 | 87 | 85 |
| Malig | 8 | 17 | 24 | 19 |
| Mets | — | — | — | — |

Wistar derived: Alpk:AP$_f$ SD

62-122-2001   Syngenta                    N = 52/grp
                    0    2000    6000    20,000 ppm diet
        no oncogenicity
                                        ↑ survival in males
                                        — ↓ food (consumption)
                                                  (utilization)
                                        ↓ BW
                                        ↓ nephropathy

NOEL + NOAEL = 6000 ppm

• Small ↑ liver adenoma ♂ 20,000
    NS using Fisher exact test
    SS using Peto test
    No preneoplastic foci   No adenocarcinoma
    No dose response   ∴ unrelated to Tx

Fe    { • ↑ single tumors in females at 20,000
20,000 { • ↓ mult benign tumors

Table 25

Tumors

N=64 at start

| | 0 | 2000 | 6000 | 20000 |
|---|---|---|---|---|
| Terminal | | | | |

**Male**

| | 0 | 2000 | 6000 | 20000 |
|---|---|---|---|---|
| Completed rats | 16 | 17 | 18 | 26 |
| # c̄ Tumors | 14 | 14 | 16 | 23 |
| Malig | 1 | 6 | 1 | 7 |
| benign | 14 | 13 | 16 | 21 |
| multiple | 7 | 8 | 6 | 13 |
| single | 7 | 6 | 10 | 10 |
| mult malig | 0 | 3 | 0 | 0 |
| " benign | 7 | 4 | 5 | 10 |
| Mets | 1 | 4 | 0 | 4 |

**Females**

| | 0 | 2000 | 6000 | 20000 |
|---|---|---|---|---|
| completed rats | 32 | 28 | 39 | 30 |
| # c̄ tumors | 29 | 26 | 39 | 29 |
| benign | 26 | 25 | 36 | 28 |
| Mult. | 19 | 17 | 29 | 13 |
| single | 10 | 9 | 10 | 16 |
| Mult Malig | 2 | 3 | 2 | 1 |
| " benign | 16 | 12 | 17 | 9 |
| Mets | 5 | 7 | 15 | 6 |

Table 26   all animals        N=64
- few differences

Female

| | 0 | 2000 | 6000 | 20000 |
|---|---|---|---|---|
| single | 21 | 17 | 19 | 30 |
| mult | 35 | 34 | 37 | 25 |
| # c̄ Tumors | 56 | 51 | 56 | 55 |

~~Neh~~ Removal: intercurrent
LN

| ~~Kalo~~ Male | N = | 37 | 34 | 55 | 26 |
| → Hemangioma | M | 5 | 4 | 3 | 1 |
| Fe | ~~F~~ N = | 20 | 24 | 13 | 23 |
| Hemangioma | | 2 | 1 | 0 | 0 |
| Leydig | | 1 | 1 | 1 | 0 |
| Uterus - adenoca | | 2 | 8 | 0 | 2 |
| Uterus - HSA | | 1 | 0 | 1 | 0 |

Removal: terminal

| | N = | M | 16 | 17 | 18 | 26 |
| | N = | F | 32 | 28 | 39 | 30 |
| LN | | | | | | |
| Hemangioma | M | | 2 | 2 | 1 | 4 |
| | F | | 2 | 5 | 6 | 3 |
| HSA | M | | 0 | 1 | 0 | 0 |
| | F | | 1 | 0 | 0 | 1 |
| L GL leukemia | M | | 1 | 3 | 0 | 2 |
| | F | | 4 | 7 | 10 | 4 |
| Tests | | | | | | |
| Leydig ad. | | | 4 | 1 | 1 | 2 |

all rats   N = 64

Pheo   M   8   4   7   4
       F   1   2   0   0

Leydig        5   2   2   2
Uterus adenoca   6   10   9   5

63-123-1974    Tokyo 5270    albino Rats
                O    30    100    300    ppm
                                         CP 67573
                                         in diet
                N = 50/grp
            no change:
                BW, food consumption
                                    O    30    100    300
        Died                    M    42    44    40    38
                               F    30    30    37    33
        Histo
            1 lipid in liver
            no other findings
        Tumors
            No finding related to Tx

