# EXHIBIT 101




Available online at www.sciencedirect.com

Experimental and Toxicologic Pathology 57 (2006) 377–381

EXPERIMENTAL AND TOXICOLOGIC PATHOLOGY

www.elsevier.de/etp

3RD EUROPEAN CONGRESS OF TOXICOLOGIC PATHOLOGY, 2005, COPENHAGEN, DENMARK

# Lymphomas and leukemias in mice

Jerrold M. Ward*

*Comparative Medicine Branch, National Institute of Allergy and Infectious Diseases, National Institutes of Health, Twinbrook 3, MSC-8135, Bethesda, MD 20892-8135, USA*

Received 29 December 2005; accepted 20 January 2006

## Abstract

Lymphomas are among the most common tumors in many strains and stocks of mice, especially those used in safety assessment. CD-1, C57BL/6, B6C3F1 and B6;129 mice develop 10–50% incidences of lymphomas in aging mice. Most of the tumors are B-cell lymphomas of the follicular type, arising in spleen, mesenteric lymph node and/or Peyer's patches. Lymphomas and leukemias may be induced by chemicals, retroviruses and irradiation. Genetics also play a major role in mouse lymphomagenesis and leukemogenesis. The most potent chemical carcinogens require only a single injection in young mice to induce a high incidence of lymphomas, often thymic T-cell lymphoblastic lymphomas. Several genetically engineered mouse lines have high incidences of these tumors. In 2-year carcinogenesis bioassays, increases of incidences of B-cell lymphomas (which occur naturally in controls) are indicative of less potent carcinogens. Classifications of the lymphomas and leukemias have evolved over the years. The practical WHO toxicologic pathology lymphoma and leukemia classification was developed by collaboration between the US STP, RITA, BSTP and JSTP. A more recent mouse lymphoma and leukemia classification was published by a committee of the US NCI Mouse Models of Human Cancers Consortium. This classification follows closely the more detailed human WHO classification and can be used for mouse models of lymphoma and leukemia.
© 2006 Elsevier GmbH. All rights reserved.

*Keywords:* Lymphoma; Leukaemia; Mice; Spleen; Carcinogenesis; Lymphocytes; Immunohistochemistry

## Introduction

Lymphomas are common naturally occurring tumors of mice and are common endpoints in carcinogenesis bioassays. They are the fifth or sixth most common target site of carcinogens in mice (Gold et al., 2001; NTP, http://ntp-server.niehs.nih.gov/). Interpretation of hyperplastic lymphoid lesions can be difficult and may represent a diagnostic challenge in bioassays when lymphoid hyperplasia is common in a study or when the immune system is a target site of a test chemical.

Nomenclature of the lymphomas and leukemias of mice have evolved over the past 30 years. Initially, reticulum cell sarcomas were found in mice until pathologists noted the similarity of mouse lymphomas to B-cell lymphomas of humans and the fact that the mouse tumor cells produced immunoglobulins (Frith et al., 1993, 1996). More recently, the WHO mouse nomenclature, written by a committee of international pathologists, has been used by toxicologic pathologists (Frith et al., 2001). This tumor classification is most useful for safety assessment studies with mice. A humanized nomenclature based on the WHO human hematopoietic tumor classification (Jaffe et al., 2001) was developed by a committee of medical and veterinary pathologists for

*Tel.: +1 301 402 5620.
E-mail address: jw116y@nih.gov.

0940-2993/$ - see front matter © 2006 Elsevier GmbH. All rights reserved.
doi:10.1016/j.etp.2006.01.007

utilization in mouse model studies (Morse et al., 2002; Kogan et al., 2002). It represents a comprehensive list of tumors found in humans and genetically engineered mice, although not practical for use in toxicology studies.

## Causes of lymphomas and leukemias

Retroviruses, irradiation and chemicals can cause lymphomas or leukemias in mice (Taddesse-Heath et al., 2000; Gold et al., 2001; Boorman et al., 2000). More recently, genetic engineering has led to many mouse lines with lymphomas and leukemias (Teitell and Pandolfi, 2004; Kogan et al., 2002; Kogan, 2004; Morse et al., 2002).

