# EXHIBIT 102

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| | MDL No. 2741 |
| This document relates to: | |
| ALL ACTIONS | |

**EXPERT REPORT OF DR. CHRISTOPHER D. CORCORAN, Sc.D.**

# EVALUATION OF GLYPHOSATE EXPOSURE AND CANCER RISK IN RATS AND MICE

**Dr. Chris Corcoran**
**Department of Mathematics and Statistics**
**Utah State University, Logan, UT**

## I. SUMMARY

This report examines the rodent studies of glyphosate and cancer risk, particularly the seven feeding experiments using rats and five using mice that were reviewed in the expert report prepared by Dr. Chris Portier. The overarching question is whether these animal experiments provide a scientific basis to opine that glyphosate causes cancer in rats and mice. A few critical characteristics of these studies require careful consideration in addressing this question. Most crucially, the hundreds of individual tumor types evaluated within each experiment across both male and female rodents make it virtually certain that apparent "statistically significant" results will be observed for individual tumors that are in fact due to nothing more than chance. This necessitates the use of common statistical methods that account for multiple tests applied repeatedly to the same data. In addition, most of the tumor types are relatively uncommon, which warrants additional prudence in choosing appropriate statistical methods. In this report, I outline these issues, discussing in Section III how they are managed in everyday statistical practice. In Section IV, I apply the appropriate methods to the glyphosate rodent data and find no evidence whatsoever of a glyphosate effect on the risk any of the tumors evaluated across these studies after accounting for multiple tests. In Section V, I consider the discussion and results in Sections III and IV in the context of Dr. Portier's expert report. Dr. Portier suggests that the glyphosate experiments do provide some evidence of tumor risk among rodents. However, his statistical approaches are deeply flawed, leading him to overstate his findings and seriously misrepresent the data in aggregate. These flaws would prove fatal in any peer review. Most significantly, the results from the animal experiments that were highlighted by Dr. Portier were handpicked because of their "statistical significance", without appropriately accounting for the large number of tests for other tumors that demonstrated no evidence of a glyphosate effect. In addition, Dr. Portier violated conventional statistical practice in his use of historical controls and in combining or "pooling" data from across several sources – using experiments carried out during different years and in different laboratories under different conditions – without appropriately accounting for these studies' unique characteristics. In Section V we illustrate these flaws and their impact on Dr. Portier's conclusions.

## II. RESUME AND QUALIFICATIONS

I am a professor of Statistics, and head of the Department of Mathematics and Statistics at Utah State University (USU) in Logan, Utah. I joined the faculty as an Assistant Professor at USU in 1999, after

1   receiving a B.S. in Statistics from USU in 1995 and a doctorate in Biostatistics from Harvard University

2   in 1999. I was tenured and promoted to the rank of Associate Professor in 2005, and then promoted to the

3   rank of Professor in 2011.

4       My research interests as a biostatistician focus largely on statistical methods for categorical data

5   analysis, including the analysis of proportions and counts. My dissertation and much of my subsequent

6   work has focused particularly on so-called exact methods for categorical data, developing software tools

7   for researchers that allow them to analyze proportions and counts using exact tests for previously

8   unaddressed study designs, including settings in which data are clustered or correlated (e.g., gestational or

9   developmental toxicology studies using rats or mice), or for large-scale studies of genetics and disease.

10  Much of this work has been funded by the National Institutes of Health, and implemented in the software

11  packages StatXact and LogXact through Cytel Software Corporation (Cambridge, MA). These packages

12  have long been considered the industry standard for exact statistical analysis.

13      I have also served as a senior biostatistician for a number of large interdisciplinary research projects

14  focused on the epidemiology and genetic causes of complex disease, including Alzheimer's disease,

15  cognitive decline among the elderly, hip fracture, autism, birth defects, and cancer. I have advised

16  collaborators about study design, data management, and data analyses and the appropriate application of

17  statistical methods, and I have either led or assisted with numerous manuscripts and presentations to

18  disseminate research results. This work has likewise largely been funded by the NIH. In all, the collective

19  extramural funding for these efforts has exceeded $25 million.

20      I have been asked examine data from the rodent glyphosate feeding experiments, and to assess any

21  evidence of potential compound-related effects on the incidence of mouse and rat tumors, and have been

22  compensated for this work at a rate of $250/hour. Unless otherwise stated, all of my opinions are

23  expressed to a reasonable degree of scientific certainty. I reserve the right to amend or supplement my

24  report in response to any rebuttal by plaintiffs' experts or as new information becomes available. I have

25  not testified as an expert witness over the past 4 years. My curriculum vita is included as an attachment to

26  this report.

27

28  **III.  <u>STATISTICAL BACKGROUND</u>**

29  The fields of health and medicine abound with questions that likewise often appear straightforward: What

30  is the best diet for a healthy heart? Are men or women at higher risk for a particular disease? Does a new

31  drug lengthen life for cancer patients? In collaboration with other scientists, a biostatistician's role is to

32  design experiments that address these questions, and to contribute to the analysis of the resulting

33  experimental outcomes or data. Proper statistical methodology has assumed an increasingly important

34  role in health and medicine as research has become more evidence-based. This is largely because (1) data

1    are generally full of uncertainty and variation, particularly when we study complex diseases or other

2    phenomena in humans or animals; (2) many questions in health and medicine have strong statistical

3    overtones (e.g., How common is a disease? Who is most likely to contract it?); and (3) the comparison of

4    different treatments or potential risks relies heavily on statistical concepts – especially probability – in

5    both designing and analyzing experiments.

6       As an example, suppose we pose the simple question: Does a flu vaccine work? This could be

7    answered in part by considering a study of people who are randomly assigned to two groups, one

8    receiving the treatment and the other some sort of placebo. At the study's end, the flu rates between the

9    groups would be compared to assess whether the treated subjects experienced less flu than those on

10   placebo. To continue the illustration, suppose such a study was designed with 20 patients in treatment and

11   20 in control (i.e., given placebo). Suppose further that we subsequently observe 0 flu cases (a 0% flu

12   rate) among those who are treated and 20 cases (a 100% flu rate) among controls. With such a dramatic

13   difference between the respective flu rates, common sense and intuition would strongly suggest that the

14   treatment prevents flu.

15      On the other hand, suppose that this experiment alternatively results in 5 flu cases within the

16   treatment group versus 10 in control (25% flu rate for treatment versus 50% for control). While the

17   observed flu rate in this scenario is likewise lower within the treatment group, we are clearly *less* certain

18   about declaring that the treatment works more generally. Why? Because it is more difficult to discern

19   whether this result demonstrates an advantage for treatment, or if it could be simply due to chance

20   variation between the people participating in the study. In other words, assuming that the vaccine does not

21   work at all, we would expect that the observed flu rates within the two groups would differ by chance,

22   much as we would expect that the number of heads we observe with 20 flips of a coin would be different

23   than the number we observe if we flipped the same coin an additional 20 times.

24      How can we quantify the possibility that an experimental result is due simply to chance? The role of

25   probability and statistics is especially critical in providing insight into this question. Common scientific

26   and statistical practice involves designing an experiment with two competing hypotheses in mind. For a

27   study comparing different treatments or groups, the primary hypothesis – generally referred to as the *null*

28   *hypothesis* – is that there is *no difference* between the groups. The competing or *alternative hypothesis* is

29   that there is a difference between the groups. At the end of the experiment, a probability is computed that

30   measures the evidence against the null hypothesis. This probability, called a *p-value*, represents the

31   likelihood of having observed the experimental result or data given that the null hypothesis is true. A

32   relatively smaller p-value therefore indicates that there is evidence *against* the null hypothesis, since it

33   tells us that the data are unlikely, assuming that the null is correct. On the other hand, a relatively larger p-

1  value provides no evidence against the null. The process of determining hypotheses and computing and

2  interpreting a p-value based on resulting data is called a *hypothesis test*.

3     Two generally crucial issues with regard to testing a given hypothesis are (1) how the p-value is

4  computed, and (2) how the p-value is used to make a decision about the null hypothesis. With regard to

5  (1), even for relatively straightforward experiments, such as our hypothetical flu vaccine trial, there may

6  be multiple approaches available for computing a p-value, each of which has certain advantages or

7  disadvantages – these characteristics often depend on a specific study setting, and a biostatistician's role

8  is to evaluate the strengths and weaknesses of competing methods for any given experiment to ensure that

9  the data analysis is as accurate and reliable as possible. With regard to (2), the primary question is: How

10 small does a p-value need to be in order to determine that there is sufficient evidence against a null

11 hypothesis? A decision rule generally provides a cutoff against which the p-value is compared. For a

12 single hypothesis test, the scientific community over time has settled on a threshold of 5%, meaning that a

13 p-value less than 5% indicates sufficient evidence against the null, whereas a p-value greater than 5%

14 provides insufficient evidence. This threshold is called a *significance level*, and p-values below this level

15 are referred to as "statistically significant". Another important role of a biostatistician is to ensure for any

16 given data analysis that the significance level is preserved. Any violation or inflation of the significance

17 level can result in greater likelihood of spurious conclusions, especially in declaring "significant"

18 treatment effects based on experimental results that are only due to chance.

19 **IV.A  *Interpreting p-values in the presence of many hypothesis tests***

20    The "p-value < 0.05" decision rule is relatively straightforward for a single experiment. However, the

21 role of the p-value has become more complicated in today's data-driven world. The fathomless ocean of

22 available data – generated from billions of dollars spent annually on research in health and medicine, and

23 from the sheer volume of electronic transactions and online activity, among other sources – along with the

24 relative ease of computing software for generating statistical analyses, necessitate some additional

25 prudence in interpreting p-values. Nearly every day, online or other media news sources tout claims about

26 an association between an exposure and an outcome, often with some implication of dramatic or broad

27 consequences for the public. Many of these results often do not hold up under additional scrutiny or

28 attempts at replication. How do these kinds of findings so readily find their way into the scientific

29 literature and popular press? Explanations may sometimes include inadequate study design or poor data,

30 but in our "big data" era the culprit is most often the amount of data available from large studies, or from

31 a large number of smaller studies that are examined simultaneously. The tendency of researchers, along

32 with scientific journals and other media venues, is a bias toward "positive" findings. This has led in turn

33 to an overreliance on p-values and statistical significance, at the frequent expense of context, especially in

34 underreporting or ignoring the large number of additional tests performed resulting in "negative" findings.

1    This issue is relatively straightforward to illustrate, given the application of hypothesis tests and p-
2    values just described. Researchers can easily draw incorrect conclusions from an analysis of a large data
3    set when many associations are examined across a large number of hypothesis tests that each look for a p-
4    value that is less than the conventional 5% significance level. Simply put, when multiple tests are
5    performed, "p-value < 0.05" outcomes will occur quite often even when there are no real effects. Note
6    that the p-value < 0.05 rule was developed relative to a single test. However, this logic breaks down when
7    multiple comparisons or tests are performed within a single analysis. With a 1-in-20 chance of a false
8    positive for a single test, we would expect to see about one false positive for every 20 tests that we
9    compute. In fact, it is straightforward to show using basic probability that there is a 64% chance of at least
10   one false positive among 20 independent tests, and a 99.4% chance of at least one false positive among
11   100 tests.

12   This so-called multiple testing issue and the general overreliance on p-values has been discussed and
13   studied extensively within the statistics and epidemiology professions. These issues have likewise been
14   paid some considerable attention over the past several years in the popular media, especially given the
15   many highly publicized findings that create an initial sensation but then fail to hold up under additional
16   study and experimentation. (As just a small sampling of this coverage, within the scientific literature see
17   "Why Most Published Research Findings Are False" by JPA Ioannidis in *PLoS One*, "Statistical Errors: *P*
18   values, the 'gold standard' of statistical validity, are not as reliable as many scientists assume" by R
19   Nuzzo in *Nature*, and "Evolution of Reporting *P* Values in the Biomedical Literature, 1990-2015" by D
20   Chavalarais, JD Wallach, AHT Li, and JPA Ioannidis in *JAMA*. In the popular press see "Trouble at the
21   lab", "How science goes wrong", and "Metaphysicians" in the *Economist*; "Science Isn't Broken: It's just
22   a hell of a lot harder than we give it credit for" at *538.com*; "Striking results, little reliability" in the *Los
23   Angeles Times*; and "New Truths Only One Can See" in the *New York Times*.)

24   Statisticians have long warned against the practice of computing a multitude of p-values – especially
25   when applying arbitrary criteria to examine the same data in various ways – in order to identify positive
26   associations. More recently, in response to this growing problem and the attention paid to it, our largest
27   and oldest professional organization, the American Statistical Association (ASA), took the unusual step in
28   2015 of producing "The ASA's Statement on p-Values: Context, Process, and Purpose" (*The American
29   Statistician*), under the direction of a committee comprised of some of our most respected colleagues.
30   Several underlying principles regarding p-values are briefly emphasized in the document. In particular,
31   the committee crystallizes the ongoing issues with multiple testing by noting that

32   *P-values and related analyses should not be reported selectively. Conducting multiple analyses of
33   the data and reporting only those with certain p-values (typically those passing a significance
34   threshold) renders the reported p-values essentially uninterpretable. Cherrypicking promising*

1  *findings, also known by such terms as data dredging, significance chasing, significance questing,*
2  *selective inference, and "p-hacking," leads to a spurious excess of statistically significant results*
3  *in the published literature and should be vigorously avoided. One need not formally carry out*
4  *multiple statistical tests for this problem to arise: Whenever a researcher chooses what to present*
5  *based on statistical results, valid interpretation of those results is severely compromised if the*
6  *reader is not informed of the choice and its basis. Researchers should disclose the number of*
7  *hypotheses explored during the study, all data collection decisions, all statistical analyses*
8  *conducted, and all p-values computed. Valid scientific conclusions based on p-values and related*
9  *statistics cannot be drawn without at least knowing how many and which analyses were conducted,*
10  *and how those analyses (including p-values) were selected for reporting.*

12  Of course, none of this means that all science is unreliable, or that we should give up on experimentation
13  altogether. The problem is not with research, generally, but with the overuse and misapplication of p-
14  values. The good news is that the same statisticians and scientists who have identified potential problems
15  with p-values have often also developed or proposed constructive and accessible approaches for
16  increasing the reliability of research results. In addition to the basic suggestions about disclosure quoted
17  above from the ASA report, a couple of the most common among the recurring recommendations include
18  (1) the use of multiple test corrections or what we call "false discovery rates" to adjust for a large number
19  of hypothesis tests; and (2) the reporting of actual effect sizes (in addition to p-values), along with
20  measures of uncertainty about the effect size.

21  With regard to (1), how does a biostatistician make sure that p-values $< 0.05$ for an analysis involving
22  many tests are not merely due to chance? This is generally accomplished by first assessing the number of
23  tests that need to be carried out, and then by computing the individual p-values using a method that
24  accounts for the number of tests. This kind of multiple testing method will yield a set of p-values that can
25  then be individually compared to the 0.05 testing level to identify truly significant findings. Such multiple
26  testing methods are readily available in any one of the most widely-used statistical analysis software
27  packages, and are illustrated in the large number of dedicated multiple testing textbooks and manuals.
28  These methods are taught as a matter of course within many university statistics curricula. In particular,
29  so-called stepwise or closed testing procedures can be readily applied to a set of many p-values computed
30  in a given analysis, adjusting the p-values to preserve the false positive rate not only for the individual
31  tests but for any combination or subset of null hypotheses under consideration. While several options are
32  available, the so-called False Discovery Rate (FDR) approach has been increasingly recommended and
33  used in statistical practice.

34  ## IV. <u>ASSESSING THE GLYPHOSATE FEEDING EXPERIMENTS</u>

35  Section III broadly outlined some of the crucial statistical issues that are highly relevant to the rodent
36  glyphosate feeding experiments and to the analysis provided in Dr. Portier's expert report. Most

1  importantly, given the dozens of tumor types evaluated for both male and female rodents across the
2  twelve studies we are considering, some sort of multiple comparison correction is imperative to avoid a
3  very serious problem with false positives. In this section, we consider these issues in analyzing the rodent
4  data, and summarize the results. In the next section we discuss these results in light of Dr. Portier's
5  conclusions.
6      The available data come from 12 different experiments (7 using rats and 5 using mice) in which
7  rodents were randomized – males and females, respectively – to increasing doses of glyphosate, then
8  examined after their natural lifespan or at a pre-specified limit and evaluated for the presence of many

| Study | Year | Strain | Glyphosate Doses (mg/kg bw/day) | | # Types w/ ≥1 observed | | # Types w/ ≥3 observed | |
|---|---|---|---|---|---|---|---|---|
| | | | MALE (M) | FEMALE (F) | M | F | M | F |
| Lankas | 1981 | SD | 0, 3, 10, 32 | 0, 3, 11, 34 | 51 | 68 | 19 | 28 |
| Stout | 1990 | SD | 0, 89, 362, 940 | 0, 113, 457, 1183 | 45 | 44 | 17 | 14 |
| Atkinson | 1993 | SD | 0, 11, 112, 320, 1147 | 0, 12, 109, 347, 1134 | 46 | 35 | 15 | 11 |
| Enemoto | 1997 | SD | 0, 104, 354, 1127 | 0, 115, 393, 1247 | 53 | 37 | 20 | 12 |
| Suresh | 1996 | Wistar | 0, 6, 59, 595 | 0, 9, 89, 886 | 50 | 41 | 15 | 11 |
| Brammer | 2001 | Wistar | 0, 121, 361, 1214 | 0, 145, 437, 1498 | 45 | 44 | 14 | 15 |
| Wood | 2009 | Wistar | 0, 86, 285, 1077 | 0, 105, 349, 1382 | 52 | 40 | 16 | 14 |

*Table 1: Summary of 7 rat glyphosate feeding experiments.*

| Study | Year | Strain | Glyphosate Doses (mg/kg bw/day) | | # Types w/ ≥1 observed | | # Types w/ ≥3 observed | |
|---|---|---|---|---|---|---|---|---|
| | | | MALE (M) | FEMALE (F) | M | F | M | F |
| Knezevich | 1983 | CD-1 | 0, 157, 814, 4841 | 0, 190, 955, 5874 | 57 | 98 | 16 | 32 |
| Atkinson | 1993 | CD-1 | 0, 98, 297, 988 | 0, 102, 298, 1000 | 25 | 27 | 9 | 13 |
| Sugimoto | 1997 | CD1 | 0, 165, 838, 4348 | 0, 153, 787, 4116 | 23 | 31 | 6 | 10 |
| Kumar | 2001 | Swiss | 0, 15, 150, 1453 | 0, 15, 151, 1467 | 19 | 30 | 8 | 10 |
| Wood | 2009 | CD-1 | 0, 71, 234, 810 | 0, 98, 300, 1081 | 21 | 34 | 9 | 11 |

*Table 2: Summary of 5 mouse glyphosate feeding experiments.*

1     specific tumor types. These studies are summarized in Tables 1 and 2 (the totals given in these tables

2     exclude cases where proportionally few mice or rats were apparently evaluated for a given tumor type, as

3     the limited number of animals evaluated may reduce the interpretive value of the results to such a degree

4     as no conclusions may be drawn). There are two critical questions to address in evaluating the collective

5     evidence of a possible glyphosate effect on tumors among rodents. First, how do we evaluate the dose-

6     response effect of glyphosate on a single tumor type? Second, how do we account for many dose-

7     response analyses across multiple tumor types?

8        In answer to question 1, the most commonly used tool for assessing a dose-response effect is the

9     Cochran-Armitage trend test. In the context of the rodent feeding experiments, this approach provides a p-

10    value to test the null hypothesis of *no dose effect on tumor rate* versus the alternative hypothesis that the

11    *tumor rate increases with increasing dose*. This trend test is generally applicable to any experimental data

12    where subjects are randomized to increasing doses of some drug or other intervention, and then observed

13    to experience (on average) an increasing or decreasing percentage of subjects who experience the

14    outcome of interest. As with much of the analysis provided by Dr. Portier, these results are based on a

15    one-sided exact trend test – "one-sided" in that we are testing the trend in only one direction for a given

16    tumor, and "exact" in that we are using the actual probability distribution under the null hypothesis,

17    instead of a normal or bell-curve approximation (also called the "approximate" or "asymptotic" trend

18    test). The exact test is recommended when outcomes of interest are not common, which is often the case

19    across the glyphosate experiments.

20       What motivates this recommendation, and why does it matter whether we use the exact or

21    approximate p-value? While it may seem like a statistical technicality, the choice turns out to be germane

22    to the glyphosate rodent carcinogenicity question. The International Agency for Research on Cancer

23    (IARC) monograph on glyphosate used the approximate p-value to conclude that results from the

24    Knezevich experiment (included in Table 2) implicated glyphosate as a cause of kidney adenomas among

25    male mice, based on their reported approximate trend test p-value of 0.034 (without adjusting for multiple

26    tests).  However, the exact one-sided test – subsequently reported by Dr. Portier in other material and

27    ultimately his expert report – yields a p-value of 0.062 for these same data. The discrepancy between the

28    approximate and exact p-values in this case illustrates why the former should be avoided when tumor

29    incidence is low. It turns out that the approximate p-value is an estimate of the actual or exact p-value,

30    and tends to be more accurate when the overall sample size is relatively larger and when relatively more

31    investigative events (in this case, tumors) are observed. In general, approximate p-values tend to

32    *underestimate* the exact p-values they are supposed to estimate. When sample sizes and numbers of

33    observed outcomes (such as tumors) are relatively large, this underestimation may not be consequential.

34    However, in cases like the glyphosate feeding experiments – where tumors are relatively less common –

1   the inaccuracy of approximate p-values when they are used can lead to a significant increase in the

2   number of false positives. In other words, because the approximate test tends to underestimate the exact,

3   we will see more "p-value < 0.05" results with the approximate test when there is actually no dose-

4   response effect. This can lead to serious exaggeration of the evidence in favor of trend effects.

5       Given the large relative error of this normal approximation for the Knezevich data, one might wonder

6   why anyone would ever use it. Normal approximations in applied research had much greater utility before

7   the widespread availability of powerful computing tools. Without some sort of special calculator or

8   software, a normal probability is relatively much easier to compute than an exact probability. Even now,

9   some analyses of counts and proportions rely on more sophisticated statistical models for which the exact

10  distribution is prohibitively difficult to compute, and so some form of normal approximation can still be

11  useful. However, for many experiments – particularly controlled experiments such as the glyphosate

12  mouse studies – exact p-values can be computed instantaneously with a desktop computer, and no

13  approximation is needed, even in cases where the sample sizes and counts are sufficiently large to justify

14  such an approximation.

15      Given appropriate computation of the trend test p-value, the second necessity is accounting for the

16  many dose-response analyses across multiple tumor types. As discussed earlier in Section III, the False

17  Discovery Rate (FDR) approach recommended by Ioannidis and others is particularly useful for these

18  data. It is a less conservative adjustment that is recommended in settings where there are hundreds or even

19  thousands of p-values under consideration. Of all multiple testing options available in this setting, the

20  FDR approach minimizes the chance that we would fail to detect an actual glyphosate-related effect. It

21  should be noted that an FDR adjustment could and should be used for any set of p-values computed to

22  assess potential glyphosate effects on tumor incidence, including any pairwise comparisons made

23  between the tumor rates of two dose groups. Such two-group comparisons are not reported here as Dr.

24  Portier's conclusions do not appear to rely upon them, but the same multiple testing problem applies, and

25  even more so: in an experiment with four dose groups, respective comparisons of the three treatment

26  groups to control can yield up to three p-values – as opposed to one trend test p-value – for each tumor

27  type.

28      Trend test results for the 7 rat studies are summarized by the tables shown in Appendix A, and results

29  for the 5 mouse studies are similarly summarized in Appendix B. Each table contains exact one-sided p-

30  values for each study, reported by tumor type and sex, testing specifically for evidence of increasing

31  tumor probability. In addition, for those p-values < 0.05 reported and highlighted in Appendix A and

32  Appendix B, a multiple testing FDR adjustment is applied and reported in the table shown in Appendix C.

33      As shown in Tables 1 and 2, of the hundreds of individual tumor types evaluated across all 12

34  experiments, 1,016 were observed in at least one mouse or rat. Among rats, there were 13 trend test p-

1   values < 0.05 when testing for increasing incidence of each tumor, without accounting for the false

2   discovery rate. Among mice, there were 7 such trend test p-values < 0.05 without accounting for the false

3   discovery rate. All of these are highlighted in blue for easy identification in the tables contained in

4   Appendices A and B. Note that – assuming no effect of glyphosate on tumor incidence – we would

5   conservatively expect about 5% of all individual trend tests to yield p-values < 0.05 only by chance. This

6   would represent about 51 p-values < 0.05 out of the 1,016 individual cancer types for which at least one

7   tumor was observed. However, it makes sense to consider those cancer types for which three tumors were

8   observed. Given the typical study design of four dose groups with approximately 50 animals per dose,

9   about 3 tumors in total are necessary for an exact one-sided p-value no greater than 0.05. Given 345

10  tumor types across the 12 rodent studies with at least 3 observed tumors (as summarized in Tables 1 and

11  2), assuming no compound effects we would expect roughly 17.3 p-values < 0.05. In other words, given

12  the 20 observed p-values < 0.05, the overall results are entirely consistent what we should observe given

13  no compound-related effect on tumor incidence. This is analogous to flipping a coin 345 times that has a

14  5% probability of heads, and observing 20 heads with an expected number of 17.3. This result is highly

15  likely: there is actually about a 62.5% chance of observing this many independent p-values < 0.05 relative

16  to the expected proportion, given no compound-related effects.

17      In addition, when computing the trend test p-values to account for the false discovery rate, not one of

18  the 1,016 tests is statistically significant. FDR-adjusted p-values for all tumor types with individual trend

19  test p-values < 0.05 are summarized in Appendix C, and not one has a value even marginally close to

20  0.05. (Note that adjusting for multiple tests always increases the p-value, so that there is no need to report

21  FDR adjustments for any individual trend test results with p-values > 0.05.) There is no statistical

22  evidence whatsoever that glyphosate increases the risk of any of the tumors examined across these 12

23  studies.

24      I would emphasize that the results summarized above correspond to a one-sided test that only

25  evaluates the hypothesis that increased glyphosate exposure is associated with an increased rate of tumors

26  – what we would refer to as a *positive* association. However, the data may also be analyzed to evaluate a

27  *negative* association – that is, a decreased tumor rate as glyphosate exposure increases. In fact, it turns out

28  that the one-sided p-values for testing negative effects can simply be computed as 1.0 minus the one-sided

29  p-values reported in Appendices A and B. In other words, any p-value reported in Appendices A and B

30  that is larger than 0.95 represents a p-value < 0.05 for testing for a negative association. There are 13 such

31  outcomes, as summarized in Appendix D (additionally adjusted for the false discovery rate). Again, as

32  with the tests for positive associations, we would expect 5% of all 345 tumor types with at least three

33  observed tumors to likewise yield one-sided p-values < 0.05 when testing for *negative* associations. The

34  13 such results are again entirely consistent with this expected proportion: there is actually about a 24.5%

1    chance of observing this many independent p-values < 0.05 relative to the expected proportion, assuming

2    no compound-related effect.

3        Finally, I have also been made aware of a statistical reanalysis carried out by Dr. Klaus Weber of data

4    from Kumar mouse study. I have evaluated the reported data used by Dr. Weber. Some of the reported

5    tumor counts differ slightly from the data reported in Greim. My own analysis indicates that utilizing the

6    data tables reported by Dr. Weber does not substantively change my conclusions. I have included my

7    results both based on the Kumar data as reported in Greim, et al, and the data reported by Dr. Weber (see

8    Appendix B, Tables B.5 and B.6).

9

10    **V. <u>RESULTS FROM DR. CHRIS PORTIER'S EXPERT REPORT</u>**

11    Given that the 1,016 p-values computed across all 12 studies yield nothing more than the expected pattern

12    of false positives given no effect from glyphosate exposure, Dr. Portier nevertheless most recently asserts

13    that there is sufficient evidence glyphosate increases the risk for a handful of cancers, including liver

14    adenomas, thyroid C-cell adenomas and carcinomas, skin keratocanthomas, and kidney adenomas in male

15    rats; mammary gland adenomas and adenocarcinomas in female rats; hemangiosarcomas, kidney tumors,

16    and lymphomas among male mice; and hemangiomas among female mice. His analysis unfortunately

17    would certainly not pass the scrutiny of any meaningful peer review, and could actually be used as an

18    excellent case study in any university statistics course to illustrate the misappropriation of p-values. Most

19    critically, virtually any experienced statistician reviewing Dr. Portier's work with the animal data would

20    see immediately that his approach has led to a very serious multiple testing problem. Dr. Portier's analysis

21    is entirely dependent on p-values, arising from three types of computations: those for individual tumor

22    types by gender across each specific study (handpicked from among the more complete results contained

23    in Appendix A and Appendix B of this report), those that incorporate additional "historical control" data,

24    and those that "pool" data from across studies for a given tumor type. Dr. Portier provides a patchwork of

25    p-values from across these three sources, reporting significant findings (for increased risk, only) wherever

26    and in whatever manner they are found in order to manufacture a pattern implicating glyphosate.

