# EXHIBIT 113

Message

| | |
|---|---|
| From: | FARMER, DONNA R [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=180070] |
| Sent: | 4/9/2001 3:47:39 PM |
| To: | WRATTEN, STEPHEN J [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=119523] |
| Subject: | RE: Issues for Dow |

Yes - they are on our side.....Organizations/companys work with consultants to address issues in the their proposed programs.

For example PSE&G hired Solomon and Ritter to help them defend the use of Rodeo in the esturaries near their Nuclear Power Plant for eradication of phragmites.

Another example activist groups in an attempt to stop the British Colombia Railway from spraying glyphosate on the railways - gave the government the NCAP Glyphosate Fact Sheet. British Colombia Railway - contacted and hired Frank Dost to review the "fact sheets" and tell them and the government if those fact sheets were legitimate and provided evidence of real concerns.

-----Original Message-----
From: WRATTEN, STEPHEN J [AG/1000]
Sent: Monday, April 09, 2001 10:20 AM
To: FARMER, DONNA R [FND/1000]
Subject: RE: Issues for Dow

*donna*

*Could you give me a brief 1 or 2 sentence description of on the 3rd party scientists? I believe these are all on our side, but that isn't clear from just the list, and it could be interpreted to watch out for these guys.*

*Steve.*

-----Original Message-----
From: FARMER, DONNA R [FND/1000]
Sent: Friday, April 06, 2001 3:22 PM
To: WRATTEN, STEPHEN J [AG/1000]
Cc: MCKEE, MICHAEL J [AG/1000]; HONEGGER, JOY L [AG/1000]; CARR, KATHERINE H [FND/1000]; BLEEKE, MARIAN S [FND/1000]; GOLDSTEIN, DANIEL A [FND/1000]
Subject: RE: Issues for Dow

Steve - here is the NCAP "Top Ten List" and a few others....

- NCAP (Northwest Coalition for Alternatives to Pesticides) - Journal of Pesticide Reform (Caroline Cox - editor)
  - "Ten Reasons To Not Use Roundup"
  1) Glyphosate can be persistent
  2) Glyphosate can drift
  3) Glyphosate is acutely toxic to humans
  4) Glyphosate has shown a wide spectrum of chronic toxicity in laboratory tests
  5) Roundup contains toxic trade secret ingredients
  6) Roundup kills beneficial insects
  7) Glyphosate is harzardous to earthworms
  8) Roundup inhibits mycorrihizal fungi
  9) Glyphosate reduces nitrogen fixation
     10) Glyphosate can increase the spread of severity of plant diseases
- Alleged association of glyphosate exposure with miscarriages, premature births and non-Hodgkins Lymphoma
- Alleged endocrine disrupting effects of Roundup
- Alleged effects of Roundup on amphibians from overwater spraying in Australia
- Requirement for NPDES permits for aquatic applications in California
- Concern for surfactant toxicity to aquatic organisms

Confidential - Produced Subject to Protective Order

- Concern for effects of glyphosate on aquatic plants

Third Party Scientists -

Dr. Len Ritter
Dr. Frank Dost
Dr. Keith Solomon
Dr. John Geisy

Confidential - Produced Subject to Protective Order					MONGLY00885225