# EXHIBIT 114

Message

| | |
|---|---|
| From: | AHLERS, ERIN M [AG/1000] [/O=MONSANTO/OU=NA-1630-01/CN=RECIPIENTS/CN=172788] |
| Sent: | 6/5/2013 7:16:02 PM |
| To: | HONEGGER, JOY L [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=58040]; ADAMS, STEPHEN A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=113797] |
| Subject: | RE: Funding for analyses |

Well, when Steve Adams sent me the invoice, I forwarded that very day.  Unfortunately, I forwarded BACK to Steve ADAMS instead of TO Steve DULLE.

So it is in the right place now and you can reply to Solomon that it is in the process of being paid.

**From:** HONEGGER, JOY L [AG/1000]
**Sent:** Wednesday, June 05, 2013 10:38 AM
**To:** AHLERS, ERIN M [AG/1000]; ADAMS, STEPHEN A [AG/1000]
**Subject:** FW: Funding for analyses

Erin and Steve,

What is the status of payment for Keith Solomon?  See below.

Thanks,

Joy

**From:** Keith Solomon [mailto:███]
**Sent:** Wednesday, June 05, 2013 6:49 AM
**To:** HONEGGER, JOY L [AG/1000]
**Cc:** Sandra Solomon
**Subject:** Funding for analyses

Confidential - Produced Subject to Protective Order

Joy,

I have not heard further news regarding the repayment of the contribution agreement with Fisheries and Oceans Canada for the analysis of POEA.

Our financial year-end is July and we would like to have all payments in before that time.

Would be grateful if you could update us on the status of the payment.

Keith

--
Keith Solomon, Ph.D., Fellow ATS, Prof. Emeritus (UofG)
Centre for Toxicology, School of Environmental Sciences
University of Guelph,
Guelph, ON, N1G 2W1, Canada

Confidential - Produced Subject to Protective Order                                                                                         MONGLY04234808