# EXHIBIT 118



**Michael J. Miller** – VA, MD, DC, PA
**Nancy Guy Miller** – MS
**Bruce D. Burtoff, M.D., J.D.** – VA, DC, FL, MS
**David J. Dickens** – VA, DC
**Jeffrey Travers** – VA
**Tayjes Shah** – PA, NJ
**Timothy Litzenburg** – VA
**Curtis G. Hoke** – CA
**Jeff T. Seldomridge** – VA
**Adam R. Alb** – MO
**Shayne K. Hodge** – NJ, VA

**The Sherman Building**
**108 Railroad Avenue**
**Orange, Virginia 22960**

**Nancy Leftwich, R.N.**
**Elisa A Dickson, RN, BSN, MS**
Website: Millerfirmllc.com
Telephone: **(540) 672-4224**
**(866) 529-3323**
Facsimile: **(540) 672-3055**

December 12, 2016

**VIA ELECTRONIC MAIL**

Rosemary Stewart, Esquire
James Sullivan, Esquire
Hollingsworth, LLP
1350 I Street, NW
Washington DC 20005

Re:  **Kennedy v. Monsanto, Meet and Confer on Discovery Issues**

Dear Rosemary and Jim,

We had previously requested all studies relating to the carcinogenicity of Roundup®. However, the documents submitted thus far have omitted a number of third-party study reports. The studies listed below were reviewed by Monsanto employee David Saltmiras and summaries were published in Greim 2015. We request that you provide the full study reports. In addition to the chart below, please provide the translated reports for the TAC consortium studies, HR-95053 "Oral Feeding Combined Chronic Toxicity/Carcinogenicity Study in Rats with AK-01 (Glyphosate) Technical; and HR-95056 "Oral Feeding Carcinogenicity Study in Mice with AK-01 (Glyphosate) Technical."  We would ask that you provide these study reports by December 30, 2016.

| Greim et al. Reference | EPA Reference | MRID number |
|---|---|---|
| Study 3 (Cheminova 1993a) | Atkinson et al., 1993a | MRID 496317023 |
| Study 4 (Feinchemi Schwebda 1996) | Suresh 1996 | MRID 49987401 |
| Study 5 (Excel 1997) | na | na |
| Study 6 (Arysta Life Sciences 1997b) | Enemoto 1997 | MRID 50017103-50017105 |
| Study 7 (Syngenta 2001) | Brammer 2001 | MRID 49704601 |
| Study 8 (Nufarm 2009b) | Wood, et al. 2009a | MRID 49957404 |
| Study 9 (Chruscielska et al. 2000a) | Chruscielska et al., (2000) | na |
| Study 11 (Cheminova 1993b) | Atkinson et al., 1993b | MRID 49631702 |
| Study 12 (Arysta Life Sciences 1997a) | Sugimoto 1997 | MRID 50017108 - 50017109 |
| Study 13 (Feinchemie Schwebda 2001) | Kumar 2001 | MRID 49987403 |

December 12, 2016
Page 2

| Study 14 (Nufarm 2009a) | Wood, et al. 2009b | MRID 49957402 |

Very truly yours,

THE MILLER FIRM, LLC

/s/ Michael J. Miller

Michael J. Miller

: