# EXHIBIT 119

**From:** Stewart, Rosemary [mailto:RStewart@Hollingsworthllp.com]
**Sent:** Friday, December 30, 2016 9:13 AM
**To:** Jeffrey Travers
**Cc:** rgreenwald@weitzlux.com; Aimee H. Wagstaff (aimee.wagstaff@andruswagstaff.com); Michael Miller; Sullivan, James
**Subject:** RE: Letter Re Rodent Carcinogenicity Studies

Jeffrey, *et al.*

I am responding to Michael Miller's letter dated December 12, 2016 (copy above).

1. First, the letter requests copies of 11 listed animal carcinogenicity studies prepared by or for companies other than Monsanto Company. We did not produce these studies as part of the defendant's document productions because Monsanto Company does not have copies of them. It is my understanding that Monsanto employee David Saltmiras was given access only to certain limited information from those studies when he worked on the 2015 article with Dr. Greim and others.

2. Second, the December 12 letter requests that English-translated reports be provided for two rodent carcinogenicity studies prepared by Japanese scientists. Monsanto also does not have copies of these two studies. However, we did produce what appears to be an English version of part of one of those studies, identified as H-95053, prepared by Nippon Experimental Medical Research Institute in 1999. *See* MONGLY 01281135 – 01281397. And in Japanese text, we produced what appears to be the summary text and table of contents only for that same study. *See* MONGLY 02591218 – 02591263. With respect to that 1999 study, H-95053, we also produced a 2013 review of the study. *See* MONGLY 01280739 – 1281042.

Rosemary



**Rosemary Stewart**

Partner

D 202.898.5888 | RStewart@Hollingsworthllp.com

1350 I Street NW | Washington, DC 20005

www.hollingsworthllp.com

---

**From:** Jeffrey Travers [mailto:JTravers@millerfirmllc.com]
**Sent:** Monday, December 12, 2016 2:09 PM
**To:** Stewart, Rosemary; Sullivan, James
**Cc:** rgreenwald@weitzlux.com; Aimee H. Wagstaff (aimee.wagstaff@andruswagstaff.com); Michael Miller
**Subject:** Letter Re Rodent Carcinogenicity Studies

Rosemary and Jim,

   Please find the attached letter from Michael Miller regarding missing rodent carcinogenicity studies.

Jeffrey A. Travers, Esq.

The Miller Firm, LLC

108 Railroad Avenue

Orange, VA 22960

Ph: (540) 672-4224

Fax: (540) 672-3055

---

**Total Control Panel**                                                                 Login

To: jtravers@millerfirmllc.com       Remove this sender from my allow list

From:
rstewart@hollingsworthllp.com

*You received this message because the sender is on your allow list.*

This electronic message contains information from the law firm of
Hollingsworth LLP, which may be confidential or privileged. The
information is for the use of the individual or entity named above. If
you are not the intended recipient, be aware that any disclosure,
copying, distribution or use of the contents of this message is

prohibited.  If you have received this electronic transmission in
error, please notify us immediately at (202) 898-5800.