# EXHIBIT 123

**To:** Goodis, Michael[ ]
**From:** Rowland, Jess
**Sent:** Fri 5/22/2015 11:20:49 AM
**Subject:** RE: Bilateral EPA EFSA cooperation on pesticides

Hi

Yes; tell them it is "THE Just Remarkable"

Ru back or r u still sightseeing in Paris!!

JR

Jess Rowland,

Deputy Director
Health Effects Division

**From:** Goodis, Michael
**Sent:** Friday, May 22, 2015 7:19 AM
**To:** Rowland, Jess
**Subject:** Re: Bilateral EPA EFSA cooperation on pesticides

Jess

I was approached by EFSA about glyphosate. They are planning to issue a review including a cancer classification in Aug. They are saying they will disagree with IARC and will be more in line with us, and would like a point of contact within OPP as it leads up to that. Would that be you? I expect an email request for this in the coming days. Mike

**From:** Rowland, Jess
**Sent:** Tuesday, May 12, 2015 1:20:07 PM
**To:** Goodis, Michael
**Subject:** RE: Bilateral EPA EFSA cooperation on pesticides

Hi Mike

I don't have a summary of the IARC's conclusion other than the attached Lance publication which basically summarizes the IARC meeting conclusions.

I don't have any information on EFSA's position on glyphosate. I searched their web and did not locate any document on glyphosate carcinogenicity.

HED's CARC is scheduled to review all available epidemiological and animal data and IARC's decision logic on June 24th for inclusion into the July PRA.

Hope this helps

JR

Jess Rowland,

Deputy Director
Health Effects Division

**From:** Goodis, Michael
**Sent:** Monday, May 11, 2015 1:10 PM
**To:** Rowland, Jess
**Subject:** FW: Bilateral EPA EFSA cooperation on pesticides

Jess

See below…I've been asked to meet with EFSA to discuss a handful of items including the IARC classification for glyphosate.