1  Aimee Wagstaff, SBN 278480
   aimee.wagstaff@andruswagstaff.com
2  Andrus Wagstaff, PC
   7171 West Alaska Drive
3  Lakewood, CO  80226
   Telephone: (303) 376-6360
4  Facsimile:  (303) 376-6361

5  *Attorneys for Plaintiffs*

6                    **UNITED STATES DISTRICT COURT**

7                    **NORTHERN DISTRICT OF CALIFORNIA**

8                         **SAN FRANCISCO DIVISION**

9

10 | **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
11 | | Case No.  16-md-02741 |
12 | This Document Relates To All Actions | **PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

15     Plaintiffs respectfully request that an order be granted to remove Docket Nos. 648-27,

16 751-3, and 654-11 from the docket on the grounds that a portion of each document was

17 incorrectly filed. Docket Nos. 648-27 and 654-11 contain contact information that should have

18 been redacted. Pursuant to Local Rule 79-5, when electronically filed, Plaintiffs inadvertently

19 included pages 79-118 of Docket No. 651-3 in the public version of the filed document. This

20 document should have been lodged under seal.

22     On October 27, 2017, Plaintiffs inadvertently e-filed incorrect exhibits to Docket nos.

23 648-27, 651-3, and 654-11. Counsel for Monsanto Company contacted Plaintiffs on October 30,

24 2017, and Plaintiffs immediately contacted the ECF Helpdesk and the documents were locked.

25     Because a portion of the exhibits were inadvertently filed as part of the ECF system and

26 should have, instead, been redacted and/or lodged under seal pending the Court's determination

- 1 -

PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
3:16-md-02741-VC

of the administrative motion under 79-5, Plaintiffs respectfully request that Docket Nos. 648-27, 651-3, and 654-11 be permanently deleted from the docket.

Dated:  November 1, 2017

*/s/ Aimee Wagstaff*
Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

*Co-Lead Plaintiffs' Counsel
For MDL 2741*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record. .

DATED: November 1, 2017        */s/ Aimee Wagstaff*
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

- 3 -
PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
3:16-md-02741-VC