**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No. 16-md-02741 |
| This Document Relates To All Actions | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

Plaintiffs' Motion to Remove Incorrectly Filed Documents was presented to the Court. Upon consideration of the Motion, the Court finds there is good cause to remove Docket Nos. 648-27, 651-3, and 654-11 from the record.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Remove Incorrectly Filed Documents is GRANTED and Docket Nos. 648-27, 651-3 and 654-11 are permanently deleted from the Court's docket.

Dated:_____

Hon. Vince Chhabria
Judge of the United States District Court