Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No. 16-md-02741 |
| This Document Relates To All Actions | **WAGSTAFF DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

I, Aimee H. Wagstaff, declare:

1. I am a member of the executive committee of MDL 2741. I make this declaration in support of Plaintiffs' Motion to Remove Incorrectly Filed Documents filed on November 1, 2017. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On October 27, 2017, Plaintiffs filed their Response in Opposition to Monsanto Company's *Daubert* and Summary Judgment Motion (ECF No. 647) and Exhibits related thereto, including ECF Nos. 648-27 and 654-11, which contained contact information that should have been redacted, and ECF No. 651-3, which should have been lodged under seal.

3. Counsel for Monsanto Company contacted Plaintiffs on October 30, 2017, and Plaintiffs immediately contacted the ECF Helpdesk and the documents were locked.

I declare under penalty of perjury under the laws of the United States that the foregoing is

- 1 -

1 | true and correct to the best of my knowledge and belief.

2 |     Executed this 1ˢᵗ day of November, 2017.

3

4 |                       */s/ Aimee H. Wagstaff*

5 |                       Aimee H. Wagstaff

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record. .

DATED: November 1, 2017

*/s/ Aimee Wagstaff*
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

WAGSTAFF DECL. IN SUPPORT OF PLAINTIFFS' MOTION TO REMOVE
INCORRECTLY FILED DOCUMENTS
3:16-md-02741-VC