Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No.  16-md-02741 |
| This Document Relates To All Actions | **PLAINTIFFS' NOTICE OF LODGMENT OF *CORRECTED* EXHIBIT NOS. 27 AND 88 TO THE DECLARATION OF AIMEE H. WAGSTAFF, ECF NO. 648** |

PLEASE TAKE NOTICE that *Corrected* Exhibit No. 27, ECF No. 648-27, and Exhibit No. 88, ECF No. 654-11, to the Declaration of Aimee H. Wagstaff in Support of Plaintiffs' Memorandum of Law in Opposition to Monsanto Company's *Daubert* and Summary Judgment Motion and in Support of Plaintiffs' *Daubert* Motion, ECF No. 648, are being lodged with the Court on November 1, 2017. These exhibits were missing redactions and were inadvertently filed on October 27, 2017.

DATED: November 1, 2017          Respectfully submitted,

*/s/ Aimee H. Wagstaff*
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record. .

DATED: November 1, 2017

/s/ Aimee Wagstaff
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361