# EXHIBIT 88

**TNO Nutrition and Food Research**

Nederlandse Organisatie voor toegepast-natuurwetenschappelijk onderzoek / Netherlands Organisation for Applied Scientific Research

*Fax message*



| | | |
|---|---|---|
| To | Dr. Fabrice Broeckaert | Zeist |
| | | Utrechtseweg 48 |
| | Monsanto Europe SA-NV | P.O. Box 360 |
| | | 3704 HE |
| Fax | ██████████ | the Netherlands |
| | | www.tno.nl |
| From | Johan van Burgsteden | T +31 30-694 41 44 |
| | | f +31 30-695 72 24 |
| | TNO Nutrition and Food Research | |
| E-Mail | ██████████ | |
| Direct number | ██████████ | |
| Direct fax | ██████████ | |
| Subject | Study 4478, Unaudited draft report | |
| Date | 14 June 2002 | |
| Our reference | - | |
| Copy to | - | If you have not received all pages, |
| Number of pages | 36 | please call us |

Dear Fabrice,

Please find herewith the unaudited draft report V4478, entitled *"In vitro* percutaneous absorption study with [14C]glyphosate using viable rat skin membranes".

Best wishes,
Johan van Burgsteden
Study director

Confidential - Produced Subject to Protective Order

MONGLY00888353

**TNO Nutrition and Food Research**



Nederlandse Organisatie voor toegepast-natuurwetenschappelijk onderzoek/Netherlands Organisation for Applied Scientific Research

Location Zeist
Utrechtseweg 48
P.O. Box 360
3700 AJ Zeist
The Netherlands

**TNO report**

**V 4478**

*In vitro* **percutaneous absorption study with [14C]glyphosate using viable rat skin membranes**

www.tno.nl

T +31 30 694 41 44
F +31 30 695 72 24

| | |
|---|---|
| Date | 14 June 2002 |
| Authors | Drs. J.A. van Burgsteden |
| At request of | Monsanto Europe S.A.<br>Tervuren Avenue 270-272<br>B-1150 Brussels<br>Belgium |
| TNO Project number | 010.45110 |
| TNO Study number | 4478 |
| Sponsor Study code | - |
| Status report | Unaudited draft report |
| Previous version | - |
| Number of pages | 35 |
| Number of tables | 3 |
| Number of appendices | 6 |

All rights reserved.
No part of this publication may be reproduced and/or published by print, photoprint, microfilm or any other means without the previous written consent of TNO.

In case this report was drafted on instructions, the rights and obligations of contracting parties are subject to either the Standard Conditions for Research Instructions given to TNO, or the relevant agreement concluded between the contracting parties. Submitting the report for inspection to parties who have a direct interest is permitted.

© 2002 TNO

MONGLY00888354

TNO report
Case 3:16-md-02741-VC  Document 652-1  Filed 10/28/17  Page 4 of 37
V4478 - Unaudited draft report
14 June 2002

Page 2 of 35

# Summary

1. The herbicide glyphosphate in the formulations MON 35012 and MON 0139 70% was examined for *in vitro* percutaneous absorption through viable rat skin membranes Both the concentrated formulation and the field dilution were tested (6.249 and 0.080 mg glyphosphate per cm$^2$, respectively for MON 35012 and 6.343 and 0.080 mg glyphosphate per cm$^2$, respectively for MON 0139 70%). After 8 h of exposure, the test substance was removed from the application site, and samples of the receptor fluid were collected for an additional 40 h.

2. Fourty-eight hours after application of concentrated MON 35012, $10.3 \pm 4.2$ % of the dose glyphosphate had penetrated through rat skin membranes. When MON 35012 was applied as field dilution, the relative penetration of glyphosphate was $2.6 \pm 1.4$ % after 48 h. For MON 0139 70% these values were $1.3 \pm 1.9$ % for the concentrate and $1.4 \pm 2.2$ % for the field dilution. The mean flux constants were 35.6 $\mu g.cm^{-2}.h^{-1}$ (MON 35012 concentrate), 0.127 $\mu g.cm^{-2}.h^{-1}$ (MON 35012 field dilution), 2.01 $\mu g.cm^{-2}.h^{-1}$ (MON 0139 70% concentrate) and 0.100$\mu g.cm^{-2}.h^{-1}$ (MON 0139 70% field dilution). The mean Kp values were $0.089 \times 10^{-3}$ cm/h (MON 35012 concentrate), $0.025 \times 10^{-3}$ cm/h (MON 35012 field dilution), $0.005 \times 10^{-3}$ cm/h (MON 0139 70% concentrate) and $0.019 \times 10^{-3}$ cm/h (MON 0139 70% field dilution).

3. At the end of the 8-h exposure period, 117.5 % (MON 35012 concentrate), 45.6 % (MON 35012 field dilution), 123.3 % (MON 0139 70% concentrate) and 80.0 % (MON 0139 70% field dilution) of the applied dose glyphosphate could still be removed from the application site with cotton swabs. At the end of the study (48 h after application of the test compound), 4.7 % (MON 35012 concentrate), 23.1 % (MON 35012 field dilution), 2.4 % (MON 0139 70% concentrate) and 2.3 % (MON 0139 70% field dilution) of the applied dose glyphosphate was still present in the skin membranes. At the end of the study (48 hours after application of the test compound), the mass balance was found to be very variable: 132.4 %, 73.4 %, 128.2 % and 82.6 % for MON 35012 concentrate, MON 35012 field dilution, MON 0139 70% concentrate and MON 0139 70% field dilution, respectively.

4. Testosterone was used as a reference compound in this study. The penetration data were in good agreement to the historical data of our laboratory.

5. In conclusion, an 8-hours exposure resulted in a penetration of *ca.* 10 % (MON 35012 concentrate), *ca.* 2.6 % (MON 35012 field dilution), *ca.* 1.3 % (MON 0139 70% concentrate) and *ca.* 1.4 % (MON 0139 70% field dilution) over a period of 48 h in viable rat skin membranes.

Confidential - Produced Subject to Protective Order

# Contents

Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Statement of GLP compliance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Quality Assurance Statement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

GLP compliance monitoring unit statement . . . . . . . . . . . . . . . . . . . . . 7

Testing facility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Contributors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

2   Experimental . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
    2.1         Test substances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
    2.2         Time schedule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    2.3         Source of rat skin . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    2.4         Two-compartment model . . . . . . . . . . . . . . . . . . . . . . . 13
    2.5         Experimental design . . . . . . . . . . . . . . . . . . . . . . . . . . 13
    2.6         Assessment of membrane integrity . . . . . . . . . . . . . . . . . 14
    2.7         Assessment of percutaneous absorption of glyphosphate . . 14
    2.8         Determination of mass balance . . . . . . . . . . . . . . . . . . . 15
    2.9         Determination of radioactivity . . . . . . . . . . . . . . . . . . . . 15
    2.10        Determination of auroradiography . . . . . . . . . . . . . . . . . . 15
    2.11        Calculations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
    2.12        Retention of records, samples and specimens . . . . . . . . . . 16
    2.13        Deviations of the protocol . . . . . . . . . . . . . . . . . . . . . . . 16

3   Results . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
    3.1         Integrity of skin membranes . . . . . . . . . . . . . . . . . . . . . 17
    3.2         Percutaneous absorption of glyphophate . . . . . . . . . . . . . 17
    3.3         Percutaneous absorption of reference compound . . . . . . . . 19
    3.4         Micro autoradiography . . . . . . . . . . . . . . . . . . . . . . . . . 19

4   Discussion and conclusions . . . . . . . . . . . . . . . . . . . . . . . . . . 20

5   References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Appendices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

Confidential - Produced Subject to Protective Order

MONGLY00888356

## Statement of GLP compliance

We, the undersigned, hereby declare that this report constitutes a true and complete representation of the procedures followed and of the results obtained in this study by TNO Nutrition and Food Research, and that the study was carried out under our supervision. The study was carried out in accordance with the OECD Principles of Good Laboratory Practice.

