Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.  16-md-02741 |
| This Document Relates To All Actions | **WAGSTAFF DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Aimee H. Wagstaff, declare:

1. I am a member of the executive committee of MDL 2741.  I make this declaration in support of Plaintiffs' Administrative Motion to File Under Seal filed on November 1, 2017.  I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. Plaintiffs have filed conditionally under seal Exhibit No. 50 – part 2 as this document contains or references material and information designated Confidential by Monsanto.  This document was originally and incorrectly filed as ECF No. 651-3 and should have been lodged under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of November, 2017.

*/s/ Aimee H. Wagstaff*

Aimee H. Wagstaff

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record. .

DATED: November 1, 2017

/s/ Aimee Wagstaff
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361