**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** <br><br> This Document Relates To All Actions | MDL No. 2741 <br><br> Case No. 16-md-02741 <br><br> **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Having reviewed Plaintiffs' Administrative Motion to File Under Seal and the Declaration of Aimee H. Wagstaff in support thereof, the Court ORDERS that:

Plaintiffs' Exhibit 50 – part 2 to their Opposition to Monsanto Company's *Daubert* and Summary Judgment Motion and in Support of Plaintiffs' *Daubert* Motion shall remain filed conditionally under seal for ten (10) days after the date they were originally filed conditionally under seal, pursuant to the Amended Protective and Confidentiality Order in this case and Civil Local Rule 79-5(e).

Dated:_____    _____
                                    Hon. Vince Chhabria
                                    Judge of the United States District Court