1 | **THE MILLER FIRM LLC**
Michael Miller
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (646) 293-4921
Email: rgreenwald@weitzlux.com

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com

*Co-Lead Counsel for Plaintiffs*

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:    202-898-5800
Fax:    202-682-1639
Email: jhollingsworth@hollingsworthllp.com
          elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: ALL ACTIONS | |

**UPDATE TO JOINT CASE MANAGEMENT STATEMENT**

1  Pursuant to the October 26, 2017 Clerk's Notice Rescheduling The Further Case
2  Management Conference From 11/20/2017 To 11/9/2017, ECF No. 645, the parties submit this
3  update to the Joint Case Management Statement filed on October 20, 2017, in anticipation of the
4  November 9, 2017 Case Management Conference ("CMC").
5  The parties jointly request that the deadline to submit final exhibit lists, currently set for
6  November 13, 2017 per the Court's August 24, 2017 Minute Entry, ECF No. 470, be moved to
7  December 1, 2017.  The current deadline comes before *Daubert* and Summary Judgment briefing
8  closes on November 20, 2017, which will make it difficult to accurately identify what documents
9  will be used as exhibits at the *Daubert* hearing.  The parties have further agreed to work out
10 interim deadlines for the exchange of draft exhibit lists among themselves, before the final list
11 would be due to the Court on December 1, 2017.
12 At the November 9, 2017 CMC, the parties will also be prepared to discuss the logistical
13 requirements for the submission of exhibits included in the Standing Order for Civil Trials
14 Before Judge Chhabria.

DATED: November 2, 2017               Respectfully submitted,

/s/ Michael Miller
Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange VA 22960
Ph 540 672 4224
F 540 672 3055

/s/ Aimee Wagstaff
Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood CO 80226
Ph 303-376-6360
F 303-376-6361

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5500
F 212-344-5461

Co-Lead Counsel for Plaintiffs

DATED: November 2, 2017               Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY