1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:   202-898-5800
4  Facsimile:    202-682-1639
   Email:    jhollingsworth@hollingsworthllp.com
5     elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
11 | | Case No. 3:16-md-02741-VC |

12 This document relates to:

13 *Anthony Pearce v. Monsanto Co.*,
   Case No. 3:17-cv-05480-VC
14

15              **MONSANTO COMPANY'S**
        **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17     Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

18 named parties, there is no such interest to report.

19 DATED:  November 6, 2017          Respectfully submitted,

20                     /s/ Joe G. Hollingsworth
                      Joe G. Hollingsworth (*pro hac vice*)
21                    (jhollingsworth@hollingsworthllp.com)
                      Eric G. Lasker (*pro hac vice*)
22                    (elasker@hollingsworthllp.com)
                      HOLLINGSWORTH LLP
23                    1350 I Street, N.W.
                      Washington, DC  20005
24                    Telephone:   (202) 898-5800
                      Facsimile:    (202) 682-1639
25
                      *Attorneys for Defendant*
26                    *MONSANTO COMPANY*

27

28

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:17-cv-05480-VC