1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:   202-898-5800
4  Facsimile:   202-682-1639
Email:       jhollingsworth@hollingsworthllp.com
5             elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| 11 | Case No. 3:16-md-02741-VC |
| 12  This document relates to: | |
| 13  *David Kearney v. Monsanto Co.*, Case No. 3:17-cv-05543-VC | |
| 14 | |

15       **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16       Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17  ("Monsanto") makes the following disclosures:

18       1.    Monsanto is not owned by any parent corporation.

19       2.    No publicly traded company owns 10% or more of the stock of Monsanto.

20  DATED:  November 7, 2017                    Respectfully submitted,

21                                             /s/ Joe G. Hollingsworth
                                               Joe G. Hollingsworth (*pro hac vice*)
22                                             (jhollingsworth@hollingsworthllp.com)
                                               Eric G. Lasker (*pro hac vice*)
23                                             (elasker@hollingsworthllp.com)
                                               HOLLINGSWORTH LLP
24                                             1350 I Street, N.W.
                                               Washington, DC  20005
25                                             Telephone:   (202) 898-5800
                                               Facsimile:   (202) 682-1639
26
                                               *Attorneys for Defendant*
27                                             *MONSANTO COMPANY*

28