UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 33:<br>RE STUDY PUBLISHED<br>NOVEMBER 9, 2017** |

The parties are ordered to file letter briefs by Tuesday, November 14, 2017 addressing whether the study published in the *Journal of the National Cancer Institute* on November 9, 2017 warrants a continuance of the *Daubert* hearings from December to February or March. The briefs should not exceed five pages, and they should include a discussion of why it would or would not be advisable simply to: (i) keep the *Daubert* hearings scheduled for December; (ii) allow two supplemental expert reports per side to address the study; (iii) allow any expert who has provided a supplemental report to be deposed for up to three hours prior to the hearings; and (iv) allow, if the Court determines it would be helpful following the week of testimony, further briefing regarding the impact of the study. In addition, the letters should discuss whether the parties would be available for oral argument on Wednesday, December 20, assuming the *Daubert* hearings remain scheduled for the previous week.

**IT IS SO ORDERED.**

Dated: November 10, 2017

VINCE CHHABRIA
United States District Judge