**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
Heather A. Pigman (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:    202-682-1639
Email: jhollingsworth@hollingsworthllp.com
           elasker@hollingsworthllp.com
           mcalhoun@hollingsworthllp.com
           hpigman@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | |

**DECLARATION OF JOE G. HOLLINGSWORTH IN SUPPORT OF MONSANTO COMPANY'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS *DAUBERT* AND SUMMARY JUDGMENT MOTION BASED ON FAILURE OF GENERAL CAUSATION PROOF AND OPPOSITION TO PLAINTIFFS' *DAUBERT* MOTION TO STRIKE CERTAIN <u>OPINIONS OF MONSANTO COMPANY'S EXPERT WITNESSES</u>**

I, Joe G. Hollingsworth, hereby declare as follows:

1. I am an attorney at law and am a member of the law firm of Hollingsworth LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto Company's Reply Memorandum of Points and Authorities in Support of Its *Daubert* and Summary Judgment Motion Based on Failure of General Causation Proof and Opposition to Plaintiff's *Daubert* Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses. I make this declaration based on my personal knowledge and, if called as a witness, I

would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 is a true and correct copy of an excerpt of the Transcript of Official Proceedings, MDL No. 2741 (N.D. Cal. Feb. 27, 2017), ECF No. 184.

3. Annexed hereto as Exhibit 2 is a true and correct copy of an excerpt of the Deposition of John Acquavella, Vol. II (Apr. 8, 2017).

4. Annexed hereto as Exhibit 3 is a true and correct copy of an excerpt of the Deposition of David Saltmiras (Jan. 31, 2017).

5. Annexed hereto as Exhibit 4 is a true and correct copy of the Errata Sheet to the Deposition of Alfred Neugut (served Nov. 5, 2017).

6. Annexed hereto as Exhibit 5 is a true and correct copy of the Order Granting New Trial and Granting Motion for Judgment Notwithstanding the Verdict, *Lloyd v. Johnson & Johnson*, Case No. BC628228, Slip op. (Cal. Super. Ct., LA Cnty Oct. 20, 2017).

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Executed this 10th day of November 2017.

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:   (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY