# Exhibit 1

**Pages 1 - 64**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

IN RE:  ROUNDUP PRODUCTS        )
LIABILITY LITIGATION,           )
                                )    NO. C 16-2741 VC
                                )

San Francisco, California
Monday, February 27, 2017

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:

        ANDRUS WAGSTAFF, PC
        7171 W. Alaska Drive
        Lakewood, Colorado 80226
**BY:  AIMEE H. WAGSTAFF**
     **ATTORNEY AT LAW**

        THE MILLER FIRM, LLC
        108 Railroad Avenue
        Orange, Virginia 22960
**BY:  MICHAEL J. MILLER**
     **TIMOTHY LITZENBURG (by phone)**
     **ATTORNEYS AT LAW**

        LUXENBERG, PC
        700 Broadway
        New York, NY 10003
**BY:  ROBIN GREENWALD**
     **PEARL ROBERTSON (by phone)**
     **ATTORNEYS AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Reported By:    Rhonda L. Aquilina, CSR #9956, RMR, CRR
                Official Court Reporter

**APPEARANCES: (CONTINUED)**

For Defendant Monsanto Company:

        HOLLINGSWORTH LLP
        1350 I Street NW
        Washington, D.C. 20005
**BY: ERIC GORDON LASKER**
**JOE HOLLINGSWORTH**
**HEATHER PIGMAN**
**ATTORNEYS AT LAW**

For Respondent: USA

        US ATTORNEYS OFFICE
        Civil Division
        450 Golden Gate Avenue
        San Francisco, CA 94102
**BY: RAVEN MARIE NORRIS**
**ASSISTANT US ATTORNEY**

1  causation standard, that that statement is not made in
2  isolation with respect to general causation.
3      And I wonder -- you know, obviously we don't need to sort
4  of reach a final meeting of the minds, or we don't have to have
5  a final agreement to disagree on this question right now, but I
6  don't understand -- I mean, if the question, at the general
7  causation phase, is is this substance capable of causing
8  cancer, then how is that different from the question that IARC
9  is asking?
10     **MR. LASKER:** Okay, Your Honor. We actually -- I went
11 back and looked at the Roberts opinion after our conversation
12 to make sure we were understanding what your question was. And
13 I actually also pulled out a case from the Northern District of
14 California that addresses this exact issue, which is the
15 question of how does dose apply in connection with general
16 causation? Because dose -- and actually the exposure level --
17 and Your Honor actually hit upon a very key point here -- it
18 sort of straddles specific -- it has different meanings with
19 respect to general and specific causation. And in the *In Re*
20 *Bextra* opinion, and that is 524 F.Supp.2d, 11 --
21     **THE COURT:** In Re what?
22     **MR. LASKER:** In re Bextra -- I'm sorry -- B-E-X-T-R-A.
23 And that is a case that was cited by this Court in 2007, and
24 that's at 524 F.Supp.2d 1166. And the question that the Court
25 was posed with is -- actually was MDL, and there were general

```
 1   causation Daubert briefs before the Court.  And one of the
 2   issues that was posed that the Court addressed -- and this is
 3   at page 1174:  A threshold question raised by Pfizer's motion
 4   is whether a particular dose of Celebrex is relevant to the
 5   general causation inquiry.
 6        So I think it's very similar to what Your Honor was
 7   probing on Friday.
 8        And when the Court explained, what the Court held was,
 9   ==yes, dose does matter to general causation, because the==
10   ==question in general causation is can a substance cause a==
11   ==disease at a real world dose or at a dose that we are concerned==
12   ==about.==  And what the Court held -- and this is something that
13   was in Judge Roberts' opinion, it's the In Re Bextra opinion,
14   and, frankly, it's in cases in every circuit.  And I've
15   actually looked at this issue.  Every circuit has the same
16   standard, which is that when you're talking about general
17   causation and specific causation, and you're thinking about
18   dose, the general causation question is, is the level of
19   exposure that is at issue generally in this case, is that
20   capable of causing an adverse event?  It's not is a chemical
21   capable of causing whatever the disease is, it is, is an
22   exposure capable of causing a disease.
23            THE COURT:  Well, that's kind of what I was asking on
24   Friday.  You all said no.
25            MR. LASKER:  That's why we're back, because I looked
```