# Exhibit 3

Confidential - Subject to Protective Order

```
 1              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
 2

 3    IN RE: ROUNDUP          )
      PRODUCTS LIABILITY      )   MDL No. 2741
 4    LITIGATION              )
      _____  )   Case No.
 5    THIS DOCUMENT RELATES   )   16-md-02741-VC
      TO ALL CASES            )
 6

 7            TUESDAY, JANUARY 31, 2017
 8    CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
 9                      - - -
10            Videotaped deposition of David A.
11    Saltmiras, Ph.D., held at the offices of
12    HUSCH BLACKWELL, L.L.C., 190 Carondelet
13    Plaza, Suite 600, St. Louis, Missouri,
14    commencing at 9:03 a.m., on the above date,
15    before Carrie A. Campbell, Registered
16    Diplomate Reporter, Certified Realtime
17    Reporter, Illinois, California & Texas
18    Certified Shorthand Reporter, Missouri &
19    Kansas Certified Court Reporter.
20                      - - -
21
              GOLKOW TECHNOLOGIES, INC.
22       877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
23

24

25
```

Confidential - Subject to Protective Order

```
 1              A P P E A R A N C E S :
 2
        THE MILLER FIRM LLC
 3      BY:  TIMOTHY LITZENBURG, ESQ.
                 tlitzenburg@millerfirmllc.com
 4           JEFFREY TRAVERS, ESQ.
                 MICHAEL MILLER, ESQ.              (VIA TELEPHONE)
 5           NANCY GUY ARMSTRONG MILLER, ESQ.   (VIA TELEPHONE)
        108 Railroad Avenue
 6      Orange, Virginia 22960
        (540) 672-4224
 7
        and
 8
        BAUM HEDLUND ARISTEI & GOLDMAN, PC
 9      BY:  MICHAEL L. BAUM, ESQ.
                 MBaum@BaumHedlundLaw.com
10      12100 Wilshire Boulevard, Suite 950
        Los Angeles, California  90025
11      (310) 207-3233
12      and
13      ANDRUS WAGSTAFF, PC
        BY:  AIMEE H. WAGSTAFF, ESQ.   (VIA TELEPHONE)
14               aimee.wagstaff@andruswagstaff.com
        7171 West Alaska Drive
15      Lakewood, Colorado  80226
        (303) 376-6360
16      Counsel for Plaintiffs
17
        HOLLINGSWORTH LLP
18      BY:  WILLIAM J. COPLE, III, ESQ.
                 wcople@hollingsworthllp.com
19           JOHN KALAS, ESQ.
        1350 I Street, N.W.
20      Washington, D.C. 20005
        (202) 898-5800
21
        and
22
        MONSANTO COMPANY
23      BY:  ROBYN BUCK, ESQ.
        800 North Lindbergh Boulevard
24      St. Louis, Missouri  63167
        (314) 694-1000
25      Counsel for Defendant Monsanto
```

Confidential - Subject to Protective Order

1

  V I D E O G R A P H E R :

2       DAN LAWLOR,

        Golkow Technologies, Inc.

3

                      - - -

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Subject to Protective Order

```
 1   looking at exposure through food or other

 2   exposure?

 3        A.    My understanding is the Joint

 4   Meeting on Pesticide Residues looks at

 5   residues of the material that they're

 6   evaluating in food.

 7        Q.    Okay.  And you understand that

 8   none of my clients nor any filed case in this

 9   litigation is suing Monsanto claiming that

10   they got non-Hodgkin's lymphoma from eating

11   food?

12              MR. COPLE:  Object to the form

13       of the question.  Lacks foundation.

14              THE WITNESS:  No, I'm unaware

15       of that.

16   QUESTIONS BY MR. LITZENBURG:

17        Q.    Okay.  I'll just -- for

18   background purposes today, sir, I am here on

19   behalf of a lot of plaintiffs who have

20   contracted the disease after applying

21   glyphosate or -- Roundup, rather,

22   glyphosate-containing products.

23              This JMPR, are you aware of

24   them having done any assessment on exposure

25   for applicators?
```