# Exhibit 4

```
 1   STATE OF NEW YORK    )           Pg.     of   Pgs.
 2   COUNTY OF NEW YORK   )
 3            I wish to make the following changes
 4   for the following reasons:
 5   PAGE     LINE
 6   159      6       CHANGE: All "Except for De Roos (2003)"
 7                    REASON: misspoke
 8   234      15      CHANGE: Replace answer with "that's incorrect"
 9                    REASON: misspoke
10   ____     ____    CHANGE: _____
11                    REASON: _____
12   ____     ____    CHANGE: _____
13                    REASON: _____
14   ____     ____    CHANGE: _____
15                    REASON: _____
16   ____     ____    CHANGE: _____
17                    REASON: _____
18   ____     ____    CHANGE: _____
19                    REASON: _____
20   ____     ____    CHANGE: _____
21                    REASON: _____
22   ____     ____    CHANGE: _____
23                    REASON: _____
24   [signature]
                                    ALFRED NEUGUT, M.D.,
25
```