Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No.  16-md-02741-VC |
| This Document Relates To All Actions | **PLAINTIFFS' NOTICE OF WITHDRAWAL OF ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL, ECF Nos. 646 and 660** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil L.R. 7-7(e) and based on Monsanto's agreement to withdraw the Confidential designations on the documents subject to the Motions, Plaintiffs hereby withdraw their Administrative Motions to File Under Seal, ECF Nos. 646 and 660, effective immediately.

DATED: November 15, 2017            Respectfully submitted,

*/s/ Aimee H. Wagstaff*
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
*Counsel for Plaintiffs*

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

DATED: November 15, 2017

/s/ Aimee Wagstaff
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361