**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
             elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *LaChrisha Dourisseau, et al. v. Monsanto Co.*, Case No. 3:17-cv-04274-VC | |

**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  November 16, 2017     Respectfully submitted,

                /s/ Joe G. Hollingsworth
                Joe G. Hollingsworth (*pro hac vice*)
                (jhollingsworth@hollingsworthllp.com)
                Eric G. Lasker (*pro hac vice*)
                (elasker@hollingsworthllp.com)
                HOLLINGSWORTH LLP
                1350 I Street, N.W.
                Washington, DC  20005
                Telephone:  (202) 898-5800
                Facsimile:   (202) 682-1639

                *Attorneys for Defendant*
                *MONSANTO COMPANY*