1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:  (202) 682-1639
   Email:     jhollingsworth@hollingsworthllp.com
5             elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS | MDL No. 2741 |
   | LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
11

12 This document relates to:

13 *Douglas Johnson, et al. v. Monsanto Co.*,
   Case No. 3:17-cv-04286-VC
14

15                        **MONSANTO COMPANY'S**
                **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17     Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

18 named parties, there is no such interest to report.

19

20 DATED:  November 16, 2017              Respectfully submitted,

21                                       /s/ Joe G. Hollingsworth
                                         Joe G. Hollingsworth (*pro hac vice*)
22                                       (jhollingsworth@hollingsworthllp.com)
                                         Eric G. Lasker (*pro hac vice*)
23                                       (elasker@hollingsworthllp.com)
                                         HOLLINGSWORTH LLP
24                                       1350 I Street, N.W.
                                         Washington, DC  20005
25                                       Telephone:  (202) 898-5800
                                         Facsimile:   (202) 682-1639
26
                                         *Attorneys for Defendant*
27                                       *MONSANTO COMPANY*

28