UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 16-md-02741-VC |
|---|---|
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 34: MODIFYING SCHEDULE** |

Monsanto's request to continue the *Daubert* hearings is granted. The witness testimony will take place throughout the week of March 5, 2018, with argument from counsel to take place during the week of March 12 or the week of March 19. Any expert who wishes to testify about the study published on November 9, 2017 in the *Journal of the National Cancer Institute* must submit a supplemental report by December 21, 2017, and must submit to a further deposition, not to exceed 2.5 hours, by January 23, 2018. Each side must file a supplemental brief regarding the study, not to exceed 15 pages, by February 16, 2018.

**IT IS SO ORDERED.**

Dated: November 17, 2017

VINCE CHHABRIA
United States District Judge