Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No.  16-md-02741-VC |
| This Document Relates To All Actions | |

## DECLARATION OF AIMEE H. WAGSTAFF

I, Aimee H. Wagstaff, declare:

1. I am a member of the executive committee of MDL 2741. I make this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Monsanto Company's *Daubert* and Summary Judgment Motion and in Support of Plaintiffs' *Daubert* Motion filed on October 27, 2017. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On November 15, 2017, pursuant to Civil L.R. 7-7(e) and based on Monsanto's agreement to withdraw the Confidential designations on the documents subject to the Motions, Plaintiffs filed a Notice of Withdrawal of Motions to File Under Seal, ECF Nos. 646 and 660.

- 1 -

1 | Plaintiffs' are hereby refiling Exhibit Nos. 21, 35, 36, 50 (part 2), 53 and 91.

2 | DATED: November 20, 2017                Respectfully submitted,

*/s/ Aimee H. Wagstaff*
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
*Counsel for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

DATED: November 20, 2017        /s/ Aimee Wagstaff
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361