1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:   202-898-5800
4  Facsimile:    202-682-1639
   Email:         jhollingsworth@hollingsworthllp.com
5                     elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
11 | | Case No. 3:16-md-02741-VC |

12 This document relates to:

13 *Brian Roberts, et al. v. Monsanto Co.*,
   Case No. 3:17-cv-04450-VC
14

15               **MONSANTO COMPANY'S**
   **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17      Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

18 named parties, there is no such interest to report.

19 DATED:  November 20, 2017              Respectfully submitted,

20                                        /s/ Joe G. Hollingsworth
                                          Joe G. Hollingsworth (*pro hac vice*)
21                                        (jhollingsworth@hollingsworthllp.com)
                                          Eric G. Lasker (*pro hac vice*)
22                                        (elasker@hollingsworthllp.com)
                                          HOLLINGSWORTH LLP
23                                        1350 I Street, N.W.
                                          Washington, DC  20005
24                                        Telephone:   (202) 898-5800
                                          Facsimile:    (202) 682-1639
25
                                          *Attorneys for Defendant*
26                                        *MONSANTO COMPANY*

27

28