Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION**  <br><br>This Document Relates To All Actions | MDL No. 2741  <br><br>Case No. 16-md-02741-VC |

### DECLARATION OF AIMEE H. WAGSTAFF IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF THEIR OPPOSITION TO MONSANTO'S *DAUBERT* AND SUMMARY JUDGMENT MOTION AND IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE MONSANTO'S EXPERTS

I, Aimee H. Wagstaff, declare:

1. I am a member of the executive committee of MDL 2741. I make this declaration in support of Plaintiffs' Reply Memorandum in Support of Their Opposition to Monsanto's *Daubert* and Summary Judgment Motion and in Support of Plaintiffs' Motion to Exclude Monsanto's Experts. I have personal knowledge of the facts stated herein and, if called as a

1  witness, I could and would competently testify thereto.

2      2.    Annexed hereto as Exhibit 1 is a true and correct copy of MONGLY00885870.

3  DATED: November 20, 2017    Respectfully submitted,

*/s/ Aimee H. Wagstaff*
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

DATED: November 20, 2017

/s/ Aimee Wagstaff
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

- 3 -
DECLARATION OF AIMEE H. WAGSTAFF ISO PLAINTIFFS' REPLY MEM.
3:16-md-02741-VC