1 **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 Washington, DC  20005
Telephone:   202-898-5800
4 Facsimile:   202-682-1639
Email:          jhollingsworth@hollingsworthllp.com
5                     elasker@hollingsworthllp.com

6 *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                               UNITED STATES DISTRICT COURT

9                              NORTHERN DISTRICT OF CALIFORNIA

| 10 IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| 11 | Case No. 3:16-md-02741-VC |
| 12 This document relates to: | |
| 13 *Roger Ward v. Monsanto Co.*, Case No. 3:17-cv-06495-VC | |
| 14 | |

15                                      **MONSANTO COMPANY'S**
                     **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17          Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

18 named parties, there is no such interest to report.

19 DATED:  November 27, 2017                    Respectfully submitted,

20
                                                          /s/ Joe G. Hollingsworth
21                                                       Joe G. Hollingsworth (*pro hac vice*)
                                                          (jhollingsworth@hollingsworthllp.com)
22                                                       Eric G. Lasker (*pro hac vice*)
                                                          (elasker@hollingsworthllp.com)
23                                                       HOLLINGSWORTH LLP
                                                          1350 I Street, N.W.
24                                                       Washington, DC  20005
                                                          Telephone:   (202) 898-5800
25                                                       Facsimile:   (202) 682-1639

26                                                       *Attorneys for Defendant*
                                                          *MONSANTO COMPANY*
27

28