**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
                   elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Michael Deyesso, et al. v. Monsanto Co.*,<br>Case No. 3:17-cv-04551-VC | |

### MONSANTO COMPANY'S
### <u>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS</u>

  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  December 4, 2017      Respectfully submitted,

                 <u>/s/ Joe G. Hollingsworth</u>
                 Joe G. Hollingsworth (*pro hac vice*)
                 (jhollingsworth@hollingsworthllp.com)
                 Eric G. Lasker (*pro hac vice*)
                 (elasker@hollingsworthllp.com)
                 HOLLINGSWORTH LLP
                 1350 I Street, N.W.
                 Washington, DC  20005
                 Telephone:  (202) 898-5800
                 Facsimile:   (202) 682-1639

                 *Attorneys for Defendant*
                 *MONSANTO COMPANY*