1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5                elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Robert Rees II, et al. v. Monsanto Co.*,<br>Case No. 3:17-cv-04555-VC | |

15         **<u>MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>**

16         Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17  ("Monsanto") makes the following disclosures:

18         1.     Monsanto is not owned by any parent corporation.

19         2.     No publicly traded company owns 10% or more of the stock of Monsanto.

20  DATED:  December 4, 2017                Respectfully submitted,

21                                          /s/ Joe G. Hollingsworth
                                            Joe G. Hollingsworth (*pro hac vice*)
22                                          (jhollingsworth@hollingsworthllp.com)
                                            Eric G. Lasker (*pro hac vice*)
23                                          (elasker@hollingsworthllp.com)
                                            HOLLINGSWORTH LLP
24                                          1350 I Street, N.W.
                                            Washington, DC  20005
25                                          Telephone:  (202) 898-5800
                                            Facsimile:   (202) 682-1639
26
                                            *Attorneys for Defendant*
27                                          *MONSANTO COMPANY*

28