1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10  IN RE: ROUNDUP PRODUCTS              MDL No. 2741
LIABILITY LITIGATION
11                                      Case No. 3:16-md-02741-VC

12  This document relates to:

13  *Richard R. Shelby, et al. v. Monsanto Co.*,
Case No. 3:17-cv-04556-VC
14

15         **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16         Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17  ("Monsanto") makes the following disclosures:

18         1.     Monsanto is not owned by any parent corporation.

19         2.     No publicly traded company owns 10% or more of the stock of Monsanto.

20  DATED:  December 4, 2017               Respectfully submitted,

21                                         /s/ Joe G. Hollingsworth
                                          Joe G. Hollingsworth (*pro hac vice*)
22                                         (jhollingsworth@hollingsworthllp.com)
                                          Eric G. Lasker (*pro hac vice*)
23                                         (elasker@hollingsworthllp.com)
                                          HOLLINGSWORTH LLP
24                                         1350 I Street, N.W.
                                          Washington, DC  20005
25                                         Telephone:  (202) 898-5800
                                          Facsimile:   (202) 682-1639
26
                                          *Attorneys for Defendant*
27                                         *MONSANTO COMPANY*

28