1

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)

2
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.

3
Washington, DC  20005
Telephone:   (202) 898-5800

4
Facsimile:    (202) 682-1639
Email:         jhollingsworth@hollingsworthllp.com

5
                     elasker@hollingsworthllp.com

6
*Attorneys for Defendant*
*MONSANTO COMPANY*

7

8
UNITED STATES DISTRICT COURT

9
NORTHERN DISTRICT OF CALIFORNIA

10
IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

11

MDL No. 2741

Case No. 3:16-md-02741-VC

12
This document relates to:

13
*LeeRoy Watson, et al. v. Monsanto Co.*,
Case No. 3:17-cv-04633-VC

14

15
**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

16

17
          Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

18
named parties, there is no such interest to report.

19

20
DATED:  December 8, 2017

Respectfully submitted,

21
/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)

22
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)

23
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP

24
1350 I Street, N.W.
Washington, DC  20005

25
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

26

27
*Attorneys for Defendant*
*MONSANTO COMPANY*

28