**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639
Email:         jhollingsworth@hollingsworthllp.com
                   elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>*Stanley Balken v. Monsanto Co.*,<br>Case No. 3:17-cv-04890-VC | |

### **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is not owned by any parent corporation.

2. No publicly traded company owns 10% or more of the stock of Monsanto.

DATED: December 11, 2017 Respectfully submitted,

 /s/ Joe G. Hollingsworth
 Joe G. Hollingsworth (*pro hac vice*)
 (jhollingsworth@hollingsworthllp.com)
 Eric G. Lasker (*pro hac vice*)
 (elasker@hollingsworthllp.com)
 HOLLINGSWORTH LLP
 1350 I Street, N.W.
 Washington, DC  20005
 Telephone:   (202) 898-5800
 Facsimile:    (202) 682-1639

 *Attorneys for Defendant*
 *MONSANTO COMPANY*