UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 16-md-02741-VC |
|---|---|
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 35: NOTIFICATION TO STATE COURT JUDGES RE MODIFIED *DAUBERT* HEARING SCHEDULE** |

As previously announced, the *Daubert* hearings will now take place during the week of March 5, 2018. Counsel must transmit this order, along with the order continuing the hearings (Dkt. No. 761) to all state court judges with pending Roundup cases by December 22, 2017. State court judges are reminded that if they wish to participate in the *Daubert* hearings and have not already contacted Kristen Melen, Judge Chhabria's Courtroom Deputy, they should feel free to do so at vccrd@cand.uscourts.gov.

State court judges will be able to participate directly in the hearings if they wish to travel to San Francisco. In addition, the easiest way for state court judges to observe the proceedings without traveling to San Francisco to directly participate in them is to record the proceedings through the Court's "Cameras in the Courtroom Pilot Project." The Clerk will docket a Notice of Request for Video Recording, and consent will be presumed unless a party completes the Objection to Request for Video Recording within seven days of the date of the Notice.

**IT IS SO ORDERED.**

Dated: December 14, 2017

VINCE CHHABRIA
United States District Judge