1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10 IN RE: ROUNDUP PRODUCTS              MDL No. 2741
   LIABILITY LITIGATION
11                                      Case No. 3:16-md-02741-VC

12 This document relates to:

13 *Anita Morrison, et al. v. Monsanto Co.*,
   Case No. 3:17-cv-04902-VC
14

15                      **MONSANTO COMPANY'S**
                **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17        Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

18 named parties, there is no such interest to report.

19

20 DATED:  December 15, 2017              Respectfully submitted,

21
                                         /s/ Joe G. Hollingsworth
22                                       Joe G. Hollingsworth (*pro hac vice*)
                                         (jhollingsworth@hollingsworthllp.com)
23                                       Eric G. Lasker (*pro hac vice*)
                                         (elasker@hollingsworthllp.com)
24                                       HOLLINGSWORTH LLP
                                         1350 I Street, N.W.
25                                       Washington, DC  20005
                                         Telephone:  (202) 898-5800
26                                       Facsimile:   (202) 682-1639

27                                       *Attorneys for Defendant*
                                         *MONSANTO COMPANY*
28

---

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:17-cv-04902-VC