Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Pedram Esfandiary, Esq. (SBN:312569)
pesfandiary@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

Robert F. Kennedy, Jr., Esq.
rkennedy@kennedymadonna.com
Kevin J. Madonna, Esq.
kmadonna@kennedymadonna.com
**KENNEDY & MADONNA, LLP**
48 Dewitt Mills Road
Hurley, New York 12443
Telephone:  (845) 481-2622
Facsimile:  (845) 230-3111

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 2741<br><br>**PROOF OF SERVICE**<br><br>Hon. Vince Chhabria |

Counsel for Plaintiffs hereby submit this proof of service pursuant to Pretrial Order No. 35 (ECF Dkt. 964). On December 20, 2017, undersigned counsel lodged a notice and attached a copy of Pretrial Orders 34 and 35 with the following state court dockets:

1. *Bates v. Monsanto Co., et al.*, St. Louis Circuit Court, Case No. 1722-CC00796-01;
2. *Feranec, et al. v. Monsanto Co., et al.*, St. Louis Circuit Court, Case No.1722-CC00799-01;
3. *Salvaggio, et al. v. Monsanto Co., et al.*, St. Louis Circuit Court, Case No.1722-CC00746-01;
4. *Sevier, et al. v. Monsanto Co., et al.*, St. Louis Circuit Court, Case No.1722-CC08672;
5. *Ferretti, et al. v. Monsanto Co., et al.*, St. Louis Circuit Court, Case No.1722-CC11478;
6. *Pennie v. Monsanto Co., et al.*, Alameda County Superior Court, Case No. RG17853420;
7. *Scalise v. Monsanto Co., et al.*, Santa Barbara County Superior Court, Case No. 17CV02577;

8. *Aiton, et al v. Monsanto Co., et al.*, San Francisco County Superior Court, Case No. CGC-17-563100;

9. *Baker, et al v. Monsanto Co., et al.*, San Francisco County Superior Court, Case No. CGC-17-563101;

10. *Behar, et al v. Monsanto Co., et al.*, San Francisco County Superior Court, Case No. CGC-17-563102;

11. *Kohn, et al v. Monsanto Co., et al.*, San Francisco County Superior Court, Case No. CGC-17-563104; and

12. *Norris, et al v. Monsanto Co., et al.*, San Francisco County Superior Court, Case No. CGC-17-563105

DATED:  December 22, 2017     Respectfully submitted,

By:  /s/ R. Brent Wisner
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
Pedram Esfandiary, Esq. (SBN:312569)
pesfandiary@baumhedlundlaw.com
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

CERTIFICATE OF SERVICE

    I, R. Brent Wisner, hereby certify that, on December 22, 2017, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                          /s/ R. Brent Wisner
                                            R. Brent Wisner