*my copy*

| | |
|---|---|
| 1  Name: Ralph A. Applegate | FILED |
| 2  Address: 1544 Zettler Road | |
|    Columbus, Ohio 43227 | DEC 22 2017 |
| 3  Phone Number: 914-410-1568 | |
| 4  E-mail Address: rapplegate48@gmail.com | SUSAN Y. SOONG |
| 5  *Pro Se* | CLERK, U.S. DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Harvey, Lonnie | ) | Case Number: MDL 02741-VC |
| | ) | |
| | ) | **MOTION FOR PERMISSION FOR** |
| Plaintiff, | ) | **ELECTRONIC CASE FILING** |
| | ) | |
| vs. | ) | |
| Monsanto Company | ) | Judge Vince Chhabria |
| | ) | |
| | ) | |
| Defendant. | ) | |

As the (*Plaintiff/Defendant*) Plaintiff _____ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:
   - ☐ A computer with internet access;
   - ☐ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - ☐ A scanner to convert documents that are only in paper format into electronic files;
   - ☐ A printer or copier to create trequired paper copies such as chambers copies;
   - ☐ A word-processing program to create documents; and
   - ☐ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: _____          Signature: _____

Name: Ralph A. Applegate
Address: 1544 Zettler Road
Columbus, Ohio 43227
Phone Number: 914-410-1568
E-mail Address: rapplegate48@gmail.com
*Pro Se*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Harvey, Lonnie | Case Number: MDL 02741-VC |
| | **[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING** |
| Plaintiff, | |
| vs. | DATE: |
| Monsanto Company | TIME: |
| | COURTROOM: |
| | JUDGE: |
| Defendant. | |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____

_____
United States District/Magistrate Judge

Ralph A. Applegate
1544 Zettler Road
Columbus, Ohio 43227

United States District Court
Northern District of California
Box 36060
450 Golden Gate Ave.
San Francisco, Cal. 94102-3489