UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No.  16-md-02741-VC |
| This document relates to:<br>*Lonnie Harvey et al. v. Monsanto Co. et al.*, 17-cv-3750 | **ORDER DENYING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br>Re: Dkt. No. 1008 |

Ralph A. Applegate's motion for permission for electronic case filing is denied.  Mr. Applegate seeks permission to file electronically documents relating to a case that was remanded to Missouri state court in August.  *See* Dkt. No. 419; *Harvey et al. v. Monsanto Co. et al.*, 17-3750, Dkt. No. 39.

**IT IS SO ORDERED.**

Dated: January 8, 2018

VINCE CHHABRIA
United States District Judge