UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 16-md-02741-VC |
|---|---|
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 36: MOTIONS PENDING BEFORE TRANSFER** |

All parties are reminded that any motions pending prior to transfer of a case to this Court will not be considered unless renoticed. *See* Pretrial Order No. 26: Pre-Transfer Motions, Dkt. No. 379.

**IT IS SO ORDERED.**

Dated: January 8, 2018

VINCE CHHABRIA
United States District Judge