1

**Stevens & Lee, P.C.**

2
Daniel E.P. Bausher (PA Bar No. 29980)
Jeffrey D. Bukowski (PA Bar No. 76102)

3
111 North Sixth Street
Reading, PA 19601-0679

4
Telephone:  (610) 478-2207/2215
Facsimile:  (610) 988-0802/0805

5
Email: deb@stevenslee.com

6
         jdb@stevenslee.com

*Attorneys for Plaintiffs John C. Kirsch and Renae L. Kirsch*

7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA**

9

10
IN RE:  ROUNDUP PRODUCTS                     MDL No. 3:16-md-2741-VC
LIABILITY LITIGATION

11

12                                                                **ENTRY OF APPEARANCE**

13
This Document Relates To:

14
*Kirsch v. Monsanto Company,*

15
3:18-cv-00064-VC

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-
ENTRY OF APPEARANCE 3:16-md-2741-VC

As permitted  by Rule 2.1 (c) of the Rules for Multidistrict Litigation Under 28 U.S.C. § 1407, and pursuant to N.D. Cal. Local Civil Rule 5-1(c)(2)(A), Daniel E.P. Bausher and Stevens & Lee, P.C. hereby enter their appearance on behalf of Plaintiffs John C. Kirsch and Renae L. Kirsch in this matter, *Kirsch v. Monsanto Company*, 3:18-cv-00064-VC.

Dated:  January 17, 2018                          Respectfully submitted,


                                    By:  /s/ Daniel E.P. Bausher
                                         Daniel E.P. Bausher (PA Bar No. 29980)
                                         Stevens & Lee, P.C.
                                         111 North Sixth Street
                                         Reading, PA 19601-0679
                                         Telephone:  (610) 478-2207
                                         Facsimile:  (610) 988-0802
                                         Email: deb@stevenslee.com

                                         *Attorneys for Plaintiffs*
                                         *John C. Kirsch and Renae L. Kirsch*


                                    **CERTIFICATE OF SERVICE**

        I HEREBY CERTIFY that on this the 17th day of January, 2018, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of filing to all appearing parties of record.

                                         /s/ Daniel E.P. Bausher


-2-
ENTRY OF APPEARANCE 3:16-md-2741-VC