**Stevens & Lee, P.C.**
Daniel E.P. Bausher (PA Bar No. 29980)
Jeffrey D. Bukowski (PA Bar No. 76102)
111 North Sixth Street
Reading, PA 19601-0679
Telephone:  (610) 478-2207/2215
Facsimile:  (610) 988-0802/0805
Email: deb@stevenslee.com
           jdb@stevenslee.com
*Attorneys for Plaintiffs John C. Kirsch and Renae L. Kirsch*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2741-VC |
| This Document Relates To:<br><br>*Kirsch v. Monsanto Company,*<br><br>3:18-cv-00064-VC | **ENTRY OF APPEARANCE** |

-1-
ENTRY OF APPEARANCE 3:16-md-2741-VC

SL1 1504724v1 111294.00001

As permitted by Rule 2.1 (c) of the Rules for Multidistrict Litigation Under 28 U.S.C. § 1407, and pursuant to N.D. Cal. Local Civil Rule 5-1(c)(2)(A), Jeffrey D. Bukowski and Stevens and Lee, P.C. hereby enter their appearance on behalf of Plaintiffs John C. Kirsch and Renae L. Kirsch in this matter, *Kirsch v. Monsanto Company*, 3:18-cv-00064-VC.

Dated: January 17, 2018               Respectfully submitted,

By: /s/ Jeffrey D. Bukowski
Jeffrey D. Bukowski (PA Bar No. 76102)
Stevens & Lee, P.C.
111 North Sixth Street
Reading, PA 19601-0679
Telephone: (610) 478-2215
Facsimile: (610) 988-0805
Email: jdb@stevenslee.com

*Attorneys for Plaintiffs*
*John C. Kirsch and Renae L. Kirsch*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the 17th day of January, 2018, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of filing to all appearing parties of record.

/s/ Jeffrey D. Bukowski