1 | **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 | Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 | Washington, DC 20005
Telephone: (202) 898-5800
4 | Facsimile: (202) 682-1639
Email:  jhollingsworth@hollingsworthllp.com
5 | elasker@hollingsworthllp.com

6 | *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741
11 | | Case No. 3:16-md-02741-VC

12 | This document relates to:

13 | *Victoria L. Bellio et al. v. Monsanto Co.*,
Case No. 3:17-cv-06110-VC
14

15 | **MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17 |      Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

18 | named parties, there is no such interest to report.

19

20 | DATED: February 5, 2018            Respectfully submitted,

21

22 |                     /s/ Joe G. Hollingsworth
                    Joe G. Hollingsworth (*pro hac vice*)
                    (jhollingsworth@hollingsworthllp.com)
23 |                     Eric G. Lasker (*pro hac vice*)
                    (elasker@hollingsworthllp.com)
24 |                     HOLLINGSWORTH LLP
                    1350 I Street, N.W.
25 |                     Washington, DC 20005
                    Telephone: (202) 898-5800
26 |                     Facsimile: (202) 682-1639

27 |                     *Attorneys for Defendant*
                    *MONSANTO COMPANY*
28

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:17-cv-06110-VC