UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION
Applegate v. Monsanto Company, )
    S.D. Ohio, C.A. No. 2:18-00045 )          MDL No. 2741

ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Applegate*) on January 18, 2018. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Applegate* was lifted on January 26, 2018, and the action was transferred to the Northern District of California.

    Subsequently, on February 5, 2018, the Panel received a notice of opposition from the *pro se* plaintiff, via the United States mail. Plaintiff's pleading is postmarked January 22, 2018. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in order to permit plaintiff to pursue his opposition to transfer.

    IT IS ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-67" filed on January 18, 2018, is REINSTATED. Plaintiffs' notice of opposition is deemed filed as of the date of this order.

    IT IS FURTHER ORDERED that plaintiff's and motion and supporting brief to vacate the Panel's conditional transfer order will be due according to the schedule that will issue shortly.

                            FOR THE PANEL:

                            Jeffery N. Lüthi
                            Clerk of the Panel