# EXHIBIT A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No.  16-md-02741 |
| This Document Relates To All Actions | **[PROPOSED]** *DAUBERT* **HEARING SCHEDULE** |

For good cause shown, the Court hereby Orders the following schedule shall apply to the *Daubert* hearing scheduled to commence on March 5, 2018.

Pursuant to Party Agreement,

1. Plaintiffs will produce all of their expert witnesses prior to Monsanto producing its expert witnesses;
2. The Parties will exchange an exhibit list on February 12, 2018 and file a final exhibit list on February 20, 2018 with written objections, if any; and
3. The expert testimony can and should be completed within five (5) court days.

The Court further Orders the Parties to follow the following schedule, to be modified for good cause:

### Day 1 – March 5, 2018

9:30 a.m. – 9:45 a.m.:  Plaintiffs' Opening Statement
9:45 a.m. – 10:00 a.m.:  Defendant's Opening Statement

**Plaintiff Expert 1**
10:00 a.m. – 11:00 a.m.:  Plaintiff Expert 1 Direct Examination
11:00 a.m.–11:45 a.m.:  Plaintiff Expert 1 Cross Examination
11:45 a.m.– Noon: Plaintiff Expert 1 Re-Direct

Noon – 1:00 pm: Lunch

**Plaintiff Expert 2**
1:00 p.m. – 2:00 p.m.: Plaintiff Expert 2 Direct Examination
2:00 p.m. – 2:45 p.m.: Plaintiff Expert 2 Cross Examination
2:45 p.m. – 3:00 p.m.: Plaintiff Expert 2 Re-Direct

3:00 p.m. – 3:15 p.m.:  Break

1

**Plaintiff Expert 3**

3:15 p.m. – 4:15 p.m.:  Plaintiff Expert 3 Direct Examination
4:15 p.m. – 5:00 p.m.:  Plaintiff Expert 3 Cross Examination
5:00 p.m. – 5:15 p.m.:  Plaintiff Expert 3 Re-Direct

**Day 2 – March 6, 2018**

**Plaintiff Expert 4**

9:30 a.m. – 10:30 a.m.:  Plaintiff Expert 4 Direct Examination
10:30 a.m.– 11:15 a.m.:  Plaintiff Expert 4 Cross Examination

11:15 a.m. – 11:30 a.m.: Break

11:30 a.m. – 11:45 a.m.:  Plaintiff Expert 4 Re-direct

**Plaintiff Expert 5**

11:45 a.m. – 12:45 p.m.:  Plaintiff Expert 5 Direct Examination
12:45 p.m. – 1:45 p.m.: Lunch
1:45 p.m. – 2:30 p.m.: Plaintiff Expert 5 Cross Examination
2:30 p.m. – 2:45 p.m.: Plaintiff Expert 5 Re-Direct

2:45 p.m. – 3:00 p.m.: Break

**Plaintiff Expert 6**

3:00 p.m. – 4:00 p.m.: Plaintiff Expert 6 Direct Examination
4:00 p.m. – 4:45 p.m.: Plaintiff Expert 6 Cross Examination
4:45 p.m. – 5:00 p.m.: Plaintiff Expert 6 Re-Direct

**Day 3 – March 7, 2018**

9:00 a.m. – 10:00 a.m.:  Non-Retained Expert No. 1- Video Testimony
10:00 a.m. – 11:00 a.m.: Non-Retained Expert No. 2 – Video Testimony

**Monsanto Expert 1**

11:00 a.m. – 12:00 p.m.: Monsanto Expert 1 Direct Examination
12:00 p.m. – 1:00 p.m.: Lunch
1:00 p.m. – 1:45p.m. – Monsanto Expert 1 Cross Examination
1:45 p.m. – 2:00 p.m.  – Monsanto Expert 1 Re-Direct

2:00 p.m. – 2:15 p.m.: Break

**Monsanto Expert 2**

2:15 p.m. – 3:15 p.m.:  Monsanto Expert 2 Direct Examination
3:15 p.m.– 4:00 p.m.:  Monsanto Expert 2 Cross Examination
4:00 p.m. – 4:15 p.m.: Monsanto Expert 2 Re-Direct

4:15 p.m. – 5:15 p.m.: [Catch Up Time]

**Day 4 – March 8, 2018**

**Monsanto Expert 3**

9:00 a.m. – 10:00 a.m.:  Monsanto Expert 3 Direct Examination
10:00 a.m. – 10:45 a.m.: Monsanto Expert 3 Cross Examination
10:45 a.m. – 11:00 a.m. – Monsanto Expert 3 Re-Direct
11:00 a.m. – 11:15 a.m.: Break

**Monsanto Expert 4**

11:15 a.m. – 12:15 p.m.: Monsanto Expert 4 Direct Examination

12:15 p.m. –1:15 p.m.: Lunch

1:15 p.m. – 2:00 p.m.:  Monsanto Expert 4 Cross Examination
2:00 p.m. – 2:15 p.m.: Monsanto Expert 4 Re-Direct

**Monsanto Expert 5**

2:15 p.m. – 3:15 p.m.:  Monsanto Expert 5 Direct Examination
3:15 p.m. – 4:00 p.m.: Monsanto Expert 5 Cross Examination
4:15 p.m. – 4: 30 p.m. Monsanto Expert 5 Re-Direct

[4:30 p.m. – 5:00 Catch Up Time]

**Day 5 – March 9, 2018**

**Monsanto Expert 6**

9:30 a.m. – 10:30 a.m.:  Monsanto Expert 6 Direct Examination
10:30 a.m. – 11:15 a.m.: Monsanto Expert 6 Cross Examination
11:30 a.m.– 11:45 a.m.:  Monsanto Expert 6 Re-Direct

11:45 a.m. – 1:00 p.m.: Lunch

**Monsanto Expert 7**

1:00 p.m. – 2:00 p.m.: Monsanto Expert 7 Direct Examination
2:00 p.m. – 2:45 p.m.: Monsanto Expert 7 Cross Examination
2:45 p.m. – 3:00 p.m.: Monsanto Expert 7 Re-Direct

3:00 p.m. – 5:00 p.m.: [Catch Up Time]

Dated:_____          _____
                                        Hon. Vince Chhabria
                                        Judge of the United States District Court

SCHEDULE - *DAUBERT* HEARING