UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 37: SETTING SCHEDULE FOR EXCHANGE OF EXHIBIT LISTS AND TELEPHONIC CASE MANAGEMENT CONFERENCE**<br>Re: Dkt. No. 1100 |

The parties' proposed schedule for exchanging exhibit lists is adopted. The parties are ordered to file a final exhibit list, including any written objections, by February 20, 2018.

The parties are ordered to appear telephonically for a case management conference on Tuesday, February 13, 2018 at 2:30 p.m., to discuss the schedule for the *Daubert* hearing. In particular, the parties should consider whether the witnesses ought to be ordered according to subject matter rather than taking all the plaintiffs' witnesses first and then hearing from all the defendant's witnesses. The plaintiffs are ordered to send a conference line and access code to vccrd@cand.uscourts.gov, copying counsel for Monsanto, by 6:00 p.m. today, February 12, 2018.

**IT IS SO ORDERED.**

Dated: February 12, 2018

VINCE CHHABRIA
United States District Judge