UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 38: SETTING SCHEDULE FOR *DAUBERT* HEARING** |

During the *Daubert* hearing scheduled for the week of March 5, 2018, each side will have a total of eleven hours for direct and cross examination.  Time will be kept using a chess-clock approach.  The schedule for the week will be as follows:

- Monday, March 5, 2018 – 10:00 a.m. to 4:00 p.m.

- Tuesday, March 6, 2018 – 12:30 p.m. to 4:00 p.m.

- Wednesday, March 7, 2018 – 10:00 a.m. to 4:00 p.m.

- Thursday, March 8, 2018 – 8:00 a.m. to 2:00 p.m.

- Friday, March 9, 2018 – 10:00 a.m. to 4:00 p.m.

At a minimum, Monsanto must file a notice on the docket disclosing the first four witnesses and the order in which it intends to call them by Monday, February 26, 2018.  By Wednesday morning, March 7, Monsanto will be required to disclose any other witnesses it intends to call and the order in which it intends to call them.

The plaintiffs are also required to file a notice on the docket by Monday, February 26, 2018 disclosing the order in which they intend to call their witnesses.

**IT IS SO ORDERED.**

Dated: February 13, 2018

_____

VINCE CHHABRIA
United States District Judge