1
2
3
4

Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

5

*Attorney for Plaintiffs*

6
7
8
9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

10
11
12
13
14

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No.  16-md-02741 |
| This Document Relates To All Actions | **WAGSTAFF DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Aimee H. Wagstaff, declare:

1.      I am a member of the executive committee of MDL 2741.  I make this declaration in support of Plaintiffs' Administrative Motion to File Under Seal filed on February 16, 2018.  I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2.      Plaintiffs have filed conditionally under seal portions of Plaintiffs' Supplemental Brief Pursuant to PTO 34 as well as Exhibit Nos. 8 and 35 to Plaintiffs' Supplemental Brief Pursuant to PTO 34 as these documents contain or reference material and information designated Confidential by Monsanto.

3.      I declare under penalty of perjury that the foregoing is true and correct.  Executed this 16th day of February, 2018.

> */s/ Aimee H. Wagstaff*
> Aimee H. Wagstaff

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record. .

DATED: February 16, 2018

*/s/ Aimee Wagstaff*
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

WAGSTAFF DECL. IN SUPPORT OF ADMIN. MOTION TO FILE UNDER SEAL
3:16-md-02741-VC