**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates To All Actions | MDL No. 2741<br><br>Case No. 16-md-02741<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Having reviewed Plaintiffs' Administrative Motion to File Under Seal and the Declaration of Aimee H. Wagstaff in support thereof, the Court ORDERS that:

Portions of Plaintiffs' Supplemental Brief Pursuant to PTO 34 as well as Exhibits 8 and 35 to Plaintiffs' Supplemental Brief Pursuant to PTO 34 shall remain filed conditionally under seal for ten (10) days after the date they were originally filed conditionally under seal, pursuant to the Amended Protective and Confidentiality Order in this case and Civil Local Rule 79-5(e).

Dated:_____         _____
                                      Hon. Vince Chhabria
                                      Judge of the United States District Court