# EXHIBIT 35

# EXHIBIT 35

Case 3:16-md-02741-VC   Document 1134-7   Filed 02/16/18   Page 3 of 7