Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** <br><br> This Document Relates To All Actions | MDL No. 2741 <br><br> Case No.  16-md-02741 <br><br> **WAGSTAFF DECLARATION IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEFING PURSUANT TO PTO 34** |

**DECLARATION OF AIMEE H. WAGSTAFF IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEFING PURSUANT TO PTO 34**

I Aimee H. Wagstaff, declare:

1.   I am an attorney and a member of the Executive Committee of MDL No. 2741. I make this declaration in support of Plaintiffs' Supplemental Briefing Pursuant to PTO 34 filed on February 16, 2018. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently to these matters.

2.   Annexed hereto as Exhibit 1 is a true and correct copy of Andreotti, et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study*, JNCI djx233, https://doi.org/10.1093/jnci/djx233

3.   Annexed hereto as Exhibit 2 is a true and correct copy of MONGLY00885870.

4.   Annexed hereto as Exhibit 3 is a true and correct copy of MONGLY00877463.

5.   Annexed hereto as Exhibit 4 is a true and correct copy of Alavanja et al, *The*

*Agricultural Health Study*, 104 ENVIRON. HEALTH PERSP. 4, 362-69, 363 (Apr. 1996).

6. Annexed hereto as Exhibit 5 is a true and correct copy of the Agricultural Health Study Commercial Applicator Questionnaire, OMB #0925-0406.

7. Annexed hereto as Exhibit 6 is a true and correct copy of the Agricultural Health Study Enrollment Questionnaire – Private Applicator, OMB #0925-0406.

8. Annexed hereto as Exhibit 7 is a true and correct copy of the Supplemental Expert Report of Dr. Beate Ritz, dated December 18, 2017.

9. Annexed hereto as Exhibit 8 is a true and correct copy of MONGLY01593792.

10. Annexed hereto as Exhibit 9 is a true and correct copy of MONGLY07080567.

11. Annexed hereto as Exhibit 10 is a true and correct copy of Gray, et al, *The Federal Government's Agricultural Health Study: A Critical Review with Suggested Improvements*, 6 HUM. ECOL. RISK ASSESS. 1, 47-70, 69 (2000).

12. Annexed hereto as Exhibit 11 is a true and correct copy of De Roos, et al., *Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study*, 113 ENVIRON. HEALTH PERSP. 1, 49-54 (Jan. 2005).

13. Annexed hereto as Exhibit 12 is a true and correct copy of Blair, *et al.*, *Methodological Issues Regarding Confounding and Exposure Misclassification in Epidemiological Studies of Occupational Exposures*, 50 AM. J. IND.MED. 199, 199-207 (2006).

14. Annexed hereto as Exhibit 13 is a true and correct copy of the Supplemental Deposition of Dr. Jennifer Rider, taken on January 23, 2018.

15. Annexed hereto as Exhibit 14 is a true and correct copy of the Supplemental Deposition of Dr. Lorelei Mucci, taken on January 23, 2018.

16. Annexed hereto as Exhibit 15 is a true and correct copy of Supplemental Expert Report of Dr. Alfred Neugut, dated December 20, 2017.

17. Annexed hereto as Exhibit 16 is a true and correct copy of Supplemental Expert Report of Dr. Dennis Weisenburger, dated December 18, 2017.

18. Annexed hereto as Exhibit 17 is a true and correct copy of the Supplemental

Deposition of Dr. Alfred Neugut, taken on January 3, 2018.

19. Annexed hereto as Exhibit 18 is a true and correct copy of Briefing Note for IARC Scientific and Governing Council members, dated January 2018.

20. Annexed hereto as Exhibit 19 is a true and correct copy of Rothman, KJ, *Epidemiology: An Introduction* 100 (2002).

21. Annexed hereto as Exhibit 20 is a true and correct copy of Blair, A., et al. *Reliability of Reporting on Life-Style and Agricultural factors by a Sample of Participants in the Agricultural Health Study from Iowa*, 13 EPIDEMIOLOGY 94, 96 (2002).

22. Annexed hereto as Exhibit 21 is a true and correct copy of Brouwer, *et al.*, *Assessment of Occupational Exposure to Pesticides in a Pooled Analysis of Agricultural Cohorts within the AGRICOH Consortium*, 73 OCCUP. ENVIRON.MED. 359, 366 (2016).

23. Annexed hereto as Exhibit 22 is a true and correct copy of the Supplemental Expert Report of Dr. Christopher Portier, served on December 21, 2017.

24. Annexed hereto as Exhibit 23 is a true and correct copy of Acquavella, *et al.*, *Exposure Misclassification in Studies of Agricultural Pesticides Insights from Biomonitoring*, 17 EPIDEMIOLOGY 69, 73 (2006)

25. Annexed hereto as Exhibit 24 is a true and correct copy of Weichenthal, *et al.*, *A Review of Pesticide Exposure and Cancer Incidence in the Agricultural Health Study Cohort*, 118 ENVIRON. HEALTH PERSP. 8, 1117-25, 1123 (2010).

26. Annexed hereto as Exhibit 25 is a true and correct copy of the Supplemental Deposition of Dr. Beate Ritz, taken on January 19, 2018.

27. Annexed hereto as Exhibit 26 is a true and correct copy of the Supplemental Deposition of Dr. Christopher Portier, taken on January 12, 2018.

28. Annexed hereto as Exhibit 27 is a true and correct copy of Benbrook, C.M., *Trends in Glyphosate Herbicide Use in the United States and Globally* 28 ENVIRON. SCI. EUR. 1-15, 1, 6.

29. Annexed hereto as Exhibit 28 is a true and correct copy of the Supplemental Deposition of Dr. Chadi Nabhan, taken on January 15, 2018.

30. Annexed hereto as Exhibit 29 is a true and correct copy of the Supplemental Deposition of Dr. Dennis Weisenburger, taken on January 22, 2018.

31. Annexed hereto as Exhibit 30 is a true and correct copy of the Supplemental Expert Report of Dr. Jennifer Rider, dated December 21, 2017.

32. Annexed hereto as Exhibit 31 is a true and correct copy of Heltshe, et al., *Using Multiple Imputation to Assign Pesticide Use for Non-Responders in the Follow-up Questionnaire in the Agricultural Health Study*, 22 J. EXPO. SCI. ENVIRON. EPIDEMIOL. 409 (2012).

33. Annexed hereto as Exhibit 32 is a true and correct copy of the Supplemental Expert Report of Dr. Lorelei Mucci, dated December 21, 2017.

34. Annexed hereto as Exhibit 33 is a true and correct copy of Jurek, *et al.*, *Proper interpretation of non-differential misclassification effects: expectations vs. observations,* 34 INT. J. EPID. 680–687, 686 (2005).

35. Annexed hereto as Exhibit 34 is a true and correct copy of the Expert Report of Dr. Beate Ritz, dated May 1, 2017.

Executed this 16th day of February 2018.

*/s/ Aimee Wagstaff*
Aimee Wagstaff, SBN 278480
ANDRUS WAGSTAFF, PC
aimee.wagstaff@andruswagstaff.com
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

*Co-Lead Plaintiffs' Counsel*
*For MDL 2741*