# EXHIBIT 5

COMPLETE HERE

OMB #: 0925-0406
Expiration Date: 08/31/96

# Agricultural Health Study

## Commercial Applicator Questionnaire
### [CODED MANUAL]



Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to:  PHS Reports Clearance Officer, Rm 721-B, Humphrey Building, 200 Independence Ave., SW, Washington, D.C. 20201, ATTN:  PRA; and to Office of Management and Budget, Paperwork Reduction Project (0925-0406), Washington, D.C.  20503.

**Please return this questionnaire in the
next two weeks in the envelope provided.**

**Problems or questions?  Call 1-800-4AG-STUDY.**

Dear Applicator:

We are again asking for your help in carrying out an important scientific study that the University of Iowa Medical Center and Survey Research Associates (Durham, NC) are conducting in cooperation with the National Institutes of Health (NIH) and the Office of Research and Development of the US Environmental Protection Agency (USEPA).  The study is being conducted in Iowa and North Carolina and investigates environmental factors, occupation and diet and their effects on an individual's health.

Thank you for filling out the Enrollment Questionnaire.  Now we are asking you and your spouse to complete the main study questionnaires.  Questions about your lifestyle, pesticide use, work practices, occupational history, medical history, cooking practices, and health will be asked in more detail than on the form you filled out earlier.  Your spouse will be asked questions about family health.  You are free to skip any question at any point in the form.

The study results will give you information you may find helpful in making decisions for your health and the health of your family.  This information will be provided through the cooperative extension service, state and county health departments, articles in trade magazines,  and public service announcements on radio and TV.  You can request study reports by calling the Agricultural Health Study's toll-free number 1-800-4AG-STUDY.

Your participation is very important to the success of the study.  Information you give us will be treated with care and will not be disclosed to anyone but the researchers conducting the study or as required by law.  Confidential information like your name and address will be stored in locked files accessible only to study staff.  Your name will not be used in any reports or released in any way.  The study results will be reported in statistical summary form only.

You may be contacted in the future to take part in related research studies.  Your decision to be a part of future studies will also be voluntary.

**We need to hear from you within the next two weeks.** Please take the time to fill out this questionnaire.  The booklet may look long but there may be many pages you can skip.  Most people find it takes about an hour to complete.  I think you'll find it interesting.  Please return the completed form to the Agricultural Health Study Project in the enclosed pre-addressed, postage-paid envelope.  Be sure to also include the Spouse and Female and Family Health questionnaires.  If you have any questions about the survey, please contact Pat Miller at the Agricultural Health Study at 1-800-4AG-STUDY.

We appreciate your cooperation in this important research project.

Sincerely,

Michael C.R. Alavanja, Dr. P.H.
Project Officer
National Institutes of Health

*Privacy Act Notification:* *42 U.S.C. 285a of the Public Health Service Act authorizes collection of this information.  It will be used to evaluate the role of agricultural exposures and other factors in the development of cancer, neurological disease, birth defects and other chronic diseases.  All information is voluntary and a decision not to provide all or any part of the requested information will not affect your certification or licensing.  The Government may disclose this information to a Congressional Office upon your request, to the Department of Justice in the event of litigation; or to the Government contractors and collaborating researchers who are analyzing the study data.*

# DIRECTIONS

•• Please use a pencil to complete this form.

USE NO 2 PENCIL ONLY

•• Many of the questions will ask you to estimate amounts or to specify a year.  We know that you cannot be exact with many of these.  We ask that you estimate as best you can when you are not sure.

•• Be certain to write your answer in the area provided *and also* completely fill the matching ovals.  Erase completely if you make any changes.

The following kinds of marks **will NOT** work:   ⊗  ⊘  ◓  ◖

The following kind of marks will work:   ◌  ●  ●  ○

•• Mark **only one** answer to each question except where you are directed to "Mark all that apply."  Do not make any other marks on this form.  If you wish to make comments, please write them under the heading "Additional Comments" at the end of the form.

**EXAMPLE:** To record the response "July 4, 1993:"

| Month | Day | | Year |
|---|---|---|---|
| | | Write the numbers in boxes. • • 19 | **9**  **3** |
| | | Then fill in the matching ovals below each box. | |

BEGIN HERE

# I. General Information

**1.   What is today's date?**

[qxmonth]     [qxday]     [qxyear]     [a_quexdate]

Month     Day     Year     SAS date

○ Jan      ○ 1993
○ Feb      ○ 1994
○ Mar      ○ 1995
○ Apr      ○ 1996
○ May
○ Jun
○ Jul
○ Aug
○ Sep
○ Oct
○ Nov
○ Dec

# II. Pesticide Use Information

**2. What application methods do you generally use when you apply herbicides?** *(Mark all that apply.)*

- ○ Don't usually apply crop insecticides    **[ahrbmth1]**
- ○ Airblast    **[ahrbmth2]**
- ○ Boom on tractor, truck, or trailer    **[ahrbmth3]**
- ○ Hand spray gun    **[ahrbmth4]**
- ○ Backpack sprayer    **[ahrbmth5]**
- ○ Aerial (aircraft application)    **[ahrbmth6]**
- ○ In furrow or banded    **[ahrbmth7]**
- ○ Mist blower/fogger    **[ahrbmth8]**
- ○ Other    **[ahrbmth9]**

**DO NOT WRITE OUTSIDE BOX**

**3. What application methods do you generally use when you apply crop, nursery, lawn and garden insecticides?** *(Mark all that apply.)*

- ○ Don't usually apply crop insecticides    **[ainsmth1]**
- ○ Airblast    **[ainsmth2]**
- ○ Boom on tractor, truck, or trailer    **[ainsmth3]**
- ○ Hand spray gun    **[ainsmth4]**
- ○ Backpack sprayer    **[ainsmth5]**
- ○ Aerial (aircraft application)    **[ainsmth6]**
- ○ In furrow or banded    **[ainsmth7]**
- ○ Mist blower/fogger    **[ainsmth8]**
- ○ Other    **[ainsmth9]**

**DO NOT WRITE OUTSIDE BOX**

**4. What application methods do you generally use when you apply poultry/livestock/animal confinement area insecticides?** *(Mark all that apply.)*

- ○ Don't usually apply poultry/livestock/animal confinement area insecticides    **[acaimt1]**
- ○ Ear tag    **[acaimt2]**
- ○ Hang pest strips in barn    **[acaimt3]**
- ○ Dust animals    **[acaimt4]**
- ○ Fog/mist animals    **[acaimt5]**
- ○ Dip animals in pesticide solution    **[acaimt6]**
- ○ Spray animals    **[acaimt7]**
- ○ Spray buildings    **[acaimt8]**
- ○ Rope wick    **[acaimt9]**
- ○ Pour on animals    **[acaimt10]**
- ○ Other    **[acaimt11]**

**DO NOT WRITE OUTSIDE BOX**

**5. What application methods do you generally use when you apply fungicides?** *(Mark all that apply.)*

- ○ Don't usually apply fungicides    **[afungmt1]**
- ○ Airblast    **[afungmt2]**
- ○ Boom on tractor, truck, or trailer    **[afungmt3]**
- ○ Hand spray gun    **[afungmt4]**
- ○ Backpack sprayer    **[afungmt5]**
- ○ Aerial (aircraft application)    **[afungmt6]**
- ○ Pre-applied to seed    **[afungmt7]**
- ○ Mist blower/fogger    **[afungmt8]**
- ○ Other    **[afungmt9]**

**DO NOT WRITE OUTSIDE BOX**

**6. What application methods do you generally use when you apply fumigants?** *(Mark all that apply.)*

- ○ Don't usually apply fumigants    **[afumgmt1]**
- ○ Gas canister    **[afumgmt2]**
- ○ Row fumigation    **[afumgmt3]**
- ○ Other    **[afumgmt4]**

**DO NOT WRITE OUTSIDE BOX**

**7. When you personally mix herbicides, what additives do you generally use?** *(Mark all that apply.)*

- ○ I don't mix herbicides    **[ahrbadd1]**
- ○ Don't usually use additives    **[ahrbadd2]**
- ○ Solvents (like diesel fuel)    **[ahrbadd3]**
- ○ Fertilizer    **[ahrbadd4]**
- ○ Other pesticides    **[ahrbadd5]**
- ○ Surfactants, crop oil concentrates    **[ahrbadd6]**

**8. When you personally mix crop, nursery, lawn and garden insecticides, what additives do you generally use?** *(Mark all that apply.)*

- ○ I don't mix crop insecticides    **[ainsadd1]**
- ○ Don't usually use additives    **[ainsadd2]**
- ○ Solvents (like diesel fuel)    **[ainsadd3]**
- ○ Fertilizer    **[ainsadd4]**
- ○ Other pesticides    **[ainsadd5]**
- ○ Surfactants, crop oil concentrates    **[ainsadd6]**

**9. When you personally mix animal/livestock/animal confinement area insecticides, what additives do you generally use?** *(Mark all that apply.)*

- ○ I don't mix animal/livestock/animal confinement area insecticides    **[acaiadd1]**
- ○ Don't usually use additives    **[acaiadd2]**
- ○ Solvents (like diesel fuel)    **[acaiadd3]**
- ○ Other pesticides    **[acaiadd4]**

