# EXHIBIT 6

## COMPLETE HERE

OMB #: 0925-0406
Expiration Date: 08/31/96

# Agricultural Health Study

### Enrollment Questionnaire - Private Applicator
### [CODED MANUAL]



**This questionnaire will take approximately
25 minutes to complete.**

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: PHS Reports Clearance Officer, Rm. 721-B, Humphrey Building, 200 Independence Ave., SW, Washington, D.C. 20201, ATTN: PRA; and to Office of Management and Budget, Paperwork Reduction Project (0925-0406), Washington, D.C. 20503.

Dear Applicator:

We are asking for your help in carrying out an important scientific study that the University of Iowa Medical Center and Survey Research Associates (Durham, NC) are conducting in cooperation with the National Institutes of Health (NIH) and the Office of Research and Development of the US Environmental Protection Agency (USEPA). The study is being conducted in Iowa and North Carolina and investigates environmental factors, occupation and diet and their effects on an individual's health.

The study will give you information you may find helpful in making decisions for your health and the health of your family. The information will be provided through the cooperative extension service, state and county health departments, articles in trade magazines, and public service announcements on radio and TV. You can request study reports by calling the Agricultural Health Study's toll-free number 1-800-4AG-STUDY.

We are asking you to complete this questionnaire about your lifestyle, pesticide use, occupational history, medical history and diet. You are free to skip any question at any point in the form. You will also be given a packet to take home with you requesting more detailed information about your work activities and health.

Your participation is very important to the success of the study. All information that you give us will be treated with care and will be not be released to anyone but researchers conducting the study or as required by law. Confidential information like your name and address will be stored in locked files accessible only to study staff. Your name will not be used in any reports. The study results will be reported in statistical summary form only.

You may be contacted in the future to take part in related research studies. Your decision to be a part of future studies will also be voluntary.

Please read the instructions on the next page before filling out this form. The form should take about 25 minutes to complete. If you have any questions about the study, or problems with questions in this questionnaire, please contact officials in this room overseeing the pesticide applicator licensing or training class. Whether or not you decide to participate, please return this questionnaire to these officials.

Thank you for cooperation in this important research project.

Sincerely,

Michael C.R. Alavanja, Dr. P.H.
Project Officer
National Institutes of Health

*Privacy Act Notification:* *42 U.S.C. 285a of the Public Health Service Act authorizes collection of this information. It will be used to evaluate the role of agricultural exposures and other factors in the development of cancer, neurological disease, birth defects and other chronic diseases. All information is voluntary and a decision not to provide all or any part of the requested information will not affect your certification or licensing. The Government may disclose this information to a Congressional Office upon your request, to the Department of Justice in the event of litigation; or to the Government contractors and collaborating researchers who are analyzing the study data.*

## DIRECTIONS

•• Please use a pencil to complete this form.

USE NO. 2 PENCIL ONLY

•• Many of the questions will ask you to estimate amounts or to specify a year.  We know that you cannot be exact with many of these.  We ask that you estimate as best you can when you are not sure.

•• Be certain to write your answer in the area provided *and* **also** completely fill the matching ovals.  Erase completely if you make any changes.

    The following kinds of marks **will NOT** work: ⊗ ⊘ ◠ ◓

    The following kind of marks will work: ○ ● ● ○

•• Mark **only one** answer to each question except where you are directed to "Mark all that apply."  Do not make any other marks on this form.  If you wish to make comments, please write them under the heading "Additional Comments" at the end of the form.

**EXAMPLE:** To record the response "July 4, 1993:"

| Month | Day | | Year |
|---|---|---|---|
| ○ Jan | ⑲ ㉑ ㉛ | **Write the numbers in boxes.** •• 19 | **9  3** |
| ○ Feb | ① ⑪ ㉑ ㉛ | | ⓪ ⓪ |
| ○ Mar | ② ⑫ ㉒ | | ① ① |
| ○ Apr | ③ ⑬ ㉓ | **Then fill in the matching ovals below each box.** | ② ② |
| ○ May | ● ⑭ ㉔ | | ③ ● |
| ○ Jun | ⑤ ⑮ ㉕ | | ④ ④ |
| ● Jul | ⑥ ⑯ ㉖ | | ⑤ ⑤ |
| ○ Aug | ⑦ ⑰ ㉗ | | ⑥ ⑥ |
| ○ Sep | ⑧ ⑱ ㉘ | | ⑦ ⑦ |
| ○ Oct | ⑨ ⑲ ㉙ | | ⑧ ⑧ |
| ○ Nov | | | ● ⑨ |
| ○ Dec | | | |

## BEGIN HERE

# I. General Information

**1.  What is today's date?**

<span style="color:red">[atmonth]</span>    <span style="color:red">[atday]</span>    <span style="color:red">[atyear]</span>      <span style="color:red">[a_enrolldt]</span>

| Month | Day | Year | SAS date |
|---|---|---|---|
| ○ Jan | ⑲ ㉑ ㉛ | ○ 1993 | |
| ○ Feb | ① ⑪ ㉑ ㉛ | ○ 1994 | |
| ○ Mar | ② ⑫ ㉒ | ○ 1995 | |
| ○ Apr | ③ ⑬ ㉓ | ○ 1996 | |
| ○ May | ④ ⑭ ㉔ | | |
| ○ Jun | ⑤ ⑮ ㉕ | | |
| ○ Jul | ⑥ ⑯ ㉖ | | |
| ○ Aug | ⑦ ⑰ ㉗ | | |
| ○ Sep | ⑧ ⑱ ㉘ | | |
| ○ Oct | ⑨ ⑲ ㉙ | | |
| ○ Nov | | | |
| ○ Dec | | | |

