# EXHIBIT 9

# Preliminary Communications Plan
# Farm Family Exposure Study
# February 22, 2002

**OBJECTIVE:**
To communicate positive messages about the safe use of pesticides studied in the FFES to key audiences.

**STRATEGIES:**
- Position pesticides studied in the FFES as safe and effective tools for farmers
- Debunk misperceptions about pesticides studied in the FFES
- Leverage third party supporters

**AUDIENCES:**
- Customers and allies including trade and commodity groups
- Trade media, including agricultural and lawn care publications, farm broadcasters, and in-house publications of customers.
- University extension.
- General media
- Targeted select media
- Pesticide manufacturers (ACPA, Regional associations, American Chemistry Council, ECPA, SC and MN agricultural chemical and fertilizer associations, state affairs people/lobbyists)
- Regulators (Federal EPA, regional/state-specific EPAs)
- Key Political Allies (House and Senate agriculture and commerce committees, selected senators and congressmen)
- Others (American Farm Bureau, state/regional farm bureaus, NASDA, WIFE, AAW, USDA extension agents, EPA state/regional offices, Future Farmers of America, 4-H, Garden Clubs?)

**TACTICS:**

*Develop communications materials:*
**Discussion:**
As is true with any communications effort, the first step is to develop three to four consistent and positive key messages, which will be used in all

Confidential - Produced Subject to Protective Order                                                                                       MONGLY07080567

Case 3:16-md-02741-VC   Document 1136-9   Filed 02/16/18   Page 3 of 7

communications, not only with the news media, but with stakeholders and opinion leaders as well. This will ensure consistent, coordinated messages on issues related to the safety of the pesticides studied in the FFES.

These messages will then be used to develop communications materials, which could include fact sheets, FAQ's, and a press kit. Internal communications materials – including media lists and potential questions and answers – will be developed and updated throughout the phases of the announcement.

For this study, it will be particularly important to put the findings in context to ensure the media and others don't misrepresent data (e.g., percentages). In addition, the group should consider changing the name of the study to the "Farm Family Pesticide Safety Study." This should encourage others to refer to the study as the "safety study" as opposed to the "exposure study."

Internal briefings should also take place prior to the FFES public rollout. Some groups that could be briefed in advance include: CLA executive committee and board of directors, Washington Reps plus company lobbyists, oversight councils, state affairs committee, regional associations, state associations, toxicology round table and CropLife International safe use initiative committee.

1. **Pre rollout of Farm Family Exposure Study (FFES).** It is essential that this excellent study, done in cooperation with two universities under the direction of a credible director, be publicized as widely as possible and as soon as possible.
   Ideas for preparation to ensure success:
   a) Develop key messages from FFES. *($█████)*
   b) Focus test key messages *($███-$███)*
   c) Develop Q&A anticipating issues and media questions.
   d) Identify spokespersons from FFES task force and provide training on delivering key messages. *($███ to $███)*
   e) Identify credible farmers who participated in the study who can be media contacts or authors of op/eds. Provide media training. *($███-$███)*
   f) Communicate to Ag extension agents in Minnesota and South Carolina via face-to-face presentations. Develop PowerPoint show. *($███-$███)*

Confidential - Produced Subject to Protective Order                              MONGLY07080568

g) Develop a 5-10 minute video (warm and fuzzy) about study and farmers ($███████)
h) Write and develop a four-color brochure about the FFES findings ($███████)
i) Develop and complete FFES web site
j) Outreach briefings with key stakeholders, commodity and user groups (e.g. WIFE, ASA, Ag Retailers, applicator associations, NCGA, etc.)

**Discussion:**
The rollout of the FFES findings should be built around a significant media event such as the publication of the FFES findings in a peer reviewed journal. It would be preferable to center the public roll out around the publication of the aggregate findings of the FFES, as this will provide the whole context for the media. However, as this publication may not happen until next year, and it is important to publicize the findings of the FFES as soon as possible, an alternative media hook should be explored. Perhaps a keynote address by Sir Richard Dahl at the International Symposium for Epidemiology could be an appropriate news hook. The findings of the FFES could also be rolled out at a major American farm show or farm media event such as the Farm Progress Show in September or the National Farm Broadcasters Meeting in November. It is important to remember that the public roll out of the FFES findings should be handled carefully as to not jeopardize the task force's ability to have these scientific papers published after the announcement takes place. Further discussion of the timing and method for the public roll out of the FFES findings needs to take place.

