# EXHIBIT 19

# Epidemiology

## An Introduction





**KENNETH J. ROTHMAN**

MONS BOOKST
FA07
E.
OUP
2 900195 135540
USED
Non-refundable without label and receipt


# Epidemiology
## AN INTRODUCTION

KENNETH J. ROTHMAN

OXFORD
UNIVERSITY PRESS
2002

result, although some people with emphysema will not have it diagnosed, the proportion of people who do not have their emphysema diagnosed would be expected to be the same for those who do and who do not drink red wine. The underdiagnosis represents some misclassification of emphysema, but because the tendency for underdiagnosis is the same for exposed and unexposed people, the misclassification of disease is nondifferential. Similarly, if an exposure is misclassified in a way that does not depend on disease status, the exposure misclassification is nondifferential.

Nondifferential misclassification leads to more predictable biases than does differential misclassification. Nondifferential misclassification of a dichotomous exposure tends to produce estimates of the effect that are diluted, or closer to the null or no-effect value than the actual effect. If there is no effect to begin with, then nondifferential misclassification of the exposure will not bias the effect estimate.

The simplest case to consider is nondifferential misclassification of an exposure measured on a dichotomous scale: exposed versus nonexposed. Suppose that an investigator assesses the relation between eating a high-fat diet and subsequent heart attack in a case-control study. Everyone in the study is classified, according to some arbitrary cut-off value of dietary fat intake, as having either a high-fat diet or not. This classification will not be perfectly accurate because it is nearly impossible to avoid some measurement error. In the case of measuring the fat content of a person's diet, there will be substantial error and some people who do not have a high-fat diet may be classified as having one and vice versa. If these misclassifications are not related to whether a person gets a heart attack, they are nondifferential.

The effect of nondifferential misclassification of a dichotomous exposure is illustrated in Table 5–2. On the left are hypothetical data that presume no misclassification with respect to a high-fat diet. The incidence rate ratio (calculated from the odds ratio) is 5.0, indicating a substantially greater mortality rate among those eating a high-fat diet. The center columns show the result if 20% of those who do not eat a high-fat diet were inaccurately classified as eating a high-fat diet. This level of misclassification is higher than one would ordinarily expect, even for an exposure as difficult to measure as diet, but still involves only a small proportion of the subjects. By moving 20% of those from the *No* column to the *Yes* column, the resulting data give a rate ratio of 2.4, less than half as great as the value with the correct data. In terms of the effect part of the risk ratio, the excess risk ratio of 4.0 ($= 5.0 - 1$) has been reduced to 1.4 ($= 2.4 - 1$), which is to say that about two-thirds of the effect has been obscured. Note that we have transferred both 20% of cases and 20% of controls. Nondifferential misclassification of exposure implies that these percentages of misclassified subjects among cases and controls will be equal. If the proportions of cases and controls that were