# EXHIBIT 30

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| | MDL No. 2741 |
| This document relates to: | |
| ALL ACTIONS | |

**SUPPLEMENTAL EXPERT REPORT OF JENNIFER R. RIDER, ScD.**

**12/21/2017**

*Expert Report – Personal and Confidential*

## SUPPLEMENTAL EXPERT REPORT OF JENNIFER R. RIDER, SCD, MPH

### A. Introduction

At the time of the submission of my expert report dated July 31, 2017, evaluating the epidemiological evidence for a causal association between glyphosate-based herbicides (GBH) and NHL, updated Agricultural Health Study (AHS) findings on GBH and NHL with follow up through 2008 were available in the form of an unpublished draft manuscript [Alavanja *et al*., 2013]. As I explained in my expert report, results included in the draft manuscript were consistent with and even more powerful than the initial published study with follow up through 2001 [De Roos *et al.,* 2005], indicating no evidence of an association between GBH and NHL after adjustment for other pesticides in dose-response analyses based on cumulative exposure or intensity-weighted cumulative exposure. Strengths of the follow-up study included the accrual of 320 NHL cases, a longer latency period and even higher levels of cumulative exposure than in the published 2005 study, as well as analyses of NHL subtypes. Given my own extensive experience as a peer reviewer and the subsequent publication of methods utilized in the 2013 analysis [Alavanja *et al.,* 2014], I determined that the draft manuscript provided important additional data confirming the insufficiency of evidence of GBH acting as a causal factor in NHL.

The subsequent publication of AHS findings with additional follow up through 2012 and 2013 in the *Journal of the National Cancer Institute* [Andreotti *et al.,* 2018] provides even more compelling evidence that the epidemiology does not support a causal association between GBH and NHL. As described below, the Andreotti *et al.* analysis rebuts the plaintiffs' experts' criticisms that aimed to discredit earlier AHS findings, and no meaningful assessment of GBH and NHL can discount the central importance of this new study in the existing body of scientific evidence.

### B. Evaluation of Andreotti *et al.,* 2018

My evaluation of the Andreotti *et al.* publication follows the same approach for the assessment and interpretation of epidemiologic studies as outlined on pages 10-20 of my initial expert report.

1

*Expert Report – Personal and Confidential*

*Study Design.* The study design and methods are similar to the AHS report published in 2005 [De Roos *et al.,* 2005], the draft manuscript including GBH data previously reviewed [Alavanja *et al.,* 2013], and the updated publication that omitted GBH and several other chemicals [Alavanja *et al.,* 2014]. The updated GBH analysis includes exposure information from 54,251 pesticide applicators, of whom 44,932 (82.8%) had some level of GBH exposure. A total of 575 cases of NHL were diagnosed during follow up and included in multivariable analyses. As in the 2013 draft manuscript [Alavanja *et al.,* 2013], the primary analysis incorporates exposure information at the time of entry into the study (i.e., baseline) and updated exposure information from a follow-up questionnaire distributed between 1999-2005 that was completed by 63% of the enrolled cohort. Using the same methods described in the draft manuscript [Alavanja *et al.,* 2013] and in the prior peer-reviewed publication that omitted data on GBH and several other chemicals [Alavanja et al., 2014], imputation (i.e., deriving values based upon actual data provided by all participants at baseline and from the responders to the follow-up questionnaire) was used to update more recent exposure values for follow-up survey non-responders. Analyses of all cancer types controlled for age, state of recruitment, education, cigarette smoking status, alcohol intake, family history of cancer, atrazine, alachlor, metolachlor, trifluralin, and 2,4-D. Analyses of the lymphohematopoietic cancers, including NHL, additionally adjusted for the potential confounding effects of occupational exposure to solvents, gasoline, x-ray radiation and engine exhaust, as well as lindane, DDT, diazinon, terbufos, and permethrin because these chemicals were previously associated with cancer lymphohematopoietic cancer risk in the AHS. The authors present information on overall risk of NHL, as well as NHL subtypes. Several sensitivity analyses were conducted to evaluate the impact of the imputed exposure information and potential exposures to GBH in the period after the follow-up survey distribution on the results.

*Results.* Higher levels of lifetime use of GBH are apparent in the updated analysis, with 48 median lifetime days (interquartile range 20-166) and 8.5 median lifetime years (interquartile range 5-14 years) of use. The authors focus their presentation of results on intensity-weighted cumulative exposure, which takes into account factors related to use of GBH that impact the intensity of exposure, including how GBH were handled and the

*Expert Report – Personal and Confidential*

use of personal protective
equipment. Compared to cohort
members who did not apply GBH,
the RRs for each increasing
quartile of intensity-weighted
cumulative exposure were 0.83
(95% CI: 0.59-1.18); 0.83 (95%
CI: 0.61-1.12); 0.88 (95% CI: 0.65-



1.19); and 0.87 (95% CI: 0.64-1.20) (**Figure 1**). The intensity-weighted RR estimates
were similar when multiple myeloma was excluded (RR comparing quartile 4 to no
exposure: 0.85; 95% CI: 0.62-1.18). No association was observed between cumulative
exposure or intensity-weighted exposure and any individual NHL subtype. The RR (95%
CI) for the top category of intensity-weighted GBH use compared to no exposure was
0.86 (0.62-1.19) for B-cell lymphoma; 0.87 (0.48-1.58) for chronic lymphocytic
lymphoma/small lymphocytic leukemia; 0.97 (0.51-1.85) for diffuse large B cell
lymphoma; 0.44 (0.09-2.17) for marginal-zone lymphoma; 0.85 (0.36-2.03) for follicular
lymphoma; 0.87 (0.45-1.69) for multiple myeloma; and 1.53 (0.23-10.38) for T cell
lymphoma. Results were similar when the analyses were lagged to include only
diagnoses that predated exposures by 5, 10, 15 and 20 years to remove the influence of
cancers diagnosed too soon after exposure to be etiologically related to outcomes. When
cumulative lifetime days of exposure was considered, the incidence rate ratios (RR) and
95% confidence intervals for NHL for each exposure quartile compared to no exposure
were 0.73 (0.54-0.98); 0.80 (0.60-1.06); 0.86 (0.65-1.15); and 0.78 (0.58-1.05).

*Internal validity.* Strengths of the updated analysis include the even longer latency
period compared to the 2005 publication, inclusion of a substantial number of additional
cases accrued during follow up between 2001 and 2012 (or 2013 in Iowa), and an even
greater range of exposure levels. In addition, because the RR for all four categories of
intensity-weighted GBH exposure (and cumulative exposure) are *below* the "no
association" null value of 1, non-differential misclassification (i.e., where diseased and
non-diseased persons have the same degree of error in reporting of exposure) could not

*Expert Report – Personal and Confidential*

conceal a positive association between GBH and NHL. Non-differential exposure misclassification can shift the reported RR towards 1.0, often referred to as "biasing towards the null." When reported RR are *above* 1.0, non-differential misclassification could give rise to the validity concern that, if the RR was shifted towards 1.0, it would conceal a positive association. However, whereas here the reported RR are *below* 1.0, non-differential misclassification would push the reported RR higher on the absolute scale, i.e., towards 1.0. Thus, any such misclassification in the Andreotti *et al.* results would mean that the 'true' RR was even lower than reported, i.e., in the direction of a 'protective' effect. When the exposure is grouped into more than two categories, as in the AHS dose-response analyses, it is possible for non-differential misclassification to move the RR for any two categories towards each other [Rothman, Modern Epidemiology, page 142]. While this theoretically could lead to a shift in the RR for any individual category in either direction, because the reported RR in all categories in Andreotti *et al.* results are below 1.0, it is impossible for non-differential exposure misclassification to conceal any positive associations in the data.

