# EXHIBIT 34

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.  16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | |

EXPERT REPORT OF DR. BEATE RITZ, M.D., Ph.D.

IN SUPPORT OF GENERAL CAUSATION

ON BEHALF OF PLAINTIFFS

## 1.      Beate Ritz, MD, PhD, Background and Qualifications

**I, Beate Ritz, MD, Ph.D.,** am Professor of Epidemiology at the UCLA Fielding School of Public Health, former Chair of the Epidemiology Department, and I hold co-appointments in Environmental Health Sciences and Neurology at the UCLA, School of Medicine.  I was trained in Medicine at the University of Hamburg/Germany and received a doctoral degree from the University of Hamburg in Medical Sociology in 1986. I furthermore received another doctoral degree in Epidemiology from UCLA in 1995, and subsequently was hired as a faculty at UCLA. My faculty appointment at UCLA is one of several positions specifically assigned to the Center of Occupational and Environmental Health (COEH) mandated by the State of California to conduct research, teaching, and service to communities in California on occupational and environmental health issues.  Hence, my primary research interests are health effects from occupational and environmental exposures with a focus on pesticides and air pollution and chronic diseases including cancers, reproductive outcomes, neurodevelopmental disorders and neurodegenerative diseases.  I served for more than a decade as the co-director of the NIEHS-

funded UCLA Center for Gene-Environment Studies in Parkinson's disease (PD) and am currently the Director of the American Parkinson's Disease Association Center for Excellence in PD Research. In the past two decades, I was the principal investigator of numerous Parkinson's disease, pesticides and gene-environment epidemiology studies in California and also conducted research based on large databases (such as cancer registries) assembled in California and Denmark. As part of my research, I developed geographic information system (GIS) based exposure assessment tools to assess chronic health effects of long-term pesticide exposures and of air pollution in California. In the early 2000s, I served as a member of the external advisory committee for the NCI/NIEHS Agricultural Health Cohort Study and for one year chaired this committee. I also was a visiting scientist at IARC/Lyon in 2006-07. In 2007, I received the Robert M. Zweig M.D. Memorial Award (Clean Air Award) from the California South Coast Air Quality Management District and in 2008 I was awarded the "Excellence in Research" award from the American Parkinson's Disease Association.  I served on multiple National Academy of Sciences/Institute of Medicine (NAS/IOM) committees evaluating Gulf War Illness – including IOM reviews of cancer and of amyotrophic lateral sclerosis (ALS). Recently, I served on the NAS/IOM committee on "Incorporating 21st Century Science into Risk-Based Evaluations" and I just newly began serving on the committee to assess "Health Effects in Vietnam Veterans from Agent Orange (herbicides)". I am a CA Governor appointed member of the scientific review board for the California Air Resources Board (CARB) panel on Air Toxics. I served on the editorial Board of the Journal *Epidemiology* as well as other journals (currently I am editing a section of the journal *Current Environmental Health Reports*) and I am the newly elected President Elect of the International Society for Environmental Epidemiology (ISEE). My Curriculum Vitae is attached as Exhibit A. A list of the materials I have reviewed, in addition to those set forth in my CV, are attached as Exhibit B. Exhibit C contains my billing rate and prior testimony.

## 2.     Methodology

<u>2.0 Definitions of statistical and methodological terms.</u>

<u>(Population-based) Case-control study</u>. A case-control study is a study where the subjects are selected for inclusion based on their disease status. In other words, study subjects referred to as

cases are enrolled because they have the disease (in this case, NHL) and controls are subjects who at the time the cases are diagnosed are not afflicted by the disease of interest; additionally, a study is considered population-based if the controls are selected without bias from the same population from which all cases arose. After study enrollment, everyone is either asked to report their past exposures (in this case, glyphosate or Roundup) or – if possible – exposures are reconstructed from a record system (e.g. sales records or application records) or by experts who evaluate job tasks and titles among all study participants (generally referred to as a job exposure matrix).

Cohort study.  In a cohort study, subjects are enrolled in the study based on their exposures (in this case, to glyphosate or Roundup), and followed over time to determine who develops the disease(s) of interest. At enrollment, all participants are asked to report their past exposures or exposure is reconstructed from records, basically similar as in the case-control study, except that at enrollment no study participant is allowed to suffer from the disease of interest yet i.e. at the time of exposure assessment. In some cohorts, exposure is only assessed at enrollment (baseline) while in others exposures continue to be assessed throughout follow-up until disease occurs.

Odds Ratio (OR).  An odds ratio, or OR, is a measure of association between an exposure and a disease. It represents the odds that the disease will occur in a group of people given a particular exposure, in comparison to the odds of the disease in a group of people without the exposure. An OR of 1.00 is the null, meaning no effect.  Thus, an OR of 1.40 as reported in one of the studies below, for example, represents a 40% increase in NHL from exposure to glyphosate.  An OR of 3.10 in one of the studies below represents a 210% increase in the odds of NHL from exposure to glyphosate.  An odds ratio is a "point estimate" or the 'central' estimate of the relationship between exposure and disease, in a given study (note: the OR is in the center of the upper and lower confidence limit boundaries, see below).  Odds Ratios are the statistics that are used most often to analyze case-control studies, and they are often calculated using a statistical technique called logistic regression but can also be derived by simple calculations based on a 2x2 table of data.

Rate Ratio (RR). A rate ratio is the measure of association between exposure and disease that can be calculated from cohort study data. It compares the incidence rates of disease given an exposure, to the incidence rate of disease among people without the exposure. The incidence rate allows us to take time into account and may depend on how much time has passed from the start of the study until the point in time when disease is diagnosed (or until the end of the study), thus it not only uses information based on persons but based on person times time under observation (also known as 'persontime'). Therefore, a RR different from an OR inherently relies on measures that included time under observation (i.e. rates). However, the results are interpreted in the same way: a RR of 1.00 is the null (no effect); a RR of 1.40 is a 40% increase in the rate of disease, etc.

Risk Ratio (or Relative Risk) is a ratio of the risk in the exposed divided by the risk in the unexposed in a cohort - where risks are defined as the number of (un)exposed cases divided by the total number of (un)exposed. Thus, different from rate ratios, this measure uses the number of subjects rather than the number of person-years a subject contributes during follow-up as the denominator. This method is used for well-defined (similar length) follow-up periods in the exposed and the unexposed such that the time under observation will not contribute additional information and we can substitute persons for person-time.

NOTE: under certain circumstances often met especially for rare diseases, the odds ratio (OR), risk ratio (RR) and rate ratio (RR) are the same (albeit calculated as the ratio of odds, risks, or rates) and the interpretation of the estimates is also the same.

P-value. The p-value is the probability of obtaining an estimate at least as far from a pre-specified value (in case of the null hypothesis the 'null' value) as the estimate we have obtained, if the specified value were the true value (note: no p-value, for the null hypothesis or any other hypothesis, is the probability that the specified hypothesis is true). For example, a p-value of 0.04 means that, given the null hypothesis is true, if you repeatedly conducted 100 tests of samples drawn from the same population (people), then in 4% of your tests, you would obtain the results you got solely due to random error (chance). It is a metric intended to show the likelihood of random error. It *should not* be interpreted as the probability that an agent causes an outcome.

4

Confidence interval (CI).  A confidence interval, or CI, is given around an OR or a RR to give the likely interval which potentially includes the unobservable true measure of effect. In other words, it is an interval estimate (as compared to a point estimate) of the true underlying relationship between exposure and disease, in a given study.  In practice, most published estimates are 95% confidence intervals, which means that in 95 out of 100 times when sampling your study subjects, you will find the true result (effect estimate) within the given confidence interval.

Hierarchical regression is a type of statistical analysis that was used in the 2003 De Roos study.[1] It is used when there are many correlated exposures and as a means to adjust for multiple comparisons. In De Roos, there were many different pesticides used by farmers and pesticide applicators, and therefore use of one pesticide can be strongly correlated with the use of another pesticide.  For example, imagine glyphosate is often used together with another pesticide, dicamba.  If the Odds Ratio that is reported between glyphosate and cancer is 2.0, then dicamba –assuming it is mostly used together with glyphosate – would be a proxy for glyphosate exposure and its OR would also be close to 2.0, just because these pesticides tend to be used together even if dicamba is not a carcinogen.  However, if both pesticides truly increase risk (both are carcinogens) and we put them into the same (regression) model, we would not be able to estimate their effects properly, since they would now both have an attenuated effect estimate (this is also referred to as correlated variables 'stealing variance from each other'). De Roos used hierarchical regression to tease apart such correlations in order to determine which pesticides are the ones that are driving increases in NHL and narrow down the long list of pesticides to find the "bad actors" which were increasing risk of NHL.  But, this approach makes a number of assumptions, for example that either all pesticides considered or pesticides within certain groups have similar effects on the outcome which might be incorrect.

N (number).  The number of people in a study.

Statistical power is the ability of a study to estimate an effect.  In essence, it is a reflection of the sample size (number of subjects in a study – in cohorts also the number of cases), the prevalence

of exposure, and the expected effect size. Large sample sizes give us generally higher statistical power, which means they have narrower and more stable confidence intervals around point estimates. Smaller sample sizes have wider confidence intervals. Thus, larger studies are much more able to find statistically significant results especially when exposures or outcomes are rare and the expected size of the effect moderate or small in size.

Data pooling or pooled analysis. To pool data is to use the raw (un-analyzed or non-summarized) data from several studies and merge them together to conduct analyses. Data pooling is often done when there have been multiple small studies on a topic, because the pooling allows for larger sample sizes and a uniform approach to the analysis of the pooled data. In order to conduct data pooling, scientists need to have permission to access the data from the investigators of multiple studies. Pooled studies have greater statistical power than the original studies from which they draw.

Meta-analysis. In some instances, scientists are interested in pooling data but do not easily have access to the raw data from each study. This is, typically, because the studies were conducted many years earlier, or perhaps because the investigators do not know/trust each other or human subject restrictions do not allow for the sharing of raw data; it is quicker and more efficient to conduct a meta-analysis based on summary estimates from published reports. A meta-analysis uses the Odds Ratios or Rate Ratios and confidence intervals which were published in the original studies, and comes up with a summary estimate of the relationship between exposure and disease. Similar to pooled analyses, meta-analyses also have much greater statistical power than each study does on its own, but the authors do not have the option of re-analyzing the original data as could be done if raw data were available (such as lagging exposures or generating different exposure categories etc.).

Null hypothesis means no effect. In the studies described below, their null hypothesis was that NHL is not related to glyphosate/Roundup exposure. The statistical tests done in the studies described below aim to test the null hypothesis: they want to determine if there the null hypothesis can be rejected with adequate statistical certainty and whether they can determine

whether there any relationship between exposure to glyphosate/Roundup and the development of NHL is suggested by a study.

A <u>Forest Plot</u> is a visual representation of the main results of all studies on a topic. The purpose of grouping them all together visually is that it can give the reader a sense of overall size of the effect estimates and the direction of the associations in the existing literature. See pg. 14.

<u>Dose-response</u>.  A dose-response association represents an increasing risk with an increasing dose, such as a larger number of days per year, or a longer number of years, being related to higher Odds Ratios. For example, the overall study Odds Ratio might be 1.40, but for people who used glyphosate more often, the Odds Ratio was 2.5 while for those using it less often it might have been 1.5.  This is a sign of a dose-response effect.

<u>Incident/incidence</u> refers to newly diagnosed cases; while prevalent cases are any existing cases at any point in time or over a certain period in time.

<u>Confounding</u> is a bias that occurs because a risk factor for the outcome is also a cause or precursor of the exposure of interest such that the outcome is caused by this confounder and not by the exposure one is trying to assess. For example, if sex is a risk factor for NHL and sex is also associated with occupational exposure to pesticides, we would want to adjust all effect estimates for pesticides by sex to remove potential confounding bias.

<u>Recall bias</u> is one type of exposure misclassification that is considered 'differential' by epidemiologists. This means that cases and controls remember or report past exposures differently because they have or do not have the disease. Generally, it has been suggested that cases may put more effort into recalling exposures since they have a need to explain their disease or are more motivated to do so to help researchers while controls are less motivated to recall past exposures.  However, this is most likely a problem if the diseased subject knows or suspects an agent to cause their disease. If the subject has no way to know which pesticide might have caused a cancer for example and is asked to report all chemicals they have ever used occupationally, it is unlikely that they would only recall one and not another chemical

7

differentially. Thus, if recall bias existed, we would expect all pesticides they reported to the researchers to show an association with the outcome and not just one amongst many, since the tendency to recall better or more exposures than controls would not be expected to be specific to one chemical. In fact, when recall has been compared with record based evaluations, differential recall that causes recall bias has generally not been shown to be a problem. *Note:* non-differential recall error such that both cases and controls misreport their exposures is known to cause mainly bias towards the null i.e. masking any true effect rather that enhancing them. These recall biases are one type of information bias (see below).

Other biases include information bias which is characterized as mismeasurement of exposures or outcomes which can severely distort results in both case-control and cohort studies. As long as mismeasurement is non-differential (see above) i.e. the same for cases and controls or for exposed and unexposed, such biases most often cause underestimation of true effect sizes i.e. bias results towards the null that can be severe. Finally, there is selection-bias if controls are not representative of the exposures in the population that gave rise to the cases in case-control studies, or when there is a large and differential (with regard to case status) loss to follow-up in cohort studies.

2.1 Literature search

    To obtain all published studies on the relationship between non-Hodgkin's Lymphoma (NHL) and glyphosate (the active ingredient in Roundup), I undertook a literature search using the same method to search for articles that I normally use in my research. This is the same method that I teach my UCLA students to use. As such, I relied upon two search engines, PubMed (https://www.ncbi.nlm.nih.gov/pubmed ) and Google Scholar (https://scholar.google.com/ ).  PubMed is an excellent resource for finding papers on the exact topic one is interested in, but it does not do as well in finding papers which were largely about a different topic but may have also briefly reported on the topic of interest.  Google Scholar does well in capturing every possible paper of interest, but will often provide many articles not relevant to the subject matter at hand. I use both search engines to be as thorough as possible, but also to identify the most relevant articles. These searches initially yielded 290 articles in PubMed and 9000+ articles in Google Scholar for epidemiological studies; and over 550 articles for

animal and mechanistic literature; and over 600 citations for cancer. [Most citations were not immediately relevant to the present question, due to their focus on topics such as effects in fish resulting from runoff; effects on pregnancy and child development; or effects on other cancer types.]

As is typical in most published meta-analyses and reviews, I took additional steps to ensure I did not miss any relevant articles by also reviewing other published papers to check their citations. For these, I relied on the IARC Glyphosate Monograph as well as the two meta-analyses on glyphosate and NHL, as well as other articles on the topic that were published more recently.[2-4]

Furthermore, I read the US EPA's Cancer Assessment Review Committee (CARC) report, however I disagreed with their results because they relied heavily on statistical significance in studies that were not sufficiently statistically powered to answer the question (more on this below).

2.2 Reliance on peer-reviewed literature

As I teach my students, the most relevant articles, and indeed the only articles I nearly ever review and cite in my own research, are those that have gone through peer review at a reputable journal. Each field has its own journals considered reputable; but in general, a reputable journal is a journal that is listed in the most well-known and respected indexing sources such as PubMed.[i] Typically, these journals have been published for many years and many are backed by well-recognized and respected medical or research non-profit organizations, such as the American Medical Association, the British Medical Association, the American Association for Cancer Research (AACR), the Union for International Cancer Control (UICC), or the American Cancer Society.

Peer review, as defined by Danzik, is "a system by which manuscripts submitted for publication are evaluated, using outside referees (peers), who comment on the manuscripts' merit, originality, significance, and appropriateness to the journal. The intent is to identify flaws

---

[i] PubMed is a service of the US National Institutes of Health (NIH). On their website (https://www.nlm.nih.gov/pubs/factsheets/j_sel_faq.html) they explain that NIH uses a committee, the Literature Selection Technical Review Committee, to review and recommend which biomedical and health- related life science journals are included. Criteria include relevant subject matter as well as journals that meet PubMed Central's scientific quality standard, described as "scientific and editorial character and quality of a journal."

in design and analysis or interpretation, to suggest improvements, to direct manuscripts to the most appropriate outlets, to discourage repetition in publishing, and to weed out poor science or scholarship."[5]

Independent peer review is the cornerstone of science in the United States and internationally, and has formed the basis for what is considered acceptable and reliable medical and scientific research. The peer review process, which is almost always done anonymously (the reviewer is nearly always anonymous, although the authors are usually not) provides the intellectual rigor required to ensure that manuscripts adhere to what is acceptable in the field with regards to reviewing the relevant literature, and examining the statistics, and determining whether research protocols apply widely accepted methods, report valid results and avoid or account for biases, and draw conclusions appropriate to the study's findings. Peer reviewers are responsible for deciding whether an article is acceptable for publication. Because of this, authors typically will first, only submit their best work; and secondly, authors have to respond to reviewer critiques and be willing to make changes as requested or argue against suggested changes if there is a compelling reason to not do so which must be explained and justified to and accepted by the journal editors. I have personally peer reviewed on hundreds of occasions and for more than 20 different journals. I have also served on the editorial boards of three journals: Epidemiology, Epidemiologic Perspectives and Innovations, and Environmental Health.

The system of peer review has been in practice for decades. Although it is not without imperfections, the revisions that are suggested improve the quality of published manuscripts, it heads off potential fraud, and its existence encourages honest and state-of-the-sciences work.[5]

It is usual that peer reviewers will assemble comments for the editors who will communicate these and the editor's own comments to the authors as requests for clarification and additional information with the intention to not only improve the manuscript but most importantly to allow them to assess research validity. When any validity issues spotted during the review process cannot be addressed sufficiently by the authors in their responses and/or a revised manuscript, the editor may decide that the manuscript is not ready for publication.

2.3 Conflicts of interest.

There have been several systematic reviews published on the role of conflicts of interest in medical research. In 2003, a review of 1140 original studies reported a strong relationship

between industry sponsorship and pro-industry conclusions, with industry-sponsored studies more than 3 times as likely to find conclusions sympathetic to industry [pooled Odds Ratio (OR): 3.60, 95% Confidence Interval (CI), 2.63-4.91].[6]

Similarly, a 2016 article in the British Medical Journal (BMJ), which analyzed the results of 190 clinical trials published in 2013, reported that the presence of a financial tie between study investigators and industry resulted in a threefold increase in a positive study result (OR=3.23, 95% CI 1.7-6.1).[7]

As these reviews show, and as is widely recognized across the medical and research communities, industry sponsorship and financial incentives are unequivocally related to study findings. For this reason, journals have increasingly required that investigators report conflicts of interest when they submit articles, and these conflicts are published for the reader to see and to take into account when drawing conclusions as to the verity of the findings or the interpretation of the presented data.  This information is also made available to journal reviewers, because it may influence the choice to recommend a manuscript for publication i.e. it may contribute to assessing scientific validity of the reported research.  Furthermore, this is what I as a professor teach my students, and UCLA teaches to students in bioethics courses and lectures.

I performed an analysis of the data contained in the literature review of Williams, et al. (2016) and provide my opinions on that and other data throughout this report. There is a clear conflict of interest with several of the authors, and my review of the Dr. William Heydens and Dr. John Acquavella transcripts shows that some of the authors failed to properly disclose these conflicts. Therefore, I put less weight on this group's conclusions since it suggests they lack an ability to be impartial.

2.4 Statistical significance.

If we start off a study assuming that there is no association between glyphosate/Roundup and NHL (the "null hypothesis"), then, after we do our statistical analysis, we can determine the p-value for the null hypothesis of our findings, which is the probability of obtaining an estimate at least as far from a pre-specified value (the null value in case of the null hypothesis) as the estimate we have obtained, if that specified value were the true value (note: no p-value, for the null hypothesis or any other, is the probability that the specified hypothesis is true)  There is a convention to consider a $p<0.05$  as "statistically significant" however, this is simply a

convention which is sometimes replaced by other p-values such as p<0.01 or p<10 $^{-7}$ (in genomic studies). What a p-value of 0.04 actually means is that, given the null hypothesis is true, if you repeatedly conducted 100 tests of samples drawn from the same population (people), then in 4% of your tests, you would obtain the results solely due to random error (chance). It is a metric intended to show the likelihood of random error. It *should not* be interpreted as the probability that glyphosate/Roundup causes NHL. Moreover, if p>0.05, this doesn't "prove" the null hypothesis; absence of proof is not proof of absence.

Similarly, when a (95%) confidence interval excludes 1.0 (such as OR=2.0, 95% CI=1.2-2.8) – because 1.0 (the null value) is outside of the confidence interval-- it would be considered "statistically significant". As with p-values, confidence intervals can be defined as 95% intervals or 90% or 80% etc. intervals. However, confidence intervals provide additional information that p-values do not provide, and this information is related to the precision of the estimates or what is also called the informativeness of the data. In practice, p-values and confidence intervals close to the null (for example, if one side of the confidence interval is between 0.9 to 1.1) are considered marginal in terms of significance. Importantly, however, the estimates least influenced by chance are not those with low p-values, but those with narrow confidence intervals.

Statistical significance testing has been widely used and often misused in the medical literature, and is use has thus been widely criticized. One journal now bans the use of all statistical tests and even confidence intervals.[8] In the last decade, there has been considerable debate on the merits and problems of significance testing,[9-29] and in many Schools of Medicine and Public Health such as UCLA, students have been taught for decades to not rely upon statistical significance to draw their conclusions in accordance with the writings of the faculty member Dr. Sander Greenland, an author of the most widely used textbook in Epidemiology Methods entitled "Modern Epidemiology."[30] At UCLA, we teach students to focus on the point estimate (e.g. the Odds Ratio or Rate Ratio) as a measure of the size of the association between exposure and disease and the confidence interval to gage the precision of this estimate and the informativeness of the data/study.

Also important to consider is the rarity of the disease, because the rarer a disease, the harder it is for a scientist to create a large enough study with enough cancer cases enrolled to have adequate statistical power. Cancer is by its nature a rare disease. The annual incidence rate

(number of new cases) of NHL is 19.7 cases per 100,000 people. This is why it is so hard to study NHL with a cohort study design, because you would have to follow hundreds of thousands of people for many years in order to find any result that would give us a p<0.05 if we assume that the effect estimate size is moderate (less 2). This is the main reason why most cancer studies are employing a case-control design which is much more efficient in terms of the necessary sample size for sufficient statistical power and in terms of costs in general.

Many of the case-control studies cited below in this review, particularly those that tried to recruit cases in rural areas, had a limited sample size simply because there are a finite number of cases of NHL in rural areas (with low population density).  For example, the Nebraska study (which contributed to De Roos' pooled analysis) included 220 cases;[31] the Kansas study[32] included 200 cases. These are not large numbers, and the result is that we get wide confidence intervals, particularly when exposures are also rare (as they were in these two studies, with 6% of cases and 3% of controls reporting ever use of glyphosate).

As recognized by the US National Cancer Institute, wide confidence intervals are often seen in epidemiologic studies of rare diseases like NHL, but scientists are nonetheless encouraged to move forward and publish their results anyway. This is because smaller studies can later be used in pooled or meta-analyses, and those will have much improved statistical power to estimate precise effect estimates.

In addition, as we teach at UCLA, one study alone is never definitive. It is important for a reviewer to look at the information in the literature as a whole to understand relationships between exposure and disease. We teach students to consider point estimates (Odds Ratios) as indicators of associations and effect sizes, and to not dismiss or mis-interpret studies that have wide confidence intervals that may or may not include the null.

2.5 Abstracts vs. full articles.

Whenever possible it is preferable to examine and cite a full article over an abstract of the same study, because full articles have the space to provide a detailed overview of study methods and findings.  If the full article is not yet published, however, it is common practice to cite abstracts.

3.      **Literature Review.**

Here I summarize the findings of the epidemiologic studies on glyphosate and NHL in a forest plot, a graphical representation of all study results.



In reviewing the literature, the sample sizes and especially the number of cases should be noted, because of their bearing on 'statistical significance' and the width of confidence intervals. Because many of the smaller studies had suggestive findings but wide confidence intervals, it is particularly important to instead consider pooled and meta-analyses that summarize across these smaller studies and not only provide a much larger sample size but may allow us to assess NHL subtypes with sufficient precision.  Here I show the sample sizes of each human study of glyphosate and NHL.

| First author, date | Number of cases in the study (all NHL cases combined) | Number of controls in the study |
| --- | --- | --- |
| Cocco, 2013 | 1869 | 2462 |
| Pahwa, 2015 (commonly known as the NAPP study) | 1690 | 5131 |
| Eriksson, 2008 | 910 | 1016 |
| Lee, 2004 | 872 | 2336 |
| De Roos 2003 | 650 | 1933 |
| Cantor, 1992 | 622 | 1245 |
| McDuffie, 2001 | 517 | 1506 |
| Hardell, 2002 | 515 | 1141 |
| Hohenadel, 2011 | 513 | 1506 |
| Hardell, 1999 | 404 | 781 |
| Orsi, 2009 | 244 | 426 |
| Nordstrom, 1996 | 111 | 400 |
| De Roos, 2005 (commonly known as the AHS study) | 92 | (54223)* |

* these are the N of unaffected cohort members, however we calculate person time and generally do not use person N in analyses.

Because sample size is so relevant in considering exposure-disease associations, an informative study to consider is Pahwa's pooled analysis of the North American and Canadian studies, the North American Pooled Project (NAPP).[33] This abstract was presented at the International Society for Environmental Epidemiology's annual conference, and hence was peer-

reviewed, as are all abstracts presented at this meeting.  In this analysis of 1690 cases and 5131 controls, NAPP reported an elevated risk of all NHL with any glyphosate use (OR=1.51, 95% CI 1.18-1.95) and a dose-response effect was seen with greater use (>2 days/year, OR=2.66, 1.61-4.40).  An OR of 2.66 means **that glyphosate exposure increases the risk of developing NHL by more than 160%.** With regards to NHL subtypes, increases were observed for small lymphocytic lymphoma (SLL; 2.58, 95% CI 1.03-6.48, among those using for more than 5 years), and for follicular lymphoma (OR=2.36, 95% CI 1.06-5.29), diffuse large B-cell lymphoma (DLBCL; OR=3.11, 95% CI 1.61-6.00), and other subtypes (OR=2.99, 95% CI 1.10-8.09) for use more than 2 days per year.  These study results were published in 2014, and as such were not included in any of the meta-analyses.

There were three meta-analyses conducted on glyphosate and NHL.  The first, by Schinasi and colleagues,[34] included 2928 cases from 6 studies[1,2,35-38] and reported increases in NHL risk with any glyphosate exposure (meta-RR: 1.5, 95% CI 1.1–2.0), similar to the results of the NAPP study. Particularly stronger increases were reported for B-cell lymphoma (meta-RR = 2.0, 95% CI 1.1-3.6).  Notably, heterogeneity of study results was low, which means that the results across studies were highly consistent.  This is important because it suggests that the increases in NHL risk were unlikely to be the result of random fluctuations of estimates across populations: when you see the same results in multiple studies across different settings, it improves confidence in the findings.

