**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
Heather A. Pigman (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:    202-682-1639
Email: jhollingsworth@hollingsworthllp.com
           elasker@hollingsworthllp.com
           mcalhoun@hollingsworthllp.com
           hpigman@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | |

**DECLARATION OF JOE G. HOLLINGSWORTH IN SUPPORT OF MONSANTO COMPANY'S SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES REGARDING ANDREOTTI, ET AL.,** ***GLYPHOSATE USE AND CANCER INCIDENCE IN THE AGRICULTURAL HEALTH STUDY*, JOURNAL OF THE NATIONAL CANCER INSTITUTE (2018) IN SUPPORT OF ITS *DAUBERT* AND SUMMARY JUDGMENT MOTION**

I, Joe G. Hollingsworth, hereby declare as follows:

1.      I am an attorney at law and am a member of the law firm of Hollingsworth LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto Company's Supplemental Memorandum of Points and Authorities Regarding Andreotti, et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study*, Journal of the National Cancer Institute (2018) in Support of Its *Daubert* and Summary Judgment Motion. I make this declaration based on my personal knowledge and, if called as a witness,

1

1   would and could testify competently to these matters.

2       2.    Annexed hereto as Exhibit 1 is a true and correct copy of the Supplemental
3   Deposition of Christopher Portier (Jan. 12, 2018).

4       3.    Annexed hereto as Exhibit 2 is a true and correct copy of the Supplemental
5   Deposition of Alfred Neugut (Jan. 3, 2018).

6       4.    Annexed hereto as Exhibit 3 is a true and correct copy of the Supplemental
7   Deposition of Dennis Weisenburger (Jan. 22, 2018).

8       5.    Annexed hereto as Exhibit 4 is a true and correct copy of the Supplemental
9   Deposition of Beate Ritz (Jan. 19, 2018).

10       6.    Annexed hereto as Exhibit 5 is a true and correct copy of the Supplemental
11   Deposition of Chadi Nabhan (Jan. 15, 2018).

12       7.    Annexed hereto as Exhibit 6 is a true and correct copy of the Supplemental
13   Deposition of Charles Jameson (Jan. 10, 2018).

14       8.    Annexed hereto as Exhibit 7 is a true and correct copy of the Supplemental Expert
15   Report of Lorelei Mucci (Dec. 21, 2017).

16       9.    Annexed hereto as Exhibit 8 is a true and correct copy of the Supplemental Expert
17   Report of Jennifer Rider (Dec. 21, 2017).

18       10.    Annexed hereto as Exhibit 9 is a true and correct copy of the Supplemental Expert
19   Report of Beate Ritz (Dec. 21, 2017).

20       11.    Annexed hereto as Exhibit 10 is a true and correct copy of the Supplemental
21   Deposition of Lorelei Mucci (Jan. 23, 2018).

22       12.    Annexed hereto as Exhibit 11 is a true and correct copy of the Supplemental
23   Deposition of Jennifer Rider (Jan. 23, 2018).

24       13.    Annexed hereto as Exhibit 12 is a true and correct copy of Exhibit 30-10 to the
25   Supplemental Deposition of Beate Ritz (Jan. 19, 2018).

26       14.    Annexed hereto as Exhibit 13 is a true and correct copy of Exhibit 30-12 to the
27   Supplemental Deposition of Beate Ritz (Jan. 19, 2018).

28

1     15.     Annexed hereto as Exhibit 14 is a true and correct copy of Exhibit 30-13 to the Supplemental Deposition of Beate Ritz (Jan. 19, 2018).

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Executed this 16th day of February 2018.

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639

Attorney for Defendant
MONSANTO COMPANY