# Exhibit 1



# Transcript of Dr. Christopher Portier

**Date:** January 12, 2018
**Case:** In Re: Roundup Products Liability Litigation

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

**Page 1**

```
              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA

- - - - - - - - - - - - - - - -
IN RE: ROUNDUP PRODUCTS     )  MDL No. 2741
LIABILITY LITIGATION        )  Case No.
                            )  16-md-02741-VC
- - - - - - - - - - - - - - - -



        DEPOSITION OF DR. CHRISTOPHER PORTIER

            Friday, January 12th 2018

               AT:  11.00 am




                     Taken at:

           Hilton London Heathrow Airport
                   Terminal 4
                 Hounslow TW6 3AF
                 United Kingdom




Job ref: 173050

Pages: 1 - 126

Reporter: Claire G. Hill RPR CRC
```

**Page 2**

```
            A P P E A R A N C E S

Appearing on behalf of the Plaintiffs:

        ROBIN L. GREENWALD

        WEITZ & LUXENBERG
        700 Broadway
        New York, NY 10003
        Telephone:  (212) 558-5500


        JEFFREY TRAVERS (by telephone)

        THE MILLER FIRM LLC
        The Sherman Building
        108 Railroad Avenue
        Orange, VA 22960
        Telephone:  (540) 672-4224


Appearing on behalf of the Defendant, Monsanto Company:

        ERIC G. LASKER
        JOHN M. KALAS (by telephone)

        HOLLINGSWORTH LLP
        1350 I Street NW
        Washington DC 20005
        Telephone:  (202) 898-5800

Also Present:

        David Ross Elliott
        Videographer
```

**Page 3**

```
                  I N D E X

DR. CHRISTOPHER PORTIER ..........................6

DIRECT EXAMINATION BY MR. LASKER ...................6

CROSS-EXAMINATION BY MS. GREENWALD ................122


                E X H I B I T S

Exhibit 28-1   Glyphosate Use and Cancer Incidence     6
               in the Agricultural Health Study,
               Andreotti et al, JNCI (2018) 110(5):
               djx233 (14 pages)

Exhibit 28-2   Differences in the carcinogenic         9
               evaluation of glyphosate between the
               IARC and the EFSA, Portier et al, JECH
               August 2016, Vol 70, No 8 (5 pages)

Exhibit 28-3   Expert Report of Christopher Portier    11
               (96 pages)

Exhibit 28-4   Comments of Christopher Portier on      12
               USEPA, October 4, 2016 (20 pages)

Exhibit 28-5   Integrative assessment of multiple      18
               pesticides as risk factors for
               non-Hodgkin's lymphoma among men,
               De Roos et al, Occup Environ Med
               2003;60:e11 (9 pages)

Exhibit 28-6   Supplemental Expert Report of           30
               Christopher Portier (6 pages)

Exhibit 28-7   Cancer incidence among                  34
               glyphosate-exposed pesticide
               applicators in the Agricultural Health
               Study, De Roos et al, Environmental
               Health Perspectives, Vol 113, No 1,
               January 2005 (6 pages)
```

**Page 4**

```
Exhibit 28-8    Reliability of reporting on lifestyle  58
                and agricultural factors by a sample of
                participants in the Agricultural Health
                Study from Iowa, Blair et al,
                Epidemiology, January 2002, Vol 13, No
                1 (6 pages)

Exhibit 28-9    Exposure misclassification in studies  67
                of agricultural pesticides, Acquavella
                et al, Epidemiology, Vol 17, No 1,
                January 2006 (6 pages)

Exhibit 28-10   Impact of pesticide exposure           72
                misclassification on estimates of
                relative risks in the Agricultural
                Health Study, Blair et al, Occup
                Environ Med 2011;68:537-541 (5 pages)

Exhibit 28-11   Using multiple imputation to assign    78
                pesticide use for non-responders in the
                follow-up questionnaire in the
                Agricultural Health Study, Heltshe et
                al, Journal of Exposure Science and
                Environmental Epidemiology, (2012) 22,
                409-416 (8 pages)

Exhibit 28-12   Effects of self-reported health        79
                conditions and pesticide exposures on
                probability of follow-up in a
                prospective cohort study, Montgomery et
                al, American Journal of Industrial
                Medicine 53:486-496 (2010) (11 pages)

Exhibit 28-13   E-mail string beginning Nov 9, 2017,   11
                Portier to Pigeon (1 page)

Exhibit 28-14   E-mail with attachments, Nov 10,       111
                2017, Portier to Stecker (1 page)

Exhibit 28-15   E-mail string beginning Nov 12,        111
                2017, Bellé to Portier (2 pages)
```

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018

---

5

1  Friday, January 12th 2018
2  (10.54 am)
3      THE VIDEOGRAPHER:  Good morning, this is
4  the beginning of media 1, volume I in the video
5  deposition of Dr. Christopher Portier.  This is
6  being held at Hilton London Heathrow Airport
7  Terminal 4, Hounslow, TW6 3AF, in the
8  United Kingdom.  This is being taken on 12th January
9  2018, at 10.55 am as indicated on the video screen.
10      This deposition is in the matter In Re
11  Roundup® Products Liability Litigation, the MDL
12  number is 2741, and the case number is
13  16-md-02741-VC.  It's being heard before the
14  United States District Court in the Northern
15  District of California.
16      The court reporter today is Claire Hill,
17  of Planet Depos, and my name is David Ross Elliott,
18  and I am the official certified videographer here,
19  also on behalf of Planet Depos.
20      And now I would like to ask all of counsel
21  to introduce themselves, please, and who they
22  represent.
23      MR. LASKER:  Yes, this is Eric Lasker of
24  Hollingsworth LLP, representing Monsanto.
25      MS. GREENWALD:  Robin Greenwald of Weitz &

---

6

1  Luxenberg representing the plaintiffs.
2      MR. KALAS:  John Kalas, Hollingsworth LLP,
3  representing Monsanto, appearing via telephone.
4      THE VIDEOGRAPHER:  Would the court
5  reporter please swear in the witness?
6          CHRISTOPHER PORTIER,
7          having been duly sworn,
8          testified as follows:
9  DIRECT EXAMINATION BY MR. LASKER:
10      Q.  Good morning, Dr. Portier.
11      A.  Good morning.
12      Q.  So since the last time we have met,
13  there has been a new epidemiologic study published
14  that looks at whether there is an association
15  between glyphosate-based herbicides and
16  non-Hodgkin's lymphoma, correct?
17      A.  Correct.
18      Q.  That is a study that was lead
19  authored by Andreotti and other scientists that is
20  set to be published in the Journal of the National
21  Cancer Institute in 2018, correct?
22      A.  Yes.
23      Q.  Let's go ahead and mark as
24  exhibit 28-1 the new study.
25      (Exhibit 28-1 marked for identification)

---

7

1      Q.  This is the 2018 glyphosate study,
2  correct, Dr. Portier?
3      A.  Yes.
4      Q.  This paper was coauthored by 12
5  scientists who work for various agencies or entities
6  within the National Institutes of Health, correct?
7      MS. GREENWALD:  Objection, form.
8      A.  No, that is not correct.
9      Q.  Okay.  Are there individuals here who
10  you believe are not associated with the National
11  Institutes of Health?
12      A.  That is correct.
13      Q.  Which scientists are not associated
14  with the National Institutes of Health?
15      A.  Anneclaire De Roos is with Drexel
16  University.  Charles Lynch is with the State Health
17  Registry of Iowa, Iowa City, Iowa.  No, I'm sorry,
18  he's with the Department of Epidemiology, University
19  of Iowa.  And also with the State Health Registry of
20  Iowa, Iowa City.
21      Q.  So ten scientists with the National
22  Institutes of Health and two independent
23  academicians?
24      A.  That appears to be the case, yes.
25      Q.  The Journal of the National Cancer

---

8

1  Institute is a highly respected scientific journal,
2  correct?
3      MS. GREENWALD:  Objection, form.
4      A.  I don't consider journals that way,
5  in terms of whether they're respected or not.  It's
6  the individual publications in the journals that
7  matter, about how good the publications are.  It's
8  a highly read journal.
9      Q.  And there is a ranking scheme, if you
10  will, for journals called an impact factor, you're
11  familiar with that, correct?
12      A.  Yes, I am.
13      Q.  With respect to impact factor, as far
14  as how impactful the journal is, the Journal of the
15  National Cancer Institute is one of the most
16  impactful cancer journals in the world, correct?
17      MS. GREENWALD:  Objection, form.
18      A.  I wouldn't know.
19      Q.  Okay.  The -- directing you to the
20  abstract, for the National Cancer Institute -- the
21  2018 National Cancer Institute study, this study,
22  I am quoting from the abstract --
23      MR. TRAVERS:  My name is Jeffrey Travers,
24  Miller Law Firm, representing the plaintiffs.
25      Q.  So Dr. Portier, the 2018 National

Transcript of Dr. Christopher Portier

3 (9 to 12)

Conducted on January 12, 2018

---

9

1 Cancer Institute journal study updated the
2 Agricultural Health Study's previous evaluation of
3 glyphosate in the 2005 De Roos study with cancer
4 institute -- cancer incidence from registries
5 through the end of 2012 or 2013, correct?
6     MS. GREENWALD:  Objection, form.
7     **A.  That is correct.**
8     Q.  You previously had criticized the
9 earlier AHS analysis in De Roos 2005 as not having
10 sufficient follow-up time, correct?
11     **A.  That is one of my -- that was one of**
12 **my concerns, that is correct.**
13     Q.  Let's mark as 28-2 a publication that
14 has you as the lead author.
15     (Exhibit 28-2 marked for identification)
16     Q.  This is an article that you were the
17 lead author of, that was published in the Journal of
18 Epidemiology and Community Health.
19     **A.  That is correct.**
20     Q.  And this was a publication in which
21 you were discussing differences between the IARC
22 evaluation and the European Food Safety Authority
23 analysis of glyphosate in cancer, correct?
24     MS. GREENWALD:  Objection, form.
25     **A.  You have lost me through the**

---

10

1 sentence.  Could you repeat it, please?
2     Q.  In this article, you were comparing
3 the IARC analysis of glyphosate and the EFSA
4 analysis of glyphosate, correct?
5     MS. GREENWALD:  Objection, form.
6     **A.  I am not sure we're comparing it.  We**
7 **are commenting on the scientific issues that we saw**
8 **with the EFSA evaluation and to some degree how**
9 **those compare with IARC.**
10     Q.  On page 742, the second page of this
11 publication, you state, and it's in the left-hand
12 column, at the top, discussing the prior 2005 De
13 Roos study, that:
14     "... the median follow-up time in the
15 Agricultural Health Study was 6.7 years, which is
16 unlikely to be long enough to account for cancer
17 latency."
18     Correct?
19     MS. GREENWALD:  Where are you reading
20 from?  I can't find it.
21     MR. LASKER:  It is in the upper left-hand
22 column, first paragraph, last sentence.
23     Q.  So again, on page 742?
24     **A.  Yes.**
25     Q.  I'll state it again.  One of the

---

11

1 criticisms you state of the De Roos 2005 study was
2 that "the median follow-up time in the AHS was 6.7
3 years, which is unlikely to be long enough to
4 account for cancer latency", correct?
5     **A.  That is correct.**
6     Q.  It is your opinion that because the
7 latency period for cancers can be long by years,
8 evaluations of studies should consider whether the
9 exposure occurred sufficiently long ago to be
10 associated with cancer development, correct?
11     MS. GREENWALD:  Objection, form.
12     **A.  I will put it in my own words.**
13 **Cancer latency is one of the things you must**
14 **consider in evaluating the epidemiological**
15 **literature.  In this case, I referenced a paper that**
16 **looked at the estimates of how long it took for**
17 **non-Hodgkin's lymphoma to form, and 6.7 years was**
18 **a little short.**
19     Q.  Just so the record is clear, let me
20 mark as exhibit 28-3, this is your initial expert
21 report in this case.
22     (Exhibit 28-3 marked for identification)
23     **A.  Okay.**
24     Q.  If you can turn to page 5 of your
25 initial expert report, and the second to last

---

12

1 paragraph, the final sentence in your report, you
2 state:
3     "Because the latency period for cancers
4 can be long (years), evaluation of studies should
5 consider whether the exposure occurred sufficiently
6 long ago to be associated with cancer development."
7     Correct?
8     **A.  That is correct.**
9     Q.  And that is still your opinion,
10 correct?
11     MS. GREENWALD:  Objection, form.
12     **A.  The evaluation should consider, yes,**
13 **whether exposure occurred sufficiently long ago.**
14     Q.  For NHL, you have opined that the
15 latency period is likely to be in excess of six
16 years, correct?
17     MS. GREENWALD:  Objection, form.
18     **A.  I don't see that in here.  I did**
19 **a review of that information somewhere in this**
20 **document.  I don't see it in front of me, so I can't**
21 **tell you exactly what I said.**
22     Q.  Let's mark as the next document in
23 line, which will be 28-4.
24     (Exhibit 28-4 marked for identification)
25     Q.  This is a document that you attached

---

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018

13

1  to your expert report, and it is comments that you
2  made to the United States Environmental Protection
3  Agency on October 4th 2016, correct?
4      **A.  Correct.**
5      Q.  If you turn to page 6 and 7, this may
6  be what you're thinking about, the analysis you did
7  of NHL latency, correct?  (Pause).
8      **A.  Yes.**
9      Q.  In this analysis you presented to the
10 Environmental Protection Agency, your opinion was
11 that the latency period for NHL for any association
12 with glyphosate is likely to be in excess of six
13 years, correct?
14      MS. GREENWALD:  Objection, form.
15     **A.  I don't say six years exactly, I say**
16 **it's going to be a little longer than what**
17 **Weisenburger said, and Weisenburger had one to five**
18 **years, up to six years.**
19     Q.  Well, your sentence at the bottom of
20 the paragraph is comparing the lag time to
21 chemotherapy and radiation, which you have,
22 immediately above that, as being median 5.5 years,
23 or median latency of five to six years, correct?
24     **A.  That's chemotherapy for Hodgkin's**
25 **disease, not radiation, but yes.**

14

1      Q.  And you state that it would not be
2  surprising for the glyphosate lag time to be longer
3  than that from chemotherapy and radiation treatment,
4  correct?
5      MS. GREENWALD:  Objection, form.
6      **A.  It would not be surprising for the**
7  **glyphosate lag time to be longer than that from**
8  **chemotherapy and radiation treatment, correct.**
9      Q.  So for an epidemiology study of
10 glyphosate and non-Hodgkin's lymphoma to be
11 meaningful, it should be looking at exposures that
12 predate diagnoses by more than five to six years,
13 correct?
14     MS. GREENWALD:  Objection, form.
15     **A.  No, not correct.  It should consider**
16 **that.  Clearly they should consider that, but that's**
17 **not the only exposures they should look at.**
18     Q.  Okay, that's fine.  The 2018 National
19 Cancer Institute study looked at cancer -- incidence
20 data for some 54,251 pesticide applicators extending
21 nearly 40 years after the introduction of glyphosate
22 on to the market, correct?
23     MS. GREENWALD:  Objection, form.
24     **A.  I don't know about the 40 years, but**
25 **certainly it is 54,000, give or take, applicators,**

15

1  **both private and commercial.**
2      Q.  They had cancer incidence data
3  through 2012 or 2013, correct?
4      **A.  Depending on the state, yes.**
5      Q.  So that is roughly 40 years after the
6  introduction of glyphosate-based herbicides into the
7  market?
8      **A.  1982.**
9      Q.  1974?
10     **A.  Okay, I don't know when it was,**
11 **that's my problem with it.**
12     Q.  You would agree that the 2018
13 National Cancer Institute study allows for a longer
14 cancer latency period for non-Hodgkin's lymphoma
15 than any other glyphosate epidemiologic study,
16 correct?
17     **A.  I can't attest to that.**
18     Q.  Do you know when the exposure periods
19 were for -- or when the cancer diagnosis periods
20 were for the other epidemiologic studies of
21 glyphosate?
22     MS. GREENWALD:  Objection, form.
23     **A.  Yes, I do.  But my concern with**
24 **answering the question as you stated it is I am**
25 **aware of other agricultural studies that are looking**

16

1  **at glyphosate currently, and I can't be certain they**
2  **don't actually have longer lag times.  But they**
3  **would be at least as long as this one.**
4      Q.  Which studies are those?
5      **A.  There's a study in France, with**
6  **112,000 -- farmers, they are farmers, they are not**
7  **pesticide sprayers.  And in Norway also, with**
8  **a cohort of farmers, about 100,000 people.**
9      Q.  Have either of those cohorts
10 announced their results with respect to glyphosate
11 and non-Hodgkin's lymphoma?
12     **A.  Not that I'm aware of.**
13     Q.  Do you have any --
14     **A.  If you were asking me about published**
15 **studies --**
16     Q.  Yes.
17     **A.  -- if you rephrase it --**
18     Q.  I will rephrase it.  Are you aware of
19 any analyses from either of those -- either of those
20 cohorts regarding glyphosate and non-Hodgkin's
21 lymphoma that have not been published?
22     **A.  No.**
23     Q.  The 2018 National Cancer Institute
24 study allows for a longer cancer latency period for
25 non-Hodgkin's lymphoma than any other published

17

1  glyphosate epidemiologic study, correct?
2      **A.  Correct.**
3      Q.  You also previously criticized the
4  2005 De Roos study because it had only 92
5  non-Hodgkin's lymphoma cases as compared to 650
6  cases in a pooled case control analysis in the
7  United States, correct?
8      MS. GREENWALD:  Objection, form.
9      **A.  I certainly noted, I am not sure**
10 **I criticized, but I certainly noted that it had**
11 **a smaller sample size of exposed cases than did --**
12 **of cases, period, than did the pooled study by --**
13 **that De Roos did in 2003.**
14     Q.  Okay, well, you made a distinction
15 between exposed cases and cases.  The pooled
16 analysis that you're referring to in your
17 observation was also by De Roos, but a 2003 study,
18 correct?
19     MS. GREENWALD:  Objection, form.
20     **A.  If we can find it in here, but to the**
21 **best of my memory, that is correct.**
22     Q.  And the De Roos 2003 study, in its
23 analysis of glyphosate, only had 36 exposed
24 non-Hodgkin's lymphoma cases, correct?
25     **A.  No, I think it had more than that,**

18

1  **somewhere around -- I am not sure, to be honest.**
2  **I thought it was more than that.**
3      Q.  Okay, well, luckily I have the study
4  with me, so we can look at it together.
5  Exhibit 28-5.
6      (Exhibit 28-5 marked for identification)
7      Q.  This is De Roos 2003.  This is the --
8  exhibit 28-5 is the 2003 pooled analysis of U.S.
9  case control studies that you were referring to,
10 correct?
11     **A.  Yes, it is.**
12     Q.  If you look at page 5 of the study,
13 table 3, it has a listing of all the different
14 pesticides that were being examined in the study,
15 correct?
16     **A.  That is correct.**
17     Q.  And you will see glyphosate on that
18 list, about -- almost towards the bottom?
19     **A.  Yes, I do.**
20     Q.  The 2003 De Roos pooled analysis of
21 glyphosate was based upon 36 exposed non-Hodgkin's
22 lymphoma cases, correct?
23     **A.  That is correct.**
24     Q.  The 2018 National Cancer Institute
25 study had 440 exposed NHL cases out of a total of

19

1  575 non-Hodgkin's lymphoma cases looked at, correct?
2      MS. GREENWALD:  Objection, form.
3      **A.  Those are about in the range of the**
4  **numbers I remember, I can't be absolutely certain.**
5      Q.  The numbers are right here on the
6  table, we can add them up, correct?
7      **A.  Yes, we can add them up.**
8      Q.  And with respect to the number of 92
9  non-Hodgkin's lymphoma cases in the 2005 study, the
10 2018 National Cancer Institute study is about six
11 times larger than the De Roos 2005 study, correct?
12     **A.  Five, five and a little bit.**
13     Q.  Well, there are significantly more
14 non-Hodgkin's lymphoma cases with exposure to
15 glyphosate in the 2018 National Cancer Institute
16 study than there are in all of the case control --
17 the published case control studies of glyphosate and
18 non-Hodgkin's lymphoma combined, correct?
19     MS. GREENWALD:  Objection, form.
20     **A.  Could you -- could you repeat it**
21 **again?**
22     Q.  Sure.  There are significantly more
23 non-Hodgkin's lymphoma cases with exposure to
24 glyphosate-based herbicides in the 2018 National
25 Cancer Institute study than there are in all of the

20

1  published case control studies of glyphosate and
2  non-Hodgkin's lymphoma combined, correct?
3      MS. GREENWALD:  Same objection.
4      **A.  I don't know what "significantly"**
5  **means here.  We can add the numbers up and I can**
6  **tell you if it's double or if it's triple or if it's**
7  **1.5 times, but I don't know what "significant"**
8  **means, so I can't.**
9      Q.  You would agree that there are more
10 exposed non-Hodgkin's lymphoma cases in the 2018
11 National Cancer Institute study than in all of the
12 published case control studies combined, correct?
13     **A.  That is correct.**
14     Q.  The scientists, I guess it's ten
15 scientists from the National Institutes of Health,
16 state in the abstract of the 2018 NCI study, that --
17 in their conclusion:
18     "In this large prospective cohort study,
19 no association was apparent between glyphosate and
20 any solid tumours or lymphoid malignancies overall
21 including non-Hodgkin's lymphoma and its subtypes."
22     Correct?
23     **A.  First, let me correct something.**
24 **This is not an NCI study.  Having worked at NIH,**
25 **I know what this is, this is a study produced by**

21

1  scientists, some of whom work for the National
2  Institutes of Health.  In the acknowledgments at the
3  end, it makes it very clear that the funders had
4  nothing to do with carrying out this study, they
5  simply supported funding of the study, so you can't
6  really refer to it as being NCI's study.  If NCI had
7  done this, and it was an official document from NCI,
8  it would carry a different type of review than what
9  this has received.
10      In answer to your question, that is what
11  it says, in their conclusion at the end of this
12  abstract, word for word.
13      Q.  The statement, and we can call it the
14  2018 National Cancer Institute journal study, that
15  there is no -- that no association was apparent
16  between glyphosate and non-Hodgkin's lymphoma, and
17  its subtypes, accurately report the findings set
18  forth in this publication, correct?
19      MS. GREENWALD:  Objection, form.
20      A.  No, it doesn't, and first of all,
21  it's the Journal of the National Cancer Institute,
22  which actually is not owned by the National Cancer
23  Institute, it's Oxford Press owns that journal, NCI
24  got rid of it, but they bought the title to it.
25      The -- there's nuances to this that are --

22

1  within the document, that talk about limitations on
2  this interpretation, so that simple sentence does
3  not give a good interpretation of the overall paper.
4      Q.  Do you disagree with the conclusions
5  set forth in the abstract of this 2018 National
6  Cancer Institute journal study that no association
7  was apparent between glyphosate and non-Hodgkin's
8  lymphoma and its subtypes?
9      A.  I would agree to the statement that
10  given the analyses they did, given the limitations
11  they saw, and -- the bottom line from their analyses
12  is they saw nothing.  That's not an interpretation,
13  that is a statement of fact of how they evaluated
14  and analyzed the data.
15      Q.  And this statement of the study
16  findings was accepted by the Journal of the National
17  Cancer Institute after independent peer review,
18  correct?
19      MS. GREENWALD:  Objection, form.
20      A.  I assume it was.  I can't be certain.
21  But they peer review everything, so I would be
22  surprised if it was not.
23      Q.  If you go to page 7 of the study, the
24  left-hand column, first -- beginning full paragraph,
25  "In our study", do you see that?

23

1      A.  Uh-huh.
2      Q.  Again, the ten NIH investigators and
3  two academicians state:
4      "In our study, we observed no associations
5  between glyphosate use and NHL overall or any of its
6  subtypes."
7      Did I read that correctly?
8      A.  You did, yes.  You read that
9  correctly.
10      Q.  And the NIH investigators and
11  academicians state further:
12      "This lack of association was consistent
13  for both exposure metrics ..."
14      Did I read that correctly?
15      MS. GREENWALD:  Objection, form.
16      A.  "This lack of association was
17  consistent for both exposure metrics", that is what
18  it says.
19      MS. GREENWALD:  That's not a full
20  sentence, by the way.  That's only part of the
21  sentence.
22      Q.  Let's take -- I will be going through
23  the entire sentence, believe me, but I want to take
24  this in steps.  Let's take a look at the rate ratios
25  in this study for non-Hodgkin's lymphoma that are

24

1  reported on table 2.  And I am going to put this on
2  the screen as well, so we can also see that.
3      So the findings with respect to
4  non-Hodgkin's lymphoma are set forth right here,
5  correct?
6      A.  That is one of the findings for
7  non-Hodgkin's lymphoma in their broad analysis.
8      Q.  And this is -- with respect to this
9  analysis, they also -- they present the rate ratios
10  for non-Hodgkin's lymphoma in the cohort among
11  individuals who were not exposed to glyphosate-based
12  herbicides, and also in four groupings of
13  individuals that were grouped based upon
14  intensity-weighted lifetime days of glyphosate use,
15  correct?
16      MS. GREENWALD:  Objection, form.
17      A.  This presents their analysis based
18  upon different exposure classifications where
19  40 percent of the exposure classifications are from
20  imputation, which I feel is probably leading to
21  severe misclassification, and because of that severe
22  misclassification, that is why they are seeing these
23  null results.  However, they do have null results
24  here, that is clearly what they are interpreting.
25      I have a second problem with this

25

1  particular set of numbers, in that in the De Roos
2  paper, the analysis for dose response was against
3  the lowest exposure group --
4       Q.  And we are going to be talking about
5  that.  That is exactly where I'm going --
6       MS. GREENWALD:  Let him finish it, let him
7  finish his answer, please.
8       MR. LASKER:  We will be asking about --
9       MS. GREENWALD:  I understand that.
10      MR. LASKER:  We will be asking about that,
11  but I would like to have an answer to my question,
12  and we will get to that issue, both of those issues
13  you raised --
14      MS. GREENWALD:  Mr. Lasker, he has the
15  right to finish the answer to his question.
16      Q.  The data for intensity-weighted
17  cumulative exposure dose response for non-Hodgkin's
18  lymphoma is presented in table 2 in the 2018
19  National Cancer Institute journal publication,
20  correct?
21      MS. GREENWALD:  Objection, form.
22      **A.  Say it again, please?**
23      Q.  The analyses that the NIH
24  investigators and academicians conducted for a dose
25  response based upon intensity-weighted cumulative

26

1  exposure is set forth in table 2 of the 2018
2  National Cancer Institute journal study, correct?
3       MS. GREENWALD:  Objection, form.
4       **A.  The numerical results of that**
5  **analysis are in that table, that is correct.**
6       Q.  Okay.  And these scientists measured
7  intensity of exposure, and we can look at page 2 of
8  the publication, where they lay this out, but the
9  intensity score was based on literature-based
10  measurements, and information provided by the
11  applicator, specifically whether the participant
12  mixed or applied pesticides, repaired
13  pesticide-related equipment, used personal
14  protective equipment and application method used,
15  correct?
16      MS. GREENWALD:  Objection, form.  You
17  didn't read that correctly.
18      Q.  I'll read it again:
19  "The intensity score was derived from an
20  algorithm based on literature-based measurements and
21  information provided by the applicator, specifically
22  whether the participant mixed or applied pesticides,
23  repaired pesticide-related equipment, used personal
24  protective equipment, and application method used."
25  Correct?

27

1       A.  There's a very nice publication on
2  the intensity score which lays it all out
3  completely.  This is a short summary of what they
4  wanted to say about it, but that is what it says on
5  the document.
6       Q.  Okay.  And --
7       **A.  Actually, though, it's not quite**
8  **correct.**
9       Q.  So you disagree with the statement
10  that appears in the 2018 National Cancer Institute
11  journal in which the NIH investigators describe
12  their intensity measure?
13      MS. GREENWALD:  Objection, form.
14      **A.  The way they have written it is "the**
15  **intensity score was derived from an algorithm based**
16  **on literature-based measurements and information**
17  **provided by the applicator"; however, 37 percent of**
18  **the applicators did not fill out the second**
19  **questionnaire, and those responses were imputed.  So**
20  **in fact, that statement is indeed false.**
21      Q.  The NIH scientists, in their
22  calculation of intensity-weighted cumulative
23  exposures, reported rate ratios for each of their
24  exposure groups that was below 1.0, but not
25  statistically significant, correct, than that set

28

1  forth here in this table?
2       MS. GREENWALD:  Objection, form.
3       **A.  You have lost me a little bit under**
4  **there.**
5       Q.  I'll restate the question.
6       **A.  Thank you.**
7       Q.  In table 2 of the 2018 National
8  Cancer Institute journal publication, the NIH
9  investigators and academicians set forth their
10  calculations of rate ratios for each exposure group
11  to glyphosate-based herbicides and reported rate
12  ratios for each exposure group below 1.0, correct?
13      MS. GREENWALD:  Objection, form.
14      **A.  So they reported rate ratios for**
15  **quartiles of exposure against what they claim is an**
16  **unexposed group, and they have calculated for each**
17  **of those a rate ratio that is below 1.  However,**
18  **I don't agree with those rate ratios.**
19      Q.  Yes, and I am going to ask you
20  exactly about that now.  So in your analysis, in
21  your supplemental expert report, you provided your
22  own different dose response analysis, correct?
23      **A.  I provided an indication of what the**
24  **dose response analysis would have looked like had**
25  **they used the same approach as was used in the De**

29

1  Roos paper.
2       Q.  Okay.  Just so I understand what you
3  have done, in conducting your dose response
4  analysis, you remove the unexposed group from the
5  analysis, correct?
6       **A.  Each analysis that's shown here is**
7  **a pair-wise analysis against a reference group.**
8  **They did their pair-wise analysis against the**
9  **reference group of controls.  In the De Roos paper,**
10 **they argued that they did not want to use the**
11 **controls because they differed socio-economically**
12 **and demographically from the treateds, and so they**
13 **did their comparison, their referent group was the**
14 **first quartile -- first tertile.  Here I made the**
15 **referent group the first quartile, so my pair-wise**
16 **pair -- comparisons are the treated groups above the**
17 **first quartile against the first quartile.**
18      Q.  I just want to understand what your
19 analysis is.  So in your analysis, you remove the
20 unexposed group and then you compare Q2 to Q1, Q3 to
21 Q1 and Q4 to Q1 within the exposure groups, correct?
22      **A.  Correct.**
23      MS. GREENWALD:  Objection, form.
24      Q.  In that analysis, as a result of that
25 analysis, the numbers that are reported by the NIH

30

1  investigators and academicians as being all below 1,
2  in your calculation, those numbers are now all 1 or
3  higher, correct?
4       MS. GREENWALD:  Objection, form.
5       **A.  My -- the, the -- the numbers become**
6  **greater than 1 if you use that analysis, I won't**
7  **call it my numbers, it's -- if you use that**
8  **analysis, the numbers are greater than 1.**
9       Q.  Okay, and in your supplemental expert
10 report, through this analysis, you state that the
11 study shows increased rate ratios for non-Hodgkin's
12 lymphoma relative to the lower -- to the lowest
13 exposure group, correct?
14      **A.  I probably say that, it's going to be**
15 **close to that.  Increased or flat.**
16      Q.  Let's look exactly, because I don't
17 want to put words in your mouth.  Let's mark as
18 exhibit 28-6 your supplemental expert report in this
19 case.
20      (Exhibit 28-6 marked for identification)
21      Q.  At page 2 of your report, about
22 three quarters of the way down the page, you are
23 presenting this calculation that we just discussed,
24 correct?
25      **A.  Yes.**

31

1       Q.  You state, in your opinion, that
2  through this calculation that you provide for the --
3  for dose response, that the 2018 study shows
4  increased rate ratios for non-Hodgkin's lymphoma
5  relative to the lowest exposure group, correct?
6       MS. GREENWALD:  Objection, form.
7       **A.  That's not what the sentence says.**
8       Q.  You state:
9  "Thus ..."
10      **A.  "Thus, unlike the previous study,**
11 **this study shows increased relative risks for NHL**
12 **relative to the lowest exposure group."**
13 **I am not declaring that these are**
14 **increased relative risks, I am declaring that they**
15 **are increased relative to what was seen in the De**
16 **Roos study 2003.**
17      Q.  I see.  Is it your opinion that the
18 2018 National Cancer Institute journal study, based
19 upon this calculation, that removes the unexposed,
20 shows evidence of a dose response between
21 glyphosate-based herbicides and non-Hodgkin's
22 lymphoma?
23      MS. GREENWALD:  Objection, form.
24      **A.  No, it raises concern on my part**
25 **about why they changed the analysis method, why all**

32

1  **of a sudden are the controls the same as the treated**
2  **groups when before they were not.  There's no**
3  **mention of a comparison demographically,**
4  **socio-economically, between the controls and the**
5  **treated groups, and it makes a difference which way**
6  **you do the analysis, and that is what I am pointing**
7  **out here.**
8       Q.  In the --
9       **A.  Leading to a slightly different**
10 **interpretation of the overall study as well.**
11      Q.  In your -- well, first of all, in the
12 dose response analysis that's set forth here in the
13 National Cancer Institute journal study, they set
14 forth an evaluation of trend, a P trend analysis, in
15 support of their statement that there was no
16 evidence of a dose response between glyphosate-based
17 herbicide exposure and non-Hodgkin's lymphoma,
18 correct?
19      **A.  Yes, they put that in there.**
20      Q.  And that's a standard methodology in
21 analyzing dose response, correct?
22      MS. GREENWALD:  Objection, form.
23      **A.  That is correct, that P value comes**
24 **from an adjusted analysis of all of the available**
25 **data.  I do not have that information, hence**

33

1 I cannot calculate that P value. You need the
2 individual raw data to be able to do that.
3     Q. Okay. The 2018 -- so in other
4 words -- so it's -- I'm correct then that you did
5 not calculate a P trend for your dose response
6 analysis, is that correct?
7         MS. GREENWALD: Objection, form.
8     A. I cannot calculate a P trend for that
9 dose response analysis. All I can give you is the
10 raw numbers of what it would look like, but it may
11 not even look like that when they do the adjusted
12 analysis, the second or third decimal point might
13 change a little bit, because of that type of more
14 complicated analysis, but it would look
15 approximately like that.
16     Nor am I saying here that I believe it's
17 significant, you do know that, I haven't said that
18 here.
19     Q. The 2018 National Cancer Institute
20 journal study publication also provides confidence
21 intervals for each of its estimates of rate ratio in
22 its exposure groups, correct?
23         MS. GREENWALD: Objection, form.
24     A. That is correct. Again, as
25 I mentioned before, I cannot calculate those

34

1 confidence bounds without having the original data
2 and doing a much more complicated analysis like they
3 have done.
4     Q. And you are not stating, I take it
5 then, that any of the numbers you present in your
6 supplemental expert report for your dose response
7 analysis are statistically significant above 1,
8 correct?
9         MS. GREENWALD: Objection, form.
10     A. I don't know its significance above
11 1, that is correct.
12     Q. Now, you stated that -- a couple of
13 times about the fact that in the 2005 study, the
14 authors conducted a dose response within the exposed
15 groups because the authors felt that the never
16 exposed and exposed subjects differed in terms of
17 socio-economic factors and other factors like
18 smoking, correct?
19         MS. GREENWALD: Objection, form.
20     A. That's what they -- that's what De
21 Roos wrote in her paper.
22     Q. So let's look at the De Roos 2005
23 study. This will be exhibit 28-7.
24     (Exhibit 28-7 marked for identification)
25     Q. If you look at table 1 in the 2005 De

35

1 Roos study which I just handed you, exhibit 28-7,
2 I believe.
3     A. Table 1?
4     Q. Yes. They present data on smoking
5 history in the cohort as of their period of
6 analysis, 2005, in 2005, correct?
7     A. Yes, smoking history is listed here.
8     Q. And they find that, as compared to --
9 for never smokers -- I am sorry, for the never
10 exposed group, there was approximately 57 percent
11 range of individuals without -- that had never
12 smoked, and for those who were exposed, there was
13 about 53 percent had never smoked, correct?
14         MS. GREENWALD: Objection, form.
15     A. It's in the table, you can read the
16 direct -- the exact numbers, but that's
17 approximately correct.
18     Q. If we go to the 2018 --
19     A. I will point out --
20         MS. GREENWALD: Mr. Lasker, you have to
21 let him answer these questions.
22     A. I will point out that on page 51, in
23 the results section, they specifically talk about
24 that issue, and it says:
25     "This is a population with relatively low

36

1 smoking prevalence; in both the exposed and
2 never-exposed groups, more than half of the subjects
3 reported that they had never smoked. Significant
4 differences existed between never-exposed and
5 lowest-exposed subjects for all of the
6 characteristics in table 1. Lowest- and
7 higher-exposed subjects also differed on several
8 factors, the most notable being that higher-exposed
9 subjects were more likely to be commercial
10 applicators", etcetera.
11     So they state it themselves, I am not
12 making it up.
13     Q. That wasn't where I was going,
14 Dr. Portier. If you can look at the 2018 National
15 Cancer Institute journal study?
16     A. Okay.
17     Q. This study also has a table 1,
18 correct?
19     A. Correct.
20     Q. In table 1, they provide the same
21 analysis of smoking history for individuals as of
22 the date of their analysis, correct?
23         MS. GREENWALD: Objection, form.
24     A. They provide proportions of --
25 fractions of the population that fall into different

37

1 categories of smoking usage.
2      Q.  And at the time of their analysis for
3 the 2018 study, as compared to the difference of 57
4 versus 53 percent, in the earlier study, as at the
5 time of the 2018 analysis, the group that had never
6 used glyphosate, had never smoked, was 53 percent,
7 53.5 percent, and for those who had been exposed, it
8 was in the 52 percent range, correct?
9      A.  53.5 for never, 52.6 for median, for
10 less than the median glyphosate exposure, and what's
11 the last one, 52.1 for above the median glyphosate
12 exposure.
13      Q.  So the data, the comparison on this
14 demographic factor had changed by the date of the
15 2018 analysis as compared to the 2005 analysis,
16 hadn't it?
17      MS. GREENWALD:  Objection, form.
18      A.  I can't answer the question, because
19 they don't -- they didn't do an analysis to tell me
20 if it had changed or not.
21      Q.  Were you aware of the fact that the
22 smoking history rates for nonexposed versus exposed
23 had changed as between the date of the 2005 paper
24 and the date of the 2018 paper when you did your
25 revised dose response analysis?

