# Exhibit 2

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3      ---------------------------X

4      IN RE: ROUNDUP PRODUCTS    MDL  No. 2741

5      LIABILITY LITIGATION       Case No.

6                                 16-md-02741-VC

7      ---------------------------x

8      This document relates to:

9      ALL ACTIONS

10     ---------------------------x

11

12        DEPOSITION OF ALFRED I. NEUGUT, M.D. Ph.D.

13               New York, New York

14                January 3, 2018

15

16

17     Reported by:

18     MARY F. BOWMAN, RPR, CRR

19     JOB NO. 135741

20

21

22

23

24

25

Page 2

```
 1
 2
 3
 4                    January 3, 2018
 5                    10:09 a.m.
 6
 7
 8        Deposition of ALFRED I. NEUGUT,
 9   M.D. Ph.D., Columbia Medical School, 722
10   West 168th St., New York, New York, before
11   Mary F. Bowman, a Registered Professional
12   Reporter, Certified Realtime Reporter, and
13   Notary Public of the State of New Jersey.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1              APPEARANCES:
 2
 3   HOLLINGSWORTH
 4   Attorneys for Defendant, Monsanto
 5      1350 I Street, N.W.
 6      Washington, DC 20005
 7   BY:  ERIC LASKER, ESQ.
 8        GRANT HOLLINGSWORTH, ESQ.
 9
10
11   Also Present:
12      Robin Greenwald, Esq. (By Telephone)
13        Weitz & Luxenberg
14      Michael Baum, Esq. (By telephone)
15        Baum Hedlund
16      Manuel Garcia, Videographer
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              APPEARANCES:
 2
 3   ANDRUS WAGSTAFF ATTORNEYS AT LAW
 4   Attorneys for Plaintiffs
 5      7171 West Alaska Drive
 6      Lakewood, Colorado 80226
 7   BY:  AIMEE WAGSTAFF, ESQ.
 8        KATHRYN FORGIE, ESQ. (By Telephone)
 9        DAVID WOOL, ESQ. (By Telephone)
10        -and-
11   THE MILLER FIRM
12      108 Railroad Avenue
13      Orange, Virginia 22960
14   BY:  JEFFREY TRAVERS, ESQ.
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1              INDEX:
 2   WITNESS      EXAM BY:        PAGE:
 3   A. Neugut      Mr. Lasker       9
 4                  Ms. Wagstaff    129
 5
 6          EXHIBIT INDEX:
 7   NUMBER        DESCRIPTION      PAGE:
 8   Exhibit 26-1 Document entitled "Glyphosate    15
 9      Use and Cancer Incidence in
10      the Agricultural Health Study"
11   Exhibit 26-2 Excerpt from "Oxford           17
12      Academic"
13   Exhibit 26-3 Deposition Transcript of       25
14      Alfred Neugut dated  March
15      12, 2013
16   Exhibit 26-4 Supplemental Expert Report of  42
17      Alfred Neugut
18   Exhibit 26-5 Supplemental Expert Report of  46
19      Lorelei Mucci
20   Exhibit 26-6 Document entitled, "Accuracy   73
21      of Self-reported Pesticide Use
22      Duration Information from
23      Licensed Pesticide Applicators
24      in the Agricultural Health
25      Study"
```

EXHIBIT INDEX:

NUMBER        DESCRIPTION        PAGE:

Exhibit 26-7 document entitled                79
        "Reliability of Reporting on
        Lifestyle and Agricultural
        Factors by Sample of
        Participants in the
        Agricultural Health Study from
        Iowa"
Exhibit 26-8 Document entitled, "Assessing        95
        the Potential for Bias from
        Nonresponsive to a Study
        Follow-Up Interview"
Exhibit 26-9 Document entitled "Effects of        100
        Self-reported Health
        Conditions and Pesticide
        Exposures on a Probability of
        Follow-up in a Prospective
        Cohort Study"
Exhibit 26-10 Document entitled, "Using        108
        Multiple Imputation to Assign
        Pesticide Use for
        Nonresponders in the Follow-Up
        Questionnaire"

---

THE VIDEOGRAPHER:  This the start of video number up with of Dr. Alfred Neugut, In re RoundUp Products Liability Litigation on January 3, 2018, at approximately 10:09 a.m.

My name is Manuel Garcia.  I'm the legal video specialist for TSG Reporting Inc.  The court reporter is Mary Bowman, in association with TSG Reporting.

Counsel, please introduce yourselves.

(Whereupon, counsel placed their appearances on the audio record)

THE VIDEOGRAPHER:  Will the court reporter please swear in the witness.

ALFRED I. NEUGUT, M.D. Ph.D., called as a witness by the defendants, having been duly affirmed, testified as follows:

MS. WAGSTAFF:  This is Aimee Wagstaff on behalf of the plaintiffs.

On November 11, 2017, MDL Judge Chhabria entered PTO 34, which ordered

---

that any expert wishing to testify about the study published on November 9, 2017, in the Journal of the National Cancer Institute is to submit a supplemental report and submit to a deposition not to exceed 2.5 hours.

Today, Dr. Neugut is appearing pursuant to PTO 34.

On December 21, 2017, Monsanto issued a Notice of Deposition with 12 requests for production of documents. It is my understanding you have received the documents that are responsive to that Notice of Deposition.

Did you receive documents from Mr. Travers?

MR. HOLLINGSWORTH:  Yes.

MS. WAGSTAFF:  Those are the only responsive documents to that Notice of Deposition.

Nonetheless, plaintiffs object to the scope of number 7, 8, 9, 10, 11, 1 and partially 2 based on the fact that they are beyond the scope of PTO 34.

---

MR. LASKER:  OK, I don't remember what those numbers are, but I take your --

MS. WAGSTAFF:  You haven't memorized them?

MR. LASKER:  I will take your objection under consideration, but since, as I understand it, no documents were withheld on those grounds, it is a moot point, I guess.

EXAMINATION BY MR. LASKER:

Q.   Good morning, Dr. Neugut.  I know you have been before this before and we have been before this before together.  So I am just going to jump right in if that's OK with you.

A.   Sure.

Q.   Dr. Neugut, would you agree it is standard scientific methodology, when new scientific evidence emerges, to consider whether and how that new evidence impacts the scientific knowledge ab initio?

A.   Yes.

Q.   The evolution of knowledge

1  through new research and study is, in fact,
2  integral to the scientific process,
3  correct?
4      A.   Yes.
5      Q.   Since we last met for your first
6  deposition, there has been a new
7  epidemiologic study published that looks at
8  whether there is an association between
9  glyphosate product exposure and
10 Non-Hodgkins lymphoma, correct?
11     A.   Yes.
12     Q.   And that is the study in -- and
13 we'll mark this as the first exhibit in
14 line.
15         MR. LASKER:  And I don't know if
16     it makes sense -- I didn't think about
17     this beforehand, how we are going to
18     formulate this because we have two
19     different depositions.  Let's make
20     this --
21         MS. WAGSTAFF:  Haven't we been
22     doing them numbered 1, 2, 3?
23         MR. LASKER:  Right, I know --
24         MS. WAGSTAFF:  Let's make this --
25         MR. LASKER:  I didn't know which

1  numbers we were at.  Let's -- let's go
2  off the record on second I'm sorry.
3         THE VIDEOGRAPHER:  The time is
4     10:13.  We are going off the record.
5         (Recess)
6         THE VIDEOGRAPHER:  The time is
7     10:16.  We are back on the record.
8         (Exhibit 26-1, document entitled
9     "Glyphosate Use and Cancer Incidence in
10    the Agricultural Health Study" marked
11    for identification, as of this date.)
12     Q.   So back on the record.
13         I have just marked as Deposition
14 Exhibit 26-1 the new study from -- that we
15 are discussing that had lead-off author of
16 Dr. Andreotti, correct?
17     A.   Yes.
18     Q.   And this paper was authored by 12
19 scientists, if I count this correctly, who
20 have affiliations in one way or another
21 with the National Institutes of Health,
22 correct?
23     A.   Some of them do.  Some of them
24 have other affiliations, but wherever.
25     Q.   And the publication is entitled,

1  "Glyphosate Use and Cancer Institute {sic}
2  in the Agricultural Health Study had been
3  published online, but it will be published
4  in the national -- the Journal for the
5  National Cancer Institute in this coming
6  year of 2018, correct?
7      A.   Yes.
8      Q.   You have served as a peer
9  reviewer for the Journal of National Cancer
10 Institute, correct?
11     A.   Yes.
12     Q.   How many peer reviewers does the
13 NCI Journal typically use to review
14 manuscripts before it is accepted for
15 publication?
16     A.   Two or three.
17     Q.   The Journal of the National
18 Cancer Institute is a highly respected
19 scientific journal, correct?
20     A.   Yes.
21     Q.   The Journal of the National
22 Cancer Institute, in fact, is one of the
23 most highly respected journals in the
24 world, correct?
25     A.   It is highly respected, yes.

1      Q.   You are familiar with the rating
2  scheme that ranks scientific journals based
3  on their impact factor, correct?
4      A.   Yes.
5      Q.   What is an impact factor?
6      A.   An impact factor is a measure of
7  how often the papers that are published in
8  the journal are cited by another in other
9  publications.
10     Q.   That would be other scientists
11 who are citing to the publication, correct?
12     A.   Correct.
13     Q.   And let me show you and we will
14 mark this as Exhibit 26-2.
15         (Exhibit 26-2, excerpt from
16     "Oxford Academic" marked for
17     identification, as of this date.)
18     Q.   This is something that comes from
19 the website for of the Journal of the
20 National Cancer Institute and on the third
21 page, you will see a listing of the
22 journal's impact factors going back from
23 between 2006 and 2016, correct?
24     A.   Yes.
25     Q.   The Journal of the National

Page 14

1   Cancer Institute routinely ranks among the
2   top 5 percent of all oncology journals in
3   the world, correct?
4       A.   Yes.
5       Q.   The 2018 National Cancer
6   Institute journal study that we have been
7   talking about that has been marked as
8   Exhibit 26-1 provides updated data for the
9   agricultural study cohort based upon
10  additional years of follow-up of 54,251
11  pesticide applicators, correct?
12      A.   Yes.
13      Q.   The study updated, and I think
14  they say this in the abstract, the study
15  updated the previous evaluation of the AHS
16  cohort, previous evaluation of glyphosate
17  with Cancer Institute incidence from
18  residency linkage through 2012 for North
19  Carolina and for 2013 in Iowa, correct?
20      A.   Yes.
21      Q.   The 2018 NCI Study, thus, had
22  cancer institute for these 54,251 pesticide
23  applicators extending nearly 40 years after
24  the introduction of glyphosate on to the
25  market, correct?

Page 15

1       A.   Yes.
2           MS. WAGSTAFF:  Objection to form.
3       Q.   There are in total 575 cases of
4   Non-Hodgkins lymphoma among these pesticide
5   applicators, some of whom have been exposed
6   to glyphosate-based herbicides and some of
7   whom have not been, correct?
8       A.   Yes.
9       Q.   The prior publication analyzed an
10  AHS cohort which is the DeRoos 2005 study
11  was based on 92 NHL cases, correct?
12      A.   I don't recall.
13          MR. LASKER:  Let's pull out
14  Dr. Neugut's initial expert report.
15          MS. WAGSTAFF:  Counsel, I'll let
16  you ask a couple questions on this, but
17  this deposition was not designed nor
18  allowed to revisit his initial report
19  and so he is prepared nor ready to talk
20  about his initial report right now.  So
21  depending on how deep you go into his
22  initial report, I may instruct him not
23  to answer.
24          MR. LASKER:  Not going very deep
25  at all.  Just a number of things.

Page 16

1           MS. WAGSTAFF:  All right.
2       Q.   It is fair to say, Dr. Neugut,
3   that the 2018 NCI study is significantly
4   more powerful in looking to an association
5   between glyphosate-based herbicides and
6   Non-Hodgkins lymphoma than DeRoos 2005,
7   correct?
8           MS. WAGSTAFF:  Object to form.
9       A.   Powerful in what sense?
10      Q.   In the ability to detect
11  statistical significance of an association?
12      A.   Yes.
13      Q.   With -- there are, in fact,
14  significantly more -- let me just show you,
15  Dr. Neugut, your initial expert report, and
16  this is on page 12.  We have a copy for you
17  if you just want to look it.  I won't mark
18  it as an exhibit.
19          MS. WAGSTAFF:  You can read as
20  much as you want of the report.
21      Q.   I am going to ask you to confirm
22  the number --
23      A.   What is this document?
24      Q.   So this is your initial expert
25  report?

Page 17

1           MS. WAGSTAFF:  Can I have a copy
2   please?
3       A.   You mean from some months ago?
4       Q.   Yeah.  And the only information
5   on here is just to confirm your
6   recollection, you're talking about the
7   DeRoos 2005 study and there is -- you have
8   indicated the number of NHL cases for
9   Non-Hodgkins lymphoma and it is about
10  midway through the first paragraph as being
11  92 cases of Non-Hodgkins lymphoma in the
12  2005 DeRoos study, correct?
13          MS. WAGSTAFF:  Doctor, if you
14  need to read the whole part about
15  DeRoos 2005 to get your bearings, you
16  certain can and I renew my previous
17  objection.
18          Are you marking this as an
19  exhibit?
20      A.   I'm not seeing where -- I see,
21  OK.  Yes, it says 92 cases.  Is that what
22  you are referring to?
23      Q.   Yes.
24      A.   Um-hm, yes.
25      Q.   So the 2018 NCI study with

Page 18

1   respect to Non-Hodgkins lymphoma has
2   roughly six times the number of NHL cases
3   as the 2005 DeRoos study, correct?
4       MS. WAGSTAFF: Object to form.
5       A.  That's correct.
6       MS. WAGSTAFF:  You keep calling
7   it the 2018 study.  I don't know if you
8   mean to be doing that.
9       MR. LASKER:  It's going to be
10  published in 2018, so.
11      Q.  There are, in fact, significantly
12  more NHL cases with exposure to glyphosate
13  in the 2018 NCI study than there are in all
14  of the case control studies of glyphosate
15  in Non-Hodgkins lymphoma combined, correct?
16      A.  I wouldn't know.
17      Q.  Well, let's again, just to
18  refresh your recollection and continue with
19  your expert report, look at, for example,
20  the DeRoos -- I'm sorry, the McDuffie
21  study -- and that's on page 14 of your
22  initial report.  You can turn to page 14.
23      A.  14?
24      Q.  The McDuffie paper, if you look,
25  starting at line 5 of your description of

Page 19

1   that report with respect to Non-Hodgkins
2   lymphoma, McDuffie, the McDuffie study
3   looked at 51 exposed cases with
4   Non-Hodgkins lymphoma, correct?
5       A.  Yes.
6       Q.  And you would agree -- let me
7   strike that.
8       For the 2018 NCI study, there
9   were 440 cases of Non-Hodgkins lymphoma
10  with exposures to glyphosate, correct?
11      A.  You are talking about in the
12  ever/never --
13      Q.  Sure, if you can look on desk --
14  look at the 2018 study and particularly it
15  at table 2, which is on page 5.  There is
16  the breakdown of Non-Hodgkins lymphoma for
17  never exposure and the four quadrants of
18  exposure, correct?
19      A.  Yes.
20      Q.  And we have 135 cases of
21  Non-Hodgkins lymphoma out of the 575 that
22  had no exposure, correct?
23      A.  Yes.
24      Q.  Which means we have 440 cases of
25  Non-Hodgkins lymphoma with exposure to

Page 20

1   glyphosate-based herbicides in that study,
2   correct?
3       A.  Yes.
4       Q.  And you would agree that 440
5   exposed NHL cases provides enough power to
6   address statistically the question whether
7   glyphosate-based herbicide exposure is
8   associated with Non-Hodgkins lymphoma,
9   correct?
10      A.  Can you state that question
11  again?
12      Q.  Sure.  You would agree that with
13  440 exposed NHL cases, the 2018 NCI study
14  has enough power, statistically, to address
15  the question whether glyphosate exposure is
16  associated with Non-Hodgkins lymphoma,
17  correct?
18      A.  I would not be able to know
19  without doing a power analysis as to
20  whether it could exclude a risk ratio of
21  1.3 or 1.4.  So I don't have any sense of
22  that.
23      Q.  OK.  Let's mark as 26-3, this is
24  testimony that you provided in connection
25  with the Actos litigation and I'll direct

Page 21

1   to you certain page.
2       (Exhibit 26-3, Deposition
3   Transcript of Alfred Neugut dated
4   March 12, 2013 marked for
5   identification, as of this date.).
6       Q.  And if you look at the first page
7   of this transcript, you will see this is
8   testimony that you provided in court during
9   the trial of Jack Cooper.  Do you see that?
10      A.  Yes.
11      Q.  And on page 46, --
12      A.  41?
13      Q.  46.  So there is four pages on a
14  page, so it's actually on the top right of
15  each of the four squares, you will see the
16  number.
17      So if you go to page 46 of that
18  testimony.
19      A.  Yes.
20      Q.  Here, you are answering questions
21  from plaintiff's counsel who is also
22  plaintiff's counsel in this litigation,
23  Mr. Miller, correct?
24      A.  Yes.
25      Q.  And you are looking, talking

1  about a study, a cohort study that in this
2  case was looking at bladder cancer and
3  exposure to Actos, correct?
4      A.   Yes.  Yes.
5      Q.   In that case you were talking
6  about a study with 470 people with bladder
7  cancer.  And that, I take it, was either
8  who had exposure to Actos or who did not,
9  correct?
10     A.   I don't recollect, but I assume
11 it was talking about exposure to Actos,
12 yes.
13          MS. WAGSTAFF:  I will object to
14     taking snippet of testimony out of
15     context of the entire litigation.
16     Q.   And with respect to the Actos
17 litigation, in response to a question by
18 plaintiff's counsel, you testified that 470
19 exposed cases gave you a reasonable shot of
20 having statistical power to really address
21 the question that we are all interested in,
22 correct?
23     A.   There, we were talking about -- I
24 don't know what the risk ratios were that
25 were being discussed in my recollection at

1  this time at the time.
2          I mean, if one wants to know how
3  much statistical power there is, one has to
4  do a formal -- or one should do a formal
5  statistical analysis to be able to
6  determine that.  The size of the cohort is
7  really not the issue.  115,000 people is
8  really irrelevant or whether it is 50,000
9  people.
10          You're correct in talking about
11 the number of exposed cases.  It's the end
12 number of end points.  But again, I can't
13 ascertain -- and it also depends on the
14 exposure -- on how many are -- how many
15 unexposed there are, et cetera.
16          So I have no idea if we are
17 talking about risk ratios of 1.3 or 1.4 or
18 1.5, I have no idea how many cases one
19 would need to have enough statistical power
20 to address the issue and whether the study
21 was large enough to ascertain that.
22     Q.   You had not done any analysis
23 then to determine whether or not the 440
24 exposed NHL cases in the 2018 NCI Study
25 provides power sufficient to detect a rate

1  ratio of 1.3, or 1.4?
2      A.   So I did not do it up front and I
3  don't know if the -- I don't know if the
4  investigators did it either.  I don't
5  recall seeing it in the -- I don't recall
6  seeing it in the publication.  It's not
7  mentioned, to my recollection.
8          You could look through the paper
9  and see.  I don't recall seeing it in --
10 usually it is put in the methods section if
11 it's done and I don't recall seeing it in
12 the methods section either.
13     Q.   Have you done any power analyses
14 for glyphosate epidemiology to determine
15 the relative strength of studies with
16 respect to power to detect increased or --
17 association?
18     A.   Sure.  And usually the -- OK.
19 I'll let it go then.
20     Q.   The -- I think, as you mentioned,
21 the issue that you look at is the number of
22 exposed cases with Non-Hodgkins lymphoma?
23     A.   As compared to the controls.  I
24 mean both numbers are relevant.
25     Q.   Now, the 12 investigators that

1  published the 2018 NCI study, in their
2  abstract of the paper, conclude, in their
3  conclusion statement, "In this large
4  prospective cohort study, no association
5  was apparent between glyphosate and any
6  solid tumors or lymphoid malignancies
7  overall including NHL and its subtypes."
8          Did I read that correctly?
9      A.   Yes.
10     Q.   And in the conclusion section in
11 the text of their study, on page 712, the
12 investigators state, "Again, in our study,
13 we observe no associations between
14 glyphosate use and NHL overall or any of
15 its subtypes."
16          Correct?
17     A.   I'm not seeing where you're
18 reading, I'm sorry.
19     Q.   It's up on the screen as well,
20 but it's on page 7 and it is the first
21 column.  And the 12 investigators --
22     A.   Oh, I see.
23     Q.   -- in this paper state, "In our
24 study, we observed no associations between
25 glyphosate use and Non-Hodgkins lymphoma

Page 26

1    overall or any of its subtypes."  Correct?
2       A.   Yes.
3       Q.   They further state that this lack
4    of association was consistent for both
5    exposure metrics -- and that's intensity
6    weighted, cumulative days of exposure, and
7    separately, cumulative days of exposure,
8    correct?
9       A.   Yes.
10      Q.   The lack of association was also
11   consistent for unlagged and lagged analyses
12   looking at different periods of time of
13   exposure, correct?
14      A.   Yes.
15      Q.   And it was -- the lack of
16   association was also consistent after --
17   consistent after further adjustments for
18   pesticides linked to NHL in previous
19   analyses, correct?
20      A.   Yes.
21      Q.   And the lack of association was
22   also found when they excluded multiple
23   myeloma from the Non-Hodgkins lymphoma
24   grouping, correct?
25      A.   Yes.

Page 27

1       Q.   This statement by the
2    investigators accurately reports the
3    reported findings of the 2018 NCI study
4    with respect to glyphosate and Non-Hodgkins
5    lymphoma, correct?
6          MS. WAGSTAFF:  Object to form.
7       A.   It reports what they reported.
8       Q.   And this statement of the study
9    findings was accepted by the Journal of
10   National Cancer Institute after independent
11   peer review, correct?
12      A.   It's what was published.  I don't
13   believe the Journal of the National Cancer
14   Institute would claim infallibility or that
15   every study it publishes is totally
16   accurate or correct.
17      Q.   I understand.  But the statement
18   of the study's findings that there was no
19   association between glyphosate-based
20   herbicides and Non-Hodgkins lymphoma,
21   looking at it from all these different
22   angles, that statement was accepted by the
23   Journal of National Cancer Institute to be
24   published in its journal after independent
25   peer review, correct?

Page 28

1          MS. WAGSTAFF:  Objection, asked
2    and answered.
3       A.   Yes.
4       Q.   Let's look at the rate ratios
5    that were reported in the study for
6    Non-Hodgkins lymphoma and we will look back
7    again to table 2, and this is on page 5.
8    We can go down a little bit and look at
9    this one a little closer.
10         Table 2 is setting forth a
11   finding -- are you OK?
12      A.   Sorry.
13      Q.   Table 2 sets forth the findings
14   from the 2018 NCI Study based upon
15   intensity weighted cumulative days of
16   exposure, correct?
17      A.   Yes.
18      Q.   And as you mentioned earlier, the
19   first category, the "none" in this table
20   would be "never" exposure, correct?  For --
21   and we will look specifically -- there is a
22   number of different cancers here, but let's
23   look at Non-Hodgkins lymphoma.
24         So we have 135 cases which would
25   be in the never exposure category, correct?

Page 29

1       A.   Um-hm, yes.
2       Q.   And then we have four categories
3    that would make up in aggregate those
4    people who had exposure or were considered
5    "ever" exposure to glyphosate, correct?
6       A.   Yes.
7       Q.   And the never/ever rate ratio for
8    Non-Hodgkins lymphoma and glyphosate
9    exposure in the 2018 study, NCI Study would
10   be approximately 0.85, correct?
11      A.   In that ballpark.  I don't recall
12   the exact number, but it was around that.
13      Q.   The -- when we talk about
14   intensity weighted exposure, let's define
15   that or let's let the investigators of --
16   the NIH investigators explain clearly what
17   that means.
18         On page 2 of the Andreotti study,
19   they explained, and it is on the second
20   column towards the top, they explain how
21   the intensity score was derived for the
22   purposes of their analysis, correct?
23      A.   We are now on page 2 on the top
24   of the second column?
25      Q.   Yes, and you can see on the

Page 30

1    screen where I'm pointing.
2        A.   OK.  Yes.
3        Q.   And the intensity score was
4    derived from an algorithm first based on
5    literature-based measurement --
6    literature-based measurements, correct?
7        A.   Yes.
8        Q.   And also on information provided
9    by the applicator, specifically whether the
10   participant mixed or applied pesticides,
11   correct?
12       A.   Yes.
13       Q.   Whether the applicator repaired
14   pesticide-related equipment, correct?
15       A.   Yes.
16       Q.   Whether the applicator used
17   personal protective equipment, correct?
18       A.   Yes.
19       Q.   And what application method was
20   used by the applicator, correct?
21       A.   Yes.
22       Q.   And going back now to table 2, on
23   page 5, and the findings for Non-Hodgkins
24   lymphoma are in the 2018 NCI Study, the NIH
25   scientists reported that there was a lower

Page 31

1    incidence of Non-Hodgkins lymphoma in each
2    of the four different levels of glyphosate
3    exposure groups as compared to no exposure,
4    correct?
5            MS. WAGSTAFF:  Object to form.
6        A.   Not a low incidence.
7        Q.   I didn't say -- a lower
8    incidence.  Let me repeat the question.
9            The NHL scientists reported there
10   was a lower incidence of Non-Hodgkins
11   lymphoma in each of the glyphosate-exposed
12   groups than there was in the group with no
13   glyphosate exposure, correct?
14       A.   Yes.
15       Q.   Based upon -- OK.  And the NCI
16   Study also found no evidence of a dose
17   response for glyphosate intensity-weighted
18   days of exposure for Non-Hodgkins lymphoma
19   or any Non-Hodgkins lymphoma subtype,
20   correct?
21       A.   Correct.
22       Q.   The 2018 study also found no
23   evidence of a dose response and this is in
24   one of the supplemental tables, table 2 --
25   I'm sorry, table 1.  So if we go to the

Page 32

1    first supplemental table, it's in your --
2        A.   Do I have that?
3        Q.   Yes, keep turning the pages,
4    you'll get past the references and then
5    there will be a first supplemental table,
6    table 1.  Do you see that?
7        A.   Yes.
8        Q.   This is the second exposure
9    method, correct?  Cumulative days?  This is
10   measuring for cumulative days, correct?
11       A.   Yes.
12       Q.   And if you look at the dose
13   response analysis for Non-Hodgkins lymphoma
14   by the separate exposure metrics, again,
15   there is no evidence of a dose response for
16   glyphosate-based herbicide exposure and
17   Non-Hodgkins lymphoma or any of its
18   subtypes, correct?
19           MS. WAGSTAFF:  Object to form.
20       A.   Correct.
21       Q.   And the 2018 NCI Study also found
22   no evidence of an association between
23   exposure to glyphosate-based herbicides and
24   Non-Hodgkins lymphoma when they limited
25   their analysis to different periods of time

Page 33

1    of exposure, correct?
2            MS. WAGSTAFF:  Object to form.
3        A.   Can you clarify that?
4        Q.   So -- sure.  The NCI, the 2018
5    NCI Study conducted various lag analyses
6    looking at exposures in different periods
7    of time to glyphosate-based herbicides,
8    correct?
9        A.   Yes.
10       Q.   And each of those time periods
11   that they looked at for exposure, they did
12   not find evidence of an association between
13   glyphosate-based herbicides and
14   Non-Hodgkins lymphoma, right?
15       A.   Right.
16           MS. WAGSTAFF:  Object to form.
17       Q.   Some of these -- for example, the
18   12 NIH investigators looked to see whether
19   there was any association between
20   glyphosate-based herbicides and
21   Non-Hodgkins lymphoma if they limited their
22   analyses to exposures that occurred either
23   15 years before or 20 years before their
24   diagnosis with Non-Hodgkins lymphoma,
25   correct?

Page 34

1    A.   Can you repeat that question. I
2  am sorry.
3    Q.   Sure. The NIH scientists who
4  conducted the 2018 NCI study looked to see
5  if there was any association between
6  glyphosate-based herbicides and
7  Non-Hodgkins lymphoma if they limited their
8  analyses to exposures that took place
9  either 15 years before or 20 years before
10  either the end of the follow-up period or
11  the date of diagnosis, correct?
12    A.   Yes.
13    Q.   So each of those analyses look at
14  exposures to glyphosate that date back
15  before the introduction of RoundUp Ready
16  crops, correct?
17         MS. WAGSTAFF:  Object to form.
18         Answer if you know.
19    A.   So the lagging took out the cases
20  that occurred during specific time frames
21  after the exposure was measured.
22    Q.   So the lagging, if I understand
23  correctly, and correct me if I am wrong,
24  for the 15-year lag -- let's start the
25  20-year lag.  It's easier math.

Page 35

1       The 20-year lag, you are looking
2  at the exposure that took place at least 20
3  years prior to the end of the follow-up
4  period which is 2012 or 2013, correct?
5    A.   I haven't thought about it in
6  that way before, but let me think about it
7  for a moment.
8       Yes.
9    Q.   And then when the 2018 NCI Study
10  looked at exposures dating back to that
11  period prior to the introduction of RoundUp
12  Ready crops, there was no evidence of an
13  association from that glyphosate-based
14  exposure and nonHodgkins lymphoma, correct?
15         MS. WAGSTAFF:  Object to form.
16         Answer if you know.
17    A.   Correct.
18    Q.   The NIH scientists also looked to
19  see if there was any association between
20  glyphosate-based herbicides and
21  Non-Hodgkins lymphoma if they included
22  exposures that occurred either within five
23  years or within ten years of the end of the
24  study period of 2012, 2013, correct?
25    A.   Yes.

