# Exhibit 3

1           UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4  IN RE:  ROUNDUP PRODUCTS          )

   LIABILITY LITIGATION,            )

5                                    )

   _____ ) MDL No. 2741

6                                    )

   This document relates to:        ) Case No.

7                                    ) 16-md-02741-VC

   ALL ACTIONS                      )

8                                    )

   _____)

9

10

11

12

13

14

15              VIDEO DEPOSITION OF

16          DENNIS WEISENBURGER, M.D.

17            MONROVIA, CALIFORNIA

18          MONDAY, JANUARY 22, 2018

19

20

21

22  REPORTED BY:

23  LISA MOSKOWITZ, CSR 10816, RPR, CRR, CLR,

24  NCRA REALTIME SYSTEMS ADMINISTRATOR

25  JOB NO. 136023

Page 2

```
1
2
3
4
5                 JANUARY 22, 2018
6                   8:41 A.M.
7
8
9         VIDEO DEPOSITION OF DENNIS
10   WEISENBURGER, M.D., held at Courtyard by
11   Marriott, 700 West Huntington Drive,
12   Monrovia, California, before Lisa Moskowitz,
13   California CSR 10816, RPR, CRR, CLR, NCRA
14   Realtime Systems Administrator.
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1   -------------- I N D E X ----------------
2   WITNESS:      EXAMINATION           PAGE
3   DENNIS WEISENBURGER, M.D.
4            Mr. Griffis      9, 147
5            Ms. Forgie          141
6
7
8   ------------- E X H I B I T S ------------
9   NUMBER                      MARKED
10  Exhibit 31-1   Notice to take oral and     10
11               videotaped deposition of
12               Dr. Dennis D.
13               Weisenburger
14  Exhibit 31-2   Amended Notice to take      10
15               oral and videotaped
16               deposition of Dr. Dennis
17               D. Weisenburger
18  Exhibit 31-3   Supplemental report of      10
19               Dr. Dennis D.
20               Weisenburger, M.D.,
21               pursuant to PTO number
22               34 and in support of
23               general causation on
24               behalf of plaintiffs
25
```

Page 3

```
1   A P P E A R A N C E S :
2      ANDRUS WAGSTAFF ATTORNEYS AT LAW
3      Attorneys for Plaintiffs
4      7171 West Alaska Drive
5      Lakewood, Colorado 80226
6      BY:  KATHRYN FORGIE, ESQ.
7
8      BAUM HEDLUND ARISTEI & GOLDMAN
9      Attorneys for Plaintiffs
10     12100 Wilshire Boulevard
11     Los Angeles, California 90025
12     BY:  PEDRAM ESFANDIARY, ESQ.
13
14     HOLLINGSWORTH
15     Attorneys for Defendant Monsanto
16     1350 I Street, N.W.
17     Washington, D.C. 20005
18     BY:  KIRBY GRIFFIS, ESQ.
19     BY:  ELYSE SHIMADA, ESQ.
20
21  ALSO PRESENT:
22     ANDREW TURNER, VIDEOGRAPHER
23
24
25
```

Page 5

```
1
2   Exhibit 31-4   Supplemental materials     10
3                related to the 2017 AHS
4                publication
5   Exhibit 31-5   Andreotti study        10
6   Exhibit 31-6   Malathion monograph       18
7   Exhibit 31-7   Expert report of Dr.      73
8                Dennis D. Weisenburger,
9                M.D., in support of
10               general causation on
11               behalf of plaintiffs
12  Exhibit 31-8   Bonner study        93
13  Exhibit 31-9   Koutros study       93
14  Exhibit 31-10  Koutros study       93
15  Exhibit 31-11  Heltshe study      103
16  Exhibit 31-12  Montgomery study      122
17  Exhibit 31-13  Rinsky study      122
18
19
20
21
22
23
24
25
```

2 (Pages 2 to 5)

```
 1       QUESTIONS NOT ANSWERED
 2          PAGE  LINE
 3            20    9
 4            20    16
 5            21    14
 6            22    5
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1     LOS ANGELES, MONDAY, JANUARY 22, 2018.
 2          8:41 A.M.
 3
 4        THE VIDEOGRAPHER:  Good morning.
 5   This is the start of media labeled
 6   number 1 of the video-recorded
 7   deposition of Dennis Weisenburger in the
 8   matter of Roundup Products liability
 9   litigation in the court of the U.S.
10   District Court, Northern District of
11   California, case number 16-MD-02741-VC.
12   This deposition is being held at the
13   Courtyard Marriott, address 700 West
14   Huntington Drive, Monrovia, California
15   91016 on January 22 at approximately
16   8:41 a.m.
17        My name is Andrew Turner.  I am the
18   legal video specialist from TSG
19   Reporting, Incorporated, headquartered
20   at 747 Third Avenue, New York, New York.
21   The court reporter today is Lisa
22   Moskowitz in association with TSG
23   Reporting.
24        Counsel, will you please introduce
25   yourselves.
```

```
 1        MS. FORGIE:  Kathryn Forgie for the
 2   plaintiffs.
 3        MR. ESFANDIARY:  Pedram Esfandiary
 4   for the plaintiffs.
 5        MR. GRIFFIS:  Kirby Griffis,
 6   Hollingsworth, LLP, for Monsanto.
 7        MS. SHIMADA:  Elyse Shimada,
 8   Hollingsworth, LLP, for Monsanto.
 9        THE VIDEOGRAPHER:  Thank you.
10        Will the court reporter please
11   swear in the witness.
12
13   Dennis Weisenburger, MD,
14        called as a witness, having been
15        duly sworn, was examined and
16        testified as follows:
17
18        MS. FORGIE:  I want to make a
19   statement for the record.
20        This deposition is being taken
21   pursuant to pre-trial order number 34.
22   It is limited to the recent Agricultural
23   Health Study publication.  It is also
24   limited to two-and-a-half hours of
25   questioning.
```

```
 1          EXAMINATION
 2   BY MR. GRIFFIS:
 3     Q.  Good morning, Dr. Weisenburger.
 4     A.  Good morning.
 5     Q.  We met one time at a prior version
 6   of this deposition; is that right?
 7     A.  Yes.
 8     Q.  You formed your opinions about
 9   causation in this litigation, i.e., that
10   glyphosate causes non-Hodgkin's lymphoma
11   without any data from the Agricultural
12   Health Study after the DeRoos 2005
13   publication; correct?
14        MS. FORGIE:  Objection.
15        THE WITNESS:  That's correct.
16   BY MR. GRIFFIS:
17     Q.  At your deposition I showed you an
18   unpublished draft of some data through 2013
19   from the AHS pool of data, and we discussed
20   it.  That was not included in your original
21   report or in your original assessment of
22   causation; right?
23     A.  That's correct.
24     Q.  And that data, additional data, has
25   now been published in the 2018 publication
```

1  in the "Journal of the National Cancer
2  Institute," and we're going to be talking
3  about that today; right?
4     A.  Yes.
5     Q.  Now, you said in your
6  supplemental -- well, let me say what I've
7  marked prior to starting the deposition.
8  Exhibit 1 is the original notice of
9  deposition in this case.  Exhibit 2 is a
10 second notice of deposition with the time
11 corrected because you asked to be deposed at
12 9 o'clock, rather than 1 o'clock, the
13 original information we had.  3 is your
14 supplemental expert report that's marked in
15 front of you.  4 is an additional materials
16 considered list that we received quite
17 recently, and 5 is the National Cancer
18 Institute 2018 study.
19          (Exhibit Numbers 31-1, 31-2,
20          31-3, 31-4, and 31-5 were
21          marked for identification.)
22 BY MS. FORGIE:
23    Q.  Correct, sir?
24       MS. FORGIE:  I don't think we have
25 all the copies here, additional copies.

1        MR. GRIFFIS:  Do you need an
2  additional copy of the notice of
3  deposition?
4        MS. FORGIE:  I just want to make
5  sure I know what it is.
6        THE WITNESS:  Everything is here.
7        MS. FORGIE:  Yeah, but it's not
8  here.  Let me just look real quick.
9        Okay.
10 BY MR. GRIFFIS:
11    Q.  In your supplemental expert report,
12 sir, which is Exhibit 3, can you get that
13 out, please.  On the second page which is
14 also the last page, last paragraph, the
15 first sentence is "In conclusion, my opinion
16 on the role of glyphosate as a cause of NHL
17 has not changed based on the
18 recently-published update of the AHS";
19 correct?
20    A.  Yes.
21    Q.  So you don't rely certainly on the
22 NCI, National Cancer Institute 2018 study as
23 proof that Roundup does cause NHL; right?
24    A.  I do not.
25    Q.  And what weight do you give it as

1  evidence that Roundup glyphosate-containing
2  substances don't cause NHL?
3     A.  Well, I give it some weight because
4  it is now a published study in a reputable
5  journal, but there are significant issues
6  and flaws in the study which would lead me
7  to not give it very much weight or to change
8  my opinion.
9     Q.  Does it weaken your conviction that
10 Roundup or glyphosate-containing substances
11 cause non-Hodgkin's lymphoma?
12    A.  No.
13       MS. FORGIE:  Object to the form.
14       THE WITNESS:  No.
15 BY MR. GRIFFIS:
16    Q.  If you give it some weight, sir,
17 would you please explain how it is that it
18 does not weaken your conclusion?
19    A.  Well, the findings are basically
20 the same as the original De Roos study.
21 They added more cases.  They added more
22 follow-up time.  They did a bit more
23 sophisticated analysis, but the results are
24 basically the same in all findings.  So I
25 don't give it really more -- any more weight

1  than I gave the original De Roos study.
2     Q.  And that weight, the weight that
3  the original De Roos study had, was built
4  into your original evaluation and your
5  original expert report, of course; correct?
6     A.  Yes.
7     Q.  Would you please comment on why you
8  give it no more weight than you gave to the
9  De Roos 2005 paper if it is, as you just
10 said, larger and has more follow-up time and
11 more sophisticated methods of analysis?
12       MS. FORGIE:  Object to the form.
13       THE WITNESS:  Well, as I mentioned,
14 there are significant issues and flaws
15 with the study that I think call into
16 question the validity of the study in
17 terms of a negative finding, and, you
18 know, if one looks at all of the
19 epidemiologic evidence, there are
20 multiple case control studies which are
21 positive.  And there's one cohort study,
22 the Agricultural Health study, which is
23 negative.  So you've got multiple
24 positive studies, you've got one
25 negative study which is questionable,

Page 14

```
 1     and so it really doesn't change my
 2  opinion to any degree.
 3  BY MR. GRIFFIS:
 4     Q.  I don't want to misrepresent the
 5  methodology you applied, sir.  You certainly
 6  don't just count up the positives and the
 7  negatives and compare them.  You weigh the
 8  value?
 9     A.  Correct.
10     Q.  And reliability of each study
11  before you reach a conclusion.  Fair?
12     A.  Yes, that's correct.
13     Q.  And one important factor in
14  weighing the reliability and validity of
15  studies is the size of the study, the number
16  of exposed cases, the length of follow-up,
17  the sophistication of the epidemiologic
18  analysis, et cetera; correct?
19        MS. FORGIE:  Object to the form.
20        THE WITNESS:  Right.  You look at
21     each of the studies individually.  You
22     draw some conclusions about whether they
23     are acceptable studies or not, and then
24     you weigh that evidence.  And that's
25     what I did.
```

Page 15

```
 1  BY MR. GRIFFIS:
 2     Q.  Is it fair to say that the -- you
 3  identified a number of what you consider to
 4  be flaws in the National Cancer Institute
 5  2018 study in your supplemental expert
 6  report; right?
 7     A.  Yes.
 8     Q.  Is it fair to say that it is
 9  because of those flaws that you believe to
10  exist in the study that you have given it no
11  more weight than you originally gave to
12  De Roos 2005?
13     A.  Yes.
14     Q.  You don't claim that recall bias is
15  a flaw in the NCI 2018 study; right?
16        MS. FORGIE:  Object to the form.
17        THE WITNESS:  I don't claim that,
18     no.
19  BY MR. GRIFFIS:
20     Q.  Recall bias is a concern for case
21  control studies but generally not a concern
22  for cohort studies; is that fair?
23        MS. FORGIE:  Object to the form.
24        THE WITNESS:  That's true.
25  ///
```

Page 16

```
 1  BY MR. GRIFFIS:
 2     Q.  And recall bias refers not to just
 3  mistakes people might make when asked to
 4  recall but differential recall based on
 5  whether you already have the condition that
 6  the study is looking at or don't have it;
 7  correct?
 8     A.  Yes.
 9     Q.  And that's why it tends to apply to
10  case control and not as to cohort studies;
11  right?
12        MS. FORGIE:  Object to the form.
13        THE WITNESS:  Yes.
14  BY MR. GRIFFIS:
15     Q.  If someone said recall bias happens
16  any time you ask anyone to recall, they
17  wouldn't understand what they were talking
18  about epidemiologically speaking; right?
19        MS. FORGIE:  Object to the form.
20        THE WITNESS:  Well, in
21     epidemiologic terms, you're right.
22  BY MR. GRIFFIS:
23     Q.  Okay.  Now, do you know, sir, that
24  IARC found the AHS to be a highly
25  informative study including their imputation
```

Page 17

```
 1  procedures?
 2        MS. FORGIE:  Object to the form.
 3        THE WITNESS:  I don't recall that.
 4  BY MR. GRIFFIS:
 5     Q.  Have you been shown the malathion
 6  monograph, sir?
 7     A.  No.
 8     Q.  And you know what I mean when I
 9  refer to the malathion monograph?
10     A.  I assume it's an IARC monograph on
11  malathion.
12     Q.  Do you know that when the
13  glyphosate monograph was done, the same
14  working groups were simultaneously working
15  on other substances?
16     A.  Yes.
17     Q.  And actually dividing their time
18  between glyphosate and other substances --
19     A.  Yes.
20     Q.  -- including malathion.  You know
21  that, sir?
22     A.  I don't know what other pesticides
23  they were considering but yes, they were
24  considering other pesticides as part of
25  their work.
```

5 (Pages 14 to 17)

Page 18

1      Q.  I'll show you the malathion
2  monograph.
3         MS. FORGIE:  I'm going to object to
4  this.  It's completely beyond the scope.
5  It's not in his supplemental report and
6  it's not about the AHS.  Unless you can
7  tie it pretty quickly to the AHS
8  publication, the actual publication
9  which was not published at the time --
10  the publication we're talking about
11  which was not published at the time the
12  malathion IARC monograph was, then I'm
13  going to instruct him not to answer.
14         MR. GRIFFIS:  I admonish counsel
15  not to make speaking objections.
16         MS. FORGIE:  That's not an
17  objection.  It's a statement as to what
18  is going on here.
19         MR. GRIFFIS:  I admonish counsel
20  not to make speaking statements.
21         MS. FORGIE:  I'll make whatever
22  statements I can that are important.
23         (Exhibit Number 31-6 was marked
24          for identification.)
25  ///

Page 19

1  BY MR. GRIFFIS:
2      Q.  Turn, sir, to what I've marked as
3  Exhibit 6.  It's the same day as the other
4  monograms.
5         MS. FORGIE:  2015, three years
6  before the publication.
7         MR. GRIFFIS:  Counsel.
8         MS. FORGIE:  I'm asking why are we
9  talking about this when this --
10         MR. GRIFFIS:  We're not going to
11  have a debate on the record.  He's not
12  going to listen to your --
13         MS. FORGIE:  I can make whatever
14  statements I want.  Unless you can tie
15  this into his supplemental report or the
16  AHS publication we're talking about, I'm
17  going to instruct him not to answer.
18  It's not appropriate.
19         MR. GRIFFIS:  We'll be back.
20         MS. FORGIE:  Fine.  We've done that
21  before.
22  BY MR. GRIFFIS:
23      Q.  Counsel.
24         Turn to page 7?
25      A.  I'd like to state I haven't

Page 20

1  reviewed this document.
2      Q.  Yes, sir.  You did review the
3  monograph for glyphosate; right?
4      A.  I did.
5      Q.  Take a look on page 7 under
6  "Exposure assessment."
7         Do you see that?
8      A.  Yes.
9      Q.  Do you see it says, "This section
10  summarizes the exposure assessment and
11  assignment for epidemiological studies of
12  cancer and exposure to the pesticides
13  considered in the present volume."
14         MS. FORGIE:  Don't answer that.
15  BY MR. GRIFFIS:
16      Q.  And it lists multiple substances
17  including glyphosate?
18         MS. FORGIE:  Don't answer that,
19  please.
20         This has nothing to do with what
21  we're here for.  I'm going to instruct
22  him not to answer.
23         MR. GRIFFIS:  This is about the AHS
24  data.
25         MS. FORGIE:  No, this is not about

Page 21

1  the AHS publication.  This was published
2  three years before the publication, and
3  he's already stated he hasn't reviewed
4  it.
5  BY MR. GRIFFIS:
6      Q.  Sir, you have a criticism of
7  imputation; correct?  Imputation as done in
8  the NCI 2018?
9      A.  I have a criticism of imputation as
10  it was done with regard to glyphosate.
11      Q.  And do you know that the IARC
12  commented on that very imputation procedure?
13      A.  No, I don't know that they --
14      Q.  Turn to page 21, sir.
15         MS. FORGIE:  No, don't answer that.
16  Don't answer any questions about the
17  malathion.
18  BY MR. GRIFFIS:
19      Q.  Sir, you've said you haven't
20  reviewed the malathion monograph.  You also
21  haven't reviewed the section that addresses
22  IARC's assessment of epidemiology from the
23  agriculture Health Study including
24  glyphosate; is that right?
25      A.  I'm sorry.  Repeat -- would you

Page 22

1  repeat the question?
2      Q.  Yes, sir.  You said you haven't
3  reviewed the malathion monograph.
4      A.  That's correct.
5      Q.  You also haven't reviewed the
6  section in the malathion monograph in which
7  IARC addressed its view of the Agricultural
8  Health Survey data including De Roos 2005
9  and multiple subsequent publications that
10  they took into account in the glyphosate
11  monograph and other monographs and gave its
12  assessment of the quality of that data;
13  right?
14      MS. FORGIE:  Don't answer that.
15      He's not going to answer questions about
16      the malathion monograph.
17  BY MR. GRIFFIS:
18      Q.  Do you agree with the working group
19  that the AHS is a highly informative study?
20      MS. FORGIE:  Could I have that read
21      back, please.
22  BY MR. GRIFFIS:
23      Q.  Do you agree with IARC that the AHS
24  is a highly informative study?
25      MS. FORGIE:  Object to the form.

Page 23

1      THE WITNESS:  In general, I would
2      say yes.
3  BY MR. GRIFFIS:
4      Q.  Do you consider it to be -- let's
5  talk specifically about the NCI 2018 data.
6  You know, sir, that there have been many,
7  many publications from the AHS pool of data;
8  right?
9      A.  Yes.
10      Q.  And they address many possible
11  outcomes, not just non-Hodgkin's lymphoma
12  and glyphosate; right?
13      A.  Yes.
14      Q.  Many, many substances and other
15  exposures and other possible health risks
16  have been compared to many, many outcomes,
17  and there are multiple publications about
18  that; right?
19      A.  Yes.
20      MS. FORGIE:  Object to the form.
21  BY MR. GRIFFIS:
22      Q.  Are you aware that there have been
23  multiple publications using the same
24  imputation method that was used in the NCI
25  2018 paper?

Page 24

1      A.  Yes, there have been others.
2      Q.  And there have been multiple
3  peer-reviewed papers applying that
4  methodology; right?
5      A.  Yes.
6      Q.  And you didn't know before today
7  that IARC had also looked at that same
8  imputation procedure; right?
9      MS. FORGIE:  Object to the form.
10      THE WITNESS:  I did not.
11  BY MR. GRIFFIS:
12      Q.  When you say that you agree with
13  IARC that -- well, when you say that the NCI
14  2018 paper is highly reliable, what do you
15  mean by that, sir?
16      MS. FORGIE:  Object to the form.
17      THE WITNESS:  I didn't make that
18      statement.
19  BY MR. GRIFFIS:
20      Q.  I'm sorry.  Highly informative.
21      MS. FORGIE:  Object to the form.
22  BY MR. GRIFFIS:
23      Q.  Let me ask it again cleanly --
24      A.  Well, you know, it lays out in
25  detail the follow-up that was done, the

Page 25

1  methodology, and, you know, it is
2  informative in the sense that it provides
3  new information.  But as I said before, I
4  think that there are significant issues and
5  flaws that really take away from the -- call
6  the findings into question and take away
7  from the validity of the study.  And I'm
8  speaking specifically about the glyphosate
9  study.
10      Q.  Had you reviewed the NCI 2018
11  paper, would you have recommended it for
12  publication in the "Journal of the National
13  Cancer Institute"?
14      A.  I probably would have not.
15      Q.  You disagree with the peer
16  reviewers of the "Journal of the National
17  Cancer Institute" as to the appropriateness
18  of the publication?
19      MS. FORGIE:  Object to the form.
20      THE WITNESS:  I think the peer
21      reviewers probably didn't address the
22      issues and flaws in the study in an
23      informative way and so didn't call into
24      question the study.  I mean, I don't
25      know.  The peer review is secret; so we

7 (Pages 22 to 25)

1    don't know who the peer reviewers were,
2    and we don't know what they said or
3    didn't say.
4    BY MR. GRIFFIS:
5        Q.  Do you peer review for the "Journal
6    of the National Cancer Institute"?
7        A.  I don't remember if I have or not.
8    Not commonly.  Not usually, no.
9        Q.  You can't remember if you have; is
10    that right?
11        A.  I can't remember off the top of my
12    head if I have or not.
13        Q.  Okay.  Are there any -- what
14    journals -- are there any epidemiology
15    journals that you peer review for, sir?
16        A.  I have done reviews for "Cancer
17    Epidemiology, Biomarkers and Prevention."  I
18    may have done reviews for other epidemiology
19    journals, but in general, I don't accept
20    reviews from epidemiology journals.
21        Q.  Why is that?
22        A.  Well, because it's a lot of work,
23    and I'm a busy man.
24        Q.  Why is it a lot of work to do
25    epidemiology reviews?

1        A.  Well, any review is a lot of work.
2    You have to read the paper critically.  You
3    have to read the literature around it.  You
4    have to understand the methodology.  It can
5    take you literally hours and hours to do a
6    proper review of a complicated or difficult
7    article and write a very, I would say,
8    helpful and critical review of comments to
9    the editor and to the authors.  So it's a
10    lot of work to do that, and, of course, it's
11    done in my free time, my weekends, nights,
12    and holidays.  That's when I end up having
13    to do it because I have a full-time job.  So
14    I don't do it very often.  I very carefully
15    pick the articles that I review, things that
16    I'm interested in or things that I've
17    done -- I have myself done research on
18    usually.
19        Q.  Take a look at Exhibit 5, the NCI
20    2018 paper, sir.
21        I'm going to start out in the
22    abstract, the part marked "Conclusions.  The
23    author has concluded that in this large
24    perspective cohort study, no association was
25    apparent between glyphosate and any solid

1    tumors or lymphoid malignancies overall,
2    including NHL and its subtypes."
3        Have I read that correctly?
4        A.  Yes.
5        Q.  And that accurately describes the
6    findings of the study; right?
7        MS. FORGIE:  Object to the form.
8        THE WITNESS:  Yes.
9    BY MR. GRIFFIS:
10        Q.  In the discussion section, first
11    paragraph of the discussion section on
12    page 5 of 8, sir, the authors wrote, "In
13    this updated evaluation of glyphosate use
14    and cancer risk in a large perspective study
15    of pesticide applicators, we observed no
16    associations between glyphosate use and
17    overall cancer risk or with total
18    lymphohematopoietic cancers including NHL
19    and multiple myeloma."
20        Have I read that right?
21        A.  Yes.
22        Q.  That's an accurate description of
23    the finding in the study; right?
24        MS. FORGIE:  Object to the form.
25        THE WITNESS:  Yes.

1    BY MR. GRIFFIS:
2        Q.  On page 7 of 8, sir, in the
3    right-hand column in the first full
4    paragraph, the authors of the NCI 2018 study
5    comment on the scope of this study compared
6    to the De Roos 2005 publication, and they
7    write, "In this perspective cohort study, we
8    expanded a previous analysis of glyphosate
9    use and cancer risk with more than eleven
10    years of additional follow-up and more than
11    four times the number of glyphosate-exposed
12    cancer cases, n equals 5,779 compared with n
13    equals 1,324."
14        Did I read that right?
15        A.  Yes.
16        Q.  That's an accurate comparison of
17    this study to the De Roos 2005 study;
18    correct?
19        MS. FORGIE:  Object to the form.
20        THE WITNESS:  Yes.
21    BY MR. GRIFFIS:
22        Q.  On the other -- in the left-hand
23    column, sir, the first full paragraph, the
24    authors repeat that they observed no
25    associations between glyphosate use and NHL

Page 30

1    overall or any of its subtypes.  And then
2    they say, "This lack of association was
3    consistent for both exposure metrics,
4    unlagged and lagged analyses, after further
5    adjustment for pesticides linked to NHL in
6    previous AHS analyses and when we excluded
7    multiple myeloma from the NHL grouping."
8         Have I read that correctly?
9         MS. FORGIE:  Object to the form.
10        THE WITNESS:  Yes.
11   BY MR. GRIFFIS:
12        Q.  And that's accurate.  They did all
13   those adjustments and they still found no
14   association; correct?
15        MS. FORGIE:  Object to the form.
16        THE WITNESS:  Yes.
17   BY MR. GRIFFIS:
18        Q.  In Table 2, sir, Table 2 of the
19   data table, these are their findings for all
20   cancers, multiple and specific, solid and
21   lymphohematopoietic cancers; correct?
22        A.  Yes.
23        Q.  For all cancers they found no
24   association.  All of the relative risks were
25   right around one; correct?

Page 31

1         MS. FORGIE:  Object to the form.
2         THE WITNESS:  Yes.
3    BY MR. GRIFFIS:
4         Q.  And when -- generally speaking,
5    sir, when an epidemiology study investigates
6    whether a particular exposure causes a
7    particular outcome, it looks at a whole
8    bunch of different outcomes and it finds
9    relative risks a little bit above one, a
10   little bit below one, consistently none of
11   them are statistically significant, the
12   confidence interval is always straddling the
13   one, that's what you would expect to see
14   when a substance does not cause cancer;
15   right?
16        MS. FORGIE:  Object to the form.
17        THE WITNESS:  In general, yes.
18   BY MR. GRIFFIS:
19        Q.  So, in general, and we'll talk
20   about your specific criticisms of this in a
21   moment, of course, sir, but, in general,
22   this is the pattern of relative risks, point
23   estimates, and confidence intervals you
24   would expect to see in a large epidemiology
25   study where there is, in fact, no

Page 32

1    association between the substance being
2    examined and the multiple cancers being
3    examined; correct?
4         MS. FORGIE:  Object to the form.
5         THE WITNESS:  Yes.
6    BY MR. GRIFFIS:
7         Q.  So we just talked about the all
8    cancers finding.  There are also multiple
9    breakdown, oral cavity, colon, rectum,
10   pancreas, lung, melanoma, prostate,
11   testicular, bladder and kidney --
12        MS. FORGIE:  Are you still on
13   Table 2?
14        MR. GRIFFIS:  Yes.
15        MS. FORGIE:  Thank you.
16   BY MR. GRIFFIS:
17        Q.  And those are all negative as well;
18   correct?
19        A.  I don't know.  I didn't look
20   carefully at them.
21        Q.  Yes, sir.
22        A.  Yes, I guess, they are all
23   negative.  That's true.
24        Q.  So they're all very close to one,
25   some of the values are above one, some of

Page 33

1    the values are below one.  All of them are
2    non-significant and the P-trend, which is a
3    way of looking at a group of relative risks
4    and confidence intervals together for
5    different exposure levels, those are all
6    non-significant as well; correct?
7         A.  Yes.
8         Q.  And that was for the solid tumors
9    to be clear.
10        Let's talk about the
11   lymphohematopoietic cancers which would be
12   the lymphomas -- correct? -- and leukemias?
13        A.  Yes.
14        Q.  The overall figure for
15   lymphohematopoietic cancers is negative.
16   Relative risks are all one or below.
17   Confidence intervals all straddle the null,
18   the one; correct?
19        MS. FORGIE:  Object to the form.
20        THE WITNESS:  Yes.
21   BY MR. GRIFFIS:
22        Q.  And the subtypes, the Hodgkin
23   lymphoma breakdown is also negative.  The
24   overall non-Hodgkin's lymphoma breakdown is
25   negative; correct?

9 (Pages 30 to 33)

Page 34

1     MS. FORGIE:  Are you on Table 3 now
2 or Table 2?
3     MR. GRIFFIS:  Still on Table 2.
4     THE WITNESS:  Second part of
5 Table 2.
6     MS. FORGIE:  Okay.
7     THE WITNESS:  So both Hodgkin and
8 non-Hodgkin show the same pattern.
9 BY MR. GRIFFIS:
10    Q.  Right.  I.e., no association;
11 correct?
12    A.  Correct.
13    Q.  And then there's a breakdown for
14 various subtypes of non-Hodgkin lymphoma;
15 correct?
16    A.  Yes.
17    Q.  So for non-Hodgkin lymphoma B-cell,
18 there's no association.  For chronic
19 lymphocytic lymphoma and small lymphocytic
20 leukemia, there is no association; correct?
21    A.  Correct.
22    Q.  For diffuse large B-cell lymphoma,
23 no association; correct?
24    MS. FORGIE:  Object to the form.
25    THE WITNESS:  Correct.

