# Exhibit 4

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4    IN RE:  ROUNDUP PRODUCTS          )

     LIABILITY LITIGATION,            )

5                                     )

     _____ ) MDL No. 2741

6                                     )

     This document relates to:        ) Case No.

7                                     ) 16-md-02741-VC

     ALL ACTIONS                      )

8                                     )

     _____)

9

10

11

12

13

14

15            VIDEO DEPOSITION OF

16            BEATE RITZ, MD, PHD

17           Los Angeles, California

18          Friday, January 19, 2018

19

20

21

22    Reported by:

23    LISA MOSKOWITZ, CSR 10816, RPR, CRR, CLR,

24    NCRA Realtime Systems Administrator

25    JOB NO. 136022

Page 2

```
 1
 2
 3
 4
 5                    January 19, 2018
 6                       1:06 p.m.
 7
 8
 9          Video deposition of BEATE RITZ, MD,
10      PHD, held at the offices of Baum, Hedlund,
11      Aristei & Goldman, PC, 12100 Wilshire
12      Boulevard, Suite 950, Los Angeles,
13      California, before Lisa Moskowitz,
14      California CSR 10816, RPR, CRR, CLR, NCRA
15      Realtime Systems Administrator.
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1      -------------- I N D E X ----------------
 2   WITNESS:       EXAMINATION         PAGE
 3   Beate Ritz, M.D., Ph.D.
 4            Mr. Lasker        8, 185
 5            Ms. Forgie          152
 6
 7
 8      ------------- E X H I B I T S ------------
 9   NUMBER                      MARKED
10   Exhibit 30-1   Supplemental Report of    8
11        Dr. Beate Ritz, M.D.,
12        Ph.D.
13   Exhibit 30-2   Alavanja Study      11
14   Exhibit 30-3   Koutros Study       12
15   Exhibit 30-4   Silver Study        15
16   Exhibit 30-5   Jones             17
17   Exhibit 30-6   Koutros Study       19
18   Exhibit 30-7   Engel Study         21
19   Exhibit 30-8   Bonner Study        23
20   Exhibit 30-9   Benbrook Study       43
21   Exhibit 30-10  AHS Imputation      67
22        Methodology
23   Exhibit 30-11  Andreotti Study      70
24
25
```

Page 3

```
 1   A P P E A R A N C E S :
 2      ANDRUS WAGSTAFF ATTORNEYS AT LAW
 3      Attorneys for Plaintiffs
 4      7171 West Alaska Drive
 5      Lakewood, Colorado 80226
 6      BY:  KATHRYN FORGIE, ESQ.
 7      BY:  DAVID WOOL, ESQ. (By telephone)
 8
 9      BAUM HEDLUND ARISTEI & GOLDMAN
10      Attorneys for Plaintiffs
11      12100 Wilshire Boulevard
12      Los Angeles, California 90025
13      BY:  MICHAEL BAUM, ESQ.
14      BY:  PEDRAM ESFANDIARY, ESQ.
15
16      HOLLINGSWORTH
17      Attorneys for Defendant Monsanto
18      1350 I Street, N.W.
19      Washington, D.C. 20005
20      BY:  ERIC LASKER, ESQ.
21      BY:  ELYSE SHIMADA, ESQ.
22
23   ALSO PRESENT:
24      SCOTT McNAIR, Videographer
25
```

Page 5

```
 1      ------------- E X H I B I T S ------------
 2   NUMBER                      MARKED
 3   Exhibit 30-12  AHS Imputation       74
 4        Methodology NCI 2018
 5        Sensitivity Analysis II
 6   Exhibit 30-13  AHS Imputation       81
 7        Methodology NCI 2018
 8        Sensitivity Analysis II
 9   Exhibit 30-14  AHS Imputation       85
10        Methodology NCI 2018
11        Sensitivity Analysis III
12   Exhibit 30-15  Memo by John Acquavella,  104
13        dated 7/22/97
14   Exhibit 30-16  Liew Study        109
15   Exhibit 30-17  Blair Study       116
16   Exhibit 30-18  Gray Study        133
17   Exhibit 30-19  Blair Study       138
18   Exhibit 30-20  Expert Report of Dr.   156
19        Beate Ritz, M.D., Ph.D.
20   Exhibit 30-21  Acquavella Study    176
21   Exhibit 30-22  Ward Editorial      176
22
23
24
25
```

1    LOS ANGELES, FRIDAY, JANUARY 19, 2018
2              1:06 P.M.
3
4        THE VIDEOGRAPHER:  Good afternoon.
5    This is the start of tape labeled
6    number 1 of the videotaped deposition of
7    Dr. Beate Ritz in the matter of Roundup
8    Products Liability Litigation.  This
9    case is before the United States
10   District Court for the Northern District
11   of California, case number bearing MDL
12   number 2741 and case number 16-MD-02741-VC.
13       This deposition is being held at
14   12100 Wilshire Boulevard, Los Angeles,
15   California.  Today's date is January 19,
16   2018.  The time is approximately
17   1:06 p.m.
18       My name is Scott McNair from TSG
19   Reporting, Incorporated.  I'm the legal
20   video specialist.  The court reporter
21   today is Lisa Moskowitz also in
22   association with TSG Reporting.
23       Will counsel please identify
24   yourselves for the record.
25       MR. LASKER:  Erick Lasker from

1    Hollingsworth, LLP, on behalf of
2    Monsanto.
3        MS. SHIMADA:  Elyse Shimada from
4    Hollingsworth, LLP, on behalf of
5    Monsanto.
6        MR. ESFANDIARY:  Pedram Esfandiary
7    of Baum Hedlund, plaintiffs.
8        MS. FORGIE:  Kathryn Forgie on
9    behalf of the plaintiffs.
10       MR. BAUM:  Michael Baum on behalf
11   of plaintiffs.
12       THE VIDEOGRAPHER:  And on the
13   phone?
14       MR. WOOL:  David Wool from Andrus
15   Wagstaff on behalf of plaintiffs.
16       THE VIDEOGRAPHER:  Thank you.
17       MS. FORGIE:  Anyone else on the
18   phone?
19       THE VIDEOGRAPHER:  Will the court
20   reporter please swear in the witness.
21
22   Beate Ritz, MD, PhD,
23       called as a witness, having been
24       duly sworn, was examined and
25       testified as follows:

1        MS. FORGIE:  I have a statement for
2    the record.  This deposition is being
3    taken pursuant to pretrial order number
4    34, and it is limited to the December,
5    2017 -- not December, 2017.  The 2017
6    AHS study and limited for two-and-a-half
7    hours.
8        MR. LASKER:  Just for
9    clarification, the study will be
10   published in 2018.  So I may refer to it
11   as the 2018 study.  Beyond that, why
12   don't we get started.
13
14            EXAMINATION
15   BY MR. LASKER:
16       Q.  Dr. Ritz, let me hand to you what's
17   been marked as Deposition Exhibit 30-1.
18       (Exhibit Number 30-1 was marked
19       for identification.)
20   BY MR. LASKER:
21       Q.  Dr. Ritz, if you could just
22   identify for the record this is the
23   supplemental expert report that you have
24   submitted in this litigation; correct?
25       A.  Yes.

1        Q.  I'd like to start off if you could
2    turn to page 8 of your report.  Toward the
3    top you state "Thus overall and in summary,
4    there is non-differential exposure
5    misclassification from several sources that
6    impact the AHS finding," and then you set
7    forth four different sources; correct?
8        A.  Yes.
9        Q.  Okay.  I'd like to walk through
10   those with you today.  I'm going to start at
11   the bottom with your comment with respect to
12   the imputation methodology that was used in
13   the study.  Okay?
14       A.  Uh-huh.
15       Q.  And you would agree that the
16   investigators for the AHS cohort had used
17   the same imputation method that is used in
18   the 2018 JNCI study and numerous other
19   peer-reviewed and published epidemiological
20   studies of the AHS cohort; correct?
21       MS. FORGIE:  Object to the form.
22       THE WITNESS:  The AHS investigators
23   have used this imputation to impute
24   50-some pesticides, and they have
25   published mostly on those pesticides.

                              3 (Pages 6 to 9)

1    Those pesticides that are not glyphosate
2 have a very different misclassification
3 structure from glyphosate.
4 BY MR. LASKER:
5    Q.  I understand that.  I just want
6 to --
7    A.  So the imputations work differently
8 when you have a baseline misclassification
9 that you're starting with.
10    Q.  I understand that's your opinion.
11 Just to be clear, there have been numerous
12 publications, epidemiological publications
13 out of the AHS cohort that have used this
14 same imputation methodology; correct?
15    MS. FORGIE:  Objection.  Asked and
16 answered.  That's the same question you
17 just asked.
18    You can answer it again.
19    THE WITNESS:  It doesn't matter how
20 many publications there are.  Unless
21 they are related to glyphosate they have
22 a very different exposure
23 misclassification structure.
24 BY MR. LASKER:
25    Q.  Okay.  Let me just walk through

1 some of the studies that I've identified,
2 and let's see if we can reach agreement on
3 the existence of these studies.  The first
4 will be marked as 30-2.
5    (Exhibit Number 30-2 was marked
6    for identification.)
7 BY MR. LASKER:
8    Q.  I know you're familiar with this
9 study.
10    MS. FORGIE:  How are we numbering
11 these?
12    MR. LASKER:  30.  That's where we
13 are in the sequential.
14    MS. FORGIE:  I see.
15 BY MR. LASKER:
16    Q.  The document I've handed you, 30-2,
17 is a 2014 published study, "Non-Hodgkin's
18 lymphoma risk and insecticide, fungicide,
19 fumigant use in the agricultural health
20 study," which was authored by a number of
21 the same authors of the 2018 NCI journal
22 study; correct?
23    MS. FORGIE:  Objection.  Misstates.
24 Misstates the study.  Also object to
25 form.  It's compound.

1    THE WITNESS:  I don't know exactly
2 whether every single author is the same
3 one.
4 BY MR. LASKER:
5    Q.  I didn't mean to say they were.
6 There's a number of the same authors.
7    A.  A number of the same.
8    Q.  This study which was published
9 following peer review uses the AHS
10 imputation methodology in looking at the
11 association between non-Hodgkin's lymphoma
12 and 26 different types of fungicides,
13 insecticides and fumigants; correct?
14    MS. FORGIE:  Object to the form.
15    THE WITNESS:  They're using the
16 same imputations, yes.
17 BY MR. LASKER:
18    Q.  Let me -- let me mark as the next
19 document in line.  This is 30-3, Dr. Ritz.
20    (Exhibit Number 30-3 was marked
21    for identification.)
22 BY MR. LASKER:
23    Q.  This is a 2013 publication in the
24 "American Journal of Epidemiology."  The
25 lead author is Dr. Koutros.  First of all,

1 you would agree the "American Journal of
2 Epidemiology" is a reputable journal;
3 correct?
4    A.  Well, it's a journal of
5 epidemiology that we use and we publish in,
6 yes.
7    Q.  And, in fact, you've peer-reviewed
8 for this journal; correct?
9    A.  Yes.
10    Q.  It's a reputable journal; correct.
11    A.  It has a reputation, yes.
12    Q.  And in this 2013 publication and
13 the title is "Risk of Total Aggressive
14 Prostate Cancer and Pesticide Use in the
15 Agricultural Health Study," the
16 investigators use the same AHS imputation
17 method to look for associations between
18 prostate cancer and 48 different pesticides;
19 correct?
20    MS. FORGIE:  Object to the form.
21    THE WITNESS:  I don't know.  I
22 haven't counted them.
23 BY MR. LASKER:
24    Q.  Well, it states in the -- it states
25 on the -- at page 64 -- first of all, on

1  page 64 it notes that the investigators used
2  the same imputation -- AHS imputation
3  methodology that's used in the 2018 JNCI
4  study; correct?
5      MS. FORGIE:  Object to the form.
6      THE WITNESS:  I don't see that.
7  Where is that?
8  BY MR. LASKER:
9      Q.  For participants, if you're looking
10  at page 64.
11      A.  Yes.
12      Q.  In the left-hand column --
13      A.  Oh, the Heltshe, yes.
14      Q.  Yes.
15      A.  Mm-hmm.
16      Q.  So they use the same imputation
17  methodology in this study; correct?
18      MS. FORGIE:  Object to the form.
19      THE WITNESS:  Well, they use it for
20  different pesticides.
21  BY MR. LASKER:
22      Q.  Right.  With respect to the number
23  of pesticides on page 59 in the abstract,
24  they note that they use this imputation
25  methodology to evaluate 48 pesticides, and

1  that's in the abstract, the fourth line and
2  fifth line down; correct?
3      MS. FORGIE:  Object to the form.
4  BY MR. LASKER:
5      Q.  In the abstract.
6      A.  In the abstract it says "using
7  Poisson regression to evaluate lifetime use
8  of 48 pesticides and prostate cancer," yes.
9      Q.  Right.  Thank you.
10      Let's move on.  This is a 2015
11  study.  We've marked it as Exhibit 30-4.
12      (Exhibit Number 30-4 was marked
13      for identification.)
14      THE WITNESS:  By the way, there's
15  no glyphosate in there.
16  BY MR. LASKER:
17      Q.  That's fine.  30-4 is a publication
18  by -- with a lead author of Dr. Silver.
19  This is published in the "International
20  Journal of Cancer"; correct?
21      A.  Yes.
22      Q.  It's a journal that you've
23  peer-reviewed for; correct?
24      A.  No.
25      Q.  Oh, you never peer-reviewed for

1  this journal?  Maybe I misread that on your
2  C.V.
3      A.  No.
4      MS. FORGIE:  Wait.  Let's wait for
5  the question.
6      THE WITNESS:  I can't remember ever
7  peer reviewing this journal.
8  BY MR. LASKER:
9      Q.  It is a reputable cancer journal,
10  though; correct?
11      A.  I have no idea.
12      Q.  Okay.  In this article "Cancer
13  Incidence and Metolachlor Use in the
14  Agricultural Health Study, an Update," if
15  you look at page 2631 right above
16  "Statistical analysis," the investigators in
17  this publication with the AHS cohort also
18  used the same imputation methodology used in
19  the 2018 JNCI study; correct?
20      MS. FORGIE:  Object to the form.
21  Also take as much time as you want to
22  read.
23      THE WITNESS:  I have to see what
24  the --
25  ///

1  BY MR. LASKER:
2      Q.  Note 15.
3      A.  Yes.
4      Q.  So they use the same imputation
5  method in this study; correct?
6      MS. FORGIE:  Object to the form.
7      THE WITNESS:  They use this
8  imputation for metolachlor, yes.
9  BY MR. LASKER:
10      Q.  Let's go to the next document in
11  line.
12      (Exhibit Number 30-5 was marked
13      for identification.)
14  BY MR. LASKER:
15      Q.  This will be Exhibit 30-5.
16      MS. FORGIE:  This is 30-5?
17      MR. LASKER:  30-5.
18  BY MR. LASKER:
19      Q.  So this is the 2015 publication
20  "Incidence of Solid Tumors Among Pesticide
21  Applicators Exposed to the Organophosphate
22  Insecticide Diazinon in the Agricultural
23  Health Study, an updated analysis."  If you
24  look at page 497 --
25      MS. FORGIE:  Again, take your time.

1   Read as much as you need.
2   BY MR. LASKER:
3       Q.  Under "enrollment assessment"?
4       MS. FORGIE:  Wait.  497 enrollment
5   assessment.
6       MR. LASKER:  Yes, on the left-hand
7   side about two-thirds of the way down on
8   page 197, you see "enrollment
9   assessment"?
10      THE WITNESS:  No.
11      MS. FORGIE:  No.  I see "exposure
12  assessment."
13      MR. LASKER:  Exposure assessment.
14  I'm sorry.  I misspoke.
15      MS. FORGIE:  I'm sorry.  I wasn't
16  trying to be difficult.  I didn't see
17  it.
18      MR. LASKER:  No, that's fine.
19  BY MR. LASKER:
20      Q.  As you can see if you look to
21  footnote 18 which is also to the Heltshe
22  paper and you can confirm that, but in this
23  2015 paper lead author Dr. Jones, they also
24  use the same AHS imputation methodology used
25  in the 2018 JNCI study; correct?

1       MS. FORGIE:  Object to the form.
2       THE WITNESS:  Let's see.
3   BY MR. LASKER:
4       Q.  If you look at the --
5       MS. FORGIE:  Wait, let her read.
6       THE WITNESS:  Oh, multiple
7   imputation.  I got it.  Yes.  I see it.
8   BY MR. LASKER:
9       Q.  So they use the same imputation
10  methodology as the 2018 JNCI study; correct?
11      MS. FORGIE:  Object to the form.
12      THE WITNESS:  They use it for
13  diazinon.
14  BY MR. LASKER:
15      Q.  This is an article that was
16  published after peer review in the "Journal
17  of Occupation of Environmental Medicine";
18  correct?
19      A.  Correct.
20      Q.  Let's move to the next one in line.
21  This is 30-6.
22      (Exhibit Number 30-6 was marked
23      for identification.)
24      MR. ESFANDIARY:  Counsel, do you
25  have extra copies for me as well?

1   BY MR. LASKER:
2       Q.  This is an article that was
3   published in the "International Journal of
4   Epidemiology" in 2016, lead author is
5   Dr. Koutros; correct?
6       A.  Yes.
7       Q.  And if you could look to
8   page 794 -- I just can't remember if I said
9   this.  This is "Occupational Exposure to
10  Pesticides and Bladder Cancer Risk."  If you
11  look on page 794, in the exposure
12  assessment.  And, again, they refer in the
13  text as well as in the footnote to the
14  Heltshe paper, this study also used the same
15  imputation -- AHS imputation methodology as
16  the 2018 JNCI study; correct?
17      MS. FORGIE:  Object to the form
18  and, again, take your time to review it.
19      THE WITNESS:  Where was that again.
20  BY MR. LASKER:
21      Q.  Exposure assessment at the end of
22  the first paragraph.
23      A.  Oh, Heltshe, et al., yes, I see it.
24      Q.  So, again, this study used the same
25  imputation methodology as the 2018 JNCI

1   study; correct?
2       MS. FORGIE:  Object to the form.
3       THE WITNESS:  Yes, they do.
4   BY MR. LASKER:
5       Q.  Okay.
6       A.  But they find the same result as
7   usual.  They only find positive associations
8   for the pesticides that are more or less not
9   in use anymore, and that confirms my
10  assessment.
11      Q.  Let's move to the next document.
12  This is Exhibit 30-7.
13      (Exhibit Number 30-7 was marked
14      for identification.)
15  BY MR. LASKER:
16      Q.  This is an article, lead author of
17  Dr. Engel.
18      A.  Yes.
19      Q.  Entitled "Insecticide Use and
20  Breast Cancer Risk Among Farmers' Wives in
21  the Agricultural Health Study" published in
22  the "Journal of Environmental Health
23  Perspectives"; correct?
24      A.  Yes.
25      Q.  And if you look at page 3 -- 2 and

6 (Pages 18 to 21)

Page 22

1  3, the second and third page of this
2  publication.  It sort wraps over -- oh, no,
3  it's on page 3, bottom of the left-hand
4  column going to the top of the right-hand
5  column.
6          MS. FORGIE:  I'm sorry.  What page
7      are we on now?
8          MR. LASKER:  The third page, I'm
9      sorry.  The bottom of the left-hand
10     column going to the top of the
11     right-hand column.
12  BY MR. LASKER:
13     Q.   In Engel publication, they also use
14  the same AHS imputation methodology that was
15  used in the 2018 JNCI study; correct?
16         MS. FORGIE:  Object to the form.
17         THE WITNESS:  They say they used
18     the same imputation, but these are
19     different individuals.
20  BY MR. LASKER:
21     Q.   Understood.  But they use the same
22  imputation methodology; correct?
23         MS. FORGIE:  Object to the form.
24     Take your time.
25         THE WITNESS:  They used Heltshe

Page 23

1      2012, yes.
2  BY MR. LASKER:
3      Q.   Let's go to the next document.
4  This is the 2017 -- this is Exhibit 30-8.
5          (Exhibit Number 30-8 was marked
6      for identification.)
7          THE WITNESS:  Just a second.
8          MS. FORGIE:  Hold on.  She's still
9      reviewing the other one.
10  BY MR. LASKER:
11     Q.   Exhibit 30-8; correct?  And this is
12  an article lead author Bonner entitled
13  "Occupational Exposure to Pesticides and the
14  Incidence of Lung Cancer in the Agricultural
15  Health Study, published in the Journal of
16  Environmental Health Prospectus"; correct?
17     A.   Yes.
18     Q.   And if you look to page 545 of this
19  publication in the middle column towards the
20  bottom, you can see, again, the reference to
21  Heltshe, and this publication appeared to be
22  a publication that also used the same
23  imputation methodology as was used in the
24  2018 JNCI study; correct?
25         MS. FORGIE:  Object to the form.

Page 24

1          THE WITNESS:  They used Heltshe,
2      yes.  Heltshe 2012.
3  BY MR. LASKER:
4      Q.   And you would agree that
5  independent peer review is a corner of
6  science in the United States and
7  internationally; correct?
8      A.   It is, but it doesn't always work.
9      Q.   And you would agree that the peer
10  review process provides the intellectual
11  rigor required to ensure that manuscripts
12  adhere to what is acceptable in the field
13  with regard to reviewing the relevant
14  literature and examining statistics and
15  determining whether research protocols apply
16  widely accepted methods, report valid
17  results, and avoid or account for biases and
18  draw conclusions appropriate to the study's
19  findings; correct?
20         MS. FORGIE:  Object to the form.
21         THE WITNESS:  Peer review is
22      supposed to do that, that it always
23      reaches that goal is a high order.
24  BY MR. LASKER:
25      Q.   And you are not aware in the five

Page 25

1  years now since the first of these
2  peer-reviewed epidemiological analyses that
3  we just walked through were published of any
4  letter to the editor or published response
5  to any of these studies that have criticized
6  those studies for their use of imputation
7  for the 37 percent of the AHS cohort that
8  did not respond to phase 2; correct?
9          MS. FORGIE:  Object to the form.
10     Are you including the AHS study?
11         MR. LASKER:  For this purpose --
12         MS. FORGIE:  It wasn't clear in
13     your question.
14         MR. LASKER:  The studies we looked
15     at are not including the 2018 NCI study.
16  BY MR. LASKER:
17     Q.   For the studies we just marked as
18  Exhibits 30-2 to 30-8 which were first
19  published five years ago, are you aware of
20  any letter to the editor or published
21  response to any of these epidemiological
22  studies that have criticized those studies
23  for their use of imputation method for the
24  37 percent of the AHS cohort that did not
25  respond to the phase 2 questionnaire?

7 (Pages 22 to 25)

1    MS. FORGIE:  Object to the form.
2        THE WITNESS:  Since I did not read
3    all of these papers, I cannot tell you
4    whether there's a letter because I
5    haven't looked them up.  However, I
6    wouldn't be surprised if there weren't
7    because most of these papers did not
8    include glyphosate.
9    BY MR. LASKER:
10       Q.  In your role as the chair of the
11   AHS outside advisory group, you've not been
12   made aware of any criticism of any of these
13   published studies, Exhibits 30-2 through
14   30-8, for their use of the AHS imputation
15   method to derive AHS exposure data; correct?
16       MS. FORGIE:  Object to the form.
17       THE WITNESS:  This advisory group
18   has not met for ten years.
19   BY MR. LASKER:
20       Q.  You have had --
21       A.  And these papers are five years
22   old.
23       Q.  Are you aware -- well, let me put
24   it to you this way:  Have you, as the chair
25   of the AHS advisory group, reached out to

1    any of the investigators, authors of these
2    publications, to raise questions or concerns
3    about the use of this imputation methodology
4    in all of these peer-reviewed publications?
5        MS. FORGIE:  Object to the form.
6    Asked and answered.
7        You can answer it again.
8        THE WITNESS:  Well, the most
9    problem I have with the method is in
10   terms of glyphosate, and most of these
11   papers do not refer to glyphosate.
12   BY MR. LASKER:
13       Q.  Okay.  Let me clarify that.  Is it
14   your opinion that the imputation methodology
15   used in the AHS for phase 2 non-responders
16   is unreliable in general, or is your
17   criticism specific to the use of the
18   imputation method for glyphosate?
19       MS. FORGIE:  Object to the form.
20       THE WITNESS:  My criticism is that
21   this imputation method does not take
22   into account time varying exposures,
23   especially dramatically timed varying
24   exposures.  So any pesticide that falls
25   under the category of huge increase over

1    the time of the study would have that
2    criticism.  Glyphosate, in my mind, is
3    the one -- is currently the one that's
4    most affected.
5    BY MR. LASKER:
6        Q.  Is it your opinion that the studies
7    that have used imputation methodology for
8    pesticides other than glyphosate are
9    unreliable?
10       MS. FORGIE:  Object to the form.
11       THE WITNESS:  Again, these
12   imputations work based on assumptions we
13   are making, and these assumptions may be
14   much more valid or I think they are
15   quite valid for any of the pesticides
16   where the use didn't change.  For
17   example, for lindane and DDT that has
18   been mostly used in the '70s or maybe in
19   the '80s.  DDT was outlawed in '72.  So
20   for those, I have absolutely no problems
21   because what was reported at baseline is
22   the use that happened, and it shouldn't
23   have changed after baseline.  So
24   whatever was imputed from baseline to
25   the future was probably correct.  This

1    is not the case when you look at a very
2    changing exposure environment especially
3    one like glyphosate where use just
4    exploded.
5    BY MR. LASKER:
6        Q.  For pesticides that continue to be
7    used but where the prevalence of use did not
8    increase dramatically, do you have a -- do
9    you believe that the use of the imputation
10   methodology for those pesticides is
11   unreliable?
12       MS. FORGIE:  Objection.  Asked and
13   answered.
14       You can answer it again.
15       THE WITNESS:  Yes.  As much as you
16   can establish in a baseline whether the
17   answers are error free or not and then
18   use that baseline to predict the future
19   and the future hasn't changed much in
20   use, you have a reliable method.  And I
21   think for most of these pesticides they
22   had a reliable method because probably
23   half of them weren't even used anymore
24   after baseline, so they already had
25   everything they needed.  All they had to

1  do is add no exposure.  So it's very
2  easy to have a reliable imputation
3  method when you basically have no
4  additional exposure coming, right?  This
5  is very different if an exposure kind of
6  trickles along and then all of a sudden
7  rises.
8  BY MR. LASKER:
9      Q.  I understand that.  I just want to
10 be clear.  Pesticides other than glyphosate
11 where the use was fairly stable through
12 phase 1 and phase 2, do you believe that the
13 use of the imputation methodology was
14 reliable?
15     MS. FORGIE:  Objection.  Asked and
16     answered.
17        You can answer it again.
18     THE WITNESS:  Imputation works best
19     when there's no time varying factor
20     unless you can actually account for the
21     time varying factor.
22 BY MR. LASKER:
23     Q.  Okay.  Now, a number of these
24 published studies that we just looked at do
25 use the imputation methodology with respect

1  to glyphosate; correct?
2      MS. FORGIE:  Objection.  Object to
3      the form.
4      THE WITNESS:  They're using the
5      same imputation method for all of the
6      pesticides, yes.
7  BY MR. LASKER:
8      Q.  And in a number of these
9  publications actually use that imputation
10 methodology to report findings, or in this
11 case, lack of associations for glyphosate;
12 correct?
13     MS. FORGIE:  Objection.  Object to
14     the form.
15     THE WITNESS:  I would have to
16     review all of the results.
17 BY MR. LASKER:
18     Q.  Let's take a look and go back to
19 them.  If you could look at the paper by --
20 there's two papers by Koutros.
21     MS. FORGIE:  Two papers by who?
22     MR. LASKER:  Koutros.  2013 and
23     2016.
24     MS. FORGIE:  So 30-6 and 30-3.
25     MR. LASKER:  Yes.

1  BY MR. LASKER:
2      Q.  So 30-3, let's look at 30-3.  That
3  would be 2013.
4      MS. FORGIE:  Hold on a second.
5      Let's make sure we've got the right
6      ones.  Yeah, okay.
7  BY MR. LASKER:
8      Q.  That is the article "Risk of Total
9  and Aggressive Prostate Cancer and Pesticide
10 Use in the Agricultural Health Study."  If
11 you can look to the supplemental tables that
12 are provided with the study --
13     MS. FORGIE:  Do you have a
14     page number?
15     MR. LASKER:  They're at the end.
16     MS. FORGIE:  Oh, supplemental.  I
17     didn't hear that.
18 BY MR. LASKER:
19     Q.  If you go to the web Table 2 at the
20 end in the second page, that's web Table 1.
21 You can look at that as well.
22     MS. FORGIE:  But take your time and
23     look at whatever you need to look at.
24 BY MR. LASKER:
25     Q.  And --

1      MS. FORGIE:  Wait.  She's still
2      reviewing.
3      MR. LASKER:  That's fine.
4      THE WITNESS:  Yeah, what table?
5  BY MR. LASKER:
6      Q.  It's Table 2, web Table 2.  It has
7  a list of the different pesticides that are
8  being studied for prostate cancer.
9      A.  Uh-huh.
10     Q.  And the second page you can see
11 that they use imputation method to analyze
12 whether there's association between prostate
13 cancer and glyphosate in this paper;
14 correct?
15     A.  The second -- are you referring to
16 the glyphosate?
17     Q.  Yes.
18     A.  Yeah, okay.  Yeah.
19     MS. FORGIE:  What's the question?
20 BY MR. LASKER:
21     Q.  My question is in the 2013 Koutros
22 paper, they used the imputation method to
23 look at the association between glyphosate
24 and prostate cancer; correct?
25     A.  Yes, that's what they do.

1    Q.  If you can go to 30-6, which is the
2  Koutros 2016 paper, "Occupational Exposure
3  to Pesticides and Bladder Cancer Risks," and
4  if you look on page 796, Table 2, they have
5  a listing of the different pesticides that
6  they were looking at with respect to bladder
7  cancer; correct?
8    A.  Yep.
9    Q.  And in the Koutros 2016
10  publication, they use the imputation method,
11  the AHS imputation method to look for an
12  association between glyphosate exposure and
13  bladder cancer risk; correct?
14    MS. FORGIE:  Take your time.
15    THE WITNESS:  For every use, yes.
16  BY MR. LASKER:
17    Q.  And they also have on Table 3, and
18  this is stratified by smoking status for
19  reasons specific to the publication --
20    MS. FORGIE:  It was what?  I didn't
21  hear that word.
22    MR. LASKER:  Stratified by smoking
23  status.
24    MS. FORGIE:  Thank you.
25  ///

1  BY MR. LASKER:
2    Q.  If you look at Table 3, the second
3  page on page 799 of that table, you can see
4  they also use the imputation method to look
5  at associations for glyphosate in the dose
6  response analysis; correct?
7    A.  Yes.  And they find a significant
8  trend for never smokers.
9    Q.  Okay.  And do you find that
10  association to be reliable --
11    A.  No, absolutely not.
12    MS. FORGIE:  Wait, wait.  We have
13  to wait for the question.  I'm sorry.
14    What was the question?
15  BY MR. LASKER:
16    Q.  She made a comment and I asked
17  whether she was relying upon a finding for
18  glyphosate in that study, and that was her
19  answer.
20    MS. FORGIE:  Objection.  I didn't
21  hear a question and answer.
22  BY MR. LASKER:
23    Q.  And then Bonner 2017, I think that
24  is 30-8.  If you look at -- this is looking
25  at pesticide exposure and the incidence of

1  lung cancer.
2    MS. FORGIE:  Hold on a second.
3  Sorry.
4  BY MR. LASKER:
5    Q.  And again there is supplemental
6  materials in that -- for that publication
7  with additional analyses.  If you look at
8  table S-3 and the second page of table S-3
9  in the Bonner 2017 publication, they use the
10  same AHS imputation methodology to look for
11  associations between glyphosate use and lung
12  cancer at various exposure quartiles;
13  correct?
14    MS. FORGIE:  Object to the form.
15    THE WITNESS:  Yes, they are showing
16  this, comparing non-exposed to exposed.
17  BY MR. LASKER:
18    Q.  And, of course, the 2018 JNCI study
19  of glyphosate-based herbicides and cancers
20  including non-Hodgkin's lymphoma, that used
21  the same imputation methodology in looking
22  at the association between glyphosate and
23  various types of cancers; correct?
24    MS. FORGIE:  Object to the form.
25    THE WITNESS:  They always use the

1    same imputation method.  That doesn't
2    make it right.
3  BY MR. LASKER:
4    Q.  But we have four different
5  peer-reviewed publications now where the AHS
6  imputation methodology has been used in
7  looking at associations between glyphosate
8  and various kinds of cancer; correct?
9    MS. FORGIE:  Object to the form.
10    THE WITNESS:  Most of these
11  glyphosate results were in supplements.
12  The papers refer to their positive
13  findings.  They give the negative
14  findings which is very appropriate in a
15  supplement, and generally, you do not
16  generate in science a big brouhaha over
17  nothing.  You always generate a brouhaha
18  when there is actually a positive
19  finding and somebody thinks you
20  shouldn't have a positive finding.  For
21  all the studies that were done bad
22  enough so we have no findings, nobody
23  complains, and that's a problem.
24  BY MR. LASKER:
25    Q.  Let me just ask this question, I

1   just want to make sure I'm clear on this.
2   There are four peer-reviewed publications
3   that have used the AHS imputation
4   methodology in looking at associations
5   between glyphosate and various types of
6   cancer; correct?
7       MS. FORGIE:  Object to the form.
8       THE WITNESS:  These studies did not
9   target glyphosate.  They are providing
10  estimates for glyphosate in supplements
11  or in additional analyses.  They all
12  were after a different kind of
13  pesticide, and that's for a good reason
14  because they either showed prior results
15  for these kind of agents and they wanted
16  to see whether the follow-up showed the
17  same positive associations and just in
18  the -- in the publication they provide
19  the results for everything else, but
20  they're focusing on different pesticides
21  and they have a hypothesis for these
22  other pesticides where the agents are
23  related to the cancer.  They did not
24  have the hypothesis that glyphosate was
25  causing prostate cancer, that glyphosate

1   different diseases as we all know.  So
2   we should not say any pesticide in any
3   cancer.  That's what these colleagues
4   actually do really well.  They pick out
5   the agents and the cancers that they
6   have a prior hypothesis for.  However,
7   they are also giving you in addition
8   everything else they have, but that is
9   never a focus of these papers.  That is
10  just for transparency and for
11  documentation in the literature, but
12  nobody ever focuses on that.
13  BY MR. LASKER:
14      Q.  Just so I understand for these
15  three papers it is your understanding, and
16  these are the two papers by the lead author
17  Dr. Koutros in 2013 and 2016 and the
18  publication by Dr. Bonner in 2017 that in
19  those publications they are focused on
20  specific pesticides at the outset of their
21  analysis but then they just reported on
22  other pesticides as additional information?
23      MS. FORGIE:  Object to the form.
24      THE WITNESS:  I did not read these
25  papers; so I don't know exactly what

1   was causing lung cancer, that glyphosate
2   was causing bladder cancer.  Therefore,
3   it was not the focus so nobody would
4   make that a focus of their review.  The
5   focus of the review would be on the
6   hypothesis, and they tested the
7   hypothesis for different pesticides.
8   BY MR. LASKER:
9       Q.  Just to be clear and the documents
10  will speak for themselves, putting aside the
11  2018 JNCI study, the three other studies
12  that looked at a glyphosate using the same
13  imputation methodology were all studies like
14  the 2014 publication on fungicides that
15  looked at a broad range of different
16  pesticides to determine whether there was
17  associations with any of the pesticides that
18  they examined; correct?
19      MS. FORGIE:  Object to the form.
20      THE WITNESS:  No, these studies
21  usually have one or two pesticides in
22  mind because there is prior literature
23  that connects certain pesticide to a
24  certain cancer because not every cancer
25  is the same; right?  Cancer is 50, 100

1   they're stating.  But from what I know
2   about the papers I read in the AHS,
3   that's what they are usually doing when
4   they are writing these papers.  Yes,
5   they have specific hypotheses, and they
6   don't say I'm testing 52 associations.
7   BY MR. LASKER:
8       Q.  Now, as you've already said, your
9   concern about glyphosate and the use of the
10  imputation methodology was the increase in
11  glyphosate use -- the significant increase
12  in glyphosate use between phase 1 and phase
13  2 of the questionnaire; correct?
14      MS. FORGIE:  Object to the form.
15      THE WITNESS:  Actually, it's at the
16  end of the intake questionnaire at
17  enrollment.
18  BY MR. LASKER:
19      Q.  Through the phase 2 period?
20      A.  Yes.
21      Q.  What is your understanding of the
22  reason for the increase in glyphosate use
23  during this time period?
24      A.  The GMO crop use.
25      Q.  We're talking about Roundup Ready

Page 42

1  crops; right?
2      A.   Yes.
3      Q.   Which Roundup Ready crops were
4  introduced during this period?
5      A.   Well, soy and what else?  There was
6  cotton.  There was corn, and there was one
7  other that I always blank on.  What was it?
8      Q.   I actually think there's only three
9  but if you --
10      MS. FORGIE:  Wait, wait.
11      THE WITNESS:  There's one more but
12  I always blank on it.
13  BY MR. LASKER:
14      Q.   Did the introduction of Roundup
15  Ready crops result in any changes in how
16  farmers applied glyphosate?
17      MS. FORGIE:  Object to the form
18  beyond the scope of the report.
19      THE WITNESS:  It definitely
20  increased the amounts and also probably
21  changed the way they were applied
22  because you now don't have to take
23  care -- very much care of not spraying
24  the good plants, right?  You can
25  actually spray them in a very -- in a

Page 43

1  massive way.
2  BY MR. LASKER:
3      Q.   And it would be fair to say that,
4  would it not, that the increase in
5  glyphosate use from the end of the phase 1
6  questionnaire period through phase 2 was
7  almost entirely due to the increased use on
8  those three crops soybean, corn, and cotton;
9  correct?
10      MS. FORGIE:  Object to the form.
11      THE WITNESS:  An overwhelming
12  percentage is probably due to this, but
13  that doesn't mean it wasn't used for
14  other purposes as well because as we
15  know when farmers have one pesticide in
16  their hand, they use it for everything.
17  It's like a hammer for a carpenter.
18  They use it on everything.
19  BY MR. LASKER:
20      Q.   And let's mark as the next document
21  in line the Benbrook paper which you cited
22  in your expert report.  This will be
23  Exhibit 30-9.
24      (Exhibit Number 30-9 was marked
25      for identification.)

Page 44

1  BY MR. LASKER:
2      Q.   This is, for the record, an article
3  or study by Charles M. Benbrook "Trend in
4  Glyphosate Use in the United States and
5  Globally."  This is an article you cited in
6  your supplemental expert report; correct?
7      A.   Uh-huh, yes.
8      Q.   At page 3 of this Benbrook article,
9  there is a time trend that looks at the
10  percentage of acres treated with glyphosate
11  by year for soybean; correct?
12      A.   Yes, for soybean.
13      Q.   And soybean -- soybeans are --
14  soybeans is, soybeans are -- soybeans is one
15  of the leading crops grown by the pesticide
16  applicators in the AHS cohort; correct?
17      MS. FORGIE:  Objection.  Object to
18  the form.
19      THE WITNESS:  In Iowa and North
20  Carolina?
21  BY MR. LASKER:
22      Q.   Well, for example, in Iowa roughly
23  80 percent of the cohort members grew
24  soybeans; correct?
25      MS. FORGIE:  Object to the form.

