# Exhibit 7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| | MDL No. 2741 |
| This document relates to: | |
| ALL ACTIONS | |

**SUPPLEMENTAL EXPERT REPORT OF LORELEI A. MUCCI, ScD, MPH**

12/21/2017

## I.        OVERVIEW

In the November 9, 2017 issue of *Journal of the National Cancer Institute,* Andreotti and colleagues published **Glyphosate Use and Cancer Incidence in the Agricultural Health Study.**[1] This article presents updated analyses to the study of De Roos *et al*, 2005[2], which had been the only published data from a prospective cohort assessing the association between glyphosate-based herbicides and risk of non-Hodgkin's lymphoma (NHL). With extended follow-up for cancer incidence and 575 NHL cases, Andreotti *et al* found no association between glyphosate-based herbicide exposure and NHL risk, no evidence of dose-response across a wide range of exposure levels, and no association when considering a 5-, 10-, 15-, or 20-year latency.

This 2017 publication is significant as its design and methodology directly addresses critiques previously raised by Plaintiffs' Experts about the Agricultural Health Study. Moreover, the study included greater length of follow-up time which increased the number of NHL cases considerably compared to De Roos *et al*, 2005[2], as well as the draft report of Alavanja *et al*[3]. To address potential biases in the study findings, Andreotti *et al* performed a range of sensitivity analyses, all of which supported a null association. Taken together, Andreotti *et al*[1] provides the highest quality epidemiological data on the association between glyphosate-based herbicides exposure and risk of NHL. This 2017 publication provides even further support that there is no evidence of a positive association between glyphosate-based herbicides and NHL risk. Given the totality of the epidemiology literature, my opinion strongly remains that the epidemiological data show no evidence of a causal association between exposure to glyphosate-based herbicides and NHL risk.

## II.        METHODOLOGIC ISSUES TO ASSESS INTERNAL VALIDITY

In my July 2017 Expert Report, I outlined core epidemiological concepts that are essential in interpreting the epidemiological literature in general, including that of glyphosate-based herbicides and NHL risk. I discussed concepts of study design, as well as bias, confounding, and chance. Specifically, whether an observed association in a study is positive, inverse, or null, it is standard epidemiological practice to first rule out whether the finding could be due to an underlying bias, confounding, or chance. Beyond just considering whether a bias exists, there are complementary approaches that are used in epidemiology to assess the extent to which potential bias and confounding could have impacted the study findings.

2

Given the finding of Andreotti *et al* that there is no association between glyphosate-based herbicides and NHL risk, it is important to analyze the types of bias that may arise in the context of a null finding. The association between an exposure and an outcome may be biased if either the exposure or outcome are measured with error. In epidemiological studies, it is standard practice to consider the *extent* of the measurement error (or misclassification), i.e. whether it is likely small or large, as well as the *directionality*, i.e. whether it is random/non-differential or differential. In the Agricultural Health Study, the outcome of NHL is determined through state cancer registries, and as such the outcome in this study is measured with little to no error. The exposure, use of glyphosate-based herbicides, is ascertained from participants using questionnaires. Because the questionnaires were completed prior to NHL diagnosis, if there is measurement error in the exposure, it is by definition unrelated to whether or not someone developed NHL and thus is non-differential. This is a well-established important strength of cohort studies. Thus, if misclassification exists in assigning information about glyphosate-based exposures, it would be considered non-differential. When the exposure has only two categories, for example exposed or unexposed, then the direction of bias is easy to predict mathematically such that the relative risk will be biased toward the



**Figure 1**. **Bias to the null.** Effect of non-differential misclassification of exposure on true relative risk

null value. Thus, if the observed relative risk were 1.2, and there was non-differential misclassification of the exposure, then the true relative risk would be >1.2 (**Figure 1**) since the misclassification biases the relative risk toward the null value. On the flip side, if the observed relative risk were 0.86, as in the Andreotti study, and there was non-differential misclassification of the exposure, then mathematically the true relative risk would be <0.86.

Sensitivity analyses are a commonly used strategy in epidemiological research to assess whether bias or confounding have influenced the observed study results. Sensitivity analyses involve analyzing the data in different ways in order to test specific assumptions. When the relative risk estimates from different sensitivity analyses are similar, this provides supportive evidence that the results are unbiased. For example, if there is missing data in a study, and the relative risk estimates from different statistical models that account for the missing data in different ways are similar, that provides assurance that there is no bias in the approach to accounting for the missing data. As described below, Andreotti *et al* undertook several sensitivity analyses to

3

address potential bias in explaining the null finding. Note, none of the sensitivity analyses indicated that bias led to their finding of no association between glyphosate-based herbicides and NHL risk.

It is important in epidemiology data collection to limit the amount of missing data to the extent possible because of concerns that this missing data could generate bias in the relative risk estimates. In the case of the Agricultural Health Study, missing data occurred in the phase II follow-up questionnaire which sought to collect updated information on exposures including use of glyphosate-based herbicides. The phase II questionnaire was missing for 37% of participants who completed the phase I baseline questionnaire at enrollment. One of the key steps is first to understand the extent to which the missing data is random across study participants such that the probability of missing data is unrelated to the exposure or outcome. Montgomery *et al* compared the participants who did and did not participate in the phase II questionnaire. They found little difference in the prevalence of NHL or several other covariates in those who did and did not complete the questionnaire.

There are well-established approaches to account for missing data during the analysis phase of a study, including data-driven imputation which was used in Andreotti *et al*. Multiple imputation is a standard approach used in epidemiological studies. The approach leverages the fact that participants' covariates co-occur in unique patterns, and that these patterns can then be used to predict missing values. Thus, an important feature of the success of imputation relies on how well the observed data can predict the exposure of interest. In the case of the Agricultural Health Study, the investigators used the covariate patterns from participants who had both Phase I and Phase II data, identified participants who only had the Phase I data but had similar covariate patterns, and derived the exposures.[4] The investigators used a matrix of information on demographics, farm characteristics, medical conditions, and pesticide use to predict exposures for those missing the Phase II questionnaire data. Importantly, Agricultural Health Study investigators evaluated how well the imputation method worked to predict the pesticide exposures in the Phase II, including glyphosate-based herbicides.[4] To do this, they took subsample of 20% of the participants who had actually completed both questionnaires, but imputed data for them using the remaining 80% of participants. Then, they undertook a direct comparison of the actual observed data that was reported by the participant subgroup to that which was imputed. This analysis demonstrated that the imputation method was valid for deriving pesticide exposure including for glyphosate-based herbicides.

## III.      SUMMARY OF ANDREOTTI *et al*[i]

**Study design.** This 2017 analysis included 54,251 men and women who were participants in the Agricultural Health Study, a cohort of licensed pesticide applicators from Iowa and North Carolina. Participants were enrolled between 1993 and 1997 when they completed a baseline questionnaire on a range of exposures including use of glyphosate-based herbicides and other pesticides. A follow-up questionnaire was completed between 1999 and 2005 among 63% of participants.

