# Exhibit 13



AHS Imputation Methodology
NCI (2018) – Sensitivity Analysis I

EXHIBIT 30-12
Ritz
Date: 1/19/2018
Reporter: Lisa Moskowitz
CSR 10816, RPR, CRR, CLR

1974  1993  1997  1999  2005  2013

Phase 1 Survey (1993 – 1997)

Exposure data on 54,251 individuals

Health Outcome

NHL RR (highest exposure quartile) = 0.82 (0.62 – 1.8)