# Exhibit 14

