**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
Heather A. Pigman (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:   202-898-5800
Fax:   202-682-1639
Email: jhollingsworth@hollingsworthllp.com
       elasker@hollingsworthllp.com
       mcalhoun@hollingsworthllp.com
       hpigman@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | |

**MONSANTO COMPANY'S NOTICE OF FILING OF EXPERT DEPOSITION TRANSCRIPTS AND EXPERT REPORT NOT PREVIOUSLY FILED**

Please take notice that Monsanto Company hereby submits:

1.      Deposition Transcript of Jay Irwin Goodman, Ph.D., (September 22, 2017), first cited in Plfs' (1) Resp. in Opp. to Monsanto Co.'s *Daubert* and Summ. J. Mtn. Based on Failure of General Causation Proof and (2) *Daubert* Mtn. To Strike Certain Ops. of Monsanto Co.'s Expert Witnesses at 1, ECF. No. 647, but not attached thereto.  A copy of the transcript is attached hereto as Exhibit 1.

2.      Expert Report of William H. Fleming, M.D., Ph.D., in support of Monsanto Co.'s Notice of Mot. & *Daubert* & Summ. J. Mot. Based on Failure of Gen. Causation, ECF No. 545 (hereinafter "Mtn.").  A copy of the report is attached hereto as Exhibit 2.

3.      Deposition Transcript of William H. Fleming (September 19, 2017), in support of

1 | Monsanto's Mtn.  A copy of the transcript is attached hereto as Exhibit 3.

3 | DATED: February 20, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (pro hac vice)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (pro hac vice)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (pro hac vice)
(mcalhoun@hollingsworthllp.com)
Heather A. Pigman (pro hac vice)
(hpigman@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY