# Exhibit 2

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC<br><br>MDL No. 2741 |
| This document relates to:<br><br>ALL ACTIONS | |

**EXPERT REPORT OF WILLIAM FLEMING, M.D., Ph.D.**

July 31, 2017

I am currently a Professor of Medicine & Pediatrics at Oregon Health & Science University. I received my M.D., Ph.D. degrees from the University of Manitoba and completed my internship, medical residency and fellowship in medical oncology at Stanford University.  I became board certified in Internal Medicine in 1995 and Medical Oncology in 2000.   I was an Assistant Professor of Medicine at Emory University before moving to Oregon Health & Science University, where I was promoted to Associate Professor in 2001 and to Full Professor in 2008. From 2010 to 2015, I served as the Leader of the Hematologic Malignancies Program for the Cancer Center Support Grant for the Knight Cancer Institute at Oregon Health & Science University.

My research interests are focused on normal and malignant blood cells including leukemia, lymphoma and related blood cancers.  In addition to clinical manuscripts, I have published more than 50 peer-reviewed scientific manuscripts in the field of experimental hematology.  I have been a member of various professional organizations, including The American Society of Hematology, American Society of Blood and Bone Marrow Transplant, The International Society of Experimental Hematology, and The International Society for Stem Cell Research.

I have served as a regular member of the American Cancer Society: Leukemia, Immunology & Blood Cell Development Study Section (2001-2005).  I have been a regular member of the Molecular and Cellular Hematology Study Section (2008-2009), a group that routinely reviews grant applications related to blood cancers.  I also have served as an ad hoc reviewer on numerous NIH study sections and international study sections for research related to normal and leukemic blood cells. I have participated on study sections that review National Cancer Institute funded Cancer Centers and currently I am an ad hoc reviewer for National Cancer Institute subcommittee that evaluates physician-scientist trainees.  During an average year, I participate on between 3 to 5 NIH study sections, special emphasis panels or related review activities.  I regularly review manuscripts on hematopoietic malignancies and stem cell biology for several journals including the New England Journal of Medicine, Science, Nature, Nature Medicine, Journal of Clinical Investigation, Blood, Proceedings of the National Academy of Sciences, Stem Cells, and Experimental Hematology.

For more than 20 years, I have served as an attending physician on the Bone Marrow Transplant / Leukemia service at Emory University and Oregon Health & Science University and as an attending physician in Hematology/Oncology at the Portland Veterans Administration Hospital.  During this time, my practice has been focused exclusively on the care of patients with blood cancers.  Throughout my career I have participated in the diagnosis and treatment of hundreds of patients diagnosed with a non-Hodgkin's Lymphoma (NHL).  This includes patients with aggressive forms of NHL that require stem cell transplants and others with more indolent subtypes that only require close observation.  I have also taught classes on normal and malignant blood cell development to medical students, residents and fellows at Emory and OHSU.  Details of my education, research, training and publications are provided in the attached curriculum vitae. (Attachment A)

I am being compensated at a rate of $600 per hour.  During the past four years, I have not testified as an expert witness.  Unless otherwise stated, all opinions expressed in this report are to a reasonable degree of scientific certainty and I reserve the right to supplement my report as new information becomes available.

July 31, 2017

## Lymphocytes: Key cellular component of the immune system

Stem cells in the bone marrow give rise to all the major cell types found in the blood throughout the life of an individual.  Lymphocytes represent about one third of the total white blood cells and are a key component of the immune system.  In addition to circulating in the blood, lymphocytes are the major cell type found in the spleen and in the lymph nodes (Figure1). Lymphocytes are typically long-lived cells that are responsible for protecting against infection and these immune cells are increasingly recognized to play a role in the development of cancer. These cells are functionally divided into 2 major subtypes.   B-lymphocytes are the cells responsible for producing antibodies against targets (antigens) found on a variety of infections agents including bacteria and viruses.  A second subset of lymphocytes referred to as T-cells function to help B-cells make these antibodies and some of these T-cells are also capable of directly attacking and killing the infectious agents.



**Figure1. Lymphocytes and the lymphatic system**. Originating from bone marrow stem cells, lymphocytes are found in the blood (blue), lymph nodes (green) and the spleen (purple).

The coordinated response of B-cells and T-cells to antigens and other triggers is essential to provide immunity to many different types of infections. Antibodies produced by B-cells have also been engineered to kill cancer cells most notably in patients with lymphoma and breast cancer.  A promising new therapy involves blocking mechanisms that inhibit T-cell function as this markedly enhances the immune response to melanoma, lung cancer and other tumors

If the immune system loses its capacity to regulate itself, instead of normally responding to the challenges of infections it may inappropriately react to normal tissues. Collectively, these disorders are referred to as autoimmune diseases. These abnormal immune cell interactions can produce significant inflammation in tissues throughout the body. Well known examples of autoimmunity include the inflammation of the joints that occurs in patients with rheumatoid arthritis and related diseases.   Autoimmunity has also been associated with inflammatory bowel diseases including ulcerative colitis and Crohn's disease. Other examples of immune related diseases include systemic lupus erythematosus and Sjögren's syndrome. A history of autoimmunity is clinically relevant as several autoimmune diseases are known to be associated with a significantly increased risk for the development of cancer. Importantly, lymphocytes themselves can be come malignant then grow in an uncontrolled manner and accumulate in the blood, lymph nodes and spleen. These malignant lymphocytes are cancers of the immune system itself and are referred to as lymphoma.



Copyright © 2006 Nature Publishing Group
Nature Reviews | Immunology

**Figure 2. Lymphocyte interactions during the normal immune reponse**. In response to an infectious agent (antigen or other trigger), T-cells help B-cells make antibodies and B-cells process and present antigens causing a T-cell response.

2

July 31, 2017

## Non-Hodgkin's Lymphoma

In 1832, Thomas Hodgkin discovered that the accumulation of large numbers of abnormal lymphocytes could lead to enlargement of the lymph nodes or lymphoma.  This was an important finding, as enlarged lymph nodes were previously thought to be caused by either infection or from metastatic cancer that had spread to the lymph nodes from breast cancer, colon cancer or other solid tumors.  Additional research revealed a unique cell type under the microscope, characteristic contiguous patterns of lymph node involvement and high frequency of patients in their late teens and early twenties.  This disorder came to be known as Hodgkin's disease and later Hodgkin's lymphoma.  Over time it was recognized many patients with lymphoma did not meet the original diagnostic criteria for Hodgkin's lymphoma and this entire group of diseases became known as non-Hodgkin's lymphoma or NHL.  Population based studies in the U.S. reveals that NHL occurs almost 9 times more frequently than Hodgkin's disease and today NHL is the seventh most common cancer.  The American Cancer Society (ACS) estimates there will be 72,000 new cases of NHL in the United States in 2017.  The most recent ACS data also estimates that adult men and women have approximately a 2% chance of developing NHL during their lifetime.

Over the past 3 decades it has been increasingly recognized that NHL is a highly diverse group of lymphoid tumors. The 2016 update of the classification of lymphoid tumors by the World Health Organization now recognizes more than 60 distinct subtypes of NHL.  This classification system is of practical importance because of the remarkable differences between these NHL subtypes.  The clinical behavior of NHL ranges from aggressive, high grade tumors that without treatment can lead to death in a matter of weeks to months (Burkitt's lymphoma) to indolent diseases such as follicular lymphoma and small lymphocytic lymphoma where long-term observation without therapy is standard management in the majority of patients.  For these reasons the term NHL is not specific enough to either determine prognosis or to guide therapy in individual patients.  Although the classification of NHL subtypes continues to evolve, the historical classification of NHL remains useful in order to study the incidence and demographics of patients with NHL over time.

## NHL Trends in the U.S.

In order to better understand how NHL impacts the U.S. population, it is helpful to evaluate the annual incidence on a nationwide basis.  The U.S. Surveillance, Epidemiology, and End Results (SEER) Program administered by the National Cancer Institute collects detailed information on cancer statistics as part of a national effort in an effort to reduce the cancer burden in the U.S.  In addition to leadership in the science of cancer surveillance, SEER provides a number of analytical tools for interpreting and disseminating reliable population-based statistics.  This robust data set is publically available along with well-established analytical tools that allow investigators to ask specific questions about the incidence, age at diagnosis and mortality of NHL (https://seer.cancer.gov/resources/).  Detailed demographic data from 2008-2012 is also available and this data set can be used to evaluate the incidence of NHL at both the state-wide level and at the county level throughout the U.S.  (https://gis.cancer.gov/geoviewer/ ).

