Plaintiffs' Exhibit List, Filed Pursuant to PTO 37, MDL 2741

| **Plaintiffs' Exhibit List** |
|---|
| 1.  Dr. B. Ritz 05/01/2017 Report |
| 2.  Dr. B. Ritz 08/18/2017 Rebuttal Expert Report |
| 3.  Dr. B. Ritz 12/18/2017 Supplemental Expert Report |
| 4.  Dr. D. Weisenburger 05/01/2017  Expert Report |
| 5.  Dr. D. Weisenburger 12/18/2017 Supplemental Report |
| 6.  Dr. W. Jameson 05/01/2017 Expert Report |
| 7.  Dr. W. Jameson 12/18/2017 Supplemental Expert Report |
| 8.  Dr. A. Neugut 05/01/2017 Expert Report |
| 9.  Dr. A. Neugut 12/18/2017 Supplemental Expert Report |
| 10. Dr. C. Nabhan 05/01/2017 Expert Report |
| 11. Dr. C. Nabhan 12/18/2017 Supplemental Expert Report |
| 12. Andreotti et al, Glyphosate Use and Cancer Incidence in the Agricultural Health Study 1110 JNCI Natl Cancer Inst 1-8 (2018) |
| 13. Gray et al., The federal government's Agricultural Health Study: A critical review with suggested improvements. 6 Hum Ecol Risk Assess 47-71 (2000) |
| 14. Acquavella 1997 Memo MONGLY00885870- MONGLY00885874[1] |
| 15. De Roos. Integrative Assessment of Multiple Pesticides as Risk Factors for Non-Hodgkin's Lymphoma Among Men, 60 Occup. Environ Med. 1-9 (2003). |
| 16. De Roos, et al. Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study" 113 Environ Health Perspect. 49–54 (2005) |
| 17. Eriksson, et al., Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis 123 Int. J. Cancer 1657-1663 (2008) |

---

[1] Exhibits identified with the bates number on the first page should be interpreted to include the full document, including attachments.

1

18. Hoar, et al., Agricultural Herbicide Use and Risk of Lymphoma and Soft-Tissue Sarcoma 256 JAMA 1141-1147 (1986)

19. Hardell, et al., A Case–Control Study of Non-Hodgkin Lymphoma and Exposure to Pesticides 85 Cancer 1353-1360 (1999)

20. Hardell L., et al. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies, 43 Leuk Lymphoma 1043-49 (2002)

21. McDuffie, H.H., et al., Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health, 10 Cancer Epi., Biomarkers & Prevention 1155–1163 (2001)

22. Pahwa M., et al., An Evaluation of Glyphosate Use and the Risks of Non-Hodgkin Lymphoma Major Histological Subtypes in the North American Pooled Project (NAPP). Occupational Cancer Research Center, 2015 at 2-3 ("NAPP 2015").

23. Schinasi & Leon, Non-Hodgkin Lymphoma and Occupational Exposure to Agricultural Pesticide Chemical Groups and Active Ingredients: A Systematic Review and Meta-Analysis, 11 Int. J. Environ. Res. Public Health 4449-4527 (2014).

24. Chang & Delzell, Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers, 51 J. Environ. Sci. Health 402-434 (2016)

25. E-mail re IARC updates (ACQUAVELLAPROD00010118 - ACQUAVELLAPROD00010120)

26. E-mail chain re manuscript decision (ACQUAVELLAPROD00022326 - ACQUAVELLAPROD00022334)

27. Email Exchanges re Glyphosate Publications in support of A1R (MONGLY00963541 - MONGLY00963546)

28. E-mail chain re revised manuscript and signed contract (ACQUAVELLAPROD02463444 - ACQUAVELLAPROD02463446)

29. Acquavella, et al., Exposure Misclassification in Studies of Agricultural Pesticides 17 Epidemiol. 69-74 (2006)

30. Blair, et al, Reliability of Reporting on Life-Style and Agricultural Factors by a sample of participants in the agricultural health study from Iowa 13 Epidemiol. 94-99 (2002)

31. Blair et al, Methodological Issues Regarding Confounding and Exposure Misclassification in Epidemiological Studies of Occupational Exposures 50 Am. J. Ind. Med. 199–207 (2007)

