UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | |

**NOTICE REGARDING VIDEO RECORDING**

A request has been made to video record the March 5, 2018 Hearing re Causation in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

( X ) All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project. See cand.uscourts.gov/cameras for more information.
\* The video recording of the hearing will be uploaded to the U.S. Courts Cameras in Courts web page at the conclusion of the week-long proceeding.

( ) At least one party has opposed the request to video record and/or the Court has denied the request; the proceeding will not be video recorded.

Dated: February 26, 2018                       Susan Y. Soong, Clerk of Court

*Susan Y. Soong*
_____
Signature of Clerk or Deputy Clerk