Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA  22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.  16-md-02741 |
| | **PLAINTIFFS' PTO #38 NOTICE** |
| This Document Relates To All Actions | |

Pursuant to Pretrial Order No. 38, the Plaintiffs intend to call their witnesses in the following order:

1. Dr. Beate Ritz, M.D., Ph.D.

2. Dr. Dennis Weisenburger, M.D.

3.  Dr. Alfred Neugut, M.D., Ph.D.

4.  Dr. Charles Jameson, Ph.D.

5.  Dr. Christopher Portier, Ph.D.

6.  Dr. Aaron Blair/Dr. Matthew Ross by videotape deposition testimony

7.  Dr. Chadi Nabhan, M.D., F.A.C.P (on Friday, March 9, 2018)

DATED: February 26, 2018          Respectfully Submitted

ANDRUS WAGSTAFF, P.C.

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff SBN 278480
7171 W. Alaska Dr.
Lakewood, Colorado 80226
Telephone:     (303) 376-6360

WEITZ & LUXENBURG, PC

/s/ Robin L. Greenwald
Robin L. Greenwald, Esq.
700 Broadway
New York, New York 10003
Telephone: (212)558-5802

THE MILLER FIRM, LLC

/s/ Michael Miller
Michael Miller, Esq.
The Sherman Building
108 Railroad Avenue
Orange, VA 22960
Toll free: (800)882-2525

*Plaintiffs Co-Lead Counsel*

1

**ECF CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filing attorney attests that she has obtained

concurrence regarding the filing of this document from the signatories to the document.

DATED: February 26, 2018              /s/ Aimee Wagstaff
                                      ANDRUS WAGSTAFF, PC
                                      Aimee H. Wagstaff, SBN 278480
                                      aimee.wagstaff@andruswagstaff.com
                                      7171 West Alaska Drive
                                      Lakewood, CO  80226
                                      Telephone: (303) 376-6360
                                      Facsimile: (303) 376-6361

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the

Court and electronically served through the CM-ECF system which will send a notification of

such filing to all counsel of record.

DATED: February 26, 2018              /s/ Aimee Wagstaff
                                      ANDRUS WAGSTAFF, PC
                                      Aimee H. Wagstaff, SBN 278480
                                      aimee.wagstaff@andruswagstaff.com
                                      7171 West Alaska Drive
                                      Lakewood, CO  80226
                                      Telephone: (303) 376-6360
                                      Facsimile: (303) 376-6361

                                      *Counsel for Plaintiffs*