**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
Heather A. Pigman (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:    202-898-5800
Fax:   202-682-1639
Email: jhollingsworth@hollingsworthllp.com
            elasker@hollingsworthllp.com
            hpigman@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | |

### MONSANTO COMPANY'S PRETRIAL ORDER NO. 38 NOTICE

Pursuant to Pretrial Order No. 38, Monsanto Company hereby submits the first four witnesses it intends to call at the *Daubert* hearing:

1. Thomas J. Rosol, DVM, PhD
2. Christopher D. Corcoran, ScD
3. Jay I. Goodman, PhD
4. Lorelei A. Mucci, ScD, MPH

DATED: February 26, 2018

                                Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (pro hac vice)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (pro hac vice)
(elasker@hollingsworthllp.com)
Heather A. Pigman (pro hac vice)
(hpigman@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY