1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  | IN RE: ROUNDUP PRODUCTS | MDL No. 2741 |
    | LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |

12

13  | This document relates to: | **[PROPOSED] ORDER PERMITTING PARTIES TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR *DAUBERT* HEARING** |
14  | ALL ACTIONS | |
15

16     In connection with the March 5-9, 2018 *Daubert* hearing in this matter, the parties are

17  permitted to bring the following equipment into the courthouse:

18     • ELMO document viewing device

19     • Exhibit boards

20     • Easel

21     • Printers (to store in attorney/witness rooms)

22     • Laptops (for personal attorney use)

23     • iPads (for personal attorney use)

24     The ELMO document viewing device and printers will be set up on Thursday, March 1,

25  2018 at 10 AM.  Laptops may also be brought to the courthouse on March 1, 2018 to assist with

26  setup.  Laptops and the remainder of the equipment also may be brought in as needed each day

27  during the hearing.

28

- 1 -

[PROPOSED] ORDER PERMITTING PARTIES TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR *DAUBERT* HEARING

| | |
|---|---|
| Date: _____, 2018 | _____ <br> HONORABLE VINCE CHHABRIA <br> UNITED STATES DISTRICT COURT |

[PROPOSED] ORDER PERMITTING PARTIES TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR *DAUBERT* HEARING