1
2
3
4
5
6
7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

12

MDL No. 2741
Case No. 3:16-md-02741-VC

13 | This document relates to:

14 | ALL ACTIONS

15

[~~PROPOSED~~] **ORDER PERMITTING PARTIES TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR *DAUBERT* HEARING**

16    In connection with the March 5-9, 2018 *Daubert* hearing in this matter, the parties are

17 permitted to bring the following equipment into the courthouse:

18 - ELMO document viewing device
19 - Exhibit boards
20 - Easel
21 - Printers (to store in attorney/witness rooms)
22 - Laptops (for personal attorney use)
23 - iPads (for personal attorney use)

24    The ELMO document viewing device and printers will be set up on Thursday, March 1,

25 2018 at 10 AM.  Laptops may also be brought to the courthouse on March 1, 2018 to assist with

26 setup.  Laptops and the remainder of the equipment also may be brought in as needed each day

27 during the hearing.

28

- 1 -

[PROPOSED] ORDER PERMITTING PARTIES TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR *DAUBERT* HEARING

1
2
3   Date: __February 27__, 2018          _____
4                                        HONORABLE VINCE CHHABRIA
                                         UNITED STATES DISTRICT COURT
5
...

- 2 -
[PROPOSED] ORDER PERMITTING PARTIES TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR *DAUBERT* HEARING