**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
             elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Ricky and Charlene Hoskins, Individually and on behalf of their minor child, T.H. v. Monsanto Co.*, Case No. 3:18-cv-00665-VC | |

**MONSANTO COMPANY'S**
**<u>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS</u>**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  February 27, 2018            Respectfully submitted,

                                     /s/ Joe G. Hollingsworth
                                     Joe G. Hollingsworth (*pro hac vice*)
                                     (jhollingsworth@hollingsworthllp.com)
                                     Eric G. Lasker (*pro hac vice*)
                                     (elasker@hollingsworthllp.com)
                                     HOLLINGSWORTH LLP
                                     1350 I Street, N.W.
                                     Washington, DC  20005
                                     Telephone:  (202) 898-5800
                                     Facsimile:   (202) 682-1639

                                     *Attorneys for Defendant*
                                     *MONSANTO COMPANY*