**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
Heather A. Pigman (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel.:   (202) 898-5800
Fax:   (202) 682-1639
Email:  jhollingsworth@hollingsworthllp.com
        elasker@hollingsworthllp.com
        hpigman@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **Hearing Date:** **March 5, 2018**<br>**Time:**         **9:00 a.m.** |

**MONSANTO COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS *DAUBERT* AND SUMMARY JUDGMENT MOTION BASED ON FAILURE OF GENERAL CAUSATION PROOF**

**TO THE COURT AND EACH PARTY AND THE ATTORNEY OF RECORD FOR EACH PARTY:**

Monsanto Company ("Monsanto") and its counsel lodge this Notice of Supplemental Authority in support of its Reply Memorandum of Points and Authorities in Support of its *Daubert* and Summary Judgment Motion Based on Failure of General Causation Proof and Opposition to Plaintiffs' *Daubert* Motion To Strike Certain Opinions of Monsanto Company's Expert Witnesses, ECF No. 681 ("Reply Brief").  Attached hereto as Exhibit A is a ruling issued yesterday by the United States District Court for the Eastern District of California (Shubb, J.) preliminarily enjoining the state of California from requiring a cancer warning be placed on glyphosate-based herbicides, including Roundup.  This ruling is relevant to issues addressed in Monsanto's Reply Brief at page 37, n.67.

DATED:  February 27, 2018                                   Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Heather A. Pigman (*pro hac vice*)
(hpigman@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:    (202) 898-5800
Facsimile:     (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*