UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 40:<br>RE PRESENTATION OF VIDEO<br>DEPOSITION TESTIMONY**<br><br>Re: Dkt. No. 1163 |

The parties should present any excerpts of video depositions they wish to present during their allotted time.

**IT IS SO ORDERED.**

Dated: February 28, 2018

VINCE CHHABRIA
United States District Judge