UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER PERMITTING PARTIES TO BRING ADDITIONAL OUTSIDE EQUIPMENT INTO COURTHOUSE FOR *DAUBERT* HEARING** |

In connection with the March 5-9, 2018 *Daubert* hearing in this matter, the parties are permitted to bring the following additional equipment into the courthouse:

- Two VGA switchers
- VGA cabling and electric cords
- Gaffers Tape
- Printer (to store in attorney/witness room)
- Laptop for operator of VGA input

The laptop will be brought in each day during the hearing.  The other equipment will be set up on Monday, March 4.

1

Date: _____, 2018

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER PERMITTING PARTIES TO BRING ADDITIONAL OUTSIDE
EQUIPMENT INTO COURTHOUSE FOR *DAUBERT* HEARING