1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741
Case No. 3:16-md-02741-VC

12

13 | This document relates to: | [~~PROPOSED~~] **ORDER PERMITTING PARTIES TO BRING ADDITIONAL OUTSIDE EQUIPMENT INTO COURTHOUSE FOR *DAUBERT* HEARING**

14 | ALL ACTIONS

15

16

In connection with the March 5-9, 2018 *Daubert* hearing in this matter, the parties are permitted to bring the following additional equipment into the courthouse:

- Two VGA switchers
- VGA cabling and electric cords
- Gaffers Tape
- Printer (to store in attorney/witness room)
- Laptop for operator of VGA input

The laptop will be brought in each day during the hearing. The other equipment will be set up on Monday, March ~~4~~ 5.

- 1 -

[PROPOSED] ORDER PERMITTING PARTIES TO BRING ADDITIONAL OUTSIDE
EQUIPMENT INTO COURTHOUSE FOR *DAUBERT* HEARING

Date: __March 2__, 2018

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

- 2 -
[PROPOSED] ORDER PERMITTING PARTIES TO BRING ADDITIONAL OUTSIDE
EQUIPMENT INTO COURTHOUSE FOR *DAUBERT* HEARING