UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 41:**<br>**RE CONFIDENTIALITY OF 1983 MOUSE STUDY**<br>Re: Dkt. No. 1168 |

It is difficult to understand how Monsanto's mouse study from 35 years ago could justifiably remain confidential in this litigation. At the hearings on general causation, the plaintiffs will be permitted to elicit testimony about the study without restriction. If Monsanto truly believes the study should only be admitted under seal, it can use its time during the hearings to explain why that's the case.

**IT IS SO ORDERED.**

Dated: March 3, 2018

VINCE CHHABRIA
United States District Judge