# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** March 5, 2018 | **Time:** 5 hours | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC | **Case Name:** In re Roundup Products Liability Litigation | |

**Attorney for Plaintiff:** Kathryn Forgie, Aimee Wagstaff, Robin Greenwald, Rudie Soileau, Lori Andrus, Vance Andrus, Pearl Robertson, David Wool, Brent Wisner, Jeffrey Travers, Michael Baum, Tesfaye Tsadik, Michael Miller

**Attorney for Defendant:** Joe Hollingsworth, Erik Lasker, Erika Klenicki, Heather Pigman, Kirby Griffis, John Kalas, and Stephanie Salek

**Deputy Clerk:** Kristen Melen                               **Court Reporter:** Lydia Zinn

**Further Hearing: March 6, 2018, at 12:30 p.m.**

## PROCEEDINGS:

*Daubert* Hearing - held.

## RULINGS AND ORDERS:

**Witnesses sworn and examined:**
- **Dr. Beate Ritz, M.D., Ph.D.**
- **Dr. Dennis Weisenburger, M.D.**

**ADMITTED EXHIBITS: 12, 17, 19, 20, 21, 228, 297, 299, 300, 301, 510, 517, 544, 596, 877, 1277, 1278**