UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC
Case Name: In re Roundup Products Liability Litigation

**EXHIBITS and WITNESS LIST - DAUBERT HEARING DAY 1**

| JUDGE: | PLAINTIFFS' ATTORNEY: | DEFENSE'S ATTORNEY: |
|---|---|---|
| Vince Chhabria | Kathryn Forgie, Aimee Wagstaff, Robin Greenwald, Rudie Soileau, Lori Andrus, Vance Andrus, Pearl Robertson, David Wool, Brent Wisner, Jeffrey Travers, Michael Baum, Tesfaye Tsadik, Michael Miller | Joe Hollingsworth, Erik Lasker, Erika Klenicki, Heather Pigman, Kirby Griffis, John Kalas, and Stephanie Salek |
| **HEARING DATE:** | **REPORTER(S):** | **CLERK:** |
| March 5, 2018 | Lydia Zinn | Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
|  | 10:03 a.m. |  |  | Case called on the record, counsel make appearances, Court makes introduction of visiting judge, Judge Ioana Petrou. |  |
|  | 10:07 a.m. |  |  | Plaintiffs call **Dr. Beate Ritz, M.D., Ph.D.** to testify. Dr. Ritz is sworn by the clerk and examined by K. Forgie. |  |
| 297 |  | ✓ | ✓ |  | PLTF |
| 20 |  | ✓ | ✓ |  | PLTF |
| 19 |  | ✓ | ✓ |  | PLTF |
| 17 |  | ✓ | ✓ |  | PLTF |
| 21 |  | ✓ | ✓ |  | PLTF |
| 301 |  | ✓ | ✓ |  | PLTF |
| 228 |  | ✓ | ✓ |  | PLTF |
| 12 |  | ✓ | ✓ |  | PLTF |
| 299 |  | ✓ | ✓ |  | PLTF |
|  | 11:49 a.m. |  |  | Lunch break. |  |
|  | 12:40 p.m. |  |  | Back on the record with Court and counsels present with continued direct examination of Dr. Ritz by K. Forgie. |  |
|  | 1:07 p.m. |  |  | Cross examination of Dr. Ritz conducted by E. Lasker on behalf of defendant. |  |
| 517 |  | ✓ | ✓ |  | DEFT |
|  | 2:05 p.m. |  |  | Break. |  |
|  | 2:24 p.m. |  |  | Back on the record with E. Lasker moving into evidence certain exhibits referenced before the |  |

| | | | | break. | |
|---|---|---|---|---|---|
| 544 | | ✓ | ✓ | | DEFT |
| 596 | | ✓ | ✓ | | DEFT |
| 510 | | ✓ | ✓ | | DEFT |
| 1278 | | ✓ | ✓ | | DEFT |
| 1277 | | ✓ | ✓ | | DEFT |
| | 2:25 p.m. | | | Cross examination of Dr. Ritz by E. Lasker resumes. | |
| 877 | | ✓ | ✓ | | DEFT |
| | 2:59 p.m. | | | Redirect examination of Dr. Ritz conducted by K. Forgie on behalf of plaintiffs. | |
| | 3:02 p.m. | | | The parties have no further questions of Dr. Ritz, and she is thanked and excused. | |
| | 3:03 p.m. | | | Break. | |
| | 3:12 p.m. | | | Plaintiffs call **Dr. Dennis Weisenburger, M.D.** to testify. Dr. Weisenburger is sworn by the clerk and examined by K. Forgie. | |
| 300 | | ✓ | ✓ | | PLTF |
| | 4:17 p.m. | | | Direct examination of Dr. Weisenburger concludes for the evening and will resume tomorrow. T Court addresses counsel regarding some confusion about the testimony and testimony not elicited. | |
| | 4:21 p.m. | | | Court adjourned for the evening. Court will resume tomorrow at 12:30 p.m. | |