# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** March 6, 2018 | **Time:** 3 hours 38 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC | **Case Name:** In re Roundup Products Liability Litigation | |

**Attorney for Plaintiff:** Kathryn Forgie, Aimee Wagstaff, Robin Greenwald, Rudie Soileau, Lori Andrus, Pearl Robertson, David Wool, Brent Wisner, Jeffrey Travers, Tesfaye Tsadik, Michael Miller, Pedram Esfandiary

**Attorney for Defendant:** Joe Hollingsworth, Erik Lasker, Erika Klenicki, Heather Pigman, Kirby Griffis, John Kalas, Stephanie Salek, Scott Duval, Mimi Lynham

**Deputy Clerk:** Kristen Melen                **Court Reporter:** Lydia Zinn

**Further Hearing: March 7, 2018, at 10:00 a.m.**

## PROCEEDINGS:

*Daubert* Hearing - held.

## RULINGS AND ORDERS:

**Witnesses sworn and examined:**
- Dr. Dennis Weisenburger, M.D.
- Dr. Alfred Neugut, M.D., Ph.D.

**ADMITTED EXHIBITS:** 15, 57, 149, 302, 303, 307, 511, 544, 720, 743, 744, 886, 1049, 1133, 1179, 1523

(Some exhibits listed above are not listed on the Exhibit List attached, because they were not referenced by number on the record in court.)