UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC
Case Name: In re Roundup Products Liability Litigation

**EXHIBITS and WITNESS LIST - DAUBERT HEARING DAY 2**

| JUDGE: | PLAINTIFFS' ATTORNEY: | DEFENSE'S ATTORNEY: |
|---|---|---|
| Vince Chhabria | Kathryn Forgie, Aimee Wagstaff, Robin Greenwald, Rudie Soileau, Lori Andrus, Pearl Robertson, David Wool, Brent Wisner, Jeffrey Travers, Tesfaye Tsadik, Michael Miller, Pedram Esfandiary | Joe Hollingsworth, Erik Lasker, Erika Klenicki, Heather Pigman, Kirby Griffis, John Kalas, Scott Duval, Stephanie Salek, and Mimi Lynham |
| **HEARING DATE:** | **REPORTER(S):** | **CLERK:** |
| March 6, 2018 | Lydia Zinn | Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
|  | 12:35 p.m. |  |  | Court and parties are present and back on the record. Direct examination of **Dr. Dennis Weisenburger** continues with examination conducted by K. Forgie. |  |
| 303 |  | ✓ | ✓ |  | PLTF |
| 15 |  | ✓ | ✓ |  | PLTF |
| 57 |  | ✓ | ✓ |  | PLTF |
|  | 1:16 p.m. |  |  | Cross examination of Dr. Weisenburger conducted by K. Griffis on behalf of defendant. |  |
| 1179 |  | ✓ | ✓ |  | DEFT |
| 511 |  | ✓ | ✓ |  | DEFT |
|  | 2:06 p.m. |  |  | Recess. |  |
|  | 2:21 p.m. |  |  | Back on the record with Court and parties. Plaintiff is preparing for their next witness. |  |
|  | 2:24 p.m. |  |  | Plaintiff calls to testify **Dr. Alfred Neugut, M.D., Ph.D**. Dr. Neugut is sworn by the clerk and examined by M. Miller. |  |
| 149 |  | ✓ | ✓ |  | PLTF |
|  | 3:23 p.m. |  |  | Recess. |  |
|  | 3:30 p.m. |  |  | Back on the record with Court and parties present for continued direct examination of Dr. Neugut. |  |
|  | 4:06 p.m. |  |  | Cross examination of Dr. Neugut conducted by E. Lasker on behalf of defendant. |  |
| 720 |  | ✓ | ✓ |  | DEFT |
| 1523 |  | ✓ | ✓ |  | DEFT |
|  | 4:35 p.m. |  |  | Court is adjourned. |  |

1