# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** March 7, 2018 | **Time:** 5 hours 17 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.:** 16-md-02741-VC | **Case Name:** In re Roundup Products Liability Litigation | |

**Attorney for Plaintiff:** Kathryn Forgie, Aimee Wagstaff, Robin Greenwald, Rudie Soileau, Lori Andrus, Pearl Robertson, David Wool, Brent Wisner, Jeffrey Travers, Tesfaye Tsadik, Michael Miller, Pedram Esfandiary

**Attorney for Defendant:** Joe Hollingsworth, Erik Lasker, Erika Klenicki, Heather Pigman, Kirby Griffis, John Kalas, Stephanie Salek, Scott Duval, Mimi Lynham

**Deputy Clerk:** Kristen Melen      **Court Reporter:** Lydia Zinn

**Further Hearing:** March 8, 2018, at 8:00 a.m.

## PROCEEDINGS:

*Daubert* Hearing - held.

## RULINGS AND ORDERS:

**Witnesses sworn and examined:**
- Dr. Alfred Neugut, M.D., Ph.D.
- Dr. Charles "Bill" W. Jameson, Ph.D.
- Dr. Christopher Portier, Ph.D.

**ADMITTED EXHIBITS:** 54, 141, 160, 162, 163, 168, 295, 320, 321, 322, 323, 324, 325, 326, 327, 328, 329, 340, 532, 544, 580, 652, 720, 736, 737, 738, 741, 795, 799, 836, 853, 873, 883, 963, 995, 1030, 1206, 1258, 1259, 1473, 1509, 1524

(Some exhibits listed above are not listed on the Exhibit List attached, because they were not referenced by number on the record in court.)