UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC
Case Name: In re Roundup Products Liability Litigation

**EXHIBITS and WITNESS LIST - DAUBERT HEARING DAY 3**

| JUDGE: | PLAINTIFFS' ATTORNEY: | DEFENSE'S ATTORNEY: |
|---|---|---|
| Vince Chhabria | Kathryn Forgie, Aimee Wagstaff, Robin Greenwald, Rudie Soileau, Lori Andrus, Pearl Robertson, David Wool, Brent Wisner, Jeffrey Travers, Tesfaye Tsadik, Michael Miller, Pedram Esfandiary | Joe Hollingsworth, Erik Lasker, Erika Klenicki, Heather Pigman, Kirby Griffis, John Kalas, Scott Duval, Stephanie Salek, and Mimi Lynham |
| **HEARING DATE:** | **REPORTER(S):** | **CLERK:** |
| March 7, 2018 | Lydia Zinn | Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
|  | 10:02 a.m. |  |  | Court resumes with the Court and parties present. An email received by Judge Chhabria on March 6, 2018 provided to the parties. Plaintiffs' request to increase their time by 90 minutes is granted in part: the Court adds an additional 60 minutes to plaintiffs' time. |  |
|  | 10:05 a.m. |  |  | Cross examination of **Dr. Alfred Neugut** resumes and is conducted by E. Lasker. |  |
|  | 10:40 a.m. |  |  | Redirect examination of Dr. Neugut conducted by M. Miller. |  |
|  | 10:47 a.m. |  |  | The parties have no further questions of Dr. Neugut, and he is thanked and excused. |  |
|  | 10:48 a.m. |  |  | Plaintiffs call **Dr. Charles "Bill" W. Jameson, Ph.D.** to testify. Dr. Jameson is sworn by the clerk. Direct examination conducted by A. Wagstaff. |  |
| 321 |  | ✓ | ✓ |  | PLTF |
| 327 |  | ✓ | ✓ |  | PLTF |
| 324 |  | ✓ | ✓ |  | PLTF |
| 322 |  | ✓ | ✓ |  | PLTF |
| 323 |  | ✓ | ✓ |  | PLTF |
| 325 |  | ✓ | ✓ |  | PLTF |
| 295 |  | ✓ | ✓ |  | PLTF |
| 328 |  | ✓ | ✓ |  | PLTF |
| 329 |  | ✓ | ✓ |  | PLTF |
|  | 12:05 p.m. |  |  | Lunch break. |  |

|  | Time |  |  | Description |  |
|---|---|---|---|---|---|
|  | 1:02 p.m. |  |  | Back on the record. Cross examination of Dr. Jameson conducted by J. Hollingsworth on behalf of defendant. |  |
| 883 |  | ✓ | ✓ |  | DEFT |
|  | 2:17 p.m. |  |  | Break. |  |
|  | 2:34 p.m. |  |  | Back on the record with continued cross examination of Dr. Jameson by J. Hollingsworth. |  |
| 873 |  | ✓ | ✓ |  | DEFT |
| 1030 |  | ✓ | ✓ |  | DEFT |
|  | 3:07 p.m. |  |  | Redirect examination of Dr. Jameson conducted by A. Wagstaff. |  |
|  | 3:12 p.m. |  |  | The parties have no further questions of Dr. Jameson, and he is thanked and excused. |  |
|  | 3:14 p.m. |  |  | Plaintiff calls to testify **Dr. Christopher Portier, Ph.D.** Dr. Portier is sworn by the clerk. Direct examination conducted by R. Greenwald. |  |
|  | 3:53 p.m. |  |  | Break. |  |
|  | 4:05 p.m. |  |  | Back on the record with continued direct examination of Dr. Portier conducted by R. Greenwald. |  |
|  | 4:41 p.m. |  |  | Dr. Portier is excused for the day. The Court and parties discuss the remaining schedule. |  |
|  | 4:45 p.m. |  |  | Court adjourned. |  |