UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** March 8, 2018 | **Time:** 5 hours 19 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC | **Case Name:** In re Roundup Products Liability Litigation | |

**Attorney for Plaintiff:** Kathryn Forgie, Aimee Wagstaff, Robin Greenwald, Rudie Soileau, Lori Andrus, Pearl Robertson, David Wool, Brent Wisner, Jeffrey Travers, Tesfaye Tsadik, Michael Miller, Pedram Esfandiary

**Attorney for Defendant:** Joe Hollingsworth, Erik Lasker, Erika Klenicki, Heather Pigman, Kirby Griffis, John Kalas, Stephanie Salek, Scott Duval, Mimi Lynham

**Deputy Clerk:** Kristen Melen          **Court Reporter:** Lydia Zinn

**Further Hearing:** March 9, 2018, at 9:00 a.m.

### PROCEEDINGS:

*Daubert* Hearing - held.

### RULINGS AND ORDERS:

**Witnesses sworn and examined:**
- **Dr. Christopher Portier, Ph.D.**
- **Dr. Aaron Blair - by video deposition**
- **Dr. Matthew Ross - by video deposition**
- **Dr. Thomas Rosol, DVM, Ph.D.**
- **Dr. Christopher Corcoran, ScD**

**ADMITTED EXHIBITS:** 54, 160, 162, 163, 168, 532, 598, 601, 884, 885, 911, 963, 1287, 1289, 1325, 1335, 1474, 1526

**(Some exhibits listed above are not listed on the Exhibit List attached, because they were not referenced by number on the record in court.)**