UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC
Case Name: In re Roundup Products Liability Litigation

**EXHIBITS and WITNESS LIST - DAUBERT HEARING DAY 4**

| JUDGE: | | PLAINTIFFS' ATTORNEY: | DEFENSE'S ATTORNEY: |
|---|---|---|---|
| Vince Chhabria | | Kathryn Forgie, Aimee Wagstaff, Robin Greenwald, Rudie Soileau, Lori Andrus, Pearl Robertson, David Wool, Brent Wisner, Jeffrey Travers, Tesfaye Tsadik, Michael Miller, Pedram Esfandiary | Joe Hollingsworth, Erik Lasker, Erika Klenicki, Heather Pigman, Kirby Griffis, John Kalas, Scott Duval, Stephanie Salek, and Mimi Lynham |
| HEARING DATE: | | REPORTER(S): | CLERK: |
| March 8, 2018 | | Lydia Zinn | Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 8:05 a.m. | | | Court resumes on the record with all parties present to discuss the date for oral argument: March 14, 2018, at 10:00 a.m. | |
| | 8:08 a.m. | | | Direct examination of **Dr. Christopher Portier** resumes and is conducted by R. Greenwald. | |
| | 8:39 a.m. | | | Cross examination of Dr. Portier conducted by E. Lasker on behalf of defendant. | |
| | 9:21 a.m. | | | Court is in recess. | |
| | 9:35 a.m. | | | Back on the record. Sidebar with Judge Chhabria and E. Lasker re medical issue mentioned earlier in the day when talking about the scheduling of argument next week. | |
| | 9:36 a.m. | | | Cross examination of Dr. Portier resumes. | |
| 1289 | | ✓ | ✓ | | DEFT |
| | 10:48 a.m. | | | Court is in recess. | |
| | 11:03 a.m. | | | Back on the record. The parties have no further questions of Dr. Portier. Dr. Portier is thanked and excused. | |
| | 11:04 a.m. | | | Video deposition of **Dr. Aaron Blair** played in open court. | |
| | 11:59 a.m. | | | Lunch. | |
| | 1:07 p.m. | | | Back on the record. Video deposition of **Dr. Matthew Ross** played in open court. | |
| | 1:28 p.m. | | | Defendant calls **Dr. Thomas Rosol, DVM, Ph.D.** to testify on their behalf. Dr. Rosol was sworn by the clerk, and examined by H. Pigman. | |
| | 1:58 p.m. | | | Cross examination of Dr. Rosol conducted by A. Wagstaff. | |

1

| | | | | |
|---|---|---|---|---|
| | 2:13 p.m. | | | The parties have no further questions of Dr. Rosol, and he is thanked and excused. |
| | 2:14 p.m. | | | Court is in recess. |
| | 2:26 p.m. | | | Back on the record. Defendant calls to testify **Dr. Christopher Corcoran.** Dr. Corcoran is sworn by the clerk, and direct examination is conducted by K. Griffis. |
| | 3:10 p.m. | | | Direct examination is concluded and the Court discusses timing for tomorrow. Court will resume at 9:00 a.m. on March 9, 2018. |
| | 3:13 p.m. | | | Court is adjourned. |