# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** March 9, 2018 | **Time:** 5 hours 38 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC | **Case Name:** In re Roundup Products Liability Litigation | |

**Attorney for Plaintiff:** Kathryn Forgie, Aimee Wagstaff, Robin Greenwald, Rudie Soileau, Lori Andrus, Pearl Robertson, David Wool, Brent Wisner, Jeffrey Travers, Tesfaye Tsadik, Michael Miller, Pedram Esfandiary

**Attorney for Defendant:** Joe Hollingsworth, Erik Lasker, Erika Klenicki, Heather Pigman, Kirby Griffis, John Kalas, Stephanie Salek, Scott Duval, Mimi Lynham

**Deputy Clerk:** Angella Meuleman          **Court Reporter:** Lydia Zinn

**Further Hearing: March 14, 2018, at 10:00 a.m.**

## PROCEEDINGS:

*Daubert* Hearing - held.

## RULINGS AND ORDERS:

**Witnesses sworn and examined:**
- Dr. Christopher Corcoran
- Dr. Chandi Nabham
- Dr. Lorelie A. Mucci

**ADMITTED EXHIBITS:** 13, 62, 111, 135, 275, 360, 379, 400, 527, 635, 673, 675, 718, 734, 735, 787, 1001, 1015, 1199, 1270, 1394, 1528, 1529

(Some exhibits listed above are not listed on the Exhibit List attached, because they were not referenced by number on the record in court.)