UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-md-02741-VC
Case Name: In re Roundup Products Liability Litigation

**EXHIBITS and WITNESS LIST - DAUBERT HEARING DAY 5**

| JUDGE: | | PLAINTIFFS' ATTORNEY: | DEFENSE'S ATTORNEY: |
|---|---|---|---|
| Vince Chhabria | | Kathryn Forgie, Aimee Wagstaff, Robin Greenwald, Rudie Soileau, Lori Andrus, Pearl Robertson, David Wool, Brent Wisner, Jeffrey Travers, Tesfaye Tsadik, Michael Miller, Pedram Esfandiary | Joe Hollingsworth, Erik Lasker, Erika Klenicki, Heather Pigman, Kirby Griffis, John Kalas, Scott Duval, Stephanie Salek, and Mimi Lynham |
| HEARING DATE: | | REPORTER(S): | CLERK: |
| March 9, 2018 | | Lydia Zinn | Angella Meuleman |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 9:11 a.m. | | | Court resumes on the record with all parties. Cross-examination of **Dr. Christopher Corcoran** made by P. Robertson. | |
| 379 | | ✓ | ✓ | | PLT |
| | 9:34 a.m. | | | The parties have no further questions for Dr. Corcoran. Plaintiff calls **Dr. Chandi Nabhan**, to testify on their behalf. Dr. Nabhan was sworn by the clerk, and direct examination made by M. Miller. | |
| | 10:23 a.m. | | | Court in recess. | |
| | 10:38 a.m. | | | Court reconvened. Cross examination of witness by K. Griffis. | |
| | 10:55 a.m. | | | Court in recess. | |
| | 11:00 a.m. | | | Court reconvened. Cross examination of witness continues by K. Griffis. | |
| | 11:08 a.m. | | | Re-direct examination of witness by M. Miller. | |
| | 11:10 a.m. | | | Defendant calls **Dr. Lorelie A. Mucci, ScD., MPH** to testify on their behalf. Dr. Mucci was sworn by the clerk and direct examination made by E. Lasker. | |
| 527 | | ✓ | ✓ | | DEFT |
| | 12:00 p.m. | | | Court in recess. | |
| | 12:51 p.m. | | | Court reconvened. The Court examines the witness. | |
| | 1:10 p.m. | | | Direct examination resumes of witness by E. Lasker. | |
| | 2:26 p.m. | | | Direct examination of witness concludes. Court in recess. | |

1

|  | 2:39 p.m. |  |  | Court reconvened. Cross-examination of witness begins by M. Miller. |  |
|---|---|---|---|---|---|
| 111 |  | ✓ | ✓ |  | PL |
|  | 4:00 p.m. |  |  | Cross examination concludes. Witness is excused |  |
|  |  |  |  | Court will resume on Wednesday, March 14, 2018, at 10:00 a.m. for further argument. Court is adjourned. |  |