UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 42: RE ORAL ARGUMENT ON MARCH 14, 2018** |

At tomorrow's hearing, the parties should be prepared to focus primarily on the opinion and testimony of Dr. Ritz.

**IT IS SO ORDERED.**

Dated: March 13, 2018

_____

VINCE CHHABRIA
United States District Judge