**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun *(pro hac vice)*
Heather A. Pigman (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel.:    (202) 898-5800
Fax:    (202) 682-1639
Email:  jhollingsworth@hollingsworthllp.com
           elasker@hollingsworthllp.com
           mcalhoun@hollingsworthllp.com
           hpigman@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | |

**MONSANTO COMPANY'S NOTICE OF FILING**

Please take notice that pursuant to Court's order during the March 14, 2018 hearing, defendant Monsanto Company submits the attached articles, each of which addresses an issue discussed at today's hearing:

1. Blair, A. & S. Zahm, Patterns of Pesticide Use among Farmers: Implications for Epidemiologic Research, 4 Epidemiology 55 (1993), Exhibit 303, admitted into evidence.

2. Bonner, M. et al., Occupational Exposure to Pesticides and the Incidence of Lung Cancer in the Agricultural Health Study, 125 Envtl. Health Perspective, 544 (2017), Exhibit 608 on Monsanto's Renumbered Exhibit List, ECF No. 1151, which Monsanto requests be entered into evidence.

3. De Roos, A. et al., An Application of Hierarchical Regression in the Investigation of

Multiple Paternal Occupational Exposures and Neuroblastoma in Offspring, 39 Am. J. of Indus. Med. 477 (2001), Exhibit 717 on Monsanto's Renumbered Exhibit List, ECF No. 1151, which Monsanto requests be entered into evidence.

4. Freeman, L. et al., Poultry and Livestock Exposure and Cancer Risk Among Farmers in the Agricultural Health Study, 23 Cancer Causes Control 663 (2012), Exhibit 910 on Monsanto's Renumbered Exhibit List, ECF. No. 1151, which Monsanto requests to be entered into evidence.

5. Hohenadel, K. et al., Exposure to Multiple Pesticides and Risk of Non-Hodgkin Lymphoma in Men from Six Canadian Provinces, 8 Int'l J. Envtl. Res. Public Health 2320 (2011), Exhibit 1011 on Monsanto's Renumbered Exhibit List, ECF No. 1151, which Monsanto requests be entered into evidence.

6. Koutros, S. et al., Risk of Total and Aggressive Prostate Cancer and Pesticide Use in the Agricultural Health Study, 177(1) American Journal of Epidemiology 59 (2013), Exhibit 1107 on Monsanto's Renumbered Exhibit List, ECF No. 1151, which Monsanto requests be entered into evidence.

7. Koutros, S. et al., Occupational Exposure to Pesticides and Bladder Cancer Risk, 45(3) International Journal of Epidemiology 792 (2016), Exhibit 1106 on Monsanto's Renumbered Exhibit List, ECF No. 1151, which Monsanto requests be entered into evidence.

DATED:  March 14, 2018                      Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
Heather A. Pigman (*pro hac vice*)
(hpigman@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:    (202) 898-5800
Facsimile:     (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*