                N =       M    8    8    10    12
                         F    33   29   32    29

            Pit
                adenoma    M    14    10    4    4
                (chromophobe)

68-128-1990   albino rats      N=60
                  Charles River CD(SD) BR rats
                          O   2000   8000   20000 ppm

↓ bw females
↑ cataracts - males

NOAEL = 8000 ppm   M+Fe

No oncogenic response

Doses              M   O   89   362   940   mkd
                   F   O   113   457   1183   "

N =                M   58   57   60   59

eslet adenoma   M   1   8*   5   7
                F   5   1   4   0
              hist control  18-8.5%
                "    "   literature   0-17%
            → no dose response
not              → no sig Peto test
Tested              - incidences were random
related

delet ca.   M   1   0   0   0
                    =

    -. no progression

Female    N=      43  51  39  44
Thymus
Lymphoma        5   3   2   1

69-129-1996   Wistar rats           N=50
    Feinchemie Schwebda, GmbH
          0   100   1000   10000   ppm feed
    interim 52 wk sacrifice ≤ $^{10}_{20}$ Con HD ] - nonneoplastic

    no effect on food intake, lifespan, growth, Bw
       no Δ in histopath or tumors

    ※ benign tumors
          ↓ LD, MD & ♂   low dose middose
    (dose?) MD ↑ in females - in control hist. range

    NOAEL = 1000 ppm ≡ 59.4 + 88.5 mkd
                              in M + Fe
               10,000 pm ≡ 610 + 920 mkd in
    Not carcinogenic              M + Fe, respectively

          Deaths
          N =  M              30  30   32   21
          N =  F              26  24   17   29
    Tumors - male
    dead        Rats = Tumor  23  19   23   15
    rats ♂        benign      22  15   17   11
                  Male        15  16   16   11
                  Mets         2   4    2    3
          ♀     Rats = Tumors 10  16   11   13
                  benign       8  20   12   15
                  Malig        8   5    4    7
                  Mets         2   0    1    0

| Terminal rats | N = | 20 | 20 | 18 | 29 |
|---|---|---|---|---|---|
| ♂ ( # c̄ tumors | | 18 | 20 | (11) | 26 |
| benign | | 31 | 19 | 9 | 38 |
| Malig | | 12 | (19) | 12 | 21 |
| Metast. | | 1 | 0 | 1 | 0 |
| ♀ ( # c̄ tumors | | 24 | 26 | 32 | 21 |
| B | | 17 | 20 | 25 | 15 |
| M | | 9 | 12 | 19 | 4 |
| Met | | 1 | 1 | 1 | 0 |

no dose correlation

incidence (#) of tumors — no difference
                                        in number or
                                        time of occurrence
within range of historical controls
    — only incidental changes

Terminal Rats

| | | | | | | |
|---|---|---|---|---|---|---|
| Male | N = | 20 | 20 | 18 | 29 | |
| Female | N = | 24 | 26 | 32 | 21 | |

Liver

| | | | | | | |
|---|---|---|---|---|---|---|
| Adenoma | M | 15 | 13 | 4 | 15 | |
| | F | 16 | 10 | 16 | 8 | |
| Ca | M | 9 | 16 | 9 | 19 | |
| | F | 6 | 11 | 12 | black | |
| Leydig | | 2 | 0 | 0 | 3 | |

Pituitary

| | | | | | | |
|---|---|---|---|---|---|---|
| Adenoma | M | 1 | 2 | 0 | 4 | |
| | F | 2 | 5 | 4 | 1 | |
| Ca | M | 0 | 0 | 0 | 0 | |
| | F | 1 | 0 | 0 | 0 | |
| Pheo | M | 6 | 2 | 2 | 12 | |
| | F | 1 | 0 | 4 | 2 | |
| Malig Pheo | M | 0 | 0 | 1 | 1 | |
| | F | 0 | 0 | 0 | 0 | |

Tumors within historical controls
Non-Carcinogenic

70-130-2009a        ＊2060-0012

Dose    0    1500    5000    15,000    diet ppm
        0    95     317     1230    mkd

Wistar Han Crl: WI (GLx/BRL/Han)
IGS BR strain
N = 51/group

no effect on:
            mortality
water + food consumption
        food efficiency