## Lymphomas in control mice

The incidence of lymphomas in control mice varies by strain, stock, sex and age (Fig. 1). Lymphomas in CD-1 (Giknis and Clifford, http://criver.com/flex_content_area/documents/RM_TD_SpontaneousNeoplasticCD1_2005.pdf; Maita et al., 1988; Son and Gopinath, 2004), B6C3F1 (NTP, http://ntp-server.niehs.nih.gov/; Tarone et al., 1981; Haseman et al., 1984, 1997, 1999), B6;129 (Haines et al., 2001) and other lines of mice (Frith and Wiley, 1981; Frith et al., 1996; Haines et al., 2001; Ward et al., 2000) have been reported. The incidence of tumors also follows a binomial or nonbinomial distribution (Haseman et al., 1999; Tarone et al., 1981). Statistical evaluations of various types must be performed as for other tissues. Since lymphomas occur in average incidences of 5–24% for CD-1 and B6C3F1 mice, it is important to use various controls including the specific experiment untreated controls and facility historical controls (Haseman et al., 1997).

## Are tumors in control mice different from those in treated mice?

One must compare the type of lymphoma or leukemia in the control mice to those in treated mice. Often induced tumors have a different cell and tissue of origin and organ distribution than those in control mice. Increased mortality in a study due to a specific lymphoma type also suggests that lymphomas may be different from those in controls. For example, 1,3-butadiene and DMBA induced thymic T-cell lymphoblastic lymphomas in B6C3F1 and B6;129 mice while controls have B-cell lymphomas in spleen and mesenteric nodes (Buters et al., 1999; Melnick and Sills, 2001). B6C3F1, C57BL/6, B6;129 and FVB mice do not develop thymic lymphomas in young mice while 5–10% of aging CD-1 mice develop lymphomas in young mice (Son and Gopinath, 2004). There is some evidence that the lymphoblastic lymphomas (Fig. 2) in young mice are of thymic origin and may sometimes be associated with retroviruses (Taddesse-Heath et al., 2000). Thus, carcinogens causing thymic lymphomas in young CD-1 mice may interact with viral carcinogenesis while carcinogens causing thymic lymphomas in young B6C3F1 mice may not (Melnick and Sills, 2001).

Based on the NTP database (http://ntp-server.niehs.nih.gov/), there are two patterns of induction of lymphomas in mice. These types include (1) early induction associated with increased mortality and decreased survival and (2) increased incidence of lymphomas at the



Fig. 1. Average incidences of lymphomas in common strains of mice used in toxicology studies (CD-1, B6C3F1) or genetically engineered mouse studies (B6;129, C57BL/6, FVB). Average tumor incidence values are from papers noted in the reference list. Note that female mice always have higher incidences of lymphomas than do males.



Fig. 2. T-cell lymphoblastic lymphoma in a CD-1 mouse.

end of the 2-year bioassay. The early induced tumors are often thymic T-cell lymphomas while the later are typical naturally occurring B-cell lymphomas from spleen, Peyer's patches or mesenteric lymph node. The early tumors can be associated also with tumors induced in other tissues, as for 1,3-butadiene (Melnick and Sills, 2001).

## Diagnosis and classification of lymphomas and leukemias

The classification and nomenclature for diagnosis of leukemias and lymphomas in mice have evolved over the years. Often the gross findings are ignored in bioassays, yet it can provide valuable information for comparison on induced and spontaneous tumors. Lymphomas of mice can be found in the specific gross distributions (Table 1). The WHO classification of mouse lymphomas (Morse et al., 2002; Borowsky et al., 2004) is listed in Table 2. The follicular/pleomorphic lymphoma, the most common lymphoma in most strains of mice, was previously termed reticulum cell sarcoma, centrocytic/centroblastic lymphoma and follicular center cell lymphoma (Jones et al., 1990; Frith et al., 1996). It most commonly arises in spleen, mesenteric lymph node and/or Peyer's patches of small intestine. Follicular lymphoma is often composed of variable populations of centroblasts and centrocytes in various proportions (Fig. 3). These cells are the main cell types in follicles and germinal centers. Besides these blasts and mature lymphocytes, some cells have cleaved (folded) nuclear membranes; hence the term "cleaved" lymphocytes. Tumor cells often express CD45R (B220) and Pax-5 and can produce immunoglobulins, which react with antibodies to human kappa light chains (Morse et al., 2002).