27        While the multiple testing problem overarches all of these p-values, there are additional chronic flaws

28    with his use of historical controls and pooling procedures that need to be illustrated separately. These

29    three issues – multiple testing, historical controls, and pooling of data sets – are correspondingly

30    addressed in Sections V.A–V.C. Section V.D subsequently summarizes how the conclusions in Dr.

31    Portier's report have evolved from his prior work.

32    **(V.A)** *The Use and Interpretation of P-Values*

1    Given the large number of animal tumors under investigation here, any analysis should consider the

2    concerns and recommendations of statisticians and researchers about the use and misuse of p-values, as

3    discussed in Section III. Unfortunately, Dr. Portier does not consider or apply even one of the common or

4    recommended remedies for this problem. In his tables summarizing results for individual rat and mouse

5    studies, he includes only what he terms as "Tumors of Interest", which appear to be selected primarily on

6    the basis of their statistical significance within at least one of the several studies. His report makes no

7    effort to directly adjust p-values for multiple comparisons, for example by using the false discovery rate

8    approach recommended by experts in the profession. This is in spite of Dr. Portier's brief comment on

9    page 40 of his expert report that "an adjustment for multiple comparisons is indeed warranted in

10   evaluating the outcomes of these studies."

11   The only other mention of the multiplicity problem is the inclusion of Table 15, which Dr. Portier

12   constructed in response to comments submitted last year to the EPA by Dr. Joseph Haseman. Dr. Portier

13   has used Haseman's tally of the expected number of false positives as a basis for demonstrating that there

14   are more significant results among male CD-1 mice than would be expected by chance, given no

15   glyphosate effects. A couple of critical differences in Dr. Portier's approach account for his findings.

16   First, Haseman bases his own expected false positive number on the number of tumors for which there are

17   at least 3 observed cases (roughly the number required for a possibility of a p-value < 0.05). Haseman

18   confined his estimate to sites with three tumors based on the use of an exact one-sided p-value, given that

19   the study designs used for the glyphosate feeding experiments generally cannot yield a p-value < 0.05

20   unless at least three rodents are observed with a given tumor type. However, Dr. Portier is including his

21   historical control test, which (while not validated, as illustrated in the following section) can yield p-

22   values < 0.05 for *observed* tables that contain only two tumors. For example, the Sugimoto

23   hemangiosarcoma figures in male mice (0/50, 0/50, 0/50, 2/50) generates an exact one-sided trend test p-

24   value of 0.062, which is > 0.05. When reanalyzed by Dr. Portier using historical controls his resulting p-

25   value (what he refers to as "$P_{Hist}$") is 0.004, which is < 0.05. In other words, when he incorporates

26   historical controls he is able to generate a p-value < 0.05 for smaller numbers of tumors in the observed

27   table. In addition, since he appears to be counting either trend test result with a p-value < 0.05, or a "$P_{Hist}$"

28   result < 0.05, as "positive," he is at least doubling the number of observed tests among those tumor types

29   for which historical control data are available. These uses of historical controls explain the disparity in Dr.

30   Portier's Table 15 between what is observed and what is expected relative to statistically significant

31   findings among male CD-1 mice.

32   However, in addition to that, such a comparison of observed and expected – while interesting for

33   exploratory purposes – does not directly address the more pressing question: is there evidence of a

34   compound-related effect with respect to any *specific* cancer type? The answer in part requires multiple

1   testing adjustments to individual p-values, such as the false discovery rate approach we use for both the

2   rat and mouse studies. As reviewed in Section III, other recommendations for balancing the overuse of p-

3   values include full disclosure of all tests performed, and the estimation of actual effect sizes along with

4   measures of effect size variability (such as confidence intervals). Dr. Portier uses neither of these

5   approaches.

6   **(V.B)** *P-values Using Historical Controls*

7   The quantitative use of historical controls for the sake of establishing treatment effects within a given

8   statistical analysis is not universally accepted in experimental research. Many researchers view historical

9   controls at best as a means of laboratory quality control (to check consistency of outcome rates) or as a

10   qualitative measure before reaching any determination of causation. However, even if the historical data

11   are judged by study toxicologists to be comparable and potentially useful for inclusion with new

12   experimental data, any statistical analysis needs to be carefully planned and conducted to ensure that p-

13   values are computed appropriately. Dr. Portier's expert report helps to illustrate why. He argues that we

14   can compare prior experimental results for unexposed rats or mice to what we observe among treated

15   rodents in a given experiment. Particularly for rare or uncommon events, such as the cancer types

16   investigated for the glyphosate experiments, it may appear compelling or interesting when the number of

17   tumors observed in a treatment group is markedly higher than what we would expect given the average

18   control rate in prior experiments. However, the approach not only is not helpful for this particular

19   analysis, but is fundamentally inaccurate and is moreover applied inconsistently by Dr. Portier.

20   Most critically, underlying response rates almost always vary across different experiments, even when

21   those experiments are studying the same outcomes but using different samples at different times and in

22   different settings or laboratories. Even for the best or most consistently controlled studies, there are

23   underlying factors inherent in the sampling, the methods, the environment, and so forth, that can

24   significantly affect the likelihood of response. This is why, for example, statisticians account for study

25   differences or heterogeneity when combining data from different experiments or study sites (as discussed

26   more extensively in the following section – Section V.C – in the context of Dr. Portier's "pooled"

27   analyses).

28   Dr. Portier illustrates this with an example on page 28 of his report. In this case, he uses historical

29   controls to assess hepatocellular adenoma in the Wistar rats studied by Brammer, and cites results from

30   16 historical control groups with an underlying range in adenoma rates of 0% to nearly 18%. This

31   relatively wide range in adenoma rates, across studies using the same genetic strain of rat, is a perfect

32   example of how significantly these outcome rates can vary between experiments. However, Dr. Portier's

33   solution is simply to apply the average rate of 4.3% across the 16 studies to the results of the Brammer

1   experiment, which yielded 0/53, 2/53, 0/52, and 5/52 male rats with liver adenomas across the four

2   respective dose groups. Although Portier appears to dismiss the possibility, it is entirely possible that the

3   Brammer sample actually *did* have an underlying liver adenoma rate nearer to 18% than to 0%. In that

4   case, observing 7 liver adenomas out of 210 mice would not be at all remarkable. Because Dr. Portier

5   failed to formally account for the potential range of historical control tumor rates when generating his test

6   statistic, his resulting p-value is flawed.

7   Even assuming justification for including historical controls in his analysis (i.e., the historical controls

8   are sufficiently consistent with the given feeding experiment data), Dr. Portier's approach is deeply

9   flawed, and alarmingly inconsistent even with the recommended statistical methods cited within his own

10  sources. He appeals on page 21 of his expert report to four references as "guidelines" (numbers 30, 33,

11  34, and 66 in his citation list). The first three provide an exceptionally thin foundation for such a key

12  aspect of Dr. Portier's analysis: the first is somewhat of a self-reference (the preamble to the IARC

13  glyphosate monograph, written by a group chaired by Dr. Portier), and the second and third are regulatory

14  references specific to the EPA and the European Chemicals Agency. The fourth is an expository article

15  authored by Dr. Joseph Haseman in an environmental health journal – the only one of the four references

16  that outlines specific statistical methodology for incorporating historical controls. The Haseman paper

17  describes the heterogeneity problem described above – the tendency of different study samples to have

18  significantly different tumor rates – and proposes a sensible modeling method that accounts for these

19  differences. Dr. Portier offers no explanation for why he fails to use this approach, in spite of his citing

20  the paper in which it was suggested. Moreover, there are other references in the statistical literature that

21  specifically address the problem of incorporating historical controls. For example, Fung et al (*Canadian

22  Journal of Statistics*, 1996), Greim et al (*Human & Experimental Toxicology*, 2003), and Peddada et al

23  (*Journal of the American Statistical Association*, 2007), among others, all offer overviews and options for

24  a proper analysis using historical controls – none of them mentioned or utilized by Dr. Portier, in spite of

25  his citing these articles in a recently published commentary (Portier and Clausing, 2017). The common

26  principle underlying all of these methods is the need to account for differences in underlying tumor rates

27  for controls drawn from a variety of experiments. As explained more fully in the following section, the

28  general consequence of not properly adjusting for such differences is underestimation of p-values, which

29  leads to inflation of p-values < 0.05 and "statistically significant" findings due to nothing more than

30  chance. Given the hundreds of tumor types under consideration across the glyphosate rodent experiments,

31  this is a problem that should be meticulously avoided.

32  Aside from his completely incorrect analysis, the p-values computed by Dr. Portier using historical

33  controls do not change any of the substantive conclusions of the analysis, since Dr. Portier neglected to

34  account for the enormous multiple testing problem. Even when the corresponding trend test p-values in

1   Tables A1–A7 and B1–B5 of this report were replaced by Dr. Portier's historical control-based results

2   and then adjusted with respect to the false discovery rate, none of them was significant. In addition, Dr.

3   Portier neglects to explain why he selectively highlights tests using historical data – there were apparently

4   many other tumor types for which historical control data were available but not used. It appears that such

5   results were reported by Dr. Portier primarily if they resulted in a p-value < 0.05.

6   **(V.C) *P-values From "Pooled" Analyses and Interpretation of Results Across Studies***

7   Given the multiple testing problem and the relative rarity of most all of the cancer types, there would

8   seem to be some impetus to attempt combining data from across studies. Aggregating the sample size and

9   tumor counts could potentially increase the likelihood of observing a compound-related effect, if any such

10   an effect exists. Dr. Portier's attempts to accomplish this through his "pooled" analyses are nevertheless

11   completely unreliable. His analysis and comparative interpretations across the various experiments

12   disregard conventional statistical practice in several fundamental and egregious respects, and his approach

13   is ad hoc and inconsistently applied, without any kind of systematic analysis plan across the available

14   studies or tumor types.

15       First and most critically, Dr. Portier's "pooled" procedures flout statistical standards by making no

16   adjustments at all for differences between experiments or for the similarities among mice within each

17   study. Dr. Portier simply aggregates data across various subsets of rat and mouse studies, treating rodents

18   born and raised in different environments, fed from different sources, measured using different tools by

19   different researchers over a 30-year span as though they were all included within a single experiment at

20   the same time. This is an astonishing violation of accepted practice that would serve as an example in any

21   relevant college class of how not to combine data from different sources.

22       Generally speaking, any combining of data across experiments such as those considered here requires

23   that (1) the experiments are comparable enough in terms of their measurements and conditions to justify

24   their inclusion in a combined analysis; and (2) if the studies are sufficiently comparable, some adjustment

25   is made for similarities or correlation of subjects within each study, as well as for differences in treatment

26   effects that are often observed. Addressing (1) is a primarily qualitative first step that usually relies on

27   some consensus among collaborating investigators with complementary expertise, who assess the

28   admissibility of available studies in terms of their comparability (e.g., that they consistently measured

29   outcomes and administered treatment doses). Without such strong justification, any attempt to

30   quantitatively combine the data from the individual studies can be unreliable. Dr. Portier has provided

31   very little information in his report about how he conducted such a review – for example, describing

32   consultations with other collaborators or sources about whether pathologies were examined consistently

33   for the handful of tumors types that he selected for his pooled analyses.

1      Putting aside the lack of a qualitative review, the "pooling" approach used by Dr. Portier to simply

2    combine data from different studies – as though they arose from the same experiment – is completely

3    inappropriate and incorrect. The underlying principle in any analysis that combines data from independent

4    studies is that the studies themselves – carried out at different times and in different settings – may be

5    distinct in ways that may or may not be measurable. These differences, often referred to in experimental

6    research as sample or study *heterogeneity*, need to be considered within the statistical analysis in order to

7    avoid bias when computing p-values. Why is this so crucial? There are two reasons to account for study

8    differences. First, ignoring them often leads to an increased chance of a false positive result. To illustrate,

9    consider an example where we have access to data for a flu vaccine that was administered to 10 large

10   nuclear families, with 5 family members in each home. For the sake of illustration, suppose that the

11   members within each of these families – for one reason or another – have the exact same response to the

12   vaccine. In other words, if one member of a given family responds to the vaccine, then *all* family

13   members respond. If one does not respond, then neither to any of the other family members. Although

14   there are 50 total individuals enrolled in this study, our *effective* sample size is only 10. In other words,

15   one family member from each home is sufficient. The other 4 give us no additional information about the

16   treatment effect, and are statistically redundant. From a statistical standpoint, naively assuming that all 50

17   individuals are somehow independent could lead to significant underestimation of the p-value testing the

18   vaccine effect, making a false positive much more likely.

19      This example is obviously extreme. In practice, we would seldom (if ever) observe that kind of perfect

20   correlation among data from a given study site or experimental source. However, in any analysis of data

21   from multiple sites or experiments, some appreciable correlation within each will exist due to variations

22   in the different sampling populations or experimental conditions. This heterogeneity will result in at least

23   some effective reduction of the sample size, in proportion to the strength of the correlation between

24   subjects within each study. Suppose that we ignore those study differences by simply aggregating the data

25   and analyzing them as though they all came from the same experiment, as Dr. Portier has done. Then p-

26   values computed to test overall treatment effects will be inaccurate. Generally speaking, they will be too

27   small, leading researchers to overstate any evidence of a treatment effect.

28      The second reason to assess and account for study differences is that the treatment effect often differs

29   between the individual studies, both with respect to the size and even the direction of the effect (e.g.,

30   increasing or decreasing trend). Another crucial step in combining datasets is to compare the effects

31   across studies, to understand how they are either alike or different with respect both to their direction and

32   magnitude. This typically involves some estimation of effect sizes, along with additional formal statistical

33   comparisons to ensure that the effects are consistent before any data from across the various studies are

34   pooled. Treatment effects in dose-response experiments are often summarized using an odds ratio or

1   relative risk, which in the case of the glyphosate experiments would estimate the relative increase or

2   decrease in the odds or risk of tumor for some given increase in glyphosate dose. For example, the so-

3   called logistic regression model that is used extensively by researchers across numerous fields

4   (particularly in biomedicine) allows researchers to estimate such odds ratios in ways that can examine

5   whether the estimated odds ratios are consistent across experiments. A logistic regression can help an

6   investigator to make a reasonable judgment about whether the observed results – expressed as odds ratios

7   relative to glyphosate dose – in two or more different experiments are significantly different. This is a

8   crucial assessment in any combined analysis that statisticians use to decide whether they are justified in

9   estimating a "common" or averaged effect across all of the studies. The important point is that such

10  methods are generally applied as a matter of course in this kind of analysis, although they are not used at

11  all by Dr. Portier.

12      In short, Dr. Portier has apparently made no reasonable effort to address study heterogeneity, either

13  with respect to the correlation of rodents within study or to differences in dose-response effects across

14  studies. The seriousness of this flaw cannot be overstated. In addition to his failure to account for the way

15  that mice and rats are correlated within the individual studies, Dr. Portier has combined data from

16  different sources without regard for the magnitude or direction of observed effects within groups. At a

17  minimum, by failing to account for within-study correlation, Dr. Portier has underestimated the actual p-

18  values – hence overstating the evidence (and increasing the chance for a false positive result) – for those

19  tumor types that he has selected for "pooled" analyses. Moreover, relying only on p-values for these

20  "pooled" analyses, even if they correctly account for study heterogeneity, masks study differences in

21  ways that can seriously undermine any possible understanding of potential compound-related effects. I

22  know of no available applied statistical text or handbook that touches on this topic that even entertains the

23  possibility that an analyst would simply combine data from various experiments as Dr. Portier has done,

24  without carefully examining and accounting for study differences. His approach can only be described as

25  naïve at best, and deliberately misleading at worst.

26      Interestingly, Dr. Portier provides two citations (numbers 92 and 93 in his report) that he uses to

27  justify his combined analyses, and that provide some guidance about how he should conduct them. They

28  are expository articles from epidemiological journals, and – while not statistical sources, strictly speaking

29  – both provide general information about how to analyze data from different sources, consistent with the

30  principles summarized above. Both emphasize the importance of evaluating and accounting for study

31  heterogeneity to avoid bias in statistical inference, and both recommend the use of logistic regression

32  models to estimate treatment effects between studies and to assess whether those effects differ

33  significantly. Neither of these sources mention the option of aggregating data in the way that Dr. Portier

34  has done. On the contrary, one of them suggests that study heterogeneity should conservatively be

1    assumed even if there is statistical evidence that it does not exist. Dr. Portier astonishingly and

2    inexplicably ignores all of this information within his own sources.

3        How does this enormous oversight specifically compromise Dr. Portier's conclusions? As just one

4    example among his several pooled analyses, consider Dr. Portier's assessment of liver adenomas among

5    rats. Relying only on his personal qualitative judgment, and without any formal statistical justification,

6    Dr. Portier chose to focus only on studies using Wistar rats (including the Brammer, Suresh, and Wood

7    studies in Table 2), and to ignore female rats altogether. (If a logistic regression model was used, the

8    analysis could readily include the other four rat studies as well as all female rats, easily accounting for

9    any possible differences between the genetic strains and genders.) The Brammer study observed counts of

10   0/53, 2/53, 0/53, 5/52, with a trend test p-value of 0.008 and an FDR-adjusted trend p-value of 0.370.

11   Note that the Suresh study resulted in 24/50, 22/50, 10/48, and 21/50 liver adenomas across the male dose

12   groups, an increasing trend that was not statistically significant (trend p–value = 0.391; FDR-adjusted

13   trend p-value = 0.715). The Wood study resulted in 0/50, 2/51, 1/51, and 1/51 liver adenomas across the

14   male dose groups, a weak increasing trend that was also not statistically significant (trend p–value =

15   0.418; FDR-adjusted trend p-value = 0.839). Even after excluding the other rat studies, along with any

16   results for females, in an argument spanning pages 32 and 33 of his report, Dr. Portier first suggests

17   pooling the Brammer, Wood, and Suresh liver adenoma data for male rats, and then arbitrarily excludes

18   the Suresh study because of its higher overall rate of liver adenomas (based again only on personal

19   judgment, without any formal statistical analysis). Dr. Portier then combines the data from Brammer and

20   Wood into a single table to produce a single trend test p-value, that he concludes demonstrates evidence

21   that glyphosate increases incidence of liver adenomas. Dr. Portier takes the same approach with

22   mammary tumors, combining only the data from Brammer and Wood, in order to generate a p-value <

23   0.05. However, he then elects to combine data from all three studies in order to obtain a p-value < 0.05

24   with respect to skin keratocanthomas. Notably, he reports that using only Brammer and Wood for skin

25   keratocanthoma does not generate a "statistically significant" p-value. This appears to be a

26   straightforward case of the "p-hacking" phenomenon discussed earlier in Section III, as he offers no

27   empirical justification for how he chooses to include or exclude the Suresh study from these additional

28   analyses.

29       Unfortunately, Dr. Portier's arbitrary and incorrect analysis renders his resulting "pooled" p-value

30   entirely meaningless. Accounting for heterogeneity and estimating study-specific effects, as

31   recommended by Dr. Portier's own sources, my own analysis of the liver adenoma data first demonstrated

32   definitively that there is highly significant correlation among rats within each study (using an exact test

33   for correlation in the StatXact software package). In addition, using a logistic regression model to

34   estimate observed effects, I found that the Brammer study indicates an odds ratio (OR) of 1.21 with

respect to an increased dose of 100 mg/kg (meaning a 21% increase in odds of liver adenoma for every additional 100 mg/kg bw/day). The Wood study resulted in an estimated OR of 1.01 (only a 1% increase in the odds of liver adenoma for an increased dose of 100 mg/kg), and the Suresh study also resulted in an estimated OR of 1.01. Moreover, the logistic regression revealed that there is a highly statistically significant difference in observed effects between the three studies – specifically, the effect observed in Brammer is higher than the effects observed in the Wood and Suresh data. In other words, Dr. Portier included two of the three studies in his "pooled" analysis that actually are demonstrably different with respect to glyphosate. This further invalidates Dr. Portier's "pooled" p-value for evaluating a common potential effect across studies, which he computed using the Brammer and Wood data. Nevertheless, aggregating the two datasets, without accounting for these potentially serious differences between the underlying adenoma findings, Dr. Portier reports a significant "pooled" finding that is entirely driven by the Brammer data. He implies that this somehow makes the result more convincing, which is a logical leap equivalent to combining a gallon of paint with a gallon of paint thinner, and then selling the product as two gallons of paint.

In addition to this conspicuous and fatal problem, Dr. Portier takes a highly inconsistent approach with his "pooled" analyses that appears to focus primarily on achieving statistical significance. He "pools" and "re-pools" rat and mouse data (always ignoring study heterogeneity), using different combinations of studies without any predefined strategy or logical criteria. Dr. Portier's "Joint Analysis" of the mouse studies on pages 45-47 of his expert report is a particularly confusing and ad hoc jumble. To summarize the arbitrary and incongruous nature of his approach:

- Dr. Portier proposes that the only neoplasms that he needs to examine for combined or "pooled" analyses are the five for which at least one of the four CD-1 studies resulted in a statistically significant finding. Why the dozens of others should be ignored is not explained. At the very least, Dr. Portier is compounding the grievous multiple testing problem discussed earlier, since the significance of the "pooled" trend test p-values that he reports are driven entirely by the five individual statistically significant results. A more systematic analysis would combine data from across studies for each tumor type (assuming that the tumor types are consistent, and appropriately accounting for study heterogeneity); estimate a common observed effect for each tumor type, along with measures of statistical significance (including p-values and confidence intervals), assuming that the effect is consistent across studies; and finally account for multiple comparisons (e.g., adjust for the false discovery rate) among the set of resulting p-values. However, conducting such a systematic analysis would still need to be preceded by a sound qualitative toxicological analysis to ensure that the studies are comparable, as discussed at the beginning of Section V.C.

1    •   After confining himself to the CD-1 studies, Dr. Portier alternatively combines the two 18-month
2        studies, the two 24-month studies, and then all four studies together, and then for each tumor type
3        simply bases his conclusions on the one of those three that results in statistical significance. For
4        example, in the summary of his findings, he claims there is evidence that glyphosate "causes" kidney
5        tumors, after pooling all four CD-1 studies. However, he also claims there is evidence that glyphosate
6        "causes" malignant lymphomas, conveniently based on the result from "pooling" only the two 18-
7        month studies, even though there is no statistically significant effect when all four CD-1 studies are
8        used. This is internally inconsistent and another example of "p-hacking."

9    •   Dr. Portier's analysis of hemangiosarcomas in males is especially troubling. After first "pooling" the
10       two 18-month studies (significant result), and then the two 24-month studies (no significant result), *he*
11       *proposes simply removing the 0/50 count observed in the highest dose group of the Knezevich study.*
12       By excluding the mice in this high dose group – none of whom were observed with any
13       hemangiosarcomas, which would suggest no effect of the test compound – Dr. Portier is then able to
14       manufacture a statistically significant p-value when he pools the 24-month studies, as well as a
15       significant p-value when pooling all four CD-1 studies. This is a breathtaking manipulation that can
16       only be charitably described as statistical malpractice.

17   •   Dr. Portier's summaries of the results for each of the five tumors introduce logical circularities and
18       other redundancies that artificially boost the impact of his findings. For example, consider his
19       discussion of kidney tumors. After alternately pooling the 18-month, 24-month, and all CD-1 studies,
20       Dr. Portier then compares the observed adenoma rates to historical controls. (As an aside, historical
21       controls are not considered by most statisticians or statistical sources as a valid means of establishing
22       causation, as discussed earlier. However, even using Dr. Portier's criterion on page 21 of his report, it
23       is unclear why he uses historical controls in his analysis of the mouse studies that were not "from
24       untreated control groups from studies in the same laboratory within two to three years of the study
25       being evaluated.") His conclusion is that, given historical control rates, the two adenomas observed in
26       each of the highest dose groups of the 24-month studies is highly improbable, and strengthens the
27       evidence of a compound-related effect. However, as discussed earlier in Section III in the context of
28       multiple hypothesis tests, this is self-evident when we are evaluating hundreds of tumor types across
29       12 studies: while such a result may be improbable for a single analysis, it is nearly certain that we
30       would observe such results for many tumors when we are computing hundreds of p-values. Dr.
31       Portier is merely providing another outstanding explanation for how a false positive arises when we
32       carry out a large number of statistical tests.

1 • Dr. Portier declares that all five mouse studies, including the four CD-1 studies and the Swiss Albino
2 study, are "useful", but then confines his analysis to the CD-1 studies. No explanation is given for the
3 omission of the Kumar study.

4 Dr. Portier's joint analysis of the rat studies (under "Summary – Rats" on pages 32-35 in his expert
5 report) is similarly uneven, suffering from inconsistencies similar to his mouse analyses. To highlight:

6 • As with the mouse studies, for his "pooled" analyses of rats Dr. Portier selects only those tumor types
7 with statistically significant individual p-values (unadjusted for false discovery rates). There is no
8 systematic approach applied to the dozens of other tumor types that were evaluated, and no attempt to
9 make an adjustment for multiple comparisons.

10 • Dr. Portier carried out "pooled" analyses of both liver adenomas, mammary gland tumors, and skin
11 keratocanthomas among the three studies that used Wistar rats (Brammer, Suresh, and Wood in Table
12 2). As discussed previously, for his analysis of liver adenomas Dr. Portier eliminated the Suresh study,
13 without any formal statistical justification, based only on his personal judgment that the studies cannot
14 be combined because of differences in underlying tumor rates. He likewise excluded the Suresh study
15 from his "pooled" analysis of mammary gland adenomas, but then included Suresh for testing skin
16 keratocanthomas. For all three tumor types, Dr. Portier's arbitrary exclusion or inclusion resulted in a
17 "pooled" p-value < 0.05. Again, as noted before, an averaged or pooled effect can be estimated even if
18 the underlying average tumor rates differ, provided that the observed effects across the studies are
19 consistent. Dr. Portier made no attempt to evaluate the latter issue, which invalidates his results.

20

21 *(V.D)  Evolution of Dr. Portier's Analyses of Animal Carcinogenicity Studies*

22 In addition to the flaws in Dr. Portier's expert report, there are other serious questions about the
23 consistency of his approach, particularly in light of how his work has evolved. He at times appears to
24 selectively rely on analytic strategies motivated primarily by arbitrarily seeking for "statistical
25 significance" (i.e., computing more p-values < 0.05). A few illustrations:

26 • The IARC Glyphosate monograph – for which Dr. Portier served as an invited specialist – used
27 approximate trend test p-values to assess potential glyphosate effects for the Knezevich data. As
28 discussed in Section IV, approximate p-values tend to underestimate the corresponding actual p-
29 values, and thus increase the potential for "statistically significant" results that are only due to chance.
30 As outlined in the supplementary material of Dr. Portier's expert report, criticism of the approximate
31 trend test by Dr. Joseph Haseman and others prompted Dr. Portier to rely solely on the exact test in his
32 subsequent work. However, he has resorted again to approximate p-values for some of the p-values he
33 computes using historical controls, arguing that the sample sizes justify their use. Since exact p-values
34 can be computed instantaneously using modern software, there is no good reason to use approximate

1   tests, particularly when their substantive results disagree with the exact p-values that they are merely

2   estimating.

3   • It is particularly puzzling that Dr. Portier has previously dismissed the rat feeding studies, declaring

4      that they provide no collective evidence that glyphosate increases cancer risk (for example, on page 11

5      of Document 9 in the supplementary material of his expert report). He offers no explanation regarding

6      why he has now decided that the statistical evidence supports such an association.

7   • Dr. Portier reports only results that demonstrate increasing tumor incidence for increasing glyphosate

8      dose, but mentions nothing about tumors that demonstrate decreasing risk of tumor across the

9      treatment groups. When computing one-sided p-values in the absence of any strong prior evidence in

10     favor of either a positive or negative effect, statistical convention dictates that we maintain equipoise

11     about what is observed, even if the result is counterintuitive or in a direction opposite of what we

12     would either hope for or expect.

13  • Dr. Portier also appears to be inconsistent in his standard for statistical significance. After quoting

14     EPA guidelines on page 20 of his expert report, establishing a significance threshold of 5%, he later

15     (on page 25) fudges somewhat to suggest that we should also consider p-values between 5% and 10%.

16     This is borne out in Tables 8 and 14, where he implies "statistical significance" by highlighting p-

17     values > 0.05 for multiple tumor sites. This further elevates the likelihood of observing false positive

18     results, even assuming his other strategies (i.e., historical controls and "pooled" analyses) were

19     actually valid.

20

21  **VI.  <u>Conclusion</u>**

22  As discussed in Sections III and IV, in the context of the hundreds of tumors evaluated across all 12

23  rodent glyphosate feeding experiments, it is clear that the individual statistically significant findings

24  closely follow the pattern we would expect given that glyphosate does not increase the risk of cancer. Dr.