Drs. J.A. van Burgsteden
(Study director)

_____
Date

Dr. J.P. Groten
(Management)

_____
Date

Confidential - Produced Subject to Protective Order

MONGLY00888357

# Quality Assurance Statement

On:  *In vitro* percutaneous absorption study with
[14C]glyphosphate using viable rat skin membranes

Report Number:  V4478

Date :  14 June 2002

The protocol was inspected as follows:

Date of inspection:  Date of report:
14 March 2002  14 March 2002

The experimental phase of this study was inspected by the Quality Assurance Unit of TNO Nutrition and Food Research Institute as follows:

Date of inspection:  Date of report:
14 March 2002  14 March 2002

This report was audited as follows:

Dates of audit:  Date of report:

I, the undersigned, hereby declare that this report provides an accurate record of the procedures employed and the results obtained in this study; all inspections were reported to the study director and the management on the dates indicated.

Drs. M.C.T.J. Meeuwsen  Date:
(Quality Assurance Unit)

Confidential - Produced Subject to Protective Order

# GLP compliance monitoring unit statement



## ENDORSEMENT OF COMPLIANCE

### WITH THE OECD PRINCIPLES OF
### GOOD LABORATORY PRACTICE

Pursuant to the Netherlands GLP Compliance Monitoring Programme and according to Directive 88/320/EEC the conformity with the OECD Principles of GLP was assessed on 22-26 November 1999 at

TNO Nutrition and Food Research Institute
Utrechtseweg 48
P.O. Box 360
3700 AJ Zeist

It is herewith confirmed that the afore-mentioned test facility is currently operating in compliance with the OECD Principles of Good Laboratory Practice in the following areas of expertise: Toxicity and Mutagenicity studies, and studies on Metabolism and Kinetics.

The Hague, 23 December 1999

Th. Helder, DVM
GLP Compliance Monitoring Unit

Inspectorate for Health Protection, Commodities and Veterinary Public Health
Ministry of Health, Welfare and Sport

## Testing facility

The study was conducted by:
  TNO Nutrition and Food Research
  Department of Biomolecular Sciences
  P.O. Box 360, 3700 AJ ZEIST, the Netherlands
  Telephone +31 30 69 44 144
  Telefax +31 30 69 57 224
  Visitors address: Utrechtseweg 48, Zeist, the Netherlands

This unit is operating in full compliance with the OECD GLP principles.

## Contributors

Study director                    . Drs. J.A. van Burgsteden[1]
Deputy study director             : Dr. J.J.M. van de Sandt
Management                        : Dr. J.P. Groten

---

[1] Department of Biomolecular Sciences

Confidential - Produced Subject to Protective Order

MONGLY00888360

# 1    Introduction

At the request of Monsanto Europe S.A. (Louvain-la-Neuve, Belgium), the herbicide glyphosphate was examined in two formulations (MON 35012 and MON 0139 70 %) for *in vitro* percutaneous absorption through viable rat skin membranes. Both the concentrated formulation and the formulation suspended in water (81 times for MON 35012 and 82 times for MON 0139 70 %) in order to obtain the field dilution were tested. Testosterone was used as a reference compound with known *in vitro* absorption characteristics. The study outline was based on the draft OECD guideline for the testing of chemicals (skin absorption. *in vitro* method, Draft Guideline 428, December 2000), the ECETOC recommendations (1993) and the report of ECVAM workshop 13 (1996). The study was conducted according to the OECD Principles of Good Laboratory Practice (1997).

Confidential - Produced Subject to Protective Order

# 2  Experimental

## 2.1  Test substances

### 2.1.1  Non-radiolabeled formulations

| | |
|---|---|
| Name | : MON 35012 |
| Product category | : herbicide |
| Active ingredient | : glyphosphate; CAS no. 38641-94-0 |
| Molecular formula | : $C_3H_8NO_5P$ |
| Log $K_{ow}$ of active ingredient | : -4.1 |
| MW of active ingredient | : 228.2 |
| Appearance of formulation | : yellow to amber liquid |
| Composition of formulation | : Isopropylamine salt of glyphosphate (ca. 46 % w/w) |
| | Surfactant Cocoamine (ca. 18 % w/w) |
| | water and minor formulating ingredients (ca. 35.5 % (w/w) |
| Density | : 1.1604 g/mL (at 20°C) |
| Glyphosphate content | : 399.6 g/L (see appendix 1) |
| Batch number | : A1C1607105 |
| Arrival date | : 16 January 2002 |
| Expiration date | : 22 March 2003 |
| Storage | : ambient temperature |
| Supplier | : Monsanto Europe S.A. |
| TNO reference no. | : 020030 |

| | |
|---|---|
| Name | : MON 0139 70 % |
| Product category | : herbicide |
| Active ingredient | : glyphosphate; CAS no. 38641-94-0 |
| Molecular formula | : $C_3H_8NO_5P$ |
| Log $K_{ow}$ of active ingredient | : -4.1 |
| MW of active ingredient | : 228.2 |
| Appearance of formulation | : Clear liquid |
| Composition of formulation | : Isopropylamine salt of glyphosphate (ca. 62 % w/w) |
| | Inert ingredients (ca. 38 %) |
| Density | : 1.1782 g/mL (at 20°C) |
| Glyphosphate content | : 405.5 g/L (see appendix 1) |
| Batch number | : MVH32/6780138 |
| Arrival date | : 16 January 2002 |
| Expiration date | : 15 January 2004 |
| Storage | : ambient temperature |
| Supplier | : Monsanto Europe S.A. |
| TNO reference no. | : 020032 |

Confidential - Produced Subject to Protective Order

### 2.1.2  Radiolabeled glyphosphate

| | |
|---|---|
| Name for the report | : [$^{14}$C]glyphosphate |
| Specific activity | : 26.0 mCi/mmole |
| Batch number | : 2010-05-5 |
| Arrival date | : 24 January 2002 |
| Expiration date | : 2 October 2002 |
| Storage | : <-18°C |
| Supplier | : Monsanto Company, St. Louis, MO |
| TNO reference no. | : 595 |
| (Radioactive materials) | |

### 2.1.3  Reference compounds

| | |
|---|---|
| Radiolabeled water | : [$^3$H]H$_2$O |
| Molecular weight | : 18.0 |
| Specific Activity | : 37 0 MBq/g |
| Purity | : not determined |
| Appearance | : clear liquid |
| Lot no. | : 3249-399 |
| Storage conditions | : 2-10 °C |
| Arrival date | : 19 February, 2001 |
| Expiration date | : 19 February, 2003 |
| Supplier | : NEN™ Life Science Products |
| TNO internal reference no. | : 534 |
| (Radioactive materials) | |

| | |
|---|---|
| Name of the test substance | : Testosterone |
| Chemical name | : 4-androsten-17β-ol-3-one |
| Molecular weight | : 288.4 |
| Log Po/w | : 3.31 |
| Batch no. | : H234 |
| Purity | : 98.4 % |
| CAS. reg. no. | : 58-22-0 |
| Storage conditions | : 2-10 °C |
| Arrival date | : 7 January 2000 |
| Expiration date | : December 2004 |
| Supplier | : Steraloids Inc. (Newport R.I, USA) |
| TNO internal reference no. | : 990365 |

Confidential - Produced Subject to Protective Order

MONGLY00888363

| Radiolabeled testosterone | : [4-$^{14}$C]testosterone |
| Specific Activity | : 1.983 GBq/mmol |
| Purity | : > 97 % |
| Lot no. | : 3379017 |
| Appearance | : clear liquid (ethanol solution) |
| Storage conditions | : 2-10 ºC |
| Supplier | : NEN™ Life Science Products |
| Arrival date | : 5 February, 2002 |
| Expiration date | : 5 February, 2007 |
| TNO internal reference no. (Radioactive materials) | : 597 |