**10. When you personally mix fungicides, what additives do you generally use?** *(Mark all that apply.)*

- ○ I don't mix fungicides    **[afungad1]**
- ○ Don't usually use additives    **[afungad2]**
- ○ Solvents (like diesel fuel)    **[afungad3]**
- ○ Fertilizer    **[afungad4]**
- ○ Other pesticides    **[afungad5]**
- ○ Surfactants, crop oil concentrate    **[afungad6]**

For the following pesticides, first answer the question in Column A. If you answered "Yes" then answer the questions in Columns B, C and D for that pesticide. If you answered "No" then go on to the next pesticide. Be sure to answer Column A ("Yes" or "No") **for each pesticide** listed. This list includes some pesticides that are no longer on the market. Please answer about your use of these pesticides in past operations.

| Name of Pesticide | A. Have you ever personally mixed or applied this pesticide? | B. How many years did you personally mix or apply this pesticide? | C. In an average year when you personally used this pesticide, how many days did you use it? | D. When did you *first* personally use this pesticide? |
|---|---|---|---|---|
| **11. Herbicides** *(pesticides used to kill weeds)* | | | | |
| a. **Classic** or other *chlorimuron ethyl* products | [a_herbicide_cd4]<br>○ No  ○ Yes | [a_herbicide_yr4]<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ More than 20 years | [a_herbicide_day4]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_herbicide_fu4]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>○ Mark here if you used this pesticide **last year**<br>[a_herbicide_ls4] |
| b. **Lexone, Sencor** or other *metribuzin* products | [a_herbicide_cd8]<br>○ No  ○ Yes | [a_herbicide_yr8]<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ More than 20 years | [a_herbicide_day8]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_herbicide_fu8]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br>○ Mark here if you used this pesticide **last year**<br>[a_herbicide_ls8] |
| c. **Paraquat** | [a_herbicide_cd9]<br>○ No  ○ Yes | [a_herbicide_yr9]<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ More than 20 years | [a_herbicide_day9]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_herbicide_fu9]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>○ Mark here if you used this pesticide **last year**<br>[a_herbicide_ls9] |
| d. **Petroleum oil/ petroleum distillate** | [a_herbicide_cd10]<br>○ No  ○ Yes | [a_herbicide_yr10]<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ More than 20 years | [a_herbicide_day10]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_herbicide_fu10]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>○ Mark here if you used this pesticide **last year**<br>[a_herbicide_ls10] |

| Name of Pesticide | A. Have you ever personally mixed or applied this pesticide? | B. How many years did you personally mix or apply this pesticide? | C. In an average year when you personally used this pesticide, how many days did you use it? | D. When did you *first* personally use this pesticide? |
|---|---|---|---|---|
| e. **Prowl** or other *pendimethalin* products | [a_herbicide_cd11]<br>○ No  ○ Yes | [a_herbicide_yr11]<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ More than 20 years | [a_herbicide_day11]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_herbicide_fu11]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>○ Mark here if you used this herbicide **last year**<br>[a_herbicide_ls11] |
| f. **Sutan, Genate** or other *butylate* products | [a_herbicide_cd15]<br>○ No  ○ Yes | [a_herbicide_yr15]<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ More than 20 years | [a_herbicide_day15]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_herbicide_fu15]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>○ Mark here if you used this herbicide **last year**<br>[a_herbicide_ls15] |
| g. **Silvex** or other *2,4,5 T P* products | [a_herbicide_cd14]<br>○ No  ○ Yes | [a_herbicide_yr14]<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ More than 20 years | [a_herbicide_day14]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_herbicide_fu14]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s |
| h. **2,4,5 T** | [a_herbicide_cd18]<br>○ No  ○ Yes | [a_herbicide_yr18]<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ More than 20 years | [a_herbicide_day18]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_herbicide_fu18]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s |

| Name of Pesticide | A. Have you ever personally mixed or applied this pesticide? | B. How many years did you personally mix or apply this pesticide? | C. In an average year when you personally used this pesticide, how many days did you use it? | D. When did you *first* personally use this pesticide? |
|---|---|---|---|---|

**12. Insecticides** *(includes insecticides used on structures, lawns, gardens, crops, livestock, and animal confinement areas)*

| Name of Pesticide | A. | B. | C. | D. |
|---|---|---|---|---|
| a. **Forlin, Gamaphex** or other *lindane* products | [a_insecticide_cd6]<br>○ No  ○ Yes | [a_insecticide_yr6]<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ More than 20 years | [a_insecticide_day6]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_insecticide_fu6]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>○ Mark here if you used this pesticide **last year**<br>[a_insecticide_ls6] |
| b. **Malathion** | [a_insecticide_cd9]<br>○ No  ○ Yes | [a_insecticide_yr9]<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ More than 20 years | [a_insecticide_day9]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_insecticide_fu9]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>○ Mark here if you used this pesticide **last year**<br>[a_insecticide_ls9] |
| c. **Parathion** (ethyl or methyl) | [a_insecticide_cd10]<br>○ No  ○ Yes | [a_insecticide_yr10]<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ More than 20 years | [a_insecticide_day10]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_insecticide_fu10]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>○ Mark here if you used this pesticide **last year**<br>[a_insecticide_ls10] |
| d. **Sevin, Carbamine** or other *carbaryl* products | [a_insecticide_cd11]<br>○ No  ○ Yes | [a_insecticide_yr11]<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ More than 20 years | [a_insecticide_day11]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_insecticide_fu11]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>○ Mark here if you used this pesticide **last year**<br>[a_insecticide_ls11] |
| e. **Spectricide, Dianon** or other *diazinon* products | [a_insecticide_cd12]<br>○ No  ○ Yes | [a_insecticide_yr12]<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ More than 20 years | [a_insecticide_day12]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_insecticide_fu12]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>○ Mark here if you used this pesticide **last year**<br>[a_insecticide_ls12] |

| Name of Pesticide | A. Have you ever personally mixed or applied this pesticide? | B. How many years did you personally mix or apply this pesticide? | C. In an average year when you personally used this pesticide, how many days did you use it? | D. When did you *first* personally use this pesticide? |
|---|---|---|---|---|
| f. **Temik** or other *aldicarb* products | [a_insecticide_cd13]<br>○ No  ○ Yes ● <br>● <br>● | [a_insecticide_yr13]<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ More than 20 years | [a_insecticide_day13]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_insecticide_fu13]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>○ Mark here ● if you used this pesticide **last year**<br>[a_insecticide_ls13] |
| g. **Thimet, Rampart** or other *phorate* products | [a_insecticide_cd14]<br>○ No  ○ Yes ● <br>● <br>● | [a_insecticide_yr14]<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ More than 20 years | [a_insecticide_day14]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_insecticide_fu14]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s ● <br><br>○ Mark here ● if you used this pesticide **last year**<br>[a_insecticide_ls14] |
| h. **Aldrin** | [a_insecticide_cd15]<br>○ No  ○ Yes ● <br>● <br>● | [a_insecticide_yr15]<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ More than 20 years | [a_insecticide_day15]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_insecticide_fu15]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s |
| i. **Chlordane** | [a_insecticide_cd16]<br>○ No  ○ Yes ● <br>● <br>● | [a_insecticide_yr16]<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ More than 20 years | [a_insecticide_day16]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_insecticide_fu16]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s |
| j. **Dieldrin** | [a_insecticide_cd17]<br>○ No  ○ Yes ● <br>● <br>● | [a_insecticide_yr17]<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ More than 20 years | [a_insecticide_day17]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_insecticide_fu17]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s |
| k. **DDT** | [a_insecticide_cd18]<br>○ No  ○ Yes ● <br>● <br>● | [a_insecticide_yr18]<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ More than 20 years | [a_insecticide_day18]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_insecticide_fu18]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s |

| Name of Pesticide | A. Have you ever personally mixed or applied this pesticide? | B. How many years did you personally mix or apply this pesticide? | C. In an average year when you personally used this pesticide, how many days did you use it? | D. When did you *first* personally use this pesticide? |
|---|---|---|---|---|
| l. Heptachlor | [a_insecticide_cd19] ○ No  ○ Yes | [a_insecticide_yr19] ○ 1 year or less ○ 2–5 years ○ 6–10 years ○ 11–20 years ○ More than 20 years | [a_insecticide_day19] ○ Less than 5 days ○ 5–9 days ○ 10–19 days ○ 20–39 days ○ 40–59 days ○ 60–150 days ○ More than 150 days | [a_insecticide_fu19] ○ Before 1960 ○ In the 1960s ○ In the 1970s ○ In the 1980s ○ In the 1990s |
| m. Toxaphene | [a_insecticide_cd20] ○ No  ○ Yes | [a_insecticide_yr20] ○ 1 year or less ○ 2–5 years ○ 6–10 years ○ 11–20 years ○ More than 20 years | [a_insecticide_day20] ○ Less than 5 days ○ 5–9 days ○ 10–19 days ○ 20–39 days ○ 40–59 days ○ 60–150 days ○ More than 150 days | [a_insecticide_fu20] ○ Before 1960 ○ In the 1960s ○ In the 1970s ○ In the 1980s ○ In the 1990s |