**2.** **What is your birth date?** *Print your birthday here:*
*Now fill in the ovals and boxes below:*

| Month | Day | Year |
|---|---|---|
| | | |

**DO NOT WRITE OUTSIDE BOX**

[abmonth]    [abday]
**Month**      **Day**

○ Jan
○ Feb   ① ⑪ ㉑ ㉛
○ Mar   ② ⑫ ㉒
○ Apr   ③ ⑬ ㉓
○ May   ④ ⑭ ㉔
○ Jun   ⑤ ⑮ ㉕
○ Jul   ⑥ ⑯ ㉖
○ Aug   ⑦ ⑰ ㉗
○ Sep   ⑧ ⑱ ㉘
○ Oct   ⑨ ⑲ ㉙
○ Nov   ⑩ ⑳ ㉚
○ Dec

⑩ ⑳ ㉚

[abyear]                       [a_birthdt]
**Year**                       **SAS date**

Write the numbers in the boxes.  • • **19** [ ][ ]

Then fill in the matching ovals below each box.

⓪ ⓪
① ①
② ②
③ ③
④ ④
⑤ ⑤
⑥ ⑥
⑦ ⑦
⑧ ⑧
⑨ ⑨

**3.** Which of the following groups *best* describes your race?   [arace]
○ White
○ Black
○ American Indian or Alaskan Native
○ Asian or Pacific Islander
○ Other *(Please describe below)*

DO NOT WRITE OUTSIDE BOX

**4.** **Are you of Hispanic origin?**   [ahispan]
○ No            ○ Yes

**5.** **What is the <u>highest</u> level of schooling you have completed?** *(Mark only one.)*   [aschool]
○ 1–8 years
○ Some high school
○ High school graduate
○ GED (high school equivalency)
○ 1–3 years vocational education beyond high school
○ Some college
○ College graduate
○ One or more years of graduate school or professional school
○ Something else *(Please describe below)*

DO NOT WRITE OUTSIDE BOX

6. **How many children do you have?** *(Include living, deceased, stepchildren and adopted children.)*   **[achildrn]**

| | |
|---|---|
| ○ None | ○ 10 |
| ○ 1 | ○ 11 |
| ○ 2 | ○ 12 |
| ○ 3 | ○ 13 |
| ○ 4 | ○ 14 |
| ○ 5 | ○ 15 |
| ○ 6 | ○ 16 |
| ○ 7 | ○ 17 |
| ○ 8 | ○ 18 |
| ○ 9 | ○ 19 |

○ 20
○ More than 20

7. **Did you father (or give birth to) a baby in the last 9 years?**   **[ababy9yr]**
   ○ No          ○ Yes

8. **Are any of these children living with you now?** *(Mark only one.)*   **[alivenow]**
   ○ No          ○ Yes
   ○ Didn't have a baby in last 9 years

## II. Pesticide Use

9. **Mark *all* types of pesticide applications which *you* have done at any time *in the past 12 months*.**

○ Termite control   **[apstap1]**
○ Rodent control   **[apstap2]**
○ Lawn and garden   **[apstap3]**
○ Greenhouse   **[apstap4]**
○ Stored grain or other stored
   agricultural products   **[apstap5]**
○ Highway right-of-way weed
   control   **[apstap6]**
○ Forestry applications   **[apstap7]**
○ Aerial spraying   **[apstap8]**
○ Herbicide (weed killers) applications
   to farm crops   **[apstap9]**
○ Other *(Please specify)*   **[apstap10]**
   •
   •

○ Insecticide applications to farm crops   **[apstap11]**
○ Insecticide applications to farm animals/
   animal shelters   **[apstap12]**
○ Insecticide applications to pets   **[apstap13]**
○ Insecticide applications in home(s)   **[apstap14]**
○ Insecticide applications in commercial
   buildings   **[apstap15]**
○ Fungicides (chemicals for controlling
   disease on crops)   **[apstap16]**
○ Fumigants (gases or liquids that turn into gas
   when released)   **[apstap17]**
○ None of these   **[apstap18]**

**DO NOT WRITE OUTSIDE BOX**

**For the next questions, you may have to give us your best estimate.**

10. *During your lifetime*, have you ever *personally* mixed or applied *any* pesticides?  *(Include crop, livestock, and structural insecticides, herbicides, fungicides and fumigants.  Include pesticides used for farm use, commercial application and personal use in your home or garden.)*   **[amixpers]**
   ○ No  **[GO TO QUESTION 11]**
   ○ Yes

**[ayrsmix]**                          **[amixdpy]**                          **[apctmix]**                          **[apctappl]**

| 10a. How many years did you personally mix or apply pesticides? | 10b. During those years, how many days per year did you personally mix or apply pesticides? | 10c. When pesticides require mixing, what percent of the time to <u>you</u> personally do the mixing? | 10d. What percent of the application do you personally do? |
|---|---|---|---|
| ○ 1 year or less | ○ Less than 5 days | ○ Never | ○ None |
| ○ 2–5 years | ○ 5–9 days | ○ Less than 50% of the time | ○ Less than 50% of the time |
| ○ 6–10 years | ○ 10–19 days | ○ 50% or more of the time | ○ 50% or more of the time |
| ○ 11–20 years | ○ 20–39 days | | |
| ○ 21–30 years | ○ 40–59 days | | |
| ○ More than 30 years | ○ 60–150 days | | |
| | ○ More than 150 days | | |

11. Please complete the following questions about your personal use of the specific pesticides listed below. We realize this is not a complete list of pesticides. We are interested in learning about those you are currently using as well as those you've personally used in the past.