**Rollout of FFES.** Conduct media activities concurrent with publication of the FFES, in a peer-reviewed journal or other significant event.
  Ideas for successful rollout:
  k) Develop press release (consider multiple releases for trade and general press) (should include a list of third parties that can be called to testify to the results of the FFES study and the safety of the pesticides studied among farming families) ($███)
  l) Develop an FFES press kit that can be used with the media, government contacts, industry affairs outreach, etc. ($███)
  m) Hold phone-in press conference for trade media. Event would feature FFES task force spokespersons and one farmer from each state. A media advisory would be developed, inviting

Confidential - Produced Subject to Protective Order
MONGLY07080569

      media to the event, and linking media to identified spokespersons for more information. *(■■■)*
- n) Make personal interviews possible after teleconference. *(included in above)*
- o) Mail press release to general media includes appropriate sources for follow-up. *($■■■)*
- p) Make media pitch to key media outlets in Minnesota and South Carolina and ask them to do a story. *($■■■)*
- q) Identify key regional papers for op/eds (Des Moines, Chicago, Indy, St. Louis, Omaha, Minneapolis, Charleston, etc.) Academics and others will author some by farmers who can relate real experiences (more worried about kids falling off tractor than pesticides). *($■■■-$■■■ based on 5 to 7 op-eds)*
- r) Ask customers and allies to post article on websites or in company publications. Develop and distribution of article. *($■■■)*
- s) Notify ag extension via mass e-mail about completed study on web site. *($■■■)*
- t) Leverage third-party support into proactive media strategy by encouraging supporters (e.g. ASA) to disseminate news releases or statements that endorse FFES study findings
- u) Consider creating and displaying booth/info about FFES at key media, agricultural, science and commodity meetings (WIFE, ASA, AFBF, Ag editors conference, etc.) *($■■■ to create with borrowed booth. Travel costs extra.)*
- v) The week following the rollout and to reinforce the results of the FFES study, op-eds by growers/and or Ag industry leaders should be placed in influential publications. *($■■■-$■■■ based on 5 to 7 op-eds).*

**International Symposium of Epidemiology**
This international meeting could have great media interest potential if targeted at selected media (science, medical media, etc.). There is a great chance of attracting media interest if a media event such as a keynote address by Sir Richard Dahl was arranged and media invited. Further discussion of this possibility needs to take place.

**Government Affairs Strategy**
**Discussion:**
It is important that prior to and during the public rollout of the FFES that a coordinated and comprehensive government affairs outreach strategy regarding the FFES take place. It is recommended that a meeting of FFES member company's Washington lobbyists take place at ACPA to determine the best strategy for moving forward. Some suggested constituents who could be briefed are:

Legislators
- State Senators/Representatives from Minn. and S.C., AHS states, others with ag interest
    - Include a CLA representative along with task force member, company lobbyists, LAOC, PAOC, Washington Reps
- Ag committees
- Concerned officials with focus on farming, public health, children
- Press secretaries
- State government officials
    - Select in consultation with company state gov't. affairs staff

Regulators
- USDA, extension
- EPA (consult w/advisory panel member)
- State regulatory agencies in Minn. and S.C.

**Post-Public Rollout of FFES**
**"Set the Scene" – Inoculation for the Publication of the Ag Health Study (AHS)**
**Discussion:**
Using the results of the FFES to proactively prepare for the publication of the AHS and its possible negative findings should be considered after the public roll out of the FFES.

**Pre-publication of Ag Health Study (AHS).** Inoculate key audiences with messages about epidemiology strengths and weaknesses.
    Ideas for successful inoculation:
        a) Pitch a leading farm magazine on the idea of doing a story on recent interest in ag epidemiology using FFES task force

members as sources. Ensure key messages are delivered. *($▮-$▮)*

b) Develop video featuring researchers and farmer/user participants in FFES. Overlay story with messages about good and bad epidemiology. Use video with customers, commodity groups, and scientific outreach. Provide videos to extension agents. *($▮-$▮)*

c) Provide briefings to key commodity groups and user groups, including WIFE (Women Involved in Farm Economics), NCGA, ASA, Ag Retailers Assn, Pesticide Applicators Assn.

d) Provide articles to extension agents for use in weekly newspapers. Work with Fred Whitford of Purdue to distribute. Emphasize that epidemiology studies should consider toxicology, not just exposure. Use FFES as examples of why. *($▮ to $▮)*

e) Develop mat service article on farm epidemiology for use by weekly newspapers. *($▮-$▮)*

f) Develop applicator safety op/ed for trade publications. Emphasize findings of FFES study (long sleeves result in no exposure). Weave in messages about good/bad epidemiology. *($▮-$▮)*

g) Compile favorable FFES stories and op/eds into media book and have ACPA provide to key environmental reporters and legislators interested in pesticide issues. Have third-party write cover letter. Include contact info and key messages. *($▮*

Confidential - Produced Subject to Protective Order					MONGLY07080572