It is standard epidemiologic practice to undertake methodological studies and sensitivity analyses to ensure the validity of particular analytic approaches and characterize the potential magnitude of bias on study findings. Numerous methodological studies and sensitivity analyses have been conducted on the AHS data that demonstrate neither selection bias (resulting from non-response to the questionnaire) or exposure misclassification threaten the validity of the Andreotti *et al.* findings. Four different strategies have been employed to test the imputation approach used in Andreotti *et al.* and each supports the validity of that methodology. First, published analyses investigating the AHS population in general, without specific regard to the GBH and NHL association, show that differences in the sample of responders compared to the overall population do not meaningfully alter the evaluated exposure-disease associations [Montgomery *et al.,* 2010]. These results provide evidence that selection bias due to follow-up survey non-response is not necessarily a major concern, though this issue should also be considered with respect to GBH and NHL, specifically. Second, the imputation methodology was validated in a separate AHS publication [Heltshe *et al.,* 2012], which compared the pesticide exposure values obtained from the imputation

*Expert Report – Personal and Confidential*

procedure with the actual reported values, in a random sampling of the cohort members who responded to both surveys (i.e., the investigators used imputation to derive values for the sample which was then compared to the sample's actual survey responses). The results demonstrate that imputed and reported pesticide exposure results are similar. The third and fourth methods are sensitivity analyses that restrict the analyses for GBH and NHL solely to the completed survey data and compare the results to those obtained when using imputation; these analyses are reported in the Andreotti *et al.* publication. When the authors included in the analysis exposure information reported from all 54,251 participants collected at enrollment and did not use the follow-up questionnaire to update exposure status, the resulting RR for NHL comparing the highest quartile of intensity-weighted exposure to no exposure was 0.82 (95% CI: 0.62-1.80). This result is similar in magnitude to results using imputation. When the analysis only included the group of participants who provided exposure information on both the baseline and follow-up questionnaires (N=34,698), the RR comparing the highest quartile of intensity-weighted GBH exposure to no exposure was 0.90 (95% CI: 0.63-1.27). This result is also similar to the result from the primary analysis using imputation. In light of the results from these different approaches to the data, there is no basis to conclude that non-response on the follow-up questionnaire or the imputation method used to address non-response by some participants artificially conceals a true association.

The Andreotti *et al.* investigators also implemented another sensitivity analysis to test whether lack of information on exposure after the end of the follow-up questionnaire distribution in 2005 produced misclassification of exposure (i.e., subsequent unmeasured changes in exposure). In order to test this possibility the authors truncated follow up at 2005 to prevent the period for which no updated exposure information was available from influencing the results. The RR comparing the highest quartile of intensity-weighted exposure to no exposure in an analysis that truncated follow-up at 2005 was 1.04 (95% CI: 0.70-1.57), which is also consistent with the primary analysis. Therefore, the additional evidence obtained in sensitivity analyses provides no basis for claims that selection bias resulting from missing data on the follow-up questionnaire nor misclassification of exposure after 2005 produced biased RR estimates.

*Expert Report – Personal and Confidential*

*Precision.* With 575 cases and a wide distribution of exposure histories, the RR estimates for GBH and NHL in the updated AHS publication are by far the most precise in the literature.

*Generalizability.* The AHS study population includes licensed pesticides applicators. This population was selected for a variety of reasons related to study feasibility, including the ability to accurately recall exposure information and a greater frequency and level of pesticide exposures that would allow for meaningful dose-response analyses. Appropriately, the study design was conceived to maximize internal validity. The wide range of exposure levels and incorporation of the use of personal protective equipment (PPE) in the definition of exposure intensity increases generalizability to all types of users.

## C. Evidence synthesis

**Table 1** illustrates the current state of the epidemiologic literature on GBH and NHL. The mix of RR and odds ratio (OR) point estimates both below and above the null value of 1.0 are contrary to the results we would expect if GBH was acting as a causal factor in NHL or NHL subtypes. Moreover, all of the confidence intervals cross the null value of 1.0, indicating that the results of all studies are consistent with no association between GBH and NHL or NHL subtypes.

*Expert Report – Personal and Confidential*

**Table 1. Results from four major epidemiologic studies of GBH with respect to overall NHL and NHL subtypes**

| Study | RR or OR Estimate | 95% Confidence Interval |
|---|---|---|
| **Overall NHL** | | |
| Andreotti 2018 | 0.87[a] | 0.64-1.20 |
| NAPP 2015 (self-respondents) | 0.95 | 0.69-1.32 |
| Eriksson 2008 | 1.51 | 0.77-2.94 |
| Orsi 2009 | 1.0 | 0.5-2.2 |
| **B cell** | | |
| Andreotti 2018 | 0.86[a] | 0.62-1.19 |
| **Chronic lymphocytic leukemia/Small lymphocytic leukemia** | | |
| Andreotti 2018 | 0.87[a] | 0.48-1.58 |
| NAPP 2015 | 1.79 | 0.87-3.69 |
| **Diffuse large B cell lymphoma** | | |
| NAPP 2015 | 1.23 | 0.81-1.88 |
| Andreotti 2018 | 0.97[a] | 0.51-1.85 |
| **Marginal zone** | | |
| Andreotti 2018 | 0.44[b] | 0.09-2.17 |
| **Follicular** | | |
| NAPP 2015 | 0.69 | 0.41-1.15 |
| Andreotti 2018 | 0.85[c] | 0.36-2.03 |
| **T cell** | | |
| Andreotti 2018 | 1.53[b] | 0.23-10.38 |

[a] Rate ratio comparing highest intensity-weighted quartile of use to never users
[b] Rate ratio comparing intensity-weighted exposure above the median to never users
c Rate ratio comparing highest intensity-weighted tertile of use to never users

The presentation of results in Table 1 differs from the forest plot on page 14 of the expert report by Dr. Ritz in three important ways. First, Table 1 only includes the four main studies that were conducted in independent populations (i.e., only the most recent findings from a given study population included). The Cocco *et al.,* 2013 and Hardell and Eriksson, 1999 studies are not included because they each include only four exposed cases and, as plaintiffs' experts themselves concede, are far too small to provide any meaningful information. Second, Table 1 only reports adjusted relative risk estimates when available (save for Orsi *et al.,* 2009 overall NHL estimate), rather than a combination of unadjusted and adjusted results from overlapping study populations. Third, the Ritz figure was ordered according to the number of included NHL cases generally, despite the fact that some of the studies with a large number of cases had low power (i.e., wide confidence intervals) due to very small numbers of *exposed* cases, i.e.