The IARC Working Group's Monograph on glyphosate[4] noted that the above meta-analysis did not always use the most "highly adjusted estimates" from each study.  The most highly adjusted estimates (also known as "fully adjusted" models) are the estimates that adjust for as many confounding variables as possible, such as adjusting for age, sex, race, and also sometimes other pesticide exposures. This is relevant because it gives the reader confidence that the findings are most likely due to glyphosate/Roundup exposure, instead of another potential cause that acts as a confounder. As such IARC's Working Group conducted their own meta-analysis using solely the most highly adjusted estimates from the same studies,[1,2,35-38] and reported a meta risk-ratio of 1.3 (95% CI, 1.03–1.65), with consistent findings across studies (low heterogeneity). I concur with the IARC conclusions after conducting my own independent analysis of the studies included in the IARC review.

16

Also helpful to consider is the Swedish study by Eriksson,[2] which was large (N=910 cases) and in addition, this study examined cases diagnosed 1999-2002 and thus allowed for a longer time period to have elapsed between exposure and disease development (glyphosate first came on the market in 1974); this is known as the latency period between exposure and disease occurrence. Although a short latency period does not completely exclude the possibility of exposure-disease relationships in cancer, a longer latency period increases confidence in results due to increased biological plausibility i.e. typically we would generally expect a 5-10 year minimum latency between exposure and disease onset for blood system related cancers. (However, in an individual case the latency period could be as short as 1 year, and as long as 50+ years.) Eriksson reported a twofold increase in NHL risk with glyphosate exposure (OR=2.02, 95% CI 1.10-3.71).  Notably, there was also evidence of a dose-response effect: with >10 days use, the risk was higher (OR=2.36, 95% CI 1.04-5.37) compared to less than 10 days of use (OR=1.69, 95% CI 0.70-4.07).  This was the only study reviewed which conducted analyses and also accounted for latency (>10 years after use, OR=2.26, 95% CI 1.16-4.40) and these results are more convincing due to biologic plausibility; in the group in which less than 10 years had elapsed since exposure, the effect estimate was much lower, as would be expected since these exposures are less likely to contribute to disease onset (OR=1.10, 0.24-5.08).

Eriksson also stratified by NHL subtype; effect estimates were increased for every NHL subtype and confidence intervals overlapped, meaning that there was evidence for increased risk for all NHL types: B-cell lymphomas (OR=1.87, 95% CI 0.998-3.51); SLL/CLL (OR=3.35, 95% CI 1.42-7.89); follicular (OR=1.89, 95% CI 0.62-5.79); Diffuse large B-cell (OR=1.22, 95% CI 0.44-3.35); other specified B-cell lymphomas (OR=1.63, 95% CI 0.53-4.96); unspecified B-cell (OR=1.47, 95% CI 0.33-6.61); T-cell lymphomas (OR=2.29, 95% CI 0.51-10.4); unspecified NHL (OR=5.63, 95% CI 1.44-22.0).

An earlier Swedish study by the same research group[39] ascertained cases diagnosed 1987-1990; thus this population was distinct from those in Eriksson's analysis. This study was smaller (N=404 cases) and had few participants ever exposed to glyphosate, leading to wide confidence intervals (4 cases and 3 controls ever exposed; OR=2.3, 95% CI 0.4–13). The small sample size limits our ability to draw definitive conclusions, but it is interesting that the estimate effect size is quite similar to the one reported by the larger later study.  Likely because of this limitation, authors later conducted a pooled analysis which grouped these cases with cases of hairy-cell

leukemia (a subtype of NHL), reporting a threefold increased risk of any NHL (OR=3.04, 95% CI 1.08-8.52).[36] An earlier report of only the hairy-cell leukemia cases also reported increases in risk with glyphosate exposure (OR=3.1, 95% CI 0.8-1.2), but relied on a quite small sample size (N=121 cases).[40]

The Canadian studies (McDuffie[35] and Hohenadel[41]) ascertained cases diagnosed 1991-1994 hence allowing for a latency period between first possible use of glyphosate and disease occurrence, however the sample size (N=517 cases) was smaller than that of the pooled US studies. McDuffie reported a weak increased risk of NHL with glyphosate exposure which was similar in size in minimally adjusted and fully adjusted models (OR=1.26, 0.95-1.90; OR=1.20, 0.83-1.74).  This study had a variety of sources for controls and a control participation rate of 48%, which is of concern if this caused selection of controls that does not reflect the population exposure to glyphosate.  To examine the accuracy of self-reported pesticide use, McDuffie conducted a validation study comparing questionnaire data from farmers to records from a local chemical supplier on pesticide purchases. They stated that concordance between self-reported and sales record based exposures was excellent, although more specific information was not provided.

Pesticides sometimes exert stronger health effects when mixed (co-exposure) with other pesticides than when used alone.  McDuffie reported that when glyphosate exposure was mixed with dicamba, the risk was increased (OR=1.92, 95% CI 1.39-2.66, minimally adjusted model; OR=1.88, 95% CI 1.32-2.68; fully adjusted model) compared to dicamba exposure alone (OR=1.59 and 1.68, respectively).[35]  Similarly, when glyphosate exposure was mixed with malathion (OR=2.10, 95% CI 1.31-3.37) it was stronger than when farmers only reported using glyphosate alone (OR=0.92, 95% CI 0.54-1.55).[41]

The study by Cocco was limited in how much we can glean from its results, as only 4 cases and 2 controls had ever used glyphosate. The prevalence may have been low in this study because the Cocco study included people with a range of occupations, unlike many of the other studies which focused on agricultural populations.  Cocco reported increases in B-cell lymphoma with glyphosate use (OR= 3.1, 9% CI 0.6 to 17.1).[42]

Less informative for the current evaluation is the Cantor study[43] because, although it was carefully conducted, cases (in Iowa and Minnesota) were included that were diagnosed 1980-1983. Hence, only 6-10 years could have elapsed between a potential first glyphosate exposure

and NHL diagnosis, which for cancer epidemiologic studies is considered an inadequate latency period (see above) and one would want to see an at least the median latency period of 10 years. Again, for an individual the latency period may vary (1 year to many decades), but on average for a study one would prefer a minimum latency period of on average 10 years.

The Lee study[44] utilized Cantor's cohort to build upon by including subjects from Nebraska who were diagnosed July 1983 to June 1986, thus this study includes cases with a longer latency period, which improves confidence in results. Lee reported increases in NHL among non-asthmatics (OR=1.4, 95% CI 0.98-2.1, N cases=827) and a smaller elevated effect estimate in asthmatics with wide confidence intervals (OR=1.2, 95% CI 0.4-3.3) due to the small number of asthmatic cases (N=45).

De Roos 2003 reanalyzed the US studies[1] and used hierarchical regression in addition to conventional logistic regression models, a statistical technique (described above) which can account for co-exposures and correlations between pesticides but makes some strong assumptions about all pesticides or groups of pesticides having similar effects on the outcomes. Using regular logistic regression, De Roos reported an increased risk with glyphosate use (OR =2.1, 95% CI 1.1 to 4.0) and in the hierarchical regression analysis the effect estimate was smaller 1.6 and the 95% CI included the null value of 1 (95% CI =0.9-2.8). Notably, the OR for glyphosate was among the highest of 47 pesticides tested, which suggests that glyphosate may indeed be the pesticide most strongly related to NHL in these farmers among all pesticides they used. The selection of pesticides for this paper was based upon a "carcinogenic probability factor" developed for all cancers, not specific to NHL, so it is not clear whether the hierarchical regression represented the best analytic strategy for NHL since – as stated above – the model assumes that all pesticides included have a similarly strong effect on the outcome; thus we would expect the largest effect estimate to be pulled towards the null of 1 which is what happened. Also, in terms of possible exposure mismeasurement, a validation of questionnaire responses had previously been conducted which reported strong agreement between self-reported pesticide use in comparison to pesticide supplier records, and recall was similar between cases and controls.[45]

The French study by Orsi and colleagues[38] utilized a hospital-based study design, i.e. in this design cases and controls are recruited from among hospital patients. This is in contrast to nearly all of the other studies described above which used a population-based study design (with the exception of some countries within the Cocco study). Population-based studies are

19

considered superior to hospital based designs, because epidemiologic studies aim to select controls from the same population that gave rise to the cases, because it improves study validity. The patients who go to a hospital for NHL treatment may not live in the same area as the control patients selected; this can occur if the study hospitals are regional cancer centers which draw cases from a large geographic area. Orsi's study recruited controls who had been admitted largely from orthopedic and rheumatological admissions (mostly fractures, injuries and back pain). This may be problematic because orthopedic and musculoskeletal illnesses and injuries are conditions that typically do not require travel to a distant center for treatment, suggesting there was possible non-overlap between the case and control populations. In addition, hospital patients are an unusual group: they tend to be older, sicker, and have higher tobacco and alcohol use (and other behavioral/lifestyle differences) than the general population.[46-49] Consequently, the use of hospital controls can create unexpected and surprising findings (such as studies of cancer where the controls smoke more than the cases[48]).  Further, biases can occur when the reasons for hospitalization are related to exposure.  For example, if people exposed to glyphosate are more likely to be hospitalized (due to, perhaps, higher rates of time spent outdoors leading to greater injuries and back pain in farmers/gardeners) then this would bias the results. This may indeed be the case because there are known higher rates of musculoskeletal injuries among gardeners, and these people may also have higher glyphosate use.[50-52] Orsi and colleagues were unable to observe any association between glyphosate and NHL (OR=1.0, 95% CI 0.5 to 2.2; all NHL types combined). When authors examined risk by subtype, elevated risk with wide confidence intervals was reported for follicular lymphoma (OR=1.4, 95% CI 0.4-5.2) but not large diffuse large cell lymphoma (OR=1.0, 0.3-2.7). However, with 244 cases this study has only limited statistical power to conduct any subtype specific analyses.

De Roos 2005 is an analysis of the Agricultural Health Study (AHS).[37] Pesticide applicators were recruited for this study between 1993-1997 and followed for incidence of cancers up until December 2001, therefore active follow-up ranged from 4-8 years with a median follow-up period[ii] of 6.7 years, which is considered a short latency period in cancer epidemiology. Only 92 NHL cases had developed in the cohort by end of this follow-up period,

---

[ii] The follow-up period is the time that elapses between the start and the end of a study.  Typically, participants are followed from the start date until 1) cancer diagnosis; 2) death; 3) study end; or 4) loss to follow-up (e.g. the study investigators cannot locate them or they drop out of the study), whichever comes first.

making this the smallest case sample size of any study reviewed; this is not surprising because the mean age at AHS study enrollment was 45.3 years.[53] NHL, like most other cancers, is a disease of aging, with dramatically higher incidence as people age. Figure 1 shows the incidence of NHL among Americans, with data taken from the US National Cancer Institute's Surveillance, Epidemiology, and End Results (SEER) program.[54] It is not informative to follow a group of workers that young for only 4-8 years and draw meaningful conclusions about their cancer risk, especially for a rare cancer and an expected risk of moderate size (OR or RR of 1.5 to 2.5). The estimated RR was low and the confidence intervals were wide: the risk for any NHL was 1.2 (95% CI 0.7-1.9, adjusted for age; RR=1.1, 0.7-1.9, adjusted for age, demographic and lifestyle factors, and other pesticides).



AHS investigators collected information on 50 pesticides at enrollment (in 1993-1997); as the study description states, participants were asked about ever/never pesticide exposures and years of use and frequency of use (# of days per year) for 22 pesticides at enrollment and for another 28 pesticides in a take-home questionnaire that only 44% of applicators returned. The median time of employment involving mixing and applying any pesticide was 15 years at enrollment, and therefore the pesticide exposures occurring during the most relevant time period

for cancer development may not be known.[53] Among all pesticide applicators included in the analysis, 76% had ever used glyphosate, which made it among the most common pesticide used among applicators in this study. This is in line with other research on glyphosate, which reports that as of 1999, glyphosate was the highest selling crop-protection product on the market.[55] However, it is important to note that the first year genetically engineered, glyphosate-tolerant crops were planted commercially in the U.S. is 1996, and that prior to this date glyphosate accounted for just 3.8% of the total volume of herbicide active ingredients applied in agriculture[56] while glyphosate accounted for half of the total agricultural herbicide use in 2009 [see Coupe]. Also, in a 20-year timespan covered by EPA sales and usage reports (1987–2007), glyphosate use rose faster and more substantially than any other pesticide (in 2007, usage was in the range of 81.6–83.9 million kilograms, more than double the next most heavily sprayed pesticide (atrazine: ~33.1–35.4 million kilograms) making it the most heavily applied pesticide in the U.S. with 2/3 of the share of the total volume having been applied in just the last decade.[57-59]

Given the persistence of glyphosate in soil (with a half-life of 29-60 days[60,61]), the possibility of exposure to glyphosate due to drift from fields[iii] [62-64] and a possibility of contaminated water supplies,[65] it is plausible that passive exposure may have ultimately been much higher among agricultural communities and pesticide applicators than the 76% who reported ever use; more importantly, the baseline exposure assessment in the AHS only covered the first two years of very intensive use of glyphosate i.e. those who were enrolled in 1996/97. When exposure to an agent is extremely high—and potentially even ubiquitous as in a cohort of pesticide applicators, who spend their days in agricultural fields—it eventually becomes impossible to study its health effects since there are little or no exposure contrast to measure at

---

[iii] Studies of pesticide drift suggest the distance that pesticides travel depends upon several factors: first, the method of application, with air spraying by plane or helicopter (common due to its ease of use) leading to further drift than ground spraying, because the spraying occurs higher above crops; secondly, wind speed; and thirdly, pesticide droplet size, with smaller droplets travelling further. Estimates of pesticide drift vary from 74 meters in an area with low wind, up through >2400 meters under windy conditions. Studies of glyphosate pesticide drift suggest droplets can travel upwards of 800-1000 meters. According to the US EPA, spray drift has been reported to be a problem with glyphosate, as there have been multiple reports of damage from glyphosate to non-target crops.

least at the ever/never or cruder types of classification that do not rely on biomarker assays of dose.[iv],[66]

De Roos (2005) also conducted dose-response analyses by examining intensity-weighted exposure (years of use X days per year X intensity level), grouped into 3 levels (0.1-79.5; 79.6-337.1; and 337.2-18,241); and by cumulative exposure days (years of use X days per year), categorized into 3 groups (1-20, 21-56, 57-2,678).  Authors decided to compare the cancer risk in these exposed groups not to that among the never exposed, but instead compared high exposure to low exposure. While this type of comparison attempts to control for and eliminate other risk factors that may distinguish non-exposed from exposed (hence reduce potential confounding bias) this type of approach also reduces any remaining exposure contrasts even further and thus reduces the ability to estimate risk increases with exposure and make the effect estimates also less comparable to those form other studies.

Industry-sponsored studies

A meta-analysis by Chang and Delzell was sponsored by Monsanto.[67] This meta-analysis found similar results to the above meta-analyses for any increases in NHL (meta-OR: 1.3, 95% CI 1.0-1.6) and particularly elevated risks for B-cell lymphoma (meta-OR: 2.0, 95% CI 1.1-3.6). This study also found extremely low heterogeneity across studies— unusual in most meta-analyses— supporting the consistency of findings across different settings.

Bradford-Hill criteria evaluation

The strength (effect size) criterion is partially met since the overall meta-analytical (point) effect estimates reported for ever never glyphosate use are between 1.3 and 1.5 reflecting a weak to moderate size association. However, the effect estimates for longer or more extensive use in several studies were larger i.e. between 2 and 3 and this can be considered a stronger endorsement of a causal relation; it is further supported by the observed dose response (biological gradient such that risk increases with dose - another Bradford Hill criterion) that these studies found (also note: a small association does not mean that there is not a causal effect,

---

[iv] Rose argues that when a risk factor is ubiquitous in a population, it may strongly influence the population incidence of a disease, but may not identify high-risk individuals within a population. For example, in a society where everyone smokes, smoking will not identify high-risk individuals for lung cancer.

though the larger the association, the more likely that it is unbiased and thus causal). In terms of consistency, this criterion is met since positive associations have been reported for different populations and in different places and different time periods which strengthens the likelihood of a true effect. Temporality i.e. that the cancer occurred after exposure and that there is an expected delay between the cause and effect has been shown i.e. all exposures were assessed and recorded for the periods prior to NHL occurrence. Unfortunately, only one study examined the influence of exposure lagging i.e. considered the latency period: that study found a strong association with a 10-year lag, which further corroborates causality in terms of cancer etiology. The specificity criterion (i.e. that one specific exposure causes one specific outcome) is hard to apply in the case of herbicide or pesticide exposure since almost none of the farmers/pesticide applicators is expected to solely be exposed to glyphosate, since most farming operations require the use of multiple pesticides over time. Also in the case of blood system cancers, one could argue that different pesticides have possible carcinogenic effects on different cell types. Nevertheless, it is of interest that NHL is one cancer reported consistently among farmers for the past 2 to 3 decades, and glyphosate is consistently the most widely used herbicide in farming especially after 1995 with the advent of genetically modified crops. Finally, some studies suggested that types of NHL that are showing T14/18 translocations in lymphocytes are the ones most likely caused by external agents including some pesticides and smoking and this increases also biologic plausibility for the action of genotoxic or oxidative stress pathways (see below) with certain pesticides such as glyphosate.

<u>Biological plausibility.</u>

Biomonitoring studies affirm that some (not all) persons who apply glyphosate occupationally have measurable glyphosate excreted in urine, and measurable glyphosate is also seen in farming household members who reside close to treated fields.[68-70] Research on exposed agricultural workers suggests increases in genomic instability (binucleated cells, micronuclei).[71] Rodent studies report increases in DNA oxidative damage (increases in 8-OHdG in either kidney or liver; lipid peroxidation) as well as cytogenetic damage (sister-chromatid exchanges, increases in micronuclei), and DNA single-strand breaks.[72-74]  Cytotoxicity and genotoxicity are also reported in studies of human cells.[75]

*Roundup vs. glyphosate*. One study compared the effects in rodents of glyphosate to those of Roundup, and results were similar with regards to cytotoxic and genotoxic effects.[73] While a *plausible mechanism* between cause and effect is helpful, Bradford Hill noted that knowledge of the mechanism is often limited by current knowledge; nevertheless for glyphosate two mechanisms have recently been proposed, oxidative stress and genotoxicity, and been confirmed by the laboratory experiments listed above. Finally, while *coherence* between epidemiological and laboratory findings increases the likelihood of a true effect, Bradford Hill noted that "... lack of such [laboratory] evidence cannot nullify the epidemiological effect on associations". Due to ethical concerns, there will never be any human experimental evidence for glyphosate toxicity or carcinogenicity, but human cell based studies and animal experiments can substituted as model systems and have increasingly been used in the recent past.

## 4.     Conclusions

The epidemiologic studies as a whole support an increased risk of NHL with exposure to glyphosate or glyphosate based formulations, including Roundup. Due to the rarity of this disease, many of the earlier studies were small in size, leading to wide confidence intervals; yet findings were consistent with nearly all studies having point estimates above 1.0.  In the pooled and meta-analyses, results are consistent and unequivocal. Studies that assessed dose also generally found that higher levels of exposure were associated with increased risk and importantly in the one study that did assess the importance of having been exposed more than 10 years prior to a diagnosis of cancer, the results clearly pointed to those exposures as the relevant one as compared to the more recent exposures (within 10 years) increasing plausibility of associations greatly.

In my opinion, to a reasonable degree of scientific certainty, glyphosate causes NHL. Furthermore, to a reasonable degree of scientific certainty, glyphosate based formulations, including Roundup, cause NHL.

_____

Beate Ritz, M.D., Ph.D.

Date: May 1st, 2017

# References cited

1.  De Roos AJ, Zahm SH, Cantor KP, et al. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. *Occup Environ Med.* 2003;60(9):E11.

2.  Eriksson M, Hardell L, Carlberg M, Akerman M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. *Int J Cancer.* 2008;123(7):1657-1663.

3.  Portier CJ, Armstrong BK, Baguley BC, et al. Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA). *J Epidemiol Community Health.* 2016;70(8):741-745.

4.  IARC Monographs Program. *Some organophosphate insecticides and herbicides.* 26 January 2017.

5.  Dancik BP. Importance of Peer Review. *The Serials Librarian.* 1991;19(3-4):91-94.

6.  Bekelman JE, Li Y, Gross CP. Scope and impact of financial conflicts of interest in biomedical research: a systematic review. *JAMA.* 2003;289(4):454-465.

7.  Ahn R, Woodbridge A, Abraham A, et al. Financial ties of principal investigators and randomized controlled trial outcomes: cross sectional study. *BMJ.* 2017;356:i6770.

8.  Trafimow D, Marks M. Editorial. *Basic and Applied Social Psychology.* 2015;37(1):1-2.

9.  Ziliak ST, McCloskey DN. *The cult of statistical significance: How the standard error costs us jobs, justice, and lives.* University of Michigan Press; 2008.

10. Anscombe F. The summarizing of clinical experiments by significance levels. *Stat Med.* 1990;9(6):703-708.

11. Berkson J. Tests of significance considered as evidence. *Int J Epidemiol.* 2003;32(5):687-691.

12. Evans S, Mills P, Dawson J. The end of the p value? *Br Heart J.* 1988;60(3):177.

13. Gelman A, Loken E. The Statistical Crisis in Science Data-dependent analysis—a "garden of forking paths"—explains why many statistically significant comparisons don't hold up. *Am Sci.* 2014;102(6):460.

14. Gelman A, Stern H. The difference between "significant" and "not significant" is not itself statistically significant. *The American Statistician.* 2006;60(4):328-331.

15. Gigerenzer G. Mindless statistics. *The Journal of Socio-Economics.* 2004;33(5):587-606.

16. Goodman SN. Toward evidence-based medical statistics. 1: The P value fallacy. *Ann Intern Med.* 1999;130(12):995-1004.

17. Greenland S. Nonsignificance plus high power does not imply support for the null over the alternative. *Ann Epidemiol.* 2012;22(5):364-368.

18. Grieve AP. How to test hypotheses if you must. *Pharmaceutical statistics.* 2015;14(2):139-150.

19. Hoekstra R, Finch S, Kiers HA, Johnson A. Probability as certainty: Dichotomous thinking and the misuse of p values. *Psychonomic Bulletin & Review.* 2006;13(6):1033-1037.

20. Kaye DH. Is Proof of Statistical Significance Relevant? 1986.

21. Lecoutre M-P, Poitevineau J, Lecoutre B. Even statisticians are not immune to misinterpretations of Null Hypothesis Significance Tests. *International Journal of Psychology.* 2003;38(1):37-45.

22. Lew MJ. Bad statistical practice in pharmacology (and other basic biomedical disciplines): you probably don't know P. *Br J Pharmacol.* 2012;166(5):1559-1567.

23. Matthews JN, Altman DG. Statistics Notes: Interaction 2: compare effect sizes not P values. *BMJ.* 1996;313(7060):808.

24.     Poole C. Beyond the confidence interval. *Am J Public Health.* 1987;77(2):195-199.
25.     Rozeboom WW. The fallacy of the null-hypothesis significance test. *Psychol Bull.* 1960;57(5):416.
26.     Salsburg DS. The religion of statistics as practiced in medical journals. *The American Statistician.* 1985;39(3):220-223.
27.     Sterne JA, Cox D, Smith GD. Sifting the evidence—what's wrong with significance tests? Another comment on the role of statistical methods. *BMJ.* 2001;322(7280):226-231.
28.     Thompson B. The "significance" crisis in psychology and education. *The Journal of Socio-Economics.* 2004;33(5):607-613.
29.     Walker AM. Reporting the results of epidemiologic studies. *Am J Public Health.* 1986;76(5):556-558.
30.     Rothman KJ, Greenland S, Lash TL. *Modern epidemiology.* 3rd ed. Philadelphia: Wolters Kluwer Health/Lippincott Williams & Wilkins; 2008.
31.     Zahm SH, Weisenburger DD, Babbitt PA, et al. A case-control study of non-Hodgkin's lymphoma and the herbicide 2,4-dichlorophenoxyacetic acid (2,4-D) in eastern Nebraska. *Epidemiology.* 1990;1(5):349-356.
32.     Hoar SK, Blair A, Holmes FF, et al. Agricultural herbicide use and risk of lymphoma and soft-tissue sarcoma. *JAMA.* 1986;256(9):1141-1147.
33.     Pahwa M, Freeman LB, Demers PA, et al. An evaluation of glyphosate use and the risks of NHL major histological subtypes in the North American Pooled Project. International Society for Environmental Epidemiology; August 31, 2015; Sao Paulo, Brazil.
34.     Schinasi L, Leon ME. Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. *Int J Environ Res Public Health.* 2014;11(4):4449-4527.
35.     McDuffie HH, Pahwa P, McLaughlin JR, et al. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. *Cancer Epidemiol Biomarkers Prev.* 2001;10(11):1155-1163.
36.     Hardell L, Eriksson M, Nordstrom M. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. *Leuk Lymphoma.* 2002;43(5):1043-1049.
37.     De Roos AJ, Blair A, Rusiecki JA, et al. Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. *Environ Health Perspect.* 2005;113(1):49-54.
38.     Orsi L, Delabre L, Monnereau A, et al. Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. *Occup Environ Med.* 2009;66(5):291-298.
39.     Hardell L, Eriksson M. A case-control study of non-Hodgkin lymphoma and exposure to pesticides. *Cancer.* 1999;85(6):1353-1360.
40.     Nordstrom M, Hardell L, Magnuson A, Hagberg H, Rask-Andersen A. Occupational exposures, animal exposure and smoking as risk factors for hairy cell leukaemia evaluated in a case-control study. *Br J Cancer.* 1998;77(11):2048-2052.
41.     Hohenadel K, Harris SA, McLaughlin JR, et al. Exposure to multiple pesticides and risk of non-Hodgkin lymphoma in men from six Canadian provinces. *Int J Environ Res Public Health.* 2011;8(6):2320-2330.
42.     Cocco P, Satta G, Dubois S, et al. Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study. *Occup Environ Med.* 2013;70(2):91-98.
43.     Cantor KP, Blair A, Everett G, et al. Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota. *Cancer Res.* 1992;52(9):2447-2455.
44.     Lee WJ, Cantor KP, Berzofsky JA, Zahm SH, Blair A. Non-Hodgkin's lymphoma among asthmatics exposed to pesticides. *Int J Cancer.* 2004;111(2):298-302.

45.     Blair A, Zahm SH. Patterns of pesticide use among farmers: implications for epidemiologic research. *Epidemiology.* 1993;4(1):55-62.

46.     Morabia A, Stellman SD, Wynder EL. Smoking prevalence in neighborhood and hospital controls: implications for hospital-based case-control studies. *J Clin Epidemiol.* 1996;49(8):885-889.

47.     Ruano-Ravina A, Perez-Rios M, Barros-Dios JM. Population-based versus hospital-based controls: are they comparable? *Gac Sanit.* 2008;22(6):609-613.

48.     Sadetzki S, Bensal D, Novikov I, Modan B. The limitations of using hospital controls in cancer etiology--one more example for Berkson's bias. *Eur J Epidemiol.* 2003;18(12):1127-1131.

49.     Neupane B, Walter SD, Krueger P, Loeb M. Community controls were preferred to hospital controls in a case-control study where the cases are derived from the hospital. *J Clin Epidemiol.* 2010;63(8):926-931.