38

1      MS. GREENWALD:  Objection, form.
2      A.  I don't know if it's changed.  You're
3 stating it as if it has changed, when in fact it
4 might not have.  There's a statistical analysis for
5 doing that.
6      Q.  Have you done that statistical
7 analysis?
8      A.  With these numbers, with these
9 numbers, small differences can lead to large
10 differences here.  And it's not just the controls
11 you have to look at, you have to look at the
12 treateds as well, and this is a comparison against
13 median, yes, median below and median above, as
14 compared to the quartiles, which is where the
15 analysis is.
16      Q.  Dr. Portier, did you do that
17 analysis?
18      A.  I can't do that analysis.  I do not
19 have that information.  I cannot do that type of
20 analysis.
21      Q.  Okay.  The -- going back to the
22 findings in the 2018 National Cancer Institute
23 journal study, and again, as set forth on page 7 of
24 the study, that first paragraph, in the left-hand
25 column, it starts:

39

1      "In our study, we observed no
2 associations ..."
3      The NIH investigators and academicians
4 state, as the -- the next part of their analysis,
5 that they observed no associations between
6 glyphosate use and non-Hodgkin's lymphoma after --
7 when their analyses were both unlagged and when they
8 were lagged, correct?
9      MS. GREENWALD:  Objection, form.
10      A.  I am trying to find it in this
11 paragraph, but I am not seeing it.  Oh, there it is,
12 unlagged and lagged analyses:
13      "This lack of association was consistent
14 for [blah blah blah] unlagged and lagged
15 analyses ..."
16      It says that, that is correct.
17      Q.  Okay.  And in your expert report,
18 your supplemental expert report, you note that no
19 significant increased rate ratios were seen when the
20 investigators focused their analysis on exposures
21 that occurred 20 years prior to non-Hodgkin's
22 lymphoma outcome, 15 years prior to non-Hodgkin's
23 lymphoma outcome, 10 years prior to non-Hodgkin's
24 lymphoma or 5 years prior to non-Hodgkin's lymphoma,
25 correct?

40

1      MS. GREENWALD:  Objection, form.
2      A.  I don't believe I said all of that.
3      Q.  In your expert report, on page --
4      A.  I always --
5      MS. GREENWALD:  Mr. Lasker, if you don't
6 let him finish answering his questions, we are going
7 to call the judge.  You have to let him finish.
8 He's got a right to finish his answers.
9 I understand this is a timed deposition, but he has
10 to answer his questions -- your questions.
11      MR. LASKER:  Okay, and if he continues to
12 give long answers, I am happy to talk to the
13 judge --
14      MS. GREENWALD:  These are not long.
15      MR. LASKER:  I don't know who the judge is
16 who is going to be happy to be called at 1.30 in the
17 morning, but I am happy to call him.
18      MS. GREENWALD:  These are not long
19 answers.
20      A.  If you are going to my expert -- my
21 supplemental report and show me the wording, that's
22 fine.  Otherwise I was simply going to say it was
23 more likely that I said they saw no significant
24 changes in their lagged analyses, rather than the
25 detailed statement for every single lagging.

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018

11 (41 to 44)

41

1    Q.  Okay, let me look at your -- let's
2  look at your supplemental expert report.
3    **A.  I can't find it.  Is this it?**
4    Q.  That's it.  Bottom of page 1 and then
5  the top of page 2:
6    "Analyses were also done [do you see that]
7  using 5-, 10-, 15-, 20-" --
8    **A.  Yes.**
9    Q.  So now again, looking at what you
10 stated in your expert report, you note that no
11 significantly increased rate ratios were seen when
12 the investigators focused their analyses on
13 exposures that occurred 20 years prior to
14 non-Hodgkin's lymphoma outcome, 15 years prior to
15 non-Hodgkin's lymphoma outcome, 10 years prior to
16 non-Hodgkin's lymphoma outcome, or 5 years prior to
17 non-Hodgkin's lymphoma outcome, correct?
18    MS. GREENWALD:  Objection, form.
19    **A.  I said:**
20  **"No significantly increased RRs were seen**
21 **in these analyses although the general trend was**
22 **towards higher RRs in the exposure groups as the lag**
23 **times increased."**
24    **That's exactly what I said.**
25    Q.  Okay.  And that was exactly where

42

1  I was going actually with that second part, you
2  state in your report that there was a general trend
3  towards higher rate ratios in the exposure groups as
4  the lag times increased, correct?
5    **A.  I believe that's what it said, yes.**
6    Q.  In other words, the reported rate
7  ratios, while not statistically significant, were
8  larger when investigators looked solely at exposures
9  to glyphosate-based herbicides that took place
10 before 1992 or 1993, than were reported when they
11 looked at exposures to glyphosate-based herbicides
12 up to 2007 or 2008, correct?
13    MS. GREENWALD:  Objection, form.
14    **A.  It's a difficult form.  Basically I'm**
15 **saying that if you look at the rate ratios that**
16 **appear for the current analysis, then five-year lag,**
17 **then the 10-year lag, then the 15-year lag, then the**
18 **20-year lag, they appear to be increasing.**
19    Q.  And so if I understand that
20 correctly, a 20-year lag, just so that we
21 understand, would be 20 years prior to -- and so
22 that, you're correct -- 20 years prior to 2012 or
23 2013 which is the last date of non-Hodgkin's
24 lymphoma?
25    **A.  No, no, it would be for each**

43

1  **individual person, so -- and it would be before they**
2  **got NHL.**
3    Q.  Okay.  So the latest it could be
4  would be 20 years before 2012 or 2013?
5    **A.  No, somebody who gets -- someone who**
6  **gets an NHL in, say, 2005, then their 20-year lag,**
7  **if they were exposed completely over the period,**
8  **would have been 1985.**
9    Q.  Okay.  Okay.  So the exposure period
10 for the 20-year lag would have been any time prior
11 to 1992 or 1993?
12    **A.  It couldn't be after 1992 and 1993,**
13 **that is correct.**
14    Q.  And for the 5-year lag, it could not
15 be after 2007 or 2008, correct?
16    **A.  That is correct.**
17    Q.  Okay.  And what you found, or what
18 you're reporting is that the reported rate ratios,
19 while not statistically significant, were larger
20 when the investigators looked at individuals whose
21 exposures to glyphosate-based herbicides took place
22 prior to 1992 or 1993 than they -- when they looked
23 at individuals whose exposures to glyphosate-based
24 herbicides could have occurred up to the dates 2007
25 to 2008, correct?

44

1    MS. GREENWALD:  Objection, form.
2    **A.  No, that's not what I'm saying.  I am**
3  **sorry, that is not what I said.**
4    Q.  Okay.
5    **A.  Because you're confusing what**
6  **a lagged analysis is.  A lagged analysis has a very**
7  **serious assumption in it, it assumes that no other**
8  **glyphosate exposure matters whatsoever.  So**
9  **regardless of what you're seeing for other -- other**
10 **people, you're only looking at the 20-year past.**
11 **And so that assumption is a very strong assumption.**
12 **So I would never say that I believe that the 5-year**
13 **is in some way reduced from the 20-year.  You do**
14 **that analysis to see if, in fact, there is something**
15 **going on with the data relative to timeframe, but**
16 **you have to recognize the fact that you're**
17 **discarding data and doing it and carrying a very**
18 **heavy assumption.**
19    Q.  When you include in the analysis --
20 sorry, when the investigators include in their
21 analysis all the exposures up until the present day,
22 without any lagging, their rate ratios are lower
23 than when they calculate them based upon exposures
24 that go back for individuals before 1992 and 1993,
25 correct?

Transcript of Dr. Christopher Portier

12 (45 to 48)

Conducted on January 12, 2018

45

1    MS. GREENWALD:  Objection, form.
2        **A.  For their analysis, using imputed**
3    **exposures, for 40 percent of the population, that**
4    **they were looking at, where I believe their controls**
5    **are misdiagnosed, yes, they saw relative risks that**
6    **were lower when they used all the data than when**
7    **they used only the 10-year data, the 10-year lag.**
8        Q.  Okay.  That's 10-year, 5 -- let me
9    restate the question.
10       **A.  5-year, 10-year, and 20-year and**
11   **15-year, yes.**
12       Q.  So what the NIH investigators and
13   academicians found is that when they conducted their
14   analyses for all exposures up to the present for
15   glyphosate-based herbicides, they reported lower
16   rate ratios with association to non-Hodgkin's
17   lymphoma than when they looked at the data that was
18   looking at exposures prior to 1992 and 1993 alone,
19   correct?
20       MS. GREENWALD:  Objection, form.
21       **A.  They reported lower rate ratios that**
22   **could be entirely due to the misclassification and**
23   **potential bias from the imputation of the 40 percent**
24   **of the exposures.**
25       Q.  The -- returning to the conclusions

46

1    of the investigators, the NIH investigators in their
2    study, in the 2018 study, the -- and continuing
3    along with that same sentence that we have been
4    looking at, the next statement that the
5    investigators make with regard to the 2018 NCI study
6    was that there was no association between
7    glyphosate-based herbicide exposure and
8    non-Hodgkin's lymphoma when the rate ratios were
9    adjusted for pesticides linked to non-Hodgkin's
10   lymphoma in previous AHS analyses, correct?
11       MS. GREENWALD:  Objection, form.
12       **A.  To put the sentence together, this**
13   **lack of association was consistent after further**
14   **adjustment for pesticides linked to NHL in previous**
15   **AHS analyses, so it's consistent, it's not equal.**
16       Q.  You agree that in assessing the
17   glyphosate epidemiologic studies, the most
18   reasonable comparison to make -- the most reasonable
19   comparison is to use the most fully adjusted risk
20   estimates, correct?
21       **A.  No, I don't agree with that.  I do**
22   **agree, using a reasonable set of adjusted risk**
23   **estimates, where the adjustments are not for every**
24   **single variable in the data set, but for**
25   **a reasonable set of variables.**

47

1        Q.  Can I ask you to go back to your
2    initial expert report?  I can't remember, I am
3    sorry, what that was, number.  What's the number on
4    the top of that?
5        **A.  28-3.**
6        Q.  Thank you.  At page 15 of your
7    initial expert report in this litigation, at the top
8    of the page, you state:
9        "As noted by both the IARC monograph 112
10   (2015) and by Chang and Delzell (2016), when
11   comparing studies, the most reasonable comparison is
12   to use the most-fully-adjusted risk estimates."
13       Is that what you state?
14       **A.  That's what I state, but that's not**
15   **what you asked me.**
16       Q.  Okay, well, the record will reflect
17   what I have asked you.  Let me --
18       **A.  This is when I am evaluating studies**
19   **that have already been done, the best comparison is**
20   **to use their fully adjusted analyses, but I would**
21   **never do an analysis that's fully adjusted for**
22   **everything, and that's what I thought you had asked**
23   **me.**
24       Q.  You would agree that the most likely
25   source of confounding in the glyphosate

48

1    epidemiologic studies would be exposure to other
2    pesticides, correct?
3        MS. GREENWALD:  Objection, form.
4        **A.  Confounding.  Yes, I would guess that**
5    **would be the most likely source of confounding.**
6        Q.  In your initial expert report --
7    well, strike that, let me start -- let me back up
8    a step.
9        In your supplemental expert report, you
10   state that the 2018 NCI journal study is one of the
11   epidemiologic studies that you would consider in
12   connection with the other epidemiologic studies as
13   well as the other scientific evidence, correct.
14       MS. GREENWALD:  Objection, form.
15       **A.  In making an evaluation of causality,**
16   **I would look at all of the available data, and this**
17   **is one study amongst all the available data.**
18       Q.  In your initial expert report, and
19   this is also on page 15, you look at what you listed
20   as six core epidemiologic studies, and you identify
21   McDuffie (2001), Hardell (2002), De Roos (2003), De
22   Roos (2005), and Eriksson (2008) and Orsi (2009),
23   correct?
24       **A.  That is correct.**
25       Q.  You note that each of them report

49

1  odds ratios or rate ratios equal to or above 1.0,
2  and you performed a statistical analysis finding
3  that the probability of this happening was 0.016,
4  which you stated was unlikely to be due to chance,
5  correct?
6       MS. GREENWALD: Objection, form.
7       **A.  I said it is strongly suggesting the**
8  **studies do not agree with an underlying PRR of 1.**
9  **I didn't say it's due -- it's unlikely to be due to**
10 **chance.**
11      Q.  Okay.  Now, with the 2018 National
12 Cancer Institute journal study, one of the six core
13 epidemiologic studies now has a rate ratio below 1,
14 correct?
15      MS. GREENWALD: Objection, form.
16      **A.  No, these six core studies are these**
17 **six core studies.  If I were to substitute De Roos**
18 **for Andreotti, or Andreotti for De Roos, then that**
19 **would -- well, no, that wouldn't be the case,**
20 **because Andreotti never gave me -- excuse me,**
21 **Andreotti did not give us the ever never use of**
22 **glyphosate calculation, so I would be using**
23 **a different calculation, I couldn't use the ever**
24 **never, so it would be negative, but it wouldn't be**
25 **negative as like the ever nevers.**

50

1       **So yes, but my problem is I'm not sure**
2  **I would do that substitution, because there is such**
3  **problems with the Andreotti study, that I might be**
4  **concerned about doing that.  I have to think about**
5  **that, in terms of looking -- when you do**
6  **a meta-analysis or any type of grouped analysis with**
7  **this type of data, you want to make sure that they**
8  **are comparable studies and I am not sure Andreotti**
9  **is comparable anymore.**
10      Q.  Can I break that down.  First of all,
11 while there was no calculation provided in the 2018
12 National Cancer Institute journal publication
13 itself, from the data that was presented, it is
14 a pretty simple mathematical analysis to show that
15 the ever never rate ratio is below 1.0, correct?
16      MS. GREENWALD: Objection, form.
17      **A.  The uncorrected unadjusted rate ratio**
18 **can be calculated from these data and that number**
19 **would be less than 1.**
20      Q.  The second issue, am I correct in my
21 understanding that you do believe that the De Roos
22 2005 study is sufficiently reliable to be included
23 in your view of what are the core epidemiologic
24 studies for glyphosate?
25      MS. GREENWALD: Objection, form.

51

1       **A.  The De Roos 2005 study was included**
2  **in my core set of studies.**
3       Q.  Am I correct in my understanding that
4  you believe that the 2005 De Roos study was
5  sufficiently reliable to include as one of the core
6  epidemiologic studies of glyphosate in non-Hodgkin's
7  lymphoma?
8       MS. GREENWALD: Objection, form.
9       **A.  Yes.**
10      Q.  And going back to your analysis of
11 the core studies, you are aware that two of the
12 other core studies, McDuffie and De Roos 2003, have
13 now been pooled into the North American pooled
14 project, compare study, correct?
15      **A.  I have heard about that.  I haven't**
16 **seen a paper on it.**
17      Q.  Okay.  Do you know whether or not the
18 fully adjusted odds ratio for the North American
19 pooled project looking at self-respondent
20 information is 0.95?
21      MS. GREENWALD: Objection, form.
22      **A.  No.  I have seen some slides that**
23 **have been given in a talk, I wasn't at the talks,**
24 **I don't remember.**
25      Q.  Okay.  The 2018 National Cancer

52

1  Institute study provides rate ratios for
2  non-Hodgkin's lymphoma and seven different subtypes,
3  correct?
4       MS. GREENWALD: Objection, form.
5       **A.  Seven, probably of seven, but yes,**
6  **subtypes of NHL.**
7       Q.  If you look at the highest exposure
8  group as reported by the NIH investigators for
9  non-Hodgkin's lymphoma and for those subtypes, seven
10 of those eight numbers, seven of those eight rate
11 ratios are below 1.0, correct?
12      MS. GREENWALD: Objection, form.
13      **A.  Let's see.  (Pause).  That would not**
14 **be true if you're arguing that all of the exposure**
15 **groups for those seven are below 1.  That would not**
16 **be correct.**
17      Q.  That was not my question though.  My
18 question was, with the highest exposure group
19 recorded --
20      **A.  Okay, sorry.**
21      Q.  -- for -- in the 2018 National Cancer
22 Institute journal study, for non-Hodgkin's lymphoma,
23 and six of the seven subtypes of non-Hodgkin's
24 lymphoma, the rate ratio reported in the study is
25 below 1.0, correct?

Transcript of Dr. Christopher Portier

14 (53 to 56)

Conducted on January 12, 2018

**53**

1      A.  Yes, which is probably due to the
2  misclassification of exposure in the control group.
3      Q.  So for the seven comparisons we have,
4  the rate ratio reported for the highest exposure is
5  below 1 and for one of the rate ratios we have in
6  the highest exposure group, it's above 1, correct?
7      A.  It's reported to be above 1, that is
8  correct.  Again, probably due to the exposure
9  misclassification of the controls.
10     Q.  And using the same math that you used
11 to calculate your 0.016 number, the odds of this
12 pattern happening in the 2018 NCI paper by chance is
13 about 1 in -- 1 out of 32, correct?
14     MS. GREENWALD:  Objection, form.
15     A.  I would have to get a piece of paper
16 and calculate it.  It's a binomial calculation.  So
17 it's not as easy as the one I did before, because
18 now you've got to put in the combinatoric term at
19 the front end, but it could be around 1 in 32, I've
20 no idea, but again, that's -- my interpretation
21 would be that that's probably due to the exposure
22 misclassification of controls.
23     Q.  Let me ask you this in general: do
24 you believe that the 2018 National Cancer Institute
25 journal study strengthens or weakens the

**54**

1  epidemiologic evidence in support of your opinion
2  that there is an association between
3  glyphosate-based herbicides and non-Hodgkin's
4  lymphoma?
5      MS. GREENWALD:  Objection, form.
6      A.  I believe that the 2018 Andreotti
7  study has no impact on my evaluation of the
8  epidemiology data.  It is neither good nor bad.
9  What was seen is almost what one would have expected
10 to see, because of the exposure misclassification.
11     Q.  Starting on page 2 of your
12 supplemental expert report, you discuss various
13 issues in the 2018 National Cancer Institute journal
14 study which you opine could have led to
15 non-differential exposure misclassification,
16 correct?
17     MS. GREENWALD:  Objection, form.
18     A.  It's -- yes, it's too broad, as to
19 where we're talking about here.  Page 2?
20     Q.  Page 2, and I think you start talking
21 about, in the middle of the page -- you start
22 talking about your critique of the 2018 study, and
23 the possibility, you state here, of an increase in
24 non-differential exposure misclassification, in the
25 middle of the page, do you see that?  (Pause.)

**55**

1      A.  No, I'm afraid I don't:
2  "No such comparison has been ..."
3      Q.  The paragraph that starts:
4  "As noted for the earlier study ..."
5      At the very end of that paragraph, you
6  talk about:
7      "... an increase in non-differential
8  exposure misclassification and reduces the RRs in
9  this study."
10     Do you see that?
11     A.  Yes.
12     Q.  What is nondifferential exposure
13 misclassification?
14     A.  Nondifferential exposure
15 misclassification means that you are placed in the
16 wrong exposure category but it's not -- the reason,
17 or the -- it's not associated with the actual
18 outcome.  So it's nondifferential in the sense that
19 it's not likely to cause a bias.
20     Q.  In other words, if there is
21 a misclassification of exposure because there's no
22 information about disease outcome, individuals who
23 ultimately -- strike that.
24     Individuals who subsequently get
25 non-Hodgkin's lymphoma are as likely to have

**56**

1  misclassified exposure information as individuals
2  who don't get non-Hodgkin's lymphoma, correct?
3      MS. GREENWALD:  Objection, form.
4      A.  Along those lines, yes.  I hate to
5  just go with your wording, because I would like to
6  see it written down, that's why I hesitate.  But
7  that's close enough.
8      Q.  On page -- strike that.
9      One of the differences between the cohort
10 study and the case control study is that in the case
11 control study, the subjects have knowledge of their
12 disease outcome at the time that you're obtaining,
13 if it's a questionnaire-based study, like the
14 glyphosate case control studies, at the time you're
15 obtaining exposure information, correct?
16     A.  That is correct.
17     Q.  So with a case control study, you
18 have the concern of a differential exposure
19 misclassification based on disease outcome, correct?
20     MS. GREENWALD:  Objection, form.
21     A.  You have a possibility of recall
22 bias, and I really never thought about recall bias
23 being an exposure misclassification, but I guess it
24 is a differential exposure misclassification.
25     Q.  And that possibility of

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018

57

1  a differential exposure misclassification does not
2  exist in cohort studies, because at the time you're
3  obtaining the exposure information, the subjects
4  have no knowledge of whether they will be getting
5  non-Hodgkin's lymphoma in the future, correct?
6       MS. GREENWALD: Objection, form.
7       **A.   In a perfectly run, well conducted,**
8  **with no problems of lack of participation, cohort**
9  **study, you would not likely see differential**
10 **recall -- differential exposure misclassification.**
11      Q.   If you have differences in
12 participation in a cohort study at the time of the
13 difference, participating or not, the subjects
14 likewise don't have any knowledge of whether or not
15 they will get non-Hodgkin's lymphoma in the future,
16 correct?
17      **A.   At the time they provide -- they**
18 **decide not to respond?  Not -- technically, no.**
19 **Probably that's true for most of them, but you could**
20 **have a rare case where somebody got NHL but didn't**
21 **die of it, therefore they don't show up in the**
22 **registry and when they chose not to respond, they**
23 **knew they had NHL.**
24      Q.   Okay.  Do you have any basis to
25 believe that that was a significant issue in the AHS

58

1  study?
2       **A.   No.**
3       Q.   The -- on page 2 of your expert
4  report, in that same paragraph we were just looking
5  at, you provide percentages of different --
6  different response rates or agreement rates for
7  glyphosate, do you see that, in the questionnaire?
8  82 percent agreement, 53 percent --
9       **A.   That is the agreement between first**
10 **and second questionnaire for people in the first**
11 **phase of the AHS.**
12      Q.   Okay.  And that is -- those numbers
13 are taken from a study that was published with
14 a lead author of Dr. Blair, in 2002, correct?
15      **A.   Blair 2002 is where I got that from,**
16 **that is correct.**
17      Q.   Let's mark the Blair 2002 study as
18 the next in line.
19      (Exhibit 28-8 marked for identification)
20      Q.   The numbers that you report for the
21 agreement in the questionnaire responses for
22 glyphosate come from tables 1 and table 2 of this
23 study, correct?
24      **A.   I believe that is correct.**
25      Q.   And Dr. Blair in this same

59

1  publication also provides on page 96 the data for
2  agreement in questionnaire responses for other
3  issues including smoking, drinking and dietary
4  factors, correct?
5       **A.   Table 3?**
6       Q.   No, in the text actually, if you look
7  at the second column on page 96, the paragraph:
8       "We also compared responses for tobacco
9  use ..."
10      Do you see that?
11      **A.   Yes.**
12      Q.   And for tobacco use, they found over
13 90 percent agreement for smoking ever never, and
14 76 percent agreement for numbers of cigarettes per
15 day, correct?
16      **A.   Correct.**
17      Q.   And towards the bottom of that page,
18 they provide information on agreement with respect
19 to alcohol, drinks per day, 71 percent, correct?
20      **A.   Kappa 0.63, yes.**
21      Q.   For vegetable servings per day, they
22 had 35 percent agreement, correct?
23      **A.   Correct.**
24      Q.   And for fruit servings per day, they
25 had 40 -- 40 percent exact agreement, correct?

60

1       **A.   That is what it says.**
2       Q.   And epidemiologists frequently use
3  questionnaire data and questionnaire responses on
4  smoking and drinking and dietary factors in
5  conducting epidemiologic research, correct?
6       MS. GREENWALD: Objection, form.
7       **A.   Yes, I don't know what that said,**
8  **I am sorry.**
9       Q.   Okay, I'll ask you again.
10 Epidemiologists frequently use questionnaire data
11 and questionnaire responses on smoking and drinking
12 and dietary factors in conducting epidemiologic
13 research, correct?
14      MS. GREENWALD: Same objection.
15      **A.   They would usually ask questions --**
16 **if you're doing an epidemiology study that is in any**
17 **way related to health and the environment, you would**
18 **typically ask about smoking, alcohol use and dietary**
19 **factors.**
20      Q.   And there are numerous
21 epidemiological publications in the peer-reviewed
22 literature that look at associations of health
23 outcomes with smoking, alcohol use and dietary
24 factors based upon questionnaire responses, correct?
25      **A.   That is correct.**

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018

16 (61 to 64)

61

1      Q.  The AHS -- the investigators for the
2  Agricultural Health Study cohort specifically set up
3  their cohort among farmers and pesticide applicators
4  because they believed that those individuals would
5  have more reliable recall of pesticide use than the
6  general population, correct?
7      MS. GREENWALD:  Objection, form.
8      **A.  The correct term is private**
9  **applicators and commercial applicators, and**
10 **I believe that's what they said.  I am a little lost**
11 **on the farmers issue, they keep referring to it as**
12 **farmers, but it's private applicators, which could**
13 **be different.**
14     Q.  Can you point to any published
15 analysis that has looked at the reliability of the
16 questionnaire responses for pesticide exposures in
17 any of the glyphosate case control studies?
18     MS. GREENWALD:  Objection, form.
19     **A.  I am a little lost on what you are**
20 **asking me so could you please do it again?**
21     Q.  Sure.  We were just looking at
22 a publication that looked at questionnaire responses
23 and the agreement for glyphosate exposure
24 information in the Agricultural Health Study cohort
25 questionnaires, correct?

62

1      **A.  Correct.**
2      Q.  Can you point to any published
3  analysis that has provided similar information as to
4  the reliability of pesticide exposure responses in
5  the published glyphosate case control studies?
6      MS. GREENWALD:  Objection, form.
7      **A.  There are analyses of exposure from**
8  **the glyphosate case control studies where they went**
9  **in and looked at purchase of glyphosate by the**
10 **various people involved, and looked at that and how**
11 **it related to the recall of the exposure.  But in**
12 **terms of going back and asking the same question of**
13 **the same person twice, and looking for agreement,**
14 **I am unaware of any in these other studies.**
15     Q.  And the one analysis you discussed,
16 about looking at purchase records, that analysis was
17 mentioned within one of the case control studies
18 itself, correct?
19     **A.  They actually -- I think they had**
20 **a separate paper on it, but it's tied to that case**
21 **control study, and there was another similar thing**
22 **but it's just mentioned in one of the other case**
23 **control studies.**
24     Q.  Can you identify the separate
25 publication you believe exists?

63

1      A.  I would have to go back to my expert
2  report and dig through it, I am sorry.
3      Q.  In your supplemental expert report,
4  as you mentioned earlier, the Blair 2002 paper was
5  referring to the phase one questionnaires.  In your
6  supplemental expert report, you state that the
7  reliability of questionnaire responses to the second
8  phase questionnaire would likely have the same
9  concordance, if you will, or agreement as for the
10 first phase questionnaire, correct?
11     MS. GREENWALD:  Objection, form.
12     **A.  I state that no such comparison has**
13 **been provided for the phase two evaluation, but it's**
14 **highly likely the same lack of agreement is present.**
15     Q.  The second phase questionnaire was
16 administered after the administration of Roundup
17 Ready crops, correct?
18     MS. GREENWALD:  Objection, form.
19     **A.  Again, when was Roundup Ready crops**
20 **introduced in the United States, 198-something?**
21 **I don't know, I don't remember.  I thought it was in**
22 **the middle, it was like 2002 or something like that,**
23 **so the follow-up for this was sort of right on top**
24 **of glyphosate-ready crops coming into the**
25 **United States, is my understanding.**

64

1      Q.  Would you agree that a farmer
2  using -- well, let's take a break, we need to change
3  our media.  We can do it right now.
4      THE VIDEOGRAPHER:  This is the end of
5  media 1, volume I, in the video deposition of
6  Dr. Christopher Portier, going off the record at
7  12.13 pm as indicated on the video screen, thank
8  you.
9  (12.13 pm)
10        (A short break)
11 (12.22 pm)
12     THE VIDEOGRAPHER:  This is the beginning
13 of media 2, volume I in the video deposition of
14 Dr. Christopher Portier.  We are on the record at
15 12.22 pm as indicated on the video screen.
16 (BY MR. LASKER)
17     Q.  Dr. Portier, now, farmers who grew
18 Roundup Ready crops follow some detailed weed
19 management guidelines that specify when and how
20 often each year the farmer should apply
21 glyphosate-based herbicides, correct?
22     MS. GREENWALD:  Objection, form.
23     **A.  I have no idea.  It's not my**
24 **expertise.**
25     Q.  Would you -- would it be fair to say

65

1  that a farmer growing Roundup Ready crops would have
2  even more reliable recall about their use of
3  Roundup® glyphosate-based herbicides than farmers
4  prior to the adoption of Roundup Ready crops?
5       MS. GREENWALD:  Objection, form.
6       Q.  Let me state the question again.  It
7  would be fair to say that a farmer growing Roundup®
8  Ready crops would have even more reliable recall
9  about their use of Roundup or glyphosate-based
10  herbicides than farmers prior to the adoption of
11  Roundup® Ready crops.
12       MS. GREENWALD:  Objection, form.
13       **A.  Anything I said would be speculative.**
14  **It's really not my area of expertise.**
15       Q.  Continuing with your expert report on
16  the bottom of page 2, you reference two
17  publications, one by Acquavella in 2006 and the
18  second by Blair in 2011, correct?
19       **A.  That is correct.**
20       Q.  And in both of these papers, the
21  investigators compare the information provided in
22  the Agricultural Health Study algorithm for
23  intensity of exposure to glyphosate and to other
24  pesticides with measures of glyphosate or other
25  pesticides in urine, correct?