Page 36

1    Q.   That analysis would then look at
2  glyphosate-based herbicide exposure
3  following the introduction of RoundUp Ready
4  crops, correct?
5    A.   Yes.
6    Q.   There was no evidence, in the
7  2018 NCI Study, of an association between
8  Non-Hodgkins lymphoma and glyphosate-based
9  herbicide exposure subsequent to the
10  introduction of RoundUp Ready crops,
11  correct?
12         MS. WAGSTAFF:  Object to form.
13    A.   Yes.
14    Q.   In fact, the rate ratios for
15  Non-Hodgkins lymphoma for the highest dose
16  of exposure were even lower when they
17  included exposures that occurred during the
18  period after the introduction of RoundUp
19  Ready crops, correct?
20    A.   I don't know offhand.
21    Q.   If you look at, again, table --
22  why don't we look at table 3 in this
23  analysis, and this is on page 6.  You've
24  reviewed all these tables, of course,
25  before today, right?

Page 37

1    A.   Of course.
2    Q.   So table 3 in the 2018 NCI Study
3  has lag analyses that look at those two
4  time periods, five-year lag, which would
5  include exposures after the introduction of
6  RoundUp Ready crops, and the 20-year lag,
7  which would be limited to exposures prior
8  to the introduction of RoundUp Ready crops
9  and for Non-Hodgkins lymphoma, the
10  incidence of glyphosate -- I'm sorry, the
11  incidence of Non-Hodgkins lymphoma, the
12  highest exposure level after the
13  introduction of RoundUp Ready crops was
14  even lower than it was prior to the
15  introduction of RoundUp Ready crops,
16  correct?
17    A.   Which number are you referring
18  to?
19    Q.   So the highest exposure would be
20  quadrant 4, correct?
21    A.   You are talking about 0.87?
22    Q.   0.87, correct?
23    A.   Yeah.
24    Q.   In your supplemental expert
25  report, you state that there is -- this is

1  at -- I guess we should mark this. We
2  didn't mark this yet.
3      MS. WAGSTAFF: What table is that
4  there?
5      MR. LASKER: Table 3.
6      MS. WAGSTAFF: Oh, from the
7  supplemental.
8      Q. So let's mark your supplemental
9  expert report as 26-4.
10     (Exhibit 26-4, Supplemental
11     Expert Report of Alfred Neugut marked
12     for identification, as of this date.)
13     Q. Dr. Neugut, at page 11 in your
14  supplemental expert report, you discuss a
15  relative risk, what you describe as a --
16  this is the bottom of the page, a modest
17  relative risk of 1.3 to 1.4 for ever/never
18  use of glyphosate. Do you see that?
19     A. Yes.
20     Q. And this modest relative risk of
21  1.3 to 1.4 is the number that you obtained
22  from the metanalyses that were conducted of
23  the glyphosate epidemiologic literature
24  back in 2015, correct?
25     A. Yes.

1      Q. You would agree that an updated
2  metanalysis of the current body of
3  epidemiologic data on glyphosate and
4  Non-Hodgkins lymphoma would result in a
5  lower relative risk, correct?
6      MS. WAGSTAFF: Object to form.
7      A. No.
8      Q. The 2015 metanalysis included the
9  DeRoos 2005 analysis of the Agricultural
10  Health Study cohort, correct?
11     A. Yes.
12     Q. And that analysis, which was, as
13  we already discussed, with a smaller number
14  of cases reported an ever/never rate ratio
15  of 1.1, correct?
16     A. I don't recall the figure, but
17  I'll take your word for it.
18     Q. An updated metanalysis, if it
19  were to include the 2018 NCI journal study,
20  would substitute the 2005 analysis with a
21  larger study that has a lower ever/never
22  rate ratio, correct?
23     MS. WAGSTAFF: Object to form.
24     A. I wouldn't necessarily concur
25  that the JNCI study should be amalgamated

1  into a metanalysis.
2      Q. I understand that. Let me ask
3  the question this way: If the 2018 NCI
4  Journal of National Cancer Institute study
5  was included in the metanalysis -- when
6  we've discussed previously how that
7  metanalysis -- the methodology that was
8  used for that metanalysis, if the 2018
9  Journal of National Cancer Institute study
10  was included in the metanalysis, the
11  relative risk would be lower than reported
12  in the 2015 metanalyses, correct?
13     MS. WAGSTAFF: Objection. The
14     witness has stated that he does not
15     believe it should be included.
16     A. So I mean, again, if -- the I
17  mean, the first part in doing a metanalysis
18  is to evaluate the quality of the study,
19  and if I don't think the quality of the
20  study merits inclusion, I wouldn't concur
21  that it should be included.
22     If you want to include a study
23  that I don't think should be included and
24  get a result that I don't think is
25  accurate, then you can get any conclusion

1  you like.
2      Q. I understand that. I want to
3  separate this out though to make sure I
4  understand the math.
5      If the 2018 NCI Study results are
6  included in the metanalysis, that would
7  result in a lower relative risk than is
8  reported in the metanalyses that you rely
9  upon, correct?
10     MS. WAGSTAFF: Objection, asked
11     and answered three times.
12     THE WITNESS: Am I supposed to
13     answer?
14     Q. Yes.
15     A. I wouldn't really know.
16     Q. So is it my understanding then
17  that you cannot determine whether replacing
18  a study that reported a 1.1 rate ratio with
19  92 cases with a study with 0.85 rate ratio
20  with 575 cases, you're not able to
21  determine, sitting here, whether that would
22  lower the meta-relative risk?
23     MS. WAGSTAFF: Objection, asked
24     and answered, and the doctor has said
25     he does not believe it should be

Page 42

1  included which is why he doesn't know.
2      Q.   It is still a fairly simple
3  mathematical issue thought, isn't it,
4  Dr. Neugut?
5      MS. WAGSTAFF:  Objection,
6  argumentative.
7      Q.   This is not complicated math, is
8  it?
9      A.   Clearly, if it were included,
10 incorrectly included, it would give you an
11 incorrect -- it would incorrectly obviate
12 the elevated risk.
13     Q.   The meta-relative risk would be
14 lower, correct?
15     A.   Yes.
16     Q.   Let me show you an expert report
17 that has been prepared by Monsanto's
18 experts, supplemental report by Dr. Mucci.
19     MS. WAGSTAFF:  Are you marking it
20 as exhibit?
21     MR. LASKER:  Yes.
22     MS. WAGSTAFF:  So I think it is
23 26-5.
24     (Exhibit 26-5, Supplemental
25 Expert Report of Lorelei Mucci marked

Page 43

1  for identification, as of this date.)
2      Q.   Dr. Mucci, in her expert report,
3  provides her calculations of a
4  meta-relative risk based on the current
5  available epidemiologic data of
6  glyphosate-based herbicides and
7  Non-Hodgkins lymphoma.
8      Now, I understand that you have
9  disagreements to which studies you would
10 include in a metanalysis.  But let me ask
11 you first, Dr. Mucci, in her metanalysis of
12 the epidemiologic literature, which
13 includes the 2018 NCI Study, the North
14 American Pooled Project, the Eriksson study
15 and Orsi study, she calculates a
16 meta-relative risk for glyphosate-based
17 herbicide and Non-Hodgkins lymphoma of 0.9.
18     Did I read that correctly?
19     A.   Yes.
20     Q.   Do you have any reason to believe
21 that Dr. Mucci, using the studies that she
22 used, calculated this meta-relative risk
23 figure 0.9 incorrectly?
24     A.   I don't know Dr. Mucci, so I
25 don't have any reason to believe or not

Page 44

1  believe her.
2      Q.   OK, well, you're looking at the
3  data though.  It is not really an issue of
4  Dr. Mucci itself or herself or what you
5  know about her.
6      But looking at Dr. Mucci's
7  analyses, and again, do you have any reason
8  to believe that the calculation of the
9  meta-relative risk, the mathematical
10 calculation of 0.9 is incorrect?
11     MS. WAGSTAFF:  Objection,
12 Dr. Neugut has already testified that
13 he doesn't believe that the 2017 AHS
14 study should be included in
15 metanalysis?
16     A.   I mean, actually, based on her
17 analysis, we should all be taking RoundUp
18 to protect us against Non-Hodgkins
19 lymphoma.
20     Q.   Is it your determination she
21 decided there was a statistically
22 significant decreased risk of Non-Hodgkins
23 lymphoma?
24     MS. WAGSTAFF:  Objection --
25     A.   Just missing it.

Page 45

1      Q.   So do you have any reason to
2  believe, looking at the numbers that
3  Dr. Mucci reports for the four
4  epidemiological studies that she used in
5  her analysis -- again, the 2018NCI study,
6  the North American Pooled Project study,
7  the Eriksson study and the Orsi study -- do
8  you have any reason to believe that her
9  calculation of a meta-relative risk of 0.9
10 is incorrect?
11     A.   No.
12     MS. WAGSTAFF:  Objection, also,
13 Dr. Neugut testified in his first
14 deposition that he wasn't relying on
15 the NAPP study.
16     MR. LASKER:  OK.  I'm going to
17 give you some leeway with your
18 objections, but these are not
19 objections now.  These are just
20 testimony and that is not proper.
21     You can object to form,
22 certainly, but objections that include
23 substantive information is not
24 appropriate for an objection.
25     MS. WAGSTAFF:  I will remind

1  counsel that plaintiffs actually tried
2  to get an order where we limited
3  objections to form that was strenuously
4  objected to by Monsanto.  So -- and
5  applied by the court so I will take
6  heed to your request, and I think that
7  everything I've said is completely
8  appropriate.
9      Q.   OK.  Dr. Neugut --
10     A.   I would say that I don't know the
11  NAPP study.  So if that's a significant
12  part of this, I'm not testifying on the
13  NAPP study or its inclusion or
14  noninclusion.  So if that's playing a
15  significant role here, I'm not prepared
16  or -- to talk about that.
17     Q.   And I was going to get to this
18  question later, but I'll ask you now, but I
19  think it is clear from the record, am I
20  correct in my understanding that you still
21  have not reviewed the NAPP study?
22     A.   It's not a peer-reviewed
23  publication.
24     Q.   OK, I need the record -- an
25  answer for the record.  Am I correct in my

1  understanding that you have not reviewed
2  the NAPP study?
3      A.   Correct.
4      Q.   Dr. Neugut, do you believe that
5  the 2018 NCI Study strengthens or weakens
6  the epidemiological evidence in support of
7  your opinion of an association between
8  glyphosate-based herbicides and
9  Non-Hodgkins lymphoma?
10     A.   I think it is noncontributory.
11     Q.   So am I correct in my
12  understanding that you do not believe that
13  the 2018 NCI Study provides evidence at all
14  with respect to with whether there is an
15  association between glyphosate-based
16  herbicides and Non-Hodgkins lymphoma?
17     A.   Yes.
18     Q.   Now, in your initial report, --
19  and this is discussing the AHS cohort, so
20  it is still part of this, the same cohort
21  that we are studying, but I want to make
22  sure I understand which of your opinions
23  extend to the 2018 NCI Study.  So let's
24  look back -- we -- you still have a copy of
25  your original expert report, correct?

1      A.   I'm sorry, which exhibit?
2      Q.   Your initial expert report.  I
3  don't know if we have marked it.  We can if
4  you want.
5      A.   We are talking about my original
6  report from way back when?
7      Q.   Right.
8      A.   Yup.
9      Q.   So at page 12 of your initial
10  expert report, you're talking about
11  criticisms that you had of the previous
12  published analysis of the AHS cohort which
13  was the 2005 DeRoos publication, correct?
14     A.   Yes.
15     Q.   The first criticism you had of
16  the DeRoos 2005 study which is, again, on
17  page 12 of your initial expert report, you
18  stated that the investigators would need to
19  follow the AHS cohort for a much longer
20  period of time in order to adequately
21  evaluate cancer and specifically NHL risk
22  from glyphosate exposure, correct?
23     A.   Yes.
24     Q.   The 2018 NCI Study includes
25  either 11 or 12 more years of follow-up of

1  cancer outcomes in the AHS cohort, correct?
2      A.   Yes.
3      Q.   The second criticism that you
4  made of the DeRoos 2005 study in your
5  initial expert report was for its alleged
6  failure to look at different dates of
7  exposure to assess the disease latency
8  period for Non-Hodgkins lymphoma, correct?
9      A.   Yes.
10     Q.   And as you have already
11  testified -- as you have already testified
12  today, the 2018 NCI Study does conduct
13  analyses and provide rate ratios for
14  different time periods or lagged periods of
15  exposure to assess disease latency,
16  correct?
17     A.   Yes.
18     Q.   The third criticism that you had
19  of the 2005 AHS study dealt with the issue
20  of potential confounding from other
21  pesticides.  And I -- I'm -- I think your
22  testimony on that was pretty clear from the
23  first deposition, so I'm going to jump over
24  that one for now and talk about --
25       MS. WAGSTAFF:  Object to form.

Page 50

1    Q.   The fourth criticism you had
2  which is nondifferential exposure and
3  misclassification, correct?
4    A.   OK.
5    Q.   That is the issue that you focus
6  on in connection with your analysis also of
7  the 2018 NCI Study, correct?
8    A.   Yes.
9    Q.   So let's talk about those
10  criticisms and you can put away your old --
11  your prior expert report.
12        If I understand correctly, the
13  focus of your criticisms of the 2018
14  National Cancer Institute is a possibility
15  of misclassification of exposures, correct?
16        MS. WAGSTAFF:  Object to form.
17    A.   Yes.
18    Q.   And you note in your supplemental
19  expert report that the NIH investigators
20  who conducted the 2018 NCI Study also note
21  the possibility of exposure,
22  misclassification bias in their
23  publication, correct?
24    A.   In which publication?
25    Q.   In the 2018 NCI Study?

Page 51

1    A.   Actually, I reread it and I'm not
2  sure that they do.
3    Q.   Well, let's look at what you have
4  stated in your expert report.  And this, I
5  believe, is on page 7 of your supplemental
6  expert report.
7    A.   My supplemental report?
8    Q.   Yes.  What is that, 26-4?
9    A.   What page are we on?
10    Q.   Page 7.  And at the top of page 7
11  of your supplemental report, you quote --
12  and this is an accurate quote from the 2018
13  NCI journal article, "Despite the specific
14  information provided by the applicators
15  about use of glyphosate, some
16  misclassification of exposure undoubtedly
17  occurred."  Correct?
18    A.   Yes.
19    Q.   And the NIH investigators further
20  state, "Given the prospective design,
21  however, any misclassification should be
22  nondifferential and lead to attenuated risk
23  estimates."
24        Correct?
25    A.   Yes.

Page 52

1    Q.   And you, in your expert report,
2  raise a number of criticisms of the study
3  design that you believe could have led to
4  such nondifferential exposure,
5  misclassification and attenuation of risk
6  estimates correct?
7    A.   I think I misread the discussion.
8    Q.   Yes.
9    A.   I misread this quotation.
10    Q.   I'm not sure I understand your
11  answer then.  In your expert report --
12    A.   I put it in here and I --
13  rereading the paper, I think I misread what
14  was -- what the paper says.
15    Q.   So let me ask you --
16    A.   So I --
17    Q.   -- separate from the paper?
18    A.   I think this quote -- I think my
19  interpretation of this quote is in error.
20    Q.   Let me ask you separate from the
21  quote.  In your expert report elsewhere,
22  you talk about misclassification of
23  exposure leading to attenuating risk
24  estimates, correct?
25    A.   Yes.

Page 53

1    Q.   And you would also agree that
2  because the 2018 NCI Study is a cohort
3  study in which exposure information was
4  obtained prior to any disease outcome, that
5  any potential exposure misclassification
6  would be nondifferential with respect to
7  disease outcome, correct?
8    A.   So if by that you mean that it is
9  unbiased, the answer is no, I wouldn't
10  necessarily agree.
11    Q.   No, that wasn't my question.  Let
12  me ask my question again.  Because the 2018
13  NCI study --
14    A.   Right, OK, it's nondifferential
15  with regard to disease outcome.  Certainly
16  when the -- if by that you mean that when
17  the exposure measurement was made, no one
18  knew if they were going to get lymphoma --
19    Q.   Right?
20    A.   -- sure.
21    Q.   So just so the record is clear,
22  because I'm reading the question and
23  answer, it's not quite.
24        Am I correct then that the 2018
25  NCI Study, the exposure classification or

Page 54

1 any misclassification would be
2 nondifferential with respect to disease
3 outcome?
4        MS. WAGSTAFF:  Objection, asked
5 and answered.
6      A.   I don't know what that means.
7      Q.   OK.
8      A.   That's a phrase that has no
9 meaning to me.
10     Q.   OK.  So let me try and rephrase
11 to make sure that you can -- that you
12 understand the question.
13        In the 2018 NCI Study, to the
14 extent that there was any exposure
15 misclassification in that study, given the
16 fact that exposure information was obtained
17 prior to knowledge of disease outcome, that
18 misclassification would be nondifferential
19 with respect to disease outcome, correct?
20     A.   You just repeated the question.
21 Again, I don't know what that phrase means.
22     Q.   There is -- do you have any basis
23 to believe that there was any difference in
24 exposure misclassification to the extent
25 that there was exposure misclassification

Page 55

1 that was also associated with whether or
2 not the individual would subsequently get
3 Non-Hodgkins lymphoma?
4      A.   So I will agree that to the
5 degree that when the farmers -- the
6 applicators were answering the questions
7 with regard to their exposures, that
8 whatever biases or whatever errors they
9 were making in terms of -- or whatever
10 answers they were giving in terms of their
11 exposures were independent or unbiased by
12 their knowledge of whether they would
13 subsequently develop cancer or lymphoma or
14 whatever, that's the nature of a cohort
15 study.
16        But that doesn't mean that their
17 answers were unbiased.  Their answers --
18 their exposure measurements would have
19 been -- could have been and were likely
20 biased anyway in other ways which would
21 have then subsequently affected how the
22 subsequent associations would have been
23 determined with regard to their subsequent
24 association with the outcomes.
25        I don't know if that makes sense.

Page 56

1      Q.   Let me start off, explore this
2 and make sure that we can understand each
3 other.
4        When we talk about, for example,
5 recall bias in a case control study, that
6 is --
7      A.   I -- different.
8      Q.   -- a situation where you have a
9 potential misclassification that would lead
10 to a -- that is associated both with
11 exposure information and disease outcome.
12 And that's what we referred to ultimately
13 as a bias that would be differential; it
14 would be pointed in one direction, correct?
15     A.   Well, either direction, but yes.
16     Q.   And that's because we have a
17 situation where the exposure information is
18 tied to the knowledge of the disease and
19 the disease outcome, correct?
20     A.   If it exists, if -- I mean, it
21 doesn't always occur, but when it occurs,
22 yes.
23     Q.   In a cohort study -- and one of
24 the strengths of a cohort study, and I
25 think you mentioned this previously --

Page 57

1 because the -- these subjects of the study
2 do not know whether they're going to get
3 Non-Hodgkins lymphoma downward or not,
4 there is no basis for a -- if there is a
5 misclassification of exposure, if there is
6 an error, that's not going to be linked to
7 whether or not those individuals also
8 sometime in the future get Non-Hodgkins
9 lymphoma, correct?
10        MS. WAGSTAFF:  Object to form.
11     A.   So you don't have recall bias if
12 that's what you're asking, but you have
13 other biases.
14     Q.   Is there any information that you
15 can identify from the 2018 study whereby
16 any misclassification of exposure to
17 glyphosate-based herbicides would be
18 associated with whether or not that
19 individual in the future gets or does not
20 get Non-Hodgkins lymphoma?
21     A.   Repeat the question.
22     Q.   Is there any information that you
23 can identify from the 2018 NCI Study
24 whereby any of the misclassifications of
25 exposure that you discuss would be

Page 58

1    associated with whether or not that
2    individual in the future gets or does not
3    get Non-Hodgkins lymphoma?
4        A.   So you don't need -- there is
5    undoubtedly misclassification error.  Blair
6    reported that at least for other
7    pesticides.  No one ever measured -- no one
8    ever seriously measured it.  So the fact
9    that the investigators, the 12
10   investigators from NIH didn't measure it,
11   or report it, is a limitation.
12       But it's -- there is no such
13   thing as having exposure classification
14   without having misclassification error and
15   almost always, misclassification error is
16   going to be biased by the nature of the
17   beast.
18       When you ask someone how much
19   broccoli do you eat, they give you the
20   wrong answer in how much broccoli they eat.
21   Everyone gives you the wrong answer in how
22   much broccoli they eat.
23       When you ask 50,000 people how
24   much broccoli they eat, you are going to
25   get an error in the end of the day in the

Page 59

1    measurement of broccoli and it's not going
2    to be -- it's not going to average out to
3    the correct answer.  It's going to average
4    out in one direction or the other.  There
5    will be a bias at the end of the day in
6    broccoli.  Maybe everyone will
7    over-estimate how much broccoli they eat
8    because they want to look healthy or there
9    will be a bias one way or the other.
10       You don't need much bias -- you
11   don't need much bias to obviate a modest
12   risk ratio which is what we are talking
13   about here.  That's the problem when we are
14   talking about glyphosate and NHL.
15       I don't need to know how it
16   relates specifically to NHL because the
17   risk -- the problem is you have a
18   negative -- you have a null association.
19   So when you have a null association, you
20   can't assume -- if you had a positive
21   association of 2 or 3, I mean, we live --
22   in epidemiology, we live in a world of
23   error.  We are very tolerant of error.  We
24   love error -- we don't love error.  But we
25   are comfortable with error.  We live in a

Page 60

1    world of error.  But there is a limit to
2    how much error you can tolerate when you're
3    in a world of modest risk ratios, and even
4    a small amount of misclassification error
5    or modest or bias in misclassification
6    error is going to eliminate a small risk
7    ratio.
8        So when you get a null result,
9    you have to be very skeptical of what you
10   find.  And that's where we are finding
11   ourselves here.  You have to be very
12   skeptical of a null finding.
13       If you had a -- in fact, most of
14   this Andreotti paper is actually totally
15   focused on the one positive finding.  I
16   mean, half of the discussion or more is
17   talking about the one positive finding that
18   they have.  Because that's where they are
19   really comfortable talking about it.
20       But when you have a null finding,
21   you have to assume that the -- even the
22   smaller errors eliminated it.  And that
23   it's really due to the smaller errors.  And
24   all the manipulations in the world, all the
25   sensitivity analyses and this and that

Page 61

1    aren't going to make up for the error --
2    for the smaller errors, even the 10
3    percent, 15 percent errors, and that's what
4    I think fundamentally is a problem in the
5    AHS study, on top of all the other
6    problems -- the AHS study has a lot of
7    problems in it.  Each one of which is
8    tolerable.
9        Q.   Dr. Neugut, we are way beyond any
10   question and you actually haven't answered
11   my question so I'm going to ask it again.
12       A.   Please.
13       Q.   The question I asked -- I don't
14   know if you can turn to the question I
15   asked -- was with respect to the exposure
16   misclassification that you believe occurred
17   in the 2018 NCI study, given the fact that
18   that exposure information was obtained
19   prior to the date in which any of the
20   members of the cohort contracted
21   Non-Hodgkins lymphoma or did not, whether
22   or not there was misclassification is not
23   associated with disease outcome, correct?
24       MS. WAGSTAFF:   Objection, asked
25   and answered.

Page 62

1    A.   It wasn't biased by their
2  knowledge of whether they were going to get
3  the disease or not, if that's what your
4  question is.
5    Q.   No, my question was any
6  misclassification that occurred for
7  exposure was nondifferential with respect
8  to disease outcome, correct?
9    A.   No.
10   MS. WAGSTAFF:  Objection.
11   Q.   Is there any reason to believe
12 that individuals who claim that they had
13 exposure to glyphosate were -- or
14 incorrectly claimed that they had exposure
15 to glyphosate were more likely or less
16 likely to get Non-Hodgkins lymphoma than
17 individuals who correctly answered the
18 exposure question?
19   A.   A bias that would have been
20 introduced with regard to exposure
21 classification would have led to some
22 errors in how the association would have
23 subsequently been observed with regard to
24 an outcome.
25   If that's what you're asking,

Page 63

1  then the answer is it would have been -- it
2  would have led to an error in the
3  assessment of the association with NHL.
4    Q.   You understand -- and we talked
5  about this, you talked about this in your
6  expert report -- the issue of these
7  misclassifications biasing and attenuating
8  risk estimates towards the null?
9    A.   I am sorry, you have to --
10   Q.   You have discussed, in your
11 expert report, the possibility of these
12 type of misclassification errors biasing
13 rate ratios towards the null.  Correct?
14   A.   Or beyond the null.
15   Q.   Is there any exposure
16 misclassification you believe occurred that
17 you can explain would have resulted in a
18 bias of the rate ratio away from the null?
19 And if so, if you can explain how.
20   A.   Beyond the null, you mean?
21   Q.   No, away from null.  More distant
22 from the null.
23   A.   You mean to make the rate ratio
24 greater than 1?
25   Q.   Farther from the null in either

Page 64

1  direction.
2    A.   So I don't specifically know the
3  biases that were operating in the
4  agricultural workers when they gave their
5  responses in terms of exposure of their
6  exposure.
7    So I can't specifically say how
8  the errors that occurred in their exposure
9  classification or in their exposure
10 measurement would have affected the
11 measurement of the association with NHL.
12   But biases could either attenuate
13 towards the null, they could attenuate away
14 from the null, or they could attenuate
15 below the null.
16   Q.   Can you identify or can you
17 describe any hypothetical scenario, based
18 upon your review of the 2018 NCI Study, how
19 the exposure misclassification that you
20 opine may have occurred could have biased
21 the reported rate ratios away from the
22 null?
23   MS. WAGSTAFF:  Objection, calls
24 for a hypothetical.
25   A.   Can you define --

Page 65

1    Q.   Farther away from 1?
2    A.   Made it greater than 1?
3    Q.   Made it more distant from 1 in
4  either direction.
5    A.   So when you have the
6  nonresponders, I don't know how the biases
7  in nonresponders might -- who are not
8  appropriately assessed might have biased
9  it.  So there that would have been -- that
10 might have been associated with the
11 occurrence of NHL and I don't know how that
12 might have affected the risk, made it away
13 from the null.  But since here we are
14 seeing -- I'm -- I'm assuming here the most
15 of the errors biased towards the null or --
16 for the most part.
17   Q.   OK.
18   In your expert report, your first
19 criticism of the study was that the NCI
20 Study obtained exposure information through
21 self-reported answers on questionnaires,
22 correct?
23   A.   I'm sorry?
24   Q.   Your first criticism of the NCI
25 Study was in your supplemental expert

Page 66

1    report and this is at page 6 in your
2    report.  Is that the NCI Study used --
3    obtained exposure information through
4    self-reported questionnaires, correct?
5        A.   Yes.
6        Q.   Self-reported questionnaires or
7    obtaining exposure information through
8    self-reported questionnaires is a standard
9    methodology in epidemiological research,
10   correct?
11       A.   Yes.
12       Q.   And you agree that self-report
13   can be reliable depending on the variable
14   which is being evaluated, correct?
15       A.   "Reliable" is a word that has
16   a -- has -- varies in terms of how reliable
17   reliable is.
18           As we were saying earlier, if
19   you're 90 percent valid, you're 10 percent
20   in error and how tolerable -- how tolerable
21   we are to reliability is a question of --
22   is the whole issue in what we are talking
23   about here.
24       Q.   I'm sorry, Dr. Neugut.  I was
25   just quoting your expert report so I

Page 67

1    thought that would be an easy question.
2        MS. WAGSTAFF:  Objection,
3    argumentative.
4        Q.   You state in the indented
5    paragraph, "Self-report can be reliable
6    depending on the variable which is being
7    evaluated."  Correct?
8        A.   Yes.
9        Q.   And you have used self-reported
10   questionnaire exposure data in a large
11   number of your own published studies,
12   correct?
13       A.   Yes.
14       Q.   You have used questionnaire data
15   to examine associations between smoking and
16   various types of cancer, correct?
17       A.   Yes.
18       Q.   And you've used self-reported --
19   strike that.
20           You believe that self-reported
21   questionnaire data on smoking can be
22   reliable for the purposes of epidemiologic
23   research, correct?
24       A.   It depends on the situation.
25       Q.   Certainly for your studies, you

Page 68

1    believed that that was a reliable basis for
2    exposure information, correct?
3        MS. WAGSTAFF:  Object to form.
4        A.   Again, everything depends on the
5    context.
6        Q.   You have used questionnaire data
7    to examine associations between various
8    dietary factors in cancer, correct?
9        A.   Yes.
10       Q.   And you have published those
11   studies in the peer-reviewed literature,
12   correct?
13       A.   Yes.
14       Q.   And in publishing those studies,
15   you believed that the self-reported data on
16   dietary factors was sufficiently reliable
17   for peer-reviewed publication for potential
18   associations between those factors and
19   cancer, correct?
20       A.   Yes.
21       Q.   The NIH scientists who have been
22   examining the Agricultural Health Study
23   have published a number of independent
24   validation studies that sought to measure
25   the reliability of the exposure information

Page 69

1    provided in the questionnaires by the AHS
2    cohort, correct?
3        A.   Yes.
4        Q.   Let me show you --
5        MS. WAGSTAFF:  We should -- it
6    hung up.
7        THE VIDEOGRAPHER:  The time is
8    11:29, we are going off the record.
9        (Recess.)
10       THE VIDEOGRAPHER:  The time is
11   11:31.
12       MR. LASKER:  Let's mark the next
13   document in line, Exhibit 26-6, and the
14   reason we have changed to 26 is we have
15   been informed during the break that
16   that should be the proper numbering
17   scheme.  So all the prior exhibits that
18   had a "25" prefix should be changed to
19   "26."
20       MS. WAGSTAFF:  Yes, and we have
21   asked the court reporter to go back to
22   the record in the final transcript to
23   reflect 26-1 through 5.
24       (Exhibit 26-6, document entitled,
25   "Accuracy of Self-reported Pesticide

18

1    Use Duration Information from Licensed
2    Pesticide Applicators in the
3    Agricultural Health Study" marked for
4    identification, as of this date.)
5        Q.   Dr. Neugut, I have handed you as
6    Exhibit 26-6, an article with the lead
7    author of Jane Hoppin of the National
8    Institute of Environmental Health Studies,
9    entitled Accuracy of Self-reported
10   Pesticide Use Duration Information from
11   Licensed Pesticide Applicators in the
12   Agricultural Health Study."
13       Have you seen this publication
14   before?
15       A.   I don't have a recollection of
16   seeing this particular one, no.
17       Q.   If I could direct you to page
18   2 -- I'm sorry, not page 2.  Page 316,
19   table 2.
20       A.   Table 2?
21       Q.   Yes.
22       A.   And in this analysis, the NIH
23   investigators looked at duration of use
24   information and decade of first use
25   information in the questionnaires for

1    various pesticides.
2        And with respect to glyphosate,
3    which is separately listed on table 2, the
4    NIH investigators found that only one to
5    two percent of the AHS cohort respondents
6    gave inaccurate information on duration of
7    use or decade of first use of
8    glyphosate-based herbicides, correct?
9        MS. WAGSTAFF:  Objection.  The
10       witness has stated he doesn't remember
11       seeing this before.  This is a
12       scientific article that he needs time
13       to read the entire thing to give an
14       accurate answer.
15       Q.   Dr. Neugut, the NIH investigators
16   report that there was either a 1 percent or
17   a 2 percent error in the questionnaire
18   responses for glyphosate exposure for
19   duration of use or decade of first use
20   information, correct?
21       MS. WAGSTAFF:  Same objection.
22       A.   I don't know.
23       Q.   You didn't come across this study
24   in your review of the literature?
25       A.   I don't recall this one.  I don't

1    think I cite it.
2        Q.   Let me show you the final
3    paragraph of this publication.  It's on
4    page 317 of the paper.  Dr. Neugut?
5        A.   Which page?
6        Q.   317.  And the last paragraph
7    starts, "The AHS cohort consists of
8    certified pesticide applicators and their
9    spouses.  As certified pesticide
10   applicators, these subjects are trained
11   with regard to pesticide regulations and
12   are responsible for the purchase and
13   application of chemicals on their
14   property."
15       Did I read that correctly?
16       A.   Um-hm, yes.
17       Q.   The NIH investigators continue to
18   state, "This involvement with pesticide
19   selection and use makes farmers a
20   uniquely -- a unique occupationally-exposed
21   population and suggests why studies of
22   farmers' self-reports indicate the ability
23   to provide high quality data regarding
24   pesticide exposure."
25       Did I read that correctly?