Page 35

1 BY MR. GRIFFIS:
2    Q.  For marginal-zone lymphoma, no
3 association; correct?
4    A.  Correct.
5    Q.  For follicular lymphoma, no
6 association; correct?
7    A.  Correct.
8    Q.  For multiple myeloma, no
9 association; correct?
10    A.  Correct.
11    Q.  For non-Hodgkin lymphoma T-cell, we
12 have the smallest -- we have a very small
13 exposed group so that they have to use
14 moieties instead of breaking into three or
15 four groups; right?
16    A.  Right.  They can only break them
17 into two groups.
18    Q.  Let's comment on that for a moment.
19 When there was enough data, they broke it
20 into four groups, into quartiles; right?
21    MS. FORGIE:  Object to the form.
22    THE WITNESS:  Tertiles or
23 quartiles, yes.
24 BY MR. GRIFFIS:
25    Q.  And when there was slightly less

Page 36

1 data, they broke it into tertiles, and when
2 there was the least amount of data, they
3 broke it into moieties, into halves; right?
4    A.  Correct.
5    Q.  This is one of the ones for which
6 they had the least data, and these values
7 are above one, but they are not significant;
8 correct?
9    A.  Correct.
10    MS. FORGIE:  Objection.
11 BY MR. GRIFFIS:
12    Q.  So, again, there's no association
13 for non-Hodgkin's lymphoma T-cell in this
14 data; correct?
15    MS. FORGIE:  Object to the form.
16    THE WITNESS:  There's no
17 significant association.
18 BY MR. GRIFFIS:
19    Q.  The .31 is a measure of the
20 P-trend -- correct? -- whether there's an
21 association across the data?
22    A.  .31 just looks at trend by
23 comparing the different groups.  So what the
24 .31 is telling you is that the M2 group does
25 not have a higher risk ratio than the M1; so

Page 37

1 that's why it's not significant.
2    Q.  This data would show -- you said
3 there's an association but not a
4 statistically significant one; right, sir?
5 Is that what you said?
6    A.  Right.  So you can see in the M1
7 there's an over fourfold increase odds ratio
8 for T-cell lymphoma, but since there's only
9 six cases in the M2 group, there wasn't an
10 increased -- there was a small increased
11 odds ratio.  So what this is telling you
12 there isn't really what I would call a
13 dose-response effect here, although it's a
14 very crude analysis with very few cases and
15 only two groups so . . .
16    Q.  So the data shows no-dose response?
17    MS. FORGIE:  Object to the form.
18    THE WITNESS:  Well, the data is so
19 small that it's hard to draw any
20 conclusions from that.
21    MS. FORGIE:  Counsel, when you get
22 a chance, the reason I keep asking if
23 we're still on Table 2 is maybe when you
24 finish Table 2, we can take a break.  I
25 left my phone, I think, in the room so

10  (Pages 34 to 37)

Page 38

1      when you get to a good breaking point.
2      That's why I keep saying are you still
3      on table 2.
4          MR. GRIFFIS:  Okay.  I'll stop when
5      we're done with table 2.
6          MS. FORGIE:  Okay, or if there's an
7      earlier one, whatever is best for you.
8    BY MR. GRIFFIS:
9      Q.  So the data for non-Hodgkin
10     lymphoma T-cell is so small you can't draw a
11     reasonable conclusion; is that --
12         MS. FORGIE:  Object to the form.
13         THE WITNESS:  I would say that is
14     true.
15   BY MR. GRIFFIS:
16     Q.  You made a distinction earlier, and
17     I'm not talking about non-Hodgkin lymphoma
18     T-cell in particular, I'm talking in
19     general.  You made a distinction between
20     whether there's an association or not and
21     whether that association is statistically
22     significant; right?
23     A.  Right.
24     Q.  What does "statistically
25     significant" mean in epidemiology, sir?

Page 39

1      A.  Well, it's a measure of the
2    likelihood of -- that the association is due
3    to chance.  So if it is statistically
4    significant, it's unlikely to be due to
5    chance.  It's very likely to be real.
6      Q.  When we're looking at each of these
7    point estimates like under follicular
8    lymphoma, the point estimate for the first
9    tertile is 0.89; correct?
10     A.  Right.
11     Q.  Where we looked to see if it's
12   statistically significant is the confidence
13   interval, the parenthetical afterwards and
14   to see if that spans or does not span the 1,
15   the null value; correct?
16     A.  Yes.
17     Q.  If somebody said statistically
18   significant means greater than one, and
19   that's all it means, they don't know what
20   they're talking about; right?
21         MS. FORGIE:  Well, object to the
22   form.
23         THE WITNESS:  Well, it depends
24   where the one is.
25   ///

Page 40

1    BY MR. GRIFFIS:
2      Q.  A point estimate of greater than
3    one without regard to the confidence
4    interval.
5      A.  Yes, that's true.
6          MR. GRIFFIS:  We can take a break.
7          MS. FORGIE:  Thank you.
8          THE VIDEOGRAPHER:  We are going off
9    the record at 9:14 a.m.
10         (Recess taken from 9:14 a.m. to
11         9:24 a.m.)
12         THE VIDEOGRAPHER:  This continues
13   disk number 1.  We are going back on the
14   record.  The time is 9:24 a.m.
15   BY MR. GRIFFIS:
16     Q.  All right, Dr. Weisenburger, I'd
17   like to go to Exhibit 3, which is your
18   supplemental expert report.
19         You told me earlier that there are
20   a number of what you consider to be errors
21   or weaknesses or flaws in the NCI 2018 paper
22   that caused you to give it no more weight
23   than you gave to De Roos 2005.  What I want
24   to do first is just enumerate the flaws you
25   see in the NCI 2018 paper.  Let's get that

Page 41

1    done first, and then we'll talk about them.
2          So I'll give you some guidance but
3    tell me if I'm wrong about anything.  It
4    seems to me that the first one that you
5    identified, sir, is a response rate one.
6    This is in the first -- the second
7    paragraph.  You raised the issue of problems
8    that could happen if response rates to
9    follow-up surveys are low, and then you say,
10   "Only 44 percent of enrolled applicators
11   completed and returned a supplemental
12   questionnaire"; correct?
13     A.  Yes.
14     Q.  That 44 percent does not -- doesn't
15   reflect a questionnaire that was actually
16   used in the NCI 2018; right?
17     A.  Oh, I'm sure data to perform that
18   supplemental questionnaire was used.
19         MS. FORGIE:  Object to the form.
20   BY MR. GRIFFIS:
21     Q.  The two surveys that were used were
22   the original one and the 1999 to 2005 one.
23   You go on to describe 37 percent of
24   applicators failing to respond to that one;
25   correct?

1    A.  Right.
2    Q.  And the two that are described in
3  the study and from which the data are pooled
4  in the NCI 2018 study and the text of the
5  study and the methods and analysis are the
6  1999 -- the original survey, 1993 to '97 and
7  the '99 to 2005 one; right?
8    A.  Well, the supplemental
9  questionnaire in which only 40 percent of
10  the applicators responded was a take-home
11  questionnaire after they filled out the
12  initial questionnaire for enrollment.  Okay?
13  And that data was used in many of the
14  studies and was probably used in -- it was
15  probably used in the analysis of the people
16  who responded to the second questionnaire.
17  And it was certainly used in the data from
18  De Roos 2000 -- the first De Roos paper.
19    Q.  2005?
20    A.  Yeah, so it's supplemental
21  information that they had on a subset and
22  they used that data.  They didn't just
23  discard that data.
24    Q.  Okay.  We'll come back to that.
25    A.  They used what they had.

1    Q.  The first error -- should I call
2  them errors or biases or flaws or what?
3    A.  I think they're flaws.
4    Q.  The first flaw that you identified
5  in your supplemental expert report is the
6  non- -- the relatively high non-response
7  rate.  The non-response rate; correct?
8    A.  In the follow-up and supplemental
9  questionnaires, yes.
10    Q.  Okay.  And the way that was
11  addressed you discuss at the bottom of the
12  first page, the last paragraph there.  The
13  imputation method; right?
14    A.  Right.  The imputation methods were
15  used to address the lack of response to the
16  first follow-up survey.
17    Q.  Okay.  So it's kind of --
18    A.  Not that it was used to address the
19  lack of information from the supplemental
20  survey done at the time of enrollment.
21    Q.  These are kind of the same
22  criticism.  It's a lack of follow-up and
23  then the imputation method that was used to
24  address that you have critiques of; correct?
25    MS. FORGIE:  Object to the form.

1    THE WITNESS:  You have to repeat
2  the question.  I don't understand the
3  question.
4  BY MR. GRIFFIS:
5    Q.  I'm just trying to get a list right
6  now so that we can go through and do them
7  one by one, a list of what you perceive to
8  be the flaws in the NCI 2018.
9    A.  Okay.
10    Q.  I'm trying to know whether the
11  response rate one goes with the imputation
12  one so we can address them together or if
13  they're distinct facets of those.
14    A.  So, yeah, the lack of response from
15  37 percent of the applicators, the authors
16  of the paper tried to address using this
17  imputation method.  So they basically used
18  their method to try and guess what the
19  responses would have been for those
20  37 percent of people who didn't respond.
21    Q.  Okay.  So the next flaw that you
22  identified is in the, if I'm reading it
23  correctly, it's in the second paragraph at
24  the end.  You said that "For the responders,
25  pesticide use data was only obtained for the

1  last year of farming prior to the follow-up
2  survey"; right?
3    MS. FORGIE:  Object to the form.
4    THE WITNESS:  Let's see.  Where is
5  that?
6  BY MR. GRIFFIS:
7    Q.  It's the second paragraph of your
8  supplemental expert report at the end of
9  that paragraph.
10    A.  Yeah, so they only asked -- in this
11  first follow-up questionnaire, they only --
12  which occurred anywhere from, I guess,
13  probably 6 to 12 years after the initial
14  questionnaire, they only asked for
15  information on pesticide use for the last
16  year of farming.  So they didn't ask for any
17  information in the period of time between
18  the last year of farming and the last year
19  that was included in the initial enrollment
20  questionnaire.
21    Q.  So that's a second flaw, the first
22  one being the low response rate and the
23  attempt to fix it with imputation which you
24  feel was unsuccessful, and the second one
25  was asking only for the last year of farming

Page 46

```
1   in the follow-up survey.
2        MS. FORGIE:  Object to the form.
3   BY MR. GRIFFIS:
4        Q.  Is that right, sir?  Is that an
5   accurate list so far?
6        A.  Yes, that's true.
7        Q.  And then the third that I see if
8   I'm correct is that there was an increase in
9   glyphosate use that you believe likely
10  resulted in significant misclassification of
11  some exposures; right?
12       A.  Right.
13       Q.  The next thing you write is
14  imputation as we discussed.  That kind of
15  fits with the first criticism.
16       MS. FORGIE:  Object to the form.
17       THE WITNESS:  The third one that
18       you mentioned, the dramatic increase,
19       really reflects on how the cases were
20       actually classified in the initial
21       enrollment.  It also complicates the
22       attempt to impute or to guess what
23       the -- what the exposure was for those
24       that didn't respond.  So these things
25       are all tied together.
```

Page 47

```
1   BY MR. GRIFFIS:
2        Q.  Okay.  The next one that I see --
3   and tell me if I've missed one -- is on
4   page 2, the first full paragraph, and you
5   make the point that there was a high -- high
6   usage of glyphosate, and so that's not an
7   optimal distribution among exposed and
8   unexposed; correct?
9        A.  That's correct, yes.
10       Q.  Is that the next one, or did I miss
11  one?
12       A.  I think that's the next one.
13       Q.  Okay.  And then the next, and I
14  think last -- but you'll correct me if I'm
15  wrong -- is a latency issue.  You said, "The
16  median lifetime years of glyphosate use was
17  only 8.5 years with a median follow-up time
18  of only about 18 years which may not be
19  enough exposure and/or follow-up time to
20  demonstrate an effect," and you called the
21  NCI 2018 at best an interim analysis?
22       A.  Yeah, it's both an exposure and
23  latency issue.
24       Q.  To recap, and again what I'm trying
25  to do is get a complete list before we start
```

Page 48

```
1   digging in.  The flaws that you identified
2   are the relatively low response rate and the
3   attempt to address that through imputation
4   which you have criticisms of; two, the fact
5   the pesticide use data was obtained on last
6   year of farming in the second survey; three,
7   that there were secular trends in the use of
8   glyphosate that could affect exposure
9   analysis and change the figures; four, that
10  the relatively high frequency of exposure to
11  glyphosate made the distribution among
12  exposed and non-exposed non-optimal; and,
13  five, that it's too short a study so far in
14  terms of exposure and latency; is that
15  correct?
16       MS. FORGIE:  Object to the form.
17       THE WITNESS:  I would agree.  The
18       last one is, you know, the median
19       exposure was only 8.5 years which is
20       really not a long period of exposure in
21       a cohort study.  And the follow-up
22       probably needs to be even longer than it
23       is in this most recent publication.
24  BY MR. GRIFFIS:
25       Q.  Okay.  But those are the five
```

Page 49

```
1   flaws; right?
2        A.  Yes.
3        MS. FORGIE:  Object to the form.
4   BY MR. GRIFFIS:
5        Q.  And there weren't any flaws that I
6   missed; correct?
7        MS. FORGIE:  Object to the form.
8        THE WITNESS:  Those are the ones
9        that I outlined in my report.
10  BY MR. GRIFFIS:
11       Q.  Did you have any in mind that you
12  didn't outline in your report?
13       A.  No.
14       Q.  All right.  I'd like to start with
15  flaw number 2, "Pesticide use data was only
16  obtained for the last year of farming."
17       So tell me if I'm correct here.
18  The concern is that someone may have started
19  to use glyphosate after the first survey but
20  continued to farm and not use glyphosate
21  during their last year of farming and then
22  reported no use of glyphosate in the second
23  survey and thus been undercounted?
24       MS. FORGIE:  Object to the form.
25       THE WITNESS:  There are a whole
```

Page 50

1    variety of errors that could have
2    occurred there.  That's one of them.
3    For example, in the first survey they
4    could have been a non-user of
5    glyphosate, and in the second survey
6    they could have become a user of
7    glyphosate, but you wouldn't know when
8    they started using glyphosate.  Okay?
9    There's no way to know that.  The
10   reverse is true too.  So they may have
11   not -- they may have been a user of
12   glyphosate, and then they discontinued
13   glyphosate, and you wouldn't know when
14   they discontinued glyphosate.  So
15   there's no way to fill in the gap of the
16   years between the first survey and the
17   second survey.  So I guess in the
18   imputation you just guess what it was.
19   BY MR. GRIFFIS:
20       Q.  The imputation does address those
21   issues.  We'll discuss your criticisms of
22   imputation, but it does address those
23   issues; right?
24           MS. FORGIE:  Object to the form.
25           THE WITNESS:  Well, it attempts to

Page 51

1    address them.
2    BY MR. GRIFFIS:
3        Q.  Okay.  So it's one of the pieces of
4    absent data that the imputation procedure is
5    designed to address.  That's fair?
6            MS. FORGIE:  Object to the form.
7            THE WITNESS:  Yes.
8    BY MR. GRIFFIS:
9        Q.  Do you have any evidence that there
10   was error introduced by asking people to
11   report on their last year of farming?
12       A.  Well, the reported data probably
13   was accurate because it's the most recent
14   year of farming.  So they should remember
15   that pretty accurately.  So with regard to
16   that there probably was not a lot of error.
17       Q.  And do you know whether it was the
18   best procedure to follow, for example, to
19   give people a shorter questionnaire to fill
20   out and increase their likelihood of
21   responding to it?
22           MS. FORGIE:  Object to the form.
23           THE WITNESS:  So that's true, but
24   what happens then is you don't have the
25   data you really need to answer the

Page 52

1    question.  This is a problem with cohort
2    studies.  They cut short to some extent
3    on the way they gather the data, and
4    they try to compensate it by having
5    many, many more people in the study.
6    But what it means is that the quality of
7    the data is not as good as it should be.
8    And had they taken more time in the
9    follow-up questionnaire and asked the
10   questions for each of the years, it
11   wouldn't have added a lot of time to the
12   question because the years were anywhere
13   between maybe five and ten, maximum 12.
14   So they could have asked three or four
15   questions for each year and had all the
16   data they needed to really do it
17   properly.
18   BY MR. GRIFFIS:
19       Q.  You say on page 2 --
20       A.  So they have to actually impute the
21   data for the respondents too because they
22   don't know what they did in between.  It's
23   not just for the non-respondents, but it's
24   also for the respondents.
25       Q.  You say on page 2, sir, "Since all

Page 53

1    of these various errors and exposure
2    classification were non-differential."  And
3    I don't want to ask you about the whole
4    sentence right now, but just tell me what
5    you mean by non-differential.
6            MS. FORGIE:  Object to the form.
7            THE WITNESS:  Non-differential
8    means that the errors were not linked
9    specifically to the exposure or to the
10   disease in question.  They were random
11   errors.
12   BY MR. GRIFFIS:
13       Q.  Okay.  So one person might slightly
14   underreport glyphosate.  One person might
15   slightly overreport glyphosate, and there's
16   no consistency in the lack of data or the
17   missing data in association with either
18   non-Hodgkin lymphoma or glyphosate exposure.
19   That's what non-differential means?
20           MS. FORGIE:  Object to the form.
21           THE WITNESS:  Non-differential
22   means that it's just as likely that --
23   well, it's just as -- it means that
24   there's no direction in the bias, that
25   the bias is going in both directions,

14  (Pages 50 to 53)

1  yes.  I guess that's what you said.
2  BY MR. GRIFFIS:
3    Q.  Okay.  And if there are a whole
4  bunch of little randomnesses, some of them
5  would be pointing in one direction and some
6  in the other, and they would kind of tend to
7  cancel out; is that right?
8        MS. FORGIE:  Object to the form.
9        THE WITNESS:  That's true, but what
10    would happen is it decreases the ability
11    of the study to detect a true finding.
12    It biases any of the results in general.
13    It biases the results towards the null.
14  BY MR. GRIFFIS:
15    Q.  And that was the rest of the
16  sentence?
17    A.  Right.
18    Q.  "Since all of these various errors
19  in exposure classification were
20  non-differential, they would result in a
21  bias toward the null and attenuate or
22  obliterate any true positive effect."
23        So they wouldn't tend in any
24  particular direction, but they would tend to
25  obscure in the direction of the null towards

1  1.0?
2    A.  Right.
3    Q.  So that the outcome that you
4  measured, you say I found such and such a
5  relative risk, that would, in fact, be
6  closer to the null than it should be; is
7  that right?
8    A.  Yeah, so if you have a true
9  relative risk of say 3, and you have a
10  significant amount of exposure
11  misclassification, that could lower the risk
12  from a significant 3 to a non-significant 2
13  or a non-significant 1.8 or 1.2.  So that's,
14  in general, the effect of non-differential
15  misclassification.
16    Q.  And bias towards the null when you
17  have a point estimate that is below one
18  suggests that the true point estimate would
19  be even lower; right?  It would be .5
20  instead of .7, for example?
21        MS. FORGIE:  Object to the form.
22        THE WITNESS:  That would be -- that
23    would also happen, yes.
24  BY MR. GRIFFIS:
25    Q.  Okay.  So last year of farming.

1  You've also told us -- the very next thing
2  you tell us is that there was a very major
3  increase in glyphosate use after the
4  introduction of glyphosate-resistant crops;
5  right?
6    A.  Yes.
7    Q.  Glyphosate is used on -- tell me if
8  you know.  I don't know whether you do or
9  not.  Glyphosate is used on some of the most
10  widely used crops in the country; right?
11    A.  Yes.
12    Q.  And there are glyphosate-resistant
13  versions of those meaning -- you're talking
14  about Roundup Ready; right?
15    A.  Yes.
16    Q.  So because of the introduction of
17  Roundup Ready crops, lots of farmers were
18  using glyphosate, and they were doing it
19  consistently year after year; right?
20        MS. FORGIE:  Object to the form.
21        THE WITNESS:  Well, I would say, in
22    general, that's true.  Farmers do stop
23    doing things.  They don't continue to
24    always do what they did before, but, in
25    general, the use of these agents

1  increase dramatically because farmers
2  found that they could increase their
3  yields by doing it.  So it was -- it had
4  a huge effect on how they farmed for
5  certain crops.
6  BY MR. GRIFFIS:
7    Q.  So if a farmer told you -- for
8  glyphosate.  If a farmer told you for
9  glyphosate the last year I was farming I
10  didn't use glyphosate, they probably weren't
11  using it before then either; right?
12        MS. FORGIE:  Object to the form.
13        THE WITNESS:  Probably that's true,
14    although we don't really know.
15  BY MR. GRIFFIS:
16    Q.  Okay.
17    A.  There may have been another reason
18  why they switched.  They could have switched
19  crops; right?  They could have decided to
20  plant something else in the field that year,
21  rotate their crops.
22    Q.  Sure.  We could think of scenarios,
23  but it's a relatively unlikely scenario that
24  somebody was using glyphosate and then the
25  last year they were farming they stopped

Page 58

1  using glyphosate and then they stopped
2  farming; right?
3      MS. FORGIE:  Object to the form.
4      THE WITNESS:  I don't know.  I
5  can't speculate.
6  BY MR. GRIFFIS:
7      Q.  It also makes it pretty easy to
8  impute and pretty easy to predict if you
9  built that into the formula, glyphosate
10  users are likely to continue to use
11  glyphosate?
12      MS. FORGIE:  Object to the form.
13  Calls for speculation.
14  BY MR. GRIFFIS:
15      Q.  Correct?
16      A.  I can't answer that question
17  either.  I don't know whether it was easy or
18  hard.  The method they used is quite
19  complicated.  It may be easy to use, but I
20  really -- there's no way to know how
21  accurate it is or was.
22      Q.  Well, it should be easier at least,
23  in general, to predict glyphosate use and
24  you project glyphosate use if glyphosate is
25  a widely used crop year after year -- widely

Page 59

1  used product year after year than if it's a
2  relatively rarely used herbicide that
3  someone might choose to use or not use;
4  right?
5      MS. FORGIE:  Object to the form.
6  Asked and answered.
7      You can answer it again.
8      THE WITNESS:  Well, it would -- I
9  suppose it would make it easier to
10  predict, but again, for example, if you
11  had somebody in the first survey they
12  weren't using glyphosate, and in the
13  second survey they were using
14  glyphosate, you really wouldn't know
15  when they started using it.  You would
16  have a window of when they started, but
17  you wouldn't know when they started and
18  you wouldn't know how many days per year
19  they started.  You wouldn't know
20  anything about the metrics of use during
21  that gap period.  And so, you know, so,
22  again, you've got to use the imputation
23  method to guess.
24  BY MR. GRIFFIS:
25      Q.  We'll talk about imputation in a

Page 60

1  minute, but at any point in using the
2  imputation method, does any person sit there
3  and make a guess, or do they apply a
4  formula?
5      A.  Well, the formula they use is, I
6  would say, an educated guess.  Okay?
7      Q.  Have you ever designed an
8  imputation formula yourself?
9      A.  No.
10      Q.  Would you be qualified to?
11      MS. FORGIE:  Object to the form.
12      THE WITNESS:  No.
13  BY MR. GRIFFIS:
14      Q.  What kinds of people -- and I don't
15  mean their personality traits but their
16  qualifications and professional training
17  would be qualified to generate an imputation
18  formula?
19      MS. FORGIE:  Object to the form.
20      THE WITNESS:  Well, it would have
21  to be -- it would have to be an
22  epidemiologist or sophisticated
23  biostatistician who understands the
24  issues around what they're trying to
25  impute.

Page 61

1  BY MR. GRIFFIS:
2      Q.  So an epidemiologist or
3  biostatistician?
4      A.  Yes.
5      Q.  The optimal distribution issue,
6  sir -- and you remember what I mean by that?
7  This is on page 2, your statement that since
8  lots of people were using glyphosate, you
9  don't have an optimal 50 percent, 50 percent
10  distribution between exposed and unexposed?
11      A.  Right.  So yes.
12      Q.  So you're referring to a general
13  principle of epidemiology that you can best
14  compare two groups if your numbers are
15  divided evenly between those two groups;
16  right?
17      A.  Yes.
18      MS. FORGIE:  Object to the form.
19      THE WITNESS:  Yes.  In fact, you
20  know -- for example, in a case control
21  study, you design the study to have a
22  sometimes two- or three-to-one match of
23  controls to cases.  So you actually have
24  more controls in the case control study
25  than you do -- than you do cases.  And

Page 62

1 in this study, because so many of the
2 applicators used glyphosate, you've got
3 a balance going in the other direction
4 where you've got four patients or four
5 applicators who are exposed versus only
6 one that's unexposed. So it's balanced
7 in the wrong direction.
8 BY MR. GRIFFIS:
9 Q. The same math you're talking about
10 that makes 50/50 distribution give you the
11 cleanest numbers in your statistical
12 analysis for ever, never use tell you that
13 if you're dividing it into four exposed
14 groups and one unexposed group, then a
15 20 percent, 20 percent, 20 percent,
16 20 percent, 20 percent distribution is
17 optimal; right?
18     MS. FORGIE: Object to the form.
19 BY MR. GRIFFIS:
20 Q. Same numbers in each group?
21     MS. FORGIE: Object to the form.
22     THE WITNESS: In general, you want
23 it to be 50/50; right? The fact you
24 divide your cases with disease into
25 sub-groups really -- I don't think --

Page 63

1 you know, I think, in general, when you
2 design the study, you want to have a
3 50/50 balance to get the best power to
4 detect a difference.
5 BY MR. GRIFFIS:
6 Q. Okay. So as a biostats matter,
7 biostatistics matter, do you know whether
8 it's true or false that you get the most
9 power in a division into four exposed groups
10 and one unexposed group if your division is
11 as close to 20, 20, 20, 20 as you can get?
12     MR. ESFANDIARY: Wait. Object to
13 the form.
14     THE WITNESS: I don't know the
15 answer to that. If I was to guess, I
16 would say the power would be somewhat
17 less if you did it that way.
18 BY MR. GRIFFIS:
19 Q. Less than what?
20 A. It's less because you have less
21 people with disease in each group, not
22 because you have too many controls.
23 Q. In the never ever, you can't do any
24 sort of dose-response analysis, and in the
25 group where you have four exposed groups at

Page 64

1 different levels and an unexposed you can.
2     MS. FORGIE: Wait. Wait for a
3 question.
4     Is there a question?
5     MR. GRIFFIS: You can; right? --
6 is the end of the question. You stepped
7 on it.
8     MS. FORGIE: Object to the form.
9     THE WITNESS: So there are two
10 different -- you're asking two different
11 questions, and the answer is the same
12 for both, that you want to have equal
13 numbers of cases or diseased and
14 non-diseased people in your comparative
15 groups. But if you take your diseased
16 group and you divide it into three or
17 four sub-groups, then you're going to
18 somewhat increase the power to detect
19 significant changes. But it's not --
20 but it's because you divided your
21 diseased group into three or four
22 groups, okay, and decreased the numbers
23 in each.
24 BY MR. GRIFFIS:
25 Q. If your intention is to look at

Page 65

1 dose response by dividing into multiple
2 exposed groups, a lower-exposed group,
3 medium-exposed group, higher-exposed group
4 or four such groups, quartile, then the
5 optimum distribution in terms of power to
6 demonstrate or fail to demonstrate a dose
7 response would be an equal distribution into
8 each group. Do you know whether that's true
9 or false?
10     MS. FORGIE: Object to the form.
11 Asked and answered.
12     You can answer it again.
13     THE WITNESS: I would say that --
14 again I would -- I'm not sure, but I
15 think that the greater numbers in any of
16 the groups would improve the power.
17 Okay? So by decreasing the number of
18 cases or diseased people in each group
19 versus controls, if you decrease the
20 number of controls, again, you decrease
21 the power to detect anything. So the
22 fact that you have more controls than
23 cases helps you. It doesn't hurt you.
24 Okay?
25 ///

17 (Pages 62 to 65)

Page 66

1    BY MR. GRIFFIS:
2        Q.  And power is a --
3            MS. FORGIE:  Were you finished?
4            THE WITNESS:  Yes.
5    BY MR. GRIFFIS:
6        Q.  You listed this one under your
7    sentence that since all of these various
8    errors were non-differential which makes it
9    not totally obvious to me --
10           MS. FORGIE:  What page are you on?
11           MR. GRIFFIS:  The second.
12   BY MR. GRIFFIS:
13       Q.  Which makes me not know whether you
14   mean to include this one in the list of the
15   errors that are not differential, do you?
16           MS. FORGIE:  Object to the form.
17           THE WITNESS:  No.  The issue we're
18   talking about is -- has -- has nothing
19   to do with classification differential
20   or non-differential classification.
21   BY MR. GRIFFIS:
22       Q.  Reducing the power of a study would
23   just tend to make it less able to detect a
24   variance from the null; correct?
25           MS. FORGIE:  Object.

Page 67

1            THE WITNESS:  True variance from
2    the null.
3    BY MR. GRIFFIS:
4        Q.  Right.  So the values that you find
5    in the study, had you increased the power,
6    you would tend to predict that that would be
7    farther from the null?
8            MS. FORGIE:  Object to the form.
9    BY MR. GRIFFIS:
10       Q.  Correct?
11       A.  As you increase the numbers and you
12   increase the power, you're likely to find a
13   true and significant result increases.
14       Q.  So the drift would be as you
15   increase power, the drift would tend to be
16   further from the null; correct?
17           MS. FORGIE:  Object to the form.
18   Asked and answered.
19           THE WITNESS:  Not necessarily.  But
20   you're significant.  You would be much
21   more likely to show statistically
22   significance.  You can find the same
23   number with small -- you can find the
24   same result with smaller numbers, but it
25   may not be statistically significant; so

Page 68

1    you increase the numbers in the study to
2    allow you to show statistical
3    significance.
4            MR. GRIFFIS:  I want to use the
5    bathroom.  Can we break for just five
6    minutes?  Not a long one.
7            MS. FORGIE:  Can we make it ten so
8    we can all get another cup of coffee?
9            MR. GRIFFIS:  Ten is fine.
10           THE VIDEOGRAPHER:  We are going off
11   the record at 9:58 a.m.
12           (Recess taken from 9:58 a.m. to
13           10:11 a.m.)
14           THE VIDEOGRAPHER:  This continues
15   disk number 1.  The time is 10:11 a.m.
16   We are back on the record.
17   BY MR. GRIFFIS:
18       Q.  So the fifth criticism we
19   identified earlier that you have of the NCI
20   2018 study is what you've titled, I believe,
21   exposure and latency.  It's a reference to
22   the median lifetime years of glyphosate use
23   in the study 8.5 and the median follow-up
24   time 18 years being too short; correct?
25       A.  Yes.