Page 45

1      THE WITNESS:  That may be, but they
2  have varied crop use; so it's not just
3  soybeans.
4  BY MR. LASKER:
5      Q.   And by 2005 as reported in
6  Benbrook, we know that virtually all of the
7  AHS cohort members who grew soybeans would
8  have had exposure to glyphosate; correct?
9      MS. FORGIE:  What was the date you
10  gave?
11      MR. LASKER:  By 2005.
12      MS. FORGIE:  Would you read that
13  question back, please.
14      (Record read by the reporter as
15      follows:
16      "QUESTION: And by 2005 as
17      reported in Benbrook, we know
18      that virtually all of the AHS
19      cohort members who grew soybeans
20      would have had exposure to
21      glyphosate; correct?"
22      MS. FORGIE:  Object to the form.
23      THE WITNESS:  Actually, we don't
24  know that because he's not referring to
25  the AHS.

12  (Pages 42 to 45)

1   BY MR. LASKER:
2       Q.  Yes, but in his table on Figure 2,
3   he reports that 90 percent of all soybeans
4   farmed in the United States --
5           MR. BAUM:  Figure 2?
6           MR. LASKER:  I'm sorry.  Figure 1.
7   Figure 1A.
8   BY MR. LASKER:
9       Q.  90 percent of all soybeans farmed
10  in the United States by 2005 was being --
11  were being treated with glyphosate; correct?
12          MS. FORGIE:  Object to the form.
13          THE WITNESS:  It's per acres.  I
14      don't know whether the acres refer to
15      all soybeans other than in Iowa.  This
16      is the U.S.
17  BY MR. LASKER:
18      Q.  Right.  In the United States,
19  90 percent of all acres of soybeans were
20  being treated with glyphosate; correct?
21          MS. FORGIE:  Object to the form.
22  BY MR. LASKER:
23      Q.  By June, 2005.
24      A.  Probably 80 or 90.
25      Q.  And for a farmer who was growing

1   soybeans during this phase 2 period, given
2   this high prevalence of glyphosate use on
3   soybeans, we can have fairly high confidence
4   that they would have been using glyphosate;
5   correct?
6           MS. FORGIE:  Object to the form.
7           THE WITNESS:  That would depend on
8       whether the farmer applied himself or
9       hired a company to apply or hired farm
10      workers to apply.
11  BY MR. LASKER:
12      Q.  Sure.  But for the AHS cohort we're
13  dealing with pesticide applicators by
14  definition; correct?
15          MS. FORGIE:  Object to the form.
16          THE WITNESS:  We are dealing with
17      pesticide applicators at enrollment.  We
18      are not dealing with pesticide
19      applicators necessarily at follow-up.
20      They might be retired.  They might have
21      changed their farming practices.  They
22      may have hired people to farm for them.
23      All of these are very relevant
24      questions.
25  ///

1   BY MR. LASKER:
2       Q.  Okay.  But to the extent that the
3   individuals in the cohort continued to be
4   farmers, and they were farming their own
5   land, if they were farming soybeans in 2005,
6   we can say given these statistics in
7   Benbrook of the almost 90 percent usage of
8   glyphosate on soybeans, that those Farmers
9   would have been applying glyphosate;
10  correct?
11          MS. FORGIE:  Object to the form.
12      Calls for speculation.
13          THE WITNESS:  We might be able to
14      say that for 2005, but we might not be
15      able to say that for 200 -- '92 through
16      2005 because there's a rise, and we
17      absolutely don't know when the farmers
18      started using.
19  BY MR. LASKER:
20      Q.  We would know that a soybean farmer
21  who was still farming in 2005 would likely
22  have exposure to glyphosate regardless of
23  whether they filled out a phase 2
24  questionnaire; correct?
25          MS. FORGIE:  Object to the form.

1           THE WITNESS:  I would not say so.
2       Again, he might have given the equipment
3       to his son to now spray or rented it out
4       because we know that farming practices
5       with GMOs changed quite a bit, and you,
6       know, you might hire a little airplane
7       to fly over and spray instead of going
8       around with your backpack sprayer.
9           MS. FORGIE:  Were you finished?
10          THE WITNESS:  Uh-huh.
11  BY MR. LASKER:
12      Q.  To the extent that the AHS cohort
13  member continued to be farming his own land
14  and he was a soybean farmer, we would have
15  fairly strong confidence that that soybean
16  farmer was exposed to glyphosate in 2005
17  whether or not they filled out a phase 2
18  questionnaire or not; correct?
19          MS. FORGIE:  Object to the form.
20      Asked and answered.
21          You can answer it again.
22          THE WITNESS:  You can make a strong
23      guess, but you wouldn't know.
24  BY MR. LASKER:
25      Q.  And the -- given that fact that one

13  (Pages 46 to 49)

Page 50

1 variable whether or not a cohort member
2 farmed soybeans would allow for a fairly
3 simple imputation into phase 2 for whether
4 or not that farmer was exposed to
5 glyphosate, wouldn't it?
6     MS. FORGIE:  Object to the form.
7     THE WITNESS:  In fact, it wouldn't
8 unless you are actually having data for
9 the whole period prior -- between the
10 first and the second phase, and they
11 didn't have that data.  They only had
12 data for the last year.  So you have no
13 idea when the farmer changed, and you
14 may misclassify this exposure in either
15 way.  You may call them exposed and he
16 wasn't until 2005 and he switched over
17 in 2005.  You wouldn't know.  Or you
18 could call him unexposed and he actually
19 switched in 1996 and you're missing ten
20 years of exposure.
21 BY MR. LASKER:
22     Q.  I'm talking about I know there's
23 other issues you have about the initial
24 questionnaire and exposure classification,
25 but for purposes of imputation in

Page 51

1 determining whether or not a farmer who was
2 farming in 2005 but did not fill out that
3 questionnaire, if they're a soybean farmer,
4 the imputation of ever exposure for
5 glyphosate is pretty simple, isn't it?
6     MR. BAUM:  Object to the form.
7 Asked and answered.
8     You can answer it -- wait, let me
9 finish.
10     You can answer it again.
11     THE WITNESS:  So the worst way of
12 imputing is ever never.  They fairly
13 ever show ever never tables.  You saw
14 that they showed quartiles and they used
15 intensity scores.  And these intensity
16 scores are made out of duration
17 variables and variables of how much they
18 use protective equipment, et cetera.
19 And that they imputed.  They imputed
20 duration.  They have no idea if you
21 interviewed somebody in 1993 who does
22 not report glyphosate use, is a soybean
23 farmer and in 2005 is not interviewed.
24 They impute assuming they know when this
25 farmer switched over, and they can make

Page 52

1 a lot of different assumption.  They can
2 make the assumption that that farmer
3 must have switched in 1995 straight
4 away, was exposed for 10 years until
5 2005, or he switched over in 2004 or '05
6 and was exposed for one year.  That
7 makes a big difference in intensity
8 rating.
9 BY MR. LASKER:
10     Q.  Let's break this out.  I appreciate
11 that.  For purposes of -- let's talk about
12 ever never first, and then we'll get to
13 duration, intensity, days of use.  For
14 purposes of ever never only, the imputation
15 method for a soybean farmer, for soybeans as
16 the variable, would allow you to determine
17 that the soybean farmer who didn't fill out
18 the phase 2 questionnaire would have
19 exposure to glyphosate, but if I understand
20 you correctly, your concern is you wouldn't
21 know how much exposure?
22     MS. FERGIE:  Object to the form.
23     A.  You wouldn't know how much; you
24 wouldn't know how long, or and you wouldn't
25 know whether he was really the one when they

Page 53

1 switched over to GMOs was the main
2 applicator because he didn't report it to
3 you.
4     Q.  Now, with respect to the issue of
5 how often a farmer or a cohort member would
6 apply glyphosate, we already discussed this
7 and Benbrook discusses it as well.  With the
8 introduction of Roundup Ready technology,
9 there was a -- sort of a consistent change
10 in how glyphosate could be used on those
11 crops; correct?
12     MS. FORGIE:  Object to the form.
13     THE WITNESS:  There were
14 prescriptions of how they should be
15 used, yes.
16 BY MR. LASKER:
17     Q.  And, for example, in the Benbrook
18 paper on page 10 in the left-hand
19 column with respect to -- at the bottom it
20 talks about the impact of GEHT technology.
21 It's talking about Roundup Ready crops;
22 correct?  The bottom of --
23     A.  Yes, yes.
24     Q.  So the development and marketing of
25 GE Roundup Ready crops fundamentally changed

14 (Pages 50 to 53)

1  how crop farmers could apply glyphosate;
2  correct?
3      A.  Yes, that's what it says.
4      Q.  Before Roundup Ready technology,
5  farmers could spray glyphosate prior to crop
6  emergence for early season weed control or
7  after harvest to clean up late season weeds;
8  correct?
9      A.  Yes, that's what it says.
10     Q.  With Roundup Ready crops,
11  glyphosate can also be sprayed one to three
12  times or more after the crop emerged leaving
13  the crop unharmed but controlling all
14  actively growing weeds; correct?
15     A.  Correct.
16     Q.  So for a soybean farmer who is
17  continuing to farm during that phase 2
18  period, we not only would know that that
19  farmer likely is using glyphosate, but we
20  also would have a pretty consistent
21  understanding of the change of use in
22  glyphosate; correct?
23         MS. FORGIE:  Object to the form.
24         THE WITNESS:  Only if they had
25     asked about it, and they didn't.

1  BY MR. LASKER:
2      Q.  Okay.  Well, regardless -- when you
3  say "they asked about it," you're talking
4  about the --
5      A.  In the follow-up question --
6         MS. FORGIE:  Wait, wait, there's
7      got to be questions and answers.
8  BY MR. LASKER:
9      Q.  With respect to the -- I understand
10  whatever is in the questionnaire, I'm
11  talking about what actually would be
12  happening with these farmers.  One of the
13  questions was how many days per year per use
14  in that reference year for phase 2; correct?
15         MS. FORGIE:  Object to the form.
16         THE WITNESS:  It asked the same
17     questions as at baseline but only
18     referred to about a 12-month period,
19     yes.
20  BY MR. LASKER:
21     Q.  And for farmers who farm Roundup
22  Ready crops and, of course, we have
23  63 percent of the cohort who responded to
24  the phase 2 questionnaire, we would -- if
25  those 63 percent, we would see that those

1  farmers are now using glyphosate on Roundup
2  Ready crops, and as you stated, there is a
3  pretty standard change in how glyphosate
4  would be applied; correct?
5         MS. FORGIE:  Object to the form.
6         THE WITNESS:  We would know it for
7      a 12-month period, and now we have to
8      impute everything between baseline and
9      that period not knowing when this
10     started.
11  BY MR. LASKER:
12     Q.  Okay.  So that deals with duration.
13  I understand that.  But as far as the days
14  of use then in that reference year, we would
15  have information based upon the fact that
16  soybean farmers farming Roundup Ready crops
17  would be applying glyphosate following these
18  guidelines; correct?
19     A.  Well, we hope that farmers follow
20  guidelines.  They don't always do.
21     Q.  Right.  Then with respect to the
22  issue of intensity factors, one of the
23  issues there is how the pesticide is
24  applied; correct?
25     A.  That is one way, yes.

1      Q.  And with Roundup Ready crops,
2  again, as you mentioned that allows farmers
3  to apply glyphosate, and the weed management
4  guidelines talk about the fact that you can
5  apply the pesticide in a different way than
6  you did before because of the fact that
7  they're Roundup Ready crops; correct?
8         MS. FORGIE:  Object to the form.
9         THE WITNESS:  They are most likely
10     differences in application.  Whether or
11     not they increase or decrease exposure
12     is another question because you also
13     have to get the glyphosate ready by
14     mixing, and you have to also clean the
15     equipment, and all of these are heavy
16     duty exposure scenarios.
17  BY MR. LASKER:
18     Q.  And that would be a change that
19  would be seen in the 63 percent of the
20  cohort who are soybean farmers who are now
21  farming with Roundup Ready crops who would
22  see how that impacts the different ways that
23  they apply the pesticide; correct?
24         MS. FORGIE:  Object to the form.
25         THE WITNESS:  I don't understand

1      the question.
2   BY MR. LASKER:
3      Q.   We have information from the
4   63 percent who filled out the questionnaire
5   about these intensity factors, what
6   protective equipment gear they used, how
7   much they mixed the pesticide, all of those
8   questions were asked, and for the 63 percent
9   of the cohort we would have that
10  information; correct?
11        MS. FORGIE:  Object to the form.
12        THE WITNESS:  In fact, we might
13     not, and the reason is that this
14     question about protective gear and
15     equipment was asked for all pesticides,
16     not specifically for glyphosate.  So we
17     have absolutely no idea what they did
18     with glyphosate.
19  BY MR. LASKER:
20     Q.   But to the extent that we have
21  information and that this is, I take it, an
22  issue that you would have for all pesticides
23  with respect to the information on foot
24  protective gear and mixing within the AHS;
25  correct?

1         MS. FORGIE:  Object to the form.
2         THE WITNESS:  Yes and no.  Because
3      you can imagine that when you ask these
4      questions, the farmer will refer to the
5      most used pesticide.
6   BY MR. LASKER:
7      Q.   Okay.
8      A.   Or the most toxic.
9      Q.   For the most used pesticide I think
10  we can be -- I think you've said this.  The
11  most used pesticide certainly during this
12  phase 2 period was glyphosate; correct?
13        MS. FORGIE:  Objection to the form.
14        THE WITNESS:  It is -- glyphosate
15     is certainly highly used, but it is
16     never the only pesticide any of these
17     farmers used.
18  BY MR. LASKER:
19     Q.   I understand --
20        MS. FORGIE:  Wait, let her finish.
21        THE WITNESS:  Farmers expect
22     glyphosate that's a weedkiller and not
23     acutely toxic to them or doesn't induce
24     any symptoms, they don't expect that to
25     make them as sick as other pesticides

1      against which they have been warned
2   throughout their lives like the OPs that
3   are neurotoxic and that make them feel
4   bad.  So whatever protective equipment
5   they are reporting, they are most likely
6   reporting for the most toxic pesticide.
7   BY MR. LASKER:
8      Q.   All right.  So previously you had
9   stated -- the record will reflect if it's
10  correct or not, that you thought the farmers
11  would be reporting their application method,
12  their protective gear for the pesticide they
13  used the most or the pesticide that's most
14  toxic, and now it's your opinion that they
15  would be reporting their protective
16  equipment only for the pesticide that they
17  think is most toxic; is that correct?
18        MS. FORGIE:  Objection.
19     Mischaracterizes her testimony.
20        THE WITNESS:  It is whatever they
21     remember using it for, and my guess is
22     that what they remember the best is the
23     most toxic and/or the most used.
24  BY MR. LASKER:
25     Q.   To the extent that they're

1   reporting their protective equipment and
2   application methods with respect to the
3   pesticide that's most used for a Roundup
4   Ready farmer, then that information that's
5   provided for the 63 percent that filled out
6   the phase 2 questionnaire would reflect that
7   change that occurred when they started
8   farming with Roundup Ready crops; correct?
9         MS. FORGIE:  Object to the form.
10        THE WITNESS:  Well, again, they
11     only reported for one year.
12  BY MR. LASKER:
13     Q.   Right.  And for that one year the
14  information that's provided with respect to
15  application method, protective gear would
16  reflect their application method for
17  glyphosate; correct?
18        MS. FORGIE:  Objection.
19     Mischaracterizes her testimony, asked
20     and answered.
21        THE WITNESS:  I cannot speculate
22     about this because we all know that
23     these farmers get more and more
24     information about the hazards of
25     pesticides.  So they may have at any

1     point in time changed their application
2 methods and/or protective equipment use
3 and we don't know it because it's only
4 reported for the last year.  Especially
5 the ones in the AHS study because they
6 are constantly bombarded with
7 information from the study about the
8 hazards of pesticides.  So we have no
9 idea who changed what.
10 BY MR. LASKER:
11     Q.  But while -- am I correct in my
12 understanding, though, that you believe
13 while this is speculation on your part, that
14 the information would be unreliable for
15 glyphosate but not unreliable for other
16 pesticides?
17        MS. FORGIE:  Objection.
18 Mischaracterizes the testimony, asked
19 and answered.
20        THE WITNESS:  I would have to
21 answer that for every single pesticide
22 because every pesticide has a different
23 scenario, just like every cancer is not
24 the same cancer.
25 ///

1 BY MR. LASKER:
2     Q.  So with respect to this concern
3 that you have for the imputation
4 methodology, this is a concern that is for
5 all pesticides, not just glyphosate; is that
6 correct?
7     A.  That's not what I said.
8     Q.  That's why I'm asking the question.
9        MS. FORGIE:  So wait.  Let's get
10 the question.
11 BY MR. LASKER:
12     Q.  Let me ask the question again.  Am
13 I correct in my understanding, maybe I'm
14 not, of your last answer that your concern
15 about the fact that these farmers could be
16 changing their application methods or
17 their -- over time, is that a concern that
18 is unique to glyphosate, or do you think
19 that applies to all the pesticides where
20 there's imputed information in the AHS
21 study?
22        MS. FORGIE:  Object to the form.
23 Also asked and answered.
24        You can answer it again.
25        THE WITNESS:  It will be a

1     difficult one to answer, although my
2 guess is since these are trained
3 pesticide applicators, they are trained
4 in which pesticides to recognize as most
5 toxic and acutely toxic and also where
6 they warned you should be wearing
7 protective equipment, where other
8 pesticides may not be considered as
9 toxic and so they are not using the same
10 precautions.
11 BY MR. LASKER:
12     Q.  Do you know how these pesticide
13 applicators were trained with respect to
14 what protective gear to use in connection
15 with which pesticides?
16     A.  That is what they had to answer
17 during their application exam.
18     Q.  That wasn't my question.  My
19 question is do you know how these farmers
20 were trained with respect to what protective
21 gear they should wear with respect to which
22 pesticide?
23        MS. FORGIE:  Objection.  Asked and
24 answered.
25        You can answer it again.

1        THE WITNESS:  I would imagine that
2 they did; otherwise, I would think that
3 these Ag Health specialists didn't do
4 their jobs.
5 BY MR. LASKER:
6     Q.  I'm not asking the question
7 correctly.  I'm sorry.  I'm not asking you
8 whether or not these people did receive
9 training.  My question is do you, Dr. Ritz,
10 know what the training was that they
11 received, for example, with respect to what
12 protective gear you should wear while
13 applying glyphosate?
14        MS. FERGIE:  Objection.  Asked and
15 answered.
16        You can answer.
17     A.  I was not part of that field work
18 of the AHS study, so I wouldn't know that
19 exactly.  But I would imagine that the Ag
20 Health educators are not different in
21 California from Iowa and North Carolina in
22 that they are doing their job, which is to
23 teach these people exactly about the hazards
24 of individual pesticides because they are
25 also teaching them what pesticide to use for

Page 66

1  what purpose and then to teach them also how
2  to protect themselves.
3      Q.  And do you have any knowledge --
4          MS. FORGIE:  When you get -- we've
5      been going over an hour.  When it's
6      convenient for you I'd like to take a
7      biology break.
8          MR. LASKER:  Let me just finish
9      this.
10         MS. FORGIE:  Of course.
11  BY MR. LASKER:
12     Q.  Okay.  Do you have in California or
13  elsewhere, I don't care where it is, do you
14  have an independent knowledge, Dr. Ritz, as
15  to what instructions are for pesticide
16  applicators with respect to the protective
17  gear to be used while applying glyphosate to
18  Roundup Ready crops?
19         MS. FORGIE:  Object to the form.
20     You can answer.
21         THE WITNESS:  I wouldn't know
22     exactly, but my guess would be that you
23     use the usual precautions but not
24     necessarily a respirator or any
25     equipment that you would want to use for

Page 67

1  highly volatile pesticides.  It's more
2  the general protective gear.
3          MR. LASKER:  We can take a break.
4          MS. FORGIE:  Thank you.
5          THE VIDEOGRAPHER:  We are off the
6      record at 2:05 p.m.
7          (Recess taken from 2:05 p.m.
8      to 2:39 p.m.)
9          THE VIDEOGRAPHER:  We are back on
10     the record at 2:39 p.m.
11  BY MR. LASKER:
12     Q.  Dr. Ritz, welcome back.  We've been
13  talking about the imputation method used in
14  the AHS, and I want to just make sure we
15  have a common framework so everybody sort of
16  schematically understands what was done.  So
17  I created a sort of a visual.  If I could,
18  I'd like to walk through this with you.
19         (Exhibit Number 30-10 was
20     marked for identification.)
21  BY MR. LASKER:
22     Q.  I understand that you have
23  criticisms of how the methodology worked
24  with respect to glyphosate, but I wanted to
25  make sure we have a common understanding of

Page 68

1  what was done.  So in the AHS they had the
2  phase 1 survey which was from 1993 to 1997,
3  and they obtained questionnaire responses
4  from 54,251 members of the cohort; correct?
5          MS. FORGIE:  I object to the form,
6      and I object to the use of this that she
7      has not reviewed, and it is drawn by
8      counsel.
9  BY MR. LASKER:
10     Q.  Dr. Ritz?
11         MS. FORGIE:  Wait.  Give her a few
12     minutes to look at it, please.
13         MR. LASKER:  Sure.
14         MS. FORGIE:  Thanks.
15         THE WITNESS:  So this shows that
16     exposure data from both phases were used
17     to impute exposure data on individuals
18     who did not respond to phase 2, yes.
19  BY MR. LASKER:
20     Q.  So I just want to walk through so
21  other people can follow this.  I know you
22  understand this.  I think I do.  But the
23  judge and the jury may have some difficulty.
24         MS. FORGIE:  You meant me, didn't
25     you?

Page 69

1  BY MR. LASKER:
2      Q.  We have the phase 1 survey from
3  1993 to 1997 and questionnaires were filled
4  out by 54,251 members of the cohort;
5  correct?
6          MS. FORGIE:  Object to the form and
7      the dates on there.
8          THE WITNESS:  In that time period?
9      Well, there were actually more
10     responses, but those were the ones, I
11     believe, that are used most of the time
12     in the analyses because they clean out
13     people from -- they drop people from
14     analyses because they already had either
15     disease at baseline or they missed other
16     variables.
17  BY MR. LASKER:
18     Q.  And then in the phase 2 survey as
19  we've discussed, there were 63 percent of
20  that group or 34,698 who filled out
21  questionnaire responses in that phase 2
22  survey which was given in that 1999 to 2005
23  time period; correct?
24         MS. FORGIE:  Again, I object to the
25     form.  This isn't a memory test.  I

1    think she would have the publication in
2    front of her, please.
3         THE WITNESS:  Yeah, I do recall it
4    was about 34,000 individuals who did
5    respond to a CATI interview.
6    BY MR. LASKER:
7         Q.   And then the imputation was with
8    respect to the remainder which was the
9    19,553 who did not respond to the phase 2
10   survey, and we have that in the dotted line;
11   correct?
12        MS. FORGIE:  Again, I object to
13   using these figures without her having
14   access to the publication.
15        THE WITNESS:  I imagine that that's
16   the number of individuals, yes.
17        MR. LASKER:  This will be 30-11,
18   and this is the 2018 JNCI article;
19   right?
20        (Exhibit Number 30-11 was
21   marked for identification.)
22        THE WITNESS:  Yes.
23   BY MR. LASKER:
24        Q.   So if you look at page 3 results,
25   you'll see among 54,251 participants.

1    That's the number we have for the cohort;
2    correct?
3         A.   Yes.
4         Q.   And then on page 4 on the 2018
5    JNCI, again, they discuss in the column that
6    goes down on that page the first indent in
7    the primary analysis.  Again, it's the
8    54,251 applicators.
9         Do you see that?
10        A.   Yes.
11        Q.   And then if you go down about
12   halfway further down, you will see that
13   there was 34,698 individuals who responded
14   to both phase 1 and phase 2 questionnaires;
15   correct?
16        MS. FORGIE:  Object to the form.
17        THE WITNESS:  Yes.
18   BY MR. LASKER:
19        Q.   Okay.  And then what was done with
20   respect to the imputation methodology, and I
21   know we have further questions about how it
22   was done, but the imputation methodology
23   takes questionnaire responses from the
24   individuals who responded to phase 1, both
25   the folks who then did respond to phase 2

1    and those who did not.  And they also take
2    questionnaire responses for the 34,698
3    individuals who responded to the phase 2
4    survey, and they use those questionnaire
5    responses to impute exposure data for the
6    individuals who did not respond to phase 2.
7    That's the sort of the basic methodology;
8    correct?
9         A.   Yes.  That's about the estimation
10   procedure, yeah.
11        Q.   And then they -- when forwarded in
12   time for purposes of the 2018 NCI study to
13   2013 for health outcomes which in this case
14   was cancer outcomes; correct?
15        A.   They do what?
16        Q.   They measure cancer outcomes going
17   to 2012 or 2013 --
18        A.   Depending on the state, yes.
19        Q.   And the health outcome information,
20   that is obtained from separate healthcare
21   databases.  It's not for the cancer outcomes
22   in the 2018 NCI study; correct?
23        MS. FORGIE:  Object to the form.
24        THE WITNESS:  Correct.
25   ///

1    BY MR. LASKER:
2         Q.   You don't have any concerns about
3    the reliability of the information on the
4    cancer outcomes that were used for the 2018
5    NCI study; correct?
6         MS. FORGIE:  Object to the form.
7         THE WITNESS:  The cancer outcomes
8    are pretty well documented in cancer
9    registries.  Of course, they assume that
10   farmers stay within the states, but I
11   know they also followed them for
12   mortalities nationwide so they probably
13   found most case.
14   BY MR. LASKER:
15        Q.   And then this is -- so this is the
16   overall analysis that was used, and I have
17   it here and you can check on the 2018 NCI
18   study, page 5, Table 2.  I put in here at
19   the bottom what the 2018 NCI study reports
20   for the rate ratio for the highest exposure
21   quartile for non-Hodgkin's lymphoma, and
22   that's that 0.87 with confidence intervals
23   of .64 to 1.2; correct?
24        MS. FORGIE:  Object to the form.
25        Mischaracterizes the data and the study.

1    THE WITNESS:  It shows the highest
2 exposure quartile compared with the
3 non-exposed as the reference category.
4 BY MR. LASKER:
5    Q.  And that's the number that's on the
6 bottom on this table that I put up on the
7 screen; correct?
8    MS. FORGIE:  Object to --
9 BY MR. LASKER:
10    Q.  0.87, 0.64 to 1.2; correct?
11    MS. FORGIE:  Object to the form.
12 Mischaracterizes the data.
13    THE WITNESS:  It's the same
14 numbers.
15 BY MR. LASKER:
16    Q.  Okay.  Now the investigators
17 then -- and this is discussed on page 4 of
18 the paper -- do a number of sensitivity
19 analyses.  I want to walk through them and
20 make sure we have a common understanding of
21 what was done.  So we'll mark this -- this
22 is now 30-12.
23    (Exhibit Number 30-12 was
24    marked for identification.)
25 ///

1 BY MR. LASKER:
2    Q.  We'll put this on the screen and
3 take a snapshot of that as well.
4    MR. LASKER:  30-Exhibit 11 was the
5 2018 NCI study.  This is 30-12.
6    MS. FORGIE:  And this one is 30-12.
7 Okay.
8 BY MR. LASKER:
9    Q.  So for 30-12, this is on page 4 of
10 the NCI study, they talk about different
11 sensitivity analyses that they conducted
12 with their data; correct?
13    MS. FORGIE:  And, again, I object
14 to the use of this form created by
15 counsel without her having a chance to
16 review.
17    You can go ahead and review this in
18 comparison to the study which is 30-11.
19    THE WITNESS:  So where does this
20 number come from?
21 BY MR. LASKER:
22    Q.  That's the question I want to walk
23 through with you.  So on page 4 of the 2018
24 JNCI study, in the right-hand -- left-hand
25 column, I'm sorry, they talk about that

1 indent in the primary analysis include
2 exposure information --
3    MS. FORGIE:  Wait, wait.  Can you
4 read it a little slower, please.
5    MR. LASKER:  I'm just positioning
6 you on the page.
7    MS. FORGIE:  That's what I'm trying
8 to find.
9    MR. LASKER:  In the primary
10 analysis.  I'm just getting you in the
11 right paragraph.
12    MS. FORGIE:  Okay.
13 BY MR. LASKER:
14    Q.  And then they talk about in the
15 course of that paragraph a number of
16 sensitivity analyses they conducted on the
17 data; correct, Dr. Ritz?
18    A.  Yes, they conducted sensitivity
19 analyses and they describe them.
20    Q.  So the first sensitivity analysis
21 that they discuss is that they restricted
22 the exposure data only to information that
23 they obtained in the phase 1 questionnaire;
24 correct?
25    A.  Yes.

1    MS. FORGIE:  Object to the form.
2 BY MR. LASKER:
3    Q.  So that's what we have depicted
4 here.  So this is now just data information
5 from the phase 1 questionnaire; correct?
6 That's all actual questionnaire responses in
7 phase 1 for the 54,251 individuals in the
8 cohort; correct?
9    A.  That's correct.
10    Q.  And then from using only that
11 actual questionnaire data, they then looked
12 at the cancer outcomes related to those
13 members of the cohort.  And for their
14 highest quartile of exposure, again,
15 corresponding to the highest quartile
16 exposure we looked at for the primary
17 analysis, they reported that their rate
18 ratio without using any of the imputed data
19 was 0.82 with 95 confidence interval of 0.62
20 to 1.8; correct?
21    A.  Yes.
22    Q.  Okay.  The second sensitivity
23 analysis --
24    MS. FORGIE:  By the way, I object
25 to showing this in this way.  This is a

Page 78

```
1    much longer period of time.
2        MR. LASKER:  I'm sorry.  Which --
3        MS. FORGIE:  Wait, let her explain.
4        THE WITNESS:  This ten line, 30-12
5    but also 30-10.  You can see that
6    between 1974 and 1993 there's a broken
7    line.
8    BY MR. LASKER:
9        Q.  Right.
10       A.  That reflects that we're leaving
11   years out.  But between 2005 and 2013 that's
12   not the case.  It looks like that time
13   period is fairly small.  It's not.
14       Q.  That's fine.  But the years that
15   are actually written down here, 1974 to
16   1993, 1997, 1999, 2005, and 2013, those
17   years are accurate; correct?
18       MS. FORGIE:  Objection.  She's
19   already stated that 2000 -- well,
20   objection.  She's already stated there's
21   a problem.
22       MR. LASKER:  Objection is noted.
23       THE WITNESS:  They are accurate
24   to -- in a certain sense because they
25   are also ignoring that one of the states
```

Page 79

```
1    finished at 2012, not '13.
2    BY MR. LASKER:
3        Q.  Okay.  But other than that one
4    date, the other dates are accurate on
5    this --
6        A.  Depending on what they depict.  I
7    don't know.
8        Q.  I should clarify.  1974 is the date
9    that glyphosate-based herbicides were first
10   approved for use in the United States;
11   correct?
12       MS. FORGIE:  Object to the form.
13       THE WITNESS:  Yes.
14   BY MR. LASKER:
15       Q.  And in the phase 1 survey, the
16   individuals who provided questionnaire
17   responses were providing information on
18   historical use of glyphosate, which at the
19   maximum could extend back to 1974; correct?
20       MS. FORGIE:  Object to the form.
21       THE WITNESS:  Correct.
22   BY MR. LASKER:
23       Q.  Do you have any other concerns with
24   the -- how this first sensitivity analysis
25   is depicted on this graph -- on this
```

Page 80

```
1    graphic?
2        MS. FORGIE:  Object to the form.
3        THE WITNESS:  Actually, I'm
4    objecting to how this is referenced.
5    BY MR. LASKER:
6        Q.  Let's go back to that.  I want to
7    make sure I understand.
8        MS. FORGIE:  Tell him the reference
9    number.
10       THE WITNESS:  It's 30-10.
11   BY MR. LASKER:
12       Q.  Yes.
13       A.  Because this image makes it look as
14   if they reported for the whole period, and
15   they clearly didn't.
16       Q.  Okay.
17       A.  So these individuals reported for
18   the 12-month period depending on which
19   year they were interviewed.  So we have gaps
20   in exposure assessment.
21       Q.  But the phase 2 survey was, and
22   obviously we have to be able to look forward
23   in the box.  I understand that.  But the
24   phase 2 survey was provided during the years
25   1999 and 2005 and in that questionnaire the
```

Page 81

```
1    individuals provided information for one
2    reference year, their most recent year of
3    pesticide use; correct?
4        MS. FORGIE:  Object to the form.
5        THE WITNESS:  The most recent year
6    of farming, yes.
7    BY MR. LASKER:
8        Q.  Okay.  Let's go to 30 --
9        A.  It's not pesticide use.  That's
10   important.
11       Q.  It's farming.
12       A.  It's farming.
13       Q.  And then they provided responses
14   with respect to pesticide use during that
15   year?
16       A.  Yes.
17       Q.  Understood.  30-13 then is the
18   second sensitivity analysis that was
19   conducted in the JNCI.
20       (Exhibit Number 30-13 was
21       marked for identification.)
22       MS. FORGIE:  I don't think we have
23   a 30-13.
24       MR. LASKER:  Here.  I don't think I
25   handed that out.  My mistake.
```

21 (Pages 78 to 81)

Page 82

1   (Discussion off the record.)
2   BY MR. LASKER:
3   Q.  This is the second sensitivity
4   analysis they conducted in the 2018 NCI
5   study was they only looked at the
6   individuals who responded to both the phase
7   1 and phase 2 surveys; correct?
8   MS. FORGIE:  Again, objection to
9   using this 30-13 along with 30-10 and
10  30-12 created by counsel that she's
11  never had a chance to look at, and I
12  object to that.
13  THE WITNESS:  It's the same number,
14  so I imagine these are the individuals
15  with the exposure data at baseline and
16  for the 12-month period at follow-up.
17  BY MR. LASKER:
18  Q.  And what the investigators did in
19  the 2018 NCI study is looking solely at
20  these questionnaire responses in phase 1 and
21  phase 2.  And, again, not looking at any
22  imputed data, they calculated the rate ratio
23  for non-Hodgkin's lymphoma from exposure to
24  glyphosate going out to 2012 or 2013 and
25  they found that for the highest quartile

Page 83

1   exposure group, their rate ratio was 0.9
2   with confidence interval of 0.63 to 1.27;
3   correct?
4   MS. FORGIE:  Object to the form.
5   When you're -- I notice it's saying NCI
6   up at the top.  Are you talking about
7   the AHS study, the 30-11?
8   MR. LASKER:  The 2018 publication
9   in the "Journal of the National Cancer
10  Institute," yes.
11  MS. FORGIE:  I object to that as
12  well.
13  MR. LASKER:  That's fine.
14  THE WITNESS:  So the comparison
15  they make is always to the non-exposed.
16  BY MR. LASKER:
17  Q.  Right.
18  A.  And I actually object to that kind
19  of comparison because Anneclaire DeRoos for
20  a good reason did, she compared the highest
21  to the lowest exposed because there's a
22  certain number of confounding likely between
23  the unexposed and those using glyphosate.
24  Q.  We can talk about that, but I want
25  to make sure I understand and the jury and

Page 84

1   judge understands the sensitivity analysis
2   that was conducted.  For this sensitivity
3   analysis, the investigators looked only at
4   actual questionnaire response data from
5   phase 1 and phase 2 for the members of the
6   cohort that provided answers to both
7   questionnaires; correct?
8   MS. FORGIE:  Objection.  And are
9   you talking about 30-13 or 30-12?
10  MR. LASKER:  This is 30-13.
11  MS. FORGIE:  Okay.
12  THE WITNESS:  So they are using
13  actual data.  However, that actual data
14  has many, many holes as we know because
15  they are only asking about a 12-month
16  period and guess whatever happened in
17  the interim when glyphosate use changed
18  considerably.
19  BY MR. LASKER:
20  Q.  But for this sensitivity analysis 2
21  using only actual questionnaire data for
22  34,698 individuals in the phase 1 and phase
23  2 survey, they found a rate ratio for the
24  highest quartile of exposure of 0.9 at the
25  rate of confidential of 0.63 to 1.27;

Page 85

1   correct?
2   MS. FORGIE:  Object to the form.
3   THE WITNESS:  They found in highest
4   quartile odds ratio or hazard ratio, I
5   guess, comparing to the unexposed, and I
6   have concerns about that as I have large
7   concerns about using this data as if
8   it's the truth.  It's not.
9   BY MR. LASKER:
10  Q.  Let's go to the next sensitivity
11  analysis.  This will be 30-14.
12  (Exhibit Number 30-14 was
13  marked for identification.)
14  BY MR. LASKER:
15  Q.  This document shows the third
16  sensitivity analysis that the JNCI
17  investigators conducted in their
18  publication; correct?
19  MS. FORGIE:  Object to the form and
20  the reference as it is the third
21  sensitivity analysis.  Again, I object
22  to counsel showing her a document that
23  she's never had a chance to see before
24  or compare.
25  THE WITNESS:  Could you walk me

Page 86

1   through what this is?
2   BY MR. LASKER:
3       Q.  Sure.  The third sensitivity
4   analysis, and it's page 4 of the JNCI
5   article.  The investigators truncated their
6   cancer incidence data.  Instead of extending
7   it out to 2013, they brought it back to
8   2005; correct?
9           MS. FORGIE:  Objection.  Object to
10  form.
11          THE WITNESS:  Yes, they excluded
12  all cancer incidences after 2005.
13  BY MR. LASKER:
14      Q.  So to the extent there were changes
15  in exposure after 2005, either incidence or
16  intensity, that information is no longer
17  part of this analysis because the cancer now
18  has a cutoff of 2005; correct?
19          MS. FORGIE:  Object to the form.
20          THE WITNESS:  Any exposure changes
21  after 2005 would now be eliminated, but
22  not any before.
23  BY MR. LASKER:
24      Q.  Right.  And using that sensitivity
25  analysis when they looked at the rate ratio

Page 87

1   in their highest exposure quartile, again,
2   they found no association between glyphosate
3   exposure and non-Hodgkin's lymphoma;
4   correct?
5           MS. FORGIE:  Object to the form.
6   Mischaracterizes the data from the
7   study.
8           THE WITNESS:  Well, in this highest
9   exposure quartile, we are finally on the
10  right side of the equation.  We get a
11  1.04 meaning it's not protected against
12  NHL anymore and tells you they are
13  starting to maybe look at the right
14  follow-up period where they have the
15  best data for which is really a very
16  short period.
17  BY MR. LASKER:
18      Q.  So is it your testimony, or let me
19  make sure I understand.  Is it your
20  testimony that this analysis with a rate
21  ratio of 1.04 confidence interval of 0.7 to
22  1.57 is suggestive of a causal link between
23  glyphosate exposure and non-Hodgkin's
24  lymphoma?
25      A.  What I'm saying is that I don't

Page 88

1   believe that we should all eat glyphosate in
2   our cereal in order to prevent NHL.  I do
3   not believe any of these estimates are below
4   1.  So we're finally getting to where I can
5   imagine that some of the exposure
6   misclassification and some of the
7   confounding is not as strong anymore, and
8   that's what this is indicating as it was in
9   the other sensitivity analysis.
10      Q.  So if I understand correctly, if
11  the rate ratio is -- the point estimate of
12  the rate ratio is above 1, you consider that
13  could be more believable with a
14  non-statistically significant finding than
15  if the rate ratio is below 1 with a
16  non-statistically significant finding?
17          MS. FORGIE:  Object to the form.
18  Mischaracterizes her testimony.  Asked
19  and answered.
20          You can answer it again.
21          THE WITNESS:  What I think is that
22  glyphosate is not protecting us against
23  NHL.  So any true estimate should either
24  be 1 or above 1.  Any estimate below 1
25  we have to explain unless we are willing

Page 89

1   to agree that glyphosate prevents NHL.
2   BY MR. LASKER:
3       Q.  Is it your testimony that any of
4   the rate ratios reported in the 2018 NCI
5   study are statistically significant evidence
6   of a protective effect?
7           MS. FORGIE:  Object to the form.
8           THE WITNESS:  Of a protective
9   effect?
10  BY MR. LASKER:
11      Q.  Yes.
12      A.  For glyphosate?
13      Q.  Yes.
14          MS. FORGIE:  Could you read the
15  question back again, please.
16          THE WITNESS:  I don't understand
17  this.
18  BY MR. LASKER:
19      Q.  I'll restate the question.
20          You're talking about the fact that
21  the other rate ratios reported that we've
22  looked at are below 1.
23      A.  Uh-huh.
24      Q.  None of those rate ratios are
25  statistically significant; correct?