Participants were followed prospectively for cancer incidence through linkage with state cancer registries, and for vital status using state mortality files and the National Death Index. Follow-up was through 2012 in North Carolina and 2013 in Iowa, an additional 11 years beyond which was included in De Roos *et al*. An advantage of this approach is that there is virtually complete follow-up of participants for cancer incidence and death in the Agricultural Health Study and thus selection bias is not a concern.

Glyphosate-based herbicides exposure was classified at two time points: on the baseline questionnaire between 1993 and 1997, and a follow-up questionnaire between 1999 and 2005. Three different measures of glyphosate-based herbicides exposure were used in the analysis: *ever vs. never* use, *lifetime days* of use calculated as days per year * number of years, and *intensity-weighted lifetime days* which was calculated as lifetime days * intensity scores. Since 37% of the cohort did not complete the second questionnaire, the authors used an established procedure to impute the values of pesticide use since enrollment based on a range of participants' medical and demographic data.

Multivariable adjusted relative risks were estimated using Poisson regression, adjusting for age, lifestyle factors, occupational exposures, and the five pesticides most strongly associated with glyphosate-based herbicides exposure, as well as the five pesticides that were associated with lymphohematopoietic cancers in prior Agricultural Health Study publications.

As per standard epidemiology practice, the authors undertook a range of additional analyses to assess whether bias may have influenced their study findings. To assess whether the imputation approach induced any bias, the authors undertook two sensitivity analyses: 1-) using only the baseline questionnaire data for the whole population; 2-) limiting the study population to only those who completed both the baseline and follow-up questionnaire. To assess whether changes in pesticide use by study participants after the second phase

questionnaire could influence the relative risk estimates, the authors truncated follow-up to 2005, which is at the end of when the follow-up questionnaire was given out.

**Results.** This updated analysis in the Agricultural Health Study included 575 incident cases of NHL, more than 6 times greater than the 92 NHL cases in De Roos *et al* 2005[2] and considerably more than the >300 cases in the draft report of Alavanja *et al*[3].  Almost 83% of the participants had ever used glyphosate-based herbicides at baseline or follow-up. There was a considerable range of exposure, with a median 48 lifetime days of use (interquartile range 20-166 days) and a median 8.5 lifetime years of use (Interquartile range 5-14 years). Such a broad range of exposure allowed for a meaningful evaluation of the potential dose-response association between glyphosate-based herbicides and NHL.

A summary of the relative risk estimates of glyphosate-based herbicides and NHL risk are presented in **Table 1**. In line with earlier reports from the Agricultural Health Study, Andreotti *et al* found no association between ever glyphosate-based herbicides exposure and NHL risk, and no evidence of dose-response. A lack of association remained in analyses considering a 5-, 10-, 15-, or 20-year lag in exposure to account for different potential latency periods between glyphosate-based herbicides exposure and subsequent NHL risk. Moreover, in the sensitivity analyses undertaken to assess potential bias from the exposure imputation or potential exposures after the Phase II survey, there remained no association between glyphosate-based herbicides and NHL risk, supporting the validity of the imputation strategy and the lack of any apparent exposure misclassification (**Table 1**). Similarly, there was no association between glyphosate-based herbicides exposure and risk of any of the NHL histologic subtypes. In additional results presented in the supplemental tables of the report, there was no association between glyphosate-based herbicides exposure of lifetime days and NHL risk ($RR_{quartile\ 4\ to\ never}$: 0.80, 95% CI 0.60-1.04) nor any associations for lagged analyses using this metric of exposure.

**Table 1.** Relative risk (and 95% confidence intervals) for association between GBH exposure based on intensity-weighted lifetime days and NHL risk in the Agricultural Health Study (Andreotti et al, 2017)

| | Overall risk NHL | 5-year lag | 20-year lag | Sensitivity analyses | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Exposure at enrollment | Responded to both QQs | Truncated follow-up to 2005 |
| **Never** | 1.0 (reference) | 1.0 (reference) | 1.0 (reference) | 1.0 (reference) | 1.0 (reference) | 1.0 (reference) |
| **Quartile 1** | 0.83 (0.59-1.18) | 0.92 (0.66-1.28) | 1.22 (0.91-1.64) | NR | NR | NR |
| **Quartile 2** | 0.83 (0.61-1.12) | 0.79 (0.59-1.06) | 1.15 (0.86-1.55) | NR | NR | NR |
| **Quartile 3** | 0.88 (0.65-1.19) | 1.03 (0.75-1.41) | 0.98 (0.71-1.36) | NR | NR | NR |
| **Quartile 4** | 0.87 (0.64-1.20) | 0.87 (0.64-1.17) | 1.12 (0.83-1.51) | 0.82 (0.62-1.80) | 0.90 (0.63-1.27) | 1.04 (0.70-1.57) |

NR = not reported

**Strengths and limitations.** As I described in my original report, the Agricultural Health Study cohort has

several strengths, and the analysis of Andreotti *et al* in particular represents the strongest epidemiological data

on glyphosate-based herbicides and NHL risk. First, the prospective assessment of glyphosate-based

herbicide exposure information prior to diagnosis of cancer eliminates recall bias. Second, the authors

appropriately controlled for lifestyle factors and multiple pesticide exposures in the statistical models, reducing

the potential for confounding by other farming exposures associated with NHL. Third, the number of NHL

cases was quite large with a broad range of glyphosate-based herbicide exposure, which provided ample

statistical power to detect meaningful relative risk estimates. Fourth, the study had virtually complete follow-up

of the cohort for cancer incidence and mortality by leveraging the high-quality statewide cancer registries and

vital records[5], which reduces selection bias. Fifth, given the long follow-up of the cohort, the updated exposure

information, and the various lagged analyses, the authors were able to explore whether glyphosate-based

herbicides may have an association with NHL at different etiologic windows. Finally, the cohort had a sufficient

range of exposure to investigate the extremes of exposure in relation to risk of NHL, and at levels much higher

than the case-control studies discussed in my initial expert report.

 Potential limitations in this study include the possibility of non-differential misclassification of

glyphosate-based herbicide exposure. However, validation studies within the Agricultural Health Study show

that these licensed applicators have been shown to be able to provide reliable self-reported information in this

cohort.[6] Since the observed relative risk for ever vs. never use of glyphosate-based herbicides and NHL risk

was ~0.86, if there was misclassification of the exposure, then the true relative risk would be even less than

0.86, which would still provide no evidence of a positive association. Another concern is the potential bias

associated with the missing data from participants on the follow-up questionnaire. However, the authors

addressed this through the previously described sensitivity analyses, which were concordant with their findings

of no association and support the conclusion that bias does not explain the null finding. The authors also

adjusted for multiple lifestyle factors as well as concomitant use of different pesticides, substantially reducing

the likelihood for unexplained or residual confounding.

 In addition to proving the most compelling data to date, the study of Andreotti *et al* in the Agricultural

Health Study illustrates the standard approaches used by epidemiologists to assess the quality of the data and

approach. Given the rigorousness of the epidemiological approach, there is no basis to conclude that the

observed null association between glyphosate-based herbicides and NHL risk can be explained away by bias,

confounding or chance.