July 31, 2017

The SEER 9 database includes NHL cases from 1975 through 2014 and shows the changing incidence of NHL over this time interval.  As shown in Figure 3A, between 1975 and 1990 the annual incidence of new cases of NHL per year in the U.S in persons over 50 years of age increased from 30 per 100 thousand to 50 per 100 thousand or about 66%.  During the next 15 year interval, the incidence of NHL increased more modestly from 50 to 64 per 100 thousand and by 2004 it began to plateau before beginning to slowly decline over the next 10 years.  For younger individuals, between 20 and 49 years of age, even more dramatic changes in incidence were observed. Between 1980 and 1990 the incidence doubled, increasing from 5 per 100 thousand to 10 per 100 thousand.  By 1997 the incidence of NHL had declined by about 25% then it plateaued followed by a further decline that continued through 2014.



**Figure 3. SEER data for the incidence of NHL** in the U.S. population between 1975 and 2014. Panel A: individuals > 50 years of age. Panel B: individuals 20-49 years of age.

One theory some experts have offered to explain part of the increased in incidence in NHL from 1975 through 2003 in adult over 50 years of age is the exposure to extrinsic factor(s).  The observed plateau in NHL incidence beginning in about 2004 followed by a decline over through 2014 could potentially be explained by i) a decrease in the presence of extrinsic factor(s) that previously increased the risk for NHL, ii) the introduction of new external factor(s) that in some way protect against the development of NHL or iii) a combination of both i) and ii).  To date, I am not aware of any data that identifies any specific extrinsic factors that are definitively responsible for the initial rise and subsequent decline in the incidence of NHL during this almost 40 year time interval.

July 31, 2017

## The Etiology of Lymphoma

It is generally accepted that most cancer results from the gradual accumulation of gene mutations over time. Consequently, the greatest risk factor for developing most types of cancer is aging. The question of what causes these mutations is of considerable interest to the cancer research community. In the case of lung cancer, the influence of cigarette smoking has been well documented by epidemiological studies. Additionally, the important role of inherited genes is apparent from many studies that have identified several different genes that predispose family members to develop cancer. Although both genetics and external agents certainly play an important role in the etiology of cancer, it has long been appreciated that they do not account for the majority of cancers. Recently, researchers have utilized international cancer databases, cancer genome sequencing and epidemiologic data to address this important question. These investigators have found that random, unavoidable gene mutations that accumulate over time are likely to be responsible for about two-thirds of the mutations in human cancer (Tomasetti et. al. Nature 2017).

For the great majority of patients, the cause of their NHL is unknown. Unlike breast cancer, ovarian cancer and colon cancer, a family history of NHL is uncommon. Although an increasing number of gene mutations have been identified as driving the development of several cancers, to date, none have been definitively identified for NHL. There are however, several well established risk factors for NHL. These are useful to review as they define the magnitude of the increased risk for certain groups of individuals. Furthermore, they help define the time interval required for the development of NHL, a time period known as latency.

Aging is one of the most important risk factors for developing NHL. In 2014, the incidence of NHL was ~7 cases per 100,000 people for individuals between 20-50 years of age while the incidence in individuals over 50 years of age was 8.6-fold higher or 60 cases per 100,000. (See Figure 3 above). Defects in the immune function are an important risk factor for developing several types of cancer including NHL. Impaired immune function can result from a number of causes including i) inherited genetic disorders; ii) autoimmune diseases such as systemic lupus erythematosus and iii) the use of immunosuppressive drugs. The risk of developing NHL in certain subsets of patients with immune dysfunction is often increased 5-fold and in certain circumstances the risk may exceed 20-fold. In some clinical settings, this increased risk can be observed as early as one year after the onset of immune dysfunction and it may persist for many years.

In addition to the factors listed above that strongly increase the risk for developing NHL, other risk factors have been identified. Viral infections are also known to play a role in NHL in certain patient populations. For example Hepatitis C infection causes inflammation of the liver and this is associated with a 1.8-fold increased risk for developing NHL. Although NHL does not run in families, if any first degree relative has any form of blood cancer, this increases the overall risk of NHL by about 2-fold. Other potential risk factors continue to be identified, particularly for specific NHL subtypes.

July 31, 2017

**Latency of NHL**

It is well established that some patients with non-blood cell tumors who have previously treated with chemotherapy and or radiation therapy later develop second cancers of the blood.  These secondary cancers are thought to be due to direct DNA damage of blood stem cells and their progeny.   DNA damage accumulates in normal blood cells and can lead to malignant transformation over time.  The blood cells that typically become malignant are from the myeloid blood cell lineage, a family of blood cells that are biologically very distinct from lymphocytes. Myeloid cancer, predominately acute myeloid leukemia and a form of pre-leukemia known as myelodysplastic syndrome usually develops between 6-9 years after cancer therapy.  This time delay between exposure to DNA damaging chemotherapy/radiation and the onset of a secondary blood cancer is referred to as latency.

In contrast to acute myeloid leukemia or myelodysplastic syndrome, NHL does not typically occur after treatment for non-blood cell cancers.  However, it has long been recognized that patients treated for Hodgkin's lymphoma with chemotherapy and/or radiation therapy have an increased risk for developing NHL (Krikorian et. al. 1979).  Analysis of multicenter, long-term survivor data from cancer registries reveals that NHL occurs in about 5% of Hodgkin's lymphoma patients and arises as soon as 5 years after treatment and the increased risk peaks at about 10 years (Krishnan et. al. 2007). Secondary NHL has also been reported in children and adolescents after cancer treatment.  This treatment related NHL occurs with a latency period of about 6 years (Landmann et. al. 2008). Outside of the context of prior chemotherapy/radiation therapy and immune suppression, the latency of NHL is unknown. However, based on the available data, 6 to 10 years is certainly a reasonable time interval to begin to evaluate the role of specific exposures on the incidence of NHL.

## Agricultural workers and the risk of developing NHL

Despite having a healthy lifestyle and a low overall mortality, it has been observed that agricultural workers are at an increased risk for developing several types of cancer including brain tumors, prostate cancer, multiple myeloma and NHL.  Some experts have hypothesized that certain occupational exposures may explain these higher rates of these cancers in farmers and these exposures may potentially influence cancer rates in the general population.  Studying this problem can be challenging as agricultural workers are often exposed to a wide range of chemicals over the course of several years.  The complexity of this problem was part of the impetus for NIH to conduct a large prospective study of cancer in agricultural workers in 1993 called the Agricultural Health Study.  This study has enrolled than about 89,000 farmers and their spouses and continues to provide valuable information about the incidence of specific cancers and other health outcomes.  Results of this study as it pertains to the risk of developing NHL will be reviewed below.

July 31, 2017

**Total glyphosate usage and the risk of developing NHL**

As part of my expert opinion on NHL, I was asked to comment on whether glyphosate was potentially associated with an increased risk of developing NHL.  To begin to evaluate this question, I examined data for the total usage of glyphosate in the U.S. (USGS) and compared this to the overall incidence of NHL (SEER9) from 1975 through 2014. Glyphosate was initially registered in the U.S. in 1974.  Therefore, assuming a 10 year latency period, glyphosate cannot be implicated in the ~38% increase in the incidence of NHL seen between 1975 and 1985 (Figure 3.). By 1990 the annual usage of glyphosate in the U.S. had increased from 1.4 million lbs. to 15 million lbs.  Annual usage increased further to 40 million lbs. by 1995 and then to 98 million lbs. in 2000. By 2014, a full 14 years after the annual usage of glyphosate reached 98 million lbs., the annual incidence of NHL continued to slowly decline.

In summary, although the annual usage of glyphosate in the U.S. increased 70-fold from 1974 to 2000, after a 10 year latency following this high rate of usage, the incidence of NHL has actually decreased.  This finding is the opposite of the anticipated result if total glyphosate use was associated with an increased risk of developing NHL.  It is worth noting that although this analysis evaluates the temporal relationship between total glyphosate usage and the overall incidence of NHL, it does not take into account any regional differences in either glyphosate usage or NHL incidence.  These are potentially important variables that will be considered in the next section.