| |
|---|
| 32. Liew, et al, Job exposure Matrix (JEM)-Derived Estimates of Lifetime Occupational Pesticide Exposure and the Risk of Parkinson's Disease 69 Environ. & Occup. Health 241-251 (2014) |
| 33. Rinsky et al. "Assessing the potential for bias from nonresponse to a study follow-up interview: an example from the Agricultural Health Study." 186 Am J Epidemiol 395-404 (2017) |
| 34. Montgomery et al. "Characteristics of non-participation and potential for selection bias in a prospective cohort study." 53 Am J Ind Med 486-496 (2010) |
| 35. Weichenthal, et al., A Review of Pesticide Exposure and Cancer Incidence in the Agricultural Health Study Cohort 118 Environ. Health Perspect. 1117-1125 (2010) |
| 36. Brouwer et al., Assessment of Occupational Exposure to Pesticides in a Pooled Analysis of Agricultural Cohorts within the AGRICOH Consortium 73 Occup. Environ. Med. 359 (2016) |
| 37. Mostafalou & Abdollahi, Pesticides and Human Chronic Diseases: Evidences, Mechanisms, and Perspectives 268 Toxicol. Appl. Pharmacol. 157 (2013) |
| 38. Parron, et al, Environmental Exposure to Pesticides and Cancer Risk in Multiple Human Organ Systems 230 Toxicol. Letters 157-165 (2013) |
| 39. Budnik, et al., Prostate Cancer and Toxicity from Critical Use Exemptions of Methyl Bromide: Environmental Protection Helps Protect Against Human Health Risks 11 Environ. Health 1-12 (2012) |
| 40. Heltshe et al., Using multiple imputation to assign pesticide use for nonresponders in the follow-up questionnaire in the Agricultural Health Study 22 J Expo Sci Environ Epidemiol. 409-416 (2012) |
| 41. Blair, et al., Impact of pesticide exposure misclassification on estimates of relative risks in the agricultural health study 68 Occup Environ Med 537-541 (2011) |
| 42. Bonner, occupational exposure to Pesticides and the incidence of lung cancer in the agricultural health study 125 Environ. Health Perspect. 544-551 (2017) |
| 43. Koutros, et al, occupational exposure to pesticides and bladder cancer risk 45 Intl. J. Epidemiol. 792-805 (2015) |
| 44. Koutros, et al., risk of total and aggressive prostate cancer and pesticide use in the agricultural health study 177 Am. J. Epidemiol. 59-74 (2013) |
| 45. Benbrook, C.M., Trends in glyphosate herbicide use in the United States and globally 28 Environ. Sci. Eur. 1-15 (2016) |

46. Jones, et al., Incidence of solid tumors among pesticide applicators exposed to the organophosphate insecticide diazinon in the agricultural health study 72 Occup Environ Med 496-503 (2015)

47. Engel, et al., Insecticide use and breast cancer risk among farmers' wives in the agricultural health study 161 Am. J. Epidemiol. 121-35 (2017)

48. Alavanja et al., Non-Hodgkin Lymphoma Risk and Insecticide, Fungicide and Fumigant Use in the Agricultural Health Study, PLoS One, 2014, 9: e109332.

49. Silver, et al. Cancer incidence and metolachlor use in the agricultural health study: an update 137 Int J Cancer. 2630-43 (2015)

50. Jurek, et al., Proper Interpretation of Non-Differential Misclassification Effects: Expectations vs Observations 34 Int. J. Epidemiol 680-7 (2005)

51. Ward, Glyphosate Use and Cancer Incidence in the Agricultural Health Study: An Epidemiologic Perspective J. Natl Cancer Inst. (2017)

52. Greenland, Nonsignificance Plus High Power Does Not Imply Support for the Null Over the Alternative 22 Ann Epidemiol. 364-8 (2012)

53. Greenland, Response and follow-up bias in cohort studies. 106 Am J Epidemiol 184-187 (1977)

54. Greenland et al., Statistical tests, P values, confidence intervals, and power: a guide to misinterpretations 31 Eur J. Epidemiol. 337-350 (2016)

55. Agricultural Health Study Enrollment Questionnaire- Private and Commercial Applicators

56. IARC Monograph 112, Evaluations of Malathion and Diazinon

57. IARC Monograph 112, Evaluation of Glyphosate

58. IARC Monograph 113, summary of evaluation of Lindand and DDT

59. FIFRA Scientific Advisory Panel Meeting Minutes and Final Report at 45 (March 16, 2017).

60. Williams, et al., Safety Evaluation and Risk Assessment of the Herbicide Roundup and Its Active Ingredient, Glyphosate, for Humans. 31 Regulatory Toxicology and Pharmacology117-165 (2000)

61. Kier & Kirkland, "Review of genotoxicity studies of glyphosate and glyphosate-based formulations" 43 Crit Rev Toxicol. 283-315 (2013)

| |
|---|
| 62. Exponent "Design of Epidemiologic Studies for Human Health Risk Assessment of Pesticide Exposures" Prepared for CropLifeAmerica, 1/24/2016, at 29, MONGLY02314040 – MONGLY02314079. |
| 63. November 3, 1999, internal Monsanto memo.  MONGLY00894004 -  MONGLY00894008 |
| 64. 6/24/2015 Email between Jack Housenger and Dan Jenkins. MONGLY02060344 – MONGLY02060345 |
| 65. EPA talking points for Hugh Grant, MONGLY03550799 -  MONGLY03550801 |
| 66. April 3, 1985 EPA memo re: mouse oncogenicity study |
| 67. Feb. 24, 1985 EPA memo  re: use of historical data |
| 68. March 4, 1985 memo re: glyphosate consensus review. |
| 69. December 4, 1985 Memo from EPA pathologist, Louis Kazsa |
| 70. Parry Report MONGLY01314233-283 |
| 71. 2/5/2015 email from William Heydens to Monsanto employees MONGLY00977264 -  MONGLY00977270 |
| 72. 9/29/2014 email from Donna Farmer to John Acquavella. MONGLY01207342 – mongly012017344. |
| 73. 10/15/2014 email from Bill Heydens, MONGLY00989918 |
| 74. IARC, Carcinogen Rating Of Glyphosate Preparedness And Engagement Plan. MONGLY01021845. |
| 75. 3/14/2015 email from Thomas Sorahan, MONGLY00977035- MONGLY00977036 |
| 76. 4/9/2015 email from John Acquavella. ACQUAVELLAPROD00010215- ACQUAVELLAPROD00010221 |
| 77. 5/31/1999 email from Donna Farmer.  MONGLY00877463- MONGLY00877468 |
| 78. Portier, et al. 2015 "Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA)". |
| 79. Rothman, K.J., Six Persistent Research Conceptions, 29 J. Gen. Intern. Med 7, 1060-64, 1063 (2014) |
| 80. H.I. Maibach, Study No. MA-81-349 (MONGLY02142251) |
| 81. Wester et al., Glyphosate Skin Binding Absorption, Residual Tissue Distribution and Skin Decontamination, 16 Fundamental and Application Toxicology 725, at 728-730 (MONGLY02431080- MONGLY02431088) |