Mortality    Male          51    51    51    51
Death        premature     12    14    13    6
             termination   ~~44  44~~  ~~152 12~~
             termination   39    37    38    45
             Female        51    51    51    51
             premature     14    17    15    12
             termination   37    34    36    39

No effect on neoplasia

Liver

| | | | | | |
|---|---|---|---|---|---|
| Adenoma | M | 0 | 2 | 1 | 1 |
| Rxa | F | 1 | 0 | 1 | 1 |
| Ca | M | 1 | 0 | 0 | 0 |
| → | F | 0 | 0 | 1 | 0 |

Angioma + angiosarcoma
 └ mesenteric LN
 - common in this strain    M > Fe
   24 Male    5 Fe
   6 angiosarc. in Male
     └→ 4 in controls

Spleen
  angiomatous tumor
    1 control Male
    1 hidose Male

Thyroid C-cell tumors
  ✗ in hidose ♀, likely not Tx effect

No Tx effect on neoplasia

All animals combined                    N=51

Adrenal

    cortical adenoma          1

|  |  |  |  |  |
|---|---|---|---|---|
| M | 1 | **1** | 0 | Ø |
| F | 1 | 1 | 0 | 0 |
| Pleo M | 0 | 0 | 0 | 2 |
| F | 0 | 0 | 0 | 0 |
| Malg Pheo M | 2 | 0 | 3 | 0 |
| F | 0 | 0 | 0 | 0 |

Kidney

| Tubular ca. M | 0 | 0 | 0 | 1 |
|---|---|---|---|---|
| F | 0 | 0 | 0 | 0 |
| Clear cell ca M | 0 | 0 | 0 | 0 |
| F | 0 | 0 | 1 | 0 |

Liver

| adenoma N | 0 | 2 | 1 | 1 |
|---|---|---|---|---|
| F | 1 | 0 | 1 | 1 |
| Ca. M | 1 | 0 | 0 | 0 |
| F | 0 | 0 | 1 | 0 |

Lymph node

| angioma M | 7 | 4 | 1 | 6 |
|---|---|---|---|---|
| F | 3 | 1 | 0 | 1 |
| Angiosarc. M | 4 | 0 | 2 | 0 |
| F | 0 | 0 | 0 | 0 |

Mammary

| | | | | |
|---|---|---|---|---|
| Fibroadenoma | 7 | 9 | 7 | 5 |
| adenoma | 0 | 0 | 0 | 2 |
| adenoca | 2 | 3 | 1 | 6 |
| Total | 9 | 12 | 8 | 13 |

Pancreas   male

| | | | | |
|---|---|---|---|---|
| Islet cell adenoma | 4 | 1 | 2 | 1 |
| Islet cell ca. | 0 | 0 | 0 | 0 |

female

| | | | | |
|---|---|---|---|---|
| islet cell ad | 0 | 0 | 0 | 0 |
| Islet cell ca. | 0 | 0 | 1 | 0 |

Pituitary

| | | | | | |
|---|---|---|---|---|---|
| adenoma | M | 16 | 11 | 10 | 20 |
| | F | 24 | 22 | 16 | 32 |
| adenoca | M | 1 | 0 | 0 | 0 |
| | F | 0 | 1 | 0 | 0 |

Skin

| | | | | | |
|---|---|---|---|---|---|
| Fibrosarc | M | 2 | 2 | 3 | 0 |
| | F | 0 | 0 | 0 | 0 |
| angioma | M | 0 | 0 | 0 | 0 |
| | F | 0 | 0 | 0 | 2 |
| Keratoacanthoma | M | 2 | 3 | 0 | 6 |
| | F | 0 | 0 | 0 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| Spleen | | | | | |
| angioma | M | 0 | 0 | 0 | 1 |
| | F | 0 | 0 | 0 | 0 |
| angiosarc. | M | 1 | 0 | 0 | 0 |
| | F | 0 | 0 | 0 | 0 |
| Testis | | | | | |
| Leydig | | 2 | 3 | 1 | 1 |
| Thymus | | | | | |
| Thymoma (B) | M | 0 | 0 | 1 | 1 |
| | F | 7 | 2 | 4 | 3 |
| Thymoma (Mal) | M | 0 | 1 | 0 | 1 |
| | F | 0 | 0 | 0 | 0 |
| Thyroid | | | | | |
| Fol ad | M | 5 | 1 | 0 | 6 |
| | F | 3 | 0 | 0 | 2 |
| Fol ca. | M | 0 | 0 | 1 | 0 |
| | F | 1 | 1 | 0 | 0 |
| C-cell ad. | M | 9 | 1 | 0 | 3 |
| | F | 6 | 1 | 1 | 0 |
| C-cell ca. | M | 2 | 1 | 0 | 0 |
| | F | 0 | 1 | 0 | 0 |
| Uterus | | | | | |
| adenoca | | 6 | 6 | 4 | 5 |
| Stromal polyp | | 7 | 5 | 4 | 8 |