A relatively newly described lymphoma is the splenic marginal zone lymphoma (Ward et al., 1999; Morse et al., 2002). It occurs in low incidence (1–2%) in most mouse strains and can be best differentiated from follicular lymphoma in its early stages as it arises from the marginal zone. It is most common in p53 null mice (Ward et al., 1999).

The NCI mouse models of human cancers consortium classification, which is based on the WHO human classification (Jaffe et al., 2001), uses additional diagnoses for lymphomas resembling those in humans Table 3. Several of these tumors are primarily found in genetically engineered mouse (GEM) models of lymphoma or congenic lines of mice (Kogan, 2004; Morse et al., 2001; Teitell and Pandolfi, 2004; Ward et al., 1999). Two web sites have virtual slides of a variety of mouse lymphomas based on this classification (http://imagearchive.compmed.ucdavis.edu/; http://www.path.uiowa.edu/virtualslidebox/cancer_pathology/content.html). In particular, the diffuse large B-cell lymphoma (DLBCL) is composed of a majority of centroblastic (lymphoblastic), immunoblastic or histiocyte-associated cells, seen mostly in congenic mice and some GEM lines. The true DLBCL in aging CD-1 and

Table 2. Classification of hematopoietic tumors in mice (WHO, Frith et al., 2001)

Leukemia, granulocytic
Leukemia, erythroid
Leukemia, megakaryocytic
Mast cell tumor
Histiocytic sarcoma

Lymphoma
   Small lymphocyte (T- or B-cell)
   Lymphoblastic (T- or B-cell)
   Follicular/pleomorphic (B-cell)
   Splenic marginal zone (B-cell)
   Plasmacytic (B-cell)
   Immunoblastic (B-cell)

Table 1. Gross necropsy classification of mouse hematopoietic tumors

| Gross distribution | Origin of T-cell lymphoma | Origin of B-cell lymphoma | Origin of histiocytic sarcoma | Origin of myeloid leukemia |
|---|---|---|---|---|
| Systemic (generalized) | Common | Rare | Rare | Rare |
| Thymic | Primarily | Rare | Rare | Rare |
| Spleen | Rare | Common–follicular or marginal zone | Occasionally – red pulp origin | Common |
| Peyer's patches | Rare | Common | Occasional | Rare |
| Mesenteric lymph nodes | Rare | Common | Occasional | Rare |
| Liver | Rare | Rare | Common | Rare |
| Uterus | Rare | Rare | Common | Rare |
| Peritoneum | Rare | Rare | Common | Rare |
| Skin | Rare | Rare | Occasional | Rare |
| Bone marrow | Rare | Rare | Rare | Occasional |



**Fig. 3.** Follicular (pleomorphic) lymphoma, in a B6C3F1 mouse, is composed of a mixture of cell types (centroblasts and centrocytes), which vary in size and shape.

**Table 3.** An extended classification of B-cell lymphomas in mice (Morse et al., 2001)

Precursor B-cell neoplasm
   Precursor B-cell lymphoblastic lymphoma/leukemia (pre-B LBL)
Mature B-cell neoplasms
   Small B-cell lymphoma (SBL)
   Splenic marginal zone B-cell lymphoma (SMZL)
   Follicular B-cell lymphoma (FBL)
   Diffuse large B-cell lymphoma (DLBCL)
      Morphologic variants
         Centroblastic (CB)
         Immunoblastic (IB)
         Histiocyte associated (HA)
      Subtypes
         Primary mediastinal (thymic) diffuse large B-cell lymphoma (PM)
   Classic Burkitt (BL)
   Burkitt-like lymphoma
   Plasma cell neoplasm
      Plasmacytoma (PCT)
      Extraosseous plasmacytoma (PCT-E)
      Anaplastic plasmactyoma (PCT-A0
   B-natural killer cell lymphoma (BNKL)