25  Portier's own analysis of the rodent feeding studies violates several major foundational principles of

26  statistical practice. His entire approach is based on p-values, which he has selectively reported and used to

27  highlight those findings that are statistically significant, without applying any commonly recommended

28  methods to account for the hundreds of individual tumor types evaluated across the 12 experiments. Dr.

29  Portier has further employed other flawed strategies, including the use of historical controls and the

30  "pooling" of subsets of the data to generate additional p-values, which he has computed using inconsistent

31  and arbitrary standards. Dr. Portier's "pooled" analyses are deeply defective, lacking any accounting for

32  study heterogeneity or differences in observed effects as recommended by Dr. Portier's own cited

33  sources. His simple aggregating of data – as though data from disparate studies arose from the same

34  experiment – is completely inappropriate and unsupported by any credible statistical text or manual

1   regarding methods for analyzing data from multiple sources. Dr. Portier's analytic strategy seriously

2   violates our own profession's "Statement on p-Values: Context, Process, and Purpose" (*The American*

3   *Statistician*), referenced in Section III, which notes in part: "*P-values and related analyses should not be*

4   *reported selectively. Conducting multiple analyses of the data and reporting only those with certain p-*

5   *values (typically those passing a significance threshold) renders the reported p-values essentially*

6   *uninterpretable. Cherry-picking promising findings, also known by such terms as data dredging,*

7   *significance chasing, significance questing, selective inference, and 'p-hacking,' leads to a spurious*

8   *excess of statistically significant results…and should be vigorously avoided.*"

9

July 31, 2017

_____                                _____

Christopher D. Corcoran                                                                    Date

1    # APPENDIX A – RESULTS FOR RAT FEEDING STUDIES

2
3    ## TABLE A.1 – Lankas Rat Results, by Tumor Type and Adjusted for Multiple Tests.

| MALES | |
| --- | --- |
| TUMOR SITE AND TYPE | p |
| pituitary adenoma | 0.394 |
| pituitary carcinoma | 0.785 |
| brain glioma | 0.703 |
| heart sarcoma | 0.253 |
| lung met undiff sarcoma | 0.250 |
| lung cell carcoma | 0.514 |
| lung lymphoma | 0.750 |
| lung met ost sarcoma | 0.750 |
| lung met mixed tumor | 0.500 |
| liver cell sarcoma | 0.440 |
| liver lymphoma | 0.626 |
| liver met undiff sarcoma | 0.750 |
| liver neo nodule | 0.474 |
| liver hep carcinoma | 0.061 |
| mes lymph angioma | 0.547 |
| mes lymph lymphoma | 0.623 |
| mes lymph cell sarcoma | 0.454 |
| pancreas islet cell adenoma | 0.509 |
| pancreas islet cell carcinoma | 0.251 |
| pancreas acinar cell adenoma | 0.251 |
| pancreas lymphoma | 0.749 |
| pancreas cell sarcoma | 0.644 |
| salivary cell sarcoma | 0.250 |
| med lymph fibrosarcoma | 0.241 |
| med lymph cell sarcoma | 0.593 |
| spleen angiosarcoma | 0.750 |
| spleen lymphoma | 0.626 |
| spleen cell sarcoma | 0.201 |
| stomach cell sarcoma | 0.250 |
| jejunum cell sarcoma | 0.255 |
| kidney adenoma | 0.813 |
| kidney lymphoma | 0.750 |
| kidney cell sarcoma | 0.735 |
| kidney lipoma | 0.735 |
| testis cell tumor | **0.009** |
| prostate cell sarcoma | 0.251 |
| bladder papilloma | 0.494 |

| FEMALES | |
| --- | --- |
| TUMOR SITE AND TYPE | p |
| pituitary adenoma | 0.938 |
| pituitary carcinoma | 0.084 |
| brain carcinoma | 0.189 |
| brain lymphoma | 0.251 |
| brain glioma | 0.251 |
| spinal cord | 0.250 |
| heart lymphoma | 0.250 |
| heart sarcoma | 0.750 |
| trachea fibrosarcoma | 0.751 |
| esophagus fibrosarcoma | 0.636 |
| lung cell carcoma | 0.282 |
| lung lymphoma | 0.317 |
| lung mamm adenocarcinoma | 0.253 |
| lung adrenal carcinoma | 0.253 |
| lung met fibrosarcoma | 0.753 |
| liver cell sarcoma | 0.490 |
| liver lymphoma | 0.062 |
| liver met fibrosarcoma | 0.750 |
| liver hep carcinoma | 0.156 |
| liver neo nodule | 0.732 |
| mes lymph lymphoma | 0.267 |
| mes lymph cell sarcoma | 0.070 |
| pancreas islet cell adenoma | 0.874 |
| pancreas islet cell carcinoma | 0.292 |
| salivary fibrosarcoma | 0.250 |
| thymus lymphoma | 0.224 |
| thymus thymoma | 0.266 |
| med lymph fibrosarcoma | 0.744 |
| med lymph cell sarcoma | 0.094 |
| med lymph lymphoma | 0.058 |
| spleen lymphoma | 0.062 |
| spleen sarcoma | 0.062 |
| stomach lymphoma | 0.250 |
| stomach cell sarcoma | 0.750 |
| stomach fibrosarcoma | 0.750 |
| jejunum leiomyosarcoma | 0.500 |
| ileum cell sarcoma | 0.249 |

| | | | | |
|---|---|---|---|---|
| thyroid ccell adenoma | 0.738 | | colon cell sarcoma | 0.244 |
| thyroid carcinoma | 0.253 | | kidney lymphoma | 0.250 |
| thyroid foll adenoma | 0.123 | | kidney ret cell sarcoma | 0.108 |
| parathyroid adenoma | 0.743 | | kidney trans cell sarcoma | 0.250 |
| adrenal cell sarcoma | 0.250 | | bladder trans cell carcinoma | 0.232 |
| adrenal chromocytoma | 0.158 | | ovary gran cell tumor | 0.657 |
| adrenal cort adenoma | 0.844 | | ovary theca cell tumor | 0.234 |
| adrenal lymphoma | 0.750 | | uterus cell carcinoma | 0.247 |
| skin cell tumor | 0.251 | | uterus endo sarcoma | 0.247 |
| skin adenoma | 0.251 | | uterus adenoma | 0.197 |
| muscle cell sarcoma | 0.747 | | uterus polyp | 0.605 |
| harderian lymphoma | 0.759 | | uterus ret cell sarcoma | 0.809 |
| marrow lymphoma | 0.646 | | thyroid ccell adenoma | 0.671 |
| marrow sarcoma | 0.597 | | thyroid ccell carcinoma | 0.003 |
| | | | thyroid foll adenoma | 0.964 |
| | | | thyroid fbirosarcoma | 0.244 |
| | | | parathyroid adenoma | 0.240 |
| | | | adrenal cell sarcoma | 0.109 |
| | | | adrenal chromocytoma | 0.351 |
| | | | adrenal cortical adenoma | 0.850 |
| | | | adrenal cortical carcinoma | 0.386 |
| | | | adrenal lymphoma | 0.246 |
| | | | mammary adenoma | 0.497 |
| | | | mammary fibroadenoma | 0.804 |
| | | | mammary adenocarcinoma | 0.457 |
| | | | mammary ret cell sarcoma | 0.746 |
| | | | eye fibrosarcoma | 0.242 |
| | | | harderian lymphoma | 0.240 |
| | | | harderian fibrosarcoma | 0.240 |
| | | | marrow lymphoma | 0.188 |
| | | | marrow sarcoma | 0.062 |

1

2

1                **TABLE A.2 – Stout Rat Results, by Tumor Type and Adjusted for Multiple Tests.**

| MALES | |
|---|---|
| **TUMOR SITE AND TYPE** | **p** |
| adrenal adenoma | 0.063 |
| adrenal chromocytoma B | 0.248 |
| adrenal chromocytoma M | 0.585 |
| adrenal ganglione | 0.504 |
| brain astrocytoma | 0.297 |
| bone sarcoma | 0.245 |
| cervical astrocytoma | 0.496 |
| cervical glioma | 0.747 |
| duodenum carcinoma | 0.749 |
| eyes sarcoma | 0.250 |
| kidney lipoma | 0.938 |
| kidney liposarcoma | 0.500 |
| kidney mesenchymal | 0.500 |
| kidney adenoma | 0.751 |
| liver adenoma | 0.016 |
| liver carcinoma | 0.610 |
| liver sarcoma | 0.313 |
| liver neoplasm | 0.500 |
| mammary gland adenoma | 0.282 |
| mammary gland carcinoma | 0.717 |
| mammary gland canthoma | 0.243 |
| lymph node gioma | 0.250 |
| nose adenoma | 0.245 |
| pancreas adenoma | 0.147 |
| pancreas carcinoma | 0.752 |
| pituitary distalis | 0.665 |
| pituitary intermedia | 0.251 |
| prostate carcinoma | 0.750 |
| parathyroid adenoma | 0.243 |
| skin canthoma | 0.077 |
| skin carcinoma | 0.546 |
| skin adenocarcinoma | 0.752 |
| skin cytoma | 0.500 |
| skin zymbal's gland adenoma | 0.498 |
| skin basal cell | 0.248 |
| skin papilloma | 0.735 |
| skin sebaceous gland adenoma | 0.312 |
| skin fibroma | 0.752 |
| sp cord thoracic cytoma | 0.500 |
| testies interstitial | 0.297 |

| FEMALES | |
|---|---|
| **TUMOR SITE AND TYPE** | **p** |
| adrenal adenoma | 0.664 |
| adrenal chromocytoma b | 0.268 |
| adrenal chromocytoma m | 0.250 |
| adrenal carcinoma | 0.015 |
| brain cell tumor | 0.500 |
| cecum sarcoma | 0.507 |
| kidney lipoma | 0.500 |
| kidney carcinoma | 0.500 |
| kidney hemangioma | 0.750 |
| liver adenoma | 0.922 |
| liver carcinoma | 0.167 |
| liver sarcoma | 0.500 |
| liver giosarcoma | 0.500 |
| liver cholangioma | 0.750 |
| lung adenoma | 0.750 |
| mammary gland adenoma | 0.252 |
| mammary gland carcinoma | 0.770 |
| mammary gland carcinosarcoma | 0.438 |
| nose carcinoma | 0.500 |
| ovary granulosa | 0.684 |
| ovary theca | 0.749 |
| pancreas adenoma | 0.962 |
| pituitary adenoma | 0.996 |
| pituitary carcinoma | 0.434 |
| parathyroid adenoma | 0.859 |
| skin carcinoma | 0.248 |
| skin zymbal's cell adenoma | 0.500 |
| skin basal cell | 0.748 |
| skin clitoral gland adenoma | 0.748 |
| spleen lymphoma | 0.250 |
| spleen hemangioma | 0.250 |
| spleen sarcoma | 0.750 |
| thyroid adenoma | 0.050 |
| thyroid carcinoma | 0.500 |
| thyroid cystadenoma | 0.438 |
| thyroid foll cell carcinoma | 0.250 |
| thymus lymphoma | 0.937 |
| urinary papilloma | 0.500 |
| uterus polyp | 0.355 |
| uterus hamartoma | 0.498 |

| | | | | |
|---|---|---|---|---|
| thyroid adenoma | 0.067 | | uterus sarcoma | 0.498 |
| thyroid c cell carcinoma | 0.441 | | uterus adenoma | 0.749 |
| thyroid cystadenoma | 0.407 | | uterus leiomyoma | 0.749 |
| thyroid follicular cell carcinoma | 0.254 | | uterus fibroma | 0.749 |
| thymus lymphoma | 0.479 | | | |

1

1        **TABLE A.3(i) – Atkinson Male Rat Results, by Tumor Type and Adjusted for Multiple Tests.**

| MALES | |
|---|---|
| TUMOR SITE AND TYPE | p |
| adrenals cortical adenoma | 0.909 |
| adrenals uni phaeochromocytoma (M) | 0.517 |
| adrenals uni phaeochromocytoma (B) | 0.134 |
| adrenals bi phaeochromocytoma (B) | 0.517 |
| brain granular cell tumor | 0.307 |
| brain glioma | 0.685 |
| kidneys tubular adenoma | 0.800 |
| kidneys urothelial carcinoma | 0.400 |
| liver carcinoma | 0.681 |
| liver adenoma | 0.322 |
| lungs squamous cell carcinoma | 0.403 |
| lungs alveolar/bronchiolar adenoma | 0.763 |
| mammary glands fibroadenoma | 0.303 |
| mammary glands carcinoma | 0.548 |
| mesenteric lymph nodes haemangioma | 0.819 |
| pancreas exocrine adenoma | 0.945 |
| pancreas islet adenoma | 0.973 |
| parathyroids adenoma | 0.699 |
| pituitary carcinoma | 0.750 |
| pituitary adenoma | 0.981 |
| prostate carcinoma | 0.307 |
| prostate adenoma | 0.307 |
| salivary glands parotid fibroma | 0.796 |
| skin trichoepithelioma | 0.331 |
| skin basal cell tumor | 0.697 |
| skin zymbal's carcinoma | 0.697 |
| skin squamous-cell carcinoma | 0.303 |
| skin sarcoma | 0.690 |
| skin schwannoma | 0.545 |
| skin papilloma | 0.303 |
| skin fibrosarcoma | 0.296 |
| skin fibroma | 0.489 |
| skin dermal fibroma | 0.561 |
| skin lipoma | 0.725 |
| skin epithelioma | 0.047 |
| testes uni interstitial-cell adenoma | 0.976 |
| testes bi interstitial-cell adenoma | 0.303 |
| testes interstitial-cell adenoma | 0.303 |
| thymus thymoma | 0.684 |
| thyroids follicular carcinoma | 0.310 |

| FEMALES | |
|---|---|
| TUMOR SITE AND TYPE | p |
| adrenals cortical carcinoma | 0.269 |
| adrenals uni phaeochromocytoma (B) | 0.975 |
| adrenals bi phaeochromocytoma (B) | 0.736 |
| brain glioma | 0.586 |
| duodenum carcinoma | 0.263 |
| kidneys mesenchymal tumor | 0.798 |
| liver adenoma | 0.235 |
| lungs alveolar/bronchiolar carcinoma | 0.400 |
| lungs sarcoma | 0.800 |
| mammary glands fibroadenoma | 0.334 |
| mammary glands met carcinoma | 0.267 |
| mammary glands carcinoma | 0.259 |
| mammary glands adenoma | 0.450 |
| ovaries granulosa cell tumor | 0.425 |
| pancreas exocrine carcinoma | 0.732 |
| pancreas islet adenoma | 0.733 |
| parathyroids adenoma | 0.448 |
| pituitary carcinoma | 0.384 |
| pituitary adenoma | 0.525 |
| salivary glands mandibular fibroma | 0.395 |
| skin basal cell tumor | 0.428 |
| skin sebaceous carcinoma | 0.733 |
| skin zymbal's carcinoma | 0.744 |
| skin squamous-cell carcinoma | 0.583 |
| skin sarcoma | 0.733 |
| skin fibroma | 0.505 |
| skin lipoma | 0.070 |
| skin epithelioma | 0.733 |
| thyroids uni c-cell adenoma | 0.108 |
| thyroids bi c-cell adenoma | 0.927 |
| uterus stromal sarcoma | 0.265 |
| uterus met endometrial carcinoma | 0.584 |
| uterus endometrial carcinoma | 0.461 |
| uterus endometrial adenoma | 0.735 |
| uterus polyp | 0.367 |

| | |
|---|---|
| **thyroids follicular adenoma** | 0.067 |
| **thyroids uni c-cell carcinoma** | 0.310 |
| **thyroids bi met c-cell carcinoma** | 0.310 |
| **thyroids uni c-cell adenoma** | 0.400 |
| **thyroids bi c-cell adenoma** | 0.310 |
| **thyroids uni adenoma** | 0.310 |

1

1 **TABLE A.4 – Brammer Rat Results, by Tumor Type and Adjusted for Multiple Tests.**

| MALES | |
|---|---|
| **TUMOR SITE AND TYPE** | **p** |
| adrenal phaeochromoytoma b | 0.806 |
| adrenal adenoma | 0.313 |
| adrenal phaeochromocytoma m | 0.313 |
| brain astrocytoma | 0.438 |
| brain meningioma | 0.313 |
| brain ependymoma | 0.250 |
| epididymis mesothelioma b | 0.316 |
| epididymis mesothelioma m | 0.502 |
| heart schwannoma | 0.750 |
| kidney haemangioma | 0.250 |
| kidney mesenchymal tumour | 0.250 |
| lacrimal gland neurofibrosarcoma | 0.750 |
| liver adenoma | 0.008 |
| liver liposarcoma | 0.250 |
| lung adenocarcinoma | 0.500 |
| lymph node-m haemangioma | 0.687 |
| lymph node-m haemangiosarcoma | 0.814 |
| nasal cavity fibrosarcoma | 0.250 |
| nasal cavity papilloma | 0.250 |
| nasal cavity ameloblastoma | 0.500 |
| pancreas exocrine adenoma | 0.095 |
| pancreas exocrine adenocarcioma | 0.500 |
| pancreas islet cell adenoma | 0.576 |
| parathyroid gland adenoma | 0.500 |
| pharynx carcinoma | 0.753 |
| pituitary gland adenoma pars distalis | 0.386 |
| pituitary gland adenoma pars intermedia | 0.387 |
| salivary gland neurofibrosarcoma | 0.254 |
| skin papilloma | 0.247 |
| skin basal cell tumour | 0.387 |
| skin basal cell carcinoma | 0.247 |
| skin pilomatrixoma | 0.430 |
| skin xeratoacanthoma | 0.387 |
| skin adenoma | 0.496 |
| skin trichofolliculoma | 0.498 |
| skin sarcoma | 0.749 |
| spleen not otherwise specified sarcoma | 0.500 |
| spleen not otherwise specified sarcoma | 0.500 |
| testis leydig cell tumor | 0.791 |
| testis mesothelioma b | 0.502 |

| FEMALES | |
|---|---|
| **TUMOR SITE AND TYPE** | **p** |
| adrenal ganglioneuroma | 0.498 |
| adrenal phaeochromocytoma | 0.890 |
| brain astrocytoma | 0.202 |
| brain meningioma | 0.250 |
| brain pineal gland tumour | 0.250 |
| cervix stromal cell polyp | 0.250 |
| cervix adenocarcinoma | 0.438 |
| cervix sarcoma | 0.062 |
| cervix haemangiosarcoma | 0.250 |
| duodenum adenocarcinoma | 0.506 |
| duodenum leiomyoma | 0.506 |
| harderian gland anaplastic sarcoma | 0.502 |
| ileum leiomyosarcoma | 0.519 |
| kidney liposarcoma | 0.250 |
| liver adenoma | 0.250 |
| lymph node-m haemangioma | 0.762 |
| lymph node-m haemangiosarcoma | 0.432 |
| mammary gland adenocarcinoma | 0.264 |
| mammary gland adenoma | 0.894 |
| mammary gland cystadenoma | 0.519 |
| mammary gland fibroadenoma | 0.377 |
| nasal cavity papilloma | 0.187 |
| nasal cavity adenoma | 0.500 |
| pancreas adenocarcinoma | 0.252 |
| pancreas islet cell adenoma | 0.252 |
| pituitary gland adenoma pars distalis | 0.280 |
| salivary gland adenoma | 0.751 |
| skin squamous carcinoma | 0.313 |
| skin basal cell tumour | 0.250 |
| skin pilomatrixoma | 0.438 |
| spleen haemangiosarcoma | 0.502 |
| stomach squamous papilloma | 0.251 |
| thymus thymoma b | 0.629 |
| thymus thymoma m | 0.626 |
| thymus not otherwise specified sarcoma | 0.252 |
| thyroid gland follicular cell adenoma | 0.833 |
| thyroid gland parafollicular cell adenoma | 0.499 |
| thyroid gland parafollicular cell carcinoma | 0.252 |
| uterus stromal cell polyp | 0.950 |
| uterus adenocarcinoma | 0.816 |

| | |
|---|---|
| testis mesothelioma m | 0.502 |
| thymus benign thymoma | 0.112 |
| thyroid gland follicular cell adenoma | 0.072 |
| thyroid gland parafollicular cell adenoma b | 0.882 |
| thyroid gland parafollicular cell adenoma m | 0.502 |
| voluntary muscle haemangioma | 0.251 |

| | |
|---|---|
| uterus leiomyoma | 0.438 |
| uterus carcinoma | 0.297 |
| uterus haemangiosarcoma | 0.625 |
| uterus haemangioma | 0.250 |
| | |
| | |

1

1          **TABLE A.5 – Suresh Rat Results, by Tumor Type and Adjusted for Multiple Tests.**

| MALES | | FEMALES | |
|---|---|---|---|
| **TUMOR SITE AND TYPE** | **p** | **TUMOR SITE AND TYPE** | **p** |
| salivary gland duct palpinoma | 0.691 | stomach papilloma-forestomach | 0.355 |
| stomach adenocarcinoma | 0.307 | pancreas islet cell adenoma | 0.355 |
| stomach papilloma-forestomach | 0.503 | pancreas cholangio-carcinoma | 0.638 |
| pancreas islet cell adenoma | 0.742 | pancreas histiocytic sarcoma | 0.638 |
| pancreas carcinoma | 0.509 | liver cholangiocarcinoma | 0.746 |
| pancreas  sarcoma | 0.308 | liver adenoma | 0.922 |
| pancreas lymphosarcoma | 0.698 | liver carcinoma | 0.869 |
| liver cholangiocarcinoma | 0.263 | liver b.d. adenoma | 0.503 |
| liver hepatocellular adenoma | 0.391 | liver histiocytic sarcoma | 0.711 |
| liver carcinoma | 0.418 | lungs bronchio alveolar adenoma | 0.434 |
| liver b.d. adenoma | 0.937 | lungs histiocytic sarcoma-metastatic | 0.667 |
| liver histiocytic sarcoma | 0.624 | lungs adenoma | 0.633 |
| liver tumour emboli | 0.370 | lungs fibroma | 0.480 |
| liver fibrosarcoma | 0.495 | lungs round cell sarcoma | 0.333 |
| liver lymphosarcoma | 0.747 | lungs histiocytic sarcoma | 0.633 |
| liver benign b.d. adenoma | 0.253 | trachea sarcoma | 0.472 |
| lungs histiocytic sarcoma | 0.433 | heart histiocytic sarcoma | 0.594 |
| lungs cholangiocarcinoma | 0.503 | heart round cell sarcoma | 0.350 |
| lungs adenocarcinoma | 0.296 | mediastinal lymph node histiocytic sarcoma-m | 0.650 |
| lungs hepatocellular carcinoma | 0.322 | mediastinal lymph node cholangiocarcinoma | 0.650 |
| lungs squamous cell carcinoma | 0.704 | mediastinal lymph node histiocytic sarcoma | 0.482 |
| lungs giant cell tumour | 0.296 | kidney lymphosarcoma | 0.352 |
| heart histiocytic sarcoma | 0.445 | urinary bladder carcinoma | 0.350 |
| spleen cholangiocarcinoma | 0.515 | uterus adenoma | 0.289 |
| mesentric lymph nodes sarcoma | 0.695 | uterus adenocarcinoma | 0.643 |
| mediastinal lymph node sarcoma - metastatic | 0.634 | uterus carcinoma | 0.514 |
| mediastinal lymph node cholangiocarcinoma | 0.494 | uterus leiomyosarcoma | 0.289 |
| mediastinal lymph node hepatocellular carcinoma | 0.494 | uterus adenoma papillary | 0.514 |
| mediastinal lymph node giant cell tumour | 0.306 | uterus hemangioma | 0.289 |
| mediastinal lymph node sarcoma | 0.306 | thyroids c cell adenoma | 0.537 |
| mandibular lymph node lymphoma | 0.087 | pituitary adenocarcinoma | 0.684 |
| kidneys carcinoma | 0.503 | pituitary adenoma | 0.967 |
| kidneys histiosarcoma | 0.299 | adrenals cortical cell adenoma | 0.400 |
| testes leydig cell tumor | 0.182 | adrenals pheochromocytoma | 0.133 |
| testes seminoma | 0.296 | thymus thymoma | 0.755 |
| epididymes sarcoma | 0.250 | mammary gland adenoma | 0.538 |
| brain squamous cell carcinoma | 0.309 | mammary gland adenocarcinoma | 0.982 |
| thyroids c cell adenoma | 0.595 | tumour/mass histiocytic sarcoma | 0.658 |
| pituitary adenocarcinoma | 0.503 | tumour/mass cholangiocarcinoma | 0.635 |
| pituitary adenoma | 0.376 | tumour/mass fibroma | 0.635 |

| | | | | |
|---|---|---|---|---|
| adrenals cortical cell adenoma | 0.922 | | tumour/mass undifferentiated sarcoma | 0.635 |
| adrenals pheochromocytoma | 0.066 | | | |
| adrenals m. pheochromocytoma | 0.213 | | | |
| tumour/mass squamous cell carcinoma | 0.301 | | | |
| tumour/mass histiocytic sarcoma | 0.123 | | | |
| tumour/mass cholangiocarcinoma | 0.659 | | | |
| tumour/mass giant cell tumour | 0.123 | | | |
| tumour/mass fibroma | 0.315 | | | |
| bone sarcoma | 0.694 | | | |
| sternum sarcoma | 0.690 | | | |

1

1        **TABLE A.6 – Enemoto Rat P-Values, by Tumor Type and Adjusted for Multiple Tests.**

| MALES | |
|---|---|
| **TUMOR SITE AND TYPE** | **p** |
| heart schwannoma | 0.297 |
| hematopoietic and lymphatic myelogenic leukemia | 0.750 |
| hematopoietic and lymphatic malignant lymphoma | 0.813 |
| hematopoietic and lymphatic cell leukemia | 0.813 |
| spleen histiocytic sarcoma | 0.500 |
| lung adenoma | 0.146 |
| lung squamous cell carcinoma | 0.250 |
| lung adenocarcinoma | 0.250 |
| stomach leiomyosarcoma | 0.250 |
| small intestine leiomyoma | 0.250 |
| small intestine adenocarcinoma | 0.250 |
| small intestine malignant schwannoma | 0.500 |
| liver adenoma | 0.250 |
| liver carcinoma | 0.323 |
| pancreas acinar cell adenoma | 0.120 |
| pancreas islet cell adenoma | 0.846 |
| pancreas islet cell carcinoma | 0.250 |
| kidney adenoma | **0.004** |
| kidney lipoma | 0.250 |
| testis cell tumor | 0.576 |
| coagulating gland adenoma | 0.250 |
| pituitary anterior adenoma | 0.132 |
| pituitary adenoma (intermediate part) | 0.500 |
| pituitary (mass not in section) | 0.250 |
| thyroid follicular adenoma | 0.947 |
| thyroid c-cell adenoma | 0.623 |
| thyroid follicular adenocarcinoma | 0.750 |
| thyroid c-cell carcinoma | 0.514 |
| adrenal cortical adenoma | 0.620 |
| adrenal pheochromromocytoma | 0.892 |
| adrenal cortical adenocarcinoma | 0.250 |
| cerebrum glioma | 0.392 |
| cerebrum malignant reticulosis | 0.750 |
| cerebellum cell tumor | 0.250 |
| bone (femur) osteochondroma | 0.250 |
| bone (other) osteosarcoma | 0.250 |
| eye shwannoma | 0.750 |
| skin papilloma | 0.946 |
| skin keratoacanthoma | **0.029** |
| skin trichoepithelioma | 0.500 |

| FEMALES | |
|---|---|
| **TUMOR SITE AND TYPE** | **p** |
| heart schwannoma | 0.250 |
| hematopoietic/lymphatic lymphoma | 0.259 |
| small intestine leiomyoma | 0.250 |
| large intestine histioctytoma | 0.750 |
| liver hepatocellular adenoma | 0.813 |
| pancreas islet cell adenoma | 0.812 |
| pancreas islet cell carcinoma | 0.500 |
| kidney lipoma | 0.500 |
| kidney trans cell carcinoma | 0.750 |
| bladder papilloma | 0.500 |
| ovary granulosa cell tumor | 0.750 |
| ovary luteoma | 0.250 |
| uterus stromal polyp | 0.656 |
| uterus grnaular cell tumor | 0.750 |
| uterus adenocarcinoma | 0.750 |
| uterus schwannoma | 0.250 |
| uterus (mass not in section) | 0.750 |
| vagina polyp | 0.750 |
| vagina leiomysarcoma | 0.250 |
| pituitary anterior adenoma | 0.819 |
| pituitary anterior adenocarcinoma | 0.750 |
| thyroid follicular adenoma | 0.688 |
| thyroid c-cell adenoma | 0.908 |
| adrenal cortical adenoma | 0.500 |
| adrenal ganglioneuroma | 0.500 |
| adrenal pheochromocytoma | 0.500 |
| cerebrum meningioma | 0.500 |
| cerebrum reticulosis | 0.813 |
| bone (vertebra) chordoma | 0.750 |
| skin papilloma | 0.500 |
| skin keratoacanthoma | 0.250 |
| skin fibroma | 0.400 |
| skin lipoma | 0.932 |
| skin (mass not in section) | 0.580 |
| mammary gland adenoma | 0.813 |
| mammary gland fibroadenoma | 0.106 |
| mammary gland adenocarcinoma | 0.595 |
| | |
| | |
| | |

| | |
|---|---|
| **skin sabaceous gland adenoma** | 0.500 |
| **skin basal cell adenoma** | 0.015 |
| **skin fibroma** | 0.262 |
| **skin lipoma** | 0.873 |
| **skin squamous cell carcinoma** | 0.187 |
| **skin basal cell carcinoma** | 0.250 |
| **skin fibrosacoma** | 0.500 |
| **skin liposarcoma** | 0.750 |
| **skin hemangiosarcoma** | 0.250 |
| **skin hemangiopericytoma** | 0.250 |
| **skin osteosarcoma** | 0.313 |
| **skin schwannoma** | 0.250 |
| **skin histiocytic sarcoma** | 0.250 |