### 2.1.4    Dose solutions

The dose solution of group RA was prepared by adding radiolabeled glyphosphate to the MON 35012 formulation to yield a radioactive concentration of 2.25 MBq/mL. For group RB, radiolabeled glyphosphate was added to the MON 35012 formulation which was suspended in water 81 times, yielding a radioactive concentration of 1.02 MBq/mL.
The dose solution of group RC was prepared by adding radiolabeled glyphosphate to the MON 0139 70% formulation to yield a radioactive concentration of 2.52 MBq/mL. For group RD, radiolabeled glyphosphate was added to the MON 0139 70% formulation which was suspended in water 82 times, yielding a radioactive concentration of 1.06 MBq/mL.
The dose solution of the reference compound (group RE) was prepared by dissolving non-radiolabeled testosterone and [4-$^{14}$C]testosterone in ethanol to yield a concentration of 2.45 MBq/ml. Total radioactivity of the dosing solutions was determined in three mock dosings prior to and after the application to the skin membranes.

## 2.2    Time schedule

The experimental phase of the study was performed between 12 March and 15 March 2002. Radioactive measurements took place until 25 March 2002.

## 2.3    Source of rat skin

Rat skin was obtained on 12 March 2002 from four male Wistar rats of 7 weeks old (Charles River, Germany). The dorsal and flank skin of the animals was clipped free of fur by means of electric clippers. The culture of rat skin took place immediately after sacrifice of the animals.

Confidential - Produced Subject to Protective Order

## 2.4    Two-compartment model

Skin membranes of $0.84 \pm 0.07$ mm thickness were cultured in a two-compartment model as described by Van de Sandt et al. (1993; 2000). Briefly, sterile glass rings (internal area of ca. 0.64 cm²) were glued to the skin membranes using cyanoacrylate-based glue. Skin membranes were washed three times for 15 min in medium supplemented with bactericides and fungicides to prevent biological contamination. The skin membranes were then carefully transferred into 6-well plates on a Netwell insert (500 µm mesh), which allows contact of the receptor fluid to the dermal side of the skin, while the stratum corneum remains exposed to the air. The 6-well plates were placed in a humidified incubator gassed with 5% $CO_2$ and 40% $O_2$ at 32 °C. To obtain a homogeneous distribution of the receptor fluid the 6-well plates were rocked on a platform ca. 9 times per minute. The receptor fluid (total volume 1.2 ml) consisted of a mixture of DMEM and HAM F12 culture medium (3:1) supplemented with EGF (10 µg/L), hydro-cortisone (400 µg/L), gentamicin (50 mg/L) and Foetal Calf Serum (10 %. v/v).

## 2.5    Experimental design

The study was conducted according to protocol P4478 entitled "Protocol for an in vitro percutaneous absorption study with [¹⁴C]glyphosphate using viable human and rat skin membranes", approved by the Study Director on 8 February, 2002 and by the sponsor on 18 February, 2002.

Integrity of the skin membranes was assessed by determining the permeability coefficient (Kp) of tritiated water. Subsequently, MON 35012 and MON 0139 70% were applied topically to the membranes as concentrate and as field dilution. Testosterone was used as reference substance. In all groups, samples of the receptor fluid were collected up to 48 hours.

Confidential - Produced Subject to Protective Order

The overall study design was as follows:

| Group | Group size | Test substance | Formulation | Exposure time | Concentration (mg/ml) | Dose a.i [a] (mg/cm²) |
|-------|-----------|----------------|-------------|---------------|----------------------|----------------------|
| RA | 6 | Glyphosphate | MON 35012 (concentrate) | 8 h | 400.0 | 6.250 |
| RB | 6 | Glyphosphate | MON 35012 (field dilution) | 8 h | 5.12 | 0.080 |
| RC | 6 | Glyphosphate | MON 0139 70% (concentrate) | 8 h | 405.9 | 6.343 |
| RD | 6 | Glyphosphate | MON 0139 70% (field dilution) | 8 h | 5.12 | 0.080 |
| RE | 6 | Testosterone | ethanol[b] | 48 h | 1.06 | 0.0165 |

[a] 10 µl of the test samples was applied on a skin surface of ca. 0.64 cm²
[b] ethanol was carefully evaporated using compressed air

## 2.6 Assessment of membrane integrity

After an equilibration period of approximately 1 h, the inner side of the glass ring was dried with a sterile gauze swab and 200 µl saline containing tritium water (16.7 kBq/ml) was applied in each glass ring. The rings were covered with a glass cover. Samples of receptor fluid (200 µl) were collected at 1.0, 2.0 and 3.0 h after application. Subsequently, tritium water remaining at the application site was removed with a sterile gauze swab.

## 2.7 Assessment of percutaneous absorption of glyphosphate

Skin membranes with a permeability coefficient (Kp) of less than $3.5 \times 10^{-3}$ cm/h for tritiated water were used. In all test groups, 10 µl of the test solution was applied in the glass rings (0.64 cm²). After 8 h of exposure (groups RA, RB, RC and RD) the test compound was removed from the application site with 6 cotton swabs soaked in 3 % aqueous Teepol solution. In all test groups samples of receptor fluid (500 µl) were collected at 1, 2, 4, 6, 8, 10, 20, 24, 28, 44 and 48 h after application of the test compounds. Directly after each sampling the original volume of the receptor fluid was restored by adding 500 µl fresh receptor fluid to each well.

Confidential - Produced Subject to Protective Order

## 2.8 Determination of mass balance

At the end of the experiment, the recovery of the applied test compounds was determined in four of the six skin membranes per test group. The fifth and sixth skin membrane of each test group were cut in half and fixed in 4% buffered formaldehyde (one half) or embedded in TissueTek and frozen on dry ice (second half) for microscopic evaluation (see section 2.10). In all membranes, the remaining test compound was removed from the application site with 6 cotton swabs soaked in 3 % aqueous Teepol solution. This procedure was performed after 8 h of exposure (groups A, B, C and D) or after 48 h of exposure (group E). After 48 h of exposure, the skin membranes of all three groups were digested in 5 ml 1.5 M KOH in 20% ethanol. The receptor fluid was collected and the wells were washed two times with 1.0 ml ethanol. Total radioactivity was determined in all compartments separately (receptor compartment, skin tissue and dislodged fractions).

## 2.9 Determination of radioactivity

The radioactivity was determined as DPM, using a LKB/Wallac S1409 scintillation counter. The amount of radioactivity was determined in (aliquots of) the mock dosing samples, the collected receptor fluid samples, the washing fractions and the digested skin. Ultima Gold scintillation liquid (Packard) was added to the samples of the receptor fluid (4 ml per sample), the cotton swabs (4 ml per sample), the washing fractions (15 ml per sample) and samples of the mock dosing samples (4 ml per sample). For the determination of radioactivity in digested skin membranes, 15 ml Hionic-Fluor scintillation liquid (Packard) was added to an aliquot of each digested skin membrane.

## 2.10 Determination of auroradiography

In two of six membranes per test group, the distribution of the test compound was assessed qualitatively by autoradiography at the end of the study. After removing the remaining test compound from the application site with 6 cotton swabs soaked in 3 % aqueous Teepol solution, the membranes were cut in half and fixed in 4% buffered formaldehyde (one half) or embedded in TissueTek and frozen on dry ice (second half) for microscopic evaluation. The parts of the membranes that were fixed in 4% buffered formalin were processed for embedding in paraffin. Both the fixed and frozen parts of the membranes were sectioned, covered with photographic emulsion for one and two weeks and developed. Hereafter, the sections were stained with haematoxylin and eosin for microscopic evaluation.