**13. Fungicides** *(chemicals for controlling disease on crops and seed; may be pre-applied to seed)*

| Name of Pesticide | A. | B. | C. | D. |
|---|---|---|---|---|
| a. **Benlate, Tersan** or other *benomyl* products | [a_fungicide_cd1] ○ No  ○ Yes | [a_fungicide_yr1] ○ Already applied to seed ○ 1 year or less ○ 2–5 years ○ 6–10 years ○ 11–20 years ○ More than 20 years | [a_fungicide_day1] ○ Pre-applied to seed ○ None ○ 1 day ○ 2–5 days ○ 5–9 days ○ 10–19 days ○ 20–39 days ○ 40–59 days ○ 60–150 days ○ More than 150 days | [a_fungicide_fu1] ○ Before 1960 ○ In the 1960s ○ In the 1970s ○ In the 1980s ○ In the 1990s  ○ Mark here if you used this pesticide **last year** [a_fungicide_ls1] |
| b. **Manex, Manzate, Dithane Z-78** or other *maneb or mancozeb* products | [a_fungicide_cd4] ○ No  ○ Yes | [a_fungicide_yr4] ○ Already applied to seed ○ 1 year or less ○ 2–5 years ○ 6–10 years ○ 11–20 years ○ More than 20 years | [a_fungicide_day4] ○ Pre-applied to seed ○ None ○ 1 day ○ 2–5 days ○ 5–9 days ○ 10–19 days ○ 20–39 days ○ 40–59 days ○ 60–150 days ○ More than 150 days | [a_fungicide_fu4] ○ Before 1960 ○ In the 1960s ○ In the 1970s ○ In the 1980s ○ In the 1990s  ○ Mark here if you used this pesticide **last year** [a_fungicide_ls4] |
| c. **Ridomil, Subdue** or other *metalaxyl* products | [a_fungicide_cd5] ○ No  ○ Yes | [a_fungicide_yr5] ○ Already applied to seed ○ 1 year or less ○ 2–5 years ○ 6–10 years ○ 11–20 years ○ More than 20 years | [a_fungicide_day5] ○ Pre-applied to seed ○ None ○ 1 day ○ 2–5 days ○ 5–9 days ○ 10–19 days ○ 20–39 days ○ 40–59 days ○ 60–150 days ○ More than 150 days | [a_fungicide_fu5] ○ Before 1960 ○ In the 1960s ○ In the 1970s ○ In the 1980s ○ In the 1990s  ○ Mark here if you used this pesticide **last year** [a_fungicide_ls5] |

| Name of Pesticide | A. Have you ever personally mixed or applied this pesticide? | B. How many years did you personally mix or apply this pesticide? | C. In an average year when you personally used this pesticide, how many days did you use it? | D. When did you *first* personally use this pesticide? |
|---|---|---|---|---|
| //////// | //////// | //////// | | |
| d. **Zirex, Corozate** or other ***ziram*** products | **[a_fungicide_cd6]** ○ No  ○ Yes ● ● ● | **[a_fungicide_yr6]** ○ Already applied to seed ○ 1 year or less ○ 2–5 years ○ 6–10 years ○ 11–20 years ○ More than 20 years | **[a_fungicide_day6]** ○ Pre-applied to seed ○ None ○ 1 day ○ 2–5 days ○ 5–9 days ○ 10–19 days ○ 20–39 days ○ 40–59 days ○ 60–150 days ○ More than 150 days | **[a_fungicide_fu6]** ○ Before 1960 ○ In the 1960s ○ In the 1970s ○ In the 1980s ○ In the 1990s ● ○ Mark here ● if you used this pesticide **last year** **[a_fungicide_ls6]** |
| **14. Fumigants** *(gases or liquids that turn to gas when released; used in enclosed areas or to treat soil)* | | | | |
| a. **Phostoxin, Gastoxin** or other ***aluminum phosphide*** products | **[a_fumigant_cd2]** ○ No  ○ Yes ● ● ● | **[a_fumigant_yr2]** ○ 1 year or less ○ 2–5 years ○ 6–10 years ○ 11–20 years ○ More than 20 years | **[a_fumigant_day2]** ○ 1 day ○ 2–5 days ○ 5–9 days ○ 10–19 days ○ 20–39 days ○ 40–59 days ○ 60–150 days ○ More than 150 days | **[a_fumigant_fu2]** ○ Before 1960 ○ In the 1960s ○ In the 1970s ○ In the 1980s ○ In the 1990s ● ○ Mark here ● if you used this pesticide **last year** **[a_fumigant_ls2]** |
| b. **Carbon tetrachloride/ carbon disulfide** (80/20 mix) | **[a_fumigant_cd3]** ○ No  ○ Yes ● ● ● | **[a_fumigant_yr3]** ○ 1 year or less ○ 2–5 years ○ 6–10 years ○ 11–20 years ○ More than 20 years | **[a_fumigant_day3]** ○ 1 day ○ 2–5 days ○ 5–9 days ○ 10–19 days ○ 20–39 days ○ 40–59 days ○ 60–150 days ○ More than 150 days | **[a_fumigant_fu3]** ○ Before 1960 ○ In the 1960s ○ In the 1970s ○ In the 1980s ○ In the 1990s |
| c. **EDB, E-D-Bee, Bromofume** or other ***ethylene dibromide*** products | **[a_fumigant_cd4]** ○ No  ○ Yes ● ● ● | **[a_fumigant_yr4]** ○ 1 year or less ○ 2–5 years ○ 6–10 years ○ 11–20 years ○ More than 20 years | **[a_fumigant_day4]** ○ 1 day ○ 2–5 days ○ 5–9 days ○ 10–19 days ○ 20–39 days ○ 40–59 days ○ 60–150 days ○ More than 150 days | **[a_fumigant_fu4]** ○ Before 1960 ○ In the 1960s ○ In the 1970s ○ In the 1980s ○ In the 1990s |

# III.  Other Pesticides Used

15. ***In your lifetime***, other than those listed above, have you personally used any other pesticides *frequently* (either now or in past years)?    [aothrpcd]

    ○  No **[GO TO QUESTION 17]**     ○  Yes **[CONTINUE]**

●

●

16.  What other pesticides have you used frequently (either now or in the past)?  *(Mark all that you have used.)*

## A. Crop Insecticides
○  Aastar (flucythrinate + phorate)    [aocins1]
○  Broot (trimethacarb)    [aocins2]
○  Cygon 400 (dimethoate)    [aocins3]
○  Delnav (dioxathion)    [aocins4]
○  Dipel (bacillus thuringiensis)    [aocins5]
○  Di-syston (disulfoton)    [aocins6]
○  Etrolene, Korlan, Ronnel (fenchlorphos)    [aocins7]
○  Force (tefluthrin)    [aocins8]
○  Guthion (azinphos methyl)    [aocins9]
○  Imidan (phosmet)    [aocins10]
○  Kelthane (dicofol)    [aocins11]
○  Lannate (methomyl)    [aocins12]
○  Lead Arsenate    [aocins13]

○  Marlate (methoxychlor)    [aocins14]
○  Monitor, Swipe, Tahmabon, Acephate-Met (methamidophos)    [aocins15]
○  Mocap (ethoprop)    [aocins16]
○  Noxfish (rotenone)    [aocins17]
○  Orthene (acephate)    [aocins18]
○  Phosdrin (mevinphos)    [aocins19]
○  Pydrin (fenvalerate)    [aocins20]
○  Ruelene (crufomate)    [aocins21]
○  Thiodan (endosulfan)    [aocins22]
○  Totalene, Tugon (trichlorfon)    [aocins23]
○  Vydate (oxanyl)    [aocins24]

## B. Livestock/Poultry Insecticides
○  Baytex, Lysoff, Tiguvon (fenthion)    [aolins1]
○  Black Leaf 40 (nicotine)    [aolins2]
○  Bo-Ana, Warbex (famphur)    [aolins3]
○  Bux (bufencarb)    [aolins4]
○  Ivomec    [aolins5]
○  Korlan, Trolene (ronnel)    [aolins6]

○  Stimukil (methomyl)    [aolins7]
○  Neguvon, Tugon (trichlorfon)    [aolins8]
○  Prolate (phosmet)    [aolins9]
○  Rabon, Gradona (tetrachlorvinphos)    [aolins10]
○  Rotenone (rotenoneapry)    [aolins11]
○  Tackic    [aolins12]

## C. Herbicides
○  Ally (metsulfuran methyl)    [aohrb1]
○  Amiben (chloramben)    [aohrb2]
○  Basagran (bentazone)    [aohrb3]
○  Bicep (atrazine + metolachlor)    [aohrb4]
○  Blazer, Storm, Galaxy (acifluorfen sodium)    [aohrb5]
○  Bronco (alachlor + isopropylamine salt of glyphosphate)    [aohrb6]
○  Bullet (alachlor + atrazine)    [aohrb7]
○  Buctril (bromoxynil)    [aohrb8]
○  Canopy (metribuzin + chlorimuron ethyl)    [aohrb9]
○  Command (clomazone)    [aohrb10]
○  Conquest (cyanazine + atrazine)    [aohrb11]
○  Cotoran (fluometuron)    [aohrb12]
○  Devrinol (napropamide)    [aohrb13]
○  Enide (diphenamid)    [aohrb14]
○  Eradicane, Eptam (EPTC)    [aohrb15]
○  Fusilade (fluazifop-butyl)    [aohrb16]
○  Harmony, Pinnacle (thifensulfuron methyl)    [aohrb17]