First answer the question in Column A. If you answered "Yes" then answer the questions in Column B, C and D for that pesticide. If you answered "No" then go on to the next pesticide. Be sure to answer Column A ("No" or "Yes") *for each pesticide* listed.

| Name of Pesticide | A.<br>Have you ever personally mixed or applied this pesticide? | B.<br>How many years did you personally mix or apply this pesticide? | C.<br>In an average year when you personally used this pesticide, how many days did you it? | D.<br>When did you <u>first</u> personally use this pesticide? |
|---|---|---|---|---|
| **Herbicides** *(pesticides used to kill weeds)* | | | | |
| a. **Aatrex, Atranex** or other *atrazine* products | **[a_herbicide_cd1]**<br>○ No    ○ Yes | **[a_herbicide_yr1]**<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ 21–30 years<br>○ More than 30 years | **[a_herbicide_day1]**<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | **[a_herbicide_fu1]**<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>○ Mark here if you used this pesticide **last year**<br>**[a_herbicide_ls1]** |
| b. **Banvel, Metambane** or other *dicamba* products | **[a_herbicide_cd2]**<br>○ No    ○ Yes | **[a_herbicide_yr2]**<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ 21–30 years<br>○ More than 30 years | **[a_herbicide_day2]**<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | **[a_herbicide_fu2]**<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>○ Mark here if you used this pesticide **last year**<br>**[a_herbicide_ls2]** |

| Name of Pesticide | A. Have you ever personally mixed or applied this pesticide? | B. How many years did you personally mix or apply this pesticide? | C. In an average year when you personally used this pesticide, how many days did you do it? | D. When did you **first** personally use this pesticide? |
|---|---|---|---|---|
| c. **Bladex, Match** or other *cyanazine* products | [a_herbicide_cd3] ○ No   ○ Yes● | [a_herbicide_yr3] ●○ 1 year or less ○ 2–5 years ○ 6–10 years ○ 11–20 years ○ 21–30 years ○ More than 30 years | [a_herbicide_day3] ○ Less than 5 days ○ 5–9 days ○ 10–19 days ○ 20–39 days ○ 40–59 days ○ 60–150 days ○ More than 150 days | [a_herbicide_fu3] ○ Before 1960 ○ In the 1960s ○ In the 1970s ○ In the 1980s ○ In the 1990s ● ○ Mark here if you used this pesticide **last year** [a_herbicide_ls3] |
| d. **Dual, Cycle** or other *metolachlor* products | [a_herbicide_cd5] ○ No   ○ Yes● | [a_herbicide_yr5] ●○ 1 year or less ○ 2–5 years ○ 6–10 years ○ 11–20 years ○ 21–30 years ○ More than 30 years | [a_herbicide_day5] ○ Less than 5 days ○ 5–9 days ○ 10–19 days ○ 20–39 days ○ 40–59 days ○ 60–150 days ○ More than 150 days | [a_herbicide_fu5] ○ Before 1960 ○ In the 1960s ○ In the 1970s ○ In the 1980s ○ In the 1990s ● ○ Mark here if you used this pesticide **last year** [a_herbicide_ls5] |
| e. **Eradicane, Eptam** or other *EPTC* products | [a_herbicide_cd6] ○ No   ○ Yes● | [a_herbicide_yr6] ●○ 1 year or less ○ 2–5 years ○ 6–10 years ○ 11–20 years ○ 21–30 years ○ More than 30 years | [a_herbicide_day6] ○ Less than 5 days ○ 5–9 days ○ 10–19 days ○ 20–39 days ○ 40–59 days ○ 60–150 days ○ More than 150 days | [a_herbicide_fu6] ○ Before 1960 ○ In the 1960s ○ In the 1970s ○ In the 1980s ○ In the 1990s ● ○ Mark here if you used this pesticide **last year** [a_herbicide_ls6] |
| f. **Lasso, Chimiclor** or other *alachlor* products | [a_herbicide_cd7] ○ No   ○ Yes● | [a_herbicide_yr7] ●○ 1 year or less ○ 2–5 years ○ 6–10 years ○ 11–20 years ○ 21–30 years ○ More than 30 years | [a_herbicide_day7] ○ Less than 5 days ○ 5–9 days ○ 10–19 days ○ 20–39 days ○ 40–59 days ○ 60–150 days ○ More than 150 days | [a_herbicide_fu7] ○ Before 1960 ○ In the 1960s ○ In the 1970s ○ In the 1980s ○ In the 1990s ● ○ Mark here if you used this pesticide **last year** [a_herbicide_ls7] |
| g. **Pursuit** or other *imazethapyr* products | [a_herbicide_cd12] ○ No   ○ Yes● | [a_herbicide_yr12] ●○ 1 year or less ○ 2–5 years ○ 6–10 years ○ 11–20 years ○ 21–30 years ○ More than 30 years | [a_herbicide_day12] ○ Less than 5 days ○ 5–9 days ○ 10–19 days ○ 20–39 days ○ 40–59 days ○ 60–150 days ○ More than 150 days | [a_herbicide_fu12] ○ Before 1960 ○ In the 1960s ○ In the 1970s ○ In the 1980s ○ In the 1990s ● ○ Mark here if you used this pesticide **last year** [a_herbicide_ls12] |