*Expert Report – Personal and Confidential*

individuals with NHL who are also exposed to GBH. Table 1 is ordered by precision determined by width of the confidence intervals.

As stated in my initial expert report, I do not find the use of meta-analysis appropriate given the lack of internal validity in the individual case-control studies and inability of meta-analysis to account for bias and confounding in underlying studies. However, given plaintiffs' experts' prior reliance on meta-analyses, it is important to note that inclusion of results from the NAPP and the most recent AHS publication on GBH and NHL would likely attenuate the meta-analysis RR to a level at or below the null value.

### D. Methodological flaws in plaintiffs' experts' criticisms of AHS

A trained epidemiologist follows a standard approach when interpreting results from epidemiological studies. This process involves placing into context the potential impact of bias, confounding and chance findings on the results. While it is appropriate for epidemiologists to identify the specific potential limitations of population-based studies and weigh the evidence accordingly, this process should be uniformly applied to all of the available evidence and updated when additional studies or new analyses from existing studies become available. Epidemiologists often use sensitivity analyses as a way to test how specific methodological decisions influence the findings. If these analyses reveal that a certain type of bias is unlikely to appreciably impact the study results, it is no longer appropriate to discount the findings based on that particular criticism. The plaintiffs' experts Dr. Ritz and Dr. Neugut downplayed the AHS findings on GBH and NHL in the 2005 and 2013 manuscripts based on a variety of stated limitations. However, based on information available at the time of the 2005 and 2013 analyses or now included in the 2018 publication, there is no scientific basis for the claim that these limitations invalidate the AHS results on GBH and NHL. Specific criticisms of the results published in 2005 and in the 2013 draft manuscript are discussed below with respect to the current state of the evidence.

*Expert Report – Personal and Confidential*

De Roos *et al.*, 2005

*Latency period.* Dr. Ritz and Dr. Neugut cited inadequacy of the latency period as an important limitation of the 2005 analysis. The latency period of 6.7 years used to support this claim actually represents the median period between enrollment in 1993-1997 and NHL diagnosis. In reality exposure history was captured up to 18 years before enrollment, and participants were followed for NHL through 2001. Accordingly, this claim was unfounded even at the time of the 2005 publication. However, with a substantially longer latency period and a maximum follow-up of 38 years after exposure, the most recent AHS publication eliminates any concerns about latency.

*Number of NHL cases.* At time of publication of the 2005 analysis, that study yielded a more precise adjusted estimate than any prior case-control studies. With 575 NHL cases, the Andreotti *et al.* results are even more powerful and represent the most precise estimates of the association between GBH and NHL to date.

*Low exposed as reference group.* Dr. Neugut expressed concern about using the lowest quartile of exposure rather than individuals without any exposure as the referent group in dose-response analyses in the 2005 publication. However, this issue was addressed in the 2005 analysis that compared ever versus never use of GBH and found results consistent with no association. Furthermore, both the 2013 draft manuscript and the 2018 publication use unexposed as the referent group in dose-response analyses.

*Non-differential exposure misclassification.* Dr. Neugut raised the possibility that because GBH exposure may have increased after 1996, non-differential exposure misclassification could occur as a result of using only exposure information collected during the enrollment period. However, the 2005 AHS publication included dose-response analyses that found that increasing levels of glyphosate exposure had no impact on NHL risk. The 2018 AHS publication further addresses this issue by incorporating updated exposure information obtained during the period of increased use. These analyses continue to find no association between GBH and NHL.

Alavanja *et al.*, 2013

*Peer review/publication status.* Dr. Neugut and Dr. Ritz did not consider the 2013 draft manuscript on GBH and NHL in the AHS as making an important contribution to

*Expert Report – Personal and Confidential*

the available evidence on GBH and NHL because the manuscript was unpublished, despite the fact that the general methodology used was peer-reviewed and published in Alavanja *et al.,* 2014. In Andreotti *et al.,* the methodology as it was applied specifically to GBH not only endured peer review, but was acceptable for publication in *JNCI*.  As measured by its impact factor  - a generally accepted measure of a journal's scientific influence - *JNCI* is routinely ranked the top 5% of the most influential scientific journals in the world [Thomson Reuters, 2016 Impact Factor Rankings].

*Imputation/selection bias.* Dr. Ritz expressed concern about the imputation strategy implemented to handle missing updated exposure data from non-responders to the follow-up questionnaire. The imputation strategy had been previously validated [Heltshe *et al*. 2012] and used in other publications from the AHS [Alavanja *et al.,* 2014]. As discussed above, sensitivity analyses conducted by the Andreotti *et al.* investigators found that imputation and two other approaches for handling missing exposure data all produced consistent results, providing no basis for the assertion that the imputation method artificially concealed a true association.

*Exposure misclassification after the follow-up questionnaire*. Dr. Ritz also cited the lack of information on exposure after the follow-up questionnaire distribution period as a potential source of bias because glyphosate exposure likely increased systematically after this period. Andreotti *et al.* directly addressed this concern by conducting a sensitivity analysis that included follow up only through 2005, the year the follow-up survey distribution period ended. Findings from this sensitivity analysis were consistent with the overall analysis, providing no support for the argument that exposure misclassification after the follow-up survey biased the results.

*Overadjustment for other pesticides.* Dr. Ritz argued in her deposition that adjustment for other pesticides in the AHS represented over adjustment; in other words, controlling for other pesticides would wash out the effect of GBH on NHL when these exposures were highly correlated. Problems arising from the inclusion of correlated variables in a regression model primarily are related to precision (i.e., the range of values for the RR that are consistent with the data at a given predetermined threshold of confidence, typically 95%), which, as demonstrated by the width of the confidence intervals compared to the prior case-control studies, was not an issue in the 2013 AHS

*Expert Report – Personal and Confidential*

analysis or the 2018 AHS analysis. Moreover, adjustment for other pesticides in the AHS population, unlike the case-control populations, had no impact on the findings, eliminating any concerns that adjustment was inappropriately influencing the results.

**E. Conclusion**

My conclusion based on updated published evidence from the Agricultural Health Study is unchanged: the epidemiologic evidence does not provide a sufficient basis to opine that GBH are causally related to NHL.

_____

December 21, 2017

11

*Expert Report – Personal and Confidential*

## References

1.      Alavanja MC, Hofmann J, Lynch CF, et al. Lymphoma risk and pesticide use in the Agricultural Health Study. *Unpublished manuscript* 2013.

2.      De Roos AJ, Blair A, Rusiecki JA, et al. Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. *Environ Health Perspect* 2005; **113**(1): 49-54.

3.      Alavanja MC, Hofmann JN, Lynch CF, et al. Non-hodgkin lymphoma risk and insecticide, fungicide and fumigant use in the agricultural health study. *PLoS One* 2014; **9**(10): e109332.

4.      Andreotti G, Koutros S, Hofmann JN, et al. Glyphosate Use and Cancer Incidence in the Agricultural Health Study. *Journal of the National Cancer Institute* 2018; 110(5): djx233.