50.     Bridger RS, Sparto P, Marras WS. Spade design, lumbar motions, risk of low-back injury and digging posture. *Occupational Ergonomics.* 1998;1(3):157-172.

51.     Maeda K, Okazaki F, Suenaga T, Sakurai T, Takamatsu M. Low back pain related to bowing posture of greenhouse farmers. *J Hum Ergol (Tokyo).* 1980;9(2):117-123.

52.     Riihimaki H. Low-back pain, its origin and risk indicators. *Scand J Work Environ Health.* 1991;17(2):81-90.

53.     Alavanja MC, Sandler DP, McMaster SB, et al. The Agricultural Health Study. *Environ Health Perspect.* 1996;104(4):362-369.

54.     SEER Cancer Statistics Review, 1975-2013.  Table 19.7: Non-Hodgkin Lymphoma, Incidence and mortality rates by age. 2016; http://seer.cancer.gov/csr/1975_2013/, based on November 2015 SEER data submission, posted to the SEER web site, April 2016. Accessed March 27, 2017.

55.     Woodburn AT. Glyphosate: production, pricing and use worldwide. *Pest Management Science.* 2000;56(4):309-312.

56.     Coupe RH, Capel PD. Trends in pesticide use on soybean, corn and cotton since the introduction of major genetically modified crops in the United States. *Pest management science.* 2015.

57.     Aspelin AL, Grube AH, Torla R. *Pesticides industry sales and usage: 1996 and 1997 market estimates.* Biological and Economic Analysis Division, Office of Pesticide Programs, Office of Prevention, Pesticides and Toxic Substances, US Environmental Protection Agency; 1999.

58.     Grube A, Donaldson D, Kiely T, Wu L. *Pesticide industry sales and usage: 2006 and 2007 market estimates.* Washington, DC: US Environmental Protection Agency;2011.

59.     Myers JP, Antoniou MN, Blumberg B, et al. Concerns over use of glyphosate-based herbicides and risks associated with exposures: a consensus statement. *Environ Health.* 2016;15:19.

60.     Feng JC, Thompson DG. Fate of glyphosate in a Canadian forest watershed. II: Persistence in foliage and soils. *Journal of Agricultural and Food Chemistry.* 1990;38(4):1118-1125.

61.     Newton M, Howard KM, Kelpsas BR, Danhaus R, Lottman CM, Dubelman S. Fate of glyphosate in an Oregon forest ecosystem. *Journal of Agricultural and Food Chemistry.* 1984;32(5):1144-1151.

62.     Tiefenbacher JP. Mapping the pesticide driftscape: Theoretical patterns of the drift hazard. *Geographical Environment Model.* 1998;2(1):83-102.

63.     Yates W, Akesson N, Bayer D. Drift of glyphosate sprays applied with aerial and ground equipment. *Weed Science.* 1978:597-604.

64.     Office of Pesticide Programs. *Reregistration eligibility decision (RED): Glyphosate* US Environmental Protection Agency (EPA);1993.

65. Battaglin W, Meyer M, Kuivila K, Dietze J. Glyphosate and its degradation product AMPA occur frequently and widely in US soils, surface water, groundwater, and precipitation. *JAWRA Journal of the American Water Resources Association.* 2014;50(2):275-290.

66. Rose G. Sick individuals and sick populations. *Int J Epidemiol.* 1985;14(1):32-38.

67. Chang ET, Delzell E. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. *J Environ Sci Health B.* 2016;51(6):402-434.

68. Curwin BD, Hein MJ, Sanderson WT, et al. Urinary pesticide concentrations among children, mothers and fathers living in farm and non-farm households in iowa. *Ann Occup Hyg.* 2007;51(1):53-65.

69. Weber J, Phaneuf D, Samuel O, Guillot J, Manca D. Etude de l'exposition professionnelle des travailleurs forestiers exposés au glyphosate. *Centre de toxicologie du Québec, Québec.* 1988.

70. Jauhiainen A, Rasanen K, Sarantila R, Nuutinen J, Kangas J. Occupational exposure of forest workers to glyphosate during brush saw spraying work. *Am Ind Hyg Assoc J.* 1991;52(2):61-64.

71. Bolognesi C, Carrasquilla G, Volpi S, Solomon KR, Marshall EJ. Biomonitoring of genotoxic risk in agricultural workers from five colombian regions: association to occupational exposure to glyphosate. *J Toxicol Environ Health A.* 2009;72(15-16):986-997.

72. Vigfusson NV, Vyse ER. The effect of the pesticides, Dexon, Captan and Roundup, on sister-chromatid exchanges in human lymphocytes in vitro. *Mutat Res.* 1980;79(1):53-57.

73. Bolognesi C, Bonatti S, Degan P, et al. Genotoxic activity of glyphosate and its technical formulation Roundup. *Journal of Agricultural and food chemistry.* 1997;45(5):1957-1962.

74. El-Shenawy NS. Oxidative stress responses of rats exposed to Roundup and its active ingredient glyphosate. *Environ Toxicol Pharmacol.* 2009;28(3):379-385.

75. Gasnier C, Dumont C, Benachour N, Clair E, Chagnon MC, Seralini GE. Glyphosate-based herbicides are toxic and endocrine disruptors in human cell lines. *Toxicology.* 2009;262(3):184-191.

# EXHIBIT A

**CURRICULUM VITAE**
**April 2017**

Beate R. Ritz, MD, Ph.D.                                    Phone:  310.206.7458 (office)
Professor                                                  310.455.2004 (home)
Departments of Epidemiology and Environmental Health       310.206.6039 (fax)
UCLA School of Public Health                               E-mail:  britz@ucla.edu
Box 951772
Los Angeles, CA 90095-1772

**EDUCATION**

| | |
|---|---|
| 1995 | Ph.D. in Epidemiology, School of Public Health, UCLA |
| 1993 | M.P.H. in Epidemiology, School of Public Health, UCLA |
| 1987 | Doctoral Degree in Medical Sociology, University of Hamburg. |
| 1983 | Medical Examination Certificate, Registration as a Physician (M.D.), Board of Health in Hamburg |
| 1977-1983 | Medical School, University of Hamburg, Germany |

**PROFESSIONAL POSITIONS AND APPOINTMENTS**

| | |
|---|---|
| 2012- 2015 | Chair, Department of Epidemiology, School of Public Health, University of California Los Angeles (UCLA) |
| 2006-current | Professor, Departments of Epidemiology, Environmental Health, and Center for Occupational and Environmental Health, School of Public Health, and Neurology, School of Medicine, UCLA |
| 2005-2012 | Vice Chair, Department of Epidemiology, School of Public Health, University of California Los Angeles (UCLA) |
| 2004-current | Appointment in the Department of Neurology, School of Medicine, UCLA |
| 2002-current | Co-director of the UCLA-CGEP (UCLA center for Parkinson 's Disease Environmental Research (CCPDER- CNS) |
| 2001 -2006 | Associate Professor, Department of Epidemiology, Department of Environmental Health, and Center for Occupational and Environmental Health, School of Public Health, UCLA |
| 1995-2001 | Assistant Professor, Department of Epidemiology and Center for Occupational and Environmental Health, School of Public Health, UCLA |
| 1993-1995 | Assistant Researcher, Department of Epidemiology, School of Public Health, UCLA |
| 1989-1991 | Hochschulassistentin (Assistant Professor), Institute of Medical-Sociology, University of Hamburg, Germany. |
| 1987-1988 | Research Fellow and Resident, Psychiatric University-Hospital Eppendorf, Hamburg, Germany |
| 1984-1986 | Research Fellow, Institute of Medical Sociology, University Hospital Eppendorf, Hamburg, Germany |

**OTHER HONORARY PROFESSIONAL APPOINTMENTS**

| | |
|---|---|
| 2002-2008 | Editorial Board:  EPIDEMIOLOGY |
| 2004-2009 | Editorial Board: Epidemiologic Perspectives & Innovations |
| 2007-2010 | Editorial Board: Environmental Health |
| 2001-current | Chair (since 2005) and Member (since 2001) of the external advisory committee for the NCI/NIEHS Agricultural Health Cohort Study |
| 2001-current | Board of Directors for the 'R. Lemelson Foundation for Psychocultural Research.' Annual awards of $800,000 for research and training including a UCLA training grant for cross-disciplinary studies in anthropology, psychology and neuroscience |

| | |
|---|---|
| 2001-2002 | Member of the external advisory committee for the California Biomonitoring Planning Project conducted by the Environmental Health Laboratory's Biomonitoring Project (CDHS) |
| 2002 | Member of the EPA Science Advisory Board for Human Health Research Strategy (HHRS) |
| 2002-2004 | Member of the external advisory committee for the California Environmental Health Surveillance System (Governor Davis appointee to expert working group for SB 702) |
| 2003-2006 | Member of the Ethic Committee for the International Society for Environmental Epidemiology |
| 2003-2004 | Member of NAS, IOM Committee on Gulf War and Health, Phase 3: Literature Review of Selected Environmental Particulates, Pollutants, and Synthetic Chemical Compounds |
| 2002-2004 | Member of the external advisory committee for the California Environmental Health Surveillance System (Governor Davis appointee to expert working group for SB 702) |
| 2006 | Member of NAS, IOM Committee on Gulf War and Amyotrophic Lateral Sclerosis |
| 2006 | Member of the Scientific Steering Committee for Pediatric BioBank in California |
| 2007 | Robert M. Zweig M.D. Memorial Award (Clean Air Award) from the California South Coast Air Quality Management District |
| 2007 | Appointed as a Collegium Ramazzini Fellow |
| 2007 | Scientific Organizing committee for the PPTOX conference in Faroe Island |
| 2008 | Scientific Organizing committee for the ISEE conference in Pasadena |
| 2008 | Member of the Environmental Exposures Working Group conducted by RTI International for the PhenX project of GWA research at NIH |
| 2009 | Member of NAS, IOM Committee on Gulf War and Health, Phase 4 |
| 2008-09 | Member of the U.S. EPA CO standard setting panel for (CASAC: *Carbon Monoxide National Ambient Air Quality Standards*) |
| 2009-2012 | Elected Councilor for the International Society for Environmental Epidemiology (ISEE) |
| 2010-current | Member of the Conference Organizing committee of the ISEE |
| 2009 | Award from the American Parkinson's Disease Association (APDA) for outstanding contributions to the medical and scientific communities towards the advancement of Parkinson's disease research |
| 2010-2013 | Member of the External Advisory Board for the Superfund site center grant at University of Washington |
| 2010-2013 | Member of the External Review Board for the Swiss Tropical and Public Health Institute in Basel |
| 2013 | Scientific Organizing committee for the ISEE conference in Basel/Switzerland |
| 2012-current | Member of CA-EPA Scientific Review Panel on Toxic Air Contaminants |
| 2012 | Affiliate member of the Institute of the Environment and Sustainability |
| 2014 | Scientific Organizing committee for the ISEE conference in Seattle Washington |
| 2014-current | Member of NAS/IOM committee on Incorporating 21st Century Science into Risk-Based Evaluations |

## FUNDED RESEARCH

NNH12ZDA006O-EVI3
Agency: NASA        (PI: Ritz)
Total Direct Costs to UCLA:  $1,294,244
**Multi-Angle Imager for Aerosols (MAIA)**                                08/01/16-11/30/25
This project will assess air pollution and adverse birth outcomes using exposure data provided by Dr. Diner's group from the MAIA NASA project. UCLA researchers will be responsible for the modeling the effects of prenatal air pollution exposures on adverse birth outcomes derived from vital statistics records for multiple locations across the world.

1 U01 HD087221  (PI: Devaskar/UCLA Ob-GYN)
Agency: NIH/NICHD                                            Period: 01/01/16-12/30/19
Total Direct Costs:        $2,999,640
**Imaging Innovations for Placental Assessment in Response to Environmental Pollution**
The objective of this proposal is to develop and evaluate a suit of cutting-edge multi-parametric magnetic resonance imaging (mp-MRI) technologies and translate these novel placental imaging modalities to assessing the impact of environmental pollution exposure on prediction of placental insufficiency.

**Psychosocial stressors, air pollution and childhood respiratory health in LAFANS**
Agency: NIEHS            R03ES025908 (PI: Ritz)                        Period: 07/01/15-06/30/17
Total Direct Costs        $100,000
This study will add to the previous literature by constructing a more holistic measure of the stress perceived by the child, and use that measure to determine if a child's perceived stress modifies their risk of asthma or reduced lung function from air pollution.

**Pesticide Exposures and Risk of Cerebral Palsy**
Agency: NIEHS            R03ES025904 (PI: Ritz)                        Period: 07/01/15-06/30/17
Total Direct Costs        $100,000
Using records from the California Department of Developmental Services (DDS), we will identify children born 1995-2007 and diagnosed with CP in California until 2010. For ~10,000 CP cases we will randomly select 1:10 matched controls from the California birth certificates. Ambient pesticide exposure estimates pre-pregnancy, during pregnancy and/or first year of life for each child will be estimated using a Geographic Information System (GIS) model we previously developed based on the California Pesticide Use Reporting (PUR) system. We will examine specific vulnerable periods in pregnancy (trimesters or months of pregnancy) to assess pesticide exposure effects on CP.

**Autism, Metabolomics, and Environment (AIME)**
Agency: NIEHS            R21ES25573 (PI: Ritz)                        Period: 07/01/15-06/30/17
Total Direct Costs        $275,000
We will assess whether autism risk factors can be identified using metabolomic biomarkers of exposure in stored maternal serum samples from mid-pregnancy from 200 case and 200 control pregnancies in Central California and compare biomarker exposure patterns with modelled air pollution and pesticide exposures. Metabolomics analyses will be performed in a targeted as well as untargeted manner with high-resolution metabolomics that uses mass spectrometry and advanced data extraction algorithms to quantify up to 20,000 chemicals in small biologic extracts.

**Air Pollution and Childhood Autism**
Agency: NIEHS            R21ES024006 (PI: Ritz/Ehrenstein – multiple PI) Period: 07/01/15-06/30/17
Total Direct Costs        $275,000
We use highly sophisticated modeling and analytical techniques for the detailed spatial and temporal assessment of air pollution to examine their influence on neurodevelopment in a California birth cohort linked to autistic disorder records of the CA Department of Developmental Services.

**Environment and cognitive decline in older Hispanics**
Multi-PI: Ritz/Haan
Agency: NIEHS            Type: R01- RES023451A                        Period: 04/01/15-03/31/19
Total Direct Costs: $ 2,000,000
The goal of the proposed research is to investigate whether long-term exposure to two ubiquitous environmental exposures, air pollution and pesticides, contribute to cognitive decline and dementia in elderly Mexican Americans (MA) from the "Sacramento Area Latino Study on Aging" (SALSA) cohort. We capitalize upon our expertise in modeling air pollution and pesticide exposure and plan to model 1) long and short term regional, local, and traffic related air pollution using monitored criteria pollutants, CALINE4 - emissions and land use regression (LUR) models; and 2) long-term exposures to pesticides of specific chemical classes  with our GIS model; and 3) assess impairment in cognitive domains and the onset of dementia longitudinally based on multiple complex environmental exposure patterns while taking into account vulnerability due to genetic and physiologic risk factors for dementia.

**Air Pollution and Autism in Denmark**
PI: Ritz
Agency: NIEHS            Type: R21                        Period: 04/01/15-03/31/17
Total Direct Costs: $ 275,000
The goal of the proposed research is to utilize Danish nationwide population-based registers and sophisticated individual-level air pollution exposure measures to assess whether early life exposure to traffic-related and particulate air pollution during critical periods of fetal development are associated with autism risk. We will use the Danish National Birth Cohort (DNBC) which enrolled pregnant women and collected extensive prospective risk factor data during pregnancy and early life for ~100,000 children

among whom 720 are already diagnosed with ASD to examine potential confounding bias for a large number of risk factors assessed in pregnancy.

**Air Pollution and Cardiovascular Diseases: Identification of Novel Biomarkers**
Agency: NIEHS        R21 ES024560 (PI: Zhu)              Period: 05/01/15-04/30/17
Total Direct Costs $275,000
Objectives: The goal of this project is to identify novel and sensitive biomarkers of cardiovascular health effects, in association to air pollution exposures.
Role: Co-I

**Environmental exposure, DNA methylation, and Parkinson's disease**

Agency: NIEHS        21ES024356 (PI: Ritz/ Horvath)        Period: 08/06/14 – 07/31/16

Total Direct Costs: $ 250,000

**Environmental exposure, DNA methylation, and Parkinson's disease**

Here we use a powerful new tool and systems biology analytic methods to identify signatures for toxic exposures that evoke long-term biologic responses. Using DNA methylation we will investigate specific epigenetic markers (CpGs) correlate with toxic exposures and the role these epigenetic changes play in PD progression using epigenome wide technologies combined with analytic tools to integrate these data. We will   investigate epigenetic determinants of Parkinson's disease in over 800 subjects with existing biospecimens.
Role: PI

**Maternal comorbidities, prescription drug use in pregnancy, and childhood cancer (COMPAC): a record linkage study in Denmark**
PI: Heck
Agency: NIH/NCI              Type:  R21CA175959                Period: 04/01/14-03/31/16
Total Direct Costs: $ 275,000
This study aims to link several large-scale databases in Denmark to examine maternal health and medication use in pregnancy in relation to childhood cancers.  We propose to examine common pregnancy conditions that have been linked to cancers in adults and children in other studies as well as common medications taken in pregnancy which are suspected carcinogens or linked to cancer in other studies.
Role: Co-I

**Inflammatory Cytokine Polymorphisms, Air Pollution, and Very Preterm Birth**
PI: von Ehrenstein
Agency: NIEHS              Type: R21ES022734                Period: 07/01/13 - 06/30/15
Total Direct Costs: $ 275,000
We examine the hypotheses that maternal exposure to air pollutants during pregnancy is associated with an increased risk of very preterm birth (VPTB, <32 weeks gestation), and that polymorphisms in inflammatory genes modify the influence of air pollution on the risk of VPTB. We use data from the CA Very Preterm Birth (CVPTB) Study, a nested case-control study of VPTB from 5 counties in Southern CA known for high particulate matter, ozone, and traffic exposures that has genotyped  SNPs related to PTB in 26 inflammatory/immune response pathway genes in mother-infant pairs and will utilize a combination of extensive air monitoring data and air pollution modeling approaches (land use regression (LUR), CALINE4, kriging) to estimate air pollution exposures in pregnancy for CVPTB Study subjects.
Role: CO-I

**Pesticide Exposure and Childhood Autism**
PI: von Ehrenstein
Agency: NIEHS              Type: R21ES022389                Period: 01/01/14 - 12/31/15
Total Direct Costs: $ 275,000
We examine the hypothesis that exposure to specific pesticides during vulnerable periods, particularly during fetal development, determines risks of subsequent development of autistic disorder (AD). We developed a geographic pesticide exposure assessment tool (GRAPES) that utilizes the unique California Pesticide Use Report system, in combination with agricultural land-use maps, to derive record-based estimates of historical residential exposures, and expect to identify >20,000 autism cases with diagnoses up to the age of 72

4

months from the CA-DDS database born in CA 1997-2009 and >1,700 from agricultural areas as well as 1:10 age-sex match controls from birth records, the largest cohort ever to address hypotheses that exposures to specific chemicals (e.g. neurotoxic or endocrine disrupting agents) contribute to AD during vulnerable periods of development.
Role: CO-I

**Parkinson's Susceptibility Genes and Pesticides (PEG-Renewal)**
Principal Investigator: Ritz
Agency: NIEHS/NINDS          Type:R01ES010544                           03/01/11-11/30/15
Total Direct Costs: $ 2,500,000
In this renewal of an epidemiologic population-based case-control study we recruit 500 additional PD patients in three rural California counties and will assessed their exposures to pesticide exposures and the effects of gene-pesticide interactions.
Role: PI

**Systems genetic and reverse phenotypic analysis of age and retirement.**
PI: Horvath     (UCLA)
Agency: NIA              Type: R01AG042511-02                       07/01/13 - 06/30/17
Total Direct Costs: $ 1,000,000
We will apply/develop state of the art computational, statistical, and bioinformatic approaches with which to investigate the association between genetic data and aging- related phenotypes. Specifically, the study uses data from the Health and Retirement Study (HRS) and a systems biology approach to identifying relevant SNPs and genetic pathways and machine learning techniques and reverse phenotyping methods to better understand the complex relationship between genetics and aging outcomes including cognition and wealth.
Role: CO-I

**Exposure to C8-chemicals and autism, ADHD, and cerebral Palsy in the Danish Birth Cohort**
PI:  Jorn Olsen (UCLA and Aarhus University, Denmark)
Agency: Danish Medical Council
Total Direct Costs (at UCLA): $ 250,000                               01/01/11 -
08/31/15
The overall goal of the project is to assess the impact of C8 persistent organic pollutants in maternal serum during pregnancy and childhood outcomes of autism, ADHD and cerebral palsy in the Danish Birth cohort using follow-up data from the National Danish medical registry systems.
Role: CO-I

**A Cohort Study on Air Pollution and Breast Cancer in Los Angeles County**
IIR13262718                Wu (co-PI)                               02/13/14-02/150/17
Susan G Komen              $217,728
The overall objective is to examine the role of air pollution and risk of breast cancer among whites and non-whites in Los Angeles using the large Multiethnic Cohort Study
Role: Co-Principal Investigator

**Improvements in Air Quality and Health Outcomes among California Medicaid Enrollees Due to Goods Movement Actions — Phase I: Assessing Air Quality Changes**
PI: Meng , UCLA
Agency: Health Effects Institute (HEI) #: 4914-RFA11-1/2-6              09/01/12 – 08/31/15
This phase of the project will evaluate the effect of goods movement emission reduction actions on ambient air quality in goods movement corridors, non-goods movement corridors, and areas outside of these two corridors in 10 major California counties between the 2003-2007 pre-policy and 2008-2012 post-policy years.


**COMPLETED RESEARCH**
**Assessing and Reducing Taxi Drivers' Exposure to Ultrafine Particles**
PI: Yifang Zhu (UCLA)        Type: R21OH10196                        09/01/12–08/31/14
Agency: CDC/NIOSH
Total Direct Costs: $ 275,000

Goal: The major goals of this project are to develop ultrafine particle exposure assessment instrument and explore novel low-cost ultrafine particle exposure mitigation strategies for taxi drivers.
Role: Co-I

**Air Pollution and PD in Denmark**
PI: Ritz                              Type:   R21-ES022391                    12/01/12-30/11/14
Agency: NIEHS
Total Direct Costs: $ 275,000
This study will use a sophisticated and validated GIS-based dispersion model, AirGIS, to assess exposure to traffic-related air pollution in PASIDA participants; i.e. $NO_2/NO_x$. Specific aims are to: (1) assess the influence of long-term traffic-related air pollution exposure on PD risk for 1,867 cases and 1,920 population controls combining existing PASIDA data with new exposure measures from AirGIS; and (2) investigate the combined action of air pollution and genetic variants in inflammatory genes previously linked to PD.
Role: PI

**Parental Occupation and Childhood Cancers in Denmark**
PI: Heck (UCLA)                      TYPE: R03 ES021643              4/15/12-3/31/14
Agency: NIEHS
Total Direct Costs: $ 50,000
The specific aims of this study are: 1) Create a linked database of all childhood cancers in Denmark diagnosed 1965-2010 with recorded information on parental employment. 2) Examine the relation between parental employment and childhood cancers focusing on maternal occupational exposures. 3) Examine specific hypotheses in childhood cancer risk (occupational social contact; contact with animals; organic dust; welding fumes; bitumen fumes; outdoor work; and several associations seen in previous literature (solvents, paints and pigments, motor vehicle exhaust related occupations)).
Role: Co-I

**Pesticides and Childhood Cancers**
Principal Investigator: Ritz (UCLA)
NIEHS R21- ES019986                                              4/1/11 – 12/31/13
Total Direct Costs: $ 275,000
The specific aims of this study are to examine associations between prenatal exposure to pesticides and specific childhood cancers in California between 1980-2009 using ambient measurement data using our GIS model of pesticide exposures based on land use maps and pesticide use report (PUR) data.

**UCLA Center for Centers for Neurodegeneration Science (CNS; former CGEP)**
Director: Chesselet, UCLA; Co-director: Ritz
NIEHS P01ES016732                                              09/15/08-08/31/13
Total Direct Costs: $5,000,000
We have previously shown associations between high levels of exposure to specific environmental pesticides and Parkinson's disease and will build on this knowledge to determine the mechanisms of action that may be causing this association. We will use an integrated, multidisciplinary approach to identify additional agricultural pesticides that are disrupting similar molecular pathways, and determine whether these also increase the risk of Parkinson's. This work is expected to shed light on the pathological processes involved in sporadic Parkinson's disease, the most frequent form of the disorder, and could have public health implications for precautions in the use of some pesticides.
**Project 4: Pesticides and Genes in PD: Studies in Humans**
Principal Investigator: Ritz
NIEHS                                                          09/15/08-08/31/13
Total Direct Costs: $1,250,000
This project will use the existing PEG data to test biological candidate genes and newly identified putative environmental toxicants for association with PD. We will recruit and collect biological (DNA) samples from and construct exposures estimates for 400 additional population controls. This will enable us to test new hypotheses for rarer exposures to specific toxins and will allow us to investigate gene-gene (GxG) and gene-environment (GxE) interactions with sufficient power. Targeted toxins are either (a) interfering with the ubiquitin proteasomal system (UPS), (b) altering microtubule integrity, and/or (c) inhibiting the aldehyde/alcohol dehydrogenase. Targeted genes include UBE1 and UBE1L2; PSMC2, 3, 4, and 5; HIP2; SKP1A; GSK3B; CDK5; MAPT, Sirt2, and ALDH and ADH gene clusters.

6

**Registry of Parkinson's Disease Study In Denmark (PASIDA)**
Principal Investigator: Ritz
NIEHS RO1 - ES013717                                                    09/01/06-08/31/13
Total Direct Costs: $5,600,000
We conduct 1) a case-control study of ~13,000 PD cases and age-gender matched controls from the Danish population via passive record linkage by unique ID between the National Patient Register, Pharmacy Database, and National Pension fund to identify risk factor information contained in these records (e.g. occupations, medication use, diseases prior to PD onset); and 2) recruit actively ~2500 of the most recently registered PD patients and population controls to collect additional risk factor information per interview and biological materials for gene-environment interaction analyses and to characterize PD patients phenotypically.

**Air Pollution and Childhood Cancers**
Principal Investigator: Heck (UCLA)
NIEHS  R21- ES018960                                                    4/1/10 – 12/31/13
Total Direct Costs: $250,000
The specific aims of this study are to examine associations between prenatal exposure to motor vehicle related air pollution toxics and specific childhood cancers  in Los Angeles County and all of California between 1980-2009 using ambient measurement data, land use based regression (LUR) and CALINE4 models.

**California Parkinson's Disease Registry Pilot Feasibility Study**
Principal Investigator: Ritz
DOD                                                                    09/01/07-04/30/12
Total Direct Costs: $390,000
The primary goal is to conduct a pilot study for the legally mandated statewide population-based PD registry.  We will identify PD cases in Kern, Tulare and Fresno counties from legally mandated sources (pharmacists, health care institutions, physicians and other providers).  A secure prototype database will be established, and associations between PD and toxicant chemical exposure will be determined by linking to a database of toxicant chemicals established previously by UCLA based on California state data (e.g. the pesticide use databases).