66

1       **A.  The Acquavella does a little more**
2  **than that, because they also look at taking in an**
3  **expert in occupational exposure to figure out the**
4  **exposure as well, but in essence, both papers are**
5  **looking at metabolites in urine.**
6       Q.  Okay.  And the basis for the
7  comparison in these publications is that glyphosate
8  levels in urine provide an accurate measure of the
9  actual internal glyphosate dose, correct?
10       MS. GREENWALD:  Objection, form.
11       **A.  I wouldn't say that's the basis.  The**
12  **argument is that they should be in some way closely**
13  **related to each other.**
14       Q.  Let me just restate my question.  In
15  comparing the intensity score to the urine levels of
16  glyphosate to see agreement, the reason for that
17  comparison is the premise that the measure of
18  glyphosate in urine is an accurate measure of
19  internal dose, correct?
20       MS. GREENWALD:  Objection, form.
21       **A.  It's a reflection of the internal**
22  **dose, and by looking at the kappa statistic, you're**
23  **looking at whether or not there is agreement up and**
24  **down but not necessarily the exact magnitude of the**
25  **dose.**

67

1       Q.  For the Acquavella paper, now
2  Dr. Acquavella was a former employee of Monsanto,
3  he's not an Agricultural Health Study investigator,
4  correct?
5       **A.  As far as I know, he is not part of**
6  **the Agricultural Health Study.**
7       Q.  And in his study, he compared
8  responses to a questionnaire that his group prepared
9  to urine levels of pesticide, not answers to the
10  Agricultural Health Study questionnaire, correct?
11       MS. GREENWALD:  Objection, form.
12       **A.  I am not certain.  I would have to**
13  **look at the paper again.**
14       Q.  Okay.  And one of the analyses --
15  well, let's actually mark this as the next in line.
16       (Exhibit 28-9 marked for identification)
17       Q.  One of the analyses that
18  Dr. Acquavella and his group conducted, and it is on
19  table 4 on page 72, was to group the subjects in his
20  analysis by the intensity score of exposure as
21  measured by their questionnaire, and then see how
22  the urine levels of glyphosate and the other
23  pesticides, as the case may be, tracked with those
24  intensity groupings, correct?
25       **A.  Several things in that statement that**

68

1  **you asked me to be correct about.  First of all,**
2  **they are using the Agricultural Health Study's**
3  **method for calculating exposure intensity and their**
4  **weights for exposure intensity.  The questions they**
5  **asked are the same as the questions that appear in**
6  **the AHS, but it is their questionnaire, but it's the**
7  **same questions, as best I can tell.**
8       **Now, what was the last part of that?**
9       Q.  Okay.  In this table 4, what they're
10  doing is they are grouping individuals by the
11  intensity category under the AHS algorithm, and then
12  they are comparing -- for each of those intensity
13  groups, they are looking at the levels of, for our
14  purposes, glyphosate in the urine, correct?
15       MS. GREENWALD:  Objection, form.
16       **A.  Correct.**
17       Q.  For the highest intensity score on
18  the AHS algorithm for glyphosate, those people in
19  those -- in that highest intensity group also had
20  the highest level of glyphosate detected in their
21  urine, correct?
22       **A.  It appears that one of those people**
23  **had 230 parts -- 33 parts per billion in the urine,**
24  **and the middle groups had -- group had 66, so yes,**
25  **that seems to be the highest ever seen in any of**

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018

18 (69 to 72)

69

1 their people.
2      Q.   And also by geometric mean and
3 median, the individuals who were in the highest
4 intensity category by the AHS -- AHS algorithm had
5 the highest level of glyphosate detected in their
6 urine, correct?
7      **A.   No, they -- the mean of the**
8 **glyphosate levels in people in the highest dose**
9 **group, highest intensity category, is higher than**
10 **the mean from the other two categories.**
11      Q.   Okay.  So there were both a higher
12 median and a higher mean glyphosate levels in urine
13 for the individuals who were in the AHS highest
14 intensity score group, correct?
15      MS. GREENWALD:  Objection, form.
16      **A.   There were the highest median and the**
17 **highest mean in the highest intensity category, that**
18 **is correct.**
19      Q.   Dr. Acquavella, at page 73 of his
20 publication, stated -- and this is in his second
21 column, about two thirds of the way down, you see
22 the sentence that starts:
23      "The average exposure intensity algorithm
24 proposed by Dosemeci and colleagues ..."
25      And that's referring to the AHS intensity

70

1 algorithm, correct?
2      **A.   I am aware of the paper, yes.**
3      Q.   "The average exposure intensity
4 algorithm proposed by Dosemeci and colleagues is an
5 important step (sic) toward improving exposure
6 assessment for epidemiologic studies."
7      Correct?
8      MS. GREENWALD:  Objection, form.
9      **A.   "Is an important start", not "step".**
10      Q.   "... an important start toward
11 improving exposure assessment ..."
12      **A.   They go on to say:**
13      **"The ability to estimate average exposure**
14 **intensity would provide a basis for improved**
15 **dose-response analysis.  However [then it says] this**
16 algorithm (and indeed any generic approach to
17 exposure prediction that is based on passive
18 dosimetry) is limited because it ignores important
19 pesticide specific physical/chemical properties that
20 can greatly influence dose such as dermal
21 penetration and vapor pressure."
22      So they are cautious in what they're
23 saying about what this means.
24      Q.   And the Agricultural Health Study
25 investigators in fact modified their intensity

71

1 algorithm based upon findings of urine levels and
2 these correlations with the intensity -- with the
3 intensity score, correct?
4      **A.   They did modify it.  I am not sure --**
5 **I remember the reasoning for doing the modification**
6 **but between phase one and phase two, they modified**
7 **the intensity score measures, weights.**
8      Q.   And Dr. Acquavella and his group also
9 concluded that the dose -- a dose response analysis
10 based instead solely on days of exposure could have
11 substantial exposure misclassification, correct?
12      MS. GREENWALD:  Objection, form.
13      **A.   So that presumes -- I am sorry it's**
14 **taking me a little while.  It presumes that the**
15 **total amount of exposure you get is the thing that's**
16 **most important in causing the disease.  And that's**
17 **a pure assumption.  If it's number of repeats every**
18 **day of the -- of an exposure, that leads to getting**
19 **the disease, then the days of exposure would**
20 **probably be a better exposure measure than**
21 **intensity.**
22      **For most epidemiologists, they would argue**
23 **the intensity measure is probably a better measure.**
24      Q.   The second paper by Dr. Blair and
25 others in 2011 were conducting a similar analysis

72

1 but they were using questionnaires that were devised
2 and propounded by the AHS investigators, correct?
3      MS. GREENWALD:  Objection, form.
4      **A.   They were doing their analysis based**
5 **on the AHS response, so yes, they were using -- they**
6 **took a subset of -- if I remember correctly, they**
7 **took a subset of the AHS population, a very small**
8 **subset, and did urine biomarkers on them, and then**
9 **compared their intensity responses with that.**
10      Q.   Okay.  And then --
11      **A.   They also went on to demonstrate what**
12 **that means in terms of exposure misclassification.**
13      Q.   And we are going to discuss both of
14 those things.  Let me mark the paper first, as
15 exhibit 28-10.
16      (Exhibit 28-10 marked for identification)
17      Q.   Dr. Blair and his coauthors, they
18 looked at chloropyrifos and they looked at 2,4-D,
19 they didn't look at glyphosate, correct?
20      **A.   That is correct.**
21      Q.   For their analyses, in the abstract
22 and the conclusions, they state, and we'll talk
23 about the second part of their analysis as well in
24 some detail, but they state that correlations
25 between algorithm scores and urinary levels were

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018

19 (73 to 76)

73

1  "quite good", correct?
2      MS. GREENWALD:  Objection, form, that's
3  really read out of context.
4      A.  The whole sentence reads:
5      "Although correlations between algorithm
6  scores and urinary levels were quite good (i.e.
7  correlations between 0.4 and 0.8) exposure
8  misclassification would still bias relative risk
9  estimates in the AHS towards the null and diminish
10 study power."
11     Q.  I understand.  That second part,
12 we're going to talk about, that's your concern,
13 about the 2018 NCI study, correct?
14     MS. GREENWALD:  Objection, form.
15     A.  Part of my concern about the 2018
16 epidemiology study, there is a second concern
17 dealing with the imputation.
18     Q.  Okay.  But for the first part of
19 their analysis, the -- Dr. Blair and his coauthors
20 concluded that the correlation between algorithm
21 scores and urinary levels were quite good, correct?
22     MS. GREENWALD:  Objection, form.
23     A.  It's what they said.  Now, I don't
24 know that a 0.4 correlation, I would characterize as
25 quite good, but I don't do as much epidemiology data

74

1  as they do, so in the context of epidemiology data,
2  it might be quite good.  In the context of animal
3  data, it would not be.
4      Q.  Okay.  And Dr. Blair and his
5  coinvestigators at NIH also concluded that the
6  algorithm -- the intensity algorithm used in the AHS
7  provided better measures of exposure than simple
8  measures of duration of use, correct?
9      MS. GREENWALD:  Objection, form.
10     A.  I would assume that they have
11 concluded that since they did not use duration of
12 use as one of their exposure metrics.
13     Q.  Just to be clear, in the 2018
14 National Cancer Institute journal on occasion they
15 used both, correct?
16     A.  I guess they used duration.  Yes,
17 they used both, you're right.  I didn't think of it
18 as duration, I thought of it as more days of use and
19 things, whereas duration is a single period, but
20 anyway.
21     Q.  The duration of use period that --
22 the second exposure assessment or analysis using
23 cumulative days is the same methodology that is set
24 forth for the Eriksson analysis, correct, for
25 duration?

75

1      A.  I believe it is.
2      Q.  But be that as it may, Dr. Blair and
3  his coauthors concluded from their analysis that the
4  intensity algorithm provided a better correlation or
5  measure of exposure than duration of use, correct?
6      MS. GREENWALD:  Objection, form.
7      A.  I don't know, you would have to show
8  me where it says this.  I don't remember
9  specifically them saying that.
10     Q.  If you can look at page 540?  In the
11 second column of the publication:
12     "Several conclusions can be drawn from
13 evaluation of the impact of exposure
14 misclassification ..."
15     The first point they make is that
16 correlations between questionnaire or observer
17 information on pesticide use in measured urinary
18 levels are in the range found for other factors that
19 are usually considered to be reliably obtained for
20 epidemiological studies such as tobacco and alcohol
21 use, diet, physical activity and health assessments,
22 correct?
23     A.  That's what it says, that's correct.
24     Q.  And that's what we were talking about
25 earlier, correct?

76

1      A.  That's correct.
2      Q.  Then the second point they make is
3  that:
4      "... exposure estimates from an algorithm
5  based on several determinants thought to affect
6  exposure are more highly correlated with measured
7  levels of these pesticides in the urine than some
8  specific individual determinants (i.e. kilograms of
9  active ingredient used, hours of mixing and
10 application, or numbers of acres treated) and would
11 result in less attenuation of relative risks."
12     Correct?
13     MS. GREENWALD:  Objection, form.
14     A.  That's what it says, and in the case
15 where relative risk is really truly positive.
16     Q.  Then the other issue --
17     A.  Now, that said, they don't say their
18 intensity score, they just are talking about any
19 general intensity score, is going to be better than
20 any cumulative score.
21     Q.  Okay, but their analysis in their
22 paper, of course, is to their intensity score,
23 correct?
24     A.  That is correct, but their statement
25 here is to any intensity score.

Transcript of Dr. Christopher Portier

Conducted on January 12, 2018

77

1      Q.  Okay.  Ad then Dr. Blair, as you
2  already noted, and I want to turn to this, in the
3  2011 publication, discusses how exposure
4  misclassification in the AHS questionnaires could
5  lead to bias towards the null, correct?
6      **A.  Correct.**
7      Q.  You discussed that in addition to
8  this concern, you also have concerns about the
9  imputation methodology used in the 2018 NCI study,
10  correct?
11      **A.  That's correct.  Are we not going to**
12  **discuss this regular risk -- relative risk analysis**
13  **that Blair did?**
14      Q.  No, we're not.
15      **A.  Okay.  I just want to put the paper**
16  **down.**
17      Q.  There is a different publication from
18  NIH investigators with the lead author of Heltshe
19  that you discuss in your report that addresses the
20  implication method, correct?
21      THE VIDEOGRAPHER:  Going off the record at
22  12.40 pm.
23  (12.40 pm)
24      (A short break)
25  (12.43 pm)

78

1      THE VIDEOGRAPHER:  Back on the record at
2  12.43 pm as indicated on the video screen.
3      Q.  So we had just marked the Heltshe
4  paper, 28-11.
5      (Exhibit 28-11 marked for identification)
6      Q.  Now, in your supplemental expert
7  report on page 3, you note that the Heltshe paper
8  showed -- reported lower levels of pesticide use in
9  phase 2 among nonresponders than among cohort
10  members who responded to the phase 2 questionnaire,
11  correct?
12      **A.  The prevalence in respondents was**
13  **53 percent, 52.7 percent, whereas nonrespondents,**
14  **it's estimated to be 45.2 percent.**
15      Q.  Okay.  And you state in your report
16  that this suggests either a systemic -- systematic
17  bias toward imputing no exposure, or that there is
18  some aspect of nonresponse that is correlated with
19  cohort members having less exposure during this
20  period, correct?
21      **A.  Well, there's more to the systematic**
22  **bias here issue, because I also discuss the fact**
23  **that 38 of the -- 33 of the 38 pesticide they**
24  **evaluated had smaller values for prevalence use from**
25  **those respondents versus nonrespondents, and I also**

79

1      noted in table 1 that in the prediction of the
2      **20 percent they took out -- no, that's table 3, that**
3      **there's a serious underprediction.**
4          Q.  Now, the -- so what you're pointing
5      out is that there's lower levels of glyphosate
6      exposure in the nonresponders in this imputation
7      analysis than there are in the responders, correct?
8          **A.  The imputed exposures in the**
9      **nonresponders are lower than the exposures in the**
10      **respondents.**
11          Q.  Now, the AHS investigators compared,
12      in a separate publication, responders and
13      nonresponders to the second phase questionnaire to
14      assess any differences in these populations,
15      correct?
16          MS. GREENWALD:  Objection, form.
17          **A.  Which publication are you talking**
18      **about?**
19          Q.  It is Montgomery 2010, and why don't
20      we take a look at that now.  We'll mark that as
21      28-12.
22          (Exhibit 28-12 marked for identification)
23          Q.  If you look at -- and this Montgomery
24      2010 paper is comparing the -- nonparticipants and
25      participants in the second phase questionnaire,

80

1      correct?
2          **A.  I am sorry, say it again, please?**
3          Q.  The Montgomery 2010 paper is
4      comparing responders and nonresponders to the
5      second phase questionnaire, correct?
6          **A.  Comparing the responses from the**
7      **nonresponders and the responders given in phase 1 to**
8      **whether any of that links to them not responding to**
9      **phase 2.**
10          Q.  Right, okay.  And in their
11      comparison, and you can turn to page 493, the
12      left-hand column, you see on the left the first
13      paragraph, full paragraph that starts "applicators",
14      do you see that?
15          **A.  Yes.**
16          Q.  The NIH investigators found that
17      applicators were more likely not to participate, and
18      this is referring to the phase 2 questionnaire, if
19      they had never mixed or applied pesticides or if
20      they personally applied pesticides less than one
21      half of the time, consistent with the idea that
22      those with more of a connection to the subject of
23      the study would be more likely to participate,
24      correct?
25          **A.  That's what it says, and they're not**

81

1 all NIH researchers, are they? But that's being
2 repetitive.
3     Q.  So the imputation finding that
4 nonresponders use less pesticides in phase 2 than
5 responders is consistent with data from
6 questionnaire 1, which showed that the individuals
7 who didn't respond to the second phase questionnaire
8 were also less likely to use pesticides in phase 1,
9 correct?
10     MS. GREENWALD: Objection, form.
11     A.  I can't come to a conclusion of that,
12 unless I read the whole paper.
13     Q.  Okay.  Had you read the Montgomery
14 2010 paper before?
15     A.  I had scanned it.
16     Q.  Did you recall this fact, that
17 individuals who responded to the second phase
18 questionnaire were more likely to have used
19 pesticides in phase 1 than individuals who had not
20 responded to the phase 2 questionnaire?
21     A.  I don't remember that exact sentence,
22 no, I am sorry, I do not.  I would prefer to look at
23 it in terms of what the responses were to see if the
24 percentages are approximately the same, and that
25 would take me some time.

82

1     Q.  Let's go back to Heltshe and talk
2 about the imputation methodology more generally.
3 The investigators note, the NIH and other
4 investigators note, at the beginning of the Heltshe
5 paper, in their introduction, this is on the first
6 page, in the left-hand column:
7     "Multiple imputation has been widely
8 accepted and has been used to account for missing
9 data in large national surveys and studies,
10 including NHANES III, National Assessment of
11 Educational Progress, Children's Mental Health
12 Initiative, and the Framingham Heart Study."
13     Do you see that?
14     A.  Yes, I do.
15     Q.  Do you agree in general, and we'll
16 get to the 2018 NCI study in a second, but do you
17 agree in general that multiple imputation is
18 a widely accepted methodology for use in
19 epidemiological research?
20     MS. GREENWALD: Objection, form.
21     A.  I am not sure I have the history in
22 the field sufficient to be able to say it's widely
23 accepted, I just don't think I can answer that
24 appropriately.
25     Q.  Okay.  And have you looked at the

83

1 use, the publications they reference here, of other
2 illustrations of where multiple imputation has been
3 used in epidemiological research?
4     A.  I looked at the NHANES III because
5 I used to be in charge of it.
6     Q.  And multiple imputation was used in
7 that study, correct?
8     A.  Very sparingly.
9     Q.  And the NIH investigators and others
10 in the Heltshe paper, the methodology they used to
11 assess the imputation was to take the individuals
12 who had responded to phase 1 and phase 2, and then
13 they took a random sample of 20 percent of them, put
14 them aside, pretended, if you will, that they had
15 not responded, and used their imputation method to
16 derive exposure information for those individuals,
17 and then compared those imputed figures with the
18 actual questionnaire responses for those same
19 people, correct?
20     MS. GREENWALD: Objection, form.
21     A.  For the 20 percent, correct.
22     Q.  And --
23     A.  It's more complicated than that,
24 because it's -- the imputation is four different
25 imputations, and it's -- algorithms are complicated.

84

1     Q.  But the general approach --
2     A.  The general idea is what you've said.
3     Q.  Okay.  And for overall pesticide use,
4 all pesticide use, the investigators found that,
5 through their imputation method, they calculated
6 that 85.3 percent of those cohort members had used
7 pesticides during the second period, and when
8 they looked at the actual questionnaire,
9 85.7 percent of those farmers had used pesticides,
10 correct?
11     MS. GREENWALD: Objection, form.
12     A.  This is for any pesticide?
13     Q.  Yes.
14     A.  This would be where?
15     Q.  It's mentioned in the abstract and
16 it's also mentioned in the "Results" section on
17 page 412.
18     A.  It's not in any of the tables?
19     Q.  It's not in the tables.  So if you
20 look at the abstract, in the very beginning of the
21 paper, at the bottom --
22     A.  I see it, yes.  That's what it says,
23 but of course for this -- the numbers for glyphosate
24 are the more important numbers.
25     Q.  I understand that.  I'm taking this

85

1  in steps.  So for all pesticide use --
2       **A.  Any pesticide use.**
3       Q.  Any pesticide use, the NIH
4  investigators found that their imputation method
5  matched pretty closely with the actual information
6  for total pesticide use, 85.7 percent versus
7  85.3 percent, correct?
8       MS. GREENWALD:  Objection, form.
9       **A.  That's Heltshe's paper and I would**
10 **have -- it's hard to judge.  You're asking me to**
11 **make -- to say that the numbers are close, but**
12 **I would love to see standard error, and other things**
13 **associated with it, so I could do a statistical**
14 **comparison.  They are three percentage points apart,**
15 **that could be enough.**
16      Q.  0.3 percentage points.
17      **A.  0.3 --**
18      Q.  85.2 -- actually, yes, 85.3 --
19      **A.  0.4 percent, 0.4 percent apart,**
20 **that's probably not statistically significant, but**
21 **I can't know it until I see the standard errors.**
22      Q.  But you would agree, and you can also
23 look, if you want to look at the standard errors on
24 page 412, in the results section?
25      **A.  Results imputation assessment with**

86

1  **imputation adjusted standard error 0.59 percent.  So**
2  **they're not statistically significant from each**
3  **other.**
4       Q.  Okay.  So for -- and I recognize this
5  is for any pesticide use, not for glyphosate, but
6  for any pesticide use, the Heltshe analysis showed
7  that the imputed -- the imputation methodology
8  worked pretty well, correct?
9       MS. GREENWALD:  Objection, form.
10      **A.  I would argue -- they showed they**
11 **matched the numbers up fairly well.  I would argue**
12 **that with 85 percent of the people using at least**
13 **one pesticide, there's not a lot of room for**
14 **mistakes in that.  So it's okay.  Certainly you**
15 **wouldn't use an imputation method that didn't give**
16 **you that type of quality.**
17      Q.  And the NIH investigators, and it's
18 on page 412, in their discussion of those findings,
19 with respect to any pesticide use, state that the
20 85.7 percent versus 85.3 percent comparison:
21      "... indicates that the logistic
22 regression model underpinning the multiple
23 imputation procedure did indeed preserve essential
24 features of the data."
25      Correct?

87

1       MS. GREENWALD:  Objection, form.
2       **A.  Can you point me to that?**
3       Q.  Sure, in the imputation methodology,
4  right under the numbers that you just looked at, the
5  NIH investigators state that the 85.25 percent
6  versus 85.68 percent for any pesticide use:
7       "... indicates that the logistic
8  regression model underpinning the multiple
9  imputation procedure did indeed preserve essential
10 features of the data."
11      Correct?
12      MS. GREENWALD:  Objection, form.
13      **A.  As it pertains to the prediction of**
14 **any pesticide usage, that's what it means here, but**
15 **yes, as it pertains to any pesticide usage, meaning**
16 **at least one, not just any.**
17      Q.  And with respect to any pesticide
18 use, you would agree with that?
19      **A.  Correct, it does not pertain to**
20 **glyphosate use.**
21      Q.  I understand that.
22      **A.  Good.**
23      Q.  But with respect to any pesticide
24 use, you think that -- you agree that's a fair
25 statement, that the multiple imputation method

88

1  preserved the essential features of the data?
2       MS. GREENWALD:  Objection, form.
3       **A.  The logistic regression model**
4  **preserved the essential features of the data to get**
5  **that 85.25 percent, yes.**
6       Q.  You agree with that?
7       **A.  I agree that's one interpretation of**
8  **it.  My other interpretation was earlier, and that**
9  **is that they have not much leeway, if it had been**
10 **50 percent, if true was 50 percent and they were**
11 **trying to predict 50 percent, we would have a much**
12 **stronger statement because that's a difficult --**
13 **that's a more difficult prediction to make.  They**
14 **also don't sort of give me an indication of what the**
15 **five imputations looked like for these five cases**
16 **that they're doing here, so it would have been nice**
17 **to see that, to get a better feel for how stable**
18 **they are, and it would have been nice to see what**
19 **the five sets of covariants were.**
20      **Now, they saw that, so they have more**
21 **knowledge than I have, so I can't easily disagree or**
22 **agree with them.**
23      Q.  You have no basis, from anything you
24 read in this paper, to disagree or to conclude that
25 the NIH investigators were incorrect in stating that

89

1 for any pesticide use, the multiple imputation
2 procedure preserved essential features of the data,
3 is that correct?
4          MS. GREENWALD: Objection, form.
5          **A. I have no reason to challenge the**
6 **statement as it's written in the paper, that's**
7 **correct. I have no data that allows me to question**
8 **it one way or the other for that end point.**
9          Q. So the -- as you noted, the Heltshe
10 investigators also looked at 38 individual
11 pesticides, including glyphosate, correct?
12          **A. I believe it's 38, yes.**
13          Q. There is no statement in the text of
14 this publication where the investigators state that
15 the imputation methodology did not work for
16 glyphosate, is there?
17          **A. I don't recall exactly.**
18          Q. Do you recall any statement in the
19 text of this publication?
20          **A. I would have to read the whole thing,**
21 **but I don't -- I don't recall that statement being**
22 **in there, but that doesn't mean it isn't in there.**
23          Q. Okay. Now, in your supplemental
24 expert report, you focus on one measurement in the
25 Heltshe paper called the Brier score, correct?

90

1          MS. GREENWALD: Objection, form.
2          **A. You know, in answer to your previous**
3 **question, can we go back to it for a second?**
4          Q. Sure.
5          **A. So you asked if there's any place in**
6 **here where it says that, and technically, table 3**
7 **says exactly that.**
8          Q. Okay, no, I understand your
9 interpretation of that. My question was whether or
10 not the --
11          **A. What table 3 says, 52.73 percent**
12 **prevalence in the observed, 45.42 prevalence in the**
13 **predicted and the imputed with standard errors that**
14 **clearly make it statistically significantly**
15 **different between what was predicted and what was**
16 **observed.**
17          Q. Okay. I understand that, and
18 I understand, and I want to get to your analysis of
19 that. My question, though, was the investigators,
20 in their text of the paper, if they state, in any
21 place, that they believe that the imputation method
22 does not work for glyphosate?
23          MS. GREENWALD: Objection, form, and asked
24 and answered.
25          **A. There are 38 compounds, give or take,**

91

1 in here, I don't know how many actually right now,
2 but I think it's 38, as you said, of which they
3 probably only mentioned five.
4          Q. They don't mention glyphosate
5 specifically? They don't talk --
6          **A. They do not mention glyphosate**
7 **specifically, or 33 or so of the others.**
8          Q. And a number of the investigators who
9 are coauthors on this Heltshe paper are also
10 coauthors on the 2018 National Cancer Institute
11 journal study of glyphosate and non-Hodgkin's
12 lymphoma, correct?
13          MS. GREENWALD: Objection, form.
14          **A. Some of them are. Certainly**
15 **Andreotti, certainly Sandler, but yes, some of them**
16 **are definitely in both publications.**
17          Q. Okay, so let's -- in your
18 supplemental expert report, you focus on one measure
19 in the Heltshe paper called the Brier score,
20 correct?
21          MS. GREENWALD: Objection, form.
22          **A. I discuss the Brier score, that is**
23 **correct.**
24          Q. Have you ever used the Brier score in
25 any of your own research?

92

1          **A. No, I have used something similar,**
2 **but not the Brier score per se.**
3          Q. Have you ever calculated a Brier
4 score prior to this litigation?
5          **A. No.**
6          Q. Before reviewing the Heltshe paper,
7 had you ever heard the term "Brier score"?
8          **A. No.**
9          Q. In your supplemental expert report,
10 you state that the smaller the Brier score, the more
11 accurate the imputed exposure, correct?
12          MS. GREENWALD: Objection, form.
13          **A. That's correct.**
14          Q. Where did you get that information?
15          **A. Directly from the publication they**
16 **cite for the Brier score.**
17          Q. Okay. Have you looked at any other
18 literature with respect to Brier scores other than
19 the Heltshe paper and what is cited in the Heltshe
20 paper at that point?
21          **A. Oh, you know, I do a lot of searches,**
22 **when I do these things. I might have looked at one**
23 **or two others but I can't -- I can't be certain.**
24          Q. Am I correct in my understanding that
25 the range of possible Brier scores is zero to 1.0?

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018

24 (93 to 96)

93

1       A.   That is my understanding as well.
2       Q.   Okay.  Is it your understanding that
3  a Brier score of zero shows perfect accuracy and
4  a Brier score of 1.0 shows the worst possible
5  accuracy?
6       MS. GREENWALD:  Objection to form.
7       A.   It's something in that range, yes.
8       Q.   What is the cutoff point at which you
9  believe a Brier score indicates accuracy that would
10 make the imputation methodology unreliable?
11      A.   I don't -- they didn't do it that way
12 and neither do -- neither, I think, does Brier in
13 their scoring, they don't talk about a bright cutoff
14 point.
15      Q.   So let's take a look at table 3,
16 where they report the individual Brier scores for
17 each individual pesticide.
18      A.   Okay.
19      Q.   Now there's also a calculation in
20 this table for something called a reference Brier
21 and something called a Brier skills score, correct?
22      A.   Correct.
23      Q.   What is the reference Brier?
24      A.   The reference Brier is a Brier score,
25 it's the same thing as a Brier score, but based upon

94

1  sort of a random draw, so it's -- you're looking at
2  how much you can improve from the reference Brier by
3  doing your own predictions.
4       Q.   And random one, is your
5  understanding of the reference score then, that it
6  is just a 50/50, would be the reference score?
7       A.   I don't -- I don't -- I didn't dig
8  into it that much, because they are only using the
9  reference Brier to get the Brier skill score, and
10 I was just more interested in the Brier score.  The
11 Brier skill score tells you how much better you did
12 with your prediction than the reference Brier, but
13 I wanted to know how well they did with their score,
14 so I was looking at Brier score only.
15      Q.   Okay.  Based upon your understanding
16 of a Brier score then, the pesticides, for example,
17 methyl bromide at the top and dichlorvos at the
18 bottom, and this is in the publication, have -- the
19 imputation methodology was most accurate for those
20 pesticides, correct?
21      A.   They discussed those pesticides
22 specifically in the paper, because those pesticides
23 were, by their definition, rare use pesticides,
24 under 200 people in the entire cohort using it, and
25 they expected the Brier scores to be small, because

95

1  it becomes sort of a digital prediction, so it's not
2  surprising they are very small, and they probably
3  did better, but part of that is due to the small
4  sample size.
5       Q.   But according to your understanding
6  of Brier scores, with -- given the small sample
7  size, the imputation methodology worked best for
8  these pesticides or very well, 0.004 for methyl
9  bromide and for dichlorvos, correct?
10      MS. GREENWALD:  Objection, form.
11      A.   In comparison, across all the
12 chemicals that are listed here, those had the lowest
13 scores.  How well they do is dependent upon -- it's
14 to some degree dependent upon sample sizes, they
15 point out here, because it's a sum of squared error
16 but anyway, relative to the others, these are the
17 lowest scores.
18      Q.   Okay.  And so relative to others, the
19 imputation methodology worked best for methyl
20 bromide and dichlorvos, correct?
21      MS. GREENWALD:  Objection, form.
22      A.   If you are defining best as being the
23 lowest Brier score, that is correct.
24      Q.   Well, okay, that's -- I guess that
25 sort of begs the question.  Is it your

96

1  understanding, for example, based upon your
2  understanding of Brier score, that the imputation
3  method worked better, was more accurate for methyl
4  bromide and dichlorvos than it was for glyphosate?
5       MS. GREENWALD:  Objection, form.
6       A.   I think we're looking at the score
7  a little bit too simply.  It's like thinking of sums
8  of square error in a regression analysis, and not
9  putting it in the context of the whole analysis.
10      I would say that given two data sets with
11 the same number of responses, and two different
12 Brier scores, the lower Brier score is the better
13 prediction than the other Brier score.  But given
14 the diversity and the mixture of this, I would
15 clearly say methyl bromide is doing better than
16 glyphosate, that I would say without any doubt, any
17 doubt in my mind.
18      Q.   Okay.  And the NIH investigators
19 separately report how close the imputed prevalence
20 of an individual pesticide use came to the actual
21 prevalence of use in the holdout group, correct?
22      MS. GREENWALD:  Objection, form.
23      A.   Say it again?
24      Q.   Okay, let me put it in context.  We
25 had earlier discussed the any pesticide use

97

1  analysis, and showing the prevalence in the imputed
2  group versus the prevalence in the -- for the
3  holdout group, the imputed prevalence versus the
4  actual prevalence, correct?
5       A.  That is correct.
6       Q.  And they did that same analysis,
7  showing how close the imputed prevalence was to the
8  actual prevalence for each of the individual
9  pesticides, correct?
10      A.  That is correct.
11      Q.  Okay.  And that information is set
12 forth on figure 2, correct?
13      A.  And it's set forth in table 1.
14      Q.  Table 1, I think is actually
15 a different comparison, that's -- that's not the
16 holdout group comparison, correct?  The numbers, the
17 numbers are not right.
18      A.  I am sorry, it's table 3 and figure
19 2.
20      Q.  Okay.  So in figure 2 they provide
21 the relative errors of the imputed prevalence to see
22 how well imputed prevalence matches up with actual
23 prevalence in the holdout group, correct?
24      A.  That is correct, and it is
25 relative -- relative errors, instead of absolute

98

1  errors.
2       Q.  Right.  So they are comparing what
3  they found in the holdout group for actual exposure
4  and what they found in imputed exposure, and then
5  calculating the relative error between those
6  numbers, correct?
7       A.  They are taking the prevalence seen
8  in the observed, subtracting the prevalence seen in
9  the imputed, and dividing by the prevalence seen in
10 the observed.
11      Q.  Okay.  And that is a measure of
12 how -- a statistical measure of how close the
13 imputed is to the observed in that holdout group,
14 correct?
15      MS. GREENWALD:  Objection, form.
16      A.  It's -- it's relative to what the
17 actual percent exposure is.
18      Q.  Okay.  And for the methyl bromide,
19 methyl bromide, and dichlorvos and also coumaphos,
20 which we -- which had very, very low Brier scores,
21 as reported in table 3, those pesticides had the
22 largest relative error as far as imputed prevalence
23 versus actual prevalence for usage in phase 2,
24 correct?
25      A.  And I believe the smallest absolute

99

1  error.
2       Q.  Correct, but as far as relative error
3  is concerned, comparing the imputed prevalence
4  versus the actual prevalence, those pesticides with
5  those very low Brier scores had the largest relative
6  error in estimation, correct?
7       MS. GREENWALD:  Objection, form, and asked
8  and answered.
9       A.  In relative error, yes, but
10 I wouldn't have based -- that's -- relative error is
11 not what I would want to use in evaluating this
12 information to tell me whether the imputations
13 worked for glyphosate.  I would want absolute error
14 and the standard deviations associated with the
15 absolute error.
16      Q.  And the relative error figure though
17 is the figure that the AHS investigators set forth
18 in their table comparing these 38 different
19 pesticides, correct?
20      A.  They put a relative error picture in
21 here, which shows a different disturbing problem
22 with the data set, but yes.
23      Q.  As a rule, the individual pesticides
24 with the lowest Brier scores in fact had the highest
25 relative error as far as imputed prevalence versus

100

1  actual prevalence of use in the phase 2
2  questionnaires, correct?
3       MS. GREENWALD:  Objection, form.
4       A.  That's because in calculating the
5  relative error, you were dividing by the probability
6  of being exposed to this thing, and those have the
7  lowest probabilities of being exposed, so you're
8  dividing the differences by those extremely low
9  probabilities, as compared to something like
10 glyphosate, where you had 50 percent probability so
11 you're dividing by 0.5, instead of 0.002, and so
12 that makes the relative error grow big for things
13 that have very small P values.  When you look at
14 absolute error, it's quite a different picture.
15      Q.  Is it your understanding that the
16 Brier score is calculated -- sorry, that relative
17 error is calculated by an equation that puts the
18 Brier score equivalent in the denominator?
19      A.  This is not Brier score, this is
20 relative error.  This is prevalence in observed
21 minus prevalence in predicted divided by prevalence.
22 That's my understanding of what this picture is.
23      Q.  So with respect to a Brier score
24 then, am I correct in my understanding that as
25 between different pesticides, you cannot simply

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018

101

1  compare the numeric value of the Brier score, if
2  there is a different prevalence of use of those
3  pesticides?
4      MS. GREENWALD: Objection, form.
5      **A. If it's a big difference, it's**
6  **something you would be very careful about making**
7  **a comparison of, as far as I understand the Brier**
8  **score.**
9      Q. Okay. And in fact, the Brier scores
10 for these -- the pesticides that have the highest
11 relative error are -- well, strike that.
12     The Brier scores that had the lowest Brier
13 scores, which relate to these pesticides with high
14 relative error, when you talk about petroleum oil,
15 petroleum distillates, methyl bromide,
16 maneb/mancozeb, trichlorfon, metalaxyl, dichlorvos,
17 coumaphos and phorate -- I'll show you where that
18 is -- those all have very, very low Brier scores and
19 they have among the highest relative errors seen in
20 this study.
21     MS. GREENWALD: Objection, form.
22     **A. But they have among themselves the**
23 **lowest prevalence seen in this study.**
24     Q. Okay, but I'm correct that those
25 pesticides have the lowest Brier scores and the