1        MS. WAGSTAFF:  Object to form.
2        A.   Yes.
3        Q.   And this is now -- strike that.
4        If you have not -- and I think
5    we -- this publication also indicates that.
6    You have not reviewed all of the
7    publications that the NIH's investigators
8    have that look at potential accuracy or
9    potential errors in questionnaire responses
10   with respect to glyphosate exposure in that
11   cohort, correct?
12       MS. WAGSTAFF:  Object to form.
13       This is a 2002 publication?
14       A.   I guess I did not.  I don't
15   know -- I can't tell you what I missed.
16       Q.   Given that fact that you don't
17   know which of these publications and which
18   of these analyses you have reviewed, you
19   don't have a basis, sitting here today, to
20   dispute the statement that the NIH
21   investigators made with respect to their
22   conclusions from their analyses as far as
23   the accuracy of the exposure information
24   from the AHS cohort?
25       MS. WAGSTAFF:  Object to form.

1     A.   I believe I cited in my report,
2  reports that I read which cited error rates
3  that I was familiar with or that I came
4  across in my readings and I imagine there
5  are other reports as well have shown
6  misclassification in terms of glyphosate
7  misrepresentation.
8     I mean, does it say -- that they
9  had 99 percent accuracy in the study is --
10  I would need to really read this paper to
11  believe that anyone seriously believes that
12  they had 99 percent validity of
13  measurement.
14     Q.   Sitting here today, you're not in
15  a position to discuss the various analyses
16  that were conducted by the NHS
17  investigators in totality to determine the
18  accuracy of the questionnaire responses on
19  exposure to glyphosate, correct?
20     A.   No, but --
21         MS. WAGSTAFF:  Object to form.
22     A.   I would be highly skeptical if
23  they're going to argue that the
24  self-exposure measurements of glyphosate
25  use was 99 percent accurate.

1     Q.   It's, in fact, one of the reasons
2  that the NIH investigators decided to use a
3  cohort of farmers and pesticide applicators
4  for the purposes of their analysis was
5  because of the information they had that
6  suggested that those individuals would be
7  more likely to have accurate recall of
8  pesticide exposures than individuals in the
9  general population, correct?
10     A.   Yes.
11         MS. WAGSTAFF:  Objection, calls
12  for speculation.
13     Q.   Let me show you a different
14  publication.  And we will mark this as
15  Exhibit 26-7.
16         (Exhibit 26-7 document entitled,
17  "Reliability of Reporting on Lifestyle
18  and Agricultural Factors by Sample of
19  Participants in the Agricultural Health
20  Study from Iowa" marked for
21  identification, as of this date.)
22     Q.   And Dr. Neugut, for the record,
23  this is a publication, also in 2002 in the
24  peer-reviewed literature, lead author,
25  Dr. Blair, "Reliability of Reporting On

1  Lifestyle and Agricultural Factors by a
2  Sample of Participants In the Agricultural
3  Health Study from Iowa," again published in
4  2002.
5         Are you familiar with this
6  publication?
7     A.   I believe this one, I do know.
8     Q.   And in this study, the
9  investigators compared information provided
10  by over 4,000 members of the AHS cohort who
11  provide exposure information in two
12  separate questionnaires, one year apart,
13  correct?
14     A.   Yes.
15     Q.   And the NIH investigators
16  measured the reliability of the
17  questionnaire responses for pesticide
18  exposures by comparing the agreement in the
19  answers from one questionnaire to the next.
20  Correct?
21     A.   Yes.
22     Q.   For glyphosate specifically --
23  and they list this on table 1 on the second
24  page of their publication.  They found for
25  ever/never use, that there was a 82 percent

1  correlation as far as accuracy or
2  consistency in glyphosate exposure
3  information, correct?
4     A.   Yes.
5     Q.   The investigators compared this
6  with the consistency of findings with
7  respect to responses concerning smoking,
8  correct?
9     A.   I don't know that.  But --
10     Q.   Well, if you look at page 96 of
11  the publication, so it's the next page --
12         MS. WAGSTAFF:  Dr. Neugut, if you
13  need to read the entire publication
14  please take the time to do so.
15     Q.   If you look at the second column
16  on 96 the first paragraph, full paragraph,
17  "We also compared response to tobacco use"?
18         MS. WAGSTAFF:  Do you need to
19  take time to read it?
20     A.   Where are you looking.
21     Q.   On the second column in the text
22  right next to table 2, there is the first
23  indented paragraph starting, "We also
24  compared responses..."  Do you see that?
25     A.   Yes.

Page 78

1    Q.   So the NIH investigators compared
2  the consistency of response with respect to
3  glyphosate use with a consistency of
4  response with respect to tobacco use.
5  Correct?
6    A.   Yes.
7    Q.   And the investigators found that
8  that there was the information on
9  ever/never glyphosate use was more
10 consistent than the information on numbers
11 of cigarettes smoked per day in these
12 questionnaires, correct?
13   A.   Yes.
14   Q.   The investigators also found that
15 the answers in the AHS questionnaires on
16 ever/never use of glyphosate was more
17 reliable than the data on alcoholic drinks
18 per day, correct?
19      MS. WAGSTAFF:  Objection,
20 relevance.  There is biases between
21 reporting on cigarettes and alcohol.
22      MR. LASKER:  There is no
23 objection to relevance in a deposition.
24      MS. WAGSTAFF:  I just objected to
25 relevance, so actually there is

Page 79

1  apparently.
2       MR. LASKER:  They aren't proper.
3  I should have stated that differently.
4    Q.   Dr. Neugut, let me ask the
5  question again.
6       The investigators found that the
7  AHS questionnaire responses on ever/never
8  use of glyphosate were more consistent than
9  the answers provided with regard to
10 alcoholic drinks per day, correct?
11   A.   Yes.
12   Q.   The investigators have found that
13 the AHS questionnaire responses with
14 respect to ever/never glyphosate use was
15 almost twice as reliable as the data or the
16 questionnaire responses for vegetable
17 servings per day and fruit servings per
18 day, correct?
19   A.   I don't know if I would
20 characterize it as twice, but it was more
21 reliable.
22   Q.   There was for -- if you go down
23 to the bottom on page 96, with respect to
24 vegetable servings per day and fruit
25 servings per day, continue down that same

Page 80

1  paragraph, there was agreement of 35
2  percent for vegetable servings per day and
3  40 percent for fruit servings per day as
4  compared to 82 percent --
5    A.   I'm sorry, I'm not seeing where
6  you're reading.
7    Q.   Page 96, the very last line of
8  text in that page, second column, they
9  provide the reliability data for vegetable
10 servings per day and fruit servings per
11 day?
12   A.   Um-hm.  Yes.
13   Q.   The reliability of questionnaire
14 responses with respect to vegetable
15 servings per day and fruit servings per
16 day, was less than half of the reliability
17 of the answers with respect the glyphosate
18 ever/never use, correct?
19   A.   Yup.
20   Q.   I'm sorry?
21   A.   Yes.
22   Q.   The two published analyses that
23 we have looked at of the accuracy of the
24 AHS cohort glyphosate exposure data was
25 looking at information that was obtained

Page 81

1  prior to the introduction of RoundUp Ready
2  crops, correct?
3       And if you can look back at the
4  abstract, this information is based on the
5  first questionnaire and then one year apart
6  from that.  So again, the information on
7  reliability here is based upon information
8  provided prior to the introduction of
9  RoundUp Ready crops, correct?
10   A.   Reliability and accuracy are not
11 the same thing.
12   Q.   That -- my question is different.
13      The data that we have been
14 looking at with respect to reliability of
15 questionnaire responses was based upon
16 information in the first questionnaire,
17 provided in the first questionnaire prior
18 to the introduction of RoundUp Ready crops,
19 correct?
20   A.   Yes.
21   Q.   You would expect that the
22 accuracy of glyphosate exposure data in the
23 second AHS survey, after the introduction
24 of RoundUp Ready crops, would be even more
25 reliable, correct?

1    MS. WAGSTAFF:  Object to form.
2    A.   I'm sorry, I didn't follow the
3  question.
4    Q.   Once a farmer begins using
5  RoundUp Ready crops, their ability to
6  recall whether they use RoundUp is pretty
7  straightforward, right?  If they use
8  RoundUp Ready crops, they know they use
9  RoundUp?
10    A.   I really have no basis on which
11  to answer that question.
12    Q.   Are you not aware of the fact
13  that RoundUp Ready crops, if you use
14  RoundUp Ready crops, you would need to use
15  glyphosate on the crops?
16    A.   I understand the concept, but I
17  really have no knowledge of what a farmer
18  does or what a farmer doesn't do and
19  whether they -- what their knowledge or
20  what their behavior would be with regard to
21  knowing about glyphosate use or not.  I
22  would have no basis on which to answer that
23  question.
24    Q.   Do you have any knowledge with
25  respect to the weed management guidelines

1  that farmers use if they're using --
2  growing RoundUp Ready crops?
3    A.   No.
4    Q.   Do you know whether, in fact,
5  farmers who farm RoundUp Ready crops
6  follow guidelines that specify certain
7  times in the year and numbers of times of
8  the year that they should apply RoundUp?
9    A.   I grew up in Brooklyn.
10    Q.   You have no information on that
11  one way or the other?
12    A.   No.
13    Q.   So you do not have any basis to
14  know one way or the other whether
15  individuals who -- farmers who grow RoundUp
16  Ready crops would have more reliable recall
17  with respect to whether they use RoundUp or
18  how they use RoundUp than individuals who
19  don't use RoundUp Ready crops?
20    A.   I don't have any basis on which
21  to -- I would assume that they're -- I mean
22  my assumptions in my report have been
23  simply that the glyphosate usage was
24  altered subsequent to the introduction of
25  these glyphosate-resistant crops.

1    But exactly what impact that
2  would have had specifically on farmer
3  practices or what that means in terms of
4  agricultural practices specifically or how
5  farmers react to that or what their
6  psychological behavior is, I have no -- I
7  would have no basis for knowing that or
8  understanding that or appreciating that.
9    Q.   Starting at the bottom of page 7
10  of your supplemental expert report and
11  continuing through page 11 of your report,
12  you're criticizing the 2018 NCI Study for
13  what you believe is an exposure
14  misclassification issue that arose with
15  respect to the phase 2 questionnaire,
16  correct?
17    A.   You're here -- you're where?
18    Q.   In your supplemental expert
19  report, starting page 7, we are moving
20  forward in your report now, on page 7 to
21  page 11, you're discussing the issues of
22  exposure misclassification that you believe
23  may have occurred in connection with the
24  second phase questionnaire.  Correct?
25    A.   Correct.

1    Q.   And you raise two issues that you
2  believe could lead to exposure
3  misclassification during this period; the
4  increase in glyphosate use after the
5  introduction of RoundUp Ready crops and
6  then the use of an imputation method to
7  derive exposure information during this
8  period for AHS participants who did not
9  respond to the second survey, correct?
10    A.   Yes.
11    Q.   Are there any other issues that
12  you believe led to exposure
13  misclassification during this period?
14    A.   Well, this is on top of the
15  original sin?
16    Q.   We already talked about your
17  views of the questionnaire responses.  But
18  with respect to the issues beyond what we
19  just discussed, dealing with the
20  reliability of questionnaire data
21  generally, are there any other issues
22  besides the increase in glyphosate use
23  after the introduction of RoundUp Ready
24  crops and the use of the imputation method
25  that you believe led to the exposure

Page 86

1   misclassification and --
2       A.   Off the top of my head, I'm not
3   thinking of any.
4       Q.   And you agree that for -- that
5   there were 63 percent of the AHS cohort who
6   provided information on glyphosate exposure
7   both in the Phase 1 questionnaire and in
8   the follow-up questionnaire, second phase
9   questionnaire, correct?
10      A.   Yes.
11      Q.   And aside from the issues that
12  you've raised generally that we've
13  discussed with respect to questionnaires
14  generally, you do not raise any issue with
15  exposure misclassification for that 63
16  percent of the cohort, correct?
17      A.   Again, you will have measured
18  now -- the misclarification error that you
19  had in the baseline questionnaire, you will
20  now have duplicated in the second
21  questionnaire.
22      Q.   I understand and we have talked
23  about the issue of questionnaires
24  generally, but specific to --
25      A.   No.

Page 87

1       Q.   -- your criticisms of the 2018
2   NCI Study --
3       A.   Right.
4       Q.   -- you agree that you don't have
5   any concerns of exposure misclassification
6   with respect to that 63 percent of the
7   cohort, correct?
8       A.   Correct.
9       Q.   And the 2018 NCI Study separately
10  analyzed the risk of Non-Hodgkins lymphoma
11  and glyphosate exposure solely for the
12  34,700 cohort members who answered both the
13  Phase 1 and Phase 2 survey, correct?
14      A.   Yes.
15      Q.   And that separate analysis still
16  included 306 cases of Non-Hodgkins
17  lymphoma, correct?
18      A.   I don't know the number off the
19  top of my head, but I believe you.
20      Q.   And with 306 NHL cases, that
21  analysis would have more than four times
22  the number of NHL cases that were in the
23  2005 DeRoos publication, correct?
24      A.   You mean the original 2005 --
25      Q.   Yes.

Page 88

1       A.   Yes.
2       Q.   There was no association in the
3   2018 NCI Study between exposure to
4   glyphosate-based herbicide and Non-Hodgkins
5   lymphoma in those 34,000 members of the
6   cohort, correct?
7       A.   Correct.
8       Q.   And, in fact, for the highest
9   exposure group, for -- that was 34,700
10  individuals, for glyphosate-based
11  herbicides and Non-Hodgkins lymphoma, there
12  was a rate ratio as compared to no exposure
13  below 1.0 at 0.9, correct?
14      A.   I don't know offhand, but
15  again --
16      Q.   If we can look, I don't want you
17  to be guessing here, page 4, we will put
18  that up, 4.
19      A.   Right now, in the Andreotti
20  study?
21      Q.   Yes, the paper in the Journal of
22  the National Cancer Institute, 2018, and if
23  we are looking at page 4, they provide data
24  for -- if we limit the analysis to 34,698
25  participants who completed both

Page 89

1   questionnaires reducing the total number of
2   cancer cases to 4,699.
3       A.   Which table are you in?
4       Q.   We are in the text on page 4.
5       A.   Yeah.
6       Q.   If you look up, you will see
7   where I am.  Towards the bottom of the
8   column.
9       A.   Oh, I'm sorry, OK.  So --
10      Q.   Right next to "testicular" on the
11  chart.  If you go over and look at the
12  text.
13           The sentence begins, "To evaluate
14  the impact of using imputed exposure data
15  for participants who did not complete the
16  follow-up questionnaire..." do you see
17  that?
18      A.   Yes.
19      Q.   "We limited the analysis to
20  34,698 participants who completed both
21  questionnaires reducing the total number of
22  cancer cases to 4,699.  Do you see that?
23      A.   I didn't see the last part.
24      Q.   "We limited the analysis to
25  34,698 participants who completed both

Page 90

1  questionnaires" --
2     A.   Yes.
3     Q.   -- "reducing the total number of
4  cancer cases to 4,699."  Correct?
5     A.   Reducing total to 4,699.  Right,
6  go ahead.
7     Q.   Glyphosate use was not associated
8  with Non-Hodgkins lymphoma, with 306 total
9  cases and a rate ratio of 0.9 for the
10 highest quartile, quartile 4, correct?
11    A.   Yes.
12    Q.   In your supplemental report at
13 page 10, you discuss two publications that
14 you rely upon as addressing differences
15 between responders and nonresponders in the
16 Phase 1 and Phase 2 survey, one by
17 Montgomery and one by Dr. Rinsky and this
18 is in your supplemental expert report at
19 page 10.
20    A.   Yes.
21    Q.   And in fact, the Rinsky study
22 does not address Phase 2 responders and
23 nonresponders at all, does it?
24    A.   What does it address?
25    Q.   You read the publications.  Is it

Page 91

1  your understanding that the Rinsky paper
2  addressed Phase 2 survey responses?
3     MS. WAGSTAFF:  Do you have a copy
4  of the article you can let him refresh
5  his memory with?
6     MR. LASKER:  After he answers the
7  question, sure.
8     A.   It was my impression that it did.
9  So --
10    Q.   Let's take a look at it.  We will
11 mark this as Exhibit 26-8.
12    (Exhibit 26-8, document entitled,
13 "Assessing the Potential for Bias from
14 Nonresponsive to a Study Follow-Up
15 Interview" marked for identification,
16 as of this date.)
17    Q.   Dr. Neugut, if you look at the
18 abstract, right up front, of the Rinsky
19 publication, they very clearly state that
20 they are looking at information or
21 responses to questionnaires provided in the
22 Phase 3 of the study between 2005 and 2010.
23 Correct?
24    A.   OK.  True.
25    Q.   This publication is irrelevant to

Page 92

1  the 2018 NCI Study because it did not use
2  Phase 3 questionnaire responses, correct?
3     MS. WAGSTAFF:  Object to form.
4     A.   I would not say it's irrelevant.
5  I would say that while it doesn't directly
6  relate to the 37 percent who didn't respond
7  to the second interview, but the
8  characterization of those who are
9  nonresponders as compared to responders is
10 still applicable.
11    Q.   The data that you cite in your
12 expert report with respect to differences
13 in Phase 1, Phase 2 study responses from
14 Rinsky is inaccurate, correct?
15    A.   Is what?
16    Q.   Is inaccurate?
17    MS. WAGSTAFF:  Object to form.
18    Q.   Your characterization of that
19 data?
20    A.   Made a mistake, I made a mistake.
21 But the information is directly relevant to
22 characterizing responders to questionnaires
23 within the AHS study as compared to
24 nonresponders.
25    While you're correct that I made

Page 93

1  a mistake in -- it is really a third
2  interview, but -- that third -- but the
3  characterization of who responds and who
4  doesn't respond is still going to be
5  germane and I'm not -- I'm not directly
6  making any statements or trying to make any
7  points with regard to the specifics of who
8  is a responder and whose not a responder.
9     I'm only giving information with
10 regard to what are the characteristics of
11 those who respond versus those who don't
12 respond and how that may influence the
13 associations that are subsequently
14 observed.
15    Q.   In the Rinsky publication, when
16 they deal with the Phase 3 survey, at page
17 8 and I -- the NIH investigators who
18 published this paper stated again in the
19 second column of page 8 that applying
20 pesticides at enrollment was not strongly
21 associated with responses to the 2005, 2010
22 interview.  That's your understanding of
23 that paper result as well, correct?
24    A.   Yes.
25    Q.   And with respect to disease

Page 94

1 outcomes, that would not be immediately
2 apparent at the time of questionnaire
3 responses, such as cancer, the NIH
4 investigators also were of the view that
5 those disease outcomes would not be
6 associated with response or nonresponse to
7 the questionnaire.  Correct?
8     A.   I'm -- I'm not -- I didn't follow
9 that last point.
10     Q.   OK.  Page 8, the investigators,
11 page 8 of the study, Rinsky and the other
12 NIH investigators concluded that
13 outcomes -- and this is in the second
14 column of the text -- the findings reported
15 here, the first paragraph, about two-thirds
16 of the way down --
17         MS. WAGSTAFF:  What page are you
18 on?
19         MR. LASKER:  Page 8.
20     Q.   The investigators concluded that
21 outcomes that did not have high rates of
22 rapid mortality or disability soon after
23 diagnosis also should not be strongly
24 associated with whether or not there was a
25 response or nonresponse to the

Page 95

1 questionnaire.  Correct?
2     A.   Yes, but that's not germane to
3 our situation.
4     Q.   So is it your testimony that
5 Non-Hodgkins lymphoma has a high rate of
6 mortality and disability soon after
7 diagnosis?
8     A.   What?
9     Q.   Is it your opinion that
10 Non-Hodgkins lymphoma has a high rate of
11 rapid mortality or disability soon after
12 diagnosis?
13     A.   No, but they're looking at lung
14 cancer and bladder cancer where the risk
15 ratios are like 2 and 3 and 4.  We are
16 talking about risk ratios of 1.3 and 1.4.
17 So --
18     Q.   I'm not even sure I'm following
19 what you're saying.  But that is not
20 germane to my question.
21     A.   If they're saying that the degree
22 of bias that's introduced by the
23 nonresponses in this context are not going
24 to have a major influence on the risk
25 ratios, but they're looking at risk ratios

Page 96

1 that are high, not risk ratios that are
2 small.
3     Q.   The Rinsky -- the NIH
4 investigators in their statement, without
5 mention of the issues that you just
6 discussed, because it is not mentioned in
7 their publication, state that selection
8 bias should not strongly influence
9 estimates of the association between
10 farming exposures and many of the
11 self-reported outcomes when analysis was
12 limited to the 2005-2010 interview
13 respondents, correct?
14     A.   Yes.
15     Q.   Now, let's look at the Montgomery
16 paper.
17         (Exhibit 26-9, document entitled
18 "Effects of Self-reported Health
19 Conditions and Pesticide Exposures on a
20 Probability of Follow-up in a
21 Prospective Cohort Study" marked for
22 identification, as of this date.)
23     Q.   This is the second --
24         MS. WAGSTAFF:  What's the time?
25     Q.   Dr. Neugut, this is second

Page 97

1 article that you cite in your supplemental
2 expert report, correct?
3         This is the paper you cite in
4 your expert report?
5         Is this the paper that you cite
6 in your expert report, the Montgomery
7 paper?
8     A.   Oh, yes.
9     Q.   In the abstract in their paper,
10 the Montgomery paper, the NIH investigators
11 in this peer-reviewed publication, state
12 the, "Differences between nonparticipants
13 and participants in the follow-up
14 interviews, the second phase interview were
15 generally small."
16         Did I read that correctly?
17     A.   Yes.
18     Q.   And the NIH investigators further
19 state that, "We did not find significant
20 evidence of selection bias."  Correct?
21     A.   Yes.
22     Q.   And in your expert report --
23         MS. WAGSTAFF:  Objection to
24 completeness.  There is another
25 sentence in the conclusion.

Page 98

1    Q.   -- you disagree with the NIH
2  investigators in their analysis of their
3  findings in the Montgomery paper, correct?
4    A.   Do I?
5    Q.   That's my question.  Let me ask
6  you this:  Do you disagree with the
7  conclusions of the NIH investigators that
8  differences between nonparticipants and
9  participants in the follow-up second phase
10  interview were generally small and that
11  there was not -- they did not find
12  significant evidence of selection bias?
13        MS. WAGSTAFF:  Objection, there
14    is another sentence in the conclusion
15    that should be read for completeness
16    into the record please.
17        MR. LASKER:  If you want to read
18    that in your redirect, that's fine.
19    I'm asking a question about this
20    sentence in the conclusion.
21    A.   I would have to take a look at
22  this for a moment to reorient myself to the
23  paper.  I haven't seen it in a while.
24        MS. WAGSTAFF:  I would request
25    that the full conclusion be read, if

Page 99

1    you are going to ask questions about
2  piecemeal to get sound bites.
3    Q.   Dr. Neugut, the record will
4  reflect that you have been looking at the
5  Montgomery paper now that you cite in your
6  expert report as evidence of what you state
7  are differences in Phase 1 and Phase 2
8  responses, that you have been reading that
9  paper now for three minutes or actually
10  more than that, four minutes of the
11  deposition time.  I asked a simple
12  question.
13    A.   I would say that --
14        MS. WAGSTAFF:  Objection to
15    asking a simple question.
16    A.   -- explicitly mixing or applying
17  pesticides was significantly associated
18  with participation at follow-up with an OR
19  of 0.52.  And it says explicitly,
20  "Characteristics associated with follow-up
21  among applicators."  That's it, it lists here
22  those things that were associated with
23  response and nonresponse which is what I
24  alluded to now --
25    Q.   I will reask my question, because

Page 100

1  I still don't have an answer to that.
2    A.   What is your question?
3    Q.   My question is the investigators,
4  the NIH investigators who conducted this
5  analysis, they stated in their conclusions
6  that differences between nonparticipants
7  and participants in the follow-up
8  interview, "The second phase AHS interview
9  were generally small and we did not general
10  significant evidence of selection bias."
11        My question to you is whether you
12  agree or disagree with the NIH
13  investigators?
14    A.   I think --
15        MS. WAGSTAFF:  Object to form.
16    A.   For the associations that they
17  looked at, that is correct.  But they did
18  not look at glyphosate and NHL.
19    Q.   Then, Dr. Montgomery and his
20  associates, if you look at page 492 of the
21  paper, in the text in the first column, the
22  bottom of the page, states that the
23  incident cancers cases -- that is, cancer
24  cases that developed subsequent to
25  questionnaire responses -- were not

Page 101

1  significantly different from noncancer
2  cases in their probability of follow-up at
3  interview, correct?
4    A.   Yes.
5    Q.   And again, we discussed that
6  before, but that again indicates that there
7  is no bias with respect to responding or
8  nonresponding to the questionnaire that
9  would be associated with cancer outcomes,
10  correct?
11    A.   That is only for what they
12  specifically looked at in this paper, not
13  with regard to either glyphosate and NHL
14  and not specifically in the context of
15  small risk ratios.
16    Q.   Again, that's not really the
17  question I was asking about.  The issue
18  that they raise is that there was no
19  difference with respect to whether a cohort
20  member would respond or not respond to
21  Phase 2 based upon whether or not that
22  individual developed cancer, correct?
23    A.   Yes.
24    Q.   So the question of any
25  differences between whether you respond or

Page 102

1  not respond was not associated with cancer
2  outcomes, correct?
3      A.   Yes.
4      Q.   In fact, if you talk about
5  glyphosate-based herbicide exposure and
6  Non-Hodgkins lymphoma, we know from the
7  analysis we just looked at in the 2018 --
8      A.   I am sorry, you have to talk
9  louder.
10     Q.   We know from the analysis we just
11 looked at in the 2018 NCI Study, only
12 looking at the individuals who responded to
13 Phase 2 and Phase 1, if you recall, they
14 had a 0.9 rate ratio for highest exposure
15 for glyphosate-based herbicides and
16 Non-Hodgkins lymphoma, correct?
17     A.   Yes.
18     Q.   And so we know from that analysis
19 in the 2018 NCI Study, that there was no
20 difference in the rate ratio for
21 Non-Hodgkins lymphoma if we look at
22 individuals who responded to the Phase 2
23 questionnaire versus individuals who did
24 not respond to the Phase 2 questionnaire,
25 correct?