Page 69

1        Q.  Let's talk about the 8.5 years, the
2    median lifetime years of glyphosate use
3    first.  What is your view of how long a
4    person needs to be exposed to glyphosate to
5    contract non-Hodgkin lymphoma if they will?
6        A.  Well, I don't think anybody knows
7    the answer to that question.  The longer,
8    the better.  So in typical cohort studies,
9    the workers are exposed to a certain
10   chemical during their careers, maybe 20,
11   even 30 years of exposure with long
12   follow-up.  So in this situation, the
13   exposure is a median of 8.5 years ranging
14   from five or six years to 14 years is not a
15   very long time of exposure for a cohort
16   study.
17       Q.  Are you talking about cohort
18   studies of non-Hodgkin lymphoma?
19       A.  I'm talking about cohort studies,
20   in general.
21       Q.  Your expert report -- in your
22   expert report you claim to be a specialist
23   in non-Hodgkin lymphoma, somebody who
24   focuses on that.
25       A.  Yes.

18  (Pages 66 to 69)

Page 70

1  Q.  And you've been involved in a
2  number of epidemiology studies as the
3  pathologist on the study; correct?
4      MS. FORGIE:  Object to the form.
5      THE WITNESS:  Actually not only the
6  pathologist, I was in charge and ran the
7  studies in Nebraska; so I was the PI on
8  the studies.
9  BY MR. GRIFFIS:
10  Q.  Do you have a view as to how much
11  exposure a person needs to have for
12  non-Hodgkin lymphoma to a suspect substance
13  in order to detect any effect?
14      MS. FORGIE:  Object to the form.
15      THE WITNESS:  It would depend
16  entirely on the substance, whether it
17  was a strong carcinogen or a weak
18  carcinogen.  So it's highly dependent on
19  the substance.  There's no one number
20  for -- there's no one generic number.
21  BY MR. GRIFFIS:
22  Q.  So what is your basis for saying
23  that for glyphosate and non-Hodgkin
24  lymphoma, 8.5 median years of exposure is
25  too short?

Page 71

1      MS. FORGIE:  Object to the form.
2      THE WITNESS:  It's probably too
3  short.  I don't know that it's too
4  short, but it's probably too short based
5  on how other cohort studies have
6  evaluated other chemicals.  In other
7  words, the longer the better.  In this
8  case, it's relatively short.  You know,
9  what it means is that half of the people
10  had less than 8.5 years of exposure.
11  BY MR. GRIFFIS:
12  Q.  Is it the case that the sole basis
13  for saying 8.5 years is probably too short
14  for glyphosate and non-Hodgkin lymphoma in
15  the study your knowledge of other cohort
16  studies of other substances and other
17  disease outcomes?
18  A.  I'm just making a general
19  statement.  If you read about cohort studies
20  and how they're designed, you generally want
21  a long period of exposure to really be sure
22  that you have an adequate exposure to find a
23  significant association.  If you have short
24  exposures or small exposures, your chances
25  are much less defined in association than if

Page 72

1  you have long exposures and high exposures.
2  Q.  Okay.  Other than those --
3  A.  So it's a general statement.
4  Q.  It's the general statement the
5  longer the better for cohort studies; right?
6  A.  Right.
7      MS. FORGIE:  Object to the form.
8  Asked and answered.
9  BY MR. GRIFFIS:
10  Q.  And there's no specific thing about
11  glyphosate and no specific thing about
12  non-Hodgkin lymphoma that makes you say that
13  8.5 years median is not enough to detect an
14  effect; right?
15      MS. FORGIE:  Object to the form.
16      THE WITNESS:  Correct.
17  BY MR. GRIFFIS:
18  Q.  The 18 years median follow-up time,
19  median follow-up is something we discussed
20  in your prior deposition; right?
21  A.  Correct.
22  Q.  You said in your expert report,
23  your original expert report -- I'll mark
24  that so we can look at it.  This is
25  Exhibit 7.

Page 73

1      (Exhibit Number 31-7 was marked
2      for identification.)
3  BY MR. GRIFFIS:
4  Q.  I'm on page 5, sir.
5  A.  Okay.
6  Q.  You said -- you're talking about
7  the De Roos 2005 study in that paragraph;
8  correct?
9  A.  Yes.
10  Q.  That first paragraph?
11  A.  Yes.
12  Q.  You see in the middle of the
13  paragraph, "However, the median follow-up
14  time in this study was only 6.7 years, too
15  short a time to detect a meaningful increase
16  in NHL or other cancers associated with
17  glyphosate"; right?
18  A.  Yes.
19  Q.  And then at the deposition, sir, do
20  you recall that I asked you for an
21  association between a pesticide and
22  non-Hodgkin lymphoma, "How long a period of
23  time do you think you need between the
24  exposures and the cancers that you're
25  measuring?"

Page 74

1    And you said, "The longer the
2  better."
3    And I said, "Well, is ten years too
4  short?"
5    And you said "No, probably not?"
6    MS. FORGIE:  Object to the form.
7  If you're going to ask him questions
8  about his deposition, I think you have
9  to show it to him.
10 BY MR. GRIFFIS:
11   Q.  Do you recall that, sir?
12   MS. FORGIE:  Object to the form.
13   THE WITNESS:  I don't remember
14 specifically, no.
15 BY MR. GRIFFIS:
16   Q.  Do you recall me saying, "Okay, the
17 longer the better, 6.7 is too short, 10 is
18 probably long enough" and you couldn't be
19 more specific between those two; is that
20 fair?"
21   And you said, "Yes."
22   MS. FORGIE:  Object to the form.
23   THE WITNESS:  I don't remember.
24 BY MR. GRIFFIS:
25   Q.  Do you agree with that testimony

Page 75

1  today?
2    A.  Well, I agree with the testimony
3  that the longer would be the better.  I
4  think probably ten years is when you would
5  begin to see cases that are associated with
6  the chemical.  So what would be the best
7  latency period?  Well, the best latency
8  period would be long so you would want to
9  follow locations for 30 or more years, okay?
10 And the median latency of 20 years is
11 probably a minimum where you would begin to
12 see a significant number of cases so that
13 you could actually demonstrate significant
14 increased risk.
15   So the longer the better.  Ten
16 years might be the minimum where you would
17 begin to see cases, an increase in cases.
18 Actually, if you look at the Eriksson study,
19 that's when they began to see statistically
20 significantly increased cases after ten
21 years.
22   Q.  Sir, when the data before you was
23 6.7 years of follow-up in the De Roos 2005
24 and you said ten years was probably enough
25 and now you have 18 years of follow-up and

Page 76

1  you say 18 years isn't enough and the study
2  is not done, you're moving the goalpost,
3  aren't you?
4    MS. FORGIE:  Object to the form.
5  It's unfair.  You're not showing him the
6  deposition.
7    THE WITNESS:  So 18 years is
8  probably not enough.  Okay?  But it's
9  interesting, if you look at Table 3 in
10 the paper where they've got 20 years of
11 follow-up, you begin to see elevated
12 odds ratios for non-Hodgkin's lymphoma
13 and its subtypes.  So this sort of
14 speaks to my point that you have to have
15 a long period of follow-up after
16 exposure to begin to see risk.  In fact,
17 if you look at Table 3, you see it.
18 BY MR. GRIFFIS:
19   Q.  Is that because it takes a long
20 time for non-Hodgkin lymphoma to show up
21 after an exposure?
22   A.  Yes.
23   Q.  And is that because it takes a lot
24 of exposure, like years and years of
25 exposure, or is this in reference to your

Page 77

1  earlier point about 8.5 years of use in the
2  study, it takes a lot of years of exposure
3  to a substance for it to produce
4  non-Hodgkin's lymphoma?
5    MS. FORGIE:  Object to the form.
6    THE WITNESS:  In general, I would
7  say yes.  The more exposure, the more
8  likely you are to find elevated risks
9  that are significant.
10 BY MR. GRIFFIS:
11   Q.  The charts you're talking about,
12 sir, Table 3, tell me which one you're
13 pointing me to.
14   A.  Well, if you look at non-Hodgkin
15 lymphoma as a group, you can see increased
16 odds ratios in the higher-exposed group,
17 15 percent, 12 percent.  The same for B-cell
18 non-Hodgkin lymphoma.  And then if you look
19 at chronic lymphocytic leukemia, anywhere
20 between 19 and 25 percent increase.  If you
21 look at diffuse large B-cell lymphoma, you
22 see a 35 percent increase.  For T-cell
23 lymphomas, you actually have a threefold
24 increase that's statistically significant.
25 So you're beginning to see increased risk

20  (Pages 74 to 77)

Page 78

1      ratios when you use a minimum of follow-up
2      of 20 years.  Okay?
3          Q.  You don't claim, sir, that any of
4      these findings show that glyphosate causes
5      those subtypes or causes non-Hodgkin's
6      lymphoma; correct?  You're not relying on
7      this in support of your claim that
8      glyphosate --
9              (Simultaneous cross-talk
10             interrupted by the reporter.)
11     BY MR. GRIFFIS:
12         Q.  You're not relying on this for your
13     claim that glyphosate causes non-Hodgkin
14     lymphoma or its subtypes; right?
15             MS. FORGIE:  Object to the form.
16             THE WITNESS:  I'm not relying on
17         it, but it is data that suggests that a
18         longer follow-up is required to see
19         increased risks.  It's possible if we
20         follow these patients another ten years
21         with a 30-year lag, we'll have
22         significantly increased risks.  So this
23         is why I say in my report that at best
24         this is another interim analysis and to
25         really know the results of the

Page 79

1          agricultural health study, you'll need
2          longer follow-up.
3      BY MR. GRIFFIS:
4          Q.  After a mean of 8.5 years of
5      exposure to glyphosate, it's going to take
6      more than 20 years to find a doubling of the
7      risk in these patients; correct?
8              MS. FORGIE:  Object to the form.
9          Mischaracterizes --
10     BY MR. GRIFFIS:
11         Q.  If it happens?
12             MS. FORGIE:  Object to the form.
13         Mischaracterizes his testimony --
14             THE WITNESS:  You'll need a
15         longer --
16             MS. FORGIE:  You have to wait until
17         I get my --
18             THE WITNESS:  I'm sorry.
19             So what I'm saying is we probably
20         need more exposure and we probably need
21         longer follow-up if the Agricultural
22         Health Study is going to show
23         significant increases in risk.  The data
24         here in Table 3 suggests that now the
25         risks are increasing for non-Hodgkin's

Page 80

1          lymphoma with longer follow-up.
2      BY MR. GRIFFIS:
3          Q.  And there are no statistically
4      significant associations at five years,
5      10 years, 15 years, or 20 years for
6      non-Hodgkin lymphoma; correct?  It's the
7      third row of the -- data row of the chart;
8      right?
9          A.  There are increased risks, but
10     they're not statistically significant.
11         Q.  And you wouldn't say that a
12     non-statistically significant increased risk
13     shows causation; correct?
14             MS. FORGIE:  Object to the form.
15             THE WITNESS:  Well, you would
16         interpret it in the context of what you
17         know about from other studies.
18     BY MR. GRIFFIS:
19         Q.  There's no dose response even in
20     the 20-year period for non-Hodgkin lymphoma;
21     correct?
22             MS. FORGIE:  Object to the form.
23             THE WITNESS:  Well, the numbers are
24         very small, and, you know, so with small
25         numbers of cases in the various

Page 81

1          quartiles and tertiles, it's difficult
2          to demonstrate.  But you don't see a
3          dose response here.  It's true.  You
4          don't see a dose response.
5      BY MR. GRIFFIS:
6          Q.  The least-exposed group has a
7      higher point estimate than the most-exposed
8      group; right?
9              MS. FORGIE:  Object to the form.
10             THE WITNESS:  In some of the
11         categories that's true.
12     BY MR. GRIFFIS:
13         Q.  For non-Hodgkin lymphoma overall
14     that's true; right?
15             MS. FORGIE:  Object to the form.
16             THE WITNESS:  Yes.
17     BY MR. GRIFFIS:
18         Q.  And that's one of the things that
19     goes into the P-trend analysis; right?
20     Whether there's a dose response; correct?
21         A.  Correct.
22         Q.  These P trends are all -- what is a
23     P-trend?  What is a statistically P-trend?
24     0.05?
25         A.  Or less than 0.05.

21 (Pages 78 to 81)

Page 82

1    Q.  And none of these P trends in
2  Table 3 are below 0.05; right?
3    A.  Well, not for non-Hodgkin's
4  lymphoma.  For acute myeloid leukemia there
5  is a P-trend of 0.04.
6    Q.  For the 20-year lag.  That's the
7  one we were just talking about --
8    A.  Okay.
9    Q.  -- that you were focusing me on?
10    A.  Right.
11    Q.  The P trends in Table 3 for a
12  20-year lag, what is the smallest P-trend in
13  that?
14    A.  For non-Hodgkin's lymphoma or for
15  anything in the table?
16    Q.  Anything in the table, 0.3 for
17  lymphohematopoietic overall; right?
18    MS. FORGIE:  Now you've got two
19    questions pending.  Which one do you
20    want him to answer?
21    Object to the form.
22    THE WITNESS:  So acute myeloid
23    leukemia has a P-trend of 0.04 which is
24    statistically significant.
25  ///

Page 83

1  BY MR. GRIFFIS:
2    Q.  Do you believe that glyphosate
3  causes AML?
4    MS. FORGIE:  Object to the form.
5    Beyond the scope of this report.
6    THE WITNESS:  This data would
7    suggest that it does, but there isn't
8    other data out there to support it.  So
9    I would say we don't know the answer to
10    that.
11  BY MR. GRIFFIS:
12    Q.  So you're not going to give expert
13  testimony unless there's more data that
14  glyphosate causes AML; right?
15    A.  Correct.
16    Q.  That wouldn't be scientifically
17  appropriate to do based on this data;
18  correct?
19    MS. FORGIE:  Object to the form.
20    THE WITNESS:  Based on this data
21    alone, you're correct.
22  BY MR. GRIFFIS:
23    Q.  Now, for the 20-year lag, the
24  smallest P-trend on the chart in
25  supplemental Table 3 is for

Page 84

1  lymphohematopoietic overall 0.3; correct?
2    MS. FORGIE:  Object to the form.
3    THE WITNESS:  You're talking about
4    the first item on Table 3,
5    lymphohematopoietic neoplasms?
6  BY MR. GRIFFIS:
7    Q.  Yeah.  The question is is that the
8  lowest P-trend in the 20-year lag column;
9  right?
10    A.  Correct.  .37.
11    Q.  Okay.
12    A.  Actually that's .31.
13    Q.  .37?  What are you looking at, sir?
14    A.  I'm reading you the P-trend for
15  lymphohematopoietic neoplasms.
16    Q.  In supplemental Table 3, 20-year
17  lag?
18    A.  In supplemental Table 3?
19    Q.  Yeah.
20    MS. FORGIE:  What table are you?
21    THE WITNESS:  I don't have
22    supplemental Table 3.
23  BY MR. GRIFFIS:
24    Q.  You don't have the supplementary
25  tables for this?

Page 85

1    A.  I have them at home.  Have you
2  attached them to the --
3    MS. FORGIE:  I don't think they're
4    attached to the exhibit -- oh, wait.
5    THE WITNESS:  Maybe they are.  I'm
6    sorry.  I was looking at Table 3.
7    You're talking about supplemental
8    Table 3?
9  BY MR. GRIFFIS:
10    Q.  We don't need to.  This one shows
11  5-year and 20-year lag and supplemental
12  Table 3 shows five, ten, 15 and 20; right?
13    A.  Right.
14    Q.  So it just shows more columns.
15  Table 3 works fine.  It's the same data for
16  the 20-year.
17    MS. FORGIE:  There's no question
18    pending.
19  BY MR. GRIFFIS:
20    Q.  But -- okay.
21    At how many years of follow-up
22  would you consider the AHS data to be
23  complete, sir?
24    MS. FORGIE:  Object to the form.
25    THE WITNESS:  Well, you would want

Page 86

1    to -- actually ideally, you would want
2    to follow the people for 20 or 30 or 40
3    or more years until almost everyone or
4    everyone is dead, and then you would
5    have the ultimate database to do your
6    final analysis of the data.  So that's
7    often the case in cohort studies.  They
8    go for 20, 30, 40 years.
9    BY MR. GRIFFIS:
10        Q.  For the 8.5 years of exposure, sir,
11    the exposure categories in the case control
12    studies that you rely on are much, much,
13    much lower than 8.5 years of exposure;
14    correct?
15            MS. FORGIE:  Object to the form.
16        Do you want him to look at those
17        studies?
18            THE WITNESS:  I don't remember the
19        details of those studies.
20    BY MR. GRIFFIS:
21        Q.  Like Eriksson is greater or less
22    than ten days; right?
23            MS. FORGIE:  Object to the form.
24    BY MR. GRIFFIS:
25        Q.  Do you remember that?

Page 87

1            MS. FORGIE:  Object to the form.
2            THE WITNESS:  So in Eriksson they
3        looked at risk by days of exposure, and
4        you're right.  If it was less than -- if
5        it was greater than ten days of
6        exposure, they had a significantly
7        elevated risk.  That's true.
8    BY MR. GRIFFIS:
9        Q.  And is it your claim that in
10    Eriksson the greater than ten days the mean
11    was -- the mean of exposure in that was at
12    or greater than 8.5 years?
13            MS. FORGIE:  Object to the form.
14            THE WITNESS:  Well, again, I don't
15        remember the details of Eriksson.  I
16        think they also looked at the number of
17        years of exposure, and they looked at
18        the number of days of exposure.  In that
19        study, the number of days of exposure
20        resulted in an increased risk for
21        non-Hodgkin's lymphoma, right.
22    BY MR. GRIFFIS:
23        Q.  Do you know -- sorry.
24        A.  I don't have the study before me,
25    and I don't remember the details -- I don't

Page 88

1    remember the details about years of
2    exposure.
3        Q.  Let me just ask you this, sir,
4    since you criticized the NCI 2018 study for
5    8.5 median years of exposure being too
6    short.  Do you know of any study on
7    glyphosate and non-Hodgkin's lymphoma where
8    people were exposed as a median longer?
9            MS. FORGIE:  Object to the form.
10        He doesn't have the studies in front of
11        him.
12            THE WITNESS:  Off the top of my
13        head, I don't know.  I'd have to go back
14        and look at the studies to answer your
15        question properly.
16    BY MR. GRIFFIS:
17        Q.  Do you know of any study where the
18    median follow-up which you say was too short
19    at 18 years in the NCI 2018 study was longer
20    than 18 years?
21            MS. FORGIE:  Object to the form.
22        Asked and answered.
23            THE WITNESS:  This was the only
24        cohort study; so that question doesn't
25        really apply to the case-control

Page 89

1        studies.
2    BY MR. GRIFFIS:
3        Q.  Do you know of another study where
4    the average time lapse between exposure and
5    non-Hodgkin lymphoma was greater than
6    18 years?
7            MS. FORGIE:  Object to the form.
8            THE WITNESS:  What --
9            MS. FORGIE:  Asked and answered.
10            THE WITNESS:  Study of glyphosate.
11    BY MR. GRIFFIS:
12        Q.  Yes.  Glyphosate and non-Hodgkin
13    lymphoma.
14        A.  No.  And, again, I don't have those
15    studies before me, and I don't remember the
16    details of those studies off the top of my
17    head today.
18        Q.  It could be that your criticisms of
19    8.5 years of exposure being too short and
20    18 years of follow-up being too short apply
21    with even greater force to the case-control
22    studies than which you relied; correct?
23            MS. FORGIE:  Object to the form.
24        Asked and answered, mischaracterizes the
25        testimony.

23  (Pages 86 to 89)

Page 90

1        THE WITNESS:  I don't know the
2    answer to that.
3    BY MR. GRIFFIS:
4        Q.  Have you read Dr. Portier's
5    deposition, sir?
6        A.  Which deposition?
7        Q.  His recent deposition.  Did you
8    read it?
9        A.  Portier's deposition?  No.
10       Q.  Yes.  Okay.
11           If he said in his deposition that
12   the NCI 2018 study allowed for longer
13   latency than any published study on
14   glyphosate and non-Hodgkin lymphoma, do you
15   have any basis to disagree with that?
16          MS. FORGIE:  Object to the form.
17          THE WITNESS:  I don't agree or
18   disagree.  I don't know the answer.
19   That's his statement, not mine.
20   BY MR. GRIFFIS:
21       Q.  As we discussed earlier, you have a
22   criticism of the NCI 2018 study based on the
23   follow-up rate and the imputation procedure
24   used to address that; correct?
25          MS. FORGIE:  Object to the form.

Page 91

1        THE WITNESS:  Yes.
2    BY MR. GRIFFIS:
3        Q.  And the AHS investigators published
4    their imputation procedure; correct?
5        A.  Yes, they published a paper on how
6    they did it.
7        Q.  That's the Heltshe paper which you
8    reviewed for your expert report; right?
9        A.  Yes.
10       Q.  There are also published papers in
11   which the investigators assessed -- took
12   their exposure calculations and fact-checked
13   them with biometric data from actual
14   exposures; correct?
15       A.  Yes.
16       Q.  The AHS -- the NCI 2018 study is
17   the only one out of all the epidemiology on
18   glyphosate and non-Hodgkin lymphoma that
19   does a weighted analysis that has been
20   published and checked with biometrics;
21   right?
22          MS. FORGIE:  Object to the form.
23          THE WITNESS:  That's correct.
24   BY MR. GRIFFIS:
25       Q.  It's the only one that does any

Page 92

1    kind of sophisticated weighted analysis at
2    all; right?
3        MS. FORGIE:  Object to the form.
4        THE WITNESS:  That's correct.  You
5    only could do that kind of analysis in a
6    cohort study.
7    BY MR. GRIFFIS:
8        Q.  Being able to do that kind of
9    analysis gives you better data than you
10   could have otherwise; correct?
11          MS. FORGIE:  Object to the form.
12          THE WITNESS:  I'm not sure it gives
13   you better data.  It gives you some
14   confidence, I guess, in the way you did
15   your calculations, but the fact that
16   correlations between biomonitoring and
17   the algorithm that was used were quite
18   different for different pesticides and
19   different formulations and for some
20   there was good correlation and in some
21   there was poor correlation.
22          So one of the other criticisms of
23   the study which I didn't use, although
24   it also would result in exposure
25   misclassification, is if you use the

Page 93

1    same algorithm for every pesticide,
2    you're going to have misclassification
3    more or less for each pesticide.
4    BY MR. GRIFFIS:
5        Q.  Do you know if that was done?
6        A.  That's what was done, yes.
7           (Exhibit Numbers 31-8, 31-9 and
8           31-10 were marked for identification.)
9    BY MR. GRIFFIS:
10       Q.  Sir, I've marked as Exhibits 8
11   through 10 published study by Bonner,
12   et al., involving lung cancer from the
13   Agricultural Health Study data, published
14   study by Koutros, et al., on bladder cancer
15   from the Agricultural Health Study, and a
16   published study by Koutros, et al., on
17   prostate cancer from the Agricultural Health
18   Study.  Correct, sir?
19       A.  Yes.
20       Q.  Have you seen those?
21       A.  I have not.
22       Q.  In the --
23          MS. FORGIE:  I'm going to just put
24   a general objection in here to 31-8,
25   which talks about lung cancer which he

Page 94

1  has not read or cited in his
2  supplemental report. And I object to
3  the use of 31-9 which he has not read or
4  cited to in his supplemental report that
5  talks about bladder cancer, and I object
6  to 31-10 that talks about prostate
7  cancer, which is also not addressed or
8  referenced in his supplemental report.
9  I'll decide later depending on the
10 questions whether I decide to instruct
11 him not to answer.
12 BY MR. GRIFFIS:
13     Q.  In the Bonner study, sir, on
14 page 545, middle column, last full
15 paragraph, do you see that they describe the
16 multiple imputation with logistic regression
17 procedure that was used in the AHS study?
18     MS. FORGIE:  Take your time and
19 read whatever you want.
20     THE WITNESS:  Yes.
21 BY MR. GRIFFIS:
22     Q.  Similarly, sir, on the Koutros
23 bladder cancer study, page 794, under
24 "Exposure Assessment" towards the end of
25 that first paragraph, do you see that they,

Page 95

1  again, describe the imputation procedure?
2     A.  Yes.
3     Q.  The prostate cancer study, sir, on
4  page 64, do you see that, again, the AHS
5  imputation procedure is described?  Page 64,
6  first column.
7     MS. FORGIE:  Are you talking about
8  31-10?  Exhibit 31-10.
9     MR. GRIFFIS:  Yeah, the one that's
10 on prostate cancer.
11     MS. FORGIE:  I object to him being
12 asked questions about this.
13     THE WITNESS:  Yes.
14 BY MR. GRIFFIS:
15     Q.  We talked in general earlier about
16 the fact that there have been multiple
17 publications from the AHS and multiple
18 publications in which the AHS imputation
19 procedure was discussed and went to peer
20 review; correct?
21     A.  Yes, these papers were
22 peer-reviewed.  The differences between
23 these papers and the recent glyphosate paper
24 is these papers are mainly looking at
25 pesticides in -- which were used in distant

Page 96

1  past or either discontinued or the use was
2  pretty stable over time.  In those kind of
3  situations it's much more plausible to
4  impute use.  But for glyphosate, as you
5  know, the use increased dramatically right
6  in the middle of the enrollment period and
7  continued to increase dramatically over
8  time.  It's impossible to capture that kind
9  of information which is critical to a cohort
10 study if you don't have adequate
11 participation in the follow-up
12 questionnaires.  So that's one of the fatal
13 flaws of the Agricultural Health Study.
14 They don't have adequate follow-up
15 participation in their follow-up
16 questionnaires to get real data.  So they
17 guess what the data is going to be.
18     Q.  So is your statement that is unique
19 to glyphosate?
20     MS. FORGIE:  Wait, wait.  Were you
21 finished with your answer?
22     THE WITNESS:  Yes.
23 BY MR. GRIFFIS:
24     Q.  Is your statement it's unique to
25 glyphosate?

Page 97

1     A.  It's actually unique to glyphosate,
2  yes.
3     Q.  So the AHS study's imputation, not
4  that it's fine --
5     MR. ESFANDIARY:  Object to the
6  form.
7  BY MR. GRIFFIS:
8     Q.  -- works for everything else.  It
9  doesn't work for glyphosate.  Is that your
10 testimony?
11     MS. FORGIE:  Object to the form.
12     THE WITNESS:  I'm not sure it works
13 or doesn't work.  They used it for these
14 other studies.  It's an accepted method,
15 in general, when you don't have data and
16 you want to fill in blanks for data.
17 But for glyphosate, it's particularly
18 problematic in a situation where the use
19 of the chemical is increasing
20 dramatically over a relatively short
21 period of time right in the middle of
22 the enrollment period and right during
23 the first follow-up questionnaire.
24 BY MR. GRIFFIS:
25     Q.  Is your --

Page 98

1    A.  This is very different than it is
2  for many of the other pesticides that have
3  been studied in these others' papers.
4  There's a big difference between what
5  happened in the use of all these different
6  pesticides compared to glyphosate.
7  BY MR. GRIFFIS:
8    Q.  Okay.  Is it your view that the
9  imputation method used was scientifically
10  acceptable for every other substance they
11  examined except for glyphosate?
12    MS. FORGIE:  Asked and answered.
13  You can answer it again.  Objection.
14    THE WITNESS:  Well, it was
15  acceptable -- I don't know whether it's
16  acceptable or not.  It was certainly
17  acceptable to the people who did the
18  studies and to the people who reviewed
19  the studies.  It's an acceptable method
20  that epidemiologists use.  I can't
21  answer whether it's acceptable to me or
22  not because I -- I suppose I would
23  accept it.  I don't know with what
24  confidence one can accept this kind of
25  methodology and particularly in the case

Page 99

1  of glyphosate, I don't have a lot of
2  confidence in it.
3  BY MR. GRIFFIS:
4    Q.  Okay.  I'm not asking you to speak
5  for the peer reviewers of all these
6  journals, sir, or for the authors of NCI
7  2018 but just for yourself.  For yourself,
8  is the scientific imputation procedure
9  applied in the NCI 2018 paper scientifically
10  acceptable for all those other substances
11  but not for glyphosate?
12    MS. FORGIE:  Objection.  Asked and
13  answered.  He's answered it twice, and
14  you're asking about articles he has not
15  read and not cited.
16    You can answer the question in the
17  same way.
18    THE WITNESS:  I would just answer
19  that for me it's not acceptable for
20  glyphosate.  I cannot comment on the
21  others.  I have not reviewed them.  I
22  would say, in general, it's probably
23  acceptable although it's much less
24  scientifically valid than actually
25  gathering the data.  Okay?  Guessing the

Page 100

1  data is not as valid as actually
2  gathering the actual data.
3  BY MR. GRIFFIS:
4    Q.  You would agree --
5    A.  They didn't do that in this --
6    MS. FORGIE:  Wait.  Let him finish.
7    THE WITNESS:  They didn't do that
8  in this study, and it's a fatal flaw in
9  this study particularly in regard to
10  glyphosate.
11  BY MR. GRIFFIS:
12    Q.  You would agree, sir, that not
13  being able to gather all the data is an
14  extremely common issue in cohort studies?
15    MS. FORGIE:  Object to the form.
16    THE WITNESS:  It is in some cohort
17  studies like the Agricultural Health
18  Study.  It's less common in other
19  studies.  It depends entirely on the
20  loyalty of the cohort and their
21  willingness to participate.
22  BY MR. GRIFFIS:
23    Q.  You agree that multiple imputation
24  is a very standard epidemiological technique
25  for dealing with absent data; correct?