23 (Pages 86 to 89)

Page 90

1    A.  That's correct.
2    Q.  And none of those rate ratios and
3  nobody claims in the NCI study that any of
4  those rate ratios are evidence of a
5  protective effect for glyphosate; correct?
6        MS. FORGIE:  Object to the form.
7        THE WITNESS:  Well, in fact, some
8    of your own experts seem to infer that
9    in the way they wrote their reports.
10  BY MR. LASKER:
11   Q.  Is it your opinion that any of
12  Monsanto's experts are stating that the 2018
13  NCI study shows that glyphosate is
14  protective against non-Hodgkin's lymphoma?
15        MS. FORGIE:  Object to the form.
16    Asked and answered.
17      You can answer.
18        THE WITNESS:  So what I'm saying is
19    that what is the -- what is the story
20    here?  Are we supposed to believe that
21    estimates of .83 and .9 are reflecting
22    the truth?
23  BY MR. LASKER:
24   Q.  That was not my question.  My
25  question is is it your opinion or your

Page 91

1  understanding of the expert report submitted
2  by Monsanto's experts that Monsanto's
3  experts are stating that the findings in the
4  JNCI study are evidence of a protective
5  effect of glyphosate against non-Hodgkin's
6  lymphoma?
7        MS. FORGIE:  Object to the form.
8    Asked and answered.
9      You can answer it again.
10        THE WITNESS:  They are not saying
11    that explicitly, but the way they argue
12    you would imagine that -- no.  You have
13    to actually assume they think that
14    because of the way they argue.
15  BY MR. LASKER:
16   Q.  Am I correct -- let me make sure I
17  am.  Your understanding is that you are --
18  strike that.  Start again.
19      Is your testimony in that regard
20  based upon the issue of non-differential
21  exposure classification biasing findings
22  towards the null?
23   A.  I state that that is the most
24  likely thing that might happen is
25  non-differential exposure misclassification,

Page 92

1  yes.
2    Q.  I understand that it's your opinion
3  that there was non-differential exposure
4  misclassification in this study.  Is it your
5  belief that Monsanto's experts believe that
6  there was non-differential exposure
7  misclassification in the study?
8        MS. FORGIE:  Objection.  Object to
9    the form.  Also I think it would be
10    helpful if she could look at the Heltshe
11    Ryder reports or Acquavella.  I don't
12    know which experts you're referring to.
13        THE WITNESS:  Which experts?
14  BY MR. LASKER:
15   Q.  I'm sorry.  This is something you
16  stated.  I want to understand the testimony
17  you just provided.  Is it your understanding
18  that any of Monsanto's experts have opined
19  that there was non-differential exposure
20  misclassification in the 2018 NCI study?
21        MS. FORGIE:  Object to the form,
22    asked and answered.
23        THE WITNESS:  They are trying very
24    hard to say that's not the case.
25  ///

Page 93

1  BY MR. LASKER:
2    Q.  And if there is no non-differential
3  exposure misclassification in the JNCI
4  study, then there is no biasing towards the
5  null; correct?
6        MS. FORGIE:  Object to the form.
7        THE WITNESS:  That's not correct.
8    There are many other biases that can
9    move the estimate towards the one
10    including confounding.  That's not
11    adjusted for.
12  BY MR. LASKER:
13   Q.  Is it your understanding that
14  the -- strike that.
15      Do you believe that there is bias
16  in the 2018 JNCI study that is biasing the
17  reported rate ratios away from the null?
18   A.  Away from the null in what
19  direction?
20   Q.  Either direction.
21   A.  Like below?  Below the --
22   Q.  Below or above.
23        MS. FORGIE:  Object to the form.
24        THE WITNESS:  There is certainly
25    bias that is shown here that moves

24 (Pages 90 to 93)

1  estimates below the 1, yes. That's a
2  biased estimate.
3  BY MR. LASKER:
4      Q.  My question is can you identify for
5  me any specific bias that you believe
6  occurred in the 2018 JNCI study that you
7  believe biased the reported rate ratio away
8  from the null?
9          MS. FORGIE: Objection. Asked and
10 answered.
11         You can answer it again.
12         THE WITNESS: Yes, indeed.
13 Confounding is the most likely one
14 because you're comparing an unexposed
15 group that I believe is not in the sense
16 of the causal inference that we try to
17 make fully exchangeable with the exposed
18 group.
19 BY MR. LASKER:
20     Q.  So is the --
21         MS. FORGIE: Wait. Let her finish.
22         THE WITNESS: They have not
23 adjusted for all the variables because
24 we don't really know in every single way
25 how these two differ.

1      The best way to actually check that
2  is by using only exposed. That's what
3  Anneclaire DeRoos did. She looked at
4  the low exposure versus high exposure.
5  She left it specifically because she was
6  worried about that confounding. She
7  left out the nonexposed.
8  BY MR. LASKER:
9      Q.  My question to you is not whether
10 you believe that it existed or not but what
11 you can point to that you believe caused
12 this. I just want to make sure I
13 understand. You stated that you believe
14 confounding led to a bias in the reported
15 rate ratios away from the null; is that
16 correct? Is that your testimony?
17         MS. FORGIE: Objection --
18         THE WITNESS: That is one --
19         MS. FORGIE: Wait.
20         Objection. Asked and answered.
21         You can answer it again.
22         THE WITNESS: It is one of the
23 biases. Another one is random error.
24 BY MR. LASKER:
25     Q.  Is it your testimony that random

1  error biased the rate ratio away from the
2  null?
3      A.  Correct.
4      Q.  How did that happen in your
5  opinion?
6      A.  That is actually pointed out in the
7  beautiful paper by M. Jurek and Sander
8  Greenland that was in the list of your
9  experts, and that they obviously must have
10 misinterpreted.
11     Q.  And the Sander Greenland article
12 talks about bias away from the null when
13 there is a bias that is associated both with
14 exposure and disease outcome; correct?
15     A.  No. This is non-differential, and
16 they specifically called it
17 non-differential. Non-differential can
18 actually -- doesn't mean that it's just one
19 kind of bias that ends at 1, that it
20 actually -- because we are randomly sampling
21 from exposure distribution, we could
22 randomly also have estimates below the 1,
23 and that's what they're showing.
24     Q.  In the Sander Greenland article
25 they state for that to happen, the

1  misclassification would have to be
2  associated both with the exposure and the
3  disease outcome; correct?
4      A.  That's --
5          MS. FORGIE: Wait. Objection. I
6  think it would be fair to show her the
7  article. You're being very specific
8  here.
9          MR. LASKER: It's her testimony.
10 BY MR. LASKER:
11     Q.  Is it your testimony that Sander
12 Greenland says there's exposure away from
13 the null when there is no association?
14         MS. FORGIE: Wait. Objection. I
15 still think you should show her the
16 article. I don't think it's fair.
17         THE WITNESS: The article I read
18 and I'm referring to was one on
19 non-differential exposure
20 misclassification, not differential.
21 BY MR. LASKER:
22     Q.  Okay. And with respect to
23 non-differential exposure misclassification
24 for it to be a bias away from the null,
25 there would have to be an association both

1  with exposure and with disease outcome;
2  correct?
3         MS. FORGIE:  Object to the form.
4         THE WITNESS:  That is incorrect.
5  That's the definition of differential
6  exposure misclassification.
7  BY MR. LASKER:
8     Q.  For a non differential exposure
9  misclassification, you're not going to have
10  bias away from the null; correct?
11        MS. FORGIE:  Object to the form.
12        THE WITNESS:  Incorrect.  They are
13     explicitly writing this article to show
14     that under random error, strong random
15     error in exposure misclassification
16     that's non-differential, doesn't depend
17     on disease, you can get a bias away from
18     the null or across the null.
19  BY MR. LASKER:
20     Q.  Let's take a look at your
21  supplemental expert report at page 8.
22        MS. FORGIE:  It's number --
23        MR. LASKER:  30-1.
24        MS. FORGIE:  30-1.  You're right.
25  ///

1  BY MR. LASKER:
2     Q.  At page 2 of your report, the third
3  paragraph on the page, you state "It is well
4  known that faulty recall of past exposures
5  leads to measurement error"; correct?
6     A.  Yes.
7     Q.  "In a cohort study this error
8  contributes to non-differential exposure
9  misclassification, i.e., it is as likely for
10  those who remain healthy and those who later
11  develop a disease to make mistakes and not
12  recall and report exposures correctly."
13        Did I read that correctly?
14     A.  Yes.
15     Q.  And then on page 3 of your
16  supplemental expert report, you state -- and
17  now we're in the second paragraph, second
18  full paragraph, and it is the second
19  sentence in your expert report, "The error
20  generated in cohorts and especially the AHS,
21  agricultural health study, is considered
22  non-differential such that there is no
23  systematic difference between the error in
24  reporting for those who later become cases,
25  diseased, and those who remain healthy,

1  controls.  This is by design in a cohorts
2  since at the moment no one has a disease of
3  interest such that remembering would be
4  influenced by disease status."
5        Did I read that correctly?
6     A.  That's correct.
7     Q.  And then page 6 of your expert
8  report at the end of the carryover
9  paragraph, the last sentence, and you've
10  underlined this, you state, "The combined
11  impact of these two sources of
12  non-differential exposure misclassification
13  can strongly bias results towards the null,
14  i.e., not finding a true association."
15  Correct?
16     A.  Where is that?
17     Q.  Page 6 underlined.
18     A.  Yeah, yeah.
19     Q.  In your supplemental expert report,
20  and you've underlined this, you state "The
21  combined impact of these two sources of
22  non-differential exposure misclassification
23  can strongly bias results towards the null,
24  i.e., not finding a true association."
25  Correct?

1     A.  Correct.
2     Q.  And in no place in your
3  supplemental expert report do you ever state
4  that there was any bias in the 2018 study
5  that you state biased the reported rate
6  ratios away from the null; correct?
7        MS. FORGIE:  Object to the form.
8        THE WITNESS:  I'm not sure what
9     you're saying.
10  BY MR. LASKER:
11     Q.  There is no statement anywhere in
12  your supplemental expert report in which you
13  state that the errors that you opine
14  occurred in connection with the 2018 NCI
15  study biased the results away from the null.
16        MS. FORGIE:  Object to the form.
17     Mischaracterizes the report.
18        You can answer.
19        THE WITNESS:  When you don't see a
20     result, when you don't see a positive
21     result for a risk factor, there's no
22     reason to believe that it's biased away
23     from the null.  So there's no reason for
24     me to comment on it.
25  ///

1  BY MR. LASKER:
2      Q.  Am I correct that there is no
3  statement anywhere in your supplemental
4  expert report in which you state that any of
5  the errors that you opined exist in the 2018
6  NCI study biased the results away from the
7  null?
8      MS. FORGIE:  Object to the form.
9  Mischaracterizes the report.
10      THE WITNESS:  This is not what I
11  was asked to do when I reviewed this
12  report.  So there's no reason for me to
13  go into a bias that obviously doesn't
14  exist because there's no association
15  shown.
16  BY MR. LASKER:
17      Q.  And there are numerous places in
18  this report that you talk about biases that
19  you believe exist in the 2018 NCI study that
20  you believe biased the results towards the
21  null; correct?
22      MS. FORGIE:  Object to the form.
23  Mischaracterizes the report.
24      THE WITNESS:  I was asked to
25  analyze the results with respect to

1  biases.  That's what I did, and I gave
2  my opinion about what non-differential
3  exposure misclassification does in this
4  study, correct.
5  BY MR. LASKER:
6      Q.  Okay.  The --
7      A.  Not what it does, in general.  What
8  it does in this study.
9      Q.  The 2011 -- let's mark this next in
10  line.
11      MS. FORGIE:  Where are we in time
12  just out of curiosity, please.
13      THE VIDEOGRAPHER:  137.
14      MS. FORGIE:  He's used up or
15  remaining.
16  BY MR. LASKER:
17      Q.  Let's go to the 1997 Acquavella
18  memo.
19      MS. FORGIE:  The memo?
20      MR. LASKER:  This is something she
21  cites in her report.
22      THE WITNESS:  Can I just get myself
23  a glass of --
24      MS. FORGIE:  Hold on one second.
25  ///

1      (Exhibit Number 30-15 was
2  marked for identification.)
3      MR. LASKER:  30-17?
4      MS. SHIMADA:  15.
5      MR. LASKER:  30-15.  Thank you.
6  BY MR. LASKER:
7      Q.  Dr. Ritz, you cite this 1997 memo
8  by Dr. Acquavella in your supplemental
9  expert report; correct?
10      A.  Correct.
11      Q.  And in particular at page 4 of your
12  expert report you quote from this report --
13  first of all, this report was drafted prior
14  to the time when the AHS study resulted in
15  any published epidemiological analyses of
16  pesticide exposure in cancer; correct?
17      MS. FORGIE:  Object to the form.
18      THE WITNESS:  When was it?
19  BY MR. LASKER:
20      Q.  1997.
21      A.  They started publishing quite soon,
22  but I wouldn't be able to say whether it's
23  exactly before.
24      Q.  Have you looked to see whether
25  there was any publication out of the AHS on

1  pesticide exposure in cancer prior to this
2  memo?
3      A.  I would imagine there isn't, but I
4  can't say for sure that there isn't.
5      Q.  And you quote this memorandum on
6  page 4 of your supplemental expert report as
7  identifying two problems with the exposure
8  assessment in the AHS, and the first was
9  that usage does not necessarily mean
10  exposure (work practices, equipment,
11  environmental conditions, determine exposure
12  to a large degree); correct?
13      MS. FORGIE:  What page are you on?
14      THE WITNESS:  That's what it
15  states, yes.
16  BY MR. LASKER:
17      Q.  That's what you quote in your
18  expert report on page 4; correct?
19      MS. FORGIE:  Thank you.
20      THE WITNESS:  Yes.
21  BY MR. LASKER:
22      Q.  In the publications that came out
23  of the Agricultural Health Study including
24  the 2018 NCI study, they in their exposure
25  classification take into account intensity

1  of exposure which includes variables on work
2  practices, equipment, and protective gear;
3  correct?
4        MS. FORGIE:  Object to the form.
5  Mischaracterizes.
6        THE WITNESS:  The AHS made an
7  attempt to take work practices and
8  protective equipment gear into
9  consideration.  They went through -- to
10  a large extent through an exercise of
11  going out to farms and watching 20 to 30
12  farmers apply and take urine samples and
13  then, you know, estimated with what they
14  observed and what the urine samples
15  showed, which type of application method
16  and which type of protective equipment
17  would be giving you the most protection
18  so that you wouldn't find the
19  metabolites of certain pesticides in the
20  urine.
21        However, everything they did was
22  with 20 willing people who were being
23  observed and the algorithm they
24  developed was for 56,000 applicators who
25  reported use since 1974.  Do we really

1  believe that what they are observing in
2  2003, let's say, reflects the intensity
3  and the type of application and the
4  protection, even the protective
5  equipment that would have been used by a
6  farmer in the '80s?
7  BY MR. LASKER:
8     Q.  My question though -- I think
9  you've answered it -- is that this concern
10  that Dr. Acquavella raised in 1997, the AHS
11  investigators at least attempted to
12  address -- and I understand you have
13  concerns about how well they did that.  Is
14  that fair?
15        MS. FORGIE:  Objection.  Asked and
16  answered as you just stated.
17        You can answer it again.
18        THE WITNESS:  Well, the intensity
19  estimation that they conducted may work
20  in certain circumstances and may not
21  work in others, and we really don't know
22  in which they do and they don't.  What
23  we know is the protective equipment
24  changed and that the application methods
25  changed and, therefore, for the

1  pesticides that were around for a long
2  time and were used changed, both changed
3  the most.  There are other pesticides
4  that are kind of stable or discontinued
5  and whatever they reported at baseline
6  might be quite correct.
7  BY MR. LASKER:
8     Q.  The other criticism that you quote
9  Dr. Acquavella making back in 1997 was that
10  recall can be faulty, and he talks about
11  attempts at verification of recall
12  information on pesticide exposure; correct?
13        MS. FORGIE:  Object to the form.
14        THE WITNESS:  He states that, yes.
15  BY MR. LASKER:
16     Q.  Subsequent to the date of this
17  Acquavella memorandum, the AHS investigators
18  conducted a number of studies including
19  repeat questionnaires to assess the accuracy
20  of the recall information in the AHS
21  questionnaire for exposures to pesticides;
22  correct?
23     A.  They attempted to do that, yes.
24     Q.  Okay.  The -- you have, in fact, in
25  your own research used intensity factors in

1  determining exposure -- exposures to
2  pesticides; correct?  For epidemiological
3  research?
4        MS. FORGIE:  Object to the form.
5        THE WITNESS:  Actually we used
6  Dr. Dosemeci's scheme, and we also -- we
7  actually did three different types of
8  analyses where we used Dr. Dosemeci's
9  scheme, a scheme from someone else as
10  well as without weighing for intensity
11  at all, and interestingly, our own
12  results were stable and showed exactly
13  the same results for Parkinson's disease
14  whether or not we used intensity.
15  However, these -- that was a case
16  control study, and it's very different
17  in terms of exposure assessment from the
18  AHS.
19  BY MR. LASKER:
20     Q.  Is -- and just to make sure we have
21  this correctly, this is Exhibit 30-16.
22        (Exhibit Number 30-16 was
23        marked for identification.)
24  BY MR. LASKER:
25     Q.  This is the publication -- is that

1  the publication you had in mind?
2      A.  Yes.
3      Q.  And in this publication when you
4  presented -- in this presentation you used a
5  measures of intensity and then as reported
6  on page 247, you set forth your analyses of
7  associations between Parkinson's disease and
8  pesticide exposures based upon various
9  exposure quartiles; correct?
10     MS. FORGIE:  Object to the form.
11 BY MR. LASKER:
12     Q.  Tertiles.
13     A.  Yes.
14     MS. FORGIE:  Give her a chance --
15 BY MR. LASKER:
16     Q.  What you set forth in your analysis
17 was dosing based upon three exposure
18 tertiles with odds ratios that were then
19 compared to no exposure; correct?
20     MS. FORGIE:  Object to the form and
21 take your time to review it.
22     THE WITNESS:  Yes, that's correct.
23 BY MR. LASKER:
24     Q.  In discussing your findings on
25 page 244, and then it goes over to 246, on

1  page 244, among Parkinson's disease case
2  control, and then continuing to 246,
3  studies, a majority, however, relied on
4  retrospectively self-reported occupational
5  pesticide exposures solely based on expert
6  assessment and job titles to construct
7  exposure matrixes underscoring a lack of
8  studies using exposure assessment methods
9  that might not be affected by recall bias;
10 correct?
11     A.  Correct, in a case control study,
12 yes.
13     Q.  On page 248 in your study on the
14 second column the second paragraph you
15 state, "A limitation of our study we did not
16 record usage of personal protective
17 equipments with the occupational history
18 which might modify pesticide exposure
19 levels"; correct?
20     MS. FORGIE:  Where is it?
21     THE WITNESS:  Yes.  Of this study.
22     MS. FORGIE:  I see it.  Thank you.
23 BY MR. LASKER:
24     Q.  Dr. Ritz, if I understand -- let me
25 make sure I understand correctly.  Do you

1  believe that the epidemiologic -- strike
2  that.
3      In your opinion, does the 2018 NCI
4  study strengthen or weaken the
5  epidemiological evidence in support of your
6  opinion that there is an association between
7  glyphosate-based herbicides and
8  non-Hodgkin's lymphoma?
9      A.  It does not change my opinion at
10 all because it shows exactly what I
11 predicted due to their severe exposure
12 misclassification for glyphosate.
13     Q.  Do you believe the 2018 NCI study
14 has any weight in the evaluation of whether
15 glyphosate-based herbicides caused
16 non-Hodgkin's lymphoma?
17     A.  It doesn't have it for me.
18     Q.  At the end of your supplemental
19 expert report you state that it would be
20 inappropriate to include the 2018 NCI study
21 in a meta analysis of glyphosate
22 epidemiologic study; correct?
23     A.  It depends on what you're trying to
24 say.  I learned that meta analyses -- and
25 this is Dr. Greenland who wrote the bible in

1  epidemiology can be used in different ways,
2  and the least informative way is to create a
3  summary estimate across every study in the
4  book because that just gives you a summary
5  estimate that might be highly biased because
6  studies are of very different quality.
7      So the way you should be using meta
8  analysis is by grouping studies according to
9  their design and their qualities in terms of
10 exposure assessment, in terms of the
11 possible selection bias, in terms of a lot
12 of different bias-related issues and then
13 use that to inform your opinion overall
14 which type of study and which type of result
15 you trust more.
16     Q.  In your -- and maybe I
17 misunderstood you.  In your initial expert
18 report in this litigation, you cited to a
19 number of meta analyses that had been
20 conducted prior to the 2018 NCI study and as
21 you noted in your expert report, prior to
22 the results for the NAPP which is the North
23 American Pooled Project.
24     A.  Right.
25     Q.  Do you rely upon the summary

Page 114

1  findings in those meta analyses -- do you
2  now rely upon the summary findings in those
3  meta analyses as support for your opinion
4  that there is an association between
5  non-Hodgkin's lymphoma and glyphosate-based
6  herbicides?
7        MS. FORGIE:  I'm going to object to
8  the form.  We're not here to talk about
9  her original expert report.  That's
10  beyond the scope of this deposition.
11  I'm going to let her answer that one.
12  We're not going to go into her original
13  expert report which you've already
14  deposed her on for seven hours.
15        THE WITNESS:  As a scientist, I
16  never rely on any summaries.  I usually
17  go to the original data and look at it
18  and then actually try to judge each
19  piece of work on its own merit.
20  BY MR. LASKER:
21     Q.  Okay.  Fair enough.  Let's take a
22  break and I'm going to review my notes.
23        THE VIDEOGRAPHER:  This marks the
24  end of videotape number 1 in the
25  deposition of Dr. Beate Ritz.  We're off

Page 115

1  the record at 3:27 p.m.
2        (Recess taken from 3:27 p.m. to
3  3:59 p.m.)
4        THE VIDEOGRAPHER:  We are back on
5  the record.  This marks the beginning of
6  videotaped number 2 in the deposition of
7  Dr. Beate Ritz.  You may proceed.
8        MR. LASKER:  Thank you.
9  BY MR. LASKER:
10     Q.  Dr. Ritz, we were talking
11  previously about non-differential exposure
12  misclassification, and the investigators who
13  worked on the AHS study in 2011 prepared an
14  analysis of the impact of this type of
15  non-differential exposure misclassification
16  on estimates of relative risk in the AHS;
17  correct?
18     A.  Let me see.  They are specifically
19  doing this for 2,4-D chlorpyrifos to
20  evaluate their algorithm.
21     Q.  Right.  But what the article is
22  about is addressing the possibility of bias
23  that can be created in their study through
24  non-differential exposure misclassification;
25  correct?

Page 116

1        MS. FORGIE:  Object to the form.
2        THE WITNESS:  For two pesticides
3  that are not glyphosate and did not have
4  the same change as glyphosate has, yes.
5        (Exhibit Number 30-17 was
6  marked for identification.)
7  BY MR. LASKER:
8     Q.  And then in -- on page -- you've
9  seen this article before; correct?
10     A.  No.
11     Q.  Let's go back to your -- I'm sorry.
12  Exhibit 30-1.
13        In your reference list in your
14  supplemental expert report you cite to this
15  study; correct?
16     A.  That's the wrong one in here.
17        MS. FORGIE:  That may have been my
18  fault.  That was my fault.  I'm sorry.
19  BY MR. LASKER:
20     Q.  Which Blair publication -- we don't
21  have to do this on the record.  You can
22  correct me.
23     A.  It's a different one.  2002-'05.
24  Right?
25     Q.  We'll deal with this later.  I

Page 117

1  understand now.  Let me ask you with respect
2  to what is the Exhibit Number 30- --
3     A.  17.
4     Q.  On page 539 in the Blair 2011
5  paper, the AHS investigators set forth --
6        MS. FORGIE:  What's the number on
7  that one?  I'm sorry.  30-17.
8        MR. LASKER:  30-17.
9  BY MR. LASKER:
10     Q.  The AHS investigators and Dr. Blair
11  set forth various scenarios where
12  non-differential misclassification could
13  create bias in the reported rate ratios in
14  epidemiological studies coming out of the
15  AHS cohort; correct?
16     A.  That is incorrect.  What they're
17  doing here is actually comparing the
18  algorithm of the AHS to urinary level active
19  metabolize that they're measuring pre and
20  post application, and that's a very
21  different scenario from what actually the
22  AHS did.  They're estimating long-term
23  exposure.
24     Q.  Let me walk you through on
25  page 540.  Let me take a step back.  One of

1  the issues that they're dealing with with
2  respect to correlation with urinary levels
3  is that could lead to exposure
4  misclassification in the AHS study.  That's
5  one of the issues they're considering;
6  correct?
7          MS. FORGIE:  Object to the form.
8          THE WITNESS:  They are considering
9  whether the algorithm they are using for
10 application type and for protective
11 equipment used is actually accurately
12 reporting -- related, is accurately
13 related to metabolize their measuring
14 pre and post exposure because they're
15 using certain weights to define these
16 intensities.  So they're observing
17 farmers while they are applying with
18 their usual methods, and they're
19 collecting the urine pre and post.  They
20 also gave them a questionnaire at the
21 end of the day that asked them exactly
22 the same questions the AHS asked but for
23 a 24-hour period.  And then they're
24 correlating, and that's all in the other
25 paper.  Then they're correlating -- or

1  in the Coble Bay paper, in a number of
2  papers.  And then they are correlating
3  what they see in the urinary levels to
4  the estimated effect for 24 hours.  So
5  all they're evaluating here is a
6  24 hour -- or validating is a 24-hour
7  correlation between a urinary metabolite
8  and an application method and personal
9  protective equipment use.
10 BY MR. LASKER:
11      Q.  Can I take to you the abstract of
12 this publication on the first page.  In the
13 conclusions here in the abstract it states
14 "Although correlations between algorithm
15 scores and urinary levels were quite good,
16 i.e., correlations between 0.4 and 0.8,
17 exposure misclassification with still bias
18 relative risk estimates in the AHS toward
19 the null and diminished study power."
20      Do you see that?
21      A.  Yes, I see that.
22      Q.  So that is the issue of as you talk
23 about in your expert report the possibility
24 of a non-differential exposure
25 misclassification biasing reported rate

1  ratios in AHS studies towards the null;
2  correct?
3          MS. FORGIE:  Object to the form.
4          THE WITNESS:  It's the general --
5  it's the general way that these
6  estimates might be biased, yes.
7  BY MR. LASKER:
8      Q.  And if you can turn to page 540 --
9      A.  And that's their own conclusion
10 here.
11      Q.  Right.  I understand.  I just read
12 it.
13      A.  Yeah, exactly.
14      Q.  If you can turn to page 540 of
15 Dr. Blair's 2011 article, and on the second
16 column he discusses several conclusions can
17 be drawn from evaluation of the impact of
18 exposure misclassification on an estimated
19 relative risks in the agricultural health
20 study.  Do you see that in the second
21 column at the top?
22      A.  Several conclusions, yes.
23      Q.  The first that they state is --
24      A.  I need my glasses.
25      Q.  That's fine.

1          "First, the correlation between
2  questionnaire or observer information on
3  pesticide use in measured urinary levels are
4  in the range found for other factors that
5  are usually considered to be reliably
6  obtained for epidemiologic studies such as
7  tobacco and alcohol use, diet, physical
8  activity and health assessments"; correct?
9      A.  Yes, but that refers to a 24-hour
10 period.  It doesn't refer to any long-term
11 40, 30-year period.
12      Q.  Right.  And you are also aware
13 through the Blair 2002 study which is a
14 different analysis when they looked at
15 questionnaire responses taken a year apart,
16 the same person filled out a questionnaire
17 and then a year later filled out a
18 questionnaire response, they similarly found
19 that the information that they were
20 obtaining on pesticide exposure -- the
21 consistency was similar to what they were
22 finding for these other factors such as
23 tobacco and alcohol use; correct?
24          MS. FORGIE:  Object to the form.
25      Also I think it would only be fair to

1  let her see the 2002 article.
2      THE WITNESS:  It's actually quite
3  different what I remember.  What I
4  remember is that they had a general good
5  agreement for yes/no which was
6  83 percent.  However, when they went and
7  asked about duration and intensity, the
8  agreement was 53 percent for glyphosate,
9  meaning 47 percent got it wrong.  In one
10  year.  In one year.  So we don't even
11  talk about 30 years.
12  BY MR. LASKER:
13      Q.  And we can go back to the 2002
14  study if we have time, but in your
15  understanding of what it meant to get it
16  wrong, do you recall again what the
17  investigators reported as far as how far off
18  those individuals were with respect to the
19  year of exposure or the duration of exposure
20  as reported in that paper?
21      A.  That is not that paper.  That was,
22  I think, a Jane Hoppin paper where they
23  looked at the first use and the duration.
24  Jane is a very good friend, and that's not
25  her best paper because all this paper says

1  is that these people who came for a
2  pesticide applicator exam actually knew when
3  pesticides were introduced to the market.
4  And that doesn't tell you whether they
5  remember exactly or even closely to when
6  they themselves started using certain
7  pesticides.
8      Q.  I know there's also a separate
9  paper with Dr. Hoppin.  But I was actually
10  asking about the Blair 2002 paper, but if
11  you don't recall, I'll just move on.  Do you
12  recall in that paper whether when they
13  discussed the correlation for duration that
14  they found an average day's use that they
15  found for the glyphosate if they reported
16  the degree to which those who did not agree
17  or in disagreement?
18      MS. FORGIE:  Objection.  Again, I
19  think it's only fair to show her the
20  paper if you're asking specific
21  questions about specific numbers.
22  BY MR. LASKER:
23      Q.  If you don't recall, that's fine.
24  I'll just move on.
25      A.  Yeah.

1      Q.  You don't know the answer to that?
2      A.  No.
3      Q.  Continuing with this 2011 Blair
4  publication, they then write "Second
5  exposure estimate from an algorithm based on
6  several determinants thought to affect
7  exposure are more highly correlated with
8  measured levels of these pesticides in the
9  urine than some individual determinants" --
10  and they list some -- "and would result in
11  less attenuation of relative risks";
12  correct?
13      A.  Yes.
14      Q.  Okay.  Then they talk about the
15  possibility of bias towards the null under
16  various scenarios.
17      Do you see that?
18      A.  Yes, they show that even if the
19  relative risk was 3, they would calculate --
20  the true risk was 3, they would calculate a
21  relative risk of 1.1.
22      Q.  As low as 1.1.  And then they
23  continue if it was -- if the real relative
24  risk was 2.0, what a non-differential
25  misclassification bias towards the null

1  would do; right?
2      MS. FORGIE:  Object to the form.
3  Are you reading from it?
4      THE WITNESS:  It's depending on
5  which correlation size they have, yes.
6  BY MR. LASKER:
7      Q.  And then if you go down further on
8  the page, further in that column, for
9  example, if the correlation between
10  algorithm exposure intensity scores and
11  measured urinary levels was 0.4 and the true
12  relative risk was 3.0, the observed relative
13  risk would be between 1.3 and 1.9 when
14  sensitivity is in the 60 to 80 percent
15  range.  Do you see that?
16      MS. FORGIE:  Where are you reading
17  from?
18      THE WITNESS:  Yeah, that's what
19  they say.
20  BY MR. LASKER:
21      Q.  If you can turn back now to
22  page 539 --
23      MS. FORGIE:  Hold on one second.
24      MR. LASKER:  Page 540.
25  ///

Page 126

1  BY MR. LASKER:
2      Q.  Turn back to page 539, the chart
3  you're looking at previously, the first
4  row of those charts is showing if the true
5  relative risk was 3.0, and they are
6  providing various calculations of the degree
7  to which that true rate ratio of 3.0 could
8  be biased towards the null under various
9  scenarios of sensitivity and specificity and
10  correlation; correct?
11      A.  Right.
12          MS. FORGIE:  Object to the form.
13  BY MR. LASKER:
14      Q.  So then if we can turn back now to
15  page 540 and follow along that same place
16  that we were looking at --
17      A.  Yes.
18      Q.  -- they state for a true relative
19  risk of 2.0, the observed relative risks
20  from correlations of 0.2 or 0.4 never rise
21  above 1.4; correct?
22      A.  That's what it says.
23      Q.  And then if you go back then to
24  page 539, this is the second row of these
25  tables looking at a true rate ratio of 2.0

Page 127

1  and the possible impacts of a
2  non-differential misclassification biasing
3  those results towards the null for a whole
4  host of different possible specificities and
5  sensitivities and correlation levels;
6  correct?
7      A.  Not a whole host.
8          MS. FORGIE:  Object to the form.
9  BY MR. LASKER:
10      Q.  So they have correlations of either
11  0.2, 0.4, or 0.7?
12      A.  Right.
13      Q.  They have sensitivities going from
14  0.5 to 1.0, and they have specificity of
15  either -- of three various -- of three
16  levels; correct?
17      A.  Correct.
18      Q.  And then finally if you can return
19  to page 540, they state from -- for true
20  relative risks of 0.5, correlations from 0.2
21  to 0.4 between exposure estimates and
22  measurements yield estimates of relative
23  risk between 0.7 and 0.9; correct?
24      A.  That's correct.
25      Q.  If you go back to page 539, and

Page 128

1  that is the third row of the charts that are
2  presented on that page; correct?
3      A.  Yes.
4      Q.  And depending on the degree of
5  correlation, depending on the specificity
6  and depending on the sensitivity of their
7  exposure measures, there is different levels
8  of bias towards the null that can occur from
9  this type of non-differential exposure
10  misclassification; correct?
11      A.  I don't see specificity.  There's
12  only sensitivity.
13      Q.  Okay.  With the three -- okay.
14  Let's say, I'm sorry, correlation, and
15  sensitivity.  You're right.  Not
16  specificity.
17      A.  Right.
18      Q.  But the three different charts --
19  PX equals 0.7, PX equals 0.4, PX equals 0.2,
20  those different columns would then be --
21      A.  Different exposure --
22          MS. FORGIE:  Wait, wait.
23          THE WITNESS:  Prevalences.
24  BY MR. LASKER:
25      Q.  Different exposure prevalences,

Page 129

1  thank you.
2          Depending on these various
3  different possibilities, there's various
4  degrees of non-differential exposure
5  misclassification that can result in various
6  degrees of biassing towards the null;
7  correct?
8      A.  Yes.
9      Q.  In none of the scenarios that they
10  examined in this paper for the AHS for
11  non-differential exposure misclassification
12  did they find any situation in which the
13  bias would be past the null --
14      A.  Okay.
15      Q.  -- in the other direction?
16      A.  Correct.  Because they don't assess
17  random error in doing these, and they do
18  not -- they assume that there's no other
19  bias.
20      Q.  For the AHS investigators in their
21  published publication when they looked at
22  non-differential misclassification and they
23  reported their findings, they did not report
24  any findings which would lead to what you
25  believe happened in the 2018 NCI study; is

1  that correct?
2      MS. FORGIE:  Object to the form.
3  Asked and answered.
4      You can answer again.
5      THE WITNESS:  What I see here is a
6  simulation that we do a lot in
7  epidemiology.  I sometimes make my
8  students do this, that shows what the
9  potential non-differential
10  misclassification of exposure would do
11  under scenario of different exposure
12  prevalences and sensitivity specificity
13  and true relative risk, assuming there
14  is no other bias neither confounding nor
15  selection nor any differential
16  misclassification and no random error
17  because there's no confidence interval.
18  BY MR. LASKER:
19      Q.  Understood.
20      A.  And when you have random error with
21  confidence interval, you will see that it
22  crosses very easily the one.
23      Q.  Understood.  And the random error
24  when the confidence interval cross -- where
25  you say will cross over the 1 --

1      MS. FORGIE:  With the what?
2      MR. LASKER:  The random error in
3  which you have confidence intervals
4  which you believe would cross over the 1
5  you testified --
6      THE WITNESS:  No, no.
7      MS. FORGIE:  Wait for the question.
8  Sorry.
9  BY MR. LASKER:
10      Q.  If I understand correctly then, the
11  point estimate would not cross over the 1,
12  but there would be the possibility of error
13  that could go below -- that could cross over
14  the 1.  Is that your testimony?
15      MS. FORGIE:  Object to the form.
16      THE WITNESS:  No, that's incorrect.
17  We are pretending that any study that we
18  are having like the AHS is just -- is
19  getting -- okay.  It is actually what
20  Jurek and Greenland tried to describe.
21  We are pretending that a study estimates
22  without random error.  Once we put
23  random error in then whatever the point
24  estimate in the -- within the confidence
25  interval is under multiple repetitions

1  can very well lend under 1.
2  BY MR. LASKER:
3      Q.  And if I understand correctly --
4      A.  So it's not just the confidence
5  level.
6      Q.  If I understand correctly then, the
7  general expectation is that it would bias
8  towards the null, but there is still the
9  possibility through random error that it
10  might not.  Is that fair?
11      MR. BAUM:  Object to the form.
12      THE WITNESS:  Random error in
13  one -- of exposure misclassification may
14  make a point estimate in a study land on
15  the opposite side of the 1, yes.
16  BY MR. LASKER:
17      Q.  The general expectation would be if
18  you repeat these studies over and over
19  again, most of the time you're not going to
20  have that, but with random error sometimes
21  you might?
22      MS. FORGIE:  Object to the form.
23      THE WITNESS:  That's what the paper
24  says, yes.
25  ///

1  BY MR. LASKER:
2      Q.  Okay.  Let's look at Gray 2000.
3      (Exhibit Number 30-18 was
4      marked for identification.)
5  BY MR. LASKER:
6      Q.  What is this marked?
7      MS. SHIMADA:  18.
8  BY MR. LASKER:
9      Q.  This is a paper that I believe this
10  one you have seen; correct?
11      A.  Yes, yes.
12      Q.  You cited this one in your paper?
13      A.  Yes.
14      Q.  And this is one of the publications
15  you cite to -- --
16      MS. FORGIE:  Wait.  Did you give me
17  a copy of it?
18      MR. LASKER:  I believe so.
19  BY MR. LASKER:
20      Q.  This is one of the publications
21  that you cited to that had -- for criticisms
22  of the AHS; correct?
23      A.  Yes.
24      Q.  Okay.  This paper was written in
25  2000; correct?