## IV.     META-RELATIVE RISK ESTIMATE

In light of this new data from the Agricultural Health Study, I provide an updated meta-relative risk estimate to

summarize findings across studies. I present this figure with the caveat discussed in more detail in my initial

report: while meta-analyses can provide increased precision in a summary estimate, they cannot avoid the

inherent biases in the original studies.

In this figure, I replace the estimates from De Roos *et al*, 2005[2] with these from Andreotti *et al*, 2017 for

the Agricultural Health Study, and replace De
Roos *et al* 2003[7] and McDuffie *et al* 2001[8] with
that of Pahwa *et al* for the studies in the North
American Pooled Project. This approach is
consistent with the methodologies in the prior
meta-analyses in using the most comprehensive
and updated epidemiological studies. For Pahwa
*et al*, I used the multivariable relative risk
estimates adjusted for pesticides excluding the
proxy respondent data. **Figure 2** shows the forest



**Figure 2**. Meta-analysis of epidemiological studies of glyphosate-based herbicides and NHL risk

plot for the updated meta-analysis relative risk estimate for ever glyphosate-based herbicides exposure and

NHL risk, with a meta-relative risk of 0.90 (95% CI 0.78-1.03).

## V.     ANALYSIS OF PLAINTIFFS' EXPERT METHODOLOGY IN CRITICIZING THE AGRICULTURAL
##        HEALTH STUDY

As I describe above, it is an established approach in epidemiology to first consider whether an observed

association between an exposure and disease is due to bias, confounding, or chance before coming to a

conclusion whether any observed association may be causal. In their Expert Reports, Plaintiffs' experts have

8

raised multiple critiques about the Agricultural Health Study. Some of their comments were made without relying on standard epidemiological principles, or were unequally applied to the cohort but not the case-control data. As set forth below, none of these critiques are methodologically sound, particularly in light of the new data from Andreotti *et al*.

- <u>Sample size of De Roos *et al* 2005 is small</u>. With a 6-fold increase in the number of NHL cases, as well as a wide range of exposure (from none to very high), the study by Andreotti *et al* provides the most powerful analysis of the association between glyphosate-based herbicides and NHL risk. Although the prevalence of exposure is fairly high in this population, there is still 17% of the cohort that is unexposed, and given the size of the cohort it can give meaningful power to look at never vs. ever exposure. Moreover, there is a distribution of participants who had low, moderate, or high exposure, which provides significant power to analyze dose-response. As a corollary, Plaintiffs Experts suggested that the statistical models included too many confounders given the sample size of cases in the De Roos *et al* publication, a concept known as overparametization or overfitting the statistical model. Given the number of cases in Andreotti *et al*, this is not a concern for the number of confounders included.

- <u>Alavanja *et al* is unpublished</u>. Plaintiffs' Experts raised concerns about the appropriateness of relying on data from an unpublished manuscript, and thus discounted the report of Alavanja and colleagues from the Agricultural Health Study. While I do not agree with this statement for the reasons set for in my July 2017 report, and indeed it is standard in epidemiology to rely on reliable unpublished data[9], the publication of Andreotti *et al* directly addresses this concern. It is noteworthy that Andreotti *et al* was published in the *Journal of the National Cancer Institute,* which was initially created by the U.S. National Cancer Institute and is ranked as one of the top tier oncology journals.

- <u>Missing data and imputation of exposure</u>. In her report, Dr. Ritz dismissed the use of imputation of the missing data from the follow-up questionnaire. While it is appropriate to raise questions about the potential for bias in using this approach, it is not appropriate to ignore the analyses and studies that actually address such concerns. Indeed, there are established epidemiological strategies to test whether missing data or imputation actually led to a bias as describe above. Addressing this point, Andreotti and colleagues undertook different sensitivity analyses in order to assess the validity of the

imputation approach. As described above, and shown in **Table 1**, the results of these approaches are similar and suggest that the imputation strategy was valid.

- <u>Follow-up not long enough to assess long latencies</u>: Risk factors may have an effect on cancer incidence at different time points, with some having a shorter term or longer-term effects, a concept known as the latency period. A prior critique by Plaintiffs' Experts is that the follow-up of the Agricultural Health Study was too short to examine longer latency periods. That critique was not valid for the reasons set forth in my July 2017 expert report. Moreover, Andreotti *et al* had an additional 11 years of follow-up in the cohort beyond De Roos et al, 2005. As such, Andreotti *et al* was able to consider whether there was any association between glyphosate-based herbicides and NHL risk with 5-, 10, 15- or 20-year latencies. Results from these analyses converged and showed no association considering either shorter or longer-term effects of exposure.

- <u>Changes in pesticides over time</u>. Plaintiffs' Experts state that the Agricultural Health Study results are biased because of the changes in use of glyphosate-based herbicides over time. Andreotti *et al* covers exposures through 2005, a time period extending past the most recent case-control study. In addition, they raise concerns of exposure misclassification after 2005. This is directly addressed in the truncation analysis described above, where the authors found no association with NHL risk through 2005.

- <u>Changes in the definition of NHL</u>. The classification of NHL as a disease has been changed over time by clinical consensus panels, with the addition of multiple myeloma cases to the NHL rubric. Dr. Ritz raised this change as "an important issue", although her argument for this classification influencing the results of the association between glyphosate-based herbicides and risk in the Agricultural Health Study are unfounded. Andreotti *et al* (as did Alavanja *et al*) evaluated the impact of the NHL classification on the findings by undertaking a sensitivity analysis. They found the relative risk estimates were null whether the current (including multiple myeloma) or earlier (excluding multiple myeloma) definition of NHL was used.


## VI.    Conclusion:

In summary, the 2017 publication by Andreotti *et al* provides the strongest epidemiological evidence to date on the association between glyphosate-based herbicides and NHL risk. The finding in Andreotti *et al* of no

association converges with that of the prior studies, with a meta-analysis relative risk also showing no association. Taken together, my opinion remains that there is no sound basis upon which to conclude a causal association exists between exposure to glyphosate-based herbicides and NHL risk.

_____                    December 21, 2017
Lorelei A. Mucci, ScD                          Date

11

**References:**

1.      Andreotti G, Koutros S, Hofmann JN, et al: Glyphosate Use and Cancer Incidence in the Agricultural Health Study. J Natl Cancer Inst, 2017

2.      De Roos AJ, Blair A, Rusiecki JA, et al: Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environ Health Perspect 113:49-54, 2005

3.      Chang ET, Delzell E: Meta-analysis of Glyphosate Use and Risk of Non-Hodgkin Lymphoma, Technical Memorandum. Menlo Park, CA, Exponent, 2017

4.      Heltshe SL, Lubin JH, Koutros S, et al: Using multiple imputation to assign pesticide use for non-responders in the follow-up questionnaire in the Agricultural Health Study. J Expo Sci Environ Epidemiol 22:409-16, 2012

5.      Bonner MR, Freeman LE, Hoppin JA, et al: Occupational Exposure to Pesticides and the Incidence of Lung Cancer in the Agricultural Health Study. Environ Health Perspect 125:544-551, 2017

6.      Blair A, Tarone R, Sandler D, et al: Reliability of reporting on life-style and agricultural factors by a sample of participants in the Agricultural Health Study from Iowa. Epidemiology 13:94-9, 2002

7.      De Roos AJ, Zahm SH, Cantor KP, et al: Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med 60:E11, 2003

8.      McDuffie HH, Pahwa P, McLaughlin JR, et al: Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev 10:1155-63, 2001

9.      Blair A, Burg J, Foran J, et al: Guidelines for application of meta-analysis in environmental epidemiology. ISLI Risk Science Institute. Regul Toxicol Pharmacol 22:189-97, 1995

# Exhibit A

**Supplemental Materials Considered List – December 21, 2017**

1. 't Mannetje, A. et al., *Occupation and Risk of Non-Hodgkin Lymphoma and Its Subtypes: A Pooled Analysis from the InterLymph Consortium*, 124(4) Environ Health Perspect 396 (2016).