**Regional differences in glyphosate usage and the incidence of NHL**

In order to identify potential correlations between regional differences in glyphosate use and NHL incidence, it is important to examine databases that provide a nation-wide map of these variables.  To address the question of regional glyphosate use, data from the U.S. Geological Survey (USGS) was evaluated. The USGS National Water-Quality Assessment Project (NAWQA) provides annual pesticide use maps of the U.S. from 1992 through 2014.  Where available, estimates for the amount of glyphosate used per square mile nationwide are provided using 4 defined levels namely i) < 4.52 lbs; ii) 4.52 – 21.12 lbs. iii) 21.13 – 88.06 lbs. and iv) >88.06 lbs. Plotting these 4 levels of glyphosate usage throughout the U.S. provides a visual representation of the annual amount of glyphosate used (Figure 4).  This data indicates the highest levels of usage (>88 lbs.) on the west coast of the U.S. are in eastern Washington, eastern Oregon and the central valley of California.  Heavy annual glyphosate usage was also found throughout the Midwest, in Texas and along the Mississippi River Valley to the Gulf coast. A similar pattern of high usage was observed along the eastern seaboard extending from southern New York into Florida.  As would be expected, high levels of glyphosate use are found throughout the major agricultural regions across the nation.

7

July 31, 2017



**Figure 4: Glyphosate Use in the U.S. (2000)**



**Figure 5: NHL Incidence by County**

A useful feature of the SEER database is that it can provide age-adjusted incidence rates and mortality rates for various cancers by county. Using the SEER Geoviewer tool, the incidence of NHL in the U.S. can be visualized on a county by county basis from 2008 through 2012. The incidence rates for NHL are indicated by 4 color coded groups ranging from a low of 7.4 cases per 100,000 person per year to up to 52.7 cases per 100,000 persons per year. (Figure 5; Counties with no evaluable data are shown in grey). Comparing the patterns seen in Figure 4 and Figure 5 provides a detailed visual representation of glyphosate use in 2000 that can be compared to the incidence of NHL up to 12 years later. On the west coast of the U.S., the most prominent region of high glyphosate use is the central valley of California, one of the largest agricultural areas in the nation. This area includes the counties of Sacramento, San Joaquin and Fresno, all of which have relatively high glyphosate usage but also have relatively low incidences of NHL (blue and yellow). By contrast, Marin and San Mateo County counties include several major urban areas in the San Francisco Bay area that have a high incidence of NHL (red) but relatively low usage of glyphosate.

In Washington State, glyphosate use is concentrated in agricultural areas of eastern Washington while conversely, the highest incidences of NHL are found mostly clustered in western Washington, particularly King, Snohomish and surrounding counties. This region encompasses several large urban centers including Tacoma, Seattle and Everett with low

July 31, 2017

glyphosate usage.   Additional inverse correlations are found in the north eastern U.S. with modest usage of glyphosate in northern Maine but high incidences of NHL in these counties. Significant agricultural activity occurs in the southeastern U.S. and this extends deep into Florida.  These areas typically show a high use of glyphosate along with a modest incidence of NHL. Similar patterns are seen in the lower portion of the Mississippi river valley.  Parts of the midwestern U.S. are challenging to evaluate as there is incomplete county level data for the incidence of NHL in the SEER data base.   Overall, the data shown above indicates that incidence of NHL generally appears to be highest in urban and suburban areas with modest glyphosate usage while major agricultural regions, that often have with a ≥ 20-fold usage of glyphosate have relatively low incidences of NHL.   A similar nation-wide distribution of glyphosate usage in the USGS, NAWQA database is observed going back as far as 1992.  In summary, these findings are essentially the opposite of what would be expected if glyphosate exposure was positively associated with the risk of developing NHL in a dose dependent manner.

## Studies of Glyphosate and the Risk of NHL

To date, there has been only one prospective study that has investigated the risk of NHL associated with exposure to glyphosate.  The Agricultural Health Study (AHS) is a prospective cohort study that enrolled 57,311 licensed pesticide applicators from 1993 through 1997 (De Roos et. al. 2005) with follow up through the end of 2001.  The investigators studied the relationship between glyphosate exposure and the incidence of all cancers combined as well as 12 common cancer subtypes.  The important issue of exposure dose was evaluated using both cumulative lifetime days of use and intensity-weighted cumulative exposures.  Glyphosate exposure was not associated with an increased risk of developing cancer overall. Specifically for NHL, the RR was 1.1 (95% CI 0.7-1.9) and this risk did not increase with increasing levels of glyphosate exposure.

Some have criticized this study claiming that the median follow-up time was only 6.7 years and that a longer follow up period may be necessary to observe an increased incidence of NHL following glyphosate exposure. It is important to note that the median exposure time of subjects prior to enrolling in this study was an average of 15 years. In other words, these study subjects had ~20 years of total occupational exposure when this data was analyzed.  This time period is more than adequate to allow for the expected latency for NHL.

A review of the medical literature revealed additional follow up data from the AHS study that focused on the risk of developing NHL.   Prompted by prior studies suggesting an inverse correlation between allergies and NHL, the AHS investigators confirmed a significant reduction in NHL in farmers and spouses with allergic rhinitis (HR=0.63, 95% CI=0.51–0.79) and following exposures to either soybeans or stored grain (Hofmann et. al. 2015).  This study also showed that growing up on a farm through 18 years of age was associated with an increased risk of NHL (HR=1.51, 95% CI=1.15–1.98).  As approximately half of AHS study participants were less than 50 years old in 1993, study participants, on average would have reached 18 years of age

July 31, 2017

by 1961. This is more than a decade before glyphosate was registered in the U.S. in 1974. Consequently, glyphosate exposure cannot be implicated with increased risk of NHL observed in individuals who grew up on a farm. A second manuscript from the AHS study focused on NHL after exposure to 26 pesticides (Alavanja et. al. 2014). This study found an increased risk of certain NHL subtypes associated with exposure to DDT, lindane, permethrin, diazinon and terbufos. The authors concluded that while pesticides from different chemical and functional classes were associated with an increased risk of NHL, not all members of a class were associated with an elevated risk of total NHL or its subtypes.

Recently, I was provided with the copy of a draft manuscript entitled "Lymphoma risk and pesticide assessment in the Agricultural Health Study" by Alavanja et. al. dated March 15, 2013. This was marked at the deposition of Dr. Aaron Blair, which I have also reviewed. At his deposition, Dr. Blair noted that this manuscript analyzed all primary NHL cases through December 31, 2008 adding an additional 7 years to the original follow up period. Dr. Blair also noted that this research captured another five years of exposure data.  As expected, the incidence of NHL increased significantly with increasing age in the AHS cohort by 2008. The total number of cases of NHL more than tripled from 92 to 333 between the 2001 and 2008 analysis. When other occupational factors were evaluated, the number of livestock on the farm and the use of farm equipment with diesel engines showed a significantly increased risk for developing NHL. However, when the lifetime days of exposure or intensity-weight exposure of glyphosate was examined, the RR for developing NHL was between 0.8 and 1.0 and the trend was not significant (Table 2 in March 2013 draft). When subtypes of NHL were evaluated, most major subtypes showed a trend towards a decreased risk of NHL at the highest doses of glyphosate (RR= 0.6 to 0.7); this did not reach statistical significance with the exception of diffuse large B-cell lymphoma (DLBCL; P trend= 0.05). It is important to note that this this draft manuscript evaluated a total of 50 compounds and in contrast to glyphosate, 8 chemically diverse compounds were significantly associated with an increased risk of specific subtypes of NHL. A subset of the results in this draft manuscript evaluating the increased risk of NHL after exposure to 5 pesticides was published in 2014 (Alavanja et. al. 2014; see above). In summary, with a minimum of follow up of 13.7 years in the AHS, there was a borderline significant inverse association with glyphosate exposure in the diffuse large B-cell lymphoma subtype of NHL. No positive associations were observed.

**Summary**

Some experts have used the Bradford-Hill criteria to make the argument that glyphosate exposure increases the risk of NHL. However, applying the Bradford-Hill elements of specificity, temporality, and the presence of a biological gradient to the available data on glyphosate does not support this conclusion.

- There was a steep rise in the incidence of NHL incidence between 1975 and 1985. No etiologic agent has been identified, however assuming a latency of $\geq$10years, any related exposures would have occurred many years before glyphosate was introduced in 1974. Consequently there is no temporal relationship between glyphosate and NHL during this time period and other unknown factors must be responsible.

July 31, 2017

- From the time of its registration in 1974 through the year 2000, the total usage of glyphosate increased more than 70-fold while the incidence of NHL nationwide actually peaked then declined. Allowing for a 10 year latency period, this is the opposite of the expected result if glyphosate increased the risk of developing NHL.

- Regional differences in the usage of glyphosate in the U.S. at the county level can vary by more than 20-fold, yet many of the counties with the highest usage of glyphosate have a relatively low incidence of NHL. This data further argues against a relationship between glyphosate exposure and an increased risk of developing NHL.

- The AHS, the only prospective cohort study of glyphosate and NHL, examined more than 57,000 subjects and did not show an increased risk of NHL following glyphosate exposure. Analysis of the data does not support an increased risk for NHL overall, while a subset analysis of diffuse large B-cell lymphoma reveals a trend towards a decreased risk with increasing glyphosate exposure.