5

| | |
|---|---|
| 82. | TNO Study Report  MONGLY00888353-388 |
| 83. | July 2001 memo re: Clustering glyphosate formulations with regard to the testing for dermal uptake. MONGLY01839476 -  MONGLY01839481 |
| 84. | Apr. 5, 2002 email from Richard Garnett re TNO Dermal Penetration Studies at *1-3 (MONGLY03737014-016) |
| 85. | July 5 2000 Memo re Site Visit to Minnesota field site MONGLY07080361 -369 |
| 86. | Maronpot, et al. Relevance of animal carcinogenesis findings to human cancer predictions and prevention 32 Toxicol Pathol 40-8 at 41-2 (2004) |
| 87. | Begley, et al., Finding mouse models of Human Lymphomas and Leukemia's using the Jackson Laboratory Mouse Tumor Biology Database, 99 Experimental and Toxicologic Pathology 533-536 (2015) |
| 88. | Ward, Lymphomas and Leukemias in Mice, 57 Experimental and Toxicologic Pathology 377-381 (2006) |
| 89. | US EPA, 2013 Toxicological Review of 1,4-Dioxane (with Inhalation Update), Washington D.C. EPA/635/R-11/003F, available at https://cfpub.epa.gov/ncea/iris/iris_documents/documents/toxreviews/0326tr.pdf |
| 90. | Dourson, et al., Update: Mode of action (MOA) for liver tumors induced by oral exposure to 1,4-dioxane. 88 REG. TOXICOLOGY AND PHARMACOLOGY 45-55 (2017) |
| 91. | Dourson, et al., Mode of Action Analysis for Liver Tumors from oral 1,4-dioxane exposures and evidence-based dose response assessment, 68 Reg. Toxicology and Pharmacology 397-401 (2014). |
| 92. | Wasserstein et al., Statement on p-values: Context, Process, and Purpose, 70 Amer. Statistician 129 (2016) |
| 93. | May 22, 2015 email from Michael Goodis to Jess Rowland (EPAHQ_005644). |
| 94. | Paz-y-Miño et al., Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate, 30 Genetics and Molecular Biolology 456–60 (2007) |
| 95. | Bolognesi, Biomonitoring of Genotoxic Risk in Agricultural Workers from Five Colombian Regions: Association to Occupational Exposure to Glyphosate, 72 J Toxicol Environ Health A, 15-16, 986–97 (2009) |
| 96. | Apr. 9, 2001 email from Donna Farmer (MONGLY00885224-225) |
| 97. | June 5, 2013 emails between Joy Honegger, Erin Ahlers, and others MONGLY04234807 -808 |
| 98. | Bolognesi, et al. Micronuclei and Pesticide Exposure 26 Mutagenesis 1, 19-26 (2011) |

6

| |
|---|
| 99. Bolognesi, et al. The use of the lymphocyte cytokinesis-block Micronucleus assay for monitoring pesticide-exposed populations 770 Mutation Research 183-203 (2016) |
| 100. June 17, 2015 email from Kurt Straif to Keith Solomon re: Genotoxicity of glyphosate in humans. |
| 101. Begley, D., et al., Finding mouse models of Human Lymphomas and Leukemia's using the Jackson Laboratory Mouse Tumor Biology Database, 99 Experimental and Toxicologic Pathology 533-536, p. 534 (2015) |
| 102. Manas, F. et al., Genotoxicity of glyphosate assessed by the comet assay and cytogenetic tests, 28 Envtl. Toxicology & Pharmacology 37 (2009) |
| 103. Koller, V. et al., Cytotoxic and DNA-damaging properties of glyphosate and Roundup in human-derived buccal epithelial cells, 86 Archives Toxicology 805 (2012) |
| 104. Dixon, et al., Summary of chemically induced pulmonary lesions in the National Toxicology Program (NTP) toxicology and carcinogenesis studies, 36 Toxicol Pathol 3 at 428-39 (2008) |
| 105. Rider, et al. Ejaculation and Risk of Prostate Cancer: Updated Results with An additional decade of follow up, Eur Urol. 2016 Dec;70(6):974-982 |
| 106. 9/21/15 draft of Pahwa, et al., An evaluation of glyphosate use and the risk of non-Hodgkin lymphoma major histological sub-types in the North American Pooled Project (NAPP) |
| 107. 5/24/17 Exponent paper, Meta-Analysis of Glyphosate Use and Risk of Non-Hodgkin Lymphoma |
| 108. IARC Monographs Volume 112 List of Participants |
| 109. Document from Harvard T.H. Chan website titled Research Roundup |
| 110. 1/4/12 Rider PowerPoint titled Lung Cancer, Molecular Pathology of Cancer Boot Camp |
| 111. Report from Harvard School of Public Health website, Report links welding fumes with risk of cancer. https://www.hsph.harvard.edu/news/hsph-in-the-news/welding-fumes-cancer-risk/ |
| 112. Goldie, et al. Global Cervical Cancer:  HPV Vaccination and Diagnostics. Harvard School of Public Health |
| 113. IARC Monograph Volume 114 List of Participants |
| 114. Harvard School of Public Health website page of Richard Clapp, D.Sc, MPH |
| 115. Portier, et al, Differences in the carcinogenic evaluation of glyphosate between the IARC and the EFSA |