$N = 51$

Overall incidence

| | | | | | |
|---|---|---|---|---|---|
| 1° benign | M | 27 | 17 | 17 | 29 |
| | F | 28 | 22 | 20 | 32 |
| 1° malig | M | 14 | 10 | 11 | 5 |
| | F | 15 | 11 | 10 | 12 |
| Mult benign | M | 17 | 9 | 4 | 17 |
| | F | 28 | 13 | 14 | 21 |
| Mult malig | M | 4 | 2 | 1 | 0 |
| | F | 1 | 3 | 0 | 1 |

64-67 124 to 127 _ 1997   # HR-001   Sankyo
                                94-0150
              Sprague-Dawley (Crj: CD)

        O      3000      10000      30000   ppm
       N= 50/grp
       N= 30/satellite grp
          Kill - 26, 52, + 78 wks

                                        ↓ BW M+F
                                        ↓ food efficiency
                                              M+F

NOAEL = 3000 ppm   M+F
Minimum toxic   10000                    % BW gain
Sure toxic      30000                      food intake
                                          M: 50-8
                                          F: 40-5

No clear evidence of carcinogenicity

Histopath: Fishers exact prob. test

Mortality
      ↓ males, 30000
      ↑ males, weeks 35-43
      ↓ males, 3000 ppm, 64-75 wks
         N = 50        0    3000   10200   30000
                   M   32   30     32      21
Mortality       Fe   35   31     34      36

30,000 ppm – ↓ BW in M & Fe
↓ food efficiency M + F

Dose

|  | M | Fe | mkd |
|---|---|---|---|
| 3000 | 104 | 115 | |
| 10000 | 354 | 393 | |
| 30000 | 1127 | 1247 | |

| Terminal kill | N = | M | 18 | 20 | 18 | (29) |
| | N = | Fe | 15 | 19 | 16 | 14 |
| extremis or dead | N = | M | 32 | 30 | 32 | 32 |
| | N = | Fe | 35 | 31 | 33 | 36 |
| all | N = | M | 76 | 75 | 80 | 78 |
| | N = | Fe | 78 | 79 | 78 | 78 |

| Terminal: | Pheo | M | 8 | 4 | 3 | (4) ↓ |
| | | Fe | 1 | 0 | 2 | 1 |
| Extremis: | Pituitary | | | | | ↓ |
| | Adenoma | M | 22 | 21 | (14) | 18 |
| | | Fe | 34 | 29 | 28 | 31 |
| all | Pheo | M | 14 | 9 | (5) ↓ | 10 |
| | | Fe | 2 | 0 | 2 | 1 |
| all | Kidney | | | | | (N.S.) |
| | Adenoma | M | 0 | | | 4 |

→ Background 0 – 2.9% (0.7%)

considered
sporadic

No ↑ incidence of neoplasia
in any group

Terminal Kill - Main Grp

| | N= | M | 18 | 20 | 18 | 29 |
|---|---|---|---|---|---|---|
| # Benign | | | 37 | 40 | 26 | 48 |
| # Malig | | | 0 | 2 | 7 | 5 |
| # B+M | | | 37 | 42 | 33 | 53 |
| # an. c̄ Benign | | | 18 | 19 | 15 | 27 |
| # an. c̄ Malig | | | 0 | 2 | 7 | 5 |
| # an. c̄ tumor | | | 18 | 19 | 18 | 27 |