B6C3F1 mice is rarely seen. If they arise from follicles or germinal centers, the mouse WHO classification would term them follicular/pleomorphic. The human follicular lymphomas, however, often form discrete structures resembling normal follicles which the mouse follicular lymphomas do not possess. Hence, MD pathologists often term the mouse follicular tumors as diffuse large B-cell lymphomas, human tumors that do not form follicular structures. Since the origin of mouse lymphomas (in strains and stocks of aging mice that are used in toxicology studies) are often in the white pulp of the spleen or the cortex of the mesenteric lymph nodes, we can define the follicular tumors as to their origin. Less is known of the human counterpart. The mouse DLBCL and follicular lymphomas often express differentiated B-cell antigens such as CD45R (B220) (Fig. 4) and Pax-5 (Fig. 5). Some tumors express focal or diffuse immunoglobulin production often readily shown by antibodies to human kappa light chains. T-cell lymphomas, induced by retroviruses, chemicals, irradiation and found in genetically engineered mice, are often of thymic origin, are lymphoblastic and often have metastases to many tissues. Thymic tumors arise via lymphocyte depletion, atypical hyperplasia and subsequent lymphoma.

Myeloid tumors are rare as spontaneous tumors in most mouse lines except for histiocytic sarcoma, which is common in old C57BL/6 mice (Boorman et al., 2000; Kogan et al., 2002; Kogan, 2004; Frith et al., 1996).



**Fig. 4.** CD45R cell membrane expression in a typical B-cell follicular lymphoma.



**Fig. 5.** Pax-5 nuclear expression in a B-cell follicular lymphoma. Note variable expression of the protein in different tumor cells.

Immunohistochemistry for determining tumor antigen expression, Southern blotting for gene rearrangements (Haines et al., 2001) and other techniques can be used to characterize the tumor cells and final tumor classification. These assays can help differentiate spontaneous lymphomas from induced lymphomas. Several excellent web sites offer protocols for mouse antibodies (Columbia University – http://icg.cpmc.columbia.edu/cattoretti/Protocol/Mouse_IHC/Antibodies_for_mouse_IHC.html; NIAID, NIH – http://www.niaid.nih.gov/dir/services/animalcare/VetPathology/mouseha.html; NCI Frederick – http://web.ncifcrf.gov/rtp/lasp/phl/immuno/; NIEHS – http://dir.niehs.nih.gov/dirlep/immuno/)

## Acknowledgments

The author is grateful for the aid of Kevin Isaacs for supplying examples of the histology of lymphomas in CD-1 mice. This publication is supported, in part, by a USPHS NIAID contract to SoBran Inc.

## References

Boorman GA, Rafferty CN, Ward JM, Sills RC. Leukemia and lymphoma incidence in rodents exposed to low-frequency magnetic fields. Radiat Res 2000;153:627–36.

Borowsky AD, Munn RJ, Galvez JJ, Cardiff RD, Ward JM, Morse 3rd HC, et al. Mouse models of human cancers (part 3). Comp Med 2004;54:258–70.

Buters JT, Sakai S, Richter T, Pineau T, Alexander DL, Savas U, et al. Cytochrome P450 CYP1B1 determines susceptibility to 7, 12-dimethylbenz[a]anthracene-induced lymphomas. Proc Natl Acad Sci USA 1999;96:1977–82.

Frith CH, Wiley LD. Morphologic classification and correlation of incidence of hyperplastic and neoplastic lesions in mice with age. J Gerontol 1981;36:534–45.

Frith CH, Ward JM, Chandra M. The morphology, immunohistochemistry, and incidence of hematopoietic neoplasms in mice and rats. Toxicol Pathol 1993;21:206–18.

Frith CH, Ward JM, Fredrickson T, Harleman JH. Neoplastic lesions of the hematopoietic system. In: Mohr U, Dungworth DL, Capen CC, Carlton WW, Sundberg JP, Ward JM, editors. Pathobiology of aging mice. Washington, DC: ILSI Press; 1996. p. 219–35.

Frith CH, Ward JM, Harleman JH, Stromberg PC, Halm S, Inoue T, et al. Hematopoietic system. In: Mohr U, editor. International classification of rodent tumors. The mouse. Berlin: Springer; 2001. p. 417–51.