1

1                    **TABLE A.7 – Wood Rat Results, by Tumor Type and Adjusted for Multiple Tests.**

| MALES | |
|---|---|
| **TUMOR SITE AND TYPE** | **p** |
| adrenal cortical adenoma | 0.813 |
| adrenal cortical carcinoma | 0.750 |
| adrenal phaeochromocytoma b | 0.062 |
| adrenal phaeochromocytoma m | 0.805 |
| bone osteoma | 0.250 |
| brain/spinal cord astrocytoma | 0.250 |
| brain/spinal cord granular cell tumour b | 0.813 |
| brain/spinal cord granular cell tumour m | 0.250 |
| intestinal tract leiomyoma | 0.250 |
| intestinal trace leiomsarcoma | 0.250 |
| epididymis mesothelioma b | 0.750 |
| epididymis mesothelioma m | 0.751 |
| heart schwannoma | 0.500 |
| kidney lipoma | 0.250 |
| kidney tubular carcinoma | 0.750 |
| liver hepatocellular adenoma | 0.418 |
| liver hepatocellular carcinoma | 0.750 |
| lymph node angioma | 0.357 |
| lymph node angiosarcoma | 0.945 |
| nasal cavities adenoma | 0.938 |
| pancreas islet cell adenoma | 0.827 |
| parathyroid adenoma | 0.750 |
| pituitary adenoma | 0.045 |
| pituitary adenocarcinoma | 0.750 |
| skin - subcutaneous fibroma | 0.595 |
| skin - subcutaneous fibrosarcoma | 0.903 |
| skin - subcutaneous histiocytic sarcoma | 0.500 |
| skin - subcutaneous lipoma | 0.250 |
| skin - leiomyosarcoma | 0.250 |
| skin - cutaneous basal cell tumor | 0.750 |
| skin- cutaneous carcinoma | 0.675 |
| skin - cutaneous keratoacanthoma | 0.030 |
| skin - cutaneous adenoma | 0.500 |
| skin - cutaneous adenocarcinoma | 0.500 |
| skin - cutaneous trichoepithelioma | 0.250 |
| skin - cutaneous papilloma | 0.250 |
| skin - cutaneous s.s. carcinoma | 0.500 |
| spleen angioma | 0.250 |
| spleen angiosarcoma | 0.750 |
| stomach papilloma | 0.370 |

| FEMALES | |
|---|---|
| **TUMOR SITE AND TYPE** | **p** |
| adrenal cortical adenoma | 0.813 |
| adrenal ganglioneuroma | 0.250 |
| brain/spinal cord oligodendroglioma | 0.750 |
| brain/spinal cord ependymoma | 0.813 |
| heart schwannoma | 0.938 |
| kidney clear cell carcinoma | 0.250 |
| liver adenoma | 0.392 |
| liver carcinoma | 0.250 |
| liver cholangioma | 0.750 |
| lymph node angioma | 0.748 |
| mammary gland fibroadenoma | 0.824 |
| mammary gland adenoma | 0.062 |
| mammary gland adenocarcinoma | 0.042 |
| ovary granulosa cell tumour | 0.928 |
| ovary granulosa-theca cell tumour | 0.943 |
| ovary sarcoma | 0.750 |
| pancreas adenocarcinoma | 0.250 |
| pharynx papilloma | 0.250 |
| pituitary adenoma | 0.014 |
| pituitary adenocarcinoma | 0.500 |
| skin - subcutaneous fibroma | 0.250 |
| skin - subcutaneous lipoma | 0.313 |
| skin - subcutaneous angioma | 0.062 |
| skin - cutaneous basal cell tumour | 0.750 |
| skin - cutaneous carcinoma | 0.250 |
| skin - cutaneous papilloma | 0.500 |
| stomach papilloma | 0.500 |
| thymus thymoma b | 0.765 |
| thymus carcinoma | 0.250 |
| thyroid follicular adenoma | 0.372 |
| thyroid follicular adenocarcinoma | 0.813 |
| thyroid parafollicular adenoma | 0.997 |
| thyroid parafollicular adenocarcinoma | 0.500 |
| tongue granular cell tumor | 0.250 |
| uterus polyp | 0.221 |
| uterus adenocarcinoma | 0.602 |
| uterus sarcoma | 0.438 |
| uterus leiomyoma | 0.514 |
| uterus angiosarcoma | 0.500 |
| lymphoid/haemopoietic lymphoma | 0.830 |

| | |
|---|---|
| **testis interstitial cell tumour** | 0.778 |
| **thymus thymoma b** | 0.187 |
| **thymus thymoma m** | 0.313 |
| **thyroid adenoma** | 0.066 |
| **thyroid adenocarcinoma** | 0.250 |
| **thyroid parafollicular adenoma** | 0.823 |
| **thyroid parafollicular adenocarcinoma** | 0.938 |
| **thyroid hibernoma** | 0.250 |
| **urinary bladder papilloma** | 0.500 |
| **abdominal adenocarcinoma** | 0.500 |
| **abdominal carcinoma** | 0.250 |
| **lymphoid/haemopoietic lymphoma** | 0.500 |

1

# APPENDIX B – RESULTS FOR MOUSE FEEDING STUDIES

1
2
3          **TABLE B.1 –**Knezevich Mouse P-Values, by Tumor Type and Adjusted for Multiple Tests.

| MALES | |
|---|---|
| **TUMOR SITE AND TYPE** | **p** |
| brain lymphoblastic lymphosarcoma w/leuk | 0.251 |
| heart lymphoblastic lymphosarcoma w/leuk | 0.337 |
| lung adenoma | 0.294 |
| lung adenocarcinoma | 0.906 |
| lung lymphoblastic lymphosarcoma w/leuk | 0.772 |
| lung lymphoblastic lymphosarcoma | 0.505 |
| liver adenocarcinoma | 0.717 |
| liver adenoma | 0.251 |
| liver carcinoma | 0.062 |
| liver sarcoma | 0.503 |
| liver liposarcoma | 0.189 |
| liver composite lymphosarcoma | 0.754 |
| liver lymphoblastic lymphosarcoma | 0.539 |
| mesenteric sarcoma | 0.492 |
| mesenteric lymphosarcoma | 0.624 |
| mesenteric lymphoblastic lymphosarcoma (S) | 0.827 |
| mesenteric lymphoblastic lymphosarcoma (M) | 0.061 |
| mesenteric lymphoblastic lymphosarcoma w/leuk | 0.492 |
| mediastinal sarcoma | 0.489 |
| mediastinal lymphosarcoma | 0.631 |
| mediastinal lymphoblastic lymphosarcoma w/leuk (S) | 0.373 |
| mediastinal lymphoblastic lymphosarcoma w/leuk (M) | 0.463 |
| salivary glands lymphoblastic lymphosarcoma w/leuk | 0.628 |
| spleen hemangioendothelioma | 0.250 |
| spleen sarcoma | 0.505 |
| spleen composite lymphosarcoma | 0.631 |
| spleen lymphoblastic lymphosarcoma w/leuk (S) | 0.827 |
| spleen lymphoblastic lymphosarcoma w/leuk (M) | 0.442 |
| stomach lymphoblastic lymphosarcoma w/leuk | 0.746 |
| pancreas sarcoma | 0.508 |
| pancreas lymphoblastic lymphosarcoma w/leuk | 0.256 |
| ileum composite lymphosarcoma | 0.733 |
| ileum lymphoblastic lymphosarcoma w/leuk | 0.733 |
| cecum lymphoblastic lymphosarcoma w/leuk | 0.753 |
| colon composite lymphosarcoma | 0.755 |
| kidney adenoma (using EPA reeval) | 0.442 |
| kidney carcinoma (using EPA reeval) | 0.063 |
| kidney sarcoma | 0.505 |

| FEMALES | |
|---|---|
| **TUMOR SITE AND TYPE** | **p** |
| brain lymphoblastic lymphosarcoma w/leuk | 0.251 |
| heart lymphoblastic lymphosarcoma w/leuk | 0.433 |
| lung adenoma | 0.999 |
| lung adenocarcinoma | 0.183 |
| lung granulosa cell tumor | 0.500 |
| lung leiomyosarcoma | 0.500 |
| lung liposarcoma | 0.753 |
| lung composite lymphosarcoma | 0.442 |
| lung lymphoblastic lymphosarcoma w/leuk | 0.717 |
| lung lymphoblastic lymphosarcoma | 0.253 |
| liver adenocarcinoma | 0.828 |
| liver adenoma | 0.497 |
| liver hemangioendothelioma (M) | 0.249 |
| liver leiomyosarcoma | 0.497 |
| liver granulocytic leukemia | 0.875 |
| liver hemangioendothelioma (S) | 0.437 |
| liver composite lymphosarcoma | 0.064 |
| liver lymphoblastic lymphosarcoma w/leuk | 0.787 |
| liver lymphoblastic lymphosarcoma | 0.061 |
| mesenteric leiomyosarcoma | 0.495 |
| mesenteric granulocytic leukemia | 0.495 |
| mesenteric adenocarcinoma | 0.747 |
| mesenteric composite lymphosarcoma | 0.141 |
| mesenteric lymphoblastic lymphosarcoma w/leuk (M) | 0.522 |
| mesenteric lymphoblastic lymphosarcoma w/leuk (S) | 0.782 |
| mesenteric composite lymphosarcoma | 0.141 |
| mesenteric lymphoblastic lymphosarcoma (M) | 0.060 |
| mesenteric lymphoblastic lymphosarcoma (S) | 0.247 |
| mesenteric hemangioendothelioma | 0.247 |
| mediastinal leiomyosarcoma | 0.489 |
| mediastinal granulocytic leukemia | 0.489 |
| mediastinal liposarcoma | 0.761 |
| mediastina composite lymphosarcoma | 0.266 |
| mediastinal lymphoblastic lymphosarcoma w/leuk (S) | 0.717 |
| mediastinal lymphoblastic lymphosarcoma w/leuk (M) | 0.760 |
| mediastinal lymphoblastic lymphosarc (M) | 0.489 |
| mediastinal lymphoblastic lymphosarc (S) | 0.267 |
| salivary glands leiomyosarcoma | 0.239 |

| | | | | |
|---|---|---|---|---|
| kidney composite lymphosarcoma | 0.753 | | salivary lymphoblastic lymphosarcoma w/leuk | 0.485 |
| kidney lymphoblastic lymphosarcoma w/leuk | 0.463 | | spleen hemangioendothelioma (M) | 0.370 |
| testes cell tumor | 0.649 | | spleen hemangioma | 0.250 |
| testes lymphoblastic lymphosarcoma w/leuk (S) | 0.508 | | spleen granulocytic leukemia | 0.877 |
| testes lymphoblastic lymphosarcoma w/leuk (M) | 0.254 | | spleen adenocarcinoma | 0.745 |
| epididymides leiomysarcoma | 0.317 | | spleen hemangioendothelioma (S) | 0.250 |
| bladder histiocyticsarcoma | 0.500 | | spleen composite lymphosarcoma (S) | 0.580 |
| bladder lymphoblastic lymphosarcoma w/leuk | 0.810 | | spleen lymphoblastic lymphosarcoma w/leuk (S) | 0.824 |
| renal gland adenoma | 0.574 | | spleen lymphoblastic lymphosarcoma w/leuk (M) | 0.438 |
| renal gland lymphoblastic lymphosarcoma w/leuk (U) | 0.503 | | spleen composite lymphosarcoma (M) | 0.016 |
| renal gland lymphoblastic lymphosarcoma w/leuk (B) | 0.246 | | spleen lymphoblastic lymphosarcoma (M) | 0.250 |
| skin/ears fibrosarcoma | 0.245 | | spleen lymphoblastic lymphosarcoma (S) | 0.250 |
| skin/ears liposarcoma | 0.245 | | stomach leiomyosarcoma | 0.254 |
| skin/ears composite lymphosarcoma | 0.745 | | stomach adenocarcinoma | 0.254 |
| skin/ears lymphoblastic lymphosarcoma w/leuk | 0.245 | | duodenum composite lymphosarcoma | 0.770 |
| eyes lymphoblastic lymphosarcoma w/leuk | 0.643 | | pancreas granulocytic leukemia | 0.508 |
| harderian gland adenoma | 0.750 | | pancreas composite lymphosarcoma | 0.638 |
| harderian gland liposarcoma | 0.255 | | pancreas lymphoblastic lymphosarcoma w/leuk | 0.746 |
| marrow lymphoblastic lymphosarcoma w/leuk | 0.566 | | jejunum composite lymphosarcoma | 0.761 |
| | | | ileum composite lymphosarcoma | 0.758 |
| | | | cecum composite lymphosarcoma | 0.766 |
| | | | colon composite lymphosarcoma | 0.743 |
| | | | colon lymphoblastic lymphosarcoma w/leuk | 0.743 |
| | | | kidney leiomyosarcoma | 0.500 |
| | | | kidney granulocytic leukemia | 0.500 |
| | | | kidney composite lymphosarcoma | 0.395 |
| | | | kidney lymphoblastic lymphosarcoma w/leuk | 0.597 |
| | | | kidney lymphoblastic lymphosarcoma | 0.250 |
| | | | bladder granulocytic leukemia | 0.519 |
| | | | bladder composite lymphosarcoma | 0.822 |
| | | | bladder lymphoblastic lymphosarcoma w/leuk | 0.838 |
| | | | ovaries luteoma | 0.246 |
| | | | ovaries teratoma | 0.508 |
| | | | ovaries cell tumor | 0.508 |
| | | | ovaries leiomyosarcoma | 0.508 |
| | | | ovaries adenocarcinoma | 0.754 |
| | | | ovaries lymphoblastic lymphosarcoma w/leuk (U) | 0.508 |
| | | | ovaries lymphoblastic lymphosarcoma w/leuk (B) | 0.641 |
| | | | ovaries composite lymphosarcoma | 0.246 |
| | | | uterus leiomyoma | 0.619 |
| | | | uterus leiomyosarcoma | 0.385 |
| | | | uterus sarcoma | 0.505 |
| | | | uterus hemangioma | 0.505 |

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

1

| | |
|---|---|
| uterus adenocarcinoma | 0.939 |
| uterus hemangioendothelioma | 0.255 |
| uterus lymphoblastic lymphosarcoma w/leuk | 0.821 |
| thyroid adenoma | 0.271 |
| skin/ears fibrosarcoma | 0.516 |
| skin/ears liposarcoma | 0.759 |
| skin/ears rhabdomyosarcoma | 0.759 |
| skin/ears lymphoblastic lymphosarcoma w/leuk | 0.592 |
| mammary adenocarcinoma | 0.842 |
| mammary lymphoblastic lymphosarcoma w/leuk | 0.250 |
| muscle liposarcoma | 0.749 |
| muscle lymphoblastic lymphosarcoma w/leuk | 0.623 |
| harderian gland adenoma | 0.830 |
| harderian lymphoblastic lymphosarcoma w/leuk | 0.250 |
| marrow lymphoblastic lymphosarcoma w/leuk | 0.385 |
| marrow lymphoblastic lymphosarcoma | 0.065 |
| marrow composite lymphosarcoma | 0.257 |

1        **TABLE B.2 – Atkinson Mice Results, by Tumor Type and Adjusted for Multiple Tests.**

| MALES | |
|---|---|
| **TUMOR SITE AND TYPE** | **p** |
| adrenals phaeochromocytoma (M) | 0.486 |
| adrenals carcinoma | 0.486 |
| adrenals phaeochromocytoma (B) | 0.338 |
| adrenals adenoma | 0.648 |
| adrenals subcap adenoma | 0.716 |
| brain meningioma | 0.347 |
| kidneys carcinoma | 0.813 |
| kidneys adenoma | 0.813 |
| liver carcinoma | 0.450 |
| liver adenoma | 0.583 |
| liver (assoc) adenoma | 0.077 |
| lungs carcinoma | 0.456 |
| lungs adenoma | 0.339 |
| lungs (assoc) adenoma | 0.217 |
| pancreas adenoma | 0.340 |
| pituitary intermediate adenoma | 0.326 |
| prostate sarcoma | 0.350 |
| skin carcinoma | 0.655 |
| skin sarcoma | 0.641 |
| skin papilloma | 0.345 |
| skin lipoma | 0.345 |
| spinal cord ganglioneuroma | 0.655 |
| stomach carcinoma | 0.340 |
| testes adenoma | 0.520 |
| vascular haemangiosarcoma (using IARC) | 0.004 |
| | |

| FEMALES | |
|---|---|
| **TUMOR SITE AND TYPE** | **p** |
| adrenals carcinoma | 0.500 |
| adrenals subcap adenoma | 0.750 |
| liver carcinoma | 0.750 |
| liver adenoma | 0.642 |
| lungs carcinoma | 0.105 |
| lungs adenoma | 0.358 |
| lungs (assoc) adenoma | 0.072 |
| lungs secondary tumor | 0.201 |
| lymphoreticular sarcoma | 0.575 |
| lymphoreticular lymphoma | 0.475 |
| mammary glands carcinoma | 0.845 |
| mammary glands adenocarcinoma | 0.250 |
| ovaries granulosa cell tumor | 0.750 |
| ovaries luteal cell tumor | 0.250 |
| ovaries adenoma | 0.062 |
| pancreas adenoma | 0.500 |
| pituitary anterior adenoma | 0.155 |
| pituitary intermediate adenoma | 0.250 |
| skin carcinoma | 0.187 |
| skin sarcoma | 0.392 |
| skin papilloma | 0.750 |
| spleen sarcoma | 0.250 |
| thyroids adenoma | 0.250 |
| uterus sarcoma | 0.299 |
| uterus stromal tumor | 0.250 |
| uterus polyps | 0.433 |
| uterus leiomyoma | 0.108 |

2

1

**TABLE B.3 – Wood Mice Results, by Tumor Type and Adjusted for Multiple Tests.**

| MALES | |
|---|---|
| **TUMOR SITE AND TYPE** | **p** |
| adrenal adenoma | 0.172 |
| adrenal carcinoma | 0.754 |
| bone marrow lipoma | 0.750 |
| brain sarcoma | 0.251 |
| brain oligodendroglioma | 0.754 |
| harderian adenoma | 0.502 |
| kidney haemangiosarcoma | 0.250 |
| liver adenoma | 0.335 |
| liver carcinoma | 0.921 |
| liver haemangiosarcoma | 0.615 |
| lung adenoma | 0.926 |
| lung adenocarcinoma | 0.030 |
| seminal adenoma | 0.938 |
| seminal leiomyosarcoma | 0.250 |
| skin fibrosarcoma | 0.542 |
| spleen haemangioma | 0.750 |
| testis cell tumor | 0.938 |
| abdominal mesothelioma | 0.250 |
| abdominal sarcoma | 0.250 |
| lymphoid/haemopoietic myeloid leukaemia | 0.500 |
| lymphoid/haemopoietic lymphoma | 0.007 |

| FEMALES | |
|---|---|
| **TUMOR SITE AND TYPE** | **p** |
| bone osteoma | 0.750 |
| bone marrow sarcoma | 0.250 |
| brain oligodendroglioma | 0.750 |
| harderian adenoma | 0.155 |
| harderian adenocarcinoma | 0.938 |
| intestinal adenoma | 0.750 |
| liver carcinoma | 0.500 |
| liver haemangioma | 0.500 |
| liver haemangiosarcoma | 0.250 |
| lung adenoma | 0.637 |
| lung adenocarcinoma | 0.591 |
| mammary adenocarcinoma | 0.391 |
| mammary carcinoma | 0.500 |
| mesenteric sarcoma | 0.534 |
| ovary luteoma | 0.514 |
| ovary haemangioma | 0.250 |
| ovary cell tumor | 0.250 |
| ovary cystadenoma | 0.062 |
| ovary sarcoma | 0.500 |
| pancreas adenocarcinoma | 0.750 |
| pituitary adenoma | 0.108 |
| skin haemangiosarcoma | 0.500 |
| spleen haemangiosarcoma | 0.438 |
| thymus sarcoma | 0.250 |
| uterus polyp | 0.170 |
| uterus haemangioma | 0.500 |
| uterus leiomyoma | 0.250 |
| uterus carcinoma | 0.750 |
| uterus sarcoma | 0.719 |
| uterus leiomyosarcoma | 0.750 |
| abdominal lipoma | 0.750 |
| lymphoid/haemopoietic myeloid leukaemia | 0.250 |
| lymphoid/haemopoietic lymphoma | 0.353 |
| lymphoid/haemopoietic sarcoma | 0.482 |

2

1          **TABLE B.4 – Sugimoto Mice Results, by Tumor Type and Adjusted for Multiple Tests.**

| MALES | |
|---|---|
| **TUMOR SITE AND TYPE** | **p** |
| hematopoietic & lymphatic system lymphoma | 0.016 |
| lymph nodes lymphoma | 0.500 |
| spleen sarcoma | 0.750 |
| lung adenoma | 0.512 |
| lung adenocarcinoma | 0.148 |
| intestine adenoma | 0.500 |
| intestine adenocarcinoma | 0.250 |
| liver adenoma | 0.984 |
| liver hemangioma | 0.750 |
| liver sarcoma | 0.750 |
| liver carcinoma | 0.391 |
| kidney adenoma | 0.062 |
| urinary bladder papilloma | 0.751 |
| testis cell tumor | 0.500 |
| testis hemangioma | 0.750 |
| thyroid adenoma | 0.751 |
| adrenal b cell tumor | 0.500 |
| cerebrum lipoma | 0.500 |
| ilarderian gland adenoma | 0.515 |
| skin papilloma | 0.813 |
| skin hemangiosarcoma | 0.062 |
| skin leiomysarcoma | 0.187 |
| skin osteosarcoma | 0.250 |

| FEMALES | |
|---|---|
| **TUMOR SITE AND TYPE** | **p** |
| hematopoietic & lymphatic system leukemia | 0.250 |
| hematopoietic & lymphatic system lymphoma | 0.307 |
| thymus lymphoma | 0.250 |
| spleen hemangioma | 0.250 |
| spleen hemangiosarcoma | 0.250 |
| spleen sarcoma | 0.250 |
| lung adenoma | 0.800 |
| lung adenocarcinoma | 0.597 |
| small intestine adenoma | 0.250 |
| liver adenoma | 0.735 |
| liver hemangioma | 0.250 |
| urinary bladder leiomyoma | 0.187 |
| ovary hemangioma | 0.250 |
| uterus polyp | 0.751 |
| uterus hemangioma | 0.062 |
| uterus leiomyoma | 0.370 |
| uterus sarcoma | 0.500 |
| uterus leiomyosarcoma | 0.624 |
| pituitary adenoma | 0.500 |
| thyroid adenoma | 0.751 |
| adrenal a cell tumor | 0.595 |
| adrenal pheochromocytoma | 0.751 |
| bone osteoma | 0.250 |
| harderian gland adenoma | 0.040 |
| skin papilloma | 0.750 |
| skin lipoma | 0.626 |
| skin carcinoma | 0.500 |
| skin liposarcoma | 0.250 |
| skin hemangiosarcoma | 0.250 |
| mammary gland adenoma | 0.500 |
| mammary gland adenocarcinoma | 0.814 |
| thoracic cavity osteosarcoma | 0.400 |
| abdominal cavity hemangioma | 0.257 |
| abdominal cavity osteosarcoma | 0.257 |

2

1

**TABLE B.5 – Kumar Mice Results, by Tumor Type and Adjusted for Multiple Tests.**

| MALES | |
|---|---|
| **TUMOR SITE AND TYPE** | **p** |
| cecum adenoma | 0.648 |
| liver hemangiosarcoma | 0.327 |
| liver adenoma | 0.846 |
| liver carcinoma | 0.249 |
| lungs squamous cell carcinoma | 0.500 |
| lungs broncheo-alveolar adenoma | 0.463 |
| lungs broncheo-alveolar carcinoma | 0.347 |
| mesenteric hemangioma | 0.431 |
| mesenteric hemangiosarcoma | 0.245 |
| kidneys adenoma | 0.090 |
| kidneys hibernoma | 0.671 |
| testes tumor | 0.345 |
| epididymes leiomyoma | 0.503 |
| skin carcinoma | 0.791 |
| tumor/mass hemangioma | 0.304 |
| bone osteoma | 0.582 |
| lymphoreticular sarcoma | 0.624 |
| lymphoreticular lymphoma | 0.064 |
| lymphoreticular leukemia | 0.744 |

| FEMALES | |
|---|---|
| **TUMOR SITE AND TYPE** | **p** |
| stomach sarcoma | 0.515 |
| pancreas sarcoma | 0.515 |
| liver sarcoma | 0.769 |
| liver adenoma | 0.515 |
| lungs endometrial stromal sarcoma | 0.365 |
| lungs broncheo-alveolar adenoma | 0.165 |
| lungs broncheo-alveolar carcinoma | 0.750 |
| mesenteric hemangioma | 0.016 |
| mesenteric sarcoma | 0.500 |
| kidneys sarcoma | 0.511 |
| bladder sarcoma | 0.368 |
| ovaries hemangioma | 0.304 |
| ovaries sarcoma | 0.735 |
| ovaries tumor | 0.304 |
| ovaries luteoma | 0.304 |
| uterus leiomyosarcoma | 0.311 |
| uterus sarcoma | 0.793 |
| uterus leiomyoma | 0.311 |
| pituitary adenoma | 0.372 |
| adrenals sarcoma | 0.511 |
| adrenals adenoma | 0.363 |
| adrenals pheochromocytoma | 0.363 |
| skin carcinoma | 0.588 |
| thymus lymphoma | 0.629 |
| mammary adenocarcinoma | 0.598 |
| tumor/mass hemangiosarcoma | 0.562 |
| femur osteoma | 0.297 |
| lymph node sarcoma (M) | 0.189 |
| lymph node sarcoma  (I) | 0.189 |
| hemolymphoreticular sarcoma | 0.199 |
| hemolymphoreticular lymphoma | 0.070 |
| hemolymphoreticular leukemia | 0.602 |

2

1    **TABLE B.6 – Kumar Mice Results Using Data from Weber Reanalysis, by Tumor Type and**
2                              **Adjusted for Multiple Tests.**

3

| MALES | | FEMALES | |
| --- | --- | --- | --- |
| **TUMOR SITE AND TYPE** | **p** | **TUMOR SITE AND TYPE** | **p** |
| cecum adenoma | 0.750 | stomach sarcoma | 0.500 |
| liver adenoma | 0.846 | pancreas sarcoma | 0.500 |
| liver carcinoma | 0.155 | liver sarcoma | 0.688 |
| lungs squamous cell carcinoma | 0.500 | liver adenoma | 0.395 |
| lungs broncheo-alveolar adenoma | 0.438 | lungs endometrial stromal sarcoma | 0.250 |
| lungs broncheo-alveolar carcinoma | 0.250 | lungs broncheo-alveolar adenoma | 0.069 |
| kidneys adenoma | 0.250 | lungs broncheo-alveolar carcinoma | 0.750 |
| kidneys hibernoma | 0.750 | mesenteric sarcoma | 0.500 |
| testes tumor | 0.237 | kidneys sarcoma | 0.500 |
| epididymes leiomyoma | 0.500 | bladder sarcoma | 0.250 |
| skin carcinoma | 0.813 | ovaries sarcoma | 0.495 |
| lymphoreticular sarcoma | 0.534 | ovaries tumor | 0.250 |
| lymphoreticular lymphoma | 0.141 | uterus leiomyosarcoma | 0.250 |
| lymphoreticular leukemia | 0.830 | uterus sarcoma | 0.704 |
| femur osteoma | 0.750 | uterus leiomyoma | 0.830 |
| hemangioma | 0.261 | pituitary adenoma | 0.250 |
| hemangiosarcoma | 0.438 | adrenals sarcoma | 0.500 |
| | | adrenals adenoma | 0.250 |
| | | adrenals pheochromocytoma | 0.250 |
| | | skin carcinoma | 0.500 |
| | | mammary adenocarcinoma | 0.438 |
| | | femur osteoma | 0.113 |
| | | hemolymphoreticular sarcoma | 0.199 |
| | | hemolymphoreticular lymphoma | 0.085 |
| | | hemolymphoreticular leukemia | 0.602 |
| | | hemangioma | 0.014 |
| | | hemangiosarcoma | 0.750 |