Confidential - Produced Subject to Protective Order

### 2.11    Calculations

- The cumulative penetration of the applied test substances was calculated from the 500 µl receptor fluid samples by the following equation:

  Cumulative $dpm_T$ = (2.4 x $dpm_T$(500µl) + $\Sigma(dpm_{T-1}$(500µl)..$dpm_1$(500µl))

  | $dpm_T$ | : radioactivity at sampling time T |
  | $dpm_{T-1}$ | : radioactivity at the sampling time preceding T |
  | $dpm_1$ | : radioactivity at the first sampling time |

  The cumulative penetration [DPM] was transformed to the cumulative penetration [µg/cm²] using the following equation:

  (cumulative penetration [DPM]/applied dose of [ring-U-¹⁴C]chlorpropham [DPM]) * applied dose of chlorpropham [µg/cm²]

- The flux constant [µg.cm⁻².h⁻¹] was calculated from the linear portion of the cumulative penetration curve, using the program Microsoft Excell 97 SR.

- Lag time [h] was obtained by extrapolating the linear portion of the cumulative penetration curves to the x-axis, using the program Microsoft Excell 97 SR

- Least-square-method: r² was calculated of the linear portion of the cumulative penetration curves, using the program Microsoft Excell 97 SR.

- Kp = flux constant [µg.cm⁻².h⁻¹]/applied concentration [µg.cm⁻³]

### 2.12    Retention of records, samples and specimens

The remaining test substance will be retained for at least six months after submission of the final report. The raw data, the master copy of the final report and all other information relevant to the quality and integrity of the study, including tissue specimens, paraffin blocks and microscopic slides, were retained in the archives of the TNO Nutrition and Food Research for a period of at least five years (tissue specimens, paraffin blocks) or at least 15 years (slides, raw data) after reporting of the study. At the end of the five year storage period, the sponsor will be asked whether the tissue specimens and paraffin blocks can be discarded, should be stored for an additional period, or transferred to the archives of the sponsor.

### 2.13    Deviations of the protocol

As of March 15 2002, the name of the Department of Explanatory Toxicology has been changed into Department of Biomolecular Sciences.

Upon request of the sponsor, the experiment has not been performed using viable human skin membranes.

Confidential - Produced Subject to Protective Order

# 3      Results

## 3.1      Integrity of skin membranes

Prior to the determination of the percutaneous absorption of glyphosphate and the reference compound (testosterone), the permeability coefficient (Kp) for tritium water was determined in 60 skin membranes. Skin membranes with a Kp value below the cut-off values of $3.5 \times 10^{-3}$ cm/h were selected for the study. The individual data of the penetration of tritium water through the selected skin membranes are given in appendix 2.

## 3.2      Percutaneous absorption of glyphophate

The herbicide glyphosphate was examined for *in vitro* percutaneous absorption through viable rat skin membranes in the formulations MON 35012 and MON 0139 70%. MON 35012 and MON 0139 70% were applied topically for 8 h to the skin membranes as concentrate (6.249 and 6.343 mg glyphosphate per cm² for MON 35012 and MON 0139 70%, respectively) and as field dilution (0.080 mg glyphosphate per cm² for both MON 35012 and MON 0139 70%).

Fourty-eight hours after application of concentrated MON 35012, $10.3 \pm 4.2$ % of the dose glyphosphate had penetrated through rat skin membranes. When MON 35012 was applied as field dilution, the relative penetration of glyphosphate was $2.6 \pm 1.4$ % after 48 h. For MON 0139 70% these values were $1.3 \pm 1.9$ % for the concentrate and $1.4 \pm 2.2$ % for the field dilution. The mean flux constants were 35.6 $\mu g.cm^{-2}.h^{-1}$ (MON 35012 concentrate), 0.127 $\mu g.cm^{-2}.h^{-1}$ (MON 35012 field dilution), 2.01 $\mu g.cm^{-2}.h^{-1}$ (MON 0139 70% concentrate) and 0.100 $\mu g.cm^{-2}.h^{-1}$ (MON 0139 70% field dilution). The mean Kp values were $0.089 \times 10^{-3}$ cm/h (MON 35012 concentrate), $0.025 \times 10^{-3}$ cm/h (MON 35012 field dilution), $0.005 \times 10^{-3}$ cm/h (MON 0139 70% concentrate) and $0.019 \times 10^{-3}$ cm/h (MON 0139 70% field dilution) (table 1 and 2, appendix 3). At the end of the 8-h exposure period, 117.5 % (MON 35012 concentrate), 45.6 % (MON 35012 field dilution), 123.3 % (MON 0139 70% concentrate) and 80.0 % (MON 0139 70% field dilution) of the applied dose glyphosphate could still be removed from the application site with cotton swabs (appendix 5).

Confidential - Produced Subject to Protective Order

TNO report

V4478 - Unaudited draft report
14 June 2002
Page 17 of 35

Table 1    Overview table of the *in vitro* percutaneous penetration of glyphosphate in MON 35012

| Group | A | | B | |
|---|---|---|---|---|
| n | 6 | | 6 | |
| Dose glyphosphate | 6.249 mg.cm$^{-2}$ | | 0.080 mg.cm$^{-2}$ | |
| Penetration within | % of dose | µg.cm$^{-2}$ | % of dose | µg.cm$^{-2}$ |
| 8 h | 2.40 | 150.1 | 0.84 | 0.67 |
| 24 h | 7.59 | 474.1 | 1.93 | 1.55 |
| 48 h | 10.34 | 646.3 | 2.62 | 2.10 |
| Flux constant [µg.cm$^{-2}$.h$^{-1}$] | 35.6 | | 0.127 | |
| Kp value [cm.h$^{-1}$] | 0.089 × 10$^{-3}$ | | 0.025 × 10$^{-3}$ | |
| Lag time [h] | 4.1 | | 3.2 | |

Table 2    Overview table of the *in vitro* percutaneous penetration of glyphosphate in MON 0139 70%

| Group | C | | D | |
|---|---|---|---|---|
| n | 6 | | 6 | |
| Dose glyphosphate | 6.343 mg.cm$^{-2}$ | | 0.080 mg.cm$^{-2}$ | |
| Penetration within | % of dose | µg.cm$^{-2}$ | % of dose | µg.cm$^{-2}$ |
| 8 h | 0.17 | 10.6 | 0.35 | 0.28 |
| 24 h | 0.94 | 59.4 | 1.19 | 0.95 |
| 48 h | 1.27 | 80.8 | 1.42 | 1.13 |
| Flux constant [µg.cm$^{-2}$.h$^{-1}$] | 2.01 | | 0.100 | |
| Kp value [cm.h$^{-1}$] | 0.005 × 10$^{-3}$ | | 0.019 × 10$^{-3}$ | |
| Lag time [h] | 2.2 | | 4.8 | |

Confidential - Produced Subject to Protective Order

## 3.3 Percutaneous absorption of reference compound

Testosterone was used as reference compound and was applied to the skin membranes at a dose of 16.5 $\mu g.cm^{-2}$ (group E). The cumulative amount that reached the receptor fluid 48 h after application was 3.73 ± 0.74 $\mu g.cm^{-2}$ (22.61 ± 4.49 %) (table 3, appendix 3). The flux constant was 0.10 $\mu g.cm^{-2}.h^{-1}$ and the Kp value was $0.093 \times 10^{-3}$ cm/h. The lag time was 6.5 h.