○  Hoelon (diclofop-methyl)    [aohrb18]
○  Inorganic Arsenic    [aohrb19]
○  Lorox (linuron)    [aohrb20]
○  Marksman (dicamba + atrazine)    [aohrb21]
○  Paarlan (isopropalin)    [aohrb22]
○  Princep (simazine)    [aohrb23]
○  Organic Arsenic    [aohrb24]
○  Poast (sethoxydim)    [aohrb25]
○  Ramrod (propachlor)    [aohrb26]
○  Scepter (imazaquin)    [aohrb27]
○  Sonalan (ethalfluralin)    [aohrb28]
○  Squadron (pendimethalin + imazaquin)    [aohrb29]
○  Surflan (oryzalin)    [aohrb30]
○  Sutazine (atrazine + butylate)    [aohrb31]
○  Tandem (tridiphene)    [aohrb32]
○  Vernam (vernolate)    [aohrb33]
○  Zorial (norflurozon)    [aohrb34]

## D. Fumigants
○  Basamid (dazomet)    [aofumg1]
○  Bin Spray    [aofumg2]
○  Chlor-O-Pic, Dolochlor (chloropicrin)    [aofumg3]
○  Cyanamid, Cyanogas (calcium cyanide)    [aofumg4]
○  DBCP (dibromochloropropane)    [aofumg5]

○  Telone, Telone II, D-D (dichloropropene)    [aofumg6]
○  Tetrafume    [aofumg7]
○  Vapam (metam-sodium)    [aofumg8]
○  Vorlex (methyl isothiocyanate)    [aofumg9]

**E. Fungicides**

- ○ Arbotect (triabendazole)                          [aofung1]
- ○ Banner, Tilt, 3.6 EC (propiconazole)    [aofung2]
- ○ Bayleton (triadimefon)                        [aofung3]
- ○ Baytan 30 (triadimenol)                      [aofung4]
- ○ Haipen, Sanspor (captafol)               [aofung5]
- ○ Carbamate (ferbam)                           [aofung6]
- ○ Copper-Count N (copper ammonia    [aofung7]
      carbonate
- ○ Curalan, Vorlan (9inclozolin)            [aofung8]
- ○ Cyprex (dodine                                   [aofung9]
- ○ Dyrene (anilazine)                             [aofung10]
- ○ Evershield, Aatack (thiram)             [aofung11]
- ○ Funginex (triforine)                           [aofung12]
- ○ Kocide 101, Kocide 404 (cupric hydroxide)  [aofung13]
- ○ Mertect (thiabendazole)                   [aofung14]
- ○ Milban (dodemorph acetate)            [aofung15]

- ○ Nova, Rally, Systhane (myclobutanil)   [aofung16]
- ○ Phaltan (folpet)                                      [aofung17]
- ○ Pipron (piperalin)                                 [aofung18]
- ○ Polyram, Carbatene (metiram)           [aofung19]
- ○ Rovral (iprodione)                               [aofung20]
- ○ Rubigan (fenarimol)                            [aofung21]
- ○ Sulfur                                                     [aofung22]
- ○ Terraclor (PCNB)                                 [aofung23]
- ○ Thiocarabamates                                 [aofung24]
- ○ Topsin-M (triophanate-methyl)          [aofung25]
- ○ Tribasic (copper sulfate)                     [aofung26]
- ○ Triacetane (triphenyltin acetate)       [aofung27]
- ○ Truban (etridiazole)                            [aofung28]
- ○ Vitavax (carboxin)                               [aofung29]

**17. Have you ever had an incident or experience while using *any* type of *PESTICIDE* which caused you *unusually high* personal exposure?**                     [chghexpo]
- ○ No **[GO TO QUESTION 22]**          ○ Yes

**18. What was the name of the product you were using during your highest exposure incident or experience?**

**DO NOT WRITE OUTSIDE BOX**
*(Pesticides listed in questions 11 to 16 may assist you in remembering or spelling, if needed.)*

**19. During which decade did this pesticide incident occur?**                     [aoccuryr]
- ○ the 1990s
- ○ the 1980s
- ○ the 1970s
- ○ the 1960s
- ○ the 1950s
- ○ the 1940s

**20. Which part(s) of your body were exposed to the pesticide?** *(Mark all that apply.)*
- ○ Head and/or face                        [abodypt1]
- ○ Arms                                             [abodypt2]
- ○ Hands                                           [abodypt3]
- ○ Chest/back/abdomen                 [abodypt4]
- ○ Groin area                                    [abodypt5]
- ○ Legs                                              [abodypt6]
- ○ Feet                                               [abodypt7]
- ○ Lungs and respiratory tract (from breathing fumes)    [abodypt8]
- ○ Digestive tract (from ingesting/swallowing)             [abodypt9]

**21. How soon after this pesticide incident were you able to wash (with soap and water) your exposed body part(s)?**                     [awhnwash]
- ○ Less than 30 minutes
- ○ 30–59 minutes
- ○ 1–3 hours
- ○ 4–6 hours
- ○ 7–9 hours
- ○ More than 9 hours after the incident

## III.  Work Practices

**22.  Were you applying pesticides 10 years ago?**                                    **[aus10ago]**

○ No  **[Complete Column A Only]**          ○ Yes  **[Be sure to answer for *both* current work practices (Column A),
and for 10 years ago (Column B).]**



| QUESTION | A.  NOW (Past 12 Months) | B.  10 YEARS AGO |
|---|---|---|
| **23.  What types of pesticides do you generally mix or apply *using protective equipment?*** *(Mark all that apply.)* | ○ Insecticides  **[anpeqps1]**<br>○ Herbicides  **[anpeqps2]**<br>○ Fungicides  **[anpeqps3]**<br>○ Fumigants  **[anpeqps4]**<br>○ None  **[anpeqps5]** | ○ Insecticides  **[aapeqps1]**<br>○ Herbicides  **[aapeqps2]**<br>○ Fungicides  **[aapeqps3]**<br>○ Fumigants  **[aapeqps4]**<br>○ None  **[aapeqps5]** |
| **24.  What types of protective equipment do you usually use when you personally handle pesticides?** *(Mark all that apply.)* | ○ Never use protective equipment  **[anpreq1]**<br>○ Cartridge respirator, gas mask  **[anpreq2]**<br>○ Dust mask  **[anpreq3]**<br>○ Full face shield  **[anpreq4]**<br>○ Hat  **[anpreq5]**<br>○ Goggles  **[anpreq6]**<br>○ Chemically resistant gloves  **[anpreq7]**<br>     (like neoprene or nitrile gloves)<br>○ Fabric/leather gloves  **[anpreq8]**<br>○ Apron  **[anpreq9]**<br>○ Chemically resistant boots  **[anpreq10]**<br>○ Cloth coveralls  (complete suit)  **[anpreq11]**<br>○ Disposable outer clothing (like  **[anpreq12]**<br>     Tyvek®) | ○ Never use protective equipment  **[aapreq1]**<br>○ Cartridge respirator, gas mask  **[aapreq2]**<br>○ Dust mask  **[aapreq3]**<br>○ Full face shield  **[aapreq4]**<br>○ Hat  **[aapreq5]**<br>○ Goggles  **[aapreq6]**<br>○ Chemically resistant gloves  **[aapreq7]**<br>     (like neoprene or nitrile gloves)<br>○ Fabric/leather gloves  **[aapreq8]**<br>○ Apron  **[aapreq9]**<br>○ Chemically resistant boots  **[aapreq10]**<br>○ Cloth coveralls  (complete suit)  **[aapreq11]**<br>○ Disposable outer clothing (like  **[aapreq12]**<br>     Tyvek®) |
| **25.  After mixing or applying pesticides, when do you usually change into clean work clothes?** | **[anchclot]**<br>○ Right away<br>○ At lunch<br>○ At the end of that work day<br>○ At the end of the next work day<br>○ Later in the week<br>○ Always use disposable outer clothing | **[aachclot]**<br>○ Right away<br>○ At lunch<br>○ At the end of that work day<br>○ At the end of the next work day<br>○ Later in the week<br>○ Always use disposable outer clothing |
| **26.  Do you usually wear regular (prescription) eye glasses or sunglasses while mixing or applying pesticides?** *(Does not include goggles.)* | **[anglass]**<br>○ No<br>○ Yes | **[aaglass]**<br>○ No<br>○ Yes |
| **27.  If you spill a small amount of pesticide on your clothes early in the day, when would you usually change clothes?** | **[anspilch]**<br>○ Right away<br>○ Change at lunch<br>○ At the end of that work day<br>○ At the end of the next work day<br>○ Later in the week<br>○ Always use disposable outer clothing | **[aaspilch]**<br>○ Right away<br>○ Change at lunch<br>○ At the end of that work day<br>○ At the end of the next work day<br>○ Later in the week<br>○ Always use disposable outer clothing |
| **28.  When mixing or applying pesticides, how long do you usually work with the same pair of gloves before exchanging them for a new set?** | **[anchglov]**<br>○ Don't wear gloves<br>○ Change each time<br>○ Change at least once per month<br>○ Change 1 to 4 times per season<br>○ Generally don't change gloves until they<br>     are worn out | **[aachglov]**<br>○ Don't wear gloves<br>○ Change each time<br>○ Change at least once per month<br>○ Change 1 to 4 times per season<br>○ Generally don't change gloves until they<br>     are worn out |