| Name of Pesticide | A. Have you ever personally mixed or applied this pesticide? | B. How many years did you personally mix or apply this pesticide? | C. In an average year when you personally used this pesticide, how many days did you it? | D. When did you **first** personally use this pesticide? |
|---|---|---|---|---|
| h. **Roundup, Jury** or other *glyphosate* products | [a_herbicide_cd13]<br>○ No   ○ Yes● | [a_herbicide_yr13]<br>○● 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ 21–30 years<br>○ More than 30 years | [a_herbicide_day13]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_herbicide_fu13]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>○ Mark here● if you used this pesticide **last year**<br>[a_herbicide_ls13] |
| i. **Treflan, Trilin, Commence** or other *trifluralin* products | [a_herbicide_cd16]<br>○ No   ○ Yes● | [a_herbicide_yr16]<br>○● 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ 21–30 years<br>○ More than 30 years | [a_herbicide_day16]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_herbicide_fu16]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s●<br><br>○ Mark here if you used this pesticide **last year**<br>[a_herbicide_ls16] |
| j. **2,4-D** | [a_herbicide_cd17]<br>○ No   ○ Yes● | [a_herbicide_yr17]<br>○● 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ 21–30 years<br>○ More than 30 years | [a_herbicide_day17]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_herbicide_fu17]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s●<br><br>○ Mark here if you used this pesticide **last year**<br>[a_herbicide_ls17] |
| **Crop, Nursery, Lawn and Garden Insecticides** | | | | |
| k. **Ambush, Pounce, Asana** or other *permethrin or pyrethroid* products | [a_insecticide_cd1]<br>○ No   ○ Yes● | [a_insecticide_yr1]<br>○● 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ 21–30 years<br>○ More than 30 years | [a_insecticide_day1]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_insecticide_fu1]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s●<br><br>○ Mark here if you used this pesticide **last year**<br>[a_insecticide_ls1] |
| l. **Counter** or other *terbufos* products | [a_insecticide_cd3]<br>○ No   ○ Yes● | [a_insecticide_yr3]<br>○● 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ 21–30 years<br>○ More than 30 years | [a_insecticide_day3]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_insecticide_fu3]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s●<br><br>○ Mark here if you used this pesticide **last year**<br>[a_insecticide_ls3] |

| Name of Pesticide | A. Have you ever personally mixed or applied this pesticide? | B. How many years did you personally mix or apply this pesticide? | C. In an average year when you personally used this pesticide, how many days did you it? | D. When did you first personally use this pesticide? |
|---|---|---|---|---|
| *///////////////* | | | | |
| m. **Dyfonate** or other *fonofos* products | [a_insecticide_cd4]<br>○ No    ○ Yes● | [a_insecticide_yr4]<br>●○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ 21–30 years<br>○ More than 30 years | [a_insecticide_day4]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_insecticide_fu4]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>○ Mark here● if you used this pesticide **last year**<br>[a_insecticide_ls4] |
| n. **Dylox** or other *trichlorfon* products | [a_insecticide_cd5]<br>○ No    ○ Yes● | [a_insecticide_yr5]<br>●○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ 21–30 years<br>○ More than 30 years | [a_insecticide_day5]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_insecticide_fu5]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s●<br><br>○ Mark here if you used this pesticide **last year**<br>[a_insecticide_ls5] |
| o. **Furadan, Curaterr** or other *carbofuran* products | [a_insecticide_cd7]<br>○ No    ○ Yes● | [a_insecticide_yr7]<br>○ 1 year or less●<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ 21–30 years<br>○ More than 30 years | [a_insecticide_day7]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_insecticide_fu7]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s●<br><br>○ Mark here if you used this pesticide **last year**<br>[a_insecticide_ls7] |
| **Crop and Livestock Insecticides** | | | | |
| p. **Lorsban, Dursban** or other *chlorpyrifos* products | [a_insecticide_cd8]<br>○ No    ○ Yes● | [a_insecticide_yr8]<br>●○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ 21–30 years<br>○ More than 30 years | [a_insecticide_day8]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_insecticide_fu8]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>● Mark here if you used this pesticide **last year**<br>[a_insecticide_ls8] |
| **Poultry/Livestock/Animal Confinement Area Insecticides** | | | | |
| q. **Co-Ral** or other *coumaphos* products | [a_insecticide_cd21]<br>○ No    ○ Yes● | [a_insecticide_yr21]<br>●○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ 21–30 years<br>○ More than 30 years | [a_insecticide_day21]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_insecticide_fu21]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s●<br><br>○ Mark here if you used this pesticide **last year**<br>[a_insecticide_ls21] |