5.      Rothman K, Greenland S, Lash T, Modern Epidemiology. 3rd ed. Philadelphia, PA: Lippincott Williams & Wilkins; 2008.

6.      Montgomery MP, Kamel F, Hoppin JA, et al. Characteristics of non-participation and potential for selection bias in a prospective cohort study. *American Journal of Industrialized Medicine* 2010; 53(5): 486-496.

7.      Heltshe SL, Lubin JH, Koutros S, et al. Using multiple imputation to assign pesticide use for non-responders in the follow-up questionnaire in the Agricultural Health Study. *Journal of Exposure Science and Environmental Epidemiology* 2012; 22(4): 409-416.

8.      Cocco P, Satta G, Dubois S, et al. Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study. *Occup Environ Med* 2013; **70**(2): 91-8.

9.      Hardell L, Eriksson M. A case-control study of non-Hodgkin lymphoma and exposure to pesticides. *Cancer* 1999; **85**(6): 1353-60.

10.     Orsi L, Delabre L, Monnereau A, et al. Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. *Occup Environ Med* 2009; **66**(5): 291-8.

*Expert Report – Personal and Confidential*

11.     Thomson Reuters. InCites Journal Citation Reports: JNCO-Journal of the National Cancer Institute 2016 Impact Factor Rankings. https://jcr.incites.thomsonreuters.com/ (accessed Dec. 20, 2017).

# Exhibit A

## Supplemental Materials Considered List – December 21, 2017

1. Acquavella, J. et al., *Exposure Misclassification in Studies of Agricultural Pesticides*, 17 Epidemiology 69 (2006).

2. Acquavella, J. et al., *Glyphosate Biomonitoring for Farmers and Their Families: Results from the Farm Family Exposure Study*, 112 Envtl. Health Persp. 321 (2004).

3. Agricultural Health Study, *Commercial Applicator Questionnaire*, AHS Phase 1 (Aug. 31, 1996), https://aghealth.nih.gov/collaboration/qx/comm.app1.pdf.

4. Agricultural Health Study, *Enrollment Questionnaire – Private Applicator*, AHS Phase 1 (Aug. 31, 1996), https://aghealth.nih.gov/collaboration/qx/enrollment.pdf.

5. Agricultural Health Study, *Pesticide Use Module: Commercial Pesticide Applicator*, AHS Phase 2 (Nov. 17, 2006), https://aghealth.nih.gov/collaboration/qx/comm.app2.pdf.

6. Agricultural Health Study, *Pesticide Use Module: Private Pesticide Applicator*, AHS Phase 2 (Mar. 30, 2007), https://aghealth.nih.gov/collaboration/qx/pest.app.pdf.

7. Agricultural Health Study, *Farmer Applicator Questionnaire*, AHS Phase 1 (Aug. 31, 1996), https://aghealth.nih.gov/collaboration/qx/farmer.pdf.

8. Agu, V. et al., *Geographic Patterns of Multiple Myeloma: Racial and Industrial Correlates, State of Texas, 1969-71*, 65 J. Nat'l Cancer Inst. 735 (1980).

9. Ahn, R. et al., *Financial ties of principal investigators and randomized controlled trial outcomes: cross sectional study*, 356 BMJ (2017).

10. Alavanja, M. et al., *Cancer Incidence in the Agricultural Health Study*, 31 suppl 1 Scandinavian J. Work Env't & Health 39 (2005).

11. Alavanja, M. et al., *DRAFT-Lymphoma risk and pesticide use in the Agricultural Health Study* (Mar. 15, 2013) (unpublished study) (on file with Authors).

12. Alavanja, M. et al., *Non-Hodgkin Lymphoma Risk and Insecticide, Fungicide and Fumigant Use in the Agricultural Health Study*, 9 PLoS One e109332 (2014) with Supplemental material.

13. Alavanja, M. et al., *The Agricultural Health Study*, 104 Envtl. Health Persp. 362 (1996).

14. American Cancer Society, *Types of Non-Hodgkin Lymphoma*, https://www.cancer.org/cancer/non-hodgkin-lymphoma/about/types-of-non-hodgkin-lymphoma.html (accessed May 24, 2017).

15. Andreotti, G. et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study*, 110(5) J Natl. Cancer Inst. Djx233 (2018) (Published Online Nov. 9, 2017).

16. Anscombe, F., *The Summarizing of Clinical Experiments by Significance Levels*, 9 Statistics in Medicine 703 (1990).

17. Arbuckle, T. et al., *Predictors of Herbicide Exposure in Farm Applicators*, 75 Int'l Archives Occupational Envtl. Health 406 (2002).

18. Aspelin, A. & A. Grube, *Pesticides Industry Sales and Usage 1996 and 1997 Market Estimates*, U.S. Environmental Protection Agency, Office of Prevention, Pesticides, and Toxic Substances (1999).

19. Aspelin, A., *Pesticides Industry Sales and Usage 1994 and 1995 Market Estimates*, Office of Prevention, Pesticides and Toxic Substances (1997).

20. Battaglin, W. et al., *Glyphosate and Its Degradation Product AMPA Occur Frequently and Widely in U.S. Soils, Surface Water, Groundwater, and Precipitation*, 50 J American Water Resources Ass'n 275 (2014).

21. Bekelman, J. et al., *Scope and Impact of Financial Conflicts of Interest in Biomedical Research*, 289 JAMA 454 (2003).

22. Berkson, J., *Tests of significance considered as evidence*, 32 Int'l. J. Epidemiology 687 (2003).

23. BfR, *Assessment of IARC Monographies Volume 112 (2015); Glyphosate*, Renewal Assessment Report: Glyphosate Addendum I to RAR (2015).

24. Blair, A. & D. White, *Death Certificate Study of Leukemia Among Farmers From Wisconsin*, 66 J. Nat'l Cancer Inst. 1027 (1981).

25. Blair, A. & D. White, *Leukemia Cell Types and Agricultural Practices in Nebraska*, 10 Archives Envtl. Health 211 (1985).

26. Blair, A. & L. Freeman, Ph.D., *Epidemiologic Studies of Cancer in Agricultural Populations: Observations and Future Directions*, 14 J. Agromedicine 125 (2009).

27. Blair, A. & S. Zahm, *Patterns of Pesticide Use among Farmers: Implications for Epidemiologic Research*, 4 Epidemiology 55 (1993).

28. Blair, A. et al., *Guidelines for Application of Meta-analysis in Environmental Epidemiology*, 22 Regulatory Toxicology and Pharmacology 189 (1995).

29. Blair, A. et al., *Reliability of Reporting on Life-Style and Agricultural Factors by a Sample of Participants in the Agricultural Health Study from Iowa*, 13 Epidemiology 94 (2002).

30. Blettner, M. et al., *Traditional reviews, meta-analyses and pooled analyses in epidemiology*, 28 Int'l. J. Epidemiology 1 (1999).

31. Bonner, M. et al., *Occupational Exposure to Pesticides and the Incidence of Lung Cancer in the Agricultural Health Study*, 125 Envtl. Health Persp. 544 (2017).

32. Bosch, F. & S. de Sanjosé, *Chapter 1: Human papillomavirus and cervical cancer—burden and assessment of causality*, 31 J. Nat'l. Cancer Inst. Monographs 3 (2003).