**UCLA UDALL Parkinson's Disease center**
Principal Investigator: Chesselet, UCLA
NINDS  Type: P50 NS38367                                                04/01/06-03/31/12
Total Direct Costs: $7,500,000
**Project 6 within the center (budget of $ 500,000 annual direct costs): Progression and Health Impacts of PD Motor and Non-Motor Manifestations (C-PI Ritz)**
Research goals are to assess whether development and progression of PD motor and non-motor manifestations in 300 PD patients ascertained in the PEG study (PI: Ritz see below) are influenced by environmental, behavioral, and social factors and by genetic variants of ApoE and serotonin transporter alleles; and to determine the relative contributions of progression of motor and non-motor manifestations of PD to changes in HRQOL over time.

**Sunlight exposure and variations in vitamin D metabolic genes in Parkinson's disease**
Principal Investigator: Ritz
NIEHS R03- ES017139                                                     09/01/09-08/31/11
Total Direct Costs: $100,000
The goal of the proposed research based on the PEG study population is to examine the hypothesis that long-term low levels of vitamin D either through inadequate sunlight exposure or alterations in metabolic genes that influence physiological vitamin D levels increase the risk of PD.  We will test associations between long-term UV exposure measures and PD and examine whether genetic alterations presumed to result in different physiological vitamin D activity in genes critical to the vitamin D pathway (VDR, CYP27B1 and CYP24A1) increase the risk of PD.

**Traffic-Related Air Pollution and Ultrasound Measures of Fetal Growth**
Principal Investigator:  Wilhelm Turner (UCLA)

NIEHS  R03- ES017314        04/01/09-03/31/11
Total Direct Costs: $100,000
The specific aims of this study are to estimate prenatal exposures to O3 and PM10 and pollutants originating from traffic (NOx) using CALINE4 air dispersion modeling and examine associations with fetal size throughout pregnancy using ultrasound measures to examine associations with weight, length, head circumference, fetal growth ratio, ponderal index, and cephalization index at birth.

**Ambient Air Toxics and Adverse Birth Outcomes**
Principal Investigator: Wilhelm Turner (UCLA)
NIEHS  R03 ES017119-01        12/15/08 – 12/30/10
Total Direct Costs: $100,000
The specific aims of this study are to: (1) examine associations between prenatal exposure to motor vehicle air toxics and low birth weight (LBW) and preterm birth in women residing in Los Angeles County, California between 1994-2006 using both ambient measurement data and land use based regression (LUR) models; and (2) gain information about how LUR models built on NOx measurements reflect exposures to specific toxins thought to have biological relevance for these outcomes.

**Exposure to mobile source air pollution and adverse birth outcomes in the Los Angeles Air Basin**
Principal Investigator : Jun Wu (UCI)
NIEHS  R21 ES016379        9/11/08 -12/31/10
Total Direct Costs: $250,000
The overall goal of the project is to improve exposure assessment of air pollution exposure in pregnant women and investigate the impact of air pollution exposure on adverse reproductive outcomes, such as preterm birth, low birth weight, and intrauterine growth retardation.

**Disparity in asthma among Californians from pollutant exposures.**
Principal Investigator: Meng, UCLA
California Air Resources Board        04/22/08- 12/31/10
Direct Costs: $270,000
The goal of the research is to conduct a population-based study to examine the effects of long-term air pollution exposure near residence on chronic severe asthma and asthma-like symptoms in vulnerable populations.

**Development of Exposure and Health Outcome Indicators for Those with Asthma or Other Respiratory Problems**
Principal Investigator: Meng, UCLA
EPA- R833629        09/01/07-12/31/10
Direct Costs: $410,000
The goal of this research is to investigate the feasibility of combining existing environmental monitoring and health survey data to develop indicators that signal trends in exposures and health for those with asthma or other respiratory problems

**Neighborhood Effects on Children's Health & Access to Care**
Principal Investigator:  A. Pebley, UCLA
HRSA        09/01/07- 8/31/10
Total Direct Costs:  $500,000
The goal of this study is to significantly advance our knowledge about the relative importance of specific family and neighborhood characteristics in the development of major child health problems. This project is based on the Los Angeles Family and Neighborhood Survey (L.A.FANS), a longitudinal study of neighborhoods, families, adults, and children in Los Angeles County

**Traffic-Related Air Pollution and Asthma in Economically Disadvantaged and High Traffic Density Neighborhoods in Los Angeles County, California (with LA F.A.N.S.)**
Principal Investigator: Ritz
California Air Resources Board        01/06/05-09/30/09
Total Direct Costs: $420,000
The objectives of this research are: (1) to conduct NOx and NO2 monitoring at 200 locations within LA County neighborhoods with varying levels of economic disadvantage and varying exposures to air

pollution originating from vehicular sources; (2) to use these monitoring data to help inform land use-based regression (LUR) models developed to predict traffic pollutant exposures; (3) to use geostatistical models to estimate regional background concentrations of $O_3$ and $PM_{2.5}$; (4) to evaluate associations between exposure to $NO_x$, $NO$ and $NO_2$ and measures of lung function and asthma prevalence, exacerbation and possibly incidence in children ages 0-17 years in conjunction with the Los Angeles Family and Neighborhood Survey (L.A. FANS) study; and (5) to evaluate whether concentrations of the more regionally distributed background pollutants ($O_3$ and $PM_{2.5}$) confound or modify the effects of exposure to the more heterogeneously distributed traffic-related pollutants ($NO_x$, $NO$ and $NO_2$) on lung function and asthma.

**Aggregate Exposure Assessment: Longitudinal Surveys of Human Exposure-Related Behavior**
Principal Investigator: Irva Hertz-Picciotto, UC Davis
EPA                                                                                                01/12/04-11/30/09
Direct Direct Costs: $388,111
This project develops data collection platforms for longitudinal assessment of exposure-related behavior. The data characterize short-term, seasonal, and long-term changes in time-activities, food consumption habits, and use of household and personal care products.  We assess exposure-related behaviors at multiple collection points over time, and evaluate a number of data collection methods for validity (accuracy), precision, completion rates, cost, feasibility, and user acceptability.

**UCLA Center for Gene-Environment Studies in Parkinson's Disease (CGEP-part of the NIEHS CCPDER)**
Director: Chesselet, UCLA; Co-director: Ritz
NIEHS                                                                                              09/01/02-08/31/09
Total Direct Costs: $7,000,000
The overall objective of this Center is to understand how the detrimental effects of pesticides, a suspected environmental risk factor for Parkinson's disease, are modulated by genetic variations that impact dopamine homeostasis in nigrostriatal neurons. The center integrates 3 RO1 research projects that investigate these questions in fly, mouse, cell culture models and applies the results also to human genetics (project 1: PI Ritz)

**Research Project I within the CGEP center "Environmental toxins and genes that influence dopamine in Drosophila and humans"**
Principal Investigator: Ritz
NIEHS                                                                                              09/01/02-08/31/09
Total Direct Costs: $1,000,000
This project examines interindividual variability of dopamine vesicular transporter (VMAT) expression due to promoter variants in two human populations in parallel with a reporter gene assay. These populations will be genotyped for functional VMAT2 variants and association analyses of gene-environment interactions and pesticide exposures collected in the parent grant will be conducted. In addition, Drosophila genetics will be used to determine how the expression of VMAT affects dopamine-mediated toxicity and identify genes that modulate VMAT function, which will then be examined in the human population for their relevance to increase risk of PD.

**Parkinson's Susceptibility Genes and Pesticides (PEG)**
Principal Investigator: Ritz
NIEHS/NINDS                                                                                       10/01/00-09/30/07
Total Direct Cost: $2,653,852
We are testing the gene-environment interaction hypothesis for Parkinson's disease by conducting an epidemiologic population-based case-control study of 400 newly diagnosed PD patients from three rural California counties matched to population controls; in addition we are collecting data for unaffected sibling controls.  Environmental and occupational pesticide exposure estimate are derived from California pesticide-use reporting (PUR) and other data.  We are examining the effects of gene-environment interactions by testing for associations of PD using multiallelic repeat markers and genotyping intragenic single nucleotide polymorphisms (SNPs) and/or deletions in 50 candidate genes.

**PD Consortium: Genetic and Environmental Factors in Parkinson's Disease**
Principal Investigator: L. Nelson, Stanford
MJ Fox Foundation                                                                                 10/01/04-09/30/07

Total Direct Costs $50,000

We established the Consortium for the Study of Genetic and Environmental Factors in Parkinson's disease, with the goal of organizing the collaborative efforts of five investigative groups that have who have conducted (or are conducting) seven case-control studies of PD.  For approximately 1700 PD cases and 2100 gender- and age-matched control subjects, we investigate how the risk of developing PD varies according to tobacco and caffeine intake, as well as variants in ten candidate genes that code for proteins that may be involved in conferring the protective effect of these agents.

## Alpha Synuclein and Environmental Exposures: A Study in Humans

Principal Investigator: Langston, The Parkinson's Institute

MJ Fox Foundation                                                                                      01/01/05-12/31/07

Total Direct Costs $100,000

We are investigating the joint effects of: (1) consequences of alpha-synuclein over-production and enhanced mapping of the SNCA promoter region and (2) the biologic effects specific toxicants (e.g., rotenone, paraquat, organochlorine pesticides).  We take advantage of two unique cohorts at high risk for pesticide exposure currently evaluated by members of the NIEHS-funded Collaborative Centers for Parkinson's Disease Environmental Research (CCPDER) at the Parkinson's Institute (PI) and UCLA, the Agricultural Health Study cohort and a population-based study of PD and pesticide exposure in rural Central California (the PEG study).

## Prostate Cancer and Pesticide Exposure in Diverse Populations in California's Central Valley

Principal Investigator: Cockburn, USC

DOD                                                                                                             05/01/06-12/31/07

Total Direct Costs: 250,000$

This is a pilot study bringing an innovative collaborative approach to prostate cancer research. Specifically, this study will apply novel methods of pesticide exposure assessment using Geographical Information Systems (GIS), examine whether our proposed method of recruiting and approaching cases and controls for a large population-based case-control study will result in acceptable response rates, or whether our sample will be biased with respect to socioeconomic status, race, and disease characteristics, and whether we will be able to obtain sufficient DNA from mailed (Oragene) spit collection kits to assess effect modification by known relevant genes, and have sufficient stored DNA to assess the impact of genes that may be discovered in future.

## Traffic-related Air Pollution and Adverse Birth Outcomes

Principal Investigator: Ritz

NIEHS                                                                                                          07/15/01-06/14/07

Total Direct Costs: $641,612

The objectives of this project are to determine whether exposures to elevated and traffic-related ambient air pollution during pregnancy result in low birth weight, preterm birth, intrauterine and postneonatal mortality, or cardiac defects in infants born to women living in the South Coast Air Basin (SoCAB).  We performed a cohort study of all births (between 1995 and 1999), fetal and infant deaths (between 1989 and 1997), and conducted a nested case-control study of 2600 women who delivered children in LA in 2003 to collect additional exposure, confounder, and effects modifier data.

## Ergonomic Interventions for Sewing Machine Operators

Principal Investigator: Ritz

CDC/NIOSH                                                                                                 10/01/02-09/31/06

Total Direct Costs: $868,262

We are conducting a randomized trial of a newly developed ergonomic intervention in sewing machine operators working in LA garment shops.  The ergonomic intervention package includes changes in work-station design, training of employees, and suggestions of improvement in work procedures. We are examining whether interventions can reduce rates of upper extremity, neck (and lower back) musculoskeletal disorders, severity of pain and impairment, and lost-time compared to 'placebo' (control) interventions.  This study will provide employers, employees and public agencies with evidence of the effectiveness of ergonomic interventions in order to guide health and safety policy.

## Traffic-Related Air Pollution and Acute Respiratory Diseases and Asthma in Children Ages 0-5 in the SoCAB From 1990-2000

10

Principal Investigator: Ritz
California Air Resources Board                                          01/06/04-09/30/05
Total Direct Costs: $55,000
The aims of this study are to estimate the transient effects of traffic related and background air pollution in the South Coast Air Basin (SoCab) on the risk for hospitalization for acute respiratory illness and asthma in children ages 0-5 using a case- crossover study design and a time-series analysis.

**Assessment of In-Traffic Exposures and Human Reproductive Health**
Pilot project Principal Investigator: Ritz; SCEHSC Center Principal Investigator: Froines, UCLA
EPA                                                                    07/01/04-06/30/05
Total Direct Costs Pilot Project within the PM-center: $28,000
The goal of this project is to evaluate whether maternal in-vehicle air pollutant exposures during commutes (either in passenger cases, buses or other means of public transportation) affected the risk of low birth weight (LBW) and preterm birth in infants born to women living in Los Angeles County, California between 2003-2004. Commuting behavior (travel time, mileage and/or modeled routes) will be used to evaluate exposure to motor vehicle exhaust pollutants while in-transit

**Molecular Epidemiology and Gene-Environment Interaction**
Principal Investigator: Zhang, UCLA
NIH/NIEHS R21 ES 011667                                                04/01/02-03/31/05
Total Direct Costs: $450,000
This was a planning grant for molecular epidemiology in Environmental genome. The award was to establish a molecular epidemiology research program focusing on environmental genome.

**Uncontrolled Asthma and Exposure to Air Pollutants: Linking Chronic Disease and Environmental Data Sources**
Principal Investigator: Meng, UCLA
CDC/NIOSH/                                                             10/01/02-09/01/05
Total Direct Costs: $600,000
Based on the California Health Interview Survey (CHIS 2001) data, an extensive air monitoring network, and detailed information on traffic density we are conducting a population-based epidemiologic case-control study to: (1) ascertain the relationship between control of asthma and exposure to air pollutants in Los Angeles County and San Diego County, California; and (2) build and enhance the partnerships between public health and environmental agencies and local communities.

**Center of Excellence for Environmental Public Health Tracking**
Principal Investigator: Balmes, UCSF
CDC/ATSDR                                                              10/01/02-09/01/05
Total Direct Costs (UCLA only): $300,000
The UCLA part of this center grant uses the data from 5,200 California Health Interview Survey (CHIS 2001) respondents who reported having been diagnosed with asthma at some point in their lives and live in the Greater Bay Area, San Joaquin Valley, and Los Angeles County.  Criteria pollutant averages are employed as measures of background ambient air quality and linked with sociodemographic information and data on asthma management, access to care, and risk behaviors collected through CHIS for each targeted respondent.

**Community Response to Maternal/Child Heath Disparities**
Principal Investigator:  Hobel, Cedars Sinai
NIH                                                                    04/1/03-9/30/05
The major goals of this study are to examine the interrelating biological and social-behavioral factors that contribute to health disparities in pregnancy outcomes and infant and early childhood mortality and morbidity. We will participate as one of five selected sites in the nation to plan for a multi-centered, community-based study examining the relationship between environmental factors and child health disparities.

**Extension of the Rocketdyne/AI Worker Cohort Through 1999**
Principal Investigator: Ritz
California Cancer Research Program                                     07/01/00-06/30/04

CRP award #00-00781V-20218
Total Direct Cost: $324,508
We extended the mortality follow-up of two previously established cohorts of workers employed at Rocketdyne/Atomics International (now Boeing North American) facility for an additional 5 years and added a cancer incidence component for the period 1972-1998.  This study allowed evaluating the impact of radiation and some known animal carcinogens on cancer mortality and morbidity.

**Assessment Scale for End-of-Life Care in End-Stage Dementia**
Principal Investigator: Ackerman, UCLA
Alzheimer's Association                                                                10/01/00-09/30/03
Total Direct Costs: $217,583
This pilot project developed a scale to assess end-of-life care for end-stage dementia patients and evaluated its performance using mortality data.

**Pilot grant from Southern California Center for Airborne Particulate Matter (SCCAPM)**
Principal Investigator: Froines, UCLA; Pilot grant Principal Investigator: Ritz
U.S.-EPA-Star grant                                                                    07/01/01-12/31/02
Total Direct Cost: $12,000
The pilot grant supported exposure assessment for an epidemiologic study of traffic related adverse birth outcomes.

**Evaluation and Validation of Pesticide Use Reporting in California**
Principal Investigator: Ritz
UC Toxic Substances Research & Teaching Program                          07/01/99-06/30/01
Total Direct Costs: $ 50,000
The goal of this pilot grant was to use biomarker data to evaluate the validity of pesticide exposures estimates derived from geographic models of environmental exposure based on pesticide use reports and land use maps in California residents.

**Identify and Reduce Work Hazards in Home Health Care Workers**
Principal Investigator: Ritz
Institute of Labor and Employment  Pilot Study                                02/01/01-30/08/01
Total Direct Costs: $ 7,500
This pilot project developed and tested a survey instrument and collected preliminary data for a study of job hazards in 74,000 home health care workers in LA county.

**Pilot Study for Gene-Environment Interaction and Parkinson's Disease Study**
Principal Investigator: Ritz
APDA Center Pilot Grant                                                                03/01/99-12/31/00
Total Direct Costs: $35,000
This pilot project involved establishing data resources to improve exposure measures for pesticides,  and setting up of a county-wide networks to reach incident Parkinson's cases in rural California.

**Development of a Temporary Parkinson's Disease Registry for Southern California**
Principal Investigator: Ritz
APDA/Pilot Grant from the PD-center at UCLA                                 03/01/99-12/31/00
Total Direct Costs: $10,000
This pilot project established mechanisms to obtain incident Parkinson's cases in rural California using information provided by local health care providers, Parkinson's disease foundations, clinics, and Medicare, and to determine which data sources exist for the application of capture-recapture methods to validate coverage of a future PD registry.

**Modeling Air Pollution and Birth Defects**
Principal Investigator: Ritz
CBDMP Grant/SCEHS/NIEHS Pilot Grant                                        07/01/00-09/30/00
Total Direct Costs: $5,600
The objective of this project was to examine the usefulness of some advanced statistical modeling procedures in order to determine whether exposures to elevated levels of ambient air pollutants (PM10,

CO) at the levels found in the South Coast Air basin (SoCAB) basin caused defects of the cardiac system of fetuses.

**Pesticide Exposure Modeling Based on Historical Use Reporting in California to Investigate Long-Term Health Effects**
Principal Investigator: Ritz
UCLA-USC NIEHS-Center Pilot Grant                                          05/01/99-04/30/00
Total Direct Costs: $18,000
The objectives of this pilot grant were to develop a geographic model for pesticide exposure of California residents between 1950 and 1990 using satellite images of crops, aerial photographs, and Pesticide Use Reporting Data from the California Department of Pesticide Regulations.

**Epidemiologic Study to Determine Possible Adverse Health Effects on Rockwell/Rocketdyne Workers from Exposure to Radioactive and Hazardous Substances**
Principal Investigator: Morgenstern, UCLA
CPHF/DOE/DE-FG-03-91SF18983                                          01/10/93-03/31/99
Total Direct Costs: $740,000
The major goal of this study was to test the hypothesis whether exposure to toxic chemicals and ionizing radiation among Rockwell/Rocketdyne workers caused an excess of cancer mortality.

**Hazard Surveillance in the Defense Nuclear Industry**
Principal Investigator: Froines, UCLA
CDC/NIOSH/R01-CCR912034                                          09/01/95-08/31/99
Total Direct Costs: $1,244,745
The major goals of this project were to develop an integrated theory, approach, and methodology to exposure assessment and hazard surveillance in the U.S. defense nuclear industry.

**The Influence of Air Pollution in the Los Angeles Metropolitan Area on the Occurrence of Birth Defects, 1990-1993**
Principal Investigator: Ritz
SCEHSC/NIEHS/UCLA-USC NIEHS-Center Pilot Grant                                          09/01/97-09/30/98
Total Direct Costs: $24,000
The objective of this pilot project were to examine whether the exposure of pregnant women to elevated levels of ambient air pollutants (Ozone, NO2, PM10, CO) at the levels found in the Los Angeles Metropolitan Area or the South Coast Air basin (SoCAB) basin cause low birth weight or preterm birth.


**RESEARCH CONDUCTED IN GERMANY (1984-1989)**
Health effects of airborne-dioxin exposure in Hamburg nursery schools
Rheumatic disorders, working conditions and coping behaviors in female office workers
Work-related knee-joint and elbow injuries in pipe-fitters and welders
Back and neck pain, psycho-social and ergonomic stresses in nursing professions


**HONORS AND AWARDS**

| | |
|---|---|
| 1999 | UCLA Faculty Career Development Award |
| 1999 | 'Rothman' award presented at SER by C. Poole |
| 1989-1992 | Post-doctoral fellowship received from DAAD ("German Academic Exchange Office of the Ministry of Research and Technology") |
| 2001 | Delta-Omega Award |
| 2007 | Robert M. Zweig M.D. Memorial Award (Clean Air Award) from the South Coast Air Quality Management District (AQMD) |
| 2009 | Award from the American Parkinson's Disease Association for outstanding contributions to the medical and scientific communities and for my work towards the advancement of Parkinson's disease research |

**TEACHING**

**UCLA, School of Public Health, graduate courses, 1995-present**
 Epidemiology Methods (Core methods course (200B) in the UCLA Epidemiology program)
 Environmental Epidemiology
 Occupational Epidemiology
 Advanced Methods in Occupational and Environmental Epidemiology
 Seminar: Occupational and Environmental Cancers
 Seminar: Policy Issues in Occupational and Environmental Health

**University of Hamburg, Medical School, 1984-89**
 Lectures and seminars in Medical Sociology for medical students
 Lectures and seminars in Psychiatry for medical students

**ADVISING AND MENTORING OF DOCTORAL STUDENTS (PH.D) AND POSTDOCTORAL FELLOWS (SUBJECT OF DISSERTATION OR FELLOWSHIP)**– *note:  this list only includes primary advisees (i.e. chair of committee and not member of dissertation committee) and does not include master level students*
**At UCLA:**

| | |
|---|---|
| 1997 - 2001 | Kurt Straif (Cancer mortality in the German rubber industry) |
| 1998 - 2000 | Timothy Clary (Pancreatic cancer mortality and pesticide use in California) |
| 1998 - 2004 | Michelle Wilhelm (Traffic-related air pollution and pregnancy related health effects) |
| 1998 - 2004 | Rudy Rull (GIS modeling of pesticide exposure and neural tube defects) |
| 1998 - 2004 | Anusha Krishnadsan (Occupational physical activity and prostate cancer incidence) |
| 2001 - 2004 | Yingxu Zhao (Work place exposures to chemicals and cancer incidence) |
| 2003 - 2006 | Gail Asleson Kang (*Movement Disorder Fellow*: Clinical characteristics of PD patients |
| 2002 - 2006 | Pin-Chieh Jason Wang (Ergonomic interventions and health effects in LA garment workers) |
| 2003 - 2006 | Chad Lewis (TTHM contamination in drinking water and adverse birth outcomes) |
| 2003 - 2005 | Kathrine Hoggatt (co-mentored with Dr Greenland: Air pollution and adverse birth outcomes) |
| 2004 - 2008 | Angelika Wahner (Doctoral student & postdoctoral fellow: Parkinson's disease, genetic factors and anti-inflammatory drug use) |
| 2004 - 2008 | Marie Sharp (The Latina Paradox in Birth Outcomes) |
| 2004 - 2008 | Sadie Costello (Parkinson's disease and life style factors) |
| 2005 - 2008 | Shannon Rhodes (Doctoral student & postdoctoral fellow: Iron genetics and Parkinson's disease) |
| 2008 - 2010 | Nicole Gatto (Postdoctoral fellow: Vitamin D, sunlight and Parkinson's disease) |
| 2004 - 2008 | Amanda Colligan (Residential pesticide exposure and Parkinson's disease) |
| 2005 - 2012 | Anthony Wang  (Occupational pesticide exposures and Parkinson's disease) |
| 2007- 2011 | JoKay Ghosh  (Air toxics and adverse birth outcomes) |
| 2008- 2013 | Tracy Becerra (Autism and race ethnicity in Los Angeles) |
| 2008- 2013 | Erin Jacob-Marcotte (Pesticides in pregnancy and childhood cancers) |
| 2011-2012 | Anshu Shresta; post-doctoral fellow (Childhood cancers and the environment) |
| 2011-2013 | Pei Chen Lee; postdoctoral fellow (Air pollution and pregnancy biomarkers) |
| 2009-2014 | Shilpa Narayan (Progression in Parkinson's disease) |
| 2009-2014 | Christina Lombardi (Air pollution and childhood cancers) |
| 2011-2014 | Zeyan Liew: PFOA exposures in the Danish birth cohort and ADHD and autism) |
| 2012 -present | Gretchen Bandoli (Stress, asthma and birth outcomes in LA) |
| 2012 -present | Kristina Vanderwaal Hool (breast cancer and methylation patterns) |
| 2011- present | Kim Paul (Gene-environment interactions in Parkinson's – PASIDA study) |
| 2011- present | Xin Cui (Bias analysis in the PASIDA study of Parkinsons) |
| 2011- present | Andrew Park (Pesticides and childhood cancers) |
| 2012- present | Vivian Alonso (Nutrition, vitamins use and reproductive health) |
| 2013- present | Yu-Hsuan Chuang (Parkinsons, gene methylation, and gene-environment interactions) |
| 2013- present | Xiaoqing Xu ( Pharmaceuticals and childhood cancers in Denmark) |
| 2013- present | Matt Feaster (Occupations risk factors for childhood cancers) |
| 2013- present | I-Fan Shih (Parkinsons and physical activity) |
| 2013- present | Negar Omid (Childhood cancer risk factors) |

2013- present    Aline Duarte (Parkinson's non-motor symptoms)
2013- present    Chenxiao Ling (Bias analysis in environmental epidemiology)
2014- present    Cynthia Kuster (Parkinsons' and estrogen receptors)
2014- present    Zuelma Esquivel (Childhood cancer risk factors)
**At University of Washington:**
2004-2006        Kathrine Carr (*Postdoctoral Fellow*: Bronchiolitis and air pollution in LA infants)
**At UCI:**
2011-2013        Jun Wu (junior faculty mentor for W. Rosenblith award given by HEI)
**At the University of Copenhagen, Denmark:**
2008-present    Line Kenborg (Parkinson's disease and outdoors work and sunlight exposures)
2007-2009        Kathrine Rugbjerg (Parkinson's disease and head trauma and auto-immune diseases)
**University of Umea/Sweden**
2014    Opponent for doctoral student David Olsson (Air pollution and PTB and preeclampsia in Stockholm)


**PARTICIPATION IN GRANT AND CENTER REVIEWS**
Reviewer on a NCI Special Emphasis Panel "Improving Exposure Assessment in Environmental and Occupational Epidemiology of Cancer", May 2001
Reviewer of the NIEHS-funded Columbia University Environmental Health Sciences Center, May 2002
Reviewer of the Charles Harkin Award Application for Research in Thyroid Cancer, NIH, April 2003
Reviewer of the Wellcome Trust Application "Pre and post-natal exposure to particulate matter and pregnancy and infant outcomes:  an historical cohort study",  2003
Reviewer of the Health Effects Institute's (HEI) Walter Rosenblith New Investigator Award application, April 2003
Reviewer of pilot grants for the Southern California NIEHS center grant (2004 and 2005)
Reviewer of pilot grants for the UCLA-CCPDER center (NIEHS funded) (2003 and 2005 and 2008)
Reviewer for NCI, Epidemiology of Cancer (2004/05 Council EPIC)
Reviewer for several NIH, Department of Health & Human Services meeting applications, 2003-2005
Reviewer (Chair of Review Committee) for a NIEHS-PO1 application (2004)
Appointment to Review Committee of the European Science Foundation (ESF) (2005)
Annual Review of SCEHSC Pilot Project Submission (permanent member 2004-current)
Institutional Patient-Oriented Career Development Programs in the Environmental Health Sciences [K12] (ES06-005).  (2007)
Conference grant applications (2004-2007)
NIH reviewer for Outstanding New Environmental Scientist (ONES) award in the Environmental Health Sciences  (2006)
Member of the EPA's Clean Air Scientific Advisory Committee (CASAC) Carbon Monoxide (CO) Review Panel (2008-current)
Grant review for an internal NIEHS scientist's application (Dr. Chen) (2007 and 2008)
Grant review for NIEHS special emphasis panels 2009-2010
Grant review for NIH-BCHI 2011
Pilot grant review for the Northern California Center for the National Children's Study –Pilot Projects Program August 2011
External Review of the Neurology Department at Columbia (NY), 2011
Scientific Review of Superfund Site Projects as EAC member for University of Washington, 2012
External Review of the Swiss Tropical and Public Health Institute (TPH), 2012 and 2013
External Review of the Epidemiology Branch at NIEHS, 2013
Review for Harvard NIEHS center pilot grant,  2014
Review of applications for Health Effects Institute (HEI Boston), Rosenblith awardees, 2014
Review for Mount Sinai (NY) NIEHS center pilot grants, 2014
Review for NIEHS USC-UCLAEnvironmental Health Science center pilot grants, 2014
Review of NIEHS conference grants July 2015
Review of Parkinson's disease grant for Parkinson's UK foundation in Great Britain


**JOURNAL REVIEWER FOR:**
American Journal of Epidemiology
Epidemiology
International Journal of Epidemiology
Annals of Epidemiology

Environmental Health Perspectives
Environmental Health
Occupational and Environmental Medicine
Archives of Neurology
Annals of Neurology
Neurology
Movement Disorders
Pediatrics
JAMA
Lancet
Parkinson's and Related Disorders
Pharmacogenetics and Genomics
Journal of the Air & Waste Management Association
Journal of Exposure Analysis and Environmental Epidemiology
Chemosphere
Zeitschrift Sozial- und Präventivmedizin (SPM)
Human Reproduction
Women & Health
Etc.