102

1  highest relative error as between imputed and actual
2  exposure, correct?
3      MS. GREENWALD: Objection, objection,
4  asked and answered.
5      **A. I answered it.**
6      Q. That's correct?
7      **A. No, I said they also have the lowest**
8  **prevalence, so yes, they have those lowest scores,**
9  **but the explanation in the paper is look at the**
10 **prevalence, it is not surprising.**
11     Q. In fact, the Brier scores for the --
12 the Brier score for any pesticide use which we just
13 talked about, the 85.3 and the 85.7, the Brier score
14 for any pesticide use is higher than the Brier score
15 for almost all of the 38 individual pesticides,
16 correct?
17     MS. GREENWALD: Objection, form.
18     **A. Where is that Brier score? It must**
19 **be in the text somewhere.**
20     Q. On page 412, the first column,
21 towards the bottom:
22     "For use of any chemicals ..."
23     Do you see that?
24     **A. No, sorry, I am not getting -- let me**
25 **look at yours for a second.**

103

1      Q. It's right down here (indicates).
2      **A. Oh, I was in the wrong column.**
3      Q. That would make it hard.
4      **A. "For use of any chemicals, B =**
5  **0.1092, BRf = 0.1227, for a SS = 0.1103, an 11%**
6  **improvement in accuracy using ..."**
7  **So it's 0.1092.**
8      Q. All right. So if you look at
9  figure -- table 3, which you're looking at, the
10 Brier score for their any pesticide use analysis
11 where they had an 85.3 imputed prevalence versus an
12 actual prevalence of 85.7, the Brier score for that
13 analysis is higher than the Brier score for most of
14 the individual pesticide analyses that they present,
15 correct?
16     MS. GREENWALD: Objection, form.
17     **A. I don't know about most, but it's**
18 **certainly -- probably it is more than 50 percent.**
19 **It's higher than more than 50 percent. I would --**
20 **I would definitely say yes.**
21     Q. By my count, there may be six
22 individual pesticides that have Brier scores at or
23 higher than the Brier score for any pesticide use?
24     **A. Including glyphosate, yes. Which has**
25 **the highest Brier score.**

104

1      Q. So if the "any pesticide use" was in
2  this table, it would have one of the highest Brier
3  scores of any of the analyses, correct?
4      MS. GREENWALD: Objection, form.
5      **A. Yes.**
6      Q. And that Brier score would be for an
7  analysis in which there was a match,
8  a statistically -- a statistical match in the
9  imputation of 85.3 percent pesticide use with the
10 actual prevalence of 85.7 percent pesticide use,
11 correct?
12     MS. GREENWALD: Objection, form.
13     **A. I am sorry, this doesn't deal with**
14 **pesticide use. The Brier score is dealing with**
15 **frequency of use. It's measuring frequency of use,**
16 **so the two are not related. We can get perfect**
17 **agreement on prevalence and completely miss out**
18 **agreement on the magnitude of use.**
19     Q. And also we could have a perfect
20 match on prevalence of use between actual and
21 imputed, and a complete mismatch in the Brier score,
22 correct?
23     **A. I can have -- say it again, I am**
24 **sorry.**
25     Q. Sure. We can have a perfect match,

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018

27 (105 to 108)

105

1  as we do for any pesticide use, we can have
2  a perfect match for prevalence of use between the
3  imputation and the actual, and a complete mismatch
4  with the Brier score, correct?
5      MS. GREENWALD:  Objection to form.
6      **A.  That is correct.  In fact, you can**
7  **also have terrible agreement on prevalence and**
8  **terrible Brier score, as is the case for glyphosate.**
9      Q.  Okay.  The -- and so in looking at
10 the table 2 -- figure 2, I am sorry, as far as the
11 relative error, or the agreement, if you will, for
12 actual versus imputed pesticide use, we can see we
13 have five pesticides that have relative errors at or
14 above 0.2 or close to that in the positive
15 direction, and then the others are all -- the other
16 pesticides are all in the negative direction,
17 correct?
18     **A.  That is correct.**
19     Q.  And as far as the relative error is
20 concerned, with respect to these 38 pesticides,
21 glyphosate falls basically in the middle, correct?
22     MS. GREENWALD:  Objection, form.
23     **A.  No, it falls at the top of the bottom**
24 **third.  It's in the bottom third.**
25     Q.  With respect to how far away from

106

1  zero they are, given that we have five pesticides at
2  the top that are on the other side of the line,
3  correct, far from zero?
4      **A.  Yes.**
5      Q.  As far as a -- with relative error of
6  zero, zero being perfect, I'm just assuming that's
7  correct, right?  Is that -- my understanding
8  correct?
9      **A.  That's my -- a relative error of zero**
10 **in this picture would be perfect.  It would be an**
11 **absolute -- absolute error of zero and a relative**
12 **error of zero.**
13     Q.  With respect then, given that we have
14 these five that are greater than 0.2 off from 0.0
15 and then we have the others below, glyphosate, with
16 respect to relative error, comes in basically in the
17 middle of these 38 pesticides, correct?
18     MS. GREENWALD:  Objection, form and asked
19 and answered.
20     **A.  It does, but it's relative error, and**
21 **I believe absolute error is the more informative**
22 **issue here.  The other thing about this picture that**
23 **is annoying, or surprising, is that more than**
24 **50 percent of the chemicals, in fact 90 percent or**
25 **80 percent of the chemicals, have a negative**

107

1      **relative error.  That suggests a systematic bias,**
2  **because it should be 50/50, if their prediction**
3  **technique was working pretty well.**
4      Q.  Now, the AHS investigators or the NIH
5  investigators, I guess, in their --
6      **A.  AHS is probably more correct.**
7      Q.  In their abstract, at the top, at the
8  beginning of the page, when they talk about -- we
9  already talked about the observed and imputed
10 prevalence of any pesticide use as 85.7 and
11 85.3 percent respectively.  They then go on to say
12 that the distribution of prevalence in days per year
13 of use for specific pesticides were similar across
14 observed and imputed in the holdout sample.
15     Do you agree with that statement?
16     **A.  No.**
17     Q.  Okay.  I want to talk a little bit
18 also about the skill score, the Brier skill score.
19 And the Brier skill score, as I understand your
20 testimony and your understanding, is a calculation
21 of how the degree by which the imputation method
22 improved the derivation of exposure as compared to
23 whatever the reference Brier is, correct?
24     MS. GREENWALD:  Objection, form.
25     **A.  That is correct.**

108

1      Q.  And you sitting here today are not
2  sure what the reference Brier refers to in this
3  analysis?
4      **A.  I would need to go look at it very**
5  **carefully and re-read through it.  If you would**
6  **like, I would be happy to do that.**
7      Q.  I don't think we have time during the
8  deposition, if you haven't done that already.  But
9  with respect to the Brier skill score, as far as how
10 much -- how well the imputation method worked in
11 improving the exposure information compared to the
12 reference Brier, reference Brier, glyphosate
13 actually performs better than, by my count, 27 of
14 the other pesticides that are individually measured?
15     MS. GREENWALD:  Is that a question?
16     Q.  Is that correct?
17     MS. GREENWALD:  Objection, form.
18     **A.  I would need to count through them,**
19 **but let me take a quick look here.  I will again**
20 **restate that the Brier is more informative than the**
21 **reference Brier in this case but yes, it looks like**
22 **it's got -- in this case, the score, the bigger the**
23 **score, the better, and here it's got a fairly good**
24 **size score, so yes, it's one of the better scores.**
25 **Still, it's statistically significantly different in**

109

1 prevalence between imputed and observed.
2     Q.  But when -- and you don't understand,
3 sitting here today, what -- when talking about how
4 improved the measure is, compared to reference
5 Brier, you don't know what the reference Brier is
6 referring to at this point?
7     MS. GREENWALD:  Objection, form.
8     A.  I do not know what the -- I can't
9 specifically tell you exactly what the reference
10 Brier is, other than give you a feel for the fact
11 that it's sort of against a random prediction model.
12     The -- there's no P values here, it's not
13 significantly changed, I don't know what this Brier
14 skill score actually means in terms of statistical
15 significance.  I do know the prevalences are
16 different.
17     Q.  Okay.  When you say it's not
18 statistically significant, you actually don't know
19 one way or the other?
20     A.  There's no P values associated with
21 it, it's just a score.
22     Q.  So you don't know if it's
23 statistically significant or not, correct?
24     MS. GREENWALD:  Objection, form.
25     A.  I don't think anyone ever does that.

110

1 There's no statistic, there's no -- there's no
2 probability measure associated with it, so there's
3 no statistic to give you a P value.
4     Q.  Brier scores are often decomposed
5 into three different terms, correct?
6     MS. GREENWALD:  Objection, form.
7     A.  I would have to go back to the
8 original article and read it to better understand
9 what that statement says.
10     Q.  Okay.  Have you ever heard of the
11 fact that Brier scores can be decomposed into
12 measures of reliability, resolution and uncertainty?
13     A.  I vaguely remember reading that in
14 the paper.
15     Q.  I take it you don't have sufficient
16 expertise with Brier scores to be able to answer
17 questions about that issue here today?
18     A.  That is correct.
19     Q.  Let's go off the record, I am going
20 to be finishing up, but I just want to gather my
21 thoughts, I want to find out how much time I have
22 left.
23     THE VIDEOGRAPHER:  Ten minutes.  Going off
24 the record at 1.25 pm.
25 (1.25 pm)

111

1     (A short break)
2 (1.35 pm)
3     THE VIDEOGRAPHER:  We are back on the
4 record at 1.35 pm as indicated on the video screen.
5     Q.  Dr. Portier, I am going to hand you
6 three documents that I have marked as exhibits
7 28-13, 28-14 and 28-15, and these are e-mails of
8 yours that you produced in connection with our
9 subpoena for this deposition, correct?
10     (Exhibit 28-13 marked for identification)
11     (Exhibit 28-14 marked for identification)
12     (Exhibit 28-15 marked for identification)
13     A.  They appear to be, yes.
14     Q.  Okay.  And in these e-mails you are
15 having communications respecting -- with respect to
16 the 2018 National Cancer Institute study with three
17 individuals, Robert Bellé, Tiffany Stecker and
18 Martin Pigeon, correct?
19     MS. GREENWALD:  Objection, form.
20     A.  I am sending e-mails to these three
21 people, yes.
22     Q.  Who is Martin Pigeon?
23     A.  He works for Corporate Europe.  He
24 is -- he wrote a book on glyphosate.  He is
25 a journalist of some type, or environmentalist.

112

1     Q.  In this e-mail, which is marked as
2 28-13, Martin Pigeon is referring to a lawyers'
3 letter, do you see that?
4     A.  Yes, I don't know what that means.
5     Q.  Okay.  Who is Robert -- how do you
6 pronounce his last name?
7     A.  What does that mean?  No idea.  I am
8 sorry.
9     Q.  Robert -- is it Bel-lay?
10     A.  Bel-lay.
11     Q.  Who is Robert Bellé?
12     A.  He says so in the letter.
13     "I am advisor for Sandrine Le Feur
14 a French deputy (LERM) which works with Nicolas
15 Hulot fighting against glyphosate renewal in
16 Europe."
17     Q.  In this e-mail exchange with
18 Mr. Bellé, you set forth various issues that you had
19 with the 2018 NCI journal study, correct?
20     MS. GREENWALD:  Objection, form.
21     A.  The issues I had with the 2018
22 Andreotti study, yes.
23     Q.  One of the issues you note in your
24 e-mail is the results of sensitivity analyses in
25 that 2018 study, correct?

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018

113

1      A.   I am sorry?
2      Q.   You have -- "in addition", you set
3  forth first your dose response analysis, we already
4  talked about that, and then you have:
5      "In addition, in their discussion of their
6  sensitivity analysis, page 4 ..."
7      A.   Yes.
8      Q.   "... you can see that as they cut
9  back on who to include the relative risk gets
10 increasingly higher supporting an overall concern
11 for these results."
12     Correct?
13     A.   That's what it says.
14     Q.   Okay.  What is your understanding of
15 the reason for sensitivity analyses in
16 epidemiological studies?
17     A.   To evaluate how sensitive the
18 findings are to specific assumptions or specific
19 ways in which you brought the data together.
20     Q.   And in the 2018 NCI study, they
21 conducted sensitivity analyses to determine the
22 extent to which any potential error -- imputation
23 error in the -- that was used in the analysis
24 impacted their results, correct?
25     MS. GREENWALD:  Objection, form.

114

1      A.   Not correct.
2      Q.   What sensitivity analyses are you
3  referring to that they used in your e-mail?
4      A.   The sensitivity analyses I am
5  referring to are sensitivity analyses that -- so
6  first of all, they gave one number for each of these
7  analyses, so it's very hard to judge from what they
8  have given their overall conclusions on this, but
9  they gave one number, high dose versus control,
10 where they used the exposures only from the phase
11 one evaluations, for the entire data set.
12     Second sensitivity analysis they did was
13 to move the NHL evaluation to 2005, still used the
14 imputed data and the other data during phase two,
15 and calculated an analysis.
16     The third one they did was, what was the
17 third one?  Now I have to look at the paper.
18     Q.   It's page 4, I think as you note in
19 your e-mail.
20     A.   Yes.  Truncated the follow-up period
21 to 2005, they did that one.  Which one did I miss?
22     Q.   I believe it's when they looked at
23 the individuals who responded to phase 1 and
24 phase 2, and used just the actual data and did not
25 use any data from nonresponders.

115

1      A.   I said that one, that was the second
2  one I talked about.  So they did -- they threw out
3  the nonresponders, another form of dealing with
4  missing data.  They went back to 2005.
5      Q.   And then they only looked at the
6  phase 1 responses as the third one, correct?
7      A.   And they only looked at the phase 1
8  responses, that's correct, that's the three.
9      Q.   What you stated to this adviser to
10 this French government official was that the
11 relative risks got increasingly higher in these
12 sensitivity analyses as compared to the primary
13 analysis, correct?
14     A.   That's what I said, yes.
15     Q.   And you viewed that as an indication
16 that there was a concern for the results, correct?
17     A.   I don't know that I said that.
18 Overall concern for these results, yes.
19     Q.   In fact, the findings in the
20 sensitivity analyses, and particularly when they
21 took out the nonresponders and when they took out
22 the second phase questionnaires, to again take out
23 the imputed data, matched pretty closely with the
24 primary results in the study, didn't they?
25     MS. GREENWALD:  Objection, form.

116

1      A.   I would have to go back and look at
2  each number separately.  Plus look at the P for
3  trend.
4      Q.   For the sensitivity analyses for
5  where they took out the nonresponders and only
6  looked at individuals with actual data in the first
7  and second questionnaire, their rate ratio, the
8  highest exposure quartile, was 0.82, as compared to,
9  in their primary analysis, including the phase 2
10 nonresponders, where there was a rate ratio of 0.87,
11 correct?
12     A.   I didn't see the 0.82, so could you
13 point me to that?
14     Q.   I am sorry, you are correct:
15     "... using only exposure information
16 reported at enrollment ..."
17     So here for the analysis where they looked
18 at the first phase questionnaire and the actual
19 data, because they had actual data from all the
20 cohort members in the first questionnaire, correct?
21     MS. GREENWALD:  Objection, form.
22     Q.   Dr. Portier, the AHS --
23     A.   "... using only exposure information
24 reported at enrollment, the rate ratio in the
25 highest exposure quartile was 0.82."

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018

30 (117 to 120)

117

1    Q.   So that is actual data, because all
2  the 57,000 cohort members --
3    **A.   That is correct.**
4    Q.   -- or 54,000, provide actual data?
5    **A.   That is correct.**
6    Q.   So with using actual data from the
7  phase 1 questionnaire, the rate ratio for the
8  highest exposure group was 0.82 compared to, with
9  the full analysis, 0.87, correct?
10   **A.   Did I get this -- is this not the --**
11 **is that the intensity or is that the frequency?**
12 **I guess that must be intensity.  The P trend is**
13 **better, but the actual -- the relative risk of the**
14 **highest dose is not.**
15   Q.   So the relative risk is essentially
16 unchanged when they looked at the answers, the
17 actual data just from the first question as compared
18 to their analysis, their full analysis, correct?
19       MS. GREENWALD:  Objection, form.
20   **A.   I am sorry?**
21   Q.   The rate ratio for the highest
22 exposure group with their sensitivity analysis of
23 looking only at actual data in phase 1
24 questionnaire, the rate ratio was essentially
25 identical to the rate ratio in the highest exposure

118

1  group for when they looked at their full analysis,
2  including imputed data, correct?
3        MS. GREENWALD:  Objection, form.
4    **A.   This was intended to be discussed in**
5  **the context of the imputations.**
6    Q.   I am still asking -- I still haven't
7  got an answer to my question.  With respect to the
8  sensitivity analysis, when they only looked at
9  actual data from the first phase questionnaire, they
10 had a rate ratio that was essentially identical to
11 the rate ratio for that highest exposure group when
12 they included all the imputed information, correct?
13       MS. GREENWALD:  Objection, form.
14   **A.   It's not statistically significant,**
15 **that's correct.**
16   Q.   With respect to the other sensitivity
17 analysis, where they looked at first phase
18 questionnaire and second phase questionnaire
19 responses for the 63 percent of the cohort that
20 responded to both questionnaires, they have a rate
21 ratio, again, it's a 0.9 for that highest exposure
22 group, again, not different from the finding with
23 their overall analysis when they included the
24 imputed information, correct?
25       MS. GREENWALD:  Objection, form.

119

1    **A.   It's bigger than the overall**
2  **analysis.**
3    Q.   0.9 versus 0.87?
4    **A.   That's all it says, is higher.**
5    Q.   So do you believe that 0.9 is
6  meaningfully different than 0.87 as far as a rate
7  ratio between those two analyses?
8        MS. GREENWALD:  Objection, form.
9    **A.   I am pretty sure it's not**
10 **statistically significant.**
11   Q.   So it's not statistically
12 significantly different, correct?
13   **A.   Correct.**
14   Q.   So basically the same findings, when
15 they looked at just the first phase questionnaire
16 responses, or when they looked at the individuals
17 who responded to the first and second phase
18 questionnaire, as when they included the imputed
19 data, correct?
20       MS. GREENWALD:  Objection, form.
21   **A.   No, they're not the same findings.**
22 **It's higher.  They are not statistically**
23 **significantly different but it is not the same**
24 **finding.  The same finding would be 0.87.**
25   Q.   Just to be clear, for those who

120

1  answered the first questionnaire, if you just look
2  at the first questionnaire, that's lower then by
3  your analysis?
4    **A.   0.82, that's correct, but my**
5  **statement was in the context of the imputations.**
6    Q.   Neither sensitivity analysis uses any
7  of the imputed data, correct?
8    **A.   But you are comparing it against the**
9  **imputed data.**
10   Q.   I understand, and both of those
11 findings, compared to findings that use imputed
12 data, have rate ratios that are not statistically
13 significant, correct?
14   **A.   Statistically significant from one**
15 **and not statistically significant from the other**
16 **ones, probably.**
17   Q.   So the sensitivity analysis did not
18 show any statistically significant difference when
19 the investigators did not use imputed data, correct?
20       MS. GREENWALD:  Objection, form.
21   **A.   That's correct.  It's still in the**
22 **same ballpark.**
23   Q.   And you also state that if, in the
24 next paragraph, or I think it's maybe two paragraphs
25 after, that if there is an individual who was -- who

121

1 answered the first questionnaire, and had not used
2 glyphosate, so they were unexposed, and then did not
3 respond to the second phase questionnaire, they
4 would be designated as unexposed using the
5 imputation methodology, correct?
6     **A.  That statement is what I wrote, that**
7 **statement is incorrect.**
8     MS. GREENWALD:  Eric, your time is up.
9     MR. LASKER:  I will finish up with one
10 question and I'll be done.
11     Q.  Did you ever send another e-mail
12 following up to Mr. Bellé explaining to him that
13 that statement was incorrect?
14     **A.  No.  You would have it if I did.**
15 **I spoke with him on the phone.  I don't recall if**
16 **I told him that or not, but I spoke with him on the**
17 **phone.**
18     Q.  No more questions.
19     MS. GREENWALD:  Give us just a couple of
20 minutes.  I know I have one but I don't know if
21 I have more than one.
22     THE VIDEOGRAPHER:  Going off the record at
23 1.48 pm.
24 (1.48 pm)
25       (A short break)

122

1 (1.52 pm)
2     THE VIDEOGRAPHER:  We are back on the
3 record at 1.52 pm.
4 CROSS-EXAMINATION BY MS. GREENWALD:
5     Q.  Dr. Portier, when Mr. Lasker was
6 asking you questions about exhibit 28-11, which is
7 the Heltshe article, towards the end of the
8 questions, he asked you the following question and
9 you gave the following answer.  It is at 97/04 of
10 the realtime:
11     "Question: I take it you don't have
12 sufficient expertise with Brier scores to be able to
13 answer questions about that issue here today?
14     "Answer:  That is correct."
15     So my question is: what were you referring
16 to when you answered that question "that is
17 correct"?
18     **A.  That -- I was answering relative to**
19 **the discussion he was talking about, breaking Brier**
20 **scores into three different pieces, and discussing**
21 **that issue, I don't believe that's in this paper,**
22 **but when I went back and looked at Brier scores,**
23 **I didn't spend enough time looking at that to be**
24 **able to address that specific question related to**
25 **Brier scores.**

123

1     Q.  Sitting here today, and as you did
2 your supplemental report, do you have sufficient
3 understanding of Brier scores to interpret the use
4 of those scores in the Heltshe paper which is
5 exhibit 28-11?
6     **A.  Yes, I do.  It's quite clear.  You**
7 **don't actually need a lot of expertise in the Brier**
8 **scores to be able to look at this paper and say**
9 **glyphosate was a problem.  The Brier score for**
10 **glyphosate is the worst, the absolute difference in**
11 **the prevalence for glyphosate is the worst from all**
12 **of these predictions.  When you look at the relative**
13 **risks, the relative proportion responding --**
14 **proportions exposed, in figure 2 or whatever it was,**
15 **more than half of them were above or below zero.**
16 **All of those point to a systematic problem with the**
17 **estimation, and the Brier scores are just part of**
18 **that overall picture.**
19     MS. GREENWALD:  I don't have any other
20 questions, thank you.
21     MR. LASKER:  We are done.
22     THE VIDEOGRAPHER:  In that case, this is
23 the end of media 2D and the video deposition today
24 of Dr. Christopher Portier.  We are now going off
25 the record at 1.54 pm as indicated on the video

124

1 screen, thank you very much.
2 (1.55 pm)
3       (Deposition concluded)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

125

```
1        CERTIFICATE OF DEPONENT
2    I, Dr. Christopher Portier, hereby certify that I have read
3    the foregoing pages, numbered 1 through 126 of my
4    deposition testimony taken in these proceedings on January
5    12th 2018, and with the exception of the changes listed
6    below and/or corrections, if any, find them to be a true
7    and accurate transcription thereof.
8
9    Signed............................
10   Date.............................
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

126