Page 103

1          MS. WAGSTAFF:  Objection,
2  misstates.
3      A.   I don't know that I would
4  characterize it that way.
5      Q.   There was no difference in the
6  findings when they looked at individuals
7  who responded to both Phase 1 and Phase 2
8  as compared to when they looked at the
9  total cohort, correct?
10         MS. WAGSTAFF:  Same objection.
11     A.   You get the same risk ratio.
12     Q.   In your supplemental expert
13 report at page 10, if you raise the
14 possibility of a cohort member who begins
15 using glyphosate after responding to the
16 first question -- this is the first full
17 paragraph on page 10, you raise the
18 possibility of a cohort member who begins
19 using glyphosate after responding to the
20 first questionnaire and does not respond to
21 the second questionnaire and then develops
22 Non-Hodgkins lymphoma, correct?  You
23 discussed that hypothetical situation?
24     A.   Yes.
25     Q.   And you state that this

Page 104

1  individual would be considered an unexposed
2  Non-Hodgkins lymphoma case in the 2018 NCI
3  Study, correct?
4      A.   Yes.
5      Q.   That's not correct, is it?
6      A.   Because --
7      Q.   The NIH investigators actually
8  used an imputation methodology to determine
9  exposure for -- in Phase 2 nonresponders,
10 didn't they?
11     A.   How would they know that he used
12 it?
13     Q.   Let's take a look at the Heltshe
14 publication, and this is Exhibit 26-10.
15         (Exhibit 26-10, document
16     entitled, "Using Multiple Imputation to
17     Assign Pesticide Use for Nonresponders
18     in the Follow-Up Questionnaire" marked
19     for identification, as of this date.)
20     Q.   And you cited the Heltshe
21 publication in your supplemental expert
22 report, correct?
23     A.   Yes.
24     Q.   You're familiar with this paper?
25     A.   Yes.

Page 105

1      Q.   If you look at page 410, the
2  second page of the publication.  The first
3  full paragraph on the left, column
4  starting, "When using pesticide exposure in
5  an analysis, there are several ways to
6  handle missing Phase 2 information."
7          Do you see that?
8      A.   Yes.
9      Q.   And they talk about the
10 possibility of ignoring nonresponse in
11 Phase 2 and implicitly assuming zero
12 pesticide exposure after Phase 1 which
13 would be erroneous for most participants
14 who did not complete the Phase 2
15 questionnaire, correct?
16     A.   Yes.
17     Q.   And that's the scenario, the
18 hypothetical that you were raising in your
19 expert report, correct?
20     A.   Yes.
21     Q.   The whole reason that the NIH
22 investigators instead, using an imputation
23 methodology, was to avoid that outcome,
24 correct?
25     A.   Yes.

1    Q.    And you agree that in using the
2  imputation methodology, there was -- strike
3  that.
4        You agree, and I think you state
5  this in your supplemental report -- you do,
6  at page 11 -- that imputation is frequently
7  used in epidemiologic research for dealing
8  precisely with this same problem in similar
9  circumstances, correct?
10    A.    Yes.
11        MS. WAGSTAFF:  Object to form.
12    Q.    And when -- just to explain how
13  this imputation works, the NIH
14  investigators analyze a wide array of
15  demographic and lifestyle and occupational
16  factors collected in the first
17  questionnaire and they determined which of
18  those factors were associated with
19  glyphosate use during the later time period
20  among the 34,700 cohort members who
21  responded to the second questionnaire.
22  Correct?
23    A.    Yes.
24    Q.    And they then looked at those
25  same variables, demographic, lifestyle and

1  occupation in the first questionnaire
2  responses for those individuals who did not
3  respond to Phase 2, correct?
4    A.    I'm sorry, say the last question
5  again.
6    Q.    The NIH investigators then looked
7  at those same variables, demographic,
8  lifestyle and occupational in the Phase 1
9  questionnaire responses for the individuals
10  who did not respond to Phase 2, correct?
11    A.    Yes.
12    Q.    And that is the method of
13  imputation is that they use all the
14  information that they actually obtained in
15  the Phase 1 questionnaires and in the Phase
16  2 questionnaires that responded to be able
17  to derive information as to whether or not
18  the nonresponders did or did not use
19  glyphosate during that time period,
20  correct?
21    A.    Yes.
22    Q.    There would, through that
23  imputation process for -- for example,
24  individuals -- I'm sorry, strike that.
25        In the individuals who responded

1  to Phase 1 and Phase 2, that 34,700 members
2  of the cohort, there were individuals who
3  had not used glyphosate in Phase 1 who
4  began using glyphosate in Phase 2, correct?
5    A.    Yes.
6    Q.    And through the imputation
7  methodology, the NIH investigators were
8  able to analyze all the various demographic
9  factors that was related with that change
10  in use pattern, correct?
11        MS. WAGSTAFF:  Object to form.
12    Q.    And they used that imputation
13  method also with respect to the
14  nonresponders so that a nonresponder who
15  did not use glyphosate during the Phase 1
16  period but had the similar demographic and
17  lifestyle and occupational variables would
18  be imputed to have used glyphosate in Phase
19  2, correct?
20    A.    Yes.
21    Q.    And in the Heltshe study, the
22  investigators in the very beginning at page
23  409, in the left-hand column, state, and
24  I'm quoting, starting about ten lines down

1  from the top, Introduction, "Multiple
2  imputation was been widely accepted and
3  used to account for missing data in large
4  national surveys and studies including
5  NHANES III, National Assessment of
6  Educational Progress, Children's Mental
7  Health Initiative and the Framingham Heart
8  Study, correct?
9    A.    Yes.
10    Q.    And you agree with that, correct?
11    A.    Yes.
12    Q.    The Heltshe validation study at
13  page 414, in the text in this 2012
14  publication, if you look at the second
15  column in the text about halfway down that
16  column, you see there referencing the
17  Montgomery paper, correct?
18    A.    Yes.
19    Q.    And that's the Montgomery paper
20  we were just discussing, correct?
21    A.    Yes.
22        MS. WAGSTAFF:  Where are you --
23    Q.    Halfway down --
24        MS. WAGSTAFF:  Got it.
25    Q.    And the NIH investigators in the

1   Heltshe paper state that Montgomery, et
2   al., show there is little evidence for
3   selection bias in Phase 2 of the AHS,
4   correct?
5       A.   Yes.
6           MS. WAGSTAFF:  Objection.  Can
7   you read the rest of the sentence
8   please.
9           MR. LASKER:  You can read that in
10  your --
11          MS. WAGSTAFF:  "However, missing
12  at random is an untestable assumption
13  without additional data."
14      Q.   Well, let me ask you that
15  question.  Are you aware of any
16  information, any data that you can point
17  to, that states that any miss -- any of the
18  information in the -- with respect to
19  nonresponse in Phase 2 was missing not at
20  random?
21      A.   Was what?
22      Q.   Missing not at random?
23      A.   Missing --
24      Q.   Not at random?
25          MS. WAGSTAFF:  While he is

1   thinking about that, I would like to
2   read the rest of the sentence.
3           MR. LASKER:  No, no, he can
4   answer the question and then you can do
5   whatever you want.
6       A.   How could there possibly be such
7   evidence?  I mean, since it's not
8   collected.
9       Q.   Are you -- can you point to any
10  information that says if there is any data
11  that's -- with respect to the Phase 2
12  questionnaire nonresponse that's not
13  missing at random?
14      A.   No.
15          MS. WAGSTAFF:  I would like, for
16  the completeness of the record, it
17  says, "Thus, it is possible that
18  nonresponders differed from responders
19  in variables we have not yet measured."
20      Q.   The NIH investigators state --
21  and I believe this is, again, in the
22  abstract of the front of the paper, that
23  the last line -- well, let me see here for
24  a second.  I don't want to direct you to --
25  OK.

1           Actually, let's look at the very
2   end of the paper, page 415, the conclusion.
3   The last sentence of the publication,
4   Heltshe publication, "The NIH investigators
5   conclude that this multiple imputation will
6   allow for bias reduction and improved
7   efficiency in future analyses of the AHS
8   cohort."  Correct?
9       A.   Yes.
10      Q.   And you agree with that, correct?
11      A.   Yes.
12          MS. WAGSTAFF:  Can you tell me
13  where you were reading that?
14          MR. LASKER:  Sorry, the last
15  sentence of the paper.
16      Q.   The NIH investigators also found
17  from their analysis in the Heltshe paper --
18  and just to explain, the way that the
19  Heltshe paper worked is they took the
20  individuals who responded to the first
21  phase questionnaire and then they pulled
22  out 20 percent of those individuals, sort
23  of pretended they hadn't responded, used
24  the imputation methodology to predict what
25  the answers should be, and then compared it

1   to their actual responses, correct?
2       A.   Yes.
3       Q.   And the NIH investigators found
4   when they did this analysis, that the
5   observed and imputed prevalence of
6   pesticide use in the hold-out data set were
7   85.7 percent and 85.3 percent respectfully
8   {sic}, correct?
9       A.   Do I have that written in my
10  report?
11      Q.   I don't think you do, but it is
12  mentioned in the abstract of the Heltshe
13  paper that you are relying upon.  It's
14  right in the abstract.  If you look at the
15  front of the paper or you can try and find
16  it in the paper, but it's in the body of
17  the abstract.
18      A.   They have all sorts of different
19  numbers in the paper itself.  So --
20      Q.   Are you aware of, sitting here
21  today, whether or not, in fact, the Heltshe
22  investigators found that their observed
23  imputed prevalence of pesticide use in the
24  hold-out data set was 85.7 percent and 85.3
25  percent respectfully -- respectively?

1    A.   I didn't -- no, I'm seeing it
2  now.
3    Q.   OK.  So I'm not sure I understand
4  now.  Am I correct that the NIH -- strike
5  that.
6        The NIH investigators concluded
7  that the observed and imputed prevalence of
8  pesticide use in the hold-out data set were
9  85.7 percent and 85.3 percent respectfully,
10  correct -- respectively?
11    A.   Yes.
12      MS. WAGSTAFF:  Are you talking
13  about glyphosate or mixed load?
14      MR. LASKER:  I'm talking about
15  pesticide and it's right in the
16  abstract.  I'll ask the question again.
17    A.   That's for any pesticide use,
18  right.
19    Q.   Just so we are clear, when the
20  investigators use their imputation
21  methodology, they calculated 85.3 percent
22  use of pesticides and then when they looked
23  back at the actual responses in the
24  hold-out set, they found the actual number
25  was 85.7 percent, correct?

1    A.   Yes, for pesticides, correct.
2    Q.   And based upon, if you can look
3  at page 412.  On the left-hand column --
4    A.   412?
5    Q.   412.  And this is how -- under
6  results, imputation assessment, and
7  roughly --
8    A.   I'm sorry, we are in the first
9  column.
10    Q.   First column.  They discuss the
11  fact that in their view, the total
12  pesticide and the reference is total
13  pesticide imputation results indicates that
14  the logistic regression model underpinning
15  the multiple imputation procedure did
16  indeed preserve essential features of the
17  data, correct?
18    A.   I'm not seeing where you're
19  reading.
20    Q.   If you look under imputation
21  assessment, and about eight lines down they
22  state --
23    A.   "This indicates..."
24    Q.   "This indicates that the logistic
25  regression model underpinning the multiple

1  imputation feature, did, indeed, preserve
2  essential features of the data."
3        I read that correctly?
4    A.   Um-hm.  Yes.
5    Q.   And the N -- if you go back to
6  the abstract, in the front of the paper,
7  right after the discussion of total
8  pesticide use of 85.7 and 85.3 percent
9  respectfully -- respectively, the NIH
10  investigators further state that the
11  distribution of prevalence and days per
12  year of use for specific pesticides were
13  similar across observed and imputed in the
14  hold-out sample, correct?
15    A.   Yes.
16    Q.   And then the investigators in
17  this paper calculated a relative error for
18  the imputed ever/never use of 38 specific
19  pesticides, correct?
20    A.   Well, I don't know how many
21  pesticides there were, but many pesticides.
22    Q.   Going back to page 412, in the
23  right column, right above the very bottom
24  of the right column, right above, "Days per
25  year use of specific pesticides."  They

1  state that for only a few -- you see where
2  I am, about five lines up from the bottom?
3    A.   Yes.
4    Q.   "For only a few of the rare
5  pesticides used in Phase 2, does the
6  imputed prevalence differ from the true
7  prevalence by more than 20 percent?"
8        And they identify some pesticides
9  that belong to that category, correct?
10    A.   Yes.
11    Q.   And glyphosate did not differ by
12  more than 20 percent, correct?
13    A.   No.
14    Q.   And then they present that data
15  in figure 2 of their paper which is on page
16  414, and this lists all of the different
17  pesticides that we looked at, correct?
18    A.   Yes.
19    Q.   And the relative error, whether
20  it's more than 20 percent or less than 20
21  percent for all the different pesticides,
22  correct?
23    A.   Yes.
24    Q.   And there are some five
25  pesticides that overstated exposure by

1 maybe four of them by over 20 percent,
2 correct?
3     A.   Yes.
4     Q.   And with respect to glyphosate,
5 and the accuracy of the imputation
6 methodology, glyphosate fell basically in
7 the middle of the pack with respect to how
8 well the imputation methodology worked for
9 individual pesticides, correct?
10         MS. WAGSTAFF:  Object to form,
11 characterization of evidence.
12     A.   I don't know.  I don't know if
13 it's in the middle of the pack.  It is
14 where it is.
15     Q.   Well, there were roughly as many
16 pesticides that had a larger relative error
17 for the imputation methodology as there
18 were pesticides that had a lower relative
19 error, correct?
20         MS. WAGSTAFF:  Same objection.
21     A.   I don't know.
22     Q.   Well, you are looking at the
23 table here.
24         All the pesticides below
25 glyphosate have a greater relative risk,

1 correct?
2     A.   Which is about I'd say about 10.
3     Q.   And the pesticides, again, in the
4 top had a higher relative risk or higher --
5 I'm sorry, relative error than glyphosate,
6 correct?
7     A.   Had a better relative error.
8     Q.   No, they were off by more because
9 they are now going in the other direction
10 but the error is greater, correct?
11     A.   I see.  OK.
12     Q.   So glyphosate fell about in the
13 middle of the pack with respect to the
14 accuracy of the imputation methodology for
15 individual pesticides, correct?
16     A.   Yes.
17     Q.   And the NIH investigators for the
18 Agricultural Health Study have used the
19 same imputation methodology for every paper
20 that they published that has included data
21 for the Phase 2 questionnaire, correct?
22     A.   Yes.
23         MS. WAGSTAFF:  Object to form.
24     Q.   And there have been -- using the
25 same imputation methodology used in the

1 2018 NCI study -- maybe a dozen or more
2 studies in a peer-reviewed publication --
3 peer-reviewed literature coming out of the
4 Agricultural Health Study, correct?
5     A.   I don't know specifically, but I
6 wouldn't be surprised.
7     Q.   And that same imputation
8 methodology has been used in other
9 peer-reviewed publications looking at
10 potential associations with pesticides for
11 which the imputation methodology resulted
12 in greater relative error than glyphosate,
13 correct?
14     A.   I don't know.
15     Q.   Well, for example, if you can
16 look at lindane, on figure 2.  In the
17 Heltshe paper, lindane is the fourth
18 pesticide from the bottom in that figure?
19     A.   Yes.
20     Q.   So for lindane, there was a
21 greater error rate in the imputation
22 methodology than glyphosate, correct?
23     A.   Yes.
24     Q.   In your expert report, you cite
25 to the AHS findings in the 2014 paper that

1 uses imputation methodology for lindane,
2 correct?
3     A.   Yes.
4     Q.   So we know at least one situation
5 where peer-reviewed literature has been
6 published using imputation methodology with
7 pesticides where the imputation methodology
8 did not work as well as it did for
9 glyphosate, correct?
10         MS. WAGSTAFF:  Object to form.
11     A.   Yes.
12     Q.   Outside of this -- well, first of
13 all, are you aware of a single published
14 paper anywhere in the literature arguing
15 that the findings in all of these published
16 studies of the AHS cohort that have used
17 this imputation methodology are not
18 reliable because of their use of the
19 imputation methodology?
20         MS. WAGSTAFF:  Objection.  This
21 paper just came out five weeks ago, six
22 weeks ago.
23     Q.   Strike that.
24         So it is clear we just talked
25 about a number of papers that used that

1  imputation methodology, not just the 2017
2  NCI Study. We know the 2014 paper looking
3  at insecticides, fungicides used that same
4  imputation methodology, correct?
5      MS. WAGSTAFF:  Same objection.
6      A.  I'm sorry, repeat the question.
7      Q.   You know that the 2014
8  publication that looked at insecticides and
9  fungicides for the AHS cohort for different
10  pesticides used the same imputation
11  methodology, correct?
12      A.  Yes.
13      Q.   Lots of other publications, as we
14  just discussed from the AHS, have been
15  using that same imputation methodology
16  that's used in the 2018 NCI paper?
17      A.  Yes.
18      Q.   So the 2018 paper is not new in
19  its use of the imputation methodology for
20  the AHS, correct?
21      A.  Correct.
22      Q.   Outside -- strike that.
23          Are you aware of a single
24  published paper anywhere in the literature
25  arguing that the findings in any of these

1  studies of the AHS cohort, using this
2  imputation methodology, are not reliable
3  because of their use of the imputation
4  methodology?
5      A.  No.
6      Q.   Outside of this litigation, are
7  you aware of any anyone who has argued in
8  any forum that the use of this imputation
9  methodology makes the findings of these
10  Agricultural Health cohort studies
11  unreliable?
12      A.  No.
13      MS. WAGSTAFF:  Objection, again,
14  this paper came out five weeks ago, so
15  there may be some criticism in the
16  future of it.
17      MR. LASKER:  The question and
18  answer will stand.
19      MS. WAGSTAFF:  OK.
20      Q.   In your expert report, you
21  suggest that differences in the responders
22  and nonresponders in the Phase 2
23  questionnaire could have concealed an
24  actual increased risk of Non-Hodgkins
25  lymphoma with glyphosate exposure in the

1  2018 NCI study, correct?
2      A.  Yes.
3      Q.   In other words, you believe that
4  there were biases in the 2018 NCI study
5  that led to the reported rate ratio of
6  about 0.85 for ever/never use and -- but
7  without those biases, the 2018 NCI Study
8  would have reported a statistically
9  significant increased rate ratio above 1.0,
10  is that correct?
11      A.  I don't know what it would have
12  reported.  I mean, again, with the problems
13  that it has -- I don't know what the --
14  what it should have or could have or might
15  have reported.
16      Q.   Could you point to any data that
17  would indicate that if those biases had not
18  occurred, that you state occurred or the
19  misclassifications had not occurred that
20  you state occurred, that the reported rate
21  ratio of 0.85 would have, in fact, been
22  increased to a statistically significant
23  rate ratio above 1.0?
24      MS. WAGSTAFF:  Objection, same as
25  I said before.

1      A.  No, I just believe that the flaws
2  in the study make it impossible to
3  interpret the reported finding.
4      Q.   And based upon the actual
5  exposure data from the Phase 1
6  questionnaire, you would agree that there
7  is no suggestion that the 20,000 cohort
8  members who did not respond to the second
9  questionnaire were at increased risk of NHL
10  based upon their glyphosate exposures prior
11  to 1997, correct?
12      A.  I'm not able to answer that
13  question as I sit here.
14      Q.   Let's look at page -- this will
15  be the last line of questions -- page 4,
16  again, of the 2018 NCI Study.
17      A.  Which study am I looking at?
18      Q.   2018 NCI Study by Andreotti.  If
19  you look at page 4, we are talking about
20  the study by Andreotti, the main study here
21  we are talking about.
22          Page 4 of that study, again, in
23  the column of text, halfway down, there is
24  a paragraph that starts, "In primary
25  analysis...," do you see that?

1    A.   Yes.
2    Q.   And then about ten lines down,
3  they talk about an another analysis they
4  did when using only exposure information
5  reported at enrollment, correct?
6    A.   Yes.
7    Q.   So this is using the actual
8  questionnaire responses for the Phase 1
9  questionnaire, correct?
10   A.   Yes.
11   Q.   When using only exposure
12  information reported at enrollment, the
13  rate ratio and the highest exposure
14  quartile was 0.82 for Non-Hodgkins
15  lymphoma, correct?
16   A.   Yes.
17   Q.   And so based upon the actual
18  exposure data from the Phase 1
19  questionnaire, there is no suggestion that
20  the 20,000 cohort members who did not
21  respond to the second questionnaire were at
22  any increased risk of Non-Hodgkins lymphoma
23  based upon glyphosate exposures prior to
24  1997, correct?
25   A.   The upper limit of the 95 percent

1  confidence interval is 1.80.  So I would
2  say that that easily encompasses the risk
3  ratios we have been talking about.  So in
4  fact, you could encompass a much higher
5  relative risk.
6    Q.   So am I understanding correctly
7  then, your analysis of the epidemiology in
8  determining whether or not there would be
9  an association between glyphosate-based
10  herbicide exposure pre 1997 and
11  Non-Hodgkins lymphoma, your methodology is
12  to look at the highest edge of the 95
13  percent confidence interval to determine
14  whether or not there may be an association?
15       MS. WAGSTAFF:  Objection,
16   misstates testimony.
17   A.   I'm saying when you have a null
18  association.  You can't interpret or you
19  can't exclude what might be a positive
20  association and that further, in the
21  context of what we talked about earlier in
22  terms of misclassification error, again, we
23  talked earlier, our initial discussion was
24  about the misclassification error that was
25  even inherent in the original baseline,

1  baseline interview, and even a
2  misclassification error in that baseline
3  interview, which I'm sure there was, would
4  have been enough to introduce enough error
5  so that it would have obviated the ability
6  to assess or might have eliminated a
7  positive association.
8        My whole point here has been when
9  you don't see a positive association, you
10  have to be very conservative and very
11  skeptical about the interpretation of a
12  null finding, particularly when you have
13  such a high upper limit.  You can't -- you
14  can't be willy-nilly about it.
15   Q.   Just so I understand, this is the
16  same issue you discussed, again, about the
17  nondifferential, misclassification error
18  that you believe could have biased the rate
19  ratio towards the null, is that correct?
20   A.   Not just towards the null, but
21  even in this instance apparently possibly
22  below the null.  I mean -- yes.
23   Q.   And it's your understanding that
24  the nondifferential misclassification can
25  bias the rate ratio past the null in the

1  other direction, is that correct?
2    A.   Yes.
3        MR. LASKER:  OK.  No further
4   questions.
5        MS. WAGSTAFF:  We -- we can go
6   off the record.
7        THE VIDEOGRAPHER:  The time is
8   12:45.  We are going off the record.
9        (Luncheon recess)
10        THE VIDEOGRAPHER:  The time is
11   1:18.  We are back on the record.
12  EXAMINATION BY
13  MS. WAGSTAFF:
14   Q.   Dr. Neugut, I have a couple of
15  follow-up questions based on Mr. Lasker's
16  questioning of you this morning.
17        At the beginning of his questions
18  to you, there were a lot of questions that
19  related to the "power" -- "statistical
20  power" of certain studies.  Do you remember
21  that line of questioning?
22   A.   Yes.
23   Q.   Is "power" a technical term used
24  in -- by epidemiologists?
25   A.   Yes.

1    Q.   Can you please describe for the
2  judge and jury your meaning as an
3  epidemiologist of the term "power"?
4    A.   Power is whether a study is large
5  enough or has enough subjects to be able to
6  detect a given relative risk basically, so
7  it depends on what you think the relative
8  risk is going to be for a given association
9  between an exposure and an outcome.
10       So if you have a very large
11  relative risk, you can get by with a
12  smaller study.  If you have a -- if you are
13  looking for a modest relative risk, you
14  need a larger sample, sample size.  So
15  given that -- at least in our context with
16  glyphosate and NHL, we are talking about a
17  modest relative risk, so you would need a
18  fairly large study to be confident or to be
19  confident you would be able to, with a
20  given study, to be able to find the
21  relative risk, if it was there.  If it's
22  truly there.
23    Q.   So is it fair to say that "power"
24  in the epidemiology world relates to the
25  size of the study?

1    A.   Yes.
2    Q.   Is it possible to have a study
3  that is so powerful that it overcomes
4  particular flaws?
5       Stated another way, is power --
6  is the power of the study the most
7  important aspect of the study?
8    A.   No.  I mean, you can be
9  under-powered.  I mean, so if you -- again,
10  if you were looking for a modest risk and
11  you had a small study, then you would be --
12  you would have a poor study because you
13  wouldn't be able to find a small relative
14  risk.
15       But the real issue in a study is
16  its quality.  If a study sucks, it doesn't
17  matter how big the study is.  It -- the
18  quality of the study is what's paramount.
19       Even if the study is small, the
20  quality is what's most important in the
21  study.
22    Q.   So you could have a study that
23  had a million participants, but if it's
24  done poorly or the quality is bad, it's not
25  that helpful, is that correct?

1    A.   Sure.
2       MR. LASKER:  Objection to form.
3    Q.   I believe I wrote down when
4  Mr. Lasker asked you a question about the
5  2018 AHS study, I believe that the words
6  that you used were that that 2018 AHS study
7  was not contributory to your expert opinion
8  in this matter.  Is that the words that you
9  used?
10    A.   Yes.
11    Q.   Can you tell the judge and jury
12  what you mean by this study being
13  noncontributory to your opinion?
14    A.   So it my point was it was neither
15  positive nor negative or null.  The study
16  had so many flaws in my view that the
17  results are just not reliable enough to
18  contribute in a meaningful way to either
19  deciding that AHS -- that glyphosate and
20  NHL are either associated or not
21  associated.
22       Specifically, the discussion that
23  we had about misclassification error in the
24  first place about the way the
25  self-reporting was collected in the first

1  place and then the problem of the change,
2  the dramatic change in exposure to
3  glyphosate that took place after the
4  initial cohort was collected, so that
5  exacerbated the problem of exposure
6  assessment and then when the cohort had to
7  be reassessed because of that, then the
8  extreme loss to follow-up in the
9  reassessment of the cohort, 37 percent loss
10  of follow-up in a cohort study is a very
11  dramatic loss to follow-up you don't see
12  very often nowadays in a major cohort
13  study.  And that's a truly dramatic flaw in
14  the study.
15       And then the fact that we are
16  dealing with a modest association in the
17  first place which makes all of this a
18  problem.  If we were dealing with a
19  relative risk of 10, we could tolerate all
20  of these flaws and problems and all of
21  that.
22       As I said in my discussion,
23  epidemiology is very tolerant of error, but
24  if you combine all these errors and with a
25  modest association, together, the

1    cumulative effect is really to make really
2    to make the study fatally flawed and really
3    irreparable and that's why I think the
4    combination of all of these problems
5    together really makes the study
6    uninterpretable, particularly because it's
7    null.
8            When you get a positive
9    association, then you can be more --
10   particularly a strong association, then you
11   can be more confident about what you're
12   finding.  But a null finding is really very
13   much uninterpretable.
14           And that's why I think if you
15   actually read the paper, the authors are
16   totally focused on their one positive
17   finding, much more so, almost -- much more
18   so than on the null findings for all the
19   other cancers.  They're almost exclusive --
20   to a large part the paper focuses on their
21   one positive finding who even knows
22   if it is, but that's what they really talk
23   about mostly.
24       Q.   So I think I just heard you say
25   that you -- it's your opinion that the

1    flaws that you've identified, which I
2    believe what you just said were a modest
3    risk ratio, the loss to follow-up, coupled
4    with the imputation, the change in
5    glyphosate use, and the misclassification
6    renders, combined, this paper to be fatally
7    flawed, is that what you said?
8            MR. LASKER:  Objection to form.
9        Objection to counsel giving testimony.
10       A.   Right, I mean, again, I don't
11   have a problem with imputation.  Imputation
12   is a way to -- is a common method of
13   dealing with loss to follow-up or other
14   problems of this sort.  But again, it's a
15   means of repairing a problem which we use
16   all the time.
17           It's just in combination with all
18   the other problems, it doesn't fully
19   correct -- it can't fully correct a flawed
20   study, and while I'm sure the authors are
21   going to use it or do use it for multiple
22   and will use it for multiple studies and
23   should, in the particular instance of
24   glyphosate and NHL, it's not going to be --
25   it's not adequate to fully compensate for

1    all the flaws that we just discussed.
2        Q.   OK, and Mr. Lasker, throughout
3    your deposition this morning, asked you
4    questions about the different tables in
5    Exhibit 25.1 which is the 2008 AHS study.
6            MR. LASKER:  I'm sorry, I made
7        a --
8            MS. WAGSTAFF:  I'm not going to
9        ask him anything specific.
10       Q.   Do you remember Mr. Lasker asking
11   you about the tables and the supplemental
12   tables that were printed online?
13       A.   Yes.
14       Q.   And the data in those tables, is
15   the data in those tables subject to the
16   same fatal flaws that you just described?
17       A.   Of course.
18       Q.   Mr. Lasker asked you if you would
19   turn to page 6 of your supplemental report.
20   Tell me when you're there.
21           MR. LASKER:  I've got it.
22       Q.   The bottom, the last sentence,
23   Mr. Lasker asked you about your cite to the
24   modest relative risk of 1.3 to 1.4 for
25   ever/never use.  Do you remember that line

1    of questioning by Mr. Lasker?
2        A.   Yes.  Yes.
3        Q.   Is a relative risk ratio of 1.3
4    to 1.4 an important risk?
5            MR. LASKER:  Objection to form.
6        A.   It can be, yes.
7        Q.   And in your scientific opinion,
8    does a relative risk of 1.3 to 1.4 support
9    a finding of causation?
10           MR. LASKER:  Objection to form.
11       A.   Yes.
12           MS. WAGSTAFF:  What was wrong
13   with that question?
14           MR. LASKER:  There is no
15   discussion of statistical significance,
16   confidence intervals, and it assumes
17   the relative risk of 1.3 to 1.4 that
18   doesn't exist.
19           MS. WAGSTAFF:  So I'm fine with
20   that.
21       Q.   Next, it talks about in that
22   sentence the ever/never use, do you see
23   that?  In page 6, the last words, page 6.
24   And just so the judge and the jury
25   understand a little bit about what that

1  means, when somebody does an ever/never
2  study, it the participants are grouped into
3  two categories, exposed and unexposed, is
4  that correct?
5      A.   Yes.
6      Q.   And am I correct in -- that
7  somebody who has been exposed for one day
8  to glyphosate is lumped in the same
9  category as someone who has been exposed
10  every single day, is that correct?
11      A.   Yes.
12      Q.   So the denominator in an
13  ever/never use for the exposed group
14  includes people that have been exposed one
15  day to glyphosate, is that right?
16      MR. LASKER:  Objection to form.
17      A.   I don't know if I used the word
18  "denominator," but the exposed group
19  includes people who have been exposed for
20  one day or more.
21      Q.   And in theory, in theory, that
22  might dilute the exposed group's risk
23  ratio, is that right?
24      MR. LASKER:  Objection to form.
25      A.   It would, in theory, yes.  It

1  would do that, yes.
2      Q.   And in fact, in an ever/never
3  analysis in the exposed group, due to this
4  dilution, one might miss an effect that is
5  truly there, is that correct?
6      MR. LASKER:  Last objection to
7  form.
8      A.   Theoretically, that's possible.
9      Q.   Earlier today, Mr. Lasker asked a
10  series of questions where he said, "'There
11  was no evidence' of dose response," or "'No
12  evidence' of an association between
13  glyphosate-based herbicides and NHL with
14  respect to the 2018 AHS study."
15      Do you remember that line of
16  questioning?
17      A.   Yes.
18      Q.   And your response was based on
19  the 2018 article, correct?
20      MR. LASKER:  Objection to form.
21      A.   Yes.
22      Q.   And the data contained within
23  that article, correct?
24      A.   Sure.
25      Q.   And we just described that the

1  data in that article is subject to the same
2  fatal flaws that you have previously
3  testified to and that are in your report,
4  right?
5      MR. LASKER:  Objection to form.
6      A.   Correct.
7      Q.   Let's bring up the last report,
8  last study that Mr. Lasker showed to you,
9  the Heltshe -- how do you pronounce that
10  name?
11      A.   Heltshe.
12      Q.   Heltshe, bring up the Heltshe
13  study.
14      And Monsanto's attorney spent a
15  lot of time on this journal, asking you
16  questions.  Do you remember those
17  questions?
18      MR. LASKER:  Objection to form.
19      A.   Some of them.
20      Q.   So if you turn to page 410, table
21  1, Monsanto asked you to -- about the
22  numbers of the "mixed any pesticides" at
23  the top of the table.  Do you remember
24  that?
25      MR. LASKER:  Objection to form.