Page 101

1    MS. FORGIE:  Object to the form.
2    THE WITNESS:  Yes.
3    MS. FORGIE:  Asked and answered
4  three times.  You're starting to badger
5  the witness.
6    THE WITNESS:  Yes.
7  BY MR. GRIFFIS:
8    Q.  Do you believe that glyphosate was
9  not involved in the Koutros study, the other
10  Koutros study on prostate cancer and the
11  Bonner study, Exhibits 8, 9, and 10?
12    MS. FORGIE:  Object to the form.
13  I'm not going to let him answer any more
14  questions about these three studies,
15  31-8, 31-9, and 31-10 which he has not
16  read, not cited, do not deal with NHL,
17  until he's had a chance to sit here and
18  read them.  So if you want him to read
19  them and answer your questions, he can.
20    MR. GRIFFIS:  What I want to know
21  is when he made the statements that he
22  did about glyphosate and imputation, did
23  you believe that glyphosate was not
24  involved in these studies?
25    MS. FORGIE:  My objection stands.

26 (Pages 98 to 101)

1      You can read them if you want
2  before you answer those questions.
3      THE WITNESS:  I don't know whether
4  they evaluate glyphosate in these
5  studies or not.  I don't know whether
6  they used the same method they used in
7  the 2018 study and the data is highly
8  questionable.
9  BY MR. GRIFFIS:
10     Q.  The peer reviewers of "The American
11  Journal of Epidemiology," "International
12  Journal of Epidemiology," and the
13  "Environmental Health Perspective" passed
14  that procedure; right?
15     MS. FORGIE:  Object to the form.
16  Again, he hasn't looked at these.  He's
17  already stated he doesn't know what's in
18  them.  It's not fair.  You're badgering
19  him.
20     You can answer one more time.
21     THE WITNESS:  They accepted the
22  papers for publication but they -- it's
23  unlikely that they understood the -- all
24  the issues surrounding glyphosate and
25  its use.  And I . . .

1      (Exhibit Number 30-11 was
2  marked for identification.)
3  BY MR. GRIFFIS:
4      Q.  Exhibit 11 is the Heltshe Study
5  which you cited in your expert report;
6  correct?
7      A.  Yes.
8      Q.  And this is a paper in which the
9  imputation procedure was tested; correct?
10     MS. FORGIE:  Object to the form.
11     THE WITNESS:  Yes.
12  BY MR. GRIFFIS:
13     Q.  And it was tested by withdrawing a
14  random sample of people who did respond to
15  the second survey and pretending that they
16  didn't respond and seeing how well the
17  imputation procedure predicted the actual
18  responses that those people gave; right?
19     A.  Yes.
20     Q.  So it compared imputation to real
21  responses, data that was actually gathered;
22  right?
23     A.  Right.
24     Q.  To see how well those two matched
25  up.

1      In the introduction, sir, the
2  left-hand column on the first page, it says
3  halfway down first paragraph, "Multiple
4  imputation has been widely accepted, and
5  it's been used to account for missing data
6  in large national surveys and studies," and
7  it lists multiple studies including the
8  Framingham Heart Study; right?
9      A.  Yes.
10     Q.  Do you have any criticism of the
11  quality of the studies listed, NHANES III,
12  National Assessment of Educational Progress,
13  Children's Mental Health Initiative, and the
14  Framingham Heart Study?
15     MS. FORGIE:  Object to the form.
16  This deposition is not about those
17  studies.  I'm going to let him answer
18  that question.
19     THE WITNESS:  I really don't know
20  much about any of these studies.
21  BY MR. GRIFFIS:
22     Q.  Are you able -- do you have the
23  expertise and experience to be able to
24  comment on whether multiple imputation is
25  widely used in major national studies that

1  are well respected like the ones listed
2  here?
3      MS. FORGIE:  Objection.  Asked and
4  answered.
5      You can answer it again.
6      THE WITNESS:  I would accept that
7  statement.
8  BY MR. GRIFFIS:
9      Q.  And the first sentence of the
10  article, sir, "Missing data is a common
11  problem in epidemiological studies and the
12  statistical implications of ignoring missing
13  data are well known, including loss of
14  statistical power and potentially biased
15  estimates of the association."  And then
16  they describe multiple imputation technique
17  as one way to address that.  Do you agree
18  with that?
19     MS. FORGIE:  Objection.  Asked and
20  answered.
21     You can answer it again.
22     THE WITNESS:  I agree that
23  imputation is one way to address this
24  problem, yes.
25  ///

1  BY MR. GRIFFIS:
2      Q.  In the Heltshe --
3          MS. FORGIE:  How much time is
4  there, please.
5          THE VIDEOGRAPHER:  Just for this
6  tape.
7  BY MR. GRIFFIS:
8      Q.  In the Heltshe study, sir,
9  glyphosate was in the middle range for
10 relative errors as calculated between the
11 actual respondents and the imputed figures;
12 correct?
13         MS. FORGIE:  Object to the form.
14 BY MR. GRIFFIS:
15     Q.  I'm looking, for example, at
16 Figure 2.
17     A.  You're looking at Figure 2?
18     Q.  Yes.  You're welcome to look
19 anywhere you like, but that's where I'm
20 looking.
21     A.  Yes, it's kind of at the lower
22 edge, but it's close to the middle.
23     Q.  Close to the middle.  Looking at
24 Table 3, sir, do you know -- do you know
25 what a Brier skill score is and how to

1  assess it?
2      A.  I don't.
3      Q.  All right.  Let's skip that then.
4          In the discussion section on
5  page 413, sir, of the Heltshe Study, it says
6  three sentences in, "In analyses, imputation
7  is generally preferable to omitting
8  individuals who did not complete phase 2, in
9  our case, 37 percent of enrolled
10 individuals, due to possible selection bias
11 in the subset with complete data and
12 decreased precision of parameters estimates
13 using only a subset of data."
14         Do you see that, sir?
15     A.  Yes.
16     Q.  Do you agree that imputation is
17 preferable to ignoring the data?
18         MS. FORGIE:  Objection.  Are you
19 talking about in general or with
20 glyphosate?
21         THE WITNESS:  So -- yeah, so what
22 they're saying here is that imputation
23 is preferable to limiting the study to
24 those with complete data.
25 ///

1  BY MR. GRIFFIS:
2      Q.  And you know that there were
3  multiple sensitivity tests that were done in
4  the NCI 2018 study to test the accuracy of
5  its imputation procedure; right?
6          MS. FORGIE:  Object to the form.
7          THE WITNESS:  Yes.
8  BY MR. GRIFFIS:
9      Q.  None of those sensitivity tests
10 itself relied on imputation; right?  There
11 are ways of checking the data without
12 looking at it without imputation; right?
13         MS. FORGIE:  Object to the form.
14         THE WITNESS:  That's correct.
15 BY MR. GRIFFIS:
16     Q.  And all three of those sensitivity
17 checks came up with essentially the same
18 result, i.e., no association between
19 glyphosate and non-Hodgkin lymphoma;
20 correct?
21         MS. FORGIE:  Object to the form.
22         THE WITNESS:  It's correct, but
23 they all used the same basic flawed data
24 due to exposure misclassification.  So
25 it's not surprising they came up with

1  the same result.
2  BY MR. GRIFFIS:
3      Q.  They eliminated imputation entirely
4  in those sensitivity analyses; right?
5          MS. FORGIE:  Objection.  Asked and
6  answered.
7          You can answer it again.
8          THE WITNESS:  In some of the
9  analyses that's true.  I don't know
10 whether they did in all of them.  We'd
11 have to talk about them one at a time.
12 BY MR. GRIFFIS:
13     Q.  Let's do.  Page 4, first column.
14         MS. FORGIE:  Are you back to the
15 study?
16         MR. GRIFFIS:  Yeah.
17         MS. FORGIE:  That --
18         THE WITNESS:  Page 4?  Where are
19 you?
20 BY MR. GRIFFIS:
21     Q.  I'm in the first column, first full
22 paragraph within the paragraph that starts
23 in primary analyses, about three sentences
24 in.  And the first sensitivity test is
25 described -- they say "We conducted several

1    sensitivity analyses."
2        Do you see that?
3        A.  Right.
4        Q.  Okay.  So the first one was they
5    restricted to exposure report at enrollment,
6    in other words, the first questionnaire;
7    correct?
8        A.  Correct.
9        Q.  So people that answered the first
10   questionnaire, they just looked at that data
11   and left out the second questionnaire; so
12   they didn't need to impute any missing data;
13   right?
14       A.  Right.
15       Q.  And when they did that, when they
16   used only exposure information reported at
17   enrollment, rate ratio in the highest
18   exposed quartile was 0.82 percent and they
19   report the confidence interval expands one.
20       So when they did the first
21   sensitivity analysis leaving out imputation,
22   there was, again, no association between
23   glyphosate and non-Hodgkin lymphoma;
24   correct?
25       MS. FORGIE:  Object to the form and

1    talked about earlier.  They had to do it.
2    So they didn't include any imputation for
3    the 37 percent who didn't complete the
4    questionnaire, but they had to do some
5    imputation for the people who did complete
6    the questionnaire.
7        Q.  So you believe the imputation
8    procedure and not some other statistical
9    control is how the gaps were addressed in
10   people who answered the second
11   questionnaire; is that right?
12       MS. FORGIE:  Object to the form.
13       THE WITNESS:  I don't know the
14   answer, but I suspect that's how they
15   did it.
16   BY MR. GRIFFIS:
17       Q.  They didn't need --
18       A.  They don't tell you how they did
19   it.
20       Q.  Yes, sir.  The 37 percent -- for
21   the 37 percent, the second sensitivity
22   analysis leaves out that whole imputation
23   procedure; correct?
24       A.  Right, it leaves out all those
25   people.

1    asked and answered.
2        You can answer it again.
3        THE WITNESS:  That's correct.
4    BY MR. GRIFFIS:
5        Q.  Then they did a second sensitivity
6    analysis a different way.  "To evaluate the
7    impact of using imputed exposure data for
8    participants who did not complete the
9    follow-up questionnaire, we limited the
10   analysis to the 34,698 participants who
11   completed both questionnaires."  So if you
12   didn't answer the second questionnaire, they
13   left you out of this sensitivity test;
14   right?
15       A.  Correct.
16       Q.  So, again, they didn't need to use
17   imputation; right?
18       MS. FORGIE:  Object to the form.
19   BY MR. GRIFFIS:
20       Q.  There was no imputation in this
21   second sensitivity analysis?
22       A.  Well, there may have been some
23   imputation for the people who answered the
24   questionnaire because they had to impute
25   what their use was during that gap period we

1        Q.  And when they're left out, again,
2    there's no statistically significant
3    association, no association at all between
4    glyphosate and non-Hodgkin lymphoma;
5    correct?
6        MS. FORGIE:  Objection.  Asked and
7    answered.
8        You can answer it again.
9        THE WITNESS:  That's correct.
10   BY MR. GRIFFIS:
11       Q.  Now, the third sensitivity test
12   they truncated the follow-up period to 2005
13   so that their latest exposure information
14   that they had which was 2005 they stopped
15   follow-up there; so if they had mistakenly
16   imputed any exposures or non-exposures, that
17   wouldn't matter because they wouldn't be
18   looking into the future at those cancers;
19   right?
20       MS. FORGIE:  Object to the form.
21       THE WITNESS:  So -- yeah.  So they
22   imputed it for everyone, but they
23   stopped the follow-up at 2005.  So
24   presumably any exposure
25   misclassification that occurred after

Page 114

1    that is not part of the issue.
2  BY MR. GRIFFIS:
3     Q.  Right.  It takes out that exposure
4  misclassification issue --
5     A.  Right.
6     Q.  -- as a sensitivity test; right?
7     A.  Right.
8        MS. FORGIE:  Object to the form.
9  BY MR. GRIFFIS:
10    Q.  And once again there is no
11 association in the resulting figures; right?
12       MS. FORGIE:  Objection.  Asked and
13 answered.
14       You can answer it again.
15       THE WITNESS:  Right, but, again,
16 it's not surprising because the
17 underlying data and the extent of the
18 exposure misclassifications that
19 occurred even at the time of enrollment
20 you wouldn't see anything.  So with each
21 of these sensitivity analyses, there are
22 still major issues and flaws just as
23 there is in the overall analysis.
24 BY MR. GRIFFIS:
25    Q.  Okay.  Let's get the imputation

Page 115

1  addressed first.  As far as the imputation
2  procedure goes, the imputation procedure
3  that was used to address the 37 percent
4  non-respondents in the second questionnaire,
5  the NCI 2018 investigators did three
6  separate sensitivity analyses that didn't
7  rely on that imputation and came up with the
8  same lack of association between glyphosate
9  and non-Hodgkin lymphoma; correct?
10       MS. FORGIE:  Wait.  Object to the
11 form.  You've now asked him this four
12 times.  He can answer it one more time,
13 but you're badgering the witness.
14       You can answer it again.
15       THE WITNESS:  I believe the third
16 one did include imputation up to 2005.
17 BY MR. GRIFFIS:
18    Q.  Okay.  Left out a big piece of
19 imputation?
20       MS. FORGIE:  Object to the form.
21       THE WITNESS:  No, it included
22 imputation up to 2005.
23 BY MR. GRIFFIS:
24    Q.  And it left out a big piece of
25 imputation as well; correct? -- in your

Page 116

1  view?
2        MS. FORGIE:  Object to the form.
3  Asked and answered.
4        You can answer it again.
5        THE WITNESS:  I don't know.  I'd
6  have to go back and look at that
7  carefully but -- I'd have to go back and
8  look at it carefully.  I thought it did
9  include imputation up to 2005.
10 BY MR. GRIFFIS:
11    Q.  You're not sure?
12       MS. FORGIE:  Object to the form.
13 Asked and answered.
14       THE WITNESS:  Let me look at it.
15 I'm unclear on the last one whether the
16 imputation was included or not.
17 BY MR. GRIFFIS:
18    Q.  Okay.
19    A.  I'd have to go back and review the
20 methods.
21    Q.  Okay.
22       MS. FORGIE:  Do you want him to do
23 that?
24 BY MR. GRIFFIS:
25    Q.  Since you're not clear about the

Page 117

1  third one, let's ask about the first two.
2  They did two at least sensitivity tests that
3  omitted the imputation procedure.  Are we --
4        THE VIDEOGRAPHER:  I should switch.
5  BY MR. GRIFFIS:
6     Q.  That omitted the imputation
7  procedure and came up with the same lack of
8  association between glyphosate and NHL;
9  correct?
10       MS. FORGIE:  Object to the form.
11 Asked and answered like five times.
12       You can answer it again.
13       THE WITNESS:  I'm sorry.  Ask the
14 question again.
15       MR. GRIFFIS:  Switch tapes, and
16 we'll ask it again.
17       THE VIDEOGRAPHER:  This will
18 complete disk number 1.  We're going off
19 the record at 11:06 a.m.
20       (Recess taken from 11:06 a.m.
21 to 11:16 a.m.)
22       THE VIDEOGRAPHER:  This is the
23 beginning of disk number 2.  We are
24 going back on the record.  The time is
25 11:16 a.m.

1    THE WITNESS: So I'd just like to
2  correct myself. For the last
3  sensitivity analysis, they didn't use
4  imputed data for any of the 37 percent
5  who didn't complete the second
6  questionnaire.
7  BY MR. GRIFFIS:
8    Q.  For the last one, the third one
9  that we were talking about, the truncated
10  follow-up period --
11    A.  Yes.
12    Q.  -- to 2005, they didn't use any
13  imputed data?
14    A.  Not for the 37 percent.
15    Q.  Okay. And the purpose of these
16  three sensitivity tests was to test how
17  reliable imputation was in this study;
18  right?
19    MS. FORGIE: Object to the form.
20    THE WITNESS: Well, they're
21  comparing different types of analysis to
22  see whether there's any difference, and
23  there wasn't any difference. So they're
24  assuming that this confirms their
25  imputation calculations, but all this --

1  all the analyses are using the same
2  flawed data; so it's not surprising that
3  the results are not different.
4  BY MR. GRIFFIS:
5    Q.  Well, let's talk about imputation
6  first, not the same flawed data point which
7  we'll discuss with the imputation point.
8    As far as imputation goes, these
9  are three sensitivity tests that were done
10  to set aside imputation and see if similar
11  results were reached, and the answer was
12  yes. We get similar results without using
13  imputation; right?
14    MS. FORGIE: Objection. Asked and
15  answered. It mischaracterizes his
16  answer.
17    THE WITNESS: So, yes, you get
18  similar results, but there's a real
19  selection bias that occurs here because
20  you're only analyzing data on people who
21  actually answered the two parts of the
22  questionnaire. If you look at, you
23  know, are the people who didn't respond
24  to the second phase of the questionnaire
25  different than the ones who did respond,

1  they're actually very different. So
2  this is the problem with just using this
3  kind of data because there's a selection
4  bias for people who actually answered
5  the questionnaire. And those people are
6  very different actually than people who
7  didn't answer the second phase of the
8  questionnaire; so you're trying to guess
9  what the people who didn't answer the
10  second phase of the questionnaire --
11  you're trying to guess what exposure
12  they had when, in fact, they're very
13  different than the group that you used
14  to train your imputation.
15  BY MR. GRIFFIS:
16    Q.  First of all, you said that you're
17  relying on people who answered the second
18  questionnaire being similar to people who
19  didn't answer the second questionnaire;
20  correct?
21    A.  Yes.
22    MS. FORGIE: Objection --
23    THE WITNESS: But they aren't --
24  they're very different.
25  ///

1  BY MR. GRIFFIS:
2    Q.  As to the first sensitivity
3  analysis, that's not an accurate criticism
4  because that was restricted to data from the
5  first questionnaire; right?
6    MS. FORGIE: Objection. Asked and
7  answered.
8    You can answer it again.
9    THE WITNESS: Right. So in the
10  first -- so in the first sensitivity
11  analysis, you just use the initial data,
12  right.
13  BY MR. GRIFFIS:
14    Q.  Okay. And you said that we know
15  that the people who responded to the second
16  questionnaire were different than the people
17  who didn't respond to it.
18    A.  Yes.
19    Q.  What's the evidence for that?
20    A.  Well, there's a paper by Montgomery
21  which I didn't cite, but there's a paper by
22  Rinsky which I did cite which also
23  references the paper by Montgomery, and both
24  those papers showed that the people who
25  answered the second questionnaire were

1  actually very different than the people who
2  didn't answer the second questionnaire.
3       MR. GRIFFIS:  Let's mark Rinsky and
4  Montgomery.
5       (Exhibit Numbers 30-12 and
6       30-13 were marked for
7       identification.)
8  BY MR. GRIFFIS:
9    Q.  Which one is Exhibit 12, sir?
10      MS. SHIMADA:  Montgomery.
11      THE WITNESS:  I'm sorry?
12 BY MR. GRIFFIS:
13   Q.  Montgomery is 12?
14   A.  Yes.
15   Q.  In Montgomery, they looked at the
16 difference between the people who responded
17 to the second questionnaire and the people
18 who didn't respond to it; right?
19   A.  Right.  They compared the two
20 groups.
21   Q.  In the abstract under
22 "Conclusions," they said "Differences
23 between non-participants and participants in
24 the follow-up interview were generally
25 small, and we did not find significant

1  evidence of selection bias"; right?
2       MS. FORGIE:  Object to the form.
3       THE WITNESS:  That's what they say.
4  BY MR. GRIFFIS:
5    Q.  In the Rinsky paper, sir, 13, this
6  is a comparison of people who did and didn't
7  respond to a third interview; right?
8    A.  Right.  Response was even worse in
9  the third questionnaire.
10   Q.  And the third interview doesn't
11 have anything to do with NCI 2018; right?
12      MS. FORGIE:  Object to the form.
13      THE WITNESS:  It doesn't, but it
14   shows you that there are going to be
15   even more problems in future analyses if
16   they're ever done.
17 BY MR. GRIFFIS:
18   Q.  As far as the critique of the
19 non-responders to the second questionnaire
20 in NCI 2018, Rinsky doesn't speak to that;
21 right?
22   A.  No, Montgomery does, but the
23 findings are the same.  And Rinsky
24 references Montgomery.
25   Q.  You've said several times during

1  this deposition that glyphosate is uniquely
2  problematic for the NCI 2018 study and for
3  the AHS dataset, in general, and that
4  imputation will be biased with regard to it
5  and that the basic data collection will be
6  wrong with regard to it; correct?
7       MS. FORGIE:  Object to the form.
8  Mischaracterizes his testimony.
9       THE WITNESS:  I think the marked
10   change in the use of glyphosate right
11   during the time of the enrollment and
12   during the period after the enrollment
13   has resulted in a significant amount of
14   exposure misclassification, which is a
15   problem for the study because this
16   exposure misclassification is
17   non-differential, and it biases any
18   potential real findings to the null.  So
19   it gives you a negative study, and this
20   is one reason why one in general has
21   less confidence in negative studies than
22   positive studies because when risk
23   ratios are not high, they can just
24   disappear with this kind of -- with this
25   level of misclassification.

1  BY MR. GRIFFIS:
2    Q.  And you have a hypothesis that
3  changes in glyphosate use caused
4  non-differential misclassification.  Do you
5  have any evidence that that is true?
6       MS. FORGIE:  Object to the form.
7       THE WITNESS:  No, but if you look
8    at how the study was done and
9    constructed, you'd know that there was
10   significant amounts of exposure
11   misclassification just by understanding
12   the nature of how the study was done.
13 BY MR. GRIFFIS:
14   Q.  Yes, sir.  You have a hypothesis,
15 but you don't have any evidence for it;
16 right?
17      MS. FORGIE:  Objection.
18 Mischaracterizes his testimony, asked
19 and answered.
20      You can answer it again.
21      THE WITNESS:  Well, I'm not part of
22   the study; so how can I develop
23   evidence?  I don't have -- I don't have
24   access to the raw data to develop
25   evidence.  How could I develop evidence?

1    BY MR. GRIFFIS:
2        Q.  Well, for example, sir, the NCI
3    2018 paper and the AHS pool of data, in
4    general, has all sorts of supporting studies
5    validating all sorts of different aspects of
6    it, which is something the case-control
7    studies don't have; right?
8            MS. FORGIE:  Object to the form.
9            THE WITNESS:  And many of those
10   studies raised the issue of exposure
11   misclassification and how it could be a
12   major problem in the Agriculture Health
13   Study.
14   BY MR. GRIFFIS:
15       Q.  And none of them detected any
16   exposure misclassification with regard to
17   the glyphosate; correct?
18           MS. FORGIE:  Object to the form.
19           THE WITNESS:  The studies didn't
20   necessarily focus on glyphosate.
21   BY MR. GRIFFIS:
22       Q.  To close the loop, you can't point
23   us to any evidence as opposed to your
24   hypothesis that the glyphosate data
25   incorporates differential misclassification;

1    right?
2            MS. FORGIE:  Object to the form.
3    Asked and answered.
4            You can answer it again.
5            THE WITNESS:  So if you understand
6    how the study was done, you know there
7    was a significant amount of exposure
8    misclassification, and basically the
9    study does not address that issue.
10   Okay?  The study does not address that
11   issue, and it should have been
12   addressed.
13   BY MR. GRIFFIS:
14       Q.  And imputation is designed to
15   address the problem of exposure
16   misclassification?
17           MS. FORGIE:  Objection.
18           THE WITNESS:  No, it's designed to
19   fill in the gaps in information, but it
20   can be also influenced by the initial
21   exposure misclassification which
22   occurred because that data is used as
23   part of imputation method.
24   BY MR. GRIFFIS:
25       Q.  And, again, so that the jury is

1    clear, when you say "the exposure
2    misclassification that occurred," it is the
3    exposure misclassification that you
4    hypothesized by looking at the study;
5    correct?
6            MS. FORGIE:  Object to the form.
7            THE WITNESS:  I think it's pretty
8    commonly -- if one studies the way the
9    study was done, if one studies the
10   methodology carefully, one can see that
11   there's a significant likelihood of
12   exposure misclassification which can't
13   be addressed -- which can't be addressed
14   and probably can't be measured because
15   of the way the study was done.
16   BY MR. GRIFFIS:
17       Q.  And there are no data or figures
18   that you can point to for that?
19           MS. FORGIE:  Object to the form.
20   Asked and answered.
21           You can answer it again.
22           THE WITNESS:  No, other than the
23   whole body of information that we know
24   about the agricultural health study.
25   ///

1    BY MR. GRIFFIS:
2        Q.  All of the flaws or errors,
3    whatever term you like to use, that you've
4    discussed today and that you believe exist
5    with regard to this study, those are
6    non-differential, not differential; correct?
7            MS. FORGIE:  Object to the form.
8    Mischaracterizes his testimony.
9            THE WITNESS:  Yes, I think they're
10   non-differential.
11   BY MR. GRIFFIS:
12       Q.  Okay.
13       A.  The other problem with the
14   sensitivity analyses is that they're
15   focusing only on people who actually
16   responded to the questionnaires.  So there's
17   a selection bias in just analyzing that
18   data, and the study doesn't recommend doing
19   that because of the selection bias.  That's
20   why they decided to use the imputation data.
21   Okay?
22       Q.  Because it was better; right?
23           MS. FORGIE:  Object to the form.
24           THE WITNESS:  Because they thought
25   it would be better.

33 (Pages 126 to 129)

1  BY MR. GRIFFIS:
2      Q.  They thought it would be better,
3  and there are studies on whether it's better
4  like the Heltshe Study, and you can't point
5  anywhere where they found that it's worse;
6  correct?
7          MS. FORGIE:  Object to the form.
8          THE WITNESS:  It's not a matter of
9  whether it's worse or not.  It's do you
10 use the data, or do you not -- do you
11 just drop out the people who didn't
12 respond, and I think for most of the
13 analysis they did the imputation data is
14 acceptable.  But for glyphosate because
15 of the special circumstances, it is
16 highly questionable.
17 BY MR. GRIFFIS:
18     Q.  All three of the sensitivity tests
19 that were done would, if they were published
20 as a standalone study, would be the biggest
21 study out there other than NCI 2018 itself
22 on the subject of glyphosate and
23 non-Hodgkin's lymphoma; correct?
24         MS. FORGIE:  Object to the form.
25         THE WITNESS:  It's true, but they

1  would never be able to publish them that
2  way because of the tremendous dropout of
3  information and the selection bias that
4  would have been introduced; so that's
5  why they didn't do it.
6  BY MR. GRIFFIS:
7      Q.  And in order for the dropout to
8  matter, it would have to be differential;
9  correct?  It would have to -- people would
10 have to not respond to the second
11 questionnaire in a way that is correlated
12 with their propensity to be exposed to
13 glyphosate and contract non-Hodgkin's
14 lymphoma from their exposure to glyphosate;
15 correct?
16         MS. FORGIE:  Object to the form.
17         THE WITNESS:  We can't really know
18 what the effect of having those
19 37 percent of people respond.  We can't
20 really know what that is.  We can only
21 guess, and that's what they did.  The
22 fact is that the group that didn't
23 respond to the second questionnaire was
24 very different from the group that did,
25 and so it's very likely that the

1  imputation is flawed because of that
2  because they used a group of people who
3  were very different to impute the data
4  to people who -- to another group of
5  people.
6  BY MR. GRIFFIS:
7      Q.  Montgomery says "Differences
8  between non-participants and participants in
9  the follow-up interview were generally small
10 and we did not find significant evidence of
11 selection bias"; right?
12         MS. FORGIE:  Are you asking him
13 whether you're reading a section
14 correctly?
15         MR. GRIFFIS:  I'm asking whether
16 that was their conclusion.
17         MS. FORGIE:  Object to the form.
18         THE WITNESS:  That's what they say.
19 That's what they say.  If you look at
20 the details, the group that didn't
21 respond to the questionnaire were
22 younger.  They were less educated.  They
23 were more likely non-whites.  They had
24 poor health habits.  They smoked more.
25 They drank more.  They ate -- had diets

1  that weren't as good.  They were less
2  likely to use pesticides, to mix and
3  apply pesticides; so there were all
4  kinds of differences between the
5  non-responders and the responders that
6  call into question the whole imputation
7  process.
8  BY MR. GRIFFIS:
9      Q.  What evidence is there that any of
10 those factors is correlated with being
11 exposed to glyphosate and contracting
12 non-Hodgkin's lymphoma?
13         MS. FORGIE:  Objection.  Asked and
14 answered.
15         You can answer it again.
16         THE WITNESS:  We don't know the
17 answer to that because they never
18 gathered the data.
19 BY MR. GRIFFIS:
20     Q.  Take a look, sir, again, at Table 2
21 in Exhibit 5, the NCI 2018.
22     A.  Table 2?
23     Q.  Yes.  Let's just look at the data
24 for lymphohematopoietic -- no, let's do
25 non-Hodgkin's lymphoma.  Are you there?