34 (Pages 130 to 133)

1        MS. FORGIE:  Object to the form.
2        THE WITNESS:  Yes, it was published
3   in 2000.
4   BY MR. LASKER:
5        Q.  Published in 2000.  We can reaffirm
6   this.  I've gone through the agricultural
7   health study publication list, but are you
8   aware of any publication out of the AHS
9   cohort that provided findings for an
10  epidemiologic study for exposure between any
11  pesticide and a cancer outcome that was
12  published prior to this Gray paper?
13       MS. FORGIE:  Object to the form.
14       THE WITNESS:  I'm not certain.
15  BY MR. LASKER:
16       Q.  Okay.  Now, the Gray 2000 paper is
17  discussing a wide variety of different types
18  of epidemiologic studies that were
19  anticipated in the future using AHS data
20  including both cohort studies, case control
21  studies, and cross-sectional studies.
22       A.  Yes.
23       Q.  And various different types of
24  cancer and non-cancer outcomes; correct?
25       A.  That's correct.

1        Q.  And on page 50 in this
2   publication -- you're right.
3        MS. FORGIE:  I had to use my own
4   copy.  This is 30-18?  Thank you.
5   BY MR. LASKER:
6        Q.  On page 50 at the top in that first
7   full paragraph that starts "The design and
8   implementation," about four lines -- five
9   lines in --
10       MS. FORGIE:  Read as much as you
11  want.
12  BY MR. LASKER:
13       Q.  Gray and his co-authors state, "As
14  we emphasize below, we are particularly
15  enthusiastic about the prospective cohort
16  study of cancer outcomes because it responds
17  directly to some of the methodological
18  weaknesses of prior epidemiologic studies of
19  farmers and pesticides"; correct?
20       A.  That's what it says.
21       Q.  And at page 47 in the introduction
22  in the abstract, they explain the purpose
23  for their paper in 2000.  The first
24  paragraph --
25       MS. FORGIE:  What page are you on

1   again?
2        MR. LASKER:  First page of the
3   paper, page 47.  The abstract.
4        MS. FORGIE:  Thank you.
5   BY MR. LASKER:
6        Q.  In the first paragraph the end of
7   the paragraph they state, "In this report,
8   we examine the design of the AHS, identify
9   important program strengths and flaws,
10  suggest various improvements in the program,
11  and recommend ancillary studies that could
12  be undertaken to strengthen the AHS";
13  correct?
14       A.  Yes.
15       Q.  And then on page 67 they start
16  going through their recommendations, summary
17  of research recommendations for the AHS;
18  correct?
19       A.  Yes.
20       Q.  The first recommendation that Gray
21  and his co-authors provide deals with
22  assessing the validity of self-reported
23  health outcomes; correct?
24       A.  Yes.
25       Q.  And for the 2018 NCI study, they're

1   not using self-reported health outcomes.
2   They're using cancer data from registries;
3   correct?
4        A.  Yes, for cancer it's always
5   registries.
6        Q.  So we can agree that this
7   recommendation is not relevant to the 2018
8   NCI study; correct?
9        MS. FORGIE:  Object to the form.
10       THE WITNESS:  For the health
11  outcome cancer, it's not.
12  BY MR. LASKER:
13       Q.  So the second recommendation is --
14  deals with exploring the reliability and
15  validity of pesticide use data; correct?
16       A.  Yes.
17       Q.  And in the second sentence in that
18  recommendation, one of the things they
19  recommend, a simple and pertinent step would
20  be to re-administer the questionnaire to a
21  sample of respondents to see how much the
22  answers change; correct?
23       A.  That's what it says.
24       Q.  We already talked about this and
25  now we will have a chance to look at it, the

1    NAH investigators who were doing the AHS
2    study, in fact, did that analysis in a
3    publication by Blair in 2002; correct?
4         MS. FORGIE:  Object to the form.
5         THE WITNESS:  There is a Blair 2002
6    paper that I read that reports on
7    readministered questionnaires, that's
8    correct.
9    BY MR. LASKER:
10        Q.  So let's mark that.
11             (Exhibit Number 30-19 was
12             marked for identification.)
13   BY MR. LASKER:
14        Q.  For the record Blair 2002,
15   "Reliability of Reporting on Lifestyle and
16   Agricultural Factors by a Sample of
17   Participants in the Agricultural Health
18   Study from Iowa"; correct?
19        A.  That's correct.
20        Q.  And in the abstract of this
21   publication, Dr. Blair and his
22   co-investigators write, and it's the last
23   sentence of the abstract, "Levels of
24   agreement regarding pesticide use in this
25   population is similar to that generally

1    found for factors typically used in
2    epidemiologic studies such as tobacco use
3    and higher than typically reported for diet,
4    physical activity, and medical conditions";
5    correct?
6         A.  That's correct.
7         Q.  And if you turn to page 96, this is
8    where you were discussing the issue of --
9    well, first of all, on page 95, Table 1,
10   this is the reliability or the
11   correspondence for glyphosate which I think
12   you actually gave an extra point.  It was
13   82 percent agreement from one questionnaire
14   to the other for never ever use; correct?
15        A.  Yes, but the Kappa is .54.
16        Q.  And then on Table 2, I believe
17   you're talking about the issue of
18   correlations for years mixed -- days per
19   year mixed and decades first applied;
20   correct?
21             MS. FORGIE:  Object to the form.
22             THE WITNESS:  Years mixed and
23        applied, days, years, mixed and decade
24        first applied, yes.
25   ///

1    BY MR. LASKER:
2         Q.  And in the text underneath that
3    Table 2 --
4         A.  Oh, one thing.  These are not
5    correlations.  These are exact agreements
6    and proper statistics.  Not correlation.
7         Q.  Exact agreements.  That gets to the
8    next point I was trying to make which we
9    were talking about earlier.  Under this
10   Table 2 they talk about exact agreements and
11   the various numbers that they get and they
12   note, for example, "In addition, exact
13   agreement for years, days per year, and
14   decades of use of specific pesticides was
15   generally in the 50 to 70 percent range
16   which was lower than for dichotomous
17   outcomes such as ever/never use"; correct?
18        A.  I can't see it.
19             MS. FORGIE:  Take your time.
20   BY MR. LASKER:
21        Q.  Table 2, there is the text "exact
22   agreement."
23             Do you see that?
24        A.  Yes.
25        Q.  If you read down the second

1    sentence or third sentence "In addition" --
2         A.  Yeah, yeah.
3         Q.  Okay.  "Exact agreement for years,
4    days per year, and decades of use of
5    specific pesticides was generally in the 50
6    to 70 percent range which was lower than for
7    dichotomous outcomes such as ever/never
8    use," and that's what you were discussing
9    earlier; correct?
10        A.  Correct.
11        Q.  Then they state 90 percent of the
12   subjects gave responses within one category
13   of agreement on the two questionnaires;
14   correct?
15        A.  Yes.
16        Q.  So while there was 50 to 70 percent
17   exact agreement, where there was not exact
18   agreement, 90 percent of them or overall
19   90 percent of them were still within one
20   category of agreement; correct?
21             MS. FORGIE:  Wait.  Object to the
22        form.
23             THE WITNESS:  That is correct.
24        However, these categories are quite
25        broad.  So the -- this agreement can be

36 (Pages 138 to 141)

1  quite -- I mean, they can guess quite a
2  bit.
3  BY MR. LASKER:
4      Q.  Do you know what the categories
5  are?
6      A.  Yes.  They are one year, five to
7  ten -- four to five years, five to ten
8  years, and then ten to twenty.  So depending
9  on what we're talking about, if it's years
10  mixed and applied, et cetera.
11      Q.  And days per year, do you know what
12  those categories are?
13      A.  Decades, days per year -- the
14  decades were really decades.  So --
15      Q.  And days per year?  Do you remember
16  the categories?
17      MS. FORGIE:  Hold on.  Give her a
18  second.
19      THE WITNESS:  It was something like
20  one to ten, and then there was I think
21  the highest category was 50 plus.
22      MS. FORGIE:  Take your time.  Don't
23  feel rushed.
24  BY MR. LASKER:
25      Q.  With respect to the exact agreement

1  even with the years mixed, the days per
2  year, the decades first applied, if you look
3  at the second column on 96 towards the
4  bottom in the text when they looked at
5  vegetable servings per day and fruit
6  servings per day, glyphosate still did
7  better; correct?
8      MS. FORGIE:  Object to the form.
9      THE WITNESS:  Yes, I'm not
10  surprised because vegetable servings per
11  days and fruit servings per days change
12  a lot, and it depends on when you ask
13  these.  Seasonal.
14  BY MR. LASKER:
15      Q.  Let's go back to the 2011 -- I'm
16  sorry, the 2000 Gray report.
17      MS. FORGIE:  Hold on a second.
18  We're putting the 19 away?
19      MR. LASKER:  Yeah.
20  BY MR. LASKER:
21      Q.  And the next category that they
22  talk about deals with understanding the
23  relationship between exposure surrogates and
24  exposure, and that's on the next
25  recommendation from Gray, et al., on page 68

1  of their paper; correct?
2      MS. FORGIE:  Hold on a second.
3      THE WITNESS:  Exposure surrogates
4  and exposure, yes.
5  BY MR. LASKER:
6      Q.  Okay.  And in this recommendation
7  they are recommending that biomonitoring
8  studies be conducted to better understand
9  the relationship between exposure surrogates
10  and exposure; correct?
11      A.  That's what they recommend.
12      Q.  And as we've already discussed, and
13  I think you've already mentioned the NIH
14  investigators who were conducting research
15  with the agricultural health study
16  subsequently did do a number of
17  biomonitoring studies of the type that was
18  being recommended here; correct?
19      MS. FORGIE:  Object to the form.
20      THE WITNESS:  They did
21  biomonitoring of current time in a very
22  small subset of less than a hundred
23  people among 56,000 workers -- 56,000
24  applicators that they asked these
25  questions about including questions that

1  went back as far as '74, and we agreed
2  before that practices change.  So
3  whatever that biomonitoring shows may or
4  may not represent what changed.
5  BY MR. LASKER:
6      Q.  I understand.  But Gray, et al., in
7  the 2000 paper were recommending that the
8  investigators who were conducting research
9  with the AHS study conduct biomonitoring
10  studies and the investigators in the AHS
11  then followed up and conducted biomonitoring
12  studies; correct?
13      MS. FORGIE:  Objection.  Asked and
14  answered.
15      You can answer it again.
16      THE WITNESS:  I'm not certain that
17  they're following these recommendations.
18  They may have decided on their own that
19  they needed biomonitoring studies.
20  BY MR. LASKER:
21      Q.  That's fair.  That's fair.
22      The next recommendation that the
23  Gray investigators have in their 2000 paper
24  is assessing the biological plausibility of
25  any association; correct?

1    A.  Yes.
2    Q.  And while we may disagree with what
3  the assessment is of biological plausibility
4  in this case, it is fair to say that by the
5  time of the 2018 NCI study, there are
6  extensive studies by which one could address
7  the issue of biological plausibility between
8  glyphosate-based herbicides and
9  non-Hodgkin's lymphoma; correct?
10    MS. FORGIE:  I'm sorry.  I just see
11  these hands in the air.  What are the
12  fingers?
13    MR. LASKER:  Eight minutes left, I
14  think.
15    THE WITNESS:  Now I'm confused.
16  Say it again.
17  BY MR. LASKER:
18    Q.  By the time of the 2018 NCI study
19  was conducted, there was a body of
20  scientific evidence --
21    A.  It's not an NCI study.  It's the
22  AHS study published in the Journal of NCI.
23    Q.  At the time of the study in the
24  Journal of NCI was published in 2018 on
25  glyphosate-based herbicides and cancer

1  generally, there is a full body of evidence
2  by which the investigators can look at this
3  issue of biological plausibility.  They may
4  reach different conclusions but the evidence
5  is in existence; correct?
6    MS. FORGIE:  Object to the form.
7    THE WITNESS:  They would have
8    looked at biologic evidence, yes, and
9    there is some biologic evidence, but I
10    don't know what they looked at because
11    it's not, you know --
12  BY MR. LASKER:
13    Q.  That's fair enough.
14    So then the next recommendation in
15  the Gray paper is analysis and statistical
16  issues; correct?
17    A.  Yes.
18    Q.  And the Dr. Gray states, second
19  paragraph, "The general study plan of the
20  AHS is not yet detailed enough to support a
21  confident evaluation of the technical
22  strengths and weaknesses of this major
23  undertaking, and we recommend substantial
24  efforts towards developing such a plan, the
25  level of effort of detail we are suggesting

1  here would be typical of a major
2  investigation, investigator initiated
3  proposal that is peer-reviewed and judged to
4  be worthy of funding by the National
5  Institutes of Health"; correct?
6    A.  That's what it says.
7    Q.  In the 18 years that have followed
8  the Gray paper, the AHS investigators have
9  published over a hundred -- maybe over 200
10  different peer-reviewed publications coming
11  out of that cohort; correct?
12    MS. FORGIE:  Object to the form.
13    THE WITNESS:  They have published a
14    lot.
15  BY MR. LASKER:
16    Q.  And they have continued to go back
17  to NAH to receive additional funding;
18  correct?
19    MS. FORGIE:  Object to the form.
20    THE WITNESS:  They actually had a
21    lot of difficulty getting funding.
22  BY MR. LASKER:
23    Q.  They have continued to receive
24  continued funding from NAH; correct?
25    MS. FORGIE:  Object to the form.

1    Asked and answered.
2    You can answer it again.
3    THE WITNESS:  There are different
4    ways of getting funding.  One is
5    internal funding and one is external
6    funding.  The internal funding is not
7    reviewed in the same way as external
8    funding.  For the maintenance of the
9    cohort, they got internal funding that
10    is not as peer-reviewed as any study
11    that would be external.
12  BY MR. LASKER:
13    Q.  Okay.  And as we discussed in
14  our -- over the course of the deposition
15  here today, the AHS investigators also did a
16  variety of different -- conducted a variety
17  of different analyses in separate studies to
18  look at possibilities of exposure
19  misclassification.  They did biomonitoring
20  studies and within the 2018 NCI studies,
21  they conducted a variety of sensitivity
22  analyses; correct?
23    MS. FORGIE:  Object to the form.
24    THE WITNESS:  They have attempted
25    as much as they could to wrap their mind

1    around potential exposure
2    misclassification.  It doesn't mean that
3    they succeeded and it didn't mean they
4    succeeded for every pesticide.
5        MR. LASKER:  Take a break.  I've
6    got three minutes left.  I'm going to
7    see if I've got three minutes of
8    questions.
9        THE VIDEOGRAPHER:  We are off the
10   record at 4:35 p.m.
11       (Recess taken from 4:35 p.m. to
12   4:48 p.m.)
13       THE VIDEOGRAPHER:  We are back on
14   the record at 4:48 p.m.
15       MR. LASKER:  I'm going to reserve
16   my remaining 3 minutes and 30 seconds.
17   I have no further questions unless
18   there's questions from plaintiff's
19   counsel.
20       MS. FORGIE:  Okay.  Let's take a
21   break.  I didn't know.  I thought you
22   were going to --
23       THE VIDEOGRAPHER:  We're off the
24   record at 4:48 p.m.
25       (Recess taken from 4:48 p.m. to

1    5:31 p.m.)
2        THE VIDEOGRAPHER:  We are back on
3    the record at 5:31 p.m.
4        MS. FORGIE:  Counsel said he has a
5    statement to make.
6        MR. LASKER:  Yes.  By my count,
7    counsel has been off with the expert
8    witness for 42 minutes since the close
9    of my questioning, and that's on top of
10   another 13-minute period of time they
11   spent when I took the break with only a
12   couple minutes left in my deposition
13   time.  Certainly both parties have
14   extended the other side reasonable time
15   to sort of gather their notes and
16   prepare for whatever additional
17   questioning they have, but this is
18   excessive and we object to the amount of
19   time that's been spent in that effort.
20   So, again, noting for the record the
21   amount of time spent and our objection
22   to the line of questioning given this
23   amount of preparation that's obviously
24   been put into it, I will now tender the
25   witness.

1        MS. FORGIE:  Well, I completely
2    disagree with the way that the break
3    time was interpreted in your statement
4    because when we took the break, I
5    thought you were going to come back and
6    ask more questions.  That was the
7    implication.  So we took a break for you
8    to gather your thoughts and use the
9    last -- what I thought was using the
10   last of your three-and-a-half minutes,
11   and instead when we came back you said
12   I'm going to reserve those
13   three-and-a-half minutes at which point
14   we took a break to prepare.
15       MR. LASKER:  I understand.  And
16   that subsequent break was 42 minutes.
17       Go ahead.
18       MS. FORGIE:  Whatever.
19
20           EXAMINATION
21   BY MS. FORGIE:
22       Q.  Doctor, you were asked a series of
23   questions about whether the same imputation
24   method was used for other AHS publications
25   that were peer-reviewed.  Do you remember

1    those series of questions?
2        A.  Yes, I do.
3        Q.  Does the use of imputation in these
4    studies make the use of imputation for
5    glyphosate more reliable?
6        A.  Absolutely not.
7        Q.  Can you explain why not?
8        A.  You can use the same method, but
9    you're trying to impute a different type of
10   exposure, and it really depends on the type
11   of exposure that you're trying to impute
12   whether the mechanism will work.  So a
13   generic imputation mechanism should be
14   considered valid within the confines of what
15   you're trying to predict.  So that
16   imputation mechanism may work very well when
17   there is non-time varying exposure, and you
18   have a lot of variables that can predict
19   this exposure, but it doesn't work if
20   there's a lot of change in time varying
21   exposure, and you have too long of a
22   distance between the times that you're
23   asking the questions and when you're asking
24   the question, you're not asking the right
25   questions.

39  (Pages 150 to 153)

Page 154

1  Q.  Okay.  Do you recall the Bonner
2  study that we discussed earlier?
3  A.  Yes.
4  Q.  Can you pull out, I believe it's
5  30-8, please.
6  A.  Yes, here it is.
7  Q.  Can you please turn to page 5?
8  MR. LASKER: I've got it.  Page 5
9  makes no sense because there's 500.
10  MS. FORGIE:  I stopped mid sentence
11  to see if you have.  It's page 546.
12  MR. LASKER: I have it.
13  BY MS. FORGIE:
14  Q.  Page 546.  Can you look at in the
15  first column the second full
16  paragraph starting out with "We used."
17  A.  Right.
18  Q.  Can you read that, please, into the
19  record?
20  A.  "We used PROC MIANALYZE (SAS 9.3)
21  to confirm multiple imputation approach.
22  For the pesticides dieldrin, 2,4, 5-TP,
23  parathion, chlordane, DDT, heptachlor and
24  toxaphene, there was no variability between
25  the five imputed sets because the

Page 155

1  registration had been canceled before the
2  phase 2 interviews were conducted."
3  Q.  Do you attach any significance to
4  that paragraph or that sentence?
5  A.  Yes, that is exactly the kind of
6  sentence that states in writing by the AHS
7  investigators what I tried to explain here
8  to counsel when I said it makes a very big
9  difference in the imputation results whether
10  you have time varying versus non-time
11  varying exposures and that it's especially
12  easy to get good, reliable imputations when
13  exposure has pretty much stopped, and that
14  is especially hard when exposure continues.
15  It not only continues but changes heavily.
16  Q.  Anything else?
17  A.  That's it.
18  Q.  Okay.  You were also asked several
19  questions about whether or not
20  non-differential exposure misclassification
21  and also about bias away from the null.  Do
22  you remember those questions?
23  A.  Yes.
24  Q.  You were asked if those opinions
25  were in your report.  Do you remember that?

Page 156

1  A.  Yes.
2  Q.  Okay.  Let me attach -- do you know
3  what's next?
4  (Discussion off the record.)
5  MR. FORGIE:  I'm going to mark your
6  original report as 30-20.
7  MR. LASKER:  Objection to the
8  extent that we weren't supposed to talk
9  about her original report.  That was
10  your objection, but that's fine.
11  MS. FORGIE:  Right.  I think I can
12  tie it in.
13  MR. LASKER:  Okay.  Things have
14  been changing all over the place here.
15  (Exhibit Number 30-20 was
16  marked for identification.)
17  MS. FORGIE:  I lost my train of
18  thought.
19  THE WITNESS:  Non-differential.
20  BY MS. FORGIE:
21  Q.  Right.  Is that in your original
22  report which is Exhibit 30-20?
23  A.  Yes.
24  MR. LASKER:  Objection to form.
25  Beyond the scope.

Page 157

1  BY MS. FORGIE:
2  Q.  What page is that on?
3  A.  I talk about information bias and
4  mismeasurement of exposure on page 8.
5  Q.  So those opinions are included in
6  your report; correct?
7  A.  Correct.
8  MR. LASKER:  Objection to form.
9  BY MS. FORGIE:
10  Q.  Do agree that AHS participants
11  would be less likely to use protective
12  equipment when applying glyphosate compared
13  to when they apply other pesticides that are
14  perceived as acutely dangerous?
15  MR. LASKER:  Objection to form.
16  Calls for speculation.
17  THE WITNESS:  As somebody who has
18  done pesticide studies and knows how
19  people act and report, I would think
20  that, yes, they would report their
21  behavior differently, and they would
22  also use different protective equipment
23  depending on how dangerous they consider
24  the task that they're doing is.
25  ///

1    BY MS. FORGIE:
2        Q.  Can you explain what you mean by --
3    what is the difference in pesticides in
4    terms of acute danger?
5        A.  Right.  So there are herbicides,
6    and there are pesticides that are called
7    insecticides, and there's specifically a
8    class of insecticides that are called
9    organophosphates that are derived from
10   serine gas which is a neurotoxin as we know.
11   And these kind of pesticides generate acute
12   effects so that the farmers would actually
13   who are susceptible to these kind of OP
14   pesticides and use them and get exposed and
15   we know because they are because
16   chlorpyrifos is one of them and we measure
17   that in the urine.  That's in one of the
18   papers.  They actually have acute sensations
19   that are very unpleasant, and they would
20   definitely want to avoid those.  They're
21   flu-like systems.  They're developing over a
22   few days.
23       Q.  Can they also get rashes?
24       A.  They could get rashes.  There are
25   lots of acute effects.  If you have had them

1    once or twice, you learned your lesson.
2        Q.  How does that affect whether or not
3    you're going to use protective equipment?
4        A.  I would think that a farmer who has
5    these acute sensations would actually make
6    sure that he doesn't spill those pesticides
7    and wears chemically-resistant clothes,
8    gloves, and follows the instructions on the
9    labels for the pesticides and his education
10   on how to handle pesticides much more
11   closely than if you have no acute effect at
12   all from handling pesticides.
13       Q.  Okay.  So in the AHS study, did
14   they distinguish between whether or not you
15   were using protective gear for a specific
16   pesticide, or was it more general?
17       A.  It was completely general.  It's
18   one question that refers to a -- when you
19   handle pesticides, what do you do, how do
20   you apply them and what kind of protective
21   equipment do you use.
22       Q.  How would that affect, for example,
23   intensity weighting in the AHS study?
24       A.  Well, they're using these two
25   questions, the type of application and the

1    protective equipment used to generate a
2    generic algorithm, and it's a generic
3    algorithm in which the number of days,
4    frequency of use per year, and the duration
5    of use gets down weighted if you say that
6    you're wearing -- that you're using
7    protective equipment or that you're applying
8    in a certain way that we know like using a
9    closed cab of a tractor that we know reduces
10   exposure.  So somebody that would have used
11   glyphosate for ten years and reports using a
12   enclosed cab or a chemically-resistant glove
13   would then get a .2 weight, let's say, for
14   example, and from 10 your numbers would be
15   reduced to 2.  That would happen for every
16   pesticide in the same way whether or not you
17   use the resistant gloves only for the OPs or
18   also for glyphosate.  And we know that all
19   of these farmers applied multiple
20   pesticides, and we have no idea for which
21   pesticide they reported protective equipment
22   used or for which pesticide they reported
23   what application method.
24       Q.  Okay.  You were also asked a
25   question about what weight you would give

1    the AHS study, the 2018 AHS publication with
2    regard to your opinions in this case.  Do
3    you remember that question?
4        A.  Yes.
5        Q.  Can you clarify or expand upon what
6    weight exactly you would give the 2018 AHS
7    study?
8            MR. LASKER:  Objection to form.
9            THE WITNESS:  It definitely has to
10   be reviewed, and it definitely needs to
11   be considered.  However, as I tried to
12   explain, there is some weight to every
13   study.  Some studies have a larger
14   weight than others.  The way I determine
15   that is by looking at the potential
16   biases that these studies may have as
17   well as the size of the study and
18   sensitivity analyses that do help me or
19   don't help me to determine whether these
20   biases have been taken care of, and
21   overall, I feel these sensitivity
22   analyses done in this 2018
23   publication -- let's call it 2018 -- all
24   make a lot of assumptions under which
25   that I wouldn't agree with.  Each of the

1  sensitivity analyses makes another
2  assumption that would only give you a
3  piece of the puzzle.  It never considers
4  the whole realm of biases that you have
5  to actually consider.
6  BY MS. FORGIE:
7      Q.  And does that fit in any way into
8  the way you look at -- and I never say this
9  right but heterogeneity?
10         MR. LASKER:  Object to form.
11         THE WITNESS:  So what we usually
12  do, we try to do is learn from
13  differences in estimates between
14  studies, and the way we do that is by
15  exploring studies by design and by
16  method in terms of what they're telling
17  us about what the possible biases and
18  what the possible flaws and the possible
19  strengths of each of these study types
20  are, and that's what I've been doing.
21  BY MS. FORGIE:
22      Q.  Is there anything in the 2018 AHS
23  publication that changes any of your
24  opinions in your original expert report?
25      A.  No.

1      Q.  Is there anything in the 2018 AHS
2  publication that changes any of your
3  opinions as expressed in your rebuttal
4  report?
5      A.  No.
6      Q.  Is there anything in the 2018 AHS
7  publication that changes any of your
8  opinions as expressed in your deposition?
9      A.  No.
10      Q.  You were asked several questions
11  about relative risks in the 2018 AHS study.
12  Do you remember those questions?
13      A.  Yes.
14      Q.  Are there any relative risks -- and
15  you can turn to the study which is -- I
16  can't remember the number, but we'll find
17  out.
18         MR. LASKER:  30-11.
19         THE WITNESS:  Yeah.
20  BY MS. FORGIE:
21      Q.  Okay.  In 30-11 in the actual
22  publication, are there any relative risks in
23  there that are actually above 1?
24      A.  Yes, there are plenty.
25      Q.  Can you point just a few of those

1  out, please.
2         MR. LASKER:  Objection to form.
3      Are you limiting this to the NHL or
4  are we talking about all the other
5  cancers as well?
6         MS. FORGIE:  We're talking about
7  NHL.
8         MR. LASKER:  NHL or subtypes.
9  Okay.
10         MS. FORGIE:  It's the same.
11         THE WITNESS:  So it's actually
12  interesting that most of the relative
13  risks above 1 start to appear when
14  you're doing a 20-year lag.  So you have
15  the 1.17, 1.15.  You even have a 2.97
16  for non-Hodgkin's lymphoma T cells.
17         MR. LASKER:  Objection to form.
18  BY MS. FORGIE:
19      Q.  Why do you think it's interesting
20  that those relative risks above 1 appear in
21  the 20-year lag period?
22         MR. LASKER:  Objection to form.
23  Beyond the scope.
24         THE WITNESS:  Because that lag
25  period excludes the major period of

1  change of glyphosate, and that's where
2  all of or a lot of the exposure
3  assessment misclassification happened.
4  So once we get rid of that period but we
5  make another big assumption, meaning
6  that any of those exposures are
7  irrelevant for NHL which I don't want to
8  make, but once we do that, we see that
9  the exposures prior to 1995 seem to at
10  least suggest that there are quite a few
11  risk ratios above 1.
12         MR. LASKER:  Objection to form.
13  BY MS. FORGIE:
14      Q.  Just to clarify, you're looking at
15  the 2018 AHS publication Table 3; is that
16  correct?
17      A.  Yes, correct.
18      Q.  Okay.  And what is the relative
19  risk, for example, for diffuse large B cell
20  lymphoma in the 20-year lag period?
21         MR. LASKER:  Objection to form.
22         THE WITNESS:  It's 1.35 for the
23  20-year lag and the highest exposure
24  level, and it's 1.24 in that medium.
25         MR. LASKER:  For purposes of

42 (Pages 162 to 165)

1    completion, the quote, quartile 1, it's
2    0.89, and for quartile 3, it's 0.9 in
3    the same chart.
4        THE WITNESS:  Correct, because it's
5    classification.
6        MS. FORGIE:  Wait, wait, I'm asking
7    the questions, not Eric, despite his
8    attempt to jump in.
9    BY MS. FORGIE:
10       Q.  Did the 2018 AHS publication use
11   the same method in terms of comparing high
12   doses to low doses as the 2005 DeRoos
13   publication?
14       A.  No, it doesn't.
15       Q.  And for purposes of clarification,
16   is the 2005 DeRoos study also an AHS --
17       A.  Yes.
18       Q.  -- publication.  Okay.
19       What is the difference in the
20   method?
21       MR. LASKER:  Objection to form.
22   Beyond the scope, outside of her
23   opinions in her supplemental expert
24   report.
25       THE WITNESS:  So what DeRoos did is

1    she used tertiles of exposure but only
2    among the exposed.  So if she's
3    comparing low to high exposure, assuming
4    that these people are more exchangeable
5    or more similar with respect to all risk
6    factors to NHL, then farmers who use
7    absolutely no glyphosate compared to
8    those who either use less or a lot of
9    glyphosate.
10   BY MS. FORGIE:
11       Q.  And why is that important?
12       A.  It is very important because it
13   points out residual confounding.
14       Q.  What is residual confounding?
15       A.  Residual confounding can bias
16   estimates in any direction, and if residual
17   confounding for the non-exposed to
18   glyphosate means there are risk factors that
19   we haven't taken care of, we would have an
20   increased risk among the non-exposed which
21   would then give us protective effects for
22   glyphosate that we haven't taken care of.
23       Q.  And do you think that glyphosate
24   has a protective effect with regard to NHL?
25       A.  I would not make that assumption at

1    all.
2        Q.  You were asked several questions
3    about biomonitoring studies and sensitivity
4    analysis that were recommended for the AHS
5    study.  Do you remember those questions?
6        A.  Yes.
7        Q.  Did any of those sensitivity
8    analysis publications or bio -- let's start
9    one at a time.  Did any of the sensitivity
10   analysis publications solve any of the
11   substantial problems that you've addressed
12   with regard to the 2018 publication?
13       A.  No, because they only address a
14   partial picture at a time.  They never
15   address the whole picture.
16       Q.  Did any of the biomonitoring
17   studies or publications that you were asked
18   about solve any of the problems which you
19   discussed with regard to the AHS
20   publication?
21       A.  No, they don't.  And that's because
22   biomonitoring studies are really short-term
23   studies.  They do not tell you what happens
24   over a 30-year period.  When we talk about
25   cancer, we really have to consider chronic

1    exposures over a long period of time.
2        And biomonitoring gives you
3    something very acute and within the period
4    that you're doing the biomonitoring, and
5    you're only doing it in a hundred people or
6    less because it's expensive.  And then
7    you're assuming that they're representative
8    of the whole cohort in terms of what you're
9    learning from them.
10       Q.  And you were asked several
11   questions about whether or not there were
12   publications that support your statements in
13   your supplemental report.  Do you remember
14   those questions?
15       A.  Yes.
16       MR. LASKER:  Objection to form.
17   BY MS. FORGIE:
18       Q.  And are there such publications
19   that support your opinions?
20       A.  Yes, there are.
21       Q.  And can you just tell me a couple
22   of those, please?
23       A.  Yeah, the Gray paper.  It's the
24   Blair 2002 paper.  It's the Ward editorial
25   for the AHS 2018, and it's the Acquavella

1  paper from -- I don't know when it was.
2      MR. LASKER: 1997?
3      THE WITNESS: Yeah.
4      MR. ESFANDIARY: 2016.
5      MR. LASKER: No, 1997 and she said,
6  yeah. Please don't testify for the
7  witness.
8      (Simultaneous cross-talk
9      interrupted by the reporter.)
10     MS. FORGIE: I don't think we have
11 it.
12 BY MS. FORGIE:
13     Q. Let's go to the Gray paper. What
14 exhibit number is that, please?
15     A. This is Exhibit Number 30-18.
16     Q. Can you tell me what in 30-18 in
17 the Gray paper supports your statements in
18 your supplemental report, please?
19     MR. LASKER: Objection to form.
20 The witness has already prepared a
21 supplemental report and she cited parts
22 of authority Gray 2000. This is not
23 proper redirect.
24 BY MS. FORGIE:
25     Q. You can answer.

1      A. I before was shown all of the --
2  all of the notes that these authors made in
3  terms of what would improve the study and
4  told that this would be really solving the
5  problems. Well, they are pointing out under
6  study design perspective cohort studies --
7      Q. Can you tell us what page you're
8  on?
9      A. Yeah, it's page 64. Exactly the
10 two points or the two of the four points I'm
11 making. One is at the end of the first
12 paragraph where it says --
13     MR. LASKER: I'm sorry. Where are
14 you? The top of the page?
15     THE WITNESS: 64 end of the first
16 paragraph.
17     MR. LASKER: Paragraph starting
18 "Determining exposure status prior to"?
19     THE WITNESS: Yes. So the last
20 sentence here states, "It is critical
21 that follow-up surveys of the cohort be
22 administered on a regular basis to
23 document how exposure and disease states
24 change as subjects age."
25 ///

1  BY MS. FORGIE:
2      Q. And how does that fit into your
3  supplemental report, or how does it support
4  your supplemental report?
5      MR. LASKER: Objection to form.
6      MS. FORGIE: Let me rephrase it so
7  it's not compound.
8  BY MS. FORGIE:
9      Q. How does that statement from the
10 Gray article support your supplemental
11 report?
12     MR. LASKER: Objection to form.
13     THE WITNESS: Well, it helps my
14 argument that I've been making that you
15 really need to in situations where
16 exposures are time changing, you need
17 follow-up surveys to assess exposures
18 that are changing. You cannot just go
19 with a baseline assessment of exposure
20 ignoring all the changes in exposure,
21 and they're also saying you need
22 follow-up surveys that should be
23 administered on a regular basis. Five
24 years is a very long period between
25 interviews, and it's not just five years

1  because the interviewing took them
2  three, four, or five years for 56,000.
3  It's actually up to nine or ten years
4  between surveys.
5  BY MS. FORGIE:
6      Q. Is there anything else in the Gray
7  article that supports your opinions as
8  expressed in your supplemental report?
9      A. Yeah, they're also under the
10 same -- the second paragraph, the last
11 sentence it says, "Overall, though, we are
12 very enthusiastic with the decision of the
13 AHS team to investigate in the perspective
14 court" --
15     Q. Investigator --
16     MR. LASKER: Why don't you start
17 that over again.
18     THE WITNESS: "Overall, though, we
19 are very enthusiastic about the decision
20 of the AHS team to invest in the
21 perspective court design and encourage
22 the investigators to make every feasible
23 effort to achieve acceptable response
24 rates in the follow-up surveys of the
25 cohort and address potential biases in

1  the study."
2      So acceptable response rates are
3  very important, and a 63 percent
4  response rate when you have to update
5  exposures that are changing I don't
6  think are acceptable.
7  BY MS. FORGIE:
8      Q.  Okay.  Anything else in the Gray
9  study?
10     A.  That's it.
11     Q.  Okay.  And turning now to the Blair
12 publication which I believe is in there.
13     A.  Yes.
14     Q.  Let's find the number first.
15     A.  30-19.
16     Q.  Let's wait until they find it.
17         MR. LASKER:  Okay.
18 BY MS. FORGIE:
19     Q.  What in that Blair 2002 article
20 supports your opinions as expressed in your
21 supplemental report, please.
22         MR. LASKER:  Objection to form.
23 BY MS. FORGIE:
24     Q.  You can answer.
25     A.  Page 98, the second column, first

1  paragraph, so it's pretty much the second to
2  last --
3         MR. LASKER:  I'm sorry.  Where are
4  you?  Second column?
5         THE WITNESS:  Second column.  There
6  are two columns.  The right column.  In
7  the middle of that first
8  paragraph column it states, "If the true
9  relative risk was two," do you have
10 that.
11        MR. LASKER:  Yeah, I'm with you.
12        THE WITNESS:  "Calculated relative
13 risks for individual pesticides would be
14 from 1.1 to 1.6.  Even though the level
15 of agreement is quite high, the impact
16 of misclassification in this range on
17 the relative risk can be substantial and
18 diminish the opportunity to detect real
19 associations."
20 BY MS. FORGIE:
21     Q.  And how does that statement from
22 the Blair article support the opinions that
23 you expressed in your supplemental report?
24        MR. LASKER:  Objection to form.
25 ///

1  BY MS. FORGIE:
2      Q.  You can answer.
3      A.  It explains exactly the argument
4  I've been making about non-differential
5  misclassification doing what I said it
6  would.
7      Q.  With regard to -- do we have
8  another sticky, please.
9         MR. LASKER:  I gave them all to
10 you.
11        MS. FORGIE:  Thank you.  I'm going
12 to mark as 21 the Acquavella article.
13        (Exhibit Number 30-21 was
14        marked for identification.)
15        MS. FORGIE:  Or is that already in
16 there, the 2006 Acquavella.
17        THE WITNESS:  I don't think so.
18        MS. FORGIE:  I only have one copy.
19 We'll do the other one first.  Let's do
20 30-22.
21        (Exhibit Number 30-22 was
22        marked for identification.)
23 BY MS. FORGIE:
24     Q.  Can you tell me what I've just
25 marked as Exhibit 30-22, the Ward editorial.

1  Can you tell me what that is, please.
2         MR. LASKER:  Objection to form.
3  Beyond the scope.  This document was not
4  even discussed during the direct
5  deposition.
6  BY MS. FORGIE:
7      Q.  You can answer.
8      A.  It's an editorial written by
9  Elizabeth Ward, who is a very well-known
10 pesticide and cancer researcher on the
11 glyphosate use and cancer incidence in the
12 AHS study in epidemiologic perspective.  So
13 it's an editorial on the actual NCI 2018
14 study.
15     Q.  Do you know if it was published in
16 the same journal at the same time as the
17 2018 AHS publication?
18     A.  That's what it looks like.
19     Q.  Okay.  And can you tell me what in
20 this Ward editorial supports your opinions
21 as expressed in your supplemental expert
22 report, please.
23     A.  Yes.  On page 2, the first long
24 paragraph on the left, the last sentence.
25     Q.  Can you read that?