2. Acquavella, J. et al., *Exposure Misclassification in Studies of Agricultural Pesticides*, 17 Epidemiology 69 (2006).

3. Acquavella, J. et al., *Glyphosate Biomonitoring for Farmers and Their Families: Results from the Farm Family Exposure Study*, 112 Envtl. Health Persp. 321 (2004).

4. Agricultural Health Study, *Commercial Applicator Questionnaire*, AHS Phase 1 (Aug. 31, 1996), https://aghealth.nih.gov/collaboration/qx/comm.app1.pdf.

5. Agricultural Health Study, *Enrollment Questionnaire – Private Applicator*, AHS Phase 1 (Aug. 31, 1996), https://aghealth.nih.gov/collaboration/qx/enrollment.pdf.

6. Agricultural Health Study, *Pesticide Use Module: Commercial Pesticide Applicator*, AHS Phase 2 (Nov. 17, 2006), https://aghealth.nih.gov/collaboration/qx/comm.app2.pdf.

7. Agricultural Health Study, *Pesticide Use Module: Private Pesticide Applicator*, AHS Phase 2 (Mar. 30, 2007), https://aghealth.nih.gov/collaboration/qx/pest.app.pdf.

8. Agricultural Health Study, *Farmer Applicator Questionnaire*, AHS Phase 1 (Aug. 31, 1996), https://aghealth.nih.gov/collaboration/qx/farmer.pdf.

9. Agu, V. et al., *Geographic Patterns of Multiple Myeloma: Racial and Industrial Correlates, State of Texas, 1969-71*, 65 J. Nat'l Cancer Inst. 735 (1980).

10. Ahn, R. et al., *Financial ties of principal investigators and randomized controlled trial outcomes: cross sectional study*, 356 BMJ (2017).

11. Alavanja, M. et al., *Cancer Incidence in the Agricultural Health Study*, 31 Suppl 1 Scandinavian J. Work Env't & Health 39 (2005).

12. Alavanja, M. et al., *DRAFT-Lymphoma risk and pesticide use in the Agricultural Health Study* (Mar. 15, 2013) (unpublished study) (on file with Authors).

13. Alavanja, M. et al., *Non-Hodgkin Lymphoma Risk and Insecticide, Fungicide and Fumigant Use in the Agricultural Health Study*, 9 PLoS One e109332 (2014) with Supplemental material.

14. Alavanja, M. et al., *The Agricultural Health Study*, 104 Envtl. Health Persp. 362 (1996).

15. Andreotti, G. et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study*, 110(5) J Natl. Cancer Inst. Djx233 (2018) (Published Online Nov. 9, 2017).

16. Anscombe, F., *The Summarizing of Clinical Experiments by Significance Levels*, 9 Statistics in Medicine 703 (1990).

17. Arbuckle, T. et al., *Predictors of Herbicide Exposure in Farm Applicators*, 75(6) Int Arch Occup Environ Health 406 (2002).

18. Aspelin, A. & A. Grube, *Pesticides Industry Sales and Usage 1996 and 1997 Market Estimates*, U.S. Environmental Protection Agency, Office of Prevention, Pesticides, and Toxic Substances (1999).

19. Aspelin, A., *Pesticides Industry Sales and Usage 1994 and 1995 Market Estimates*, Office of Prevention, Pesticides and Toxic Substances (1997).

20. Battaglin, W. et al., *Glyphosate and Its Degradation Product AMPA Occur Frequently and Widely in U.S. Soils, Surface Water, Groundwater, and Precipitation*, 50 J. American Water Resources Ass'n 275 (2014).

21. Bekelman, J. et al., *Scope and Impact of Financial Conflicts of Interest in Biomedical Research*, 289 JAMA 454 (2003).

22. Berkson, J., *Tests of significance considered as evidence*, 32 Intl. J. Epidemiology 687 (2003).

23. BfR, *Assessment of IARC Monographies Volume 112 (2015); Glyphosate*, Renewal Assessment Report: Glyphosate Addendum I to RAR (2015).

24. Blair, A. & D. White, *Death Certificate Study of Leukemia Among Farmers From Wisconsin*, 66 J. Nat'l Cancer Inst. 1027 (1981).

25. Blair, A. & D. White, *Leukemia Cell Types and Agricultural Practices in Nebraska*, 10 Archives Envtl. Health 211 (1985).

26. Blair, A. & L. Beane Freeman, *Epidemiologic Studies of Cancer in Agricultural Populations: Observations and Future Directions*, 14 J. Agromedicine 125 (2009).

27. Blair, A. & S. Zahm, *Patterns of Pesticide Use among Farmers: Implications for Epidemiologic Research*, 4(1) Epidemiology 55 (1993).

28. Blair, A. et al., *Comments on occupational and environmental factors in the origin of non-Hodgkin's lymphoma*, 52 Cancer Res. 5501s (1992).

29. Blair, A. et al., *Guidelines for Application of Meta-analysis in Environmental Epidemiology*, 22 Regulatory Toxicology and Pharmacology 189 (1995).

30. Blair, A. et al., *Reliability of Reporting on Life-Style and Agricultural Factors by a Sample of Participants in the Agricultural Health Study from Iowa*, 13 Epidemiology 94 (2002).

31. Blettner, M. et al., *Traditional reviews, meta-analyses and pooled analyses in epidemiology*, 28 Int'l. J. Epidemiology 1 (1999).

32. Bonner, M. et al., *Occupational Exposure to Pesticides and the Incidence of Lung Cancer in the Agricultural Health Study*, 125 Envtl. Health Persp. 544 (2017).

33. Bradford Hill, A., *The Environment and Disease: Association or Causation?*, 58(5) Proceedings of the Royal Society of Medicine 295 (1965).

34. Bravata, D. & I. Olkin, *Simple Pooling Versus Combining in Meta-Analysis*, 24 Evaluation & The Health Professionals 218 (2001).

35. Bridger, R. & P. Sparto, *Spade design, lumbar motions, risk of low-back injury and digging posture*, 1 Occupational Ergonomics 157 (1998).