Based on my expertise, and after reviewing the documents I have been provided in addition to my review of the medical literature, I conclude with a reasonable degree of medical certainty that the available evidence does not support the conclusion that glyphosate exposure increases the risk of developing NHL.

_____
William Fleming, M.D., Ph.D.

DATED: July 31, 2017

# CURRICULUM VITAE
## June  2017

### William Harvard Fleming M.D., Ph.D.

## PRESENT POSITION AND ADDRESS

Academic Rank:        Professor
Department/Division:  Department of Medicine & Pediatrics
                      Papé Family Research Institute
                      Oregon Stem Cell Center
                      Knight Cancer Institute
                      Department of Cell & Developmental Biology
Professional Address: MC L321, 3181 SW Sam Jackson Park Rd, Portland, OR 97239
Email Address:        flemingw@ohsu.edu
Office Phone:         503-494-1554

## EDUCATION

### Undergraduate and graduate:

| | |
|---|---|
| B.A.   Philosophy, University of Winnipeg, Winnipeg, Manitoba, Canada | 1979 |
| M.D.  Ph.D., Faculty of Medicine, Joint M.D./Ph.D. Program, | 1987 |

University of Manitoba, Winnipeg, Manitoba.  Thesis Title:  *Human Growth Hormone Mediated Oncogene Expression in Nb2 Lymphoma Cells.*  Research Supervisors: Drs. Henry Friesen and Robert J. Matusik.

### Postgraduate:

| | |
|---|---|
| Intern and Medical Resident, Stanford University Hospital | 1987-1989 |
| Oncology Fellow, Stanford University Medical Center | 1989-1993 |
| Postdoctoral Fellow, Stanford University, Stanford, CA | 1990-1993 |
| (Stem Cell Biology: Mentor Irving L. Weissman) | |

**Licenses:** Oregon Medical License (MD20761); California Medical License (A45492)

**Current ABIM Board Certification:**  Medical Oncology

## PROFESSIONAL EXPERIENCE

### Faculty Appointments:

| | |
|---|---|
| Assistant Professor of Medicine, Emory University | 1993-1997 |
| Assistant Professor, Winship Cancer Center, Emory University | |
| Adjunct Assistant Professor, Department of Microbiology and Immunology | |
| Adjunct Assistant Professor, Yerkes Regional Primate Center | |
| Assistant Professor of Medicine, Oregon Health & Sciences University | 1997-2001 |

W.H. Fleming, MD, PhD                                                                06/2017

Adjunct Assistant Professor, Department of Cell and Developmental Biology
Adjunct Assistant Professor, Department of Microbiology and Immunology
Oregon Health & Sciences University
 Member Oregon Cancer Institute

Associate Professor of Medicine                                                      2001-2008
Adjunct Associate Professor, Department of Cell and Developmental Biology
Adjunct Associate Professor, Department of Microbiology and Immunology
Oregon Health & Sciences University
Member, Oregon Cancer Institute

Professor of Medicine (Tenured )                                                     2008- Present
Professor of Pediatrics                                                              2010- Present

Adjunct Professor, Department of Cell and Developmental Biology                       2008- Present
Adjunct Professor, Department of Microbiology and Immunology
Oregon Health & Science University
Member,  OHSU Knight Cancer Institute

Member, Oregon Stem Cell Center                                                      2004- Present
Hematologic Malignancies Program
OHSU Knight Cancer Institute                                                         2004- Present

**Administrative and Hospital Appointments**:

Attending Physician BMT Program, Emory University Hospital                           1993-1997
Attending Physician, Grady Memorial Hospital, Atlanta GA
Attending Physician Leukemia/BMT Program, OHSU                                       1997-2013
Staff Physician (WOC), Hematology/Oncology Portland VA                               2015-present
Director, Molecular Hematology Training Grant (T-32)                                 2006-2010
Leader, Hematologic Malignancies Program, Knight Cancer Institute                    2010-2015
Director, Pediatric Clinical Trials Office, OHSU                                     2013-2017

**SCHOLARSHIP**

**Area(s) of Research/Scholarly Interest:**

Hematopoietic stem cells, leukemia stem cells, endothelial cells, hematopoietic microenvironment

**Ongoing Research Support:**

R01DK109694-01A1                     Fleming (PI)                    07/01/16-05/31/21

*Rcor1 Regulates Myelomonocytic Progenitor Cell Fate*. The goal of this proposal is to identify Rcor1 targets that can be used to restore the normal differentiation program of myelomonocytic progenitor cells.

2P01HL048546-21A1                    Fleming (Core Director)         09/01/16-05/31/21

*Pathophysiology and Treatment of Fanconi Anemia*. The goal of this proposal is to identify the therapeutic potential of small molecule therapy for the treatment of bone marrow failure in FA.

2

W.H. Fleming, MD, PhD                                                    06/2017

No number                          Fleming  (Co-PI)                     09/15/15-09/14/17

Fanconi Anemia Research Foundation (FARF)

*A Porcine Model of Fanconi Anemia.* The goal of this project is to create a large animal model to study the pathophysiology of Fanconi anemia

No number                          Fleming (Co-PI)

V Foundation                                                            09/01/14-09/01/17

*Combination Therapy for KIT-mutant Cancer: an Integrated Systems Biology Approach*

Using a systems biology approach, we will identify and validate novel molecular pathways that can be targeted in combination with KIT TKIs to synergistically inhibit the growth/survival of KIT-mutant cancer cells. Promising combination treatments will be advanced to human clinical studies. Role: Co-Investigator for xenograft studies.

**Recently Completed  Research Support:**

U19 AI091175-01                    Fleming (Project Leader)             08/01/10-7/30/16

*Stem Cell  Based Therapies  for Mitigation of Acute Radiation Syndrome.* The major goal of this project is to identify factors that mitigate acute irradiation syndrome.


**Publications:**

**Fleming WH**, Pettigrew NM, Matusik RJ, Friesen HG:  Thymic origin of the prolactin dependent Nb2 lymphoma cell line.  Cancer Res 42: 3138-3141, 1982.

Friesen HG, Elsholtz HE, **Fleming WH**, Shiu RPC:  The Nb2 node lymphoma cells, PRL receptors and mechanism of action of PRL.  In: Shizume K, Imura H, Shimizu N, Endocrinology.  Amsterdam, Exerpta Medica, p. 244-250, 1983

**Fleming WH**, Murphy PR, Murphy LJ, Hatton TW, Matusik RJ, Friesen HG:  Human growth hormone induces and maintains c-myc expression in Nb2 lymphoma cells.  Endocrinology 117: 2547-1549, 1985.

**Fleming WH**, Hamel A, MacDonald R, Ramsey E, Pettigrew NM, Johnston B, Dodd JG, Matusik RJ: Expression of the c-myc proto-oncogene in human prostatic carcinoma and benign prostatic hyperplasia.  Cancer Res 46: 1535-1538, 1986.

Matusik RJ, Kries C, McNichol P, Sweetland R, Mullin C, **Fleming WH**, Dodd JG:  Regulation of prostatic genes:  Role of androgens and zinc in gene expression.  Biochem Cell Biol 64: 601-607, 1986

Matusik RJ, **Fleming WH**, Hamel A, Westenbrink TG, Hrabarchuk B, Pettigrew NM, Johnston B, Gartner J, Ramsey E, MacDonald R, Dodd JG:  Expression of the c-myc proto-oncogene in prostatic tissue.  Prog Clin Biol Res 239: 91-112, 1987.

**Fleming WH**, Alpern EJ, Uchida N, Ikuta K, Weissman IL:  Steel factor influences the distribution and activity of murine hematopoietic stem cell in vivo.  Proc Natl Acad Sci USA 90: 3760-3764, 1993.

W.H. Fleming, MD, PhD                                                                06/2017

**Fleming WH**, Alpern EJ, Uchida N, Ikuta K, Spangrude GJ, Weissman IL:  Functional heterogeneity is associated with the cell cycle status of hematopoietic stem cells.  J Cell Biol 122: 897-902, 1993.

Miller SC, **Fleming WH**, Zsebo KM, Weissman IL:   The in vivo effects of stem cell factor on hematopoietic and natural killer lineage cells in murine spleen and bone marrow.  Nat. Immunity 12: 293-301, 1993.