| | |
|---|---|
| 116. | Pearce, et al., IARC Monograph: 40 Years of Evaluating Carcinogenic Hazards to Humans MONGLY01154783-MONGLY01154819 |
| 117. | 6/23/15, WHO Press Release, IARC Monographs evaluate DDT, lindane, and 2,4-D |
| 118. | Alavanja, et al, Increased Cancer Burden Among Pesticide Applicators and Others Due to Pesticide Exposure 20 CA Cancer J. Clin. 120-142 (2013) |
| 119. | 2013 Draft Lymphoma risk and pesticide use in the Agricultural Health Study |
| 120. | International Committee of Medical Journal Editors, Uniform requirements for manuscripts submitted to biomedical journals. |
| 121. | World Trade Center Health Program, Minimum Latency & Types or Categories of Cancer |
| 122. | Chen, et al, Residential Exposure to Pesticide During Childhood and Childhood Cancers: A Meta-Analysis 136 Pediatrics 719-729 (2015) |
| 123. | Buckley, et al, Pesticide Exposures in Children with Non-Hodgkin Lymphoma 89 Cancer 2315-2321 (2000) |
| 124. | Copy of Tweet of Jennifer Rider regarding Kenneth Rothman & statistical significance |
| 125. | Wilson, et al, Vasectomy and Risk of Aggressive Prostate Cancer: A 24-Year Follow-Up Study 32 J. Clin. Onco. 3033-3038 (2014) |
| 126. | Sigurdardottir, et al, Sleep Disruption Among Older Men and Risk of Prostate Cancer 22 Canc. Epidemiol. Biomarkers Prev. 872-879 (2013) |
| 127. | Exponent, Design of Epidemiologic Studies for Human Health Risk Assessment of Pesticide Exposures (MONGLY02314040 - MONGLY02314079) |
| 128. | 1/28/16 Mucci retention letter |
| 129. | E-mail chain re reviewers of Eriksson (2008) and Hardell & Eriksson (1999) (MONGLY01204377 - MONGLY01204378) |
| 130. | E-mail re: Popular herbicide linked to cancers (MONGLY00878065 - MONGLY00878067) |
| 131. | Mucci, et al, Maternal Smoking and Childhood Leukemia and Lymphoma Risk 13 Cancer Epidemiol. Biomarkers Prev. 1528-1533 (2004) |

| | |
|---|---|
| 132. | Stark, et al, Prospective Study of Trichomonas vaginalis Infection and Prostate Cancer Incidence and Mortality 101 JNCI 1-6 (2009) |
| 133. | IARC Monograph, Volume 105 List of Participants |
| 134. | 11/11/2015 Mucci PowerPoint: Epidemiology of Prostate Cancer Risk and Progression, Prostate Cancer Evidence Academy |
| 135. | Document from Harvard T.H. Chan website, The Nutrition Source, Research Roundup |
| 136. | Pahwa, et al., A Detailed Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma in the NAPP CSEB (6/3/15) |
| 137. | Reference Manual on Scientific Evidence (3rd Edition) |
| 138. | Reference Manual on Scientific Evidence (2nd Edition) |
| 139. | Roberts, et al. Recognition and Management of Pesticide Poisonings (Sixth Edition 2013) |
| 140. | Nielsen, et al. Defense against dermal exposures is only skin deep: significantly increased penetration through slightly damaged skin. Arch Dermatol Res. 2007 |
| 141. | Kwiatkowska The effect of metabolites and impurities of glyphosate on human erythrocytes (in vitro), Pesticide Biochemistry and Physiology 109 (2014) 34-43 |
| 142. | Kato, et al., Pesticide product use and risk of non-Hodgkin lymphoma in women, Environ Health Perspect. 2004 Sep; 112(13):1275-81. |
| 143. | Lightfoot, et al., Polymorphisms in the oxidative stress genes, superoxide dismutase, glutathione peroxidase and catalase and risk of non-Hodgkin's lymphoma. Haematologica. 2006 Sep;91(9):1222-7. |
| 144. | Andreadis, et. al., Members of the glutathione and ABC-transporter families are associated with clinical outcome in patients with diffuse large B-cell lymphoma. Blood. 2007 Apr 15;109(8):3409-16. Epub 2006 Dec 19. |
| 145. | Prop 65 Listing effective July 7th, 2017 https://oehha.ca.gov/proposition-65/crnr/glyphosate-listed-effective-july-7-2017-known-state-california-cause-cancer. |
| 146. | Memorandum of Points and Authorities in Support of OEHHA and Dr. Zeise's Motion for Judgement on the Pleadings on Monsanto's First Amended Petition and Complaint and California Citrus Mutual, et al's Complaint in Intervention |