Male

all Rats

| | N= | M | 76 | 75 | 80 | 78 |
|---|---|---|---|---|---|---|
| | | F | 78 | 79 | 78 | 78 |

Lung
Adenoma

| | M | 2 | 3 | 1 | 3 |
|---|---|---|---|---|---|
| | F | - | - | - | - |

Islet adenoma

| | M | 4 | 1 | 1 | 1 |
|---|---|---|---|---|---|
| | F | 3 | 2 | 1 | 1 |

Kidney
adenoma

| | M | 0 | 0 | 0 | 4 |
|---|---|---|---|---|---|
| | F | | | | |

Testis

| | | 3 | 2 | 0 | 2 |
|---|---|---|---|---|---|

Pituitary
Adenoma

| | M | 38 | 40 | 33 | 42 |
|---|---|---|---|---|---|
| | F | 54 | 54 | 47 | 52 |

Uterus
Polyp
adenoca

| | | | | | |
|---|---|---|---|---|---|
| Uterus Polyp | | 5 | 8 | 2¼5 | |
| adenoca | | 1 | 1 | 0 | 0 |

Thyroid

| | | | | | |
|---|---|---|---|---|---|
| Fol adenoma | M | 3 | 2 | 1 | 0 |
| | F | 0 | 2 | 1 | 0 |
| C-cell ad. | M | 6 | 10 | 5 | 6 |
| | F | 4 | 7 | 8 | 4 |
| Fol adenoca | M | 1 | 0 | 0 | 0 |
| | F | — | — | — | — |
| C-cell ca. | M | 2 | 0 | 1 | 1 |
| | F | — | — | — | — |

Adrenal

| | | | | | |
|---|---|---|---|---|---|
| Cort. ad. | M | 1 | 2 | 1 | 0 |
| | F | 0 | 1 | | 0 |
| Pheo. | M | 14 | 9 | (5) ↓ | 10 |
| | F | 2 | 0 | 2 | 0 |

All Tumors

All – Male

| | | | | | |
|---|---|---|---|---|---|
| # benign tumor# | | 92 | 91 | 84 | 92 |
| # malig. tumor# | | 8 | 9 | 19 | 11 |
| # B+M | | 100 | 100 | 83 | 103 |
| # an. c̄ Benign | | 51 | 54 | 43 | 51 |
| # an. c̄ Malig | | 8 | 9 | 19 | 9 |
| # an. c̄ tumor | | 55 | 54 | 52 | 51 |

All Female

| | | | | | |
|---|---|---|---|---|---|
| # benign | | 110 | 116 | 102 | 104 |
| # malig | | 21 | 12 | 12 | 12 |
| # B+M | | 131 | 128 | 114 | 116 |
| # an. c̄ Benign | | 60 | 55 | 54 | 59 |
| # an. c̄ Malig | | 17 | 12 | 12 | 12 |
| # an. c̄ tumor | | 60 | 58 | 54 | 60 |

Expert Statement

71_119_2010

Incidence of lymphoma for
Charles River CD-1
Control Mouse

|  | Male | Fe |
|---|---|---|
| Present Study (N=51) | O | 21.6 % |
| Background (N=50) | 12% | 12 % |

Historical data

| | | |
|---|---|---|
| Min % | 1.45 | 1.67 |
| Max % | 21.7 | 50 |

ASB2015-253 I

Long-term mouse studies
5

Long-term rat studies
DX  7

Mouse                    (7793!, 438618,)
1993    KII A  5.5.3      TOX 955 2382
1983          77-2061! (60-77-420) TOX 955 238I
2001                N23093961, ASB 2012-11491
1997                N23094151, ASB 2012-11493
2009                N23094121, ASB 2012-11492

Rat
KII A 5.52  1993   N2309374  1 Tox 9950499
  " 5.52  2001   N23093681  ASB 2012-11488
  " 5.52  1974   B564 !  BT1-71-32  Z35230
  "      1997   HR-001 N23093601 ASB2012-11484
  "      1990   MS1-10495 23073841 TOX 9300244
  "      1996   N2309343 1 TOX9657587 1 TOX9600015
  "      2009   2060-0012 N2309391 1 ASB 2012-11490

55-120-1996   1 year Rat Study   Wistar derived
Alpk:AP_f SD
Zeneca Agrochemical
glyphosate acid

0   2000   8200   20,000 ppm

N=24  M+F   mild   ↓ BW
↓BW

↑ basophilia of acini cells of parated gland
- not tox. significant

no Δ in organ wts.