Gold LS, Manley NB, Slone TH, Ward JM. Compendium of chemical carcinogens by target organ: results of chronic bioassays in rats, mice, hamsters, dogs, and monkeys. Toxicol Pathol 2001;29:639–52.

Haines DC, Chattopadhyay S, Ward JM. Pathology of aging B6;129 mice. Toxicol Pathol 2001;29:653–61.

Haseman JK, Huff J, Boorman GA. Use of historical control data in carcinogenicity studies in rodents. Toxicol Pathol 1984;12:126–35.

Haseman JK, Boorman GA, Huff J. Value of historical control data and other issues related to the evaluation of long-term rodent carcinogenicity studies. Toxicol Pathol 1997;25:524–7.

Haseman JK, Elwell MR, Hailey JR. Neoplasm incidences in B6C3F1 mice: NTP historical data. In: Pathology of the mouse; 1999. p. 679–89.

Jaffe ES, Harris NL, Stein H, Vardiman JW. Tumours of haematopoietic and lymphoid tissues. Lyon: IARC Press; 2001. p. 351.

Jones TC, Ward JM, Mohr U, editors. Hemopoietic system. Berlin: Springer; 1990 p. 336.

Kogan SC. Myeloid malignancies. In: Holland EC, editor. Mouse models of human cancer. Hoboken, NJ: Wiley-Liss; 2004. p. 215–36.

Kogan SC, Ward JM, Anver MR, Berman JJ, Brayton C, Cardiff RD, et al. Bethesda proposals for classification of nonlymphoid hematopoietic neoplasms in mice. Blood 2002;100:238–45.

Maita K, Hirano M, Harada T, Mitsumori K, Yoshida A, Takahashi K, et al. Mortality, major cause of moribundity, and spontaneous tumors in CD-1 mice. Toxicol Pathol 1988;16:340–9.

Melnick RL, Sills RC. Comparative carcinogenicity of 1,3-butadiene, isoprene, and chloroprene in rats and mice. Chem Biol Interact 2001;135–136:27–42.

Morse 3rd HC, Qi CF, Chattopadhyay SK, Hori M, Taddesse-Heath L, Ozato K, et al. Combined histologic and molecular features reveal previously unappreciated subsets of lymphoma in AKXD recombinant inbred mice. Leuk Res 2001;25:719–33.

Morse 3rd HC, Anver MR, Fredrickson TN, Haines DC, Harris AW, Harris NL, et al. Bethesda proposals for classification of lymphoid neoplasms in mice. Blood 2002;100:246–58.

Son WC, Gopinath C. Early occurrence of spontaneous tumors in CD-1 mice and Sprague–Dawley rats. Toxicol Pathol 2004;32:371–4.

Taddesse-Heath L, Chattopadhyay SK, Dillehay DL, Lander MR, Nagashfar Z, Morse 3rd HC, et al. Lymphomas and high-level expression of murine leukemia viruses in CFW mice. J Virol 2000;74:6832–7.

Tarone RE, Chu KC, Ward JM. Variability in the rates of some common naturally occurring tumors in Fischer 344 rats and (C57BL/6N × C3H/HeN)F1 (B6C3F1) mice. J Natl Cancer Inst 1981;66:1175–81.

Teitell MA, Pandolfi PP. Lymphoid malignancies. In: Holland EC, editor. Mouse models of human cancer. Hoboken, NJ: Wiley-Liss; 2004. p. 237–59.

Ward JM, Tadesse-Heath L, Perkins SN, Chattopadhyay SK, Hursting SD, Morse 3rd HC. Splenic marginal zone B-cell and thymic T-cell lymphomas in p53-deficient mice. Lab Invest 1999;79:3–14.

Ward JM, Anver MR, Mahler JF, Devor-Henneman DE. Pathology of mice commonly used in genetic engineering (C57BL/6; 129; B6,129 and FVB/N). In: Ward JM, Mahler JF, Maronpot RR, Sundberg JP, editors. Pathology of genetically engineered mice. Ames, Iowa: Iowa State University Press; 2000. p. 161–79.