# APPENDIX C – MULTIPLE TESTING ADJUSTMENTS

**TABLE C.1 – Summary of findings with individual p-values < 0.05 for exact one-sided trend tests for increasing tumor incidence with increased dose, computed across 1,016 total tumor types, with multiple testing adjustment for the false discovery rate.**

| Study | Rodent/Strain/Sex | Tumor Type | Exact Trend P-Value | P-Value Adjusted for False Discovery Rate |
|---|---|---|---|---|
| Lankas | Rat/SD/Male | Testis Cell Tumor | 0.009 | 0.473 |
| | Rat/SD/Female | Thyroid Cell Carcinoma | 0.003 | 0.175 |
| Stout | Rat/SD/Male | Liver Adenoma | 0.016 | 0.703 |
| | Rat/SD/Female | Adrenal Carcinoma | 0.015 | 0.662 |
| Atkinson | Rat/SD/Male | Skin Epithelioma | 0.047 | 0.801 |
| Brammer | Rat/Wistar/Male | Liver Adenoma | 0.008 | 0.370 |
| Enemoto | Rat/SD/Male | Kidney Adenoma | 0.004 | 0.189 |
| | Rat/SD/Male | Skin Keratoacanthoma | 0.029 | 0.510 |
| | Rat/SD/Male | Skin Basal Cell Adenoma | 0.015 | 0.395 |
| Wood | Rat/Wistar/Male | Pituitary Adenoma | 0.045 | 0.684 |
| | Rat/Wistar/Male | Skin Cutaneous Keratoacanthoma | 0.030 | 0.684 |
| | Rat/Wistar/Female | Mammary Gland Adenocarcinoma | 0.042 | 0.616 |
| | Rat/Wistar/Female | Pituitary Adenoma | 0.014 | 0.557 |
| Knezevich | Mouse/CD-1/Female | Spleen Composite Lymphosarcoma (M) | 0.016 | 0.858 |
| Atkinson | Mouse/CD-1/Male | Vascular Haemangiosarcoma | 0.004 | 0.089 |
| Wood | Mouse/CD-1/Male | Lung Adenocarcinoma | 0.030 | 0.312 |
| | Mouse/CD-1/Male | Lymphoid/Haemopoietic Lymphoma | 0.007 | 0.139 |
| Sugimoto | Mouse/CD-1/Male | Hematopoietic & Lymphatic System Lymphoma | 0.016 | 0.373 |
| | Mouse/CD-1/Female | Harderian Gland Adenoma | 0.040 | 0.554 |
| Kumar | Mouse/Swiss/Female | Mesenteric Hemangioma | 0.016 | 0.468 |

1    # APPENDIX D – MULTIPLE TESTING ADJUSTMENTS

2

3    **TABLE D.1 – Summary of findings with individual p-values < 0.05 for exact one-sided trend tests**
4    **for decreasing tumor incidence with increased dose, computed across 1,016 total tumor types, with**
5    **multiple testing adjustment for the false discovery rate.**

| Study | Rodent/Strain/Sex | Tumor Type | Exact Trend P-Value | P-Value Adjusted for False Discovery Rate |
|---|---|---|---|---|
| Lankas | Rat/SD/Female | Thyroid Follicular Adenoma | 0.036 | 0.956 |
| Stout | Rat/SD/Female | Pancreas Adenoma | 0.038 | 0.693 |
|  | Rat/SD/Female | Pituitary Adenoma | 0.004 | 0.166 |
| Atkinson | Rat/SD/Male | Pancreas Islet Adenoma | 0.027 | 0.410 |
|  | Rat/SD/Male | Pituitary Adenoma | 0.019 | 0.410 |
|  | Rat/SD/Male | Testes Uni Interstitial-Cell Adenoma | 0.024 | 0.410 |
|  | Rat/SD/Female | Adrenals Uni Phaeochromocytoma (B) | 0.025 | 0.781 |
| Brammer | Rat/Wistar/Female | Uterus Stromal Cell Polyp | 0.050 | 0.805 |
| Suresh | Rat/Wistar | Pituitary Adenoma | 0.033 | 0.671 |
|  | Rat/Wistar | Mammary Gland Adenocarcinoma | 0.018 | 0.671 |
| Wood | Rat/Wistar/Female | Thyroid Parafollicular Adenoma | 0.003 | 0.120 |
| Knezevich | Mouse/CD-1/Female | Lung Adenoma | 0.001 | 0.056 |
| Sugimoto | Mouse/CD-1/Male | Liver Adenoma | 0.016 | 0.378 |

6

## <u>Materials Considered List</u>

1. Aschwanden, C., *Science Isn't Broken: It's just a hell of a lot harder than we give it credit for*, Science & Health, FiveThirtyEight (Aug. 19, 2015).

2. Bailer, A. and C. Portier, *Effects of treatment-induced mortality and tumor induced mortality on tests for carcinogenicity in small samples*, 44 Biometrics 417 (1988).

3. BfR, *Assessment of IARC Monographies Volume 112 (2015); Glyphosate*, Renewal Assessment Report: Glyphosate Addendum I to RAR (2015).

4. BfR, *Toxicology and Metabolism*, Renewal Assessment Report: Glyphosate Volume 3 Annex B.6 (2015).

5. Bieler, G. and R. Williams, *Ratio estimates, the delta method, and quanta/ response tests for increased carcinogenicity*, 49 Biometrics 793 (1993).

6. Blettner, M., et al., *Traditional reviews, meta-analyses and pooled analyses in epidemiology*, 28 Int'l J Epidemiology 1 (1999).

7. Brown, E., *Striking study results, little reliability,* L.A. Times, Oct. 24, 2012.

8. Chandra, M. & C. Frith, *Spontaneous neoplasms in aged CD-1 mice*, 61 Toxicology Letters 67 (1992).

9. Chandra, M. & C. Frith, *Spontaneous renal lesions in CD-1 and B6C3F1 mice*, 46 Experimental Toxicologic Pathology 189 (1994).

10. Chavalarias, D. et al., *Evolution of Reporting P Values in the Biomedical Literature, 1990-2015*, 315(11) JAMA 1141 (2016).

11. *Combating bad science: Metaphysicians*, The Economist (Mar. 15, 2014).

12. Dixon, D., et al., *Summary of chemically induced pulmonary lesions in the National Toxicology Program {NTP} toxicology and carcinogenesis studies*, 36 Toxicologic Pathology 428 (2008).

13. Dusheck, J., *Misleading p-values showing up more often in biomedical journal articles*, News Center, Stanford Medicine (Mar. 15, 2016).

14. EPA, FIFRA Scientific Advisory Panel, *Meeting Minutes and Final Report No. 2017-01, A Set of Scientific Issues Being Considered by the Environmental Protection Agency Regarding: EPA's Evaluation of the Carcinogenic Potential of Glyphosate*, (Mar. 16, 2017).

15. EPA, Memorandum from Herbert Lacayo, Statistician, Scientific Mission Support Staff, TOX/HED/OPP on Use of historical data in determining the weight of evidence from kidney tumor incidence in the Glyphosate two-year feeding study; and some remarks on false positives to Reto Engler, Chief, Scientific Mission Support Staff TOX/HED/OPP (Feb. 26, 1985).

16. EPA, Memorandum from Louis Kasza, D.V.M., Ph.D., Pathologist, Toxicology Branch, TS-769, EPA on Glyphosate – Evaluation of Kidney Tumors in Male Mice. Chronic Feeding Study to William Dykstra, Ph.D., Reviewer, Toxicology Branch, TS-769, EPA (Dec. 4, 1985).

17. EPA, Memorandum from William Dykstra, Toxicology Branch, Hazard Evaluation Division on Glyphosate; EPA Registration No. 524-308; Roundup; Additional Histopathological Evaluations of Kidneys in the Chronic Feeding Study of Glyphosate in Mice to Robert Taylor, Product Manager, Fungicide-Herbicide Branch, Registration Division (Mar. 11, 1986).

18. EPA, Office of Chemical Safety and Pollution Prevention, *Updated Statistics Performed on Animal Carcinogenicity Study Data for Glyphosate*, Regulations.gov (Sept. 12, 2016).

19. EPA, Office of Pesticide Programs, *Glyphosate Issue Paper: Evaluation of Carcinogenic Potential*, Regulations.gov (September 12, 2016).

20. Eustis, S., et al., *The utility of multiple-section sampling in the histopathological evaluation of the kidney for carcinogenicity studies*, 22 Toxicologic Pathology 457 (1994).

21. Expert Report of Dr. Christopher J. Portier in Support of General Causation on Behalf of Plaintiffs, In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. May 1, 2017).

22. Expert Report of Dr. Christopher J. Portier in Support of General Causation on Behalf of Plaintiffs, In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. June 27, 2017) [with accompanying Redline version].

23. Friedenreich, C., *Methods for pooled analyses of epidemiologic studies.* 4(4) Epidemiology 295 (1993).

24. Fung, K. et al., *A Comparison of Tests for Trend with Historical Controls in Carcinogen Bioassay*, 24 The Canadian Journal of Statistics 431 (1996).

25. German Federal Institute for Occupational Safety and Health, *Proposal for Harmonized Classification and Labeling: N-(phosphonomethyl)glycine; Glyphosate (ISO)*, CLH Report for Glyphosate (2016).

26. Giknis, M. and C. Clifford, *Spontaneous Neoplastic Lesions in the Crl:CD-l (ICR)BR Mouse*, Charles River Laboratories (Mar. 2000).

27. Giknis, M. and C. Clifford, *Spontaneous Neoplastic Lesions in the Crl:CD-l (ICR) Mouse in Control Groups from 18 Month to 2 year Studies*, Charles River Laboratories (Mar. 2005).

28. Giknis, M. and C. Clifford. *Neoplastic and Non-Neoplastic Lesions in the Charles River Wistar Hannover [Crl:Wl(Han)]* Rat, Charles River Laboratories (Mar. 2011).

29. Greim, H. et al., *Evaluation of carcinogenic potential of the herbicide glyphosate, drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies*, 45 Critical Reviews in Toxicology 185 (2015) with attachments.

30. Greim, H. et al., *Evaluation of historical control data in carcinogenicity studies*, 22 Human & Experimental Toxicology 541 (2003).

31. Haseman, J. et al., *Use of historical control data in carcinogenicity studies in rodents*, 12 Toxicologic Pathology 126 (1984).

32. Haseman, J. et al., *Value of historical control data and other issues related to the evaluation of long-term rodent carcinogenicity studies*, 25 Toxicologic Pathology 524 (1997).

33. Haseman, J., *Comments on the laboratory animal carcinogenicity studies evaluated in EPA's Glyphosate Issue Paper: Evaluation of Carcinogenic Potential, and an assessment of the comments by Dr. Christopher Portier on these studies*, Regulations.gov (December 7, 2016).

34. Haseman, J., *Statistical issues in the design, analysis and interpretation of animal carcinogenicity studies*, 58 Envtl. Health Persp. 385 (1984).

35. International Agency for Research on Cancer (IARC), Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans, *Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos* (2015).

36. Ioannidis, J., *Interpretation of tests of heterogeneity and bias in meta-analysis*, 14 J Evaluation Clinical Practices 951 (2008).

37. Ioannidis, J., *Why Most Published Research Findings Are False*, 2(8) PLoS Medicine e124 (2005).

38. Johnson, G., *New Truths That Only One Can See,* N.Y. Times, Jan. 20, 2014.

39. Knezevich, A. and G. Hogan, *A Chronic Feeding Study of Glyphosate (Roundup® Technical) In Mice* (July 21, 1983).

40. Letter from Andre Varma, M.D. Chairman, Department of Community and Preventive Medicine, SUNY Stony Brook on chronic mouse feeding of Glyphosate (sic) on renal tumors to Marvin Kuschner, M.D., Dean, School of Medicine, SUNY Stony Brook (Oct. 1, 1985).

41. Letter from Frank S. Serdy, Manager, Federal and State Registration Affairs, Monsanto Co. on Roundup® Herbicide EPA Reg Nos. 524-308, 524-330, 524-332, 524-339, 524-343. Chronic Mouse Study with Glyphosate to the Director, Registration Division, Office of Pesticide Programs, U.S. EPA (May 21, 1985).

42. Letter from Klaus Stemmer, M.D., Institute of Environmental Health, Univ. of Cincinnati Medical Center on Roundup® Chronic Mouse Study with Glyphosate to Timothy Long, Ph.D., Senior Product Toxicologist, Monsanto Co. (Oct. 17, 1985).

43. Letter from Marvin Kuschner, M.D. on mouse kidney slides to Timothy J. Long, Ph. D., Senior Product Toxicologist, Monsanto Co. (May 11, 1985).

44. Letter from Marvin Kuschner, M.D., Dean, School of Medicine, SUNY Stony Brook on kidney adenomas found in mice exposed to glyphosate to Timothy Long, Ph.D., Senior Product Toxicologist, Monsanto Co. (Oct. 3, 1985).

45. Letter from Robert A. Squire, D.V.M., Ph.D. on chronic toxicity data on Glyphosate in mice to Timothy Long, Ph.D., Senior Toxicologist, Monsanto Co. (Sept. 29, 1985).

46. Letter from Robert Olson, M.D., Ph.D. Professor of Medicine, Professor of Pharmacological Sciences, SUNY Stony Brook on glyphosate mouse kidney adenoma study to Timothy Long, Ph.D., Senior Product Toxicologist, Department of Medicine & Environmental Health, Monsanto Co. (Oct. 7, 1985).

47. Letter from Thomas F. Armstrong, Registration Manager, Monsanto Co. on Roundup® Herbicide EPA Reg. Nos. 524-308, 524-330, 524-332, 524-339, 524-343, 524-351 Addendum to Chronic Mouse Study with Glyphosate: Additional Evaluations to the Director, Registration Division, Office of Pesticide Programs, U.S. EPA (Oct. 28, 1985).

48. Nuzzo, R., *Scientific method: Statistical errors*, 506 Nature 150 (2014).

49. Peddada, S. et al., *Incorporating Historical Control Data When Comparing Tumor Incidence Rates*, 102(480) J. Am. Stat. Assoc. 1212 (2007).

50. Portier, C. and A. Bailer, *Testing for increased carcinogenicity using a survival-adjusted quantal response test*, 12 Fundamental and Applied Toxicology 731 (1989).

51. Portier, C. and D. Hoel, *Optimal design of the chronic animal bioassay*, 12 J Toxicology Envtl. Health 1 (1983).

52. Portier, C. & P. Clausing, *Re: Tarazona et al. (2017): Glyphosate toxicity and carcinogenicity: a review of the scientific basis of the European Union assessment and its difference with IARC*, Archives Toxicology (2017).

53. Portier, C. et al., *Age-specific models of mortality and tumor onset for historical control animals in the National Toxicology Program's carcinogenicity experiments*, 46 Cancer Res. 4372 (1986).

54. Portier, C. et al., *Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA)*, 70 J Epidemiology Community Health 741 (2016).

55. Portier, C., *Carcinogenicity of Glyphosate: A Systematic Review of the Available Evidence*, echa.europa.eu (Nov. 21, 2016).

56. Portier, C., *CLH Report for Glyphosate, EC Number 213-997-4*, eomsociety.org (July 8, 2016).

57. Portier, C., *Comments of C. Portier on USEPA (EPA-HQ-OPP-2016-0385-0094)*, Regulations.gov (Oct. 4, 2016).

58. Portier, C., *Response to comments prepared by Robert E. Tarone (dated October 27, 2016)*, Regulations.gov (Nov. 28, 2016).

59. *Problems with scientific research: How science goes wrong*, The Economist (Oct. 21, 2013).

60. Son, W. and C. Gopinath, *Early occurrence of spontaneous tumors in CD-1 mice and Sprague-Dawley rats*, 32 Toxicologic Pathology 371 (2004).

61. Tarone, R., *Comment submitted by R. Tarone (December 07, 2016)*, Regulations.gov (Dec. 7, 2016).

62. Tarone, R., *Comment submitted by R.E. Tarone and Response to comments prepared by Christopher Portier (dated October 4, 2016) for the glyphosate EPA SAP meeting*, Regulations.gov (Oct. 27, 2016).

63. Uno, H., et al., *A versatile test for equality of two survival functions based on weighted differences of Kaplan-Meier curves*, 34 Statistics Med. 3680 (2015).

64. *Unreliable research: Trouble at the lab*, The Economist (Oct. 18, 2013).

65. Wasserstein, R. & N. Lazar, *The ASA's Statement on p-Values: Context, Process, and Purpose*, 70 The American Statistician 129 (2016).

66. Weber, K., *Statistical Evaluation of Pre-Neoplastic and Neoplastic Lesions from Study: Study No. TOXI: 1559.CARCI-M Carcinogenicity Study with Glyphosate Technical in Swiss Albino Mice* (Jan. 23, 2017).

# Christopher D. Corcoran
Utah State University

## Education

ScD, Harvard University, 1999.
  Major: Biostatistics
  Supporting Areas of Emphasis: Genetic Epidemiology

BS, Utah State University, 1995.
  Major: Statistics
  Supporting Areas of Emphasis: Computer Science

## Professional Positions

Professor, Utah State University. (July 2011 - Present).

Associate Professor, Utah State University. (July 2005 - July 2011).

Assistant Professor, Utah State University. (August 1999 - July 2005).

### Professional

Department Head, Department of Mathematics and Statistics, Utah State University. (2016 – Present)

Associate Department Head, Department of Mathematics and Statistics, Utah State University. (2014 – 2016)

Director of Graduate Studies, Department of Mathematics and Statistics, Utah State University. (2013 – 2016)

Director, Data Management and Statistics Core, Center for Epidemiologic Studies, Utah State University. (2004 - Present).

Research Fellow, Cytel Software Corporation. (2009 - 2010).

Teaching Assistant, Harvard University, Department of Biostatistics. (1995 - 1999).

Research Assistant, Dana Farber Cancer Institute, Department of Biostatistics. (1996).

## Awards and Honors

Researcher of the Year, College of Science, Utah State University. (April 2012).

Researcher of the Year, Department of Mathematics and Statistics, Utah State University. (April 2012).

Teacher of the Year, Department of Mathematics and Statistics, Utah State University. (2006).

Researcher of the Year, Department of Mathematics and Statistics, Utah State University. (2005).

Top Professor, Mortar Board Honor Society, Utah State University Chapter. (2002).

Teaching Fellow, Department of Biostatistics, Harvard School of Public Health. (1996).

Academic Achievement Award, Utah State University. (1995).

NIH Cancer Research Training Grant Recipient. (1995).

Mortar Board, Utah State University. (1994).

Golden Key National Honor Society Peat Marwick Scholarship. (1993).

## ACADEMIC INSTRUCTION

## Teaching Experience

**Utah State University**
MATH 2260, Internship and Cooperative Studies, 1 course.
MATH 4910, Directed Reading and Conference, 2 courses.
MATH 5910, Directed Reading and Conference, 4 courses.
MATH 6250, Graduate Internship/Cooperative Studies, 5 courses.
MATH 6910, Directed Reading and Conference, 6 courses.
MATH 7810, Topics in Mathematics (Topic), 2 courses.
MATH 7910, College Teaching Internship, 2 courses.
MATH 7990, Continuing Graduate Advisement, 8 courses.
STAT 3000, Statistics for Scientists, 5 courses.
STAT 4250, Advanced Internship/Co-op, 1 course.
STAT 5100, Linear Regression and Time Series, 3 courses.
STAT 5120, Categorical Data Analysis, 6 courses.
STAT 5810, Topics in Statistics, 4 courses.
STAT 5820, Topics in Statistics, 1 course.
STAT 5820, 6910, Topics in Statistics, 1 course.
STAT 5970, Seminar, 3 courses.
STAT 6250, Graduate Internship/Co-op, 1 course.
STAT 6550, Statistical Computing, 1 course.
STAT 6810, Topics in Statistics (Topic), 1 course.
STAT 6820, Topics in Statistics (Topic), 1 course.
STAT 6910, Seminar in Statistics, 14 courses.
STAT 6950, Directed Reading and Conference, 1 course.
STAT 6990, Continuing Graduate Advisement, 2 courses.
STAT 7810, Topics in Statistics (Topic), 1 course.
STAT 7990, Continuing Graduate Advisement, 1 course.

## Directed Student Learning

Dissertation Committee Chair, "Network Meta-Analysis," Mathematics & Statistics. (September 1, 2014 - Present).
Advised: Brinley Zabriskie

Master's Committee Chair, "Statistical Strategies for Public Database Access and Analysis," Mathematics & Statistics. (September 1, 2014 - Present).
Advised: Christina Stevens

Dissertation Committee Chair, Mathematics & Statistics. (August 2013 - Present).
Advised: Divya Nair

Dissertation Committee Chair, Mathematics & Statistics. (August 2013 - Present).
Advised: Sarah Schwartz

Master's Committee Chair, Mathematics & Statistics. (August 2013 - Present).
Advised: Michael Steelman

Master's Committee Chair, Mathematics & Statistics. (August 2012 - Present).
Advised: Jenny Clements

Dissertation Committee Member, Nutrition, Dietetics and Food Sciences. (August 2010 -
Present).
Advised: Meo La

Dissertation Committee Chair, "Computational methods for family-based association tests."
(August 2008 - May 2012).
Advised: William Welbourn

Master's Committee Chair, "Serum cytokine levels and risk of dementia." (2011).
Advised: Austin Bowles

Master's Committee Chair, "TBD." (2011).
Advised: Elizabeth Giles

Master's Committee Chair, "Patterns of stressful life events and Alzheimer's disease risk." (2011).
Advised: Megan Platt

Supervised Research/URF, "Effectiveness of surgical strategies for hysterectomy," Biology.
(2010).
Advised: Erica Huelsmann

Master's Committee Chair, "Comparing methods for family-based association tests." (2009).
Advised: Abbie Lundgreen

Master's Committee Chair, "Heritability of cognitive change." (2009).
Advised: Colette Childs

Dissertation Committee Chair, "Small-sample inference for correlated categorical data." (2008).
Advised: Larry Cook

Master's Committee Chair, "Heritability of cognitive traits using complex pedigrees and sibships."
(2008).
Advised: Cassidy Allen

Master's Committee Chair, "Multivariate analysis of longitudinal neuropsychological measures in
the Cache County Memory Study." (2006).
Advised: Sarah Schwartz

Master's Committee Chair, "Computational efficiency of exact family-based association tests."
(2006).
Advised: Yanwei Ouyan

Supervised Research/URF, "Nutritional risk factors for cognitive decline among the elderly," Biology. (2006).
Advised: Angela Dunn

Dissertation Committee Chair, "Exact family based association tests." (2004).
Advised: Kady Schneiter

Supervised Research/URF, "Cognitive decline and antioxidant, Vitamin C, and Vitamin E intake among the elderly," Biology. (2003 - 2004).
Advised: Leila King

Supervised Research/URF, "Haplotypes of candidate genes as predictors of hip fracture in the elderly," Biology. (2003 - 2004).
Advised: Sara Anderson

Master's Committee Chair, "Use of classification methods for dementia screening." (2003).
Advised: Leslie Toone

Supervised Research/URF, "Using patient characteristics of the demented to classify dementia type," Mathematics & Statistics. (2003).
Advised: Kimberly Peterson

Supervised Research/URF, "Persistence of behavioral disturbances among the demented," Mathematics & Statistics. (2002 - 2003).
Advised: Craig Huber

Master's Committee Chair, "Correcting for left truncation bias when evaluating survival among the elderly with dementia." (2002).
Advised: Jennifer Harrick

Supervised Research/URF, "General advising for submitting abstract regarding NIH internship project to CUR Posters on the Hill," Mathematics & Statistics. (2002).
Advised: Randy Johnson

Supervised Research/URF, "Genetic factors in shortening time-to-onset of Alzheimer's disease," Mathematics & Statistics. (2002).
Advised: Sunni Mumford

Master's Committee Chair, "Operating characteristics of exact methods for corelated categorical data." (2001).
Advised: Shea Watrin

## RESEARCH & OTHER CREATIVE ACTIVITIES

## Published Intellectual Contributions

### Book Chapters

*Book, Chapter in Scholarly Book (Published)*
Corcoran, C. D., Senchaudhuri, P., Mehta, C., Patel, N. (2010). Exact Methods for Categorical Data Analysis. In BS Everitt, CR Palmer (Ed.), *Encyclopaedic Companion to Medical Statistics.* London: Hodder Arnold.

*Book, Chapter in Non-Scholarly Book (Published)*

Corcoran, C. D. (2009). Analysis of Correlated Data. *StatXact Version 8.0 User Manual* (pp. 895-935).

*Book, Chapter in Scholarly Book (Published)*
Cutler, A., Corcoran, C. D., Toone, L. (2005). Bagging. *Encyclopedia of Statistics in Behavioral Science*. New York: Wiley & Sons.

*Book, Chapter in Scholarly Book (Published)*
Corcoran, C. D., Ryan, L. M. (2002). Exact Dose-Response Inference. In M Aerts, H Geys, G Molenberghs, and LM Ryan (Ed.), *Topics in Modelling of Clustered Data* (pp. 195-206). New York: Chapman and Hall.

*Book, Chapter in Scholarly Book (Published)*
Corcoran, C. D. (2002). Trend tests for binary data. In AH El-Shaarawi and WW Piegorsch (Ed.), *Encyclopedia of Environments* (vol. 4, pp. 2260-2264). Chichester: John Wiley & Sons.

*Book, Chapter in Non-Scholarly Book (Published)*
Corcoran, C. D., Kannappan, A. R., Senchaudhuri, P., Coull, B. (1999). *Egret User Manual*. Cytel Software Corporation.

**Refereed Journal Articles**

*Journal Article, Professional Journal (Accepted)*
Rattinger, G. B., Fauth, E. B., Behrens, S., Sanders, C., Schwartz, S., Norton, M. C., Corcoran, C. D., Mullins, C. D., Lyketsos, C. G., Tschanz, J. T. (in press). Closer caregiver and care recipient relationships predict lower informal costs of dementia care. *Alzheimer's & Dementia*.

*Journal Article, Professional Journal (Accepted)*
Matyi, J. A., Tschanz, J. T., Rattinger, G. B., Sanders, C., Vernon, E. K., Corcoran, C. D., Kauwe, J. S., Buhusi, M. C. (in press). Sex differences in risk for Alzheimer's Disease related to neurotrophin gene polymorphisms: the Cache County Memory Study. *Journal of Gerontology: Biological Sciences.*

*Journal Article, Professional Journal (Published)*
Sanders, C., Behrens, S., Schwartz, S., Wengreen, H., Corcoran, C. D., Lyketos, C. G., Tschanz, J. T. (2016). Nutritional status is associated with faster cognitive decline and worse functional impairment in the progression of dementia: The Cache County Dementia Progression Study. *Journal of Alzheimer's Disease.*

*Journal Article, Professional Journal (Published)*
Rattinger, G. G., Fauth, E. B., Behrens, S., Sanders, C., Schwartz, S., Norton, M. C., Corcoran, C. D., Mullins, C. D., Lyketsos, C. G., Tschanz, J. T. (2016). Closer caregiver and care-recipient relationships predict lower informal costs of dementia care: The Cache County Dementia Progression Study. *Alzheimer's & Dementia, 12*(8), 917-924.

*Journal Article, Professional Journal (Published)*
Hippen, A. A., Ebbert, M. t., Norton, M. C., Tschanz, J. T., Munger, R. G., Corcoran, C. D., Kauwe, J. S. (2016). Presenilin E318G variant and Alzheiemr's disease risk: The Cache County Study. *BMC Genomics, 17*(Suppl 3), 438.

*Journal Article, Professional Journal (Published)*
Rattinger, G. G., Schwartz, S., Mullins, C. D., Corcoran, C. D., Zuckerman, I. H., Sanders, C., Norton, M. C., Fauth, E. B., Leoutsakos, J. M. S., Lyketsos, C. G., Tschanz, J. T. (2015). Dementia severity and the longitudinal costs of informal care in the Cache County population. *Alzheimer's & Dementia, 11*, 946-954.

*Journal Article, Academic Journal (Published)*
Snyder, C. M., Fauth, E. B., Wanzek, J., Piercy, K. W., Norton, M. C., Corcoran, C. D., Rabins, P. V., Lyketsos, C. G., Tschanz, J. T. (2015). Dementia caregivers' coping strategies and their relationship to health and well-being: The Cache County Study. *Aging & Mental Health, 19*(5), 390-399.