## 3.4 Micro autoradiography

**Table 3**   Overview table of the *in vitro* percutaneous penetration of testosterone

| Group | C | |
|---|---|---|
| n | 6 | |
| Dose [$\mu g . cm^{-2}$] | 16.5 | |
| Penetration within | % of dose | $\mu g.cm^{-2}$ |
| 8 h | 1.65 | 0.27 |
| 24 h | 10.48 | 1.73 |
| 48 h | 22.61 | 3.73 |
| Flux constant [$\mu g.cm^{-2}.h^{-1}$] | 0.098 | |
| Kp value [$cm.h^{-1}$] | $0.093 \times 10^{-3}$ | |
| Lag time [h] | 6.5 | |

Confidential - Produced Subject to Protective Order

# 4    Discussion and conclusions

The herbicide glyphosphate in the formulations MON 35012 and MON 0139 70% was examined for *in vitro* percutaneous absorption through viable rat skin membranes. Both the concentrated formulation and the field dilution were tested (6.249 and 0.080 mg glyphosphate per cm$^2$ respectively for MON 35012 and 6.343 and 0.080 mg glyphosphate per cm$^2$ respectively for MON 0139 70%), using an 8-h exposure period.

Fourty-eight hours after application of concentrated MON 35012, 10.3 ± 4.2 % of the dose glyphosphate had penetrated through rat skin membranes. When MON 35012 was applied as field dilution, the relative penetration of glyphosphate was 2.6 ± 1.4 % after 48 h. For MON 0139 70% these values were 1.3 ± 1.9 % for the concentrate and 1.4 ± 2.2 % for the field dilution.

At the end of the 8-h exposure period, 117.5 % (MON 35012 concentrate). 45.6 % (MON 35012 field dilution), 123.3 % (MON 0139 70% concentrate) and 80.0 % (MON 0139 70% field dilution) of the applied dose glyphosphate could still be removed from the application site with cotton swabs. At the end of the study (48 h after application of the test compound), 4.7 % (MON 35012 concentrate), 23.1 % (MON 35012 field dilution), 2.4 % (MON 0139 70% concentrate) and 2.3 % (MON 0139 70% field dilution) of the applied dose glyphosphate was still present in the skin membranes. These results indicate that the amount of glyphosphate that reaches the skin is noticeably higher in the MON 35012 field dilution as opposed to the MON 0139 70% field dilution.

At the end of the study (48 hours after application of the test compound), the mass balance was found to be very variable: 132.4 %, 73.4 %, 128.2 % and 82.6 % for MON 35012 concentrate, MON 35012 field dilution, MON 0139 70% concentrate and MON 0139 70% field dilution, respectively.

Testosterone was used as a reference compound in this study. The penetration data were in good agreement to the historical data of our laboratory.

In conclusion, an 8-hours exposure to MON 35012 resulted in a penetration of ca. 10 % (concentrate) or ca. 2.6 % (field dilution) over a period of 48 h in viable rat skin membranes. An 8 hours exposure to MON 0139 70% resulted in a penetration of ca. 1.3 % (concentrate) or ca. 1.4 % (field dilution) over a period of 48 h in viable rat skin membranes.

Confidential - Produced Subject to Protective Order

Case 3:16-md-02741-VC   Document 652-1   Filed 10/28/17   Page 22 of 37

# 5    References

European Centre for Ecotoxicology and Toxicology of Chemicals (ECETOC) (1993) Monograph No. 20, Percutaneous Aborption (Ed. D.A. Stringer). Brussels, Belgium.

European Centre for the Validation of Alternative Methods (ECVAM) (1996). Methods for Assessing Percutaneous Absorption. Report of ECVAM Workshop 13. ATLA 24, 81-106.

Organisation for Economic Cooperation and Development (OECD) (2000). OECD guideline for the testing of chemicals. Draft new OECD guideline 428. Skin absorption: *in vitro* method.

Organisation for Economic Co-operation and Development. OECD Principles of Good Laboratory Practice (as revised in 1997), Paris, ENV/MC/CHEM

Sandt J.J.M. van de, Rutten A.A.J.J.L. and van Ommen B. (1993). Species-specific cutaneous biotransformation of the pesticide propoxur during percutaneous absorption *in vitro*. *Toxicology and Applied Pharmacology* 123, 144-150.

Sandt J.J.M. van de, Meuling W.J.A., Elliott G.R., Cnubben N.H.P. and Hakkert B.C. (2000). Comparative *in vitro - in vivo* percutaneous absorption of the pesticide propoxur. *Toxicological Sciences* 58, 23-31.

Confidential - Produced Subject to Protective Order

# Appendices

Appendix 1 - Certificates of Analyses

Appendix 2 - Individual data of the cumulative penetration of tritium water

Appendix 3 - Individual data of the cumulative penetration of glyphosphate and testosterone through rat skin

Appendix 4 - Figures of the cumulative penetration of glyphosphate through rat skin

Appendix 5 - Individual data of the recovery of glyphosphate and testosterone

Appendix 6 - Microautoradiography of skin membranes

Confidential - Produced Subject to Protective Order

# Appendix 1   Certificates of Analyses



**IFU**

**UMWELTANALYTIK GMBH**

Chemische und biologische
Untersuchungslabors

Bleichstraße 19 · D-75173 Pforzheim

IFU Umweltanalytik GmbH · Bleichstr 19  D-75173 Pforzheim

Telefon 07231/9236-0
Telefax 07231/923666
E-Mail: info@ifu-pforzheim.de
Internet www.ifu-pforzheim.de

## CERTIFICATE OF ANALYSIS

| | |
|---|---|
| Sample: | **MON 0139 70 % solution** |
| Batch No.: | MVH32/6780138 |
| Density: | 1.1782 g/mL (at 20 °C) |
| Analysis date: | 23 January 2002 |
| Expiration date: | January 2004 |
| Assay: | HPLC determination with photodiode array detection according to the method described in the final report of study 20021035/01-RCA. This study has been performed in compliance with the principles of Good Laboratory Practice. |
| Result: | **Glyphosate acid    405.5 g/L** |
| | (Mean from five determinations, RSD: 0.6 %) |

Pforzheim, 06 February 2002

*A. Wk*

Andreas Witte

THIS IS AN EXACT COPY OF
THE ORIGINAL DOCUMENT
BY: 13 02 02
DATE:

Bankverbindung:
Sparkasse Pforzheim
BLZ 666 500 85
Konto 900 265

Sitz der Gesellschaft· Pforzheim
Amtsgericht Pforzheim HRB 2870

Ust -IdNr. DE 144195954

Geschäftsführer und vereidigter
Sachverständiger· Dr Hans Eberhardt
Laborleiter Umwelt· Dr Rainer Kloter
Laborleiter Rückstände: Dr Peter Mende

Nach DIN EN 45001 akkreditiertes Prüflaboratorium

DAP-PA-3376.00

## Appendix 1   Continued

TNO Disposal reference nr.

IFU

**UMWELTANALYTIK
GMBH**

Chemische und biologische
Untersuchungslabors

IFU Umweltanalytik GmbH · Bleichstr 19 · D-75173 Pforzheim

Bleichstraße 19   D-75173 Pforzheim

Telefon 07231/9236-0
Telefax 07231/923666
E-Mail: info@ifu-pforzheim.de
Internet www.ifu-pforzheim.de

### CERTIFICATE OF ANALYSIS

Sample:          **MON 35012**

Batch No.:       A1C1607105

Density:         1,1604 g/mL (at 20 °C)

Analysis date:   09 May 2001

Expiration date: May 2003

Assay:           HPLC determination with photodiode array detection according to
                 the method described in the final report of study 20011085/01-RCA.
                 This study has been performed in compliance with the principles of
                 Good Laboratory Practice.