| QUESTION | A.  NOW (Past 12 Months) | B.  10 YEARS AGO |
|---|---|---|
| **29. In your household, how are clothes  usually washed after they have been worn when mixing or applying pesticides?** | **[anwshclo]**<br>○ Always wear disposable clothing (like Tyvek®)<br>○ Mixed with family wash<br>○ Soaked separately then mixed with family wash<br>○ Washed separately in family machine<br>○ Sent out or washed in machine used only for this purpose | **[aawshclo]**<br>○ Always wear disposable clothing (like Tyvek®)<br>○ Mixed with family wash<br>○ Soaked separately then mixed with family wash<br>○ Washed separately in family machine<br>○ Sent out or washed in machine used only for this purpose |
| **30. When mixing or applying pesticides, what parts of your body usually come in contact with the pesticide?** *(Mark all that apply.)* | ○ No parts of my body  **[antchbd1]**<br>○ Hands  **[antchbd2]**<br>○ Arms  **[antchbd3]**<br>○ Legs  **[antchbd4]**<br>○ Face  **[antchbd5]**<br>○ Body  **[antchbd6]** | ○ No parts of my body  **[aatchbd1]**<br>○ Hands  **[aatchbd2]**<br>○ Arms  **[aatchbd3]**<br>○ Legs  **[aatchbd4]**<br>○ Face  **[aatchbd5]**<br>○ Body  **[aatchbd6]** |
| **31. After *mixing or applying* pesticides, where do you usually wash up or shower?** | **[anwherwa]**<br>○ Bathroom in home<br>○ Outside shower<br>○ Other area outside home | **[aawherwa]**<br>○ Bathroom in home<br>○ Outside shower<br>○ Other area outside home |
| **32. Do you use an enclosed system, such as lock and load, for mixing and transferring pesticide concentrates?** | **[anenclo]**<br>○ Yes<br>○ No<br>○ Don't know | **[aaenclo]**<br>○ Yes<br>○ No<br>○ Don't know |
| **33. How is the pesticide applying equipment generally washed at the end of the application?** *(Mark all that apply.)* | ○ Don't wash  **[anpeqwa1]**<br>○ Clean nozzle  **[anpeqwa2]**<br>○ Rinse tank  **[anpeqwa3]**<br>○ Hose down sprayer  **[anpeqwa4]**<br>○ Hose down tractor  **[anpeqwa5]**<br>○ Don't know  **[anpeqwa6]** | ○ Don't wash  **[aapeqwa1]**<br>○ Clean nozzle  **[aapeqwa2]**<br>○ Rinse tank  **[aapeqwa3]**<br>○ Hose down sprayer  **[aapeqwa4]**<br>○ Hose down tractor  **[aapeqwa5]**<br>○ Don't know  **[aapeqwa6]** |
| **34. Does the tractor you usually use now for spraying pesticides have an enclosed cab?** | **[antraenc]**<br>○ No<br>○ Yes<br>○ Don't use tractor | **[aatraenc]**<br>○ No<br>○ Yes<br>○ Don't use tractor |
| **35. Does the primary tractor you use during pesticide application have a cab with a charcoal filter?** | **[antrafil]**<br>○ No<br>○ Yes<br>○ Primary tractor doesn't have cab<br>○ Don't use tractor | **[aatrafil]**<br>○ No<br>○ Yes<br>○ Primary tractor doesn't have cab<br>○ Don't use tractor |
| **36. Are agricultural or commercial pesticides ever stored (even temporarily) in your home?** *(Mark all that apply.)* | ○ Yes, in home  **[anstohm1]**<br>○ Yes, in basement  **[anstohm2]**<br>○ Yes, in garage  **[anstohm3]**<br>○ Yes, in attached outbuilding or shed  **[anstohm4]**<br>○ No  **[anstohm5]** | ○ Yes, in home  **[aastohm1]**<br>○ Yes, in basement  **[aastohm2]**<br>○ Yes, in garage  **[aastohm3]**<br>○ Yes, in attached outbuilding or shed  **[aastohm4]**<br>○ No  **[aastohm5]** |
| **37. Do YOU usually repair the spraying or mixing equipment that you use?** | **[anownrep]**<br>○ No<br>○ Yes | **[aaownrep]**<br>○ No<br>○ Yes |
| **38. During a typical day in the growing season, about how many hours per day do you spend lifting or carrying heavy objects (for example, hay bales, logs, fertilizer or feed bags)?** | **[ancarry]**<br>○ None<br>○ Less than 1 hour<br>○ 1–2 hours<br>○ 3–5 hours<br>○ 6–10 hours<br>○ More than 10 hours | **[aacarry]**<br>○ None<br>○ Less than 1 hour<br>○ 1–2 hours<br>○ 3–5 hours<br>○ 6–10 hours<br>○ More than 10 hours |

> **Now go back and make sure you have completed
> both columns A *and* B if you were using pesticides 10 years ago.**

# V. Occupational Information

**39. Did you *ever* have a job other than as a commercial pesticide applicator?**   [ajoboff]
    ○ No **[GO TO QUESTION 46]**      ○ Yes

**40. For the job you held the longest (other than as a commercial pesticide applicator), what was your job?**

```
[                                                            ]
```
**DO NOT WRITE OUTSIDE BOX**

**41. What industry was this job in?** *(For example:  Building/home construction, trucking, grain milling, restaurant)*

```
[                                                            ]
```
**DO NOT WRITE OUTSIDE BOX**

**42. For the job you held the longest (other than as a commercial pesticide applicator), which of the following were you exposed to?** *(Mark all that apply)*

| | | | |
|---|---|---|---|
| ○ Pesticides **[anfexp1]** | ○ Grain dust **[anfexp6]** | ○ Engine exhaust **[anfexp11]** | ○ Mercury **[anfexp16]** |
| ○ Solvents (other than gasoline) **[anfexp2]** | ○ Wood dust **[anfexp7]** | ○ Lead solder **[anfexp12]** | ○ Cadmium **[anfexp17]** |
| ○ Gasoline **[anfexp3]** | ○ Cotton dust **[anfexp8]** | ○ Welding fumes **[anfexp13]** | ○ Other metals **[anfexp18]** |
| ○ Asbestos **[anfexp4]** | ○ Mineral or mining dust **[anfexp9]** | ○ Electroplating fumes **[anfexp14]** | ○ Pneumatic drills (vibrations) **[anfexp19]** |
| ○ X-ray radiation **[anfexp5]** | ○ Silica/sand dust **[anfexp10]** | ○ Lead **[anfexp15]** | ○ None of these **[anfexp20]** |

**43. How many years did you have this job?** **[ajobyrs]**
- ○ 1 year or less
- ○ 2–5 years
- ○ 6–10 years
- ○ 11–20 years
- ○ More than 20 years

**44. When did you usually work at this job?** **[awhnwork]**
- ○ Year round
- ○ Off season only

**45. How much time did you work at this job?** **[awrktime]**
- ○ Half-time or less
- ○ More than half-time

**46. Did you mix or apply herbicides during military operations?** *(For example:  Agent Orange, Agent White)* **[amxinmil]**
- ○ No          ○ Yes          ○ Never in the military

**47. Are there other exposures not previously mentioned which you feel we should know about?** **[aothrexp]**
- ○ No          ○ Yes  *(Please describe these in the space below.)*

DO NOT WRITE OUTSIDE BOX

# VI. Activity and Physical Information

**48. On average, how many hours per week do you spend doing strenuous exercise (heart beats rapidly) during your leisure time?**

**a. In the Summer**
Hours per week
[asumexer]
○ None
○ Up to 1 hour
○ 1–2 hours
○ 3–5 hours
○ 6–10 hours
○ More than 10 hours

**b. In the Winter**
Hours per week
[awinexer]
○ None
○ Up to 1 hour
○ 1–2 hours
○ 3–5 hours
○ 6–10 hours
○ More than 10 hours

**49. What color are your eyes?** [aeyecolr]
○ Blue
○ Brown
○ Green
○ Hazel
○ Gray
○ Other *(Please specify.)* [_____]

**50. What is/was the natural color of your hair?** [ahaircol]
○ Brown
○ Black
○ Red
○ Blonde

**51. How tall are you?**
[ahgtft]  [ahgtin]
Feet    Inches

[ ]    [ ][ ]

③    ⓪ ⓪
○    ① ①
○      ②
⑥      ③
⑦      ④
         ⑤
         ⑥
         ⑦
         ⑧
         ⑨

- ▸Write the numbers in the boxes
- ▸Then fill in the matching ovals below each box

**52. How much do you weigh now?**
[aweight]
Pounds

[ ][ ][ ]

⓪ ⓪ ⓪
① ① ①
② ② ②
③ ③ ③
④ ④ ④
   ⑤ ⑤
   ⑥ ⑥
   ⑦ ⑦
   ⑧ ⑧
   ⑨ ⑨

- ▸Write the numbers in the boxes
- ▸Then fill in the matching ovals below each box