| Name of Pesticide | A. Have you ever personally mixed or applied this pesticide? | B. How many years did you personally mix or apply this pesticide? | C. In an average year when you personally used this pesticide, how many days did you do it? | D. When did you first personally use this pesticide? |
|---|---|---|---|---|
| r. **Ectiban, Atroban, Permetrina** or other ***permethrin*** products | [a_insecticide_cd2]<br>○ No     ○ Yes● | [a_insecticide_yr2]<br>● 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ 21–30 years<br>○ More than 30 years | [a_insecticide_day2]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_insecticide_fu2]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>○ Mark here if you used this pesticide **last year**<br>[a_insecticide_ls2] |
| s. **Vapona, Duravos** or other ***dichlorvos or DDVP*** products | [a_insecticide_cd22]<br>○ No     ○ Yes● | [a_insecticide_yr22]<br>● 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ 21–30 years<br>○ More than 30 years | [a_insecticide_day22]<br>○ Less than 5 days<br>○ 5–9 days<br>○ 10–19 days<br>○ 20–39 days<br>○ 40–59 days<br>○ 60–150 days<br>○ More than 150 days | [a_insecticide_fu22]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>○ Mark here if you used this pesticide **last year**<br>[a_insecticide_ls22] |
| **Fumigants** (gases or liquids that turn to gas when released; used in enclosed spaces or to treat soil) | | | | |
| t. **Brom-O-Gas, Brom-O-Sol** or other ***methyl bromide*** products | [a_fumigant_cd1]<br>○ No     ○ Yes● | [a_fumigant_yr1]<br>● 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ 21–30 years<br>○ More than 30 years | [a_fumigant_day1]<br>○ 1 day<br>○ 2–5 days<br>○ 6–10 days<br>○ 11–20 days<br>○ More than 20 days | [a_fumigant_fu1]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>○ Mark here if you used this pesticide **last year**<br>[a_fumigant_ls1] |
| **Fungicides** (chemicals for controlling disease on crops and seed; may have been pre-applied to seed) | | | | |
| u. **Bravo, Evade, Daconil 2787** or other ***chlorothalonil*** products | [a_fungicide_cd2]<br>○ No     ○ Yes● | [a_fungicide_yr2]<br>● Already applied to seed<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ 21–30 years<br>○ More than 30 years | [a_fungicide_day2]<br>○ Pre-applied to seed<br>○ None<br>○ 1 day<br>○ 2–5 days<br>○ 6–10 days<br>○ 11–20 days<br>○ More than 20 days | [a_fungicide_fu2]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>○ Mark here if you used this pesticide **last year**<br>[a_fungicide_ls2] |
| v. **Orthocide, Clomitane** or other ***captan*** products | [a_fungicide_cd3]<br>○ No     ○ Yes● | [a_fungicide_yr3]<br>● Already applied to seed<br>○ 1 year or less<br>○ 2–5 years<br>○ 6–10 years<br>○ 11–20 years<br>○ 21–30 years<br>○ More than 30 years | [a_fungicide_day3]<br>○ Pre-applied to seed<br>○ None<br>○ 1 day<br>○ 2–5 days<br>○ 6–10 days<br>○ 11–20 days<br>○ More than 20 days | [a_fungicide_fu3]<br>○ Before 1960<br>○ In the 1960s<br>○ In the 1970s<br>○ In the 1980s<br>○ In the 1990s<br><br>○ Mark here if you used this pesticide **last year**<br>[a_fungicide_ls3] |

**12.** *In your lifetime*, **have you personally mixed or applied any of the following** *other* **pesticides?**
   *Be sure to answer No or Yes to each pesticide listed.*

| Pesticides | No | Yes |
|---|:---:|:---:|
| **Crop, Nursery, Lawn and Garden, or Livestock Insecticides** | | |
| a.   **Forlin, Gamaphex** or other ***lindane*** products        **[a_ever_insecticide6]** | ○ | ○ |
| b.   **Malathion**        **[a_ever_insecticide9]** | ○ | ○ |
| c.   **Parathion** (ethyl or methyl)        **[a_ever_insecticide10]** | ○ | ○ |
| d.   **Sevin, Carbamine** or other ***carbaryl*** products        **[a_ever_insecticide11]** | ○ | ○ |
| e.   **Spectracide, Dianon** or other ***diazinon*** products        **[a_ever_insecticide12]** | ○ | ○ |
| f.   **Temik** or other ***aldicarb*** products        **[a_ever_insecticide13]** | ○ | ○ |
| g.   **Thimet, Rampart** or other ***phorate*** products        **[a_ever_insecticide14]** | ○ | ○ |
| h.   **Aldrin** *(no longer on market)*        **[a_ever_insecticide15]** | ○ | ○ |
| i.   **Chlordane** *(no longer on market)*        **[a_ever_insecticide16]** | ○ | ○ |
| j.   **Dieldrin** *(no longer on market)*        **[a_ever_insecticide17]** | ○ | ○ |
| k.   **DDT** *(no longer on market)*        **[a_ever_insecticide18]** | ○ | ○ |
| l.   **Heptachlor** *(no longer on market)*        **[a_ever_insecticide19]** | ○ | ○ |
| m.   **Toxaphene** *(no longer on market)*        **[a_ever_insecticide20]** | ○ | ○ |
| **Herbicides** | | |
| n.   **Classic** or other ***chlorimuronethyl*** products        **[a_ever_herbicide4]** | ○ | ○ |
| o.   **Lexone, Sencor** or other ***metribuzin*** products        **[a_ever_herbicide8]** | ○ | ○ |
| p.   **Paraquat**        **[a_ever_herbicide9]** | ○ | ○ |
| q.   **Petroleum oil/petroleum distillate**        **[a_ever_herbicide10]** | ○ | ○ |
| r.   **Prowl** or other ***pendimethalin*** products        **[a_ever_herbicide11]** | ○ | ○ |
| s.   **Sutan, Genate** or other ***butylate*** products        **[a_ever_herbicide15]** | ○ | ○ |
| t.   **Silvex** or other ***2,4,5 T P*** products *(no longer on market)*        **[a_ever_herbicide14]** | ○ | ○ |
| u.   **2,4,5 T** *(no longer on market)*        **[a_ever_herbicide18]** | ○ | ○ |

| Pesticides | No | Yes |
|---|---|---|
| **Fungicides** | | |
| v.  **Benlate, Tersan** or other *benomyl* products  [a_ever_fungicide1] | ○ | ○ |
| w.  **Manex, Manzate, Dithane Z-78** or other *maneb or mancozeb* products  [a_ever_fungicide4] | ○ | ○ |
| x.  **Ridomil, Subdue** or other *metalaxyl* products  [a_ever_fungicide5] | ○ | ○ |
| y.  **Zirex, Corozate** or other *ziram* products  [a_ever_fungicide6] | ○ | ○ |
| **Fumigants** | | |
| z.  **Phostoxin, Gastoxin** or other *aluminum phosphide* products  [a_ever_fumigant2] | ○ | ○ |
| aa.  **Carbon tetrachloride/carbon disulfide** (80/20 mix) *(no longer on market)*  [a_ever_fumigant3] | ○ | ○ |
| bb.  **EDB, E-D-Bee, Bromofume** or other *ethylene dibromide* products *(no longer on market)*  [a_ever_fumigant4] | ○ | ○ |