33. Bradford Hill, A., *The Environment and Disease: Association or Causation?*, 58 Proc R Soc Med 295 (1965).

34. Bravata, D. & I. Olkin, *Simple Pooling Versus Combining in Meta-Analysis*, 24 Evaluation & The Health Professionals 218 (2001).

35. Bridger, R. & P. Sparto, *Spade design, lumbar motions, risk of low-back injury and digging posture*, 1 Occupational Ergonomics 157 (1998).

36. Brown, L. et al., *Pesticide exposures and multiple myeloma in Iowa men*, 4 Cancer Causes & Control 153 (1993).

37. Brown, L. et al., *Pesticide Exposures and Other Agricultural Risk Factors for Leukemia among Men in Iowa and Minnesota*, 50 Cancer Res 6585 (1990).

38. Brusick, D. et al., *Genotoxicity Expert Panel Review: Weight of Evidence Evaluation of the Genotoxicity of Glyphosate, Glyphosate-Based Formulations, and Aminomethy/phosphonic Acid*, 46 Critical Rev Toxicology 56 (2016).

39. Buesching, D. & L. Wollstadt, *Letters to the Editor Cancer Mortality Among Farmers*, 72 J. Nat'l Cancer Inst. 503 (1984).

40. Burmeister, L. et al., *Leukemia and Farm Practices in Iowa*, 115 Am. J. Epidemiology 720 (1982).

41. Burmeister, L. et al., *Selected Cancer Mortality and Farm Practices in Iowa*, 118 Am. J. Epidemiology 72 (1983).

42. Burmeister, L., *Cancer Mortality in Iowa Farmers, 1971-78*, 66 J. Nat'l Cancer Inst. 461 (1981).

43. Cancer Research UK (2016) Cancer incidence by age. https://www.cancerresearchuk.org/health-professional/cancer-statistics/incidence/age#heading-zero.

44. Cantor, K. & A. Blair, *Farming and Mortality From Multiple Myeloma: A Case-Control Study with the Use of Death Certificates*, 72 J. Nat'l Cancer Inst. 251 (1984).

45. Cantor, K. et al., *Pesticides and Other Agricultural Risk Factors for Non-Hodgkin's Lymphoma among Men in Iowa and Minnesota*, 52 Cancer Res. 2447 (1992).

46. Cantor, K., *Farming and Mortality from Non-Hodgkin's Lymphoma: A Case-Control Study*, 29 Int'l J. Cancer 239 (1982).

47. Chang, E. & E. Delzell, *Meta-Analysis of Glyphosate Use and Risk of Non-Hodgkin Lymphoma*, Exponent (2017).

48. Chang, E. & E. Delzell, *Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers*, 0 J. Envtl. Sci. & Health 1 (2016).

49. Coble, J. et al., *An Updated Algorithm for Estimation of Pesticide Exposure Intensity in the Agricultural Health Study*, 8 Int. J. Environ. Res. Public Health 4608 (2011).

50. Coble, J. et al., *Prevalence of exposure to solvents, metals, grain dust, and other hazards among farmers in the Agricultural Health Study*, 12 J. Exposure Analysis & Envtl. Epidemiology 418 (2002).

51. Cocco, P. et al., *Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study*, 70 Occupational & Envtl. Med. 91 (2013).

52. Coupe, R. & P. Capel, *Trends in pesticide use on soybean, corn and cotton since the introduction of major genetically modified crops in the United States*, 72 Pest Management Science 1013 (2015).

53. Cox, C., *Glyphosate Fact Sheets: Part 1, Toxicology; Part 2, Human Exposure and Ecological Effects*. 15(3 and 4) J. Pesticide Reform 1 (1995).

54. Curwin, B. et al., *Urinary Pesticide Concentrations Among Children, Mothers and Fathers Living in Farm and Non-Farm Households in Iowa*, 51 Annals Occupational Hygiene 53 (2007).

55. Dancik, B., *Importance of Peer Review*, The Serials Librarian (1991).

56. De Roos, A. et al., *An Application of Hierarchical Regression in the Investigation of Multiple Paternal Occupational Exposures and Neuroblastoma in Offspring*, 39 Am. J. of Indus. Med. 477 (2001).

57. De Roos, A. et al., *Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study*, 113 Envtl. Health Persp. 49 (2005).

58. De Roos, A. et al., *Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men*, 60 Occupational & Envtl. Med. 1 (2003).

59. Delzell, E. & S. Grufferman, *Mortality Among White and Nonwhite Farmers in North Carolina, 1976-1978*, 121 Am. J. Epidemiology 391 (1985).

60. Dong, J., *Simpson's Paradox*, Encyclopedia of Biostatistics 4108 (1998).

61. Dreiher, J. & E. Kordysh, *Non-Hodgkin Lymphoma and Pesticide Exposure: 25 Years of Research*, 116 Acta Haematologica 153 (2006).

62. Dubrow, R. et al., *Farming and malignant lymphoma in Hancock County, Ohio*, 45 British J. Indus. Med. 25 (1988).

63. Engel, L. et al., *Validity Study of Self-Reported Pesticide Exposure Among Orchardists*, 11(5) J Exposure Analysis Envtl. Epidemiology 359 (2001).

64. EPA, Cancer Assessment Review Committee, Health Effects Division, Office of Pesticide Programs, U.S. Environmental Protection Agency, *Cancer Assessment Document – Evaluation of the Carcinogenic Potential of Glyphosate* (Final Report October 1, 2015).

65. EPA, *Glyphosate: Reregistration Eligibility Decision (RED) Facts*, (Sept. 1993).

66. EPA, Letter from Robert J. Taylor, Product Manager, Fungicide-Herbicide Branch, Registration Division on Roundup: EPA Reg. No. 524-308 to Mr. Hannah, Monsanto Co. (Dec. 22, 1975).

67. EPA, Office of Pesticide Programs, *Glyphosate Issue Paper: Evaluation of Carcinogenic Potential*, Regulations.gov (September 12, 2016).

68. Eriksson, M. et al., *Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis*, 123 Int'l J. of Cancer 1657 (2008).

69. European Food Safety Authority, *Conclusion on the peer review of the pesticide risk assessment of the active substance glyphosate*, 13 EFSA J. 4302 (2015).

70. Evans, S. et al., *The end of the p value?* 60 British Heart J. 177 (1988).

71. Expert Report of Alfred I. Neugut, MD, PHD In Support of General Causation on Behalf of Plaintiffs, In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. May 1, 2017).

72. Expert Report of Dr. Beate Ritz, M.D., Ph.D. In Support of General Causation on Behalf of Plaintiffs, In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. May 1, 2017).

73. Expert Report of Dr. Chadi Nabhan In Support of General Causation on Behalf of Plaintiffs, In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. May 1, 2017).

74. Expert Report of Dr. Christopher J. Portier In Support of General Causation on Behalf of Plaintiffs, In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. May 1, 2017).

75. Expert Report of Dr. Dennis Weisenburger, M.D. In Support of General Causation on Behalf of Plaintiffs, In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. May 1, 2017).