## INVITED SEMINARS AND LECTURES (SELECTED)

1.  The Health Effects of Low-level Ionizing Radiation, USC, Health Sciences 1996
2.  Work Environment and Health, UCLA Health Sciences 1996
3.  The Effects of Carbon Monoxide Exposure on Low Birth Weight in the LA Metropolitan Area, 1989-1993, USC, Southern California Environmental Health Sciences, 1997
4.  Cancer Mortality in Radiation Workers, USC Southern California Environmental Health Sciences, 1997.
5.  Basic Principles of Reproductive Epidemiology, European School of Risk Assessment in Reproduction" in Florence/Italy December, 1997.
6.  The Rocketdyne/AI Worker Health Study: Results and Lesson's Learned, California Department of Health Services, Occupational Health Branch, 1998
7.  Air Pollution and Low Birth Weight in Southern California, GSF Munich Germany, 1998.
8.  Air Pollution and Adverse Birth Outcomes: Methodological Issues and First Results, Southern California Environmental Health Science Center, USC, 1998.
9.  Gene-Environment Interaction and Parkinson's Disease, Neurology Grand Rounds, UCLA 1998
10. Air Pollution and Adverse Birth Outcomes in Southern California, Dept. of Reproductive Epidemiology, University of Michigan, East Lansing, 1999.
11. Methodologic Issues in Studying of Gene-Environment Interaction, GSF Munich Germany, 1999
12. Methodologic Aspects of Studying Cancer Mortality in Radiation Workers, Dept. of Epidemiology, University of Michigan, East Lansing, 2000.
13. Cancer Mortality in Fernald Uranium Workers, NIOSH, Cincinnatti, 2000.
14. GIS Modeling of Pesticide Exposures in California, Dept. Environmental Epidemiology, GSF Munich Germany, 2000
15. Traffic-related Air Pollution and Adverse Birth Outcomes in Southern California, Dept. Environmental Epidemiology, GSF Munich Germany, 2000
16. Studying Parkinson's disease in Populations; American Parkinson's Disease Association conference for patients and care providers at UCLA, 2001
17. From the Epidemiology of Parkinson's Disease to Gene-Environment Interactions, VA-PD conference, Woodland Hills, 2001
18. GIS Modeling of Air Pollution and Pesticide Exposures in California, USC-UCLA NIEHS Town hall meeting; Dec, 2001
19. GIS Modeling in the context of a Gene-Environment Interaction study of Parkinson's disease, Dept. Environmental Epidemiology, GSF Munich Germany, 2001
20. The Epidemiology of Parkinson's Disease, Conference of the Society for Research on Amyotrophic Lateral Sclerosis, Colorado May 2002
21. Traffic-related Air Pollution and Reproductive Health Effects: An Overview; Environmental Health Sciences seminar at UC Riverside, Feb. 2002
22. Reproductive Health Effects due to Carbon Monoxide Air Pollution in Southern California, NRC

Subcommittee on Health Effects from CO pollution meeting at UC Irvine, April 2002
23. Traffic-related Air Pollution and GIS Modeling in Southern California, USC-GIS Workshop Pasadena, May 2002
24. Health Effects Modeling with GIS, USC-GIS Workshop Public Forum at USC, May 2002
25. Dopamine Imbalance and Oxidative Stress in Parkinson's Disease, VA Research Conference on PD and Movement Disorders, Los Angeles 2002
26. The Center for Gene Environment Interaction in Parkinson's disease (CGEP) at UCLA: Dopamine Imbalance in Parkinson's Disease, Inaugural NIEHS Conference  at the Parkinson's Institute in Sunnyvale CA, August 2002
27. Air pollution effects on birth outcomes: An overview. Health Effects Institute, Annual conference held at Georgetown University; 2003
28. Linking air pollution effects and adverse birth outcomes in the Los Angeles basin throughout the 1990s. U.S. EPA, Chapel Hill, NC; 2003
29. Air Pollution and Adverse Birth Outcomes in the South Coast Air Basin, 1989-2000; Conference of the Czech  NAS meeting on air pollution effects (Dr. Sram), Prague, 2003.
30. Air pollution and adverse birth outcomes, an update on recent developments. Department of Preventive Medicine at the University of Southern California, 2003
31. GIS modeling of environmental exposures: applications to air pollution and pesticide exposures. Department of Environmental Health, Harvard, 2004
32. Air pollution models of adverse birth outcomes. Department of Epidemiology at the University of North Carolina, 2004
33. Parkinson's disease, metals and pesticides. Department of Toxicology, Symposium on Toxics Risks and Aging, Duke 2005
34. Air pollution and adverse birth outcome research in the SoCAB from 1995-2005. California Air Resources Board,  Sacramento, Sept 2005
35. Parkinson's disease and pesticide exposure assessment in farming communities in the California Central Valley. Symposium of the Ramazzini Conference, Bologna, Italy Sept. 2005
36. Parkinson's disease and aging. UCLA Center on Aging Research Conference on Aging 2006.
37. Air Pollution and Asthma in Children. AQMD Asthma Impacts of Air Pollution Conference Los Angeles, Feb. 2006
38. Parkinson's disease and pesticides in the Central California Valley. NIEHS center at Columbia University, NY 2007
39. Assessing pesticides exposures for prostate cancers in the Central California Valley. IARC, Lyon 2007
40. Air pollution and adverse birth outcomes in LA. INSERM, Paris 2007
41. Gene Environment Interactions in Parkinson's disease. CREAL Institute, Barcelona 2008
42. Latest results on Gene Environment Interactions in Parkinson's disease. INSERM, Paris 2008
43. Re-assessing Gene Environment Interactions in Parkinson's disease. MDS conference symposium, Chicago  2008
44. Methodological Issues in studying risk factor for Parkinson's disease in populations. MDS conference symposium, Chicago 2008.
45. Environmental and occupational health studies in California. University of Dublin 2008
46. Air pollution, pregnancy and child health; Healthy Development and Ageing Workshop; British Foreign & Commonwealth Office, LA 2009
47. Air pollution, pregnancy and child health; Physician's for Social Responsibility Environmental training 2009
48. Air pollution and adverse pregnancy outcomes in LA; Annenberg School of Journalism 2009
49. Parkinson's disease and pesticides. George Washington University Environmental Health Program 2009
50. LUR model for traffic related exposures and adverse birth outcomes in LA. Helmholtz Center Munich 2010
51. Parkinson's disease and gene–pesticide interactions. Symposium on Predictive Health, Human Health: Molecules to Mankind. Emory University Atlanta Dec 2010
52. Air Pollution and Adverse Birth Outcomes, invited speaker at HEI annual conference Boston 2011
53. Parkinson's disease in Denmark; the PASIDA study; University of Odense Denmark, May 2011
54. Gene-environment interactions in Parkinson's disease, invited symposium speaker at the International Society for Environmental Epidemiology (ISEE), Barcelona 2011
55. Air Pollution and the Brain; invited plenary speaker at the annual conference of the International Society for Environmental Epidemiology (ISEE), South Carolina 2012

56. Air Pollution and Autism; invited speaker at the University of Aarhus, Denmark 2012
57. Air Pollution, Children and Women's Health in LA; invited speaker at the SCAMQD conference for stakeholders, LA 2013
58. How to be an Epidemiologist, invited speaker at SER, Boston 2013
59. Pesticides and Neurodegeneration; invited speaker at the Conference on safety of fumigated container shipping in Berlin, Germany 2014
60. History of Environmental and Occupational Epidemiology, invited speaker at SER, Seattle 2014
61. History of Air Pollution, Adverse Birth Outcomes and Children's Health in California; Invited Plenary Speaker for the ISEE Young Researcher Conference, Barcelona 2014
62. Environmental Causes of Adverse Neurodevelopment; Invited Speaker at the B-Debate Barcelona (Environment and Child Brain Development: the Challenges in the Global Context) Conference, Barcelona 2014
63. Autism Epidemiology; invited speaker at the annual CART meeting UCLA 2014
64. Epidemiology of Parkinson's disease, invited speaker at annual GEO-PD meeting Vancouver CA, 2014
65. Parkinson's Disease Epidemiology: a Gene-Environment Perspective, invited speaker at the Neurogenetics Institute of Luebeck/Germany, 2015


**PUBLICATIONS**

**PEER REVEIWED JOURNAL ARTICLES (*indicates mentored students/fellows)**

1. **Ritz B**. Humeral Epicondylitis Among Gas- And Waterworks Employees. Scandinavian Journal of Work, Environment and Health, 1995 Dec, 21(6): 478-86.
2. **Ritz B**, Heinrich J, Wjst M, Wichmann E, Krause C. Effect Of Cadmium Body Burden On Immune Response Of School Children. Archives of Environmental Health 1998,Jul-Aug; Vol 53: 272-280
3. **Ritz B**, Morgenstern H, Froines J, Young B. Effects Of Exposure To External Ionizing Radiation On Cancer Mortality In Nuclear Workers Monitored For Radiation At Rocketdyne/Atomics International. AJIM 1999, Jan;  Vol 35: 21-31.
4. **Ritz B**, Yu F. The Effect Of Ambient Carbon Monoxide On Low Birth Weight Among Children Born In Southern California Between 1989 and 1993. Environmental Health Perspectives 1999 Jan, 107(1):17-25. PMCID: PMC1566307
5. Heinrich J, Hoelscher B, Wjst M, **Ritz B**, Cyrys J, Wichmann HE. Respiratory Diseases And Allergies In Two Polluted Areas In East Germany. Environmental Health Perspectives 1999,Jan; 107(1):53-62. PMCID: PMC1566314
6. **Ritz B**, Morgenstern H, Moncau J. Age At Exposure Modifies The Effects Of Low-Level Ionizing Radiation On Cancer Mortality In An Occupational Cohort.   Epidemiology 1999, Mar; 10(2):135-140.
7. **Ritz B**. Radiation Exposure and Cancer Mortality In Uranium Processing Workers.  Epidemiology, 1999, Sep; 10:531-538
8. **Ritz B**. Cancer Mortality Among Workers Exposed To Chemicals During Uranium Processing.  JOEM 1999, Jul;41(7):556-566.
9. **Ritz B**, Morgenstern H, Froines J., Moncau J. Chemical Exposures Of Rocket Engine Test Stands Personnel And Cancer Mortality In A Cohort Of Aerospace Workers.  JOEM, 1999 Oct; 41(10): 903-910.
10. Jacob B, **Ritz B**, Heinrich J, Hoelscher B, Wichmann HE.  The Effect Of Low-Level Blood Lead On hematologic parameters In Children. Environmental Research, 2000 Feb, 82 (2): 150-159.
11. **Ritz B**, Yu F. Parkinson's Disease Mortality And Pesticide Exposure In California 1984-1994. International Journal of Epidemiology, 2000 Apr, Vol. 29:323-329.
12. Hoelscher B, Heinrich J, Jacob B, **Ritz B**, Wichmann HE. Gas Cooking, Respiratory Health And White Blood Cell Counts In Children. Int. J. Hygiene and Environ Health, 2000 Mar; 203 (1): 29-37.
13. **Ritz B**, Morgenstern H, Crawford-Brown D,Young B.The Effects Of Internal Radiation Exposure On Cancer Mortality In Nuclear Workers At Rocketdyne/Atomics International. Environ Health Perspect, 2000 Aug; 108(8):743-751. PMCID: PMC1638302
14. **Ritz B**, Yu F, Chapa G, Fruin S. Effect Of Air Pollution On Preterm Birth Among Children Born In Southern California Between 1989 And 1993. Epidemiology, 2000 Sep; 11(5):502-511.
15. Morgenstern H, **Ritz B**. Effects of Radiation And Chemical Exposures On Cancer Mortality Among Rocketdyne Workers: A Review of Three Cohort Studies. Occup. Med. 2001 Apr-Jun;16(2): 219-237.
16. **Ritz B**, Yu F, Chapa G, Fruin S, Shaw G, Harris J. Ambient Air Pollution And Risk of Birth Defects in Southern California. Am J Epidemiol 2002 Jan 1;155:17–25.

17. **Ritz B**, Hoelscher B, Frye C, Meyer I, Heinrich J. Allergic sensitization owing to 'second-hand' cat exposure in schools. Allergy 2002 Apr;57(4):357-61

18. Jacob B, **Ritz B**, Gehring U, Koch A, Bischof W ,Wichmann HE, Heinrich J for the INGA-Study group. Indoor Exposure To Molds And Allergic Sensitization.  Environ Health Perspect. 2002 Jul;110(7):647-53. PMCID: PMC1240910

19. Clary T, **Ritz B**. Pancreatic Cancer Mortality And Organochlorine Pesticide Exposure In California, 1989-1996.  Am J Ind Med. 2003 Mar;43(3):306-13.

20. Wilhelm M, **Ritz B.** Residential Proximity To Traffic And Adverse Birth Outcomes In Los Angeles County, California, 1994-1996. Environ Health Perspect. 2003 Feb; 111(2):207-16. PMCID: PMC1241352

21. Rull R, **Ritz B**. Historical Pesticide Exposure In California Using Pesticide Use Reports And Land-Use Surveys: An Assessment Of Misclassification Error And Bias. Environ Health Perspect. 2003 Oct; 111(13):1582-9. PMCID: PMC1241678.

22. Hashibe M, **Ritz B**, Le AD, Li G, Sankaranarayanan R, Zhang ZF. Radiotherapy For Oral Cancer As A Risk Factor For Second Primary Cancers. Cancer Letters 2005 Apr 8; 220(2):185–195.

23. **Ritz,B**, Tager I, Balmes J. Can Lessons From Public Health Disease Surveillance Be Applied To Environmental Public Health Tracking? Environ Health Perspect. 2005 Mar; 113(3):243-9. PMCID: PMC1253746

24. Kang G, Bronstein JM, Masterman DL, Redelings M, Crum JA, **Ritz B**. Clinical Characteristics In Early Parkinson's Disease In A Central Californian Population-Based Study. Mov Disord. 2005 Sep; 20(9):1133-42. PMCID: PMC3643967

25. Ponce NA, Hoggatt KJ, Wilhelm M, **Ritz B**. Preterm Birth: The Interaction Of Traffic-Related Air Pollution With Economic Hardship In Los Angeles Neighborhoods. Am J Epidemiol. 2005 Jul 15;162(2):140-8.
PMCID: PMC3636775

26. Wilhelm M, **Ritz, B**. Local Variations In CO And Particulate Air Pollution And Adverse Birth Outcomes In Los Angeles County, California, USA. Environ Health Perspect; 2005 Sep;113(9):1212-21. PMCID: PMC1280404

27. Rull RP, **Ritz B**, Shaw GM. Validation Of Self-Reported Proximity To Agricultural Crops In A Case-Control Study Of Neural Tube Defects. Journal of Exposure Analysis and Environmental Epidemiology; J Expo Sci Environ Epidemiol. 2006 Mar;16(2):147-55.

28. Zhao Y, Krishnadasan A, Kennedy N, Morgenstern H. **Ritz B**. Estimated effects of solvents and mineral oils on cancer incidence and mortality in a cohort of aerospace workers. Am J Ind Med. 2005 Oct;48(4):249-58.

29. Lewis C, Suffet I, **Ritz B**. Estimated Effects Of Disinfection By-Products On Birth Weight In A Population Served By A Single Water Utility. Am J Epidemiol. 2006 Jan 1;163(1):38-47.

30. Karr C, Lumley T, Shepherd K, Davis R, Larson T, **Ritz B**, Kaufman J. A Case Crossover Study Of Wintertime Ambient Air Pollution And Infant Bronchiolitis. Environ Health Perspect. 2006 Feb;114(2):277-81. PMCID: PMC1367844

31. **Ritz B,** Zhao Y, Krishnadasan A, Kennedy N, Morgenstern H. Estimated Effects of Hydrazine Exposure on Cancer Incidence and Mortality in Aerospace Workers.   Epidemiology. 2006 Mar;17(2):154-61.

32. Rull RP, **Ritz B**, Shaw GM. Neural Tube Defects And Maternal Residential Proximity To Agricultural Pesticide Applications.  Am J Epidemiol. 2006 Apr 15;163(8):743-53.

33. Glatt CE, Wahner AD, White DJ, Ruiz-Linares A, **Ritz B**. Gain Of Function Haplotypes In The Vesicular Monoamine Transporter Promoter Are Protective For Parkinson Disease In Women. Hum Mol Genet. 2006 Jan 15;15(2):299-305. PMCID:PMC3643966

34. Marusek JC, Cockburn MG, Mills PK, **Ritz B**. Control Selection And Pesticide Exposure Assessment Via GIS In Prostate Cancer Studies. Am J Prev Med. 2006 Feb;30(2 Suppl):S109-16.

35. **Ritz B**, Wilhelm M, Zhao Y. Air pollution and infant death in southern California, 1989-2000. Pediatrics 2006 Aug;118(2);493-502. PMCID: PMC3636770

36. Schernhammer E, Chen H, **Ritz B**. Circulating Melatonin Levels: Possible Link Between Parkinson's Disease And Cancer Risk?  2006 May;17(4):577-82.

37. Karr C, Lumley T, Schreuder A, Davis R, Larson T, **Ritz B**, Kaufman J. Effect of Subchronic and Chronic Exposure to Ambient Air Pollutants on Infant Bronchiolitis. Am J Epidemiol. 2007 Mar 1;165(5):553-60.

38. **Ritz B**, Ascherio A, Checkoway H, Marder KS, Nelson LM, Rocca WA, Ross GW, Strickland D, Van Den Eeden SK, Gorell J. Pooled Analysis Of Tobacco Use And Risk Of Parkinson Disease. Arch Neurol. 2007 Jul;64(7):990-7.

39. **Ritz B,** Costello S. Geographic model and biomarker-derived measures of pesticide exposure and Parkinson's disease. Ann N Y Acad Sci. 2006 Sept;1076:378-87. PMCID: PMC3656600

40. Elbaz A, Nelson LM, Payami H, Ioannidis JPA, Fiske BK, Annesi G, Belin AC, Factor SA, Ferrarese C, Hadjigeorgiou GM, Higgins DS, Kawakami H, Krüger R, Marder KS, Mayeux RP, Mellick GD, Nutt JG, **Ritz B,** Samii A, Tanner CM, Van Broeckhoven C, Van Den Eeden SK, Wirdefeldt K, Zabetian CP, Dehem M, Montimurro JS, Myers RM, Southwick A, Trikalinos TA. Lack Of Replication Of Thirteen Single-Nucleotide Polymorphisms Implicated In Parkinson's Disease: A Large-Scale International Study. Lancet Neurol. 2006 Nov; 5(11):917-23. PMCID: PMC3636768

41. Rempel DM, Wang PC, Janowitz I, Harrison RJ, Yu F, **Ritz B**. A Randomized Controlled Trial Evaluating the Effects of New Task Chairs on Shoulder and Neck Pain among Sewing Machine Operators:  The Los Angeles Garment Study. 2007 Apr 20. Spine; 32(9): 931–938

42. Wahner AD, Sinsheimer JS, Bronstein JF, **Ritz B**. Inflammatory Cytokine Gene Polymorphisms And Increased Risk of Parkinson disease. Arch Neurol. 2007 Jun;64(6):836-40.

43. Wahner AD, Glatt CE, Bronstein JM, **Ritz B**. Glutathione S-Transferase Mu, Omega, Pi, And Theta Class Variants And Smoking In Parkinson's Disease. Neurosci Lett. 2007 Feb 21;413(3):274-8. PMCID: PMC1864949

44. Lewis C, Suffet HI, Hoggatt KJ, **Ritz B**. Estimated Effects of Disinfection By-products On Preterm Birth in a Population Served by a Single Water Utility. Environ Health Perspect. 2007 Feb;115(2):290-5. PMCID: PMC1831522

45. Krishnadasan A, Kennedy N, Zhao Y, Morgenstern H, **Ritz B**. Nested Case-Control Study of Occupational Chemical Exposures and Prostate Cancer in Aerospace and Radiation Workers. Am J Ind Med. 2007 May; 50(5):383-90.

46. Meng YY, Wilhelm M, Rull R, English P, **Ritz B**. Traffic And Outdoor Air Pollution Levels Near Residences And Poorly-Controlled Asthma In Adults. Ann Asthma, Allergy, Immunol; 2007 May, 98(5), 455-63.

47. Wang PC, Rempel DM, Harrison RJ, Chan J, **Ritz B**. Work-Organizational And Personal Factors Associated With Upper Body Musculoskeletal Disorders Among Sewing Machine Operators. Occup Environ Med. 2007 Dec;64(12):806-13. Epub 2007 May 23  PMCID: PMC2095384

48. **Ritz B**, Wilhelm M, Hoggatt KJ, Ghosh JKC. Ambient Air Pollution And Preterm Birth In the Environment And Pregnancy Outcomes Study at the University of California, Los Angeles. Am J Epidemiol. 2007 Nov 1;166(9):1045-52.

49. Wahner AD, Bronstein JM, Bordelon YM, **Ritz B**. Nonsteroidal Anti-Inflammatory Drugs May Protect Against Parkinson Disease. Neurology. 2007 Nov 6;69(19):1836-42.

50. Wahner AD, Bronstein JM, Bordelon YM, **Ritz B**. Statin Use and the Risk of Parkinson's Disease. Neurology. 2008 Apr 15;70(16 Pt 2):1418-22. PMCID: PMC3690297

51. Krishnadasan A, Kennedy N, Zhao Y, Morgenstern H, **Ritz B**. Nested Case-control Study of Occupational Physical Activity and Prostate Cancer Among Workers Using a Job Exposure Matrix. Cancer Causes Control. 2008 Feb;19(1):107-14.

52. **Ritz B**, Wilhelm M. Ambient Air Pollution And Adverse Birth Outcomes: Methodologic Issues In An Emerging Field. Basic Clin Pharmacol Toxicol. 2008 Feb;102(2):182-90. PMCID: PMC3656653

53. Meng YY, Wilhelm M, Rull RP, English P, Nathan S, **Ritz B**. Are frequent asthma symptoms among low-income individuals related to heavy traffic near homes, vulnerabilities, or both? Ann Epidemiol. 2008 May;18(5):343-50.

54. Wilhelm M, Qian L, **Ritz B**.  Outdoor air pollution, family and neighborhood environment, and asthma in LA FANS children.  Health Place. 2009 Mar;15(1):25-36. PMCID: PMC2658528

55. Heck JE, **Ritz B**, Hung R, Hashibe M, Boffetta P.  The Epidemiology of Neuroblastoma: A Review. Paediatr Perinat Epidemiol. 2009 Mar;23(2):125-43.

56. Wilhelm M, Meng YY, Rull RP, English P, Balmes J, **Ritz B.**  Environmental public health tracking of childhood asthma using California health interview survey, traffic, and outdoor air pollution data. Environ Health Perspect 2008 Sep;116(9):1254-60. PMCID: PMC2535631

57. Wang PC, **Ritz, B**, Janowitz I, Harrison RJ, Yu F, Chan J, Rempel DM. A Randomized Controlled Trial of Chair Interventions on Back and Hip Pain Among Sewing Machine Operators: The Los Angeles Garment Study. J Occup Environ Med. 2008 Mar;50:255–262.

58. Wang PC, Rempel DM, Hurwitz EL, Harrison RJ, Janowitz I, **Ritz B**. Self-Reported Pain And Physical Signs For Musculoskeletal Disorders In The Upper Body Region Among Los Angeles Garment Workers. Work. 2009;34(1):79-87.

59. Rhodes SL, **Ritz, B**. Genetics of Iron Regulation and the Possible Role of Iron in Parkinson's Disease. In Neurobiol Dis. 2008 Nov;32(2):183-95. PMCID: PMC3643980

60. Goldberg DW, Wilson JP, Knoblock CA, **Ritz B**, Cockburn MG. An effective and efficient approach for manually improving geocoded data. International Journal of Health Geographics 2008 Nov 26, 7:60. PMCID: PMC2612650.

61. **Ritz B**, Rull R. Assessment of Environmental Exposures from Agricultural Pesticides in Childhood Leukemia Studies: Challenges and Opportunities. Radiat Prot Dosimetry. 2008;132(2):148-55.

62. Rugbjerg K, **Ritz B**, Korbo L, Martinussen N, Olsen JH.  Risk for Parkinson's disease after hospital contact for head injury: a population-based case–control study. BMJ. 2008 Dec 15;337. PMCID: PMC2603581

63. Costello S*, Cockburn M., Bronstein J, Zhang X, **Ritz B.** Parkinson's disease and residential exposure to Maneb and Paraquat from agricultural applications in the central valley of California.  Am J Epidemiol. 2009 Apr 15;169(8):919-26. PMCID: PMC2727231.