```
1        CERTIFICATE OF COURT REPORTER
2    I, Claire Gwyneth Hill RPR MBIVR, Accredited Real-time
3    Reporter, of Planet Depos, hereby certify that the
4    foregoing testimony was recorded by me stenographically
5    and thereafter transcribed by me, and that the foregoing
6    transcript is a true and accurate verbatim record of the
7    said testimony.
8
9    I further certify that I am not a relative, employee or
10   counsel of any of the parties of the within cause, nor am
11   I an employee or relative of any counsel for the parties,
12   nor am I in any way interested in the outcome of the
13   within cause.
14
15
16
17   Signed:
18            Claire Gwyneth Hill
19   Dated:    1/15/2018
20
21
22
23
24
25
```

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018                                           33

**A**

ability
70:13
able
33:2, 82:22,
110:16, 122:12,
122:24, 123:8
about
8:7, 13:6,
14:24, 16:8,
16:14, 18:18,
19:3, 19:10,
22:1, 25:4,
25:8, 25:10,
27:4, 28:20,
30:21, 31:25,
34:13, 35:13,
35:23, 50:4,
51:15, 53:13,
54:19, 54:21,
54:22, 55:6,
55:22, 56:22,
60:18, 62:16,
65:2, 65:9,
68:1, 69:21,
70:23, 72:23,
73:12, 73:13,
73:15, 75:24,
76:18, 77:8,
79:18, 82:2,
93:13, 101:6,
101:14, 102:13,
103:17, 106:22,
107:8, 107:9,
107:18, 109:3,
110:17, 113:4,
115:2, 122:6,
122:13, 122:19
above
13:22, 29:16,
34:7, 34:10,
37:11, 38:13,
49:1, 53:6,
53:7, 105:14,
123:15
absolute
97:25, 98:25,

99:13, 99:15,
100:14, 106:11,
106:21, 123:10
absolutely
19:4
abstract
8:20, 8:22,
20:16, 21:12,
22:5, 72:21,
84:15, 84:20,
107:7
academicians
7:23, 23:3,
23:11, 25:24,
28:9, 30:1,
39:3, 45:13
accepted
22:16, 82:8,
82:18, 82:23
according
95:5
account
10:16, 11:4,
82:8
accredited
126:2
accuracy
93:3, 93:5,
93:9, 103:6
accurate
66:8, 66:18,
92:11, 94:19,
96:3, 125:7,
126:6
accurately
21:17
acknowledgments
21:2
acquavella
4:9, 65:17,
66:1, 67:1,
67:2, 67:18,
69:19, 71:8
acres
76:10
across
95:11, 107:13
active
76:9

activity
75:21
actual
55:17, 66:9,
83:18, 84:8,
85:5, 96:20,
97:4, 97:8,
97:22, 98:3,
98:17, 98:23,
99:4, 100:1,
102:1, 103:12,
104:10, 104:20,
105:3, 105:12,
114:24, 116:6,
116:18, 116:19,
117:1, 117:4,
117:6, 117:13,
117:17, 117:23,
118:9
actually
16:2, 21:22,
27:7, 42:1,
59:6, 62:19,
67:15, 85:18,
91:1, 97:14,
108:13, 109:14,
109:18, 123:7
ad
77:1
add
19:6, 19:7,
20:5
addition
77:7, 113:2,
113:5
address
122:24
addresses
77:19
adjusted
32:24, 33:11,
46:9, 46:19,
46:22, 47:20,
47:21, 51:18,
86:1
adjustment
46:14
adjustments
46:23

administered
63:16
administration
63:16
adoption
65:4, 65:10
adviser
115:9
advisor
112:13
affect
76:5
afraid
55:1
after
14:21, 15:5,
22:17, 39:6,
43:12, 43:15,
46:13, 63:16,
120:25
again
10:23, 10:25,
19:21, 23:2,
25:22, 26:18,
33:24, 38:23,
41:9, 53:8,
53:20, 60:9,
61:20, 63:19,
65:6, 67:13,
80:2, 96:23,
104:23, 108:19,
115:22, 118:21,
118:22
against
25:2, 28:15,
29:7, 29:8,
29:17, 38:12,
109:11, 112:15,
120:8
agencies
7:5
agency
13:3, 13:10
ago
11:9, 12:6,
12:13
agree
15:12, 20:9,

22:9, 28:18,
46:16, 46:21,
46:22, 47:24,
49:8, 64:1,
82:15, 82:17,
85:22, 87:18,
87:24, 88:6,
88:7, 88:22,
107:15
**agreement**
58:6, 58:8,
58:9, 58:21,
59:2, 59:13,
59:14, 59:18,
59:22, 59:25,
61:23, 62:13,
63:9, 63:14,
66:16, 66:23,
104:17, 104:18,
105:7, 105:11
**agricultural**
3:13, 3:36,
4:2, 4:3, 4:9,
4:14, 4:20, 9:2,
10:15, 15:25,
61:2, 61:24,
65:22, 67:3,
67:6, 67:10,
68:2, 70:24
**ahead**
6:23
**ahs**
9:9, 11:2,
46:10, 46:15,
57:25, 58:11,
61:1, 68:6,
68:11, 68:18,
69:4, 69:13,
69:25, 72:2,
72:5, 72:7,
73:9, 74:6,
77:4, 79:11,
99:17, 107:4,
107:6, 116:22
**airport**
1:17, 5:6
**al**
3:14, 3:18,

3:29, 3:37, 4:4,
4:10, 4:15,
4:21, 4:28
**alcohol**
59:19, 60:18,
60:23, 75:20
**algorithm**
26:20, 27:15,
65:22, 68:11,
68:18, 69:4,
69:23, 70:1,
70:4, 70:16,
71:1, 72:25,
73:5, 73:20,
74:6, 75:4, 76:4
**algorithms**
83:25
**all**
5:20, 18:13,
19:16, 19:25,
20:11, 21:20,
27:2, 30:1,
30:2, 31:25,
32:11, 32:24,
33:9, 36:5,
40:2, 44:21,
45:6, 45:14,
48:16, 48:17,
50:10, 52:14,
68:1, 81:1,
84:4, 85:1,
95:11, 101:18,
102:15, 103:8,
105:15, 105:16,
114:6, 116:19,
117:1, 118:12,
119:4, 123:11,
123:16
**allows**
15:13, 16:24,
89:7
**almost**
18:18, 54:9,
102:15
**alone**
45:18
**along**
46:3, 56:4

**already**
47:19, 77:2,
107:9, 108:8,
113:3
**also**
2:26, 5:19,
7:19, 16:7,
17:3, 17:17,
24:2, 24:9,
24:12, 33:20,
36:7, 36:17,
41:6, 48:19,
59:1, 59:8,
66:2, 68:19,
69:2, 71:8,
72:11, 74:5,
77:8, 78:22,
78:25, 81:8,
84:16, 85:22,
88:14, 89:10,
91:9, 93:19,
98:19, 102:7,
104:19, 105:7,
107:18, 120:23
**although**
41:21, 73:5
**always**
40:4
**american**
4:28, 51:13,
51:18
**among**
3:28, 3:34,
24:10, 61:3,
78:9, 101:19,
101:22
**amongst**
48:17
**amount**
71:15
**analyses**
16:19, 22:10,
22:11, 25:23,
39:7, 39:12,
39:15, 40:24,
41:6, 41:12,
41:21, 45:14,
46:10, 46:15,

47:20, 62:7,
67:14, 67:17,
72:21, 103:14,
104:3, 112:24,
113:15, 113:21,
114:2, 114:4,
114:5, 114:7,
115:12, 115:20,
116:4, 119:7
**analyzed**
22:14
**analyzing**
32:21
**andreotti**
3:14, 6:19,
49:18, 49:20,
49:21, 50:3,
50:8, 54:6,
91:15, 112:22
**animal**
74:2
**anneclaire**
7:15
**announced**
16:10
**annoying**
106:23
**another**
62:21, 115:3,
121:11
**answer**
21:10, 25:7,
25:11, 25:15,
35:21, 37:18,
40:10, 82:23,
90:2, 110:16,
118:7, 122:9,
122:13, 122:14
**answered**
90:24, 99:8,
102:4, 102:5,
106:19, 120:1,
121:1, 122:16
**answering**
15:24, 40:6,
122:18
**answers**
40:8, 40:12,

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018                                            35

40:19, 67:9,
117:16
**any**
13:11, 15:15,
16:13, 16:19,
16:25, 20:20,
23:5, 34:5,
43:10, 44:22,
50:6, 57:14,
57:24, 60:16,
61:14, 61:17,
62:2, 62:14,
68:25, 70:16,
76:18, 76:20,
76:25, 79:14,
80:8, 84:12,
84:18, 85:2,
85:3, 86:5,
86:6, 86:19,
87:6, 87:14,
87:15, 87:16,
87:17, 87:23,
89:1, 89:18,
90:5, 90:20,
91:25, 92:17,
96:16, 96:25,
102:12, 102:14,
102:22, 103:4,
103:10, 103:23,
104:1, 104:3,
105:1, 107:10,
113:22, 114:25,
120:6, 120:18,
123:19, 125:6,
126:10, 126:11,
126:12
**anymore**
50:9
**anyone**
109:25
**anything**
65:13, 88:23
**anyway**
74:20, 95:16
**apart**
85:14, 85:19
**apparent**
20:19, 21:15,

22:7
**appear**
42:16, 42:18,
68:5, 111:13
**appearing**
2:2, 2:18, 6:3
**appears**
7:24, 27:10,
68:22
**application**
26:14, 26:24,
76:10
**applicator**
26:11, 26:21
**applicator"**
27:17
**applicators**
3:36, 14:20,
14:25, 27:18,
36:10, 61:3,
61:9, 61:12,
80:13, 80:17
**applied**
26:12, 26:22,
80:19, 80:20
**apply**
64:20
**approach**
28:25, 70:16,
84:1
**appropriately**
82:24
**approximately**
33:15, 35:10,
35:17, 81:24
**area**
65:14
**argue**
71:22, 86:10,
86:11
**argued**
29:10
**arguing**
52:14
**argument**
66:12
**around**
18:1, 53:19

**article**
9:16, 10:2,
110:8, 122:7
**aside**
83:14
**ask**
5:20, 28:19,
47:1, 53:23,
60:9, 60:15,
60:18
**asked**
47:15, 47:17,
47:22, 68:1,
68:5, 90:5,
90:23, 99:7,
102:4, 106:18,
122:8
**asking**
16:14, 25:8,
25:10, 61:20,
62:12, 85:10,
118:6, 122:6
**aspect**
78:18
**assess**
79:14, 83:11
**assessing**
46:16
**assessment**
3:26, 70:6,
70:11, 74:22,
82:10, 85:25
**assessments**
75:21
**assign**
4:17
**associated**
7:10, 7:13,
11:10, 12:6,
55:17, 85:13,
99:14, 109:20,
110:2
**association**
6:14, 13:11,
20:19, 21:15,
22:6, 23:12,
23:16, 39:13,
45:16, 46:6,

46:13, 54:2
**associations**
23:4, 39:2,
39:5, 60:22
**assume**
22:20, 74:10
**assumes**
44:7
**assuming**
106:6
**assumption**
44:7, 44:11,
44:18, 71:17
**assumptions**
113:18
**attached**
12:25
**attachments**
4:33
**attenuation**
76:11
**attest**
15:17
**august**
3:19
**author**
9:14, 9:17,
58:14, 77:18
**authored**
6:19
**authority**
9:22
**authors**
34:14, 34:15
**available**
32:24, 48:16,
48:17
**avenue**
2:14
**average**
69:23, 70:3,
70:13
**aware**
15:25, 16:12,
16:18, 37:21,
51:11, 70:2
**away**
105:25

## B

**back**
38:21, 44:24,
47:1, 48:7,
51:10, 62:12,
63:1, 78:1,
82:1, 90:3,
110:7, 111:3,
113:9, 115:4,
116:1, 122:2,
122:22
**bad**
54:8
**ballpark**
120:22
**based**
18:21, 24:13,
24:17, 25:25,
26:9, 26:20,
27:15, 31:18,
44:23, 56:19,
60:24, 70:17,
71:1, 71:10,
72:4, 76:5,
93:25, 94:15,
96:1, 99:10
**basically**
42:14, 105:21,
106:16, 119:14
**basis**
57:24, 66:6,
66:11, 70:14,
88:23
**because**
11:6, 12:3,
17:4, 24:21,
29:11, 30:16,
33:13, 34:15,
37:18, 44:5,
49:20, 50:2,
53:17, 54:10,
55:21, 56:5,
57:2, 61:4,
66:2, 70:18,
78:22, 83:4,
83:24, 88:12,
94:8, 94:22,

94:25, 95:15,
100:4, 107:2,
116:19, 117:1
**become**
30:5
**becomes**
95:1
**been**
6:7, 6:13,
16:21, 37:7,
43:8, 43:10,
46:3, 47:19,
51:13, 51:23,
55:2, 63:13,
82:7, 82:8,
83:2, 88:9,
88:16, 88:18
**before**
5:13, 32:2,
33:25, 42:10,
43:1, 43:4,
44:24, 53:17,
81:14, 92:6
**beginning**
4:31, 4:36,
5:4, 22:24,
64:12, 82:4,
84:20, 107:8
**begs**
95:25
**behalf**
2:2, 2:18, 5:19
**being**
5:6, 5:8, 5:13,
13:22, 18:14,
21:6, 30:1,
36:8, 56:23,
81:1, 89:21,
95:22, 100:6,
100:7, 106:6
**bel-lay**
112:9, 112:10
**believe**
7:10, 23:23,
33:16, 35:2,
40:2, 42:5,
44:12, 45:4,
50:21, 51:4,

53:24, 54:6,
57:25, 58:24,
61:10, 62:25,
75:1, 89:12,
90:21, 93:9,
98:25, 106:21,
114:22, 119:5,
122:21
**believed**
61:4
**bellé**
4:37, 111:17,
112:11, 112:18,
121:12
**below**
27:24, 28:12,
28:17, 30:1,
38:13, 49:13,
50:15, 52:11,
52:15, 52:25,
53:5, 106:15,
123:15, 125:6
**best**
17:21, 47:19,
68:7, 95:7,
95:19, 95:22
**better**
71:20, 71:23,
74:7, 75:4,
76:19, 88:17,
94:11, 95:3,
96:3, 96:12,
96:15, 108:13,
108:23, 108:24,
110:8, 117:13
**between**
3:17, 6:15,
9:21, 17:15,
20:19, 21:16,
22:7, 23:5,
31:20, 32:4,
32:16, 36:4,
37:23, 39:5,
46:6, 54:2,
56:9, 58:9,
71:6, 72:25,
73:5, 73:7,
73:20, 75:16,

90:15, 98:5,
100:25, 102:1,
104:20, 105:2,
109:1, 119:7
**bias**
45:23, 55:19,
56:22, 73:8,
77:5, 78:17,
78:22, 107:1
**big**
100:12, 101:5
**bigger**
108:22, 119:1
**billion**
68:23
**binomial**
53:16
**biomarkers**
72:8
**bit**
19:12, 28:3,
33:13, 96:7,
107:17
**blah**
39:14
**blair**
4:4, 4:15,
58:14, 58:15,
58:17, 58:25,
63:4, 65:18,
71:24, 72:17,
73:19, 74:4,
75:2, 77:1,
77:13
**book**
111:24
**both**
15:1, 23:13,
23:17, 25:12,
36:1, 39:7,
47:9, 65:20,
66:4, 69:11,
72:13, 74:15,
74:17, 91:16,
118:20, 120:10
**bottom**
13:19, 18:18,
22:11, 41:4,

59:17, 65:16,
84:21, 94:18,
102:21, 105:23,
105:24
**bought**
21:24
**bounds**
34:1
**break**
50:10, 64:2,
64:10, 77:24,
111:1, 121:25
**breaking**
122:19
**brf**
103:5
**brier**
89:25, 91:19,
91:22, 91:24,
92:2, 92:3,
92:7, 92:10,
92:16, 92:18,
92:25, 93:3,
93:4, 93:9,
93:12, 93:16,
93:20, 93:21,
93:23, 93:24,
93:25, 94:2,
94:9, 94:10,
94:11, 94:12,
94:14, 94:16,
94:25, 95:6,
95:23, 96:2,
96:12, 96:13,
98:20, 99:5,
99:24, 100:16,
100:18, 100:19,
100:23, 101:1,
101:7, 101:9,
101:12, 101:18,
101:25, 102:11,
102:12, 102:13,
102:14, 102:18,
103:10, 103:12,
103:13, 103:22,
103:23, 103:25,
104:2, 104:6,
104:14, 104:21,

105:4, 105:8,
107:18, 107:19,
107:23, 108:2,
108:9, 108:12,
108:20, 108:21,
109:5, 109:10,
109:13, 110:4,
110:11, 110:16,
122:12, 122:19,
122:22, 122:25,
123:3, 123:7,
123:9, 123:17
**bright**
93:13
**broad**
24:7, 54:18
**broadway**
2:5
**bromide**
94:17, 95:9,
95:20, 96:4,
96:15, 98:18,
98:19, 101:15
**brought**
113:19
**building**
2:13

| C |
| --- |

**calculate**
33:1, 33:5,
33:8, 33:25,
44:23, 53:11,
53:16
**calculated**
28:16, 50:18,
84:5, 92:3,
100:16, 100:17,
114:15
**calculating**
68:3, 98:5,
100:4
**calculation**
27:22, 30:2,
30:23, 31:2,
31:19, 49:22,
49:23, 50:11,
53:16, 93:19,

107:20
**calculations**
28:10
**california**
1:2, 5:15
**call**
21:13, 30:7,
40:7, 40:17
**called**
8:10, 40:16,
89:25, 91:19,
93:20, 93:21
**came**
96:20
**can**
11:7, 11:24,
12:4, 17:20,
18:4, 19:6,
19:7, 20:5,
21:13, 24:2,
26:7, 33:9,
35:15, 36:14,
38:9, 47:1,
50:10, 50:18,
61:14, 62:2,
62:24, 64:3,
68:7, 70:20,
75:10, 75:12,
80:11, 82:23,
85:22, 87:2,
90:3, 94:2,
104:16, 104:23,
104:25, 105:1,
105:6, 105:12,
110:11, 113:8
**can't**
10:20, 12:20,
15:17, 16:1,
19:4, 20:8,
21:5, 22:20,
37:18, 38:18,
41:3, 47:2,
81:11, 85:21,
88:21, 92:23,
109:8
**cancer**
3:12, 3:34,
6:21, 7:25,

8:15, 8:16,
8:20, 8:21, 9:1,
9:3, 9:4, 9:23,
10:16, 11:4,
11:10, 11:13,
12:6, 14:19,
15:2, 15:13,
15:14, 15:19,
16:23, 16:24,
18:24, 19:10,
19:15, 19:25,
20:11, 21:14,
21:21, 21:22,
22:6, 22:17,
25:19, 26:2,
27:10, 28:8,
31:18, 32:13,
33:19, 36:15,
38:22, 49:12,
50:12, 51:25,
52:21, 53:24,
54:13, 74:14,
91:10, 111:16
**cancers**
11:7, 12:3
**cannot**
33:1, 33:8,
33:25, 38:19,
100:25
**carcinogenic**
3:16
**careful**
101:6
**carefully**
108:5
**carry**
21:8
**carrying**
21:4, 44:17
**case**
1:6, 5:12,
7:24, 11:15,
11:21, 17:6,
18:9, 19:16,
19:17, 20:1,
20:12, 30:19,
49:19, 56:10,
56:14, 56:17,

57:20, 61:17,
62:5, 62:8,
62:17, 62:20,
62:22, 67:23,
76:14, 105:8,
108:21, 108:22,
123:22
**cases**
17:5, 17:6,
17:11, 17:12,
17:15, 17:24,
18:22, 18:25,
19:1, 19:9,
19:14, 19:23,
20:10, 88:15
**categories**
37:1, 69:10
**category**
55:16, 68:11,
69:4, 69:9,
69:17
**causality**
48:15
**cause**
55:19, 126:10,
126:13
**causing**
71:16
**cautious**
70:22
**certain**
16:1, 19:4,
22:20, 67:12,
92:23
**certainly**
14:25, 17:9,
17:10, 86:14,
91:14, 91:15,
103:18
**certificate**
125:1, 126:1
**certified**
5:18
**certify**
125:2, 126:3,
126:9
**challenge**
89:5

**chance**
49:4, 49:10,
53:12
**chang**
47:10
**change**
33:13, 64:2
**changed**
31:25, 37:14,
37:20, 37:23,
38:2, 38:3,
109:13
**changes**
40:24, 125:5
**characteristics**
36:6
**characterize**
73:24
**charge**
83:5
**charles**
7:16
**chemical**
70:19
**chemicals**
95:12, 102:22,
103:4, 106:24,
106:25
**chemotherapy**
13:21, 13:24,
14:3, 14:8
**children's**
82:11
**chloropyrifos**
72:18
**chose**
57:22
**christopher**
1:11, 3:3,
3:21, 3:23,
3:33, 5:5, 6:6,
64:6, 64:14,
123:24, 125:2
**cigarettes**
59:14
**cite**
92:16
**cited**
92:19

**city**
7:17, 7:20
**claim**
28:15
**claire**
1:28, 5:16,
126:2, 126:18
**classifications**
24:18, 24:19
**clear**
11:19, 21:3,
74:13, 119:25,
123:6
**clearly**
14:16, 24:24,
90:14, 96:15
**close**
30:15, 56:7,
85:11, 96:19,
97:7, 98:12,
105:14
**closely**
66:12, 85:5,
115:23
**coauthored**
7:4
**coauthors**
72:17, 73:19,
75:3, 91:9,
91:10
**cohort**
4:27, 16:8,
20:18, 24:10,
35:5, 56:9,
57:2, 57:8,
57:12, 61:2,
61:3, 61:24,
78:9, 78:19,
84:6, 94:24,
116:20, 117:2,
118:19
**cohorts**
16:9, 16:20
**coinvestigators**
74:5
**colleagues**
69:24, 70:4
**column**
10:12, 10:22,

22:24, 38:25,
59:7, 69:21,
75:11, 80:12,
82:6, 102:20,
103:2
**combinatoric**
53:18
**combined**
19:18, 20:2,
20:12
**come**
58:22, 81:11
**comes**
32:23, 106:16
**coming**
63:24
**commenting**
10:7
**comments**
3:23, 13:1
**commercial**
15:1, 36:9,
61:9
**communications**
111:15
**community**
9:18
**company**
2:18
**comparable**
50:8, 50:9
**compare**
10:9, 29:20,
51:14, 65:21,
101:1
**compared**
17:5, 35:8,
37:3, 37:15,
38:14, 59:8,
67:7, 72:9,
79:11, 83:17,
100:9, 107:22,
108:11, 109:4,
115:12, 116:8,
117:8, 117:17,
120:11
**comparing**
10:2, 10:6,

13:20, 47:11,
66:15, 68:12,
79:24, 80:4,
80:6, 98:2,
99:3, 99:18,
120:8
**comparison**
29:13, 32:3,
37:13, 38:12,
46:18, 46:19,
47:11, 47:19,
55:2, 63:12,
66:7, 66:17,
80:11, 85:14,
86:20, 95:11,
97:15, 97:16,
101:7
**comparisons**
29:16, 53:3
**complete**
104:21, 105:3
**completely**
27:3, 43:7,
104:17
**complicated**
33:14, 34:2,
83:23, 83:25
**compounds**
90:25
**concern**
15:23, 31:24,
56:18, 73:12,
73:15, 73:16,
77:8, 113:10,
115:16, 115:18
**concerned**
50:4, 99:3,
105:20
**concerns**
9:12, 77:8
**conclude**
88:24
**concluded**
71:9, 73:20,
74:5, 74:11,
75:3, 124:3
**conclusion**
20:17, 21:11,

81:11
**conclusions**
22:4, 45:25,
72:22, 75:12,
114:8
**concordance**
63:9
**conditions**
4:25
**conducted**
25:24, 34:14,
45:13, 57:7,
67:18, 113:21
**conducting**
29:3, 60:5,
60:12, 71:25
**confidence**
33:20, 34:1
**confounding**
47:25, 48:4,
48:5
**confusing**
44:5
**connection**
48:12, 80:22,
111:8
**consider**
8:4, 11:8,
11:14, 12:5,
12:12, 14:15,
14:16, 48:11
**considered**
75:19
**consistent**
23:12, 23:17,
39:13, 46:13,
46:15, 80:21,
81:5
**context**
73:3, 74:1,
74:2, 96:9,
96:24, 118:5,
120:5
**continues**
40:11
**continuing**
46:2, 65:15
**control**
17:6, 18:9,

19:16, 19:17,
20:1, 20:12,
53:2, 56:10,
56:11, 56:14,
56:17, 61:17,
62:5, 62:8,
62:17, 62:21,
62:23, 114:9
**controls**
29:9, 29:11,
32:1, 32:4,
38:10, 45:4,
53:9, 53:22
**core**
48:20, 49:12,
49:16, 49:17,
50:23, 51:2,
51:5, 51:11,
51:12
**corporate**
111:23
**corrections**
125:6
**correctly**
23:7, 23:9,
23:14, 26:17,
42:20, 72:6
**correlated**
76:6, 78:18
**correlation**
73:20, 73:24,
75:4
**correlations**
71:2, 72:24,
73:5, 73:7,
75:16
**could**
10:1, 19:20,
43:3, 43:14,
43:24, 45:22,
53:19, 54:14,
57:19, 61:12,
61:20, 71:10,
77:4, 85:13,
85:15, 104:19,
116:12
**couldn't**
43:12, 49:23

**coumaphos**
98:19, 101:17
**counsel**
5:20, 126:10,
126:11
**count**
103:21, 108:13,
108:18
**couple**
34:12, 121:19
**course**
76:22, 84:23
**court**
1:1, 5:14,
5:16, 6:4, 126:1
**covariants**
88:19
**crc**
1:28
**criticisms**
11:1
**criticized**
9:8, 17:3,
17:10
**critique**
54:22
**crops**
63:17, 63:19,
63:24, 64:18,
65:1, 65:4,
65:8, 65:11
**cross-examination**
3:7, 122:4
**cumulative**
25:17, 25:25,
27:22, 74:23,
76:20
**current**
42:16
**currently**
16:1
**cut**
113:8
**cutoff**
93:8, 93:13

D

**d**
72:18

| | | | |
|---|---|---|---|
| **data** | **dc** | **denominator** | **devised** |
| 14:20, 15:2, | 2:24 | 100:18 | 72:1 |
| 22:14, 25:16, | **de** | **department** | **diagnoses** |
| 32:25, 33:2, | 3:29, 3:37, | 7:18 | 14:12 |
| 34:1, 35:4, | 7:15, 9:3, 9:9, | **dependent** | **diagnosis** |
| 37:13, 44:15, | 10:12, 11:1, | 95:13, 95:14 | 15:19 |
| 44:17, 45:6, | 17:4, 17:13, | **depending** | **dichlorvos** |
| 45:7, 45:17, | 17:17, 17:22, | 15:4 | 94:17, 95:9, |
| 46:24, 48:16, | 18:7, 18:20, | **deponent** | 95:20, 96:4, |
| 48:17, 50:7, | 19:11, 25:1, | 125:1 | 98:19, 101:16 |
| 50:13, 50:18, | 28:25, 29:9, | **depos** | **did** |
| 54:8, 59:1, | 31:15, 34:20, | 5:17, 5:19, | 12:18, 13:6, |
| 60:3, 60:10, | 34:22, 34:25, | 126:3 | 17:11, 17:12, |
| 73:25, 74:1, | 48:21, 49:17, | **deposition** | 17:13, 22:10, |
| 74:3, 81:5, | 49:18, 50:21, | 1:11, 5:5, | 23:7, 23:8, |
| 82:9, 86:24, | 51:1, 51:4, | 5:10, 40:9, | 23:14, 27:18, |
| 87:10, 88:1, | 51:12 | 64:5, 64:13, | 29:8, 29:10, |
| 88:4, 89:2, | **deal** | 108:8, 111:9, | 29:13, 33:4, |
| 89:7, 96:10, | 104:13 | 123:23, 124:3, | 37:24, 38:16, |
| 99:22, 113:19, | **dealing** | 125:4 | 49:21, 53:17, |
| 114:11, 114:14, | 73:17, 104:14, | **deputy** | 71:4, 72:8, |
| 114:24, 114:25, | 115:3 | 112:14 | 74:11, 77:13, |
| 115:4, 115:23, | **decide** | **derivation** | 81:16, 86:23, |
| 116:6, 116:19, | 57:18 | 107:22 | 87:9, 89:15, |
| 117:1, 117:4, | **decimal** | **derive** | 92:14, 94:11, |
| 117:6, 117:17, | 33:12 | 83:16 | 94:13, 95:3, |
| 117:23, 118:2, | **declaring** | **derived** | 97:6, 114:12, |
| 118:9, 119:19, | 31:13, 31:14 | 26:19, 27:15 | 114:16, 114:21, |
| 120:7, 120:9, | **decomposed** | **dermal** | 114:24, 115:2, |
| 120:12, 120:19 | 110:4, 110:11 | 70:20 | 117:10, 120:17, |
| **date** | **defendant** | **describe** | 120:19, 121:2, |
| 36:22, 37:14, | 2:18 | 27:11 | 121:11, 121:14, |
| 37:23, 37:24, | **defining** | **designated** | 123:1 |
| 42:23, 125:10 | 95:22 | 121:4 | **didn't** |
| **dated** | **definitely** | **detail** | 26:17, 37:19, |
| 126:19 | 91:16, 103:20 | 72:24 | 49:9, 57:20, |
| **dates** | **definition** | **detailed** | 72:19, 74:17, |
| 43:24 | 94:23 | 40:25, 64:18 | 81:7, 86:15, |
| **david** | **degree** | **detected** | 93:11, 94:7, |
| 2:27, 5:17 | 10:8, 95:14, | 68:20, 69:5 | 115:24, 116:12, |
| **day** | 107:21 | **determinants** | 122:23 |
| 44:21, 59:15, | **delzell** | 76:5, 76:8 | **die** |
| 59:19, 59:21, | 47:10 | **determine** | 57:21 |
| 59:24, 71:18 | **demographic** | 113:21 | **diet** |
| **days** | 37:14 | **development** | 75:21 |
| 24:14, 71:10, | **demographically** | 11:10, 12:6 | **dietary** |
| 71:19, 74:18, | 29:12, 32:3 | **deviations** | 59:3, 60:4, |
| 74:23, 107:12 | **demonstrate** | 99:14 | 60:12, 60:18, |
| | 72:11 | | |

60:23
**differed**
29:11, 34:16,
36:7
**difference**
32:5, 37:3,
57:13, 101:5,
120:18, 123:10
**differences**
3:16, 9:21,
36:4, 38:9,
38:10, 56:9,
57:11, 79:14,
100:8
**different**
18:13, 21:8,
24:18, 28:22,
32:9, 36:25,
49:23, 52:2,
58:5, 58:6,
61:13, 77:17,
83:24, 90:15,
96:11, 97:15,
99:18, 99:21,
100:14, 100:25,
101:2, 108:25,
109:16, 110:5,
118:22, 119:6,
119:12, 119:23,
122:20
**differential**
56:18, 56:24,
57:1, 57:9,
57:10
**difficult**
42:14, 88:12,
88:13
**dig**
63:2, 94:7
**digital**
95:1
**diminish**
73:9
**direct**
3:5, 6:9, 35:16
**directing**
8:19
**direction**
105:15, 105:16

**directly**
92:15
**disagree**
22:4, 27:9,
88:21, 88:24
**discarding**
44:17
**discuss**
54:12, 72:13,
77:12, 77:19,
78:22, 91:22
**discussed**
30:23, 62:15,
77:7, 94:21,
96:25, 118:4
**discusses**
77:3
**discussing**
9:21, 10:12,
122:20
**discussion**
86:18, 113:5,
122:19
**disease**
13:25, 55:22,
56:12, 56:19,
71:16, 71:19
**distillates**
101:15
**distinction**
17:14
**distribution**
107:12
**district**
1:1, 1:2, 5:14,
5:15
**disturbing**
99:21
**diversity**
96:14
**divided**
100:21
**dividing**
98:9, 100:5,
100:8, 100:11
**djx**
3:15
**document**
12:20, 12:22,

12:25, 21:7,
22:1, 27:5
**documents**
111:6
**does**
22:2, 57:1,
66:1, 87:19,
90:22, 93:12,
106:20, 109:25,
112:7
**doesn't**
21:20, 89:22,
104:13
**doing**
34:2, 38:5,
44:17, 50:4,
60:16, 68:10,
71:5, 72:4,
88:16, 94:3,
96:15
**don't**
8:4, 12:18,
12:20, 13:15,
14:24, 15:10,
16:2, 20:4,
20:7, 28:18,
30:16, 34:10,
37:19, 38:2,
40:2, 40:5,
40:15, 46:21,
51:24, 55:1,
56:2, 57:14,
57:21, 60:7,
63:21, 73:23,
73:25, 75:7,
75:8, 76:17,
79:19, 81:21,
82:23, 88:14,
89:17, 89:21,
91:1, 91:4,
91:5, 93:11,
93:13, 94:7,
103:17, 108:7,
109:2, 109:5,
109:13, 109:18,
109:22, 109:25,
110:15, 112:4,
115:17, 121:15,

121:20, 122:11,
122:21, 123:7,
123:19
**done**
21:7, 29:3,
34:3, 38:6,
41:6, 47:19,
108:8, 121:10,
123:21
**dose**
25:2, 25:17,
25:24, 28:22,
28:24, 29:3,
31:3, 31:20,
32:12, 32:16,
32:21, 33:5,
33:9, 34:6,
34:14, 37:25,
66:9, 66:19,
66:22, 66:25,
69:8, 70:20,
71:9, 113:3,
114:9, 117:14
**dose-response**
70:15
**dosemeci**
69:24, 70:4
**dosimetry**
70:18
**double**
20:6
**doubt**
96:16, 96:17
**down**
30:22, 50:10,
56:6, 66:24,
69:21, 77:16,
103:1
**dr**
1:11, 3:3, 5:5,
6:10, 7:2, 8:25,
36:14, 38:16,
58:14, 58:25,
64:6, 64:14,
64:17, 67:2,
67:18, 69:19,
71:8, 71:24,
72:17, 73:19,

74:4, 75:2,
77:1, 111:5,
116:22, 122:5,
123:24, 125:2
**draw**
94:1
**drawn**
75:12
**drexel**
7:15
**drinking**
59:3, 60:4,
60:11
**drinks**
59:19
**due**
45:22, 49:4,
49:9, 53:1,
53:8, 53:21,
95:3
**duly**
6:7
**duration**
74:8, 74:11,
74:16, 74:18,
74:19, 74:21,
74:25, 75:5
**during**
78:19, 84:7,
108:7, 114:14

**E**

**e-mail**
4:31, 4:33,
4:36, 112:1,
112:17, 112:24,
114:3, 114:19,
121:11
**e-mails**
111:7, 111:14,
111:20
**each**
27:23, 28:10,
28:12, 28:16,
29:6, 33:21,
42:25, 48:25,
64:20, 66:13,
68:12, 86:2,

93:17, 97:8,
114:6, 116:2
**earlier**
9:9, 37:4,
55:4, 63:4,
75:25, 88:8,
96:25
**easily**
88:21
**easy**
53:17
**educational**
82:11
**effects**
4:24
**efsa**
3:18, 10:3,
10:8
**eight**
52:10
**either**
16:9, 16:19,
78:16
**elliott**
2:27, 5:17
**employee**
67:2, 126:9,
126:11
**end**
9:5, 21:3,
21:11, 53:19,
55:5, 64:4,
89:8, 122:7,
123:23
**enough**
10:16, 11:3,
56:7, 85:15,
122:23
**enrollment**
116:16, 116:24
**entire**
23:23, 94:24,
114:11
**entirely**
45:22
**entities**
7:5
**environ**
3:29, 4:16

**environment**
60:17
**environmental**
3:37, 4:22,
13:2, 13:10
**environmentalist**
111:25
**epidemiologic**
6:13, 15:15,
15:20, 17:1,
46:17, 48:1,
48:11, 48:12,
48:20, 49:13,
50:23, 51:6,
54:1, 60:5,
60:12, 70:6
**epidemiological**
11:14, 60:21,
75:20, 82:19,
83:3, 113:16
**epidemiologists**
60:2, 60:10,
71:22
**epidemiology**
4:5, 4:10,
4:22, 7:18,
9:18, 14:9,
54:8, 60:16,
73:16, 73:25,
74:1
**equal**
46:15, 49:1
**equation**
100:17
**equipment**
26:13, 26:14,
26:23, 26:24
**equivalent**
100:18
**eric**
2:19, 5:23,
121:8
**eriksson**
48:22, 74:24
**error**
85:12, 86:1,
95:15, 96:8,
98:5, 98:22,

99:1, 99:2,