1      A.   Yes.
2      MR. LASKER:  OK.  I didn't ask
3  about those numbers, but OK.
4      Q.   The 8.-- 85.2 and the 82.82, do
5  you remember him asking you those
6  questions?
7      A.   He actually asked about the
8  numbers in the abstract.
9      Q.   OK.  But what he didn't ask about
10  was the specific glyphosate numbers,
11  correct?
12      A.   Correct.
13      MR. LASKER:  Objection to form.
14      Q.   And what are the specific --
15  actually, tell me the importance of looking
16  specifically at the glyphosate numbers with
17  respect to making a determination of
18  causation?
19      MR. LASKER:  I will object to the
20  entire line of questions with respect
21  to table 1.
22      A.   We are talking about glyphosate
23  and NHL.  So obviously what we should be
24  addressing is glyphosate, not all
25  pesticides.

1      MS. WAGSTAFF:  Why are you
2  objecting?
3      MR. LASKER:  You are looking at
4  the wrong table.
5      MS. WAGSTAFF:  I know, but you
6  brought this article in and asked him
7  questions, so why are you objecting?
8      MR. LASKER:  I know.  The
9  questions were premised on my
10  questioning regarding table 1.  I
11  didn't ask any questions about table 1.
12      Q.   So again, what is the importance
13  of when there is data available for
14  glyphosate specifically, what is the
15  importance of considering that glyphosate-
16  specific data versus data relating to all
17  pesticides?
18      A.   Because we are talking about
19  glyphosate.  So obviously what's --
20  glyphosate is what's relevant, not all
21  pesticides.
22      Q.   So when you were asked questions
23  about the -- this article, you were not
24  asked about the glyphosate specific
25  numbers, is that correct?

1      A.   Right.
2      MR. LASKER:  Object to form.
3  Misstates the testimony.
4      Q.   And just to be clear, you're not
5  attacking the use of self-reporting or
6  imputation in general; rather, it's
7  specific to the facts of this case.  Do I
8  understand you correctly?
9      MR. LASKER:  Objection to form.
10      A.   Yes.  As Mr. Lasker said, both
11  self-reported questionnaires and imputation
12  are standard methodologies that are used by
13  all epidemiologists including myself in
14  most studies, many studies in epidemiology.
15      It's just that they have their
16  limitations, and in the proper context, one
17  has to be careful with their use.  And in
18  the particular context of this study, with
19  the, as I described earlier, with the
20  several flaws or problems here, the
21  problems become a cumulatively and
22  overwhelming issue and create what I
23  consider to be fatal flaws in our
24  interpretation of the outcomes of the
25  study.  So as to make it a basically an

1  uninterpretable study for the purposes of
2  this litigation.
3      Q.   So I understand and the judge and
4  jury understands correctly as well, if you
5  look at page 410, Mr. Lasker mentioned that
6  63 percent of the participants responded to
7  the first and second questionnaires.  Do
8  you remember that line of questioning?
9      A.   I guess, yes.
10      Q.   So said another way, 37 percent
11  did not respond.  Is that --
12      A.   Yes.
13      Q.   And it looks like in the first
14  full paragraph on page 410 on the text on
15  the left, I've got it highlighted right
16  here if you want to just see where it is.
17  It states that 37 percent in this
18  particular study equates to 20,968 people.
19  Is that correct?
20      A.   Yes.
21      Q.   So the authors were making
22  educated guesses on almost 21,000 people,
23  is that correct?
24      MR. LASKER:  Objection to form.
25      A.   Yes.

1      Q.   And they were making those
2  guesses during a time in which the
3  glyphosate use changed dramatically, is
4  that correct?
5      MR. LASKER:  Objection to form.
6      A.   Yes.
7      Q.   And has anything that you heard
8  today from Mr. Lasker changed your opinion
9  that you provided in your expert -- your
10  supplemental expert report?
11      A.   No.  I mean, the only thing I
12  would say is I did make an error in the
13  month -- my interpretation of the
14  Montgomery paper.  I didn't realize it was
15  the Phase 3 interview rather than the Phase
16  2, but it doesn't change the substance of
17  my -- what I was trying to elicit from that
18  paper which was that -- what were the
19  factors that predicted response or
20  nonresponse.
21      They are basically -- what I was
22  trying to get at in the Montgomery paper
23  was just to describe some factors which
24  predict response or nonresponse and the
25  fact that they were described for a

Page 146

1   subsequent interview or survey is not, to
2   me, germane or critical.
3        MS. WAGSTAFF:  Thank you, Doctor.
4   No more questions.
5        THE WITNESS:  Thank you.
6        THE VIDEOGRAPHER:  The time is
7   1:38.  This is the conclusion of
8   today's deposition, January 3, 2018.
9
10       _____
11       ALFRED I. NEUGUT
12
13   Subscribed and sworn to
14   before me this   day
15   of        , 2018.
16
17       _____
18
19
20
21
22
23
24
25

Page 147

1            CERTIFICATE
2   STATE OF NEW JERSEY )
3                      )ss:
4   COUNTY OF UNION     )
5        I, MARY F. BOWMAN, a Registered
6   Professional Reporter, Certified
7   Realtime Reporter, and Notary Public
8   within and for the State of New Jersey,
9   do hereby certify:
10       That ALFRED I. NEUGUT, the
11   witness whose deposition is
12   hereinbefore set forth, was duly sworn
13   by me and that such deposition is a
14   true record of the testimony given by
15   such witness.
16       I further certify that I am not
17   related to any of the parties to this
18   action by blood or marriage and that I
19   am in no way interested in the outcome
20   of this matter.
21       In witness whereof, I have
22   hereunto set my hand this 3rd day of
23   January, 2018.
24
25       _____
             MARY F. BOWMAN, RPR, CRR

Page 148

1        * * *ERRATA SHEET* * *
2   NAME OF CASE:  In Re: RoundUp
3   DATE OF DEPOSITION:  1/3/18
4   NAME OF WITNESS:  ALFRED I. NEUGUT
5   Reason codes:
6        1. To clarify the record.
        2. To conform to the facts.
        3. To correct transcription errors.
7   Page ____ Line ____ Reason____
8   From _____ to_____
9
10  Page ____ Line ____ Reason____
    From _____ to_____
11
12  Page ____ Line ____ Reason____
    From _____ to_____
13
14  Page ____ Line ____ Reason____
    From _____ to_____
15
16  Page ____ Line ____ Reason____
    From _____ to_____
17
18  Page ____ Line ____ Reason____
    From _____ to_____
19
20  Page ____ Line ____ Reason____
    From _____ to_____
21
22
23       _____
             ALFRED I. NEUGUT
24
25

**A**

**a.m (2)**
2:5 7:6
**ab (1)**
9:23
**ability (4)**
16:10 72:22 82:5
128:5
**able (10)**
20:18 23:5 41:20
107:16 108:8
125:12 130:5,19,20
131:13
**abstract (12)**
14:14 25:2 81:4 91:18
97:9 111:22 113:12
113:14,17 114:16
116:6 141:8
**Academic (2)**
5:12 13:16
**accepted (4)**
12:14 27:9,22 109:2
**account (1)**
109:3
**accuracy (13)**
5:20 69:25 70:9 73:8
73:23 74:9,18 77:1
80:23 81:10,22
118:5 119:14
**accurate (6)**
27:16 40:25 51:12
71:14 74:25 75:7
**accurately (1)**
27:2
**action (1)**
147:17
**ACTIONS (1)**
1:9
**Actos (5)**
20:25 22:3,8,11,16
**actual (7)**
113:1 114:23,24
123:24 125:4 126:7
126:17
**additional (2)**
14:10 110:13
**address (6)**
20:6,14 22:20 23:20
90:22,24
**addressed (1)**
91:2
**addressing (2)**
90:14 141:24
**adequate (1)**
135:25
**adequately (1)**

48:20
**adjustments (1)**
26:17
**affiliations (2)**
11:20,24
**affirmed (1)**
7:20
**aggregate (1)**
29:3
**ago (4)**
17:3 121:21,22
123:14
**agree (17)**
9:19 19:6 20:4,12
39:1 53:1,10 55:4
66:12 86:4 87:4
100:12 106:1,4
109:10 112:10
125:6
**agreement (2)**
76:18 80:1
**agricultural (20)**
5:10,24 6:5,8 11:10
12:2 14:9 39:9 64:4
68:22 70:3,12 75:18
75:19 76:1,2 84:4
119:18 120:4
123:10
**ahead (1)**
90:6
**AHS (37)**
14:15 15:10 44:13
47:19 48:12,19 49:1
49:19 61:5,6 69:1
71:5 72:7 73:24
76:10 78:15 79:7,13
80:24 81:23 85:8
86:5 92:23 100:8
110:3 112:7 120:25
121:16 122:9,14,20
123:1 132:5,6,19
135:6 139:14
**Aimee (2)**
3:7 7:22
**al (1)**
110:2
**Alaska (1)**
3:5
**alcohol (1)**
78:21
**alcoholic (2)**
78:17 79:10
**Alfred (12)**
1:12 2:8 5:14,17 7:3
7:18 21:3 38:11
146:11 147:9 148:4

148:23
**algorithm (1)**
30:4
**alleged (1)**
49:5
**allow (1)**
112:6
**allowed (1)**
15:18
**alluded (1)**
99:24
**altered (1)**
83:24
**amalgamated (1)**
39:25
**American (2)**
43:14 45:6
**amount (1)**
60:4
**analyses (16)**
24:13 26:11,19 33:5
33:22 34:8,13 37:3
44:7 49:13 60:25
73:18,22 74:15
80:22 112:7
**analysis (35)**
20:19 23:5,22 29:22
32:13,25 36:1,23
39:9,12,20 44:17
45:5 48:12 50:6
70:22 75:4 87:15,21
88:24 89:19,24
96:11 98:2 100:5
102:7,10,18 105:5
112:17 113:4
125:25 126:3 127:7
139:3
**analyze (2)**
106:14 108:8
**analyzed (2)**
15:9 87:10
**Andreotti (6)**
11:16 29:18 60:14
88:19 125:18,20
**ANDRUS (1)**
3:3
**angles (1)**
27:22
**answer (19)**
15:23 34:18 35:16
41:13 46:25 52:11
53:9,23 58:20,21
59:3 63:1 71:14
82:11,22 100:1
111:4 123:18
125:12

**answered (8)**
28:2 41:11,24 54:5
61:10,25 62:17
87:12
**answering (2)**
21:20 55:6
**answers (10)**
55:10,17,17 65:21
76:19 78:15 79:9
80:17 91:6 112:25
**anyway (1)**
55:20
**apart (2)**
76:12 81:5
**apparent (2)**
25:5 94:2
**apparently (2)**
79:1 128:21
**appearances (3)**
3:1 4:1 7:15
**appearing (1)**
8:7
**applicable (1)**
92:10
**application (2)**
30:19 72:13
**applicator (4)**
30:9,13,16,20
**applicators (12)**
5:23 14:11,23 15:5
51:14 55:6 70:2,11
72:8,10 75:3 99:21
**applied (2)**
30:10 46:5
**apply (1)**
83:8
**applying (2)**
93:19 99:16
**appreciating (1)**
84:8
**appropriate (2)**
45:24 46:8
**appropriately (1)**
65:8
**approximately (2)**
7:6 29:10
**argue (1)**
74:23
**argued (1)**
123:7
**arguing (2)**
121:14 122:25
**argumentative (2)**
42:6 67:3
**arose (1)**
84:14

**array (1)**
106:14
**article (10)**
51:13 70:6 71:12 91:4
97:1 139:19,23
140:1 142:6,23
**ascertain (2)**
23:13,21
**aside (1)**
86:11
**asked (19)**
28:1 41:10,23 54:4
61:3,15,24 69:21
99:11 132:4 136:3
136:18,23 139:9
140:21 141:7 142:6
142:22,24
**asking (8)**
57:12 62:25 98:19
99:15 101:17
136:10 140:15
141:5
**aspect (1)**
131:7
**assess (3)**
49:7,15 128:6
**assessed (1)**
65:8
**Assessing (2)**
6:10 91:13
**assessment (5)**
63:3 109:5 115:6,21
133:6
**Assign (2)**
6:21 104:17
**associated (20)**
20:8,16 55:1 56:10
57:18 58:1 61:23
65:10 90:7 93:21
94:6,24 99:17,20,22
101:9 102:1 106:18
132:20,21
**associates (1)**
100:20
**association (41)**
7:10 10:8 16:4,11
24:17 25:4 26:4,10
26:16,21 27:19
32:22 33:12,19 34:5
35:13,19 36:7 47:7
47:15 55:24 59:18
59:19,21 62:22 63:3
64:11 88:2 96:9
127:9,14,18,20
128:7,9 130:8
133:16,25 134:9,10

139:12
**associations (9)**
25:13,24 55:22 67:15
  68:7,18 93:13
  100:16 120:10
**assume (4)**
22:10 59:20 60:21
  83:21
**assumes (1)**
137:16
**assuming (2)**
65:14 105:11
**assumption (1)**
110:12
**assumptions (1)**
83:22
**attacking (1)**
143:5
**attenuate (3)**
64:12,13,14
**attenuated (1)**
51:22
**attenuating (2)**
52:23 63:7
**attenuation (1)**
52:5
**attorney (1)**
140:14
**Attorneys (3)**
3:3,4 4:4
**audio (1)**
7:15
**author (3)**
11:15 70:7 75:24
**authored (1)**
11:18
**authors (3)**
134:15 135:20 144:21
**available (2)**
43:5 142:13
**Avenue (1)**
3:12
**average (2)**
59:2,3
**avoid (1)**
105:23
**aware (6)**
82:12 110:15 113:20
  121:13 122:23
  123:7

_____
**B**
**back (16)**
11:7,12 13:22 28:6
  30:22 34:14 35:10
  38:24 47:24 48:6

69:21 81:3 114:23
  116:5,22 129:11
**bad (1)**
131:24
**ballpark (1)**
29:11
**based (21)**
8:24 13:2 14:9 15:11
  28:14 30:4 31:15
  43:4 44:16 64:17
  81:4,7,15 101:21
  115:2 125:4,10
  126:17,23 129:15
  139:18
**baseline (4)**
86:19 127:25 128:1,2
**basically (4)**
118:6 130:6 143:25
  145:21
**basis (9)**
54:22 57:4 68:1 73:19
  82:10,22 83:13,20
  84:7
**Baum (2)**
4:14,15
**bearings (1)**
17:15
**beast (1)**
58:17
**began (1)**
108:4
**beginning (2)**
108:23 129:17
**begins (4)**
82:4 89:13 103:14,18
**behalf (1)**
7:23
**behavior (2)**
82:20 84:6
**believe (35)**
27:13 40:15 41:25
  43:20,25 44:1,8,13
  45:2,8 47:4,12 51:5
  52:3 54:23 61:16
  62:11 63:16 67:20
  74:1,11 76:7 84:13
  84:22 85:2,12,25
  87:19 111:21 124:3
  125:1 128:18 132:3
  132:5 135:2
**believed (2)**
68:1,15
**believes (1)**
74:11
**belong (1)**
117:9

**better (1)**
119:7
**beyond (5)**
8:25 61:9 63:14,20
  85:18
**bias (22)**
6:11 50:22 56:5,13
  57:11 59:5,9,10,11
  60:5 62:19 63:18
  91:13 95:22 96:8
  97:20 98:12 100:10
  101:7 110:3 112:6
  128:25
**biased (7)**
55:20 58:16 62:1
  64:20 65:8,15
  128:18
**biases (9)**
55:8 57:13 64:3,12
  65:6 78:20 124:4,7
  124:17
**biasing (2)**
63:7,12
**big (1)**
131:17
**bit (2)**
28:8 137:25
**bites (1)**
99:2
**bladder (3)**
22:2,6 95:14
**Blair (2)**
58:5 75:25
**blood (1)**
147:17
**body (2)**
39:2 113:16
**bottom (9)**
38:16 79:23 84:9 89:7
  100:22 116:23
  117:2 120:18
  136:22
**Bowman (5)**
1:18 2:11 7:10 147:4
  147:24
**break (1)**
69:15
**breakdown (1)**
19:16
**bring (2)**
140:7,12
**broccoli (7)**
58:19,20,22,24 59:1,6
  59:7
**Brooklyn (1)**
83:9

**brought (1)**
142:6

_____
**C**
**calculated (3)**
43:22 114:21 116:17
**calculates (1)**
43:15
**calculation (3)**
44:8,10 45:9
**calculations (1)**
43:3
**CALIFORNIA (1)**
1:2
**called (1)**
7:19
**calling (1)**
18:6
**calls (2)**
64:23 75:11
**cancer (38)**
5:9 8:4 11:9 12:1,5,9
  12:18,22 13:20 14:1
  14:5,17,22 22:2,7
  27:10,13,23 40:4,9
  48:21 49:1 50:14
  55:13 67:16 68:8,19
  88:22 89:2,22 90:4
  94:3 95:14,14
  100:23 101:9,22
  102:1
**cancers (3)**
28:22 100:23 134:19
**careful (1)**
143:17
**Carolina (1)**
14:19
**case (8)**
1:5 18:14 22:2,5 56:5
  104:2 143:7 148:2
**cases (33)**
15:3,11 17:8,11,21
  18:2,12 19:3,9,20
  19:24 20:5,13 22:19
  23:11,18,24 24:22
  28:24 34:19 39:14
  41:19,20 87:16,20
  87:22 89:2,22 90:4
  90:9 100:23,24
  101:2
**categories (2)**
29:2 138:3
**category (4)**
28:19,25 117:9 138:9
**causation (2)**
137:9 141:18

**certain (4)**
17:16 21:1 83:6
  129:20
**certainly (3)**
45:22 53:15 67:25
**CERTIFICATE (1)**
147:1
**certified (4)**
2:12 72:8,9 147:5
**certify (2)**
147:8,15
**cetera (1)**
23:15
**change (5)**
108:9 133:1,2 135:4
  145:16
**changed (4)**
69:14,18 145:3,8
**characteristics (2)**
93:10 99:20
**characterization (4)**
92:8,18 93:3 118:11
**characterize (2)**
79:20 103:4
**characterizing (1)**
92:22
**chart (2)**
89:11
**chemicals (1)**
72:13
**Chhabria (1)**
7:25
**Children's (1)**
109:6
**cigarettes (2)**
78:11,21
**circumstances (1)**
106:9
**cite (8)**
72:1 92:11 97:1,3,5
  99:5 120:24 136:23
**cited (4)**
13:8 74:1,2 104:20
**citing (1)**
13:11
**claim (2)**
27:14 62:12
**claimed (1)**
62:14
**clarify (2)**
33:3 148:6
**classification (4)**
53:25 58:13 62:21
  64:9
**clear (6)**
46:19 49:22 53:21

114:19 121:24
143:4
**clearly (3)**
29:16 42:9 91:19
**closer (1)**
28:9
**codes (1)**
148:5
**cohort (50)**
6:19 14:9,16 15:10
22:1 23:6 25:4
39:10 47:19,20
48:12,19 49:1 53:2
55:14 56:23,24
61:20 69:2 71:5
72:7 73:11,24 75:3
76:10 80:24 86:5,16
87:7,12 88:6 96:21
101:19 103:9,14,18
106:20 108:2 112:8
121:16 122:9 123:1
123:10 125:7
126:20 133:4,6,9,10
133:12
**collected (4)**
106:16 111:8 132:25
133:4
**Colorado (1)**
3:6
**Columbia (1)**
2:9
**column (20)**
25:21 29:20,24 77:15
77:21 80:8 89:8
93:19 94:14 100:21
105:3 108:24
109:15,16 115:3,9
115:10 116:23,24
125:23
**combination (2)**
134:4 135:17
**combine (1)**
133:24
**combined (2)**
18:15 135:6
**come (1)**
71:23
**comes (1)**
13:18
**comfortable (2)**
59:25 60:19
**coming (2)**
12:5 120:3
**common (1)**
135:12
**compared (13)**

24:23 31:3 76:9 77:5
77:17,24 78:1 80:4
88:12 92:9,23 103:8
112:25
**comparing (1)**
76:18
**compensate (1)**
135:25
**complete (2)**
89:15 105:14
**completed (3)**
88:25 89:20,25
**completely (1)**
46:7
**completeness (3)**
97:24 98:15 111:16
**complicated (1)**
42:7
**concealed (1)**
123:23
**concept (1)**
82:16
**concerning (1)**
77:7
**concerns (1)**
87:5
**conclude (2)**
25:2 112:5
**concluded (3)**
94:12,20 114:6
**conclusion (9)**
25:3,10 40:25 97:25
98:14,20,25 112:2
146:7
**conclusions (3)**
73:22 98:7 100:5
**concur (2)**
39:24 40:20
**Conditions (2)**
6:16 96:19
**conduct (1)**
49:12
**conducted (6)**
33:5 34:4 38:22 50:20
74:16 100:4
**confidence (3)**
127:1,13 137:16
**confident (3)**
130:18,19 134:11
**confirm (2)**
16:21 17:5
**conform (1)**
148:6
**confounding (1)**
49:20
**connection (3)**

20:24 50:6 84:23
**conservative (1)**
128:10
**consider (2)**
9:21 143:23
**consideration (1)**
9:7
**considered (2)**
29:4 104:1
**considering (1)**
142:15
**consistency (4)**
77:2,6 78:2,3
**consistent (6)**
26:4,11,16,17 78:10
79:8
**consists (1)**
72:7
**contained (1)**
139:22
**context (8)**
22:15 68:5 95:23
101:14 127:21
130:15 143:16,18
**continue (3)**
18:18 72:17 79:25
**continuing (1)**
84:11
**contracted (1)**
61:20
**contribute (1)**
132:18
**contributory (1)**
132:7
**control (2)**
18:14 56:5
**controls (1)**
24:23
**Cooper (1)**
21:9
**copy (4)**
16:16 17:1 47:24 91:3
**correct (261)**
10:3,10 11:16,22 12:6
12:10,19,24 13:3,11
13:12,23 14:3,11,19
14:25 15:7,11 16:7
17:12 18:3,5,15
19:4,10,18,22 20:2
20:9,17 21:23 22:3
22:9,22 23:10 25:16
26:1,8,13,19,24
27:5,11,16,25 28:16
28:20,25 29:5,10,22
30:6,11,14,17,20
31:4,13,20,21 32:9

32:10,18,20 33:1,8
33:25 34:11,16,23
35:4,14,17,24 36:4
36:11,19 37:16,20
37:22 38:24 39:5,10
39:15,22 40:12 41:9
42:14 46:20,25 47:3
47:11,25 48:13,22
49:1,8,16 50:3,7,15
50:23 51:17,24 52:6
52:24 53:7,24 54:19
56:14,19 57:9 59:3
61:23 62:8 63:13
65:22 66:4,10,14
67:7,12,16,23 68:2
68:8,12,19 69:2
71:8,20 73:11 74:19
75:9 76:13,20 77:3
77:8 78:5,12,18
79:10,18 80:18 81:2
81:9,19,25 84:16,24
84:25 85:9 86:9,16
87:7,8,13,17,23
88:6,7,13 90:4,10
91:23 92:2,14,25
93:23 94:7 95:1
96:13 97:2,20 98:3
100:17 101:3,10,22
102:2,16,25 103:9
103:22 104:3,5,22
105:15,19,24 106:9
106:22 107:3,10,20
108:4,10,20 109:8
109:10,17,20 110:4
112:8,10 113:1,8
114:4,10,25 115:1
115:17 116:14,19
117:9,12,17,22
118:2,9,19 119:1,6
119:10,15,21 120:4
120:13,22 121:2,9
122:4,11,20,21
124:1,10 125:11
126:5,9,15,24
128:19 129:1
131:25 135:19,19
138:4,6,10 139:5,19
139:23 140:6
141:11,12 142:25
144:19,23 145:4
148:7
**correctly (13)**
11:19 25:8 34:23
43:18 50:12 62:17
72:15,25 97:16
116:3 127:6 143:8

144:4
**correlation (1)**
77:1
**counsel (8)**
7:12,14 15:15 21:21
21:22 22:18 46:1
135:9
**count (1)**
11:19
**COUNTY (1)**
147:3
**couple (2)**
15:16 129:14
**coupled (1)**
135:3
**course (3)**
36:24 37:1 136:17
**court (6)**
1:1 7:9,16 21:8 46:5
69:21
**create (1)**
143:22
**critical (1)**
146:2
**criticism (7)**
48:15 49:3,18 50:1
65:19,24 123:15
**criticisms (5)**
48:11 50:10,13 52:2
87:1
**criticizing (1)**
84:12
**crops (25)**
34:16 35:12 36:4,10
36:19 37:6,8,13,15
81:2,9,18,24 82:5,8
82:13,14,15 83:2,5
83:16,19,25 85:5,24
**CRR (2)**
1:18 147:24
**cumulative (6)**
26:6,7 28:15 32:9,10
134:1
**cumulatively (1)**
143:21
**current (2)**
39:2 43:4

**D**

**data (42)**
14:8 39:3 43:5 44:3
67:10,14,21 68:6,15
72:23 78:17 79:15
80:9,24 81:13,22
85:20 88:23 89:14
92:11,19 109:3