1    A.  Your Table 2 of Andreotti?
2    Q.  Yes.
3    A.  Yes.
4    Q.  Table 2, Exhibit 5, the NCI 2018.
5  So we have here data for people who were
6  unexposed and people in four different
7  quartiles of exposure, Q1 being lowest, Q4
8  being highest; correct?
9    A.  Yes.
10    MS. FORGIE:  Object to the form.
11  BY MR. GRIFFIS:
12    Q.  The relative risk pointed out to
13  Mr. Gibbons 0.83, 0.83, 0.88, and 0.87.
14  Those are the respective relative risks for
15  quartiles 1 through 4; correct?
16    A.  Correct.
17    Q.  If there was non-differential
18  classification in this study that biased
19  results toward the null, then the true
20  relative risks that you would get for
21  non-Hodgkin lymphoma if you corrected for
22  those would be figures smaller than 0.83,
23  0.83, 0.88, and 0.87; correct?
24    MS. FORGIE:  Object to the form.
25    THE WITNESS:  If the data is

1  correct, that's true.  But there's no
2  obvious reason to be able to understand
3  why the risk ratios are lower than one.
4  Okay?  So if there's no risk --
5  right? -- if there's no risk, they
6  should be about one.  So the fact that
7  they're, you know, almost 20 percent
8  lower for some categories tells you that
9  there are also some methodologic issues
10  in the study which we don't understand.
11  Either the control group is very unlike
12  the group that got diseased or there's
13  some random error.  There is some other
14  issues here which is hard to understand,
15  why would the odds ratios actually be
16  lower than one?  We don't really believe
17  glyphosate is protective for disease;
18  right.
19  BY MR. GRIFFIS:
20    Q.  You testified earlier, sir, that
21  this pattern, a pattern for all cancers, for
22  oral cavity, colon, rectum, pancreas, lung,
23  melanoma, prostate, et cetera, is exactly
24  what you would expect to see in a substance
25  that does not cause cancer, i.e., point

1  value is somewhat higher than one, point
2  value somewhat lower than one, all clustered
3  tightly around one, all not significant,
4  except possibly with some multiple
5  comparison outliers here and there.
6    A.  You have --
7    MS. FORGIE:  Wait.  Objection.
8  Mischaracterizes his testimony.
9    THE WITNESS:  If you look at the
10  data for most of these other cancers,
11  the numbers are clustered around one.
12  For non-Hodgkin lymphoma, there's
13  significant -- they're lower than one,
14  consistently lower than one.  So what
15  that tells you is there's something
16  different here, and we don't understand
17  why that is.  Okay?  So the questions
18  about non-differential misclassification
19  actually changing a value below one is
20  nonsensical to me.  It makes no sense.
21  Okay?
22  BY MR. GRIFFIS:
23    Q.  So in your epidemiologic view, bias
24  towards the null only applies to increasing
25  P values -- increasing relative risks that

1  start out above one?
2    MS. FORGIE:  Object to the form.
3    THE WITNESS:  Well, if -- if they
4  start out above one, it will decrease it
5  towards the null.  If they truly start
6  below one, it will increase it towards
7  the null, but there's no reason to
8  believe that glyphosate actually
9  prevents non-Hodgkin lymphoma, is there?
10  No, there's not.  So it's sort of
11  nonsensical to make the argument below
12  one.  Okay?
13  BY MR. GRIFFIS:
14    Q.  Okay.  All of your points about
15  non-differential bias, they wouldn't take
16  something like the results that we see for
17  lymphohematopoietic and move it towards one
18  and beyond one and yield a statistically
19  significant positive association because
20  that would be the wrong direction for
21  non-differential bias; right?
22    MS. FORGIE:  Object to the form.
23    THE WITNESS:  So if it was lower
24  than one?
25  ///

BY MR. GRIFFIS:
Q. Yeah, you're not going to get .87 ticking up towards one and beyond it by correcting for non-differential bias by definition; right?
MS. FORGIE: Object to the form.
THE WITNESS: No, but that's why I say that the fact that the odds ratios are lower -- consistently lower than one, there must be another explanation for that. Okay? Other than the fact that glyphosate is protective of non-Hodgkin's lymphoma. That doesn't make any sense either.
BY MR. GRIFFIS:
Q. What is it?
A. Uh-huh?
Q. What is the other explanation?
A. I don't know what the other explanation is. Either the control group is so different from the cases that it doesn't allow us to do a valid evaluation, or there's some random error. I don't know. My guess is that there -- my guess is that the control group is probably not a very

good group to use because they're very different from the cases, and actually that's the reason in the De Roos -- the first De Roos paper that they did an analysis of the low exposed to the high exposed instead of using -- doing the analysis of the high exposed versus the controls. And, in fact, it would have been interesting for these folks to do the same thing just to see if there's a difference. Okay?
My guess is that these risk ratios that are below one would have come much closer and clustered around one. So that's another issue with this study. The control group that they used probably isn't a very representative control group comparing the controls to the cases.
Q. Sir, to be fair, I've got five minutes left. You're supposed to be giving expert testimony here. None of this is in your expert report.
A. I'm answering your question.
MS. FORGIE: Wait, wait, wait.
///

BY MR. GRIFFIS:
Q. Are you testifying to a reasonable degree of medical certainty that these figures represent a difference in the control group from the composed group, and that's the reason for this, and that's an additional source of error in the data? Is that your testimony to a reasonable degree of medical certainty?
A. I'm suggesting that that may be an explanation for the lower than one odds ratios for non-Hodgkin's lymphoma. I'm suggesting that.
Q. That's a speculation?
MS. FORGIE: No. Objection.
THE WITNESS: It is speculation because no one has explained why they are not clustering around one, why they're all low. There's some methodologic issue here that is not addressed in the paper.
MR. GRIFFIS: Pass the witness.
MS. FORGIE: Okay. We'll take a break.
THE VIDEOGRAPHER: Going off the

record at 11:41 a.m.
(Recess taken from 11:41 a.m. to 11:55 a.m.)
THE VIDEOGRAPHER: This is continuing disk number 2. The time is 11:55. We are going back on the record.

EXAMINATION
BY MS. FORGIE:
Q. Doctor, you were asked a series of questions about your opinions about misclassification flaws in the AHS publication. Do you remember those questions?
A. Yes.
Q. And do some of those misclassification flaws apply to the 63 percent that answered the second questionnaire?
A. Yes, they do.
Q. So it's not just the 37 percent that did not answer the second question that those misclassification flaws applied to; correct?
A. Yes.

36 (Pages 138 to 141)

1    Q.  You were also asked a series of
2  questions with regard to the 37 percent and
3  the questionnaires in there.  You were asked
4  a series of questions with regards to the
5  statement at that follow-up, applicators
6  reported the number of days each pesticide
7  was used in the most recent year farm.  Do
8  you remember those questions?
9    A.  Yes.
10    Q.  With regard to the other years for
11  which they did not answer that question,
12  what information, if any, do we have about
13  pesticide they were using?
14    A.  We don't have any -- we don't know.
15  We don't know what they were using.  We
16  don't know.
17    Q.  How many years were involved in the
18  period which we don't know what they were
19  using and how long they were using it?
20    A.  Somewhere between six and 12 years.
21    Q.  And all that data is not in the
22  study; correct?
23    A.  We don't know that data for any of
24  them.
25    Q.  You mentioned that you've never

1  used an imputation formula in any of your
2  publications.  Do you remember that
3  testimony?
4    A.  Yes.
5    Q.  And you mentioned that you don't
6  know exactly how you would use an imputation
7  method, but would you have access as
8  chairman of the department of pathology here
9  at a large cancer center, City of Hope,
10  would you have access to people who are
11  qualified to prepare an imputation process
12  if you needed it?
13    A.  Yeah.  So the studies I was
14  involved in remain case control studies
15  where we gathered nearly complete data on
16  all of the cases and controls so we didn't
17  have a need for imputation.  So I never
18  needed to use imputation to create data for
19  any of my studies.  But, you know, if there
20  had been a need, I would have engaged the
21  epidemiologists that I collaborated with to
22  do that.
23    Q.  But if you have the data, you don't
24  need to use an imputation process?
25    A.  Right.

1    Q.  If you collect the data, you don't
2  need to use an imputation process; correct?
3    A.  Right.  You want to use real data
4  whenever possible.
5    Q.  And they could have -- the authors
6  of the AHS study could have gotten that data
7  if they had asked those questions; is that
8  correct?
9    A.  They could have, yes.
10    Q.  Are you aware of any peer-reviewed
11  publications that discuss the
12  misclassification flaws in the AHS
13  publication that you've addressed today?
14    A.  Well, yes, there's the article by
15  Gray that I reference in my report that
16  talks about the fact that, you know, if you
17  don't gather data in the follow-up studies,
18  that there's a significant potential for
19  exposure misclassification.  And then
20  there's the study by Acquavella and another
21  study by Blair where they did some
22  biomonitoring, and they both discuss the
23  issue of exposure misclassification in the
24  Agricultural Health Study and how it could
25  be a significant factor.

1    Q.  So the exposure misclassification
2  flaws in the AHS publication that you've
3  discussed today are also mentioned in
4  peer-reviewed publications, and you just
5  named three of them; correct?
6        MR. GRIFFIS:  Objection.  Leading.
7        THE WITNESS:  Yes.
8  BY MS. FORGIE:
9    Q.  You were asked several questions
10  about how long it takes to develop
11  non-Hodgkin's lymphoma after the use of
12  Roundup.  Do you remember those questions?
13    A.  Yes.
14    Q.  Is it possible to develop
15  non-Hodgkin's lymphoma in one or two years?
16    A.  It is possible after a short
17  exposure, but it would be quite unlikely.
18  But it's possible.
19    Q.  And with regard to the answers that
20  you were giving, you were giving answers
21  about what you would want in an
22  epidemiological study as compared to what
23  would be exposure required in an individual;
24  is that correct?
25    A.  Well, we were talking about median

Page 146

1    times of exposure or median times of
2    follow-up.  So, you know, as I said before,
3    the more exposure and the longer follow-up,
4    the better.
5        Q.   For purposes of an epidemiological
6    study; correct?
7        A.   Yes.
8        Q.   Oh, one more question.  You were
9    asked a question -- is the AHS publication a
10   prospective study or retrospective study?
11       A.   It's actually both because it's
12   retrospective from the time of enrollment
13   because that data is all gathered prior to
14   enrollment.  And then it is prospective in
15   the sense that as you go forward, they will
16   have additional follow-up questionnaires to
17   try to update the data and have a complete
18   and accurate database.
19       Q.   Do you agree that the imputation
20   error with regard to no differential
21   misclassification of exposure is only asking
22   about the last year of pesticide use
23   compounds or makes the flaws in the AHS
24   publication more severe than in any of the
25   case-control studies?

Page 147

1        MR. GRIFFIS:  Objection.  Leading.
2        MS. FORGIE:  I'll withdraw it.  I
3    don't have anything else.
4
5            FURTHER EXAMINATION
6    BY MR. GRIFFIS:
7        Q.   Sir, you said that it's possible to
8    develop non-Hodgkin lymphoma in one to two
9    years.  What's your evidence for that?
10       A.   No, what I said is it's possible
11   that an exposure could cause non-Hodgkin's
12   lymphoma after a short period of time.
13   There's some evidence for that in studies of
14   chemotherapy, high-dose chemotherapy, that
15   when you use some high-dose chemotherapy
16   that you can develop non-Hodgkin's lymphoma
17   as a result of that, using it for another
18   purpose like for breast cancer or testicular
19   cancer or acute leukemia.  But generally
20   those are using very toxic agents at high
21   doses.  You could have a very short latency
22   in that kind of a situation.  I discussed
23   that in my article that is referenced in my
24   first report.
25       MR. GRIFFIS:  No further questions.

Page 148

1        MS. FORGIE:  Thank you.
2        THE VIDEOGRAPHER:  We are going off
3    the record at 12:03 p.m.  This will
4    complete disk number 2 and complete
5    today's deposition.
6        (Time noted:  12:03 p.m.)
7
8
9
10   _____
11          Dennis Weisenburger, M.D.
12
13
14   Subscribed and sworn to before me
15   this ____ day of _____, 2018.
16
17   _____
18        (Notary Public)
19
20   My Commission expires: _____
21
22
23
24
25

Page 149

1            C E R T I F I C A T E
2    STATE OF CALIFORNIA:
3
4        I, LISA MOSKOWITZ, CSR, RPR, CRR, CLR,
5    NCRA Realtime Systems Administrator,
6    Certified Shorthand Reporter, do hereby
7    certify:
8        That the witness whose deposition is
9    hereinbefore set forth was duly sworn, and
10   that such deposition is a true record of the
11   testimony given by such witness.
12       I further certify that I am not related
13   to any of the parties to this action by
14   blood or marriage, and that I am in no way
15   interested in the outcome of this matter.
16       IN WITNESS WHEREOF, I have hereunto set
17   my hand this 22nd day of January, 2018.
18
19
20
21   _____
22       LISA MOSKOWITZ, CSR 10816, RPR, CRR, CLR
23       NCRA Realtime Systems Administrator
24
25

38  (Pages 146 to 149)

Page 150

1   NAME OF CASE: Roundup Products Liability Litigation
2   DATE OF DEPOSITION:  January 22, 2018
3   DEPONENT:  DENNIS WEISENBURGER, M.D.
4        1. To clarify the record.
         2. To conform to the facts.
5        3. To correct transcription error.
6   Page _____ Line _____ Reason _____
    From_____to_____
7
    Page _____ Line _____ Reason _____
8   From_____to_____
9   Page _____ Line _____ Reason _____
    From_____to_____
10
    Page _____ Line _____ Reason _____
11  From_____to_____
12  Page _____ Line _____ Reason _____
    From_____to_____
13
    Page _____ Line _____ Reason _____
14  From_____to_____
15  Page _____ Line _____ Reason _____
    From_____to_____
16
    Page _____ Line _____ Reason _____
17  From_____to_____
18  Page _____ Line _____ Reason _____
    From_____to_____
19
    Page _____ Line _____ Reason _____
20  From_____to_____
21  Page _____ Line _____ Reason _____
    From_____to_____
22
    Page _____ Line _____ Reason _____
23  From_____to_____
24  Page _____ Line _____ Reason _____
    From_____to_____
25

39 (Page 150)

| | | | | |
|---|---|---|---|---|

**A**

**a.m (18)**
2:6 7:2,16 40:9,10,11
40:14 68:11,12,13
68:15 117:19,20,21
117:25 141:1,2,3

**ability (1)**
54:10

**able (7)**
66:23 92:8 100:13
104:22,23 131:1
135:2

**absent (2)**
51:4 100:25

**abstract (2)**
27:22 122:21

**accept (4)**
26:19 98:23,24 105:6

**acceptable (11)**
14:23 98:10,15,16,17
98:19,21 99:10,19
99:23 130:14

**accepted (3)**
97:14 102:21 104:4

**access (3)**
125:24 143:7,10

**account (2)**
22:10 104:5

**accuracy (1)**
108:4

**accurate (8)**
28:22 29:16 30:12
46:5 51:3 58:21
121:3 146:18

**accurately (2)**
28:5 51:15

**Acquavella (1)**
144:20

**action (1)**
149:13

**ACTIONS (1)**
1:7

**actual (5)**
18:8 91:13 100:2
103:17 106:11

**acute (3)**
82:4,22 147:19

**added (3)**
12:21,21 52:11

**additional (7)**
9:24 10:15,25 11:2
29:10 140:7 146:16

**address (20)**
7:13 23:10 25:21
43:15,18,24 44:12
44:16 48:3 50:20,22

51:1,5 90:24 105:17
105:23 115:3 127:9
127:10,15

**addressed (10)**
22:7 43:11 94:7 112:9
115:1 127:12
128:13,13 140:21
144:13

**addresses (1)**
21:21

**adequate (3)**
71:22 96:10,14

**adjustment (1)**
30:5

**adjustments (1)**
30:13

**Administrator (4)**
1:24 2:14 149:5,23

**admonish (2)**
18:14,19

**affect (1)**
48:8

**agents (2)**
56:25 147:20

**agree (14)**
22:18,23 24:12 48:17
74:25 75:2 90:17
100:4,12,23 105:17
105:22 107:16
146:19

**agricultural (13)**
8:22 9:11 13:22 22:7
79:1,21 93:13,15,17
96:13 100:17
128:24 144:24

**agriculture (2)**
21:23 126:12

**AHS (29)**
5:3 9:19 11:18 16:24
18:6,7 19:16 20:23
21:1 22:19,23 23:7
30:6 85:22 91:3,16
94:17 95:4,17,18
97:3 124:3 126:3
141:12 144:6,12
145:2 146:9,23

**al (3)**
93:12,14,16

**Alaska (1)**
3:4

**algorithm (2)**
92:17 93:1

**allow (2)**
68:2 138:22

**allowed (1)**
90:12

**Amended (1)**
4:14

**American (1)**
102:10

**AML (2)**
83:3,14

**amount (2)**
36:2 55:10 124:13
127:7

**amounts (1)**
125:10

**analyses (12)**
30:4,6 107:6 109:4,9
109:23 110:1
114:21 115:6 119:1
123:15 129:14

**analysis (31)**
12:23 13:11 14:18
29:8 37:14 42:5,15
47:21 48:9 62:12
63:24 78:24 81:19
86:6 91:19 92:1,5,9
110:21 111:6,10,21
112:22 114:23
118:3,21 121:3,11
130:13 139:5,7

**analyzing (2)**
119:20 129:17

**and/or (1)**
47:19

**Andreotti (2)**
5:5 134:1

**Andrew (2)**
3:22 7:17

**ANDRUS (1)**
3:2

**Angeles (2)**
3:11 7:1

**answer (58)**
18:13 19:17 20:14,18
20:22 21:15,16
22:14,15 51:25
58:16 59:7 63:15
64:11 65:12 69:7
82:20 83:9 88:14
90:2,18 94:11 96:21
98:13,21 99:16,18
101:13,19 102:2,20
104:17 105:5,21
109:7 111:2,12
112:14 113:8
114:14 115:12,14
116:4 117:12
119:11,16 120:7,9
120:19 121:8 122:2
125:20 127:4

128:21 133:15,17
141:22 142:11

**answered (35)**
6:1 59:6 65:11 67:18
72:8 88:22 89:9,24
98:12 99:13,13
101:3 105:4,20
109:6 110:9 111:1
111:23 112:10
113:7 114:13 116:3
116:13 117:11
119:15,21 120:4,17
121:7,25 125:19
127:3 128:20
133:14 141:18

**answering (1)**
139:23

**answers (2)**
145:19,20

**anybody (1)**
69:6

**apparent (1)**
27:25

**applicators (8)**
28:15 41:10,24 42:10
44:15 62:2,5 142:5

**applied (3)**
14:5 99:9 141:23

**applies (1)**
136:24

**apply (6)**
16:9 60:3 88:25 89:20
133:3 141:17

**applying (1)**
24:3

**appropriate (2)**
19:18 83:17

**appropriateness (1)**
25:17

**approximately (1)**
7:15

**argument (1)**
137:11

**ARISTEI (1)**
3:8

**article (4)**
27:7 105:10 144:14
147:23

**articles (2)**
27:15 99:14

**aside (1)**
119:10

**asked (40)**
10:11 16:3 45:10,14
52:9,14 59:6 65:11
67:18 72:8 73:20

88:22 89:9,24 95:12
98:12 99:12 101:3
105:3,19 109:5
111:1 113:6 114:12
115:11 116:3,13
117:11 119:14
121:6 125:18 127:3
128:20 133:13
141:10 142:1,3
144:7 145:9 146:9

**asking (10)**
19:8 37:22 45:25
51:10 64:10 99:4,14
132:12,15 146:21

**aspects (1)**
126:5

**assess (1)**
107:1

**assessed (1)**
91:11

**assessment (7)**
9:21 20:6,10 21:22
22:12 94:24 104:12

**assignment (1)**
20:11

**associated (2)**
73:16 75:5

**association (33)**
7:22 27:24 30:2,14,24
32:1 34:10,18,20,23
35:3,6,9 36:11,17
36:21 37:3 38:20,21
39:2 53:17 71:23,25
73:21 105:15
108:18 110:22
113:3,3 114:11
115:8 117:8 137:19

**associations (3)**
28:16 29:25 80:4

**assume (2)**
17:10

**assuming (1)**
118:24

**ate (1)**
132:25

**attached (2)**
85:2,4

**attempt (3)**
45:23 46:22 48:3

**attempts (1)**
50:25

**attenuate (1)**
54:21

**Attorneys (4)**
3:2,3,9,15

**author (1)**

27:23
**authors (7)**
27:9 28:12 29:4,24
   44:15 99:6 144:5
**Avenue (1)**
7:20
**average (1)**
89:4
**aware (2)**
23:22 144:10

**B**

**B (1)**
4:8
**B-cell (4)**
34:17,22 77:17,21
**back (12)**
19:19 22:21 40:13
   42:24 68:16 88:13
   109:14 116:6,7,19
   117:24 141:6
**badger (1)**
101:4
**badgering (2)**
102:18 115:13
**balance (2)**
62:3 63:3
**balanced (1)**
62:6
**based (6)**
11:17 16:4 71:4 83:17
   83:20 90:22
**basic (2)**
108:23 124:5
**basically (4)**
12:19,24 44:17 127:8
**basis (3)**
70:22 71:12 90:15
**bathroom (1)**
68:5
**BAUM (1)**
3:8
**began (1)**
75:19
**beginning (2)**
77:25 117:23
**behalf (2)**
4:24 5:11
**believe (11)**
15:9 46:9 68:20 83:2
   101:8,23 112:7
   115:15 129:4
   135:16 137:8
**best (8)**
38:7 47:21 51:18
   61:13 63:3 75:6,7

78:23
**better (14)**
69:8 71:7 72:5 74:2
   74:17 75:3,15 92:9
   92:13 129:22,25
   130:2,3 146:4
**beyond (4)**
18:4 83:5 137:18
   138:3
**bias (20)**
15:14,20 16:2,15
   53:24,25 54:21
   55:16 107:10
   119:19 120:4 123:1
   129:17,19 131:3
   132:11 136:23
   137:15,21 138:4
**biased (3)**
105:14 124:4 134:18
**biases (4)**
43:2 54:12,13 124:17
**big (3)**
98:4 115:18,24
**biggest (1)**
130:20
**Biomarkers (1)**
26:17
**biometric (1)**
91:13
**biometrics (1)**
91:20
**biomonitoring (2)**
92:16 144:22
**biostatistician (2)**
60:23 61:3
**biostatistics (1)**
63:7
**biostats (1)**
63:6
**bit (3)**
12:22 31:9,10
**bladder (4)**
32:11 93:14 94:5,23
**Blair (1)**
144:21
**blanks (1)**
97:16
**blood (1)**
149:14
**body (1)**
128:23
**Bonner (4)**
5:12 93:11 94:13
   101:11
**bottom (1)**
43:11

**Boulevard (1)**
3:10
**break (5)**
35:16 37:24 40:6 68:5
   140:24
**breakdown (4)**
32:9 33:23,24 34:13
**breaking (2)**
35:14 38:1
**breast (1)**
147:18
**Brier (1)**
106:25
**broke (3)**
35:19 36:1,3
**built (2)**
13:3 58:9
**bunch (2)**
31:8 54:4
**busy (1)**
26:23

**C**

**C (3)**
3:1 149:1,1
**calculated (1)**
106:10
**calculations (3)**
91:12 92:15 118:25
**California (8)**
1:2,17 2:12,13 3:11
   7:11,14 149:2
**call (6)**
13:15 25:5,23 37:12
   43:1 133:6
**called (2)**
8:14 47:20
**Calls (1)**
58:13
**cancel (1)**
54:7
**cancer (28)**
10:1,17 11:22 15:4
   20:12 25:13,17 26:6
   26:16 28:14,17 29:9
   29:12 31:14 93:12
   93:14,17,25 94:5,7
   94:23 95:3,10
   101:10 135:25
   143:9 147:18,19
**cancers (13)**
28:18 30:20,21,23
   32:2,8 33:11,15
   73:16,24 113:18
   135:21 136:10
**capture (1)**

96:8
**carcinogen (2)**
70:17,18
**careers (1)**
69:10
**carefully (5)**
27:14 32:20 116:7,8
   128:10
**case (16)**
1:6 7:11 10:9 13:20
   15:20 16:10 61:20
   61:24 71:8,12 86:7
   86:11 98:25 107:9
   143:14 150:1
**case-control (4)**
88:25 89:21 126:6
   146:25
**cases (22)**
12:21 14:16 29:12
   37:9,14 46:19 61:23
   61:25 62:24 64:13
   65:18,23 75:5,12,17
   75:17,20 80:25
   138:21 139:2,18
   143:16
**categories (3)**
81:11 86:11 135:8
**causation (5)**
4:23 5:10 9:9,22
   80:13
**cause (7)**
11:16,23 12:2,11
   31:14 135:25
   147:11
**caused (2)**
40:22 125:3
**causes (7)**
9:10 31:6 78:4,5,13
   83:3,14
**cavity (2)**
32:9 135:22
**center (1)**
143:9
**certain (2)**
57:5 69:9
**certainly (4)**
11:21 14:5 42:17
   98:16
**certainty (2)**
140:3,9
**Certified (1)**
149:6
**certify (2)**
149:7,12
**cetera (2)**
14:18 135:23

**chairman (1)**
143:8
**chance (4)**
37:22 39:3,5 101:17
**chances (1)**
71:24
**change (2)**
12:7 14:1 48:9 124:10
**changed (1)**
11:17
**changes (2)**
64:19 125:3
**changing (1)**
136:19
**charge (1)**
70:6
**chart (2)**
80:7 83:24
**charts (1)**
77:11
**checked (1)**
91:20
**checking (1)**
108:11
**checks (1)**
108:17
**chemical (3)**
69:10 75:6 97:19
**chemicals (1)**
71:6
**chemotherapy (3)**
147:14,14,15
**Children's (1)**
104:13
**choose (1)**
59:3
**chronic (2)**
34:18 77:19
**circumstances (1)**
130:15
**cite (2)**
121:21,22
**cited (5)**
94:1,4 99:15 101:16
   103:5
**City (1)**
143:9
**claim (7)**
15:14,17 69:22 78:3,7
   78:13 87:9
**clarify (1)**
150:4
**classification (5)**
53:2 54:19 66:19,20
   134:18
**classified (1)**

46:20
**cleanest (1)**
62:11
**cleanly (1)**
24:23
**clear (3)**
33:9 116:25 128:1
**close (5)**
32:24 63:11 106:22
106:23 126:22
**closer (2)**
55:6 139:14
**CLR (4)**
1:23 2:13 149:4,22
**clustered (3)**
136:2,11 139:14
**clustering (1)**
140:18
**coffee (1)**
68:8
**cohort (22)**
13:21 15:22 16:10
27:24 29:7 48:21
52:1 69:8,15,17,19
71:5,15,19 72:5
86:7 88:24 92:6
96:9 100:14,16,20
**collaborated (1)**
143:21
**collect (1)**
144:1
**collection (1)**
124:5
**colon (2)**
32:9 135:22
**Colorado (1)**
3:5
**column (8)**
29:3,23 84:8 94:14
95:6 104:2 109:13
109:21
**columns (1)**
85:14
**come (2)**
42:24 139:13
**comment (5)**
13:7 29:5 35:18 99:20
104:24
**commented (1)**
21:12
**comments (1)**
27:8
**Commission (1)**
148:20
**common (3)**
100:14,18 105:10

**commonly (2)**
26:8 128:8
**comparative (1)**
64:14
**compare (2)**
14:7 61:14
**compared (7)**
23:16 29:5,12 98:6
103:20 122:19
145:22
**comparing (3)**
36:23 118:21 139:17
**comparison (3)**
29:16 123:6 136:5
**compensate (1)**
52:4
**complete (14)**
47:25 85:23 107:8,11
107:24 111:8 112:3
112:5 117:18 118:5
143:15 146:17
148:4,4
**completed (2)**
41:11 111:11
**completely (1)**
18:4
**complicated (2)**
27:6 58:19
**complicates (1)**
46:21
**composed (1)**
140:5
**compounds (1)**
146:23
**concern (3)**
15:20,21 49:18
**concluded (1)**
27:23
**conclusion (5)**
11:15 12:18 14:11
38:11 132:16
**conclusions (4)**
14:22 27:22 37:20
122:22
**condition (1)**
16:5
**conducted (1)**
109:25
**confidence (11)**
31:12,23 33:4,17
39:12 40:3 92:14
98:24 99:2 110:19
124:21
**confirms (1)**
118:24
**conform (1)**

150:4
**consider (4)**
15:3 23:4 40:20 85:22
**considered (2)**
10:16 20:13
**considering (2)**
17:23,24
**consistency (1)**
53:16
**consistent (1)**
30:3
**consistently (4)**
31:10 56:19 136:14
138:9
**constructed (1)**
125:9
**context (1)**
80:16
**continue (2)**
56:23 58:10
**continued (2)**
49:20 96:7
**continues (2)**
40:12 68:14
**continuing (1)**
141:5
**contract (2)**
69:5 131:13
**contracting (1)**
133:11
**control (14)**
13:20 15:21 16:10
61:20,24 86:11
112:9 135:11
138:20,25 139:15
139:17 140:5
143:14
**controls (9)**
61:23,24 63:22 65:19
65:20,22 139:8,18
143:16
**conviction (1)**
12:9
**copies (2)**
10:25,25
**copy (1)**
11:2
**correct (125)**
9:13,15,23 10:23
11:19 13:5 14:9,12
14:18 16:7 21:7
22:4 29:18 30:14,21
30:25 32:3,18 33:6
33:12,18,25 34:11
34:12,15,20,21,23
34:25 35:3,4,6,7,9

35:10 36:4,8,9,14
36:20 39:9,15 41:12
41:25 43:7,24 46:8
47:8,9,14 48:15
49:6,17 58:15 66:24
67:10,16 68:24 70:3
72:16,21 73:8 78:6
79:7 80:6,13,21
81:20,21 83:15,18
83:21 84:1,10 86:14
89:22 90:24 91:4,14
91:23 92:4,10 93:18
95:20 100:25 103:6
103:9 106:12
108:14,20,22 110:7
110:8,24 111:3,15
112:23 113:5,9
115:9,25 117:9
118:2 120:20 124:6
126:17 128:5 129:6
130:6,23 131:9,15
134:8,15,16,23
135:1 141:24
142:22 144:2,8
145:5,24 146:6
150:5
**corrected (2)**
10:11 134:21
**correcting (1)**
138:4
**correctly (4)**
28:3 30:8 44:23
132:14
**correlated (2)**
131:11 133:10
**correlation (2)**
92:20,21
**correlations (1)**
92:16
**counsel (6)**
7:24 18:14,19 19:7,23
37:21
**count (1)**
14:6
**country (1)**
56:10
**course (3)**
13:5 27:10 31:21
**court (5)**
1:1 7:9,10,21 8:10
**Courtyard (2)**
2:10 7:13
**create (1)**
143:18
**critical (2)**
27:8 96:9