1   MR. LASKER: Hold on a second.
2   Where are you?
3   THE WITNESS: Page 2. First
4   paragraph. The end, the last sentence.
5   MR. LASKER: "Thus although"?
6   THE WITNESS: "Thus although."
7   MR. LASKER: Thank you.
8   THE WITNESS: "Thus although
9   pesticide applicators likely provide the
10   best opportunity for investigating the
11   risk associated with glyphosate
12   exposure, the intermittent nature and
13   range of exposure may limit the ability
14   of studies in this population to detect
15   cancer hazards."
16   BY MS. FORGIE:
17   Q.   Can you explain how that statement
18   supports the opinions that you gave as
19   expressed in your supplemental report,
20   please?
21   MR. LASKER: Object to form.
22   THE WITNESS: What it points to is
23   the possibility of exposure
24   misclassification due to the
25   intermittent nature and the range of

1   exposures and, therefore, the
2   opportunities to generate
3   nondifferential misclassification of
4   exposure especially over a very long
5   period of time and especially in
6   environment where exposures change.
7   MS. FORGIE: Give us one minute
8   while we get that extra copy and then
9   we're almost done.
10   MR. LASKER: Don't forget my
11   3 minutes and 30 seconds.
12   MS. FORGIE: I'm sure if I did
13   forget it, you would remind me.
14   MR. LASKER: So what is this,
15   30-20?
16   MS. FORGIE: Didn't we mark it the
17   Acquavella?
18   THE WITNESS: 21.
19   BY MS. FORGIE:
20   Q.   30-21. And is there anything in
21   what we've marked now as 30-21, the
22   Acquavella study from 2006, that supports
23   your opinions as expressed in your
24   supplemental expert report?
25   MR. LASKER: Objection to scope,

1   objection to form and beyond the scope
2   of direct examination in this case.
3   THE WITNESS: Yes. The title of
4   the whole paper is exposure
5   misclassification in studies of
6   agricultural pesticides insights from
7   biomonitoring. The conclusion of this
8   abstract of the study states "Our
9   results demonstrates the importance of
10   collecting type of pesticide formulation
11   and suggests a generic exposure
12   assessment is likely to result in
13   appreciable exposure misclassification
14   for many pesticides." When you look at
15   what he means by generic, he points out
16   "Dosemeci, et al., recently proposed a
17   generic algorithm for using
18   questionnaire information to develop an
19   average lifetime exposure intensity
20   score for specific pesticides. This
21   score could then be used as a multiplier
22   of days of use to produce an
23   intensity-weighted estimate of
24   cumulative exposure."
25   MR. LASKER: I'll also object to

1   form -- object to the entire line of
2   questioning about this article because
3   it is not listed in the reference list
4   of the articles that Dr. Ritz relied
5   upon in connection with her supplemental
6   report, and the fact that it has been
7   shown to her during the break after
8   direct questioning does not make it
9   something that she's relied upon for her
10   supplemental report. She clearly did
11   not. It's not in her materials, and,
12   therefore, this whole line of
13   questioning is improper.
14   MS. FORGIE: I don't agree with any
15   of those statements.
16   BY MS. FORGIE:
17   Q.   Going back to just that one
18   statement in the conclusion section, the one
19   where it says it is likely to result in
20   appreciable exposure misclassification for
21   many pesticides.
22   Do you see that?
23   A.   Yes.
24   Q.   Can you tell me how that supports
25   your opinions as expressed in your

1  supplemental report?
2      MR. LASKER:  Objection to form.
3      THE WITNESS:  Because the algorithm
4  they developed is really a generic
5  algorithm, meaning that they are using
6  duration and frequency and weighing it
7  according to the exact same weights for
8  every pesticide.  So if somebody reports
9  a protective equipment used, then that
10  protective equipment is presumed to be
11  used for every single pesticide; so
12  every single pesticide will be weighted
13  accordingly whether or not that
14  protective equipment was actually used
15  for one and not the other pesticide is
16  not known and is not taken into
17  consideration.  Neither are the
18  formulations of pesticides.
19      MR. LASKER:  Further objection to
20  this line of questioning because there
21  would be no opportunity for defense
22  counsel to be prepared to question
23  Dr. Ritz on a paper that she did not
24  include in her reference list for her
25  supplemental expert report, did not

1  mention in her supplemental expert
2  report and the fact that this is new
3  opinions being offered in redirect or
4  cross-examination based upon a document
5  the expert had not previously disclosed.
6  BY MS. FORGIE:
7      Q.  Do you agree with Dr. Acquavella
8  that the way the data was collected in the
9  AHS publication suggests that it is likely
10  to result in appreciable exposure
11  misclassification for many pesticides?
12      MR. LASKER:  Objection to form.
13      THE WITNESS:  I agree partially.  I
14  agree for the pesticides that had a lot
15  of time varying components to them.
16  BY MS. FORGIE:
17      Q.  And did glyphosate have a lot of
18  time varying components to it?
19      A.  Yes.
20      Q.  So with regard to glyphosate, you
21  would agree with Dr. Acquavella that the
22  method of collection in the AHS study was
23  likely to result in appreciable exposure
24  misclassification; is that correct?
25      A.  Correct.

1      MR. LASKER:  Objection to form.
2  BY MS. FORGIE:
3      Q.  Do you know who Dr. Acquavella is?
4      A.  Yes.
5      Q.  Who is he?
6      A.  Dr. Acquavella was, for some time,
7  employed by Monsanto as their epidemiologist
8  and he came to several of the AHS study
9  meetings, one of them to actually talk about
10  biomonitoring to the panel.
11      MS. FORGIE:  Okay.  I don't have
12  any questions.
13      MR. LASKER:  You mean any further
14  questions?
15      MS. FORGIE:  Any further questions.
16      MR. LASKER:  Let's take a quick
17  break so we can get ourselves organized
18  but nobody leave the room.  This will
19  not be 40 minutes.
20      THE VIDEOGRAPHER:  We're off the
21  record at 6:05 p.m.
22      (Recess taken from 6:05 p.m. to
23      6:06 p.m.)
24      THE VIDEOGRAPHER:  We are back on
25  the record at 6:06 p.m.

1      FURTHER EXAMINATION
2  BY MR. LASKER:
3      Q.  Dr. Ritz, in your answers to the
4  questions from defense counsel, if I
5  understand correctly, you criticized the
6  2018 NCI study because it did not compare
7  exposures -- it compared exposures to
8  non-exposed as opposed to exposures within
9  the different exposure groups; is that
10  correct?
11      MS. FORGIE:  Object to form.
12      THE WITNESS:  I pointed out one
13  sort of potential bias that could have
14  biased away from the null.
15  BY MR. LASKER:
16      Q.  Because of that?
17      A.  Because of that.
18      Q.  Your initial expert report on
19  page 30 -- on page 23, here you're talking
20  about the DeRoos 2005 paper; correct?
21      A.  Yes.
22      Q.  And in that -- in your initial
23  expert report, you state that authors decide
24  to compare the cancer risk in these exposed
25  groups, not, underlined, to that among the

1  never exposed but instead compared high
2  exposure to low exposure while this type of
3  comparison attempts to control for and
4  eliminate other risk factors that may
5  distinguish non-exposed from exposed, hence
6  reduce potential confounding bias.  This
7  type of approach also reduces any remaining
8  exposure contrast even further and thus
9  reduces the ability to estimate risk
10  increases with exposure and make the effect
11  estimates also less comparable to those from
12  other studies; correct?
13      A.  Yes --
14          MS. FORGIE:  Object to form.
15          THE WITNESS:  I'm completely
16      standing behind this because I'm already
17      pointing out the potential confounding
18      bias.
19  BY MR. LASKER:
20      Q.  So in your initial expert report
21  with the 2005 paper, you made a criticism
22  because they didn't compare exposure groups
23  to non-exposed, didn't you?
24          MS. FORGIE:  Object to form.
25          THE WITNESS:  No, I'm not making a

1      criticism.  I'm pointing out that this
2      is a very useful method to reduce
3      potential confounding, however, you buy
4      the reduction in bias with a reduced
5      ability to find a true effect.
6  BY MR. LASKER:
7      Q.  Exhibit 30-22, the Ward editorial,
8  next document they had you look at.
9      A.  Yes.
10      Q.  In the first page of the editorial,
11  the second column, the first full
12  paragraph which you did not read from
13  Dr. Ward states "Although the Andreotti, et
14  al study?
15      A.  Where's that?
16      Q.  Right-hand column, first full
17  paragraph?
18      A.  Yes, okay.
19      Q.  "Dr. Ward states that although the
20  Andreotti, et al, study, the 2018 study adds
21  substantially to the body of epidemiologic
22  evidence regarding the potential association
23  between glyphosate exposure and cancer in
24  humans, interpreting the new findings in the
25  context of previous studies may be

1  difficult"; correct?
2      A.  That's what it says.
3      Q.  Do you agree the 2018 NCI study
4  adds substantially to the body of
5  epidemiologic evidence regarding the
6  potential association between glyphosate
7  exposure and cancer in humans?
8      A.  I don't know what she means by
9  "substantially," but it helped me understand
10  what the problems with the study were, yes.
11      Q.  And my last question with respect
12  to the testimony that you gave regarding
13  protective equipment is that your
14  understanding that glyphosate has low acute
15  toxicity?
16          MS. FORGIE:  Object to form.
17          THE WITNESS:  My understanding is
18      that OP pesticides are much more easily
19      irritative and having effects on a
20      farmer that would make him want to wear
21      protective equipment than glyphosate
22      would.
23  BY MR. LASKER:
24      Q.  My question, though, is it your
25  understanding that glyphosate has low acute

1  toxicity?
2          MS. FORGIE:  Object to form.  Asked
3      and answered.
4          You can answer it again.
5          THE WITNESS:  My understanding of
6      pesticide acute effects is that OP
7      pesticides have effects that will make
8      farmers use protection probably at a
9      much higher level than glyphosate would.
10  BY MR. LASKER:
11      Q.  I didn't ask about OP pesticides.
12  I've asked a simple question.  Is it your
13  understanding that glyphosate has low acute
14  toxicity?
15          MS. FORGIE:  Objection.  Asked and
16      answered twice.
17          You can answer it again.
18          Where are we on time?
19          THE WITNESS:  I was not talking
20      about an absolute toxicity.  I was
21      talking about a relative toxicity, and
22      relativeness has to be with respect to
23      other pesticides because these farmers
24      were applying multiple pesticides, and,
25      therefore -- and they were only asked to

1    respond with regard to protective
2    equipment in one question that does not
3    specify the pesticide.  So the farmer
4    when they are asked this question has to
5    actually compare the toxicities in his
6    head or he had to compare them before
7    and then report what he's been using for
8    the most -- for the one with the most
9    side effects.
10   BY MR. LASKER:
11   Q.   Dr. Ritz, is it your understanding
12   that glyphosate has low acute toxicity?
13        MS. FORGIE:  Objection.  Asked and
14   answered three times.  You can answer it
15   a fourth time.
16        THE WITNESS:  This is not a
17   question that I wanted to point out as
18   an acute -- as an absolute.  It is
19   something that the farmer was asked to
20   compare.  It's a relative comparison of
21   acute toxicities.  And in terms of --
22   everybody rates risks, and if I'm a
23   bungee jumper, my risk rating is
24   probably different from somebody who is
25   a grandmother.  So we are all rating our

1    risks in engaging with certain
2    activities in a different way.
3        So a farmer who would be co-exposed
4    to glyphosate and organophosphates when
5    asked what kind of protective equipment
6    they are using would probably go with
7    the one that he knows he has the most
8    side effects from and report on that
9    one.
10   BY MR. LASKER:
11   Q.   Dr. Ritz, is it your understanding
12   that glyphosate has low acute toxicity?
13        MS. FORGIE:  Objection.  Asked and
14   answered four times.
15        You can answer it again.
16        Where are we on time?
17        THE VIDEOGRAPHER:  It's been five
18   minutes since you started.
19        MS. FORGIE:  Okay.  That's it.
20   She's not going to answer it.
21        MR. LASKER:  She clearly is not
22   going to answer it, but I started asking
23   the question a couple minutes ago and
24   still haven't got an answer.
25        MS. FORGIE:  It's over.  It's been

1    five minutes.
2        MR. LASKER:  Are you instructing
3    the witness not to answer the question?
4        MS. FORGIE:  I'm saying you've had
5    three-and-a-half minutes.  You've gone
6    five minutes.  The time is up.  I don't
7    need to instruct her not to answer
8    because the time is up.
9    BY MR. LASKER:
10   Q.   Dr. Ritz, does glyphosate have low
11   acute toxicity?
12        MS. FORGIE:  We're done.  The time
13   is up.  She's already answered it four
14   times anyway.
15        I want to put one statement on the
16   record.  Counsel stated that Dr. Ritz
17   and by implication myself had not
18   discussed the Acquavella 2006 article.
19   In fact, it is number one on the
20   supplemental materials list that was
21   provided to counsel.
22        MR. LASKER:  If I misstated it, I
23   will correct myself.
24        MS. FORGIE:  We all make mistakes,
25   but it's right there.

1        MR. LASKER:  It's Andreotti.  Oh,
2    the supplemental materials list
3    related -- I'm not sure what this is.  I
4    will accept the representation.  I was
5    looking at expert report, the
6    supplemental expert report which has a
7    material -- has a reference list that
8    does not mention Acquavella.
9        MS. FORGIE:  Right, but this is
10   Muchy and Ryder which she couldn't have
11   had when she did her report.
12        MR. LASKER:  I will rephrase my
13   objection accordingly.  I object to the
14   questioning regarding a study and
15   reliance upon a study, the Acquavella
16   2006 study that Dr. Ritz never mentions
17   in her supplemental report and is not on
18   the reference list for her supplemental
19   expert report.
20        MS. FORGIE:  I don't agree with any
21   of that but we're done.
22        (Testimony continues on the
23        following page in order to
24        include jurat.)
25

Page 194

1    THE VIDEOGRAPHER: This concludes
2  today's proceedings in the deposition of
3  Dr. Beate Ritz. We're off the record at
4  6:14 p.m.
5    (Time noted: 6:14 p.m.)
6
7
8
9
10
11
12    _____
13        Beate Ritz, M.D., Ph.D.
14
15
16  Subscribed and sworn to before me
17  this      day of       , 2018.
18
19    _____
20  (Notary Public)
21
22  My Commission expires: _____
23
24
25

Page 196

1  NAME OF CASE:
2  DATE OF DEPOSITION:
3  DEPONENT:
4      1. To clarify the record.
        2. To conform to the facts.
5      3. To correct transcription error.
6  Page _____ Line _____ Reason _____
   From_____to_____
7
   Page _____ Line _____ Reason _____
8  From_____to_____
9  Page _____ Line _____ Reason _____
   From_____to_____
10
   Page _____ Line _____ Reason _____
11 From_____to_____
12 Page _____ Line _____ Reason _____
   From_____to_____
13
   Page _____ Line _____ Reason _____
14 From_____to_____
15 Page _____ Line _____ Reason _____
   From_____to_____
16
   Page _____ Line _____ Reason _____
17 From_____to_____
18 Page _____ Line _____ Reason _____
   From_____to_____
19
   Page _____ Line _____ Reason _____
20 From_____to_____
21 Page _____ Line _____ Reason _____
   From_____to_____
22
   Page _____ Line _____ Reason _____
23 From_____to_____
24 Page _____ Line _____ Reason _____
   From_____to_____
25

Page 195

1      C E R T I F I C A T E
2  STATE OF CALIFORNIA:
3
4    I, LISA MOSKOWITZ, CSR, RPR, CRR, CLR,
5  NCRA Realtime Systems Administrator,
6  Certified Shorthand Reporter, do hereby
7  certify:
8    That the witness whose deposition is
9  hereinbefore set forth was duly sworn, and
10  that such deposition is a true record of the
11  testimony given by such witness.
12    I further certify that I am not related
13  to any of the parties to this action by
14  blood or marriage, and that I am in no way
15  interested in the outcome of this matter.
16    IN WITNESS WHEREOF, I have hereunto set
17  my hand this 20th day of January, 2018.
18
19
20
21    _____
22  LISA MOSKOWITZ, CSR 10816, RPR, CRR, CLR
23  NCRA Realtime Systems Administrator
24
25

**A**

**ability (3)**
178:13 186:9 187:5
**able (4)**
48:13,15 80:22
104:22
**absolute (2)**
189:20 190:18
**absolutely (6)**
28:20 35:11 48:17
58:17 153:6 167:7
**abstract (11)**
14:23 15:1,5,6 119:11
119:13 135:22
136:3 138:20,23
180:8
**accept (1)**
193:4
**acceptable (4)**
24:12 173:23 174:2,6
**accepted (1)**
24:16
**access (1)**
70:14
**account (4)**
24:17 27:22 30:20
105:25
**accuracy (1)**
108:19
**accurate (3)**
78:17,23 79:4
**accurately (2)**
118:11,12
**achieve (1)**
173:23
**Acquavella (20)**
5:12,20 92:11 103:17
104:8 107:10 108:9
108:17 169:25
176:12,16 179:17
179:22 183:7,21
184:3,6 192:18
193:8,15
**acres (4)**
44:10 46:13,14,19
**act (1)**
157:19
**action (1)**
195:13
**ACTIONS (1)**
1:7
**active (1)**
117:18
**actively (1)**
54:14
**activities (1)**

191:2
**activity (2)**
121:8 139:4
**actual (8)**
77:6,11 84:4,13,13,21
163:21 177:13
**acute (16)**
158:4,11,18,25 159:5
159:11 169:3
188:14,25 189:6,13
190:12,18,21
191:12 192:11
**acutely (3)**
59:23 64:5 157:14
**add (1)**
30:1
**addition (3)**
40:7 140:12 141:1
**additional (6)**
30:4 36:7 38:11 40:22
148:17 151:16
**address (5)**
107:12 146:6 168:13
168:15 173:25
**addressed (1)**
168:11
**addressing (1)**
115:22
**adds (2)**
187:20 188:4
**adhere (1)**
24:12
**adjusted (2)**
93:11 94:23
**administered (2)**
171:22 172:23
**Administrator (4)**
1:24 2:15 195:5,23
**advisory (3)**
26:11,17,25
**affect (3)**
124:6 159:2,22
**afternoon (1)**
6:4
**Ag (2)**
65:3,19
**age (1)**
171:24
**agents (3)**
38:15,22 40:5
**Aggressive (2)**
13:13 32:9
**ago (2)**
25:19 191:23
**agree (16)**
9:15 13:1 24:4,9 89:1

123:16 137:6
157:10 161:25
181:14 183:7,13,14
183:21 188:3
193:20
**agreed (1)**
145:1
**agreement (15)**
11:2 122:5,8 138:24
139:13 140:13,22
141:3,13,17,18,20
141:25 142:25
175:15
**agreements (3)**
140:5,7,10
**agricultural (15)**
11:19 13:15 16:14
17:22 21:21 23:14
32:10 99:21 105:23
120:19 134:6
138:16,17 144:15
180:6
**ahead (2)**
75:17 152:17
**AHS (104)**
4:21 5:3,6,9 8:6 9:6
9:16,20,22 10:13
12:9 13:16 14:2
16:17 18:24 20:15
22:14 25:7,10,24
26:11,14,15,25
27:15 34:11 36:10
37:5 38:3 41:2
44:16 45:7,18,25
47:12 49:12 58:24
62:5 63:20 65:18
67:14 68:1 83:7
99:20 104:14,25
105:8 106:6 107:10
108:17,20 109:18
115:13,16 117:5,10
117:15,18,22 118:4
118:22 119:18
120:1 129:10,20
131:18 133:22
134:8,19 136:8,12
136:17 138:1 145:9
145:10 146:22
147:20 148:8
149:15 152:24
155:6 157:10
159:13,23 161:1,1,6
162:22 163:1,6,11
165:15 166:10,16
168:4,19 169:25
173:13,20 177:12

177:17 183:9,22
184:8
**air (1)**
146:11
**airplane (1)**
49:6
**al (6)**
20:23 143:25 145:6
180:16 187:14,20
**Alaska (1)**
3:4
**Alavanja (1)**
4:13
**alcohol (2)**
121:7,23
**algorithm (12)**
106:23 115:20 117:18
118:9 119:14 124:5
125:10 160:2,3
180:17 182:3,5
**allow (2)**
50:2 52:16
**allows (1)**
57:2
**American (3)**
12:24 13:11 113:23
**amount (3)**
151:18,21,23
**amounts (1)**
42:20
**analyses (21)**
25:2 36:7 38:11 69:12
69:14 74:19 75:11
76:16,19 104:15
109:8 110:6 112:24
113:19 114:1,3
149:17,22 161:18
161:22 162:1
**analysis (38)**
5:5,8,11 16:16 17:23
35:6 40:21 71:7
73:16 76:1,10,20
77:17,23 79:24
81:18 82:4 84:1,3
84:20 85:11,16,21
86:4,17,25 87:20
88:9 110:16 112:21
113:8 115:14
121:14 138:2
147:15 168:4,8,10
**analyze (2)**
33:11 102:25
**ancillary (1)**
136:11
**and/or (2)**
60:23 62:2

**Andreotti (4)**
4:23 187:13,20 193:1
**Andrus (2)**
3:2 7:14
**Angeles (5)**
1:17 2:12 3:12 6:1,14
**Anneclaire (2)**
83:19 95:3
**answer (42)**
10:18 27:7 29:14
30:17 35:19,21
49:21 51:8,10 62:21
63:14,24 64:1,16,25
65:16 66:20 88:20
90:17 91:9 94:11
95:21 101:18
107:17 114:11
124:1 130:4 145:15
149:2 170:25
174:24 176:2 177:7
189:4,17 190:14
191:15,20,22,24
192:3,7
**answered (27)**
10:16 27:6 29:13
30:16 49:20 51:7
61:20 62:19 63:23
64:24 65:15 88:19
90:16 91:8 92:22
94:10 95:20 107:9
107:16 130:3
145:14 149:1 189:3
189:16 190:14
191:14 192:13
**answers (5)**
29:17 55:7 84:6
137:22 185:3
**anticipated (1)**
134:19
**anymore (4)**
21:9 29:23 87:12 88:7
**anyway (1)**
192:14
**apart (1)**
121:15
**appear (2)**
164:13,20
**appeared (1)**
23:21
**application (16)**
57:10 60:11 61:2,15
61:16 62:1 63:16
64:17 106:15 107:3
107:24 117:20
118:10 119:8
159:25 160:23

**applicator (2)**
53:2 123:2
**applicators (12)**
17:21 44:16 47:13,17
47:19 64:3,13 66:16
71:8 106:24 144:24
178:9
**applied (11)**
42:16,21 47:8 56:4,24
139:19,23,24
142:10 143:2
160:19
**applies (1)**
63:19
**apply (11)**
24:15 47:9,10 53:6
54:1 57:3,5,23
106:12 157:13
159:20
**applying (8)**
48:9 56:17 65:13
66:17 118:17
157:12 160:7
189:24
**appreciable (4)**
180:13 181:20 183:10
183:23
**appreciate (1)**
52:10
**approach (2)**
154:21 186:7
**appropriate (2)**
24:18 37:14
**approved (1)**
79:10
**approximately (1)**
6:16
**argue (2)**
91:11,14
**argument (2)**
172:14 176:3
**Aristei (2)**
2:11 3:9
**article (28)**
16:12 19:15 20:2
21:16 23:12 32:8
44:2,5,8 70:18 86:5
96:11,24 97:7,16,17
98:13 115:21 116:9
120:15 122:1
172:10 173:7
174:19 175:22
176:12 181:2
192:18
**articles (1)**
181:4

**aside (1)**
39:10
**asked (51)**
10:15,17 27:6 29:12
30:15 35:16 49:20
51:7 54:25 55:3,16
58:8,15 61:19 62:18
63:23 64:23 65:14
88:18 90:16 91:8
92:22 94:9 95:20
102:11,24 107:15
118:21,22 122:7
130:3 144:24
145:13 149:1
152:22 155:18,24
160:24 163:10
168:2,17 169:10
189:2,12,15,25
190:4,13,19 191:5
191:13
**asking (11)**
63:8 65:6,7 84:15
123:10,20 153:23
153:23,24 166:6
191:22
**assess (3)**
108:19 129:16 172:17
**assessing (2)**
136:22 145:24
**assessment (18)**
18:3,5,9,12,13 20:12
20:21 21:10 80:20
105:8 109:17 111:6
111:8 113:10 146:3
165:3 172:19
180:12
**assessments (1)**
121:8
**associated (3)**
96:13 97:2 178:11
**association (18)**
6:22 12:11 33:12,23
34:12 35:10 36:22
87:2 97:13,25
100:14,24 102:14
112:6 114:4 145:25
187:22 188:6
**associations (12)**
13:17 21:7 31:11 35:5
36:11 37:7 38:4,17
39:17 41:6 110:7
175:19
**assume (3)**
73:9 91:13 129:18
**assuming (4)**
51:24 130:13 167:3

169:7
**assumption (5)**
52:1,2 162:2 165:5
167:25
**assumptions (3)**
28:12,13 161:24
**attach (2)**
155:3 156:2
**attempt (2)**
106:7 166:8
**attempted (3)**
107:11 108:23 149:24
**attempts (2)**
108:11 186:3
**attenuation (1)**
124:11
**Attorneys (4)**
3:2,3,10,17
**author (8)**
12:2,25 15:18 18:23
20:4 21:16 23:12
40:16
**authored (1)**
11:20
**authority (1)**
170:22
**authors (5)**
11:21 12:6 27:1 171:2
185:23
**average (2)**
123:14 180:19
**avoid (2)**
24:17 158:20
**aware (6)**
24:25 25:19 26:12,23
121:12 134:8

_____

                    **B**
_____

**B (3)**
4:8 5:1 165:19
**back (27)**
31:18 45:13 67:9,12
79:19 80:6 86:7
89:15 108:9 115:4
116:11 117:25
122:13 125:21
126:2,14,23 127:25
143:15 145:1
148:16 150:13
151:2 152:5,11
181:17 184:24
**backpack (1)**
49:8
**bad (2)**
37:21 60:4
**based (8)**

28:12 56:15 91:20
110:8,17 111:5
124:5 183:4
**baseline (13)**
10:8 28:21,23,24
29:16,18,24 55:17
56:8 69:15 82:15
108:5 172:19
**basic (1)**
72:7
**basically (1)**
30:3
**basis (2)**
171:22 172:23
**Baum (9)**
2:10 3:9,13 7:7,10,10
46:5 51:6 132:11
**Bay (1)**
119:1
**bearing (1)**
6:11
**Beate (11)**
1:16 2:9 4:3,11 5:19
6:7 7:22 114:25
115:7 194:3,13
**beautiful (1)**
96:7
**beginning (1)**
115:5
**behalf (5)**
7:1,4,9,10,15
**behavior (1)**
157:21
**belief (1)**
92:5
**believable (1)**
88:13
**believe (28)**
29:9 30:12 62:12
69:11 88:1,3 90:20
92:5 93:15 94:5,7
94:15 95:10,11,13
101:22 102:19,20
107:1 112:1,13
129:25 131:4 133:9
133:18 139:16
154:4 174:12
**Benbrook (9)**
4:20 43:21 44:3,8
45:6,17 48:7 53:7
53:17
**best (6)**
30:18 60:22 87:15
95:1 122:25 178:10
**better (2)**
143:7 144:8

**beyond (8)**
8:11 42:18 114:10
156:25 164:23
166:22 177:3 180:1
**bias (33)**
93:15,25 94:5 95:14
96:12,13,19 97:24
98:10,17 100:13,23
101:4 102:13 111:9
113:11 115:22
117:13 119:17
124:15,25 128:8
129:13,19 130:14
132:7 155:21 157:3
167:15 185:13
186:6,18 187:4
**bias-related (1)**
113:12
**biased (12)**
94:2,7 96:1 101:5,15
101:22 102:6,20
113:5 120:6 126:8
185:14
**biases (10)**
24:17 93:8 95:23
102:18 103:1
161:16,20 162:4,17
173:25
**biasing (5)**
91:21 93:4,16 119:25
127:2
**biassing (1)**
129:6
**bible (1)**
112:25
**big (4)**
37:16 52:7 155:8
165:5
**bio (1)**
168:8
**biologic (2)**
147:8,9
**biological (4)**
145:24 146:3,7 147:3
**biology (1)**
66:7
**biomonitoring (15)**
144:7,17,21 145:3,9
145:11,19 149:19
168:3,16,22 169:2,4
180:7 184:10
**bit (2)**
49:5 142:2
**bladder (5)**
20:10 34:3,6,13 39:2
**Blair (16)**

5:15,17 116:20
117:4,10 121:13
123:10 124:3 138:3
138:5,14,21 169:24
174:11,19 175:22
**Blair's (1)**
120:15
**blank (2)**
42:7,12
**blood (1)**
195:14
**body (4)**
146:19 147:1 187:21
188:4
**bombarded (1)**
62:6
**Bonner (6)**
4:19 23:12 35:23 36:9
40:18 154:1
**book (1)**
113:4
**bottom (9)**
9:11 22:3,9 23:20
53:19,22 73:19 74:6
143:4
**Boulevard (3)**
2:12 3:11 6:14
**box (1)**
80:23
**break (14)**
52:10 66:7 67:3
114:22 150:5,21
151:11 152:2,4,7,14
152:16 181:7
184:17
**Breast (1)**
21:20
**broad (2)**
39:15 141:25
**broken (1)**
78:6
**brought (1)**
86:7
**brouhaha (2)**
37:16,17
**bungee (1)**
190:23
**buy (1)**
187:3

———————
**C**
**C (3)**
3:1 195:1,1
**C.V (1)**
16:2
**cab (2)**

160:9,12
**calculate (2)**
124:19,20
**calculated (2)**
82:22 175:12
**calculations (1)**
126:6
**California (10)**
1:2,17 2:13,14 3:12
6:11,15 65:21 66:12
195:2
**call (3)**
50:15,18 161:23
**called (4)**
7:23 96:16 158:6,8
**Calls (2)**
48:12 157:16
**canceled (1)**
155:1
**cancer (57)**
13:14,18 15:8,20 16:9
16:12 20:10 21:20
23:14 32:9 33:8,13
33:24 34:3,7,13
36:1,12 37:8 38:6
38:23,25 39:1,2,24
39:24,25 40:3 62:23
62:24 72:14,16,21
73:4,7,8 77:12 83:9
86:6,12,17 104:16
105:1 134:11,24
135:16 137:2,4,11
146:25 168:25
177:10,11 178:15
185:24 187:23
188:7
**cancers (4)**
36:19,23 40:5 164:5
**care (6)**
42:23,23 66:13
161:20 167:19,22
**Carolina (2)**
44:20 65:21
**carpenter (1)**
43:17
**carryover (1)**
100:8
**case (18)**
1:6 6:9,11,12 29:1
31:11 72:13 73:13
78:12 92:24 109:15
111:1,11 134:20
146:4 161:2 180:2
196:1
**cases (1)**
99:24

**categories (4)**
141:24 142:4,12,16
**category (6)**
27:25 74:3 141:12,20
142:21 143:21
**CATI (1)**
70:5
**causal (2)**
87:22 94:16
**caused (2)**
95:11 112:15
**causing (3)**
38:25 39:1,2
**cell (1)**
165:19
**cells (1)**
164:16
**cereal (1)**
88:2
**certain (12)**
39:23,24 78:24 83:22
106:19 107:20
118:15 123:6
134:14 145:16
160:8 191:1
**certainly (4)**
59:11,15 93:24
151:13
**Certified (1)**
195:6
**certify (2)**
195:7,12
**cetera (2)**
51:18 142:10
**chair (2)**
26:10,24
**chance (5)**
75:15 82:11 85:23
110:14 137:25
**change (15)**
28:16 53:9 54:21 56:3
57:18 61:7 112:9
116:4 137:22
143:11 145:2
153:20 165:1
171:24 179:6
**changed (15)**
28:23 29:19 42:21
47:21 49:5 50:13
53:25 62:1,9 84:17
107:24,25 108:2,2
145:4
**changes (8)**
42:15 86:14,20
155:15 162:23
163:2,7 172:20

**changing (6)**
29:2 63:16 156:14
172:16,18 174:5
**Charles (1)**
44:3
**chart (2)**
126:2 166:3
**charts (3)**
126:4 128:1,18
**check (2)**
73:17 95:1
**chemically-resistan... (1)**
159:7 160:12
**chlordane (1)**
154:23
**chlorpyrifos (2)**
115:19 158:16
**chronic (1)**
168:25
**circumstances (1)**
107:20
**cite (3)**
104:7 116:14 133:15
**cited (6)**
43:21 44:5 113:18
133:12,21 170:21
**cites (1)**
103:21
**claims (1)**
90:3
**clarification (2)**
8:9 166:15
**clarify (5)**
27:13 79:8 161:5
165:14 196:4
**class (1)**
158:8
**classification (4)**
50:24 91:21 105:25
166:5
**clean (3)**
54:7 57:14 69:12
**clear (5)**
10:11 25:12 30:10
38:1 39:9
**clearly (3)**
80:15 181:10 191:21
**close (1)**
151:8
**closed (1)**
160:9
**closely (2)**
123:5 159:11
**clothes (1)**
159:7
**CLR (4)**

1:23 2:14 195:4,22
**co-authors (2)**
135:13 136:21
**co-exposed (1)**
191:3
**co-investigators (1)**
138:22
**Coble (1)**
119:1
**cohort (35)**
9:16,20 10:13 16:17
25:7,24 44:16,23
45:7,19 47:12 48:3
49:12 50:1 53:5
55:23 57:20 58:9
68:4 69:4 71:1 77:8
77:13 84:6 99:7
117:15 134:9,20
135:15 148:11
149:9 169:8 171:6
171:21 173:25
**cohorts (2)**
99:20 100:1
**colleagues (1)**
40:3
**collected (1)**
183:8
**collecting (2)**
118:19 180:10
**collection (1)**
183:22
**Colorado (1)**
3:5
**column (22)**
14:12 22:4,5,10,11
23:19 53:19 71:5
75:25 111:14
120:16,21 125:8
143:3 154:15
174:25 175:4,5,6,8
187:11,16
**columns (2)**
128:20 175:6
**combined (2)**
100:10,21
**come (2)**
75:20 152:5
**coming (3)**
30:4 117:14 148:10
**comment (3)**
9:11 35:16 101:24
**Commission (1)**
194:22
**common (3)**
67:15,25 74:20
**company (1)**

47:9
**comparable (1)**
186:11
**compare (7)**
85:24 185:6,24
186:22 190:5,6,20
**compared (7)**
74:2 83:20 110:19
157:12 167:7 185:7
186:1
**comparing (6)**
36:16 85:5 94:14
117:17 166:11
167:3
**comparison (5)**
75:18 83:14,19 186:3
190:20
**complains (1)**
37:23
**completely (3)**
152:1 159:17 186:15
**completion (1)**
166:1
**components (2)**
183:15,18
**compound (2)**
11:25 172:7
**concern (7)**
41:9 52:20 63:2,4,14
63:17 107:9
**concerns (6)**
27:2 73:2 79:23 85:6
85:7 107:13
**concludes (1)**
194:1
**conclusion (3)**
120:9 180:7 181:18
**conclusions (5)**
24:18 119:13 120:16
120:22 147:4
**conditions (2)**
105:11 139:4
**conduct (1)**
145:9
**conducted (16)**
75:11 76:6,18 81:19
82:4 84:2 85:17
107:19 108:18
113:20 144:8
145:11 146:19
149:16,21 155:2
**conducting (2)**
144:14 145:8
**confidence (12)**
47:3 49:15 73:22
77:19 83:2 87:21

130:17,21,24 131:3
131:24 132:4
**confident (1)**
147:21
**confidential (1)**
84:25
**confines (1)**
153:14
**confirm (2)**
18:22 154:21
**confirms (1)**
21:9
**conform (1)**
196:4
**confounding (14)**
83:22 88:7 93:10
94:13 95:6,14
130:14 167:13,14
167:15,17 186:6,17
187:3
**confused (1)**
146:15
**connection (3)**
64:14 101:14 181:5
**connects (1)**
39:23
**consider (4)**
88:12 157:23 162:5
168:25
**considerably (1)**
84:18
**consideration (2)**
106:9 182:17
**considered (5)**
64:8 99:21 121:5
153:14 161:11
**considering (2)**
118:5,8
**considers (1)**
162:3
**consistency (1)**
121:21
**consistent (2)**
53:9 54:20
**constantly (1)**
62:6
**construct (1)**
111:6
**context (1)**
187:25
**continue (2)**
29:6 124:23
**continued (5)**
48:3 49:13 148:16,23
148:24
**continues (3)**

155:14,15 193:22
**continuing (3)**
54:17 111:2 124:3
**contrast (1)**
186:8
**contributes (1)**
99:8
**control (6)**
54:6 109:16 111:2,11
134:20 186:3
**controlling (1)**
54:13
**controls (1)**
100:1
**convenient (1)**
66:6
**copies (1)**
19:25
**copy (4)**
133:17 135:4 176:18
179:8
**corn (2)**
42:6 43:8
**corner (1)**
24:5
**correct (235)**
8:24 9:7,20 10:14
11:22 12:13 13:3,8
13:10,19 14:4,17
15:2,20,23 16:10,19
17:5 18:25 19:10,18
19:19 20:5,16 21:1
21:23 22:15,22
23:11,16,24 24:7,19
25:8 26:15 28:25
31:1,12 33:14,24
34:7,13 35:6 36:13
36:23 37:8 38:6
39:18 41:13 43:9
44:6,11,16,24 45:8
45:21 46:11,20 47:5
47:14 48:10,24
49:18 53:11,22 54:2
54:8,14,15,22 55:14
56:4,18,24 57:7,23
58:10,25 59:12
60:10,17 61:8,17
62:11 63:6,13 68:4
69:5,23 70:11 71:2
71:15 72:8,14,22,24
73:5,23 74:7,10
75:12 76:17,24 77:5
77:8,9,20 78:17
79:11,19,21 81:3
82:7 83:3 84:7 85:1
85:18 86:8,18 87:4

89:25 90:1,5 91:16
93:5,7 95:16 96:3
96:14 97:3 98:2,10
99:5 100:6,15,25
101:1,6 102:2,21
103:4 104:9,10,16
105:12,18 106:3
108:6,12,22 109:2
110:9,19,22 111:10
111:11,19 112:22
115:17,25 116:9,15
116:22 117:15
118:6 120:2 121:8
121:23 124:12
126:10,21 127:6,16
127:17,23,24 128:2
128:10 129:7,16
130:1 133:10,22,25
134:24,25 135:19
136:13,18,23 137:3
137:8,15,22 138:3,8
138:18,19 139:5,6
139:14,20 140:17
141:9,10,14,20,23
143:7 144:1,10,18
145:12,25 146:9
147:5,16 148:5,11
148:18,24 149:22
157:6,7 165:16,17
166:4 183:24,25
185:10,20 186:12
188:1 192:23 196:5
**correctly (12)**
52:20 65:7 88:10
99:12,13 100:5
109:21 111:25
131:10 132:3,6
185:5
**correlated (1)**
124:7
**correlating (3)**
118:24,25 119:2
**correlation (11)**
118:2 119:7 121:1
123:13 125:5,9
126:10 127:5 128:5
128:14 140:6
**correlations (7)**
119:14,16 126:20
127:10,20 139:18
140:5
**correspondence (1)**
139:11
**corresponding (1)**
77:15
**cotton (2)**

42:6 43:8
**counsel (14)**
6:23 19:24 68:8 75:15
82:10 85:22 150:19
151:4,7 155:8
182:22 185:4
192:16,21
**count (1)**
151:6
**counted (1)**
13:22
**couple (3)**
151:12 169:21 191:23
**course (6)**
36:18 55:22 66:10
73:9 76:15 149:14
**court (6)**
1:1 6:10,20 7:19
173:14,21
**create (2)**
113:2 117:13
**created (4)**
67:17 75:14 82:10
115:23
**critical (1)**
171:20
**criticism (7)**
26:12 27:17,20 28:2
108:8 186:21 187:1
**criticisms (2)**
67:23 133:21
**criticized (3)**
25:5,22 185:5
**crop (6)**
41:24 45:2 54:1,5,12
54:13
**crops (17)**
42:1,3,15 43:8 44:15
53:11,21,25 54:10
55:22 56:2,16 57:1
57:7,21 61:8 66:18
**cross (5)**
130:24,25 131:4,11
131:13
**cross-examination (...**
183:4
**cross-sectional (1)**
134:21
**cross-talk (1)**
170:8
**crosses (1)**
130:22
**CRR (4)**
1:23 2:14 195:4,22
**CSR (4)**
1:23 2:14 195:4,22