36. Brown, L. et al., *Pesticide exposures and multiple myeloma in Iowa men*, 4 Cancer Causes & Control 153 (1993).

37. Brown, L. et al., *Pesticide Exposures and Other Agricultural Risk Factors for Leukemia among Men in Iowa and Minnesota*, 50(20) Cancer Res 6585 (1990).

38. Brusick, D. et al., *Genotoxicity Expert Panel Review: Weight of Evidence Evaluation of the Genotoxicity of Glyphosate, Glyphosate-Based Formulations, and Aminomethy/phosphonic Acid*, 46(Supp) Crit Rev Toxicol 56-74 (2016).

39. Buesching, D. and L. Wollstadt, *Letters to the Editor Cancer Mortality Among Farmers*, 72 J. Nat'l Cancer Inst. 503 (1984).

40. Burmeister, L. et al., *Leukemia and Farm Practices in Iowa*, 115 Am. J. Epidemiology 720 (1982).

41. Burmeister, L. et al., *Selected Cancer Mortality and Farm Practices in Iowa*, 118 Am. J. Epidemiology 72 (1983).

42. Burmeister, L., Ph. D., *Cancer Mortality in Iowa Farmers, 1971-78*, 66 J. Nat'l Cancer Inst. 461 (1981).

43. Cancer Research UK (2016) Cancer incidence by age. https://www.cancerresearchuk.org/health-professional/cancer-statistics/incidence/age#heading-zero.

44. Cantor, K. & A. Blair, *Farming and Mortality From Multiple Myeloma: A Case-Control Study with the Use of Death Certificates*, 72 J. Nat'l Cancer Inst. 251 (1984).

45. Cantor, K. et al., *Pesticides and Other Agricultural Risk Factors for Non-Hodgkin's Lymphoma among Men in Iowa and Minnesota*, 52 Cancer Res. 2447 (1992).

46. Cantor, K., *Farming and Mortality from Non-Hodgkin's Lymphoma: A Case-Control Study*, 29 Int'l J. Cancer 239 (1982).

47. Chang, E. & E. Delzell, *Meta-Analysis of Glyphosate Use and Risk of Non-Hodgkin Lymphoma*, Exponent (2017).

48. Chang, E. & E. Delzell, *Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers*, 0 J. Envtl. Sci. & Health 1 (2016).

49. Coble, J. et al., *An Updated Algorithm for Estimation of Pesticide Exposure Intensity in the Agricultural Health Study*, 8 Int. J. Environ. Res. Public Health 4608 (2011).

50. Coble, J. et al., *Prevalence of exposure to solvents, metals, grain dust, and other hazards among farmers in the Agricultural Health Study*, 12 J. Exposure Analysis & Envtl. Epidemiology 418 (2002).

51. Cocco, P. et al., *Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study*, 70 Occupational & Envtl. Med. 91 (2013).

52. Coupe, R. & P. Capel, *Trends in pesticide use on soybean, corn and cotton since the introduction of major genetically modified crops in the United States*, 72(5) Pest Management Science 1013 (2015).

53. Cox, C., *Glyphosate Fact Sheets: Part 1, Toxicology; Part 2, Human Exposure and Ecological Effects.* 15(3 and 4) J. Pesticide Reform 1 (1995).

54. Curwin, B. et al., *Urinary Pesticide Concentrations Among Children, Mothers and Fathers Living in Farm and Non-Farm Households in Iowa*, 51 Annals Occupational Hygiene 53 (2007).

55. Dancik, B., *Importance of Peer Review*, 19(3-4) The Serials Librarian 91 (1991).

56. De Roos, A. et al., *An Application of Hierarchical Regression in the Investigation of Multiple Paternal Occupational Exposures and Neuroblastoma in Offspring*, 39 Am. J. Indus. Med. 477 (2001).

57. De Roos, A. et al., *Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study*, 113 Envtl. Health Persp. 49 (2005).

58. De Roos, A. et al., *Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men*, 60 Occupational & Envtl. Med. 1 (2003).

59. Delzell, E. & S. Grufferman, *Mortality Among White and Nonwhite Farmers in North Carolina, 1976-1978*, 121 Am. J. Epidemiology 391 (1985).

60. Dong, J., *Simpson's Paradox*, in Encyclopedia of Biostatistics 4108 (1998).

61. Dreiher, J. & E. Kordysh, *Non-Hodgkin Lymphoma and Pesticide Exposure: 25 Years of Research*, 116 Acta Haematologica 153 (2006).

62. Engel, L. et al., *Validity Study of Self-Reported Pesticide Exposure Among Orchardists*, 11(5) J Expo Anal Environ Epidemiol 359 (2001).

63. EPA, Cancer Assessment Review Committee, Health Effects Division, Office of Pesticide Programs, U.S. Environmental Protection Agency, *Cancer Assessment Document – Evaluation of the Carcinogenic Potential of Glyphosate* (Oct. 1, 2015).

64. EPA, Letter from Robert J. Taylor, Product Manager, Fungicide-Herbicide Branch, Registration Division on Roundup: EPA Reg. No. 524-308 to Mr. Hannah, Monsanto Co. (Dec. 22, 1975).

65. EPA, Memorandum from William Dykstra, Toxicology Branch, Health Effects Division and George Z. Ghali, Science Analysis and Coordination Branch, Health Effects Division on Second Peer Review of Glyphosate to Robert Taylor, Fungicide-Herbicide Branch, Registration Division and Lois Rossi, Chief, Reregistration Branch, Special Review and Reregistration Division (Oct. 30, 1991).

66. EPA, Office of Pesticide Programs, *Glyphosate Issue Paper: Evaluation of Carcinogenic Potential*, Regulations.gov (Sept. 12, 2016).

67. EPA, *Reregistration Eligibility Decision (RED) Glyphosate*, Office of Prevention, Pesticides, and Toxic Substances (1993).

68. EPA. R.E.D. Facts Glyphosate, Prevention, Pesticides and Toxic Substances (1993).

69. Eriksson, M. et al., *Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis*, 123 Int'l J. of Cancer 1657 (2008).

70. European Food Safety Authority, *Conclusion on the peer review of the pesticide risk assessment of the active substance glyphosate*, 13 EFSA J. 4302 (2015).

71. Evans, S. et al., *The end of the p value?* 60 British Heart J. 177 (1988).

72. Expert Report of Alfred I. Neugut, MD, PHD In Support of General Causation on Behalf of Plaintiffs, In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. May 1, 2017).

73. Expert Report of Dr. Beate Ritz, M.D., Ph.D. In Support of General Causation on Behalf of Plaintiffs, In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. May 1, 2017).

74. Expert Report of Dr. Chadi Nabhan In Support of General Causation on Behalf of Plaintiffs, In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. May 1, 2017).

75. Expert Report of Dr. Christopher J. Portier In Support of General Causation on Behalf of Plaintiffs, In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. May 1, 2017).

76. Expert Report of Dr. Dennis Weisenburger, M.D. In Support of General Causation on Behalf of Plaintiffs, In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. May 1, 2017).