Uchida N, **Fleming WH**, Alpern EJ, Weissman IL:  Heterogeneity of hematopoietic stem cells.  Curr Opin Immunol 5: 177-184, 1993

Uchida N, Aguila HL, **Fleming WH**, Jerabek L, Weissman IL:  Rapid and sustained hematopoietic recovery in lethally irradiated mice transplanted with Thy1.1$^{lo}$ Lin$^-$Sca-1$^+$ hematopoietic stem cells. Blood 83: 3758-3779, 1994.

Chen G, Jaffrezou JP, **Fleming WH**, Duran GE, Sikic BI: Prevalence of the multidrug resistance related to the activation of the mdr-1 gene in human sarcoma mutants derived by single step selection doxorubicinand selection. Cancer Research 54:4980-4987, 1994.

**Fleming WH**, Weissman IL: Hematopoietic stem cells. In: Abeloff M, Armitage J, Lichter A, Neiderhuber J (eds), Clinical Oncology.  New York, Churchill Livingstone. p. 127-135, 1995.

Neal T, Holland HK, Villinger F, Ansari A, Baum CM, Saral R, Wingard JR, **Fleming WH**: CD34+ progenitors from asymptomatic patients are not a major reservoir for human immune deficiency virus-1. Blood 86:1749-1756, 1995.

Turner CW, Yeager AM, Waller EK, Wingard, JR, **Fleming WH**:  Engraftment potential of different sources of human hematopoietic progenitor cells in BNX mice. Blood 87:3237-3244, 1996.

Archer DR, Turner CW, Yeager AM, **Fleming WH**: Sustained multilineage engraftment of allogeneic hematopoietic stem cells in NOD/SCID mice after in utero transplantation. Blood 90:3222-3229, 1997.

Bomberger C, Jairam M, Rodey G, Guerriero A, Yeager AM, **Fleming WH**, Holland HK, Waller EK: Lymphoid reconstitution following autologous PBSC transplantation with CD34$^+$ progenitor cells. Blood 91:2588-2600,1998.

Turner CW Archer DR, Wong J,Yeager AM, **Fleming WH**: In utero transplantation of human fetal haempoietic cells in NOD/SCID mice. Br. J. Haematol. 103:326-334, 1998.

Morris AC, Riley JL, **Fleming WH**, Boss, JM: MHC class II gene silencing in trophoblast cells is caused by inhibition of CIITA expression. Am. J. Reprod. Immunol. 40:385-394, 1998.

Zeder K, Waller EK, Redie I, Connaghan DG, **Fleming WH**, Geller, RB, Heffner LT, Hillyer CD, Holden J, Holland K, Jones W, McCollum J, Mogul M, Phillips C, Rodey G, Wingard JR, Winton E, Yeager AM, Devine S: Impact of donor leukocyte infusion for hematological malignancy relapsed after allogeneic bone marrow transplantation. Cancer Research Therapy & Control 5:221-228, 1998

**Fleming WH**, Lankford-Turner P, Turner, CW, Wong J, Strobert E, McKearn JP:  Administration of daniplestim and granulocyte colony-stimulating factor for the mobilization of hematopoietic stem cells in nonhuman primates. Biology of Blood and Marrow Transplantation. 5: 8-14, 1999.

Battaile KP, Bateman RL, Mortimer D, Mulcahy JM, Rathbun RK, Bagby G, **Fleming WH**, Grompe M: In vivo selection of wild-type hematopoietic cells in a murine model of Fanconi Anemia. Blood  94:2151-2158, 1999

**Fleming WH**, Mulchay JM,  McKearn JP, Streeter PR.:  Progenipoietin-1: a multifunctional agonist of the granulocyte colony-stimulating factor receptor and fetal liver tyrosine kinase-3 is apotent mobilizer of hematopoietic stem cells. Exp. Hematol. 8:943-51, 2001

Montfort MJ, Olivares CR, Mulcahy JM, **Fleming WH**: Adult blood vessels restore host hematopoiesis following lethal irradiation. Exp. Hematol. 30:950-956, 2002

Hayes-Lattin BM, Curtin PT, **Fleming WH**, et al. Toxic megacolon: a life-threatening complication of high-dose therapy and autologous stem cell transplantation among patients with AL amyloidosis. Bone Marrow Transplant 30:279-285, 2002

Streeter PR, Dudley LZ, **Fleming WH**: Activation of the G-CSF and Flt-3 receptors protects hematopoietic stem cells from lethal irradiation. Exp Hematol 31:1119-25,2003

Bailey AS, **Fleming WH**: Converging Roads: Evidence for an adult hemangioblast. Exp Hematol.  31, 987-993. 2003.

Bailey AS, Jiang S, Afentoulis M, Baumann CI, Schroeder DA, Olson SB, Wong, MH, **Fleming WH**: Transplanted adult hematopoietic stems cells differentiate into functional endothelial cells. Blood 103:13-19, 2004.

Willenbring H, Bailey AS, Foster M, Akkari Y, Dorrell C, Olson S, Finegold M, **Fleming WH**, Grompe M: Myelomonocytic cells are sufficient for therapeutic cell fusion in liver. Nature Med 10:744-748, 2004

Baumann CI, Bailey AS, Li W, Ferkowicz MJ, Yoder MC, **Fleming WH**: PECAM-1 is expressed on hematopoietic stem cells throughout ontogeny and identifies a population of erythroid progenitors. Blood, 104:1010-1016, 2004

Jiang S, Walker L, Afentoulis M, Anderson DA,  Jauron-Mills, L, Corless CL, **Fleming,WH**: Transplanted human bone marrow contributes to vascular endothelium. Proc Natl Acad Sci U S A. 101:16891-16896, 2004

Carlson H, Zhang AS, **Fleming WH**, Enns CA. The hereditary hemochromatosis protein, HFE, lowers intracellular iron levels independently of transferrin receptor 1 in TRVb cells. Blood. 105:2564-2570,2005

Anderson DA,  Wu Y, Shuguang J, Zhang X, Streeter PR, Spangrude GD, Archer DR, **Fleming,WH**: Donor marker infidelity in transgenic hematopoietic stem cells. Stem Cells 23:638-643, 2005

Held PK, Al-Dhalimy M, Willenbring H, Akkari Y, Jiang S, Olson S, **Fleming WH**, Finegold M, Grompe M: In vivo selection of renal proximal tubules. Mol.Ther. 13:49-58, 2006

Rizvi AZ, Swain JR, Bailey AS, Davies PS, Decker AD, Willenbring H,  Grompe M, **Fleming WH**, Wong MH: Bone marrow-derived cells fuse with normal and transformed intestinal stem cells. Proc Natl Acad Sci USA 103:6321-6325, 2006

Spangrude GJ, Cho B, Guedelhoefer O,VanWoerkom RC, **Fleming WH**: Mouse models of hematopoietic engraftment: Limitations of transgenic green fluorescent protein strains and an high-performance liquid chromatography approach to analysis of erythroid  chimerism. Stem Cells  24:2045-2051, 2006

Bailey AS, Willenbring H, Jiang S, Anderson DA, Schroeder DA, Wong MH, Grompe M, **Fleming WH**: Myeloid lineage progenitors give rise to vascular endothelium. Proc Natl Acad Sci USA 103:13156-13161, 2006

Hui H, Huang J, Wang J, Jiang S, Bailey AS, Goldman DC, Welcker M, Bedell V, Slovak ML, Clurman B, Thayer M, **Fleming** WH, Epner E: Transvection mediated by the translocated cyclin D1 locus in mantle cell lymphoma. J. Exp. Med. 205: 1843-1858, 2008

Jiang S, Bailey AS, Wong MH, Streeter, PR, **Fleming WH:** Hematopoietic stem cells contribute to lymphatic endothelium. PloS One 3 (11) e3812, 2008

Kampa KM, Acoba JD, Chen D, Gay J, Lee H-J, Beemer K, Padiernos E, Boonmark N, Zhu Z, Fan AC, Bailey AS, **Fleming WH**, Corless C, Felsher DW, Naumovski L, Lopez CD: Apoptosis stimulating protein of p53 (ASPP2) heterozygous mice are tumor prone and have attenuated cellular damage-response thresholds. Proc Natl Acad Sci USA 106:4390-4395, 2009

Goldman DC, Bailey AS, Pfaffle DL, Al Masri A, Christian JL, **Fleming WH:** BMP-4 regulates of hematopoietic stem cell niche. Blood 114:4393-4401, 2009

Li B, Bailey AS, Goldman DC, Jiang S, Liu B, **Fleming WH:** Endothelial cells mediate the regeneration of hematopoietic stem cells. Stem Cell Res. 4:17-24, 2010

Smith SM, Goldman DC, Bailey AS, Pfaffle DL, Kreklywich CN, Spencer DB, Othieno FA,  Steblow DN, Garcia JV, **Fleming WH**, Nelson JA: Granulocyte-colony stimulating factor reactivates human cytomegalovirus in a latently infected humanized mouse model. Cell Host &  Microbe 8 :284-91, 2010.