| | |
|---|---|
| 147. | 12/8/2015 Email chain email from Lynn Flowers to Vince Cogliano re ORD assessments (EPA_HQ0000204) |
| 148. | Summary of ORD's Comments on OPP glyphosate issue paper (EPA-HQ-20 16-01 0431_00000039) |
| 149. | January 2018 Briefing Note for IARC Scientific and Governing Council members Prepared by the IARC Director |
| 150. | Minority Staff Report, Spinning Science & Silencing Scientists: "A Case Study in How the Chemical Industry Attempts to Influence Science." Committee on Science, Space, and Technology |
| 151. | Weisenburger, D.D., Lymphoid Malignancies in Nebraska: A Hypothesis. Nebr Med J, 1985.70(8): 300-305. |
| 152. | Weisenburger, D.D., Environmental Epidemiology of Non-Hodgkin's Lymphoma in Eastern Nebraska. Am J Ind Med, 1990. 18(3): 303-305 |
| 153. | Acquavella, J.F., Alexander, B.H., Mandel, J.S., Gustin, c., Baker, B., Chapman, P., and Bleeke, M., Glyphosate Biomonitoring for Farmers and Their Families: Results from the Farm Family Exposure Study. Environ Health Perspect, 2004. 112(3): 321-326. |
| 154. | Varona, et al ., Effects of Aerial Applications of the Herbicide Glyphosate and Insecticides on Human Health. Biomedica, 2009. 29(3): 456-475. |
| 155. | Tarone, R.E., On the International Agency for Research on Cancer Classification of Glyphosate as a Probable Human Carcinogen. Eur J Cancer Prev, 2016. |
| 156. | Solomon, K.R., Glyphosate in the General Population and in Applicators: A Critical Review of Studies on Exposures. Crit Rev Toxicol, 2016. 46(supl): 21-27. |
| 157. | Orsi, et al., Occupational Exposure to Pesticides and Lymphoid Neoplasms among Men: Results of a French Case-Control Study. Occup Environ Med, 2009. 66(5): 291-298. |
| 158. | Cocco, et al, Lymphoma Risk and Occupational Exposure to Pesticides: Results of the Epilymph Study. Occup Environ Med, 2013. 70(2): 91-98. |
| 159. | Weisenburger, D.O., Pathological Classification of Non-Hodgkin's Lymphoma for Epidemiological Studies. Cancer Res, 1992.52(19 Suppl): 5456s-5462s; discussion 5462s-5464s. |
| 160. | Greim, et al, Evaluation of Carcinogenic Potential of the Herbicide Glyphosate, Drawing on Tumor Incidence Data from Fourteen Chronic/Carcinogenicity Rodent Studies. Crit Rev Toxicol, 2015. 45(3): 185-208. |
| 161. | Dr. Portier, Original Expert Report with Appendices |

10

| | |
|---|---|
| 162. | Dr. Portier, Revised Expert Report |
| 163. | Dr. Portier Rebuttal Report |
| 164. | Dr. Portier Supplemental Report |
| 165. | 10/4/16 Comments of C. Portier on USEPA EPA-HQ-OPP-2016-0385 0094 |
| 166. | IARC Preamble |
| 167. | Smith, Martyn, et al. "Key Characteristics of Carcinogens as a Basis for Organizing Data on Mechanisms of Carcinogenesis" Environmental Health Perspectives, vol. 124, No. 6, June 2016, Deposition Exhibit 15-39 |
| 168. | Greim Data Supplements; Studies 1-14, dated 12-19-2014 |
| 169. | "Guidelines for Carcinogen Risk Assessment" EPA, March 2005 |
| 170. | "Guidelines for Carcinogen Risk Assessment" EPA, October 2016 |
| 171. | "Guidelines for Carcinogen Risk Assessment" EPA, vol. 51, 1986 |
| 172. | Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate, 16 The Lancet (May 2015) |
| 173. | 11/25/2016 Confidential briefing for Governing Council Members IARC Evaluation of glyphosate |
| 174. | Pahwa, et al., The North American Pooled Project (napp): Pooled analyses of Case-Control Studies of Pesticides and Agricultural Exposures, Lymphohematopoietic Cancers and Sarcoma 71 Occup Environ Med A1-A132 (2014) |
| 175. | Aaron Blair Curriculum Vitae |
| 176. | Email Exchanges between William Heydens and John Acquavella MONGLY02365099-MONGLY02365101 |
| 177. | March 19, 2014 Email from Kurt Straif to Aaron Blair Re: "Monograph Meeting |
| 178. | March 21, 2014 Email from Kathryn Guyton to Aaron Blair Re: "Monograph Meeting" |
| 179. | IARC Vol. 112 - Overview of assignments |
| 180. | 3/16/15 Plenary General Remarks (Blair Exh. 13) |
| 181. | Oct. 23 2014 Email Exchanges between Aaron Blair and Manisha Pahwa (Blair Exh. 14). |
| 182. | Oct. 29, 2014 Email from Shelley Harris (Blair Exh. 15). |