NOEL = 2000 ppm

|  |  | 0 | 2000 | 8200 | 20000 |
|---|---|---|---|---|---|
| Adrenal cort. ca. | M | 1 | 0 | 0 | 0 |
|  | F | 0 | 0 | 0 | 0 |
| LN Hemangioma | M | 0 | 0 | 0 | 1 |
|  | F | 0 | 0 | 0 | 0 |
| Pit. adenoma | M | 0 | 0 | 0 | 1 |
|  | F | 6 | 0 | 0 | 2 |
| Spleen hemangioma | M | 1 | 0 | 0 | 0 |
|  | F | 0 | 0 | 0 | 0 |
| Thyroid Fol. adenoma | M | 0 | 0 | 0 | 0 |
|  | F | 0 | 0 | 0 | 1 |
| C-cll adenoma | M | 1 | 0 | 0 | 0 |
|  | F | 0 | 0 | 0 | 0 |
| Uterus Stromal polyp | F | 1 | 0 | 0 | 2 |
| Brain - astrocytoma | M | 0 | 0 | 0 | 1 |
|  | F | 0 | 0 | 0 | 0 |

Tumors

Dose
& each week

|  |  |  |  | $\overline{x}$ |
|---|---|---|---|---|
| Males | 2000 – | 300 to 83 | Mkd | 141 |
|  | 8000 – | 1176 to 356 | " | 560 |
|  | 20000 | 2893 to 819 | " | 1409 |
|  |  |  |  |  |
| Females | 2000 | 290 – 114 | " | 167 |
|  | 8000 | 1159 – 469 | " | 670 |
|  | 20000 | 2798 – 1172 | " | 1663 |

Gene Tox In Vivo

34-72-1983    * 830083    ML-83-236
Bone Marrow  SD rats        N=6 group
    IP   1 g/kg BW, 6, 12, + 24 hr.
    + control - cyclophosphamide
no aberrations or claster effects

US EPA ARCHIVE DOCUMENT



EXHIBIT 17-8
WIT: Rozel
DATE: 9-15-17
C. Campbell, RDR CRR CSR #13921



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

MAR   4 1985

**MEMORANDUM**

OFFICE OF
PESTICIDES AND TOXIC SUBSTANCES

SUBJECT:   Consensus Review of Glyphosate
           Caswell No. 661A

TO:        Robert Taylor
           Product Manager
           Herbicide - Fungicide Branch
           Registration Division


     On February 11, 1985, a group of Toxicology Branch personnel
met to evaluate and discuss the data base on Glyphosate, and in
particular the potential oncogenic response of Glyphosate.

A.   The following persons were in attendance:

     Theodore M. Farber, Ph.D.
     Chief, Toxicology Branch

     Louis Kasza, D.V.M., Ph.D.
     Pathologist

     Bertram Litt, Statistician

     Herbert Lacayo, Ph.D.
     Statistician

     Reto Engler, Ph.D.

     William Dykstra, Ph.D.
     Reviewer

     Steve Saunders, Ph.D.

     Laurence Chitlik, D.A.B.T.

The signatures above indicate concurrence with this concensus report.


B.   The material available for review consisted of a package issued
     on January 25, 1985 (attached) and a letter from Monsanto (dated
     February 5, 1985), rebutting the significance of renal mouse
     tumors.

C.   Evaluation of the Facts:

1.   Long-term/Pivotal Studies:

   a) A 26-month rat study showed a NOEL at 30 mg/kg/day
      which was the HDT.  The oncogenic potential at this
      level was negative, corroborated by an outside con-
      sultant.  Although some thyroid tumors were observed
      in female rats in this study they were generally
      discounted in their significance, in and of themselves.
      However, it should be noted that on a mg/kg/day basis
      the exposure of rats was less than 1/100 of the exposure
      of mice (4,500 mg/kg/day).  Since a toxic, or MTD,
      level was not reached in this study, the panel raised
      the conjectural issue that at toxic levels at or close
      to a MTD, tumors might have been induced.

   b) The NOEL in a rat 3-generation reproduction study was
      10 mg/kg/day.  In separate teratogenicity studies
      feto toxic effects were noted in rats and rabbits at
      levels which caused significant maternal toxicity,
      including death; terata were not observed (ibid).
      These results were, however, not entered into the
      discussion on Glyphosate.