*Journal Article, Academic Journal (Published)*
Wang, L., Naj, A. C., Graham, R. R., Crane, P. K., Kunkle, B. W., Chrucaga, C., Murcia, J. D., Cannon-Albright, L., Baldwin, C. T., Zetterberg, H., Blennow, K., Kukull, W. A., Faber, K. M., Schupf, N., Norton, M. C., Tschanz, J. T., Munger, R. G., Corcoran, C. D., et al., Yu, L. (2015). Rarity of the Alzheimer Disease-Protective APP A673T Variant in the United States. *JAMA Neurology, 72*(2), 209-216. http://www.ncbi.nlm.nih.gov/pubmed/25531812

*Journal Article, Academic Journal (Published)*
Lythgoe, C., Perkes, A., Peterson, M., Schmutz, C., Leary, M., Ebbert, E. T. W., Ridge, P. G., M., J., Munger, R. G., Corcoran, C. D., Kauwe, J. S. K. (2015). Population-based analysis of cholesteryl ester transfer protein identifies association between I405V and cognitive decline: the Cache County Study. *Neurobiology of Aging, 36*(547), e1-3.

*Journal Article, Academic Journal (Published)*
Rattinger, G. B., Schwartz, S., Mullins, C. D., Corcoran, C. D., Zuckerman, I. H., Sanders, C., Norton, M. C., Fauth, E. B., Leoutsakos, J. M. S., Lyketsos, C. G., Tschanz, J. T. (2015). Dementia severity and the longitudinal costs of informal care in the Cache County population. *Alzheimer's & Dementia, 11*(8), 946-954.

*Journal Article, Professional Journal (Published)*
Greene, D., Tschanz, J. T., Smith, K. R., Østbye, T., Corcoran, C. D., Welsh-Bohmer, K. A., Norton, M. C. (2014). Impact of offspring death on cognitive health in late life: The Cache County Study. *American Journal of Geriatric Psychiatry, 22*(11), 1307-15.

*Journal Article, Professional Journal (Published)*
Chuang, Y.-f., Breitner, J. C., Chiu, Y. L., Khachaturian, A., Hayden, K., Corcoran, C. D., Tschanz, J. T., Norton, M. C., Munger, R. G., Welsh-Bohmer, K. A., Zandi, P., For the Cache County Investigators (2014). Use of diuretics is associated with reduced risk of Alzheimer's disease: The Cache County Study. *Neurobiology of Aging, 35*(11), 2429-35.

*Journal Article, Professional Journal (Published)*
Gilbert, M., Snyder, C., Corcoran, C. D., Norton, M. C., Lyketsos, C. G., Tschanz, J. T. (2014). The association of traumatic brain injury with rate of progression of cognitive and functional impairment in a population-based cohort of Alzheimer's disease: The Cache County Dementia Progression Study. *International Psychogeriatrics, 26*(10), 1593-1601.

*Journal Article, Professional Journal (Published)*
Snyder, C. M., Fauth, E., Wanzek, J., Piercy, K. W., Norton, M. C., Corcoran, C. D., Rabins, P. V., Lyketsos, C. G., Tschanz, J. T. (2014). Dementia caregivers' coping strategies and their relationship to health and well-being: The Cache County Study. *Aging Mental Health, 5*, 1-10.

*Journal Article, Public or Trade Journal (Published)*
Ridge, P. G., Maxwell, T. J., Foutz, S. J., Bailey, M. H., Corcoran, C. D., Tschanz, J. T., Norton, M. C., Munger, R. G., O'Brien, E., Kerber, R. A., Cawthon, R. M., Kauwe, J. S. (2014). Mitochondrial genomic variation associated with higher mitochondrial copy number: The Cache County Study on Memory Health and Aging. *BMC Bioinformatics, 15*(7), S6.

*Journal Article, Public or Trade Journal (Published)*
Sharp, A. R., Ridge, P. G., Bailey, M. H., Boehme, K. L., Norton, M. C., Tschanz, J. T., Munger, R. G., Corcoran, C. D., Kauwe, J. S., Alzheimer's Disease Neuroimaging Initiative (2014).

Population substructure in Cache County, Utah: The Cache County study. *BMC Bioinformatics, 15*(7), S8.

*Journal Article, Professional Journal (Published)*
Ebbert, M. T., Ridge, P. G., Wilson, A. R., Sharp, A. R., Bailey, M., Norton, M. C., Tschanz, J. T., Munger, R. G., Corcoran, C. D., Kauwe, J. S. (2014). Population-based analysis of Alzheimer's disease risk alleles implicates genetic interactions. *Biological Psychiatry, 75*(9), 732-737.

*Journal Article, Professional Journal (Published)*
Peterson, D., Munger, C., Crowley, J., Corcoran, C. D., Cruchaga, C., Goate, A. M., Norton, M. C., Green, R. C., Munger, R. G., Breitner, J. C., Welsh-Bohmer, K. A., Lyketsos, C. G., Tschanz, J. T., Kauwe, J. S. (2014). Variants in PPP3R1 and MAPT are associated with more rapid functional decline in Alzheimer's disease: The Cache County Dementia Progression Study. *Alzheimer's and Dementia, 10*(3), 366-371.

*Journal Article, Professional Journal (Published)*
Steinberg, M., Hess, K., Corcoran, C. D., Mielke, M. M., Norton, M. C., Breitner, J., Green, R., Leoutsakos, J.-M., Welsh-Bohmer, K., Lyketsos, C., Tschanz, J. T. (2014). Vascular risk factors and neuropsychiatric symptoms in Alzheiemr's disease: The Cache County Study. *International Journal of Geriatric Psychiatry, 29*(2), 153-159.

*Journal Article, Professional Journal (Published)*
Cruchaga, C., Karch, C. M., Jin, S. C., Benitez, B. A., Cai, Y., Guerreiro, R., Harari, O., Norton, J., Budde, J., Bertelsen, S., Jeng, A. T., Cooper, B., Skorupa, T., Carrell, D., Levitch, D., Hsu, S., Choi, J., Ryten, M., UK Brain Expression Consortium, Hardy, J., Ryten, M., Trabzuni, D., Weale, M. E., Ramasamy, A., Smith, C., Sassi, C., Bras, J., Gibbs, J. R., Hernandez, D. G., Lupton, M. K., Powell, J., Forabosco, P., Ridge, P. G., Corcoran, C. D., Tschanz, J. T., Norton, M. C., Munger, R. G., Schmutz, C., Leary, M., Demirci, F. Y., Bamne, M. N., Lopez, O. L., Ganguli, M., Medway, C., Turton, J., Lord, J., Braae, A., Barber, I., Brown, K., Alzheimer's Research UK Consortium, Passmore, P., Craig, D., Johnston, J., McGuinness, B., Todd, S., Heun, T., Kölsch, H., Kehoe, P. G., Hooper, N. M., Vardy, E. R., Mann, D. M., Pickering-Brown, S., Brown, K., Kalsheker, K., Lowe, J., Morgan, K., David Smith, A., Wilcock, G., Warden, D., Holmes, C., Pastor, P., Lorenzo-Betancor, O., Brkanac, Z., Scott, E., Topol, E., Morgan, K., Rogaeva, E., Singleton, A. B., Hardy, J., Kamboh, M. I., St. George-Hyslop, P., Cairns, N., Morris, J. C., Kauwe, J. S., Goate, A. M. (2014). Rare coding variants in the phospholipase D3 gene confer risk for Alzheimer's disease. *Nature, 505*(7484), 550-554.

*Journal Article, Professional Journal (Published)*
Gonzalez Murcia, J. D., Schmutz, C., Munger, C., Perkes, A., Gustin, A., Peterson, M., Ebbert, M. T. W., Norton, M. C., Tschanz, J. T., Munger, R. G., Corcoran, C. D., Kauwe, J. S. K. (2013). Assessment of TREM2 rs75932628 association with Alzheimer's disease in a population-based sample: The Cache County Study. *Neurobiology of Aging, 34*(12), 2889:e11-e13.

*Journal Article, Professional Journal (Published)*
Wengreen, H., Munger, R. G., Nelson, C., Corcoran, C. D., Tschanz, J. T., Norton, M. C., Welsh-Bohmer, K. A. (2013). Prospective Study of DASH- and Mediterranean-style Dietary Patterns and Age-related Cognitive Change. *98*(5), 1263-71.

*Journal Article, Academic Journal (Published)*
Wengreen, H., Munger, R. G., Cutler, A., Quach, A., Bowles, A., Corcoran, C. D., Tschanz, J. T., Norton, M. C., Welsh-Bohmer, K. (2013). Prospective study of dietary approaches to stop hypertension- and mediterranean-style dietary patterns and age-related cognitive change:

The Cache County Study on Memory, Health and Aging. *American Journal of Clinical Nutrition, 98*(5), 1263-1271.

*Journal Article, Professional Journal (Published)*
Piercy, K. W., Fauth, E. B., Norton, M. C., Pfister, R., Corcoran, C. D., Rabins, P. V., Lyketsos, C., Tschanz, J. T. (2013). Predictors of dementia caregiver depressive symptoms in a population:   The Cache County Dementia Progression Study. *Journal of Gerontology: Psychological Sciences, 68*(6), 921-926.

*Journal Article, Professional Journal (Published)*
Norton, M. C., Clark, C., Fauth, E. B., Piercy, K. W., Pfister, R., Green, R. C., Corcoran, C. D., Rabins, P. V., Lyketsos, C. G., Tschanz, J. T. (2013). Caregiver personality predicts rate of cognitive decline in a community sample of persons with Alzheimer's Disease. The Dementia Progression Study. *International Psychogeriatrics, 25*(10), 1629-1637.

*Journal Article, Academic Journal (Published)*
Norton, M. C., Clark, C., Fauth, E. B., Piercy, K. W., Pfister, R., Green, R. C., Corcoran, C. D., Rabins, P. V., Lyketsos, C. G., Tschanz, J. T. (2013). Caregiver personality predicts rate of cognitive decline in a community sample of persons with Alzheimer's disease: The Cache County Dementia Progression Study. *International Psychogeriatrics, 25*, 1629-1637.

*Journal Article, Professional Journal (Published)*
Tschanz, J., Pfister, R., Steffens, D., Corcoran, C. D., Smith, K., Østbye, T., Schwartz, S., Welsh-Bohmer, K., Norton, M. C. (2013). Stressful events in late-life: Effects on cognitive decline: The Cache County Study. *International Journal of Geriatric Psychiatry, 28*, 821-830.

*Journal Article, Academic Journal (Published)*
Greene, D., Tschanz, J. T., Smith, K. R., Ostbye, T., Corcoran, C. D., Welsh-Bohmer, K. A., Norton, M. C. (2013). Impact of Offspring Death on Cognitive Health in Late Life: The Cache County Study. *The American journal of geriatric psychiatry : official journal of the American Association for Geriatric Psychiatry.*

*Journal Article, Academic Journal (Published)*
Tschanz, J. T., Pfister, R., Wanzek, J., Corcoran, C. D., Smith, K., Tschanz, B. T., Steffens, D. C., Østbye, T., Welsh-Bohmer, K. A., Norton, M. C. (2013). Stressful life events and cognitive decline in late life: moderation by education and age. The Cache County Study. *International journal of geriatric psychiatry, 28*(8), 821-30.

*Journal Article, Academic Journal (Published)*
Fauth, E. B., Schwartz, S., Tschanz, J. T., Ostbye, T., Corcoran, C. D., Norton, M. C. (2013). Baseline disability in activities of daily living predicts dementia risk even after controlling for global cognitive ability and depressive symptoms. *International Journal of Geriatric Psychiatry, 28*(6), 597-606.

*Journal Article, Professional Journal (Published)*
Peterson, D., Crowley, J., Munger, C., Corcoran, C. D., Cruchaga, C., Goate, A., Norton, M. C., Green, R., Munger, R. G., Breitner, J. C., Welsh-Bohmer, K., Lyketsos, C., Kauwe, J. S. (2013). Variants in PPP3R1 and MAPT are associated with more rapid functional decline in Alzheimer's disease: The Cache County Dementia Progression Study. *Alzheimer's and Dementia.*

*Journal Article, Academic Journal (Published)*
Rabins, P. V., Schwartz, S., Black, B. S., Corcoran, C. D., Fauth, E. B., Mielke, M., Christensen, J., Lyketsos, C., Tschanz, J. T. (2013). Predictors of progression to severe Alzheimer Disease in an incidence sample. *Alzheimer's and Dementia, 9*(2), 204-207.

*Journal Article, Professional Journal (Published)*
Piercy, K. W., Corcoran, C. D., Fauth, E. B., Norton, M. C., Rabins, P. V., Tschanz, B. T., Deberard, M. S., Snyder, C., Smith, C., Lee, L., Lyketsos, C. G. (2013). Caregiver coping strategies predict rate of cognitive and functional decline in dementia: The Cache County Dementia Progression Study. *American Journal of Geriatric Psychiatry, 21*(1), 57-66.

*Journal Article, Academic Journal (Published)*
Tschanz, J. T., Piercy, K. W., Corcoran, C. D., Fauth, E. B., Norton, M. C., Rabins, P. V., Tschanz, B. T., Deberard, M. S., Snyder, C., Smith, C., Lee, L., Lyketsos, C. G. (2013). Caregiver coping strategies predict cognitive and functional decline in dementia: The Cache County Dementia Progression Study. *The American journal of geriatric psychiatry : official journal of the American Association for Geriatric Psychiatry, 21*(1), 57-66.

*Journal Article, Professional Journal (Published)*
Ridge, P., Maxwell, T. J., Corcoran, C. D., Norton, M. C., Tschanz, J. T., O'Brien, E., Kerber, R. A., Cawthon, R. M., Munger, R. G., Kauwe, J. S. (2012). Mitochondrial genomic analysis of late onset Alzheimer's disease reveals protective haplogroups H6A1A/H6A1B. *PLoS, 7*(9), e45134.

*Journal Article, Professional Journal (Published)*
Leoutsakos, J. M., Han, D., Mielke, M., Forrester, S. N., Tschanz, J. T., Corcoran, C. D., Green, R., Norton, M. C., Welsh-Bohmer, K., Lyketsos, C. (2012). Effects of General Medical Health on Alzheimer Progression:   the Cache County Dementia Progression Study. *International Journal of Psychogeriatrics, 24*(10), 1561-70.

*Journal Article, Academic Journal (Published)*
Leoutsakos, J. M., Han, D., Mielke, M. M., Forrester, S. N., Tschanz, J. T., Corcoran, C. D., Green, R. C., Norton, M. C., Welsh-Bohmer, K. A., Lyketsos, C. G. (2012). Effects of general medical health on Alzheimer's progression: the Cache County Dementia Progression Study. *International psychogeriatrics / IPA, 24*(10), 1561-70.

*Journal Article, Academic Journal (Published)*
Shao, H., Breitner, J. C., Whitmer, R., Wang, J., Hayden, K., Wengreen, H., Corcoran, C. D., Tschanz, J. T., Norton, M. C., Munger, R. G., Welsh-Bohmer, K., Zandi, P. (2012). Hormone Therapy and AD Dementia: New Findings from the Cache County Study. *Neurology, 79*(18), 1846-1852.

*Journal Article, Professional Journal (Published)*
Ridge, P. G., Maxwell, T. J., Corcoran, C. D., Norton, M. C., Tschanz, J. T., Kerber, R. A., Cawthon, R. M., Munger, R. G., Kauwe, J. S. (2012). Mitochondrial genomic analysis of late onset Alzheimer's disease reveals protective haplogroups   H6a1a/ H6a1b. The Cache County Study on Memory in Aging. *PLoS ONE*.

*Journal Article, Academic Journal (Published)*
Ridge, P., Maxwell, T., Corcoran, C. D., Norton, M. C., Tschanz, J. T., Obrien, E., Kerber, R., Cawthon, R., Munger, R. G., Kauwe, J. (2012). Mitochondrial genomic analysis of late onset Alzheimer's disease reveals protective haplogroups H6A1A/H6A1B: the Cache County Study on Memory in Aging. *PLoS One, 7*(9), e45134.

*Journal Article, Professional Journal (Published)*
Mielke, M. M., Leoutsakos, J. M., Corcoran, C. D., Green, R. C., Norton, M. C., Welsh-Bohmer, K. A., Tschanz, J. T., Lyketsos, C. G. (2012). Effects of FDA approved medications for Alzheimer's disease on dementia progression. *Alzheimer's and Dementia, 8*(3), 180-187.

*Journal Article, Professional Journal (Published)*

Rosenberg, P. B., Mielke, M. M., Leoutsakos, J. S., Lyketsos, C. G., Rabins, P. V., Zandi, P. P., Breitner, J. C., Norton, M. C., Welsh-Bohmer, K. A., Zuckerman, I. H., Rattinger, G. B., Green, R. C., Corcoran, C. D., Tschanz, J. T. (2012). The association of psychotropic medication use with the cognitive, functional and neuropsychiatric trajectory of Alzheimer's disease.

*Journal Article, Academic Journal (Published)*
Fauth, E. B., Hess, K., Piercy, K. W., Norton, M. C., Corcoran, C. D., Rabins, P., Lyketsos, C., Tschanz, J. T. (2012). Caregivers' relationship closeness with the person with dementia predicts both positive and negative outcomes for caregivers' physical health and psychological well-being. *Aging & mental health, 16*(6), 699-711.

*Journal Article, Professional Journal (Published)*
Treiber, K., Carlson, M., Corcoran, C. D., Norton, M. C., Piercy, K. W., Deberard, M. S., Stein, D. M., Foley, B. E., Welsh-Bohmer, K. A., Breitner, J. C. S., Lyketsos, C. G. (2011). Cognitive Stimulation and Cognitive and Functional Decline in Alzheimer's Disease: The Cache County Dementia Progression Study. *The Journals of Gerontology, Series B: Psychological Sciences and Social Sciences, 66*(4), 416-425.

*Journal Article, Professional Journal (Published)*
Norton, M. C., Smith, K. R., Ostbye, T., Tschanz, J. T., Corcoran, C. D., Schwartz, S., Skoog, I., Steffens, D. C., Welsh-Bohmer, K. A., Breitner, J. C. S. (2011). Early parental death and remarriage of widowed parents as risk factors for Alzheimer's disease. *American Journal of Geriatric Psychiatry, 19*, 814-824.

*Journal Article, Professional Journal (Published)*
Tschanz, J. T., Corcoran, C. D., Schwartz, S., Treiber, K., Green, R. C., Norton, M. C., Mielke, M. M., Piercy, K. W., Steinberg, M., Rabins, P. V., Leoutsakos, J., Welsh-Bohmer, K. A., Breitner, J. C. S., Lyketsos, C. G. (2011). Progression of cognitive, functional and neuropsychiatric symptom domains in a population cohort with Alzheimer's Dementia: The Cache County 5 dementia progression study. *American Journal of Geriatric Psychiatry, 19*, 532-542.

*Journal Article, Professional Journal (Published)*
Wengreen, H., Neilson, C., Munger, R. G., Corcoran, C. D. (2011). Prospective study of ready-to-eat breakfast cereal consumption and cognitive decline among elderly men and women. *Journal of Nutrition, Health and Aging, 15*(3), 202-207.

*Journal Article, Academic Journal (Published)*
Norton, M. C., Smith, K. R., Østbye, T., Tschanz, J. T., Schwartz, S., Corcoran, C. D., Breitner, J. C., Steffens, D. C., Skoog, I., Rabins, P. V., Welsh-Bohmer, K. A. (2011). Early parental death and remarriage of widowed parents as risk factors for Alzheimer disease: the Cache County study. *The American journal of geriatric psychiatry : official journal of the American Association for Geriatric Psychiatry, 19*(9), 814-24.

*Journal Article, Academic Journal (Published)*
Tschanz, J. T., Corcoran, C. D., Schwartz, S., Treiber, K., Green, R. C., Norton, M. C., Mielke, M. M., Piercy, K. W., Steinberg, M., Rabins, P. V., Leoutsakos, J. M., Welsh-Bohmer, K. A., Breitner, J. C., Lyketsos, C. G. (2011). Progression of cognitive, functional, and neuropsychiatric symptom domains in a population cohort with Alzheimer dementia: the Cache County Dementia Progression study. *The American journal of geriatric psychiatry : official journal of the American Association for Geriatric Psychiatry, 19*(6), 532-42.

*Journal Article, Academic Journal (Published)*
Mielke, M. M., Leoutsakos, J. M., Tschanz, J. T., Green, R. C., Tripodis, Y., Corcoran, C. D., Norton, M. C., Lyketsos, C. G. (2011). Interaction between vascular factors and the APOE ε4

allele in predicting rate of progression in Alzheimer's disease. *Journal of Alzheimer's disease : JAD, 26*(1), 127-34.

*Journal Article, Professional Journal (Published)*
Mielke, M. M., Leoutsakos, J. M., Tschanz, J. T., Green, R. C., Tripodis, Y., Corcoran, C. D., Norton, M. C., Lyketsos, C. G. (2011). Interaction between vascular factors and the APOE E4 allele in predicting rate of progression in Alzheimer's dementia. *Journal of Alzheimer's Disease, 26*(1), 127-134.

*Journal Article, Academic Journal (Published)*
Norton, M., Smith, K. R., Ostbye, T., Tschanz, J. T., Corcoran, C. D., Swartz, S., Piercy, K. W., Rabins, P. V., Steffens, D. C., Skoog, I., Breitner, J. S., Welsh-Bohmer, K. A. (2010). Greater Risk of Dementia When Spouse Has Dementia? The Cach County Memory, Health and Aging Study. *Journal of the American Geriatrics Society, 58*(5), 895.

*Journal Article, Academic Journal (Published)*
Norton, M. C., Smith, K. R., Østbye, T., Tschanz, J. T., Corcoran, C. D., Schwartz, S., Piercy, K. W., Rabins, P. V., Steffens, D. C., Skoog, I., Breitner, J. C., Welsh-Bohmer, K. A. (2010). Greater risk of dementia when spouse has dementia? The Cache County study. *Journal of the American Geriatrics Society, 58*(5), 895-900.

*Journal Article, Academic Journal (Published)*
Norton, M. C., PIercy, K. W., Rabins, P. V., Green, R. C., Breitner, J. C., Ostbye, T., Corcoran, C. D., Welsh-Bohmer, K. A., Lyketsos, C. G., Tschanz, J. T. (2009). Caregiver-recipient closeness and symptom progression in Alzheimer disease. The Cache County Dementia Progression Study. *Journal of Gerontology Series B: Psycholigal Sciences and Social Sciences, 64*(5), 560-8.

*Journal Article, Professional Journal (Published)*
Hayden, K. H., Zandi, P. P., West, N. A., Tschanz, J. T., Norton, M. C., Corcoran, C. D., Breitner, J. C. S., Welsh-Bohmer, K. A. (2009). Effects of family history and APOE ε4 status on cognitive decline in the absence of AD: The Cache County Study. *Archives of Neurology, 66*, 1378-1383.

*Journal Article, Academic Journal (Published)*
Hayden, K. M., Zandi, P. P., West, N. A., Tschanz, J. T., Norton, M. C., Corcoran, C. D., Breitner, J. C., Welsh-Bohmer, K. A. (2009). Effects of family history and apolipoprotein E epsilon4 status on cognitive decline in the absence of Alzheimer dementia: the Cache County Study. *Archives of Neurology, 66*(11), 1378-83.

*Journal Article, Professional Journal (Published)*
Nelson, C., Wengreen, H., Munger, R. G., Corcoran, C. D. (2009). Dietary folate, vitamin B-12, vitamin B-6 and incident Alzheimer's disease: the Cache County Memory, Health and Aging Study. *Journal of Nutrition, Health, and Aging, 13*, 899-905.

*Journal Article, Professional Journal (Published)*
Wengreen, H., Nelson, C., Munger, R. G., Corcoran, C. D. (2009). Diet quality is associated with better cognitive test performance among aging men and women. *Journal of Nutrition, 139*, 1944-9.

*Journal Article, Academic Journal (Published)*
Norton, M. C., Singh, A., Skoog, I., Corcoran, C. D., Tschanz, J. T., Zandi, P. P., Breitner, J. C., Welsh-Bohmer, K. A., Steffens, D. C. (2008). Church attendance and new episodes of major depression in a community study of older adults: the Cache County Study. *Journal of Gerontology Series B: Psycholigal Sciences and Social Sciences, 63*(3), 129-37.

*Journal Article, Academic Journal (Published)*
Treiber, K. A., Lyketsos, C. G., Corcoran, C. D., Steinberg, M., Norton, M., Green, R. C., Rabins, P., Stein, D. M., Welsh-Bohmer, K. A., Breitner, J. C., Tschanz, J. T. (2008). Vascular factors and risk for neuropsychiatric symptoms in Alzheimer's disease: the Cach County Study. *International Psychogeriatrics, 20*(3).

*Journal Article, Academic Journal (Published)*
Rosenberg, P., Mielke, M., Tschanz, J. T., Cook, L., Corcoran, C. D., Hayden, K., Norton, M. C., Rabins, P., Green, R., Welsh-Bohmer, K., Breitner, J., Munger, R. G., Lyketsos, C. (2008). Effects of cardiovascular medications on rate of functional decline in Alzheimer's Disease. *American Journal of Geriatric Psychiatry., Nov 16*(11), 883-892.

*Journal Article, Professional Journal (Published)*
Treiber, K. A., Lyketsos, C. G., Corcoran, C. D., Steinberg, M. D., Norton, M. C., Green, R. C., Rabins, P., Stein, D. M., Welsh-Bohmer, K. A., Breitner, J. C. S., Tschanz, J. T. (2008). Vascular factors and risk for neuropsychiatric symptoms in Alzheimer's Disease: The Cache County Study. *International Psychogeriatrics, 20*(3), 538-553.

*Journal Article, Academic Journal (Published)*
Hayden, K. M., Zandi, P. P., Khachaturian, A. S., Szekely, C. A., Fotuhi, M., Norton, M. C., Tschanz, J. T., Pieper, C. F., Corcoran, C. D., Lyketsos, C. G., Breitner, J. C., Welsh-Bohmer, K. A. (2007). Does NSAID use modify cognitive trajectories in the elderly? The Cache County Study. *Neurology, 69*, 275-82.

*Journal Article, Academic Journal (Published)*
Hayden, K. M., Zandi, P. P., Khachaturian, A. S., Szekely, C. A., Fotuhi, M., Norton, M. C., Tschanz, J. T., Pieper, C. F., Corcoran, C. D., Lyketsos, C. G., Breitner, J. C., Welsh-Bohmer, K. A. (2007). Does NSAID use modify cognitive trajectories in the elderly? The Cache County Study. *Neurology, 69*, 275-82.

*Journal Article, Academic Journal (Published)*
Schneiter, K., Degnan, J. H., Corcoran, C. D., Xu, X., Laird, N. (2007). EFBAT: Exact Family-Based Association Tests. *BMC Genetics, 8*, 86.

*Journal Article, Academic Journal (Published)*
Wengreen, H., Munger, R. G., Corcoran, C. D., Zandi, P., Hayden, K., Fotuhi, M., Skoog, I., Norton, M. C., Tschanz, J. T., Breitner, J., Welsh-Bohmer, K. (2007). Antioxidant intake and cognitive function of elderly men and women: the Cache County Study. *J Nutr Health Aging, 11*(3), 230-237.

*Journal Article, Academic Journal (Published)*
Mielke, M., Rosenberg, P., Tschanz, J. T., Cook, L., Corcoran, C. D., Hayden, K., Norton, M. C., Rabins, P., Green, R., Welsh-Bohmer, K., Breitner, J., Munger, R. G., Lyketsos, c. (2007). Vascular factors predict rate of progression in Alzheimer disease. *Neurology, 69*(19), 1850-1858.

*Journal Article, Professional Journal (Published)*
Tschanz, J. T., Welsh-Bohmer, K. A., Lyketsos, C. G., Corcoran, C. D., Green, R. C., Hayden, K., Norton, M. C., Zandi, P. P., Toone, L., West, N. A., Breitner, J. C. (2006). Conversion to Dementia from Mild Cognitive Disorder. The Cache County Study. *Neurology, 67*, 229-234.

*Journal Article, Academic Journal (Published)*
Tschanz, J. T., Welsh-Bohmer, K. A., Lyketsos, C. G., Corcoran, C. D., Green, R. C., Hayden, K., Norton, M. C., Zandi, P. P., Toone, L., West, N. A., Breitner, J. C. (2006). Conversion to dementia from mild cognitive disorder: the Cache County Study. *Neurology, 67*(2), 229-34.

*Journal Article, Academic Journal (Published)*
Norton, M. C., Skoog, I., Franklin, L. M., Corcoran, C. D., Tschanz, J. T., Zandi, P. P., Breitner, J. S., Welsh-Bohmer, K. A., Steffens, D. C. (2006). Gender differences in the association between religious involvement and depression: The Cache County (Utah) Study. *Journal of Gerontology: Psych Sci, 61*(3), 129-136.

*Journal Article, Professional Journal (Published)*
Norton, M. C., Skoog, I., Franklin, L. M., Corcoran, C. D., Tschanz, J. T., Zandi, P. P., Breitner, J. C., Welsh-Bohmer, K. A., Steffens, D. C. (2006). Gender Differences in the Association between Religious Involvement and Depression: The Cache County (Utah) Study. *Journals of Gerontology B: Psychological Sciences, 61*, 129-136.