Result:          **Glyphosate acid     399.6 g/L**

                 (Mean from five determinations, RSD: 1.2 %)

Pforzheim, 22 May 2001

Andreas Witte

Bankverbindung:        Sitz der Gesellschaft, Pforzheim        Geschäftsführer und vereidigter
Sparkasse Pforzheim     Amtsgericht Pforzheim HRB 2870          Sachverständiger, Dr. Hans Eberhardt
BLZ 666 500 85                                                  Laborleiter Umwelt: Dr. Reiner Kieler
Konto 900 265           USt -IdNr DE 144195954                  Laborleiter Rückstände: Dr. Peter Mende

Nach DIN EN 45001 akkreditiertes Prüflaboratorium

DAP-PA-2975.00

Confidential - Produced Subject to Protective Order

## Appendix 2   Individual data of the cumulative penetration of tritium water

**Table I**   **Cumulative penetration of tritium water through rat skin prior to application of MON 35012 (group A)**

| Cumulative radioactivity [dpm] | | | | | | |
|---|---|---|---|---|---|---|
| Cell number | 1 | 2 | 3 | 4 | 5 | 6 |
| Time interval 0-1 h<br>0-2 h<br>0-3 h | 696<br>1424<br>2584 | 174<br>857<br>1049 | 36<br>702<br>2018 | 930<br>2183<br>3103 | 942<br>1741<br>2863 | 462<br>995<br>1208 |
| Penetration rate [dpm.cm$^{-2}$.h$^{-1}$] | 1346 | 546 | 1051 | 1616 | 1491 | 629 |
| Kp value [cm h$^{-1}$.10$^3$] | 1 34 | 0.54 | 1 05 | 1.61 | 1.49 | 0.63 |

**Table II**   **Cumulative penetration of tritium water through rat skin prior to application of MON 35012 (group B)**

| Cumulative radioactivity [dpm] | | | | | | |
|---|---|---|---|---|---|---|
| Cell number | 1 | 2 | 3 | 4 | 5 | 6 |
| Time interval 0-1 h<br>0-2 h<br>0-3 h | 306<br>903<br>1285 | 696<br>1244<br>2938 | 222<br>511<br>794 | 876<br>1508<br>2263 | 342<br>951<br>1814 | 456<br>1936<br>2432 |
| Penetration rate [dpm.cm$^{-2}$.h$^{-1}$] | 669 | 1530 | 414 | 1179 | 945 | 1267 |
| Kp value [cm.h$^{-1}$.10$^3$] | 0.67 | 1.53 | 0.41 | 1.18 | 0.94 | 1.26 |

Confidential - Produced Subject to Protective Order

**Appendix 2   Continued**

**Table III**   **Cumulative penetration of tritium water through rat skin prior to application of MON 0139 70% (group C)**

| Cumulative radioactivity [dpm] | | | | | | |
|---|---|---|---|---|---|---|
| Cell number | 1 | 2 | 3 | 4 | 5 | 6 |
| Time interval 0-1 h<br>0-2 h<br>0-3 h | 126<br>1179<br>2026 | 246<br>917<br>1549 | 438<br>1831<br>2322 | 780<br>1510<br>2208 | 870<br>1957<br>3495 | 1128<br>1124<br>2900 |
| Penetration rate [dpm.cm$^{-2}$.h$^{-1}$] | 1055 | 807 | 1209 | 1150 | 1820 | 1510 |
| Kp value [cm.h$^{-1}$.10$^3$] | 1.05 | 0.80 | 1.21 | 1.15 | 1.82 | 1.51 |

**Table IV**   **Cumulative penetration of tritium water through rat skin prior to application of MON 0139 70% (group D)**

| Cumulative radioactivity [dpm] | | | | | | |
|---|---|---|---|---|---|---|
| Cell number | 1 | 2 | 3 | 4 | 5 | 6 |
| Time interval 0-1 h<br>0-2 h<br>0-3 h | 156<br>614<br>640 | 228<br>680<br>1465 | 270<br>1017<br>2127 | 468<br>1182<br>1852 | 564<br>796<br>1981 | 342<br>843<br>1610 |
| Penetration rate [dpm.cm$^{-2}$.h$^{-1}$] | 333 | 763 | 1108 | 965 | 1032 | 839 |
| Kp value [cm.h$^{-1}$.10$^3$] | 0.33 | 0.76 | 1.10 | 0.96 | 1.03 | 0.84 |

Confidential - Produced Subject to Protective Order

MONGLY00888378

V4476 - Unaudited draft report
14 June 2002

**Appendix 2   Continued**

Table V | Cumulative penetration of tritium water through rat skin prior to application of testosterone (group E)

| Cumulative radioactivity [dpm] | | | | | | |
|---|---|---|---|---|---|---|
| Cell number | 1 | 2 | 3 | 4 | 5 | 6 |
| Time interval 0-1 h<br>0-2 h<br>0-3 h | 486<br>663<br>1312 | 468<br>864<br>1313 | 222<br>565<br>665 | 474<br>2455<br>4639 | 672<br>1882<br>3407 | 540<br>162<br>2208 |
| Penetration rate [dpm.cm$^{-2}$.h$^{-1}$] | 683 | 684 | 346 | 2416 | 1774 | 1150 |
| Kp value [cm.h$^{-1}$.10$^{2}$] | 0.68 | 0.68 | 0.35 | 2.41 | 1.77 | 1.15 |

Confidential - Produced Subject to Protective Order

MONGLY00888379

**Appendix 3**   **Individual data of the cumulative penetration of glyphosphate and testosterone through rat skin**

**Table VI**   **Cumulative penetration of glyphosphate in MON 35012 formulation (concentrate) through rat skin**

| RA Replicate no | cumulative absorption (μg/cm²) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| time (h) | 1 | 2 | 3 | 4 | 5 | 6 | Mean | S.D. |
| 1 | 0 16 | 0 49 | 0 26 | 1 69 | 2 26 | 0.00 | 0 81 | 0 93 |
| 2 | 0 75 | 3 53 | 1 37 | 10 92 | 21.20 | 0 53 | 6 39 | 8 24 |
| 4 | 107 98 | 15 00 | 9 39 | 55 87 | 116 73 | 3.85 | 51 47 | 50 68 |
| 6 | 64 80 | 32 59 | 28 07 | 125 50 | 262 19 | 11 32 | 87 46 | 94 64 |
| 8 | 92 34 | 56 20 | 61 22 | 214 81 | 452 60 | 23 44 | 150 10 | 162 35 |
| 10 | 116 12 | 85 86 | 113 56 | 317 37 | 659 57 | 41 96 | 222 41 | 234 30 |
| 20 | 261 09 | 286 42 | 329 21 | 549 25 | 892 68 | 143 76 | 410 27 | 271 14 |
| 24 | 301 57 | 367 68 | 420 17 | 593 82 | 975 64 | 185 58 | 474 14 | 280 46 |
| 28 | 335 48 | 442 41 | 496 46 | 625 56 | 1006 58 | 221 52 | 521 17 | 274 93 |
| 44 | 398 96 | 646 26 | 668 53 | 669 35 | 1094 78 | 353 51 | 642 23 | 264 68 |
| 48 | 413 77 | 710 37 | 658 96 | 667 44 | 1084 13 | 342 96 | 646 27 | 261 72 |
| Linear range | 6-20 | 10-24 | 8-24 | 6-10 | 6-10 | 8-28 | | |
| Flux constant (μg/cm²/h) | 14.08 | 20.13 | 22.15 | 47.97 | 99.35 | 10.02 | 35 61 | 33.92 |
| Kp ª 10-3 (cm/h) | 0 035 | 0.050 | 0 055 | 0.120 | 0.248 | 0.025 | 0.089 | 0.085 |
| Lag time | 1.5 | 5 7 | 5 1 | 3.4 | 3 4 | 5 7 | 4 1 | 1 7 |
| r² | 0 9993 | 1.0000 | 0 9996 | 0 9984 | 0.9994 | 0 9997 | 0.9984 | |