**53. How would your skin react the first time each year if you were exposed to strong sunlight for more than an hour?** [asknreac]
○ Get a severe sunburn with blisters
○ Get a painful sunburn, but not blisters
○ Get a mild sunburn followed by some tanning
○ Become tanned without any sunburn
○ No visible reaction

**54. In the growing season when you work in the sun, what type(s) of sun protection do you usually use?**
*(Mark all that apply.)*
○ Sunscreen or sunblock                    [asunpro1]
○ Wear baseball-type cap                    [asunpro2]
○ Wear other kind of hat with brim          [asunpro3]
○ Almost always wear long-sleeved shirt     [asunpro4]
○ Don't use any of the above protections    [asunpro5]

**55.  In the growing season, how many hours a day do you generally spend in the sun?**

| a. Now | b. 10 years ago |
|--------|-----------------|
| [anhrsun] | [aahrsun] |
| ○ Up to 1 hour | ○ Up to 1 hour |
| ○ 1–2 hours | ○ 1–2 hours |
| ○ 3–5 hours | ○ 3–5 hours |
| ○ 6–10 hours | ○ 6–10 hours |
| ○ More than 10 hours | ○ More than 10 hours |

# VII.  Dietary and Cooking Practices Information

**56.  During the past year have you taken any vitamins or mineral supplements?**                    [atakesup]
- ○ No **[GO TO QUESTION 60]**
- ○ Yes, but not regularly **[GO TO QUESTION 60]**
- ○ Yes, fairly regularly (at least once a week)

**57.  If you've taken vitamins regularly, what vitamins?** *(Please mark each item.)*

| Vitamin Type | A. Number of Tablets | | | | | | | | B. For How Many Years? | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | None | 1–3 Per Wk | 4–6 Per Wk | 1 Per Day | 2 Per Day | 3 Per Day | 4 Per Day | 5+ Per Day | Less Than 1 Yr | 1–2 Yrs | 3–5 Yrs | 6–9 Yrs | 10+ Yrs |
| **Multiple Vitamins** | | | | | | | | | | | | | |
| a.  Stress-tabs type   [anumvit1 / ayrsvit1] | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| b.  Therapeutic or   [anumvit2 / ayrsvit2] Theragran type | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| c.  One-a-day type   [anumvit3 / ayrsvit3] | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| **Supplements** | | | | | | | | | | | | | |
| d.  Vitamin A   [anumsup1 / ayrsupp1] | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| e.  Vitamin E   [anumsup2 / ayrsupp2] | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| f.  B-carotene   [anumsup3 / ayrsupp3] | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| g.  Vitamin C   [anumsup4 / ayrsupp4] | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| h.  Calcium or Tums   [anumsup5 / ayrsupp5] | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| i.  Iron   [anumsup6 / ayrsupp6] | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| j.  Cod liver oil   [anumsup7 / ayrsupp7] | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**58.  If you took Vitamin C, how many milligrams per tablet did you take?**                    [avitcmgm]
- ○ 100
- ○ 250
- ○ 500
- ○ 1000 or more
- ○ Don't know

**59.  If you took Vitamin E, how many units per tablet did you take?**                    [avitemgm]
- ○ 100
- ○ 200
- ○ 400
- ○ 1000 or more
- ○ Don't know

**The next set of questions refer to your cooking and eating practices over the *past year*.**

60.  **How often have you eaten the following meats during the past 12 months?**  Mark the column to show how often, on average, you ate the following foods during *the past year*.  Be sure to include foods that were eaten away from home such as in restaurants, cafeterias, at friends' homes, or at work.  If you rarely or never eat a food, mark "Never, or less than once a month."

| How Often Have You Eaten These Foods During The Last 12 Months? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Type of Food** | **Never, or Less than Once a Month** | **Once a Month** | **2–3 Times a Month** | **Once a Week** | **Twice a Week** | **3–4 Times a Week** | **5–6 Times a Week** | **Once a Day** | **Twice a Day or More** |
| a. Hamburger, cheeseburger **[afoodty1]** | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| b. Beef-steaks **[afoodty2]** | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| c. Chicken **[afoodty3]** | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| d. Pork-chops or ham steak **[afoodty4]** | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| e. Bacon or breakfast sausage **[afoodty5]** | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

61.  **When you eat steak, how is it *usually* cooked?** *(Mark only one or two.)*
  ○ Don't eat steak **[astcook1]**          ○ Oven broiled **[astook4]**          ○ Don't know **[astcook6]**
  ○ Pan fried **[astcook2]**          ○ Other **[astcook5]**   (Please specify)
  ○ Grilled **[astcook3]**

62.  **When you eat steak, how do you *usually* eat it?** *(Mark only one.)*          **[asteaten]**
  ○ Don't eat steak          ○ Medium well
  ○ Rare          ○ Well done
  ○ Medium rare          ○ Very well done
  ○ Medium          ○ Don't know

63.  **When you eat hamburgers (or cheeseburgers), how are they *usually* cooked?** *(Mark only one or two.)*
  ○ Don't eat hamburgers (or cheeseburgers) **[aburgck1]**          ○ Oven broiled **[aburgck4]**          ○ Don't know **[aburgck6]**
  ○ Pan fried **[aburgck2]**          ○ Other **[aburgck5]**   (Please specify)
  ○ Grilled **[aburgck3]**

64.  **When you eat hamburgers (or cheeseburgers), how do you *usually* eat them?** *(Mark only one.)*          **[abureatn]**
  ○ Don't eat hamburgers (or cheeseburgers)          ○ Medium well
  ○ Rare          ○ Well done
  ○ Medium rare          ○ Very well done
  ○ Medium          ○ Don't know

65.  **When you eat chicken, how do you *usually* eat it?** *(Mark only one.)*          **[achkneat]**
  ○ Don't eat chicken          ○ Grilled
  ○ Pan fried          ○ Broiled
  ○ Deep fried          ○ Stewed or boiled
  ○ Roasted or baked          ○ Don't know

66. **When you eat pork chops or ham steaks, how do you *usually* eat them?** *(Mark only one.)*  [aporkeat]
   - ○ Don't eat pork chops
   - ○ Baked
   - ○ Grilled
   - ○ Fried
   - ○ Broiled
   - ○ Don't know

67. **When you eat bacon or sausage, how do you *usually* eat it?** *(Mark only one.)*  [abacneat]
   - ○ Don't eat bacon or sausage
   - ○ Just until done
   - ○ Well-done, crisp
   - ○ Charred/blackened
   - ○ Don't know

68. **How often do you eat meat which has been well-browned on the outside by pan-frying or oven broiling?**  [afriedmt]
   - ○ Never    ○ Rarely    ○ Sometimes    ○ Often

69. **When do you eat foods that have been grilled (cooked over coals, open fire or ceramic briquets)?**  [agrillmt]
   - ○ All year round    ○ Mostly in the summer    ○ Never **[GO TO QUESTION 72]**

70. **How often do you eat grilled or barbecued meat (including beef, pork, chicken, or fish)?**  [agrilfrq]
   - ○ Less than once a month
   - ○ 1–3 times a month
   - ○ Once a week
   - ○ 1–3 times a week
   - ○ 4–5 times a week
   - ○ Almost every day

71. **How often do you eat meat which has been charred/blackened by grilling or barbecuing?**  [acharmt]
   - ○ Never    ○ Rarely    ○ Sometimes    ○ Often

# VIII.  General Health Information

72. **Before age 18, did you live at least half your life on a farm?**  [alivfarm]
   - ○ Yes    ○ No

73. **About how much did you weigh when you were age 20?** *(For female applicators, don't consider a time when you may have been pregnant.)*  [awgtat20]

   **Pounds**

   | | | |
   |---|---|---|

   - ⓪ ⓪ ⓪
   - ① ① ①
   - ② ② ②
   - ③ ③ ③
   - ④ ④ ④
   -   ⑤ ⑤
   -   ⑥ ⑥
   -   ⑦ ⑦
   -   ⑧ ⑧
   -   ⑨ ⑨

   - • Write the numbers in the boxes
   - • Then fill in the matching ovals below each box

74. **During the *past 12 months* about how many times did you visit a medical doctor or medical assistant about a health concern?**  [aseedoc]
   - ○ None    ○ Once    ○ More than once

# IX. Medical History

Be sure to answer "No" or "Yes" for each item.  If you answer "Yes," be sure to complete Column B.