13.  **Are there other pesticides that you use(d) regularly?**                                         [aocropin]
    ○  No **[GO TO QUESTION 14]**                    ○  Yes *(Please use space below to list pesticides.)*

   **Additional Pesticides:**

   _____

   _____

   _____

   **DO NOT WRITE OUTSIDE BOX**

14.  **How often, if ever, have you had the following symptoms that you think may be related to your using pesticides?**

| | Never or Rarely | Sometimes | Frequently/Almost Always | |
|---|---|---|---|---|
| a.  been excessively tired? | ○ | ○ | ○ | [aphycon1] |
| b.  had headaches/dizziness? | ○ | ○ | ○ | [aphycon2] |
| c.  had nausea or vomiting? | ○ | ○ | ○ | [aphycon3] |
| d.  had skin irritation? | ○ | ○ | ○ | [aphycon4] |
| e.  had eye irritation? | ○ | ○ | ○ | [aphycon5] |
| f.  had chest discomfort? | ○ | ○ | ○ | [aphycon6] |
| g.  felt nervous or depressed? | ○ | ○ | ○ | [aphycon7] |

15.  **As a result of *using pesticides*, how often have you:**

| | Never | Once | Twice | 3 or more Times | |
|---|---|---|---|---|---|
| a.  seen a doctor? | ○ | ○ | ○ | ○ | [amedcon1] |
| b.  been hospitalized? | ○ | ○ | ○ | ○ | [amedcon2] |

**16. How do you personally apply pesticides?** *(Mark all that apply.)*

○ Do not personally apply pesticides **[aapmth1]**

| | | |
|---|---|---|
| ○ Airblast **[aapmth2]** | ○ In furrow or banded **[aapmth8]** | ○ Inject animals **[aapmth15]** |
| ○ Boom on tractor, truck, or trailer **[aapmth3]** | ○ Seed treatment **[aapmth9]** | ○ Dip animals **[aapmth16]** |
| ○ Hand spray gun **[aapmth4]** | ○ Distribute tablets/granules **[aapmth10]** | ○ Spray animals **[aapmth17]** |
| ○ Backpack sprayer **[aapmth5]** | ○ Pour fumigant from bucket **[aapmth11]** | ○ Ear tags **[aapmth18]** |
| ○ Mist blower/fogger **[aapmth6]** | ○ Gas canister **[aapmth12]** | ○ Dust/pour on animals **[aapmth19]** |
| ○ Aerial (aircraft application) **[aapmth7]** | ○ Row fumigation **[aapmth13]** | ○ None of these **[aapmth20]** |
| | ○ Powder duster **[aapmth14]** | ○ Other **[aapmth21]** |

**DO NOT WRITE OUTSIDE BOX**

**17. What type of protective equipment do you generally wear when you personally handle pesticides?**
*(Mark all that apply.)*

○ Do not personally handle pesticides **[aproteq1]**
○ Never use protective equipment **[aproteq2]**
○ Cartridge respirator or gas mask **[aproteq3]**
○ Face shields or goggles **[aproteq4]**
○ Disposable outer clothing (like Tyvek®) **[aproteq5]**
○ Fabric/leather gloves **[aproteq6]**
○ Chemically resistant gloves (for example, neoprene or nitrile gloves) **[aproteq7]**
○ Other protective clothing (boots, apron, waterproof pants) **[aproteq8]**

**18. Which of the following activities do you perform at least once each year?** *(Mark all the activities you perform.)*

| | |
|---|---|
| ○ Repair engines **[adoslf1]** *(do not include changing oil or changing batteries)* | ○ Grind animal feed **[adoslf8]** |
| ○ Provide veterinary services to your livestock **[adoslf2]** | ○ Work in swine confinement areas **[adoslf9]** |
| ○ Butcher animals **[adoslf3]** | ○ Work in poultry confinement areas **[adoslf10]** |
| ○ Replace asbestos brake linings **[adoslf4]** | ○ Load or unload silage **[adoslf11]** |
| ○ Repair pesticide application equipment **[adoslf5]** | ○ Weld **[adoslf12]** |
| ○ Handle stored grain **[adoslf6]** | ○ Paint **[adoslf13]** |
| ○ Handle stored hay **[adoslf7]** | ○ Do not perform any of these activities **[adoslf14]** |

# III.  Lifestyle Activities

The next two questions ask how often, on average, you ate vegetables and fruits **during the past 12 months**.  Be sure to include foods that were eaten away from home, such as in restaurants, cafeterias, at a friends house, or at work.  If you rarely or never ate these foods, mark "Less than one per week."