76. Exponent, *Design of Epidemiologic Studies for Human Health Risk Assessment of Pesticide Exposures*, CropLife America (Jan. 4, 2016).

77. Fasal, E. et al., *Leukemia and Lymphoma Mortality and Farm Residence*, 87 Am. J. Epidemiology 267 (1968).

78. Feng, J. & D. Thompson, *Fate of Glyphosate in a Canadian Forest Watershed. 2. Persistence in Foliage and Soils*, 38 J. Agricultural Food Chemistry 1118 (1990).

79. Flower, K. et al., *Cancer Risk and Parental Pesticide Application in Children of Agricultural Health Study Participants*, 112 Envtl. Health Persp. 631 (2004).

80. Freeman, L. et al., *Poultry and Livestock Exposure and Cancer Risk among Farmers in the Agricultural Health Study*, 23 Cancer Causes Control 663 (2012).

81. Fritschi, L. et al., *Occupational Exposure to Pesticides and Risk of Non-Hodgkin's Lymphoma*, 162 Am. J. Epidemiology 849 (2005).

82. Gallagher, R. et al., *Cancer and Aplastic Anemia in British Columbia Farmers*, 72 J. Nat'l Cancer Inst. 1311 (1984).

83. Gelman, A. & E. Loken, *The Statistical Crisis in Science*, 102 American Scientist 460 (2014).

84. Gelman, A. & H. Stern, *The Difference Between "Significant" and "Not Significant" is not Itself Statistically Significant*, 60 The American Statistician 328 (2006).

85. Geng, Z., *Collapsibility of Relative Risk in Contingency Tables with a Response Variable*, 54 J. Royal Statistical Society. Series B (Methodological) 585 (1992).

86. Gigerenzer, G., *Mindless Statistics*, 33 J. Socio-Economics 587 (2004).

87. Glass, G., *Primary, Secondary, and Meta-Analysis of Research 1*, 5 Educational Researcher 3 (1976).

88. Goldsmith, J. & T. Guidotti, *Environmental Factors in the Epidemiology of Lymphosarcoma*, 12 Pathology Ann. 411 (1977).

89. Good, I. & Y. Mittal, *The Amalgamation and Geometry of Two-By-Two Contingency Tables*, 15 The Annals of Statistics 694 (1987).

90. Goodman, S., *Toward Evidence-Based Medical Statistics. 1: The P Value Fallacy*, 130 Annals of Internal Medicine 995 (1999).

91. Gray, G. et al., *The Federal Government's Agricultural Health Study: A Critical Review with Suggested Improvements*, 6 Human and Ecological Risk Assessment 47 (2000).

92. Green, M. et al., *Reference Guide on Epidemiology In: Reference Manual on Scientific Evidence: Third Edition*, The National Academies Press 597 (2011).

93. Greenland, S., *Nonsignificance Plus High Power Does Not Imply Support for the Null Over the Alternative*, 22 Annals of Epidemiology 364 (2012).

94. Grieve, A., *How to test hypotheses if you must*, 14 Pharmaceutical Statistics 139 (2015).

95. Grube, A. et al., *Pesticides Industry Sales and Usage 2006 and 2007 Market Estimates*, U.S. Environmental Protection Agency, Office of Pesticide Programs (2011).

96. Guyton, K. et al., *Carcinogenicity of Tetrachlorvinphos, Parathion, Malathion, Diazinon, and* Glyphosate, 16 Lancet Oncology 490 (2015).

97. Hardell, L. & M. Eriksson, *A Case-Control Study of Non-Hodgkin Lymphoma and Exposure to Pesticides*, 85 Cancer 1353 (1999).

98. Hardell, L. et al., *Exposure to Pesticides as Risk Factor for Non-Hodgkin's Lymphoma and Hairy Cell Leukemia: Pooled Analysis of Two Swedish Case-control Studies*, 43 Leukemia and Lymphoma 1043 (2002).

99. Hardell, L. et al., *Malignant Lymphoma and Exposure to Chemicals, Especially Organic Solvents, Chlorophenols and Phenoxy Acids: A Case-Control Study*, 43 Br. J. Cancer 169 (1981).

100. Hardell, L., *Relation of soft-tissue sarcoma, malignant lymphoma and colon cancer to phenoxy acids, chlorophenols and other agents*, 7 Scandinavian Journal of Work, Env't & Health 119 (1981).

101. Heltshe, S. et al., *Using multiple imputation to assign pesticide use for non-responders in the follow-up questionnaire in the Agricultural Health Study*, 22 Journal of Exposure Science and Environmental Epidemiology 409 (2012).

102. Hernán, M. et al., *A structural approach to selection bias*, 15 Epidemiology 615 (2004).

103. Hoar, S. et al., *Agricultural Herbicide Use and Risk of Lymphoma and Soft-Tissue Sarcoma*, 256 JAMA 1141 (1986).

104. Hoekstra, R. et al., *Probability as certainty: Dichotomous thinking and the misuse of p values*, 13 Psychonomic Bulletin & Review 1033 (2006).

105. Hofmann, J. et al., *Farm Characteristics, Allergy Symptoms, and Risk of Non-Hodgkin Lymphoid Neoplasms in the Agricultural Health Study*, 24 Cancer Epidemiology Biomarkers & Prevention 587 (2015).

106. Hohenadel, K. et al., *Exposure to Multiple Pesticides and Risk of Non-Hodgkin Lymphoma in Men from Six Canadian Provinces*, 8 Int'l J. Envtl. Res. & Public Health 2320 (2011).

107. Hoppin, J. et al., *Accuracy of self-reported pesticide use duration information from licensed pesticide applicators in the Agricultural Health Study*, 12 J. Exposure Analysis & Envtl. Epidemiology 313 (2002).

108. Howe, G. & J. Lindsay, *A Follow-up Study of a Ten-Percent Sample of the Canadian Labor Force. I. Cancer Mortality in Males, 1965-73*, 70 J. Nat'l Cancer Inst. 37 (1983).

109. International Agency for Research on Cancer (IARC), Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans, *Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos* (2015).

110. Jauhiainen, A. et al., *Occupational Exposure of Forest Workers to Glyphosate During Brush Saw Spraying Work*, 52 American Industrial Hygiene Ass'n J 61 (1991).

111. JMPR, *Pesticide residues in food – 2004: Toxicological evaluations – Toxicological Monographs and Monograph Addenda,* Joint FAO/WHO Meeting on Pesticide Residues (2006).

112. Kachuri, L. et al., *Multiple pesticide exposures and the risk of multiple myeloma in Canadian men*, 133 Int'l J. Cancer 1846 (2013).

113. Kaye, D., *Is Proof of Statistical Significance Relevant?* 61 Washington Law Review 1333 (1986).

114. Koutros, S. et al., *An Update of Cancer Incidence in the Agricultural Health Study*, 52 J. Occupational & Envtl. Med. 1098 (2010).

115. Landgren, O. et al., *Pesticide exposure and risk of monoclonal gammopathy of undetermined significance in the Agricultural Health Study*, 113 Blood 6386 (2009).