64. Hoggatt KJ, Greenland S, **Ritz B**. Adjustment for response bias via two-phase analysis: an application. Epidemiology. 2009 Nov;20(6):872-9. PMCID: PMC3656648

65. Wang PC, Harrison RJ**,** Yu F, Rempel DM, **Ritz B**. Follow-up Of Neck And Shoulder Pain Among Sewing Machine Operators: the Los Angeles Garment Study. Am J Ind Med. 2010 Apr;53(4):352-60.

66. **Ritz B**, Manthripragada A,  Costello S, Lincoln SJ, , Farrer M, Cockburn M, Bronstein J. Dopamine transporter genetic variants and pesticides in Parkinson's disease. Environ Health Perspect  2009 Jun;117(6):964-9 PMCID: PMC2702414.

67. Meng YY, Rull RP, Wilhelm M ,Lombardi C,Balmes J, **Ritz B**. Outdoor air pollution and uncontrolled asthma in the San Joaquin Valley, California. J Epidemiol Community Health. 2010 Feb;64(2):142-7.

68. Manthripragada A, Cockburn M, Costello S, Bronstein J**, Ritz B**. Paraoxonase 1, agricultural organophosphate exposure, and Parkinson disease.  Epidemiology. 2010 Jan;21(1):87-94. PMCID: PMC3117899

69. Su JS, Jerrett M, Beckerman B, Wilhelm M, Ghosh JK, **Ritz B**. Predicting traffic-related air pollution in Los Angeles using a distance decay regression selection strategy. Environ Res. 2009; Aug; 109(6):657-70. PMCID: PMC 3656661

70. Wu J, Ren C , Delfino R, Chung J, Wilhelm M, **Ritz B**. Association between local traffic-generated air pollution and preeclampsia and preterm delivery in the South Coast Air Basin of California. Environ Health Perspect. 2009 Nov;117(11):1773-9. PMCID: PMC2801174.

71. Gatto N, Cockburn M, Bronstein J, Manthripragada A, **Ritz B**. Well Water Consumption and Parkinson's Disease in Rural California. Environ Health Perspect 2009 Dec; 117: 1912–1918 PMCID: PMC2799466.

72. Rugbjerg K, Friis S, **Ritz B**, Schernhammer ES, Korbo L, Olsen JH.  Autoimmune disease and risk for Parkinson's disease: a population based case–control study. Neurology. 2009 Nov 3;73(18):1462-8. PMCID: PMC2779008

73. Rod-Nielsen N, Schernhammer E, Hansen J, **Ritz B**. Major life events and risk of Parkinson's disease. Mov Disord. 2010 Aug 15;25(11):1639-45. PMCID: PMC2928859

74. Plaitakis A, Latsoudis H, Kanavouras K, **Ritz B**, Bronstein JM, Skoula I, Mastorodemos V, Papapetropoulos S, Borompokas N, Zaganas I, Xiromerisiou G, Hadjigeorgiou GM, Spanaki C. Gain-of-function variant in GLUD2 glutamate dehydrogenase modifies Parkinson's disease onset. Eur J Hum Genet. 2010 Mar;18(3):336-41. PMCID: PMC2987208

75. **Ritz B,** Rhodes SL, Qian L, Schernhammer E, Olsen J, Friis, S. L-type Calcium Channel blockers and Parkinson disease in Denmark. Ann Neurol. 2010 May;67(5):600-6. PMCID: PMC2917467

76. Gosh JKC, Wilhelm M, Dunkel-Shetter C, Lombardi C*, **Ritz B**. Paternal support and preterm birth, and the moderation of effects of chronic stress: a study in Los Angeles county mothers. Arch Womens Ment Health. 2010 Aug;13(4):327-38.PMCID: PMC2896639

77. Costello S, Bordelon Y, Bronstein J, **Ritz B.**  Familial Associations of Alzheimer Disease and Essential Tremor with Parkinson Disease. Eur J Neurol. 2010 Jun 1;17(6):871-8. PMCID: PMC2895681

78. Wu J, Hou H, **Ritz B**, Chen Y Exposure to Polycyclic Aromatic Hydrocarbons and Missed Abortion in Early Pregnancy in a Chinese Population. Science of the Total Environment 2010 May 1;408(11):2312-8.

79. **Ritz B,** Mandripragada A, Qian L, Schernhammer E, Olsen J, Wermuth L, Friis S. Statin use and Parkinson's Disease in Denmark. Mov Disord. 2010 Jul 15;25(9):1210-6. PMCID: PMC2910157

80. Rugbjerg K, Friis S, Jorgensen T, **Ritz B**, Korbo L, Olsen JH.  Risk of Parkinson disease among patients with osteoarthritis: a Danish cohort study. Mov Disord. 2010 Oct 30;25(14):2355-60. PMCID:PMC2992436

81. Gatto NM, Rhodes SL, Manthripragada AD, Bronstein J, Cockburn M, Farrer M, **Ritz B**.  a-Synuclein Gene May Interact with Environmental Factors in Increasing Risk of Parkinson's Disease. Neuroepidemiology. 2010;35(3):191-5.  PMCID: PMC2945263

82. Wu X, Bennett DH, **Ritz B**, Frost J, Cassady D,  Lee K, Hertz-Picciotto I. Residential Insecticide Usage in Northern California Homes with Young Children. J Expo Sci Environ Epidemiol. 2011 Jul-Aug;21(4):427-36.

83. Jacob EL, Gatto NM, Thompson A, Bordelon Y, **Ritz B.** Occurrence of Depression and Anxiety prior to Parkinson's Disease. Parkinsonism Relat Disord. 2010 Nov;16(9):576-81. PMCID: PMC2963655

84. Wu X, Bennett DH, **Ritz B**, Cassady DL, Lee K, Hertz-Picciotto I. Usage Pattern of Personal Care Products in California Households. Food Chem Toxicol. 2010 Nov;48(11):3109-19.

85. Rhodes SL, Sinsheimer JS, Bordelon Y, Bronstein JM, **Ritz B**.  Replication of GWAS associations for GAK and MAPT in Parkinson's disease. Annals of Human Genetics. Ann Hum Genet. 2011 Mar;75(2):195-200. PMCID: PMC3074465

86. Kenborg L, Funch C, **Ritz B**, Schernhammer E, Hansen J, Gatto N, Olsen JH. Outdoor work and risk for Parkinson disease: a population-based case–control study. Occup Environ Med. 2011 Apr;68(4):273-8. PMCID: PMC3667158

87. Hertz-Picciotto I, Cassady D, Lee K, Bennett DH, **Ritz B**, Vogt R.  Study of Use of Products and Exposure-Related Behaviors (SUPERB): study design, methods, and demographic characteristics of cohorts. Environ Health. 2010 Aug 29;9:54. PMCID: PMC2940867

88. Sapkota A, Chelikowski A, Nachman K, Cohen A, **Ritz B**. Exposure to Particulate Matter and Adverse Birth Outcomes: A Comprehensive Review and Meta Analysis. Air Quality, Atmosphere and Health; 2012, Vol 5, Issue 4; 369-381

89. Cockburn M, Mills P,  Zhang X, Zadnick j, Goldberg D, **Ritz B**. Prostate cancer and ambient pesticide exposure in agriculturally intensive areas in California. Am J Epidemiol. 2011 Jun 1;173(11):1280-8 PMCID: PMC3121318

90. Popat R, Van Den Eeden SK, Tanner CM, Kamel F, Umbach D, Marder K, Mayeux R, **Ritz B**, Ross GW, Petrovitch H, Topol B, McGuire V, Costello S, Manthripragada AD, Southwick A, Myers RM, Nelson LM**.** Coffee, ADORA2A, and CYP1A2: the caffeine connection in Parkinson's disease. Eur J Neurol. 2011 May;18(5):756-65. PMCID: PMC3556904

91. Lewis C, Hoggatt KJ, **Ritz B**. The Impact of Different Causal Models on Estimated Effects of Disinfection By-Products on Preterm Birth. Environ Res. 2011 Apr;111(3):371-6.

92. Lee PC, Talbott EO; Roberts JM, Catov JM, Sharma RK, **Ritz B.** Particulate Air Pollution Exposure and C-Reactive Protein during Early Pregnancy. Epidemiology. 2011 Jul;22(4):524-31.

93. Schernhammer E, Hansen J, Rugbjerg K, Wermuth L, **Ritz B**. Diabetes and the risk of developing Parkinson's disease in Denmark. Diabetes care. 2011 May;34(5):1102-8. PMCID:PMC3114482

94. Wang A, Costello S, Cockburn M, Zhang X, Bronstein J, **Ritz B**. Parkinson's Disease risk from ambient exposure to pesticides. Eur J Epidemiol. 2011 Jul;26(7):547-55. Epub 2011 Apr 20. PMCID: PMC3643971

95. Manthripragada A, Schernhammer  ES, Qiu J, Friis S, Wermuth L, Olsen J, **Ritz B**. Non-steroidal anti-inflammatory drug use and the risk of Parkinson's Disease. Neuroepidemiology. 2011;36(3):155-61. PMCID:PMC3095838

96. Wu X, Bennett DH, Lee K, Cassady DL, **Ritz B**, Hertz-Picciotto I. Feasibility of Using Web Surveys to Collect Time-Activity Data. Journal Of Exposure Science And Environmental Epidemiology. J Expo Sci Environ Epidemiol. 2012 Mar-Apr;22(2):116-25.

97. Gatto NM, Bordelon Y,  Gatz M, **Ritz B**. Personality Characteristics and Motor Skills Attributed to Occupations in Parkinson Disease. Cognitive and Behavioral Neurology. Cogn Behav Neurol. 2011 Mar; 24(1):18-25.PMCID: PMC3656654

98. Wu J, Wilhelm M, Chung J, **Ritz B**. Comparing exposure assessment methods for traffic-related air pollution in an adverse pregnancy outcome study. Environ Res. 2011 Jul;111(5):685-92. PMCID: PMC3114297

99. McGuire V, Van Den Eeden SK, Tanner CM, Kamel F, Umbach D, Marder K, Mayeux R, **Ritz B**, Ross GW, Petrovitch H, Topol B, Popat RA, Costello S, Manthripragada AD, Southwick A, Myers RM, Nelson LM, Association of DRD2 and DRD3 Polymorphisms with Parkinson's Disease in a Multiethnic Consortium. J Neurol Sci. 2011 Aug 15;307(1-2):22-9. PMCID: PMC3155471

100. Wilhelm M, Ghosh JK, Su J, Cockburn M, Jerrett M, **Ritz B**. Traffic-related air toxics and preterm birth: a population-based case-control study in Los Angeles County, California. Environmental Health. Environ Health. 2011 Oct 7;10:89. PMCID:PMC3204282

101. Hamza TH, Chen H, Hill-Burns EM, Rhodes SL, Montimurro J, Kay DM, Tenesa A, Kusel VI, Sheehan P, Eaaswarkhanth M, Yearout D, Samii A, Roberts JW, Agarwal P, Bordelon Y, Park Y, Wang L, Gao J, Vance JM, Kendler KS, Bacanu SA, Scott WK, Ritz B, Nutt J, Factor SA, Zabetian CP, Payami HGenome-Wide Gene-Environment Study Identifies Glutamate Receptor Gene GRIN2A as a Parkinson's Disease Modifier Gene via Interaction with Coffee. PLoS Genet. 2011 Aug;7(8):e1002237.  PMCID: PMC3158052

102. Armes MN, Liew Z, Wang A, Wu X, Bennett DH, Hertz-Picciotto I, **Ritz B.** Residential Pesticide Usage in Older Adults Residing in Central California. International Journal of Environmental Research and Public Health. 2011 Aug;8(8):3114-33. PMCID:PMC3166730.

103. Wilhelm M, Gosh J,  Su J, Cockburn M, Jerret M, **Ritz B.** Traffic-Related Air Toxics and Term Low Birth Weight in Los Angeles County, California. Environ Health Perspect. 2012 Jan;120(1):132-8. PMCID:PMC3261935

104. Wu X, Bennett DH, Lee K, Cassady DL, **Ritz B**, Hertz-Picciotto I. Longitudinal variability of time-location/activity patterns of population at different ages: a longitudinal study in California. Environmental Health 2011 Sep 20;10:80  PMCID: PMC3184256

105. Hoggatt KJ, Sharp M, Wilhelm M, Solorio R, **Ritz B**. The Latina Epidemiologic Paradox  revisited: the role of birthplace and acculturation in predicting infant low birth weight for Latinas in Los Angeles, CA. Journal of Immigrant and Minority Health (JOIH). J Immigr Minor Health. 2012 Oct;14(5):875-84. PMCID: PMC3643973

106. Gosh  JK, Wilhelm M, Su J, Goldberg D, Cockburn M, Jerret J, **Ritz B**. Assessing the influence of traffic-related air pollution on risk of term low birth weight on the basis of land-use-based regression models and measures of air toxics. Am J Epidemiol. 2012 Jun 15;175(12):1262-74. PMCID: PMC3372317

107.  Nielsen HH, Qiu J, Friis S, Wermuth L**, Ritz B**. Treatment of Helicobacter Pylori infection and risk of Parkinson's disease in Denmark. Eur J Neurol. 2012 Jun;19(6):864-9. PMCID: PMC3330170

108. Wermuth L, Lassen CF, Himmerslev L, Olsen J, **Ritz B.** Validation of hospital register-based diagnosis of Parkinson's disease. Dan Med J. 2012 Mar;59(3):A4391. PMCID: PMC3643969

109. Rugbjerg K, Friis S, Lassen CF,  **Ritz B**, Olsen J. Malignant melanoma, breast cancer and other cancers in patients with Parkinson's disease.  2012 Oct 15;131(8):1904-11. PMCID: PMC3636769

110. Heck JE, Lombardi CA, Cockburn M, Meyers TJ, Wilhelm M, **Ritz B**. Epidemiology of rhabdoid tumors of early childhood. Pediatr Blood Cancer. 2013 Jan;60(1):77-81. PMCID: PMC3399923

111.  Li L, Wu J, Wilhelm M, **Ritz B**. Use of Generalized Additive Models and Cokriging of Spatial Residuals to Improve Land-Use Regression Estimates of Nitrogen Oxides in Southern California. Atmos Environ 2012 Aug 1;55:220-228. PMCID: PMC3579670

112. Lee PC, Roberts JM, Catov JM, Talbott EO, **Ritz B**. First trimester exposure to ambient air pollution, pregnancy complications and adverse birth outcomes in Allegheny County, PA. Matern Child Health J. 2013 Apr;17(3):545-55. PMCID: PMC3636771

113.  Bennett DH, Wu X, Teague C, Lee K, Cassady DL, **Ritz B**, Hertz-Picciotto I. Passive Sampling Methods to Determine Household and Personal Care Product Use. J Expo Sci Environ Epidemiol. 2012 Mar-Apr;22(2):148-60.

114. **Ritz B.** Rhodes SL, Bordelon Y, Bronstein J. α-Synuclein genetic variants predict faster motor symptom progression in idiopathic Parkinson disease. PLoS One. 2012;7(5):e36199. PMCID: PMC3352914

115. Lee PC, Talbott  EO; Roberts JM; Catov JM Bilonick RA; Stone RA; Sharma RK; **Ritz B**. Ambient Air Pollution Exposure and Blood Pressure Changes during Pregnancy. Environ Res. 2012 Aug;117:46-53. PMCID: PMC3656658

116. Gosh JK, Wilhelm M, **Ritz B**. Effects of residential indoor air quality and household ventilation on preterm birth and term low birth weight in Los Angeles County, California. Am J Public Health. 2013 Apr;103(4):686-94. PMCID: PMC3643965

117. Heck JE, Lombardi CA, Meyers TJ, Cockburn M, Wilhelm M, **Ritz B**. Perinatal characteristics and retinoblastoma. 2012 Sep;23(9):1567-75. PMCID: PMC 3429932

118. Lee PC, Bordelon Y, Bronstein J, **Ritz B**. Traumatic Brain Injury, Paraquat Exposure, and their Relationship to Parkinson Disease. Neurology. 2012 Nov 13;79(20):2061-6. PMCID: PMC3511918

119. Mata IF, Checkoway H, Hutter CM, Samii A, Roberts JW, Kim HM, Agarwal P, Alvarez V, Ribacoba R, Pastor P, Lorenzo-Betancor O, Infante J, Sierra M, Gómez-Garre P, Mir P, **Ritz B**, Rhodes SL, Colcher A, Van Deerlin V, Chung KA, Quinn JF, Yearout D, Martinez E, Farin FM, Wan JY, Edwards KL, Zabetian CP.Common Variation in the LRRK2 Gene is a Risk Factor for Parkinson's Disease. Mov Disord. 2012 Dec;27(14):1822-5. PMCID: PMC3536918

23

120. Block ML, Elder A, Auten RL, Bilbo SD, Chen H, Chen JC, Cory-Slechta DA, Costa D, Diaz-Sanchez D, Dorman DC, Gold DR, Gray K, Jeng HA, Kaufman JD, Kleinman MT, Kirshner A, Lawler C, Miller DS, Nadadur SS, **Ritz B**, Semmens EO, Tonelli LH, Veronesi B, Wright RO, Wright RJ. The outdoor air pollution and brain health workshop. Neurotoxicology. 2012 Oct;33(5):972-84. PMCID: PMC3726250

121. Rod-Nielsen N, Bordelon Y, Thompson A, Marcotte E, **Ritz B**. Major life events and development of major depression in Parkinson's disease patients. Eur J Neurol. 2013;20(4):663-70. PMCID: PMC3566278

122. Vogt R, Bennett D, Cassady D, Frost J, **Ritz B**, Hertz-Picciotto I. Cancer and non-cancer health effects from food contaminant exposures for children and adults in California: a risk assessment. Environ Health 2012 Nov 9 ;11:83. PMCID: PMC3551655

123. Becerra T, Wilhelm W, Olsen J, Cockburn M, **Ritz B**. Ambient Air Pollution and Autism in Los Angeles County, California. Environ Health Perspect. 2013 Mar;121(3):380-6. PMCID: PMC3621187

124. Fitzmaurice AG, Rhodes SL, Lulla A, Murphy NP, Lam HA, O'Donnell KC, Barnhill L, Casida JE, Cockburn M, Sagasti A, Stahl MC, Maidment NT, **Ritz B**, Bronstein JM. Aldehyde dehydrogenase inhibition as a pathogenic mechanism in Parkinson disease. Proc Natl Acad Sci U S A. 2013 Jan 8;110(2):636-41. PMCID: PMC3545765

125. Lim SS, et al. A comparative risk assessment of burden of disease and injury attributable to 67 risk factors and risk factor clusters in 21 regions, 1990-2010: a systematic analysis for the Global Burden of Disease Study 2010. Lancet. 2012 Dec 15;380(9859):2224-60. PMCID: PMC4156511

126. Clark AJ, **Ritz BR**, Prescott E, Rod NH. Psychosocial risk factors, pre-motor symptoms, and first-time hospitalization with Parkinson's Disease: a prospective cohort study. Eur J Neurol  2013 Aug;20(8):1113-20. PMCID: PMC3664243

127. Shrestha A, **Ritz B,** Ognjanovic S, Lombardi CA, Wilhelm M, Heck JE. Early life factors and risk of childhood rhabdomyosarcoma. Front Public Health. 2013 May 31;1:17. PMCID: PMC3854857.

128. Li L, Wu J, Ghosh JK, **Ritz B**.Estimating Spatiotemporal Variability of Ambient Air Pollutant Concentrations with A Hierarchical Model. Atmospheric Environment 2013 Jun 1;71:54-63. PMCID: PMC3627373

129. Liew Z, Wang A, Bronstein B, **Ritz B**. Job Exposure Matrix (JEM) derived estimates of life-time occupational pesticide exposure and the risk of Parkinson's Disease. Arch Environ Occup Health. 2014;69(4):241-51. PMCID: PMC3916959

130. Lee PC, Rhodes SL, Sinsheimer JS, Bronstein J, **Ritz B**. Functional Paraoxonase 1 Variants Modify the Risk of Parkinson's Disease due to Organophosphate Exposure. Environ Int. 2013 Jun;56:42-7. PMCID: PMC3690300

131. Schernhammer E, Qiu J, Wermuth L, Funch Lassen C, Friis S, **Ritz B**. Gout and the risk of Parkinson's disease in Denmark. European Journal of Epidemiology. 2013 Apr;28(4):359-60. PMCID:PMC3655156

132. Lombardi C, Heck JE, Cockburn M, **Ritz B**.  Solar UV radiation and cancer in young children. Cancer Epidemiol Biomarkers Prev. 2013 Jun;22(6):1118-28 PMCID:PMC369030

133. von Ehrenstein OS, Wilhelm M**, Ritz B**.  Maternal Occupation and Term Low Birth Weight in a Pre-dominantly Latina Population in Los Angeles, California. J Occup Environ Med. 2013 Sep;55(9):1046-51.

134. Gosh JK, Heck J, Cockburn M, Su J, Jerrett M, **Ritz B**. Prenatal exposure to traffic-related air pollution and risk of early childhood cancers. Am J Epidemiol. 2013 Oct 15;178(8):1233-9. PMCID:PMC3792733

135. von Ehrenstein OS, Wilhelm M,  **Ritz B**.  Preterm Birth and Prenatal Maternal Occupation: Preterm Birth and Prenatal Maternal Occupation: The Role of Hispanic Ethnicity and Nativity in a Population Based Sample in Los Angeles, California. Am J Public Health. 2014 Feb;104 Suppl 1:S65-72. PMCID: PMC4011103

136. Chen H, Burton EA, Ross GW, Huang X, Savica R, Abbott RD, Ascherio A,  Caviness JN, Gao X, Gray KA, Hong JS, Kamel F, Jennings D, Kirshner A, Lawler C, Liu R, Miller GW, Nussbaum R, Peddada S, Rick AC,  **Ritz B**, Siderowf AD,  Tanner CM, Tröster AI, Zhang J. Research on the pre-motor symptoms of Parkinson's disease Clinical and etiological implications. Environ Health Perspect. 2013 Nov-Dec;121(11-12):1245-52. PMCID: PMC3855519

137. Rhodes SL, Fitzmaurice AG, Cockburn M, Bronstein JM, Sinsheimer JS, **Ritz B**. Pesticides that Inhibit the Ubiquitin-Proteasome System: Effect Measure Modification by Genetic Variation in SKP1 in Parkinson's Disease. Environ Res. 2013 Oct; 126:1-8. PMCID: PMC3832349

138. Narayan S, Liew Z, Paul K, Lee PC, Sinsheimer JS, Bronstein JM, **Ritz B.** Household Organophosphorus Pesticide Use and Parkinson's Disease. Int J Epidemiol. 2013 Oct;42(5):1476-85. PMCID:PMC3807617

139. Murray CJ et al. (125 US Burden of Disease Collaborators).  The state of US health, 1990-2010: burden of diseases, injuries, and risk factors. JAMA. 2013 Aug 14;310(6):591-608.

140. Roede JR, Uppal K, Park YH, Lee K, Tran V, Strobel FH, Rhodes SL, **Ritz B,** Jones DP. Serum Metabolomics of Slow vs. Rapid Motor Progression Parkinson's Disease: a Pilot Study. PLoS One. 2013 Oct 22;8(10):e77629. PMCID:PMC3805572

141. Nielsen M, Hansen J, **Ritz B,** Nordahl H, Schernhammer E, Wermuth L, Rod NH. Cause-specific mortality among spouses of Parkinson disease patients. Epidemiology. 2014 Mar;25(2):225-32.

142. Heck JE, Wu J, Lombardi CA, Meyers TJ, Wilhelm M, Cockburn M, **Ritz B.** Childhood cancer and traffic-related air pollution exposure in pregnancy and early life. Environ Health Perspect. 2013 11-12;121(11-12):1385-1391. PMCID: PMC3855517

143. Heck JE, Park AS, Qiu J, Cockburn M, **Ritz B**. An exploratory study of ambient air toxics exposure in pregnancy and the risk of neuroblastoma in offspring. Environ Res. 2013 Nov;127:1-6. PMCID: PMC3960946

144. Rhodes SL, Buchanan D, Ahmed I, Taylor KD, Loriot MA, Sinsheimer JS, Bronstein J, Elbaz A, Mellick G, Rotter JI, **Ritz B.** Pooled Analysis of Iron-related Genes in Parkinson's Disease: Association with Transferrin. Neurobiol Dis. 2014 Feb;62:172-8.  PMCID: PMC3968945

145. Wu XM, Bennett DH, **Ritz B,** Tancredi DJ, Hertz-Picciotto I. Temporal variation of residential pesticide use and comparison of two survey platforms: a longitudinal study among households with young children in Northern California. Environ Health. 2013 Aug 20;12(1):65. PMCID: PMC3765515

146. Heck JE, Cockburn M, **Ritz B.** Case-Control Study of Birth Characteristics and the Risk of Hepatoblastoma. Cancer Epidemiol. 2013 Aug;37(4):390-5. PMCID: PMC3679264

147. Heck JE, Park AS, Qiu J, Cockburn M, **Ritz B.** Retinoblastoma and ambient exposure to air toxics in the perinatal period. J Expo Sci Environ Epidemiol. 2013 Nov 27 PMCID: PMC4059784

148. Fitzmaurice AG, Rhodes SL, Cockburn M, **Ritz B,** Bronstein JM. Aldehyde dehydrogenase variation enhances effect of pesticides associated with Parkinson disease. Neurology. 2014 Feb 4;82(5):419-26. PMCID: PMC3917685

149. Liew Z, **Ritz B,** Rebordosa C, Lee PC, Olsen J.  Acetaminophen use during pregnancy, behavioral problems and Hyperkinetic disorders. JAMA Pediatr. 2014 Apr;168(4):313-20.

150. Marcotte E,  **Ritz B.** Cockburn M, Clarke CA , Heck JE. Birth Characteristics and Risk of Lymphoma in Young Children. Cancer Epidemiology PMCID: PMC4100477

151. Wang A, Cockburn M, Ly TT, Bronstein J, **Ritz B.** The Association Between Ambient Exposure to Organophosphates and Parkinson's Disease Risk. Occup Environ Med. 2014 Apr;71(4):275-81. PMCID:PMC4351788

152. Heck JE, Park AS, Qiu J, Cockburn M, **Ritz B**. Risk of leukemia in relation to exposure to ambient air toxics in pregnancy and early childhood. Int J Hyg Environ Health. 2014 Jul;217(6):662-8. PMCID: PMC4071125

153. Shresta A, **Ritz B,** Wilhelm M, Qiu J, Cockburn M, Heck JE. Prenatal exposure to air toxics and risk of Wilms' tumor in 0-5 year old children. J Occup Environ Med. 2014 Jun;56(6):573-8  PMCID: PMC4204106

154. **Ritz B,** Qiu J, Lee PC, Lurmann F, Penfold B, Weiss RE, McConnell R, Arora C, Hobel C, Wilhelm M. Prenatal Air Pollution Exposure and Ultrasound Measures of Fetal Growth in Los Angeles, California. Environ Research. 2014 Apr;130:7-13. PMCID: PMC4016959

155. Greene N, Lassen C, Rugbjerg K, **Ritz B**.  Reproductive factors and Parkinson's disease risk in Danish women. Eur J Neurol. 2014 Sep;21(9):1168-77, e68.