99:6, 99:9,
99:10, 99:13,
99:15, 99:16,
99:20, 99:25,
100:5, 100:12,
100:14, 100:17,
100:20, 101:11,
101:14, 102:1,
105:11, 105:19,
106:5, 106:9,
106:11, 106:12,
106:16, 106:20,
106:21, 107:1,
113:22, 113:23
**errors**
85:21, 85:23,
90:13, 97:21,
97:25, 98:1,
101:19, 105:13
**essence**
66:4
**essential**
86:23, 87:9,
88:1, 88:4, 89:2
**essentially**
117:15, 117:24,
118:10
**estimate**
70:13
**estimated**
78:14
**estimates**
4:13, 11:16,
33:21, 46:20,
46:23, 47:12,
73:9, 76:4
**estimation**
99:6, 123:17
**et**
3:14, 3:18,
3:29, 3:37, 4:4,
4:10, 4:15,
4:20, 4:27
**etcetera**
36:10
**europe**
111:23, 112:16

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018                    43

european
9:22
evaluate
113:17
evaluated
22:13, 78:24
evaluating
11:14, 47:18,
99:11
evaluation
3:17, 9:2,
9:22, 10:8,
12:4, 12:12,
32:14, 48:15,
54:7, 63:13,
75:13, 114:13
evaluations
11:8, 114:11
even
33:11, 65:2,
65:8
ever
49:21, 49:23,
49:25, 50:15,
59:13, 68:25,
91:24, 92:3,
92:7, 109:25,
110:10, 121:11
every
40:25, 46:23,
71:17
everything
22:21, 47:22
evidence
31:20, 32:16,
48:13, 54:1
exact
35:16, 59:25,
66:24, 81:21
exactly
12:21, 13:15,
25:5, 28:20,
30:16, 41:24,
41:25, 89:17,
90:7, 109:9
examination
3:5, 6:9
examined
18:14

example
94:16, 96:1
exception
125:5
excess
12:15, 13:12
exchange
112:17
excuse
49:20
exhibit
3:12, 3:16,
3:21, 3:23,
3:26, 3:32,
3:34, 4:1, 4:8,
4:12, 4:17,
4:24, 4:31,
4:33, 4:36,
6:24, 6:25,
9:15, 11:20,
11:22, 12:24,
18:5, 18:6,
18:8, 30:18,
30:20, 34:23,
34:24, 35:1,
58:19, 67:16,
72:15, 72:16,
78:5, 79:22,
111:10, 111:11,
111:12, 122:6,
123:5
exhibits
111:6
exist
57:2
existed
36:4
exists
62:25
expected
54:9, 94:25
expert
3:21, 3:32,
11:20, 11:25,
13:1, 28:21,
30:9, 30:18,
34:6, 39:17,
39:18, 40:3,

40:20, 41:2,
41:10, 47:2,
47:7, 48:6,
48:9, 48:18,
54:12, 58:3,
63:1, 63:3,
63:6, 65:15,
66:3, 78:6,
89:24, 91:18,
92:9
expertise
64:24, 65:14,
110:16, 122:12,
123:7
explaining
121:12
explanation
102:9
exposed
17:11, 17:15,
17:23, 18:21,
18:25, 20:10,
24:11, 34:14,
34:16, 35:10,
35:12, 36:1,
37:7, 37:22,
43:7, 100:6,
100:7, 123:14
exposures
4:25, 14:11,
14:17, 27:23,
39:20, 41:13,
42:8, 42:11,
43:21, 43:23,
44:21, 44:23,
45:3, 45:14,
45:18, 45:24,
61:16, 79:8,
79:9, 114:10
extending
14:20
extent
113:22
extremely
100:8

**F**

fact
22:13, 27:20,

34:13, 37:21,
38:3, 44:14,
44:16, 70:25,
78:22, 81:16,
99:24, 101:9,
102:11, 105:6,
106:24, 109:10,
110:11, 115:19
factor
8:10, 8:13,
37:14
factors
3:27, 4:2,
34:17, 36:8,
59:4, 60:4,
60:12, 60:19,
60:24, 75:18
fair
64:25, 65:7,
87:24
fairly
86:11, 108:23
fall
36:25
falls
105:21, 105:23
false
27:20
familiar
8:11
far
8:13, 67:5,
98:22, 99:2,
99:25, 101:7,
105:10, 105:19,
105:25, 106:3,
106:5, 108:9,
119:6
farmer
64:1, 64:20,
65:1, 65:7
farmers
16:6, 16:8,
61:3, 61:11,
61:12, 64:17,
65:3, 65:10,
84:9
features
86:24, 87:10,

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018                                    44

88:1, 88:4, 89:2
**feel**
24:20, 88:17,
109:10
**felt**
34:15
**feur**
112:13
**field**
82:22
**fighting**
112:15
**figure**
66:3, 97:12,
97:18, 97:20,
99:16, 99:17,
103:9, 105:10,
123:14
**figures**
83:17
**fill**
27:18
**final**
12:1
**find**
10:20, 17:20,
35:8, 39:10,
41:3, 110:21,
125:6
**finding**
49:2, 81:3,
118:22, 119:24
**findings**
21:17, 22:16,
24:3, 24:6,
38:22, 71:1,
86:18, 113:18,
115:19, 119:14,
119:21, 120:11
**fine**
14:18, 40:22
**finish**
25:6, 25:7,
25:15, 40:6,
40:7, 40:8,
121:9
**finishing**
110:20

**firm**
2:12, 8:24
**first**
10:22, 20:23,
21:20, 22:24,
29:14, 29:15,
29:17, 32:11,
38:24, 50:10,
58:9, 58:10,
63:10, 68:1,
72:14, 73:18,
75:15, 80:12,
82:5, 102:20,
113:3, 114:6,
116:6, 116:18,
116:20, 117:17,
118:9, 118:17,
119:15, 119:17,
120:1, 120:2,
121:1
**five**
13:17, 13:23,
14:12, 19:12,
88:15, 88:19,
91:3, 105:13,
106:1, 106:14
**five-year**
42:16
**flat**
30:15
**focus**
89:24, 91:18
**focused**
39:20, 41:12
**follow**
64:18
**follow-up**
4:19, 4:26,
9:10, 10:14,
11:2, 63:23,
114:20
**following**
121:12, 122:8,
122:9
**follows**
6:8
**food**
9:22

**foregoing**
125:3, 126:4,
126:5
**former**
67:2
**forth**
21:18, 22:5,
24:4, 26:1,
28:1, 28:9,
32:12, 32:14,
38:23, 74:24,
97:12, 97:13,
99:17, 112:18,
113:3
**found**
43:17, 45:13,
59:12, 75:18,
80:16, 84:4,
85:4, 98:3, 98:4
**four**
24:12, 83:24
**fractions**
36:25
**framingham**
82:12
**france**
16:5
**french**
112:14, 115:10
**frequency**
104:15, 117:11
**frequently**
60:2, 60:10
**friday**
1:12, 5:1
**from**
4:4, 8:22, 9:4,
10:20, 14:3,
14:7, 16:19,
20:15, 21:7,
22:11, 24:19,
26:19, 27:15,
29:4, 29:12,
32:24, 44:13,
45:23, 50:13,
50:18, 58:13,
58:15, 58:22,
62:7, 69:10,

75:3, 75:12,
76:4, 77:17,
78:24, 80:6,
81:5, 86:2,
88:23, 92:15,
94:2, 105:25,
106:3, 106:14,
114:7, 114:10,
114:25, 116:19,
117:6, 117:17,
118:9, 118:22,
120:14, 120:15,
123:11
**front**
12:20, 53:19
**fruit**
59:24
**full**
22:24, 23:19,
80:13, 117:9,
117:18, 118:1
**fully**
46:19, 47:20,
47:21, 51:18
**funders**
21:3
**funding**
21:5
**further**
23:11, 46:13,
126:9
**future**
57:5, 57:15

---

**G**

**gather**
110:20
**gave**
49:20, 114:6,
114:9, 122:9
**general**
41:21, 42:2,
53:23, 61:6,
76:19, 82:15,
82:17, 84:1,
84:2
**generally**
82:2

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018                                    45

generic
70:16
geometric
69:2
get
25:12, 53:15,
55:24, 56:2,
57:15, 71:15,
82:16, 88:4,
88:17, 90:18,
92:14, 94:9,
104:16, 117:10
gets
43:5, 43:6,
113:9
getting
57:4, 71:18,
102:24
give
14:25, 22:3,
33:9, 40:12,
49:21, 86:15,
88:14, 90:25,
109:10, 110:3,
121:19
given
22:10, 51:23,
80:7, 95:6,
96:10, 96:13,
106:1, 106:13,
114:8
glyphosate
3:12, 3:17,
7:1, 9:3, 9:23,
10:3, 10:4,
13:12, 14:2,
14:7, 14:10,
14:21, 15:15,
15:21, 16:1,
16:10, 16:20,
17:1, 17:23,
18:17, 18:21,
19:15, 19:17,
20:1, 20:19,
21:16, 22:7,
23:5, 24:14,
37:6, 37:10,
37:11, 39:6,

44:8, 46:17,
47:25, 49:22,
50:24, 51:6,
56:14, 58:7,
58:22, 61:17,
61:23, 62:5,
62:8, 62:9,
65:23, 65:24,
66:7, 66:9,
66:16, 66:18,
67:22, 68:14,
68:18, 68:20,
69:5, 69:8,
69:12, 72:19,
79:5, 84:23,
86:5, 87:20,
89:11, 89:16,
90:22, 91:4,
91:6, 91:11,
96:4, 96:16,
99:13, 100:10,
103:24, 105:8,
105:21, 106:15,
108:12, 111:24,
112:15, 121:2,
123:9, 123:10,
123:11
glyphosate-based
6:15, 15:6,
19:24, 24:11,
28:11, 31:21,
32:16, 42:9,
42:11, 43:21,
43:23, 45:15,
46:7, 54:3,
64:21, 65:3,
65:9
glyphosate-expos-
ed
3:35
glyphosate-ready
63:24
go
6:23, 22:23,
35:18, 44:24,
47:1, 56:5,
63:1, 70:12,
82:1, 90:3,

107:11, 108:4,
110:7, 110:19,
116:1
going
13:16, 23:22,
24:1, 25:4,
25:5, 28:19,
30:14, 36:13,
38:21, 40:6,
40:16, 40:20,
40:22, 42:1,
44:15, 51:10,
62:12, 64:6,
72:13, 73:12,
76:19, 77:11,
77:21, 110:19,
110:23, 111:5,
121:22, 123:24
good
5:3, 6:10,
6:11, 8:7, 22:3,
54:8, 73:1,
73:6, 73:21,
73:25, 74:2,
87:22, 108:23
got
21:24, 40:8,
43:2, 53:18,
57:20, 58:15,
108:22, 108:23,
115:11, 118:7
government
115:10
greater
30:6, 30:8,
106:14
greatly
70:20
grew
64:17
group
25:3, 28:10,
28:12, 28:16,
29:4, 29:7,
29:9, 29:13,
29:15, 29:20,
30:13, 31:5,
31:12, 35:10,

37:5, 52:8,
52:18, 53:2,
53:6, 67:8,
67:18, 67:19,
68:19, 68:24,
69:9, 69:14,
71:8, 96:21,
97:2, 97:3,
97:16, 97:23,
98:3, 98:13,
117:8, 117:22,
118:1, 118:11,
118:22
grouped
24:13, 50:6
grouping
68:10
groupings
24:12, 67:24
groups
27:24, 29:16,
29:21, 32:2,
32:5, 33:22,
34:15, 36:2,
41:22, 42:3,
52:15, 68:13,
68:24
grow
100:12
growing
65:1, 65:7
guess
20:14, 48:4,
56:23, 74:16,
95:24, 107:5,
117:12
guidelines
64:19
gwyneth
126:2, 126:18

---
H
---

had
9:8, 13:17,
15:2, 17:4,
17:10, 17:23,
17:25, 18:25,
21:3, 21:6,

28:24, 35:11,
35:13, 36:3,
37:5, 37:6,
37:7, 37:14,
37:20, 37:23,
47:22, 57:23,
59:22, 59:25,
62:19, 68:19,
68:23, 68:24,
69:4, 78:3,
78:24, 80:19,
81:13, 81:15,
81:19, 83:12,
83:14, 84:6,
84:9, 88:9,
92:7, 95:12,
96:25, 98:20,
98:21, 99:5,
99:24, 100:10,
101:12, 103:11,
112:18, 112:21,
116:19, 118:10,
121:1
**hadn't**
37:16
**half**
36:2, 80:21,
123:15
**hand**
111:5
**handed**
35:1
**happening**
49:3, 53:12
**happy**
40:12, 40:16,
40:17, 108:6
**hard**
85:10, 103:3,
114:7
**hardell**
48:21
**has**
6:13, 9:14,
18:13, 21:9,
25:14, 36:17,
38:3, 40:9,
44:6, 49:13,

54:7, 55:2,
61:15, 62:3,
63:12, 82:7,
82:8, 83:2,
103:24
**hate**
56:4
**haven't**
33:17, 51:15,
108:8, 118:6
**having**
6:7, 9:9,
20:24, 34:1,
78:19, 111:15
**he's**
7:18, 40:8,
67:3
**health**
3:13, 3:36,
3:38, 4:3, 4:15,
4:20, 4:24, 7:6,
7:11, 7:14,
7:16, 7:19,
7:22, 9:2, 9:18,
10:15, 20:15,
21:2, 60:17,
60:22, 61:2,
61:24, 65:22,
67:3, 67:6,
67:10, 68:2,
70:24, 75:21,
82:11
**heard**
5:13, 51:15,
92:7, 110:10
**heart**
82:12
**heathrow**
1:17, 5:6
**heavy**
44:18
**held**
5:6
**heltshe**
4:20, 77:18,
78:3, 78:7,
82:1, 82:4,
83:10, 86:6,

89:9, 89:25,
91:9, 91:19,
92:6, 92:19,
122:7, 123:4
**heltshe's**
85:9
**hence**
32:25
**her**
34:21
**herbicide**
32:17, 46:7
**herbicides**
6:15, 15:6,
19:24, 24:12,
28:11, 31:21,
42:9, 42:11,
43:21, 43:24,
45:15, 54:3,
64:21, 65:3,
65:10
**here**
5:18, 7:9,
12:18, 17:20,
19:5, 20:5,
24:4, 24:24,
28:1, 29:6,
29:14, 32:7,
32:12, 33:16,
33:18, 35:7,
38:10, 54:19,
54:23, 76:25,
78:22, 83:1,
87:14, 88:16,
90:6, 91:1,
95:12, 95:15,
99:21, 103:1,
106:22, 108:1,
108:19, 108:23,
109:3, 109:12,
110:17, 116:17,
122:13, 123:1
**hereby**
125:2, 126:3
**hesitate**
56:6
**high**
101:13, 114:9

**higher**
30:3, 41:22,
42:3, 69:9,
69:11, 69:12,
102:14, 103:13,
103:19, 103:23,
113:10, 115:11,
119:4, 119:22
**higher-exposed**
36:7, 36:8
**highest**
52:7, 52:18,
53:4, 53:6,
68:17, 68:19,
68:20, 68:25,
69:3, 69:5,
69:8, 69:9,
69:13, 69:16,
69:17, 99:24,
101:10, 101:19,
102:1, 103:25,
104:2, 116:8,
116:25, 117:8,
117:14, 117:21,
117:25, 118:11,
118:21
**highly**
8:1, 8:8,
63:14, 76:6
**hill**
1:28, 5:16,
126:2, 126:18
**hilton**
1:17, 5:6
**him**
25:6, 35:21,
40:6, 40:7,
40:17, 121:12,
121:15, 121:16
**his**
25:7, 25:15,
40:6, 40:8,
40:10, 67:7,
67:8, 67:18,
67:19, 69:19,
69:20, 71:8,
72:17, 73:19,
74:4, 75:3,

112:6
**history**
35:5, 35:7,
36:21, 37:22,
82:21
**hodgkin's**
13:24
**holdout**
96:21, 97:3,
97:16, 97:23,
98:3, 98:13,
107:14
**hollingsworth**
2:22, 5:24, 6:2
**honest**
18:1
**hounslow**
1:19, 5:7
**hours**
76:9
**how**
8:7, 8:14,
10:8, 11:16,
22:13, 62:10,
64:19, 67:21,
77:3, 88:17,
91:1, 94:2,
94:11, 94:13,
95:13, 96:19,
97:7, 97:22,
98:12, 105:25,
107:21, 108:9,
108:10, 109:3,
110:21, 112:5,
113:17
**however**
24:23, 27:17,
28:17, 70:15
**hulot**
112:15

**I**

**i'll**
10:25, 26:18,
28:5, 60:9,
101:17, 121:10
**i've**
53:19

**iarc**
3:18, 9:21,
10:3, 10:9, 47:9
**idea**
53:20, 64:23,
80:21, 84:2,
112:7
**identical**
117:25, 118:10
**identification**
6:25, 9:15,
11:22, 12:24,
18:6, 30:20,
34:24, 58:19,
67:16, 72:16,
78:5, 79:22,
111:10, 111:11,
111:12
**identify**
48:20, 62:24
**ignores**
70:18
**iii**
82:10, 83:4
**illustrations**
83:2
**immediately**
13:22
**impact**
4:12, 8:10,
8:13, 54:7,
75:13
**impacted**
113:24
**impactful**
8:14, 8:16
**implication**
77:20
**important**
70:5, 70:9,
70:10, 70:18,
71:16, 84:24
**improve**
94:2
**improved**
70:14, 107:22,
109:4
**improvement**
103:6

**improving**
70:5, 70:11,
108:11
**imputation**
4:17, 24:20,
45:23, 73:17,
77:9, 79:6,
81:3, 82:2,
82:7, 82:17,
83:2, 83:6,
83:11, 83:15,
83:24, 84:5,
85:4, 85:25,
86:1, 86:7,
86:15, 86:23,
87:3, 87:9,
87:25, 89:1,
89:15, 90:21,
93:10, 94:19,
95:7, 95:19,
96:2, 104:9,
105:3, 107:21,
108:10, 113:22,
121:5
**imputations**
83:25, 88:15,
99:12, 118:5,
120:5
**imputed**
27:19, 45:2,
79:8, 83:17,
86:7, 90:13,
92:11, 96:19,
97:1, 97:3,
97:7, 97:21,
97:22, 98:4,
98:9, 98:13,
98:22, 99:3,
99:25, 102:1,
103:11, 104:21,
105:12, 107:9,
107:14, 109:1,
114:14, 115:23,
118:2, 118:12,
118:24, 119:18,
120:7, 120:9,
120:11, 120:19
**imputing**
78:17

**incidence**
3:12, 3:34,
9:4, 14:19, 15:2
**include**
44:19, 44:20,
51:5, 113:9
**included**
50:22, 51:1,
118:12, 118:23,
119:18
**including**
20:21, 59:3,
82:10, 89:11,
103:24, 116:9,
118:2
**incorrect**
88:25, 121:7,
121:13
**increase**
54:23, 55:7
**increased**
30:11, 30:15,
31:4, 31:11,
31:14, 31:15,
39:19, 41:11,
41:20, 41:23,
42:4
**increasing**
42:18
**increasingly**
113:10, 115:11
**indeed**
27:20, 70:16,
86:23, 87:9
**independent**
7:22, 22:17
**indicated**
5:9, 64:7,
64:15, 78:2,
111:4, 123:25
**indicates**
86:21, 87:7,
93:9, 103:1
**indication**
28:23, 88:14,
115:15
**individual**
8:6, 33:2,

43:1, 76:8,
89:10, 93:16,
93:17, 96:20,
97:8, 99:23,
102:15, 103:14,
103:22, 120:25
**individually**
108:14
**individuals**
7:9, 24:11,
24:13, 35:11,
36:21, 43:20,
43:23, 44:24,
55:22, 55:24,
56:1, 61:4,
68:10, 69:3,
69:13, 81:6,
81:17, 81:19,
83:11, 83:16,
111:17, 114:23,
116:6, 119:16
**industrial**
4:28
**influence**
70:20
**information**
12:19, 26:10,
26:21, 27:16,
32:25, 38:19,
51:20, 55:22,
56:1, 56:15,
57:3, 59:18,
61:24, 62:3,
65:21, 75:17,
83:16, 85:5,
92:14, 97:11,
99:12, 108:11,
116:15, 116:23,
118:12, 118:24
**informative**
106:21, 108:20
**ingredient**
76:9
**initial**
11:20, 11:25,
47:2, 47:7,
48:6, 48:18
**initiative**
82:12

**instead**
71:10, 97:25,
100:11
**institute**
6:21, 8:1,
8:15, 8:20,
8:21, 9:1, 9:4,
14:19, 15:13,
16:23, 18:24,
19:10, 19:15,
19:25, 20:11,
21:14, 21:21,
21:23, 22:6,
22:17, 25:19,
26:2, 27:10,
28:8, 31:18,
32:13, 33:19,
36:15, 38:22,
49:12, 50:12,
52:1, 52:22,
53:24, 54:13,
74:14, 91:10,
111:16
**institutes**
7:6, 7:11,
7:14, 7:22,
20:15, 21:2
**integrative**
3:26
**intended**
118:4
**intensity**
26:7, 26:9,
26:19, 27:2,
27:12, 27:15,
65:23, 66:15,
67:20, 67:24,
68:3, 68:4,
68:11, 68:12,
68:17, 68:19,
69:4, 69:9,
69:14, 69:17,
69:23, 69:25,
70:3, 70:14,
70:25, 71:2,
71:3, 71:7,
71:21, 71:23,
72:9, 74:6,

75:4, 76:18,
76:19, 76:22,
76:25, 117:11,
117:12
**intensity-weight-
ed**
24:14, 25:16,
25:25, 27:22
**interested**
94:10, 126:12
**internal**
66:9, 66:19,
66:21
**interpret**
123:3
**interpretation**
22:2, 22:3,
22:12, 32:10,
53:20, 88:7,
88:8, 90:9
**interpreting**
24:24
**intervals**
33:21
**into**
15:6, 36:25,
51:13, 63:24,
94:8, 110:5,
110:11, 122:20
**introduce**
5:21
**introduced**
63:20
**introduction**
14:21, 15:6,
82:5
**investigator**
67:3
**investigators**
23:2, 23:10,
25:24, 27:11,
28:9, 30:1,
39:3, 39:20,
41:12, 42:8,
43:20, 44:20,
45:12, 46:1,
46:5, 52:8,
61:1, 65:21,

70:25, 72:2,
77:18, 79:11,
80:16, 82:3,
82:4, 83:9,
84:4, 85:4,
86:17, 87:5,
88:25, 89:10,
89:14, 90:19,
91:8, 96:18,
99:17, 107:4,
107:5, 120:19
**involved**
62:10
**iowa**
4:4, 7:17,
7:19, 7:20
**isn't**
89:22
**issue**
25:12, 35:24,
50:20, 57:25,
61:11, 76:16,
78:22, 106:22,
110:17, 122:13,
122:21
**issues**
10:7, 25:12,
54:13, 59:3,
112:18, 112:21,
112:23
**it's**
5:13, 8:5, 8:7,
10:11, 13:16,
20:6, 20:14,
21:21, 21:23,
27:7, 30:7,
30:14, 33:4,
33:16, 35:15,
38:2, 38:10,
42:14, 46:15,
49:9, 53:6,
53:7, 53:16,
53:17, 54:18,
55:16, 55:17,
55:18, 55:19,
56:13, 61:12,
62:20, 62:22,
63:13, 64:23,

65:14, 66:21,
68:6, 71:13,
71:17, 73:23,
78:14, 82:22,
83:23, 83:24,
83:25, 84:15,
84:16, 84:18,
84:19, 85:10,
86:14, 86:17,
89:6, 89:12,
91:2, 93:7,
93:25, 94:1,
95:1, 95:13,
95:15, 96:7,
97:13, 97:18,
98:16, 100:14,
101:5, 103:1,
103:7, 103:17,
103:19, 104:15,
105:24, 106:20,
108:22, 108:23,
108:24, 108:25,
109:11, 109:12,
109:17, 109:21,
109:22, 114:7,
114:18, 114:22,
118:14, 118:21,
119:1, 119:9,
119:11, 119:22,
120:21, 120:24,
123:6

**its**
17:22, 20:21,
21:17, 22:8,
23:5, 33:21,
33:22, 34:10

**itself**
50:13, 62:18

**J**

**january**
1:12, 3:39,
4:5, 4:11, 5:1,
5:8, 125:4

**jech**
3:18

**jeffrey**
2:10, 8:23

**jnci**
3:14

**job**
1:26

**john**
2:20, 6:2

**journal**
4:21, 4:28,
6:20, 7:25, 8:1,
8:8, 8:14, 9:1,
9:17, 21:14,
21:21, 21:23,
22:6, 22:16,
25:19, 26:2,
27:11, 28:8,
31:18, 32:13,
33:20, 36:15,
38:23, 48:10,
49:12, 50:12,
52:22, 53:25,
54:13, 74:14,
91:11, 112:19

**journalist**
111:25

**journals**
8:4, 8:6, 8:10,
8:16

**judge**
40:7, 40:13,
40:15, 85:10,
114:7

**just**
11:19, 29:2,
29:18, 30:23,
35:1, 38:10,
42:20, 56:5,
58:4, 61:21,
62:22, 66:14,
74:13, 76:18,
77:15, 78:3,
82:23, 87:4,
87:16, 94:6,
94:10, 102:12,
106:6, 109:21,
110:20, 114:24,
117:17, 119:15,
119:25, 120:1,
121:19, 123:17

**K**

**kalas**
2:20, 6:2

**kappa**
59:20, 66:22

**keep**
61:11

**kilograms**
76:8

**kingdom**
1:20, 5:8

**knew**
57:23

**know**
8:18, 14:24,
15:10, 15:18,
20:4, 20:7,
20:25, 33:17,
34:10, 38:2,
40:15, 51:17,
60:7, 63:21,
67:5, 73:24,
75:7, 85:21,
90:2, 91:1,
92:21, 94:13,
103:17, 109:5,
109:8, 109:13,
109:15, 109:18,
109:22, 112:4,
115:17, 121:20

**knowledge**
56:11, 57:4,
57:14, 88:21

**L**

**lack**
23:12, 23:16,
39:13, 46:13,
57:8, 63:14

**lag**
13:20, 14:2,
14:7, 16:2,
41:22, 42:4,
42:16, 42:17,
42:18, 42:20,
43:6, 43:10,
43:14, 45:7

**lagged**
39:8, 39:12,
39:14, 40:24,
44:6

**lagging**
40:25, 44:22

**large**
20:18, 38:9,
82:9

**larger**
19:11, 42:8,
43:19

**largest**
98:22, 99:5

**lasker**
2:19, 3:5,
5:23, 6:9,
10:21, 25:8,
25:10, 25:14,
35:20, 40:5,
40:11, 40:15,
64:16, 121:9,
122:5, 123:21

**last**
6:12, 10:22,
11:25, 37:11,
42:23, 68:8,
112:6

**latency**
10:17, 11:4,
11:7, 11:13,
12:3, 12:15,
13:7, 13:11,
13:23, 15:14,
16:24

**latest**
43:3

**law**
8:24

**lawyers**
112:2

**lay**
26:8

**lays**
27:2

**le**
112:13

**lead**
6:18, 9:14,

9:17, 38:9,
58:14, 77:5,
77:18
**leading**
24:20, 32:9
**leads**
71:18
**least**
16:3, 86:12,
87:16
**led**
54:14
**leeway**
88:9
**left**
80:12, 110:22
**left-hand**
10:11, 10:21,
22:24, 38:24,
80:12, 82:6
**lerm**
112:14
**less**
37:10, 50:19,
76:11, 78:19,
80:20, 81:4,
81:8
**let**
11:19, 20:23,
25:6, 35:21,
40:6, 40:7,
41:1, 45:8,
47:17, 48:7,
53:23, 65:6,
66:14, 72:14,
96:24, 102:24,
108:19
**let's**
6:23, 9:13,
12:22, 23:22,
23:24, 30:16,
30:17, 34:22,
41:1, 52:13,
58:17, 64:2,
67:15, 82:1,
91:17, 93:15,
110:19
**letter**
112:3, 112:12

**level**
68:20, 69:5
**levels**
66:8, 66:15,
67:9, 67:22,
68:13, 69:8,
69:12, 71:1,
72:25, 73:6,
73:21, 75:18,
76:7, 78:8, 79:5
**liability**
1:6, 5:11
**lifestyle**
4:1
**lifetime**
24:14
**like**
5:20, 25:11,
28:24, 33:10,
33:11, 33:15,
34:2, 34:17,
49:25, 56:5,
56:13, 63:22,
88:15, 96:7,
100:9, 108:6,
108:21
**likely**
12:15, 13:12,
36:9, 40:23,
47:24, 48:5,
55:19, 55:25,
57:9, 63:8,
63:14, 80:17,
80:23, 81:8,
81:18
**likewise**
57:14
**limitations**
22:1, 22:10
**limited**
70:18
**line**
12:23, 22:11,
58:18, 67:15,
106:2
**lines**
56:4
**linked**
46:9, 46:14

**links**
80:8
**list**
18:18
**listed**
35:7, 48:19,
95:12, 125:5
**listing**
18:13
**literature**
11:15, 60:22,
92:18
**literature-based**
26:9, 26:20,
27:16
**litigation**
1:6, 5:11,
47:7, 92:4
**little**
11:18, 13:16,
19:12, 28:3,
33:13, 61:10,
61:19, 66:1,
71:14, 96:7,
107:17
**llc**
2:12
**llp**
2:22, 5:24, 6:2
**logistic**
86:21, 87:7,
88:3
**london**
1:17, 5:6
**long**
10:16, 11:3,
11:7, 11:9,
11:16, 12:4,
12:6, 12:13,
16:3, 40:12,
40:14, 40:18
**longer**
13:16, 14:2,
14:7, 15:13,
16:2, 16:24
**look**
14:17, 18:4,
18:12, 23:24,

26:7, 30:16,
33:10, 33:11,
33:14, 34:22,
34:25, 36:14,
38:11, 41:1,
41:2, 42:15,
48:16, 48:19,
52:7, 59:6,
60:22, 66:2,
67:13, 72:19,
75:10, 79:20,
79:23, 81:22,
84:20, 85:23,
93:15, 100:13,
102:9, 102:25,
103:8, 108:4,
108:19, 114:17,
116:1, 116:2,
120:1, 123:8,
123:12
**looked**
11:16, 14:19,
19:1, 28:24,
42:8, 42:11,
43:20, 43:22,
45:17, 61:15,
61:22, 62:9,
62:10, 72:18,
82:25, 83:4,
84:8, 87:4,
88:15, 89:10,
92:17, 92:22,
114:22, 115:5,
115:7, 116:6,
116:17, 117:16,
118:1, 118:8,
118:17, 119:15,
119:16, 122:22
**looking**
14:11, 15:25,
41:9, 44:10,
45:4, 45:18,
46:4, 50:5,
51:19, 58:4,
61:21, 62:13,
62:16, 66:5,
66:22, 66:23,
68:13, 94:1,

94:14, 96:6,
103:9, 105:9,
117:23, 122:23
**looks**
6:14, 108:21
**lost**
9:25, 28:3,
61:10, 61:19
**lot**
86:13, 92:21,
123:7
**love**
85:12
**low**
35:25, 98:20,
99:5, 100:8,
101:18
**lower**
30:12, 44:22,
45:6, 45:15,
45:21, 78:8,
79:5, 79:9,
96:12, 120:2
**lowest**
25:3, 30:12,
31:5, 31:12,
36:6, 95:12,
95:17, 95:23,
99:24, 100:7,
101:12, 101:23,
101:25, 102:7,
102:8
**lowest-exposed**
36:5
**luckily**
18:3
**luxenberg**
2:4, 6:1
**lymphoid**
20:20
**lymphoma**
3:28, 6:16,
11:17, 14:10,
15:14, 16:11,
16:21, 16:25,
17:5, 17:24,
18:22, 19:1,
19:9, 19:14,

19:18, 19:23,
20:2, 20:10,
20:21, 21:16,
22:8, 23:25,
24:4, 24:7,
24:10, 25:18,
30:12, 31:4,
31:22, 32:17,
39:6, 39:22,
39:23, 39:24,
41:14, 41:15,
41:16, 41:17,
42:24, 45:17,
46:8, 46:10,
51:7, 52:2,
52:9, 52:22,
52:24, 54:4,
55:25, 56:2,
57:5, 57:15,
91:12
**lynch**
7:16

**M**

**made**
13:2, 17:14,
29:14
**magnitude**
66:24, 104:18
**make**
46:5, 46:18,
50:7, 75:15,
76:2, 85:11,
88:13, 90:14,
93:10, 103:3
**makes**
21:3, 32:5,
100:12
**making**
36:12, 48:15,
101:6
**malignancies**
20:20
**management**
64:19
**mancozeb**
101:16
**maneb**
101:16

**many**
91:1
**mark**
6:23, 9:13,
11:20, 12:22,
30:17, 58:17,
67:15, 72:14,
79:20
**marked**
6:25, 9:15,
11:22, 12:24,
18:6, 30:20,
34:24, 58:19,
67:16, 72:16,
78:3, 78:5,
79:22, 111:6,
111:10, 111:11,
111:12, 112:1
**market**
14:22, 15:7
**martin**
111:18, 111:22,
112:2
**match**
104:7, 104:8,
104:20, 104:25,
105:2
**matched**
85:5, 86:11,
115:23
**matches**
97:22
**math**
53:10
**mathematical**
50:14
**matter**
5:10, 8:7
**matters**
44:8
**may**
13:5, 33:10,
67:23, 75:2,
103:21
**maybe**
120:24
**mbivr**
126:2

**mcduffie**
48:21, 51:12
**md--vc**
1:7, 5:13
**mdl**
1:5, 5:11
**mean**
69:2, 69:7,
69:10, 69:12,
69:17, 89:22,
112:7
**meaning**
87:15
**meaningful**
14:11
**meaningfully**
119:6
**means**
20:5, 20:8,
55:15, 70:23,
72:12, 87:14,
109:14, 112:4
**measure**
27:12, 66:8,
66:17, 66:18,
71:20, 71:23,
75:5, 91:18,
98:11, 98:12,
109:4, 110:2
**measured**
26:6, 67:21,
75:17, 76:6,
108:14
**measurement**
89:24
**measurements**
26:10, 26:20,
27:16
**measures**
65:24, 71:7,
74:7, 74:8,
110:12
**measuring**
104:15
**med**
3:29, 4:16
**media**
5:4, 64:3,

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018

52

64:5, 64:13,
123:23
**median**
10:14, 11:2,
13:22, 13:23,
37:9, 37:10,
37:11, 38:13,
69:3, 69:12,
69:16
**medicine**
4:29
**members**
78:10, 78:19,
84:6, 116:20,
117:2
**memory**
17:21
**men**
3:28
**mental**
82:11
**mention**
32:3, 91:4,
91:6
**mentioned**
33:25, 62:17,
62:22, 63:4,
84:15, 84:16,
91:3
**met**
6:12
**meta-analysis**
50:6
**metabolites**
66:5
**metalaxyl**
101:16
**method**
26:14, 26:24,
31:25, 68:3,
77:20, 83:15,
84:5, 85:4,
86:15, 87:25,
90:21, 96:3,
107:21, 108:10
**methodology**
32:20, 74:23,
77:9, 82:2,

82:18, 83:10,
86:7, 87:3,
89:15, 93:10,
94:19, 95:7,
95:19, 121:5
**methyl**
94:17, 95:8,
95:19, 96:3,
96:15, 98:18,
98:19, 101:15
**metrics**
23:13, 23:17,
74:12
**middle**
54:21, 54:25,
63:22, 68:24,
105:21, 106:17
**might**
33:12, 38:4,
50:3, 74:2,
92:22
**miller**
2:12, 8:24
**mind**
96:17
**minus**
100:21
**minutes**
110:23, 121:20
**misclassification**
4:8, 4:13,
24:21, 24:22,
45:22, 53:2,
53:9, 53:22,
54:10, 54:15,
54:24, 55:8,
55:13, 55:15,
55:21, 56:19,
56:23, 56:24,
57:1, 57:10,
71:11, 72:12,
73:8, 75:14,
77:4
**misclassified**
56:1
**misdiagnosed**
45:5
**mismatch**
104:21, 105:3

**miss**
104:17, 114:21
**missing**
82:8, 115:4
**mistakes**
86:14
**mixed**
26:12, 26:22,
80:19
**mixing**
76:9
**mixture**
96:14
**model**
86:22, 87:8,
88:3, 109:11
**modification**
71:5
**modified**
70:25, 71:6
**modify**
71:4
**monograph**
47:9
**monsanto**
2:18, 5:24,
6:3, 67:2
**montgomery**
4:27, 79:19,
79:23, 80:3,
81:13
**more**
14:12, 17:25,
18:2, 19:13,
19:22, 20:9,
33:13, 34:2,
36:2, 36:9,
40:23, 61:5,
65:2, 65:8,
66:1, 74:18,
76:6, 78:21,
80:17, 80:22,
80:23, 81:18,
82:2, 83:23,
84:24, 88:13,
88:20, 92:10,
94:10, 96:3,
103:18, 103:19,

106:21, 106:23,
107:6, 108:20,
121:18, 121:21,
123:15
**morning**
5:3, 6:10,
6:11, 40:17
**most**
8:15, 36:8,
46:17, 46:18,
46:19, 47:11,
47:24, 48:5,
57:19, 71:16,
71:22, 94:19,
103:13, 103:17
**most-fully-adjus-**
**ted**
47:12
**mouth**
30:17
**move**
114:13
**much**
34:2, 73:25,
88:9, 88:11,
94:2, 94:8,
94:11, 108:10,
110:21, 124:1
**multiple**
3:26, 4:17,
82:7, 82:17,
83:2, 83:6,
86:22, 87:8,
87:25, 89:1
**must**
11:13, 102:18,
117:12

**N**

**name**
5:17, 8:23,
112:6
**national**
6:20, 7:6,
7:10, 7:14,
7:21, 7:25,
8:15, 8:20,
8:21, 8:25,

14:18, 15:13,
16:23, 18:24,
19:10, 19:15,