110:13,16 111:10
113:6,24 114:8
115:17 116:2
117:14 119:20
124:16 125:5
126:18 136:14,15
139:22 140:1
142:13,16,16
**date (14)**
11:11 13:17 21:5
34:11,14 38:12 43:1
61:19 70:4 75:21
91:16 96:22 104:19
148:3
**dated (2)**
5:14 21:3
**dates (1)**
49:6
**dating (1)**
35:10
**DAVID (1)**
3:9
**day (21)**
58:25 59:5 78:11,18
79:10,17,18,24,25
80:2,3,10,11,15,16
138:7,10,15,20
146:14 147:21
**days (8)**
26:6,7 28:15 31:18
32:9,10 116:11,24
**DC (1)**
4:6
**deal (1)**
93:16
**dealing (5)**
85:19 106:7 133:16
133:18 135:13
**dealt (1)**
49:19
**decade (3)**
70:24 71:7,19
**December (1)**
8:9
**decided (2)**
44:21 75:2
**deciding (1)**
132:19
**decreased (1)**
44:22
**deep (2)**
15:21,24
**Defendant (1)**
4:4
**defendants (1)**
7:19

**define (2)**
29:14 64:25
**degree (2)**
55:5 95:21
**demographic (5)**
106:15,25 107:7
108:8,17
**denominator (2)**
138:12,18
**depending (3)**
15:21 66:13 67:6
**depends (4)**
23:13 67:24 68:4
130:7
**deposition (20)**
1:12 2:8 5:13 8:6,10
8:15,21 10:6 11:13
15:17 21:2 45:14
49:23 78:23 99:11
136:3 146:8 147:10
147:12 148:3
**depositions (1)**
10:19
**derive (2)**
85:7 107:17
**derived (2)**
29:21 30:4
**DeRoos (12)**
15:10 16:6 17:7,12,15
18:3,20 39:9 48:13
48:16 49:4 87:23
**describe (4)**
38:15 64:17 130:1
145:23
**described (4)**
136:16 139:25 143:19
145:25
**description (3)**
5:7 6:2 18:25
**design (2)**
51:20 52:3
**designed (1)**
15:17
**desk (1)**
19:13
**Despite (1)**
51:13
**detect (4)**
16:10 23:25 24:16
130:6
**determination (2)**
44:20 141:17
**determine (8)**
23:6,23 24:14 41:17
41:21 74:17 104:8
127:13

**determined (2)**
55:23 106:17
**determining (1)**
127:8
**develop (1)**
55:13
**developed (2)**
100:24 101:22
**develops (1)**
103:21
**diagnosis (5)**
33:24 34:11 94:23
95:7,12
**dietary (2)**
68:8,16
**differ (2)**
117:6,11
**differed (1)**
111:18
**difference (4)**
54:23 101:19 102:20
103:5
**differences (8)**
90:14 92:12 97:12
98:8 99:7 100:6
101:25 123:21
**different (18)**
10:19 26:12 27:21
28:22 31:2 32:25
33:6 49:6,14 56:7
75:13 81:12 101:1
113:18 117:16,21
122:9 136:4
**differential (1)**
56:13
**differently (1)**
79:3
**dilute (1)**
138:22
**dilution (1)**
139:4
**direct (3)**
20:25 70:17 111:24
**direction (7)**
56:14,15 59:4 64:1
65:4 119:9 129:1
**directly (3)**
92:5,21 93:5
**disability (3)**
94:22 95:6,11
**disagree (3)**
98:1,6 100:12
**disagreements (1)**
43:9
**discuss (5)**
38:14 57:25 74:15

**discussed (12)**
22:25 39:13 40:6
63:10 85:19 86:13
96:6 101:5 103:23
122:14 128:16
136:1
**discussing (4)**
11:15 47:19 84:21
109:20
**discussion (7)**
52:7 60:16 116:7
127:23 132:22
133:22 137:15
**disease (16)**
49:7,15 53:4,7,15
54:2,17,19 56:11,18
56:19 61:23 62:3,8
93:25 94:5
**dispute (1)**
73:20
**distant (2)**
63:21 65:3
**distribution (1)**
116:11
**DISTRICT (2)**
1:1,2
**doctor (3)**
17:13 41:24 146:3
**document (15)**
1:8 5:8,20 6:3,10,14
6:20 11:8 16:23
69:13,24 75:16
91:12 96:17 104:15
**documents (5)**
8:11,13,16,20 9:8
**doing (4)**
10:22 18:8 20:19
40:17
**dose (6)**
31:16,23 32:12,15
36:15 139:11
**downward (1)**
57:3
**dozen (1)**
120:1
**Dr (37)**
7:3 8:7 9:13,19 11:16
15:14 16:2,15 38:13
42:4,18 43:2,11,21
43:24 44:4,6,12
45:3,13 46:9 47:4
61:9 66:24 70:5
71:15 72:4 75:22,25
77:12 79:4 90:17
91:17 96:25 99:3

100:19 129:14
**dramatic (3)**
133:2,11,13
**dramatically (1)**
145:3
**drinks (2)**
78:17 79:10
**Drive (1)**
3:5
**due (2)**
60:23 139:3
**duly (2)**
7:20 147:11
**duplicated (1)**
86:20
**duration (6)**
5:22 70:1,10,23 71:6
71:19

**E**

**earlier (6)**
28:18 66:18 127:21
127:23 139:9
143:19
**easier (1)**
34:25
**easily (1)**
127:2
**easy (1)**
67:1
**eat (5)**
58:19,20,22,24 59:7
**edge (1)**
127:12
**educated (1)**
144:22
**Educational (1)**
109:6
**effect (2)**
134:1 139:4
**Effects (2)**
6:14 96:18
**efficiency (1)**
112:7
**eight (1)**
115:21
**either (16)**
22:7 24:4,12 33:22
34:9,10 35:22 48:25
56:15 63:25 64:12
65:4 71:16 101:13
132:18,20
**elevated (1)**
42:12
**elicit (1)**
145:17

eliminate (1)
60:6
eliminated (2)
60:22 128:6
emerges (1)
9:21
encompass (1)
127:4
encompasses (1)
127:2
enrollment (3)
93:20 126:5,12
entered (1)
7:25
entire (4)
22:15 71:13 77:13
141:20
entitled (14)
5:8,20 6:3,10,14,20
11:8,25 69:24 70:9
75:16 91:12 96:17
104:16
Environmental (1)
70:8
epidemiologic (7)
10:7 38:23 39:3 43:5
43:12 67:22 106:7
epidemiological (3)
45:4 47:6 66:9
epidemiologist (1)
130:3
epidemiologists (2)
129:24 143:13
epidemiology (6)
24:14 59:22 127:7
130:24 133:23
143:14
equates (1)
144:18
equipment (2)
30:14,17
ERIC (1)
4:7
Eriksson (2)
43:14 45:7
ERRATA (1)
148:1
erroneous (1)
105:13
error (38)
52:19 57:6 58:5,14,15
58:25 59:23,23,24
59:24,25 60:1,2,4,6
61:1 63:2 66:20
71:17 74:2 86:18
116:17 117:19

118:16,19 119:5,7
119:10 120:12,21
127:22,24 128:2,4
128:17 132:23
133:23 145:12
errors (12)
55:8 60:22,23 61:2,3
62:22 63:12 64:8
65:15 73:9 133:24
148:7
Esq (8)
3:7,8,9,14 4:7,8,12,14
essential (2)
115:16 116:2
estimates (5)
51:23 52:6,24 63:8
96:9
et (2)
23:15 110:1
evaluate (2)
40:18 48:21 89:13
evaluated (2)
66:14 67:7
evaluation (2)
14:15,16
ever/never (17)
19:12 38:17 39:14,21
76:25 78:9,16 79:7
79:14 80:18 116:18
124:6 136:25
137:22 138:1,13
139:2
evidence (20)
9:21,22 31:16,23
32:15,22 33:12
35:12 36:6 47:6,13
97:20 98:12 99:6
100:10 110:2 111:7
118:11 139:11,12
evolution (1)
9:25
exacerbated (1)
133:5
exact (1)
29:12
exactly (1)
84:1
EXAM (1)
5:2
EXAMINATION (2)
9:11 129:12
examine (2)
67:15 68:7
examining (1)
68:22
example (5)

18:19 33:17 56:4
107:23 120:15
exceed (1)
8:6
excerpt (2)
5:11 13:15
exclude (2)
20:20 127:19
excluded (1)
26:22
exclusive (1)
134:19
exhibit (36)
5:6,8,11,13,16,18,20
6:1,3,10,14,20
10:13 11:8,14 13:14
13:15 14:8 16:18
17:19 21:2 38:10
42:20,24 48:1 69:13
69:24 70:6 75:15,16
91:11,12 96:17
104:14,15 136:5
exhibits (1)
69:17
exist (1)
137:18
exists (1)
56:20
expect (1)
81:21
expert (48)
5:16,18 8:1 15:14
16:15,24 18:19
37:24 38:9,11,14
42:16,25 43:2 47:25
48:2,10,17 49:5
50:11,19 51:4,6
52:1,11,21 63:6,11
65:18,25 66:25
84:10,18 90:18
92:12 97:2,4,6,22
99:6 103:12 104:21
105:19 120:24
123:20 132:7 145:9
145:10
experts (1)
42:18
explain (6)
29:16,20 63:17,19
106:12 112:18
explained (1)
29:19
explicitly (2)
99:16,19
explore (1)
56:1

exposed (17)
15:5 19:3 20:5,13
22:19 23:11,24
24:22 138:3,7,9,13
138:14,18,19,22
139:3
exposure (122)
10:9 18:12 19:17,18
19:22,25 20:7,15
22:3,8,11 23:14
26:5,6,7,13 28:16
28:20,25 29:4,5,9
29:14 31:3,3,13,18
32:8,14,16,23 33:1
33:11 34:21 35:2,14
36:2,9,16 37:12,19
48:22 49:7,15 50:2
50:21 51:16 52:4,23
53:3,5,17,25 54:14
54:16,24,25 55:18
56:11,17 57:5,16,25
58:13 61:15,18 62:7
62:13,14,18,20
63:15 64:5,6,8,9,19
65:20 66:3,7 67:10
68:2,25 71:18 72:24
73:10,23 74:19
76:11 77:2 80:24
81:22 84:13,22 85:2
85:7,12,25 86:6,15
87:5,11 88:3,9,12
89:14 102:5,14
104:9 105:4,12
117:25 123:25
125:5 126:4,11,13
126:18 127:10
130:9 133:2,5
exposures (20)
6:17 19:10 33:6,22
34:8,14 35:10,22
36:17 37:5,7 50:15
55:7,11 75:8 76:18
96:10,19 125:10
126:23
extend (1)
47:23
extending (1)
14:23
extent (2)
54:14,24
extreme (1)
133:8

F

F (4)
1:18 2:11 147:4,24

fact (24)
8:24 10:1 12:22 16:13
18:11 36:14 54:16
58:8 60:13 61:17
73:16 75:1 82:12
83:4 88:8 90:21
102:4 113:21
115:11 124:21
127:4 133:15 139:2
145:25
factor (3)
13:3,5,6
factors (12)
6:6 13:22 68:8,16,18
75:18 76:1 106:16
106:18 108:9
145:19,23
facts (2)
143:7 148:6
failure (1)
49:6
fair (2)
16:2 130:23
fairly (2)
42:2 130:18
familiar (4)
13:1 74:3 76:5 104:24
far (2)
73:22 77:1
farm (1)
83:5
farmer (4)
82:4,17,18 84:2
farmers (8)
55:5 72:19,22 75:3
83:1,5,15 84:5
farming (1)
96:10
Farther (2)
63:25 65:1
fatal (3)
136:16 140:2 143:23
fatally (2)
134:2 135:6
feature (1)
116:1
features (2)
115:16 116:2
fell (2)
118:6 119:12
figure (5)
39:16 43:23 117:15
120:16,18
final (2)
69:22 72:2
find (7)

33:12 60:10 97:19
98:11 113:15
130:20 131:13
**finding (13)**
28:11 60:10,12,15,17
60:20 125:3 128:12
134:12,12,17,21
137:9
**findings (14)**
27:3,9,18 28:13 30:23
77:6 94:14 98:3
103:6 120:25
121:15 122:25
123:9 134:18
**fine (2)**
98:18 137:19
**FIRM (1)**
3:11
**first (41)**
10:5,13 17:10 21:6
25:20 28:19 30:4
32:1,5 40:17 43:11
45:13 48:15 49:23
65:18,24 70:24 71:7
71:19 77:16,22 81:5
81:16,17 94:15
100:21 103:16,16
103:20 105:2
106:16 107:1
112:20 115:8,10
121:12 132:24,25
133:17 144:7,13
**five (5)**
35:22 117:2,24
121:21 123:14
**five-year (1)**
37:4
**flaw (1)**
133:13
**flawed (3)**
134:2 135:7,19
**flaws (10)**
125:1 131:4 132:16
133:20 135:1 136:1
136:16 140:2
143:20,23
**focus (2)**
50:5,13
**focused (2)**
60:15 134:16
**focuses (1)**
134:20
**follow (4)**
48:19 82:2 83:6 94:8
**follow-up (24)**
6:13,18,23 14:10

34:10 35:3 48:25
86:8 89:16 91:14
96:20 97:13 98:9
99:18,20 100:7
101:2 104:18
129:15 133:8,10,11
135:3,13
**following (2)**
36:3 95:18
**follows (1)**
7:21
**FORGIE (1)**
3:8
**form (48)**
15:2 16:8 18:4 27:6
31:5 32:19 33:2,16
34:17 35:15 36:12
39:6,23 45:21 46:3
49:25 50:16 57:10
68:3 73:1,12,25
74:21 82:1 92:3,17
100:15 106:11
108:11 118:10
119:23 121:10
132:2 135:8 137:5
137:10 138:16,24
139:7,20 140:5,18
140:25 141:13
143:2,9 144:24
145:5
**formal (2)**
23:4,4
**formulate (1)**
10:18
**forth (3)**
28:10,13 147:11
**forum (1)**
123:8
**forward (1)**
84:20
**found (14)**
26:22 31:16,22 32:21
71:4 76:24 78:7,14
79:6,12 112:16
113:3,22 114:24
**four (9)**
19:17 21:13,15 29:2
31:2 45:3 87:21
99:10 118:1
**fourth (2)**
50:1 120:17
**frames (1)**
34:20
**Framingham (1)**
109:7
**frequently (1)**

106:6
**front (5)**
24:2 91:18 111:22
113:15 116:6
**fruit (5)**
79:17,24 80:3,10,15
**full (5)**
77:16 98:25 103:16
105:3 144:14
**fully (3)**
135:18,19,25
**fundamentally (1)**
61:4
**fungicides (2)**
122:3,9
**further (8)**
26:3,17 51:19 97:18
116:10 127:20
129:3 147:15
**future (5)**
57:8,19 58:2 112:7
123:16

_____

**G**

**Garcia (2)**
4:16 7:7
**general (3)**
75:9 100:9 143:6
**generally (7)**
85:21 86:12,14,24
97:15 98:10 100:9
**germane (4)**
93:5 95:2,20 146:2
**give (4)**
42:10 45:17 58:19
71:13
**given (9)**
51:20 54:15 61:17
73:16 130:6,8,15,20
147:13
**gives (1)**
58:21
**giving (3)**
55:10 93:9 135:9
**glyphosate (94)**
5:8 10:9 11:9 12:1
14:16,24 18:12,14
19:10 20:15 24:14
25:5,14,25 27:4
29:5,8 31:2,13,17
34:14 37:10 38:18
38:23 39:3 48:22
51:15 59:14 62:13
62:15 71:2,18 73:10
74:6,19,24 76:22
77:2 78:3,9,16 79:8

79:14 80:17,24
81:22 82:15,21
83:23 85:4,22 86:6
87:11 90:7 100:18
101:13 103:15,19
106:19 107:19
108:3,4,16,19
114:13 117:11
118:4,6,25 119:5,12
120:12,22 121:9
123:25 125:10
126:23 130:16
132:19 133:3 135:5
135:24 138:8,15
141:10,16,22,24
142:14,15,19,20,24
145:3
**glyphosate-based (2...**
15:6 16:5 20:1,7
27:19 32:16,23 33:7
33:13,20 34:6 35:13
35:20 36:2,8 43:6
43:16 47:8,15 57:17
71:8 88:4,10 102:5
102:15 127:9
139:13
**glyphosate-exposed...**
31:11
**glyphosate-resistan...**
83:25
**go (12)**
11:1 15:21 21:17
24:19 28:8 31:25
69:21 79:22 89:11
90:6 116:5 129:5
**going (35)**
9:16 10:17 11:4 13:22
15:24 16:21 18:9
30:22 45:16 46:17
49:23 53:18 57:2,6
58:16,24 59:1,2,3
60:6 61:1,11 62:21
69:8 74:23 93:4
95:23 99:1 116:22
119:9 129:8 130:8
135:21,24 136:8
**Good (1)**
9:13
**GRANT (1)**
4:8
**greater (6)**
63:24 65:2 118:25
119:10 120:12,21
**Greenwald (1)**
4:12
**grew (1)**

83:9
**grounds (1)**
9:9
**group (5)**
31:12 88:9 138:13,18
139:3
**group's (1)**
138:22
**grouped (1)**
138:2
**grouping (1)**
26:24
**groups (2)**
31:3,12
**grow (1)**
83:15
**growing (1)**
83:2
**guess (4)**
9:10 38:1 73:14 144:9
**guesses (2)**
144:22 145:2
**guessing (1)**
88:17
**guidelines (2)**
82:25 83:6

_____

**H**

**half (2)**
60:16 80:16
**halfway (3)**
109:15,23 125:23
**hand (1)**
147:21
**handed (1)**
70:5
**handle (1)**
105:6
**head (2)**
86:2 87:19
**Health (19)**
5:10,24 6:8,15 11:10
11:21 12:2 39:10
68:22 70:3,8,12
75:19 76:3 96:18
109:7 119:18 120:4
123:10
**healthy (1)**
59:8
**heard (2)**
134:24 145:7
**Heart (1)**
109:7
**Hedlund (1)**
4:15
**heed (1)**

46:6
**helpful (1)**
131:25
**Heltshe (15)**
104:13,20 108:22
    109:12 110:1 112:4
    112:17,19 113:12
    113:21 120:17
    140:9,11,12,12
**herbicide (8)**
20:7 32:16 36:2,9
    43:17 88:4 102:5
    127:10
**herbicides (18)**
15:6 16:5 20:1 27:20
    32:23 33:7,13,20
    34:6 35:20 43:6
    47:8,16 57:17 71:8
    88:11 102:15
    139:13
**hereinbefore (1)**
147:11
**hereunto (1)**
147:21
**high (6)**
72:23 94:21 95:5,10
    96:1 128:13
**higher (3)**
119:4,4 127:4
**highest (8)**
36:15 37:12,19 88:8
    90:10 102:14
    126:13 127:12
**highlighted (1)**
144:15
**highly (4)**
12:18,23,25 74:22
**hold-out (5)**
113:6,24 114:8,24
    116:14
**HOLLINGSWOR...**
4:3,8 8:18
**Hoppin (1)**
70:7
**hours (1)**
8:6
**hung (1)**
69:6
**hypothetical (4)**
64:17,24 103:23
    105:18

_____
                I

**idea (2)**
23:16,18
**identification (10)**

11:11 13:17 21:5
    38:12 43:1 70:4
    75:21 91:15 96:22
    104:19
**identified (1)**
135:1
**identify (4)**
57:15,23 64:16 117:8
**ignoring (1)**
105:10
**III (1)**
109:5
**imagine (1)**
74:4
**immediately (1)**
94:1
**impact (6)**
13:3,5,6,22 84:1
    89:14
**impacts (1)**
9:22
**implicitly (1)**
105:11
**importance (3)**
141:15 142:12,15
**important (3)**
131:7,20 137:4
**impossible (1)**
125:2
**impression (1)**
91:8
**improved (1)**
112:6
**imputation (49)**
6:21 85:6,24 104:8,16
    105:22 106:2,6,13
    107:13,23 108:6,13
    109:2 112:5,24
    114:20 115:6,13,15
    115:20 116:1 118:5
    118:8,17 119:14,19
    119:25 120:7,11,21
    121:1,6,7,17,19
    122:1,4,10,15,19
    123:2,3,8 135:4,11
    135:11 143:6,11
**imputed (8)**
89:14 108:19 113:5
    113:23 114:7
    116:13,18 117:6
**inaccurate (3)**
71:6 92:14,16
**incidence (9)**
5:9 11:9 14:17 31:1,6
    31:8,10 37:10,11
**incident (1)**

100:23
**include (5)**
37:5 39:19 40:22
    43:10 45:22
**included (15)**
35:21 36:17 39:8 40:5
    40:10,15,21,23 41:6
    42:1,9,10 44:14
    87:16 119:20
**includes (4)**
43:13 48:24 138:14
    138:19
**including (3)**
25:7 109:4 143:13
**inclusion (2)**
40:20 46:13
**incorrect (3)**
42:11 44:10 45:10
**incorrectly (4)**
42:10,11 43:23 62:14
**increase (2)**
85:4,22
**increased (6)**
24:16 123:24 124:9
    124:22 125:9
    126:22
**indented (2)**
67:4 77:23
**independent (4)**
27:10,24 55:11 68:23
**INDEX (3)**
5:1,6 6:1
**indicate (2)**
72:22 124:17
**indicated (1)**
17:8
**indicates (5)**
73:5 101:6 115:13,23
    115:24
**individual (7)**
55:2 57:19 58:2
    101:22 104:1 118:9
    119:15
**individuals (19)**
57:7 62:12,17 75:6,8
    83:15,18 88:10
    102:12,22,23 103:6
    107:2,9,24,25 108:2
    112:20,22
**infallibility (1)**
27:14
**influence (3)**
93:12 95:24 96:8
**information (49)**
5:22 17:4 30:8 45:23
    51:14 53:3 54:16

56:11,17 57:14,22
    61:18 65:20 66:3,7
    68:2,25 70:1,10,24
    70:25 71:6,20 73:23
    75:5 76:9,11 77:3
    78:8,10 80:25 81:4
    81:6,7,16 83:10
    85:7 86:6 91:20
    92:21 93:9 105:6
    107:14,17 110:16
    110:18 111:10
    126:4,12
**informed (1)**
69:15
**inherent (1)**
127:25
**initial (14)**
15:14,18,20,22 16:15
    16:24 18:22 47:18
    48:2,9,17 49:5
    127:23 133:4
**Initiative (1)**
109:7
**initio (1)**
9:23
**insecticides (2)**
122:3,8
**instance (2)**
128:21 135:23
**institute (19)**
8:4 12:1,5,10,18,22
    13:20 14:1,6,17,22
    27:10,14,23 40:4,9
    50:14 70:8 88:22
**Institutes (1)**
11:21
**instruct (1)**
15:22
**integral (1)**
10:2
**intensity (5)**
26:5 28:15 29:14,21
    30:3
**intensity-weighted (...**
31:17
**interested (2)**
22:21 147:18
**interpret (2)**
125:3 127:18
**interpretation (4)**
52:19 128:11 143:24
    145:13
**interval (2)**
127:1,13
**intervals (1)**
137:16

**interview (15)**
6:13 91:15 92:7 93:2
    93:22 96:12 97:14
    98:10 100:8,8 101:3
    128:1,3 145:15
    146:1
**interviews (1)**
97:14
**introduce (2)**
7:12 128:4
**introduced (2)**
62:20 95:22
**introduction (18)**
14:24 34:15 35:11
    36:3,10,18 37:5,8
    37:13,15 81:1,8,18
    81:23 83:24 85:5,23
    109:1
**investigators (59)**
24:4,25 25:12,21 27:2
    29:15,16 33:18
    48:18 50:19 51:19
    58:9,10 70:23 71:4
    71:15 72:17 73:7,21
    74:17 75:2 76:9,15
    77:5 78:1,7,14 79:6
    79:12 93:17 94:4,10
    94:12,20 96:4 97:10
    97:18 98:2,7 100:3
    100:4,13 104:7
    105:22 106:14
    107:6 108:7,23
    109:25 111:20
    112:4,16 113:3,22
    114:6,20 116:10,16
    119:17
**involvement (1)**
72:18
**Iowa (4)**
6:9 14:19 75:20 76:3
**irrelevant (3)**
23:8 91:25 92:4
**irreparable (1)**
134:3
**issue (16)**
23:7,20 24:21 42:3
    44:3 49:19 50:5
    63:6 66:22 84:14
    86:14,23 101:17
    128:16 131:15
    143:22
**issued (1)**
8:10
**issues (7)**
84:21 85:1,11,18,21
    86:11 96:5

**J**

**Jack (1)**
21:9
**Jane (1)**
70:7
**January (5)**
1:14 2:4 7:5 146:8
147:22
**JEFFREY (1)**
3:14
**Jersey (3)**
2:13 147:2,7
**JNCI (1)**
39:25
**JOB (1)**
1:19
**journal (21)**
8:3 12:4,9,13,17,19
12:21 13:8,19,25
14:6 27:9,13,23,24
39:19 40:4,9 51:13
88:21 140:15
**journal's (1)**
13:22
**journals (3)**
12:23 13:2 14:2
**judge (5)**
7:24 130:2 132:11
137:24 144:3
**jump (2)**
9:16 49:23
**jury (4)**
130:2 132:11 137:24
144:4

**K**

**KATHRYN (1)**
3:8
**keep (2)**
18:6 32:3
**knew (1)**
53:18
**know (59)**
9:13 10:15,23,25 18:7
18:16 20:18 22:24
23:2 24:3,3 34:18
35:16 36:20 41:15
42:1 43:24 44:5
46:10 48:3 54:6,21
55:25 57:2 59:15
61:14 64:2 65:6,11
71:22 73:15,17 76:7
77:9 79:19 82:8
83:4,14 87:18 88:14
102:6,10,18 103:3
104:11 116:20

118:12,12,21 120:5
120:14 121:4 122:2
122:7 124:11,13
138:17 142:5,8
**knowing (2)**
82:21 84:7
**knowledge (9)**
9:23,25 54:17 55:12
56:18 62:2 82:17,19
82:24
**knows (1)**
134:21

**L**

**lack (4)**
26:3,10,15,21
**lag (7)**
33:5 34:24,25 35:1
37:3,4,6
**lagged (2)**
26:11 49:14
**lagging (2)**
34:19,22
**Lakewood (1)**
3:6
**large (8)**
23:21 25:3 67:10
109:3 130:4,10,18
134:20
**larger (3)**
39:21 118:16 130:14
**Lasker (60)**
4:7 5:3 9:1,6,12 10:15
10:23,25 15:13,24
18:9 38:5 42:21
45:16 69:12 78:22
79:2 91:6 94:19
98:17 110:9 111:3
112:14 114:14
123:17 129:3 132:2
132:4 135:8 136:2,6
136:10,18,21,23
137:1,5,10,14
138:16,24 139:6,9
139:20 140:5,8,18
140:25 141:2,13,19
142:3,8 143:2,9,10
144:5,24 145:5,8
**Lasker's (1)**
129:15
**latency (2)**
49:7,15
**LAW (1)**
3:3
**lead (5)**
51:22 56:9 70:6 75:24

85:2
**lead-off (1)**
11:15
**leading (1)**
52:23
**led (6)**
52:3 62:21 63:2 85:12
85:25 124:5
**leeway (1)**
45:17
**left (2)**
105:3 144:15
**left-hand (2)**
108:24 115:3
**legal (1)**
7:8
**let's (23)**
10:19,24 11:1,1 15:13
18:17 20:23 28:4,22
29:14,15 34:24 38:8
47:23 50:9 51:3
69:12 91:10 96:15
104:13 112:1
125:14 140:7
**level (1)**
37:12
**levels (1)**
31:2
**Liability (2)**
1:5 7:5
**Licensed (3)**
5:23 70:1,11
**lifestyle (7)**
6:5 75:17 76:1 106:15
106:25 107:8
108:18
**limit (4)**
60:1 88:24 126:25
128:13
**limitation (1)**
58:11
**limitations (1)**
143:16
**limited (8)**
32:24 33:21 34:7 37:7
46:2 89:19,24 96:12
**lindane (4)**
120:16,17,20 121:1
**line (18)**
10:14 18:25 69:13
80:7 111:23 125:15
129:21 136:25
139:15 141:20
144:8 148:8,10,12
148:14,16,18,20
**lines (4)**

108:25 115:21 117:2
126:2
**linkage (1)**
14:18
**linked (2)**
26:18 57:6
**list (1)**
76:23
**listed (1)**
71:3
**listing (1)**
13:21
**lists (2)**
99:21 117:16
**literature (9)**
38:23 43:12 68:11
71:24 75:24 120:3
121:5,14 122:24
**literature-based (2)**
30:5,6
**litigation (8)**
1:5 7:5 20:25 21:22
22:15,17 123:6
144:2
**little (4)**
28:8,9 110:2 137:25
**live (3)**
59:21,22,25
**load (1)**
114:13
**logistic (2)**
115:14,24
**longer (1)**
48:19
**look (49)**
16:17 18:19,24 19:13
19:14 21:6 24:8,21
28:4,6,8,21,23
32:12 34:13 36:1,21
36:22 37:3 47:24
49:6 51:3 59:8 73:8
77:10,15 81:3 88:16
89:6,11 91:10,17
96:15 98:21 100:18
100:20 102:21
104:13 105:1
109:14 112:1
113:14 115:2,20
120:16 125:14,19
127:12 144:5
**looked (19)**
19:3 33:11,18 34:4
35:10,18 70:23
80:23 100:17
101:12 102:7,11
103:6,8 106:24