**critically (1)**
27:2
**criticism (8)**
21:6,9 43:22 46:15
68:18 90:22 104:10
121:3
**criticisms (5)**
31:20 48:4 50:21
89:18 92:22
**criticized (1)**
88:4
**critique (1)**
123:18
**critiques (1)**
43:24
**crop (1)**
58:25
**crops (6)**
56:4,10,17 57:5,19,21
**cross-talk (1)**
78:9
**CRR (4)**
1:23 2:13 149:4,22
**crude (1)**
37:14
**CSR (4)**
1:23 2:13 149:4,22
**cup (1)**
68:8
**cut (1)**
52:2

---

**D**

**D (5)**
4:1,12,17,19 5:8
**D.C (1)**
3:17
**data (115)**
9:11,18,19,24,24
20:24 22:8,12 23:5
23:7 30:19 35:19
36:1,2,6,14,21 37:2
37:16,18 38:9 41:17
42:3,13,17,22,23
44:25 48:5 49:15
51:4,12,25 52:3,7
52:16,21 53:16,17
75:22 78:17 79:23
80:7 83:6,8,13,17
83:20 85:15,22 86:6
91:13 92:9,13 93:13
96:16,17 97:15,16
99:25 100:1,2,13,25
102:7 103:21 104:5
105:10,13 107:11
107:13,17,24

108:11,23 110:10
110:12 111:7
114:17 118:4,13
119:2,6,20 120:3
121:4,11 124:5
125:24 126:3,24
127:22 128:17
129:18,20 130:10
130:13 132:3
133:18,23 134:5,25
136:10 140:7
142:21,23 143:15
143:18,23 144:1,3,6
144:17 146:13,17
**database (2)**
86:5 146:18
**dataset (1)**
124:3
**DATE (1)**
150:2
**day (3)**
19:3 148:15 149:17
**days (8)**
59:18 86:22 87:3,5,10
87:18,19 142:6
**De (15)**
12:20 13:1,3,9 15:12
22:8 29:6,17 40:23
42:18,18 73:7 75:23
139:3,4
**dead (1)**
86:4
**deal (1)**
101:16
**dealing (1)**
100:25
**debate (1)**
19:11
**decide (2)**
94:9,10
**decided (2)**
57:19 129:20
**decrease (3)**
65:19,20 137:4
**decreased (2)**
64:22 107:12
**decreases (1)**
54:10
**decreasing (1)**
65:17
**Defendant (1)**
3:15
**defined (1)**
71:25
**definition (1)**
138:5

**degree (3)**
14:2 140:3,8
**demonstrate (5)**
47:20 65:6,6 75:13
81:2
**Dennis (11)**
1:16 2:9 4:3,12,16,19
5:8 7:7 8:13 148:11
150:3
**department (1)**
143:8
**depend (1)**
70:15
**dependent (1)**
70:18
**depending (1)**
94:9
**depends (2)**
39:23 100:19
**DEPONENT (1)**
150:3
**deposed (1)**
10:11
**deposition (28)**
1:15 2:9 4:11,16 7:7
7:12 8:20 9:6,17
10:7,9,10 11:3
72:20 73:19 74:8
76:6 90:5,6,7,9,11
104:16 124:1 148:5
149:8,10 150:2
**DeRoos (1)**
9:12
**describe (4)**
41:23 94:15 95:1
105:16
**described (3)**
42:2 95:5 109:25
**describes (1)**
28:5
**description (1)**
28:22
**design (2)**
61:21 63:2
**designed (5)**
51:5 60:7 71:20
127:14,18
**detail (1)**
24:25
**details (6)**
86:19 87:15,25 88:1
89:16 132:20
**detect (8)**
54:11 63:4 64:18
65:21 66:23 70:13
72:13 73:15

**detected (1)**
126:15
**develop (7)**
125:22,24,25 145:10
145:14 147:8,16
**diets (1)**
132:25
**difference (7)**
63:4 98:4 118:22,23
122:16 139:10
140:4
**differences (4)**
95:22 122:22 132:7
133:4
**different (28)**
31:8 33:5 36:23 64:1
64:10,10 92:18,18
92:19 98:1,5 111:6
118:21 119:3,25
120:1,6,13,24
121:16 122:1 126:5
131:24 132:3 134:6
136:16 138:21
139:2
**differential (7)**
16:4 66:15,19 126:25
129:6 131:8 146:20
**difficult (2)**
27:6 81:1
**diffuse (2)**
34:22 77:21
**digging (1)**
48:1
**direction (7)**
53:24 54:5,24,25 62:3
62:7 137:20
**directions (1)**
53:25
**disagree (3)**
25:15 90:15,18
**disappear (1)**
124:24
**discard (1)**
42:23
**discontinued (3)**
50:12,14 96:1
**discuss (5)**
43:11 50:21 119:7
144:11,22
**discussed (8)**
9:19 46:14 72:19
90:21 95:19 129:4
145:3 147:22
**discussion (3)**
28:10,11 107:4
**disease (5)**

53:10 62:24 63:21
71:17 135:17
**diseased (5)**
64:13,15,21 65:18
135:12
**disk (6)**
40:13 68:15 117:18
117:23 141:5 148:4
**distant (1)**
95:25
**distinct (1)**
44:13
**distinction (2)**
38:16,19
**distribution (8)**
47:7 48:11 61:5,15
62:10,16 65:5,7
**District (4)**
1:1,2 7:10,10
**divide (2)**
62:24 64:16
**divided (2)**
61:15 64:20
**dividing (3)**
17:17 62:13 65:1
**division (2)**
63:9,10
**Doctor (1)**
141:10
**document (2)**
1:6 20:1
**doing (5)**
56:18,23 57:3 129:18
139:6
**dose (6)**
65:1,6 80:19 81:3,4
81:20
**dose-response (2)**
37:13 63:24
**doses (1)**
147:21
**doubling (1)**
79:6
**Dr (7)**
4:12,16,19 5:7 9:3
40:16 90:4
**draft (1)**
9:18
**dramatic (1)**
46:18
**dramatically (4)**
57:1 96:5,7 97:20
**drank (1)**
132:25
**draw (3)**
14:22 37:19 38:10

**drift (2)**
67:14,15
**Drive (3)**
2:11 3:4 7:14
**drop (1)**
130:11
**dropout (2)**
131:2,7
**due (4)**
39:2,4 107:10 108:24
**duly (2)**
8:15 149:9

**E**

**E (6)**
3:1,1 4:1,8 149:1,1
**earlier (9)**
38:7,16 40:19 68:19
77:1 90:21 95:15
112:1 135:20
**easier (2)**
58:22 59:9
**easy (4)**
58:7,8,17,19
**edge (1)**
106:22
**editor (1)**
27:9
**educated (2)**
60:6 132:22
**Educational (1)**
104:12
**effect (8)**
37:13 47:20 54:22
55:14 57:4 70:13
72:14 131:18
**either (7)**
53:17 57:11 58:17
96:1 135:11 138:14
138:20
**elevated (3)**
76:11 77:8 87:7
**eleven (1)**
29:9
**eliminated (1)**
109:3
**Elyse (2)**
3:19 8:7
**engaged (1)**
143:20
**enrolled (2)**
41:10 107:9
**enrollment (13)**
42:12 43:20 45:19
46:21 96:6 97:22
110:5,17 114:19

124:11,12 146:12
146:14
**entirely (3)**
70:16 100:19 109:3
**enumerate (1)**
40:24
**Environmental (1)**
102:13
**epidemiologic (4)**
13:19 14:17 16:21
136:23
**epidemiological (5)**
20:11 100:24 105:11
145:22 146:5
**epidemiologically (1)**
16:18
**epidemiologist (2)**
60:22 61:2
**epidemiologists (2)**
98:20 143:21
**epidemiology (14)**
21:22 26:14,17,18,20
26:25 31:5,24 38:25
61:13 70:2 91:17
102:11,12
**equal (2)**
64:12 65:7
**equals (2)**
29:12,13
**Eriksson (5)**
75:18 86:21 87:2,10
87:15
**error (8)**
43:1 51:10,16 135:13
138:23 140:7
146:20 150:5
**errors (11)**
40:20 43:2 50:1 53:1
53:8,11 54:18 66:8
66:15 106:10 129:2
**Esfandiary (5)**
3:12 8:3,3 63:12 97:5
**ESQ (4)**
3:6,12,18,19
**essentially (1)**
108:17
**estimate (5)**
39:8 40:2 55:17,18
81:7
**estimates (4)**
31:23 39:7 105:15
107:12
**et (5)**
14:18 93:12,14,16
135:23
**evaluate (2)**

102:4 111:6
**evaluated (1)**
71:6
**evaluation (3)**
13:4 28:13 138:22
**evenly (1)**
61:15
**evidence (16)**
12:1 13:19 14:24 51:9
121:19 123:1 125:5
125:15,23,25,25
126:23 132:10
133:9 147:9,13
**exactly (2)**
135:23 143:6
**EXAMINATION (4)**
4:2 9:1 141:8 147:5
**examined (4)**
8:15 32:2,3 98:11
**example (7)**
50:3 51:18 55:20
59:10 61:20 106:15
126:2
**excluded (1)**
30:6
**exhibit (32)**
4:10,14,18 5:2,5,6,7
5:12,13,14,15,16,17
10:8,9,19 11:12
18:23 19:3 27:19
40:17 72:25 73:1
85:4 93:7 95:8
103:1,4 122:5,9
133:21 134:4
**Exhibits (2)**
93:10 101:11
**exist (2)**
15:10 129:4
**expanded (1)**
29:8
**expands (1)**
110:19
**expect (3)**
31:13,24 135:24
**experience (1)**
104:23
**expert (17)**
5:7 10:14 11:11 13:5
15:5 40:18 43:5
45:8 69:21,22 72:22
72:23 83:12 91:8
103:5 139:21,22
**expertise (1)**
104:23
**expires (1)**
148:20

**explain (1)**
12:17
**explained (1)**
140:17
**explanation (4)**
138:10,18,20 140:11
**exposed (19)**
14:16 35:13 47:7
48:12 61:10 62:5,13
63:9,25 65:2 69:4,9
88:8 110:18 131:12
133:11 139:5,6,7
**exposure (83)**
20:6,10,12 30:3 31:6
33:5 46:23 47:19,22
48:8,10,14,19,20
53:1,9,18 54:19
55:10 68:21 69:11
69:13,15 70:11,24
71:10,21,22 76:16
76:21,24,25 77:2,7
79:5,20 86:10,11,13
87:3,6,11,17,18,19
88:2,5 89:4,19
91:12 92:24 94:24
108:24 110:5,16
111:7 113:13,24
114:3,18 120:11
124:14,16 125:10
126:10,16 127:7,15
127:21 128:1,3,12
131:14 134:7
144:19,23 145:1,17
145:23 146:1,3,21
147:11
**exposures (9)**
23:15 46:11 71:24,24
72:1,1 73:24 91:14
113:16
**extent (2)**
52:2 114:17
**extremely (1)**
100:14

————————————
F
————————————
**F (1)**
149:1
**facets (1)**
44:13
**fact (16)**
31:25 48:4 55:5 61:19
62:23 65:22 76:16
92:15 95:16 120:12
131:22 135:6 138:8
138:11 139:8
144:16

**fact-checked (1)**
91:12
**factor (2)**
14:13 144:25
**factors (1)**
133:10
**facts (1)**
150:4
**fail (1)**
65:6
**failing (1)**
41:24
**fair (8)**
14:11 15:2,8,22 51:5
74:20 102:18
139:19
**false (2)**
63:8 65:9
**far (5)**
46:5 48:13 115:1
119:8 123:18
**farm (2)**
49:20 142:7
**farmed (1)**
57:4
**farmer (2)**
57:7,8
**farmers (3)**
56:17,22 57:1
**farming (13)**
45:1,16,18,25 48:6
49:16,21 51:11,14
55:25 57:9,25 58:2
**farther (1)**
67:7
**fatal (2)**
96:12 100:8
**feel (1)**
45:24
**field (1)**
57:20
**fifth (1)**
68:18
**figure (3)**
33:14 106:16,17
**figures (6)**
48:9 106:11 114:11
128:17 134:22
140:4
**fill (4)**
50:15 51:19 97:16
127:19
**filled (1)**
42:11
**final (1)**
86:6

**find (9)**
67:4,12,22,23 71:22
77:8 79:6 122:25
132:10
**finding (4)**
13:17 28:23 32:8
54:11
**findings (8)**
12:19,24 25:6 28:6
30:19 78:4 123:23
124:18
**finds (1)**
31:8
**fine (4)**
19:20 68:9 85:15 97:4
**finish (2)**
37:24 100:6
**finished (2)**
66:3 96:21
**first (49)**
11:15 28:10 29:3,23
39:8 40:24 41:1,4,6
42:18 43:1,4,12,16
45:11,21 46:15 47:4
49:19 50:3,16 59:11
69:3 73:10 84:4
94:25 95:6 97:23
104:2,3 105:9
109:13,21,21,24
110:4,6,9,20 115:1
117:1 119:6 120:16
121:2,5,10,10 139:4
147:24
**fits (1)**
46:15
**five (9)**
48:13,25 52:13 68:5
69:14 80:4 85:12
117:11 139:19
**fix (1)**
45:23
**flaw (6)**
15:15 43:4 44:21
45:21 49:15 100:8
**flawed (4)**
108:23 119:2,6 132:1
**flaws (23)**
12:6 13:14 15:4,9
25:5,22 40:21,24
43:2,3 44:8 48:1
49:1,5 96:13 114:22
129:2 141:12,17,23
144:12 145:2
146:23
**focus (1)**
126:20

focuses (1)
69:24
focusing (2)
82:9 129:15
folks (1)
139:9
follicular (2)
35:5 39:7
follow (4)
51:18 75:9 78:20 86:2
follow-up (50)
12:22 13:10 14:16
24:25 29:10 41:9
43:8,16,22 45:1,11
46:1 47:17,19 48:21
52:9 68:23 69:12
72:18,19 73:13
75:23,25 76:11,15
78:1,18 79:2,21
80:1 85:21 88:18
89:20 90:23 96:11
96:14,15 97:23
111:9 113:12,15,23
118:10 122:24
132:9 142:5 144:17
146:2,3,16
follows (1)
8:16
force (1)
89:21
Forgie (213)
3:6 4:5 8:1,1,18 9:14
10:22,24 11:4,7
12:13 13:12 14:19
15:16,23 16:12,19
17:2 18:3,16,21
19:5,8,13,20 20:14
20:18,25 21:15
22:14,20,25 23:20
24:9,16,21 25:19
28:7,24 29:19 30:9
30:15 31:1,16 32:4
32:12,15 33:19 34:1
34:6,24 35:21 36:10
36:15 37:17,21 38:6
38:12 39:21 40:7
41:19 43:25 45:3
46:2,16 48:16 49:3
49:7,24 50:24 51:6
51:22 53:6,20 54:8
55:21 56:20 57:12
58:3,12 59:5 60:11
60:19 61:18 62:18
62:21 64:2,8 65:10
66:3,10,16,25 67:8
67:17 68:7 70:4,14

71:1 72:7,15 74:6
74:12,22 76:4 77:5
78:15 79:8,12,16
80:14,22 81:9,15
82:18 83:4,19 84:2
84:20 85:3,17,24
86:15,23 87:1,13
88:9,21 89:7,9,23
90:16,25 91:22 92:3
92:11 93:23 94:18
95:7,11 96:20 97:11
98:12 99:12 100:6
100:15 101:1,3,12
101:25 102:15
103:10 104:15
105:3,19 106:3,13
107:18 108:6,13,21
109:5,14,17 110:25
111:18 112:12
113:6,20 114:8,12
115:10,20 116:2,12
116:22 117:10
118:19 119:14
120:22 121:6 123:2
123:12 124:7 125:6
125:17 126:8,18
127:2,17 128:6,19
129:7,23 130:7,24
131:16 132:12,17
133:13 134:10,24
136:7 137:2,22
138:6 139:24
140:15,23 141:9
145:8 147:2 148:1
form (139)
12:13 13:12 14:19
15:16,23 16:12,19
17:2 22:25 23:20
24:9,16,21 25:19
28:7,24 29:19 30:9
30:15 31:1,16 32:4
33:19 34:24 35:21
36:15 37:17 38:12
39:22 41:19 43:25
45:3 46:2,16 48:16
49:3,7,24 50:24
51:6,22 53:6,20
54:8 55:21 56:20
57:12 58:3,12 59:5
60:11,19 61:18
62:18,21 63:13 64:8
65:10 66:16 67:8,17
70:4,14 71:1 72:7
72:15 74:6,12,22
76:4 77:5 78:15
79:8,12 80:14,22

81:9,15 82:21 83:4
83:19 84:2 85:24
86:15,23 87:1,13
88:9,21 89:7,23
90:16,25 91:22 92:3
92:11 97:6,11
100:15 101:1,12
102:15 103:10
104:15 106:13
108:6,13,21 110:25
111:18 112:12
113:20 114:8
115:11,20 116:2,12
117:10 118:19
123:2,12 124:7
125:6 126:8,18
127:2 128:6,19
129:7,23 130:7,24
131:16 132:17
134:10,24 137:2,22
138:6
formed (1)
9:8
formula (6)
58:9 60:4,5,8,18
143:1
formulations (1)
92:19
forth (1)
149:9
forward (1)
146:15
found (6)
16:24 30:13,23 55:4
57:2 130:5
four (15)
29:11 35:15,20 48:9
52:14 62:4,4,13
63:9,25 64:17,21
65:4 115:11 134:6
fourfold (1)
37:7
Framingham (2)
104:8,14
free (1)
27:11
frequency (1)
48:10
front (2)
15:10 88:10
full (5)
29:3,23 47:4 94:14
109:21
full-time (1)
27:13
further (5)

30:4 67:16 147:5,25
149:12
future (2)
113:18 123:15

───── G ─────

gap (3)
50:15 59:21 111:25
gaps (2)
112:9 127:19
gather (3)
52:3 100:13 144:17
gathered (4)
103:21 133:18 143:15
146:13
gathering (2)
99:25 100:2
general (29)
4:23 5:10 23:1 26:19
31:17,19,21 38:19
54:12 55:14 56:22
56:25 58:23 61:12
62:22 63:1 69:20
71:18 72:3,4 77:6
93:24 95:15 97:15
99:22 107:19 124:3
124:20 126:4
generally (7)
15:21 31:4 71:20
107:7 122:24 132:9
147:19
generate (1)
60:17
generic (1)
70:20
Gibbons (1)
134:13
give (11)
11:25 12:3,7,16,25
13:8 40:22 41:2
51:19 62:10 83:12
given (2)
15:10 149:11
gives (4)
92:9,12,13 124:19
giving (3)
139:20 145:20,20
glyphosate (108)
9:10 11:16 17:13,18
20:3,17 21:10,24
22:10 23:12 25:8
27:25 28:13,16 29:8
29:25 46:9 47:6,16
48:8,11 49:19,20,22
50:5,7,8,12,13,14
53:14,15,18 56:3,7

56:9,18 57:8,9,10
57:24 58:1,9,11,23
58:24,24 59:12,14
61:8 62:2 68:22
69:2,4 70:23 71:14
72:11 73:17 78:4,8
78:13 79:5 83:2,14
88:7 89:10,12 90:14
91:18 95:23 96:4,19
96:25 97:1,9,17
98:6,11 99:1,11,20
100:10 101:8,22,23
102:4,24 106:9
107:20 108:19
110:23 113:4 115:8
117:8 124:1,10
125:3 126:17,20,24
130:14,22 131:13
131:14 133:11
135:17 137:8
138:12
glyphosate-containi...
12:1,10
glyphosate-exposed...
29:11
glyphosate-resistan...
56:4,12
go (9)
40:17 41:23 44:6 86:8
88:13 116:6,7,19
146:15
goalpost (1)
76:2
goes (4)
44:11 81:19 115:2
119:8
going (32)
10:2 18:3,13,18 19:10
19:12,17 20:21
22:15 27:21 40:8,13
53:25 62:3 64:17
68:10 74:7 79:5,22
83:12 93:2,23 96:17
101:13 104:17
117:18,24 123:14
138:2 140:25 141:6
148:2
GOLDMAN (1)
3:8
good (8)
7:4 9:3,4 38:1 52:7
92:20 133:1 139:1
gotten (1)
144:6
Gray (1)
144:15

**greater (9)**
39:18 40:2 65:15
86:21 87:5,10,12
89:5,21
**Griffis (220)**
3:18 4:4 8:5,5 9:2,16
11:1,10 12:15 14:3
15:1,19 16:1,14,22
17:4 18:14,19 19:1
19:7,10,19,22 20:15
20:23 21:5,18 22:17
22:22 23:3,21 24:11
24:19,22 26:4 28:9
29:1,21 30:11,17
31:3,18 32:6,14,16
33:21 34:3,9 35:1
35:24 36:11,18 38:4
38:8,15 40:1,6,15
41:20 44:4 45:6
46:3 47:1 48:24
49:4,10 50:19 51:2
51:8 52:18 53:12
54:2,14 55:24 57:6
57:15 58:6,14 59:24
60:13 61:1 62:8,19
63:5,18 64:5,24
66:1,5,11,12,21
67:3,9 68:4,9,17
70:9,21 71:11 72:9
72:17 73:3 74:10,15
74:24 76:18 77:10
78:11 79:3,10 80:2
80:18 81:5,12,17
83:1,11,22 84:6,23
85:9,19 86:9,20,24
87:8,22 88:16 89:2
89:11 90:3,20 91:2
91:24 92:7 93:4,9
94:12,21 95:9,14
96:23 97:7,24 98:7
99:3 100:3,11,22
101:7,20 102:9
103:3,12 104:21
105:8 106:1,7,14
108:1,8,15 109:2,12
109:16,20 111:4,19
112:16 113:10
114:2,9,24 115:17
115:23 116:10,17
116:24 117:5,15
118:7 119:4 120:15
121:1,13 122:3,8,12
123:4,17 125:1,13
126:1,14,21 127:13
127:24 128:16
129:1,11 130:1,17

131:6 132:6,15
133:8,19 134:11
135:19 136:22
137:13 138:1,15
140:1,22 145:6
147:1,6,25
**group (36)**
22:18 33:3 35:13
36:24 37:9 62:14,20
63:10,21,25 64:16
64:21 65:2,3,3,8,18
77:15,16 81:6,8
120:13 131:22,24
132:2,4,20 135:11
135:12 138:20,25
139:1,16,17 140:5,5
**grouping (1)**
30:7
**groups (17)**
17:14 35:15,17,20
36:23 37:15 61:14
61:15 62:14 63:9,25
64:15,22 65:2,4,16
122:20
**guess (19)**
32:22 44:18 45:12
46:22 50:17,18 54:1
59:23 60:3,6 63:15
92:14 96:17 120:8
120:11 131:21
138:24,24 139:12
**Guessing (1)**
99:25
**guidance (1)**
41:2

**H**

**H (1)**
4:8
**habits (1)**
132:24
**half (1)**
71:9
**halfway (1)**
104:3
**halves (1)**
36:3
**hand (1)**
149:17
**happen (3)**
41:8 54:10 55:23
**happened (1)**
98:5
**happens (3)**
16:15 51:24 79:11
**hard (3)**

37:19 58:18 135:14
**head (3)**
26:12 88:13 89:17
**headquartered (1)**
7:19
**health (19)**
8:23 9:12 13:22 21:23
22:8 23:15 79:1,22
93:13,15,17 96:13
100:17 102:13
104:13 126:12
128:24 132:24
144:24
**Heart (2)**
104:8,14
**HEDLUND (1)**
3:8
**held (2)**
2:10 7:12
**helpful (1)**
27:8
**helps (1)**
65:23
**Heltshe (7)**
5:15 91:7 103:4 106:2
106:8 107:5 130:4
**herbicide (1)**
59:2
**hereinbefore (1)**
149:9
**hereunto (1)**
149:16
**high (9)**
43:6 47:5,5 48:10
72:1 124:23 139:5,7
147:20
**high-dose (2)**
147:14,15
**higher (3)**
36:25 81:7 136:1
**higher-exposed (2)**
65:3 77:16
**highest (2)**
110:17 134:8
**highly (8)**
16:24 22:19,24 24:14
24:20 70:18 102:7
130:16
**Hodgkin (2)**
33:22 34:7
**holidays (1)**
27:12
**Hollingsworth (3)**
3:14 8:6,8
**home (1)**
85:1

**Hope (1)**
143:9
**hours (3)**
8:24 27:5,5
**huge (1)**
57:4
**Huntington (2)**
2:11 7:14
**hurt (1)**
65:23
**hypothesis (3)**
125:2,14 126:24
**hypothesized (1)**
128:4

**I**

**i.e (4)**
9:9 34:10 108:18
135:25
**IARC (8)**
16:24 17:10 18:12
21:11 22:7,23 24:7
24:13
**IARC's (1)**
21:22
**ideally (1)**
86:1
**identification (6)**
10:21 18:24 73:2 93:8
103:2 122:7
**identified (6)**
15:3 41:5 43:4 44:22
48:1 68:19
**ignoring (2)**
105:12 107:17
**III (1)**
104:11
**impact (1)**
111:7
**implications (1)**
105:12
**important (2)**
14:13 18:22
**impossible (1)**
96:8
**improve (1)**
65:16
**imputation (92)**
16:25 21:7,7,9,12
23:24 24:8 43:13,14
43:23 44:11,17
45:23 46:14 48:3
50:18,20,22 51:4
59:22,25 60:2,8,17
90:23 91:4 94:16
95:1,5,18 97:3 98:9

99:8 100:23 101:22
103:9,17,20 104:4
104:24 105:16,23
107:6,16,22 108:5
108:10,12 109:3
110:21 111:17,20
111:23 112:2,5,7,22
114:25 115:1,2,7,16
115:19,22,25 116:9
116:16 117:3,6
118:17,25 119:5,7,8
119:10,13 120:14
124:4 127:14,23
129:20 130:13
132:1 133:6 143:1,6
143:11,17,18,24
144:2 146:19
**impute (8)**
46:22 52:20 58:8
60:25 96:4 110:12
111:24 132:3
**imputed (6)**
106:11 111:7 113:16
113:22 118:4,13
**include (4)**
66:14 112:2 115:16
116:9
**included (4)**
9:20 45:19 115:21
116:16
**including (9)**
16:25 17:20 20:17
21:23 22:8 28:2,18
104:7 105:13
**Incorporated (1)**
7:19
**incorporates (1)**
126:25
**increase (19)**
37:7 46:8,18 51:20
56:3 57:1,2 64:18
67:11,12,15 68:1
73:15 75:17 77:20
77:22,24 96:7 137:6
**increased (13)**
37:10,10 67:5 75:14
75:20 77:15,25
78:19,22 80:9,12
87:20 96:5
**increases (2)**
67:13 79:23
**increasing (4)**
79:25 97:19 136:24
136:25
**individual (1)**
145:23

**individually (1)**
14:21
**individuals (2)**
107:8,10
**influenced (1)**
127:20
**information (13)**
10:13 25:3 42:21
  43:19 45:15,17 96:9
  110:16 113:13
  127:19 128:23
  131:3 142:12
**informative (6)**
16:25 22:19,24 24:20
  25:2,23
**initial (6)**
42:12 45:13,19 46:20
  121:11 127:20
**Initiative (1)**
104:13
**Institute (7)**
10:2,18 11:22 15:4
  25:13,17 26:6
**instruct (4)**
18:13 19:17 20:21
  94:10
**intention (1)**
64:25
**interested (2)**
27:16 149:15
**interesting (2)**
76:9 139:9
**interim (2)**
47:21 78:24
**International (1)**
102:11
**interpret (1)**
80:16
**interrupted (1)**
78:10
**interval (4)**
31:12 39:13 40:4
  110:19
**intervals (3)**
31:23 33:4,17
**interview (4)**
122:24 123:7,10
  132:9
**introduce (1)**
7:24
**introduced (2)**
51:10 131:4
**introduction (3)**
56:4,16 104:1
**investigates (1)**
31:5

**investigators (3)**
91:3,11 115:5
**involved (5)**
70:1 101:9,24 142:17
  143:14
**involving (1)**
93:12
**issue (14)**
41:7 47:15,23 61:5
  66:17 100:14 114:1
  114:4 126:10 127:9
  127:11 139:15
  140:20 144:23
**issues (11)**
12:5 13:14 25:4,22
  50:21,23 60:24
  102:24 114:22
  135:9,14
**item (1)**
84:4

### J

**January (6)**
1:18 2:5 7:1,15
  149:17 150:2
**job (2)**
1:25 27:13
**journal (7)**
10:1 12:5 25:12,16
  26:5 102:11,12
**journals (6)**
26:14,15,19,20 99:6
**jury (1)**
127:25

### K

**Kathryn (2)**
3:6 8:1
**keep (2)**
37:22 38:2
**kidney (1)**
32:11
**kind (14)**
43:17,21 46:14 54:6
  92:1,5,8 96:2,8
  98:24 106:21 120:3
  124:24 147:22
**kinds (2)**
60:14 133:4
**Kirby (2)**
3:18 8:5
**know (90)**
11:5 13:18 16:23 17:8
  17:12,20,22 21:11
  21:13 23:6 24:6,24
  25:1,25 26:1,2