**cumulative (1)**
180:24
**curiosity (1)**
103:12
**current (1)**
144:21
**currently (1)**
28:3
**cutoff (1)**
86:18

**D**

**D (1)**
4:1
**D.C (1)**
3:19
**danger (1)**
158:4
**dangerous (2)**
157:14,23
**data (30)**
26:15 50:8,11,12
68:16,17 72:5 73:25
74:12 75:12 76:17
76:22 77:4,11,18
82:15,22 84:4,13,13
84:21 85:7 86:6
87:6,15 114:17
134:19 137:2,15
183:8
**databases (1)**
72:21
**date (6)**
6:15 45:9 79:4,8
108:16 196:2
**dated (1)**
5:13
**dates (2)**
69:7 79:4
**David (2)**
3:7 7:14
**day (5)**
118:21 143:5,6
194:17 195:17
**day's (1)**
123:14
**days (16)**
52:13 55:13 56:13
139:18,23 140:13
141:4 142:11,13,15
143:1,11,11 158:22
160:3 180:22
**DDT (3)**
28:17,19 154:23
**deal (1)**
116:25

**dealing (4)**
47:13,16,18 118:1
**deals (4)**
56:12 136:21 137:14
143:22
**decade (1)**
139:23
**decades (7)**
139:19 140:14 141:4
142:13,14,14 143:2
**December (2)**
8:4,5
**decide (1)**
185:23
**decided (1)**
145:18
**decision (2)**
173:12,19
**decrease (1)**
57:11
**Defendant (1)**
3:17
**defense (2)**
182:21 185:4
**define (1)**
118:15
**definitely (4)**
42:19 158:20 161:9
161:10
**definition (2)**
47:14 98:5
**degree (4)**
105:12 123:16 126:6
128:4
**degrees (2)**
129:4,6
**demonstrates (1)**
180:9
**depend (2)**
47:7 98:16
**depending (10)**
72:18 79:6 80:18
125:4 128:4,5,6
129:2 142:8 157:23
**depends (3)**
112:23 143:12 153:10
**depict (1)**
79:6
**depicted (2)**
77:3 79:25
**DEPONENT (1)**
196:3
**deposed (1)**
114:14
**deposition (17)**
1:15 2:9 6:6,13 8:2,17

114:10,25 115:6
149:14 151:12
163:8 177:5 194:2
195:8,10 196:2
**derive (1)**
26:15
**derived (1)**
158:9
**DeRoos (6)**
83:19 95:3 166:12,16
166:25 185:20
**describe (2)**
76:19 131:20
**design (7)**
100:1 113:9 135:7
136:8 162:15 171:6
173:21
**despite (1)**
166:7
**detail (1)**
147:25
**detailed (1)**
147:20
**detect (2)**
175:18 178:14
**determinants (2)**
124:6,9
**determine (5)**
39:16 52:16 105:11
161:14,19
**determining (4)**
24:15 51:1 109:1
171:18
**develop (2)**
99:11 180:18
**developed (2)**
106:24 182:4
**developing (2)**
147:24 158:21
**development (1)**
53:24
**diazinon (2)**
17:22 19:13
**dichotomous (2)**
140:16 141:7
**dieldrin (1)**
154:22
**diet (2)**
121:7 139:3
**differ (1)**
94:25
**difference (5)**
52:7 99:23 155:9
158:3 166:19
**differences (2)**
57:10 162:13

**different (51)**
9:7 10:2,22 12:12
13:18 14:20 22:19
30:5 33:7 34:5 37:4
38:12,20 39:7,15
40:1 52:1 57:5,22
62:22 65:20 75:10
109:7,16 113:1,6,12
116:23 117:21
121:14 122:3 127:4
128:7,18,20,21,25
129:3 130:11
134:17,23 147:4
148:10 149:3,16,17
153:9 157:22 185:9
190:24 191:2
**differential (4)**
97:20 98:5,8 130:15
**differently (2)**
10:7 157:21
**difficult (3)**
18:16 64:1 188:1
**difficulty (2)**
68:23 148:21
**diffuse (1)**
165:19
**diminish (1)**
175:18
**diminished (1)**
119:19
**direct (3)**
177:4 180:2 181:8
**direction (4)**
93:19,20 129:15
167:16
**directly (1)**
135:17
**disagree (2)**
146:2 152:2
**disagreement (1)**
123:17
**disclosed (1)**
183:5
**discontinued (1)**
108:4
**discuss (2)**
71:5 76:21
**discussed (10)**
53:6 69:19 74:17
123:13 144:12
149:13 154:2
168:19 177:4
192:18
**discusses (2)**
53:7 120:16
**discussing (4)**

110:24 134:17 139:8
141:8
**Discussion (2)**
82:1 156:4
**disease (12)**
69:15 96:14 97:3 98:1
98:17 99:11 100:2,4
109:13 110:7 111:1
171:23
**diseased (1)**
99:25
**diseases (1)**
40:1
**distance (1)**
153:22
**distinguish (2)**
159:14 186:5
**distribution (1)**
96:21
**District (4)**
1:1,2 6:10,10
**Doctor (2)**
152:22
**document (13)**
1:6 11:16 12:19 17:10
21:11 23:3 43:20
85:15,22 171:23
177:3 183:4 187:8
**documentation (1)**
40:11
**documented (1)**
73:8
**documents (1)**
39:9
**doing (12)**
41:3 65:22 115:19
117:17 129:17
138:1 157:24
162:20 164:14
169:4,5 176:5
**dose (1)**
35:5
**Dosemeci (1)**
180:16
**Dosemeci's (2)**
109:6,8
**doses (2)**
166:12,12
**dosing (1)**
110:17
**dotted (1)**
70:10
**Dr (49)**
4:11 5:18 6:7 8:16,21
12:19,25 15:18
18:23 20:5 21:17

40:17,18 65:9 66:14
67:12 68:10 76:17
104:7,8 107:10
108:9 109:6,8
111:24 112:25
114:25 115:7,10
117:10 120:15
123:9 138:21
147:18 181:4
182:23 183:7,21
184:3,6 185:3
187:13,19 190:11
191:11 192:10,16
193:16 194:3
**drafted (1)**
104:13
**dramatically (2)**
27:23 29:8
**draw (1)**
24:18
**drawn (2)**
68:7 120:17
**Drive (1)**
3:4
**drop (1)**
69:13
**due (4)**
43:7,12 112:11
178:24
**duly (2)**
7:24 195:9
**duration (10)**
51:16,20 52:13 56:12
122:7,19,23 123:13
160:4 182:6
**duty (1)**
57:16

_____

**E**

**E (7)**
3:1,1 4:1,8 5:1 195:1
195:1
**earlier (3)**
140:9 141:9 154:2
**early (1)**
54:6
**easily (2)**
130:22 188:18
**easy (2)**
30:2 155:12
**eat (1)**
88:1
**editor (2)**
25:4,20
**editorial (8)**
5:21 169:24 176:25

177:8,13,20 187:7
187:10
**education (1)**
159:9
**educators (1)**
65:20
**effect (9)**
89:6,9 90:5 91:5
119:4 159:11
167:24 186:10
187:5
**effects (8)**
158:12,25 167:21
188:19 189:6,7
190:9 191:8
**effort (3)**
147:25 151:19 173:23
**efforts (1)**
147:24
**Eight (1)**
146:13
**either (9)**
38:14 50:14 69:14
86:15 88:23 93:20
127:10,15 167:8
**eliminate (1)**
186:4
**eliminated (1)**
86:21
**Elizabeth (1)**
177:9
**Elyse (2)**
3:21 7:3
**emerged (1)**
54:12
**emergence (1)**
54:6
**emphasize (1)**
135:14
**employed (1)**
184:7
**enclosed (1)**
160:12
**encourage (1)**
173:21
**ends (1)**
96:19
**engaging (1)**
191:1
**Engel (3)**
4:18 21:17 22:13
**enrollment (5)**
18:3,4,8 41:17 47:17
**ensure (1)**
24:11
**enthusiastic (3)**

135:15 173:12,19
**entire (1)**
181:1
**entirely (1)**
43:7
**entitled (2)**
21:19 23:12
**environment (2)**
29:2 179:6
**environmental (4)**
19:17 21:22 23:16
105:11
**epidemiologic (10)**
112:1,22 121:6
134:10,18 135:18
139:2 177:12
187:21 188:5
**epidemiological (8)**
9:19 10:12 25:2,21
104:15 109:2 112:5
117:14
**epidemiologist (1)**
184:7
**epidemiology (6)**
12:24 13:2,5 20:4
113:1 130:7
**equals (3)**
128:19,19,19
**equation (1)**
87:10
**equipment (33)**
49:2 51:18 57:15 58:6
58:15 60:4,16 61:1
62:2 64:7 66:25
105:10 106:2,8,16
107:5,23 118:11
119:9 157:12,22
159:3,21 160:1,7,21
182:9,10,14 188:13
188:21 190:2 191:5
**equipments (1)**
111:17
**Eric (2)**
3:20 166:7
**Erick (1)**
6:25
**error (21)**
29:17 95:23 96:1
98:14,15 99:5,7,19
99:23 129:17
130:16,20,23 131:2
131:12,22,23 132:9
132:12,20 196:5
**errors (2)**
101:13 102:5
**Esfandiari (5)**

3:14 7:6,6 19:24
170:4
**especially (8)**
27:23 29:2 62:4 99:20
155:11,14 179:4,5
**ESQ (6)**
3:6,7,13,14,20,21
**establish (1)**
29:16
**estimate (13)**
88:11,23,24 93:9 94:2
113:3,5 124:5
131:11,24 132:14
180:23 186:9
**estimated (3)**
106:13 119:4 120:18
**estimates (14)**
38:10 88:3 90:21 94:1
96:22 115:16
119:18 120:6
127:21,22 131:21
162:13 167:16
186:11
**estimating (1)**
117:22
**estimation (2)**
72:9 107:19
**et (8)**
20:23 51:18 142:10
143:25 145:6
180:16 187:13,20
**evaluate (3)**
14:25 15:7 115:20
**evaluating (1)**
119:5
**evaluation (3)**
112:14 120:17 147:21
**ever/never (2)**
140:17 141:7
**everybody (2)**
67:15 190:22
**evidence (11)**
89:5 90:4 91:4 112:5
146:20 147:1,4,8,9
187:22 188:5
**exact (10)**
140:5,7,10,12,21
141:3,17,17 142:25
182:7
**exactly (15)**
12:1 40:25 65:19,23
66:22 104:23
109:12 112:10
118:21 120:13
123:5 155:5 161:6
171:9 176:3

**exam (2)**
64:17 123:2
**examination (5)**
4:2 8:14 152:20 180:2
185:1
**examine (1)**
136:8
**examined (3)**
7:24 39:18 129:10
**examining (1)**
24:14
**example (9)**
28:17 44:22 53:17
65:11 125:9 140:12
159:22 160:14
165:19
**excessive (1)**
151:18
**exchangeable (2)**
94:17 167:4
**excluded (1)**
86:11
**excludes (1)**
164:25
**exercise (1)**
106:10
**exhibit (59)**
4:10,13,14,15,16,17
4:18,19,20,21,23
5:3,6,9,12,14,15,16
5:17,18,20,21 8:17
8:18 11:5 12:20
15:11,12 17:12,15
19:22 21:12,13 23:4
23:5,11 43:23,24
67:19 70:20 74:23
81:20 85:12 104:1
109:21,22 116:5,12
117:2 133:3 138:11
156:15,22 170:14
170:15 176:13,21
176:25 187:7
**Exhibits (2)**
25:18 26:13
**exist (3)**
102:5,14,19
**existed (1)**
95:10
**existence (2)**
11:3 147:5
**expand (1)**
161:5
**expect (2)**
59:21,24
**expectation (2)**
132:7,17

expensive (1)
169:6
expert (39)
  5:18 8:23 43:22 44:6
  91:1 98:21 99:16,19
  100:7,19 101:3,12
  102:4 104:9,12
  105:6,18 111:5
  112:19 113:17,21
  114:9,13 116:14
  119:23 151:7
  162:24 166:23
  177:21 179:24
  182:25 183:1,5
  185:18,23 186:20
  193:5,6,19
experts (9)
  90:8,12 91:2,3 92:5
  92:12,13,18 96:9
expires (1)
  194:22
explain (8)
  78:3 88:25 135:22
  153:7 155:7 158:2
  161:12 178:17
explains (1)
  176:3
explicitly (2)
  91:11 98:13
exploded (1)
  29:4
exploring (2)
  137:14 162:15
exposed (15)
  17:21 36:16 49:16
  50:4,15 52:4,6
  83:21 94:17 95:2
  158:14 167:2
  185:24 186:1,5
exposure (161)
  9:4 10:22 18:11,13
  20:9,11,21 23:13
  26:15 29:2 30:1,4,5
  34:2,12 35:25 36:12
  45:8,20 48:22 50:14
  50:20,24 51:4 52:19
  52:21 57:11,16
  68:16,17 72:5 73:20
  74:2 76:2,22 77:14
  77:16 80:20 82:15
  82:23 83:1 84:24
  86:15,20 87:1,3,9
  87:23 88:5 91:21,25
  92:3,6,19 93:3 95:4
  95:4 96:14,21 97:2
  97:12,19,23 98:1,6

98:8,15 99:8 100:12
  100:22 103:3
  104:16 105:1,7,10
  105:11,24 106:1
  108:12 109:1,17
  110:9,17,19 111:7,8
  111:18 112:11
  113:10 115:11,15
  115:24 117:23
  118:3,14 119:17,24
  120:18 121:20
  122:19,19 124:5,7
  125:10 127:21
  128:7,9,21,25 129:4
  129:11 130:10,11
  132:13 134:10
  143:23,24 144:3,4,9
  144:10 149:18
  150:1 153:10,11,17
  153:19,21 155:13
  155:14,20 157:4
  160:10 165:2,23
  167:1,3 171:18,23
  172:19,20 178:12
  178:13,23 179:4
  180:4,11,13,19,24
  181:20 183:10,23
  185:9 186:2,2,8,10
  186:22 187:23
  188:7
exposures (20)
  27:22,24 99:4,12
  108:21 109:1 110:8
  111:5 155:11 165:6
  165:9 169:1 172:16
  172:17 174:5 179:1
  179:6 185:7,7,8
expressed (9)
  163:3,8 173:8 174:20
  175:23 177:21
  178:19 179:23
  181:25
extend (1)
  79:19
extended (1)
  151:14
extending (1)
  86:6
extensive (1)
  146:6
extent (7)
  48:2 49:12 58:20
  60:25 86:14 106:10
  156:8
external (3)
  149:5,7,11

extra (3)
  19:25 139:12 179:8

**F**

F (1)
  195:1
fact (15)
  13:7 49:25 50:7 56:15
  57:4,6 58:12 63:15
  89:20 90:7 108:24
  138:2 181:6 183:2
  192:19
factor (3)
  30:19,21 101:21
factors (10)
  56:22 58:5 108:25
  121:4,22 138:16
  139:1 167:6,18
  186:4
facts (1)
  196:4
fair (12)
  43:3 97:6,16 107:14
  114:21 121:25
  123:19 132:10
  145:21,21 146:4
  147:13
fairly (6)
  30:11 47:3 49:15 50:2
  51:12 78:13
falls (1)
  27:24
familiar (1)
  11:8
far (4)
  56:13 122:17,17
  145:1
farm (4)
  47:9,22 54:17 55:21
farmed (3)
  46:4,9 50:2
farmer (25)
  46:25 47:8 48:20
  49:14,16 50:4,13
  51:1,3,23,25 52:2
  52:15,17 53:5 54:16
  54:19 59:4 61:4
  107:6 159:4 188:20
  190:3,19 191:3
farmers (29)
  42:16 43:15 48:4,8,17
  54:1,5 55:12,21
  56:1,16,19 57:2,20
  59:17,21 60:10
  61:23 63:15 64:19
  73:10 106:12

118:17 135:19
  158:12 160:19
  167:6 189:8,23
Farmers' (1)
  21:20
farming (13)
  47:21 48:4,5,21 49:4
  49:13 51:2 56:16
  57:21 61:8 81:6,11
  81:12
farms (1)
  106:11
fault (2)
  116:18,18
faulty (2)
  99:4 108:10
feasible (1)
  173:22
feel (3)
  60:3 142:23 161:21
FERGIE (2)
  52:22 65:14
field (2)
  24:12 65:17
fifth (1)
  15:2
Figure (4)
  46:2,5,6,7
figures (1)
  70:13
fill (2)
  51:2 52:17
filled (8)
  48:23 49:17 58:4 61:5
  69:3,20 121:16,17
finally (3)
  87:9 88:4 127:18
find (11)
  21:6,7 35:7,9 76:8
  106:18 129:12
  163:16 174:14,16
  187:5
finding (9)
  9:6 35:17 37:19,20
  88:14,16 100:14,24
  121:22
findings (14)
  24:19 31:10 37:13,14
  37:22 91:3,21
  110:24 114:1,2
  129:23,24 134:9
  187:24
fine (8)
  15:17 18:18 33:3
  78:14 83:13 120:25
  123:23 156:10

fingers (1)
  146:12
finish (4)
  51:9 59:20 66:8 94:21
finished (2)
  49:9 79:1
first (40)
  11:3 12:25 13:25
  20:22 25:1,18 50:10
  52:12 71:6 76:20
  79:9,24 104:13
  105:8 119:12
  120:23 121:1
  122:23 126:3 135:6
  135:23 136:2,6,20
  139:9,19,24 143:2
  154:15 171:11,15
  174:14,25 175:7
  176:19 177:23
  178:3 187:10,11,16
fit (2)
  162:7 172:2
five (14)
  24:25 25:19 26:21
  135:8 142:6,7,7
  154:25 172:23,25
  173:2 191:17 192:1
  192:6
flaws (2)
  136:9 162:18
flu-like (1)
  158:21
fly (1)
  49:7
focus (4)
  39:3,4,5 40:9
focused (1)
  40:19
focuses (1)
  40:12
focusing (1)
  38:20
folks (1)
  71:25
follow (3)
  56:19 68:21 126:15
follow-up (9)
  38:16 47:19 55:5
  82:16 87:14 171:21
  172:17,22 173:24
followed (3)
  73:11 145:11 148:7
following (4)
  12:9 56:17 145:17
  193:23
follows (3)

7:25 45:15 159:8
**foot (1)**
58:23
**footnote (2)**
18:21 20:13
**forget (2)**
179:10,13
**Forgie (297)**
3:6 4:5 7:8,8,17 8:1
9:21 10:15 11:10,14
11:23 12:14 13:20
14:5,18 15:3 16:4
16:20 17:6,16,25
18:4,11,15 19:1,5
19:11 20:17 21:2
22:6,16,23 23:8,25
24:20 25:9,12 26:1
26:16 27:5,19 28:10
29:12 30:15 31:2,13
31:21,24 32:4,13,16
32:22 33:1,19 34:14
34:20,24 35:12,20
36:2,14,24 37:9
38:7 39:19 40:23
41:14 42:10,17
43:10 44:17,25 45:9
45:12,22 46:12,21
47:6,15 48:11,25
49:9,19 50:6 53:12
54:23 55:6,15 56:5
57:8,24 58:11 59:1
59:13,20 60:18 61:9
61:18 62:17 63:9,22
64:23 66:4,10,19
67:4 68:5,11,14,24
69:6,24 70:12 71:16
72:23 73:6,24 74:8
74:11 75:6,13 76:3
76:7,12 77:1,24
78:3,18 79:12,20
80:2,8 81:4,22 82:8
83:4,11 84:8,11
85:2,19 86:9,19
87:5 88:17 89:7,14
90:6,15 91:7 92:8
92:21 93:6,23 94:9
94:21 95:17,19 97:5
97:14 98:3,11,22,24
101:7,16 102:8,22
103:11,14,19,24
104:17 105:13,19
106:4 107:15
108:13 109:4
110:10,14,20
111:20,22 114:7
116:1,17 117:6

118:7 120:3 121:24
123:18 125:2,16,23
126:12 127:8
128:22 130:2 131:1
131:7,15 132:22
133:16 134:1,13
135:3,10,25 136:4
137:9 138:4 139:21
140:19 141:21
142:17,22 143:8,17
144:2,19 145:13
146:10 147:6
148:12,19,25
149:23 150:20
151:4 152:1,18,21
154:10,13 156:5,11
156:17,20 157:1,9
158:1 162:6,21
163:20 164:6,10,18
165:13 166:6,9
167:10 169:17
170:10,12,24 172:1
172:6,8 173:5 174:7
174:18,23 175:20
176:1,11,15,18,23
177:6 178:16 179:7
179:12,16,19
181:14,16 183:6,16
184:2,11,15 185:11
186:14,24 188:16
189:2,15 190:13
191:13,19,25 192:4
192:12,24 193:9,20
**form (154)**
9:21 11:25 12:14
13:20 14:5,18 15:3
16:20 17:6 19:1,11
20:17 21:2 22:16,23
23:25 24:20 25:9
26:1,16 27:5,19
28:10 31:3,14 36:14
36:24 37:9 38:7
39:19 40:23 41:14
42:17 43:10 44:18
44:25 45:22 46:12
46:21 47:6,15 48:11
48:25 49:19 50:6
51:6 52:22 53:12
54:23 55:15 56:5
57:8,24 58:11 59:1
59:13 61:9 63:22
66:19 68:5 69:6,25
71:16 72:23 73:6,24
74:11 75:14 77:1
79:12,20 80:2 81:4
83:4 85:2,19 86:10

86:19 87:5 88:17
89:7 90:6,15 91:7
92:9,21 93:6,23
98:3,11 101:7,16
102:8,22 104:17
106:4 108:13 109:4
110:10,20 114:8
116:1 118:7 120:3
121:24 125:2
126:12 127:8 130:2
131:15 132:11,22
134:1,13 137:9
138:4 139:21
141:22 143:8
144:19 147:6
148:12,19,25
149:23 156:24
157:8,15 161:8
162:10 164:2,17,22
165:12,21 166:21
169:16 170:19
172:5,12 174:22
175:24 177:2
178:21 180:1 181:1
182:2 183:12 184:1
185:11 186:14,24
188:16 189:2
**formulation (1)**
180:10
**formulations (1)**
182:18
**forth (6)**
9:7 110:6,16 117:5,11
195:9
**forward (1)**
80:22
**forwarded (1)**
72:11
**found (10)**
73:13 82:25 84:23
85:3 87:2 121:4,18
123:14,15 139:1
**four (9)**
9:7 37:4 38:2 135:8
142:7 171:10 173:2
191:14 192:13
**fourth (2)**
15:1 190:15
**framework (1)**
67:15
**free (1)**
29:17
**frequency (2)**
160:4 182:6
**Friday (2)**
1:18 6:1

**friend (1)**
122:24
**front (1)**
70:2
**fruit (2)**
143:5,11
**full (6)**
99:18 135:7 147:1
154:15 187:11,16
**fully (1)**
94:17
**fumigant (1)**
11:19
**fumigants (1)**
12:13
**fundamentally (1)**
53:25
**funding (10)**
148:4,17,21,24 149:4
149:5,6,6,8,9
**fungicide (1)**
11:18
**fungicides (2)**
12:12 39:14
**further (11)**
71:12,21 125:7,8
150:17 182:19
184:13,15 185:1
186:8 195:12
**future (4)**
28:25 29:18,19
134:19

---

**G**

**gaps (1)**
80:19
**gas (1)**
158:10
**gather (2)**
151:15 152:8
**GE (1)**
53:25
**gear (13)**
58:6,14,24 60:12
61:15 64:14,21
65:12 66:17 67:2
106:2,8 159:15
**GEHT (1)**
53:20
**general (11)**
27:16 67:2 103:7
120:4,5 122:4 132:7
132:17 147:19
159:16,17
**generally (5)**
37:15 138:25 140:15

141:5 147:1
**generate (5)**
37:16,17 158:11
160:1 179:2
**generated (1)**
99:20
**generic (7)**
153:13 160:2,2
180:11,15,17 182:4
**getting (5)**
76:10 88:4 131:19
148:21 149:4
**give (10)**
37:13 68:11 110:14
133:16 142:17
160:25 161:6 162:2
167:21 179:7
**given (7)**
47:1 48:6 49:2,25
69:22 151:22
195:11
**gives (2)**
113:4 169:2
**giving (2)**
40:7 106:17
**glass (1)**
103:23
**glasses (1)**
120:24
**Globally (1)**
44:5
**glove (1)**
160:12
**gloves (2)**
159:8 160:17
**glyphosate (123)**
10:1,3,21 15:15 26:8
27:10,11,18 28:2,8
29:3 30:10 31:1,11
33:13,16,23 34:12
35:5,18 36:11,22
37:7,11 38:5,9,10
38:24,25 39:1,12
41:9,11,12,22 42:16
43:5 44:4,10 45:8
45:21 46:11,20 47:2
47:4 48:8,9,22
49:16 50:5 51:5,22
52:19 53:6,10 54:1
54:5,11,19,22 56:1
56:3,17 57:3,13
58:16,18 59:12,14
59:22 61:17 62:15
63:5,18 65:13 66:17
67:24 79:18 82:24
83:23 84:17 87:2,23

88:1,22 89:1,12
90:5,13 91:5 112:12
112:21 116:3,4
122:8 123:15
139:11 143:6 153:5
157:12 160:11,18
165:1 167:7,9,18,22
167:23 177:11
178:11 183:17,20
187:23 188:6,14,21
188:25 189:9,13
190:12 191:4,12
192:10
**glyphosate-based (7)**
36:19 79:9 112:7,15
114:5 146:8,25
**GMO (1)**
41:24
**GMOs (2)**
49:5 53:1
**go (26)**
17:10 23:3 31:18
32:19 34:1 71:11
75:17 80:6 81:8
85:10 102:13
103:17 114:12,17
116:11 122:13
125:7 126:23
127:25 131:13
143:15 148:16
152:17 170:13
172:18 191:6
**goal (1)**
24:23
**goes (2)**
71:6 110:25
**going (27)**
9:10 22:4,10 49:7
66:5 72:16 82:24
98:9 106:11 114:7
114:11,12,22
127:13 132:19
136:16 150:6,15,22
152:5,12 156:5
159:3 176:11
181:17 191:20,22
**Goldman (2)**
2:11 3:9
**good (8)**
6:4 38:13 42:24 83:20
119:15 122:4,24
155:12
**grandmother (1)**
190:25
**graph (1)**
79:25

**graphic (1)**
80:1
**Gray (20)**
5:16 133:2 134:12,16
135:13 136:20
143:16,25 145:6,23
147:15,18 148:8
169:23 170:13,17
170:22 172:10
173:6 174:8
**Greenland (6)**
96:8,11,24 97:12
112:25 131:20
**grew (3)**
44:23 45:7,19
**group (2)**
26:11,17,25 69:20
83:1 94:15,18
**grouping (1)**
113:8
**groups (3)**
185:9,25 186:22
**growing (2)**
46:25 54:14
**grown (1)**
44:15
**guess (7)**
49:23 60:21 64:2
66:22 84:16 85:5
142:1
**guidelines (3)**
56:18,20 57:4

**H**

**H (2)**
4:8 5:1
**half (1)**
29:23
**halfway (1)**
71:12
**hammer (1)**
43:17
**hand (3)**
8:16 43:16 195:17
**handed (2)**
11:16 81:25
**handle (2)**
159:10,19
**handling (1)**
159:12
**hands (1)**
146:11
**happen (4)**
91:24 96:4,25 160:15
**happened (4)**
28:22 84:16 129:25

165:3
**happening (1)**
55:12
**happens (1)**
168:23
**hard (2)**
92:24 155:14
**harvest (1)**
54:7
**hazard (1)**
85:4
**hazards (4)**
61:24 62:8 65:23
178:15
**head (1)**
190:6
**health (24)**
11:19 13:15 16:14
17:23 21:21,22
23:15,16 32:10 65:3
65:20 72:13,19
99:21 105:23
120:19 121:8 134:7
136:23 137:1,10
138:17 144:15
148:5
**healthcare (1)**
72:20
**healthy (2)**
99:10,25
**hear (3)**
32:17 34:21 35:21
**heavily (1)**
155:15
**heavy (1)**
57:15
**Hedlund (3)**
2:10 3:9 7:7
**held (2)**
2:10 6:13
**help (2)**
161:18,19
**helped (1)**
188:9
**helpful (1)**
92:10
**helps (1)**
172:13
**Heltshe (9)**
14:13 18:21 20:14,23
22:25 23:21 24:1,2
92:10
**heptachlor (1)**
154:23
**herbicides (8)**
36:19 79:9 112:7,15

114:6 146:8,25
158:5
**hereinbefore (1)**
195:9
**hereunto (1)**
195:16
**heterogeneity (1)**
162:9
**high (8)**
24:23 47:2,3 95:4
166:11 167:3
175:15 186:1
**higher (2)**
139:3 189:9
**highest (12)**
73:20 74:1 77:14,15
82:25 83:20 84:24
85:3 87:1,8 142:21
165:23
**highly (4)**
59:15 67:1 113:5
124:7
**hire (1)**
49:6
**hired (3)**
47:9,9,22
**historical (1)**
79:18
**history (1)**
111:17
**Hold (9)**
23:8 32:4 36:2 103:24
125:23 142:17
143:17 144:2 178:1
**holes (1)**
84:14
**Hollingsworth (3)**
3:16 7:1,4
**hope (1)**
56:19
**Hoppin (2)**
122:22 123:9
**host (2)**
127:4,7
**hour (2)**
66:5 119:6
**hours (3)**
8:7 114:14 119:4
**huge (1)**
27:25
**humans (2)**
187:24 188:7
**hundred (3)**
144:22 148:9 169:5
**hypotheses (1)**
41:5

**hypothesis (5)**
38:21,24 39:6,7 40:6

**I**

**i.e (4)**
99:9 100:14,24
119:16
**idea (6)**
16:11 50:13 51:20
58:17 62:9 160:20
**identification (22)**
8:19 11:6 12:21 15:13
17:13 19:23 21:14
23:6 43:25 67:20
70:21 74:24 81:21
85:13 104:2 109:23
116:6 133:4 138:12
156:16 176:14,22
**identified (1)**
11:1
**identify (4)**
6:23 8:22 94:4 136:8
**identifying (1)**
105:7
**ignoring (2)**
78:25 172:20
**II (2)**
5:5,8
**III (1)**
5:11
**image (1)**
80:13
**imagine (8)**
59:3 65:1,19 70:15
82:14 88:5 91:12
105:3
**impact (7)**
9:6 53:20 100:11,21
115:14 120:17
175:15
**impacts (2)**
57:22 127:1
**implementation (1)**
135:8
**implication (2)**
152:7 192:17
**importance (1)**
180:9
**important (5)**
81:10 136:9 167:11
167:12 174:3
**improper (1)**
181:13
**improve (1)**
171:3
**improvements (1)**

136:10
**imputation (70)**
4:21 5:3,6,9 9:12,17
9:23 10:14 12:10
13:16 14:2,2,16,24
16:18 17:4,8 18:24
19:7,9 20:15,15,25
22:14,18,22 23:23
25:6,23 26:14 27:3
27:14,18,21 28:7
29:9 30:2,13,18,25
31:5,9 33:11,22
34:10,11 35:4 36:10
36:21 37:1,6 38:3
39:13 41:10 50:3,25
51:4 52:14 63:3
67:13 70:7 71:20,22
152:23 153:3,4,13
153:16 154:21
155:9
**imputations (4)**
10:7 12:16 28:12
155:12
**impute (7)**
9:23 51:24 56:8 68:17
72:5 153:9,11
**imputed (7)**
28:24 51:19,19 63:20
77:18 82:22 154:25
**imputing (1)**
51:12
**inappropriate (1)**
112:20
**incidence (7)**
16:13 17:20 23:14
35:25 86:6,15
177:11
**incidences (1)**
86:12
**include (5)**
26:8 76:1 112:20
182:24 193:24
**included (1)**
157:5
**includes (1)**
106:1
**including (8)**
25:10,15 36:20 93:10
105:23 108:18
134:20 144:25
**Incorporated (1)**
6:19
**incorrect (4)**
98:4,12 117:16
131:16
**increase (7)**

27:25 29:8 41:10,11
41:22 43:4 57:11
**increased (3)**
42:20 43:7 167:20
**increases (1)**
186:10
**indent (2)**
71:6 76:1
**independent (2)**
24:5 66:14
**indicating (1)**
88:8
**individual (3)**
65:24 124:9 175:13
**individuals (17)**
22:19 48:3 68:17 70:4
70:16 71:13,24 72:3
72:6 77:7 79:16
80:17 81:1 82:6,14
84:22 122:18
**induce (1)**
59:23
**infer (1)**
90:8
**inference (1)**
94:16
**influenced (1)**
100:4
**inform (1)**
113:13
**information (26)**
40:22 56:15 58:3,10
58:21,23 61:4,14,24
62:7,14 63:20 72:19
73:3 76:2,22 77:4
79:17 81:1 86:16
108:12,20 121:2,19
157:3 180:18
**informative (1)**
113:2
**initial (5)**
50:23 113:17 185:18
185:22 186:20
**initiated (1)**
148:2
**insecticide (3)**
11:18 17:22 21:19
**insecticides (3)**
12:13 158:7,8
**insights (1)**
180:6
**Institute (1)**
83:10
**Institutes (1)**
148:5
**instruct (1)**

192:7
**instructing (1)**
192:2
**instructions (2)**
66:15 159:8
**intake (1)**
41:16
**intellectual (1)**
24:10
**intensities (1)**
118:16
**intensity (18)**
51:15,15 52:7,13
56:22 58:5 86:16
105:25 107:2,18
108:25 109:10,14
110:5 122:7 125:10
159:23 180:19
**intensity-weighted (...**
180:23
**interest (1)**
100:3
**interested (1)**
195:15
**interesting (2)**
164:12,19
**interestingly (1)**
109:11
**interim (1)**
84:17
**intermittent (2)**
178:12,25
**internal (3)**
149:5,6,9
**International (2)**
15:19 20:3
**internationally (1)**
24:7
**interpreted (1)**
152:3
**interpreting (1)**
187:24
**interrupted (1)**
170:9
**interval (7)**
77:19 83:2 87:21
130:17,21,24
131:25
**intervals (2)**
73:22 131:3
**interview (1)**
70:5
**interviewed (3)**
51:21,23 80:19
**interviewing (1)**
173:1

**interviews (2)**
155:2 172:25
**introduced (2)**
42:4 123:3
**introduction (3)**
42:14 53:8 135:21
**invest (1)**
173:20
**investigate (1)**
173:13
**investigating (1)**
178:10
**investigation (1)**
148:2
**investigator (2)**
148:2 173:15
**investigators (28)**
9:16,22 13:16 14:1
16:16 27:1 74:16
82:18 84:3 85:17
86:5 107:11 108:17
115:12 117:5,10
122:17 129:20
138:1 144:14 145:8
145:10,23 147:2
148:8 149:15 155:7
173:22
**Iowa (5)**
44:19,22 46:15 65:21
138:18
**irrelevant (1)**
165:7
**irritative (1)**
188:19
**issue (9)**
53:4 56:22 58:22
91:20 119:22 139:8
139:17 146:7 147:3
**issues (6)**
50:23 56:23 113:12
118:1,5 147:16

**J**

**Jane (2)**
122:22,24
**January (5)**
1:18 2:5 6:1,15
195:17
**JNCI (21)**
9:18 14:3 16:19 18:25
19:10 20:16,25
22:15 23:24 36:18
39:11 70:18 71:5
75:24 81:19 85:16
86:4 91:4 93:3,16
94:6

**job (3)**
1:25 65:22 111:6
**jobs (1)**
65:4
**John (1)**
5:12
**Jones (2)**
4:16 18:23
**journal (20)**
11:21 12:24 13:1,2,4
13:8,10 15:20,22
16:1,7,9 19:16 20:3
21:22 23:15 83:9
146:22,24 177:16
**judge (3)**
68:23 84:1 114:18
**judged (1)**
148:3
**jump (1)**
166:8
**jumper (1)**
190:23
**June (1)**
46:23
**jurat (1)**
193:24
**Jurek (2)**
96:7 131:20
**jury (2)**
68:23 83:25

**K**

**Kappa (1)**
139:15
**Kathryn (2)**
3:6 7:8
**kind (11)**
30:5 38:12,15 83:18
96:19 108:4 155:5
158:11,13 159:20
191:5
**kinds (1)**
37:8
**knew (1)**
123:2
**know (59)**
11:8 12:1 13:21 40:1
40:25 41:1 43:15
45:6,17,24 46:14
48:17,20 49:4,6,23
50:17,22 51:24
52:21,23,24,25
54:18 56:6 61:22
62:3 64:12,19 65:10
65:18 66:21 68:21
71:21 73:11 79:7

84:14 92:12 94:24
106:13 107:21,23
123:8 124:1 142:4
142:11 147:10,11
150:21 156:2
158:10,15 160:8,9
160:18 170:1
177:15 184:3 188:8
**knowing (1)**
56:9
**knowledge (2)**
66:3,14
**known (2)**
99:4 182:16
**knows (2)**
157:18 191:7
**Koutros (10)**
4:14,17 12:25 20:5
31:20,22 33:21 34:2
34:9 40:17

**L**

**labeled (1)**
6:5
**labels (1)**
159:9
**lack (2)**
31:11 111:7
**lag (5)**
164:14,21,24 165:20
165:23
**Lakewood (1)**
3:5
**land (3)**
48:5 49:13 132:14
**large (4)**
85:6 105:12 106:10
165:19
**larger (1)**
161:13
**Lasker (327)**
3:20 4:4 6:25,25 8:8
8:15,20 10:4,24
11:7,12,15 12:4,17
12:22 13:23 14:8,21
15:4,16 16:8 17:1,9
17:14,17,18 18:2,6
18:13,18,19 19:3,8
19:14 20:1,20 21:4
21:15 22:8,12,20
23:2,10 24:3,24
25:11,14,16 26:9,19
27:12 28:5 29:5
30:8,22 31:7,17,22
31:25 32:1,7,15,18
32:24 33:3,5,20

34:16,22 35:1,15,22
36:4,17 37:3,24
39:8 40:13 41:7,18
42:13 43:2,19 44:1
44:21 45:4,11 46:1
46:6,8,17,22 47:11
48:1,19 49:11,24
50:21 52:9 53:16
55:1,8,20 56:11
57:17 58:2,19 59:6
59:18 60:7,24 61:12
62:10 63:1,11 64:11
65:5 66:8,11 67:3
67:11,21 68:9,13,19
69:1,17 70:6,17,23
71:18 73:1,14 74:4
74:9,15 75:1,4,8,21
76:5,9,13 77:2 78:2
78:8,22 79:2,14,22
80:5,11 81:7,24
82:2,17 83:8,13,16
84:10,19 85:9,14
86:2,13,23 87:17
89:2,10,18 90:10,23
91:15 92:14 93:1,12
94:3,19 95:8,24
97:9,10,21 98:7,19
98:23 99:1 101:10
102:1,16 103:5,16
103:20 104:3,5,6,19
105:16,21 107:7
108:7,15 109:19,24
110:11,15,23
111:23 114:20
115:8,9 116:7,19
117:8,9 119:10
120:7 122:12
123:22 125:6,20,24
126:1,13 127:9
128:24 130:18
131:2,9 132:2,16
133:1,5,8,18,19
134:4,15 135:5,12
136:2,5 137:12
138:9,13 140:1,20
142:3,24 143:14,19
143:20 144:5 145:5
145:20 146:13,17
147:12 148:15,22
149:12 150:5,15
151:6 152:15 154:8
154:12 156:7,13,24
157:8,15 161:8
162:10 163:18
164:2,8,17,22
165:12,21,25