77. Exponent, *Design of Epidemiologic Studies for Human Health Risk Assessment of Pesticide Exposures*, CropLife America (Jan. 4, 2016).

78. Fasal, E. et al., *Leukemia and Lymphoma Mortality and Farm Residence*, 87 Am. J. Epidemiology 267 (1968).

79. Feng, J. & D. Thompson, *Fate of Glyphosate in a Canadian Forest Watershed. 2. Persistence in Foliage and Soils*, 38 J. Agricultural Food Chemistry 1118 (1990).

80. Flower, K. et al., *Cancer Risk and Parental Pesticide Application in Children of Agricultural Health Study Participants*, 112 Envtl. Health Persp. 631 (2004).

81. Freeman, L. et al., *Poultry and Livestock Exposure and Cancer Risk among Farmers in the Agricultural Health Study*, 23 Cancer Causes Control 663 (2012).

82. Fritschi, L. et al., *Occupational Exposure to Pesticides and Risk of Non-Hodgkin's Lymphoma*, 162 Am. J. Epidemiology 849 (2005).

83. Gallagher, R. et al., *Cancer and Aplastic Anemia in British Columbia Farmers*, 72 J. Nat'l Cancer Inst. 1311 (1984).

84. Gelman, A. & E. Loken, *The Statistical Crisis in Science*, 102 American Scientist 460 (2014).

85. Gelman, A. & H. Stern, *The Difference Between "Significant" and "Not Significant" is not Itself Statistically Significant*, 60 The American Statistician 328 (2006).

86. Geng, Z., *Collapsibility of Relative Risk in Contingency Tables with a Response Variable*, 54 J Royal Statistical Society. Series B (Methodological) 585 (1992).

87. Gigerenzer, G., *Mindless Statistics*, 33 J. Socio-Economics 587 (2004).

88. Giovannucci, E. et al., *A comparison of prospective and retrospective assessments of diet in the study of breast cancer*, 137(5) Am J. Epidemiol 502 (1993).

89. Glass, G., *Primary, Secondary, and Meta-Analysis of Research 1*, 5(10) Education researcher 3 (1976).

90. Goldsmith, J. & T. Guidotti, *Environmental Factors in the Epidemiology of Lymphosarcoma*, 12 Pathology Ann. 411 (1977).

91. Good, I. & Y. Mittal, *The Amalgamation and Geometry of Two-By-Two Contingency Tables*, 15 The Annals of Statistics 694 (1987).

92. Goodman, S., *Toward Evidence-Based Medical Statistics. 1: The P Value Fallacy*, 130 Annals of Internal Medicine 995 (1999).

93. Gray, G. et al., *The Federal Government's Agricultural Health Study: A Critical Review with Suggested Improvements*, 6 Human and Ecological Risk Assessment 47 (2000).

94. Green, M. et al., *Reference Guide on Epidemiology In: Reference Manual on Scientific Evidence: Third Edition*, The National Academies Press 597 (2011).

95. Greenland, S., *Nonsignificance Plus High Power Does Not Imply Support for the Null Over the Alternative*, 22 Annals of Epidemiology 364 (2012).

96. Grieve, A., *How to test hypotheses if you must*, 14 Pharmaceutical Statistics 139 (2015).

97. Grube, A. et al., *Pesticides Industry Sales and Usage 2006 and 2007 Market Estimates*, U.S. Environmental Protection Agency, Office of Pesticide Programs (2011).

98. Guyton, K. et al., *Carcinogenicity of Tetrachlorvinphos, Parathion, Malathion, Diazinon, and Glyphosate.* 16(5) Lancet Oncol 490 (2015).

99. Hardell, L. & M. Eriksson, *A Case-Control Study of Non-Hodgkin Lymphoma and Exposure to Pesticides*, 85 Cancer 1353 (1999).

100. Hardell, L. et al., *Exposure to Pesticides as Risk Factor for Non-Hodgkin's Lymphoma and Hairy Cell Leukemia: Pooled Analysis of Two Swedish Case-control Studies*, 43 Leukemia and Lymphoma 1043 (2002).

101. Hardell, L. et al., *Malignant Lymphoma and Exposure to Chemicals, Especially Organic Solvents, Chlorophenols and Phenoxy Acids: A Case-Control Study*, 43 Br. J. Cancer 169 (1981).

102. Hardell, L., *Relation of soft-tissue sarcoma, malignant lymphoma and colon cancer to phenoxy acids, chlorophenols and other agents*, 7 Scandinavian Journal of Work, Env't & Health 119 (1981).

103. Heltshe, S. et al., *Using multiple imputation to assign pesticide use for non-responders in the follow-up questionnaire in the Agricultural Health Study*, 22 Journal of Exposure Science and Environmental Epidemiology 409 (2012).

104. Hoar, S. et al., *Agricultural Herbicide Use and Risk of Lymphoma and Soft-Tissue Sarcoma*, 256 JAMA 1141 (1986).

105. Hoekstra, R. et al., *Probability as certainty: Dichotomous thinking and the misuse of p values*, 13 Psychonomic Bulletin & Review 1033 (2006).

106. Hofmann, J. et al., *Farm Characteristics, Allergy Symptoms, and Risk of Non-Hodgkin Lymphoid Neoplasms in the Agricultural Health Study*, 24 Cancer Epidemiology Biomarkers & Prevention 587 (2015).

107. Hohenadel, K. et al., *Exposure to Multiple Pesticides and Risk of Non-Hodgkin Lymphoma in Men from Six Canadian Provinces*, 8 Int'l J. Envtl. Res. & Public Health 2320 (2011).

108. Hoppin, J. et al., *Accuracy of self-reported pesticide use duration information from licensed pesticide applicators in the Agricultural Health Study*, 12 J. Exposure Analysis & Envtl. Epidemiology 313 (2002).

109. Howe, G. & J. Lindsay, *A Follow-up Study of a Ten-Percent Sample of the Canadian Labor Force. I. Cancer Mortality in Males, 1965-73*, 70 J. Nat'l Cancer Inst. 37 (1983).

110. International Agency for Research on Cancer (IARC), Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans, *Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos* (2015).

111. Jauhiainen, A. et al., *Occupational Exposure of Forest Workers to Glyphosate During Brush Saw Spraying Work*, 52 American Industrial Hygiene Ass'n J. 61 (1991).

112. JMPR, *Pesticide residues in food – 2004: Toxicological evaluations – Toxicological Monographs and Monograph Addenda,* Joint FAO/WHO Meeting on Pesticide Residues (2006).

113. Kachuri, L. et al., *Multiple pesticide exposures and the risk of multiple myeloma in Canadian men*, 133 Intl. J. Cancer 1846 (2013).

114. Kaye, D., *Is Proof of Statistical Significance Relevant?* 61 Washington Law Review 1333 (1986).

115. Klatsky, A. et al., *The confounded relation of coffee drinking to coronary artery disease*, 101(6) Am J. Cardiol 825 (2008).

116. Koutros, S. et al., *An Update of Cancer Incidence in the Agricultural Health Study*, 52 J. Occupational & Envtl. Med. 1098 (2010).