Zhang, Q. Marquez-Loza  L, Eaton L, Duncan AW, Goldman, DC, Anur P, Smith  K, Rathbun  RK, **Fleming, WH** Bagby, GC Grompe, M: Resveratrol alleviates the defects in hematopoietic stem cells and microenvironment of Fancd2 deficient mice. Fancd2-/- mice have hematopoietic defects that can be partially corrected by resveratrol. Blood  116:5140-8, 2010.

Umashankar M, Petrucelli A, Cicchini L, Caposio P, Kreklywich CN, Rak M, Bughio F, Goldman DC, Hamlin KL, Nelson JA, **Fleming WH**, Streblow DN, Goodrum F: A novel human cytomegalovirus locus modulates cell type-specific outcomes of infection. PLoS Pathog. 2011 Dec;7(12):e1002444. PubMed PMID: 22241980; PubMed Central PMCID: PMC3248471.

Dunlap J, Beadling, C, Warrick A, Neff T, **Fleming WH**, Loriaux LM,  Michael C. Heinrich MC, Kovacsovics, TK, Kelemen, K, Leeborg N,  Gatter K, Rita M Braziel RM,  Richard Press R, Corless CL, Guang F:  Multiplex high-throughput gene mutation analysis  in acute myeloid leukemia.  Human Pathology  2012 Dec;43(12):2167-76.

Tyner JW, Yang WF, Bankhead A 3rd, Fan G, Fletcher LB, Bryant J, Glover JM, Chang BH, Spurgeon SE, **Fleming WH**, Kovacsovics T, Gotlib JR, Oh ST, Deininger MW, Zwaan CM, Den Boer ML, van den Heuvel-Eibrink MM, O'Hare T, Druker BJ, Loriaux MM:  Kinase pathway dependence in primary human leukemias  determined by rapid inhibitor screening. Cancer Res. 2013 Jan 1;73(1):285-96.

Zachman DK, Leon LP[*1,2], Das P, Goldman DC, Hamlin KL, Guha C,   William H. **Fleming WH:** Endothelial cells mitigate DNA damage and promote the regeneration of hematopoietic stem cells after radiation injury. Stem Cell Res. 2013 Nov;11(3):1013-21.

W.H. Fleming, MD, PhD                                                                06/2017

Hakki M, Goldman DC, Streblow DN, Hamlin KL, Krekylwich CN, **Fleming WH**, Nelson JA. HCMV infection of humanized mice after transplantation of G-CSF mobilized peripheral blood stem cells from HCMV-seropositive donors. Biol Blood Marrow Transplant. 2014 Jan 20(1):132-5. PMID: 24161922

Yao H, Goldman DC, Nechiporuk T, Kawane S, McWeeney SK, Tyner JW, Fan G, Kerenyi MA, Orkin SH, **Fleming WH**, Mandel G. Corepressor Rcor1 is essential for murine erythropoiesis. Blood 2014; 123 (20) 175-84. PMID 24652990

Cogle CR, Goldman DC, Madlambayan GJ, Leon RP, Al Masri A, Clark HA, Asbaghi SA, Tyner JW, Dunlap J, Fan G, Kovacsovics T, Liu Q, Meacham A, Hamlin KL, Hromas RA, Scott EW, **Fleming WH**. Functional integration of acute myeloid leukemia into the vascular niche. Leukemia 2014 Oct;28(10):1978-87.

Yao H, Goldman DC, Nechiporuk T, Kawane S, McWeeney SK, Tyner JW, Fan G, Kerenyi MA, Orkin SH, **Fleming WH**, Mandel G. Corepressor Rcor1 is essential for murine erythropoiesis. Blood. 2014 May 15;123(20):3175-84

Goldman GC, Alexeev V, Lash E, Guha C, Ulrich Rodeck U. **Fleming WH**. The triterpenoid RTA 408 is a robust mitigator of hematopoietic acute radiation syndrome in mice. Rad. Res. 2015 Mar;183(3):338-44

P OB, Vaitheesvaran B, Saha S, Hartil K, Chen EI, Goldman D, **Fleming WH**, Kurland IJ, Guha C, Golden A. 2015. Intestinal microbiota-derived metabolomic blood plasma markers for prior radiation injury. Int J Radiat Oncol Biol Phys  2015 Mar.  91: 360-7

Yao H, Goldman DC, Fan G, Mandel G, **Fleming WH**.The co-repressor Rcor1 is essential for normal myeloerythroid lineage differentiation. Stem Cells 2015; 33: 3304-3314. PMID:26119982

**Patents:**

METHOD FOR ENHANCING HEMATOPOIESIS
U.S. Patent No. 6,060,643

MOUSE MODEL WITH HUMAN IMMUNE SYSTEM
U.S. Patent No. 6,821,513

ENHANCEMENT OF HEMATOPOIETIC STEM CELL SURVIVAL
Patent Pending

**Invited Lectures, Conference Presentations or Professorships (Selected)**

**International and National:**

Fondation des Treilles, Paris, France
Department of Biochemistry Melbourne, Australia
Institute for Stem Cell Research, Edinburgh, Scotland
International Society of Experimental Hematology, Presidential Symposium, Glasgow Scotland
International Symposia on In Utero Stem Cell Transplantation, Venice Italy
University of New Mexico Cancer Center, Albuquerque, NM
Fred Hutchinson Cancer Research Center, Seattle, WA
Stem Cell Biology Program, University of Southern California, L.A., CA
Stem Cell Biology Program, Case Western University, Cleveland, OH

Stem Cell Biology Program, City of Hope, Duarte, CA
American Society of Hematology (Session Chair, Stem Cell Plasticity)
Gordon Research Conference (Vascular Biology), Santa Barbara, CA
Egelston Children's Hospital Emory University, Atlanta, GA
Montagna Symposium, Stem Cells in Skin, Snowmass, CO
Cancer Research Institute, University of Indiana, Indianapolis, ID
Stem Cell Biology Program, University of Florida, Gainesville, FL
Stem Cell Biology Program, Washington University School of Medicine, St. Louis MO
NIH NHLBI Stem Cell Investigators Meeting, Bethesda MD
Institute for Genetic Medicine, University of Southern California, L.A., CA
Department of Medicine, Santa Clara Valley Medical Center, San Jose CA
Division of Hematology, Mount Sinai School of Medicine, New York NY
Division of Hematology & Oncology, MUSC, Charleston SC
Department of Medical Microbiology, Immunology & Cell Biology, SIU, Springfield IL
Hematologic Malignancies Program, University of Florida Shands, Gainesville FL
9th International Myeloid Conference, Cincinnati Children's Hospital

**Regional and Local:**

Oregon Graduate Institute (Biomedical Engineering), Beaverton, OR
Cell and Developmental Biology Seminar Series, OHSU
Hematology and Medical Oncology Fellows Research Retreat
Pulmonary Division Research Conference OHSU
Pediatric Hematology/Oncology Research Conference OHSU
Heart Research Center OHSU
Clinical Transplant Conference OHSU
Department of Medicine, Willamette Valley Medical Center, Oregon City, OR
Markham Hill Lecture Series, Portland, OR

**SERVICE**

**Membership in Professional Societies:**

American Society of Hematology
American Society for Blood and Marrow Transplantation
International Society for Stem Cell Research
International Society for Experimental Hematology

**Peer Review Activities:**

| | |
|---|---|
| 2001-2005 | American Cancer Society: Leukemia, Immunology & Blood Cell Development Study Section (Regular Member) |
| 2002 | BioScience Foundation (Israel) |
| 2003 | Austrian Science Fund |
| 2004 | NIH Special Emphasis Panel Stem Cell Biology (NIA) |
| 2004-2008 | NIH Hematopoiesis Study Section (HP) (ad hoc member) |
| 2008 | NHLBI T-32 Review Group   (ad hoc member) |
| 2006-2010 | NIH NCI P-30 Initial Review Group (ad hoc member) |
| 2009-2013 | NIH Molecular and Cellular Hematology Study Section (Regular member) |
| 2005-present | NIH NHLBI Special Emphasis Panels |
| 2014-present | NIH NIDDK Special Emphasis Panels |

**Journal Editorial and Ad Hoc Review Activities:**

W.H. Fleming, MD, PhD                                                06/2017

Editorial Board, Stem Cell Research 2010- present.
Science
Nature
Nature Medicine
PNAS
New England Journal of Medicine
Journal of Clinical Investigation
Blood
Cancer Research
Stem Cells
Experimental Hematology
Journal of Physiology
Cytometry