| |
|---|
| 183. February 6 2013 draft of Alavanja, et al., Risk of total and cell specific non-Hodgkin Lymphoma and pesticide use in the Agricultural Health Study (Blair Exh. 19A) |
| 184. March 15 2013 draft of Alavanja, et al. Lymphoma risk and pesticide use in the Agricultural Health Study (Blair Exh. 19B) |
| 185. Feb 28, 2014 Email from Michael Alavanja to Dale Sandler (Blair Exh. 21). |
| 186. Spt. 16, 2016 Email Exchanges between Dale Sandler and Aaron Blair (Blair Exh. 22). |
| 187. March 23, 2015-March 25, 2015 Email Exchanges (Blair Exh. 23). |
| 188. Spt. 16, 2016 – Sept. 29, 2016 Email Exchanges between Carey Gillam and Aaron Blair (Blair Exh. 24). |
| 189. Aug 8 – 19, 2016 Email Exchanges between Marie-Monique Robin and Aaron Blair (Blair Exh. 25). |
| 190. March 3- 25, 2016 Email Exchanges (Blair Exh. 26). |
| 191. March 1, 2016 IARC Q&A on Glyphosate (Blair Exh. 27) |
| 192. May 16, 2016 Email Exchanges between Natasha Henry and Aaron Blair (Blair Exh.28) |
| 193. Aug 20, 2015 – Dec 7, 2015 Email Exchanges between Aaron Blair and Kathryn Forgie (Blair Exh. 29) |
| 194. May 5, 2016 Email Exchanges between Dennis Weisenburger and Kathryn Forgie (Blair Exh. 30) |
| 195. Aug 25- 26, 2015 Email Exchanges (Blair Exh. 31). |
| 196. Aug 25- 26, 2015 Email Exchanges (Blair Exh. 32). |
| 197. Jan 11-14, 2016 Email Exchanges (Blair Exh. 33) |
| 198. Pahwa, et al. A detailed assessment of glyphosate use and the risks of non-Hodgkin lymphoma overall and by major histological sub-types: findings from the North American Pooled Project (June 10, 2016) |
| 199. August 22, 2016 Email Exchanges (Blair Exh. 35) |
| 200. Pahwa, et al., An Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma Major Histological Sub-Types in the North American Pooled Project International Society for Environmental Epidemiology Conference (Aug 31, 2015) |

| | |
|---|---|
| 201. | An Evaluation Of Glyphosate Use And The Risks Of Non-Hodgkin Lymphoma Major Histological Sub-Types In The North American Pooled Project (NAPP), Environmental Health Perspectives (Blair Ex. 37). |
| 202. | Matthew Ross Curriculum Vitae |
| 203. | June 8, 2015 Email from Kathryn Forgie to Matthew Ross (Ross Exh. 5) |
| 204. | Declaration of Interests for IARC / WHO Experts (Ross Exh. 6) |
| 205. | IARC Subgroup 4 Working Members (Ross Exh. 7) |
| 206. | IARC Volume 112 Meeting Timetable (Ross Exh. 9) |
| 207. | Oct. 1, 2015 Email Exchanges (Ross Exh. 12) |
| 208. | Feb 3 – 27 Email Exchanges (Ross Exh. 13). |
| 209. | Thoughts on EFSA Response (Ross Exh. 14) |
| 210. | January 13, 2016 Open Letter from EFSA Director to Christopher Portier (Ross Exh. 15) |
| 211. | March 9 – 11, 2015 Email Exchanges (Ross Exh. 16) |
| 212. | March 30, 2015 Email Exchanges between Nathaniel Harmon and Matthew Ross (Ross Ex. 17) |
| 213. | IARC Vol. 112 Mono 4: Glyphosate Mechanistic Evidence Summary (Ross Exh. 20) |
| 214. | MS ST ATE-003194 - MS_STATE-003195 (Ross Exh. 22) |
| 215. | March 13, 2015 Email Exchanges (Ross Exh. 23) |
| 216. | April 1, 2016 Email from Kathryn Guyton (Ross Exh. 24) |
| 217. | April 7, 2016 Letter from Angkana Santhiprechachit (Ross Exh. 25) |
| 218. | Hohenadel, et al., Exposure to Multiple Pesticides and Risk of Non-Hodgkin Lymphoma in Men from Six Canadian Provinces 8 Int. J. Environ. Res. Public Health 2320-2330 (2011) |
| 219. | Lee, et al., Non-Hodgkin's Lymphoma Among Asthmatics Exposed to Pesticides 111 Int. J. Cancer: 298-302 (2004) |
| 220. | Poole, C., Beyond the Confidence Interval 77 AJPH February (1987) |