2.   Mutagenicity Assays:

   Glyphosate was tested for mutagenic activity (1) Reverse
   Mutation in S. typhimurium. and E. coli with and without
   microsomal activation, (2) Ames Assay with and without
   activation, (3) CHO cells with and without activation,
   (4) DNA repair in rat hepatocytes, (5) Rec-assay in B
   subtilis, and (6) Dominant lethal assay in mice.  All
   these tests were negative, tests 1-3 are fairly well
   predictive of oncogenic response while 4-6 are less
   appropriate.  An in vivo bone marrow cytogenetics study
   was also performed.  It was negative, but scientifically
   not acceptable.  In summary, several appropriate and
   scientifically acceptable tests are supportive of
   non-oncogenic potential of Glyphosate.

3.   In the chronic mouse study carried out by Biodynamics (#BDN-
     77-420) renal tubule adenomas were observed in males.

| Dose (ppm)  | 0   | 1000 | 5000 | 30,000 |
|-------------|-----|------|------|--------|
| No. Exposed | 49  | 49   | 50   | 50     |
| Tumors      | 0   | 0    | 1    | 3      |

See review of W. Dykstra (dated 9/4/84).

This is a rare tumor even in Charles River CD-1 male mice.
Biodynamics historical data (included in package) show that
this tumor was observed only 3 times in 14 male control
groups ranging in size between 51 and 60 mice.

The probability of observing this tumor 4 times or more in 198 mice (the total number of mice examined in the Glyphosate study) is p = 0.0064 when considering the historical control of the same laboratory.  Even considering other reported historical controls, the p-value is low, about 0.01 indicating that it is very unlikely that the glyphosate test group is consistent with any historical controls.  (See review by Dr. Lacayo).

In addition, the response rate (see above) seems to be related to the dose.

Therefore, it was the concensus of the group that the renal tubular adenomas were related to compound administration, since their frequency was <u>not</u> consistent with the historical controls and there is a trend indicating dose dependency.

3a.  The group noted that there were other non-oncogenic, i.e., toxicological changes apparant in the kidney and liver e.g., central lobular hepatocyte hypertrophy and necrosis and chronic interstitial nephritis in males and proximal tubule epithelial basophylia and hypertrophy in females. The group discussed the possibility of kidney irritation and formulation of crystals but noted that kidney or bladder precipitaters were not reported for this assay. Therefore, a conclusion mitigating the renal tumors could not be reached.. (See page 10 of contractor review).

D.  **Other Considerations:**

The review panel recognizes that the exposure of mice was at a very high level 4.5 g/kg/day.  Precipitation of Glyphosate in the kidneys might have occurred but none was reported.  The panel believes that additional sectioning of new blocks of male kidneys might help in the interpretation of the study results.  The kidney tumors as reported, were unilateral (pers. communication by Dr.  Dykstra, after the panel meeting); additional histopathology could resolve the issue of whether this is a valid observation or due to not "finding" the tumors in the particular block analyzed.

The panel also believes that realistic exposure assessment, both for dietary and worker exposure are of singular importance.  For example, the limit of detecting residue tolerances may overestimate exposure.  Particular emphasis also should be given to residues in water, since Glyphosate has been used for aquatic weed control (EUP) and this use may become the subject of a permanent registration.

E.  **Classification of Glyphosate:**

In accordance with EPA proposed guidelines (FR of Nov. 23, 1984) the panel has classified Glyphosate as a Category C oncogen.

ADDENDUM:

The letter by Monsanto (Feb. 4, 1985) has been considered
in these deliberations. Several of the issues raised are, in
fact, addressed in the above deliberations, although not point
by point.  A point by point rebuttal, including those points with
little merit, will be done in addition to this evaluation.


Attachments

cc:  B. Coberly
     Caswell No. 661A