*Journal Article, Academic Journal (Published)*
Steinberg, M., Corcoran, C. D., Tschanz, J. T., Huber, C., Welsh-Bohmer, K., Norton, M. C., Zandi, P., Breitner, J. C., Steffens, D. C., Lyketsos, C. G. (2006). Risk factors for neuropsychiatric symptoms in dementia: the Cache County Study. *Int J Geriatr Psychiatry, 21*(9), 824-30.

*Journal Article, Professional Journal (Published)*
Norton, M. C., Skoog, I., Toone, L., Corcoran, C. D., Tschanz, J. T., Lisota, R. D., Hart, A. D., Zandi, P. P., Breitner, J. C., Welsh-Bohmer, K. A., Steffens, D. C. (2006). Three-year Incidence of First-Onset Depressive Illness in a Population Sample of Older Adults. The Cache County Study. *American Journal of Geriatric Psychiatry, 14*, 237-245.

*Journal Article, Academic Journal (Published)*
Norton, M. C., Skoog, I., Toone, L., Corcoran, C. D., Tschanz, J. T., Lisota, R. D., Hart, A. D., Zandi, P. P., Breitner, J. C., Welsh-Bohmer, K. A., Steffens, D. C. (2006). Three-year incidence of first-onset depressive syndrome in a population sample of older adults: the Cache County Study. *The American Journal of Geriatric Psychiatry, 14*(3), 237-45.

*Journal Article, Professional Journal (Published)*
Steinberg, M., Corcoran, C. D., Tschanz, J. T., Huber, C., Welsh-Bohmer, K., Norton, M. C., Zandi, P., Breitner, J. C. S., Steffens, D. C., Lyketsos, C. G. (2006). Risk factors for neuropsychiatric symptoms in dementia: The Cache County Study. *International Journal of Geriatric Psychiatry, 21*(9), 824-830.

*Journal Article, Academic Journal (Published)*
Zhang, J., Munger, R. G., West, N. A., Cutler, D., Wengreen, H. J., Corcoran, C. D. (2006). Antioxidant intake and risk of osteoporotic hip fracture in Utah: an effect modified by smoking status. *American Journal of Epidemiology, 163*(1), 9-17.

*Journal Article, Academic Journal (Published)*
Lyketsos, C., Toone, L., Tschanz, J. T., Corcoran, C. D., Norton, M. C., Zandi, P., Munger, R. G., Breitner, J., Welsh-Bohmer, K. (2006). A population-based study of the association between coronary artery bypass graft surgery (CABG) and cognitive decline: the Cache County study. *Int J Geriatr Psychiatry., 21*(6), 509-518.

*Journal Article, Professional Journal (Published)*
Lyketsos, C. G., Toone, L., Tschanz, J. T., Rabins, P. V., Steinbreg, M., Onyike, C. U., Corcoran, C. D., Norton, M. C., Zandi, P., Breitner, J. C., Welsh-Bohmer, K., t. C. C. S. G. (2005). A Population-based Study of Medical Co-morbidity in Early dementia and "Cognitive Impairment No Dementia" (CIND): Association with Functional and Cognitive Impairment. The Cache County Study. *American Journal of Geriatric Psychiatry, 13*, 656-664.

*Journal Article, Academic Journal (Published)*

Schneiter, K., Corcoran, C. D., Laird, N. (2005). An exact family based association test for a biallelic genotype. *Genetic Epidemiology, 29*(3), 185-94.

*Journal Article, Academic Journal (Published)*
Bastian, L. A., West, N. A., Corcoran, C. D., Munger, R. G. (2005). Number of children and the risk of obesity in older women. *Preventive Medicine, 40*, 99-104.

*Journal Article, Academic Journal (Published)*
Tamura, T., Munger, R. G., Corcoran, C. D., Bacayao, J. Y., Nepomuceno, B., Solon, F. (2005). Plasma zinc concentrations of mothers and the risk of nonsyndromic oral clefts in their children: a case-control study in the Philippines. *Birth Defects Research Part A: Clinical and Molecular Teratology., 73*(9), 612-616.

*Journal Article, Academic Journal (Published)*
Lyketsos, C. G., Toone, L., Tschanz, J. T., Rabins, P. V., Steinberg, M., Onyike, C. U., Corcoran, C. D., Norton, M., Zandi, P., Breitner, J. C., Welsh-Bohmer, K., Anthony, J., Ostbye, T., Bigler, E., Pieper, C., Burke, J., Plassman, B., Green, R. C., Steffens, D. C., Klein, L., Leslie, C., Townsend, J. J., Wyse, B. W., Munger, R. G., Williams, M. (2005). Population-based study of medical comorbidity in early dementia and. *American   Journal of Geriatric Psychiatry, 13*(8), 656-664.

*Journal Article, Academic Journal (Published)*
Khachaturian, A. S., Corcoran, C. D., Mayer, L. S., Zandi, P. P., Breitner, J. C. (2004). Apolipoprotein E epsilon4 count affects age at onset of Alzheimer disease, but not lifetime susceptibility: The Cache County Study. *Archives of General Psychiatry, 61*(5), 518-24.

*Journal Article, Academic Journal (Published)*
Hayden, K. M., Khachaturian, A. S., Tschanz, J. T., Corcoran, C. D., Nortond, M., Breitner, J. C. (2004). Characteristics of a two-stage screen for incident dementia. *Journal of Clinical Epidemiology, 56*(11), 1038-45.

*Journal Article, Professional Journal (Published)*
Tschanz, J. T., Corcoran, C. D., Skoog, I., Khachaturian, A. S., Heath, J., Hayden, K. M., Welsh-Bohmer, K. A., Calvert, T., Norton, M. C., Zandi, P., Breitner, J. C. (2004). Dementia: The Leading Predictor of Death after age 85. The Cache County Study. *Neurology, 62*, 1156-1162.

*Journal Article, Academic Journal (Published)*
Tschanz, J. T., Corcoran, C. D., Skoog, I., Khachaturian, A. S., Herrick, J., Hayden, K. M., Welsh-Bohmer, K. A., Calvert, T., Norton, M. C., Zandi, P., Breitner, J. C. (2004). Dementia: the leading predictor of death in a defined elderly population. *Neurology, 62*(7), 1156-62.

*Journal Article, Academic Journal (Published)*
Steinberg, M., Tschanz, J. T., Corcoran, C. D., Steffens, D. C., Norton, M. C., Lyketsos, C. G., Breitner, J. C. (2004). The persistence of neuropsychiatric symptoms in dementia. *International Journal of Geriatric Psychiatry, 19*(1), 19-26.

*Journal Article, Professional Journal (Published)*
Steinberg, M., Tschanz, J. T., Corcoran, C. D., Steffens, D. C., Norton, M. C., Lyketsos, C. G., Breitner, J. C. (2004). The Persistence of Neuropsychiatric Symptoms in Dementia: The Cache County Study. *International Journal of Geriatric Psychiatry, 19*, 19-26.

*Journal Article, Academic Journal (Published)*
Wengreen, H. J., Munger, R. G., West, N. A., Cutler, D., Corcoran, C. D., Zhang, J., Sassano, N. E. (2004). Dietary protein intake and risk of osteoporotic hip fracture in elderly residents of Utah. *Journal of Bone and Mineral Research, 19*(4), 537-545.

*Journal Article, Academic Journal (Published)*
Munger, R. G., Sauberlich, H. E., Corcoran, C. D., Nepomuceno, B., Daack-Hirsch, S., Solon, F. S. (2004). Maternal vitamin B-6 and folate status and risk of oral cleft birth defects in the Philippines. *Birth Defects Research Part A: Clinical and Molecular Teratology., 70*(7), 464-471.

*Journal Article, Academic Journal (Published)*
Steffens, D. C., Norton, M. C., Hart, A. D., Skoog, I., Corcoran, C. D., Breitner, J. C. (2003). Apolipoprotein E genotype and major depression in a community of older adults. The Cache County Study. *Psychological Medicine, 33*(3), 541-7.

*Journal Article, Academic Journal (Published)*
Willing, M., Munger, R. G., Beaty, T., Wengreen, H., West, N., Cutler, D., Corcoran, C. D. (2003). Bone-related genetic markers and risk of osteoporotic hip fracture in Utah men and women. *The American Journal of Human Genetics, 73*(5), 367.

*Journal Article, Professional Journal (Published)*
Hayden, K. M., Khachaturian, A. S., Tschanz, J. T., Corcoran, C. D., Norton, M. C., Breitner, J. C. (2003). Characteristics of a Two-Stage Screen in a Population Survey of Incident Dementia. *Journal of Clinical Epidemiology, 56*(11), 1038-1045.

*Journal Article, Academic Journal (Published)*
Leaf, A. N., Propert, K., Corcoran, C. D., Catalano, P. J., Trump, D. L., Harris, J. E., Davis, T. E. (2003). Phase III study of combined chemohormonal therapy in metastatic prostate cancer (ECOG 3882): an Eastern Cooperative Oncology Group Study. *Medical Oncology, 20*(2), 137-46.

*Journal Article, Academic Journal (Published)*
Corcoran, C. D., Mehta, C. R. (2002). Exact level and power of permutation, bootstrap, and asymptotic tests of trend. *Journal of Modern Applied Statistical Methods, 1*, 42-51.

*Journal Article, Academic Journal (Published)*
Rossi, W., Mayeux, R., Lee, J., Flaquer, A., Estrada-Nadal, L., Munger, R. G., Cawthon, R., Corcoran, C. D., Smith, K., Kerber, R., Pahor, M., Nicklas, B., Mychaleckyj, J., Ambrosius, W., Kritchevsky, S., Newman, A., Bleecker, E., Messier, S., Harris, T., Terry, D., McCormick, M., Lawler, E., Perls, T., Hadley, E. (2002). Genetic epidemiology of aging and survival outcomes. *Gerontologist, 42*(S1), 405.

*Journal Article, Academic Journal (Published)*
Corcoran, C. D., Ryan, L., Mehta, C. R., Senchaudhuri, P., Patel, N., Molenberghs, G. (2001). An Exact Trend Test for Correlated Binary Data. *Biometrics, 57*, 941-948.

*Journal Article, Academic Journal (Published)*
Corcoran, C. D., Mehta, C. R. (2001). Comments on 'Interval Estimation for a Binomial Proportion'. *Statistical Science, 16*, 122-124.

*Journal Article, Academic Journal (Published)*
Corcoran, C. D., Mehta, C. R., Patel, N., Senchaudhuri, P. (2001). Computational Tools for Exact Conditional Logistic Regression. *Statistics in Medicine, 20*, 2723-2739.

*Journal Article, Academic Journal (Published)*
Corcoran, C. D., Mehta, C. R., Senchaudhuri, P. (2000). Power Comparisons for Tests of Trend in Dose-Response Studies. *Statistics in Medicine, 19*, 3037-3050.

**Non-Refereed Journal Articles**

*Journal Article, Academic Journal (Published)*
Wang, G., Fu, G., Corcoran, C. D. (2015). A forest-based feature screening approach for
   large-scale genome data with complex structures. *BMC genetics, 16*(1), 148.

*Journal Article, Academic Journal (Published)*
Carlsen, M., Fu, G., Bushman, S., Corcoran, C. D. (2015). Exploiting Linkage Disequilibrium for
   Ultra High Dimensional Genome-Wide Data with an Integrated Statistical Approach.
   *Genetics.*

*Journal Article, Academic Journal (Published)*
Guerreiro, R., Wojtas, A., Bras, J., Carrasquillo, M., Rogaeva, E., Majounie, E., Cruchaga, C.,
   Sassi, C., Kauwe, J. S., Younkin, S., Hazrati, L., Collinge, J., Pocock, J., Lashley, T.,
   Williams, J., Lambert, J. C., Amouyel, P., Goate, A., Rademakers, R., Morgan, K., Powell, J.,
   St George-Hyslop, P., Singleton, A., Hardy, J. (2013). TREM2 variants in Alzheimer's
   disease. *The New England journal of medicine, 368*(2), 117-27.

*Journal Article, Professional Journal (Published)*
Shao, H., Breitner, J. C., Whitmer, R., Szekely, C., Wang, J., Hayden, K., Wengreen, H.,
   Corcoran, C. D., Norton, M. C., Munger, R. G., Welsh-Bohmer, K., Zandi, P. P. (2012).
   Hormone Therapy and Alzheimer's: New Findings from The Cache County Study. *Neurology,
   79*(18), 1846-1852.

*Journal Article, Academic Journal (Published)*
Citron, M., Eckman, C. B., Diehl, T. S., Corcoran, C. D., Ostaszewski, B. L., Weiming, X.,
   Levesque, G., Hyslop, P. G., Younkin, S. G., Selkoe, D. L. (1998). Additive Effects of PS1
   and APP Mutations of Secretion of the 42-residue Anyloid B-protein. *Neurobiology of
   Diseases, 5*, 107-16.

**Conference Proceedings**

*Conference Proceeding (Published)*
Corcoran, C. D., Senchaudhuri, P., Mehta, C. R. (2002). *A computational method for exact
   order-restricted inference with binary data.* Alexandria, VA: Proceedings of the American
   Statistical Association.

**Other Intellectual Contributions**

*Abstract (Published)*
Wengreen, H., Corcoran, C. D., Cutler, A., Munger, R. G., Quach, A., Tschanz, J. T., Ward, R. E.
   (2012). *Erythrocyte omega-3 fatty acid concentrations and cognitive function: The Cache
   County Study on Memory and Aging* (4th ed., vol. 8, pp. P449). Alzheimer's & Dementia.

*Abstract (Published)*
Wengreen, H., Quach, A., Cutler, A., Munger, R. G., Corcoran, C. D. (2012). *Whole-grain intake
   and risk of all-cause mortality among elderly men and women: the Cache, County Study on
   Memory, Health and Aging* (1_MeetingAbstracts ed., vol. 26, pp. 119–2). The FASEB
   Journal.

*Software (Published)*
Schneiter, K., Corcoran, C. D., Laird, N., Degnan, J. (2007). *EFBAT*.
   www.math.usu.edu/~schneit/efbat/

# Presentations Given

Tschanz, J. T., Rattinger, G., Matyi, J., Sanders, C., Vernon, E. K., Corcoran, C. D., Kauwe, J. K., Buhusi, M. C., Gerontological Society of America Annual Meeting, "Sex differences in Neurotrophin Genes in the risk for Alzheimer's Disease," Gerontological Society of America. (2015).

Rattinger, G. B., Matyi, J., Kauwe, J., Sanders, C., Corcoran, C. D., Norton, M. C., Munger, R. G., Buhusi, M. C., Tschanz, J. T., Alzheimer's Association International Conference, "Do medications that affect brain derived neurotrophic factor (BDNF) modify the associations between BDNF genotypes and cognitive functioning in older adults? The Cache County Study," Alzheimer's Association, Washington, D.C. (July 18, 2015 - July 23, 2015).

Rattinger, G. B., Behrens, S., Schwartz, S., Corcoran, C. D., Piercy, K. W., Norton, M. C., Fauth, E. B., Lyketsos, C., Tschanz, J. T., Alzheimer's Association International Conference, "How do neuropsychiatric symptoms in persons with Dementia affect caregiver physical and mental health over time? The Cache County Dementia Progression Study," Alzheimer's Association, Washington, D.C. (July 18, 2015 - July 23, 2015).

Matyi, J., Kauwe, J., Sanders, C., Rattinger, G. B., Corcoran, C. D., Norton, M. C., Munger, R. G., Buhusi, M. C., Tschanz, J. T., Alzheimer's Association International Conference, "Neurotrophin single nucleotide polymorphisms and cognitive functioning in older adults: The Cache County Study," Alzheimer's Association, Washington, DC. (July 18, 2015 - July 23, 2015).

Tschanz, J. T., Sanders, C. J., Wengreen, H., Schwartz, S., Behrens, S., Corcoran, C. D., Lyketsos, C., Alzheimer's Association International Conference, "Nutritional status and Neuropsychiatric symptoms in Dementia: The Cache County Dementia Study," Alzheimer's Association, Washington, D.C. (July 18, 2015 - July 23, 2015).

Sanders, C. J., Wengreen, H., Schwartz, S., Behrens, S., Corcoran, C. D., Lyketsos, C., Tschanz, J. T., Alzheimer's Association International Conference, "Nutritional status and severe Dementia, institutionalization and mortality: The Cache County Dementia Progression Study," Alzheimer's Association, Washington, D.C. (July 18, 2015 - July 23, 2015).

Sanders, C., Wengreen, H., Schwartz, S., Behrens, S., Corcoran, C. D., Lyketsos, C. G., Tschanz, J. T., Neuropsychological Society Meeting, "Nutritional status and neuropsychological functioning in persons with dementi: The Cache County Dementia Progression Study," Neuropsychological Society, Denver, CO. (February 2015).

Tschanz, J. T., Sanders, C., Wengreen, H., Schwartz, S., Behrens, S., Corcoran, C. D., Lyketsos, C., Annual Meeting of the Gerontological Society of America, "Nutritional status and neuropsychiatric symptoms in dementia: The Cache County Dementia Study," Gerontological Society of America, Washington DC. (November 2014 - 2014).

Milman, L., Faroqi-Shah, Y., Corcoran, C. D., Clinical Aphasiology Conference, "Normative data for the WAB-R: A comparison of monolingual English speakers, Asian Indian-English bilinguals, and Spanish-English bilinguals.," St. Simons Island, GA. (May 29, 2014).

Corcoran, C. D. (Invited Lecture), International Webinar, "Exact Nonparamatric Inference for Correlated Categorical Data," Cytel Software Corporation. (April 7, 2014).

Corcoran, C. D., Annual Meeting of the Utah Chapter of the American Statistical Association, "The Perils of P-Values: A Case Study in Statistical Genetics," American Statistical Association, Utah Chapter, Salt Lake City, UT. (March 25, 2014).

Corcoran, C. D. (Presenter & Author), Boston University Department of Biostatistics Seminar, "Permutation-Based Tests and Rare Variants in Genetic Association Studies," Department of Biostatics, Boston University, Boston University, Boston, MA. (March 20, 2014).

Corcoran, C. D. (Presenter & Author), Brigham Young University Department of Statistics Seminar, "Doctoral Research Programs in Statistics at Utah State University," Brigham Young University, Brigham Young University, Provo, UT. (February 2014).

Rattinger, G. B., Schwartz, S., Sanders, C., Corcoran, C. D., Fauth, E. B., Norton, M. C., Lyketsos, C. G., Tschanz, J. T., Annual Conference for the Gerontological Society of America, "Effect of caregiver relationship closeness and coping strategies on costs of care in the Cache County Dementia Progression Study Cohort," Gerontological Society of America, New Orleans, LA. (November 2013).

Corcoran, C. D. (Presenter & Author), Food and Drug Administration Workshop, "StatXact Training Course," Food and Drug Administration, Chevy Chase, MD. (September 19, 2013).

Corcoran, C. D. (Presenter & Author), Joint Statistical Meetings, "New StatXact Toolkit for Correlated Categorical Data," American Statistical Association and International Biometric Society, Montreal, Quebec, Canada. (July 2013 - August 2013).

Rattinger, G. (Presenter & Author), Schwartz, S. (Author Only), Corcoran, C. D. (Author Only), Zuckerman, I. (Author Only), Mullins, D. (Author Only), Norton, M. C. (Author Only), Fauth, E. B. (Author Only), Leoutsakos, J. (Author Only), Lyketsos, C. (Author Only),   (Author Only), Alzheimer's Association International Conference, "How does dementia severity affect the costs of dementia care? Effect of dementia severity on costs of care in the Cache County Dementia Progression Study Cohort," Alzheimer's Association, Boston, MA. (July 2013).

Rattinger, G. B., Schwartz, S., Corcoran, C. D., Zuckerman, I. H., Mullins, C. D., Norton, M. C., Fauth, E. B., Leoutsakos, J. M., Lyketsos, C. G., Tschanz, J. T., Alzheimer's Association International Conference on Alzheimer's Disease, "Effect of dementia severity on costs of care in the Cache County Dementia Progression Study Cohort," Alzheimer's Association, Boston, MA. (July 2013).

Ebbert, M. T. W., Ridge, P. G., Wilson, A. R., Sharp, A. R., Bailey, M., Norton, M. C., Tschanz, J. T., Munger, R. G., Corcoran, C. D., Kauwe, J. S. K., Alzheimer's Association International Conference on Alzheimer's Disease, "Late-onset Alzheimer's disease risk alleles provide evidence of important gene-gene interactions," Alzheimer's Association, Boston, MA. (July 2013).

Norton, M. C., Munger, R. G., Tschanz, J. T., Corcoran, C. D., Smith, K. R., Alzheimer's Association International Conference on Alzheimer's Disease, "Multiple deaths of first-degree relatives during childhood predicts inflammation in late-life," Alzheimer's Association, Boston, MA. (July 2013).

Sanders, C., Wengreen, H., Corcoran, C. D., Schwartz, S., Norton, M. C., Lyketsos, C. G., Tschanz, J. T., Alzheimer's Association International Conference on Alzheimer's Disease, "Nutritional status and progression of dementia: The Cache County Dementia Progression Study," Alzheimer's Association, Boston, MA. (July 2013).

Tschanz, J. T., Schwartz, S., Gilbert, M., Wanzek, J., Sanders, C., Mielke, M., Corcoran, C. D., Norton, M. C., Lyketsos, C. G., Alzheimer's Association International Conference on Alzheimer's Disease, "Vascular factors as predictors of severe dementia and mortality in Alzheimer's disease," Alzheimer's Association, Boston, MA. (July 2013).

Corcoran, C. D. (Presenter & Author), Seventh International Workshop on Simulation, "Monte Carlo Sampling Using Parallel Processing for Multiple Testing in Genetic Association Studies," University of Bologna and University of Padova, Rimini, Italy. (May 22, 2013).

Fauth, E. B. (Presenter & Author), Schwartz, S. (Author Only), Norton, M. C. (Author Only), Corcoran, C. D. (Author Only), Piercy, K. W. (Author Only), Lyketsos, C. (Author Only), Tschanz, J. T. (Author Only), Gerontological Society of America Annual meeting, "Care Dyad Relationship Closeness Predicts Fewer Increases in Neuropsychiatric Symptoms over Time in Persons with Dementia," Gerontological Society of America, San Diego, CA. (November 17, 2012).

Corcoran, C. D. (Presenter & Author), Joint Statistical Meetings, "Twenty-Five Years of Cytel and StatXact: Where We've Been and Where We're Going," American Statistical Association and International Biometric Society, San Diego, CA. (July 2012 - August 2012).

Corcoran, C. D. (Presenter & Author), University of Utah Department of Family and Preventive Medicine Seminar, "Exact Tests for Correlated Data," University of Utah College of Family and Preventive Medicine, University of Utah, Salt Lake City, UT. (May 2012).

Corcoran, C. D. (Presenter & Author), University of Utah Department of Family and Preventive Medicine Seminar, "Exact Methods in Data Analysis," University of Utah Department of Family and Preventive Medicine, University of Utah, Salt Lake City, UT. (April 2012).

Norton, M. C., Hess, K., Corcoran, C. D., Piercy, K. W., Fauth, E. B., Rabins, P., Green, R., Lyketsos, C., Tschanz, J. T., International Conference on Alzheimer's Disease, "Caregiver Agreeableness, Neuroticism, Openness and Extraversion Associated with Rate of Cognitive Decline in Persons with Alzheimer's Disease.," Paris, France. (July 2011).

Tschanz, J. T., Corcoran, C. D. (Author Only), Norton, M. C., Piercy, K., Rabins, P. V., Fauth, E., DeBerard, M. S., Snyder, C., Smith, C., Lee, S., Morrison, A., Lyketsos, C. G., International Conference on Alzheimer's Disease and Other Disorders, "Caregiver Coping Strategies Predict Cognitive Decline in Dementia: The Cache County Dementia Progression Study," Honolulu, HI. (July 2010).

Treiber, K. A., Carlson, M., Corcoran, C. D. (Author Only), Foley, B., Stein, D., DeBerard, M. S., Norton, M., Piercy, K., Welsh-Bohmer, K. A., Breitner, J. S., Lyketsos, C. G., Tschanz, J., International Conference on Alzheimer's Disease and Other Disorders, "Cognitive Activity and Decline in Alzheimer's Disease: The Cache County Study," Honolulu, HI. (July 2010).

Norton, M. C., Fauth, E., Piercy, K., Corcoran, C. D. (Author Only), Hess, K., Morrison, A., Rabins, P. V., Lyketsos, C. G., Tschanz, J., International Conference on Alzheimer's Disease and Other Disorders, "Higher caregiver agreeableness predicts slower cognitive decline in persons with Alzheimer's Disease: the Dementia Progression Study," Honolulu, HI. (July 2010).

Munger, R. G., Cawthon, R. M., Corcoran, C. D. (Author Only), Tschanz, J., Norton, M. C., Smith, K., Zandi, P., Welsh-Bohmer, K., International Conference on Alzheimer's Disease and Other Disorders, "Prospective study of mitochondrial DNA copy number and incident dementia in Cach County, UTah," Honolulu, HI. (July 2010).

Corcoran, C. D., Pieper, C., Zandi, Z., Norton, M. N., Welsh-Bohmer, K., Breitner, J. S., Lyketsos, C. G., Tschanz, J. T., International Congress on Alzheimer's Disease, "A joint analysis of cognitive, functional, and neuropsychiatric symptom change in the Cache County Dementia Progression Study.," Honolulu, HI. (July 2010).

Corcoran, C. D. (Presenter & Author), Pieper, C., Zandi, Z., Norton, M. N., Welsh-Bohmer, K., Breitner, J. S., Lyketsos, C. G., Tschanz, J. T., International Congress on Alzheimer's Disease, "Predictors of decline in Alzheimer's: A joint analysis of cognitive, functional, and neuropsychiatric symptom change in the Cache County Dementia Progression Study," Honolulu, HI. (July 2010).

Corcoran, C. D. (Invited Lecture), Senchaudhuri, P., Mehta, C., Invited Seminar, University of Utah Medical School, "Using the StatXact Correlated Data Module for Exact Tests with Clustered Data," Salt Lake City, UT. (February 2010).

Corcoran, C. D. (Presenter & Author), Senchaundhuri, P., Mehta, C., Conference of the International Indian Statistical Association, "New Software Tools for Exact Tests with Correlated Data," Visakhapatnam, India. (January 2010).

Corcoran, C. D. (Invited Lecture), Senchaudhuri, P., Invited Seminar, Brigham Young University, "Exact Tests for Contingency Tables with Correlated Data," Department of Statistics, Provo, UT. (December 2009).

Norton, M. C., Smith, K. R., Ostbye, T., Tschanz, J. T., Corcoran, C. D. (Presenter Only), Schwartz, S., Piercy, K. W., Rabins, P. V., Steffens, D. C., Breitner, J. C., Welsh-Bohmer, K. A., International Conference on Alzheimer's Disease, "Spousal dementia caregiving as a risk factor for incident dementia," Vienna, Austria. (2009).

Tschanz, J. T., Corcoran, C. D., Green, R. C., Munger, R. G., Mielke, M. M., Norton, M. C., Rabins, P. V., Welsh-Bohmer, K. A., Buckley, T., Breitner, J. C., Lyketsos, C. G., International Conference on Alzheimer's Disease, "Interaction between C-Reactive Protein level and APOE genotype in predicting rate of progression in Alzheimer's disease," The Cache County Dementia Progression Study, Vienna, Austria. (2009).

Corcoran, C. D. (Invited Lecture), Munger, R. G., Cawthon, R., Invited Seminar, Harvard University, "Alzheimer's Disease Risk, Cognitive Decline, and Mitochondrial Function," Department of Biostatistics, Cambridge, MA. (October 2009).

Norton, M. C., Smith, K. R., Ostbye, T., Tschanz, J. T., Corcoran, C. D., Schwartz, S., Piercy, K. W., Rabins, P. V., Steffens, D. C., Breitner, J. C. S., Welsh-Bohmer, K. A., International Conference on Alzheimer's Disease, "Spousal dementia caregiving as a risk factor for incident dementia: The Cache County Study.," Vienna, Austria. (July 2009).

Corcoran, C. D. (Invited Lecture), Pieper, C., Tschanz, J., Invited Seminar, Brigham Young University, "Dynamical Correlations for Analyzing Multivariate Rates of Change, with Application to the Cache County Memory Study," Department of Statistics, Provo, UT. (January 2009).

Tschanz, J. T., Cook, L., Corcoran, C. D., Norton, M. C., Mielke, M., Rabins, P., Welsh-Bohmer, K. A., Treiber, K., Buckley, T., Breitner, J. C., Lyketsos, C., 36th Annual Meeting of the International Neuropsychological Society, "Gender Differences in the Trajectory of Cognitive Decline in Alzheimer's Disease in the Cache County Population," Waikola Hawaii. (2008).