**Table VII**   **Cumulative penetration of glyphosphate in MON 35012 formulation (field dilution) through rat skin**

| RB Replicate no | cumulative absorption (μg/cm²) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| time (h) | 1 | 2 | 3 | 4 | 5 | 6 | Mean | S.D. |
| 1 | 0 00 | 0 02 | 0.00 | 0 01 | 0.00 | 0 01 | 0.01 | 0.01 |
| 2 | 0.01 | 0 10 | 0.01 | 0 08 | 0 01 | 0 08 | 0 04 | 0.04 |
| 4 | 0.06 | 1 16 | 0.03 | 0 34 | 0.06 | 0 22 | 0 31 | 0.43 |
| 6 | 0 11 | 1 07 | 0.07 | 0 75 | 0.16 | 0.42 | 0 43 | 0.40 |
| 8 | 0 21 | 1 46 | 0.13 | 1 24 | 0.28 | 0.67 | 0 67 | 0.57 |
| 10 | 0 37 | 1 88 | 0.23 | 1 73 | 0.46 | 0.95 | 0 94 | 0.72 |
| 20 | 0 75 | 2 75 | 0.55 | 2 29 | 0 73 | 1.45 | 1 42 | 0 92 |
| 24 | 0 84 | 2 93 | 0.64 | 2 48 | 0.81 | 1 61 | 1 55 | 0.96 |
| 28 | 0 94 | 3 11 | 0.70 | 2 58 | 0 90 | 1 79 | 1 67 | 1.00 |
| 44 | 1 40 | 3 34 | 0.95 | 3 24 | 1 22 | 2 62 | 2 13 | 1.07 |
| 48 | 1 32 | 3 48 | 0.90 | 3 34 | 1 17 | 2 38 | 2 10 | 1.13 |
| Linear range | 6-10 | 6-10 | 6-10 | 6-10 | 6-10 | 6-10 | | |
| Flux constant (μg/cm²/h) | 0.065 | 0.204 | 0.040 | 0.247 | 0.073 | 0 133 | 0 127 | 0.083 |
| Kp ª 10-3 (cm/h) | 0.013 | 0 040 | 0.008 | 0.049 | 0 014 | 0.026 | 0.025 | 0 018 |
| Lag time | 4 5 | 0 7 | 4 4 | 3 0 | 3 9 | 2.9 | 5 2 | 1 4 |
| r² | 0.9825 | 1.0000 | 0.9872 | 1.0000 | 0.9968 | 0 9988 | 0 9942 | |

Confidential - Produced Subject to Protective Order

MONGLY00888380

## Appendix 3 Continued

### Table VIII Cumulative penetration of glyphosphate in MON 0139 70% formulation (concentrate) through rat skin

RC

| Replicate no | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| time (h) | 1 | 2 | 3 | 4 | 5 | 6 | Mean | S.D. |
| 1 | 0.16 | 0.11 | 0.19 | 0.16 | 0.10 | 0.28 | 0.17 | 0.07 |
| 2 | 0.84 | 0.24 | 0.40 | 0.51 | 0.28 | 1.88 | 0.63 | 0.54 |
| 4 | 3.73 | 0.48 | 1.04 | 1.39 | 0.58 | 8.49 | 2.91 | 3.12 |
| 6 | 9.15 | 1.38 | 2.05 | 2.94 | 0.77 | 16.84 | 5.54 | 6.38 |
| 8 | 17.82 | 1.16 | 12.17 | 4.85 | 0.84 | 27.01 | 10.56 | 10.40 |
| 10 | 26.80 | 1.27 | 81.16 | 8.14 | 0.95 | 38.63 | 26.13 | 30.66 |
| 20 | 42.09 | 2.31 | 200.03 | 23.43 | 1.20 | 41.64 | 51.78 | 74.81 |
| 24 | 48.80 | 2.56 | 233.62 | 29.85 | 1.30 | 42.43 | 59.39 | 87.51 |
| 28 | 51.55 | 2.78 | 282.82 | 36.21 | 1.22 | 42.75 | 66.22 | 98.59 |
| 44 | 68.09 | 3.67 | 360.74 | 62.77 | 1.56 | 43.56 | 89.70 | 135.69 |
| 48 | 58.00 | 3.26 | 319.37 | 58.76 | 1.51 | 43.92 | 80.80 | 119.65 |
| Linear range | 6-10 | 1-4 | 2-6 | 6-44 | 1-6 | 6-10 | | |
| Flux constant (µg/cm²/h) | 4.35 | 0.12 | 0.41 | 1.61 | 0.13 | 5.42 | 2.01 | 2.32 |
| Kp * 10-3 (cm/h) | 0.0107 | 0.0003 | 0.0010 | 0.0040 | 0.0003 | 0.0134 | 0.0050 | 0.0057 |
| Lag time | 3.9 | 0.1 | 1.2 | 5.2 | 0.0 | 2.9 | 2.2 | 2.1 |
| r² | 0.9997 | 0.9998 | 0.9834 | 0.9996 | 0.9896 | 0.9983 | 0.9951 | |

### Table IX Cumulative penetration of glyphosphate in MON 0139 70% formulation (field dilution) through rat skin

RD

| Replicate no | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| time (h) | 1 | 2 | 3 | 4 | 5 | 6 | Mean* | S.D.* |
| 1 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.017 | 0.003 | 0.007 |
| 2 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.065 | 0.015 | 0.034 |
| 4 | 0.011 | 0.000 | 0.008 | 0.000 | 0.040 | 0.317 | 0.083 | 0.125 |
| 6 | 0.007 | 0.004 | 0.016 | 0.005 | 0.172 | 0.704 | 0.151 | 0.279 |
| 8 | 0.008 | 0.004 | 0.030 | 0.010 | 0.396 | 1.229 | 0.280 | 0.490 |
| 10 | 0.007 | 0.009 | 0.045 | 0.015 | 0.841 | 1.773 | 0.448 | 0.726 |
| 20 | 0.011 | 0.018 | 0.072 | 0.060 | 3.020 | 2.079 | 0.877 | 1.330 |
| 24 | 0.017 | 0.014 | 0.078 | 0.079 | 3.409 | 2.114 | 0.962 | 1.481 |
| 28 | 0.016 | 0.018 | 0.081 | 0.095 | 3.612 | 2.129 | 0.992 | 1.529 |
| 44 | 0.018 | 0.024 | 0.094 | 0.164 | 4.257 | 2.176 | 1.122 | 1.752 |
| 48 | 0.020 | 0.028 | 0.097 | 0.164 | 4.300 | 2.167 | 1.133 | 1.783 |
| Linear range | 6-10 | 8-10 | 6-10 | 6-10 | 8-20 | 6-10 | | |
| Flux constant (µg/cm²/h) | ND | 0.003 | 0.007 | 0.002 | 0.218 | 0.287 | 0.100 | 0.132 |
| Kp * 10-3 (cm/h) | ND | 0.0005 | 0.0014 | 0.0005 | 0.0426 | 0.0522 | 0.0194 | 0.0257 |
| Lag time | ND | 6.4 | 3.9 | 4.0 | 6.2 | 3.4 | 4.8 | 1.4 |
| r² | ND | 1.0000 | 0.9998 | 0.9983 | 1.0000 | 0.9999 | 0.9996 | |