**75.  Has a *DOCTOR* ever told you that you had (been diagnosed with)...**

| Condition | | A. | | | B. IF YES How old were you when the doctor first told you? | | | |
|---|---|---|---|---|---|---|---|---|
| | | No | Yes | | Younger than 20 | 20-39 | 40-59 | 60 or older |
| a. | Rheumatoid arthritis **[a_medcond49]** | ○ | ○ | • • • **[a_agecond49]** | ○ | ○ | ○ | ○ |
| b. | Stroke **[a_medcond53]** | ○ | ○ | • • • **[a_agecond53]** | ○ | ○ | ○ | ○ |
| c. | Myocardial infarction (heart attack)**[a_medcond39]** | ○ | ○ | • • • **[a_agecond39]** | ○ | ○ | ○ | ○ |
| d. | Arrhythmia (irregular heart beat) **[a_medcond4]** | ○ | ○ | • • • **[a_agecond4]** | ○ | ○ | ○ | ○ |
| e. | Angina (chest pain) **[a_medcond3]** | ○ | ○ | • • • **[a_agecond3]** | ○ | ○ | ○ | ○ |
| f. | High blood pressure requiring medication **[a_medcond26]** | ○ | ○ | • • • **[a_agecond26]** | ○ | ○ | ○ | ○ |
| g. | Diabetes (sugar) (other than while pregnant) **[a_medcond16]** | ○ | ○ | • • • **[a_agecond16]** | ○ | ○ | ○ | ○ |
| h. | Asthma or reactive lung disease **[a_medcond6]** | ○ | ○ | • • • **[a_agecond6]** | ○ | ○ | ○ | ○ |
| i. | Farmer's lung disease **[a_medcond20]** | ○ | ○ | • • • **[a_agecond20]** | ○ | ○ | ○ | ○ |
| j. | Chronic bronchitis **[a_medcond9]** | ○ | ○ | • • • **[a_agecond9]** | ○ | ○ | ○ | ○ |
| k. | Emphysema **[a_medcond18]** | ○ | ○ | • • • **[a_agecond18]** | ○ | ○ | ○ | ○ |
| l. | Hay fever **[a_medcond23]** | ○ | ○ | • • • **[a_agecond23]** | ○ | ○ | ○ | ○ |
| m. | Pneumonia (viral or bacterial) **[a_medcond47]** | ○ | ○ | • • • **[a_agecond47]** | ○ | ○ | ○ | ○ |
| n. | Cataracts **[a_medcond8]** | ○ | ○ | • • • **[a_agecond8]** | ○ | ○ | ○ | ○ |
| o. | Glaucoma **[a_medcond21]** | ○ | ○ | • • • **[a_agecond21]** | ○ | ○ | ○ | ○ |
| p. | Detached retina **[a_medcond15]** | ○ | ○ | • • • **[a_agecond15]** | ○ | ○ | ○ | ○ |
| q. | Retinal or macular degeneration **[a_medcond48]** | ○ | ○ | • • • **[a_agecond48]** | ○ | ○ | ○ | ○ |
| r. | Goiter **[a_medcond22]** | ○ | ○ | • • • **[a_agecond22]** | ○ | ○ | ○ | ○ |
| s. | Thyrotoxicosis/Grave's disease (excess thyroid hormone) **[a_medcond54]** | ○ | ○ | • • • **[a_agecond54]** | ○ | ○ | ○ | ○ |
| t. | Other thyroid disease **[a_medcond55]** | ○ | ○ | • • • **[a_agecond55]** | ○ | ○ | ○ | ○ |
| u. | Kidney failure requiring dialysis or transplant **[a_medcond30]** | ○ | ○ | • • • **[a_agecond30]** | ○ | ○ | ○ | ○ |
| v. | Chronic kidney infections or pyelonephritis **[a_medcond11]** | ○ | ○ | • • • **[a_agecond11]** | ○ | ○ | ○ | ○ |

**75. Has a *DOCTOR* ever told you that you had (been diagnosed with)...** *(continued)*

| Condition | | A. | | | B. IF YES How old were you when the doctor first told you? | | | |
|---|---|---|---|---|---|---|---|---|
| | | No | Yes | | Younger than 20 | 20-39 | 40-59 | 60 or older |
| w. | Kidney stones **[a_medcond31]** | ○ | ○ ● ● | **[a_agecond31]** | ○ | ○ | ○ | ○ |
| x. | Bright's disease, nephritis, or nephrosis **[a_medcond7]** | ○ | ○ ● ● | **[a_agecond7]** | ○ | ○ | ○ | ○ |
| y. | Other kidney disease **[a_medcond32]** | ○ | ○ ● ● | **[a_agecond32]** | ○ | ○ | ○ | ○ |
| z. | Shingles **[a_medcond51]** | ○ | ○ ● ● | **[a_agecond51]** | ○ | ○ | ○ | ○ |
| aa. | Eczema **[a_medcond17]** | ○ | ○ ● ● | **[a_agecond17]** | ○ | ○ | ○ | ○ |
| bb. | Mononucleosis or "mono" **[a_medcond37]** | ○ | ○ ● ● | **[a_agecond37]** | ○ | ○ | ○ | ○ |
| cc. | Scleroderma or sarcoidosis **[a_medcond50]** | ○ | ○ ● ● | **[a_agecond50]** | ○ | ○ | ○ | ○ |
| dd. | Lupus **[a_medcond35]** | ○ | ○ ● ● | **[a_agecond35]** | ○ | ○ | ○ | ○ |
| ee. | Ulcerative colitis or Crohn's disease **[a_medcond57]** | ○ | ○ ● ● | **[a_agecond57]** | ○ | ○ | ○ | ○ |
| ff. | Parkinson's disease **[a_medcond44]** | ○ | ○ ● ● | **[a_agecond44]** | ○ | ○ | ○ | ○ |
| gg. | Amyotrophic lateral sclerosis (ALS), motor neuron disease, or Lou Gehrig's disease **[a_medcond2]** | ○ | ○ ● ● | **[a_agecond2]** | ○ | ○ | ○ | ○ |
| hh. | Epilepsy or seizures (not related to high fever) **[a_medcond19]** | ○ | ○ ● ● | **[a_agecond19]** | ○ | ○ | ○ | ○ |
| ii. | Multiple sclerosis **[a_medcond38]** | ○ | ○ ● ● | **[a_agecond38]** | ○ | ○ | ○ | ○ |
| jj. | Depression requiring medication or shock therapy **[a_medcond14]** | ○ | ○ ● ● | **[a_agecond14]** | ○ | ○ | ○ | ○ |
| kk. | Pesticide poisoning **[a_medcond45]** | ○ | ○ ● ● | **[a_agecond45]** | ○ | ○ | ○ | ○ |
| ll. | Solvent poisoning **[a_medcond52]** | ○ | ○ ● ● | **[a_agecond52]** | ○ | ○ | ○ | ○ |
| mm. | Lead poisoning **[a_medcond33]** | ○ | ○ ● ● | **[a_agecond33]** | ○ | ○ | ○ | ○ |
| nn. | Head injury requiring medical attention **[a_medcond24]** | ○ | ○ ● ● | **[a_agecond24]** | ○ | ○ | ○ | ○ |
| oo. | Injury from farm machinery requiring medical treatment (excluding head injury) **[a_medcond28]** | ○ | ○ ● ● | **[a_agecond28]** | ○ | ○ | ○ | ○ |

Please be sure to answer Column A for each item.  For any you answered "Yes" be sure to complete Columns B and C and D.

| | A. | | B. How many episodes have you had in the last 12 months? | | | | | C. Were the symptoms worse after smelling chemical odors? | | D. Were the symptoms worse after working with grains and hay? | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **76. During the *past 12 months*, have you had ...?** | **No** | **Yes** | **One** | **Two** | **3-6** | **7-12** | **More than 12** | **No** | **Yes** | **No** | **Yes** |
| a. Stuffy, itchy, or runny nose **[aallerg1]** | ○ | ○ • • | ○ | ○ | ○ | ○ | ○ | ○ **[awaftch1]** | ○ | ○ **[awafhay1]** | ○ |
| | | | | | **[anumalg1]** | | | | | | |
| b. Watery, itchy eyes **[aallerg2]** | ○ | ○ • • | ○ | ○ | ○ | ○ | ○ | ○ **[awaftch2]** | ○ | ○ **[awafhay2]** | ○ |
| | | | | | **[anumalg2]** | | | | | | |
| c. A cold **[aallerg3]** | ○ | ○ • • | ○ | ○ | ○ | ○ | ○ | ○ **[awaftch3]** | ○ | ○ **[awafhay3]** | ○ |
| | | | | | **[anumalg3]** | | | | | | |
| d. Sinusitis or sinus problems **[aallerg4]** | ○ | ○ • • | ○ | ○ | ○ | ○ | ○ | ○ **[awaftch4]** | ○ | ○ **[awafhay4]** | ○ |
| | | | | | **[anumalg4]** | | | | | | |
| e. Flu **[aallerg5]** | ○ | ○ • • | ○ | ○ | ○ | ○ | ○ | | | | |
| | | | | | **[anumalg5]** | | | | | | |
| f. Pneumonia **[aallerg6]** | ○ | ○ • • | ○ | ○ | ○ | ○ | ○ | | | | |
| | | | | | **[anumalg6]** | | | | | | |