**19. About how many servings of *vegetables* did you usually eat, not counting salad or potatoes?** **[aveget]**

○ Less than one per week
○ 1–2 per week
○ 3–4 per week
○ 5–6 per week
○ 1 per day
○ 1½ per day
○ 2 per day
○ 3 per day
○ 4 or more per day

**20.   About how many servings of *fruit* did you usually eat, not counting juices?**   [afruit]
- ○ Less than one per week
- ○ 1–2 per week
- ○ 3–4 per week
- ○ 5–6 per week
- ○ 1 per day
- ○ 1½ per day
- ○ 2 per day
- ○ 3 per day
- ○ 4 or more per day

The next two questions ask you about your general habits concering alcoholic beverages.  For these questions, **a drink is defined as one beer, a glass of wine, or a shot of hard liquor.**

**21.   *During the past 12 months*, how often did you usually drink any kind of alcoholic beverage?**   [aalcfreq]
- ○ Never
- ○ Less than one time a month
- ○ 1–3 times a month
- ○ 1 time a week
- ○ 2–4 times a week
- ○ Almost every day
- ○ Every day

**22.   *During the past 12 months*, about how many drinks would you have on a day when you drank?**   [aalcnum]
*(A drink is defined as one beer, a glass of wine, or a shot of hard liquor.)*
- ○ Didn't drink last year
- ○ 1 or 2 drinks
- ○ 3 or 4 drinks
- ○ 5–8 drinks
- ○ 9 or more drinks

**23.   *During your lifetime*, have you smoked at least 100 cigarettes?**   [asmok100]
- ○ No **[GO TO QUESTION 27]**      ○ Yes

**24.   Do you smoke cigarettes now?**   [asmoknow]
- ○ No                              ○ Yes

**25.   On the average, how much do you or did you smoke each day?** *(1 pack = 20 cigarettes)*   [asmokpdy]
- ○ 10 cigarettes or less
- ○ 11–20 cigarettes
- ○ 21–40 cigarettes
- ○ More than 40 cigarettes

**26.   What is the total number of years you smoked cigarettes?** *(Remember to leave out years you did not smoke.)* [asmokyrs]

**Years**

|   |   |
|---|---|
| ⓪ | ⓪ |
| ① | ① |
| ② | ② |
| ③ | ③ |
| ④ | ④ |
| ⑤ | ⑤ |
| ⑥ | ⑥ |
| ⑦ | ⑦ |
| ⑧ | ⑧ |
| ⑨ | ⑨ |

- • Write the numbers in the boxes.

- • Then fill in the matching ovals below each box.

**27. Which of the following tobacco products have you used on a regular basis for six months or longer?** *(Mark all the tobacco products that you used.)*

- ○ Pipe                **[atobaco1]**
- ○ Cigars             **[atobaco2]**
- ○ Cigarillos         **[atobaco3]**
- ○ Chewing tobacco     **[atobaco4]**
- ○ Snuff               **[atobaco5]**
- ○ Never used any of these tobacco products for six months or longer     **[atobaco6]**

# IV. Health Information

**28. Has a *doctor* ever told you that you had any of the following diseases?** *(Mark No or Yes for each item.)*

| Disease | | No | Yes |
|---|---|:-:|:-:|
| a. | Asthma    **[a_medcond5]** | ○ | ○ |
| b. | Tuberculosis    **[a_medcond56]** | ○ | ○ |
| c. | Other chronic lung disease (chronic bronchitis, emphysema)    **[a_medcond10]** | ○ | ○ |
| d. | Pneumonia    **[a_medcond46]** | ○ | ○ |
| e. | Melanoma of skin    **[a_medcond36]** | ○ | ○ |
| f. | Other skin cancer    **[a_medcond43]** | ○ | ○ |
| g. | Leukemia (blood cancer)    **[a_medcond34]** | ○ | ○ |
| h. | Hodgkin's disease (lymph cancer)    **[a_medcond27]** | ○ | ○ |
| i. | Non-Hodgkin's lymphoma (lymph cancer)    **[a_medcond41]** | ○ | ○ |
| j. | Other cancer    **[a_medcond42]** | ○ | ○ |
| k. | Heart disease    **[a_medcond25]** | ○ | ○ |
| l. | Diabetes (not counting during pregnancy only)    **[a_medcond16e]** | ○ | ○ |
| m. | Parkinson's disease    **[a_medcond44e]** | ○ | ○ |
| n. | Kidney disease (not counting kidney stones)    **[a_medcond29]** | ○ | ○ |
| o. | Nervous disorder    **[a_medcond40]** | ○ | ○ |
| p. | Depression    **[a_medcond12]** | ○ | ○ |

**29.  Have your parents, brothers, sisters or children related to you by blood ever had any of the following?**
*(Mark No or Yes for each item.)*

| | Disease | | No | Yes |
|---|---|---|:---:|:---:|
| a. | Lung cancer | [ardis1] | ○ | ○ |
| b. | Colon  or colorectal cancer (bowel or rectal cancer) | [ardis2] | ○ | ○ |
| c. | Breast cancer | [ardis3] | ○ | ○ |
| d. | Melanoma of skin | [ardis4] | ○ | ○ |
| e. | Other skin cancer | [ardis5] | ○ | ○ |
| f. | Stomach cancer | [ardis6] | ○ | ○ |
| g. | Leukemia (blood cancer) | [ardis7] | ○ | ○ |
| h. | Brain cancer | [ardis8] | ○ | ○ |
| i. | Prostate cancer | [ardis9] | ○ | ○ |
| j. | Lymphoma (Hodgkin's disease or non-Hodgkin's lymphoma) | [ardis10] | ○ | ○ |
| k. | Other cancer | [ardis11] | ○ | ○ |
| l. | Kidney failure (uremia, Bright's disease or dialysis) | [ardis12] | ○ | ○ |
| m. | Diabetes (sugar) | [ardis13] | ○ | ○ |
| n. | Heart attack before age 50 | [ardis14] | ○ | ○ |

# V.  General Farming Information

**30.  Do you own or work on a farm?**                                                                                                    [aownfrm]
　　　○  No **[GO TO QUESTION 36]**          ○  Yes