116. Lash, T., *Bias analysis applied to Agricultural Health Study publications to estimate non-random sources of uncertainty*, 2 J. Occupational Med. Toxicology 1 (2007).

117. Lecoutre, M. et al., *Even statisticians are not immune to misinterpretations of Null Hypothesis Significance Tests*, 38 Intl J. Psychology (2003).

118. Lee, W. et al., *Non-Hodgkin's Lymphoma Among Asthmatics Exposed to Pesticides*, 111 Intl. J. Cancer 298 (2004).

119. Lew, M., *Bad statistical practice in pharmacology (and other basic biomedical disciplines): you probably don't know P*, 166 British J. Pharmacology 1559 (2012).

120. Lukaszewicz-Hussain, A., *Role of Oxidative Stress in Organophosphate Insecticide Toxicity-Short Review*, 98 Pesticide Biochemistry and Physiology 145 (2010).

121. Maeda, K. et al., *Low Back Pain Related to Bowing Posture of Greenhouse Farmers*, 9 J. Human Ergology 117 (1980).

122. Matthews, J. & D. Altman, *Statistics Notes- Interaction 2: compare effect sizes not P values*, 313 British J. Pharmacology 808 (1996).

123. McDuffie,  H. et al., *Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health*, 10 Cancer Epidemiology, Biomarkers  & Prevention  1155 (2001).

124. Melbye,  M. et al., Testbook of Cancer Epidemiology  669-693 (H.O. Adami  et al. eds., 2nd ed. 2008).

125. Milham,  S., *Leukemia and Multiple Myeloma in Farmers*, 94 Am. J. Epidemiology  307 (1971).

126. Mink,  P. et al., *Epidemiologic studies of glyphosate and cancer: A review*, 63 Reg. Toxicology  and Pharmacology  440 (2012).

127. Mink,  P. et al., *Epidemiologic Studies of Glyphosate and Non-Cancer Health Outcomes: A Review*, 61 Regulatory  Toxicology  Pharmacology  172 (2011).

128. Mittal,  Y., *Homogeneity of Subpopulations and Simpson's Paradox*, 86 J. American Statistical  Association  167 (1991).

129. Montgomery,  M. et al., *Characteristics of non-participation and potential for selection bias in a prospective cohort study*, 53 Am. J. Indus. Med. 486 (2010).

130. Morabia,  A. et al., *Smoking Prevalence in Neighborhood and Hospital Controls: Implications for Hospital-Based Case-Control Studies*, 49 J. Clinical  Epidemiology  885 (1996).

131. Morton,  L. et al., *Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph non-Hodgkin lymphoma subtypes project*, 48 J. National Cancer Institute Monographs  130 (2014).

132. Myers,  J. et al., *Concerns over Use of Glyphosate-Based Herbicides and Risks Associated with Exposures: A Consensus Statement*, 15 Envtl.  Health  19 (2016).

133. National  Cancer  Institute,  *Cancer Stat Facts: Non-Hodgkin Lymphoma* https://seer.cancer.gov/statfacts/html/nhl.html  (accessed May 24, 2017).

134. Neupane,  B. et al., *Community controls were preferred to hospital controls in a case-control study where the cases are derived from the hospital*, 63 J. Clinical  Epidemiology 926 (2010).

135. Newton,  M. et al., *Fate of Glyphosate in an Oregon Forest Ecosystem*, 32 J. Agricultural  Food Chemistry  1144 (1984).

136. Niemann,  L. et al., *A Critical Review of Glyphosate Findings in Human Urine Samples and Comparison with the Exposure of Operators and Consumers*, 10 J. Fur Verbraucherschutz  and Lebensmittelsicherheit  3 (2015).

137. Nordstrom, M. et al., *Occupational exposures, animal exposure and smoking as risk factors for hairy cell leukemia evaluated in a case-control study*, 77 Brit. J. of Cancer 2048 (1998).

138. Occupational Cancer Research Centre, *An Detailed Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma in the North American Pooled Project (NAPP)*, (June 3, 2015).

139. Orsi, L. et al., *Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study*, 66 Occupational and Envtl. Med. 291 (2009).

140. Pahwa, M. et al., *A detailed assessment of glyphosate use and the risks of non-Hodgkin lymphoma overall and by major histological sub-types: findings from the North American Pooled Project*, Occupational Cancer Research Centre (June 10, 2016).

141. Pahwa, M. et al., *An Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma Major Histological Sub-Types in the North American Pooled Project*, Occupational Cancer Research Centre (August 31, 2015).

142. Pahwa, M. et al., *An evaluation of glyphosate use and the risk of non-Hodgkin lymphoma major histological sub-types in the North American Pooled Project (NAPP)* (Sept. 21, 2015) (unpublished article).

143. Pahwa, M. et al., *An Evaluation of Glyphosate Use and the Risks of Non-Hodgkin Lymphoma Major Histological Sub-Types in the North American Pooled Project (NAPP)*, Envtl. Health Persp. (2015).

144. Pahwa, M., *The North American Pooled Project (NAPP): Pooled Analyses of Case-Control Studies of Pesticides and Agricultural Exposures, Lymphohematopoietic Cancers and Sarcoma*, BMJ (2014).

145. Pearce N. et al, *Malignant Lymphoma and Multiple Myeloma Linked with Agricultural Occupations in a New Zealand Cancer Registry-Based Study*, 121 Am. J. Epidemiology 225 (1985).

146. Pearce, N. et al., *IARC Monographs: 40 Years of Evaluating Carcinogenic Hazards to Humans.* 123 Envtl. Health Persp. 507 (2015).

147. Perry, A. et al., *Non-Hodgkin lymphoma in the developing world: review of 4539 cases from the International Non-Hodgkin Lymphoma Classification Project*, 101 Haematologica 1244 (2016).

148. Poole, C., *Beyond the Confidence Interval*, 77 American J. Public Health 195 (1987).

149. Portier, C. et al., *Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA)*, 70 J Epidemiology Community Health 741 (2016).

150. Presutti,  R. et al., *Pesticide exposures and the risk of multiple myeloma in men: An analysis of the North American Pooled Project*, Int'l J. Cancer (2016).

151. Riihimaki,  H., *Low-back pain, its origin and risk indicators*, 17 Scandinavian J. Work Env't.  Health 81 (1991).

152. Rinsky,  J. et al., *Assessing the Potential for Bias From Nonresponse to a Study Follow-up Interview: An Example From the Agricultural Health Study*, American  Journal of Epidemiology (2017).

153. Rose, G., *Sick Individuals and Sick Populations*, 14 Intl.  J. Epidemiology  32 (1985).

154. Rothman,  K. et al., Modern  Epidemiology  (3rd Ed. 2012).

155. Rozeboom,  W., *The Fallacy of the Null-Hypothesis Significance Test*, 57 Psychological Bulletin  416 (1960).

156. Ruano-Ravina,  A. et al., *Population-based versus hospital-based controls: are they comparable?*, 22 Gaceta Sanitaria  609 (2008).

157. Sadetzki,  S. et al., *The limitations of using hospital controls in cancer etiology – one more example for Berkson's bias*, 18 European J. Epidemiology  1127 (2003).