156. Liew  Z, **Ritz B,** Bonefeld EC, Henriksen TB, Nohr EA, Bech BH, Fei C, Bossi R, von Ehrenstein O, Streja E,  Uldall P, Olsen J. Prenatal Exposure to Perfluoroalkyl Substances and Risk of Congenital Cerebral Palsy in Children. Am J Epidemiol. 2014 Sep 15;180(6):574-81.

157. Becerra  T, von Ehrenstein O, Heck JE, Olsen J, Arah O, Jeste S, Rodriguez M, **Ritz B**. Autism and Maternal Race/Ethnicity and Nativity in Los Angeles. Pediatrics. 2014 Jul;134(1):e63-71.PMCID: PMC4067639

158. Marcotte E,  Heck J, Cockburn M, Yu F, **Ritz B**. Exposure to Infections and Risk of Leukemia in Young Children. Cancer Epidemiol Biomarkers Prev. 2014 Jul;23(7):1195-203  PMCID: PMC4100471

159. Burdick DJ, Watson GS, Siderowf A, Trojanowski JQ, Weintraub D, **Ritz B,** Rhodes S, Rausch HR, Factor SA, Wood-Siverio C,  Quinn JF, Chung K, Cholerton B, Srivatsal S, Edwards KL, Montine TJ, Zabetian CP, Leverenz JB. People with Parkinson's disease and normal MMSE score have a broad range of cognitive performance.  Mov Disord. 2014 Sep;29(10):1258-64. PMCID: PMC4162839

160. Mata IF, Leverenz JB, Weintraub D, Trojanowski JQ, Hurtig HI, Van Deerlin V,  **Ritz B**, Rausch R, Rhodes SL, Factor SA, Wood-Siverio C, Quinn JF, Chung KA, Peterson AL, Espay AJ, Revilla FJ, Devoto J, Hu SC, Cholerton BA, Montine TJ, Edwards KL, Zabetian CP. APOE, MAPT, and SNCA Genes and Cognitive Performance in Parkinson Disease. JAMA Neurology. 2014 Nov;71(11):1405-12. PMCID: PMC4227942

161. Krøigård T, Christensen J, Wermuth L, **Ritz B**, Lassen CF. The use of antidepressant medication in Parkinson's disease patients is not affected by the type of anti-parkinson medication. J Parkinsons Dis. 2014;4(3):327-30.

162. **Ritz B**, Lee PC, Lassen FC, Arah O. Ease of quitting is an early sign of Parkinson's Disease: Parkinson's and smoking revisited. Neurology. 2014 Oct 14;83(16):1396-402. PMCID: PMC4206154

163. Shelton JF, Geraghty EM, Tancredi DJ, Delwiche LD, Schmidt RJ, Hansen R, **Ritz B,** Hertz-Picciotto I. Neurodevelopmental Disorders and Prenatal Residential Proximity to Agricultural Pesticides: The CHARGE Study. Environ Health Perspect. 2014 Oct;122(10):1103-9. PMCID:PMC4181917

164. von Ehrenstein O, Aralis H, Cockburn M, **B Ritz**. In Utero Exposure to Toxic Air Pollutants and Risk of Childhood Autism.  Epidemiology. 2014 Nov;25(6):851-8.PMCID: PMC4698150

165. Gatto N, Deapen D, Stoyonoff S; Pinder R, Narayan S, Bordelon Y, **Ritz B**. Lifetime Exposure to Estrogens and Parkinson's Disease in California Teachers. Parkinsonism Relat Disord. 2014 Nov;20(11):1149-56.

166. Ahmed I, Lee PC, Lill CN, Nielsen SS, Artaud F, Gallagher LG, Loriot MA, Mulot C, Nacfer M, Liu T, Biernacka JM, Armasu S,  Anderson K, Farin FM, Lassen CF, Hansen J, Olsen JH, Bertram L, Maraganore DM, Checkoway H, **Ritz B**, Elbaz A. Lack of replication of the GRIN2A-by-coffee interaction in Parkinson's disease. PLoS Genet. 2014 Nov 20;10(11):e1004788. PMCID: PMC4238979

167. Lee PC, Bordelon Y, Bronstein J, Sinsheimer  JS, Farrer M; **Ritz B**. Head injury, alpha-synuclein genetic variability and Parkinson's disease. Eur J Neurol. 2015 May;22(5):874-8. PMCID: PMC4390403

168. Kenborg L, Rugbjerg K; Lee PC; Ravnskjær L; Christensen J; **Ritz B**; Lassen CF. Head injury and risk for Parkinson disease: results from a Danish case- control study. Neurology. 2015 Mar 17;84(11):1098-103   PMCID:PMC4371406

169. Kenborg L, Lassen CF, **Ritz B**, Andersen KK, Christensen J, Schernhammer ES, Hansen J, Wermuth L, Rod NH, Olsen JH.  Lifestyle, Family History, and Risk for Idiopathic Parkinson Disease: a Large Danish Case-Control Study. Am J Epidemiol. 2015 May 15;181(10):808-16  PMCID:PMC4423523

170. Liew Z, **Ritz B**, von Ehrenstein OS, Bech BH, Nohr E, Fei C, Bossi R, Henriksen TB, Bonefeld-Jørgensen  EC, Olsen J. Attention Deficit/Hyperactivity Disorder and Childhood Autism in Association with Prenatal Exposure to Perfluoroalkyl Substances: A Nested Case–Control Study in the Danish National Birth Cohort. Environ Health Perspect. 2015 Apr;123(4):367-73.

171. Liew Z, Olsen J, Cui X, **Ritz B**, Arah OA. Bias from conditioning on live birth in pregnancy cohorts: an illustration based on neurodevelopment in children after prenatal exposure to organic pollutants. Int J Epidemiol. 2015 Feb;44(1):345-54.

172. Bandoli G, von Ehrenstein OS, Flores M, **Ritz B**. Breastfeeding and Asthmatic Symptoms in the offspring of Latinas - the role of maternal nativity. J Immigr Minor Health. 2015 Dec;17(6):1739-45. PMCID:PMC4499015

173. Lill CM, Rengmark A, Pihlstrøm L, Fogh I, Shatunov A, Sleiman PM, Wang LS, Liu T, Lassen CF, Meissner E, Alexopoulos P, Calvo A, Chio A, Dizdar N, Faltraco F, Forsgren L, Kirchheiner L, Kurz A, Larsen JP, Liebsch M, Linder J, Morrison KE, Nissbrandt H, Otto M, Pahnke J, Partch A, Restagno G, Rujescu D, Schnack C, Shaw CE, Shaw PJ, Tumani H, Tsynes OB, Valladares O, Silani V, van den Berg LH, van Rheenen W, Veldink JH, Lindenberger U, Steinhagen-Thiessen E, SLAGEN Consortium, Teipel S, Perneczky R, Hakonarson H, Hampel H, von Arnim CAF, Olsen JH, Van Deerlin VM, Al-Chalabi A, Toft M, **Ritz B**, Bertram L.  The role of TREM2 R47H as a risk factor for Alzheimer's disease, frontotemporal lobar degeneration, amyotrophic lateral sclerosis, and Parkinson's disease. Alzheimers Dement. 2015 Apr 29. pii: S1552-5260(15)00122-3.

174. Lombardi C, Ganguly A, Bunin GR, Azary S, Alfonso V, **Ritz B**, Heck JE. Maternal Diet during Pregnancy and Unilateral Retinoblastoma: A Report from the Children's Oncology Group. Cancer Causes Control. 2015 Mar;26(3):387-97. PMCID: PMC4334703

175. Bronstein JM, Paul K, Yang L, Hass RH, Shults CW, **Ritz B.** Platelet Mitochondrial Activity and Pesticide Exposure in Early Parkinson's Disease. Mov Disord. 2015 May;30(6):862-6. PMCID: PMC4439327

176. Srivatsal S, Cholerton B, Leverenz JB, Wszolek ZK, Uitti RJ, Weintraub D, Trojanowski JQ, Van Deerlin VM, Quinn JF, Chung KA, Peterson AL, Factor SA,Wood-Siverio C, Goldman JG, Stebbins

GT, Bernard B, **Ritz B**, Rausch R, Espay AJ, Revilla FJ, Devoto J, Rosenthal LS, Dawson TM, Albert MS, Mata IF, Hu SC, Montine KS, Johnson C, Montine TJ, Edwards KL, Zabetian CP. Cognitive Profile of LRRK2-related Parkinson's Disease. Mov Disord. 2015 Apr 15;30(5):728-33. PMCID: PMC4397146

177. Su JG, Jerrett M, Meng YY, Pickett M, **Ritz B**. Integrating smart-phone based momentary location tracking with fixed site air quality monitoring for personal exposure assessment. Sci Total Environ. 2015 Feb 15; 506-507:518-26.

178. **Ritz B,** Lee PC, Hansen J, Lassen CF, Ketzel M, Sørensen M, Raaschou-Nielsen O. Traffic-Related Air Pollution is a Risk Factor for Parkinson's Disease in Denmark. Environ Health Perspect. 2016 Mar;124(3):351-6.

179. Paul KC, Sinsheimer JS, Rhodes SL, Cockburn M, Bronstein JM, **Ritz B**. Organophosphate Pesticide Exposures, Nitric Oxide Synthase Gene Variants, and Gene-Pesticide Interactions in a Case-Control Study of Parkinson's Disease, California (USA). Environ Health Perspect. 2015 Sep 18. [Epub ahead of print]

180. Lill CM, Hansen J, Olsen JO, Binder H, **Ritz B**, Bertram L. Impact of Parkinson's disease risk loci on age at onset. Mov Disord. 2015 May;30(6):847-50.

181. Gatto NM, Sinsheimer JS, Cockburn M, Escobedo LA, Bordelon Y, **Ritz B**. Vitamin D receptor gene polymorphisms and Parkinson's disease in a Population with High Ultraviolet Radiation Exposure. J Neurol Sci. 2015 May 15;352(1-2):88-93.

182. Kannarkat GT, Cook DA, Lee JK, Chang J, Chung V, Sandy E , Paul KC, **Ritz B**, Bronstein J, Factor SA, Boss JM, Tansey MG. Common Genetic Variant Association with Altered HLA Expression, Synergy with Pyrethroid Exposure, and Risk for Parkinson's Disease: An Observational and Case-Control Study. npj Parkinson's Disease (2015) 1, 15002; doi:10.1038/npjparkd.2015.2; published online 22 April 2015

183. Heck JE, Park AS, Cockburn M, **Ritz B**. Can the "Hispanic paradox" shed light on childhood cancer risk? Cancer Epidemiol Biomarkers Prev. 2015 Apr;24(4):764-5.

184. Pearce NE, Blair A, Vineis P, Ahrens W, Andersen A, Anto JM, Armstrong BK, Baccarelli AA, Beland FA, Berrington A, Bertazzi PA, Birnbaum LS, Brownson RC, Bucher JR, Cantor KP, Cardis E, Cherrie JW, Christiani DC, Cocco P, Coggon D, Comba P, Demers PA, Dement JM, Douwes J, Eisen EA, Engel LS, Fenske RA, Fleming LE, Fletcher T, Fontham E, Forastiere F, Frentzel-Beyme R, Fritschi L, Gerin M, Goldberg M, Grandjean P, Grimsrud TK, Gustavsson P, Haines A, Hartge P, Hansen J, Hauptmann M, Heederik D, Hemminki K, Hemon D, Hertz-Picciotto I, Hoppin JA, Huff J, Jarvholm B, Kang D, Karagas MR, Kjaerheim K, Kjuus H, Kogevinas M, Kriebel D, Kristensen P, Kromhout H, Laden F, Lebailly P, LeMasters G, Lubin JH, Lynch CF, Lynge E, 't Mannetje A, McMichael AJ, McLaughlin JR, Marrett L, Martuzzi M, Merchant JA, Merler E, Merletti F, Miller A, Mirer FE, Monson R, Nordby KK, Olshan AF, Parent ME, Perera FP, Perry MJ, Pesatori AC, Pirastu R, Porta M, Pukkala E, Rice C, Richardson DB, Ritter L, **Ritz B**, Ronckers CM, Rushton L, Rusiecki JA, Rusyn I, Samet JM, Sandler DP, de Sanjose S, Schernhammer E, Seniori Constantini A, Seixas N, Shy C, Siemiatycki J, Silvermann DT, Simonato L, Smith AH, Smith MT, Spinelli JJ, Spitz MR, Stallones L, Stayner LT, Steenland K, Stenzel M, Steward BW, Stewart PA, Symanski E, Terracini B, Tolbert PE, Vainio H, Vena J, Vermeulen R, Victora CG, Ward EM, Weinberg CR, Weisenburger D, Wesseling C, Weiderpass E, Zahm SH. IARC Monographs: 40 Years of Evaluating Carcinogenic Hazards to Humans. Environ Health Perspect. 2015 Feb 24. [Epub ahead of print]

185. Schernhammer ES, Lassen CF, Kenborg L, **Ritz B**, Olsen JH, Hansen J. Night shift work and Parkinson's disease in Denmark. Scand J Work Environ Health. 2015 Jul 1;41(4):377-83.

186. Walker RF, Liu JS, Peters BA, **Ritz BR**, Ophoff R, Horvath S. Epigenetic age analysis of blood from "Peter Pan" children". Aging (Albany NY). 2015 May;7(5):334-9.

187. von Ehrenstein, Aralis H, Flores MS, **Ritz B**. Fast Food Consumption in Pregnancy and Subsequent Asthma Symptoms in Young Children. Pediatr Allergy Immunol. 2015 Sep;26(6):571-7.

188. Coker ES, Beckerman B, Ghosh JC, Gomez-Rubio V, Jerrett M, Li A, Liverani S, **Ritz B**, Su J, Molitor J. Modeling spatial effects of PM2.5 on term low birth weight in Los Angeles County. Environ Res. 2015 Jul 17;142:354-364.

189. Narayan S, Sinsheimer JS, Paul KC, Liew Z, Cockburn M, Bronstein JM, **Ritz B**. Genetic Variability in ABCB1, Occupational Pesticide Exposure, and Parkinson's Disease. Environ Res. 2015 Nov;143 (Pt A):98-106.

190. Mata IF, Leverenz JB, Weintraub D, Trojanowski JQ, Chen-Plotkin A, Van Deerlin VM, **Ritz B**, Rausch R, Factor SA, Wood-Siverio C, Quinn JF,Chung KA, Peterson-Hiller AL, Goldman JG, Stebbins GT, Bernard B, Espay AJ, Revilla FJ, Devoto J, Rosenthal LS, Dawson TM, Albert MS, Tsuang D, Huston H, Yearout D, Hu SC, Cholerton BA, Montine TJ, Edwards KL, Zabetian CP. GBA

variants are associated with a distinct pattern of cognitive deficits in Parkinson disease. Mov Disord. 2016 Jan;31(1):95-102.

191. von Ehrenstein OS, Heck JE, Park A, Cockburn M, Escobedo L, **Ritz B**. In Utero and Early-Life Exposure to Ambient Air Toxics and Childhood Brain Tumors: A Population-Based Case-Control Study in California, USA. Environ Health Perspect. 2016 Jul;124(7):1093-9. PMCID: PMC4937846

192. Virk J, Liew Z, Olsen J, Nohr E, Catov JM, **Ritz B**. Preconceptional and Prenatal Supplementary Folic Acid and Multivitamin Intake and Autism Spectrum Disorders. Autism. 2016 Aug;20(6):710-8.

193. Bandoli G, von Ehrenstein OS, Gosh JKC, Flores M, Dunkel-Schetter C**, Ritz B**. Prenatal maternal stress and the risk of lifetime wheeze in young offspring: An examination by stressor and maternal race/ethnicity. J Immigr Minor Health. 2016 Oct;18(5):987-95.

194. Heck JE, Azary S, **Ritz B**, Bunin GR, Ganguly A. A case-control study of sporadic retinoblastoma in relation to maternal health conditions and reproductive factors. BMC Cancer. 2015 Oct 19;15:735. PMCID: PMC4615328

195. Virk J, **Ritz B,** Li J, Obel C, Olsen J. Childhood Bereavement and Type 1 Diabetes: A Danish National Register Study. Paediatr Perinat Epidemiol. 2016 Jan;30(1):86-92.

196. Julvez J, Paus T, Bellinger D, Eskenazi B, Tiemeier H,  Pearce N, **Ritz B**, White T, Ramchandani P, Gispert JD, Desrivières S, Brouwer R, Boucher O, Alemany S, López-Vicente M, Suades-González E, Forns J, Grandjean P, Sunyer J. Environment and Brain Development: Challenges in the Global Context. Neuroepidemiology. 2015 Dec 19;46(2):79-82.

197. Wermuth L, Cui X, Greene NH, Schernhammer ES, **Ritz BR**. Medical Record Review to Differentiate between Idiopathic Parkinson's Disease (IPD) and Parkinsonism: A Danish Record Linkage Study with 10 Years of Follow-up. Parkinsons Dis. 2015;2015:781479.

198. Liew Z, **Ritz B**, Virk J, Olsen J. Maternal Use of Acetaminophen During Pregnancy and Risk of Autism Spectrum Disorders in Childhood: a Danish National Birth Cohort Study. Autism Res. 2016 Sep;9(9):951-8.

199. Horvath S, **Ritz BR**. Increased epigenetic age and granulocyte counts in the blood of Parkinson's disease patients. Aging (Albany NY). 2015 Dec;7(12):1130-42.

200. Liew Z, **Ritz B**, Virk J, Arah O, Olsen J Prenatal Use of Acetaminophen and Child IQ: a Danish Cohort Study. Epidemiology. 2016 Nov;27(6):912-8.

201. Heck JE, Park AS, Contreras ZA, Davidson TB, Hoggatt KJ,  Cockburn M, **Ritz B**.  Cancer in the Children of US and Foreign-born Hispanics: a test of the "Hispanic paradox" JAMA Pediatr. 2016 Jun 1;170(6):585-92.

202. Paul KC, Rausch R, Creek MM, Sinsheimer JS, Bronstein JM, Bordelon Y, **Ritz B.** APOE, MAPT, and COMT genetic variants and cognitive symptom progression in a Parkinson's disease patient cohort. J Parkinsons Dis. 2016 Apr 2;6(2):349-59.

203. **Ritz B**, Paul KC, Bronstein JM. Of Pesticides and Men: A California Story of Genes and Environment in Parkinson's Disease. Curr Environ Health Rep. 2016 Mar;3(1):40-52.

204. Coker E, Liverani S, Ghosh J, Jerrett M, Beckerman B, Su J, Li A, **Ritz B,** Molitor J. A Multi-Pollutant Exposure Profiles Associated with Term Low Birth Weight in Los Angeles County. Environ Int. 2016 May;91:1-13.

205. Heck JE, Contreras ZE, Park AS, Cockburn M, **Ritz B**. Smoking in pregnancy and risk of cancer among young children: a population-based study. Int J Cancer. 2016 Aug 1;139(3):613-6.

206. Azary S, Ganguly A, Bunin GR, Lombardi C, Park AS, **Ritz B**, Heck JE. Sporadic Retinoblastoma and Parental Smoking and Alcohol Consumption before and after Conception: A Report from the Children's Oncology Group. PLoS One. 2016 Mar 18;11(3):e0151728

207. Alfonso VH, Bandoli G, von Ehrenstein O, **Ritz B**. The influence of pre-natal supplement initiation on preterm birth among majority Hispanic women in Los Angeles County: the role of nativity. Matern Child Health J. 2016 Sep;20(9):1861-8.

208. Bandoli G, Ghosh J, von Ehrenstein O, **Ritz B**. Psychosocial stressors and lung function in youth ages 10-17: an examination by stressor, age and gender. J Public Health (Oxf). 2016 May 8. pii: fdw035. [Epub ahead of print]

209. Bandoli G, Ghosh J, von Ehrenstein O, **Ritz B.** Synergistic effects of air pollution and psychosocial stressors on adolescent lung function. J Allergy Clin Immunol. 2016 Apr 30. pii: S0091-6749(16)30196-8. [Epub ahead of print]

210. Shih IF, Liew Z, Krause N, **Ritz B**. Lifetime Occupational and Leisure Time Physical Activity and Risk of Parkinson's Disease Parkinsonism & Related Disorders. Parkinsonism Relat Disord. 2016 Jul;28:112-7.

211. Contreras ZA, **Ritz B**, Virk J, Cockburn M, Heck JE. Maternal diabetes, obesity, weight gain in pregnancy, and risk of childhood cancer in offspring: a population-based study in California. Cancer Causes Control. 2016 Oct;27(10):1273-85.

212. Levine ME, Lu AT, Chen BH, Hernandez DG, Singleton AB, Ferrucci L, Bandinelli S, Salfati E, Manson JE, Quach A, Kusters CDJ, Kuh D, Wong A, Teschendorff AE, Widschwendter M, **Ritz BR**, Absher D, Assimes T, Horvath S.. Menopause accelerates biological aging. Proc Natl Acad Sci U S A. 2016 Aug 16;113(33):9327-32.

213. Kettner LO, Kesmodel US, Ramlau-Hansen CH, Bay B, **Ritz B**, Matthiesen NB, Brink Henriksen T. Fertility Treatment and Childhood Epilepsy: a Nationwide Cohort Study of 565,166 Live Births. Paediatr Perinat Epidemiol. 2016 Sep;30(5):488-95.

214. Hill-Burns EM, Ross OA, Wissemann WT, Ortolaza AI, Mellick GD, Scherzer CR, **Ritz B**, Marthi V, Zareparsi S, Zabetian CP, Factor SA, Payami H. Identification of genetic modifiers of age-at-onset for familial Parkinson's disease. Hum Mol Genet. 2016 Jul 11. pii: ddw206.

215. Su J, Meng YY, Pickett M, Seto E, **Ritz B**, Jerrett M. Identification of the effects of regulatory actions on improvements in air quality in the goods movement corridors. Environ Sci Technol. 2016 Aug 16;50(16):8687-96.

216. Horvath S, Gurven M, Levine ME, Trumble BC, Kaplan B, Allayee H, **Ritz BR**, Chen B, Lu AT, Rickabaugh TM, Jamieson BD, Sun D, Li S, Chen W, Quintana-Murci L, Fagny M, Kobor MS, Tsao PS, Reiner AP, Edlefsen KL, Absher D, Assimes TL. An epigenetic clock analysis of race/ethnicity, sex, and coronary heart disease. Genome Biol. 2016 Aug 11;17(1):171.

217. Lee PC, Raaschou-Nielsen O, Lill CM, Bertram L, Sinsheimer JS, Hansen J, **Ritz B**. Gene-environment interactions linking air pollution and inflammation in Parkinson's disease. Environ Res. 2016 Nov;151:713-720.

218. Contreras ZA, **Ritz B**, Virk J, Cockburn M, Heck JE. Maternal pre-pregnancy and gestational diabetes, obesity, gestational weight gain, and risk of cancer in young children: a population-based study in California. Cancer Causes Control. 2016 Oct;27(10):1273-85

219. A European Respiratory Society & American Thoracic Society Policy Statement: What Constitutes an Adverse Health Effect of Air Pollution? An analytical framework Joint ERS/ATS statement'

220. Gatto NM, Paul K, Sinsheimer JS, Bronstein JM, Bordelon Y, Rausch R, Ritz B., **Ritz B**. Vitamin D receptor gene polymorphisms and cognitive decline in Parkinson's disease. J Neurol Sci. 2016 Nov 15;370:100-106.

221. Liew Z, Bach CC, Asarnow RF, **Ritz B**, Olsen J. Paracetamol use during pregnancy and attention and executive function in offspring at age 5. International Journal of Epidemiology 2016;

222. Chuang YH, Lill CM, Lee PC, Hansen J, Lassen CF, Bertram L, Greene N, Sinsheimer JS, **Ritz B.** Gene-environment interaction in Parkinson's disease: coffee, ADORA2A, and CYP1A2. Accepted in Neuroepidemiology.

223. Malmqvist E, Liew Z, Källén K, Rignell-Hydbom A, Rittner R, Rylander L, **Ritz B.** Fetal growth and air pollution -A study on ultrasound and birth measures. Environ Res. 2016 Oct 11;152:73-80.

224. Hall C, **Ritz B**, Cockburn M, Davidson TB, Heck JE. Risk of malignant childhood germ cell tumors in relation to demographic, gestational, and perinatal characteristics. Accepted for publication in Cancer Epidemiology

225. Lee PC, Liu LL, Sun Y, Chen YA, Liu CC, Li CY, Yu HL, **Ritz B.** Traffic-related air pollution increased the risk of Parkinson's disease in Taiwan: A nationwide study. Environ Int. 2016 Nov;96:75-81.

226. Chuang YH, Austin Quach A, Absher D, Assimes T, Horvath S, **Ritz B**. Coffee consumption is associated with DNA methylation levels of human blood. Accepted: European Journal of Human Genetics

227. Virk J,  Liew Z, Olsen J, Nohr EA, **Ritz B**. Pre-conceptual and Prenatal Supplementary Folic Acid and Multivitamin Intake, Behavioral Problems and Hyperkinetic Disorders, A Study Based on the Danish National Birth Cohort (DNBC). Accepted in Nutritional Neuroscience

228. Xu X, **Ritz B**, Cockburn M, Lombardi C, Heck J. Maternal Preeclampsia and Odds of Childhood Cancers in Offspring — A California Statewide Case-Control Study. Paediatric and Perinatal Epidemiology

229. Omidakhsh N, Ganguly A, Bunin GR, **Ritz B,** Ehrenstein O, Heck JE.. Residential pesticide exposures in pregnancy and the risk of sporadic retinoblastoma: a report from the Children's Oncology Group. Journal of Ophthalmology

230. Quach A, Levine M, Tanaka T, Lu A, Chen B, Ferrucci L, **Ritz B**, Neuhouser M, Beasly J, Snetselaar L, Wallace R, Tsao P, Absher D, Assimes T, Stewart J, Li Y, Hou L, Baccarelli A, Whitsel E, Horvath S. Epigenetic clock analysis of diet, exercise, education, and lifestyle factors. Aging.