19:24, 20:11,
20:15, 21:1,
21:14, 21:21,
21:22, 22:5,
22:16, 25:19,
26:2, 27:10,
28:7, 31:18,
32:13, 33:19,
36:14, 38:22,
49:11, 50:12,
51:25, 52:21,
53:24, 54:13,
74:14, 82:9,
82:10, 91:10,
111:16

**nci**
20:16, 20:24,
21:6, 21:7,
21:23, 46:5,
48:10, 53:12,
73:13, 77:9,
82:16, 112:19,
113:20

**nci's**
21:6

**nearly**
14:21

**necessarily**
66:24

**need**
33:1, 64:2,
108:4, 108:18,
123:7

**negative**
49:24, 49:25,
105:16, 106:25

**neither**
54:8, 93:12,
120:6

**never**
34:15, 35:9,
35:11, 35:13,
36:3, 37:5,
37:6, 37:9,
44:12, 47:21,

49:20, 49:21,
49:24, 50:15,
56:22, 59:13,
80:19

**never-exposed**
36:2, 36:4

**nevers**
49:25

**new**
2:6, 6:13, 6:24

**next**
12:22, 39:4,
46:4, 58:18,
67:15, 120:24

**nhanes**
82:10, 83:4

**nhl**
12:14, 13:7,
13:11, 18:25,
23:5, 31:11,
43:2, 43:6,
46:14, 52:6,
57:20, 57:23,
114:13

**nice**
27:1, 88:16,
88:18

**nicolas**
112:14

**nih**
20:24, 23:2,
23:10, 25:23,
27:11, 27:21,
28:8, 29:25,
39:3, 45:12,
46:1, 52:8,
74:5, 77:18,
80:16, 81:1,
82:3, 83:9,
85:3, 86:17,
87:5, 88:25,
96:18, 107:4

**non-differential**
54:15, 54:24,
55:7

**non-hodgkin's**
3:28, 6:16,
11:17, 14:10,

15:14, 16:11,
16:20, 16:25,
17:5, 17:24,
18:21, 19:1,
19:9, 19:14,
19:18, 19:23,
20:2, 20:10,
20:21, 21:16,
22:7, 23:25,
24:4, 24:7,
24:10, 25:17,
30:11, 31:4,
31:21, 32:17,
39:6, 39:21,
39:22, 39:23,
39:24, 41:14,
41:15, 41:16,
41:17, 42:23,
45:16, 46:8,
46:9, 51:6,
52:2, 52:9,
52:22, 52:23,
54:3, 55:25,
56:2, 57:5,
57:15, 91:11

**non-responders**
4:18

**nondifferential**
55:12, 55:14,
55:18

**nonexposed**
37:22

**nonparticipants**
79:24

**nonrespondents**
78:13, 78:25,
80:4

**nonresponders**
78:9, 79:6,
79:9, 79:13,
80:7, 81:4,
114:25, 115:3,
115:21, 116:5,
116:10

**nonresponse**
78:18

**nor**
33:16, 54:8,

126:10, 126:12

**north**
51:13, 51:18

**northern**
1:2, 5:14

**norway**
16:7

**notable**
36:8

**note**
39:18, 41:10,
48:25, 78:7,
82:3, 82:4,
112:23, 114:18

**noted**
17:9, 17:10,
47:9, 55:4,
77:2, 79:1, 89:9

**nothing**
21:4, 22:12

**nov**
4:31, 4:33,
4:36

**now**
5:20, 28:20,
30:2, 34:12,
41:9, 49:11,
49:13, 51:13,
53:18, 64:3,
64:17, 67:1,
68:8, 73:23,
76:17, 78:6,
79:4, 79:11,
79:20, 88:20,
89:23, 91:1,
93:19, 107:4,
114:17, 123:24

**nuances**
21:25

**null**
24:23, 73:9,
77:5

**number**
5:12, 19:8,
47:3, 50:18,
53:11, 71:17,
91:8, 96:11,
114:6, 114:9,

116:2
**numbered**
125:3
**numbers**
19:4, 19:5,
20:5, 25:1,
29:25, 30:2,
30:5, 30:7,
30:8, 33:10,
34:5, 35:16,
38:8, 38:9,
52:10, 58:12,
58:20, 59:14,
76:10, 84:23,
84:24, 85:11,
86:11, 87:4,
97:16, 97:17,
98:6
**numeric**
101:1
**numerical**
26:4
**numerous**
60:20
**nw**
2:23
**ny**
2:6

---
**O**
---

**observation**
17:17
**observed**
23:4, 39:1,
39:5, 90:12,
90:16, 98:8,
98:10, 98:13,
100:20, 107:9,
107:14, 109:1
**observer**
75:16
**obtained**
75:19
**obtaining**
56:12, 56:15,
57:3
**occasion**
74:14

**occup**
3:29, 4:15
**occupational**
66:3
**occurred**
11:9, 12:5,
12:13, 39:21,
41:13, 43:24
**october**
3:24, 13:3
**odds**
49:1, 51:18,
53:11
**off**
64:6, 77:21,
106:14, 110:19,
110:23, 121:22,
123:24
**official**
5:18, 21:7,
115:10
**often**
64:20, 110:4
**oh**
39:11, 92:21,
103:2
**oil**
101:14
**okay**
7:9, 8:19,
11:23, 14:18,
15:10, 17:14,
18:3, 26:6,
27:6, 29:2,
30:9, 33:3,
36:16, 38:21,
39:17, 40:11,
41:1, 41:25,
43:3, 43:9,
43:17, 44:4,
45:8, 47:16,
49:11, 51:17,
51:25, 52:20,
57:24, 58:12,
60:9, 66:6,
67:14, 68:9,
69:11, 72:10,
73:18, 74:4,

76:21, 77:1,
77:15, 78:15,
80:10, 81:13,
82:25, 84:3,
86:4, 86:14,
89:23, 90:8,
90:17, 91:17,
92:17, 93:2,
93:18, 94:15,
95:18, 95:24,
96:18, 96:24,
97:11, 97:20,
98:11, 98:18,
101:9, 101:24,
105:9, 107:17,
109:17, 110:10,
111:14, 112:5,
113:14
**one**
8:15, 9:11,
10:25, 11:13,
13:17, 16:3,
24:6, 37:11,
48:10, 48:17,
49:12, 51:5,
53:5, 53:17,
54:9, 56:9,
62:15, 62:17,
62:22, 63:5,
65:17, 67:14,
67:17, 68:22,
71:6, 74:12,
80:20, 86:13,
87:16, 88:7,
89:8, 89:24,
91:18, 92:22,
104:2, 108:24,
109:19, 112:23,
114:6, 114:9,
114:11, 114:16,
114:17, 114:21,
115:1, 115:2,
115:6, 120:14,
121:9, 121:20,
121:21
**ones**
120:16
**only**
14:17, 17:4,

17:23, 23:20,
44:10, 45:7,
91:3, 94:8,
94:14, 114:10,
115:5, 115:7,
116:5, 116:15,
116:23, 117:23,
118:8
**opine**
54:14
**opined**
12:14
**opinion**
11:6, 12:9,
13:10, 31:1,
31:17, 54:1
**orange**
2:15
**original**
34:1, 110:8
**orsi**
48:22
**other**
6:19, 15:15,
15:20, 15:25,
16:25, 33:3,
34:17, 42:6,
44:7, 44:9,
48:1, 48:12,
48:13, 51:12,
55:20, 59:2,
62:14, 62:22,
65:23, 65:24,
66:13, 67:22,
69:10, 75:18,
76:16, 82:3,
83:1, 85:12,
86:3, 88:8,
89:8, 92:17,
92:18, 96:13,
105:15, 106:2,
106:22, 108:14,
109:10, 109:19,
114:14, 118:16,
120:15, 123:19
**others**
71:25, 83:9,
91:7, 92:23,

95:16, 95:18,
105:15, 106:15
**otherwise**
40:22
**our**
22:25, 23:4,
39:1, 64:3,
68:13, 111:8
**out**
18:25, 21:4,
26:8, 27:2,
27:18, 32:7,
35:19, 35:22,
53:13, 66:3,
73:3, 79:2,
79:5, 95:15,
104:17, 110:21,
115:2, 115:21,
115:22, 116:5
**outcome**
39:22, 39:23,
41:14, 41:15,
41:16, 41:17,
55:18, 55:22,
56:12, 56:19,
126:12
**outcomes**
60:23
**over**
43:7, 59:12
**overall**
20:20, 22:3,
23:5, 32:10,
84:3, 113:10,
114:8, 115:18,
118:23, 119:1,
123:18
**own**
11:12, 28:22,
91:25, 94:3
**owned**
21:22
**owns**
21:23
**oxford**
21:23
                **P**
**page**
4:32, 4:34,

10:10, 10:23,
11:24, 13:5,
18:12, 22:23,
26:7, 30:21,
30:22, 35:22,
38:23, 40:3,
41:4, 41:5,
47:6, 47:8,
48:19, 54:11,
54:19, 54:20,
54:21, 54:25,
56:8, 58:3,
59:1, 59:7,
59:17, 65:16,
67:19, 69:19,
75:10, 78:7,
80:11, 82:6,
84:17, 85:24,
86:18, 102:20,
107:8, 113:6,
114:18
**pages**
1:27, 3:15,
3:19, 3:22,
3:24, 3:30,
3:33, 3:39, 4:6,
4:11, 4:16,
4:23, 4:29,
4:37, 125:3
**pair**
29:16
**pair-wise**
29:7, 29:8,
29:15
**paper**
7:4, 11:15,
22:3, 25:2,
29:1, 29:9,
34:21, 37:23,
37:24, 51:16,
53:12, 53:15,
62:20, 63:4,
67:1, 67:13,
70:2, 71:24,
72:14, 76:22,
77:15, 78:4,
78:7, 79:24,
80:3, 81:12,

81:14, 82:5,
83:10, 84:21,
85:9, 88:24,
89:6, 89:25,
90:20, 91:9,
91:19, 92:6,
92:19, 92:20,
94:22, 102:9,
110:14, 114:17,
122:21, 123:4,
123:8
**papers**
65:20, 66:4
**paragraph**
10:22, 12:1,
13:20, 22:24,
38:24, 39:11,
55:3, 55:5,
58:4, 59:7,
80:13, 120:24
**paragraphs**
120:24
**part**
23:20, 31:24,
39:4, 42:1,
67:5, 68:8,
72:23, 73:11,
73:15, 73:18,
95:3, 123:17
**participant**
26:11, 26:22
**participants**
4:3, 79:25
**participate**
80:17, 80:23
**participating**
57:13
**participation**
57:8, 57:12
**particular**
25:1
**particularly**
115:20
**parties**
126:10, 126:11
**parts**
68:23
**passive**
70:17

**past**
44:10
**pattern**
53:12
**pause**
13:7, 52:13,
54:25
**peer**
22:17, 22:21
**peer-reviewed**
60:21
**penetration**
70:21
**people**
16:8, 44:10,
58:10, 62:10,
68:18, 68:22,
69:1, 69:8,
83:19, 86:12,
94:24, 111:21
**per**
59:14, 59:19,
59:21, 59:24,
68:23, 92:2,
107:12
**percent**
24:19, 27:17,
35:10, 35:13,
37:4, 37:6,
37:7, 37:8,
45:3, 45:23,
58:8, 59:13,
59:14, 59:19,
59:22, 59:25,
78:13, 78:14,
79:2, 83:13,
83:21, 84:6,
84:9, 85:6,
85:7, 85:19,
86:1, 86:12,
86:20, 87:5,
87:6, 88:5,
88:10, 88:11,
90:11, 98:17,
100:10, 103:18,
103:19, 104:9,
104:10, 106:24,
106:25, 107:11,

118:19

**percentage**
85:14, 85:16

**percentages**
58:5, 81:24

**perfect**
93:3, 104:16,
104:19, 104:25,
105:2, 106:6,
106:10

**perfectly**
57:7

**performed**
49:2

**performs**
108:13

**period**
11:7, 12:3,
12:15, 13:11,
15:14, 16:24,
17:12, 35:5,
43:7, 43:9,
74:19, 74:21,
78:20, 84:7,
114:20

**periods**
15:18, 15:19

**person**
43:1, 62:13

**personal**
26:13, 26:23

**personally**
80:20

**perspectives**
3:38

**pertain**
87:19

**pertains**
87:13, 87:15

**pesticide**
3:35, 4:12,
4:18, 4:25,
14:20, 16:7,
61:3, 61:5,
61:16, 62:4,
67:9, 70:19,
75:17, 78:8,
78:23, 84:3,

84:4, 84:12,
85:1, 85:2,
85:3, 85:6,
86:5, 86:6,
86:13, 86:19,
87:6, 87:14,
87:15, 87:17,
87:23, 89:1,
93:17, 96:20,
96:25, 102:12,
102:14, 103:10,
103:14, 103:23,
104:1, 104:9,
104:10, 104:14,
105:1, 105:12,
107:10

**pesticide-related**
26:13, 26:23

**pesticides**
3:27, 4:9,
18:14, 26:12,
26:22, 46:9,
46:14, 48:2,
65:24, 65:25,
67:23, 76:7,
80:19, 80:20,
81:4, 81:8,
81:19, 84:7,
84:9, 89:11,
94:16, 94:20,
94:21, 94:22,
94:23, 95:8,
97:9, 98:21,
99:4, 99:19,
99:23, 100:25,
101:3, 101:10,
101:13, 101:25,
102:15, 103:22,
105:13, 105:16,
105:20, 106:1,
106:17, 107:13,
108:14

**petroleum**
101:14, 101:15

**phase**
58:11, 63:5,
63:8, 63:10,
63:13, 63:15,

71:6, 78:9,
78:10, 79:13,
79:25, 80:5,
80:7, 80:9,
80:18, 81:4,
81:7, 81:8,
81:17, 81:19,
81:20, 83:12,
84:7, 98:23,
100:1, 114:10,
114:14, 114:23,
114:24, 115:6,
115:7, 115:22,
116:9, 116:18,
117:7, 117:23,
118:9, 118:17,
118:18, 119:15,
119:17, 121:3

**phone**
121:15, 121:17

**phorate**
101:17

**physical**
70:19, 75:21

**picture**
99:20, 100:14,
100:22, 106:10,
106:22, 123:18

**piece**
53:15

**pieces**
122:20

**pigeon**
4:32, 111:18,
111:22, 112:2

**place**
42:9, 43:21,
90:5, 90:21

**placed**
55:15

**plaintiffs**
2:2, 6:1, 8:24

**planet**
5:17, 5:19,
126:3

**please**
5:21, 6:5,
10:1, 25:7,

25:22, 61:20,
80:2

**plus**
116:2

**pm**
64:7, 64:9,
64:11, 64:15,
77:22, 77:23,
77:25, 78:2,
110:24, 110:25,
111:2, 111:4,
121:23, 121:24,
122:1, 122:3,
123:25, 124:2

**point**
33:12, 35:19,
35:22, 61:14,
62:2, 75:15,
76:2, 87:2,
89:8, 92:20,
93:8, 93:14,
95:15, 109:6,
116:13, 123:16

**pointing**
32:6, 79:4

**points**
85:14, 85:16

**pooled**
17:6, 17:12,
17:15, 18:8,
18:20, 51:13,
51:19

**population**
35:25, 36:25,
45:3, 61:6, 72:7

**populations**
79:14

**portier**
1:11, 3:3,
3:18, 3:21,
3:23, 3:33,
4:32, 4:34,
4:37, 5:5, 6:6,
6:10, 7:2, 8:25,
36:14, 38:16,
64:6, 64:14,
64:17, 111:5,
116:22, 122:5,

123:24, 125:2
**positive**
76:15, 105:14
**possibility**
54:23, 56:21,
56:25
**possible**
92:25, 93:4
**potential**
45:23, 113:22
**power**
73:10
**predate**
14:12
**predict**
88:11
**predicted**
90:13, 90:15,
100:21
**prediction**
70:17, 79:1,
87:13, 88:13,
94:12, 95:1,
96:13, 107:2,
109:11
**predictions**
94:3, 123:12
**prefer**
81:22
**premise**
66:17
**prepared**
67:8
**present**
2:26, 24:9,
34:5, 35:4,
44:21, 45:14,
63:14, 103:14
**presented**
13:9, 25:18,
50:13
**presenting**
30:23
**presents**
24:17
**preserve**
86:23, 87:9
**preserved**
88:1, 88:4,

**89**:2
**press**
21:23
**pressure**
70:21
**presumes**
71:13, 71:14
**pretended**
83:14
**pretty**
50:14, 85:5,
86:8, 107:3,
115:23, 119:9
**prevalence**
36:1, 78:12,
78:24, 90:12,
96:19, 96:21,
97:1, 97:2,
97:3, 97:4,
97:7, 97:8,
97:21, 97:22,
97:23, 98:7,
98:8, 98:9,
98:22, 98:23,
99:3, 99:4,
99:25, 100:1,
100:20, 100:21,
101:2, 101:23,
102:8, 102:10,
103:11, 103:12,
104:10, 104:17,
104:20, 105:2,
105:7, 107:10,
107:12, 109:1,
123:11
**prevalences**
109:15
**previous**
9:2, 31:10,
46:10, 46:14,
90:2
**previously**
9:8, 17:3
**primary**
115:12, 115:24,
116:9
**prior**
10:12, 39:21,

**39**:22, 39:23,
39:24, 41:13,
41:14, 41:15,
41:16, 42:21,
42:22, 43:10,
43:22, 45:18,
65:4, 65:10,
92:4
**private**
15:1, 61:8,
61:12
**probabilities**
100:7, 100:9
**probability**
4:26, 49:3,
100:5, 100:10,
110:2
**probably**
24:20, 30:14,
52:5, 53:1,
53:8, 53:21,
57:19, 71:20,
71:23, 85:20,
91:3, 95:2,
103:18, 107:6,
120:16
**problem**
15:11, 24:25,
50:1, 99:21,
123:9, 123:16
**problems**
50:3, 57:8
**procedure**
86:23, 87:9,
89:2
**proceedings**
125:4
**produced**
20:25, 111:8
**products**
1:5, 5:11
**progress**
82:11
**project**
51:14, 51:19
**pronounce**
112:6
**properties**
70:19

**proportion**
123:13
**proportions**
36:24, 123:14
**proposed**
69:24, 70:4
**propounded**
72:2
**prospective**
4:27, 20:18
**protection**
13:2, 13:10
**protective**
26:14, 26:24
**provide**
31:2, 36:20,
36:24, 57:17,
58:5, 59:18,
66:8, 70:14,
97:20, 117:4
**provided**
26:10, 26:21,
27:17, 28:21,
28:23, 50:11,
62:3, 63:13,
65:21, 74:7,
75:4
**provides**
33:20, 52:1,
59:1
**prr**
49:8
**publication**
9:13, 9:20,
10:11, 21:18,
25:19, 26:8,
27:1, 28:8,
33:20, 50:12,
59:1, 61:22,
62:25, 69:20,
75:11, 77:3,
77:17, 79:12,
79:17, 89:14,
89:19, 92:15,
94:18
**publications**
8:6, 8:7,
60:21, 65:17,

66:7, 83:1,
91:16
**published**
6:13, 6:20,
9:17, 16:14,
16:21, 16:25,
19:17, 20:1,
20:12, 58:13,
61:14, 62:2,
62:5
**purchase**
62:9, 62:16
**pure**
71:17
**purposes**
68:14
**put**
11:12, 24:1,
30:17, 32:19,
46:12, 53:18,
77:15, 83:13,
96:24, 99:20
**puts**
100:17
**putting**
96:9

**Q**

**q1**
29:20, 29:21
**q2**
29:20
**q3**
29:20
**q4**
29:21
**quality**
86:16
**quarters**
30:22
**quartile**
29:14, 29:15,
29:17, 116:8,
116:25
**quartiles**
28:15, 38:14
**question**
15:24, 21:10,

25:11, 25:15,
28:5, 37:18,
45:9, 52:17,
52:18, 62:12,
65:6, 66:14,
89:7, 90:3,
90:9, 90:19,
95:25, 108:15,
117:17, 118:7,
121:10, 122:8,
122:11, 122:15,
122:16, 122:24
**questionnaire**
4:19, 27:19,
58:7, 58:10,
58:21, 59:2,
60:3, 60:10,
60:11, 60:24,
61:16, 61:22,
63:7, 63:8,
63:10, 63:15,
67:8, 67:10,
67:21, 68:6,
75:16, 78:10,
79:13, 79:25,
80:5, 80:18,
81:6, 81:7,
81:18, 81:20,
83:18, 84:8,
116:7, 116:18,
116:20, 117:7,
117:24, 118:9,
118:18, 119:15,
119:18, 120:1,
120:2, 121:1,
121:3
**questionnaire-ba-
sed**
56:13
**questionnaires**
61:25, 63:5,
72:1, 77:4,
100:2, 115:22,
118:20
**questions**
35:21, 40:6,
40:10, 60:15,
68:4, 68:5,

68:7, 110:17,
121:18, 122:6,
122:8, 122:13,
123:20
**quick**
108:19
**quite**
27:7, 73:1,
73:6, 73:21,
73:25, 74:2,
100:14, 123:6
**quoting**
8:22

**R**

**radiation**
13:21, 13:25,
14:3, 14:8
**railroad**
2:14
**raised**
25:13
**raises**
31:24
**random**
83:13, 94:1,
94:4, 109:11
**range**
19:3, 35:11,
37:8, 75:18,
92:25, 93:7
**ranking**
8:9
**rare**
57:20, 94:23
**rate**
23:24, 24:9,
27:23, 28:10,
28:11, 28:14,
28:17, 28:18,
30:11, 31:4,
33:21, 39:19,
41:11, 42:3,
42:6, 42:15,
43:18, 44:22,
45:16, 45:21,
46:8, 49:1,
49:13, 50:15,

50:17, 52:1,
52:10, 52:24,
53:4, 53:5,
116:7, 116:10,
116:24, 117:7,
117:21, 117:24,
117:25, 118:10,
118:11, 118:20,
119:6, 120:12
**rates**
37:22, 58:6
**rather**
40:24
**ratio**
28:17, 33:21,
49:13, 50:15,
50:17, 51:18,
52:24, 53:4,
116:7, 116:10,
116:24, 117:7,
117:21, 117:24,
117:25, 118:10,
118:11, 118:21,
119:7
**ratios**
23:24, 24:9,
27:23, 28:10,
28:12, 28:14,
28:18, 30:11,
31:4, 39:19,
41:11, 42:3,
42:7, 42:15,
43:18, 44:22,
45:16, 45:21,
46:8, 49:1,
52:1, 52:11,
53:5, 120:12
**raw**
33:2, 33:10
**re-read**
108:5
**read**
8:8, 23:7,
23:8, 23:14,
26:17, 26:18,
35:15, 73:3,
81:12, 81:13,
88:24, 89:20,

110:8, 125:2
**reading**
10:19, 110:13
**reads**
73:4
**ready**
63:17, 63:19,
64:18, 65:1,
65:4, 65:8,
65:11
**real-time**
126:2
**really**
21:6, 56:22,
65:14, 73:3,
76:15
**realtime**
122:10
**reason**
55:16, 66:16,
89:5, 113:15
**reasonable**
46:18, 46:22,
46:25, 47:11
**reasoning**
71:5
**recall**
56:21, 56:22,
57:10, 61:5,
62:11, 65:2,
65:8, 81:16,
89:17, 89:18,
89:21, 121:15
**received**
21:9
**recognize**
44:16, 86:4
**record**
11:19, 47:16,
64:6, 64:14,
77:21, 78:1,
110:19, 110:24,
111:4, 121:22,
122:3, 123:25,
126:6
**recorded**
52:19, 126:4
**records**
62:16

**reduced**
44:13
**reduces**
55:8
**ref**
1:26
**refer**
21:6
**reference**
29:7, 29:9,
65:16, 83:1,
93:20, 93:23,
93:24, 94:2,
94:5, 94:6,
94:9, 94:12,
107:23, 108:2,
108:12, 108:21,
109:4, 109:5,
109:9
**referenced**
11:15
**referent**
29:13, 29:15
**referring**
17:16, 18:9,
61:11, 63:5,
69:25, 80:18,
109:6, 112:2,
114:3, 114:5,
122:15
**refers**
108:2
**reflect**
47:16
**reflection**
66:21
**regard**
46:5
**regarding**
16:20
**regardless**
44:9
**registries**
9:4
**registry**
7:17, 7:19,
57:22
**regression**
86:22, 87:8,

88:3, 96:8
**regular**
77:12
**relate**
101:13
**related**
60:17, 62:11,
66:13, 104:16,
122:24
**relative**
4:14, 30:12,
31:5, 31:11,
31:12, 31:14,
31:15, 44:15,
45:5, 73:8,
76:11, 76:15,
77:12, 95:16,
95:18, 97:21,
97:25, 98:5,
98:16, 98:22,
99:2, 99:5,
99:9, 99:10,
99:16, 99:20,
99:25, 100:5,
100:12, 100:16,
100:20, 101:11,
101:14, 101:19,
102:1, 105:11,
105:13, 105:19,
106:5, 106:9,
106:11, 106:16,
106:20, 107:1,
113:9, 115:11,
117:13, 117:15,
122:18, 123:12,
123:13, 126:9,
126:11
**relatively**
35:25
**reliability**
4:1, 61:15,
62:4, 63:7,
110:12
**reliable**
50:22, 51:5,
61:5, 65:2, 65:8
**reliably**
75:19

**remember**
19:4, 47:2,
51:24, 63:21,
71:5, 72:6,
75:8, 81:21,
110:13
**remove**
29:4, 29:19
**removes**
31:19
**renewal**
112:15
**repaired**
26:12, 26:23
**repeat**
10:1, 19:20
**repeats**
71:17
**repetitive**
81:2
**rephrase**
16:17, 16:18
**report**
3:21, 3:32,
11:21, 11:25,
12:1, 13:1,
21:17, 28:21,
30:10, 30:18,
30:21, 34:6,
39:17, 39:18,
40:3, 40:21,
41:2, 41:10,
42:2, 47:2,
47:7, 48:6,
48:9, 48:18,
48:25, 54:12,
58:4, 58:20,
63:2, 63:3,
63:6, 65:15,
77:19, 78:7,
78:15, 89:24,
91:18, 92:9,
93:16, 96:19,
123:2
**reported**
24:1, 27:23,
28:11, 28:14,
29:25, 36:3,

42:6, 42:10,
43:18, 45:15,
45:21, 52:8,
52:24, 53:4,
53:7, 78:8,
98:21, 116:16,
116:24
**reporter**
1:28, 5:16,
6:5, 126:1,
126:3
**reporting**
4:1, 43:18
**represent**
5:22
**representing**
5:24, 6:1, 6:3,
8:24
**research**
60:5, 60:13,
82:19, 83:3,
91:25
**researchers**
81:1
**resolution**
110:12
**respect**
8:13, 16:10,
19:8, 24:3,
24:8, 59:18,
86:19, 87:17,
87:23, 92:18,
100:23, 105:20,
105:25, 106:13,
106:16, 108:9,
111:15, 118:7,
118:16
**respected**
8:1, 8:5
**respecting**
111:15
**respectively**
107:11
**respond**
57:18, 57:22,
81:7, 121:3
**responded**
78:10, 81:17,

81:20, 83:12,
83:15, 114:23,
118:20, 119:17
**respondents**
78:12, 78:25,
79:10, 80:4
**responders**
79:7, 79:12,
80:7, 81:5
**responding**
80:8, 123:13
**response**
25:2, 25:17,
25:25, 28:22,
28:24, 29:3,
31:3, 31:20,
32:12, 32:16,
32:21, 33:5,
33:9, 34:6,
34:14, 37:25,
58:6, 71:9,
72:5, 113:3
**responses**
27:19, 58:21,
59:2, 59:8,
60:3, 60:11,
60:24, 61:16,
61:22, 62:4,
63:7, 67:8,
72:9, 80:6,
81:23, 83:18,
96:11, 115:6,
115:8, 118:19,
119:16
**restate**
28:5, 45:9,
66:14, 108:20
**result**
29:24, 76:11
**results**
16:10, 24:23,
26:4, 35:23,
84:16, 85:24,
85:25, 112:24,
113:11, 113:24,
115:16, 115:18,
115:24
**returning**
45:25

**review**
12:19, 21:8,
22:17, 22:21
**reviewing**
92:6
**revised**
37:25
**rid**
21:24
**right**
19:5, 24:4,
25:15, 40:8,
63:23, 64:3,
74:17, 80:10,
87:4, 91:1,
97:17, 98:2,
103:1, 103:8,
106:7
**risk**
3:27, 46:19,
46:22, 47:12,
73:8, 76:15,
77:12, 113:9,
117:13, 117:15
**risks**
4:14, 31:11,
31:14, 45:5,
76:11, 115:11,
123:13
**robert**
111:17, 112:5,
112:9, 112:11
**robin**
2:3, 5:25
**room**
86:13
**roos**
3:29, 3:37,
7:15, 9:3, 9:9,
10:13, 11:1,
17:4, 17:13,
17:17, 17:22,
18:7, 18:20,
19:11, 25:1,
29:1, 29:9,
31:16, 34:21,
34:22, 35:1,
48:21, 48:22,

49:17, 49:18,
50:21, 51:1,
51:4, 51:12
**ross**
2:27, 5:17
**roughly**
15:5
**roundup**
1:5, 63:16,
63:19, 64:18,
65:1, 65:4, 65:9
**roundup®**
5:11, 65:3,
65:7, 65:11
**rpr**
1:28, 126:2
**rrs**
41:20, 41:22,
55:8
**rule**
99:23
**run**
57:7

---
### S
---
**safety**
9:22
**said**
12:21, 13:17,
33:17, 40:2,
40:23, 41:19,
41:24, 42:5,
44:3, 49:7,
60:7, 61:10,
65:13, 73:23,
76:17, 84:2,
91:2, 102:7,
115:1, 115:14,
115:17, 126:7
**same**
20:3, 28:25,
32:1, 36:20,
46:3, 53:10,
58:4, 58:25,
60:14, 62:12,
62:13, 63:8,
63:14, 68:5,
68:7, 74:23,

81:24, 83:18,
93:25, 96:11,
97:6, 119:14,
119:21, 119:23,
119:24, 120:22
**sample**
4:2, 17:11,
83:13, 95:4,
95:6, 95:14,
107:14
**sandler**
91:15
**sandrine**
112:13
**saw**
10:7, 22:11,
22:12, 40:23,
45:5, 88:20
**say**
13:15, 25:22,
27:4, 30:14,
40:22, 43:6,
44:12, 49:9,
64:25, 65:7,
66:11, 70:12,
76:17, 80:2,
82:22, 85:11,
96:10, 96:15,
96:16, 96:23,
103:20, 104:23,
107:11, 109:17,
123:8
**saying**
33:16, 42:15,
44:2, 70:23,
75:9
**says**
21:11, 23:18,
27:4, 31:7,
35:24, 39:16,
60:1, 70:15,
75:8, 75:23,
76:14, 80:25,
84:22, 90:6,
90:7, 90:11,
110:9, 112:12,
113:13, 119:4
**scanned**
81:15

**scheme**
8:9
**science**
4:21
**scientific**
8:1, 10:7,
48:13
**scientists**
6:19, 7:5,
7:13, 7:21,
20:14, 20:15,
21:1, 26:6,
27:21
**score**
26:9, 26:19,
27:2, 27:15,
66:15, 67:20,
68:17, 69:14,
71:3, 71:7,
76:18, 76:19,
76:20, 76:22,
76:25, 89:25,
91:19, 91:22,
91:24, 92:2,
92:4, 92:7,
92:10, 92:16,
93:3, 93:4,
93:9, 93:21,
93:24, 93:25,
94:4, 94:5,
94:6, 94:9,
94:10, 94:11,
94:13, 94:14,
94:16, 95:23,
96:2, 96:6,
96:12, 96:13,
100:16, 100:18,
100:19, 100:23,
101:1, 101:8,
102:12, 102:13,
102:14, 102:18,
103:10, 103:12,
103:13, 103:23,
103:25, 104:6,
104:14, 104:21,
105:4, 105:8,
107:18, 107:19,
108:9, 108:22,

108:23, 108:24,
109:14, 109:21,
123:9
**scores**
72:25, 73:6,
73:21, 92:18,
92:25, 93:16,
94:25, 95:6,
95:13, 95:17,
96:12, 98:20,
99:5, 99:24,
101:9, 101:12,
101:13, 101:18,
101:25, 102:8,
102:11, 103:22,
104:3, 108:24,
110:4, 110:11,
110:16, 122:12,
122:20, 122:22,
122:25, 123:3,
123:4, 123:8,
123:17
**scoring**
93:13
**screen**
5:9, 24:2,
64:7, 64:15,
78:2, 111:4,
124:1
**se**
92:2
**searches**
92:21
**second**
10:10, 11:25,
24:25, 27:18,
33:12, 42:1,
50:20, 58:10,
59:7, 63:7,
63:15, 65:18,
69:20, 71:24,
72:23, 73:11,
73:16, 74:22,
75:11, 76:2,
79:13, 79:25,
80:5, 81:7,
81:17, 82:16,
84:7, 90:3,

102:25, 114:12,
115:1, 115:22,
116:7, 118:18,
119:17, 121:3
**section**
35:23, 84:16,
85:24
**see**
12:18, 12:20,
18:17, 22:25,
24:2, 31:17,
41:6, 44:14,
52:13, 54:10,
54:25, 55:10,
56:6, 57:9,
58:7, 59:10,
66:16, 67:21,
69:21, 80:12,
80:14, 81:23,
82:13, 84:22,
85:12, 85:21,
88:17, 88:18,
97:21, 102:23,
105:12, 112:3,
113:8, 116:12
**seeing**
24:22, 39:11,
44:9
**seems**
68:25
**seen**
31:15, 39:19,
41:11, 41:20,
51:16, 51:22,
54:9, 68:25,
98:7, 98:8,
98:9, 101:19,
101:23
**self-reported**
4:24
**self-respondent**
51:19
**send**
121:11
**sending**
111:20
**sense**
55:18

sensitive
113:17
sensitivity
112:24, 113:6,
113:15, 113:21,
114:2, 114:4,
114:5, 114:12,
115:12, 115:20,
116:4, 117:22,
118:8, 118:16,
120:6, 120:17
sentence
10:1, 10:22,
12:1, 13:19,
22:2, 23:20,
23:21, 23:23,
31:7, 46:3,
46:12, 69:22,
73:4, 81:21
separate
62:20, 62:24,
79:12
separately
96:19, 116:2
serious
44:7, 79:3
servings
59:21, 59:24
set
6:20, 21:17,
22:5, 24:4,
25:1, 26:1,
27:25, 28:9,
32:12, 32:13,
38:23, 46:22,
46:24, 46:25,
51:2, 61:2,
74:23, 97:11,
97:13, 99:17,
99:22, 112:18,
113:2, 114:11
sets
88:19, 96:10
seven
52:2, 52:5,
52:9, 52:10,
52:15, 52:23,
53:3

several
36:7, 67:25,
75:12, 76:5
severe
24:21
sherman
2:13
short
11:18, 27:3,
64:10, 77:24,
111:1, 121:25
should
11:8, 12:4,
12:12, 14:11,
14:15, 14:16,
14:17, 64:20,
66:12, 107:2
show
40:21, 50:14,
57:21, 75:7,
101:17, 120:18
showed
78:8, 81:6,
86:6, 86:10
showing
97:1, 97:7
shown
29:6
shows
30:11, 31:3,
31:11, 31:20,
93:3, 93:4,
99:21
sic
70:5
side
106:2
signature-ib3ln
126:16
signed
125:9, 126:17
significance
34:10, 109:15
significant
20:7, 27:25,
33:17, 34:7,
36:3, 39:19,
40:23, 42:7,

43:19, 57:25,
85:20, 86:2,
109:18, 109:23,
118:14, 119:10,
120:13, 120:14,
120:15, 120:18
significantly
19:13, 19:22,
20:4, 41:11,
41:20, 90:14,
108:25, 109:13,
119:12, 119:23
similar
62:3, 62:21,
71:25, 92:1,
107:13
simple
22:2, 50:14,
74:7
simply
21:5, 40:22,
96:7, 100:25
since
6:12, 74:11
single
40:25, 46:24,
74:19
sitting
108:1, 109:3,
123:1
six
12:15, 13:12,
13:15, 13:18,
13:23, 14:12,
19:10, 48:20,
49:12, 49:16,
49:17, 52:23,
103:21
size
17:11, 95:4,
95:7, 108:24
sizes
95:14
skill
94:9, 94:11,
107:18, 107:19,
108:9, 109:14
skills
93:21

slides
51:22
slightly
32:9
small
38:9, 72:7,
94:25, 95:2,
95:3, 95:6,
100:13
smaller
17:11, 78:24,
92:10
smallest
98:25
smoked
35:12, 35:13,
36:3, 37:6
smokers
35:9
smoking
34:18, 35:4,
35:7, 36:1,
36:21, 37:1,
37:22, 59:3,
59:13, 60:4,
60:11, 60:18,
60:23
socio-economic
34:17
socio-economical-
ly
29:11, 32:4
solely
42:8, 71:10
solid
20:20
some
10:8, 14:20,
21:1, 44:13,
51:22, 64:18,
66:12, 72:24,
76:7, 78:18,
81:25, 91:14,
91:15, 95:14,
111:25
somebody
43:5, 57:20
someone
43:5

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018                                63

something
20:23, 44:14,
63:20, 63:22,
92:1, 93:7,
93:20, 93:21,
100:9, 101:6
somewhere
12:19, 18:1,
102:19
sorry
7:17, 35:9,
44:3, 44:20,
47:3, 52:20,
60:8, 63:2,
71:13, 80:2,
81:22, 97:18,
100:16, 102:24,
104:13, 104:24,
105:10, 112:8,
113:1, 116:14,
117:20
sort
63:23, 88:14,
94:1, 95:1,
95:25, 109:11
source
47:25, 48:5
sparingly
83:8
specific
70:19, 76:8,
107:13, 113:18,
122:24
specifically