107:6 114:22
117:17 122:8
**looking (27)**
16:4 21:25 22:2 26:12
27:21 33:6 35:1
44:2,6 45:2 77:20
80:25 81:14 88:23
91:20 95:13,25 99:4
102:12 118:22
120:9 122:2 125:17
130:13 131:10
141:15 142:3
**looks (2)**
10:7 144:13
**Lorelei (2)**
5:19 42:25
**loss (5)**
133:8,9,11 135:3,13
**lot (3)**
61:6 129:18 140:15
**Lots (1)**
122:13
**louder (1)**
102:9
**love (2)**
59:24,24
**low (1)**
31:6
**lower (12)**
30:25 31:7,10 36:16
37:14 39:5,21 40:11
41:7,22 42:14
118:18
**lumped (1)**
138:8
**Luncheon (1)**
129:9
**lung (1)**
95:13
**Luxenberg (1)**
4:13
**lymphoid (1)**
25:6
**lymphoma (74)**
10:10 15:4 16:6 17:9
17:11 18:1,15 19:2
19:4,9,16,21,25
20:8,16 24:22 25:25
26:23 27:5,20 28:6
28:23 29:8 30:24
31:1,11,18,19 32:13
32:17,24 33:14,21
33:24 34:7 35:14,21
36:8,15 37:9,11
39:4 43:7,17 44:19
44:23 47:9,16 49:8

53:18 55:3,13 57:3
57:9,20 58:3 61:21
62:16 87:10,17 88:5
88:11 90:8 95:5,10
102:6,16,21 103:22
104:2 123:25
126:15,22 127:11

**M**

**M.D (3)**
1:12 2:9 7:18
**main (1)**
125:20
**major (2)**
95:24 133:12
**making (5)**
55:9 93:6 141:17
144:21 145:1
**malignancies (1)**
25:6
**management (1)**
82:25
**manipulations (1)**
60:24
**Manuel (2)**
4:16 7:7
**manuscripts (1)**
12:14
**March (2)**
5:14 21:4
**mark (10)**
10:13 13:14 16:17
20:23 38:1,2,8
69:12 75:14 91:11
**marked (13)**
11:10,13 13:16 14:7
21:4 38:11 42:25
48:3 70:3 75:20
91:15 96:21 104:18
**market (1)**
14:25
**marking (2)**
17:18 42:19
**marriage (1)**
147:17
**Mary (5)**
1:18 2:11 7:10 147:4
147:24
**math (3)**
34:25 41:4 42:7
**mathematical (2)**
42:3 44:9
**matter (3)**
131:17 132:8 147:19
**McDuffie (4)**
18:20,24 19:2,2

**MDL (2)**
1:4 7:24
**mean (26)**
17:3 18:8 23:2 24:24
40:16,17 44:16 53:8
53:16 55:16 56:20
59:21 60:16 63:20
63:23 74:8 83:21
87:24 111:7 124:12
128:22 131:8,9
132:12 135:10
145:11
**meaning (2)**
54:9 130:2
**meaningful (1)**
132:18
**means (7)**
19:24 29:17 54:6,21
84:3 135:15 138:1
**measure (3)**
13:6 58:10 68:24
**measured (6)**
34:21 58:7,8 76:16
86:17 111:19
**measurement (6)**
30:5 53:17 59:1 64:10
64:11 74:13
**measurements (3)**
30:6 55:18 74:24
**measuring (1)**
32:10
**Medical (1)**
2:9
**member (3)**
101:20 103:14,18
**members (8)**
61:20 76:10 87:12
88:5 106:20 108:1
125:8 126:20
**memorized (1)**
9:5
**memory (1)**
91:5
**Mental (1)**
109:6
**mention (1)**
96:5
**mentioned (7)**
24:7,20 28:18 56:25
96:6 113:12 144:5
**merits (1)**
40:20
**met (1)**
10:5
**meta-relative (7)**
41:22 42:13 43:4,16

43:22 44:9 45:9
**metanalyses (3)**
38:22 40:12 41:8
**metanalysis (13)**
39:2,8,18 40:1,5,7,8
40:10,17 41:6 43:10
43:11 44:15
**method (7)**
30:19 32:9 85:6,24
107:12 108:14
135:12
**methodologies (1)**
143:12
**methodology (32)**
9:20 40:7 66:9 104:8
105:23 106:2 108:7
112:24 114:21
118:6,8,17 119:14
119:19,25 120:8,11
120:22 121:1,6,7,17
121:19 122:1,4,11
122:15,19 123:2,4,9
127:11
**methods (2)**
24:10,12
**metrics (2)**
26:5 32:14
**Michael (1)**
4:14
**middle (3)**
118:7,13 119:13
**midway (1)**
17:10
**Miller (2)**
3:11 21:23
**million (1)**
131:23
**minutes (2)**
99:9,10
**misclarification (1)**
86:18
**misclassification (42)**
50:3,15,22 51:16,21
52:5,22 53:5 54:1
54:15,18,24,25 56:9
57:5,16 58:5,14,15
60:4,5 61:16,22
62:6 63:12,16 64:19
74:6 84:14,22 85:3
85:13 86:1,15 87:5
127:22,24 128:2,17
128:24 132:23
135:5
**misclassifications (3)**
57:24 63:7 124:19
**misread (3)**

52:7,9,13
**misrepresentation (1)**
74:7
**missed (1)**
73:15
**missing (8)**
44:25 105:6 109:3
110:11,19,22,23
111:13
**misstates (3)**
103:2 127:16 143:3
**mistake (3)**
92:20,20 93:1
**mixed (3)**
30:10 114:13 140:22
**mixing (1)**
99:16
**model (2)**
115:14,25
**modest (12)**
38:16,20 59:11 60:3,5
130:13,17 131:10
133:16,25 135:2
136:24
**moment (2)**
35:7 98:22
**Monsanto (4)**
4:4 8:9 46:4 140:21
**Monsanto's (2)**
42:17 140:14
**Montgomery (12)**
90:17 96:15 97:6,10
98:3 99:5 100:19
109:17,19 110:1
145:14,22
**month (1)**
145:13
**months (1)**
17:3
**moot (1)**
9:10
**morning (3)**
9:13 129:16 136:3
**mortality (3)**
94:22 95:6,11
**moving (1)**
84:19
**Mucci (9)**
5:19 42:18,25 43:2,11
43:21,24 44:4 45:3
**Mucci's (1)**
44:6
**multiple (9)**
6:21 26:22 104:16
109:1 112:5 115:15
115:25 135:21,22

**myeloma (1)**
26:23

**N**

**N (1)**
116:5
**N.W (1)**
4:5
**name (4)**
7:7 140:10 148:2,4
**NAPP (5)**
45:15 46:11,13,21
47:2
**national (20)**
8:4 11:21 12:4,5,9,17
12:21 13:20,25 14:5
27:10,13,23 40:4,9
50:14 70:7 88:22
109:4,5
**nature (2)**
55:14 58:16
**NCI (60)**
12:13 14:21 16:3
17:25 18:13 19:8
20:13 23:24 25:1
27:3 28:14 29:9
30:24 31:15 32:21
33:4,5 34:4 35:9
36:7 37:2 39:19
40:3 41:5 43:13
47:5,13,23 48:24
49:12 50:7,20,25
51:13 53:2,13,25
54:13 57:23 61:17
64:18 65:19,24 66:2
84:12 87:2,9 88:3
92:1 102:11,19
104:2 120:1 122:2
122:16 124:1,4,7
125:16,18
**nearly (1)**
14:23
**necessarily (2)**
39:24 53:10
**need (14)**
17:14 23:19 46:24
48:18 58:4 59:10,11
59:15 74:10 77:13
77:18 82:14 130:14
130:17
**needs (1)**
71:12
**negative (2)**
59:18 132:15
**neither (1)**
132:14

**Neugut (36)**
1:12 2:8 5:3,14,17 7:4
7:18 8:7 9:13,19
16:2,15 21:3 38:11
38:13 42:4 44:12
45:13 46:9 47:4
61:9 66:24 70:5
71:15 72:4 75:22
77:12 79:4 91:17
96:25 99:3 129:14
146:11 147:9 148:4
148:23
**Neugut's (1)**
15:14
**never (3)**
19:17 28:20,25
**never/ever (1)**
29:7
**new (13)**
1:13,13 2:10,10,13
9:20,22 10:1,6
11:14 122:18 147:2
147:7
**NHANES (1)**
109:5
**NHL (27)**
15:11 17:8 18:2,12
20:5,13 23:24 25:7
25:14 26:18 31:9
48:21 59:14,16 63:3
64:11 65:11 87:20
87:22 100:18
101:13 125:9
130:16 132:20
135:24 139:13
141:23
**NHS (1)**
74:16
**NIH (41)**
29:16 30:24 33:18
34:3 35:18 50:19
51:19 58:10 68:21
70:22 71:4,15 72:17
73:20 75:2 76:15
78:1 93:17 94:3,12
96:3 97:10,18 98:1
98:7 100:4,12 104:7
105:21 106:13
107:6 108:7 109:25
111:20 112:4,16
113:3 114:4,6 116:9
119:17
**NIH's (1)**
73:7
**Non-Hodgkins (71)**
10:10 15:4 16:6 17:9

17:11 18:1,15 19:1
19:4,9,16,21,25
20:8,16 24:22 25:25
26:23 27:4,20 28:6
28:23 29:8 30:23
31:1,10,18,19 32:13
32:17,24 33:14,21
33:24 34:7 35:21
36:8,15 37:9,11
39:4 43:7,17 44:18
44:22 47:9,16 49:8
55:3 57:3,8,20 58:3
61:21 62:16 87:10
87:16 88:4,11 90:8
95:5,10 102:6,16,21
103:22 104:2
123:24 126:14,22
127:11
**noncancer (1)**
101:1
**noncontributory (2)**
47:10 132:13
**nondifferential (10)**
50:2 51:22 52:4 53:6
53:14 54:2,18 62:7
128:17,24
**nonHodgkins (1)**
35:14
**noninclusion (1)**
46:14
**nonparticipants (3)**
97:12 98:8 100:6
**nonresponder (1)**
108:15
**nonresponders (13)**
6:23 65:6,7 90:15,23
92:9,24 104:9,17
107:18 108:15
111:18 123:22
**nonresponding (1)**
101:8
**nonresponse (8)**
94:6,25 99:23 105:10
110:19 111:12
145:20,24
**nonresponses (1)**
95:23
**Nonresponsive (2)**
6:12 91:14
**North (3)**
14:18 43:13 45:6
**NORTHERN (1)**
1:2
**Notary (2)**
2:13 147:6
**note (2)**

50:18,20
**Notice (3)**
8:10,14,20
**November (2)**
7:24 8:3
**nowadays (1)**
133:12
**null (29)**
59:18,19 60:8,12,20
63:8,13,14,18,20,21
63:22,25 64:13,14
64:15,22 65:13,15
127:17 128:12,19
128:20,22,25
132:15 134:7,12,18
**number (27)**
5:7 6:2 7:3 8:23 15:25
16:22 17:8 18:2
21:16 23:11,12
24:21 28:22 29:12
37:17 38:21 39:13
52:2 67:11 68:23
87:18,22 89:1,21
90:3 114:24 121:25
**numbered (1)**
10:22
**numbering (1)**
69:16
**numbers (13)**
9:2 11:1 24:24 45:2
78:10 83:7 113:19
140:22 141:3,8,10
141:16 142:25

---

## O

**object (34)**
8:22 16:8 18:4 22:13
27:6 31:5 32:19
33:2,16 34:17 35:15
36:12 39:6,23 45:21
49:25 50:16 57:10
68:3 73:1,12,25
74:21 82:1 92:3,17
100:15 106:11
108:11 118:10
119:23 121:10
141:19 143:2
**objected (2)**
46:4 78:24
**objecting (2)**
142:2,7
**objection (50)**
9:7 15:2 17:17 28:1
40:13 41:10,23 42:5
44:11,24 45:12,24
54:4 61:24 62:10

64:23 67:2 71:9,21
75:11 78:19,23
97:23 98:13 99:14
103:1,10 110:6
118:20 121:20
122:5 123:13
124:24 127:15
132:2 135:8,9 137:5
137:10 138:16,24
139:6,20 140:5,18
140:25 141:13
143:9 144:24 145:5
**objections (4)**
45:18,19,22 46:3
**observe (1)**
25:13
**observed (7)**
25:24 62:23 93:14
113:5,22 114:7
116:13
**obtained (8)**
38:21 53:4 54:16
61:18 65:20 66:3
80:25 107:14
**obtaining (1)**
66:7
**obviate (2)**
42:11 59:11
**obviated (1)**
128:5
**obviously (2)**
141:23 142:19
**occupation (1)**
107:1
**occupational (3)**
106:15 107:8 108:18
**occupationally-exp...**
72:20
**occur (1)**
56:21
**occurred (15)**
33:22 34:20 35:22
36:17 51:17 61:16
62:6 63:16 64:8,20
84:23 124:18,18,19
124:20
**occurrence (1)**
65:11
**occurs (1)**
56:21
**offhand (2)**
36:20 88:14
**Oh (4)**
25:22 38:6 89:9 97:8
**OK (29)**
9:1,17 17:21 20:23

24:18 28:11 30:2
31:15 44:2 45:16
46:9,24 50:4 53:14
54:7,10 65:17 89:9
91:24 94:10 111:25
114:3 119:11
123:19 129:3 136:2
141:2,3,9
**old (1)**
50:10
**Once (1)**
82:4
**oncology (1)**
14:2
**online (2)**
12:3 136:12
**operating (1)**
64:3
**opine (1)**
64:20
**opinion (7)**
47:7 95:9 132:7,13
134:25 137:7 145:8
**opinions (1)**
47:22
**Orange (1)**
3:13
**order (2)**
46:2 48:20
**ordered (1)**
7:25
**original (5)**
47:25 48:5 85:15
87:24 127:25
**Orsi (2)**
43:15 45:7
**outcome (14)**
53:4,7,15 54:3,17,19
56:11,19 61:23 62:8
62:24 105:23 130:9
147:18
**outcomes (10)**
49:1 55:24 94:1,5,13
94:21 96:11 101:9
102:2 143:24
**Outside (3)**
121:12 122:22 123:6
**over-estimate (1)**
59:7
**overall (3)**
25:7,14 26:1
**overcomes (1)**
131:3
**overstated (1)**
117:25
**overwhelming (1)**

143:22
**Oxford (2)**
5:11 13:16

**P**

**pack (3)**
118:7,13 119:13
**page (86)**
5:2,7 6:2 13:21 16:16
18:21,22 19:15 21:1
21:6,11,14,17 25:11
25:20 28:7 29:18,23
30:23 36:23 38:13
38:16 48:9,17 51:5
51:9,10,10 66:1
70:17,18,18 72:4,5
76:24 77:10,11
79:23 80:7,8 84:9
84:11,19,20,21
88:17,23 89:4 90:13
90:19 93:16,19
94:10,11,17,19
100:20,22 103:13
103:17 105:1,2
106:6 108:23
109:13 112:2 115:3
116:22 117:15
125:14,15,19,22
136:19 137:23,23
140:20 144:5,14
148:8,10,12,14,16
148:18,20
**pages (2)**
21:13 32:3
**paper (59)**
11:18 18:24 24:8 25:2
25:23 52:13,14,17
60:14 72:4 74:10
88:21 91:1 93:18,23
96:16 97:3,5,7,9,10
98:3,23 99:5,9
100:21 101:12
104:24 109:17,19
110:1 111:22 112:2
112:15,17,19
113:13,15,16,19
116:6,17 117:15
119:19 120:17,25
121:14,21 122:2,16
122:18,24 123:14
134:15,20 135:6
145:14,18,22
**papers (2)**
13:7 121:25
**paragraph (13)**
17:10 67:5 72:3,6

77:16,16,23 80:1
94:15 103:17 105:3
125:24 144:14
**paramount (1)**
131:18
**part (7)**
17:14 40:17 46:12
47:20 65:16 89:23
134:20
**partially (1)**
8:24
**participant (1)**
30:10
**participants (15)**
6:7 75:19 76:2 85:8
88:25 89:15,20,25
97:13 98:9 100:7
105:13 131:23
138:2 144:6
**participation (1)**
99:18
**particular (5)**
70:16 131:4 135:23
143:18 144:18
**particularly (4)**
19:14 128:12 134:6
134:10
**parties (1)**
147:16
**pattern (1)**
108:10
**peer (4)**
12:8,12 27:11,25
**peer-reviewed (9)**
46:22 68:11,17 75:24
97:11 120:2,3,9
121:5
**people (9)**
22:6 23:7,9 29:4
58:23 138:14,19
144:18,22
**percent (40)**
14:2 61:3,3 66:19,19
71:5,16,17 74:9,12
74:25 76:25 80:2,3
80:4 86:5,16 87:6
92:6 112:22 113:7,7
113:24,25 114:9,9
114:21,25 116:8
117:7,12,20,21
118:1 126:25
127:13 133:9 144:6
144:10,17
**period (13)**
34:10 35:4,11,24
36:18 48:20 49:8

85:3,8,13 106:19
107:19 108:17
**periods (7)**
26:12 32:25 33:6,10
37:4 49:14,14
**personal (1)**
30:17
**pesticide (32)**
5:21,23 6:16,22 14:11
14:22 15:4 69:25
70:2,10,11 72:8,9
72:11,18,24 75:3,8
76:17 96:19 104:17
105:4,12 113:6,23
114:8,15,17 115:12
115:13 116:8
120:18
**pesticide-related (1)**
30:14
**pesticides (32)**
26:18 30:10 49:21
58:7 71:1 93:20
99:17 114:22 115:1
116:12,19,21,21,25
117:5,8,17,21,25
118:9,16,18,24
119:3,15 120:10
121:7 122:10
140:22 141:25
142:17,21
**Ph.D (3)**
1:12 2:9 7:18
**phase (55)**
84:15,24 86:7,8 87:13
87:13 90:16,16,22
91:2,22 92:2,13,13
93:16 97:14 98:9
99:7,7 100:8 101:21
102:13,13,22,24
103:7,7 104:9 105:6
105:11,12,14 107:3
107:8,10,15,15
108:1,1,3,4,16,19
110:3,19 111:11
112:21 117:5
119:21 123:22
125:5 126:8,18
145:15,15
**phrase (2)**
54:8,21
**piecemeal (1)**
99:2
**place (6)**
34:8 35:2 132:24
133:1,3,17
**placed (1)**

7:14
**plaintiff's (3)**
21:21,22 22:18
**plaintiffs (4)**
3:4 7:23 8:22 46:1
**playing (1)**
46:14
**please (8)**
7:12,17 17:2 61:12
77:14 98:16 110:8
130:1
**point (7)**
9:10 94:9 110:16
111:9 124:16 128:8
132:14
**pointed (1)**
56:14
**pointing (1)**
30:1
**points (2)**
23:12 93:7
**Pooled (2)**
43:14 45:6
**poor (1)**
131:12
**poorly (1)**
131:24
**population (2)**
72:21 75:9
**position (1)**
74:15
**positive (10)**
59:20 60:15,17
127:19 128:7,9
132:15 134:8,16,21
**possibility (6)**
50:14,21 63:11
103:14,18 105:10
**possible (3)**
111:17 131:2 139:8
**possibly (2)**
111:6 128:21
**potential (9)**
6:11 49:20 53:5 56:9
68:17 73:8,9 91:13
120:10
**power (17)**
20:5,14,19 22:20 23:3
23:19,25 24:13,16
129:19,20,23 130:3
130:4,23 131:5,6
**powerful (2)**
16:4,9 131:3
**practices (2)**
84:3,4
**pre (1)**

127:10
**precisely (1)**
106:8
**predict (2)**
112:24 145:24
**predicted (1)**
145:19
**prefix (1)**
69:18
**premised (1)**
142:9
**prepared (3)**
15:19 42:17 46:15
**present (2)**
4:11 117:14
**preserve (2)**
115:16 116:1
**pretended (1)**
112:23
**pretty (2)**
49:22 82:6
**prevalence (6)**
113:5,23 114:7
116:11 117:6,7
**previous (5)**
14:15,16 17:16 26:18
48:11
**previously (3)**
40:6 56:25 140:2
**primary (1)**
125:24
**printed (1)**
136:12
**prior (15)**
15:9 35:3,11 37:7,14
50:11 53:4 54:17
61:19 69:17 81:1,8
81:17 125:10
126:23
**probability (3)**
6:17 96:20 101:2
**problem (9)**
59:13,17 61:4 106:8
133:1,5,18 135:11
135:15
**problems (9)**
61:6,7 124:12 133:20
134:4 135:14,18
143:20,21
**procedure (1)**
115:15
**process (2)**
10:2 107:23
**product (1)**
10:9
**production (1)**

8:11
**Products (2)**
1:4 7:4
**Professional (2)**
2:11 147:5
**Progress (1)**
109:6
**Project (2)**
43:14 45:6
**pronounce (1)**
140:9
**proper (4)**
45:20 69:16 79:2
143:16
**property (1)**
72:14
**prospective (4)**
6:18 25:4 51:20 96:21
**protect (1)**
44:18
**protective (1)**
30:17
**provide (5)**
49:13 72:23 76:11
80:9 88:23
**provided (12)**
20:24 21:8 30:8 51:14
69:1 76:9 79:9 81:8
81:17 86:6 91:21
145:9
**provides (5)**
14:8 20:5 23:25 43:3
47:13
**psychological (1)**
84:6
**PTO (3)**
7:25 8:8,25
**Public (2)**
2:13 147:6
**publication (34)**
11:25 12:15 13:11
15:9 24:6 46:23
48:13 50:23,24
68:17 70:13 72:3
73:5,13 75:14,23
76:6,24 77:11,13
87:23 91:19,25
93:15 96:7 97:11
104:14,21 105:2
109:14 112:3,4
120:2 122:8
**publications (7)**
13:9 73:7,17 90:13,25
120:9 122:13
**published (21)**
8:2 10:7 12:3,3 13:7

18:10 25:1 27:12,24
48:12 67:11 68:10
68:23 76:3 80:22
93:18 119:20 121:6
121:13,15 122:24
**publishes (1)**
27:15
**publishing (1)**
68:14
**pull (1)**
15:13
**pulled (1)**
112:21
**purchase (1)**
72:12
**purposes (4)**
29:22 67:22 75:4
144:1
**pursuant (1)**
8:8
**put (4)**
24:10 50:10 52:12
88:17

_____

**Q**

**quadrant (1)**
37:20
**quadrants (1)**
19:17
**quality (7)**
40:18,19 72:23
131:16,18,20,24
**quartile (3)**
90:10,10 126:14
**question (51)**
20:6,10,15 22:17,21
31:8 34:1 40:3
46:18 53:11,12,22
54:12,20 57:21
61:10,11,13,14 62:4
62:5,18 66:21 67:1
79:5 81:12 82:3,11
82:23 91:7 95:20
98:5,19 99:12,15,25
100:2,3,11 101:17
101:24 103:16
107:4 110:15 111:4
114:16 122:6
123:17 125:13
132:4 137:13
**questioning (6)**
129:16,21 137:1
139:16 142:10
144:8
**questionnaire (54)**
6:24 67:10,14,21 68:6

71:17 73:9 74:18
76:17,19 79:7,13,16
80:13 81:5,15,16,17
84:15,24 85:17,20
86:7,8,9,19,21
89:16 92:2 94:2,7
95:1 100:25 101:8
102:23,24 103:20
103:21 104:18
105:15 106:17,21
107:1,9 111:12
112:21 119:21
123:23 125:6,9
126:8,9,19,21
**questionnaires (20)**
65:21 66:4,6,8 69:1
70:25 76:12 78:12
78:15 86:13,23 89:1
89:21 90:1 91:21
92:22 107:15,16
143:11 144:7
**questions (20)**
15:16 21:20 55:6 99:1
125:15 129:4,15,17
129:18 136:4
139:10 140:16,17
141:6,20 142:7,9,11
142:22 146:4
**quite (1)**
53:23
**quotation (1)**
52:9
**quote (5)**
51:11,12 52:18,19,21
**quoting (2)**
66:25 108:25

_____

**R**

**Railroad (1)**
3:12
**raise (6)**
52:2 85:1 86:14
101:18 103:13,17
**raised (1)**
86:12
**raising (1)**
105:18
**random (5)**
110:12,20,22,24
111:13
**ranks (2)**
13:2 14:1
**rapid (2)**
94:22 95:11
**rare (1)**
117:4

**rate (27)**
23:25 28:4 29:7 36:14
39:14,22 41:18,19
49:13 63:13,18,23
64:21 88:12 90:9
95:5,10 102:14,20
120:21 124:5,9,20
124:23 126:13
128:18,25
**rates (2)**
74:2 94:21
**rating (1)**
13:1
**ratio (26)**
20:20 24:1 29:7 39:14
39:22 41:18,19
59:12 60:7 63:18,23
88:12 90:9 102:14
102:20 103:11
124:5,9,21,23
126:13 128:19,25
135:3 137:3 138:23
**ratios (15)**
22:24 23:17 28:4
36:14 49:13 60:3
63:13 64:21 95:15
95:16,25,25 96:1
101:15 127:3
**react (1)**
84:5
**read (21)**
16:19 17:14 25:8
43:18 71:13 72:15
72:25 74:2,10 77:13
77:19 90:25 97:16
98:15,17,25 110:7,9
111:2 116:3 134:15
**reading (6)**
25:18 53:22 80:6 99:8
112:13 115:19
**readings (1)**
74:4
**ready (24)**
15:19 34:15 35:12
36:3,10,19 37:6,8
37:13,15 81:1,9,18
81:24 82:5,8,13,14
83:2,5,16,19 85:5
85:23
**real (1)**
131:15
**realize (1)**
145:14
**really (18)**
22:20 23:7,8 41:15
44:3 60:19,23 74:10

82:10,17 93:1
101:16 134:1,1,2,5
134:12,22
**Realtime (2)**
2:12 147:6
**reask (1)**
99:25
**reason (16)**
43:20,25 44:7 45:1,8
62:11 69:14 105:21
148:5,8,10,12,14,16
148:18,20
**reasonable (1)**
22:19
**reasons (1)**
75:1
**reassessed (1)**
133:7
**reassessment (1)**
133:9
**recall (14)**
15:12 24:5,5,9,11
29:11 39:16 56:5
57:11 71:25 75:7
82:6 83:16 102:13
**receive (1)**
8:16
**received (1)**
8:13
**recess (3)**
11:5 69:9 129:9
**recollect (1)**
22:10
**recollection (5)**
17:6 18:18 22:25 24:7
70:15
**record (20)**
7:15 11:2,4,7,12
46:19,24,25 53:21
69:8,22 75:22 98:16
99:3 111:16 129:6,8
129:11 147:13
148:6
**redirect (1)**
98:18
**reducing (4)**
89:1,21 90:3,5
**reduction (1)**
112:6
**reference (1)**
115:12
**references (1)**
32:4
**referencing (1)**
109:16
**referred (1)**

56:12
**referring (2)**
17:22 37:17
**reflect (2)**
69:23 99:4
**refresh (2)**
18:18 91:4
**regard (11)**
53:15 55:7,23 62:20
62:23 72:11 79:9
82:20 93:7,10
101:13
**regarding (2)**
72:23 142:10
**Registered (2)**
2:11 147:4
**regression (2)**
115:14,25
**regulations (1)**
72:11
**relate (1)**
92:6
**related (3)**
108:9 129:19 147:16
**relates (3)**
1:8 59:16 130:24
**relating (1)**
142:16
**relative (29)**
24:15 38:15,17,20
39:5 40:11 41:7
116:17 117:19
118:16,18,25 119:4
119:5,7 120:12
127:5 130:6,7,11,13
130:17,21 131:13
133:19 136:24
137:3,8,17
**relevance (3)**
78:20,23,25
**relevant (3)**
24:24 92:21 142:20
**reliability (13)**
6:4 66:21 68:25 75:17
75:25 76:16 80:9,13
80:16 81:7,10,14
85:20
**reliable (16)**
66:13,15,16,17 67:5
67:22 68:1,16 78:17
79:15,21 81:25
83:16 121:18 123:2
132:17
**rely (2)**
41:8 90:14
**relying (2)**

45:14 113:13
**remember (10)**
9:1 71:10 129:20
136:10,25 139:15
140:16,23 141:5
144:8
**remind (1)**
45:25
**renders (1)**
135:6
**renew (1)**
17:16
**reorient (1)**
98:22
**repaired (1)**
30:13
**repairing (1)**
135:15
**repeat (4)**
31:8 34:1 57:21 122:6
**repeated (1)**
54:20
**rephrase (1)**
54:10
**replacing (1)**
41:17
**report (70)**
5:16,18 8:5 15:14,18
15:20,22 16:15,20
16:25 18:19,22 19:1
37:25 38:9,11,14
42:16,18,25 43:2
47:18,25 48:2,6,10
48:17 49:5 50:11,19
51:4,6,7,11 52:1,11
52:21 58:11 63:6,11
65:18 66:1,2,25
71:16 74:1 83:22
84:10,11,19,20
90:12,18 92:12 97:2
97:4,6,22 99:6
103:13 104:22
105:19 106:5
113:10 120:24
123:20 136:19
140:3,7 145:10
**reported (21)**
1:17 27:3,7 28:5
30:25 31:9 39:14
40:11 41:8,18 58:6
64:21 94:14 124:5,8
124:12,15,20 125:3
126:5,12
**reporter (7)**
2:12,12 7:9,17 69:21
147:5,6