32:19 39:19 44:10
48:18 50:7,9,13
51:17 52:22 56:8,8
57:14 58:4,17,20
59:14,17,18,19,21
61:20 63:1,7,14
65:8 66:13 71:3,8
78:25 80:17,24 83:9
87:23 88:6,13,17
89:3 90:1,18 93:5
96:5 98:15,23
101:20 102:3,5,17
104:19 106:24,24
108:2 109:9 112:13
116:5 119:23
121:14 125:9 127:6
128:23 131:17,20
133:16 135:7
138:19,23 142:14
142:15,16,18,23
143:6,19 144:16
146:2
**knowledge (1)**
71:15
**known (1)**
105:13
**knows (1)**
69:6
**Koutros (7)**
5:13,14 93:14,16
  94:22 101:9,10

### L

**labeled (1)**
7:5
**lack (8)**
30:2 43:15,19,22
  44:14 53:16 115:8
  117:7
**lag (7)**
78:21 82:6,12 83:23
  84:8,17 85:11
**lagged (1)**
30:4
**Lakewood (1)**
3:5
**lapse (1)**
89:4
**large (7)**
27:23 28:14 31:24
  34:22 77:21 104:6
  143:9
**larger (1)**
13:10
**latency (9)**
47:15,23 48:14 68:21

75:7,7,10 90:13
  147:21
**latest (1)**
113:13
**LAW (1)**
3:2
**lays (1)**
24:24
**lead (1)**
12:6
**Leading (2)**
145:6 147:1
**least-exposed (1)**
81:6
**leaves (2)**
112:22,24
**leaving (1)**
110:21
**left (7)**
37:25 110:11 111:13
  113:1 115:18,24
  139:20
**left-hand (2)**
29:22 104:2
**legal (1)**
7:18
**length (1)**
14:16
**let's (14)**
23:4 33:10 35:18
  40:25 45:4 69:1
  107:3 109:13
  114:25 117:1 119:5
  122:3 133:23,24
**leukemia (5)**
34:20 77:19 82:4,23
  147:19
**leukemias (1)**
33:12
**level (1)**
124:25
**levels (2)**
33:5 64:1
**liability (3)**
1:4 7:8 150:1
**lifetime (3)**
47:16 68:22 69:2
**likelihood (3)**
39:2 51:20 128:11
**limited (3)**
8:22,24 111:9
**limiting (1)**
107:23
**Line (14)**
6:2 150:6,7,9,10,12
  150:13,15,16,18,19

150:21,22,24
**linked (2)**
30:5 53:8
**Lisa (5)**
1:23 2:12 7:21 149:4
  149:22
**list (6)**
10:16 44:5,7 46:5
  47:25 66:14
**listed (3)**
66:6 104:11 105:1
**listen (1)**
19:12
**lists (2)**
20:16 104:7
**literally (1)**
27:5
**literature (1)**
27:3
**litigation (4)**
1:4 7:9 9:9 150:1
**little (3)**
31:9,10 54:4
**LLP (2)**
8:6,8
**locations (1)**
75:9
**logistic (1)**
94:16
**long (14)**
48:20 68:6 69:3,11,15
  71:21 72:1 73:22
  74:18 75:8 76:15,19
  142:19 145:10
**longer (17)**
48:22 69:7 71:7 72:5
  74:1,17 75:3,15
  78:18 79:2,15,21
  80:1 88:8,19 90:12
  146:3
**look (25)**
11:8 14:20 20:5 27:19
  32:19 64:25 72:24
  75:18 76:9,17 77:14
  77:18,21 86:16
  88:14 106:18 116:6
  116:8,14 119:22
  125:7 132:19
  133:20,23 136:9
**looked (8)**
24:7 39:11 87:3,16,17
  102:16 110:10
  122:15
**looking (13)**
16:6 33:3 39:6 84:13
  85:6 95:24 106:15

106:17,20,23
108:12 113:18
128:4
**looks (3)**
13:18 31:7 36:22
**loop (1)**
126:22
**Los (2)**
3:11 7:1
**loss (1)**
105:13
**lot (9)**
26:22,24 27:1,10
51:16 52:11 76:23
77:2 99:1
**lots (2)**
56:17 61:8
**low (5)**
41:9 45:22 48:2 139:5
140:19
**lower (14)**
55:11,19 86:13
106:21 135:3,8,16
136:2,13,14 137:23
138:9,9 140:11
**lower-exposed (1)**
65:2
**lowest (2)**
84:8 134:7
**loyalty (1)**
100:20
**lung (4)**
32:10 93:12,25
135:22
**lymphocytic (3)**
34:19,19 77:19
**lymphohematopoie...**
28:18 30:21 33:11,15
82:17 84:1,5,15
133:24 137:17
**lymphoid (1)**
28:1
**lymphoma (64)**
9:10 12:11 23:11
33:23,24 34:14,17
34:19,22 35:2,5,11
36:13 37:8 38:10,17
39:8 53:18 69:5,18
69:23 70:12,24
71:14 72:12 73:22
76:12,20 77:4,15,18
77:21 78:6,14 80:1
80:6,20 81:13 82:4
82:14 87:21 88:7
89:5,13 90:14 91:18
108:19 110:23

113:4 115:9 130:23
131:14 133:12,25
134:21 136:12
137:9 138:13
140:12 145:11,15
147:8,12,16
**lymphomas (2)**
33:12 77:23

———————————
**M**
**M.D (7)**
1:16 2:10 4:3,20 5:9
148:11 150:3
**M1 (2)**
36:25 37:6
**M2 (2)**
36:24 37:9
**major (4)**
56:2 104:25 114:22
126:12
**making (1)**
71:18
**malathion (12)**
5:6 17:5,9,11,20 18:1
18:12 21:17,20 22:3
22:6,16
**malignancies (1)**
28:1
**man (1)**
26:23
**marginal-zone (1)**
35:2
**mark (2)**
72:23 122:3
**marked (13)**
4:9 10:7,14,21 18:23
19:2 27:22 73:1
93:8,10 103:2 122:6
124:9
**marriage (1)**
149:14
**Marriott (2)**
2:11 7:13
**match (1)**
61:22
**matched (1)**
103:24
**materials (2)**
5:2 10:15
**math (1)**
62:9
**matter (7)**
7:8 63:6,7 113:17
130:8 131:8 149:15
**maximum (1)**
52:13

**MD (1)**
8:13
**MDL (1)**
1:5
**mean (11)**
17:8 24:15 25:24
38:25 53:5 60:15
61:6 66:14 79:4
87:10,11
**meaning (1)**
56:13
**meaningful (1)**
73:15
**means (8)**
39:18,19 52:6 53:8,19
53:22,23 71:9
**measure (2)**
36:19 39:1
**measured (2)**
55:4 128:14
**measuring (1)**
73:25
**media (1)**
7:5
**median (18)**
47:16,17 48:18 68:22
68:23 69:2,13 70:24
72:13,18,19 73:13
75:10 88:5,8,18
145:25 146:1
**medical (2)**
140:3,9
**medium-exposed (1)**
65:3
**melanoma (2)**
32:10 135:23
**Mental (1)**
104:13
**mentioned (5)**
13:13 46:18 142:25
143:5 145:3
**met (1)**
9:5
**method (14)**
23:24 43:13,23 44:17
44:18 58:18 59:23
60:2 97:14 98:9,19
102:6 127:23 143:7
**methodologic (2)**
135:9 140:20
**methodology (6)**
14:5 24:4 25:1 27:4
98:25 128:10
**methods (4)**
13:11 42:5 43:14
116:20

**metrics (2)**
30:3 59:20
**middle (7)**
73:12 94:14 96:6
97:21 106:9,22,23
**mind (1)**
49:11
**mine (1)**
90:19
**minimum (3)**
75:11,16 78:1
**minute (1)**
60:1
**minutes (2)**
68:6 139:20
**mischaracterizes (8)**
79:9,13 89:24 119:15
124:8 125:18 129:8
136:8
**misclassification (31)**
46:10 55:11,19 92:25
93:2 108:24 113:25
114:4 124:14,16,25
125:4,11 126:11,16
126:25 127:8,16,21
128:2,3,12 136:18
141:12,17,23
144:12,19,23 145:1
146:21
**misclassifications (1)**
114:18
**misrepresent (1)**
14:4
**missed (2)**
47:3 49:6
**missing (5)**
53:17 104:5 105:10
105:12 110:12
**mistakenly (1)**
113:15
**mistakes (1)**
16:3
**mix (1)**
133:2
**moieties (2)**
35:14 36:3
**moment (2)**
31:21 35:18
**MONDAY (2)**
1:18 7:1
**monograms (1)**
19:4
**monograph (13)**
5:6 17:6,9,10,13 18:2
18:12 20:3 21:20
22:3,6,11,16

**monographs (1)**
22:11
**Monrovia (3)**
1:17 2:12 7:14
**Monsanto (3)**
3:15 8:6,8
**Montgomery (10)**
5:16 121:20,23 122:4
122:10,13,15
123:22,24 132:7
**morning (3)**
7:4 9:3,4
**Moskowitz (5)**
1:23 2:12 7:22 149:4
149:22
**most-exposed (1)**
81:7
**move (1)**
137:17
**moving (1)**
76:2
**multiple (24)**
13:20,23 20:16 22:9
23:17,23 24:2 28:19
30:7,20 32:2,8 35:8
65:1 94:16 95:16,17
100:23 104:3,7,24
105:16 108:3 136:4
**myeloid (2)**
82:4,22
**myeloma (2)**
28:19 30:7 35:8

———————————
**N**
**n (4)**
3:1 4:1 29:12,12
**N.W (1)**
3:16
**name (2)**
7:17 150:1
**named (1)**
145:5
**national (10)**
10:1,17 11:22 15:4
25:12,16 26:6 104:6
104:12,25
**nature (1)**
125:12
**NCI (32)**
11:22 15:15 21:8 23:5
23:24 24:13 25:10
27:19 29:4 40:21,25
41:16 42:4 44:8
47:21 68:19 88:4,19
90:12,22 91:16 99:6
99:9 108:4 115:5

123:11,20 124:2
126:2 130:21
133:21 134:4
**NCRA (4)**
1:24 2:13 149:5,23
**nearly (1)**
143:15
**Nebraska (1)**
70:7
**necessarily (2)**
67:19 126:20
**need (15)**
11:1 51:25 73:23 79:1
79:14,20,20 85:10
110:12 111:16
112:17 143:17,20
143:24 144:2
**needed (3)**
52:16 143:12,18
**needs (3)**
48:22 69:4 70:11
**negative (10)**
13:17,23,25 32:17,23
33:15,23,25 124:19
124:21
**negatives (1)**
14:7
**neoplasms (2)**
84:5,15
**never (6)**
62:12 63:23 131:1
133:17 142:25
143:17
**new (3)**
7:20,20 25:3
**NHANES (1)**
104:11
**NHL (11)**
11:16,23 12:2 28:2,18
29:25 30:5,7 73:16
101:16 117:8
**nights (1)**
27:11
**no-dose (1)**
37:16
**non- (1)**
43:6
**non-differential (18)**
53:2,5,7,19,21 54:20
55:14 66:8,20
124:17 125:4 129:6
129:10 134:17
136:18 137:15,21
138:4
**non-diseased (1)**
64:14

**non-exposed (1)**
48:12
**non-exposures (1)**
113:16
**non-Hodgkin (34)**
34:8,14,17 35:11 38:9
38:17 53:18 69:5,18
69:23 70:12,23
71:14 72:12 73:22
76:20 77:14,18
78:13 80:6,20 81:13
89:5,12 90:14 91:18
108:19 110:23
113:4 115:9 134:21
136:12 137:9 147:8
**non-Hodgkin's (23)**
9:10 12:11 23:11
33:24 36:13 76:12
77:4 78:5 79:25
82:3,14 87:21 88:7
130:23 131:13
133:12,25 138:13
140:12 145:11,15
147:11,16
**non-optimal (1)**
48:12
**non-participants (2)**
122:23 132:8
**non-respondents (2)**
52:23 115:4
**non-responders (2)**
123:19 133:5
**non-response (2)**
43:6,7
**non-significant (4)**
33:2,6 55:12,13
**non-statistically (1)**
80:12
**non-user (1)**
50:4
**non-whites (1)**
132:23
**nonsensical (2)**
136:20 137:11
**Northern (2)**
1:2 7:10
**Notary (1)**
148:18
**noted (1)**
148:6
**notice (5)**
4:10,14 10:8,10 11:2
**null (16)**
33:17 39:15 54:13,21
54:25 55:6,16 66:24
67:2,7,16 124:18

134:19 136:24
137:5,7
**number (30)**
4:9,21 7:6,11 8:21
14:15 15:3 18:23
29:11 40:13,20
49:15 65:17,20
67:23 68:15 70:2,19
70:20 73:1 75:12
87:16,18,19 103:1
117:18,23 141:5
142:6 148:4
**numbers (15)**
10:19 61:14 62:11,20
64:13,22 65:15
67:11,24 68:1 80:23
80:25 93:7 122:5
136:11

_____

**O**

**o'clock (2)**
10:12,12
**object (144)**
12:13 13:12 14:19
15:16,23 16:12,19
17:2 18:3 22:25
23:20 24:9,16,21
25:19 28:7,24 29:19
30:9,15 31:1,16
32:4 33:19 34:24
35:21 36:15 37:17
38:12 39:21 41:19
43:25 45:3 46:2,16
48:16 49:3,7,24
50:24 51:6,22 53:6
53:20 54:8 55:21
56:20 57:12 58:3,12
59:5 60:11,19 61:18
62:18,21 63:12 64:8
65:10 66:16,25 67:8
67:17 70:4,14 71:1
72:7,15 74:6,12,22
76:4 77:5 78:15
79:8,12 80:14,22
81:9,15 82:21 83:4
83:19 84:2 85:24
86:15,23 87:1,13
88:9,21 89:7,23
90:16,25 91:22 92:3
92:11 94:2,5 95:11
97:5,11 100:15
101:1,12 102:15
103:10 104:15
106:13 108:6,13,21
110:25 111:18
112:12 113:20

114:8 115:10,20
116:2,12 117:10
118:19 123:2,12
124:7 125:6 126:8
126:18 127:2 128:6
128:19 129:7,23
130:7,24 131:16
132:17 134:10,24
137:2,22 138:6
**objection (23)**
9:14 18:17 36:10
93:24 98:13 99:12
101:25 105:3,19
107:18 109:5 113:6
114:12 119:14
120:22 121:6
125:17 127:17
133:13 136:7
140:15 145:6 147:1
**objections (1)**
18:15
**obliterate (1)**
54:22
**obscure (1)**
54:25
**observed (2)**
28:15 29:24
**obtained (3)**
44:25 48:5 49:16
**obvious (2)**
66:9 135:2
**occurred (6)**
45:12 50:2 113:25
114:19 127:22
128:2
**occurs (1)**
119:19
**odds (7)**
37:7,11 76:12 77:16
135:15 138:8
140:11
**oh (3)**
41:17 85:4 146:8
**okay (57)**
11:9 16:23 26:13 34:6
38:4,6 42:12,24
43:10,17 44:9,21
47:2,13 48:25 50:8
51:3 53:13 54:3
55:25 57:16 60:6
63:6 64:22 65:17,24
72:2 73:5 74:16
75:9 76:8 78:2 82:8
84:11 85:20 90:10
98:8 99:4,25 110:4
114:25 115:18

116:18,21 118:15
121:14 127:10
129:12,21 135:4
136:17,21 137:12
137:14 138:11
139:11 140:23
**omitted (2)**
117:3,6
**omitting (1)**
107:7
**once (1)**
114:10
**ones (4)**
36:5 49:8 105:1
119:25
**opinion (3)**
11:15 12:8 14:2
**opinions (2)**
9:8 141:11
**opposed (1)**
126:23
**optimal (4)**
47:7 61:5,9 62:17
**optimum (1)**
65:5
**oral (4)**
4:10,15 32:9 135:22
**order (3)**
8:21 70:13 131:7
**original (12)**
9:20,21 10:8,13 12:20
13:1,3,4,5 41:22
42:6 72:23
**originally (1)**
15:11
**others' (1)**
98:3
**outcome (3)**
31:7 55:3 149:15
**outcomes (4)**
23:11,16 31:8 71:17
**outliers (1)**
136:5
**outline (1)**
49:12
**outlined (1)**
49:9
**overall (9)**
28:1,17 30:1 33:14,24
81:13 82:17 84:1
114:23
**overreport (1)**
53:15

_____

**P**

**P (6)**

3:1,1 81:22 82:1,11
136:25
**P-trend (11)**
33:2 36:20 81:19,23
81:23 82:5,12,23
83:24 84:8,14
**p.m (2)**
148:3,6
**page (37)**
4:2 6:2 11:13,14
19:24 20:5 21:14
28:12 29:2 43:12
47:4 52:19,25 61:7
66:10 73:4 94:14,23
95:4,5 104:2 107:5
109:13,18 150:6,7,9
150:10,12,13,15,16
150:18,19,21,22,24
**pancreas (2)**
32:10 135:22
**paper (23)**
13:9 23:25 24:14
25:11 27:2,20 40:21
40:25 42:18 44:16
76:10 91:5,7 95:23
99:9 103:8 121:20
121:21,23 123:5
126:3 139:4 140:21
**papers (8)**
24:3 91:10 95:21,23
95:24 98:3 102:22
121:24
**paragraph (18)**
11:14 28:11 29:4,23
41:7 43:12 44:23
45:7,9 47:4 73:7,10
73:13 94:15,25
104:3 109:22,22
**parameters (1)**
107:12
**parenthetical (1)**
39:13
**part (6)**
17:24 27:22 34:4
114:1 125:21
127:23
**participants (4)**
111:8,10 122:23
132:8
**participate (1)**
100:21
**participation (2)**
96:11,15
**particular (4)**
31:6,7 38:18 54:24
**particularly (3)**

97:17 98:25 100:9
**parties (1)**
149:13
**parts (1)**
119:21
**Pass (1)**
140:22
**passed (1)**
102:13
**pathologist (2)**
70:3,6
**pathology (1)**
143:8
**patients (3)**
62:4 78:20 79:7
**pattern (4)**
31:22 34:8 135:21,21
**Pedram (2)**
3:12 8:3
**peer (9)**
25:15,20,25 26:1,5,15
95:19 99:5 102:10
**peer-reviewed (4)**
24:3 95:22 144:10
145:4
**pending (2)**
82:19 85:18
**people (48)**
16:3 42:15 44:20
51:10,19 52:5 60:14
61:8 63:21 64:14
65:18 71:9 86:2
88:8 98:17,18
103:14,18 110:9
111:23 112:5,10,25
119:20,23 120:4,5,6
120:9,17,18 121:15
121:16,24 122:1,16
122:17 123:6
129:15 130:11
131:9,19 132:2,4,5
134:5,6 143:10
**perceive (1)**
44:7
**percent (30)**
41:10,14,23 42:9
44:15,20 61:9,9
62:15,15,15,16,16
77:17,17,20,22
107:9 110:18 112:3
112:20,21 115:3
118:4,14 131:19
135:7 141:18,21
142:2
**perform (1)**
41:17

**period (18)**
45:17 48:20 59:21
71:21 73:22 75:7,8
76:15 80:20 96:6
97:21,22 111:25
113:12 118:10
124:12 142:18
147:12
**person (5)**
53:13,14 60:2 69:4
70:11
**personality (1)**
60:15
**perspective (4)**
27:24 28:14 29:7
102:13
**pesticide (11)**
28:15 44:25 45:15
48:5 49:15 73:21
93:1,3 142:6,13
146:22
**pesticides (10)**
17:22,22 20:12 30:5
92:18 95:25 98:2,6
133:2,3
**phase (4)**
107:8 119:24 120:7
120:10
**phone (1)**
37:25
**PI (1)**
70:7
**pick (1)**
27:15
**piece (2)**
115:18,24
**pieces (1)**
51:3
**plaintiffs (6)**
3:3,9 4:24 5:11 8:2,4
**plant (1)**
57:20
**plausible (1)**
96:3
**please (8)**
7:24 8:10 11:13 12:17
13:7 20:19 22:21
106:4
**point (19)**
31:22 38:1 39:7,8
40:2 47:5 55:17,18
60:1 76:14 77:1
81:7 119:6,7 126:22
128:18 130:4
135:25 136:1
**pointed (1)**

134:12
**pointing (2)**
54:5 77:13
**points (1)**
137:14
**pool (3)**
9:19 23:7 126:3
**pooled (1)**
42:3
**poor (2)**
92:21 132:24
**Portier's (2)**
90:4,9
**positive (5)**
13:21,24 54:22
124:22 137:19
**positives (1)**
14:6
**possible (10)**
23:10,15 78:19
107:10 144:4
145:14,16,18 147:7
147:10
**possibly (1)**
136:4
**potential (2)**
124:18 144:18
**potentially (1)**
105:14
**power (13)**
63:3,9,16 64:18 65:5
65:16,21 66:2,22
67:5,12,15 105:14
**pre-trial (1)**
8:21
**precision (1)**
107:12
**predict (4)**
58:8,23 59:10 67:6
**predicted (1)**
103:17
**preferable (3)**
107:7,17,23
**prepare (1)**
143:11
**present (2)**
3:21 20:13
**presumably (1)**
113:24
**pretending (1)**
103:15
**pretty (6)**
18:7 51:15 58:7,8
96:2 128:7
**Prevention (1)**
26:17

**prevents (1)**
137:9
**previous (2)**
29:8 30:6
**primary (1)**
109:23
**principle (1)**
61:13
**prior (5)**
9:5 10:7 45:1 72:20
146:13
**probably (25)**
25:14,21 42:14,15
45:13 48:22 51:12
51:16 57:10,13 71:2
71:4,13 74:5,18
75:4,11,24 76:8
79:19,20 99:22
128:14 138:25
139:16
**problem (8)**
52:1 105:11,24 120:2
124:15 126:12
127:15 129:13
**problematic (2)**
97:18 124:2
**problems (2)**
41:7 123:15
**procedure (21)**
21:12 24:8 51:4,18
90:23 91:4 94:17
95:1,5,19 99:8
102:14 103:9,17
108:5 112:8,23
115:2,2 117:3,7
**procedures (1)**
17:1
**process (4)**
133:7 143:11,24
144:2
**produce (1)**
77:3
**product (1)**
59:1
**Products (3)**
1:4 7:8 150:1
**professional (1)**
60:16
**Progress (1)**
104:12
**project (1)**
58:24
**proof (1)**
11:23
**propensity (1)**
131:12

**proper (1)**
27:6
**properly (2)**
52:17 88:15
**prospective (2)**
146:10,14
**prostate (7)**
32:10 93:17 94:6 95:3
   95:10 101:10
   135:23
**protective (2)**
135:17 138:12
**provides (1)**
25:2
**PTO (1)**
4:21
**Public (1)**
148:18
**publication (21)**
5:4 8:23 9:13,25 18:8
   18:8,10 19:6,16
   21:1,2 25:12,18
   29:6 48:23 102:22
   141:13 144:13
   145:2 146:9,24
**publications (9)**
22:9 23:7,17,23 95:17
   95:18 143:2 144:11
   145:4
**publish (1)**
131:1
**published (14)**
9:25 12:4 18:9,11
   21:1 90:13 91:3,5
   91:10,20 93:11,13
   93:16 130:19
**purpose (2)**
118:15 147:18
**purposes (1)**
146:5
**pursuant (2)**
4:21 8:21
**put (1)**
93:23

                —— **Q** ——

**Q1 (1)**
134:7
**Q4 (1)**
134:7
**qualifications (1)**
60:16
**qualified (3)**
60:10,17 143:11
**quality (3)**
22:12 52:6 104:11

**quartile (2)**
65:4 110:18
**quartiles (5)**
35:20,23 81:1 134:7
   134:15
**question (27)**
13:16 22:1 25:6,24
   44:2,3 52:1,12
   53:10 58:16 64:3,4
   64:6 69:7 84:7
   85:17 88:15,24
   99:16 104:18
   117:14 133:6
   139:23 141:22
   142:11 146:8,9
**questionable (3)**
13:25 102:8 130:16
**questioning (1)**
8:25
**questionnaire (42)**
41:12,15,18 42:9,11
   42:12,16 45:11,14
   45:20 51:19 52:9
   97:23 110:6,10,11
   111:9,12,24 112:4,6
   112:11 115:4 118:6
   119:22,24 120:5,8
   120:10,18,19 121:5
   121:16,25 122:2,17
   123:9,19 131:11,23
   132:21 141:19
**questionnaires (7)**
43:9 96:12,16 111:11
   129:16 142:3
   146:16
**questions (23)**
6:1 21:16 22:15 52:10
   52:15 64:11 74:7
   82:19 94:10 95:12
   101:14,19 102:2
   136:17 141:11,14
   142:2,4,8 144:7
   145:9,12 147:25
**quick (1)**
11:8
**quickly (1)**
18:7
**quite (4)**
10:16 58:18 92:17
   145:17

                —— **R** ——

**R (2)**
3:1 149:1
**raised (2)**
41:7 126:10

**ran (1)**
70:6
**random (4)**
53:10 103:14 135:13
   138:23
**randomnesses (1)**
54:4
**range (1)**
106:9
**ranging (1)**
69:13
**rarely (1)**
59:2
**rate (8)**
41:5 43:7,7 44:11
   45:22 48:2 90:23
   110:17
**rates (1)**
41:8
**ratio (4)**
36:25 37:7,11 110:17
**ratios (9)**
76:12 77:16 78:1
   124:23 135:3,15
   138:8 139:12
   140:12
**raw (1)**
125:24
**reach (1)**
14:11
**reached (1)**
119:11
**read (18)**
22:20 27:2,3 28:3,20
   29:14 30:8 71:19
   90:4,8 94:1,3,19
   99:15 101:16,18,18
   102:1
**reading (3)**
44:22 84:14 132:13
**Ready (2)**
56:14,17
**real (7)**
11:8 39:5 96:16
   103:20 119:18
   124:18 144:3
**really (19)**
12:25 14:1 25:5 37:12
   46:19 48:20 51:25
   52:16 57:14 58:20
   59:14 62:25 71:21
   78:25 88:25 104:19
   131:17,20 135:16
**Realtime (4)**
1:24 2:14 149:5,23
**reason (20)**

37:22 57:17 124:20
   135:2 137:7 139:3
   140:6 150:6,7,9,10
   150:12,13,15,16,18
   150:19,21,22,24
**reasonable (3)**
38:11 140:2,8
**recall (11)**
15:14,20 16:2,4,4,15
   16:16 17:3 73:20
   74:11,16
**recap (1)**
47:24
**received (1)**
10:16
**recently-published ...**
11:18
**Recess (4)**
40:10 68:12 117:20
   141:2
**recommend (1)**
129:18
**recommended (1)**
25:11
**record (13)**
8:19 19:11 40:9,14
   68:11,16 117:19,24
   141:1,6 148:3
   149:10 150:4
**rectum (2)**
32:9 135:22
**Reducing (1)**
66:22
**refer (1)**
17:9
**reference (3)**
68:21 76:25 144:15
**referenced (2)**
94:8 147:23
**references (2)**
121:23 123:24
**referring (1)**
61:12
**refers (1)**
16:2
**reflect (1)**
41:15
**reflects (1)**
46:19
**regard (12)**
21:10 40:3 51:15
   100:9 124:4,6
   126:16 129:5 142:2
   142:10 145:19
   146:20
**regards (1)**

142:4
**regression (1)**
94:16
**related (2)**
5:3 149:12
**relates (1)**
1:6
**relative (12)**
30:24 31:9,22 33:3,16
   55:5,9 106:10
   134:12,14,20
   136:25
**relatively (7)**
43:6 48:2,10 57:23
   59:2 71:8 97:20
**reliability (2)**
14:10,14
**reliable (2)**
24:14 118:17
**relied (2)**
89:22 108:10
**rely (3)**
11:21 86:12 115:7
**relying (4)**
78:6,12,16 120:17
**remain (1)**
143:14
**remember (17)**
26:7,9,11 51:14 61:6
   74:13,23 86:18,25
   87:15,25 88:1 89:15
   141:13 142:8 143:2
   145:12
**repeat (4)**
21:25 22:1 29:24 44:1
**report (31)**
4:18 5:7 9:21 10:14
   11:11 13:5 15:6
   18:5 19:15 40:18
   43:5 45:8 49:9,12
   51:11 69:21,22
   72:22,23 78:23 83:5
   91:8 94:2,4,8 103:5
   110:5,19 139:22
   144:15 147:24
**reported (5)**
1:22 49:22 51:12
   110:16 142:6
**reporter (4)**
7:21 8:10 78:10 149:6
**Reporting (2)**
7:19,23
**represent (1)**
140:4
**representative (1)**
139:17

**reputable (1)**
12:4
**required (2)**
78:18 145:23
**research (1)**
27:17
**respected (1)**
105:1
**respective (1)**
134:14
**respond (15)**
41:24 44:20 46:24
103:14,16 119:23
119:25 121:17
122:18 123:7
130:12 131:10,19
131:23 132:21
**responded (5)**
42:10,16 121:15
122:16 129:16
**respondents (3)**
52:21,24 106:11
**responders (2)**
44:24 133:5
**responding (1)**
51:21
**response (15)**
37:16 41:5,8 43:15
44:11,14 45:22 48:2
65:1,7 80:19 81:3,4
81:20 123:8
**responses (3)**
44:19 103:18,21
**rest (1)**
54:15
**restricted (2)**
110:5 121:4
**result (7)**
54:20 67:13,24 92:24
108:18 109:1
147:17
**resulted (3)**
46:10 87:20 124:13
**resulting (1)**
114:11
**results (10)**
12:23 54:12,13 78:25
119:3,11,12,18
134:19 137:16
**retrospective (2)**
146:10,12
**returned (1)**
41:11
**reverse (1)**
50:10
**review (10)**