166:21 169:16
170:2,5,19 171:13
171:17 172:5,12
173:16 174:17,22
175:3,11,24 176:9
177:2 178:1,5,7,21
179:10,14,25
180:25 182:2,19
183:12 184:1,13,16
185:2,15 186:19
187:6 188:23
189:10 190:10
191:10,21 192:2,9
192:22 193:1,12
**late (1)**
54:7
**LAW (1)**
3:2
**lead (9)**
12:25 15:18 18:23
20:4 21:16 23:12
40:16 118:3 129:24
**leading (1)**
44:15
**leads (1)**
99:5
**learn (1)**
162:12
**learned (2)**
112:24 159:1
**learning (1)**
169:9
**leave (1)**
184:18
**leaving (2)**
54:12 78:10
**led (1)**
95:14
**left (6)**
95:5,7 146:13 150:6
151:12 177:24
**left-hand (6)**
14:12 18:6 22:3,9
53:18 75:24
**legal (1)**
6:19
**lend (1)**
132:1
**lesson (1)**
159:1
**let's (37)**
11:2 15:10 16:4 17:10
19:2,20 21:11 23:3
31:18 32:2,5 43:20
52:10,11 63:9 80:6
81:8 85:10 98:20

103:9,17 107:2
114:21 116:11
128:14 133:2
138:10 143:15
150:20 160:13
161:23 168:8
170:13 174:14,16
176:19 184:16
**letter (3)**
25:4,20 26:4
**level (6)**
117:18 132:5 147:25
165:24 175:14
189:9
**levels (11)**
111:19 118:2 119:3
119:15 121:3 124:8
125:11 127:5,16
128:7 138:23
**Liability (2)**
1:4 6:8
**Liew (1)**
5:14
**Lifestyle (1)**
138:15
**lifetime (2)**
15:7 180:19
**limit (1)**
178:13
**limitation (1)**
111:15
**limited (2)**
8:4,6
**limiting (1)**
164:3
**lindane (1)**
28:17
**line (27)**
12:19 15:1,2 17:11
19:20 43:21 70:10
78:4,7 103:10
151:22 181:1,12
182:20 196:6,7,9,10
196:12,13,15,16,18
196:19,21,22,24
**lines (2)**
135:8,9
**link (1)**
87:22
**Lisa (5)**
1:23 2:13 6:21 195:4
195:22
**list (11)**
33:7 96:8 116:13
124:10 134:7 181:3
182:24 192:20

193:2,7,18
**listed (1)**
181:3
**listing (1)**
34:5
**literature (3)**
24:14 39:22 40:11
**litigation (4)**
1:4 6:8 8:24 113:18
**little (2)**
49:6 76:4
**lives (1)**
60:2
**LLP (2)**
7:1,4
**long (7)**
52:24 108:1 153:21
169:1 172:24
177:23 179:4
**long-term (2)**
117:22 121:10
**longer (2)**
78:1 86:16
**look (43)**
13:17 16:15 17:24
18:20 19:4 20:7,11
21:25 23:18 29:1
31:18,19 32:2,11,21
32:23,23 33:23 34:4
34:11 35:2,4,24
36:7,10 68:12 70:24
80:13,22 82:11
87:13 92:10 98:20
114:17 133:2
137:25 143:2 147:2
149:18 154:14
162:8 180:14 187:8
**looked (19)**
25:14 26:5 30:24
39:12,15 77:11,16
82:5 84:3 86:25
89:22 95:3 104:24
121:14 122:23
129:21 143:4 147:8
147:10
**looking (15)**
12:10 14:9 34:6 35:24
36:21 37:7 38:4
82:19,21 126:3,16
126:25 161:15
165:14 193:5
**looks (3)**
44:9 78:12 177:18
**Los (5)**
1:17 2:12 3:12 6:1,14
**lost (1)**

156:17
lot (13)
52:1 113:11 130:6
143:12 148:14,21
153:18,20 161:24
165:2 167:8 183:14
183:17
lots (1)
158:25
low (11)
95:4 124:22 166:12
167:3 186:2 188:14
188:25 189:13
190:12 191:12
192:10
lower (2)
140:16 141:6
lowest (1)
83:21
lung (4)
23:14 36:1,11 39:1
lymphoma (15)
11:18 12:11 36:20
73:21 82:23 87:3,24
90:14 91:6 112:8,16
114:5 146:9 164:16
165:20

——————
M

M (2)
44:3 96:7
M.D (4)
4:3,11 5:19 194:13
main (1)
53:1
maintenance (1)
149:8
major (3)
147:22 148:1 164:25
majority (1)
111:3
making (6)
28:13 108:9 171:11
172:14 176:4
186:25
management (1)
57:3
manuscripts (1)
24:11
mark (8)
12:18 43:20 74:21
103:9 138:10 156:5
176:12 179:16
marked (31)
4:9 5:2 8:17,18 11:4,5
12:20 15:11,12

17:12 19:22 21:13
23:5 25:17 43:24
67:20 70:21 74:24
81:21 85:13 104:2
109:23 116:6 133:4
133:6 138:12
156:16 176:14,22
176:25 179:21
market (1)
123:3
marketing (1)
53:24
marks (2)
114:23 115:5
marriage (1)
195:14
massive (1)
43:1
material (1)
193:7
materials (4)
36:6 181:11 192:20
193:2
matrixes (1)
111:7
matter (3)
6:7 10:19 195:15
maximum (1)
79:19
McNAIR (2)
3:24 6:18
MD (3)
1:16 2:9 7:22
MDL (2)
1:5 6:11
mean (9)
12:5 43:13 96:18
105:9 142:1 150:2,3
158:2 184:13
meaning (4)
87:11 122:9 165:5
182:5
means (3)
167:18 180:15 188:8
meant (2)
68:24 122:15
measure (2)
72:16 158:16
measured (3)
121:3 124:8 125:11
measurement (1)
99:5
measurements (1)
127:22
measures (2)
110:5 128:7

measuring (2)
117:19 118:13
mechanism (3)
153:12,13,16
medical (1)
139:4
Medicine (1)
19:17
medium (1)
165:24
meetings (1)
184:9
member (3)
49:13 50:1 53:5
members (7)
44:23 45:7,19 68:4
69:4 77:13 84:5
memo (1)
5:12 103:18,19 104:7
105:2
memorandum (2)
105:5 108:17
memory (1)
69:25
mention (2)
183:1 193:8
mentioned (2)
57:2 144:13
mentions (1)
193:16
merit (1)
114:19
met (1)
26:18
meta (6)
112:21,24 113:7,19
114:1,3
metabolite (1)
119:7
metabolites (1)
106:19
metabolize (2)
117:19 118:13
method (33)
9:17 13:17 17:5 25:23
26:15 27:9,18,21
29:20,22 30:3 31:5
33:11,22 34:10,11
35:4 37:1 52:15
60:11 61:15,16
67:13 106:15 119:8
152:24 153:8
160:23 162:16
166:11,20 183:22
187:2
methodological (1)

135:17
methodology (36)
4:22 5:4,7,10 9:12
10:14 12:10 14:3,17
14:25 16:18 18:24
19:10 20:15,25
22:14,22 23:23 27:3
27:14 28:7 29:10
30:13,25 31:10
36:10,21 37:6 38:4
39:13 41:10 63:4
67:23 71:20,22 72:7
methods (7)
24:16 61:2 62:2 63:16
107:24 111:8
118:18
metolachlor (2)
16:13 17:8
MIANALYZE (1)
154:20
Michael (2)
3:13 7:10
mid (1)
154:10
middle (2)
23:19 175:7
mind (4)
28:2 39:22 110:1
149:25
minute (1)
179:7
minutes (17)
68:12 146:13 150:6,7
150:16 151:8,12
152:10,13,16
179:11 184:19
191:18,23 192:1,5,6
Mischaracterizes (1...
60:19 61:19 62:18
73:25 74:12 87:6
88:18 101:17 102:9
102:23 106:5
misclassification (51)
9:5 10:2,8,23 88:6
91:25 92:4,7,20
93:3 97:1,20,23
98:6,9,15 99:9
100:12,22 103:3
112:12 115:12,15
115:24 117:12
118:4 119:17,25
120:18 124:25
127:2 128:10 129:5
129:11,22 130:10
130:16 132:13
149:19 150:2

155:20 165:3
175:16 176:5
178:24 179:3 180:5
180:13 181:20
183:11,24
misclassify (1)
50:14
misinterpreted (1)
96:1
mismeasurement (1)
157:4
misread (1)
16:1
missed (1)
69:15
missing (1)
50:19
misspoke (1)
18:14
misstated (1)
192:22
Misstates (2)
11:23,24
mistake (1)
81:25
mistakes (2)
99:11 192:24
misunderstood (1)
113:17
mixed (7)
58:7 139:18,19,22,23
142:10 143:1
mixing (2)
57:14 58:24
Mm-hmm (1)
14:15
modify (1)
111:18
moment (1)
100:2
Monsanto (4)
3:17 7:2,5 184:7
Monsanto's (5)
90:12 91:2,2 92:5,18
mortalities (1)
73:12
Moskowitz (5)
1:23 2:13 6:21 195:4
195:22
move (6)
15:10 19:20 21:11
93:9 123:11,24
moves (1)
93:25
Muchy (1)
193:10

**multiple (5)**
19:6 131:25 154:21
160:19 189:24
**multiplier (1)**
180:21

_____
**N**
**N (2)**
3:1 4:1
**N.W (1)**
3:18
**NAH (3)**
138:1 148:17,24
**name (2)**
6:18 196:1
**NAPP (1)**
113:22
**National (2)**
83:9 148:4
**nationwide (1)**
73:12
**nature (2)**
178:12,25
**NCI (39)**
5:4,7,10 11:21 25:15
72:12,22 73:5,17,19
75:5,10 82:4,19
83:5 89:4 90:3,13
92:20 101:14 102:6
102:19 105:24
112:3,13,20 113:20
129:25 136:25
137:8 146:5,18,21
146:22,24 149:20
177:13 185:6 188:3
**NCRA (4)**
1:24 2:14 195:5,23
**necessarily (3)**
47:19 66:24 105:9
**need (7)**
18:1 32:23 120:24
172:15,16,21 192:7
**needed (2)**
29:25 145:19
**needs (1)**
161:10
**negative (1)**
37:13
**neither (2)**
130:14 182:17
**neurotoxic (1)**
60:3
**neurotoxin (1)**
158:10
**never (18)**
15:25 35:8 40:9 51:12

51:13 52:12,14
59:16 82:11 85:23
114:16 126:20
139:14 162:3,8
168:14 186:1
193:16
**new (2)**
183:2 187:24
**NHL (10)**
87:12 88:2,23 89:1
164:3,7,8 165:7
167:6,24
**NIH (1)**
144:13
**nine (1)**
173:3
**non (1)**
98:8
**non-cancer (1)**
134:24
**non-differential (33)**
9:4 91:20,25 92:3,6
92:19 93:2 96:15,17
96:17 97:19,23
98:16 99:8,22
100:12,22 103:2
115:11,15,24
117:12 119:24
124:24 127:2 128:9
129:4,11,22 130:9
155:20 156:19
176:4
**non-exposed (8)**
36:16 74:3 83:15
167:17,20 185:8
186:5,23
**Non-Hodgkin's (14)**
11:17 12:11 36:20
73:21 82:23 87:3,23
90:14 91:5 112:8,16
114:5 146:9 164:16
**non-responders (1)**
27:15
**non-statistically (2)**
88:14,16
**non-time (2)**
153:17 155:10
**nondifferential (1)**
179:3
**nonexposed (1)**
95:7
**North (3)**
44:19 65:21 113:22
**Northern (2)**
1:2 6:10
**Notary (1)**

194:20
**note (3)**
14:24 17:2 140:12
**noted (3)**
78:22 113:21 194:5
**notes (4)**
14:1 114:22 151:15
171:2
**notice (1)**
83:5
**noting (1)**
151:20
**null (32)**
91:22 93:5,17,18 94:8
95:15 96:2,12 97:13
97:24 98:10,18,18
100:13,23 101:6,15
101:23 102:7,21
119:19 120:1
124:15,25 126:8
127:3 128:8 129:6
129:13 132:8
155:21 185:14
**number (60)**
4:9 5:2 6:6,11,12,12
8:3,18 11:5,20 12:6
12:7,20 14:22 15:12
17:12 19:22 21:13
23:5 30:23 31:8
32:14 43:24 67:19
70:16,20 71:1 74:5
74:18,23 75:20
76:15 80:9 81:20
82:13 83:22 85:12
98:22 104:1 108:18
109:22 113:19
114:24 115:6 116:5
117:2,6 119:1 133:3
138:11 144:16
156:15 160:3
163:16 170:14,15
174:14 176:13,21
192:19
**numbering (1)**
11:10
**numbers (4)**
74:14 123:21 140:11
160:14
**numerous (3)**
9:18 10:11 102:17

_____
**O**
**object (143)**
9:21 11:24 12:14
13:20 14:5,18 15:3
16:20 17:6 19:1,11

20:17 21:2 22:16,23
23:25 24:20 25:9
26:1,16 27:5,19
28:10 31:2,13 36:14
36:24 37:9 38:7
39:19 40:23 41:14
42:17 43:10 44:17
44:25 45:22 46:12
46:21 47:6,15 48:11
48:25 49:19 50:6
51:6 52:22 53:12
54:23 55:15 56:5
57:8,24 58:11 59:1
61:9 63:22 66:19
68:5,6 69:6,24
70:12 71:16 72:23
73:6,24 74:8,11
75:13 77:1,24 79:12
79:20 80:2 81:4
82:12 83:4,11,18
85:2,19,21 86:9,19
87:5 88:17 89:7
90:6,15 91:7 92:8
92:21 93:6,23 98:3
98:11 101:7,16
102:8,22 104:17
106:4 108:13 109:4
110:10,20 114:7
116:1 118:7 120:3
121:24 125:2
126:12 127:8 130:2
131:15 132:11,22
134:1,13 137:9
138:4 139:21
141:21 143:8
144:19 147:6
148:12,19,25
149:23 151:18
162:10 178:21
180:25 181:1
185:11 186:14,24
188:16 189:2
193:13
**objecting (1)**
80:4
**objection (59)**
10:15 11:23 29:12
30:15 31:2,13 35:20
44:17 59:13 60:18
61:18 62:17 64:23
65:14 78:18,20,22
82:8 84:8 86:9 92:8
94:9 95:17,20 97:5
97:14 107:15
123:18 145:13
151:21 156:7,10,24

157:8,15 161:8
164:2,17,22 165:12
165:21 166:21
169:16 170:19
172:5,12 174:22
175:24 177:2
179:25 180:1 182:2
182:19 183:12
184:1 189:15
190:13 191:13
193:13
**observed (4)**
106:14,23 125:12
126:19
**observer (1)**
121:2
**observing (2)**
107:1 118:16
**obtained (4)**
68:3 72:20 76:23
121:6
**obtaining (1)**
121:20
**obviously (4)**
80:22 96:9 102:13
151:23
**Occupation (1)**
19:17
**occupational (5)**
20:9 23:13 34:2 111:4
111:17
**occur (1)**
128:8
**occurred (3)**
61:7 94:6 101:14
**odds (2)**
85:4 110:18
**offered (1)**
183:3
**offices (1)**
2:10
**oh (8)**
14:13 15:25 19:6
20:23 22:2 32:16
140:4 193:1
**okay (57)**
9:9,13 10:25 16:12
21:5 27:13 30:23
32:6 33:18 35:9
48:2 55:2 56:12
59:7 66:12 71:19
74:16 75:7 76:12
77:22 79:3 80:16
81:8 84:11 97:22
103:6 108:24
114:21 124:14

128:13,13 129:14
131:19 133:2,24
134:16 141:3 144:6
149:13 150:20
154:1 155:18 156:2
156:13 159:13
160:24 163:21
164:9 165:18
166:18 174:8,11,17
177:19 184:11
187:18 191:19
**old (1)**
26:22
**once (4)**
131:22 159:1 165:4,8
**ones (3)**
32:6 62:5 69:10
**OP (4)**
158:13 188:18 189:6
189:11
**opine (1)**
101:13
**opined (2)**
92:18 102:5
**opinion (14)**
10:10 27:14 28:6
60:14 90:11,25 92:2
96:5 103:2 112:3,6
112:9 113:13 114:3
**opinions (16)**
155:24 157:5 161:2
162:24 163:3,8
166:23 169:19
173:7 174:20
175:22 177:20
178:18 179:23
181:25 183:3
**opportunities (1)**
179:2
**opportunity (3)**
175:18 178:10 182:21
**opposed (1)**
185:8
**opposite (1)**
132:15
**OPs (2)**
60:2 160:17
**order (4)**
8:3 24:23 88:2 193:23
**organized (1)**
184:17
**Organophosphate (1)**
17:21
**organophosphates (...**
158:9 191:4
**original (7)**

114:9,12,17 156:6,9
156:21 162:24
**outcome (7)**
72:19 96:14 97:3 98:1
134:11 137:11
195:15
**outcomes (13)**
72:13,14,16,21 73:4,7
77:12 134:24
135:16 136:23
137:1 140:17 141:7
**outlawed (1)**
28:19
**outset (1)**
40:20
**outside (2)**
26:11 166:22
**overall (7)**
9:3 73:16 113:13
141:18 161:21
173:11,18
**overwhelming (1)**
43:11

---

**P**

**P (2)**
3:1,1
**p.m (24)**
2:6 6:2,17 67:6,7,8,10
115:1,2,3 150:10,11
150:12,14,24,25
151:1,3 184:21,22
184:23,25 194:4,5
**page (103)**
4:2 9:2 13:25 14:1,10
14:23 16:15 17:24
18:8 20:8,11 21:25
22:1,3,6,8 23:18
32:14,20 33:10 34:4
35:3,3 36:8 44:8
53:18 70:24 71:4,6
73:18 74:17 75:9,23
76:6 86:4 98:21
99:2,3,15 100:7,17
104:11 105:6,13,18
110:6,25 111:1,13
116:8 117:4,25
119:12 120:8,14
125:8,22,24 126:2
126:15,24 127:19
127:25 128:2 135:1
135:6,21,25 136:2,3
136:15 139:7,9
143:25 154:7,8,11
154:14 157:2,4
171:7,9,14 174:25

177:23 178:3
185:19,19 187:10
193:23 196:6,7,9,10
196:12,13,15,16,18
196:19,21,22,24
**panel (1)**
184:10
**paper (47)**
18:22,23 20:14 31:19
33:13,22 34:2 43:21
53:18 74:18 96:7
117:5 118:25 119:1
122:20,21,22,25,25
123:9,10,12,20
129:10 132:23
133:9,12,24 134:12
134:16 135:23
136:3 138:6 144:1
145:7,23 147:15
148:8 169:23,24
170:1,13,17 180:4
182:23 185:20
186:21
**papers (15)**
26:3,7,21 27:11 31:20
31:21 37:12 40:9,15
40:16,25 41:2,4
119:2 158:18
**paragraph (25)**
20:22 76:11,15 99:3
99:17,18 100:9
111:14 135:7,24
136:6,7 147:19
154:16 155:4
171:12,16,17
173:10 175:1,8
177:24 178:4
187:12,17
**parathion (1)**
154:23
**Parkinson's (3)**
109:13 110:7 111:1
**part (3)**
62:13 65:17 86:17
**partial (1)**
168:14
**partially (1)**
183:13
**participants (4)**
14:9 70:25 138:17
157:10
**particular (1)**
104:11
**particularly (1)**
135:14
**parties (2)**

151:13 195:13
**parts (1)**
170:21
**PC (1)**
2:11
**Pedram (2)**
3:14 7:6
**peer (6)**
12:9 16:7 19:16 24:5
24:9,21
**peer-reviewed (12)**
9:19 13:7 15:23,25
25:2 27:4 37:5 38:2
148:3,10 149:10
152:25
**people (12)**
47:22 65:8,23 68:21
69:13,13 106:22
123:1 144:23
157:19 167:4 169:5
**perceived (1)**
157:14
**percent (26)**
25:7,24 44:23 46:3,9
46:19 48:7 55:23,25
57:19 58:4,8 61:5
69:19 122:6,8,9
125:14 139:13
140:15 141:6,11,16
141:18,19 174:3
**percentage (2)**
43:12 44:10
**period (35)**
41:19,23 42:4 43:6
47:1 50:9 54:18
55:18 56:7,9 59:12
69:8,23 78:11,13
80:14,18 82:16
84:16 87:14,16
118:23 121:10,11
151:10 164:21,25
164:25 165:4,20
168:24 169:1,3
172:24 179:5
**person (1)**
121:16
**personal (2)**
111:16 119:8
**perspective (4)**
171:6 173:13,21
177:12
**Perspectives (1)**
21:23
**pertinent (1)**
137:19
**pesticide (63)**

13:14 17:20 27:24
32:9 35:25 38:13
39:23 40:2 43:15
44:15 47:13,17,18
56:23 57:5,23 58:7
59:5,9,11,16 60:6
60:12,13,16 61:3
62:21,22 64:3,12,22
65:25 66:15 81:3,9
81:14 104:16 105:1
108:12 110:8 111:5
111:18 121:3,20
123:2 134:11
137:15 138:24
150:4 157:18
159:16 160:16,21
160:22 177:10
178:9 180:10 182:8
182:11,12,15 189:6
190:3
**pesticides (79)**
9:24,25 10:1 13:18
14:20,23,25 15:8
20:10 21:8 23:13
28:8,15 29:6,10,21
30:10 31:6 33:7
34:3,5 38:20,22
39:7,16,17,21 40:20
40:22 58:15,22
59:25 61:25 62:8,16
63:5,19 64:4,8,15
65:24 67:1 106:19
108:1,3,21 109:2
116:2 123:3,7 124:8
135:19 140:14
141:5 154:22
157:13 158:3,6,11
158:14 159:6,9,10
159:12,19 160:20
175:13 180:6,14,20
181:21 182:18
183:11,14 188:18
189:7,11,23,24
**Ph.D (4)**
4:3,12 5:19 194:13
**phase (48)**
25:8,25 27:15 30:12
30:12 41:12,12,19
43:5,6 47:1 48:23
49:17 50:3,10 52:18
54:17 55:14,24
59:12 61:6 68:2,18
69:2,18,21 70:9
71:14,14,24,25 72:3
72:6 76:23 77:5,7
79:15 80:21,24 82:6

82:7,20,21 84:5,5
84:22,22 155:2
**phases (1)**
68:16
**PhD (3)**
1:16 2:10 7:22
**phone (2)**
7:13,18
**physical (2)**
121:7 139:4
**pick (1)**
40:4
**picture (2)**
168:14,15
**piece (2)**
114:19 162:3
**place (3)**
101:2 126:15 156:14
**places (1)**
102:17
**plaintiff's (1)**
150:18
**plaintiffs (6)**
3:3,10 7:7,9,11,15
**plan (2)**
147:19,24
**plants (1)**
42:24
**plausibility (4)**
145:24 146:3,7 147:3
**please (21)**
6:23 7:20 45:13 68:12
70:2 76:4 89:15
103:12 154:5,7,18
164:1 169:22 170:6
170:14,18 174:21
176:8 177:1,22
178:20
**plenty (1)**
163:24
**plus (1)**
142:21
**point (11)**
62:1 88:11 95:11
131:11,23 132:14
139:12 140:8
152:13 163:25
190:17
**pointed (2)**
96:6 185:12
**pointing (3)**
171:5 186:17 187:1
**points (5)**
167:13 171:10,10
178:22 180:15
**Poisson (1)**

15:7
**Pooled (1)**
113:23
**population (2)**
138:25 178:14
**positioning (1)**
76:5
**positive (6)**
21:7 37:12,18,20
38:17 101:20
**possibilities (2)**
129:3 149:18
**possibility (6)**
115:22 119:23 124:15
131:12 132:9
178:23
**possible (6)**
113:11 127:1,4
162:17,18,18
**post (3)**
117:20 118:14,19
**potential (10)**
130:9 150:1 161:15
173:25 185:13
186:6,17 187:3,22
188:6
**power (1)**
119:19
**practices (6)**
47:21 49:4 105:10
106:2,7 145:2
**pre (3)**
117:19 118:14,19
**precautions (2)**
64:10 66:23
**predict (3)**
29:18 153:15,18
**predicted (1)**
112:11
**preparation (1)**
151:23
**prepare (2)**
151:16 152:14
**prepared (3)**
115:13 170:20 182:22
**prescriptions (1)**
53:14
**PRESENT (1)**
3:23
**presentation (1)**
110:4
**presented (2)**
110:4 128:2
**presumed (1)**
182:10
**pretending (2)**

131:17,21
**pretrial (1)**
8:3
**pretty (6)**
51:5 54:20 56:3 73:8
155:13 175:1
**prevalence (2)**
29:7 47:2
**prevalences (3)**
128:23,25 130:12
**prevent (1)**
88:2
**prevents (1)**
89:1
**previous (1)**
187:25
**previously (4)**
60:8 115:11 126:3
183:5
**primary (4)**
71:7 76:1,9 77:16
**prior (13)**
38:14 39:22 40:6 50:9
54:5 104:13 105:1
113:20,21 134:12
135:18 165:9
171:18
**probably (9)**
28:25 29:22 42:20
43:12 46:24 73:12
189:8 190:24 191:6
**problem (3)**
27:9 37:23 78:21
**problems (6)**
28:20 105:7 168:11
168:18 171:5
188:10
**PROC (1)**
154:20
**procedure (1)**
72:10
**proceed (1)**
115:7
**proceedings (1)**
194:2
**process (1)**
24:10
**produce (1)**
180:22
**Products (2)**
1:4 6:8
**program (2)**
136:9,10
**Project (1)**
113:23
**proper (2)**

140:6 170:23
**proposal (1)**
148:3
**proposed (1)**
180:16
**prospective (1)**
135:15
**Prospectus (1)**
23:16
**prostate (8)**
13:14,18 15:8 32:9
33:8,12,24 38:25
**protect (1)**
66:2
**protected (1)**
87:11
**protecting (1)**
88:22
**protection (3)**
106:17 107:4 189:8
**protective (46)**
51:18 58:6,14,24 60:4
60:12,15 61:1,15
62:2 64:7,14,20
65:12 66:16 67:2
89:6,8 90:5,14 91:4
106:2,8,16 107:4,23
111:16 118:10
119:9 157:11,22
159:3,15,20 160:1,7
160:21 167:21,24
182:9,10,14 188:13
188:21 190:1 191:5
**protocols (1)**
24:15
**provide (3)**
38:18 136:21 178:9
**provided (11)**
32:12 61:5,14 79:16
80:24 81:1,13 84:6
92:17 134:9 192:21
**provides (1)**
24:10
**providing (3)**
38:9 79:17 126:6
**Public (1)**
194:20
**publication (49)**
12:23 13:12 15:17
16:17 17:19 22:2,13
23:19,21,22 34:10
34:19 36:6,9 38:18
39:14 40:18 70:1,14
83:8 85:18 104:25
109:25 110:1,3
116:20 119:12

124:4 129:21 134:7
134:8 135:2 138:3
138:21 161:1,23
162:23 163:2,7,22
165:15 166:10,13
166:18 168:12,20
174:12 177:17
183:9
**publications (19)**
10:12,12,20 27:2,4
31:9 37:5 38:2
40:19 105:22
133:14,20 148:10
152:24 168:8,10,17
169:12,18
**publish (1)**
13:5
**published (26)**
8:10 9:19,25 11:17
12:8 15:19 19:16
20:3 21:21 23:15
25:3,4,19,20 26:13
30:24 104:15
129:21 134:2,5,12
146:22,24 148:9,13
177:15
**publishing (1)**
104:21
**pull (1)**
154:4
**purpose (3)**
25:11 66:1 135:22
**purposes (7)**
43:14 50:25 52:11,14
72:12 165:25
166:15
**pursuant (1)**
8:3
**put (7)**
26:23 73:18 74:6 75:2
131:22 151:24
192:15
**putting (2)**
39:10 143:18
**puzzle (1)**
162:3
**PX (3)**
128:19,19,19

_____

**Q**

**qualities (1)**
113:9
**quality (1)**
113:6
**quartile (11)**
73:21 74:2 77:14,15

82:25 84:24 85:4
87:1,9 166:1,2
**quartiles (3)**
36:12 51:14 110:9
**question (44)**
10:16 16:5 25:13
33:19,21 35:13,14
35:21 37:25 45:13
45:16 55:5 57:12
58:1,14 63:8,10,12
64:18,19 65:6,9
75:22 89:15,19
90:24,25 94:4 95:9
107:8 131:7 153:24
159:18 160:25
161:3 182:22
188:11,24 189:12
190:2,4,17 191:23
192:3
**questioning (8)**
151:9,17,22 181:2,8
181:13 182:20
193:14
**questionnaire (36)**
25:25 41:13,16 43:6
48:24 49:18 50:24
51:3 52:18 55:10,24
58:4 61:6 68:3
69:21 71:23 72:2,4
76:23 77:5,6,11
79:16 80:25 82:20
84:4,21 108:21
118:20 121:2,15,16
121:18 137:20
139:13 180:18
**questionnaires (6)**
69:3 71:14 84:7
108:19 138:7
141:13
**questions (34)**
27:2 47:24 55:7,13,17
58:8 59:4 71:21
118:22 123:21
144:25,25 150:8,17
150:18 152:6,23
153:1,23,25 155:19
155:22 159:25
163:10,12 166:7
168:2,5 169:11,14
184:12,14,15 185:4
**quick (1)**
184:16
**quite (11)**
28:15 49:5 104:21
108:6 119:15 122:2
141:24 142:1,1

165:10 175:15
**quote (5)**
104:12 105:5,17
108:8 166:1

_____

**R**

**R (2)**
3:1 195:1
**raise (1)**
27:2
**raised (1)**
107:10
**random (14)**
95:23,25 98:14,14
129:17 130:16,20
130:23 131:2,22,23
132:9,12,20
**randomly (2)**
96:20,22
**range (8)**
39:15 121:4 125:15
140:15 141:6
175:16 178:13,25
**rashes (2)**
158:23,24
**rate (26)**
73:20 77:17 82:22
83:1 84:23,25 86:25
87:20 88:11,12,15
89:4,21,24 90:2,4
93:17 94:7 95:15
96:1 101:5 117:13
119:25 126:7,25
174:4
**rates (3)**
173:24 174:2 190:22
**rating (3)**
52:8 190:23,25
**ratio (16)**
73:20 77:18 82:22
83:1 84:23 85:4,4
86:25 87:21 88:11
88:12,15 94:7 96:1
126:7,25
**ratios (12)**
89:4,21,24 90:2,4
93:17 95:15 101:6
110:18 117:13
120:1 165:11
**re-administer (1)**
137:20
**reach (2)**
11:2 147:4
**reached (1)**
26:25
**reaches (1)**

24:23
**read (20)**
16:22 18:1 19:5 26:2
40:24 41:2 45:12,14
76:4 89:14 97:17
99:13 100:5 120:11
135:10 138:6
140:25 154:18
177:25 187:12
**reading (2)**
125:3,16
**readministered (1)**
138:7
**ready (18)**
41:25 42:3,15 53:8,21
53:25 54:4,10 55:22
56:2,16 57:1,7,13
57:21 61:4,8 66:18
**reaffirm (1)**
134:5
**real (2)**
124:23 175:18
**really (13)**
40:4 52:25 87:15
94:24 106:25
107:21 142:14
153:10 168:22,25
171:4 172:15 182:4
**realm (1)**
162:4
**Realtime (4)**
1:24 2:15 195:5,23
**reason (20)**
38:13 41:22 58:13
83:20 101:22,23
102:12 196:6,7,9,10
196:12,13,15,16,18
196:19,21,22,24
**reasonable (1)**
151:14
**reasons (1)**
34:19
**rebuttal (1)**
163:3
**recall (12)**
70:3 99:4,12 108:10
108:11,20 111:9
122:16 123:11,12
123:23 154:1
**receive (3)**
65:8 148:17,23
**received (1)**
65:11
**Recess (5)**
67:7 115:2 150:11,25
184:22

**recognize (1)**
64:4
**recommend (4)**
136:11 137:19 144:11
147:23
**recommendation (8)**
136:20 137:7,13,18
143:25 144:6
145:22 147:14
**recommendations (3)**
136:16,17 145:17
**recommended (2)**
144:18 168:4
**recommending (2)**
144:7 145:7
**record (27)**
6:24 8:2,22 44:2
45:14 60:9 67:6,10
82:1 111:16 115:1,5
116:21 138:14
150:10,14,24 151:3
151:20 154:19
156:4 184:21,25
192:16 194:3
195:10 196:4
**redirect (2)**
170:23 183:3
**reduce (2)**
186:6 187:2
**reduced (2)**
160:15 187:4
**reduces (3)**
160:9 186:7,9
**reduction (1)**
187:4
**refer (7)**
8:10 20:12 27:11
37:12 46:14 59:4
121:10
**reference (12)**
23:20 55:14 56:14
74:3 80:8 81:2
85:20 116:13 181:3
182:24 193:7,18
**referenced (1)**
80:4
**referred (1)**
55:18
**referring (4)**
33:15 45:24 92:12
97:18
**refers (2)**
121:9 159:18
**reflect (3)**
60:9 61:6,16
**reflecting (1)**

90:21
**reflects (2)**
78:10 107:2
**regard (9)**
24:13 91:19 161:2
167:24 168:12,19
176:7 183:20 190:1
**regarding (5)**
138:24 187:22 188:5
188:12 193:14
**regardless (2)**
48:22 55:2
**registration (1)**
155:1
**registries (3)**
73:9 137:2,5
**regression (1)**
15:7
**regular (2)**
171:22 172:23
**related (7)**
10:21 38:23 77:12
118:12,13 193:3
195:12
**relates (1)**
1:6
**relationship (2)**
143:23 144:9
**relative (26)**
115:16 119:18 120:19
124:11,19,21,23
125:12,12 126:5,18
126:19 127:20,22
130:13 163:11,14
163:22 164:12,20
165:18 175:9,12,17
189:21 190:20
**relativeness (1)**
189:22
**relevant (3)**
24:13 47:23 137:7
**reliability (4)**
73:3 137:14 138:15
139:10
**reliable (7)**
29:20,22 30:2,14
35:10 153:5 155:12
**reliably (1)**
121:5
**reliance (1)**
193:15
**relied (3)**
111:3 181:4,9
**rely (3)**
113:25 114:2,16
**relying (1)**

35:17
**remain (2)**
99:10,25
**remainder (1)**
70:8
**remaining (3)**
103:15 150:16 186:7
**remember (16)**
16:6 20:8 60:21,22
122:3,4 123:5
142:15 152:25
155:22,25 161:3
163:12,16 168:5
169:13
**remembering (1)**
100:3
**remind (1)**
179:13
**rented (1)**
49:3
**repeat (2)**
108:19 132:18
**repetitions (1)**
131:25
**rephrase (2)**
172:6 193:12
**report (81)**
4:10 5:18 8:23 9:2
24:16 31:10 42:18
43:22 44:6 51:22
53:2 91:1 98:21
99:2,12,16,19 100:8
100:19 101:3,12,17
102:4,9,12,18,23
103:21 104:9,12,12
104:13 105:6,18
112:19 113:18,21
114:9,13 116:14
119:23 129:23
136:7 143:16
155:25 156:6,9,22
157:6,19,20 162:24
163:4 166:24
169:13 170:18,21
172:3,4,11 173:8
174:21 175:23
177:22 178:19
179:24 181:6,10
182:1,25 183:2
185:18,23 186:20
190:7 191:8 193:5,6
193:11,17,19
**reported (28)**
1:22 28:21 40:21 45:5
45:17 61:11 62:4
77:17 80:14,17 89:4

89:21 93:17 94:7
95:14 101:5 106:25
108:5 110:5 117:13
119:25 122:17,20
123:15 129:23
139:3 160:21,22
**reporter (5)**
6:20 7:20 45:14 170:9
195:6
**reporting (10)**
6:19,22 60:5,6,11,15
61:1 99:24 118:12
138:15
**reports (7)**
46:3 73:19 90:9 92:11
138:6 160:11 182:8
**represent (1)**
145:4
**representation (1)**
193:4
**representative (1)**
169:7
**reputable (3)**
13:2,10 16:9
**reputation (1)**
13:11
**required (1)**
24:11
**research (6)**
24:15 108:25 109:3
136:17 144:14
145:8
**researcher (1)**
177:10
**reserve (2)**
150:15 152:12
**residual (4)**
167:13,14,15,16
**resistant (1)**
160:17
**respect (30)**
9:11 14:22 30:25 34:6
53:4,19 55:9 56:21
58:23 61:2,14 63:2
64:13,20,21 65:11
66:16 67:24 70:8
71:20 81:14 97:22
102:25 117:1 118:2
122:18 142:25
167:5 188:11
189:22
**respirator (1)**
66:24
**respond (8)**
25:8,25 68:18 70:5,9
71:25 72:6 190:1

**responded (5)**
55:23 71:13,24 72:3
82:6
**respondents (1)**
137:21
**responds (1)**
135:16
**response (8)**
25:4,21 35:6 84:4
121:18 173:23
174:2,4
**responses (12)**
68:3 69:10,21 71:23
72:2,5 77:6 79:17
81:13 82:20 121:15
141:12
**restate (1)**
89:19
**restricted (1)**
76:21
**result (11)**
21:6 42:15 101:20,21
113:14 124:10
129:5 180:12
181:19 183:10,23
**resulted (1)**
104:14
**results (18)**
24:17 31:16 37:11
38:14,19 70:24
100:13,23 101:15
102:6,20,25 109:12
109:13 113:22
127:3 155:9 180:9
**retired (1)**
47:20
**retrospectively (1)**
111:4
**return (1)**
127:18
**review (13)**
12:9 19:16 20:18 24:5
24:10,21 31:16 39:4
39:5 75:16,17
110:21 114:22
**reviewed (4)**
68:7 102:11 149:7
161:10
**reviewing (4)**
16:7 23:9 24:13 33:2
**rid (1)**
165:4
**right (41)**
14:22 15:9 16:15 30:4
32:5 37:2 39:25
42:1,24 46:18 56:21

60:8 61:13 70:19
76:11 78:9 83:17
86:24 87:10,13
98:24 113:24
115:21 116:24
120:11 121:12
125:1 126:11
127:12 128:15,17
135:2 153:24
154:17 156:11,21
158:5 162:9 175:6
192:25 193:9
**right-hand (4)**
22:4,11 75:24 187:16
**rigor (1)**
24:11
**rise (2)**
48:16 126:20
**rises (1)**
30:7
**risk (31)**
11:18 13:13 20:10
21:20 32:8 34:13
101:21 115:16
119:18 124:19,20
124:21,24 125:12
125:13 126:5,19
127:23 130:13
165:11,19 167:5,18
167:20 175:9,17
178:11 185:24
186:4,9 190:23
**risks (13)**
34:3 120:19 124:11
126:19 127:20
163:11,14,22
164:13,20 175:13
190:22 191:1
**Ritz (30)**
1:16 2:9 4:3,11 5:19
6:7 7:22 8:16,21
12:19 65:9 66:14
67:12 68:10 76:17
104:7 111:24
114:25 115:7,10
181:4 182:23 185:3
190:11 191:11
192:10,16 193:16
194:3,13
**role (1)**
26:10
**room (1)**
184:18
**roughly (1)**
44:22
**Roundup (19)**