117. Landgren, O. et al., *Pesticide exposure and risk of monoclonal gammopathy of undetermined significance in the Agricultural Health Study*, 113 Blood 6386 (2009).

118. Lash, T., *Bias analysis applied to Agricultural Health Study publications to estimate non-random sources of uncertainty*, 2 J. of Occupational Med. and Toxicology (2007).

119. Lecoutre, M. et al., *Even statisticians are not immune to misinterpretations of Null Hypothesis Significance Tests*, 38 Intl J. Psychology (2003).

120. Lee, W. et al., *Non-Hodgkin's Lymphoma Among Asthmatics Exposed to Pesticides*, 111 Intl. J. Cancer 298 (2004).

121. Lew, M., *Bad statistical practice in pharmacology (and other basic biomedical disciplines): you probably don't know P*, 166 British J. Pharmacology 1559 (2012).

122. Lukaszewicz-Hussain, A., *Role of Oxidative Stress in Organophosphate Insecticide Toxicity-Short Review*, 98(2) Pesticide Biochemistry and Physiology 145 (2010).

123. Maeda, K. et al., *Low Back Pain Related to Bowing Posture of Greenhouse Farmers*, 9 J. Human Ergology 117 (1980).

124. Mandel, J. et al., *Biomonitoring for farm families in the Farm Family Exposure Study*, 31 Scandinavian J. Work, Env't Health 98 (2005).

125. Matthews, J. & D. Altman, *Statistics Notes- Interaction 2: compare effect sizes not P values*, 313 British J. Pharmacology 808 (1996).

126. Mazurek, J. et al., *Lifetime allergic rhinitis prevalence among US primary farm operators: findings from the 2011 Farm and Ranch Safety survey*, Int'l Archives of Occupational and Envtl. Health (2017).

127. McDuffie, H. et al., *Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health*, 10 Cancer Epidemiology, Biomarkers & Prevention 1155 (2001).

128. Milham, S., *Leukemia and Multiple Myeloma in Farmers*, 94 Am. J. Epidemiology 307 (1971).

129. Mink, P. et al., *Epidemiologic studies of glyphosate and cancer: A review*, 63 Reg. Toxicology and Pharmacology 440 (2012).

130. Mink, P. et al., *Epidemiologic Studies of Glyphosate and Non-Cancer Health Outcomes: A Review*, 61(2) Regul Toxicol Pharmacol 172 (2011).

131. Mittal, Y., *Homogeneity of Subpopulations and Simpson's Paradox*, 86 J American Statistical Association 167 (1991).

132. Montgomery, M. et al., *Characteristics of non-participation and potential for selection bias in a prospective cohort study*, 53 Am. J. Indus. Med. 486 (2010).

133. Morabia, A. et al., *Smoking Prevalence in Neighborhood and Hospital Controls: Implications for Hospital-Based Case-Control Studies*, 49 J. Clinical Epidemiology 885 (1996).

134. Morton, L. et al., *Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph non-Hodgkin lymphoma subtypes project*, 48 J. National Cancer Institute Monographs 130 (2014).

135. Myers, J. et al., *Concerns over Use of Glyphosate-Based Herbicides and Risks Associated with Exposures: A Consensus Statement*, 15 Environ Health 19 (2016).

136. National Cancer Institute, SEER Cancer Statistics Review 1975-2013: Table 19.7: Non-Hodgkin Lymphoma, Incidence and mortality rates by age (2016).

137. Neupane, B. et al., *Community controls were preferred to hospital controls in a case-control study where the cases are derived from the hospital*, 63 J. Clinical Epidemiology 926 (2010).

138. Newton, M. et al., *Fate of Glyphosate in an Oregon Forest Ecosystem*, 32 J. Agricultural Food Chemistry 1144 (1984).

139. Niemann, L. et al., *A Critical Review of Glyphosate Findings in Human Urine Samples and Comparison with the Exposure of Operators and Consumers*, 10(1) Journal Fur Verbraucherschutz and Lebensmittelsicherheit 3 (2015).

140. Nordstrom, M. et al., *Occupational exposures, animal exposure and smoking as risk factors for hairy cell leukemia evaluated in a case-control study*, 77 Brit. J. of Cancer 2048 (1998).

141. Occupational Cancer Research Centre, *An Detailed Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma in the North American Pooled Project (NAPP)*, (June 3, 2015).

142. Orsi, L. et al., *Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study*, 66 Occupational and Envtl. Med. 291 (2009).

143. Pahwa, M. et al., *A detailed assessment of glyphosate use and the risks of non-Hodgkin lymphoma overall and by major histological sub-types: findings from the North American Pooled Project*, Occupational Cancer Research Centre (June 10, 2016).

144. Pahwa, M. et al., *An Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma Major Histological Sub-Types in the North American Pooled Project*, Occupational Cancer Research Centre (August 31, 2015).

145. Pahwa, M. et al., *An evaluation of glyphosate use and the risk of non-Hodgkin lymphoma major histological sub-types in the North American Pooled Project (NAPP)* (Sept. 21, 2015) (unpublished article).

146. Pahwa, M. et al., *An Evaluation of Glyphosate Use and the Risks of Non-Hodgkin Lymphoma Major Histological Sub-Types in the North American Pooled Project (NAPP)*, Envtl. Health Persp. (2015).

147. Pahwa, M., *The North American Pooled Project (NAPP): Pooled Analyses of Case-Control Studies of Pesticides and Agricultural Exposures, Lymphohematopoietic Cancers and Sarcoma*, BMJ (2014).

148. Pearce, N. et al., *IARC Monographs: 40 Years of Evaluating Carcinogenic Hazards to Humans.* 123 (6) Environ Health Perspect 507 (2015).

149. Pearce, N. et al., *Malignant Lymphoma and Multiple Myeloma Linked with Agricultural Occupations in a New Zealand Cancer Registry-Based Study*, 121 Am. J. Epidemiology 225 (1985).

150. Pfeiffer, T. et al., *Quantifying Selective Reporting and the Proteus Phenomenon for Multiple Datasets with Similar Bias*, 6 PLos One 1 (2011).

151. Poole, C., *Beyond the Confidence Interval*, 77 American J. Public Health 195 (1987).

152. Portier, C. et al., *Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA)*, 70 J Epidemiology Community Health 741 (2016).

153. Presutti, R. et al., *Pesticide exposures and the risk of multiple myeloma in men: An analysis of the North American Pooled Project*, Int'l J. Cancer (2016).

154. Riihimaki, H., Low-back pain, its origin and risk indicators, 17 Scandinavian J Work Env't. Health 81 (1991).

155. Rinsky, J. et al., *Assessing the Potential for Bias From Nonresponse to a Study Follow-up Interview: An Example From the Agricultural Health Study*, American Journal of Epidemiology (2017).

156. Rose, G., *Sick Individuals and Sick Populations*, 14 Intl. J. Epidemiology 32 (1985).

157. Rothman, K. et al., *Modern Epidemiology* (3rd ed. 2008).

158. Rozeboom, W., *The Fallacy of the Null-Hypothesis Significance Test*, 57 Psychological Bulletin 416 (1960).

159. Ruano-Ravina, A. et al., *Population-based versus hospital-based controls: are they comparable?*, 22 Gaceta Sanitaria 609 (2008).