**Committees:**

**Institutional and Regional: (OHSU)**

2001-2007    IRB (Institutional Review Board)
2004-2005    Oregon Stem Cell Center Steering Committee
2006-Present Oregon Stem Cell Center Search Committee
2006             BMT/Leukemia  Discharge Committee
2006-Present TALENT Program
2006-Present Oregon Stem Cell Center Faculty Search Committee
2006-2012    M.D. Ph.D Program Committee
2006-2011    Hematology & Medical Oncology Fellowship Committee

**Community Service:**

2001             Markham Hill Lecture Series, Portland, OR
2004             American Cancer Society, (Oregon)
2004-Present Oregon Cancer Institute, CURE Program for Minority Students
2005-Present OHSU High School Science Class Program (PSI)
2005-Present  Murdock Scholars Program
2006             Grand Rounds, Willamette Valley Medical Center, Oregon City, OR
2007-Present  Leukemia & Lymphoma Society /ONS

**Clinical Service:**

1997-2010    Attending Physician: Inpatient BMT/Leukemia Service
1997-2013    Attending Physician: BMT/Leukemia Outpatient Clinic
2015-present  Attending Physician (WOC):  Hematology/Oncology Portland VA

**TEACHING:**

**Medical Student and Undergraduate Teaching:**

1993-1997    Emory University
Member        Department of Graduate Studies
Member        Immunology and Molecular Pathogenesis Program
Member         Executive Committee, Immunology and Molecular Pathogenesis Program
Courses        Research Topics in Immunology, Immunology Colloquium

9

W.H. Fleming, MD, PhD                                                        06/2017

1997-Present  Undergraduate Medicine (Second Year Blood Course)
2004-Present  Cure Program (OCI)
2006-Present  Partnership for Scientific Inquiry (Casey Eye Institute)
2006-2012     Bench to Bedside (M.D. Ph.D. Program)

**Clinical Teaching:**

1993-1997     Attending Physician BMT Program, Emory University Hospital
1993-1997     Attending Physician, General Medicine, Grady Memorial Hospital, Atlanta GA
              1997-2000     Medicine House Staff Lecture Series (OSHU)
              1997-2010     Attending Physician: Inpatient BMT/Leukemia Service (OHSU)
              1997-2013     Attending Physician: BMT/Leukemia Outpatient Clinic (OHSU)

**Graduate Student Teaching:**

1993-1997     Courses, Research Topics In Immunology Colloquium (Emory University)
1993-1997     Member, Immunology and Molecular Pathogenesis Program (Emory University)
1993-1997     Member, Executive Committee, Immunology and Molecular Pathogenesis Program
              1997-Present  PMCB Graduate Courses (CON 665, CELL 605, CELL 616 all at OHSU)

**Former Pre and Postdoctoral  Research Trainees:**

Eytan Alpern, M.D.
Thomas Neal M.D.
David Archer Ph.D.
Curtis Turner M.D.
Megan Montfort Ph.D
Jean Mulcahy M.D.
Christopher Olivares M.D.
David Schroeder M.D.
Bei Li M.D.
Shugang Jiang M.D. Ph.D
Luke Walker M.D.
Christina Baumann M.D.
Holger Willenbring M.D.
Devorah Goldman Ph.D.
Azzah Masri Ph.D
Ronn Leon Ph.D
Derek Zachman M.D., Ph.D

**Current Pre and Postdoctoral  Research Trainees:**

2011- 2016    Derek Zachman          MD/PhD student


**Service and Membership on Educational Committees:**

**Past Ph.D. Thesis Advisory Committees:**

(Jack Lee, Gokhan Dalgin Ph.D., Maclaine Pahl, Patrice Held Ph.D.)


**Current Ph.D. Thesis Advisory Committees:**

W.H. Fleming, MD, PhD                                                                06/2017

(Alison Macleod, Branden Tarlow, Ashley Kamimae-Lanning, Hulian Yao, Derek Zachman)

2006-2012     M.D. Ph.D. Program Admissions Committee

2006-2012     Hematology & Medical Oncology Fellowship Committee

2006-2010     Molecular Hematology Training Program Advisory Committee

**Materials Considered List**

1. Acquavella, J. et al., *Glyphosate Epidemiology Expert Panel Review: A Weight of Evidence Systematic Review of the Relationship between Glyphosate Exposure and Non-Hodgkin 's Lymphoma or Multiple Myeloma*,  46 Critical Rev. Toxicology 28 (2016).

2. Alavanja, M. et al., *Non-Hodgkin Lymphoma Risk and Insecticide, Fungicide and Fumigant Use in the Agricultural Health Study*, 9 PLoS One (2014).

3. Alavanja, M. et al., *DRAFT-Lymphoma risk and pesticide use in the Agricultural Health Study* (Mar. 15, 2013) (unpublished study) (on file with Authors).

4. American Cancer Society, *Cancer Facts & Figures* (2017).

5. Andreadis, C. et al., *Members of the glutathione and ABC-transporter families are associated with clinical outcome in patients with diffuse large B-cell lymphoma*, 109 Blood J. 3409 (2007).

6. Bangham, C. and L. Ratner, *How does HTLV-1 cause adult T-cell leukemia/lymphoma (ATL)?*, 14 Curr Opin Virol 93 (2015).

7. BfR, *Assessment of IARC Monographies Volume 112 (2015); Glyphosate*, Renewal Assessment Report: Glyphosate Addendum I to RAR (2015).

8. Brusick, D. et al., *Genotoxicity Expert Panel Review: Weight of Evidence Evaluation of the Genotoxicity of Glyphosate, Glyphosate-Based Formulations, and Aminomethy/phosphonic Acid*, 46 Critical Rev. Toxicology 56 (2016).

9. Cancer Research UK (2016) Cancer incidence by age. https://www.cancerresearchuk.org/health-professional/cancer-statistics/incidence/age#heading-zero

10. Cantor, K. et al., *Pesticides and Other Agricultural Risk Factors for Non-Hodgkin's Lymphoma among Men in Iowa and Minnesota*, 52 Cancer Res. 2447 (1992).

11. Carbone, A. and A. Gloghini, *HHV-8-Associated Lymphoma: State-of-the-Art Review*, 117 Acta Haematol 129 (2007).

12. Carroll, V. and A. Garzino-Demo, *HIV-associated lymphoma in the era of combination antiretroviral therapy: shifting the immunological landscape*, 73 Pathogens and Disease 1 (2015).

13. Chang, E. and E. Delzell, *Systematic Review and Meta-Analysis of Glyphosate Exposure and Risk of Lymphohematopoietic Cancers*, 51 J Envtl. Science Health 402 (2016).

14. Chihara, D. et al., *New insights into the epidemiology of non-Hodgkin lymphoma and implications for therapy*, 15 Expert Rev. Anticancer Therapy 531 (2015).

1

15. Cozen, W. et al., *Fecal microbiota diversity in survivors of adolescent/young adult Hodgkin lymphoma: a study of twins*, 108 British J. of Cancer 1163 (2013).

16. De Roos, A. et al., *Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study*, 113 Envtl. Health Persp. 49 (2005).

17. De Roos, A. et al., *Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men*, 60 Occupational Envtl. Medicine 1 (2003).

18. EPA, Cancer Assessment Review Committee, Health Effects Division, Office of Pesticide Programs, U.S. Environmental Protection Agency, *Cancer Assessment Document – Evaluation of the Carcinogenic Potential of Glyphosate* (Oct. 1, 2015).

19. EPA, Office of Pesticide Programs, *Glyphosate Issue Paper: Evaluation of Carcinogenic Potential*, Regulations.gov (September 12, 2016).

20. Eriksson, M. et al., *Pesticide Exposure as Risk Factor for Non-Hodgkin Lymphoma Including Histopathological Subgroup Analysis*, 123 Int'l J Cancer 1657 (2008).

21. European Food Safety Authority (EFSA), *Conclusion on the Peer Review of the Pesticide Risk Assessment of the Active Substance Glyphosate*, 13(11) EFSA Journal 1-107 (2015).

22. Expert Report of Alfred I. Neugut, MD, PHD In Support of General Causation on Behalf of Plaintiffs, In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. May 1, 2017).

23. Expert Report of Dr. Dennis Weisenburger, M.D. In Support of General Causation on Behalf of Plaintiffs, In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. May 1, 2017).

24. Expert Report of Dr. Nabhan In Support of General Causation on Behalf of Plaintiffs, In Re: Roundup Products Liability Litigation, No. 16-md-02741-VC (N.D. Cal. May 1, 2017).