| | |
|---|---|
| 221. | Zahm, et al., A Case-Control Study of Non-Hodgkin's Lymphoma and the Herbicide 2,4-Dichlorophenoxyacetic Acid (2,4-D) in Eastern Nebraska 1 Epidemiology 349-356 (1990) |
| 222. | Cantor, et al., Pesticides and Other Agricultural Risk Factors for Non-Hodgkin's Lymphoma among Men in Iowa and Minnesota 52 Cancer Research 2447-2455 (1992) |
| 223. | Hoekstra, et al., Probability as certainty: Dichotomous thinking and the misuse of p values 13 Psychonomic Bulletin & Review 1033-1037 (2006) |
| 224. | Blair & Zahm, Patterns of Pesticide Use Among Farmers: Implications for Epidemiologic Research 4 Epidemiol. 55-62 (1993) |
| 225. | Coupe, et al., Trends in pesticide use on soybean, corn and cotton since the introduction of major genetically modified crops in the United States Pest Manag. Sci. 1-10 (2015) |
| 226. | Alavanja, et al., The Agricultural Health Study 104 Environ. Health. Perspect. 362-369 (1996) |
| 227. | Agricultural Health Study Enrollment Commercial Applicator Questionnaire |
| 228. | Agricultural Health Study Enrollment Private Applicator Questionnaire |
| 229. | Agricultural Health Study Take Home Applicator Questionnaire |
| 230. | 08/31/1999 Donna Farmer PowerPoint Presentation (MONGLY01593792) |
| 231. | Corcoran, C. & Senchaudhuri, P., New StatXact Toolkit for Correlated Data (Corcoran Exh. 8) |
| 232. | Bolognesi, et al., Genotoxic Activity of Glyphosate and Its Technical Formulation Roundup 45 J. Agric. Food Chem 1957-1962 (1997) |
| 233. | Prasad, et al., Clastogenic Effects of Glyphosate in Bone Marrow Cells of Swiss Albino Mice J. Toxicol. 3-5 (2009) |
| 234. | Zouaoui, et al., Determination of glyphosate and AMPA in blood and urine from humans: About 13 cases of acute intoxication 226 Forensic Science International e20-e25 (2013) |
| 235. | Haseman, et al., Use of Historical Control Data in Carcinogenicity Studies in Rodents 12 Toxicol. Pathol. 126-135 (1984) |
| 236. | Han, et al., Exact Analysis of Dose Response for Multiple Correlated Binary Outcomes 60 Biometrics 216-224 (2004) |

| |
|---|
| 237. Dec 12, 1985 EPA Memo Re: Report on Additional Kidney Sections |
| 238. Giknis, Spontaneous Neoplastic Lesions in the Crl:CD-1 ®(ICR)BR Mouse Charles River Laboratories (March 2000) |
| 239. Lamb, et al., Critical comments on the WHO-UNEP State of the Science of Endocrine Disrupting Chemicals 69 Regulatory Toxicology and Pharmacology 22-40 (2014) |
| 240. MONGLY01947702 - MONGLY01947704 |
| 241. Summary Histopathology Data for 18 Month Control Study Safepharrn Laboratories Internal Project 0041-0216 (2008) (MONGLY07070096 - MONGLY07070099). |
| 242. Baldrick, P., Carcinogenicity Evaluation: Comparison of Tumor Data from Dual Control Groups in the Sprague-Dawley Rat 33 Toxicologic Pathol. 283-291. (2005) |
| 243. Bladrick, P. & Reeve, L., Carcinogenicity Evaluation: Comparison of Tumor Data from Dual Control Groups in the CD-1 Mouse 35 Toxicologic Pathol. 562-569 (2007) |
| 244. The Joint Meeting of the Chemicals Committee and the Working Party on Chemicals, Pesticides and Biotechnology, Guidance Document on the Conduct and Design of Chronic Toxicity and Carcinogenicity Studies, Supporting Test Guidelines 251, 452 and 453 (2nd Ed. 2012). |
| 245. Elwell, et al., Proliferative and Non-proliferative Lesions in the Heart and Vasculature in Mice Guidelines for Toxicologic Pathology (2004). |
| 246. Dr. C. Corcoran Expert Report |
| 247. Dr. W. Fleming 07/31/2017 Expert Report |
| 248. Dr. W. Foster 07/31/2017 Expert Report |
| 249. Dr. L. Mucci 07/31/2017 Expert Report |
| 250. Dr. L Mucci 12/21/2017 Supplemental Expert Report |
| 251. Dr. J. Rider 07/31/2017 Expert Report |
| 252. Dr. J. Rider 12/21/2017 Supplemental Expert Report |
| 253. Dr. T. Rosol 07/31/2017 Expert Report |