Tschanz, J., Corcoran, C. D. (Author Only), Shao, H., Zandi, P., Norton, M., Mielke, M., Green, R., Rabins, P., Steinberg, M., Welsh-Bohmer, K., Breitner, J., Lyketsos, C., International Conference on Alzheimer's Disease, "Neuropsychiatric Symptoms and Mortality in a Populationbased Sample of Incident Alzheimer's Disease and other Dementias: The Cache County Dementia Progression Study," Chicago, IL. (2008).

Treiber, K., Shao, H., Zandi, P., Steinberg, M., Corcoran, C. D. (Author Only), Cook, L., Norton, M., Green, R., Piercy, K., Rabins, P., Breitner, J., Welsh-Bohmer, K., Lyketsos, C., Tschanz,

J., International Conference on Alzheimer's Disease, "Neuropsychiatric Syndromes in Alzheimer's disease: Relationship to Cognitive and Functional Progression: The Cache County Dementia Progression Study," Chicago, IL. (2008).

Treiber, K., Shao, H., Zandi, P., Steinberg, M., Corcoran, C. D., Cook, L., Norton, M. C., Green, R., Piercy, K. W., Rabins, P., Breitner, J. C. S., Welsh-Bohmer, K. A., Lyketsos, C., Tschanz, J. T., International Conference on Alzheimer's Disease, "Neuropsychiatric syndromes in Alzheimer's disease: Relationship to Cognitive and Functional Progression: The Cache County Dementia Progression Study.," The Cache County Dementia Progression Study, Chicago, IL. (2008).

Corcoran, C. D., Pieper, C., Zandi, p., Norton, M. C., Welsh-Bohmer, K., Breitner, J., Lyketsos, C., Tschanz, J. T., International Conference on Alzheimer's Disease, "Modeling dementia trajectories: An application of dynamical correlations to age-related traits: The Cache County Dementia Progression Study," The Cache County Dementia Progression Study, Chicago, IL. (2008).

Tschanz, J. T., Corcoran, C. D., Shao, H., Zandi, P., Norton, M. C., Mielke, M., Green, R., Rabins, P., Steinberg, M., Welsh-Bohmer, K., Breitner, J., Lyketsos, C., International Conference on Alzheimer's Disease, "Neuropsychiatric Symptoms and Mortality in a Population-based Sample of Incident Alzheimer's Disease and other Dementias: The Cache County Dementia Progression Study," The Cache County Dementia Progression Study., Chicago, IL. (2008).

Corcoran, C. D., Senchaudhuri, P., Joint Statistical Meetings, "Exact Trend Tests for Clustered 2 X C Tables," Denver, CO. (August 2008).

Corcoran, C. D. (Presenter & Author), Pieper, C., Zandi, P., Norton, M., Welsh-Bohmer, K., Breitner, J., Lyketsos, C., Tschanz, J., International Congress on Alzheimer's Disease, "Modeling dementia trajectories: An application of dynamical correlations to age-related traits in the Cache County Dementia Progression Study," Chicago, IL. (July 2008).

Corcoran, C. D. (Invited Lecture), Zandi, P., Pieper, C., Tschanz, J., Invited Seminar, Harvard University, "Assessing Multiple Trajectories of Dementia Symptoms: The Cache County Dementia Progression Study," Department of Biostatistics, Cambridge, MA. (May 2008).

Tschanz, J., Cook, L., Corcoran, C. D. (Author Only), Norton, M., Mielke, M., Rabins, P., Welsh-Bohmer, K. A., Trieber, K., Buckley, T., Breitner, J. S., Lyketsos, C., 36th Annual Meeting of the International Neuropsychological Society, "Gender Differeneces in the Trajectory of Cognitive Decline in Alzheimer's Disease in the Cache County Population," Waikola, Hawaii. (February 2008).

Breitner, J. C., Khachaturian, A., Zandi, P., Hayden, K., Skoog, I., Tschanz, J. T., Norton, M. C., Munger, R. G., Welsh-Bohmer, K., Rosenberg, P., Mielke, M., Corcoran, C. D., Lyketsos, C., Rabins, P., Green, R., 11th International Congress of the International Federation of Psychiatric Epidemiology, "Cardiovascular risk factors for incidence and/or progression of Alzheimer's disease: The Cache County Studies," The Cache County Studies, Göteborg, Sweden. (2007).

Mielke, M. M., Tschanz, J. T., Hayden, K. M., Rosenberg, P. B., Corcoran, C. D., Norton, M. C., Rabins, P. V., Green, R. C., Welsh-Bohmer, K. A., Breitner, J. C., Munger, R. G., Lyketsos, C. G., 2007 Vascular, Behavioural and Cognition (VAS-COG) Conference, "Interaction Between APOE ε4 and Vascular Factors Predict Rate of Cognitive and Functional Decline in Alzheimer's Disease," San Antonio, TX. (2007).

Mielke, M. M., Tschanz, J. T., Norton, M. C., Corcoran, C. D., Rabins, P., Steinberg, M., Carlson, M., Green, R., Breitner, J. C., Welsh-Bohmer, K., Lyketsos, C. G., Alzheimer Prevention Conference, "Use of acetylcholinesterase inhibitors and memantine in a population-based study of incident AD cases: Prevalence of use, characteristics, and relation to mortality," Washington, D.C. (2007).

Mielke, M. M., Tschanz, J., Norton, M., Corcoran, C. D. (Author Only), Rabins, P., Steinberg, M., Carlson, M., Green, R., Breitner, J. S., Welsh-Bohmer, K., Lyketsos, C. G., Alzheimer Prevention Conference, "Use of acetylcholinesterase inhibitors and memantine in a population-based study of incident AD cases: Prevalence of use, characteristics, and relation to mortality.," Washington D.C. (2007).

Mielke, M. M., Tschanz, J., Hayden, K. M., Rosenberg, P. B., Corcoran, C. D. (Author Only), Norton, M., Rabins, P. V., Green, R. C., Welsh-Bohmer, K. A., Breitner, J. S., Munger, R. G., Lyketsos, C. G., Vascular, Behavioural and Cognition Conference, "Interaction Between APOE epison4 and Vascular Factors Predict Rate of Cognitive and Functional Decline in Alzheimer's Disease," VAS-COG, San Antonio, TX. (2007).

Tschanz, J., Shao, H., Zandi, P., Steinberg, M., Corcoran, C. D. (Author Only), Norton, M., Green, R., Piercy, K., Rabins, P., Cook, L., Lyketsos, C., 60th Annual Scientific Meeting of the Gerontological Society of America, "Neuropsychiatric syndromes in Alzheimer's disease: Association with Rate of Cognitive Progression. The Cache County Study," San Francisco, CA. (November 2007).

Treiber, K., Tschanz, J., Corcoran, C. D. (Author Only), Stein, D., Steinberg, M., Norton, M., Green, R., Rabins, P., Piercy, K., Welsh-Bohmer, K., Lyketsos, C., 60th Annual Scientific Meeting of the Gerontological Society of America, "Point prevalence of neuropsychiatric symptoms in Alzheimer's disease and vascular dementia: The Cache County Study," San Francisco, CA. (November 2007).

Norton, M., Tschanz, J., Ostbye, T., Corcoran, C. D. (Author Only), Cook, L., Breitner, J., Welsh-Bohmer, K. A., 60th Annual Scientific Meeting of the Gerontological Society of America, "Stressful life events and cognitive decline - The Cache County Study," San Francisco, CA. (November 2007).

Norton, M. C., Tschanz, J. T., Ostbye, T., Corcoran, C. D., Cook, L., Breitner, J., Welsh-Bohmer, K., 60th Annual Scientific Meeting of the Gerontological Society of America, "Stressful life events and cognitive decline – The Cache County Study," The Cache County Study, San Francisco, CA. (November 2007).

Norton, M. C., Tschanz, J. T., Ostbye, T., Corcoran, C. D. (Author Only), Breitner, J. S., Welsh-Bohmer, K. A., World Conference of Stress, "Widow(er)hood increases risk for subsequent dementia, especially for women. The Cache County Study," Budapest, Hungary. (August 2007).

Norton, M. C., Tschanz, J. T., Ostbye, T., Corcoran, C. D., Zandi, P. P., Breitner, J. C., Welsh-Bohmer, K. A., World Conference of Stress, "Widow(er)hood increases risk for subsequent dementia, especially for women. The Cache County Study," The Cache County Study, Budapest, Hungary. (August 2007).

Corcoran, C. D. (Presenter & Author), Pieper, C., Zandi, P., Tschanz, J., Joint Statistical Meetings, "Invited Presentation," Salt Lake City, UT. (July 2007).

Breitner, J. S., Khachaturian, A., Zandi, P., Hayden, K., Skoog, I., Tschanz, J., Norton, M., Munger, R. G., Welsh-Bohmer, K., Rosenberg, P., Mielke, M., Corcoran, C. D. (Author Only), Lyketsos, C., Rabins, P., Green, R., 11th International Congress of the International

Federation of Psychiatric Epidemiology, "Cardiovascular risk factors for incidence and/or progression of Alzheimer's disease: The Cache County Studies," Goteborg, Sweden. (May 3, 2007 - May 6, 2007).

Buckley, T., Tschanz, J., Norton, M., Corcoran, C. D. (Author Only), Welsh-Bohmer, K. A., Breitner, J., International Neuropsychological Society Conference, "Metacognitive judgments and change in cognitive and functional abilities in a population of elderly individuals. The Cache County Study," Portland, OR. (February 2007).

Buckley, T., Tschanz, J. T., Norton, M. C., Corcoran, C. D., Welsh-Bohmer, K., Breitner, J., International Neuropsychological Society Conference, "Metacognitive judgments and change in cognitive and functional abilities in a population of elderly individuals. The Cache County Study," The Cache County Study, Portland OR. (February 2007).

Tschanz, J., Corcoran, C. D. (Author Only), Norton, M., Mielke, M., Rabins, P., Treiber, K., Welsh-Bohmer, K. A., Breitner, J., Lyketsos, C., International Neuropsychological Society Conference, "Rate of cognitive and functional decline in Alzheimer's disease in the Cache County Population," Portland, OR. (February 2007).

Tschanz, J. T., Corcoran, C. D., Norton, M. C., Mielke, M., Rabins, P., Treiber, K., Welsh-Bohmer, K. A., Breitner, J., Lyketsos, C., the International Neuropsychological Society Conference, "Rate of cognitive and functional decline in Alzheimer's disease in the Cache County Population," Portland OR. (February 2007).

Corcoran, C. D. (Invited Lecture), Invited Seminar, Harvard University, "Family-based Association Studies: The Cache County Study on Memory Health and Aging, and the Utah Population Database," Department of Biostatistics. (October 2006).

Corcoran, C. D. (Presenter & Author), Senchaudhuri, P., Coull, B., Joint Statistical Meetings, "Exact Inference for Correlated Categorical Data," Seattle, WA. (August 2006).

Corcoran, C. D. (Presenter & Author), Tschanz, J., Steinberg, M., Schwartz, S., Norton, M., Welsh-Bohmer, K., Breitner, J., Lyketsos, C., 10th International Conference on Alzheimer's Disease and Related Disorders, "Longitudinal Course of Neuropsychiatric Symptoms in Dementia. The Cache County Study," Madrid, Spain. (July 2006).

Corcoran, C. D., Tschanz, J. T., Steinberg, M., Schwartz, S., Norton, M. C., Welsh-Bohmer, K., Breitner, J., Lyketsos, C., 10th International Conference on Alzheimer's Disease and Related Disorders, "Longitudinal Course of Neuropsychiatric Symptoms in Dementia. The Cache County Study," The Cache County Study. (July 2006).

Tschanz, J. T., Cook, L., Corcoran, C. D., Norton, M. C., Mielke, M., Rosenberg, P., Buckley, T., Clay, C., Welsh-Bohmer, K., Breitner, J., C. L., 10th International Conference on Alzheimer's Disease and Related Disorders, "Vascular factors and the Rate of Cognitive Decline in Dementia. The Cache County Study.," The Cache County Study. (July 2006).

Mielke, M. M., Rosenberg, P., Tschanz, J. T., Cook, L., Corcoran, C. D., Norton, M. C., Welsh-Bohmer, K. A., Breitner, J. C., Lyketsos, C., 10th International Conference on Alzheimer's Disease and Related Disorders, "Vascular Risk Factors and Functional Decline in Dementia," the Cache County Study. (July 2006).

Tschanz, J. T., Cook, L., Corcoran, C. D. (Author Only), Norton, M., Mielke, M., Rosenburg, P., Buckley, T., Clay, C., Welsh-Bohmer, K., Breitner, J., Lyketsos, C., International Conference on Alzheimer's Disease and Related Disorders, "Vascular factors and the Rate of Cognitive Decline in Dementia. The Cache County Study," Madrid, Spain. (July 2006).

Treiber, K., Tschanz, J., Corcoran, C. D. (Author Only), Stein, D., Steinberg, M., Norton, M., Welsh-Bohmer, K., Breitner, J., Lyketsos, C., International Conference on Alzheimer's Disease and Related Disorders, "Vascular Factors are Associated with Increased Risk of Neuropsychiatric Symptoms in Alzheimer's Disease. The Cache County Study," Madrid, Spain. (July 2006).

Mielke, M. M., Rosenburg, P., Tschanz, J., Cook, L., Corcoran, C. D. (Author Only), Norton, M., Welsh-Bohmer, K. A., Breitner, J. C., Lyketsos, C., International Conference on Alzheimer's Disease and Related Disorders, "Vascular Risk Factors and Functional Decline in Dementia," Madrid, Spain. (July 2006).

Corcoran, C. D. (Invited Lecture), Invited Seminar, University of Pennsylvania, "Family-based Association Studies: The Cache County Study on Memory Health and Aging, and the Utah Population Database," Department of Biostatistics. (March 2006).

Corcoran, C. D. (Invited Lecture), Invited Seminar, Cytel Software Corporation, "The Exact Family Based Association Test," Cambridge, MA. (February 2006).

Charoonruk, G., Munger, R. G., Wengreen, H., Corcoran, C. D., Hayden, K., Bastian, L., Tschanz, J. T., Norton, M. C., Welsh-Bohmer, K., Alzheiemr's Association International conference on Prevention of Dementia: Early diagnosis and intervention, "Diabetes Mellitus and risk of Alzheimer's disease in the Cache County Study on Memory, Health and Aging," the Cache County Study on Memory, Health and Aging, Washington, D.C. (2005).

Charoonruk, G., Munger, R. G., Wengreen, H., Corcoran, C. D. (Author Only), Hayden, K., Bastian, L., Tschanz, J., Norton, M., Welsh-Bohmer, K., Alzheimer's Association International conference on Prevention of Dementia: Early diagnosis and intervention, "Diabetes Mellitus and risk of Alzheimer's disease in the Cache County Study on Memory, Health and Aging," Washinton, D.C. (2005).

Wengreen, H. J., Munger, R. G., Corcoran, C. D. (Author Only), Zandi, P., Tschanz, J., Norton, M., Welsh-Bohmer, K., Alzheimer's Association International Conference on Prevention of Dementia: Early diagnosis and intervention, "Fruit and vegetable intake and cognitive function in the elderly: The Cache County Study on Memory, Health and Aging," Washington, D.C. (2005).

Corcoran, C. D. (Author Only), Alzheimer's Association International Conference on Prevention of Dementia: Early diganosis and intervention, "Does Vitamine E use protect against dementia or increase the risk of mortality," Washington, D.C. (2005).

Tschanz, J., Corcoran, C. D. (Author Only), Toone, L., Pfister, R., Welsh-Bohmer, K., Norton, M., Breitner, J., Lyketsos, C., International Neuropsychological Society Convention, "Head Injury and Trajectory of Cognitive Decline in Dementia. The Cache County Study," St. Louis, MO. (2005).

Tschanz, J. T., Corcoran, C. D., L, T., R., P., K., W.-B., Norton, M. C., J., B., C., L., Presented at the International Neuropsychological Society Convention, "Head Injury and Trajectory of Cognitive Decline in Dementia," Presented at the International Neuropsychological Society Convention The Cache County Study. (2005).

Wengreen, H., Munger, R. G., Corcoran, C. D., Zandi, P., Tschanz, J. T., Norton, M. C., Welsh-Bohmer, K., the Alzheiemr's Association International conference on Prevention of Dementia: Early diagnosis and intervention, "Fruit and vegetable intake and cognitive function in the elderly: The Cache County Study on Memory, Health and Aging," The Cache County Study on Memory, Health and Aging, Washington, D.C. (2005).

Schneiter, K., Corcoran, C. D., Laird, N., The Western North American Region of The International Biometric Soceity, "Exact Family Based-Association Tests for Multiallelic Data," International Biometric Soceity, Fairbanks, AK. (2005).

Corcoran, C. D., Canadian Society of Epidemiology and Biostatistics Annual Meeting, "Exact inference for epidemiology and statistics," Toronto, ON. (July 2005).

Norton, M., Steffens, D., Toone, L., Tschanz, J., Hayden, K., Corcoran, C. D. (Author Only), Klein, L., Zandi, P., Breitner, J. S., Welsh-Bohmer, K., Annual Meeting of the Gerontological Society of America, "Late-life Depression, Mild Cognitive Impairment, APOE and their Interactive Effects on 3-Year Conversion to Dementia.," Washington D.C. (November 2004).

Benson-Lensegrav, T., Tschanz, J., Masters, K. S., Carlson, M. C., Corcoran, C. D. (Author Only), Lykestos, C., Heath, E., Leslie, C., Munger, R. G., Ostbye, T., Welsh-Bohmer, K., Norton, M., Hayden, L., Annual Meeting of the American Psychological Association, "Sedentary Lifestyle Increases Dementia Risk: The Cache County Study.," Honolulu, HI. (July 2004).

Steinberg, M., Corcoran, C. D. (Author Only), Huber, C., Welsh-Bohmer, K., Zandi, P., Breitner, J. S., Tschanz, J., Lyketsos, C., International Conference on Alzheimer's Disease and Related Disorders, "A Longitudinal Model for Neuropsychiatric Symptoms in Dementia: The Cache County Study," Philadelphia, PA. (July 2004).

Toone, L., Tschanz, J., Rabins, P. V., Steinberg, M., Onyike, C., Corcoran, C. D. (Author Only), Norton, M., Welsh-Bohmer, K., Breitner, J., Zandi, P., Lyketsos, C. G., International Conference on Alzheimer's Disease and Related Disorders, "A Population Based Study of Medical Co-Morbidity in Early Dementia and Mild Cognitive Syndrome: Association with Functional and Cognitive Impairment," Philadelphia, PA. (July 2004).

Wengreen, H., Munger, R. G., Corcoran, C. D. (Author Only), Zandi, P., Tschanz, J., Norton, M., Welsh-Bohmer, K., Skoog, I., Breitner, J., International Conference on Alzheimer's Disease and Related Disorders, "Antioxidant Intake and Cognitive Function of Elderly Participants in The Cache County, Utah Study on Memory, Health and Aging.," Philadelphia, PA. (July 2004).

Charoonruk, G., Munger, R. G., Wengreen, H., Corcoran, C. D. (Author Only), Tschanz, J., Norton, M., Bastian, L., Welsh-Bohmer, K., International Conference on Alzheimer's Disease and Related Disorders, "Diabetes Mellitus and Cognitive Decline in the Cache County Study on Memory, Helath and Aging," Philadelphia, PA. (July 2004).

Norton, M. C., Steffens, D. C., Toone, L., Tschanz, J. T., Hayden, K., Corcoran, C. D. (Author Only), Klein, L., Zandi, P., Breitner, J. S., Welsh-Bohmer, K. A., International Conference on Alzheimer's Disease and Related Disorders, "Late-life Depression, Mild Cognitive Impairment, APOE and their Interactive Effects on 3-Year Conversion to Dementia," Philadelphia, PA. (July 2004).

Tschanz, J., Klein, E., Trieber, K., Corcoran, C. D. (Author Only), Norton, M., Toone, L., Welsh-Bohmer, K., Steinberg, M., Munger, R. G., Pieper, C., Breitner, J., Zandi, P., Lyketsos, C., International Conference on Alzheimer's Disease and Related Disorders, "Neuropsychiatric Symptoms in Mild Cognitive Impairment and Dementia: Prevalence and Relationship to Cogntive and Functional Impairment," Philadelphia, PA. (July 2004).

Klein, E., Corcoran, C. D., Tschanz, J., Norton, M., Welsh-Bohmer, K., Breitner, J., Zandi, P., Lyketsos, C., International Conference on Alzheimer's Disease and Related Disorders, "Survival from Memory Symptom Onset: A Comparison of Individuals with Dementia and Cognitive Impairment. The Cache County Study," Philadelphia, PA. (July 2004).

Klein, E., Tschanz, J., Corcoran, C. D. (Author Only), Norton, M., Welsh-Bohmer, K., Breitner, J., Zandi, P., Lyketsos, C., Society of Epidemiological Research, "Estimating Survival Duration from Memory Symptom Onset: A Comparison of Methods. The Cache County Study," Salt Lake City, UT. (June 2004).

Norton, M., Skoog, I., Toone, L., Tschanz, J., Corcoran, C. D. (Author Only), Zandi, P., Hart, A., Breitner, J., Welsh-Bohmer, K., Steffens, D., Society of Epidemiological Research, "Improving Assessment of Incidence of First-Onset Geriatric Depression in Population-Based Studies," Salt Lake City, UT. (June 2004).

Lensegrav-Benson, T., Lisota, R., Tschanz, J., Masters, K., Norton, M., Carlson, M., Corcoran, C. D. (Author Only), Lyketsos, C., Heath, E., Leslie, C., Munger, R. G., Ostybe, T., Welsh-Bohmer, K., Annual Meeting of the Western Psychological Association, "Physical Activity is Associated with Better Cognitive Performance," Phoenix, AZ. (April 2004).

Corcoran, C. D. (Invited Lecture), Schneiter, K., Laird, N., Invited Seminar, University of Colorado Health Sciences Center, "Implementing an exact family based association test in the presence of two alleles," Denver, CO. (April 2004).

Lisota, R., Steffens, D., Toone, L., Tschanz, J. T., Norton, M., Corcoran, C. D. (Author Only), Welsh-Bohmer, K. A., Breitner, J. S., Annual AAGP Meeting, "Vascular Risk Factors Predict Chronicity of Depression in the Elderly," Baltimore, MD. (February 2004).

Schneiter, K., Corcoran, C. D., The Western North American Region of The International Biometric Soceity, "An Exact Approach to Family Based Association Tests Using a Network Algorithm.," The International Biometric Society, Golden, CO. (2003).

Corcoran, C. D. (Invited Lecture), Invited Seminar, Brigham Young University, "A network algorithm for exact family based association tests," Provo, UT. (September 2003).

Corcoran, C. D. (Author Only), Schneiter, K., Spring Meeting of the Western North America Region of the International Biometrics Society, "A Network Algorithm for Exact-Based Association Tests," Denver, CO. (June 2003).

Corcoran, C. D. (Presenter & Author), Senchaudhuri, P., Spring Meeting, Western North America Region, "Exact Dose-Response Estimation for Clustered Binary Data," International Biometrics Society, Denver, CO. (June 2003).

Huber, C., Steinberg, M., Tschanz, J., Corcoran, C. D. (Author Only), Posters on the Hill, "A Longitudinal Model for Behavioral Disturbances among the Elderly with Dementia: The Cache County Memory Study," Washington D.C. (April 2003).

Norton, M. C., Steffens, D. C., Skoog, I., Corcoran, C. D. (Author Only), Welsh-Bohmer, K. A., Breitner, J. S., American Association for Geriatric Psychiatry, "Prior Minor Depression Is More Predictive of Future Episodes of Depression in the Elderly than Gender, Age, or APOE status. The Cache County Study," Honolulu, HI. (March 2003).

Tschanz, J., Welsh-Bohmer, K., Norton, M., Corcoran, C. D. (Author Only), Breitner, J., International Neuropsychological Society 31st Annual Meeting, "Progression to Dementia in Diverse Types of Mild Cognitive Impairments of Aging," Honolulu, HI. (February 2003).

Corcoran, C. D. (Presenter & Author), Senchaudhuri, P., Mehta, C., Joint Statistical Meeting, "Order-restricted inference for several binomials," NYC, NY. (August 2002).

Norton, M., Tschanz, J., Corcoran, C. D., Mumford, S., Welsh-Bohmer, K., Breitner, J., International Conference on Alzheimer's Disease and Related Disorders, "Apolipoprotein E4 interacts with mild cognitive deficit to shorten time to dementia onset," Stockholm, Sweden. (July 2002).

Tschanz, J., Norton, M., Corcoran, C. D., LaCaille, R., Welsh-Bohmer, K., Breitner, J., International Conference on Alzheimer's Disease and Related Disorders, "Cognitive screening and self-perception of memory problems predict mild cognitive impairment and dementia," Stockholm, Sweden. (July 2002).

Corcoran, C. D. (Author Only), International Conference on Alzheimer's Disease and Related Disorders, "Differential impact of genetic and demographic variables on clinical course of dementia and Alzheimer's disease," Stockholm, Sweden. (July 2002).

Hayden, K., Khachaturian, A., Breitner, J., Tschanz, J., Corcoran, C. D. (Author Only), Norton, M., International Conference on Alzheimer's Disease and Related Disorders, "Evaluation of performance of a two-stage screen for incident dementia," Stockholm, Sweden. (July 2002).

Wengreen, H. J., Munger, R. G., West, N., Cutler, D., Corcoran, C. D., Zhang, J., Sassano, N. E., International Conference on Nutrition and Aging, "Protein Intake and Risk of Osteoporotic Hip Fracture in Elderly Utah Residents," Paris, France. (July 2001).

Corcoran, C. D. (Presenter & Author), WHO Meeting for the Prevention of Craniofacial Anomalies, "Deisgn consideration for dose-response studies.," Park City, UT. (May 2001).

West, N., Tschanz, J., Welsh-Bohmer, K., Corcoran, C. D., Wyse, B., Weight, C., Breitner, J., Annual Meeting of the International Neuropsychological Society, "Genetic and nongenetic risk factors for cognitive decline in the normal elderly," Chicago, IL. (February 2001).

## Contracts, Grants and Sponsored Research

### Contract

Kauwe (Brigham Young University), Keone (Principal), Munger, Ronald G. (Supporting), Corcoran, Christopher D (Supporting), "Alzheimer's disease candidate gene genotyping: The Cache County Study," Sponsored by USTAR, State, $42,000.00. (February 1, 2011 - May 30, 2011).

### Grant

Tschanz, Joann T (Principal), Corcoran, Christopher D (Supporting), Munger, Ronald G. (Supporting), Lefevre, Michael (Supporting), "Epidemiology of Alzheimer's Disease resilience and risk pedigrees," Sponsored by NIH, Federal, $1,067,869.00. (September 1, 2016 - August 31, 2021).

Corcoran, Christopher D (Supporting), Stevens, John R. (Supporting), "miRNA and colorectal cancer: Associations with tumor phenotype and survival," Sponsored by National Institutes of Health, Federal, $1,250,000.00. (July 2012 - June 2017).

Corcoran, Christopher D (Supporting), "Pleiotropic and interaction effects on Alzheimer's disease risk and progression," Sponsored by National Institutes of Health, Federal, $1,250,000.00. (July 2012 - June 2017).

Corcoran, Christopher D (Supporting), "Prenatal and Neonatal Biologic Markers for Autism," Federal, $576,008.00. (July 2010 - June 2015).

**Intellectual Contributions in Submission**

Refereed Journal Articles

Milman, L., Faroqi-Shah, Y., Corcoran, C. D., Damele, D. Interpreting MMSE scores in highly proficient bilingual Asian Indian-English and Spanish-English speakers: Demographic adjustments, item analyses, and supplemental measures.

## SERVICE

## General Service

**Department**

Chairperson, Graduate Committee, August 2012 - Present.

Undergraduate Statistics Advisor, 1999 - Present.

Committee Member, Undergraduate Curriculum Committee, 2003 - 2005.

Committee Member, Graduate Committee, 2002 - 2003.

Committee Member, Undergraduate Committee, 2001 - 2002.

**Other**

Committee Chair, Computing Committee, 2005 - 2009.

**Professional/Public**

Officer, Secretary, American Statistical Association, Utah Chapter. 2002 - 2006.

Member, Sunrise Elementary School Community Council. 2002 - 2006.

Committee Member, Cache School District Building Task Force. 2003 - 2004.

Program Organizer, Bioinformatics Working Group. 2002 - 2003.

Contributing Author of User Manuals. 1999 - 2003.

Program Organizer, Statistics Brown Bag Seminar Series. 2000 - 2001.

**Utah State University**

Committee Member, Promotion and Tenure Central Committee, September 2014 - Present.

Committee Member, Utah State University Faculty Senate, 2007 - Present.

Committee Chair, Utah State University Faculty Senate Committee on Committees, 2008 - 2009.