* mean of replicates 2,3,4,5 and 6

Confidential - Produced Subject to Protective Order

## Appendix 3   Continued

### Table X   Cumulative penetration of testosterone through rat skin

| Group RE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Replicate no | cumulative absorption testosterone (µg/cm²) | | | | | | | |
| Time (h) | 1 | 2 | 3 | 4 | 5 | 6 | Mean | S.D. |
| 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | 0.03 | 0.02 | 0.02 | 0.05 | 0.04 | 0.04 | 0.03 | 0.01 |
| 6 | 0.12 | 0.08 | 0.07 | 0.22 | 0.14 | 0.15 | 0.13 | 0.05 |
| 8 | 0.26 | 0.17 | 0.17 | 0.45 | 0.29 | 0.30 | 0.27 | 0.10 |
| 10 | 0.43 | 0.30 | 0.30 | 0.73 | 0.46 | 0.46 | 0.45 | 0.16 |
| 20 | 1.34 | 0.97 | 1.07 | 2.02 | 1.35 | 1.28 | 1.34 | 0.37 |
| 24 | 1.74 | 1.28 | 1.43 | 2.53 | 1.77 | 1.62 | 1.73 | 0.43 |
| 28 | 2.10 | 1.80 | 1.82 | 3.04 | 2.14 | 1.99 | 2.12 | 0.49 |
| 44 | 3.32 | 2.84 | 3.25 | 4.69 | 3.32 | 3.13 | 3.39 | 0.69 |
| 48 | 3.70 | 2.96 | 3.59 | 5.15 | 3.57 | 3.43 | 3.73 | 0.74 |
| Linear range | 20-28 | 20-28 | 20-28 | 8-24 | 20-28 | 20-28 | | |
| Flux constant (µg/cm²/h) | 0.085 | 0.079 | 0.093 | 0.130 | 0.100 | 0.091 | 0.098 | 0.017 |
| Kp * 10-3 (cm/h) | 0.090 | 0.075 | 0.088 | 0.123 | 0.094 | 0.086 | 0.093 | 0.016 |
| Lag time | 5.7 | 7.6 | 8.6 | 4.5 | 6.4 | 6.1 | 6.5 | 1.5 |
| r² | 0.9993 | 1.0000 | 0.9997 | 0.9998 | 0.9991 | 1.0000 | 0.9997 | |

Confidential - Produced Subject to Protective Order

## Appendix 4   Figures of the cumulative penetration of glyphosphate through rat skin

**Figure I**   Cumulative penetration of glyphosphate in MON 35012 formulation (concentrate) through rat skin



**Figure II**   Cumulative penetration of glyphosphate in MON 35012 formulation (field dilution) through rat skin



Confidential - Produced Subject to Protective Order

Appendix 4   Continued

Figure III   Cumulative penetration of glyphosphate in MON 0139 70%
formulation (concentrate) through rat skin



Figure IV   Cumulative penetration of glyphosphate in MON 0139 70%
formulation (field dilution) through rat skin



Confidential - Produced Subject to Protective Order

Case 3:16-md-02741-VC   Document 659-1   Filed 10/28/17   Page 34 of 37

Appendix 5    Individual data of the recovery of glyphosphate and testosterone

Table XI    Recovery of glyphosphate in MON 35012 formulation (concentrate) in rat skin (group RA)

| % of dose | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Dose applied [mg.cm⁻²] | 6 249 | | | | | | | |
| Cell number | 1 | 2 | 3 | 4 | 5 | 6 | Mean | SD |
| Cell wash + samples | 6.0 | 9 3 | 9.4 | 10 2 | ND | ND | 8.5 | 1.8 |
| Ring | 0.2 | 0.3 | 0 4 | 0.2 | ND | ND | 0.3 | 0.1 |
| Skin rinse | 133.0 | 114.1 | 124.5 | 98 6 | ND | ND | 117.5 | 14.8 |
| Skin membrane | 3.9 | 5.4 | 8.4 | 1 2 | ND | ND | 4.7 | 3.0 |
| Total recovery | 143.4 | 131.3 | 144.0 | 110.7 | ND | ND | 132.4 | 15.6 |

ND: not determined

Table XII    Recovery of glyphosphate in MON 35012 formulation (field dilution) in rat skin (group RB)

| % of dose | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Dose applied [mg.cm⁻²] | 0.080 | | | | | | | |
| Cell number | 1 | 2 | 3 | 4 | 5 | 6 | Mean | SD |
| Cell wash + samples | 3.1 | 6 2 | 2 3 | 5.7 | ND | ND | 4 3 | 1.9 |
| Ring | 1.6 | 2 3 | 1 3 | 2.0 | ND | ND | 1.8 | 0.4 |
| Skin rinse | 41.3 | 47 6 | 51.1 | 42.3 | ND | ND | 45 6 | 4.6 |
| Skin membrane | 25.0 | 21.0 | 21 9 | 24.7 | ND | ND | 23.1 | 2 0 |
| Total recovery | 69.7 | 75.4 | 75.5 | 73.2 | ND | ND | 73.4 | 2.7 |

ND: not determined

Confidential - Produced Subject to Protective Order

MONGLY00888385

**Appendix 5 Continued**

**Table XIII** **Recovery of glyphosate in MON 0139 70% formulation (concentrate) in rat skin (group RC)**

| | % of dose | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Dose applied [mg cm⁻²] | 6.343 | | | | | | | |
| Cell number | 1 | 2 | 3 | 4 | 5 | 6 | Mean | SD |
| Cell wash + samples | 1.1 | 0 1 | 5.1 | 2.6 | ND | ND | 2.2 | 2.2 |
| Ring | 0.2 | 0.0 | 0.5 | 1 8 | ND | ND | 0.6 | 0.8 |
| Skin rinse | 126.4 | 127.9 | 106 8 | 132.2 | ND | ND | 123.3 | 11.3 |
| Skin membrane | 0.9 | 0 4 | 4.5 | 3 6 | ND | ND | 2 4 | 2.0 |
| Total recovery | 128.4 | 128.4 | 117 4 | 138.7 | ND | ND | 128.2 | 8.7 |

ND: not determined

**Table XIV** **Recovery of glyphosate in MON 0139 70% formulation (field dilution) in rat skin (group RD)**

| | % of dose | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Dose applied [mg.cm⁻²] | 0.080 | | | | | | | |
| Cell number | 1 | 2 | 3 | 4 | 5 | 6 | Mean | SD |
| Cell wash + samples | 0.0 | 0.1 | 0 1 | 0.2 | ND | ND | 0 1 | 0.1 |
| Ring | 0.0 | 0.0 | 0 0 | 0.0 | ND | ND | 0.0 | 0.0 |
| Skin rinse | 77.5 | 80.2 | 84 5 | 77.8 | ND | ND | 80.0 | 3 3 |
| Skin membrane | 2.3 | 2.6 | 1.3 | 3.1 | ND | ND | 2.3 | 0.7 |
| Total recovery | 79.9 | 82.9 | 86.0 | 81.6 | ND | ND | 82.6 | 2.6 |

ND: not determined

Confidential - Produced Subject to Protective Order

## Appendix 5   Continued

**Table XV**      Recovery of testosterone in rat skin (group RE)

| % of dose | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Dose applied [mg.cm$^{-2}$] | 16.5 | | | | | | | |
| Cell number | 1 | 2 | 3 | 4 | 5 | 6 | Mean | SD |
| Cell wash + samples | 23.3 | 16 6 | 16.9 | 26.2 | ND | ND | 20.8 | 4 7 |
| Ring | 5.9 | 2 9 | 0.4 | 1.6 | ND | ND | 2.7 | 2.4 |
| Skin rinse | 5.6 | 5.7 | 7.8 | 5 4 | ND | ND | 6.1 | 1.1 |
| Skin membrane | 65.0 | 70.8 | 69.8 | 59 3 | ND | ND | 66.2 | 5.3 |
| Total recovery | 96.7 | 95.9 | 98 2 | 96.6 | ND | ND | 96 8 | 0.9 |

ND: not determined

Confidential - Produced Subject to Protective Order

V4478 - Unaudited draft report
14 June 2002

**Appendix 6    Microautoradiography of skin membranes**

Confidential - Produced Subject to Protective Order

MONGLY00888388