| | A. | | B. IF YES: For how many years altogether have you taken this pain medicine *nearly every day* (not counting months or years when you stopped taking the medicine)? | | | | C. Do you currently take this medication daily (or nearly every day)? | |
|---|---|---|---|---|---|---|---|---|
| **77. Have you ever taken the following types of aspirin or other pain medication (over-the-counter or prescription) for any reason <u>nearly every day for as long as a month</u>?** | **No** | **Yes** | **Less than 1 year** | **1-4 years** | **5-9 years** | **10 or more years** | **No** | **Yes** |
| a. **Aspirin or Buffered Aspirin** (generic or any brand name, e.g. Anacin, Bayer, Bufferin, Midol) **[amedic1]** | ○ | ○ • • | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | **[amedcyr1]** | | | **[amednow1]** | |
| b. **Advil, Nuprin, Motrin IB** (ibuprofen) **[amedic2]** | ○ | ○ • • | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | **[amedcyr2]** | | | **[amednow2]** | |
| c. **Prescription anti-inflammatory drugs** like Motrin, Feldene, Voltarin, Clinoril, or Indocin **[amedic3]** | ○ | ○ • • | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | **[amedcyr3]** | | | **[amednow3]** | |
| d. **Tylenol or acetaminophen** or other aspirin-free pain relievers (cold or sinus medicine, Anacin-3, Dristan AF, Comtrex, etc.) **[amedic4]** | ○ | ○ • • | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | **[amedcyr4]** | | | **[amednow4]** | |
| e. **BC, Goodys, Empirin, or ADC powders or tablets -** BEFORE 1980 **[amedic5]** | ○ | ○ • • | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | **[amedcyr5]** | | | **[amednow5]** | |
| f. **BC, Goodys, Empirin, or ADC powders or tablets -** AFTER 1980 **[amedic6]** | ○ | ○ • • | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | **[amedcyr6]** | | | **[amednow6]** | |
| g. **Excedrin or Vanquish** **[amedic7]** | ○ | ○ • • | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | **[amedcyr7]** | | | **[amednow7]** | |

| 78. | Approximately how often during the last 12 months have you experienced the following? | Never | One a year | Once a month | Once a week | More than once a week |
|---|---|---|---|---|---|---|
| a. | Dizziness **[aphyco1]** | ○ | ○ | ○ | ○ | ○ |
| b. | Feeling tense, anxious, or nervous **[aphyco2]** | ○ | ○ | ○ | ○ | ○ |
| c. | Nausea/vomiting **[aphyco3]** | ○ | ○ | ○ | ○ | ○ |
| d. | Feeling tired, sleepy, or low energy most of the day **[aphyco4]** | ○ | ○ | ○ | ○ | ○ |
| e. | Sweating a lot more than usual **[aphyco5]** | ○ | ○ | ○ | ○ | ○ |
| f. | Difficulty seeing at night **[aphyco6]** | ○ | ○ | ○ | ○ | ○ |
| g. | Being absentminded, forgetful, or confused **[aphyco7]** | ○ | ○ | ○ | ○ | ○ |
| h. | Headache **[aphyco8]** | ○ | ○ | ○ | ○ | ○ |
| i. | Loss of appetite **[aphyco9]** | ○ | ○ | ○ | ○ | ○ |
| j. | Fast heart rate **[aphyco10]** | ○ | ○ | ○ | ○ | ○ |
| k. | Difficulty with balance **[aphyco11]** | ○ | ○ | ○ | ○ | ○ |
| l. | Blurred vision or double vision **[aphyco12]** | ○ | ○ | ○ | ○ | ○ |
| m. | Difficulty concentrating **[aphyco13]** | ○ | ○ | ○ | ○ | ○ |
| n. | Numbness or pins-and-needles in your hands or feet **[aphyco14]** | ○ | ○ | ○ | ○ | ○ |
| o. | Momentary loss of consciousness **[aphyco15]** | ○ | ○ | ○ | ○ | ○ |
| p. | Feeling excessively irritable or angry **[aphyco16]** | ○ | ○ | ○ | ○ | ○ |
| q. | Shaking or trembling of your hands **[aphyco17]** | ○ | ○ | ○ | ○ | ○ |
| r. | Difficulty falling asleep or staying asleep **[aphyco18]** | ○ | ○ | ○ | ○ | ○ |
| s. | Difficulty speaking **[aphyco19]** | ○ | ○ | ○ | ○ | ○ |
| t. | Weakness in your arms or legs **[aphyco20]** | ○ | ○ | ○ | ○ | ○ |
| u. | Changes in your sense of smell or taste **[aphyco21]** | ○ | ○ | ○ | ○ | ○ |
| v. | Feeling depressed, indifferent, or withdrawn **[aphyco22]** | ○ | ○ | ○ | ○ | ○ |
| w. | Twitches, jerks, or involuntary movements of your arms or legs **[aphyco23]** | ○ | ○ | ○ | ○ | ○ |

79. **Do any of these symptoms seem to get worse after smelling chemical odors like those from paint, perfume, exhaust or new cars?** [awafcodr]
    ○ No          ○ Yes

80. **Do you have shortness of breath when hurrying on level ground or walking up a slight hill?** [ashrtbrt]
    ○ No          ○ Yes

81. **How many episodes of wheezing or whistling in your chest have you had in the *past 12 months*?** [awheezin]
    ○ No wheezing or whistling
    ○ 1–2 episodes
    ○ 3–6 episodes
    ○ 7–12 episodes
    ○ More than 12 episodes

82. **During the *past 12 months*, how many times have you gone to the hospital emergency room or doctor's office for an episode of wheezing or whistling?** [anumwhez]
    ○ None
    ○ 1–2 visits
    ○ 3–6 visits
    ○ 7–12 visits
    ○ More than 12 visits

83. **During which months of the year are your breathing problems most severe?** *(Please mark all that apply)*

    ○ No breathing problems    [abrpro1]
    ○ All months        [abrpro2]
    ○ Jan       [abrpro3]        ○ Jul        [abrpro9]
    ○ Feb       [abrpro4]        ○ Aug       [abrpro10]
    ○ Mar       [abrpro5]        ○ Sept      [abrpro11]
    ○ Apr       [abrpro6]        ○ Oct       [abrpro12]
    ○ May       [abrpro7]        ○ Nov       [abrpro13]
    ○ Jun       [abrpro8]        ○ Dec       [abrpro14]

84. **Has a doctor ever told you that you are legally blind in either eye?** [ablind]
    ○ No **[GO TO QUESTION 86]**          ○ Yes

85. **How old were you when a doctor first told you that you were legally blind in either eye?** [ablindag]
    ○ Younger than 20 years old
    ○ 20 to 39 years old
    ○ 40 to 59 years old
    ○ 60 years old or older

86. **Do you use glasses or contact lenses to correct nearsightedness (to help you see far away)?** [ashrtsgh]
    ○ No **[GO TO QUESTION 88]**          ○ Yes

87. **How old were you when you began wearing glasses or contact lenses for nearsightedness?** [assghtag]
    ○ Younger than 20 years old
    ○ 20 to 39 years old
    ○ 40 to 59 years old
    ○ 60 years old or older

**88. Do you use glasses or contact lenses to correct farsightedness (to help you see close up)?**   [afarsght]
○  No **[GO TO QUESTION 90]**          ○  Yes

**89. How old were you when you began wearing glasses or contact lenses for farsightedness?**   [afsghtag]
○  Younger than 20 years old
○  20 to 39 years old
○  40 to 69 years old
○  70 years old and older

**90. Please answer the following question, *whether or not you wear glasses or contact lenses.***

| *Without* wearing glasses or contact lenses, can you see well enough to... | No | Yes |
|---|---|---|
| a.  Recognize a friend from across the street?   [aseewel1] | ○ | ○ |
| b.  Recognize a friend from across a room?   [aseewel2] | ○ | ○ |
| c.  Recognize a friend who is at arm's length away?   [aseewel3] | ○ | ○ |
| d.  Read ordinary newspaper print?   [aseewel4] | ○ | ○ |
| e.  Read large print such as newspaper headlines?[aseewel5] | ○ | ○ |

**91. What is your sex?**   [agender]
○  Female                    ○  Male **[COMPLETE PAGE 27]**
●

●
**[PLEASE COMPLETE PAGE 27,
THEN GO TO FEMALE AND FAMILY HEALTH SECTION]**

*For confidentiality, this page will be stored separately from your responses to this survey.*

**92.   Please write your name, birth date, and telephone number below:**

Last Name                                         First Name                              MI ☐ ☐ Jr / Sr

Month — Day — Year
**Birth Date**

Area Code — Telephone
**Phone Number**

**93.   Please write your Social Security number in the space below.  The primary use of this information is for researchers to locate you in the future if they are unable to locate you at your home address, and to search health and vital records in follow-up studies in the future.  Furnishing your Social Security Number is voluntary and you will not be denied any Federal right, benefit or privilege by your refusal to disclose it.**

**Social Security Number**                        ○ I don't have a Social Security Number

**94.   Sometimes people move to new locations.  It would be helpful if you would provide us with the name and address of someone who doesn't live with you and could give us your new address should you decide to move.  We would contact this person only if we are unable to reach you at your home address.**

Last Name                                         First Name                              MI ☐ ☐ Jr / Sr

**Relationship to you**

**Street/Route Box**

City                                              State      ZIP

Area Code — Telephone
**Area Code**        **Telephone**

**95.   Do you have any additional comments?**
   ○ No                    ○ Yes *(Please use space below and on the back to explain.)*

Additional Comments:

**Thank You For Taking The Time To Complete This Questionnaire**.

**PLEASE RETURN YOUR COMPLETED FORM IN THE POSTAGE-PAID ENVELOPE PROVIDED WITH THIS BOOKLET.**