**31.  What are the major income producing crops and animals you are currently raising on a farm?**
*(Mark all that apply.)*

| | | | |
|---|---|---|---|
| ○ Don't work on a farm [acrpan1] | ○ Apples [acrpan10] | ○ Cucumbers [acrpan20] | ○ Soybeans [acrpan30] |
| ○ No crops or animals [acrpan2] | ○ Alfalfa [acrpan11] | ○ Grapes [acrpan21] | ○ Strawberrs [acrpan31] |
| ○ Beef cattle [acrpan3] | ○ Blueberries [acrpan12] | ○ Green pepprs [acrpan22] | ○ Sweet potat. [acrpan32] |
| ○ Dairy cattle [acrpan4] | ○ Cabbage [acrpan13] | ○ Hay [acrpan23] | ○ Tomatoes [acrpan33] |
| ○ Hogs/swine [acrpan5] | ○ Christmas trees [acrpan14] | ○ Oats [acrpan24] | ○ Tobacco [acrpan34] |
| ○ Poultry [acrpan6] | ○ Corn, popcorn [acrpan15] | ○ Peaches [acrpan25] | ○ Watermelon [acrpan35] |
| ○ Sheep [acrpan7] | ○ Corn, field corn [acrpan16] | ○ Peanuts [acrpan26] | ○ Wheat [acrpan36] |
| ○ Eggs [acrpan8] | ○ Corn, seed corn [acrpan17] | ○ Potatoes [acrpan27] | ○ Other fruit [acrpan37] |
| ○ Other farm animals [acrpan9] | ○ Corn, sweet corn [acrpan18] | ○ Snapbeans [acrpan28] | ○ Othr vegtbls [acrpan38] |
| | ○ Cotton [acrpan19] | ○ Sorghum [acrpan29] | ○ Othr sm grains [acrpan39] |

**32.**   ***Last year**, how many acres were planted on the farm(s) where you worked (whether or not you owned the farm)?*   **[aacres]**

- ○ Didn't work on a farm
- ○ None
- ○ Less than 5 acres
- ○ 5–49 acres
- ○ 50–199 acres
- ○ 200–499 acres
- ○ 500–999 acres
- ○ More than 1,000 acres

**33.**   ***Last year**, how many poultry were there on the farm(s)?*   *(Report the most poultry you had last year at any one time.)*   **[apoultry]**

- ○ Didn't work on a farm
- ○ None
- ○ Less than 50
- ○ 50–99
- ○ 100–499
- ○ 500–999
- ○ 1,000–10,000
- ○ More than 10,000

**34.**   ***Last year**, how many livestock (other than poultry) were there on the farm(s)?*   *(Report the most livestock you had last year at any one time.)*   **[alivestk]**

- ○ Didn't work on a farm
- ○ None
- ○ Less than 50
- ○ 50–99
- ○ 100–499
- ○ 500–999
- ○ 1,000 or more

**35.**   **Have you ever used growth hormones for livestock or poultry?**   **[aharmone]**

- ○ No          ○ Yes

---

### Please continue with page 21

---

**For confidentiality, this page will be stored separately from your responses to this survey.**

36. **What certification/license are you applying for?** *(Mark all that apply.)*
   ○ Private applicator license/certification *(for example, farmers)*
   ○ Certified public applicator/operator *(for employees of federal, state, or local governments)*
   ○ Commercial pesticide license *(Please provide name of your company and the city where it is located below.)*
   
   • 
   • 

   _____

   **DO NOT WRITE OUTSIDE BOX**

37. **What is your sex?**                                                                                    [agender]
   ○ Male          ○ Female

38. **What is your current marital status?**                                                      [amarital]
   ○ Married or living as married
   ○ Divorced or separated
   ○ Widowed
   ○ Never married

39. **Please write your name, current address, telephone number and Social Security Number in the space below. The primary use of Social Security Number information is for researchers to locate you in the future if they are unable to locate you at your home address, and to search health and vital records in follow-up studies in the future.  Furnishing your Social Security Number is voluntary and you will not be denied any Federal right, benefit, or privilege by your refusal to disclose it.**

   ○ Jr
   ○ Sr

   **Last Name**                                         **First Name**                  **MI**

   **Street/Route Box**

   **City**                                         **State**          **ZIP**

   **Area Code      Telephone**                  **County**

   **Social Security Number** *(if you know it)*    **Current Pesticide License/**      **-OR- Mark X here if**
                                                    **Certification Number**            **this is a new application**

**Please continue with page 22.**

**40.** **If married, please write your spouse's name and birth date in the space below.**

| | | | | | | | | | | | |

**Last Name**

**First Name**

**MI**

| | | | | | | | | |

**Maiden Name** *(if applicable)*

*Don't be concerned if you don't know the following information.*

**Month** — **Day** — **Year**
**Spouse's Birth Date**

**Spouse's Social Security Number**

**41.** **Had you heard about this study before filling out this form?**
○ No **[GO TO QUESTION 43]**   ○ Yes

**42.** **IF YES, how did you find out about the study?** *(Mark all that apply.)*
○ Newspaper      ○ Extension service
○ Radio           ○ Trade magazine or newsletter
○ Television       ○ Public exhibits
○ Friend or relative ○ Meeting presentations

**43.** **Do you have any additional comments?**
○ No        ○ Yes *(Please use space below to explain.)*

**Additional Comments:**

**Thank You For Taking The Time To Complete This Questionnaire.**

**PLEASE TURN IN THIS FORM TO THE STUDY REPRESENTATIVE BEFORE LEAVING TODAY.**