158. Salsburg,  D., *The Religion of Statistics as Practiced in Medical Journals*, 39 The American  Statistician  220 (1985).

159. Samuels,  M., *Simpson's Paradox and Related Phenomena*, 88 J. American  Statistical Association  81 (1993).

160. Schinasi,  L. & M. Leon, *Non-Hodgkin Lymphoma and Occupational Exposure to Agricultural Pesticide Chemical Groups and Active Ingredients: A Systematic Review and Meta-Analysis*, 11 Int'l J. Envtl.  Res. & Public  Health 4449 (2014).

161. Schumacher,  M., *Farming Occupations and Mortality from Non-Hodgkin's Lymphoma in Utah*, 27 J. Occupational  Med. 580 (1985).

162. SEER Cancer Statistics  Review,  1975-2013. Table 19.7: Non-Hodgkin  Lymphoma, Incidence  and mortality  rates by age. 2016; https://seer.cancer.gov/archive/csr/1975_2013/results_merged/sect_19_nhl.pdf.

163. Shamseer,  L. et al., *Preferred reporting items for systematic review and meta-analysis protocols (PRISMA-P) 2015: elaboration and explanation*, 349 BMJ (2015).

164. Simpson,  E., *The Interpretation of Interaction in Contingency Tables*, 13 J. Royal Statistical  Society.  Series B (Methodoligical)  238 (1951).

165. Solomon, K. et al., *Human Health and Environmental Risks from the Use of Glyphosate Formulations to Control the Production of Coca in Colombia: Overview and Conclusions*, 72(15-16) J. Toxicology Envtl. Health A 914 (2009).

166. Solomon, K., *Glyphosate in the General Population and in Applicators: A Critical Review of Studies on Exposures*, 46 Critical Rev Toxicology 21 (2016).

167. Sorahan, T., *Multiple Myeloma and Glyphosate Use: A Re-Analysis of US Agricultural Health Study (AHS) Data*, 12 Int'l J. Envtl. Res. & Public Health 1548 (2015).

168. Stark, J. et al, *Toll-like Receptor Signaling Pathway Variants and Prostate Cancer Mortality*, 18 Cancer Epidemiology Biomarkers Prevention 1859 (2009).

169. Sterne, J., *Sifting the evidence-what's wrong with significance tests?*, 322 British Medical J. 226 (2001).

170. Stroup, D. et al., *Meta-analysis of Observational Studies in Epidemiology*, 283 JAMA 2008 (2000).

171. Szklo, M. & J. Nieto, *Epidemiology: Beyond the Basics* 165-167 (3d ed. 2014).

172. Tarone, R., *On the International Agency for Research on Cancer Classification of Glyphosate as a Probable Human Carcinogen*, 0 European J. Cancer Prevention 1 (2016).

173. The International Agency for Research on Cancer [IARC], *List of Participants*, Vol. 112 (Mar. 3-10, 2015).

174. Thomas, K. et al., *Assessment of a pesticide exposure intensity algorithm in the agricultural health study*, 20 J. Expo. Sci. Environ Epidemiol. 559 (2010).

175. Thompson, B., *The "significance" crisis in psychology and education*, 33 J. Socio-Economics 607 (2004).

176. Thomson Reuters, InCites Journal Citation Reports: JNCI-Journal of the National Cancer Institute, https://jcr.incites.thomsonreuters.com/ (last visited Dec. 20, 2017).

177. Trafimow, D. & M. Marks, *Editorial*, 37 Basic and Applied Social Psychology 1 (2015).

178. Van Tulder, M. et al., *Updated method guidelines for systematic reviews in the Cochrane Collaboration Back Review Group*, 28 Spine 1290 (2003).

179. Varona, M. et al., *Effects of Aerial Applications of the Herbicide Glyphosate and Insecticides on Human Health*, 29 Biomedica 456 (2009).

180. Videotaped Deposition of Aaron Earl Blair, Ph.D., In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. Mar. 20, 2017).

181. Videotaped Deposition of Alfred Neugut, M.D., Ph.D., In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. Aug. 7, 2017).

182. Videotaped Deposition of Beate Ritz, M.D., Ph.D., In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. Sept. 18, 2017).

183. Waddell, B. et al., *Agricultural use of organophosphate pesticides ad the risk of non-Hodgkin's lymphoma among male farmers (United States)*, 12 Cancer Causes and Control 509 (2001).

184. Walker, A., *Reporting the Results of Epidemiologic Studies*, 76 American J. Public Health 556 (1986).

185. Walker, E. et al., *Meta-analysis: Its strength and limitations*. 75 Cleveland Clinic Journal of Medicine 53 (2008).

186. Ward, E., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study: An Epidemiologic Perspective*, 110(5) J. Natl. Cancer Inst. djx247 (2018) (Published Online Nov. 15, 2017).

187. Weber, J. et al., *Étude de l'exposition professionnelle des travailleurs forestiers exposés au glyphosate*, Centre de Toxicologie du Québec (1988).

188. Weichenthal, S. et al., *A Review of Pesticide Exposure and Cancer Incidence in the Agricultural Health Study Cohort*, 118 Envtl. Health Persp. 1117 (2010).

189. Weisenburger, D., *Environmental Epidemiology of Non-Hodgkin's Lymphoma in Eastern Nebraska*. 18 Am J. Indus. Med 303 (1990).

190. Weisenburger, D., *Lymphoid Malignancies in Nebraska: A Hypothesis*, 70 Neb. Med. J. 300 (1985).

191. Weisenburger, D., *Pathological Classification of Non-Hodgkin's Lymphoma for Epidemiological Studies*, 52 Cancer Res 5456s (1992).

192. Wigle, D. et al., *Mortality Study of Canadian Male Farm Operators: Non-Hodgkin's Lymphoma Mortality and Agricultural Practices in Saskatchewan*, 82 J. Nat'l Cancer Institute 575 (1990).

193. Wiklund, K. et al., *A Swedish cancer-environment register available for research*, 7 Scandinavian J. Work Env't & Health 64 (1981).

194. Williams, G. et al., *Glyphosate Rodent Carcinogenicity Bioassay Expert Panel Review*, *46* Crit Rev Toxicology 44 (2016).

195. Williams, R. et al., *Associations of Cancer Site and Type With Occupation and Industry From the Third National Cancer Survey Interview*, 59 J. Nat'l Cancer Inst. 1147 (1977).

196. Woodburn, A., *Glyphosate: production, pricing and use worldwide*, 56 Pest Management Science 309 (2000).

197. World Health Organization, *Epidemiology*, http://www.who.int/topics/epidemiology/en/ (accessed May 22, 2017).

198. Yates, W. et al., *Drift of Glyphosate Sprays Applied with Aerial and Ground Equipment*, 26 Weed Science 597 (1978).

199. Zahm, S. et al., *A Case-Control Study of Non-Hodgkin's Lymphoma and the Herbicide 2,4-Dichlorophenozyacetic Acid (2,4-D) in Eastern Nebraska*, 1 Epidemiology 349 (1990).

200. Zhang, C. et al., *Health effect of agricultural pesticide use in China: implications for the development of GM crops*, Scientific Reports (2016).