231. Shih I, Starhof C, Lassen CF, Hansen J, Liew Z, **Ritz, B**.Occupational and Recreational Physical Activity and Parkinson's Disease in Denmark. In Press: Scand J Work Environ Health

232. McAllister K, Mechanic LE, Amos C, Aschard H, Blair I, Chatterjee N, Conti D, Gauderman WG, Hsu L, Hutter CM, Jankowska M, Kerr J, Kraft P, Montgomery SB, Mukherjee B, Papanicolaou GJ, Patel CJ, Ritchie MD, **Ritz BR**, Thomas DC, Wei P, Witte JS on behalf of GxE meeting participants. Current Challenges and New Opportunities for Gene-Environment Interaction Studies of Complex Diseases. Accepted: AJE

233. **Ritz BR**, Chatterjee N, Garcia-Closas M, Gauderman JW, Pierce BL, Kraft P, Tanner CM, Mechanic LE, McAllister K. Lessons Learned from Past Gene-Environment (GxE) Interaction Successes. Accepted: AJE

234. Narayan S, Sinsheimer JS, Paul KC, Liew Z, Cockburn M, Bronstein JM, **Ritz B**. Occupational Pesticide Use and Parkinson's Disease in the Parkinson Environment Gene (PEG) Study. Accepted in: Environment International

235. Mata, Johnson, Leverenz, Weintraub, Trojanowski, Van Deerlin, **Ritz**, Rausch, Factor, Wood-Siverio, Quinn, Chung, Peterson-Hiller, Espay, Revilla, Devoto, Yearout, Hu, Cholerton, Montine, Edwards, Zabetian. Large-scale Exploratory Genetic Analysis of Cognitive Impairment in Parkinson's Disease. Accepted: Neurobiology of Aging

236. Sanders LH, Paul KC, Howlett EH, Lawal H, Boppana S, Bronstein J, **Ritz B**, Greenamyre TJ. Base excision repair variants and pesticide exposure increase Parkinson's disease risk. Accepted: Toxicological Sciences

**MANUSCRIPTS CURRENTLY UNDER REVIEW**
1. Chuang YH, Paul K, Bronstein J, Horvath S, Ritz B. EWAS in Parkinson's disease. Movement Disorders.
2. Paul KC, Ling C, Haan M, Ritz B. Organophosphate pesticides exposure and cognitive decline in SALSA. EHP
3. Paul KC, Sinsheimer JS, Cockburn M, Bronstein JM, Bordelon Y,Ritz BR. Organophosphate pesticide exposure and PON1 L55M in Parkinson's disease progression. Environment International
4. Paul KC, Sinsheimer JS, Cockburn M, Bronstein JM, Bordelon Y, Ritz B. NFE2L2, PPARGC1α, and Oxidative Stress in Parkinson's disease susceptibility and progression. Environ Health
5. Reading SR, Arun S Karlamangla,; Tara L Gruenewald,; Natalie Slopen, David R Williams, Dallas T Swendeman; Beate R Ritz, Brandon Koretz; Teresa E Seeman. Relationship between Psychosocial Stressors and Allostatic Load: Findings from the MIDUS Study. Annals of Behavioral Medicine.
6. Alfonso,VH, Bandoli G, von Ehrenstein O, Ritz B. Early folic acid supplement initiation and risk of adverse early childhood respiratory health: A Los Angeles population-based study. Maternal and Child Health Journal
7. Contreras ZA, Hansen J, Ritz B, Olsen B, Yu F, Heck JE. Parental age and childhood cancer risk: A Danish population-based registry study. Cancer Causes Controls
8. Alfonso,VH, Wang MC, von Ehrenstein O, Bandoli G, Ritz B. Enrollment in the Special. Supplemental Program for Women, Infants and Children reduces risk of recurrent preterm birth among eligible California siblings. IJE
9. Lee PC, Nielsen S, Loriot MA, Hansen J, Lill C, Checkoway H, Elbaz A, Ritz B. Meta-analysis of head injuries and *SNCA* interactions in Parkinson Disease. Neurology
10. Lee PC, Ahmed I, Loriot MA, Mulot C, Lambert JC, Ritz B, Elbaz A. Smoking and Parkinson's disease: evidence for gene-by-smoking interactions. Neurology
11. Patel CJ, Kerr J, Thomas DC, Mukherjee B, Ritz BR, Chatterjee N, Jankowska M, Madan J, Karagas MR, McAllister K, Leah E. Mechanic10, M. Daniele Fallin11, Chris Ladd-Acosta11, Ian Blair12, Susan Teitelbaum13, Amos CI. Opportunities and Challenges for Environmental Exposure Assessment in Population-Based Studies. AJE
12. Wojcik KY, Escobedo LA, Wysong A, Heck JE, Ritz B, Cockburn M. High Birth Weight, Early UV exposure, and Melanoma Risk in Children, Adolescents and Young Adults. Pediatrics.
13. Park AS, B Ritz, C Ling, M Cockburn, JE Heck. Exposure to Ambient Dichloromethane in Pregnancy and Infancy from Industrial Sources and Childhood Cancers in California.
14. Omidakhsh N, Heck JE, **Ritz B**, Kennedy N, Ehrenstein OS, Krause N, Ganguly A, Bunin GR.. Parental occupational exposures and the risk of childhood sporadic retinoblastoma: a report from the Children's Oncology Group. Occupational and Environmental Medicine
15. Li L, Lurmann F, Habre R, Urman R, Rappaport E, **Ritz B**, Chen JC, Gilliland FD, Wu J. Constrained Mixed-Effect Models with Ensemble Learning for Prediction of Nitrogen Oxide Concentrations at a High

Spatiotemporal Resolution. Environmental Science & Technology.

## INVITED COMMENTARIES AND EDITORIAL (peer reviewed)

1. **Ritz B.** Environmental Toxins and Neurodegenerative Diseases: A Challenge for Epidemiologists. Epidemiology. 2006 Jan;17(1):2-3.
2. Kheifets, L, **Ritz B.** Electromagnetic Fields, Science and Public Concern. Soz Praeventive Med 51 (2006): 1-2.
3. **Ritz, B**. Wahner A*, Bordelon Y, Bronstein J. Can Anti-Inflammatory Agents Protect Against Parkinson's Disease? Future Neurology 2008
4. Chesselet M-F, **Ritz B**. Transcriptional regulation of α-synuclein: insights from blood? Commentary on: GATA transcription factors directly regulate the Parkinson's disease-linked gene alpha-synuclein; Scherzer et al. Future Neurology, March 2009, Vol. 4, No. 2, Pages 145-147
5. **Ritz, B.** Birth defects and ambient air pollution, opportunities and challenges. Editorial; Occup Environ Med. 2010 Apr;67(4):221-2.
6. **Ritz B**, Rhodes SL. After half a century of research on smoking and PD, where do we go now? Neurology. 2010 Mar 16;74(11):870-1.
7. Bower J, **Ritz B**. Is the answer for Parkinson disease already in the medicine cabinet? Unfortunately not. Neurology. 2011 Mar 8;76(10):854-5.
8. Blair A**, Ritz B**, Wesseling C, Beane Freeman L. Pesticides and human health. Occup Environ Med. 2015 Feb;72(2):81-2.

## BOOKS AND MONOGRAPHS

1. Karmaus W, Glaser-Möller N, Hullmann B, **Ritz B**, Schäfer K-H, Sonn E: Arbeitsbedingte rheumatische Erkrankungen, Büroarbeit und Bewältigung. Ergebnisse einer Längsschnittstudie von weiblichen Angestellten. *("Working Conditions, Health Behaviour and Rheumatic Disorders II; Results of a Longitudinal Study on Female Office Workers")* Forschungsbericht des BMFT, HDA 01 HA 033/4, 1987.
2. Hullmann B, Karmaus W, Osterholz U, **Ritz B**: Work-Related Musculo-Skeletal Disorders. Proceedings of an International Symposium. HDA, Tagungsbericht TB 48, Wirtschaftsverlag NW, Bremerhaven, 1987.
3. Osterholz U, Patjens S, **Ritz B**: Forschungsdokumentation "Rheuma und Arbeit" *"Research Documenation on Working Conditions and Musculo-Skeletal Disorders"*). Arbeitspapier Nr 10, Projektgruppe HdA des WSI, Eds.: Geschäftsführung des WSI, Düsseldorf, 1987.

## PEER REVIEWED REPORTS

1. Morgenstern H, Froines J., **Ritz B**, Young B. Epidemiologic Study to Determine Possible Adverse Effects to Rocketdyne/AI Workers from Exposure to Selected Chemicals. July 1998
2. Morgenstern H, Froines J., **Ritz B**, Young B. Epidemiologic Study to Determine Possible Adverse Effects to Rocketdyne/AI Workers from Exposure to Ionizing Radiation. June 1997.
3. Sloss E, Geschwind SA, McCaffrey DF, **Ritz B**. Groundwater Recharge with Reclaimed Water - An Epidemiologic Assessment in Los Angeles County, 1987-1991. Rand Technical Report DRR-1192-WRDSC, 1995
4. Karmaus W, Glaser-Moeller N, Hullmann B, **Ritz B**, Schäfer K-H, Sonn E: Final Report of the project "Arbeitsbedingte rheumatische Erkrankungen in der Verwaltung" *("Work Related Rheumatic Disorders in Administrative Jobs")* Schriftenreihe der Bundesanstalt fuer Arbeitsschutz, Forschung Fb 608, Bonn, 1990.
5. Sloss E, McCaffrey DF, Fricker RD, Geschwind, SA, **Ritz B**.  Groundwater Recharge with Reclaimed Water - Birth Outcomes in Los Angeles County, 1982-1993. Rand Technical Report, 1999.
6. **Ritz, B.** X- & Gamma Radiation and Neutrons.  In: Report on Carcinogens, 11th edition. Carcinogen Profiles. U.S. Department of Health and Human Services, Public Health Service, National Toxicology Program. 2004.
7. Meng YY, Rull RP, Wilhelm M**, Ritz B**, English P, Yu H, Nathan S, Kuruvilla M, Brown ER. Living near heavy traffic increases asthma severity. Policy Brief UCLA Cent Health Policy Res. 2006 Aug:1-5.

8. Molitor J, Coker E, Jerrett M, **Ritz B**, Li A; Health Review Committee. Part 3. Modeling of Multipollutant Profiles and Spatially Varying Health Effects with Applications to Indicators of Adverse Birth Outcomes.Res Rep Health Eff Inst. 2016 Apr;(183 Pt 3):3-47.


## CHAPTERS OR SECTIONS IN BOOKS

1. Appelt H, **Ritz B**: Medikamentengebrauch und -abhängigkeit bei Frauen ("FemaleDrug Abuse and Dependency"). In: Medikamente und Sucht, Berichtsheft zur Arbeitstagung der Hamburgischen Landesstelle gegen die Suchtgefahren e.V.(Eds.) Hamburg 1984.
2. **Ritz B**, Karmaus W, Ellinger S: Schmerz-,Beruhigungs-und Schlafmittel - die  verordnete Normalität ("Pain Killers, Sleeping Pills and Tranquilizers  - Prescribed Norms"). In: Jahresheft 1984 Hamburgische Landesstelle gegen die Suchtgefahren  e.V.(Eds.) Hamburg 1984.
3. Glaser N, **Ritz B**: Lungenkrebs, Rauchen und Schadstoffbelastung bei Hamburger Gaswerkern; Risikoabschätzung anhand der logistischen Regression ("Lung Cancer, Smoking and Air Pollutants of Workers Employed at the Hamburg Gas Company "). In: Muß Arbeit krank machen? Eds: G.Elsner, W.Karmaus, L.Lißner, VSA-Verlag,Hamburg 1986.
4. **Ritz B:** Zur Epidemiologie degenerativer rheumatischer Erkrankungen im Zusammenhang mit Arbeitsbedingungen: Halswirbelsäulenveränderungen bei weiblichen Verwaltungsangestellten ("The Epidemiology of Musculo-Skeletal Disorders and Working Conditions of Female Office Workers: Work-Related Neck Disorders"). In: Rheuma und Krebs; Beiträge zur wissenschaftlichen Jahrestagung der Deutschen Gesellschaft für Sozialmedizin in Eds: E.O. Krasemann, U.Laaser, E.Schach, Springer Verlag, Heidelberg, München 1987.
5. **Ritz B**: Methodological Aspects in Studying Musculo- Skeletal Disorders and Working Conditions in Office Work Places. In: Work-related musculo-skeletal disorders. Proceedings of an International Symposium. HDA, Tagungsbericht TB 48, Wirtschaftsverlag NW, Bremerhaven, 1987.
6. **Ritz B**, Hullmann B: How Women Office Workers Deal with Stress In: Health Promotion in the Working World. Springer-Verlag Berlin Heidelberg 1989.
7. **Ritz B**: Chapter 3 - Health and Regulatory Considerations In: Using Reclaimed Water to Augment Potable Water Resources.  Water Environment Federation, Virginia 1998.
8. **Ritz B**, Karmaus W: Die Nutzung von Surveillance-programmen und Registern fuer umweltbezogene Fragestellungen (The use of surveillance programs and registries for environmental health research; a historical perspective). In Press: Buch zur Verabschiedung von Heidrun Kaupen-Haas, Mabuse Verlag 2002
9. Van Den Eeden S, **Ritz B**, Cobb K. Measurement and Analysis. In: Neuroepidemiology; From Principles to Practice. Eds: Nelson L, Tanner C, Van Den Eeden S, McGuire V. Oxford University Press  2004.
10. **Ritz B**, and other Committee Members: Chapter 4 Cancer:  Gulf War and Health volume 3, Fuels, Combustion products, and Propellants, The National Academies Press Washington, D.C., 2005
11. **Ritz B**, and other Committee Members: Amyotrophic Lateral Sclerosis in Veterans. Review of the scientific literature. IOM, NAS National Academy Press, Washington DC, 2006


## LETTERS AND OTHER PUBLICATIONS

1. Morgenstern H, **Ritz B.** Workplace Radiation is Indeed Harmful (letter).  Los Angeles Times, March 2, 1998, p S6.
2. Morgenstern H, **Ritz B**. Alarming But Neither Absurd nor Amusing (letter).  Washington Post, Febuary 11, 1998, p S6.
3. **Ritz B**: Der Einfluß sozialer und struktureller Bedingungen an Büroarbeitsplätzen auf den Gebrauch psychotroper Medikamente; Ergebnisse einer epidemiologischen Untersuchung ("The Influence of Psycho-Social Factors and Job Latitudes on the Use of Psychotropic Medication"). Ph.D.Dissertation, Hamburg 1986.
4. Meng YY, Rull RP*, Wilhelm M, **Ritz B**, English P, Yu H, Nathan S, Kuruvilla M, Brown ER. Living near heavy traffic increases asthma severity. Policy Brief UCLA Cent Health Policy Res. 2006 Aug;1-5

5. Grandjean B, Bellinger D, Bergman A, Cordier S, Davey-Smith G, Eskenazi B, Gee D, Gray K, Hanson M, Van den Hazel P, Heindel JJ, Heinzow P, Hertz-Picciotto I, Hu H, Huang TK, Kold Jensen T, Landrigan PJ, McMillen IC, Murata K, **Ritz B**, Schoeters G, Skakkebæk NE, Skerfving S, Weihe P. The Faroes Statement: Human Health Effects of Developmental Exposure to Chemicals in Our Environment. Basic & Clinical Pharmacology & Toxicology, 2007

6. Slama R, Darrow L, Parker J, Woodruff TJ, Strickland M, Nieuwenhuijsen M, Glinianaia S, Hoggatt KJ*, Kannan S, Hurley F, Kalinka J, Srám R, Brauer M, Wilhelm M, Heinrich J, **Ritz B**. Meeting report: atmospheric pollution and human reproduction. Environ Health Perspect. 2008 Jun;116(6):791-8

7. Popat RA, Van Den Eeden SK, Tanner CM, Kamel F, Umbach DM, Marder K, **Ritz B**, Webster Ross G, Petrovitch H, Topol B, McGuire V, Nelson LM. Response to Hill-Burns et al. letter: An attempt to replicate interaction between coffee and CYP1A2 gene in connection to Parkinson's disease. Eur J Neurol. 2011 Sep;18(9):e109.

8. Liew Z, **Ritz B**, Olsen J. Characteristics of acetaminophen users compared with nonusers during pregnancy, behavioral problems, and hyperkinetic disorders--reply. JAMA Pediatr. 2014 Sep;168(9):865-6.

9. Liew Z, Olsen J, Cui X, **Ritz B**, Arah OA. Response to Werler and Parker letter: Comment on live-birth bias in pregnancy cohorts. Int J Epidemiol. 2015 Jun;44(3):1080-1

10. Bennett D, Bellinger DC, Birnbaum LS, Bradman A, Chen A, Cory-Slechta DA, Engel SM, Fallin MD, Halladay A, Hauser R, Hertz-Picciotto I, Kwiatkowski CF, Lanphear BP, Marquez E, Marty M, McPartland J, Newschaffer CJ, Payne-Sturges D, Patisaul HB, Perera FP, **Ritz B**, Sass J, Schantz SL, Webster TF, Whyatt RM, Woodruff TJ, Zoeller RT, Anderko L, Campbell C, Conry JA, DeNicola N, Gould RM, Hirtz D, Huffling K, Landrigan PJ, Lavin A, Miller M, Mitchell MA, Rubin L, Schettler T, Tran HL, Acosta A, Brody C, Miller E, Miller P, Swanson M, Witherspoon NO. 2016. Project TENDR: Targeting Environmental Neuro-Developmental Risks. Project TENDR: Targeting Environmental Neuro-Developmental Risks The TENDR Consensus Statement. Environ Health Perspect. 2016 Jul 1;124(7):A118-22.

11. Thurston GD, Kipen H, Annesi-Maesano I, Balmes J, Brook RD, Cromar K, De Matteis S, Forastiere F, Forsberg B, Frampton MW, Grigg J, Heederik D, Kelly FJ, Kuenzli N, Laumbach R, Peters A, Rajagopalan ST, Rich D, **Ritz B,** Samet JM, Sandstrom T, Sigsgaard T, Sunyer J, Brunekreef B. A joint ERS/ATS policy statement: what constitutes an adverse health effect of air pollution? An analytical framework. Eur Respir J 2017; 49:1600419.

# EXHIBIT B

Studies excluded from the present review and the reasons for exclusion

| | |
|---|---|
| Brown et al, "Pesticide exposures and multiple myeloma in Iowa men."[1] | Only provided results for multiple myeloma. |
| Fritschi et al, "Occupational exposure to pesticides and risk of non-Hodgkin's lymphoma." [2] | This paper did not report an effect estimate specific to glyphosate |
| Flower et al, "Cancer risk and parental pesticide application in children of Agricultural health study participants."[3] | Study took place in children; no specific glyphosate- lymphoma associations were reported. |
| Hoar et al, "Agricultural herbicide use and risk of lymphoma and self-tissue sarcoma."[4] | Results specific to glyphosate were not reported. |
| Kachuri et al, "Multiple pesticide exposures and the risk of multiple myeloma in Canadian men."[5] | Results only reported for multiple myeloma. |
| Landgren et al, "Pesticide exposure and risk of monoclonal gammopathy of undetermined significance in the Agricultural Health Study."[6] | Monoclonal gammopathy of undetermined Significance (MGUS) is a precursor condition to multiple myeloma. |
| Sorahan, "Multiple Myeloma and Glyphosate Use: A Re-Analysis of US Agricultural Health Study (AHS) Data."[7] | Only provided results for multiple myeloma. |
| Waddell et al, "Agricultural use of organophosphate pesticides and the risk of non-Hodgkin's lymphoma among male farmers (United States)."[8] | This study did not report on glyphosate. |
| Zhang et al, 2016, "Health effect of agricultural pesticide use in China: implications for the development of GM crops."[9] | This article examined blood chemistry measures in relation to glyphosate, (markers for renal and hepatic function such as electrolytes, B vitamins, serum glucose, C-reactive protein, and peripheral nerve conduction).  Not directly relevant for NHL |

## References

1. Brown LM, Burmeister LF, Everett GD, Blair A. Pesticide exposures and multiple myeloma in Iowa men. *Cancer Causes Control.* 1993;4(2):153-156.
2. Fritschi L, Benke G, Hughes AM, et al. Occupational exposure to pesticides and risk of non-Hodgkin's lymphoma. *Am J Epidemiol.* 2005;162(9):849-857.
3. Flower KB, Hoppin JA, Lynch CF, et al. Cancer risk and parental pesticide application in children of Agricultural Health Study participants. *Environ Health Perspect.* 2004;112(5):631-635.
4. Hoar SK, Blair A, Holmes FF, et al. Agricultural herbicide use and risk of lymphoma and soft-tissue sarcoma. *JAMA.* 1986;256(9):1141-1147.
5. Kachuri L, Demers PA, Blair A, et al. Multiple pesticide exposures and the risk of multiple myeloma in Canadian men. *Int J Cancer.* 2013;133(8):1846-1858.
6. Landgren O, Kyle RA, Hoppin JA, et al. Pesticide exposure and risk of monoclonal gammopathy of undetermined significance in the Agricultural Health Study. *Blood.* 2009;113(25):6386-6391.
7. Sorahan T. Multiple myeloma and glyphosate use: a re-analysis of US Agricultural Health Study (AHS) data. *Int J Environ Res Public Health.* 2015;12(2):1548-1559.
8. Waddell BL, Zahm SH, Baris D, et al. Agricultural use of organophosphate pesticides and the risk of non-Hodgkin's lymphoma among male farmers (United States). *Cancer causes & control : CCC.* 2001;12(6):509-517.
9. Zhang C, Hu R, Huang J, et al. Health effect of agricultural pesticide use in China: implications for the development of GM crops. *Sci Rep.* 2016;6:34918.

## Other Materials

1. Bolognesi C, Holland N. The use of lymphocyte cytokinesis-block micronucleus assay for monitoring pesticide-exposed populations. *Mutation Research.* 770 (2016) 183-203.
2. Deposition Transcripts and Exhibits of Dr. John Acquavella, Ph.D., taken on April 7-8, 2017.
3. Deposition Transcript and Exhibits of Dr. Aaron Blair, Ph.D., taken on March 20, 2017.
4. Deposition Transcripts and Exhibits of Dr. Donna Farmer, Ph.D., taken on January 11-12, 2017.
5. Deposition Transcript and Exhibits of Dr. Daniel Goldstein, M.D. taken on January 18, 2017.
6. Deposition Transcripts and Exhibits of Dr. William Heydens, Ph.D, taken on January 23-24, 2017.
7. Deposition Transcript and Exhibits of Dr. Mark Martens, Ph.D., taken on April 7, 2017.
8. Deposition Transcripts and Exhibits of Dr. David Saltmiras, Ph.D., taken on January 31 and February 1, 2017.
9. EPA. (1980a). Glyphosate; Submission of rat teratology, rabbit teratology, dominant lethal mutagenicity assay in mice. Retrieved from Washington (DC): http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/cleared-reviews/reviews/103601/103601-090.pdf
10. EPA. (1985a). Glyphosate; EPA Reg.#: 524-308; Mouse oncogenicity study. Document No. 004370. Retrieved from Washington (DC): http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/clearedreviews/reviews/103601/103601-183.pdf

11.  EPA. (1985b). EPA Reg.#: 524–308; Roundup; glyphosate; pathology report on additional kidney sections. Document No. 004855. Retrieved from Washington (DC): http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/clearedreviews/reviews/103601/103601-183.pdf

12.  EPA. (1986). Glyphosate; EPA Registration No. 524–308; Roundup; additional histopathological evaluations of kidneys in the chronic feeding study of glyphosate in mice. Document No. 005590. Retrieved from Washington (DC): http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/clearedreviews/reviews/103601/103601-211.pdf

13.  EPA. (1991a). Second peer review of glyphosate. Retrieved from Washington (DC): http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/clearedreviews/reviews/103601/103601-265.pdf

14.  EPA. (1991b). Glyphosate; 2-year combined chronic toxicity/carcinogenicity study in Sprague-Dawley rats - List A pesticide for reregistration. Document No. 008390. Retrieved from Washington (DC): http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/clearedreviews/reviews/103601/103601-263.pdf

15.  EPA. (1991c). Peer review on glyphosate. Document No. 008527.

16.  EPA. (1991d). Glyphosate – EPA registration No. 524–308 – 2-year chronic feeding/oncogenicity study in rats with technical glyphosate. Document No. 008897. Retrieved from Washington (DC): http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/clearedreviews/reviews/103601/103601-268.pdf

17.  EPA. (1993a). Reregistration Eligibility Decision (RED): Glyphosate. EPA 738-R-93-014. Washington (DC): Office of Prevention, Pesticides and Toxic Substances, Office of Pesticide Programs.

18.  EPA. (1993b). RED facts: Glyphosate. EPA-738-F-93-011. Washington (DC): Office of Prevention, Pesticides, and Toxic Substances.

19.  EPA. (1997). Pesticides industry sales and usage – 1994 and 1995 market estimates. Washington (DC): Biological and Economic Analysis Division, Office of Pesticide Programs, Office of Prevention, Pesticides And Toxic Substances.

20.  EPA. (2011). Pesticides industry sales and usage – 2006 and 2007 market estimates. Washington (DC): Biological and Economic Analysis Division, Office of Pesticide Programs, Office of Prevention, Pesticides And Toxic Substances.

21.  EPA. (2015) Glyphosate: Report of the Cancer Assessment Review Committee. EPA's Office of Pesticide Programs, Health Effects Division. October 1, 2015.

22.  EPA. (2016) Glyphosate Issue Paper: Evaluation of Carcinogenic Potential. EPA's Office of Pesticide Programs. September 12, 2016.

23.  European Food Safety Authority. Conclusion on the peer review of the pesticide risk assessment of the active substance glyphosate. EFSA J 2015;13:4302

24.  JMPR. (2006). *Glyphosate. In: Joint FAO/WHO Meeting on Pesticide Residues. Pesticide residues in food – 2004: toxicological evaluations*. Report No. WHO/PCS/06.1.

25. Lan Q, Zheng T, Shen M, Zhang Y, Wang S, Zahm S, Holford T, Leaderer B, Boyle P, Chanock S. Genetic polymorphisms in the oxidative stress pathway and susceptibility to non-Hodgkin lymphoma. *Hum Genet*. 2017;121:161-168.

26. Lioi M, Scarfi M, Santoro A, Barbieri R, Zeni O, Salvemini F, Berardino D, Ursini M. Cytogenetic Damage and Induction of Pro-Oxidant State in Human Lymphocytes Exposed In Vitro to Gliphosate, Vinclozolin, Atrazine, and DPX-E9636. *Environmental and Molecular Mutagenesis*. 32:39-46 (1998).

27. Luo L, Wang F, Zeng M, Zhong C, Xiao F. In vitro cytotoxicity assessment of roundup (glyphosate) in L-02 hepatocytes. *Journal of Environmental Science and Health, Part B*. 2017, Vol. 0, No. 0, 1-8.

28. Pahwa M, Spinelli J, Freeman L, Demers P, Blair A, Pahwa P, Dosman J, McLaughlin J, Zahm S, Cantor K, Weisenburger D, Harris S. An Evaluation of Glyphosate Use and the Risks of Non-Hodgkin Lymphoma Major Histological Subtypes in the North American Pooled Project (NAPP). 27th Conference of the International Society for Environmental Epidemiology.

29. Townsend M, Peck C, Meng W, Heaton M, Robison R, O'Neill K. Evaluation of various glyphosate concentrations on DNA damage in human Raji cells and its impact on cytotoxicity. *Regulatory Toxicology and Pharmacology* (2017), doi: 10.1016/j.yrtph.2017.02.002

30. Wang S, David S, Cerhan J, Hartge P, Severson R, Cozen W, Lan Q, Welch R, Chanock S, Rothman N. Polymorphisms in oxidative stress genes and risk for non-Hodgkin lymphoma. *Carcinogenesis*. Vol. 27, No. 9, pp. 1828-1834, 2006.

# EXHIBIT C

<u>Compensation</u>

My rates for expert work are $550.00/hour and $5,000.00/day for deposition and trial testimony.

<u>Prior Testimony</u>

I have not given a deposition or trial testimony in the last four years.