26:11, 26:21,
35:23, 61:2,
75:9, 91:5,
91:7, 94:22,
109:9
specify
64:19
speculative
65:13
spend
122:23
spoke
121:15, 121:16
sprayers
16:7

square
96:8
squared
95:15
ss
103:5
stable
88:17
standard
32:20, 85:12,
85:21, 85:23,
86:1, 90:13,
99:14
start
48:7, 54:20,
54:21, 70:9,
70:10
starting
54:11
starts
38:25, 55:3,
69:22, 80:13
state
7:16, 7:19,
10:11, 10:25,
11:1, 12:2,
14:1, 15:4,
20:16, 23:3,
23:11, 30:10,
31:1, 31:8,
36:11, 39:4,
42:2, 47:8,
47:13, 47:14,
48:10, 54:23,
63:6, 63:12,
65:6, 72:22,
72:24, 78:15,
86:19, 87:5,
89:14, 90:20,
92:10, 120:23
stated
15:24, 34:12,
41:10, 49:4,
69:20, 115:9
statement
21:13, 22:9,
22:13, 22:15,
27:9, 27:20,

32:15, 40:25,
46:4, 67:25,
76:24, 87:25,
88:12, 89:6,
89:13, 89:18,
89:21, 107:15,
110:9, 120:5,
121:6, 121:7,
121:13
states
1:1, 5:14,
13:2, 17:7,
63:20, 63:25
stating
34:4, 38:3,
88:25
statistic
66:22, 110:1,
110:3
statistical
38:4, 38:6,
49:2, 85:13,
98:12, 104:8,
109:14
statistically
27:25, 34:7,
42:7, 43:19,
85:20, 86:2,
90:14, 104:8,
108:25, 109:18,
109:23, 118:14,
119:10, 119:11,
119:22, 120:12,
120:14, 120:15,
120:18
stecker
4:34, 111:17
stenographically
126:4
step
48:8, 70:5,
70:9
steps
23:24, 85:1
still
12:9, 73:8,
108:25, 114:13,
118:6, 120:21

street
2:23
strengthens
53:25
strike
48:7, 55:23,
56:8, 101:11
string
4:31, 4:36
strong
44:11
stronger
88:12
strongly
49:7
studies
4:8, 11:8,
12:4, 15:20,
15:25, 16:4,
16:15, 18:9,
19:17, 20:1,
20:12, 46:17,
47:11, 47:18,
48:1, 48:11,
48:12, 48:20,
49:8, 49:13,
49:16, 49:17,
50:8, 50:24,
51:2, 51:6,
51:11, 51:12,
56:14, 57:2,
61:17, 62:5,
62:8, 62:14,
62:17, 62:23,
70:6, 75:20,
82:9, 113:16
study's
9:2, 68:2
subject
80:22
subjects
34:16, 36:2,
36:5, 36:7,
36:9, 56:11,
57:3, 57:13,
67:19
subpoena
111:9

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018                                        64

subsequently
55:24
subset
72:6, 72:7,
72:8
substantial
71:11
substitute
49:17
substitution
50:2
subtracting
98:8
subtypes
20:21, 21:17,
22:8, 23:6,
52:2, 52:6,
52:9, 52:23
such
50:2, 55:2,
63:12, 70:20,
75:20
sudden
32:1
sufficient
9:10, 82:22,
110:15, 122:12,
123:2
sufficiently
11:9, 12:5,
12:13, 50:22,
51:5
suggesting
49:7
suggests
78:16, 107:1
sum
95:15
summary
27:3
sums
96:7
supplemental
3:32, 28:21,
30:9, 30:18,
34:6, 39:18,
40:21, 41:2,
48:9, 54:12,

63:3, 63:6,
78:6, 89:23,
91:18, 92:9,
123:2
support
32:15, 54:1
supported
21:5
supporting
113:10
sure
10:6, 17:9,
18:1, 19:22,
50:1, 50:7,
50:8, 61:21,
71:4, 82:21,
87:3, 90:4,
104:25, 108:2,
119:9
surprised
22:22
surprising
14:2, 14:6,
95:2, 102:10,
106:23
surveys
82:9
swear
6:5
sworn
6:7
systematic
78:16, 78:21,
107:1, 123:16
systemic
78:16

**T**

table
18:13, 19:6,
24:1, 25:18,
26:1, 26:5,
28:1, 28:7,
34:25, 35:3,
35:15, 36:6,
36:17, 36:20,
58:22, 59:5,
67:19, 68:9,

79:1, 79:2,
90:6, 90:11,
93:15, 93:20,
97:13, 97:14,
97:18, 98:21,
99:18, 103:9,
104:2, 105:10
tables
58:22, 84:18,
84:19
take
14:25, 23:22,
23:23, 23:24,
34:4, 64:2,
79:20, 81:25,
83:11, 90:25,
93:15, 108:19,
110:15, 115:22,
122:11
taken
1:16, 5:8,
58:13, 125:4
taking
66:2, 71:14,
84:25, 98:7
talk
22:1, 35:23,
40:12, 51:23,
55:6, 72:22,
73:12, 82:1,
91:5, 93:13,
101:14, 107:8,
107:17
talked
102:13, 107:9,
113:4, 115:2
talking
25:4, 54:19,
54:20, 54:22,
75:24, 76:18,
79:17, 109:3,
122:19
talks
51:23
technically
57:18, 90:6
technique
107:3

telephone
2:7, 2:10,
2:16, 2:20,
2:25, 6:3
tell
12:21, 20:6,
37:19, 68:7,
99:12, 109:9
tells
94:11
ten
7:21, 20:14,
23:2, 110:23
term
53:18, 61:8,
92:7
terminal
1:18, 5:7
terms
8:5, 34:16,
50:5, 62:12,
72:12, 81:23,
109:14, 110:5
terrible
105:7, 105:8
tertile
29:14
testified
6:8
testimony
107:20, 125:4,
126:4, 126:7
text
59:6, 89:13,
89:19, 90:20,
102:19
th
1:12, 5:1, 5:8,
125:5
than
13:16, 14:3,
14:7, 14:12,
15:15, 16:25,
17:11, 17:12,
17:25, 18:2,
19:11, 19:16,
19:25, 20:11,
21:8, 27:25,

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018

65

30:6, 30:8,
36:2, 37:10,
40:24, 42:10,
43:22, 44:23,
45:6, 45:17,
50:19, 61:5,
65:3, 65:10,
66:2, 69:9,
71:20, 74:7,
75:5, 76:7,
76:19, 78:9,
79:7, 79:9,
80:20, 81:4,
81:19, 83:23,
88:21, 92:18,
94:12, 96:4,
96:13, 96:15,
102:14, 103:13,
103:18, 103:19,
103:23, 106:14,
106:23, 108:13,
108:20, 109:10,
119:1, 119:6,
121:21, 123:15

**thank**
28:6, 47:6,
64:7, 123:20,
124:1

**that's**
13:24, 14:16,
14:18, 15:11,
22:12, 23:19,
23:20, 29:6,
31:7, 32:12,
32:20, 34:20,
35:16, 40:21,
41:4, 41:24,
42:5, 44:2,
45:8, 47:14,
47:21, 47:22,
53:20, 53:21,
56:6, 56:7,
57:19, 61:10,
66:11, 69:25,
71:15, 71:16,
73:2, 73:12,
75:23, 75:24,
76:1, 76:14,

77:11, 79:2,
80:25, 81:1,
84:22, 85:9,
85:20, 87:14,
87:24, 88:7,
88:12, 88:13,
89:6, 92:13,
95:24, 97:15,
99:10, 100:4,
100:22, 102:6,
106:6, 106:9,
113:13, 115:8,
115:14, 118:15,
119:4, 120:2,
120:4, 120:21,
122:21

**their**
16:10, 20:17,
21:11, 22:11,
24:7, 24:17,
27:12, 27:21,
27:23, 28:9,
29:8, 29:13,
32:15, 35:5,
36:22, 37:2,
39:4, 39:7,
39:20, 40:24,
41:12, 43:6,
44:20, 44:22,
45:2, 45:4,
45:13, 46:1,
47:20, 56:11,
61:3, 65:2,
65:9, 67:21,
68:3, 68:6,
68:20, 69:1,
69:5, 70:25,
72:4, 72:9,
72:21, 72:23,
73:19, 74:12,
75:3, 76:17,
76:21, 76:22,
76:24, 80:10,
82:5, 83:15,
84:5, 85:4,
86:18, 90:20,
93:13, 94:13,
94:23, 99:18,

103:10, 107:2,
107:5, 107:7,
113:5, 113:24,
114:8, 116:7,
116:9, 117:18,
117:22, 118:1,
118:23

**them**
19:6, 19:7,
44:23, 48:25,
57:19, 72:8,
75:9, 80:8,
83:13, 83:14,
88:22, 91:14,
91:15, 108:18,
123:15, 125:6

**themselves**
5:21, 36:11,
101:22

**then**
29:20, 33:4,
34:5, 41:4,
42:16, 42:17,
43:6, 49:18,
67:21, 68:11,
70:15, 71:19,
72:8, 72:10,
76:2, 76:16,
77:1, 83:12,
83:17, 94:5,
94:16, 98:4,
100:24, 105:15,
106:13, 106:15,
107:11, 113:4,
115:5, 120:2,
121:2

**there**
6:13, 6:14,
7:9, 8:9, 19:13,
19:16, 19:22,
19:25, 20:9,
21:15, 28:4,
32:15, 32:19,
35:10, 35:12,
39:11, 42:2,
44:14, 46:6,
50:2, 50:11,
54:2, 55:20,

60:20, 62:7,
62:21, 66:23,
69:11, 69:16,
73:16, 77:17,
78:17, 79:7,
89:13, 89:16,
89:22, 90:25,
101:2, 103:21,
104:7, 115:16,
116:10, 120:25

**there's**
16:5, 21:25,
27:1, 32:2,
38:4, 55:21,
78:21, 79:3,
79:5, 86:13,
90:5, 93:19,
109:12, 109:20,
110:1, 110:2

**thereafter**
126:5

**therefore**
57:21

**thereof**
125:7

**these**
24:22, 26:6,
31:13, 35:21,
38:8, 40:14,
40:18, 41:21,
49:16, 50:18,
62:14, 65:20,
66:7, 71:2,
76:7, 79:14,
88:15, 92:22,
95:8, 95:16,
99:18, 101:10,
101:13, 105:20,
106:14, 106:17,
111:7, 111:14,
111:20, 113:11,
114:6, 115:11,
115:18, 123:12,
125:4

**they're**
8:5, 68:9,
70:22, 80:25,
86:2, 88:16,

thing
62:21, 71:15,
89:20, 93:25,
100:6, 106:22
things
11:13, 67:25,
72:14, 74:19,
85:12, 92:22,
100:12
think
17:25, 50:4,
54:20, 62:19,
74:17, 82:23,
87:24, 91:2,
93:12, 96:6,
97:14, 108:7,
109:25, 114:18,
120:24
thinking
13:6, 96:7
third
33:12, 105:24,
114:16, 114:17,
115:6
thirds
69:21
those
10:9, 16:4,
16:9, 16:19,
19:3, 25:12,
27:19, 28:17,
28:18, 30:2,
33:25, 35:12,
37:7, 52:9,
52:10, 52:15,
56:4, 58:12,
61:4, 67:23,
68:12, 68:18,
68:19, 68:22,
72:14, 78:25,
80:22, 83:16,
83:17, 83:18,
84:6, 84:9,
86:18, 94:19,
94:21, 94:22,
95:12, 98:5,
98:21, 99:4,

119:21

99:5, 100:6,
100:8, 101:2,
101:18, 101:24,
102:8, 119:7,
119:25, 120:10,
123:4, 123:16
though
27:7, 52:17,
90:19, 99:16
thought
18:2, 47:22,
56:22, 63:21,
74:18, 76:5
thoughts
110:21
three
30:22, 85:14,
110:5, 111:6,
111:16, 111:20,
115:8, 122:20
threw
115:2
through
9:5, 9:25,
15:3, 23:22,
30:10, 31:2,
63:2, 84:5,
108:5, 108:18,
125:3
thus
31:9, 31:10
tied
62:20
tiffany
111:17
time
6:12, 9:10,
10:14, 11:2,
13:20, 14:2,
14:7, 37:2,
37:5, 43:10,
56:12, 56:14,
57:2, 57:12,
57:17, 80:21,
81:25, 108:7,
110:21, 121:8,
122:23
timed
40:9

timeframe
44:15
times
16:2, 19:11,
20:7, 34:13,
41:23, 42:4
title
21:24
tobacco
59:8, 59:12,
75:20
today
5:16, 108:1,
109:3, 110:17,
122:13, 123:1,
123:23
together
18:4, 46:12,
113:19
told
121:16
too
54:18, 96:7
took
11:16, 42:9,
43:21, 72:6,
72:7, 79:2,
83:13, 115:21,
116:5
top
10:12, 41:5,
47:4, 47:7,
63:23, 94:17,
105:23, 106:2,
107:7
total
18:25, 71:15,
85:6
toward
70:5, 70:10,
78:17
towards
18:18, 41:22,
42:3, 59:17,
73:9, 77:5,
102:21, 122:7
tracked
67:23

transcribed
126:5
transcript
126:6
transcription
125:7
travers
2:10, 8:23
treated
29:16, 32:1,
32:5, 76:10
treadeds
29:12, 38:12
treatment
14:3, 14:8
trend
32:14, 33:5,
33:8, 41:21,
42:2, 116:3,
117:12
trichlorfon
101:16
triple
20:6
true
52:14, 57:19,
88:10, 125:6,
126:6
truly
76:15
truncated
114:20
trying
39:10, 88:11
tumours
20:20
turn
11:24, 13:5,
77:2, 80:11
tw6
1:19, 5:7
twice
62:13
two
7:22, 23:3,
51:11, 63:13,
65:16, 69:10,
69:21, 71:6,

92:23, 96:10,
96:11, 104:16,
114:14, 119:7,
120:24
**type**
21:8, 33:13,
38:19, 50:6,
50:7, 86:16,
111:25
**typically**
60:18

---
**U**
---

**uh-huh**
23:1
**ultimately**
55:23
**unadjusted**
50:17
**unaware**
62:14
**uncertainty**
110:12
**unchanged**
117:16
**uncorrected**
50:17
**under**
28:3, 68:11,
87:4, 94:24
**underlying**
49:8
**underpinning**
86:22, 87:8
**underprediction**
79:3
**understand**
25:9, 29:2,
29:18, 40:9,
42:19, 42:21,
73:11, 84:25,
87:21, 90:8,
90:17, 90:18,
101:7, 107:19,
109:2, 110:8,
120:10
**understanding**
50:21, 51:3,

63:25, 92:24,
93:1, 93:2,
94:5, 94:15,
95:5, 96:1,
96:2, 100:15,
100:22, 100:24,
106:7, 107:20,
113:14, 123:3
**unexposed**
28:16, 29:4,
29:20, 31:19,
121:2, 121:4
**united**
1:1, 1:20, 5:8,
5:14, 13:2,
17:7, 63:20,
63:25
**university**
7:16, 7:18
**unlagged**
39:7, 39:12,
39:14
**unless**
81:12
**unlike**
31:10
**unlikely**
10:16, 11:3,
49:4, 49:9
**unreliable**
93:10
**until**
44:21, 85:21
**updated**
9:1
**upon**
18:21, 24:13,
24:18, 25:25,
31:19, 44:23,
60:24, 71:1,
93:25, 94:15,
95:13, 95:14,
96:1
**upper**
10:21
**urinary**
72:25, 73:6,
73:21, 75:17

**urine**
65:25, 66:5,
66:8, 66:15,
66:18, 67:9,
67:22, 68:14,
68:21, 68:23,
69:6, 69:12,
71:1, 72:8, 76:7
**usage**
37:1, 87:14,
87:15, 98:23
**use**
3:12, 4:18,
23:5, 24:14,
29:10, 30:6,
30:7, 39:6,
46:19, 47:12,
47:20, 49:21,
49:23, 59:9,
59:12, 60:2,
60:10, 60:18,
60:23, 61:5,
65:2, 65:9,
74:8, 74:11,
74:12, 74:18,
74:21, 75:5,
75:17, 75:21,
78:8, 78:24,
81:4, 81:8,
82:18, 83:1,
84:3, 84:4,
85:1, 85:2,
85:3, 85:6,
86:5, 86:6,
86:15, 86:19,
87:6, 87:18,
87:20, 87:24,
89:1, 94:23,
96:20, 96:21,
96:25, 99:11,
100:1, 101:2,
102:12, 102:14,
102:22, 103:4,
103:10, 103:23,
104:1, 104:9,
104:10, 104:14,
104:15, 104:18,
104:20, 105:1,

105:2, 105:12,
107:10, 107:13,
114:25, 120:11,
120:19, 123:3
**used**
26:13, 26:14,
26:23, 26:24,
28:25, 37:6,
45:6, 45:7,
53:10, 74:6,
74:15, 74:16,
74:17, 76:9,
77:9, 81:18,
82:8, 83:3,
83:5, 83:6,
83:10, 83:15,
84:6, 84:9,
91:24, 92:1,
113:23, 114:3,
114:10, 114:13,
114:24, 121:1
**usepa**
3:24
**uses**
120:6
**using**
4:17, 41:7,
45:2, 46:22,
49:22, 53:10,
64:2, 68:2,
72:1, 72:5,
74:22, 86:12,
94:8, 94:24,
103:6, 116:15,
116:23, 117:6,
121:4
**usually**
60:15, 75:19

---
**V**
---

**va**
2:15
**vaguely**
110:13
**value**
32:23, 33:1,
101:1, 110:3
**values**
78:24, 100:13,

109:12, 109:20

**vapor**
70:21

**variable**
46:24

**variables**
46:25

**various**
7:5, 54:12,
62:10, 112:18

**vegetable**
59:21

**verbatim**
126:6

**versus**
37:4, 37:22,
78:25, 85:6,
86:20, 87:6,
97:2, 97:3,
98:23, 99:4,
99:25, 103:11,
105:12, 114:9,
119:3

**very**
21:3, 27:1,
44:6, 44:11,
44:17, 55:5,
72:7, 83:8,
84:20, 95:2,
95:8, 98:20,
99:5, 100:13,
101:6, 101:18,
108:4, 114:7,
124:1

**via**
6:3

**video**
5:4, 5:9, 64:5,
64:7, 64:13,
64:15, 78:2,
111:4, 123:23,
123:25

**videographer**
2:28, 5:3,
5:18, 6:4, 64:4,
64:12, 77:21,
78:1, 110:23,
111:3, 121:22,

122:2, 123:22

**view**
50:23

**viewed**
115:15

**vol**
3:19, 3:38,
4:5, 4:10

**volume**
5:4, 64:5,
64:13

---
**W**
---

**want**
23:23, 29:10,
29:18, 30:17,
50:7, 77:2,
77:15, 85:23,
90:18, 99:11,
99:13, 107:17,
110:20, 110:21

**wanted**
27:4, 94:13

**washington**
2:24

**wasn't**
36:13, 51:23

**way**
8:4, 23:20,
27:14, 30:22,
32:5, 44:13,
60:17, 66:12,
69:21, 89:8,
93:11, 109:19,
126:12

**ways**
113:19

**we'll**
72:22, 79:20,
82:15

**we're**
10:6, 54:19,
73:12, 77:14,
96:6

**weakens**
53:25

**weed**
64:18

**weights**
68:4, 71:7

**weisenburger**
13:17

**weitz**
2:4, 5:25

**well**
13:19, 17:14,
18:3, 19:13,
24:2, 32:10,
32:11, 38:12,
47:16, 48:7,
48:13, 49:19,
57:7, 64:2,
66:4, 67:15,
72:23, 78:21,
86:8, 86:11,
93:1, 94:13,
95:8, 95:13,
95:24, 97:22,
101:11, 107:3,
108:10

**went**
62:8, 72:11,
115:4, 122:22

**were**
9:16, 9:21,
10:2, 15:19,
15:20, 16:14,
18:9, 18:14,
24:11, 24:13,
27:19, 32:2,
35:12, 36:9,
37:21, 39:7,
39:8, 39:19,
41:6, 41:11,
41:20, 42:7,
42:10, 43:7,
43:19, 45:4,
45:6, 46:8,
49:17, 58:4,
61:21, 69:3,
69:11, 69:13,
69:16, 71:25,
72:1, 72:4,
72:5, 72:25,
73:6, 73:21,
75:24, 80:17,

81:8, 81:18,
81:23, 88:10,
88:19, 88:25,
94:23, 100:5,
107:13, 121:2,
122:15, 123:15

**what**
12:21, 13:6,
13:16, 20:4,
20:7, 20:25,
21:8, 21:10,
23:17, 24:24,
27:3, 27:4,
28:15, 28:23,
29:2, 29:18,
31:7, 31:15,
32:6, 33:10,
34:20, 41:9,
41:24, 42:5,
43:17, 44:2,
44:3, 44:5,
44:9, 45:12,
47:3, 47:13,
47:14, 47:15,
47:17, 47:22,
48:19, 50:23,
54:9, 55:12,
60:1, 60:7,
61:10, 61:19,
68:8, 68:9,
70:22, 70:23,
72:11, 73:23,
75:23, 75:24,
76:14, 79:4,
80:25, 81:23,
84:2, 84:22,
87:14, 88:14,
88:18, 90:11,
90:15, 92:19,
93:8, 93:23,
98:2, 98:4,
98:16, 99:11,
100:22, 108:2,
109:3, 109:5,
109:8, 109:9,
109:13, 110:9,
112:4, 112:7,
113:13, 113:14,

114:2, 114:7,
114:16, 115:9,
115:14, 121:6,
122:15
**what's**
37:10, 47:3
**whatever**
107:23, 123:14
**whatsoever**
44:8
**when**
15:10, 15:18,
15:19, 32:2,
33:11, 37:24,
38:3, 39:7,
39:19, 41:11,
42:8, 42:10,
43:20, 43:22,
44:19, 44:20,
44:23, 45:6,
45:13, 45:17,
46:8, 47:10,
47:18, 50:5,
57:22, 63:19,
64:19, 84:7,
92:22, 100:13,
101:14, 107:8,
109:2, 109:3,
109:17, 114:22,
115:20, 115:21,
117:16, 118:1,
118:8, 118:11,
118:23, 119:14,
119:16, 119:18,
120:18, 122:5,
122:16, 122:22,
123:12
**where**
10:19, 24:18,
25:5, 26:8,
36:13, 38:14,
41:25, 45:4,
46:23, 54:19,
57:20, 58:15,
62:8, 75:8,
76:15, 83:2,
84:14, 89:14,
90:6, 92:14,

93:16, 100:10,
101:17, 102:18,
103:11, 114:10,
116:5, 116:10,
116:17, 118:17
**whereas**
74:19, 78:13
**whether**
6:14, 8:5,
11:8, 12:5,
12:13, 26:11,
26:22, 51:17,
57:4, 57:14,
66:23, 80:8,
90:9, 99:12
**which**
7:13, 9:20,
10:15, 11:3,
12:23, 13:21,
16:4, 21:22,
24:20, 27:2,
27:11, 32:5,
35:1, 38:14,
42:23, 49:4,
53:1, 54:14,
61:12, 79:17,
81:6, 91:2,
93:8, 98:20,
99:21, 101:13,
102:12, 103:9,
103:24, 104:7,
107:21, 112:1,
112:14, 113:19,
113:22, 114:21,
122:6, 123:4
**while**
42:7, 43:19,
50:11, 71:14
**who**
5:21, 7:5, 7:9,
24:11, 35:12,
37:7, 40:15,
40:16, 43:5,
55:22, 55:24,
56:2, 64:17,
69:3, 69:13,
78:10, 81:7,
81:17, 81:19,

83:12, 91:8,
111:22, 112:5,
112:11, 113:9,
114:23, 119:17,
119:25, 120:25
**whole**
73:4, 81:12,
89:20, 96:9
**whom**
21:1
**whose**
43:20, 43:23
**why**
24:22, 31:25,
56:6, 79:19
**widely**
82:7, 82:18,
82:22
**will**
8:10, 11:12,
12:23, 16:18,
18:17, 23:22,
25:8, 25:10,
25:12, 34:23,
35:19, 35:22,
47:16, 57:4,
57:15, 63:9,
83:14, 105:11,
108:19, 121:9
**within**
7:6, 22:1,
29:21, 34:14,
62:17, 126:10,
126:13
**without**
34:1, 35:11,
44:22, 96:16
**witness**
6:5
**won't**
30:6
**word**
21:12
**wording**
40:21, 56:5
**words**
11:12, 30:17,
33:4, 42:6,

55:20
**work**
7:5, 21:1,
89:15, 90:22
**worked**
20:24, 86:8,
95:7, 95:19,
96:3, 99:13,
108:10
**working**
107:3
**works**
111:23, 112:14
**world**
8:16
**worst**
93:4, 123:10,
123:11
**would**
5:20, 6:4,
14:1, 14:6,
15:12, 16:3,
20:9, 21:8,
22:9, 22:21,
25:11, 28:24,
33:10, 33:14,
42:21, 42:25,
43:1, 43:4,
43:8, 43:10,
44:12, 47:20,
47:24, 48:1,
48:4, 48:5,
48:11, 48:16,
49:19, 49:22,
49:24, 50:2,
50:19, 52:13,
52:15, 53:15,
53:21, 54:9,
56:5, 57:9,
60:15, 60:17,
61:4, 63:1,
63:8, 64:1,
64:25, 65:1,
65:7, 65:8,
65:13, 67:12,
70:14, 71:19,
71:22, 73:8,
73:24, 74:3,

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018                          70

| | | | |
|---|---|---|---|
| 74:10, 75:7, | 13:23, 14:12, | 42:22, 43:18, | 100:15, 107:19, |
| 76:10, 80:23, | 14:21, 14:24, | 44:5, 44:9, | 107:20, 112:23, |
| 81:22, 81:25, | 15:5, 39:21, | 44:10, 44:16, | 113:3, 113:14, |
| 84:14, 85:9, | 39:22, 39:23, | 52:14, 56:12, | 114:3, 114:19, |
| 85:12, 85:22, | 39:24, 41:13, | 56:14, 57:2, | 120:3, 121:8, |
| 86:10, 86:11, | 41:14, 41:15, | 60:16, 66:22, | 123:2 |
| 87:18, 88:11, | 41:16, 42:21, | 74:17, 79:4, | **yours** |
| 88:16, 88:18, | 42:22, 43:4 | 85:10, 94:1, | 102:25, 111:8 |
| 89:20, 93:9, | **yes** | 100:7, 100:11, | |
| 94:6, 96:10, | 5:23, 6:22, | 103:9 | **Z** |
| 96:14, 96:16, | 7:3, 7:24, 8:12, | **you've** | **zero** |
| 99:11, 99:13, | 10:24, 12:12, | 53:18, 84:2 | 92:25, 93:3, |
| 101:6, 103:3, | 13:8, 13:25, | **your** | 106:1, 106:3, |
| 103:19, 103:20, | 15:4, 15:23, | 11:6, 11:20, | 106:6, 106:9, |
| 104:2, 104:6, | 16:16, 18:11, | 11:24, 12:1, | 106:11, 106:12, |
| 106:10, 108:4, | 18:19, 19:7, | 12:9, 13:1, | 123:15 |
| 108:5, 108:6, | 23:8, 28:19, | 13:10, 13:19, | |
| 108:18, 110:7, | 30:25, 32:19, | 17:16, 21:10, | **.** |
| 116:1, 119:24, | 35:4, 35:7, | 28:20, 28:21, | **.122** |
| 121:4, 121:14 | 38:13, 41:8, | 29:3, 29:18, | 3:7 |
| **wouldn't** | 42:5, 45:5, | 29:19, 30:2, | **.6** |
| 8:18, 49:19, | 45:11, 48:4, | 30:9, 30:17, | 3:3, 3:5 |
| 49:24, 66:11, | 50:1, 51:9, | 30:18, 30:21, | |
| 86:15, 99:10 | 52:5, 53:1, | 31:1, 31:17, | **0** |
| **written** | 54:18, 55:11, | 32:11, 33:5, | **0.0** |
| 27:14, 56:6, | 56:4, 59:11, | 34:5, 34:6, | 106:14 |
| 89:6 | 59:20, 60:7, | 37:24, 39:17, | **0.002** |
| **wrong** | 68:24, 70:2, | 39:18, 40:3, | 100:11 |
| 55:16, 103:2 | 72:5, 74:16, | 40:10, 41:1, | **0.004** |
| **wrote** | 80:15, 82:14, | 41:2, 41:10, | 95:8 |
| 34:21, 111:24, | 84:13, 84:22, | 42:2, 47:1, | **0.016** |
| 121:6 | 85:18, 87:15, | 47:6, 48:6, | 49:3, 53:11 |
| | 88:5, 89:12, | 48:9, 48:18, | **0.1092** |
| **Y** | 91:15, 93:7, | 50:23, 51:10, | 103:5, 103:7 |
| **year** | 99:9, 99:22, | 53:11, 54:1, | **0.1103** |
| 42:17, 42:18, | 102:8, 103:20, | 54:11, 54:22, | 103:5 |
| 42:20, 43:6, | 103:24, 104:5, | 56:5, 58:3, | **0.1227** |
| 43:10, 44:10, | 106:4, 108:21, | 63:3, 63:5, | 103:5 |
| 44:13, 45:7, | 108:24, 111:13, | 65:15, 73:12, | **0.2** |
| 45:8, 45:10, | 111:21, 112:4, | 77:19, 78:6, | 105:14, 106:14 |
| 45:11, 64:20, | 112:22, 113:7, | 78:15, 89:23, | **0.3** |
| 107:12 | 114:20, 115:14, | 90:2, 90:8, | 85:16, 85:17 |
| **years** | 115:18, 123:6 | 90:18, 91:17, | **0.4** |
| 10:15, 11:3, | **york** | 91:25, 92:9, | 73:7, 73:24, |
| 11:7, 11:17, | 2:6 | 93:2, 94:3, | 85:19 |
| 12:4, 12:16, | **you're** | 94:4, 94:12, | **0.5** |
| 13:13, 13:15, | 8:10, 13:6, | 94:15, 95:5, | 100:11 |
| 13:18, 13:22, | 17:16, 38:2, | 95:25, 96:1, | **0.59** |
| | | | 86:1 |

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018

71

**0.63**
59:20
**0.8**
73:7
**0.82**
116:8, 116:12,
116:25, 117:8,
120:4
**0.87**
116:10, 117:9,
119:3, 119:6,
119:24
**0.9**
118:21, 119:3,
119:5
**0.95**
51:20
**02741**
1:7, 5:13
**04**
122:9

---
**1**

**1**
3:12, 4:32,
4:34, 6:24, 6:25
**1.0**
27:24, 28:12,
49:1, 50:15,
52:11, 52:25,
92:25, 93:4
**1.25**
110:24, 110:25
**1.30**
40:16
**1.35**
111:2, 111:4
**1.48**
121:23, 121:24
**1.5**
20:7
**1.52**
122:1, 122:3
**1.54**
123:25
**1.55**
124:2
**10**
4:12, 4:33,

**39:23, 41:7,**
41:15, 42:17,
45:7, 45:8,
45:10, 72:15,
72:16
**10.54**
5:2
**10.55**
5:9
**100,000**
16:8
**10003**
2:6
**108**
2:14
**11**
3:21, 3:30,
4:17, 4:29,
4:31, 78:4,
78:5, 103:5,
122:6, 123:5
**11.00**
1:13
**110**
3:14
**111**
4:33, 4:36
**112**
47:9
**112,000**
16:6
**113**
3:38
**12**
1:12, 3:23,
4:24, 4:36, 5:1,
5:8, 7:4, 42:22,
43:4, 79:21,
79:22, 125:5
**12.13**
64:7, 64:9
**12.22**
64:11, 64:15
**12.40**
77:22, 77:23
**12.43**
77:25, 78:2
**126**
1:27, 125:3

**13**
4:5, 4:31,
43:4, 111:7,
111:10, 112:2
**1350**
2:23
**14**
3:15, 4:33,
111:7, 111:11
**15**
4:36, 39:22,
41:7, 41:14,
42:17, 45:11,
47:6, 48:19,
111:7, 111:12,
126:19
**16**
1:7, 5:13
**17**
4:10
**173050**
1:26
**18**
3:26
**1974**
15:9
**198**
63:20
**1982**
15:8
**1985**
43:8
**1992**
42:10, 43:11,
43:12, 43:22,
44:24, 45:18
**1993**
42:10, 43:11,
43:12, 43:22,
44:24, 45:18

---
**2**

**2**
3:16, 4:37,
9:13, 9:15, 41:5
**2,4**
72:18
**20**
3:24, 39:21,

**41:7, 41:13,**
42:18, 42:20,
42:21, 42:22,
43:4, 43:6,
43:10, 44:10,
44:13, 45:10,
79:2, 83:13,
83:21
**200**
94:24
**20005**
2:24
**2001**
48:21
**2002**
4:5, 48:21,
58:14, 58:15,
58:17, 63:4,
63:22
**2003**
3:30, 17:13,
17:17, 17:22,
18:7, 18:8,
18:20, 31:16,
48:21, 51:12
**2005**
3:39, 9:3, 9:9,
10:12, 11:1,
17:4, 19:9,
19:11, 34:13,
34:22, 34:25,
35:6, 37:15,
37:23, 43:6,
48:22, 50:22,
51:1, 51:4,
114:13, 114:21,
115:4
**2006**
4:11, 65:17
**2007**
42:12, 43:15,
43:24
**2008**
42:12, 43:15,
43:25, 48:22
**2009**
48:22
**2010**
4:29, 79:19,

79:24, 80:3,
81:14
**2011**
4:16, 65:18,
71:25, 77:3
**2012**
4:22, 9:5,
15:3, 42:22,
43:4
**2013**
9:5, 15:3,
42:23, 43:4
**2015**
47:10
**2016**
3:19, 3:24,
13:3, 47:10
**2017**
4:31, 4:34,
4:37
**2018**
1:12, 3:14,
5:1, 5:9, 6:21,
7:1, 8:21, 8:25,
14:18, 15:12,
16:23, 18:24,
19:10, 19:15,
19:24, 20:10,
20:16, 21:14,
22:5, 25:18,
26:1, 27:10,
28:7, 31:3,
31:18, 33:3,
33:19, 35:18,
36:14, 37:3,
37:5, 37:15,
37:24, 38:22,
46:2, 46:5,
48:10, 49:11,
50:11, 51:25,
52:21, 53:12,
53:24, 54:6,
54:13, 54:22,
73:13, 73:15,
74:13, 77:9,
82:16, 91:10,
111:16, 112:19,
112:21, 112:25,

113:20, 125:5,
126:19
**202**
2:25
**212**
2:7
**22**
4:22
**22960**
2:15
**230**
68:23
**233**
3:15
**27**
108:13
**2741**
1:5, 5:12
**28**
3:12, 3:16,
3:21, 3:23,
3:26, 3:32,
3:34, 4:1, 4:8,
4:12, 4:17,
4:24, 4:31,
4:33, 4:36,
6:24, 6:25,
9:13, 9:15,
11:20, 11:22,
12:23, 12:24,
18:5, 18:6,
18:8, 30:18,
30:20, 34:23,
34:24, 35:1,
47:5, 58:19,
67:16, 72:15,
72:16, 78:4,
78:5, 79:21,
79:22, 111:7,
111:10, 111:11,
111:12, 112:2,
122:6, 123:5
**2d**
123:23

---
                    **3**
---

**3**
3:21, 11:20,

11:22, 47:5
**30**
3:32
**32**
53:13, 53:19
**33**
68:23, 78:23,
91:7
**34**
3:34
**35**
59:22
**36**
17:23, 18:21
**37**
27:17
**38**
78:23, 89:10,
89:12, 90:25,
91:2, 99:18,
102:15, 105:20,
106:17
**3af**
1:19, 5:7

---
                    **4**
---

**4**
3:23, 12:23,
12:24
**40**
14:21, 14:24,
15:5, 24:19,
45:3, 45:23,
59:25
**409**
4:23
**412**
84:17, 85:24,
86:18, 102:20
**416**
4:23
**4224**
2:16
**440**
18:25
**45.2**
78:14
**45.42**
90:12

**486**
4:29
**493**
80:11
**496**
4:29
**4th**
13:3

---
                    **5**
---

**5**
3:14, 3:19,
3:26, 4:16,
18:5, 18:6,
18:8, 41:7
**5-year**
43:14, 44:12,
45:10
**5.5**
13:22
**50**
88:10, 88:11,
94:6, 100:10,
103:18, 103:19,
106:24, 107:2
**51**
35:22
**52**
37:8
**52.1**
37:11
**52.6**
37:9
**52.7**
78:13
**52.73**
90:11
**53**
4:29, 35:13,
37:4, 37:6,
58:8, 78:13
**53.5**
37:7, 37:9
**537**
4:16
**54,000**
14:25, 117:4
**54,251**
14:20

Transcript of Dr. Christopher Portier
Conducted on January 12, 2018                    73

| | | |
|---|---|---|
| **540** | **700** | 67:16 |
| 2:16, 75:10 | 2:5 | **90** |
| **541** | **71** | 59:13, 106:24 |
| 4:16 | 59:19 | **92** |
| **5500** | **72** | 17:4, 19:8 |
| 2:7 | 4:12, 67:19 | **96** |
| **558** | **73** | 3:22, 59:1, |
| 2:7 | 69:19 | 59:7 |
| **57** | **742** | **97** |
| 35:10, 37:3 | 10:10, 10:23 | 122:9 |
| **57,000** | **76** | |
| 117:2 | 59:14 | |
| **575** | **78** | |
| 19:1 | 4:17 | |
| **58** | **79** | |
| 4:1 | 4:24 | |
| **5800** | **8** | |
| 2:25 | **8** | |
| **6** | 4:1, 4:23, | |
| **6** | 58:19 | |
| 3:32, 3:33, | **80** | |
| 3:39, 4:6, 4:11, | 106:25 | |
| 30:18, 30:20 | **82** | |
| **6.7** | 58:8 | |
| 10:15, 11:2, | **85** | |
| 11:17 | 86:12 | |
| **60** | **85.2** | |
| 3:30 | 85:18 | |
| **63** | **85.25** | |
| 118:19 | 87:5, 88:5 | |
| **650** | **85.3** | |
| 17:5 | 84:6, 85:7, | |
| **66** | 85:18, 86:20, | |
| 68:24 | 102:13, 103:11, | |
| **67** | 104:9, 107:11 | |
| 4:8 | **85.68** | |
| **672** | 87:6 | |
| 2:16 | **85.7** | |
| **68** | 84:9, 85:6, | |
| 4:16 | 86:20, 102:13, | |
| **7** | 103:12, 104:10, | |
| **7** | 107:10 | |
| 3:34, 34:23, | **898** | |
| 34:24, 35:1 | 2:25 | |
| **70** | **9** | |
| 3:19 | **9** | |
| | 3:30, 4:8, | |