**reporting (6)**
6:4 7:9,11 75:17,25
78:21
**reports (5)**
27:2,7 45:3 74:2,5
**request (2)**
46:6 98:24
**requests (1)**
8:11
**reread (1)**
51:1
**rereading (1)**
52:13
**research (4)**
10:1 66:9 67:23 106:7
**residency (1)**
14:18
**respect (41)**
18:1 19:1 22:16 24:16
27:4 47:14 53:6
54:2,19 61:15 62:7
71:2 73:10,21 77:7
78:2,4 79:14,23
80:14,17 81:14
82:25 83:17 84:15
85:18 86:13 87:6
92:12 93:25 101:7
101:19 108:14
110:18 111:11
118:4,7 119:13
139:14 141:17,20
**respected (3)**
12:18,23,25
**respectfully (4)**
113:7,25 114:9 116:9
**respectively (3)**
113:25 114:10 116:9
**respond (16)**
85:9 92:6 93:4,11,12
101:20,20,25 102:1
102:24 103:20
107:3,10 125:8
126:21 144:11
**responded (9)**
102:12,22 103:7
106:21 107:16,25
112:20,23 144:6
**respondents (2)**
71:5 96:13
**responder (2)**
93:8,8
**responders (6)**
90:15,22 92:9,22
111:18 123:21
**responding (3)**
101:7 103:15,19

**responds (1)**
93:3
**response (15)**
22:17 31:17,23 32:13
32:15 77:17 78:2,4
94:6,25 99:23
139:11,18 145:19
145:24
**responses (26)**
64:5 71:18 73:9 74:18
76:17 77:7,24 79:7
79:13,16 80:14
81:15 85:17 91:2,21
92:2,13 93:21 94:3
99:8 100:25 107:2,9
113:1 114:23 126:8
**responsible (1)**
72:12
**responsive (2)**
8:14,20
**rest (2)**
110:7 111:2
**result (5)**
39:4 40:24 41:7 60:8
93:23
**resulted (2)**
63:17 120:11
**results (4)**
41:5 115:6,13 132:17
**review (5)**
12:13 27:11,25 64:18
71:24
**reviewed (5)**
36:24 46:21 47:1 73:6
73:18
**reviewer (1)**
12:9
**reviewers (1)**
12:12
**revisit (1)**
15:18
**right (32)**
9:16 10:23 15:20 16:1
21:14 33:14,15
36:25 48:7 53:14,19
77:22 82:7 87:3
88:19 89:10 90:5
91:18 113:14
114:15,18 116:7,23
116:23,24,24
135:10 138:15,23
140:4 143:1 144:15
**Rinsky (8)**
90:17,21 91:1,18
92:14 93:15 94:11
96:3

**risk (59)**
20:20 22:24 23:17
38:15,17,20 39:5
40:11 41:7,22 42:12
42:13 43:4,16,22
44:9,22 45:9 48:21
51:22 52:5,23 59:12
59:17 60:3,6 63:8
65:12 87:10 95:14
95:16,24,25 96:1
101:15 103:11
118:25 119:4
123:24 125:9
126:22 127:2,5
130:6,8,11,13,17,21
131:10,14 133:19
135:3 136:24 137:3
137:4,8,17 138:22
**Robin (1)**
4:12
**role (1)**
46:15
**roughly (3)**
18:2 115:7 118:15
**RoundUp (32)**
1:4 7:4 34:15 35:11
36:3,10,18 37:6,8
37:13,15 44:17 81:1
81:9,18,24 82:5,6,8
82:9,13,14 83:2,5,8
83:15,17,18,19 85:5
85:23 148:2
**routinely (1)**
14:1
**RPR (2)**
1:18 147:24

---
**S**

**sample (6)**
6:6 75:18 76:2 116:14
130:14,14
**saying (4)**
66:18 95:19,21
127:17
**says (5)**
17:21 52:14 99:19
111:10,17
**scenario (2)**
64:17 105:17
**scheme (2)**
13:2 69:17
**School (1)**
2:9
**scientific (8)**
9:20,21,23 10:2 12:19
13:2 71:12 137:7

scientists (7)
11:19 13:10 30:25
31:9 34:3 35:18
68:21
scope (2)
8:23,25
score (2)
29:21 30:3
screen (2)
25:19 30:1
second (30)
11:2 29:19,24 32:8
49:3 76:23 77:15,21
80:8 81:23 84:24
85:9 86:8,20 92:7
93:19 94:13 96:23
96:25 97:14 98:9
100:8 103:21 105:2
106:21 109:14
111:24 125:8
126:21 144:7
section (3)
24:10,12 25:10
see (28)
13:21 17:20 21:7,9,15
24:9 25:22 29:25
32:6 33:18 34:4
35:19 38:18 77:24
89:6,16,22,23 105:7
109:16 111:23
117:1 119:11
125:25 128:9
133:11 137:22
144:16
seeing (12)
17:20 24:5,6,9,11
25:17 65:14 70:16
71:11 80:5 114:1
115:18
seen (2)
70:13 98:23
selection (6)
72:19 96:7 97:20
98:12 100:10 110:3
self-exposure (1)
74:24
self-report (2)
66:12 67:5
self-reported (15)
5:21 6:15 65:21 66:4
66:6,8 67:9,18,20
68:15 69:25 70:9
96:11,18 143:11
self-reporting (2)
132:25 143:5
self-reports (1)

72:22
sense (4)
10:16 16:9 20:21
55:25
sensitivity (1)
60:25
sentence (10)
89:13 97:25 98:14,20
110:7 111:2 112:3
112:15 136:22
137:22
separate (6)
32:14 41:3 52:17,20
76:12 87:15
separately (3)
26:7 71:3 87:9
series (1)
139:10
seriously (2)
58:8 74:11
served (1)
12:8
servings (10)
79:17,17,24,25 80:2,3
80:10,10,15,15
set (6)
113:6,24 114:8,24
147:11,21
sets (1)
28:13
setting (1)
28:10
SHEET (1)
148:1
shot (1)
22:19
show (7)
13:13 16:14 42:16
69:4 72:2 75:13
110:2
showed (1)
140:8
shown (1)
74:5
sic (2)
12:1 113:8
significance (2)
16:11 137:15
significant (8)
44:22 46:11,15 97:19
98:12 100:10 124:9
124:22
significantly (5)
16:3,14 18:11 99:17
101:1
similar (3)

106:8 108:17 116:13
simple (3)
42:2 99:11,15
simply (1)
83:23
sin (1)
85:15
single (3)
121:13 122:23 138:10
sit (1)
125:13
sitting (4)
41:21 73:19 74:14
113:20
situation (6)
56:8,17 67:24 95:3
103:23 121:4
six (2)
18:2 121:21
size (3)
23:6 130:14,25
skeptical (4)
60:9,12 74:22 128:11
small (10)
60:4,6 96:2 97:15
98:10 100:9 101:15
131:11,13,19
smaller (5)
39:13 60:22,23 61:2
130:12
smoked (1)
78:11
smoking (3)
67:15,21 77:7
snippet (1)
22:14
solely (1)
87:11
solid (1)
25:6
somebody (2)
138:1,7
soon (3)
94:22 95:6,11
sorry (24)
11:2 18:20 25:18
28:12 31:25 34:2
37:10 48:1 63:9
65:23 66:24 70:18
80:5,20 82:2 89:9
102:8 107:4,24
112:14 115:8 119:5
122:6 136:6
sort (2)
112:22 135:14
sorts (1)

113:18
sought (1)
68:24
sound (1)
99:2
specialist (1)
7:8
specific (12)
34:20 51:13 86:24
116:12,18,25 136:9
141:10,14 142:16
142:24 143:7
specifically (15)
28:21 30:9 48:21
59:16 64:2,7 76:22
84:2,4 101:12,14
120:5 132:22
141:16 142:14
specifics (1)
93:7
specify (1)
83:6
speculation (1)
75:12
spent (1)
140:14
spouses (1)
72:9
squares (1)
21:15
ss (1)
147:2
St (1)
2:10
stand (1)
123:18
standard (3)
9:20 66:8 143:12
start (3)
7:2 34:24 56:1
starting (6)
18:25 77:23 84:9,19
105:4 108:25
starts (2)
72:7 125:24
state (26)
2:13 20:10 25:12,23
26:3 37:25 51:20
67:4 72:18 91:19
96:7 97:11,19 99:6
103:25 106:4
108:24 110:1
111:20 115:22
116:10 117:1
124:18,20 147:2,7
stated (8)

40:14 48:18 51:4
71:10 79:3 93:18
100:5 131:5
statement (7)
25:3 27:1,8,17,22
73:20 96:4
statements (1)
93:6
states (4)
1:1 100:22 110:17
144:17
statistical (7)
16:11 22:20 23:3,5,19
129:19 137:15
statistically (5)
20:6,14 44:21 124:8
124:22
straightforward (1)
82:7
Street (1)
4:5
strength (1)
24:15
strengthens (1)
47:5
strengths (1)
56:24
strenuously (1)
46:3
strike (8)
19:7 67:19 73:3 106:2
107:24 114:4
121:23 122:22
strong (1)
134:10
strongly (3)
93:20 94:23 96:8
studies (21)
18:14 24:15 43:9,21
45:4 67:11,25 68:11
68:14,24 70:8 72:21
109:4 120:2 121:16
123:1,10 129:20
135:22 143:14,14
study (194)
5:10,25 6:8,12,19 8:2
10:1,7,12 11:10,14
12:2 14:6,9,13,14
14:21 15:10 16:3
17:7,12,25 18:3,7
18:13,21 19:2,8,14
20:1,13 22:1,6
23:20,24 25:1,4,11
25:12,24 27:3,8,15
28:5,14 29:9,9,18
30:24 31:16,22

32:21 33:5 34:4
35:9,24 36:7 37:2
39:10,19,21,25 40:4
40:9,18,20,22 41:5
41:18,19 43:13,14
43:15 44:14 45:5,6
45:7,7,15 46:11,13
46:21 47:2,5,13,23
48:16,24 49:4,12,19
50:7,20,25 52:2
53:2,3,13,25 54:13
54:15 55:15 56:5,23
56:24 57:1,15,23
61:5,6,17 64:18
65:19,20,25 66:2
68:22 70:3,12 71:23
74:9 75:20 76:3,8
84:12 87:2,9 88:3
88:20 90:21 91:14
91:22 92:1,13,23
94:11 96:21 102:11
102:19 104:3
108:22 109:8,12
119:18 120:1,4
122:2 124:1,4,7
125:2,16,17,18,20
125:20,22 130:4,12
130:18,20,25 131:2
131:6,7,11,12,15,16
131:17,18,19,21,22
132:5,6,12,15
133:10,13,14 134:2
134:5 135:20 136:5
138:2 139:14 140:8
140:13 143:18,25
144:1,18
**study's (1)**
27:18
**studying (1)**
47:21
**subject (2)**
136:15 140:1
**subjects (3)**
57:1 72:10 130:5
**submit (2)**
8:4,5
**Subscribed (1)**
146:13
**subsequent (6)**
36:9 55:22,23 83:24
100:24 146:1
**subsequently (5)**
55:2,13,21 62:23
93:13
**substance (1)**
145:16

**substantive (1)**
45:23
**substitute (1)**
39:20
**subtype (1)**
31:19
**subtypes (4)**
25:7,15 26:1 32:18
**sucks (1)**
131:16
**sufficient (1)**
23:25
**sufficiently (1)**
68:16
**suggest (1)**
123:21
**suggested (1)**
75:6
**suggestion (2)**
125:7 126:19
**suggests (1)**
72:21
**supplemental (29)**
5:16,18 8:5 31:24
32:1,5 37:24 38:7,8
38:10,14 42:18,24
50:18 51:5,7,11
65:25 84:10,18
90:12,18 97:1
103:12 104:21
106:5 136:11,19
145:10
**support (2)**
47:6 137:8
**supposed (1)**
41:12
**sure (20)**
9:18 19:13 20:12
24:18 33:4 34:3
41:3 47:22 51:2
52:10 53:20 54:11
56:2 91:7 95:18
114:3 128:3 132:1
135:20 139:24
**surprised (1)**
120:6
**survey (7)**
81:23 85:9 87:13
90:16 91:2 93:16
146:1
**surveys (1)**
109:4
**swear (1)**
7:17
**sworn (2)**
146:13 147:11

---
**T**
---
**table (29)**
19:15 28:7,10,13,19
30:22 31:24,25 32:1
32:5,6 36:21,22
37:2 38:3,5 70:19
70:20 71:3 76:23
77:22 89:3 118:23
140:20,23 141:21
142:4,10,11
**tables (7)**
31:24 36:24 136:4,11
136:12,14,15
**take (10)**
9:2,6 22:7 39:17 46:5
77:14,19 91:10
98:21 104:13
**talk (12)**
15:19 29:13 46:16
49:24 50:9 52:22
56:4 102:4,8 105:9
126:3 134:22
**talked (7)**
63:4,5 85:16 86:22
121:24 127:21,23
**talking (26)**
14:7 17:6 19:11 21:25
22:5,11,23 23:10,17
37:21 48:5,10 59:12
59:14 60:17,19
66:22 95:16 114:12
114:14 125:19,21
127:3 130:16
141:22 142:18
**talks (1)**
137:21
**technical (1)**
129:23
**telephone (4)**
3:8,9 4:12,14
**tell (5)**
73:15 112:12 132:11
136:20 141:15
**ten (3)**
35:23 108:25 126:2
**term (2)**
129:23 130:3
**terms (7)**
55:9,10 64:5 66:16
74:6 84:3 127:22
**testicular (1)**
89:10
**testified (7)**
7:20 22:18 44:12
45:13 49:11,11
140:3

**testify (1)**
8:1
**testifying (1)**
46:12
**testimony (11)**
20:24 21:8,18 22:14
45:20 49:22 95:4
127:16 135:9 143:3
147:13
**text (11)**
25:11 77:21 80:8 89:4
89:12 94:14 100:21
109:13,15 125:23
144:14
**Thank (2)**
146:3,5
**Theoretically (1)**
139:8
**theory (3)**
138:21,21,25
**thing (4)**
58:13 71:13 81:11
145:11
**things (2)**
15:25 99:22
**think (27)**
10:16 14:13 24:20
35:6 40:19,23,24
42:22 46:6,19 47:10
49:21 52:7,13,18,18
56:25 61:4 72:1
73:4 100:14 106:4
113:11 130:7 134:3
134:14,24
**thinking (2)**
86:3 111:1
**third (4)**
13:20 49:18 93:1,2
**thought (3)**
35:5 42:3 67:1
**three (3)**
12:16 41:11 99:9
**tied (1)**
56:18
**time (28)**
11:3,6 23:1,1 26:12
32:25 33:7,10 34:20
37:4 48:20 49:14
69:7,10 71:12 77:14
77:19 94:2 96:24
99:11 106:19
107:19 129:7,10
135:16 140:15
145:2 146:6
**times (5)**
18:2 41:11 83:7,7

87:21
**tobacco (2)**
77:17 78:4
**today (8)**
8:7 36:25 49:12 73:19
74:14 113:21 139:9
145:8
**today's (1)**
146:8
**tolerable (3)**
61:8 66:20,20
**tolerant (2)**
59:23 133:23
**tolerate (2)**
60:2 133:19
**top (12)**
14:2 21:14 29:20,23
51:10 61:5 85:14
86:2 87:19 109:1
119:4 140:23
**total (10)**
15:3 89:1,21 90:3,5,8
103:9 115:11,12
116:7
**totality (1)**
74:17
**totally (3)**
27:15 60:14 134:16
**trained (1)**
72:10
**transcript (4)**
5:13 21:3,7 69:22
**transcription (1)**
148:7
**Travers (2)**
3:14 8:17
**trial (1)**
21:9
**tried (1)**
46:1
**true (3)**
91:24 117:6 147:13
**truly (3)**
130:22 133:13 139:5
**try (2)**
54:10 113:15
**trying (3)**
93:6 145:17,22
**TSG (2)**
7:8,10
**tumors (1)**
25:6
**turn (4)**
18:22 61:14 136:19
140:20
**turning (1)**

32:3
**twice (2)**
79:15,20
**two (9)**
10:18 12:16 37:3 71:5
  76:11 80:22 85:1
  90:13 138:3
**two-thirds (1)**
94:15
**type (1)**
63:12
**types (1)**
67:16
**typically (1)**
12:13

_____ U _____

**ultimately (1)**
56:12
**Um-hm (5)**
17:24 29:1 72:16
  80:12 116:4
**unbiased (3)**
53:9 55:11,17
**under-powered (1)**
131:9
**underpinning (2)**
115:14,25
**understand (20)**
9:8 27:17 34:22 40:2
  41:2,4 43:8 47:22
  50:12 52:10 54:12
  56:2 63:4 82:16
  86:22 114:3 128:15
  137:25 143:8 144:3
**understanding (10)**
8:12 41:16 46:20 47:1
  47:12 84:8 91:1
  93:22 127:6 128:23
**understands (1)**
144:4
**undoubtedly (2)**
51:16 58:5
**unexposed (3)**
23:15 104:1 138:3
**uninterpretable (3)**
134:6,13 144:1
**UNION (1)**
147:3
**unique (1)**
72:20
**uniquely (1)**
72:20
**UNITED (1)**
1:1
**unlagged (1)**

26:11
**unreliable (1)**
123:11
**untestable (1)**
110:12
**updated (5)**
14:8,13,15 39:1,18
**upper (2)**
126:25 128:13
**usage (1)**
83:23
**use (78)**
5:9,21 6:22 11:9 12:1
  12:13 25:14,25
  38:18 51:15 70:1,10
  70:23,24 71:7,7,19
  71:19 72:19 74:25
  75:2 76:25 77:17
  78:3,4,9,16 79:8,14
  80:18 82:6,7,8,13
  82:14,21 83:1,17,18
  83:19 85:4,6,22,24
  90:7 92:1 104:17
  106:19 107:13,18
  108:10,16 113:6,23
  114:8,17,20,22
  116:8,12,18,25
  121:18 122:19
  123:3,8 124:6 135:5
  135:15,21,21,22
  136:25 137:22
  138:13 143:5,17
  145:3
**uses (1)**
121:1
**usually (2)**
24:10,18

_____ V _____

**valid (1)**
66:19
**validation (2)**
68:24 109:12
**validity (1)**
74:12
**variable (2)**
66:13 67:6
**variables (4)**
106:25 107:7 108:18
  111:19
**varies (1)**
66:16
**various (6)**
33:5 67:16 68:7 71:1
  74:15 108:8
**vegetable (5)**

79:16,24 80:2,9,14
**versus (3)**
93:11 102:23 142:16
**video (2)**
7:3,8
**Videographer (10)**
4:16 7:2,16 11:3,6
  69:7,10 129:7,10
  146:6
**view (3)**
94:4 115:11 132:16
**views (1)**
85:17
**Virginia (1)**
3:13

_____ W _____

**Wagstaff (105)**
3:3,7 5:4 7:22,23 8:19
  9:4 10:21,24 15:2
  15:15 16:1,8,19
  17:1,13 18:4,6
  22:13 27:6 28:1
  31:5 32:19 33:2,16
  34:17 35:15 36:12
  38:3,6 39:6,23
  40:13 41:10,23 42:5
  42:19,22 44:11,24
  45:12,25 49:25
  50:16 54:4 57:10
  61:24 62:10 64:23
  67:2 68:3 69:5,20
  71:9,21 73:1,12,25
  74:21 75:11 77:12
  77:18 78:19,24 82:1
  91:3 92:3,17 94:17
  96:24 97:23 98:13
  98:24 99:14 100:15
  103:1,10 106:11
  108:11 109:22,24
  110:6,11,25 111:15
  112:12 114:12
  118:10,20 119:23
  121:10,20 122:5
  123:13,19 124:24
  127:15 129:5,13
  136:8 137:12,19
  142:1,5 146:3
**want (12)**
16:17,20 40:22 41:2
  47:21 48:4 59:8
  88:16 98:17 111:5
  111:24 144:16
**wants (1)**
23:2
**Washington (1)**

4:6
**wasn't (3)**
45:14 53:11 62:1
**way (17)**
11:20 35:6 40:3 48:6
  59:9 61:9 83:11,14
  94:16 103:4 112:18
  131:5 132:18,24
  135:12 144:10
  147:18
**ways (2)**
55:20 105:5
**we'll (1)**
10:13
**we've (2)**
40:6 86:12
**weakens (1)**
47:5
**website (1)**
13:19
**weed (1)**
82:25
**weeks (3)**
121:21,22 123:14
**weighted (3)**
26:6 28:15 29:14
**Weitz (1)**
4:13
**West (2)**
2:10 3:5
**whereof (1)**
147:20
**wide (1)**
106:14
**widely (1)**
109:2
**willy-nilly (1)**
128:14
**wishing (1)**
8:1
**withheld (1)**
9:9
**witness (11)**
5:2 7:17,19 40:14
  41:12 71:10 146:5
  147:10,14,20 148:4
**WOOL (1)**
3:9
**word (3)**
39:17 66:15 138:17
**words (4)**
124:3 132:5,8 137:23
**work (1)**
121:8
**worked (2)**
112:19 118:8

**workers (1)**
64:4
**works (1)**
106:13
**world (7)**
12:24 14:3 59:22 60:1
  60:3,24 130:24
**wouldn't (7)**
18:16 39:24 40:20
  41:15 53:9 120:6
  131:13
**written (2)**
113:9
**wrong (5)**
34:23 58:20,21
  137:12 142:4
**wrote (1)**
132:3

_____ X _____

**x (3)**
1:3,7,10

_____ Y _____

**Yeah (3)**
17:4 37:23 89:5
**year (7)**
12:6 76:12 81:5 83:7
  83:8 116:12,25
**years (10)**
14:10,23 33:23,23
  34:9,9 35:3,23,23
  48:25
**York (4)**
1:13,13 2:10,10
**Yup (2)**
48:8 80:19

_____ Z _____

**zero (1)**
105:11

_____ 0 _____

**0.52 (1)**
99:19
**0.82 (1)**
126:14
**0.85 (4)**
29:10 41:19 124:6,21
**0.87 (2)**
37:21,22
**0.9 (7)**
43:17,23 44:10 45:9
  88:13 90:9 102:14

_____ 1 _____

**1 (31)**
8:23 10:22 31:25 32:6
  63:24 65:1,2,3
  71:16 76:23 86:7
  87:13 90:16 92:13
  99:7 102:13 103:7
  105:12 107:8,15
  108:1,3,16 125:5
  126:8,18 140:21
  141:21 142:10,11
  148:6
**1.0 (3)**
88:13 124:9,23
**1.1 (2)**
39:15 41:18
**1.3 (10)**
20:21 23:17 24:1
  38:17,21 95:16
  136:24 137:3,8,17
**1.4 (10)**
20:21 23:17 24:1
  38:17,21 95:16
  136:24 137:4,8,17
**1.5 (1)**
23:18
**1.80 (1)**
127:1
**1/3/18 (1)**
148:3
**1:18 (1)**
129:11
**1:38 (1)**
146:7
**10 (9)**
8:23 61:2 66:19 90:13
  90:19 103:13,17
  119:2 133:19
**10:09 (2)**
2:5 7:6
**10:13 (1)**
11:4
**10:16 (1)**
11:7
**100 (1)**
6:14
**108 (2)**
3:12 6:20
**11 (7)**
7:24 8:23 38:13 48:25
  84:11,21 106:6
**11:29 (1)**
69:8
**11:31 (1)**
69:11
**115,000 (1)**
23:7

**12 (12)**
5:15 8:10 11:18 16:16
  21:4 24:25 25:21
  33:18 48:9,17,25
  58:9
**12:45 (1)**
129:8
**129 (1)**
5:4
**135 (2)**
19:20 28:24
**1350 (1)**
4:5
**135741 (1)**
1:19
**14 (3)**
18:21,22,23
**15 (4)**
5:8 33:23 34:9 61:3
**15-year (1)**
34:24
**16-md-02741-VC (1)**
1:6
**168th (1)**
2:10
**17 (1)**
5:11
**1997 (3)**
125:11 126:24 127:10

_____

**2**

**2 (51)**
8:24 10:22 19:15 28:7
  28:10,13 29:18,23
  30:22 31:24 59:21
  70:18,18,19,20 71:3
  71:17 77:22 84:15
  87:13 90:16,22 91:2
  92:13 95:15 99:7
  101:21 102:13,22
  102:24 103:7 104:9
  105:6,11,14 107:3
  107:10,16 108:1,4
  108:20 110:3,19
  111:11 117:5,15
  119:21 120:16
  123:22 145:16
  148:6
**2.5 (1)**
8:6
**20 (9)**
33:23 34:9 35:2
  112:22 117:7,12,20
  117:20 118:1
**20-year (3)**
34:25 35:1 37:6

**20,000 (2)**
125:7 126:20
**20,968 (1)**
144:18
**20005 (1)**
4:6
**2002 (3)**
73:13 75:23 76:4
**2005 (16)**
15:10 16:6 17:7,12,15
  18:3 39:9,20 48:13
  48:16 49:4,19 87:23
  87:24 91:22 93:21
**2005-2010 (1)**
96:12
**2006 (1)**
13:23
**2008 (1)**
136:5
**2010 (2)**
91:22 93:21
**2012 (4)**
14:18 35:4,24 109:13
**2013 (5)**
5:15 14:19 21:4 35:4
  35:24
**2014 (3)**
120:25 122:2,7
**2015 (3)**
38:24 39:8 40:12
**2016 (1)**
13:23
**2017 (5)**
7:24 8:3,9 44:13
  122:1
**2018 (75)**
1:14 2:4 7:6 12:6 14:5
  14:21 16:3 17:25
  18:7,10,13 19:8,14
  20:13 23:24 25:1
  27:3 28:14 29:9
  30:24 31:22 32:21
  33:4 34:4 35:9 36:7
  37:2 39:19 40:3,8
  41:5 43:13 47:5,13
  47:23 48:24 49:12
  50:7,13,20,25 51:12
  53:2,12,24 54:13
  57:15,23 61:17
  64:18 84:12 87:1,9
  88:3,22 92:1 102:7
  102:11,19 104:2
  120:1 122:16,18
  124:1,4,7 125:16,18
  132:5,6 139:14,19
  146:8,15 147:22

**2018NCI (1)**
45:5
**21 (1)**
8:9
**21,000 (1)**
144:22
**22960 (1)**
3:13
**25 (2)**
5:13 69:18
**25.1 (1)**
136:5
**26 (2)**
69:14,19
**26-1 (5)**
5:8 11:8,14 14:8
  69:23
**26-10 (3)**
6:20 104:14,15
**26-2 (3)**
5:11 13:14,15
**26-3 (3)**
5:13 20:23 21:2
**26-4 (4)**
5:16 38:9,10 51:8
**26-5 (3)**
5:18 42:23,24
**26-6 (4)**
5:20 69:13,24 70:6
**26-7 (3)**
6:3 75:15,16
**26-8 (3)**
6:10 91:11,12
**26-9 (2)**
6:14 96:17
**2741 (1)**
1:4

_____

**3**

**3 (15)**
1:14 2:4 7:5 10:22
  36:22 37:2 38:5
  59:21 91:22 92:2
  93:16 95:15 145:15
  146:8 148:7
**306 (3)**
87:16,20 90:8
**316 (1)**
70:18
**317 (2)**
72:4,6
**34 (3)**
7:25 8:8,25
**34,000 (1)**
88:5
**34,698 (3)**

**88:24 89:20,25
34,700 (4)**
87:12 88:9 106:20
  108:1
**35 (1)**
80:1
**37 (4)**
92:6 133:9 144:10,17
**38 (1)**
116:18
**3rd (1)**
147:21

_____

**4**

**4 (10)**
37:20 88:17,18,23
  89:4 90:10 95:15
  125:15,19,22
**4,000 (1)**
76:10
**4,699 (4)**
89:2,22 90:4,5
**40 (2)**
14:23 80:3
**409 (1)**
108:24
**41 (1)**
21:12
**410 (4)**
105:1 140:20 144:5
  144:14
**412 (4)**
115:3,4,5 116:22
**414 (2)**
109:13 117:16
**415 (1)**
112:2
**42 (1)**
5:16
**440 (5)**
19:9,24 20:4,13 23:23
**46 (4)**
5:18 21:11,13,17
**470 (2)**
22:6,18
**492 (1)**
100:20

_____

**5**

**5 (6)**
14:2 18:25 19:15 28:7
  30:23 69:23
**50,000 (2)**
23:8 58:23
**51 (1)**
19:3

**54,251 (2)**
14:10,22
**575 (3)**
15:3 19:21 41:20

_____ 6 _____

**6 (5)**
36:23 66:1 136:19
137:23,23
**63 (4)**
86:5,15 87:6 144:6

_____ 7 _____

**7 (8)**
8:23 25:20 51:5,10,10
84:9,19,20
**712 (1)**
25:11
**7171 (1)**
3:5
**722 (1)**
2:9
**73 (1)**
5:20
**79 (1)**
6:3

_____ 8 _____

**8 (7)**
8:23 93:17,19 94:10
94:11,19 141:4
**80226 (1)**
3:6
**82 (2)**
76:25 80:4
**82.82 (1)**
141:4
**85.2 (1)**
141:4
**85.3 (5)**
113:7,24 114:9,21
116:8
**85.7 (5)**
113:7,24 114:9,25
116:8

_____ 9 _____

**9 (3)**
5:3 8:3,23
**90 (1)**
66:19
**92 (4)**
15:11 17:11,21 41:19
**95 (3)**
6:10 126:25 127:12
**96 (4)**

77:10,16 79:23 80:7
**99 (3)**
74:9,12,25