20:2 25:25 26:5,15
27:1,6,8,15 95:20
116:19
**reviewed (10)**
20:1 21:3,20,21 22:3
22:5 25:10 91:8
98:18 99:21
**reviewers (5)**
25:16,21 26:1 99:5
102:10
**reviews (4)**
26:16,18,20,25
**right (144)**
9:6,22 10:3 11:23
14:20 15:6,15 16:11
16:18,21 20:3 21:24
22:13 23:8,12,18
24:4,8 26:10 28:6
28:20,23 29:14
30:25 31:15 34:10
35:15,16,20 36:3
37:4,6 38:22,23
39:10,20 40:16
41:16 42:1,7 43:13
43:14 44:5 45:2
46:4,11,12 49:1,14
50:23 53:4 54:7,17
55:2,7,19 56:5,10
56:14,19 57:11,19
58:2 59:4 61:11,16
62:17,23 64:5 67:4
72:5,6,14,20 73:17
78:14 80:8 81:8,14
81:19 82:2,10,17
83:14 84:9 85:12,13
86:22 87:4,21 91:8
91:21 92:2 96:5
97:21,22 102:14
103:18,22,23 104:8
107:3 108:5,10,12
109:4 110:3,13,14
111:14,17 112:11
112:24 113:19
114:3,5,6,7,11,15
118:18 119:13
121:5,9,12 122:18
122:19 123:1,7,8,11
123:21 124:10
125:16 126:7 127:1
129:22 132:11
135:5,18 137:21
138:5 143:25 144:3
**right-hand (1)**
29:3
**Rinsky (6)**
5:17 121:22 122:3

123:5,20,23
**risk (22)**
28:14,17 29:9 36:25
55:5,9,11 75:14
76:16 77:25 79:7,23
80:12 87:3,7,20
124:22 134:12
135:3,4,5 139:12
**risks (14)**
23:15 30:24 31:9,22
33:3,16 77:8 78:19
78:22 79:25 80:9
134:14,20 136:25
**role (1)**
11:16
**room (1)**
37:25
**Roos (15)**
12:20 13:1,3,9 15:12
22:8 29:6,17 40:23
42:18,18 73:7 75:23
139:3,4
**rotate (1)**
57:21
**Roundup (9)**
1:4 7:8 11:23 12:1,10
56:14,17 145:12
150:1
**row (2)**
80:7,7
**RPR (4)**
1:23 2:13 149:4,22

—————————————
**S**

**S (2)**
3:1 4:8
**sample (1)**
103:14
**saying (6)**
38:2 70:22 71:13
74:16 79:19 107:22
**says (4)**
20:9 104:2 107:5
132:7
**scenario (1)**
57:23
**scenarios (1)**
57:22
**scientific (1)**
99:8
**scientifically (4)**
83:16 98:9 99:9,24
**scope (3)**
18:4 29:5 83:5
**score (1)**
106:25

**second (38)**
10:10 11:13 34:4 41:6
42:16 44:23 45:7,21
45:24 48:6 49:22
50:5,17 59:13 66:11
103:15 110:11
111:5,12,21 112:10
112:21 115:4 118:5
119:24 120:7,10,17
120:19 121:15,25
122:2,17 123:19
131:10,23 141:18
141:22
**secret (1)**
25:25
**section (7)**
20:9 21:21 22:6 28:10
28:11 107:4 132:13
**secular (1)**
48:7
**see (38)**
20:7,9 31:13,24 37:6
39:11,14 40:25 45:4
46:7 47:2 73:12
75:5,12,17,19 76:11
76:16,17 77:15,22
77:25 78:18 81:2,4
94:15,25 95:4
103:24 107:14
110:2 114:20
118:22 119:10
128:10 135:24
137:16 139:10
**seeing (1)**
103:16
**seen (1)**
93:20
**selection (8)**
107:10 119:19 120:3
123:1 129:17,19
131:3 132:11
**sense (3)**
25:2 136:20 138:14
146:15
**sensitivity (23)**
108:3,9,16 109:4,24
110:1,21 111:5,13
111:21 112:21
113:11 114:6,21
115:6 117:2 118:3
118:16 119:9 121:2
121:10 129:14
130:18
**sentence (5)**
11:15 53:4 54:16 66:7
105:9

**sentences (2)**
107:6 109:23
**separate (1)**
115:6
**series (3)**
141:10 142:1,4
**set (3)**
119:10 149:9,16
**severe (1)**
146:24
**Shimada (4)**
3:19 8:7,7 122:10
**short (21)**
48:13 52:2 68:24
70:25 71:3,4,4,8,13
71:23 73:15 74:4,17
88:6,18 89:19,20
97:20 145:16
147:12,21
**shorter (1)**
51:19
**Shorthand (1)**
149:6
**show (9)**
18:1 34:8 37:2 67:21
68:2 74:9 76:20
78:4 79:22
**showed (2)**
9:17 121:24
**showing (1)**
76:5
**shown (1)**
17:5
**shows (6)**
37:16 80:13 85:10,12
85:14 123:14
**significance (2)**
67:22 68:3
**significant (42)**
12:5 13:14 25:4 31:11
36:7,17 37:1,4
38:22,25 39:4,12,18
46:10 55:10,12
64:19 67:13,20,25
71:23 75:12,13 77:9
77:24 79:23 80:4,10
80:12 82:24 113:2
122:25 124:13
125:10 127:7
128:11 132:10
136:3,13 137:19
144:18,25
**significantly (3)**
75:20 78:22 87:6
**similar (4)**
119:10,12,18 120:18

Similarly (1)
94:22
Simultaneous (1)
78:9
simultaneously (1)
17:14
sir (63)
10:23 11:12 12:16
14:5 16:23 17:6,21
19:2 20:2 21:6,14
21:19 22:2 23:6
24:15 26:15 27:20
28:12 29:2,23 30:18
31:5,21 32:21 37:4
38:25 41:5 46:4
52:25 61:6 73:4,19
74:11 75:22 77:12
78:3 84:13 85:23
86:10 88:3 90:5
93:10,18 94:13,22
95:3 99:6 100:12
104:1 105:10 106:8
106:24 107:5,14
112:20 122:9 123:5
125:14 126:2
133:20 135:20
139:19 147:7
sit (2)
60:2 101:17
situation (3)
69:12 97:18 147:22
situations (1)
96:3
six (3)
37:9 69:14 142:20
size (1)
14:15
skill (1)
106:25
skip (1)
107:3
slightly (3)
35:25 53:13,15
small (11)
34:19 35:12 37:10,19
38:10 67:23 71:24
80:24,24 122:25
132:9
smaller (2)
67:24 134:22
smallest (3)
35:12 82:12 83:24
smoked (1)
132:24
sole (1)
71:12

solid (3)
27:25 30:20 33:8
somebody (4)
39:17 57:24 59:11
69:23
somewhat (4)
63:16 64:18 136:1,2
sophisticated (4)
12:23 13:11 60:22
92:1
sophistication (1)
14:17
sorry (7)
21:25 24:20 79:18
85:6 87:23 117:13
122:11
sort (3)
63:24 76:13 137:10
sorts (2)
126:4,5
source (1)
140:7
span (1)
39:14
spans (1)
39:14
speak (2)
99:4 123:20
speaking (5)
16:18 18:15,20 25:8
31:4
speaks (1)
76:14
special (1)
130:15
specialist (2)
7:18 69:22
specific (5)
30:20 31:20 72:10,11
74:19
specifically (4)
23:5 25:8 53:9 74:14
speculate (1)
58:5
speculation (3)
58:13 140:14,16
stable (1)
96:2
standalone (1)
130:20
standard (1)
100:24
stands (1)
101:25
start (7)
7:5 27:21 47:25 49:14

137:1,4,5
started (6)
49:18 50:8 59:15,16
59:17,19
starting (2)
10:7 101:4
starts (1)
109:22
state (2)
19:25 149:2
stated (2)
21:3 102:17
statement (12)
8:19 18:17 24:18 61:7
71:19 72:3,4 90:19
96:18,24 105:7
142:5
statements (4)
18:20,22 19:14
101:21
STATES (1)
1:1
statistical (5)
62:11 68:2 105:12,14
112:8
statistically (17)
31:11 37:4 38:21,24
39:3,12,17 67:21,25
75:19 77:24 80:3,10
81:23 82:24 113:2
137:18
stepped (1)
64:6
stop (2)
38:4 56:22
stopped (4)
57:25 58:1 113:14,23
straddle (1)
33:17
straddling (1)
31:12
Street (1)
3:16
strong (1)
70:17
studied (1)
98:3
studies (63)
13:20,24 14:15,21,23
15:21,22 16:10
20:11 42:14 52:2
69:8,18,19 70:2,7,8
71:5,16,19 72:5
80:17 86:7,12,17,19
88:10,14 89:1,15,16
89:22 97:14 98:18

98:19 100:14,17,19
101:14,24 102:5
104:6,7,11,17,20,25
105:11 124:21,22
126:4,7,10,19 128:8
128:9 130:3 143:13
143:14,19 144:17
146:25 147:13
study (147)
5:5,12,13,14,15,16,17
8:23 9:12 10:18
11:22 12:4,6,20
13:1,3,15,16,21,22
13:25 14:10,15 15:5
15:10,15 16:6,25
21:23 22:19,24 25:7
25:9,22,24 27:24
28:6,14,23 29:4,5,7
29:17,17 31:5,25
42:3,4,5 48:13,21
52:5 54:11 61:21,21
61:24 62:1 63:2
66:22 67:5 68:1,20
68:23 69:16 70:3
71:15 73:7,14 75:18
76:1 77:2 79:1,22
87:19,24 88:4,6,17
88:19,24 89:3,10
90:12,13,22 91:16
92:6,23 93:11,13,14
93:15,16,18 94:13
94:17,23 95:3 96:10
96:13 100:8,9,18
101:9,10,11 102:7
103:4 104:8,14
106:8 107:5,23
108:4 109:15
118:17 124:2,15,19
125:8,12,22 126:13
127:6,9,10 128:4,9
128:15,24 129:5,18
130:4,20,21 134:18
135:10 139:15
142:22 144:6,20,21
144:24 145:22
146:6,10,10
study's (1)
97:3
sub-groups (2)
62:25 64:17
subject (1)
130:22
Subscribed (1)
148:14
subsequent (1)
22:9

subset (3)
42:21 107:11,13
substance (8)
31:14 32:1 70:12,16
70:19 77:3 98:10
135:24
substances (8)
12:2,10 17:15,18
20:16 23:14 71:16
99:10
subtypes (7)
28:2 30:1 33:22 34:14
76:13 78:5,14
suggest (1)
83:7
suggesting (2)
140:10,13
suggests (3)
55:18 78:17 79:24
summarizes (1)
20:10
supplemental (26)
4:18 5:2 10:6,14
11:11 15:5 18:5
19:15 40:18 41:11
41:18 42:8,20 43:5
43:8,19 45:8 83:25
84:16,18,22 85:7,11
94:2,4,8
supplementary (1)
84:24
support (4)
4:22 5:9 78:7 83:8
supporting (1)
126:4
suppose (2)
59:9 98:22
supposed (1)
139:20
sure (8)
11:5 41:17 57:22
65:14 71:21 92:12
97:12 116:11
surprising (3)
108:25 114:16 119:2
surrounding (1)
102:24
survey (16)
22:8 42:6 43:16,20
45:2 46:1 48:6
49:19,23 50:3,5,16
50:17 59:11,13
103:15
surveys (3)
41:9,21 104:6
suspect (2)

70:12 112:14
**swear (1)**
8:11
**switch (2)**
117:4,15
**switched (2)**
57:18,18
**sworn (3)**
8:15 148:14 149:9
**Systems (4)**
1:24 2:14 149:5,23

---
**T**

**T (3)**
4:8 149:1,1
**T-cell (6)**
35:11 36:13 37:8
38:10,18 77:22
**table (35)**
30:18,18,19 32:13
34:1,2,3,5 37:23,24
38:3,5 76:9,17
77:12 79:24 82:2,11
82:15,16 83:25 84:4
84:16,18,20,22 85:6
85:8,12,15 106:24
133:20,22 134:1,4
**tables (1)**
84:25
**take (15)**
4:10,14 20:5 25:5,6
27:5,19 37:24 40:6
64:15 79:5 94:18
133:20 137:15
140:23
**take-home (1)**
42:10
**taken (6)**
8:20 40:10 52:8 68:12
117:20 141:2
**takes (5)**
76:19,23 77:2 114:3
145:10
**talk (5)**
23:5 31:19 33:10 41:1
59:25 69:1 109:11
119:5
**talked (3)**
32:7 95:15 112:1
**talking (22)**
10:2 16:17 18:10 19:9
19:16 38:17,18
39:20 56:13 62:9
66:18 69:17,19 73:6
77:11 82:7 84:3
85:7 95:7 107:19

118:9 145:25
**talks (4)**
93:25 94:5,6 144:16
**tape (1)**
106:6
**tapes (1)**
117:15
**technique (2)**
100:24 105:16
**tell (9)**
41:3 47:3 49:17 53:4
56:2,7 62:12 77:12
112:18
**telling (2)**
36:24 37:11
**tells (2)**
135:8 136:15
**ten (13)**
52:13 68:7,9 74:3
75:4,15,20,24 78:20
85:12 86:22 87:5,10
**tend (6)**
54:6,23,24 66:23 67:6
67:15
**tends (1)**
16:9
**term (1)**
129:3
**terms (4)**
13:17 16:21 48:14
65:5
**tertile (1)**
39:9
**tertiles (3)**
35:22 36:1 81:1
**test (6)**
108:4 109:24 111:13
113:11 114:6
118:16
**tested (2)**
103:9,13
**testicular (2)**
32:11 147:18
**testified (2)**
8:16 135:20
**testifying (1)**
140:2
**testimony (14)**
74:25 75:2 79:13
83:13 89:25 97:10
124:8 125:18 129:8
136:8 139:21 140:8
143:3 149:11
**tests (6)**
108:3,9 117:2 118:16
119:9 130:18

**text (1)**
42:4
**Thank (4)**
8:9 32:15 40:7 148:1
**thing (5)**
46:13 56:1 72:10,11
139:10
**things (5)**
27:15,16 46:24 56:23
81:18
**think (22)**
10:24 13:15 25:4,20
37:25 43:3 47:12,14
57:22 62:25 63:1
65:15 69:6 73:23
74:8 75:4 85:3
87:16 124:9 128:7
129:9 130:12
**third (11)**
7:20 46:7,17 80:7
113:11 115:15
117:1 118:8 123:7,9
123:10
**thought (3)**
116:8 129:24 130:2
**three (17)**
19:5 21:2 35:14 48:6
52:14 64:16,21
101:4,14 107:6
108:16 109:23
115:5 118:16 119:9
130:18 145:5
**three-to-one (1)**
61:22
**threefold (1)**
77:23
**ticking (1)**
138:3
**tie (2)**
18:7 19:14
**tied (1)**
46:25
**tightly (1)**
136:3
**time (40)**
9:5 10:10 12:22 13:10
16:16 17:17 18:9,11
27:11 40:14 43:20
45:17 47:17,19 52:8
52:11 68:15,24
69:15 72:18 73:14
73:15,23 76:20 89:4
94:18 96:2,8 97:21
102:20 106:3
109:11 114:19
115:12 117:24

124:11 141:5
146:12 147:12
148:6
**times (7)**
29:11 101:4 115:12
117:11 123:25
146:1,1
**titled (1)**
68:20
**today (8)**
7:21 10:3 24:6 75:1
89:17 129:4 144:13
145:3
**today's (1)**
148:5
**told (4)**
40:19 56:1 57:7,8
**top (3)**
26:11 88:12 89:16
**total (1)**
28:17
**totally (1)**
66:9
**toxic (1)**
147:20
**train (1)**
120:14
**training (1)**
60:16
**traits (1)**
60:15
**transcription (1)**
150:5
**tremendous (1)**
131:2
**trend (1)**
36:22
**trends (4)**
48:7 81:22 82:1,11
**tried (1)**
44:16
**true (28)**
15:24 32:23 38:14
40:5 46:6 50:10
51:23 54:9,11,22
55:8,18 56:22 57:13
63:8 65:8 67:1,13
81:3,11,14 87:7
109:9 125:5 130:25
134:19 135:1
149:10
**truly (1)**
137:5
**truncated (2)**
113:12 118:9
**try (3)**

44:18 52:4 146:17
**trying (6)**
44:5,10 47:24 60:24
120:8,11
**TSG (2)**
7:18,22
**tumors (2)**
28:1 33:8
**Turn (3)**
19:2,24 21:14
**Turner (2)**
3:22 7:17
**twice (1)**
99:13
**two (18)**
35:17 37:15 41:21
42:2 48:4 61:14,15
64:9,10 74:19 82:18
103:24 117:1,2
119:21 122:19
145:15 147:8
**two- (1)**
61:22
**two-and-a-half (1)**
8:24
**types (1)**
118:21
**typical (1)**
69:8

---
**U**

**U.S (1)**
7:9
**Uh-huh (1)**
138:17
**ultimate (1)**
86:5
**unclear (1)**
116:15
**undercounted (1)**
49:23
**underlying (1)**
114:17
**underreport (1)**
53:14
**understand (8)**
16:17 27:4 44:2 127:5
135:2,10,14 136:16
**understanding (1)**
125:11
**understands (1)**
60:23
**understood (1)**
102:23
**unexposed (7)**
47:8 61:10 62:6,14

63:10 64:1 134:6
**unfair (1)**
76:5
**unique (3)**
96:18,24 97:1
**uniquely (1)**
124:1
**UNITED (1)**
1:1
**unlagged (1)**
30:4
**unpublished (1)**
9:18
**unsuccessful (1)**
45:24
**update (2)**
11:18 146:17
**updated (1)**
28:13
**usage (1)**
47:6
**use (63)**
28:13,16 29:9,25
35:13 44:25 45:15
46:9 47:16 48:5,7
49:15,19,20,22 56:3
56:25 57:10 58:10
58:19,23,24 59:3,3
59:20,22 60:5 62:12
68:4,22 69:2 77:1
78:1 92:23,25 94:3
96:1,4,5 97:18 98:5
98:20 102:25
111:16,25 118:3,12
121:11 124:10
125:3 129:3,20
130:10 133:2 139:1
143:6,18,24 144:2,3
145:11 146:22
147:15
**user (2)**
50:6,11
**users (1)**
58:10
**usually (2)**
26:8 27:18

**V**
**valid (3)**
99:24 100:1 138:22
**validating (1)**
126:5
**validity (3)**
13:16 14:14 25:7
**value (5)**
14:8 39:15 136:1,2,19

**values (5)**
32:25 33:1 36:6 67:4
136:25
**variance (2)**
66:24 67:1
**variety (1)**
50:1
**various (5)**
34:14 53:1 54:18 66:7
80:25
**version (1)**
9:5
**versions (1)**
56:13
**versus (3)**
62:5 65:19 139:7
**video (3)**
1:15 2:9 7:18
**video-recorded (1)**
7:6
**VIDEOGRAPHER...**
3:22 7:4 8:9 40:8,12
68:10,14 106:5
117:4,17,22 140:25
141:4 148:2
**videotaped (2)**
4:11,15
**view (6)**
22:7 69:3 70:10 98:8
116:1 136:23
**volume (1)**
20:13

**W**
**WAGSTAFF (1)**
3:2
**wait (13)**
63:12 64:2,2 79:16
85:4 96:20,20 100:6
115:10 136:7
139:24,24,24
**want (24)**
8:18 11:4 14:4 19:14
40:23 53:3 62:22
63:2 64:12 68:4
71:20 75:8 82:20
85:25 86:1,16 94:19
97:16 101:18,20
102:1 116:22 144:3
145:21
**Washington (1)**
3:17
**wasn't (2)**
37:9 118:23
**way (18)**
25:23 33:3 43:10 50:9

50:15 52:3 58:20
63:17 92:14 99:17
105:17,23 111:6
128:8,15 131:2,11
149:14
**ways (1)**
108:11
**we'll (10)**
19:19 31:19 41:1
42:24 50:21 59:25
78:21 117:16 119:7
140:23
**we're (10)**
10:2 18:10 19:10,16
20:21 37:23 38:5
39:6 66:17 117:18
**We've (1)**
19:20
**weak (1)**
70:17
**weaken (2)**
12:9,18
**weaknesses (1)**
40:21
**weekends (1)**
27:11
**weigh (2)**
14:7,24
**weighing (1)**
14:14
**weight (10)**
11:25 12:3,7,16,25
13:2,2,8 15:11
40:22
**weighted (2)**
91:19 92:1
**Weisenburger (13)**
1:16 2:10 4:3,13,15
4:20 5:8 7:7 8:13
9:3 40:16 148:11
150:3
**welcome (1)**
106:18
**went (1)**
95:19
**weren't (4)**
49:5 57:10 59:12
133:1
**West (3)**
2:11 3:4 7:13
**WHEREOF (1)**
149:16
**widely (5)**
56:10 58:25,25 104:4
104:25
**willingness (1)**

100:21
**Wilshire (1)**
3:10
**window (1)**
59:16
**withdraw (1)**
147:2
**withdrawing (1)**
103:13
**witness (166)**
4:2 8:11,14 9:15 11:6
12:14 13:13 14:20
15:17,24 16:13,20
17:3 23:1 24:10,17
25:20 28:8,25 29:20
30:10,16 31:2,17
32:5 33:20 34:4,7
34:25 35:22 36:16
37:18 38:13 39:23
44:1 45:4 46:17
48:17 49:8,25 50:25
51:7,23 53:7,21
54:9 55:22 56:21
57:13 58:4 59:8
60:12,20 61:19
62:22 63:14 64:9
65:13 66:4,17 67:1
67:19 70:5,15 71:2
72:16 74:13,23 76:7
77:6 78:16 79:14,18
80:15,23 81:10,16
82:22 83:6,20 84:3
84:21 85:5,25 86:18
87:2,14 88:12,23
89:8,10 90:1,17
91:1,23 92:4,12
94:20 95:13 96:22
97:12 98:14 99:18
100:7,16 101:2,5,6
102:3,21 103:11
104:19 105:6,22
107:21 108:7,14,22
109:8,18 111:3
112:13 113:9,21
114:15 115:13,15
115:21 116:5,14
117:13 118:1,20
119:17 120:23
121:9 122:11 123:3
123:13 124:9 125:7
125:21 126:9,19
127:5,18 128:7,22
129:9,24 130:8,25
131:17 132:18
133:16 134:25
136:9 137:3,23

138:7 140:16,22
145:7 149:8,11,16
**words (2)**
71:7 110:6
**work (7)**
17:25 26:22,24 27:1
27:10 97:9,13
**workers (1)**
69:9
**working (3)**
17:14,14 22:18
**works (3)**
85:15 97:8,12
**worse (3)**
123:8 130:5,9
**wouldn't (15)**
16:17 50:7,13 52:11
54:23 59:14,17,18
59:19 80:11 83:16
113:17,17 114:20
137:15
**write (3)**
27:7 29:7 46:13
**wrong (5)**
41:3 47:15 62:7 124:6
137:20
**wrote (1)**
28:12

**X**
**X (2)**
4:1,8

**Y**
**yeah (14)**
11:7 42:20 44:14
45:10 47:22 55:8
84:7,19 95:9 107:21
109:16 113:21
138:2 143:13
**year (24)**
45:1,16,18,18,25 48:6
49:16,21 51:11,14
52:15 55:25 56:19
56:19 57:9,20,25
58:25,25 59:1,1,18
142:7 146:22
**years (68)**
19:5 21:2 29:10 45:13
47:16,17,18 48:19
50:16 52:10,12
68:22,24 69:1,2,11
69:13,14,14 70:24
71:10,13 72:13,18
73:14 74:3 75:4,9
75:10,16,21,23,24

75:25 76:1,7,10,24
76:24 77:1,2 78:2
78:20 79:4,6 80:4,5
80:5,5 85:21 86:3,8
86:10,13 87:12,17
88:1,5,19,20 89:6
89:19,20 142:10,17
142:20 145:15
147:9
**yield (1)**
137:18
**yields (1)**
57:3
**York (2)**
7:20,20
**younger (1)**
132:22

---
### Z
---

---
### 0
---

**0.04 (2)**
82:5,23
**0.05 (3)**
81:24,25 82:2
**0.3 (2)**
82:16 84:1
**0.82 (1)**
110:18
**0.83 (4)**
134:13,13,22,23
**0.87 (2)**
134:13,23
**0.88 (2)**
134:13,23
**0.89 (1)**
39:9

---
### 1
---

**1 (9)**
7:6 10:8,12 39:14
40:13 68:15 117:18
134:15 150:4
**1,324 (1)**
29:13
**1.0 (1)**
55:1
**1.2 (1)**
55:13
**1.8 (1)**
55:13
**10 (9)**
4:10,14,18 5:2,5
74:17 80:5 93:11
101:11
**10:11 (2)**

68:13,15
**103 (1)**
5:15
**10816 (3)**
1:23 2:13 149:22
**11 (1)**
103:4
**11:06 (2)**
117:19,20
**11:16 (2)**
117:21,25
**11:41 (2)**
141:1,2
**11:55 (2)**
141:3,6
**12 (6)**
45:13 52:13 77:17
122:9,13 142:20
**12:03 (2)**
148:3,6
**12100 (1)**
3:10
**122 (2)**
5:16,17
**13 (1)**
123:5
**1350 (1)**
3:16
**136023 (1)**
1:25
**14 (2)**
6:5 69:14
**141 (1)**
4:5
**147 (1)**
4:4
**15 (3)**
77:17 80:5 85:12
**16 (1)**
6:4
**16-md-02741-VC (2)**
1:7 7:11
**18 (11)**
5:6 47:18 68:24 72:18
75:25 76:1,7 88:19
88:20 89:6,20
**19 (1)**
77:20
**1993 (1)**
42:6
**1999 (2)**
41:22 42:6

---
### 2
---

**2 (28)**
10:9 30:18,18 32:13

34:2,3,5 37:23,24
38:3,5 47:4 49:15
52:19,25 55:12 61:7
106:16,17 107:8
117:23 133:20,22
134:1,4 141:5 148:4
150:4
**20 (21)**
6:3,4 62:15,15,15,16
62:16 63:11,11,11
63:11 69:10 75:10
76:10 78:2 79:6
80:5 85:12 86:2,8
135:7
**20-year (8)**
80:20 82:6,12 83:23
84:8,16 85:11,16
**2000 (1)**
42:18
**20005 (1)**
3:17
**2005 (19)**
9:12 13:9 15:12 22:8
29:6,17 40:23 41:22
42:7,19 73:7 75:23
113:12,14,23
115:16,22 116:9
118:12
**2013 (1)**
9:18
**2015 (1)**
19:5
**2017 (1)**
5:3
**2018 (42)**
1:18 2:5 7:1 9:25
10:18 11:22 15:5,15
21:8 23:5,25 24:14
25:10 27:20 29:4
40:21,25 41:16 42:4
44:8 47:21 68:20
91:16 99:7,9 102:7
108:4 115:5 123:11
123:20 124:2 126:3
130:21 133:21
134:4 148:15
149:17 150:2
**21 (2)**
6:5 21:14
**22 (6)**
1:13 2:5 6:6 7:1,15
150:2
**22nd (1)**
149:17
**25 (1)**

77:20
**2741 (1)**
1:5

---
### 3
---

**3 (23)**
10:13 11:12 34:1
40:17 55:9,12 76:9
76:17 77:12 79:24
82:2,11 83:25 84:4
84:16,18,22 85:6,8
85:12,15 106:24
150:5
**30 (4)**
69:11 75:9 86:2,8
**30-11 (1)**
103:1
**30-12 (1)**
122:5
**30-13 (1)**
122:6
**30-year (1)**
78:21
**31 (4)**
36:19,22,24 84:12
**31-1 (2)**
4:10 10:19
**31-10 (6)**
5:14 93:8 94:6 95:8,8
101:15
**31-11 (1)**
5:15
**31-12 (1)**
5:16
**31-13 (1)**
5:17
**31-2 (2)**
4:14 10:19
**31-3 (2)**
4:18 10:20
**31-4 (2)**
5:2 10:20
**31-5 (2)**
5:5 10:20
**31-6 (2)**
5:6 18:23
**31-7 (2)**
5:7 73:1
**31-8 (4)**
5:12 93:7,24 101:15
**31-9 (4)**
5:13 93:7 94:3 101:15
**34 (2)**
4:22 8:21
**34,698 (1)**
111:10

77:20
**2741 (1)**
1:5

**35 (1)**
77:22
**37 (15)**
41:23 44:15,20 84:10
84:13 107:9 112:3
112:20,21 115:3
118:4,14 131:19
141:21 142:2

---
### 4
---

**4 (4)**
10:15 109:13,18
134:15
**40 (3)**
42:9 86:2,8
**413 (1)**
107:5
**44 (2)**
41:10,14

---
### 5
---

**5 (8)**
6:6 10:17 27:19 28:12
55:19 73:4 133:21
134:4
**5-year (1)**
85:11
**5,779 (1)**
29:12
**50 (2)**
61:9,9
**50/50 (3)**
62:10,23 63:3
**545 (1)**
94:14

---
### 6
---

**6 (2)**
19:3 45:13
**6.7 (3)**
73:14 74:17 75:23
**63 (1)**
141:18
**64 (2)**
95:4,5

---
### 7
---

**7 (5)**
19:24 20:5 29:2 55:20
72:25
**700 (2)**
2:11 7:13
**7171 (1)**
3:4
**73 (1)**
5:7

**747 (1)**
7:20
**794 (1)**
94:23

___

**8**

**8 (4)**
28:12 29:2 93:10
101:11
**8.5 (16)**
47:17 48:19 68:23
69:1,13 70:24 71:10
71:13 72:13 77:1
79:4 86:10,13 87:12
88:5 89:19
**8:41 (3)**
2:6 7:2,16
**80226 (1)**
3:5
**87 (1)**
138:2

___

**9**

**9 (4)**
4:4 6:3 10:12 101:11
**9:14 (2)**
40:9,10
**9:24 (2)**
40:11,14
**9:58 (2)**
68:11,12
**90025 (1)**
3:11
**91016 (1)**
7:15
**93 (3)**
5:12,13,14
**97 (1)**
42:6
**99 (1)**
42:7