1:4 6:7 41:25 42:3,14
53:8,21,25 54:4,10
55:21 56:1,16 57:1
57:7,21 61:3,8
66:18
**row (3)**
126:4,24 128:1
**RPR (4)**
1:23 2:14 195:4,22
**rushed (1)**
142:23
**Ryder (2)**
92:11 193:10

———————————

**S**

**S (3)**
3:1 4:8 5:1
**S-3 (2)**
36:8,8
**sample (2)**
137:21 138:16
**samples (2)**
106:12,14
**sampling (1)**
96:20
**Sander (4)**
96:7,11,24 97:11
**SAS (1)**
154:20
**saw (1)**
51:13
**saying (7)**
83:5 87:25 90:18
91:10 101:9 172:21
192:4
**says (14)**
15:6 54:3,9 97:12
122:25 126:22
132:24 135:20
137:23 148:6
171:12 173:11
181:19 188:2
**scenario (3)**
62:23 117:21 130:11
**scenarios (5)**
57:16 117:11 124:16
126:9 129:9
**schematically (1)**
67:16
**scheme (3)**
109:6,9,9
**science (2)**
24:6 37:16
**scientific (1)**
146:20
**scientist (1)**

114:15
**scope (8)**
42:18 114:10 156:25
164:23 166:22
177:3 179:25 180:1
**score (2)**
180:20,21
**scores (4)**
51:15,16 119:15
125:10
**Scott (2)**
3:24 6:18
**screen (2)**
74:7 75:2
**season (2)**
54:6,7
**Seasonal (1)**
143:13
**second (40)**
22:1 23:7 32:4,20
33:10,15 35:2 36:2
36:8 50:10 77:22
81:18 82:3 99:17,17
99:18 103:24
111:14,14 120:15
120:20 124:4
125:23 126:24
137:13,17 140:25
142:18 143:3,17
144:2 147:18
154:15 173:10
174:25 175:1,4,5
178:1 187:11
**seconds (2)**
150:16 179:11
**section (1)**
181:18
**see (45)**
11:2,14 14:6 16:23
18:8,11,16,20 19:2
19:7 20:23 23:20
33:10 35:3 38:16
55:25 57:22 70:25
71:9,12 78:5 85:23
101:19,20 104:24
111:22 115:18
119:3,20,21 120:20
122:1 124:17
125:15 128:11
130:5,21 137:21
140:18,23 146:10
150:7 154:11 165:8
181:22
**seen (3)**
57:19 116:9 133:10
**selection (2)**

113:11 130:15
**self-reported (3)**
111:4 136:22 137:1
**sensations (2)**
158:18 159:5
**sense (3)**
78:24 94:15 154:9
**sensitivities (2)**
127:5,13
**sensitivity (34)**
5:5,8,11 74:18 75:11
76:16,18,20 77:22
79:24 81:18 82:3
84:1,2,20 85:10,16
85:21 86:3,24 88:9
125:14 126:9 128:6
128:12,15 130:12
149:21 161:18,21
162:1 168:3,7,9
**sentence (13)**
99:19 100:9 137:17
138:23 141:1,1
154:10 155:4,6
171:20 173:11
177:24 178:4
**separate (3)**
72:20 123:8 149:17
**sequential (1)**
11:13
**series (2)**
152:22 153:1
**serine (1)**
158:10
**servings (4)**
143:5,6,10,11
**set (7)**
9:6 110:6,16 117:5,11
195:9,16
**sets (1)**
154:25
**seven (1)**
114:14
**severe (1)**
112:11
**Shimada (5)**
3:21 7:3,3 104:4
133:7
**short (1)**
87:16
**short-term (1)**
168:22
**Shorthand (1)**
195:6
**show (6)**
51:13 97:6,15 98:13
123:19 124:18

**showed (5)**
38:14,16 51:14
106:15 109:12
**showing (5)**
36:15 77:25 85:22
96:23 126:4
**shown (4)**
93:25 102:15 171:1
181:7
**shows (7)**
68:15 74:1 85:15
90:13 112:10 130:8
145:3
**sick (1)**
59:25
**side (6)**
18:7 87:10 132:15
151:14 190:9 191:8
**significance (1)**
155:3
**significant (6)**
35:7 41:11 88:14,16
89:5,25
**Silver (2)**
4:15 15:18
**similar (3)**
121:21 138:25 167:5
**similarly (1)**
121:18
**simple (4)**
50:3 51:5 137:19
189:12
**simulation (1)**
130:6
**Simultaneous (1)**
170:8
**single (5)**
12:2 62:21 94:24
182:11,12
**situation (1)**
129:12
**situations (1)**
172:15
**size (2)**
125:5 161:17
**slower (1)**
76:4
**small (2)**
78:13 144:22
**smokers (1)**
35:8
**smoking (2)**
34:18,22
**snapshot (1)**
75:3
**solely (2)**

82:19 111:5
**Solid (1)**
17:20
**solve (2)**
168:10,18
**solving (1)**
171:4
**somebody (6)**
37:19 51:21 157:17
160:10 182:8
190:24
**son (1)**
49:3
**soon (1)**
104:21
**sorry (20)**
18:14,15 22:6,9 35:13
36:3 46:6 65:7
75:25 78:2 92:15
116:11,18 117:7
128:14 131:8
143:16 146:10
171:13 175:3
**sort (7)**
22:2 53:9 67:15,17
72:7 151:15 185:13
**sources (4)**
9:5,7 100:11,21
**soy (1)**
42:5
**soybean (14)**
43:8 44:11,12,13
48:20 49:14,15 51:3
51:22 52:15,17
54:16 56:16 57:20
**soybeans (18)**
44:13,14,14,14,24
45:3,7,19 46:3,9,15
46:19 47:1,3 48:5,8
50:2 52:15
**speak (1)**
39:10
**specialist (1)**
6:20
**specialists (1)**
65:3
**specific (12)**
27:17 34:19 40:20
41:5 94:5 97:7
123:20,21 140:14
141:5 159:15
180:20
**specifically (5)**
58:16 95:5 96:16
115:18 158:7
**specificities (1)**

127:4
**specificity (6)**
126:9 127:14 128:5
128:11,16 130:12
**specify (1)**
190:3
**speculate (1)**
61:21
**speculation (3)**
48:12 62:13 157:16
**spent (3)**
151:11,19,21
**spill (1)**
159:6
**spray (4)**
42:25 49:3,7 54:5
**sprayed (1)**
54:11
**sprayer (1)**
49:8
**spraying (1)**
42:23
**stable (3)**
30:11 108:4 109:12
**standard (1)**
56:3
**standing (1)**
186:16
**start (8)**
6:5 9:1,10 91:18
136:15 164:13
168:8 173:16
**started (8)**
8:12 48:18 56:10 61:7
104:21 123:6
191:18,22
**starting (4)**
10:9 87:13 154:16
171:17
**starts (1)**
135:7
**state (22)**
9:3 72:18 91:23 96:25
99:3,16 100:10,20
101:3,5,13 102:4
111:15 112:19
120:23 126:18
127:19 135:13
136:7 141:11
185:23 195:2
**stated (8)**
56:2 60:9 78:19,20
92:16 95:13 107:16
192:16
**statement (10)**
8:1 101:11 102:3

8:1 101:11 102:3
151:5 152:3 172:9
175:21 178:17
181:18 192:15
**statements (3)**
169:12 170:17 181:15
**states (23)**
1:1 6:9 13:24,24 24:6
44:4 46:4,10,18
73:10 78:25 79:10
105:15 108:14
119:13 147:18
155:6 171:20,23
175:8 180:8 187:13
187:19
**stating (3)**
41:1 90:12 91:3
**statistical (2)**
16:16 147:15
**statistically (2)**
89:5,25
**statistics (3)**
24:14 48:6 140:6
**status (4)**
34:18,23 100:4
171:18
**stay (1)**
73:10
**step (2)**
117:25 137:19
**sticky (1)**
176:8
**stopped (2)**
154:10 155:13
**story (1)**
90:19
**straight (1)**
52:3
**stratified (2)**
34:18,22
**Street (1)**
3:18
**strengthen (2)**
112:4 136:12
**strengths (3)**
136:9 147:22 162:19
**strike (3)**
91:18 93:14 112:1
**strong (4)**
49:15,22 88:7 98:14
**strongly (2)**
100:13,23
**structure (2)**
10:3,23
**students (1)**
130:8

**studied (1)**
33:8
**studies (57)**
9:20 11:1,3 25:5,6,14
25:17,22,22 26:13
28:6 30:24 37:21
38:8 39:11,13,20
108:18 111:3,8
113:6,8 117:14
120:1 121:6 132:18
134:18,20,21,21
135:18 136:11
139:2 144:8,17
145:10,12,19 146:6
149:17,20,20 153:4
157:18 161:13,16
162:14,15 168:3,17
168:22,23 171:6
178:14 180:5
186:12 187:25
**study (161)**
4:13,14,15,17,18,19
4:20,23 5:14,15,16
5:17,20 8:6,9,11
9:13,18 11:9,17,20
11:22,24 12:8 13:15
14:4,17 15:11 16:14
16:19 17:5,23 18:25
19:10 20:14,16,24
21:1,21 22:15 23:15
23:24 25:10,15 28:1
32:10,12 35:18
36:18 39:11 44:3
62:5,7 63:21 65:18
72:12,22 73:5,18,19
73:25 75:5,10,18,24
82:5,19 83:7 87:7
89:5 90:3,13 91:4
92:4,7,20 93:4,16
94:6 99:7,21 101:4
101:15 102:6,19
103:4,8 104:14
105:23,24 109:16
111:11,13,15,21
112:4,13,20,22
113:3,14,20 115:13
115:23 116:15
118:4 119:19
120:20 121:13
122:14 129:25
131:17,21 132:14
134:7,10 135:16
136:25 137:8 138:2
138:18 144:15
145:9 146:5,18,21
146:22,23 147:19

149:10 154:2
159:13,23 161:1,7
161:13,17 162:19
163:11,15 166:16
168:5 171:3,6 174:1
174:9 177:12,14
179:22 180:8
183:22 184:8 185:6
187:14,20,20 188:3
188:10 193:14,15
193:16
**study's (1)**
24:18
**subjects (2)**
141:12 171:24
**submitted (2)**
8:24 91:1
**Subscribed (1)**
194:16
**subsequent (2)**
108:16 152:16
**subsequently (1)**
144:16
**subset (1)**
144:22
**substantial (3)**
147:23 168:11 175:17
**substantially (3)**
187:21 188:4,9
**subtypes (1)**
164:8
**succeeded (2)**
150:3,4
**sudden (1)**
30:6
**suggest (2)**
136:10 165:10
**suggesting (1)**
147:25
**suggestive (1)**
87:22
**suggests (2)**
180:11 183:9
**Suite (1)**
2:12
**summaries (1)**
114:16
**summary (6)**
9:3 113:3,4,25 114:2
136:16
**supplement (1)**
37:15
**supplemental (39)**
4:10 8:23 32:11,16
36:5 44:6 98:21
99:16 100:19 101:3

101:12 102:3 104:8
105:6 112:18
116:14 166:23
169:13 170:18,21
172:3,4,10 173:8
174:21 175:23
177:21 178:19
179:24 181:5,10
182:1,25 183:1
192:20 193:2,6,17
193:18
**supplements (2)**
37:11 38:10
**support (8)**
112:5 114:3 147:20
169:12,19 172:3,10
175:22
**supports (7)**
170:17 173:7 174:20
177:20 178:18
179:22 181:24
**supposed (3)**
24:22 90:20 156:8
**sure (20)**
32:5 38:1 47:12 67:14
67:25 68:13 74:20
80:7 83:25 86:3
87:19 91:16 95:12
101:8 105:4 109:20
111:25 159:6
179:12 193:3
**surprised (2)**
26:6 143:10
**surrogates (3)**
143:23 144:3,9
**survey (10)**
68:2 69:2,18,22 70:10
72:4 79:15 80:21,24
84:23
**surveys (6)**
82:7 171:21 172:17
172:22 173:4,24
**susceptible (1)**
158:13
**swear (1)**
7:20
**switched (6)**
50:16,19 51:25 52:3,5
53:1
**sworn (3)**
7:24 194:16 195:9
**symptoms (1)**
59:24
**systematic (1)**
99:23
**systems (5)**

1:24 2:15 158:21
195:5,23

**T**

**T (5)**
4:8 5:1 164:16 195:1
195:1
**table (20)**
32:19,20 33:4,6,6
34:4,17 35:2,3 36:8
36:8 46:2 73:18
74:6 139:9,16 140:3
140:10,21 165:15
**tables (3)**
32:11 51:13 126:25
**take (27)**
16:21 17:25 20:18
22:24 27:21 31:18
32:22 34:14 42:22
58:21 66:6 67:3
72:1 75:3 98:20
105:25 106:7,12
110:21 114:21
117:25 119:11
140:19 142:22
150:5,20 184:16
**taken (11)**
8:3 67:7 115:2 121:15
150:11,25 161:20
167:19,22 182:16
184:22
**takes (1)**
71:23
**talk (17)**
52:11 57:4 75:10,25
76:14 83:24 102:18
114:8 119:22
122:11 124:14
140:10 143:22
156:8 157:3 168:24
184:9
**talked (1)**
137:24
**talking (18)**
41:25 50:22 53:21
55:3,11 67:13 83:6
84:9 89:20 115:10
139:17 140:9 142:9
164:4,6 185:19
189:19,21
**talks (3)**
53:20 96:12 108:10
**tape (1)**
6:5
**target (1)**
38:9

**38**:9
**task (1)**
157:24
**teach (2)**
65:23 66:1
**teaching (1)**
65:25
**team (2)**
173:13,20
**technical (1)**
147:21
**technology (3)**
53:8,20 54:4
**telephone (1)**
3:7
**tell (11)**
26:3 80:8 123:4
168:23 169:21
170:16 171:7
176:24 177:1,19
181:24
**telling (1)**
162:16
**tells (1)**
87:12
**ten (9)**
26:18 50:19 78:4
142:7,7,8,20 160:11
173:3
**tender (1)**
151:24
**terms (11)**
27:10 109:17 113:9
113:10,11 158:4
162:16 166:11
169:8 171:3 190:21
**tertiles (3)**
110:12,18 167:1
**test (1)**
69:25
**tested (1)**
39:6
**testified (2)**
7:25 131:5
**testify (1)**
170:6
**testimony (17)**
60:19 61:19 62:18
87:18,20 88:18 89:3
91:19 92:16 95:16
95:25 97:9,11
131:14 188:12
193:22 195:11
**testing (1)**
41:6
**text (4)**

**20**:13 140:2,21 143:4
**thank (13)**
7:16 15:9 34:24 67:4
104:5 105:19
111:22 115:8 129:1
135:4 136:4 176:11
178:7
**Thanks (1)**
68:14
**thing (2)**
91:24 140:4
**things (2)**
137:18 156:13
**think (35)**
28:14 29:21 35:23
42:8 59:9,10 60:17
63:18 65:2 68:22
70:1 81:22,24 88:21
91:13 92:9 97:6,15
97:16 107:8 121:25
122:22 123:19
139:11 142:20
144:13 146:14
156:11 157:19
159:4 164:19
167:23 170:10
174:6 176:17
**thinks (1)**
37:19
**third (8)**
22:1,8 85:15,20 86:3
99:2 128:1 141:1
**thought (6)**
60:10 124:6 150:21
152:5,9 156:18
**thoughts (1)**
152:8
**three (15)**
39:11 40:15 42:8 43:8
54:11 109:7 110:17
127:15,15 128:13
128:18 150:6,7
173:2 190:14
**three-and-a-half (3)**
152:10,13 192:5
**tie (1)**
156:12
**time (57)**
6:16 16:21 17:25
20:18 22:24 27:22
28:1 30:19,21 32:22
34:14 41:23 44:9
62:1 63:17 69:8,11
69:23 72:12 78:1,12
103:11 104:14
108:2 110:21

**122**:14 132:19
140:19 142:22
144:21 146:5,18,23
151:10,13,14,19,21
152:3 153:20
155:10 168:9,14
169:1 172:16
177:16 179:5
183:15,18 184:6
189:18 190:15
191:16 192:6,8,12
194:5
**timed (1)**
27:23
**times (5)**
54:12 153:22 190:14
191:14 192:14
**title (1)**
13:13 180:3
**titles (1)**
111:6
**tobacco (3)**
121:7,23 139:2
**today (3)**
6:21 9:10 149:15
**today's (2)**
6:15 194:2
**told (1)**
171:4
**top (8)**
9:3 22:4,10 83:6
120:21 135:6 151:9
171:14
**Total (2)**
13:13 32:8
**toxaphene (1)**
154:24
**toxic (9)**
59:8,23 60:6,14,17,23
64:5,5,9
**toxicities (2)**
190:5,21
**toxicity (8)**
188:15 189:1,14,20
189:21 190:12
191:12 192:11
**tractor (1)**
160:9
**train (1)**
156:17
**trained (4)**
64:2,3,13,20
**training (2)**
65:9,10
**transcription (1)**
196:5

**transparency (1)**
40:10
**treated (3)**
44:10 46:11,20
**trend (3)**
35:8 44:3,9
**trickles (1)**
30:6
**tried (3)**
131:20 155:7 161:11
**true (14)**
88:23 100:14,24
124:20 125:11
126:4,7,18,25
127:19 130:13
175:8 187:5 195:10
**truncated (1)**
86:5
**trust (1)**
113:15
**truth (2)**
85:8 90:22
**try (3)**
94:16 114:18 162:12
**trying (8)**
18:16 76:7 92:23
112:23 140:8 153:9
153:11,15
**TSG (2)**
6:18,22
**Tumors (1)**
17:20
**turn (9)**
9:2 120:8,14 125:21
126:2,14 139:7
154:7 163:15
**turning (1)**
174:11
**twenty (1)**
142:8
**twice (2)**
159:1 189:16
**two (15)**
31:20,21 39:21 40:16
94:25 100:11,21
105:7 116:2 141:13
159:24 171:10,10
175:6,9
**two-and-a-half (1)**
8:6
**two-thirds (1)**
18:7
**type (15)**
106:15,16 107:3
113:14,14 115:14
118:10 128:9

**144**:17 153:9,10
159:25 180:10
186:2,7
**types (7)**
12:12 36:23 38:5
109:7 134:17,23
162:19
**typical (1)**
148:1
**typically (2)**
139:1,3

_____
**U**

**U.S (1)**
46:16
**Uh-huh (5)**
9:14 33:9 44:7 49:10
89:23
**underlined (4)**
100:10,17,20 185:25
**underneath (1)**
140:2
**underscoring (1)**
111:7
**understand (33)**
10:5,10 30:9 40:14
52:19 55:9 56:13
57:25 59:19 67:22
68:22 80:7,23 83:25
87:19 88:10 89:16
92:2,16 95:13
107:12 111:24,25
117:1 120:11
131:10 132:3,6
144:8 145:6 152:15
185:5 188:9
**understanding (20)**
40:15 41:21 54:21
62:12 63:13 67:25
74:20 91:1,17 92:17
93:13 122:15
143:22 188:14,17
188:25 189:5,13
190:11 191:11
**understands (2)**
67:16 84:1
**Understood (5)**
22:21 81:17 130:19
130:23
**undertaken (1)**
136:12
**undertaking (1)**
147:23
**unexposed (4)**
50:18 83:23 85:5
94:14

**unharmed (1)**
54:13
**unique (1)**
63:18
**United (8)**
1:1 6:9 24:6 44:4 46:4
46:10,18 79:10
**unpleasant (1)**
158:19
**unreliable (5)**
27:16 28:9 29:11
62:14,15
**update (2)**
16:14 174:4
**updated (1)**
17:23
**urinary (7)**
117:18 118:2 119:3,7
119:15 121:3
125:11
**urine (6)**
106:12,14,20 118:19
124:9 158:17
**usage (3)**
48:7 105:9 111:16
**use (109)**
11:19 13:5,14,16
14:16,19,24 15:7
16:13 17:4,7 18:24
19:9,12 21:9,19
22:13,21 25:6,23
26:14 27:3,17 28:16
28:22 29:3,7,9,18
29:20 30:11,13,25
31:9 32:10 33:11
34:10,15 35:4 36:9
36:11,25 41:9,11,12
41:22,24 43:5,7,16
43:18 44:4 45:2
47:2 51:18,22 52:13
54:21 55:13 56:14
62:2 64:14 65:25
66:23,25 68:6 72:4
75:14 79:10,18 81:3
81:9,14 84:17
106:25 113:13
119:9 121:3,7,23
122:23 123:14
135:3 137:15
138:24 139:2,14
140:14,17 141:4,8
152:8 153:3,4,8
157:11,22 158:14
159:3,21 160:4,5,17
166:10 167:6,8
177:11 180:22

189:8
**useful (1)**
187:2
**uses (1)**
12:9
**usual (3)**
21:7 66:23 118:18
**usually (5)**
39:21 41:3 114:16
121:5 162:11

**V**

**valid (4)**
24:16 28:14,15
153:14
**validating (1)**
119:6
**validity (2)**
136:22 137:15
**variability (1)**
154:24
**variable (2)**
50:1 52:16
**variables (6)**
51:17,17 69:16 94:23
106:1 153:18
**varied (1)**
45:2
**variety (4)**
134:17 149:16,16,21
**various (16)**
36:12,23 37:8 38:5
110:8 117:11
124:16 126:6,8
127:15 129:2,3,5
134:23 136:10
140:11
**varying (10)**
27:22,23 30:19,21
153:17,20 155:10
155:11 183:15,18
**vegetable (2)**
143:5,10
**verification (1)**
108:11
**versus (2)**
95:4 155:10
**video (3)**
1:15 2:9 6:20
**Videographer (18)**
3:24 6:4 7:12,16,19
67:5,9 103:13
114:23 115:4 150:9
150:13,23 151:2
184:20,24 191:17
194:1

**videotape (1)**
114:24
**videotaped (2)**
6:6 115:6
**virtually (2)**
45:6,18
**visual (1)**
67:17
**volatile (1)**
67:1

**W**

**Wagstaff (2)**
3:2 7:15
**wait (31)**
16:4,4 18:4 19:5 33:1
35:12,12,13 42:10
42:10 51:8 55:6,6
59:20 63:9 68:11
76:3,3 78:3 94:21
95:19 97:5,14
128:22,22 131:7
133:16 141:21
166:6,6 174:16
**walk (8)**
9:9 10:25 67:18 68:20
74:19 75:22 85:25
117:24
**walked (1)**
25:3
**want (18)**
10:5 16:21 30:9 38:1
66:25 67:14 68:20
74:19 75:22 80:6
83:24 92:16 95:12
135:11 158:20
165:7 188:20
192:15
**wanted (3)**
38:15 67:24 190:17
**Ward (8)**
5:21 169:24 176:25
177:9,20 187:7,13
187:19
**warned (2)**
60:1 64:6
**Washington (1)**
3:19
**wasn't (5)**
18:15 25:12 43:13
50:16 64:18
**watching (1)**
106:11
**way (30)**
15:14 18:7 26:24
42:21 43:1 50:15

51:11 56:25 57:5
77:24,25 90:9 91:11
91:14 94:24 95:1
113:2,7 120:5 149:7
152:2 160:8,16
161:14 162:7,8,14
183:8 191:2 195:14
**ways (3)**
57:22 113:1 149:4
**we'll (6)**
52:12 74:21 75:2
116:25 163:16
176:19
**we're (17)**
41:25 47:12 78:10
88:4 99:17 114:8,12
114:25 142:9
143:18 150:23
164:6 179:9 184:20
192:12 193:21
194:3
**we've (8)**
15:11 32:5 66:4 67:12
69:19 89:21 144:12
179:21
**weaken (1)**
112:4
**weaknesses (2)**
135:18 147:22
**wear (3)**
64:21 65:12 188:20
**wearing (2)**
64:6 160:6
**wears (1)**
159:7
**web (3)**
32:19,20 33:6
**weed (2)**
54:6 57:3
**weedkiller (1)**
59:22
**weeds (2)**
54:7,14
**weighing (2)**
109:10 182:6
**weight (6)**
112:14 160:13,25
161:6,12,14
**weighted (2)**
160:5 182:12
**weighting (1)**
159:23
**weights (2)**
118:15 182:7
**welcome (1)**
67:12

**well-known (1)**
177:9
**went (3)**
106:9 122:6 145:1
**weren't (3)**
26:6 29:23 156:8
**West (1)**
3:4
**WHEREOF (1)**
195:16
**wide (1)**
134:17
**widely (1)**
24:16
**willing (2)**
88:25 106:22
**Wilshire (3)**
2:11 3:11 6:14
**witness (203)**
4:2 7:20,23 9:22
10:19 12:1,15 13:21
14:6,19 15:14 16:6
16:23 17:7 18:10
19:2,6,12 20:19
21:3 22:17,25 23:7
24:1,21 26:2,17
27:8,20 28:11 29:15
30:18 31:4,15 33:4
34:15 36:15,25
37:10 38:8 39:20
40:24 41:15 42:11
42:19 43:11 44:19
45:1,23 46:13 47:7
47:16 48:13 49:1,10
49:22 50:7 51:11
53:13 54:24 55:16
56:6 57:9,25 58:12
59:2,14,21 60:20
61:10,21 62:20
63:25 65:1 66:21
68:15 69:8 70:3,15
70:22 71:17 72:24
73:7 74:1,13 75:19
78:4,23 79:13,21
80:3,10 81:5 82:13
83:14 84:12 85:3,25
86:11,20 87:8 88:21
89:8,16 90:7,18
91:10 92:13,23 93:7
93:24 94:12,22
95:18,22 97:17 98:4
98:12 101:8,19
102:10,24 103:22
104:18 105:14,20
106:6 107:18
108:14 109:5

110:22 111:21
114:15 116:2 118:8
120:4 122:2 125:4
125:18 128:23
130:5 131:6,16
132:12,23 134:2,14
137:10 138:5
139:22 141:23
142:19 143:9 144:3
144:20 145:16
146:15 147:7
148:13,20 149:3,24
151:8,25 156:19
157:17 161:9
162:11 163:19
164:11,24 165:22
166:4,25 170:3,7,20
171:15,19 172:13
173:18 175:5,12
176:17 178:3,6,8,22
179:18 180:3 182:3
183:13 185:12
186:15,25 188:17
189:5,19 190:16
192:3 195:8,11,16
**Wives (1)**
21:20
**Wool (3)**
3:7 7:14,14
**word (1)**
34:21
**work (13)**
10:7 24:8 28:12 65:17
105:10 106:1,7
107:19,21 114:19
153:12,16,19
**worked (2)**
67:23 115:13
**workers (2)**
47:10 144:23
**works (1)**
30:18
**worried (1)**
95:6
**worst (1)**
51:11
**worthy (1)**
148:4
**wouldn't (14)**
26:6 49:23 50:5,7,17
52:20,23,24,24
65:18 66:21 104:22
106:18 161:25
**wrap (1)**
149:25
**wraps (1)**

22:2
**write (2)**
124:4 138:22
**writing (3)**
41:4 98:13 155:6
**written (3)**
78:15 133:24 177:8
**wrong (3)**
116:16 122:9,16
**wrote (2)**
90:9 112:25

———————————
**X**
———————————
**X (3)**
4:1,8 5:1

———————————
**Y**
———————————
**yeah (21)**
32:6 33:4,18,18 70:3
72:10 100:18,18
120:13 123:25
125:18 141:2,2
143:19 163:19
169:23 170:3,6
171:9 173:9 175:11
**year (28)**
44:11 50:12 52:6
55:13,14 56:14
61:11,13 62:4 80:19
81:2,2,5,15 121:15
121:17 122:10,10
122:19 139:19
140:13 141:4 142:6
142:11,13,15 143:2
160:4
**years (26)**
25:1,19 26:18,21
50:20 52:4 78:11,14
78:17 80:24 122:11
139:18,22,23
140:13 141:3 142:7
142:8,9 143:1 148:7
160:11 172:24,25
173:2,3
**Yep (1)**
34:8
**yes/no (1)**
122:5
**yield (1)**
127:22

———————————
**Z**
———————————

———————————
**0**
———————————
**0.2 (4)**
126:20 127:11,20

128:19
**0.4 (6)**
119:16 125:11 126:20
127:11,21 128:19
**0.5 (2)**
127:14,20
**0.62 (1)**
77:19
**0.63 (2)**
83:2 84:25
**0.64 (1)**
74:10
**0.7 (4)**
87:21 127:11,23
128:19
**0.8 (1)**
119:16
**0.82 (1)**
77:19
**0.87 (2)**
73:22 74:10
**0.89 (1)**
166:2
**0.9 (4)**
83:1 84:24 127:23
166:2
**05 (1)**
52:5

———————————
**1**
———————————
**1 (42)**
6:6 30:12 32:20 41:12
43:5 46:6 68:2 69:2
71:14,24 76:23 77:5
77:7 79:15 82:7,20
84:5,22 88:4,12,15
88:24,24,24 89:22
94:1 96:19,22
114:24 130:25
131:4,11,14 132:1
132:15 139:9
163:23 164:13,20
165:11 166:1 196:4
**1.0 (1)**
127:14
**1.04 (2)**
87:11,21
**1.1 (3)**
124:21,22 175:14
**1.15 (1)**
164:15
**1.17 (1)**
164:15
**1.2 (2)**
73:23 74:10
**1.24 (1)**

165:24
**1.27 (2)**
83:2 84:25
**1.3 (1)**
125:13
**1.35 (1)**
165:22
**1.4 (1)**
126:21
**1.57 (1)**
87:22
**1.6 (1)**
175:14
**1.8 (1)**
77:20
**1.9 (1)**
125:13
**1:06 (3)**
2:6 6:2,17
**10 (3)**
52:4 53:18 160:14
**100 (1)**
39:25
**104 (1)**
5:12
**10816 (3)**
1:23 2:14 195:22
**109 (1)**
5:14
**11 (2)**
4:13 75:4
**116 (1)**
5:15
**12 (1)**
4:14
**12-month (5)**
55:18 56:7 80:18
82:16 84:15
**12100 (3)**
2:11 3:11 6:14
**13 (1)**
79:1
**13-minute (1)**
151:10
**133 (1)**
5:16
**1350 (1)**
3:18
**136022 (1)**
1:25
**137 (1)**
103:13
**138 (1)**
5:17
**15 (3)**
4:15 17:2 104:4

**152 (1)**
4:5
**156 (1)**
5:18
**16-md-02741-VC (2)**
1:7 6:12
**17 (2)**
4:16 117:3
**176 (2)**
5:20,21
**18 (3)**
18:21 133:7 148:7
**185 (1)**
4:4
**19 (6)**
1:18 2:5 4:17 6:1,15
143:18
**19,553 (1)**
70:9
**197 (1)**
18:8
**1974 (5)**
78:6,15 79:8,19
106:25
**1993 (5)**
51:21 68:2 69:3 78:6
78:16
**1995 (2)**
52:3 165:9
**1996 (1)**
50:19
**1997 (10)**
68:2 69:3 78:16
103:17 104:7,20
107:10 108:9 170:2
170:5
**1999 (3)**
69:22 78:16 80:25
**1A (1)**
46:7

———————————
**2**
———————————
**2 (52)**
21:25 25:8,25 27:15
30:12 32:19 33:6,6
34:4 41:13,19 43:6
46:2,5 47:1 48:23
49:17 50:3 52:18
54:17 55:14,24
59:12 61:6 68:18
69:18,21 70:9 71:14
71:25 72:3,6 73:18
80:21,24 82:7,21
84:5,20,23 99:2
115:6 139:16 140:3
140:10,21 155:2

160:13,15 177:23
178:3 196:4
**2,4 (1)**
154:22
**2,4-D (1)**
115:19
**2.0 (3)**
124:24 126:19,25
**2.97 (1)**
164:15
**2:05 (2)**
67:6,7
**2:39 (2)**
67:8,10
**20 (2)**
106:11,22
**20-year (4)**
164:14,21 165:20,23
**200 (2)**
48:15 148:9
**2000 (11)**
78:19 133:2,25 134:3
134:5,16 135:23
143:16 145:7,23
170:22
**20005 (1)**
3:19
**2002 (9)**
121:13 122:1,13
123:10 138:3,5,14
169:24 174:19
**2002-'05 (1)**
116:23
**2003 (1)**
107:2
**2004 (1)**
52:5
**2005 (28)**
45:5,11,16 46:10,23
48:5,14,16,21 49:16
50:16,17 51:2,23
52:5 69:22 78:11,16
80:25 86:8,12,15,18
86:21 166:12,16
185:20 186:21
**2006 (4)**
176:16 179:22 192:18
193:16
**2011 (6)**
103:9 115:13 117:4
120:15 124:3
143:15
**2012 (5)**
23:1 24:2 72:17 79:1
82:24
**2013 (12)**

12:23 13:12 31:22
32:3 33:21 40:17
72:13,17 78:11,16
82:24 86:7
**2014 (2)**
11:17 39:14
**2015 (3)**
15:10 17:19 18:23
**2016 (6)**
20:4 31:23 34:2,9
40:17 170:4
**2017 (7)**
8:5,5,5 23:4 35:23
36:9 40:18
**2018 (74)**
1:18 2:5 5:4,7,10 6:1
6:16 8:10,11 9:18
11:21 14:3 16:19
18:25 19:10 20:16
20:25 22:15 23:24
25:15 36:18 39:11
70:18 71:4 72:12,22
73:4,17,19 75:5,23
82:4,19 83:8 89:4
90:12 92:20 93:16
94:6 101:4,14 102:5
102:19 105:24
112:3,13,20 113:20
129:25 136:25
137:7 146:5,18,24
149:20 161:1,6,22
161:23 162:22
163:1,6,11 165:15
166:10 168:12
169:25 177:13,17
185:6 187:20 188:3
194:17 195:17
**20th (1)**
195:17
**21 (3)**
4:18 176:12 179:18
**23 (2)**
4:19 185:19
**24 (2)**
119:4,6
**24-hour (3)**
118:23 119:6 121:9
**244 (2)**
110:25 111:1
**246 (2)**
110:25 111:2
**247 (1)**
110:6
**248 (1)**
111:13
**26 (1)**

12:12
**2631 (1)**
16:15
**2741 (2)**
1:5 6:12
_____
**3**
_____
**3 (15)**
21:25 22:1,3 34:17
35:2 44:8 70:24
99:15 124:19,20
150:16 165:15
166:2 179:11 196:5
**3.0 (3)**
125:12 126:5,7
**3:27 (2)**
115:1,2
**3:59 (1)**
115:3
**30 (7)**
11:12 81:8 106:11
122:11 150:16
179:11 185:19
**30- (1)**
117:2
**30-1 (6)**
4:10 8:17,18 98:23,24
116:12
**30-10 (5)**
4:21 67:19 78:5 80:10
82:9
**30-11 (7)**
4:23 70:17,20 75:18
83:7 163:18,21
**30-12 (9)**
5:3 74:22,23 75:5,6,9
78:4 82:10 84:9
**30-13 (7)**
5:6 81:17,20,23 82:9
84:9,10
**30-14 (3)**
5:9 85:11,12
**30-15 (3)**
5:12 104:1,5
**30-16 (3)**
5:14 109:21,22
**30-17 (5)**
5:15 104:3 116:5
117:7,8
**30-18 (5)**
5:16 133:3 135:4
170:15,16
**30-19 (3)**
5:17 138:11 174:15
**30-2 (6)**
4:13 11:4,5,16 25:18

26:13
**30-20 (5)**
5:18 156:6,15,22
179:15
**30-21 (4)**
5:20 176:13 179:20
179:21
**30-22 (5)**
5:21 176:20,21,25
187:7
**30-3 (6)**
4:14 12:19,20 31:24
32:2,2
**30-4 (4)**
4:15 15:11,12,17
**30-5 (5)**
4:16 17:12,15,16,17
**30-6 (5)**
4:17 19:21,22 31:24
34:1
**30-7 (3)**
4:18 21:12,13
**30-8 (8)**
4:19 23:4,5,11 25:18
26:14 35:24 154:5
**30-9 (3)**
4:20 43:23,24
**30-Exhibit (1)**
75:4
**30-year (2)**
121:11 168:24
**34 (1)**
8:4
**34,000 (1)**
70:4
**34,698 (4)**
69:20 71:13 72:2
84:22
**37 (2)**
25:7,24
_____
**4**
_____
**4 (8)**
71:4 74:17 75:9,23
86:4 104:11 105:6
105:18
**4:35 (2)**
150:10,11
**4:48 (4)**
150:12,14,24,25
**40 (2)**
121:11 184:19
**42 (2)**
151:8 152:16
**43 (1)**
4:20

**47 (3)**
122:9 135:21 136:3
**48 (3)**
13:18 14:25 15:8
**497 (2)**
17:24 18:4
_____
**5**
_____
**5 (3)**
73:18 154:7,8
**5-TP (1)**
154:22
**5:31 (2)**
151:1,3
**50 (7)**
39:25 135:1,6 140:15
141:5,16 142:21
**50-some (1)**
9:24
**500 (1)**
154:9
**52 (1)**
41:6
**53 (1)**
122:8
**539 (5)**
117:4 125:22 126:2
126:24 127:25
**54 (1)**
139:15
**54,251 (5)**
68:4 69:4 70:25 71:8
77:7
**540 (6)**
117:25 120:8,14
125:24 126:15
127:19
**545 (1)**
23:18
**546 (2)**
154:11,14
**56,000 (4)**
106:24 144:23,23
173:2
**59 (1)**
14:23
_____
**6**
_____
**6 (2)**
100:7,17
**6:05 (2)**
184:21,22
**6:06 (2)**
184:23,25
**6:14 (2)**
194:4,5

**60 (1)**
125:14
**63 (8)**
 55:23,25 57:19 58:4,8
 61:5 69:19 174:3
**64 (6)**
 13:25 14:1,10 73:23
 171:9,15
**67 (2)**
4:21 136:15
**68 (1)**
143:25

_____ **7**
**7/22/97 (1)**
5:13
**70 (4)**
 4:23 140:15 141:6,16
**70s (1)**
28:18
**7171 (1)**
3:4
**72 (1)**
28:19
**74 (2)**
5:3 145:1
**794 (2)**
20:8,11
**796 (1)**
34:4
**799 (1)**
35:3

_____ **8**
**8 (5)**
 4:4,10 9:2 98:21
 157:4
**80 (3)**
 44:23 46:24 125:14
**80226 (1)**
3:5
**80s (2)**
 28:19 107:6
**81 (1)**
5:6
**82 (1)**
139:13
**83 (2)**
 90:21 122:6
**85 (1)**
5:9

_____ **9**
**9 (1)**
90:21
**9.3 (1)**

154:20
**90 (8)**
 46:3,9,19,24 48:7
 141:11,18,19
**90025 (1)**
3:12
**92 (1)**
48:15
**95 (2)**
77:19 139:9
**950 (1)**
2:12
**96 (2)**
 139:7 143:3
**98 (1)**
174:25