160. Sadetzki, S. et al., *The limitations of using hospital controls in cancer etiology – one more example for Berkson's bias*, 18 European J. Epidemiology 1127 (2003).

161. Salsburg, D., *The Religion of Statistics as Practiced in Medical Journals*, 39 The American Statistician 220 (1985).

162. Samuels, M., *Simpson's Paradox and Related Phenomena*, 88 J. American Statistical Association 81 (1993).

163. Schinasi, L. & M. Leon, *Non-Hodgkin Lymphoma and Occupational Exposure to Agricultural Pesticide Chemical Groups and Active Ingredients: A Systematic Review and Meta-Analysis*, 11 Int'l J. Envtl. Res. & Public Health 4449 (2014).

164. Schinasi, L. et al., *Insecticide exposure and farm history in relation to risk of lymphomas and leukemias in the Women's Health Initiative observational study cohort*, 25(11) Ann Epidemiol 803 (2015).

165. Schumacher, M., *Farming Occupations and Mortality from Non-Hodgkin's Lymphoma in Utah*, 27 J. Occupational Med. 580 (1985).

166. Shamseer, L. et al., *Preferred reporting items for systematic review and meta-analysis protocols (PRISMA-P) 2015: elaboration and explanation*, 349 BMJ (2015).

167. Simpson, E., *The Interpretation of Interaction in Contingency Tables*, 13 J. Royal Statistical Society. Series B (Methodoligical) 238 (1951).

168. Solomon, K. et al., *Human Health and Environmental Risks from the Use of Glyphosate Formulations to Control the Production of Coca in Colombia: Overview and Conclusions*, 72(15-16) J. Toxicol Environ Health A 914 (2009).

169. Solomon, K., *Glyphosate in the General Population and in Applicators: A Critical Review of Studies on Exposures*, 46(Supp) Crit Rev Toxicol 21 (2016).

170. Sorahan, T., *Multiple Myeloma and Glyphosate Use: A Re-Analysis of US Agricultural Health Study (AHS) Data*, 12 Int'l J. Envtl. Res. & Public Health 1548 (2015).

171. Sterne, J., *Sifting the evidence-what's wrong with significance tests?*, 322 British Medical J. 226 (2001).

172. Stroup, D. et al., *Meta-analysis of Observational Studies in Epidemiology*, 283 JAMA 2008 (2000).

173. Suarez, F. & M. Lecruit, *Infection-associated non-Hodgkin lymphomas*, 21 Clinical Microbiology Infection 991 (2015).

174. Swan, S. et al., *Reporting and selection bias in case-control studies of congenital malformations*, 3(4) Epidemiology 356 (1992).

175. Tarone, R., *On the International Agency for Research on Cancer Classification of Glyphosate as a Probable Human Carcinogen*, Eur J. Cancer Prev (2016).

176. The International Agency for Research on Cancer [IARC], *List of Participants*, Vol. 112 (Mar. 3-10, 2015).

177. Thomas, K. et al., *Assessment of a pesticide exposure intensity algorithm in the agricultural health study*, 20 J. Expo. Sci. Environ Epidemiol. 559 (2010).

178. Thompson, B., *The "significance" crisis in psychology and education*, 33 J Socio-Economics 607 (2004).

179. Trafimow, D. & M. Marks, *Editorial*, 37 Basic and Applied Social Psychology 1 (2015).

180. Van Tulder, M. et al., *Updated method guidelines for systematic reviews in the Cochrane Collaboration Back Review Group.* 28 Spine 1290 (2003).

181. Varona, M. et al., *Effects of Aerial Applications of the Herbicide Glyphosate and Insecticides on Human Health*, 29(3) Biomedica 456 (2009).

182. Videotaped Deposition of Aaron Earl Blair, Ph.D., In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. Mar. 20, 2017).

183. Videotaped Deposition of Alfred Neugut, M.D., Ph.D., In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. Aug. 7, 2017).

184. Videotaped Deposition of Beate Ritz, M.D., Ph.D., In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. Sept. 18, 2017).

185. Waddell, B. et al., *Agricultural use of organophosphate pesticides and the risk of non-Hodgkin's lymphoma among male farmers (United States)*, 12 Cancer Causes and Control 509 (2001).

186. Walker, A., *Reporting the Results of Epidemiologic Studies*, 76 American J. Public Health 556 (1986).

187. Walker, E. et al., *Meta-analysis: Its strength and limitations.* 75 Cleveland Clinic Journal of Medicine 53 (2008).

188. Wang, S. et al., *Associations of Non-Hodgkin Lymphoma (NHL) Risk with Autoimmune Conditions According to Putative NHL Loci*, 181 Am J. Epidemiology 406 (2015).

189. Ward, E., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study: An Epidemiologic Perspective*, 110(5) J. Natl. Cancer Inst. djx247 (2018) (Published Online Nov. 15, 2017).

190. Weber, J. et al., *Étude de l'exposition professionnelle des travailleurs forestiers exposés au glyphosate*, Centre de Toxicologie du Québec (1988).

191. Weichenthal, S. et al., *A Review of Pesticide Exposure and Cancer Incidence in the Agricultural Health Study Cohort*, 118 Envtl. Health Persp. 1117 (2010).

192. Weisenburger, D., *Environmental Epidemiology of Non-Hodgkin's Lymphoma in Eastern Nebraska.* 18(3) Am J. Ind Med 303 (1990).

193. Weisenburger, D., *Lymphoid Malignancies in Nebraska: A Hypothesis.* 70(8) Nebr Med J. 300 (1985).

194. Weisenburger, D., *Pathological Classification of Non-Hodgkin's Lymphoma for Epidemiological Studies*, 52(19 Supp) Cancer Res 5456s (1992).

195. Wiklund, K. et al., *A Swedish cancer-environment register available for research*, 7 Scandinavian J. Work Env't & Health 64 (1981).

196. Williams, G. et al., *Glyphosate Rodent Carcinogenicity Bioassay Expert Panel Review*, *46(Supp)* Crit Rev Toxicol 44 (2016).

197. Williams, R. et al., *Associations of Cancer Site and Type With Occupation and Industry From the Third National Cancer Survey Interview*, 59 J. Nat'l Cancer Inst. 1147 (1977).

198. Woodburn, A., *Glyphosate: production, pricing and use worldwide*, 56 Pest Management Science 309 (2000).

199. Yates, W. et al., *Drift of Glyphosate Sprays Applied with Aerial and Ground Equipment*, 26 Weed Science 597 (1978).

200. Zahm, S. et al., *A Case-Control Study of Non-Hodgkin's Lymphoma and the Herbicide 2,4-Dichlorophenozyacetic Acid (2,4-D) in Eastern Nebraska*, 1 Epidemiology 349 (1990).

201. Zhang, C. et al., *Health effect of agricultural pesticide use in China: implications for the development of GM crops*, Scientific Reports (2016).