25. FIFRA SAP, *Meeting Minutes and Final Report No. 2017-01: EPA's Evaluation of the Carcinogenic Potential of Glyphosate,* (Mar. 16, 2017).

26. Hardell, L. et al., *Exposure to Pesticides as Risk Factor for Non-Hodgkin's Lymphoma and Hairy Cell Leukemia: Pooled Analysis of Two Swedish Case-control Studies*, 43 Leukemia and Lymphoma 1043 (2002).

27. Healy, J. and S. Dave, *The Role of EBV in the Pathogenesis of Diffuse Large Cell Lymphoma*, 390 Curr Top Microbiol Immunol 315 (2015).

28. Hietanen, E. et al., *Effects of Phenoxyherbicides and Glyphosate on the Hepatic and Intestinal Biotransformation Activities in the Rat*, 53 Acta Pharmacologica et Toxicologica 103 (1983).

29. Hofmann, J. et al., *Farm characteristics, allergy symptoms, and risk of non-Hodgkin lymphoid neoplasms in the Agricultural Health Study*, 24 Cancer Epidemiology Biomarkers Prevention 587 (2015).

30. Hohenadel, K. et al., *Exposure to Multiple Pesticides and Risk of Non-Hodgkin Lymphoma in Men from Six Canadian Provinces*, 8 Int. J. Environ. Res. Public Health 20320 (2011).

31. Howlader, N. et al., *Contributions of Subtypes of Non-Hodgkin Lymphoma to Mortality Trends*, 25 Cancer Epidemiology Biomarkers Prevention 174 (2016).

32. International Agency for Research on Cancer (IARC), Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans, *Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos* (2015).

33. JMPR, *Pesticide residues in food – 2004: Toxicological evaluations – Toxicological Monographs and Monograph Addenda,* Joint FAO/WHO Meeting on Pesticide Residues (2006).

34. Krikorian, J. et al., *Occurrence of Non-Hodgkin's Lymphoma after Therapy for Hodgkin's Disease*, 300 New England J Med. 452 (1979).

35. Krishnan, B. & G. Morgan, *Non-Hodgkin Lymphoma Secondary to Cancer Chemotherapy*, 16 Cancer Epidemiol Biomarkers Prevention 377 (2007).

36. Lan, Q. et al., *Genetic polymorphisms in the oxidative stress pathway and susceptibility to non-Hodgkin lymphoma*, 121 Hum. Genetics 161 (2007).

37. Landmann, E. et al., *Secondary non-Hodgkin lymphoma (NHL) in children and adolescents after childhood cancer other than NHL*, 143 British J Haematology 387 (2008).

38. Lee, W. et al., *Non-Hodgkin's Lymphoma Among Asthmatics Exposed to Pesticides*, 111 Intl. J. Cancer 298 (2004).

39. Lichtman, M., *Obesity and the Risk for a Hematological Malignancy: Leukemia, Lymphoma, or Myeloma*, 15 The Oncologist 1083 (2010).

40. Lightfoot, T. et al., *Polymorphisms in the oxidative stress genes, superoxide dismutase, glutathione peroxidase and catalase and risk of non-Hodgkin's lymphoma*, 91 Haematologica 1222 (2006).

41. Mannetje, A. et al., *Occupation and Risk of Non-Hodgkin Lymphoma and Its Subtypes: A Pooled Analysis from the InterLymph Consortium*, 124 Envtl. Health Persp. 396 (2016).

42. McDuffie, H. et al., *Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health*, 10 Cancer Epidemiology, Biomarkers & Prevention 1155 (2001).

43. Mink, P. et al., *Epidemiologic studies of glyphosate and cancer: A review*, 63 Reg. Toxicology and Pharmacology 440 (2012).

44. Myers, J. et al., *Concerns over Use of Glyphosate-Based Herbicides and Risks Associated with Exposures: A Consensus Statement*, 15 Envtl. Health 19 (2016).

45. National Cancer Institute, Geographic Information Systems and Science for Cancer Control, *NCI GeoViewer* (last visited June 2, 2017).

46. National Cancer Institute, Surveillance, Epidemiology, and End Results Program, Cancer Statistics, *Data and Software for Researchers* (last visited June 2, 2017).

47. National Water-Quality Assessment (NAWQA) Project, *Estimated Annual Agricultural Pesticide Use*, (Jan. 17, 2017) https://water.usgs.gov/nawqa/pnsp/usage/maps/show_map.php?year=2011&map=GLYPHOSATE&hilo=H&disp=Glyphosate

48. Ngalamika, O. et al., *Epigenetics, autoimmunity and hematologic malignancies: a comprehensive review*, 39 J. Autoimmunity 451 (2012).

49. Opelz, G. & B. Döhler, *Lymphomas after solid organ transplantation: a collaborative transplant study report*, 4 American J. Transplantation 222 (2004).

50. Orsi, L. et al., *Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study*, 66 Occupational Envtl. Medicine 291 (2009).

51. Portier, C. et al., *Differences in the Carcinogenic Evaluation of Glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA)*, 70 J Epidemiology Community Health 741 (2016).

52. Resnick, E. et al., *Morbidity and mortality in common variable immune deficiency over 4 decades*, 119 Blood 1650 (2012).

53. Samsel, A. & S. Seneff, *Glyphosate, pathways to modern diseases IV: cancer and related pathologies*, 15 J. Biological Physics & Chemistry 121 (2015).

54. Schinasi, L. & M. Leon, *Non-Hodgkin Lymphoma and Occupational Exposure to Agricultural Pesticide Chemical Groups and Active Ingredients: A Systematic Review and Meta-Analysis*, 11 Intl. J. Envtl. Res. Public Health 4449 (2014).

55. Scofield, R., *Rheumatic disease and the microbiome*, 17 Int'l. J. Rheumatic Diseases 489 (2014).

56. Shapiro, R., *Malignancies in the setting of primary immunodeficiency: Implications for hematologists/oncologists*, 86 American J. Hematology 48 (2011).

57. Smedby, K. et al., *Autoimmune and Chronic Inflammatory Disorders and Risk of Non-Hodgkin Lymphoma by Subtype*, 98 J. Nat'l Cancer Inst. 51 (2006).

58. Smedby, K. et al., *Autoimmune disorders and risk of non-Hodgkin lymphoma subtypes: a pooled analysis within the InterLymph Consortium*, 111 Blood 4029 (2008).

59. Solomon, K., *Glyphosate in the General Population and in Applicators: A Critical Review of Studies on Exposures*, 46 Critical Rev Toxicology 21 (2016).

60. Sorahan, T., *Multiple Myeloma and Glyphosate Use: A Re-Analysis of US Agricultural Health Study (AHS) Data*, 12 Int'l J. Envtl. Res. & Public Health 1548 (2015).

61. Swerdlow, S. et al., *The 2016 revision of the World Health Organization classification of lymphoid neoplasms*, 127 Blood 2375 (2016).

62. Tarone, R., *On the International Agency for Research on Cancer Classification of Glyphosate as a Probable Human Carcinogen*, Eur J Cancer Prev (Aug. 22, 2016).

63. Tomasetti, C. et al., *Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention*, 355 Sci. 1330 (2017).

64. Tomasetti, C. et al., *Supplementary Materials for Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention*, 355 Sci. 1330 (2017).

65. van der Waaij, D. et al., *Faecal Endotoxin and Activity of the Gut-Associated Lymphoid Tissue in Patients with Malignant (B-Cell) Lymphoma*, 259 Zbl. Bakt. Hyg. 520 (1985).

66. Videotaped Deposition of Aaron Earl Blair, In re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC (N.D. Cal. March 20, 2017) (with all exhibits).

67. Wang, S. & A. Nieters, *Unraveling the interactions between environmental factors and genetic polymorphisms in non-Hodgkin lymphoma risk*, 10 Expert Rev. Anticancer Therapy 403 (2014).

68. Wang, S. et al., *Associations of Non-Hodgkin Lymphoma (NHL) Risk With Autoimmune Conditions According to Putative NHL Loci*, 181 Amer. J. Epidemiology 406 (2015).

69. Wang, S. et al., *Polymorphisms in oxidative stress genes and risk for non-Hodgkin lymphoma*, 27 Carcinogenesis 1828 (2006).

70. Weisenburger, D., *Pathological Classification of Non-Hodgkin's Lymphoma for Epidemiological Studies*, 52 Cancer Res 5456s (1992).

71. Yamamoto, M. et al., *Intestinal bacteria modify lymphoma incidence and latency by affecting systematic inflammatory state, oxidative stress, and leucocyte genotoxicity*, 73 Cancer Res. 4222 (2013).