| | |
|---|---|
| 254. | Williams, et al. A Review of the Carcinogenic Potential of Glyphosate by Four Independent Expert Panels and Comparison to the IARC Assessment. 46 Crit Rev Toxicol, 3-20 (2016) |
| 255. | Ross Subpoena (propounded by Monsanto) |
| 256. | Ross Subpoena (propounded by Plaintiffs) |
| 257. | Plaintiffs' Cross Notice to take oral and video-taped deposition of Dr. Matthew Ross |
| 258. | Glyphosate Issue Paper: Evaluation of Carcinogenic Potential, Environmental Protection Agency Office of Pesticide Programs, Editor (September 12, 2016) |
| 259. | Hill, B., The Environment and Disease: Association or Causation? Section of Occupational Medicine 295- 300 (1965) |
| 260. | Brusick, et al., Genotoxicity Expert Panel Review: Weight of Evidence Evaluation of the Genotoxicity of Glyphosate, Glyphosate-8ased Formulations, and Aminomethylphosphonic Acid. 46 Crit Rev Toxicol, 2016. |
| 261. | Bolognesi, C., Genotoxicity of Pesticides: A Review of Human Biomonitoring Studies. 543 Mutat Res 251-272 (2003) |
| 262. | Benedetti, et al., Genetic Damage in Soybean Workers Exposed to Pesticides: Evaluation with the Comet and Buccal Micronucleus Cytome Assays. 752 Mutat Res, 28 – 33 (2013) |
| 263. | Mladinic, et al., Evaluation of Genome Damage and Its Relation to Oxidative Stress Induced by Glyphosate in Human Lymphocytes in Vitro. 50 Environ Mol Mutagen 800-807 (2009). |
| 264. | Massimo Loda, et al., Pathology and Epidemiology of Cancer, Springer (2017) (Textbook) |
| 265. | Kenneth Rothman, et al., Modern Epidemiology, Lippincott Williams & Wilkins (2008) (Textbook) |
| 266. | Dr. B. Ritz, Introduction to Cohort Studies (2012) Lecture Slides |
| 267. | Dr. B. Ritz, Review: Causal Inference in Epidemiology Confounding (2010) |
| 268. | Dr. B. Ritz, Screening / Misclassification of Disease or Exposure Information Bias (2017) |
| 269. | Aaron Blair 03/20/2017 Deposition Transcript |
| 270. | Matthew Ross 05/13/2017 Deposition Transcript |

| | |
|---|---|
| 271. | Documents identified by Monsanto on its Exhibit List |
| 272. | Documents and literature used to impeach the testimony of Monsanto's witnesses. |
| 273. | "Does the World's Top Weed Killer Cause Cancer? Trump's EPA Will Decide" Bloomberg, July 13, 2017. https://www.bloomberg.com/news/features/2017-07-13/does-the-world-s-top-weed-killer-cause-cancer-trump-s-epa-will-decide |
| 274. | Letter from Granjean, et al. to Dr. Schuchat, June 1, 2017 posted by Stephan Neidenbach https://www.documentcloud.org/documents/4364139-Professor-Richard-Jackson-Emails-17-4988.html#document/p8   Page 100. |
| 275. | Adami, et al. Textbook of Cancer Epidemiology 3rd Edition (2018) |
| 276. | 9/21/2009, Email from Donna Farmer, MONGLY01192115-117 |
| 277. | 12/8/2010, PowerPoint re: Williams Study, MONGLY02067860      (NATIVE) |
| 278. | 2/29/2012, Manuscript clearance form for Kier & Kirkland, MONGLY02117800-804 |
| 279. | 7/18/2012, Email Chain between David Saltmiras et al.,     MONGLY02145917-930 |
| 280. | 1/28/2013, Email between Kier, Kirkland and Saltmiras.,    MONGLY04086537-541 |
| 281. | 10/3/2014, Email re: Kumar Study, MONGLY01147225     -227 |
| 282. | April 2015,  Monsanto Safety Goals MONGLY03316369-371 |
| 283. | 8/6/2015, Email from Bill Heydens, Mongly01183933-36 |
| 284. | Prop 65 NSRL https://oehha.ca.gov/proposition-65/crnr/notice-proposed-rulemaking-amendment-section-25705-specific-regulatory-levels |
| 285. | October 13, 2016 email from Jay Vroom to Jack Housenger EPA-HQ-2017-000442-0000205 |
| 286. | 11/17/2016, Email re: CropLife America's This Week & Next: November 10, 2016, MONGLY07063555-576 |
| 287. | Infante, et al. Commentary: IARC Monographs Program and public health under siege by corporate interests,  Am J Ind Med. 2018;1–5." |
| 288. | Infante, Glyphosate and Cancer: A Review of the Epidemiological Literature Related to the Development of Non-Hodgkin Lymphoma; Submitted as Public Comment to the Glyphosate SAP Panel" |

Case 3:16-md-02741-VC   Document 1141   Filed 02/20/18   Page 18 of 18

Plaintiffs' Exhibit List, Filed Pursuant to PTO 37, MDL 2741

| |
|---|
| 289. Suarez-Larios K, et al. Screening of Pesticides with the Potential of Inducing DSB and Successive Recombinational Repair. 2017. Journal of Toxicology. Vol. 2017, Article ID 3574840. |
| 290. EPA Approved Labels for: Landmaster II Herbicide, Machete, Intrro, Lariat, Micro Tech, Parrlay, Bullet, Freedom, Campaign |
| 291. Knezevich & Hogan, a Chronic Feeding Study of Glyphosate (Roundup Technical) in Mice Bio Dynamics, Inc. (1983) |
| 292. Acquavella, Cancer among Farmers: A Meta-Analysis, Ann Epidemiol 1998;8:64-74. |
| 293. WHO International Classification of Disease, Version 9. |
| 294. WHO International Classification of Disease, Version 10. |
| 295. Huff, J.E., et al., Carcinogenesis Studies: Results of 398 Experiments on 104 Chemicals from the U. S. National Toxicology Program. Annals of the New York Academy of Sciences, 534: 1–30 (1988). doi:10.1111/j.1749-6632.1988.tb30085. |
| 296. Huff J. Cirvello J. Haseman J, Bucher J. Chemicals associated with site-specific neoplasia in 1394 long-term carcinogenesis experiments in laboratory rodents. *Environmental Health Perspectives*. 1991;93:247-270. |

18