R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Attorneys for Plaintiffs*
(Additional attorneys on signature page)

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 2741<br><br>**PLAINTIFFS' POST-ARGUMENT SUBMISSION**<br><br>HON. VINCE CHHABRIA |

Pursuant to the Court's instruction today during oral argument, the Plaintiffs submit the following literature relevant to the general causation inquiry:

1. Kenneth Rothman, *Six Persistent Research Misconceptions*, 7 J GEN INTERN MED. 29, 1060-65 (Jul. 2014), Exh. 79;

2. Aaron Blair, et al, *Methodological Issues Regarding Confounding and Exposure Misclassification in Epidemiological Studies of Occupational Exposures*, 50 AM. J. IND. MED. 199-206 (2007), Exh. 31;

3. Krista Christensen, et al, *The Use Epidemiology in Risk Assessment: Challenges and Opportunities*, 21 Human and Ecological Risk Assess., 1644-1663 (2015);

4. Michael Green, et al, *Reference Guide on Epidemiology*, Reference Manual on Scientific Evidence, Federal Judicial Center, 3rd Ed. (2011);

5. Lorelei A. Mucci, *Maternal Smoking and Childhood Leukemia and Lymphoma Risk among*

*1,440,542 Swedish Children*, 13 CANCER EPID., BIOMARKERS & PREVENTION 9, 1528-1533 (2004);

6. [DRAFT] Manisha Pahwa, et al, *An evaluation of glyphosate use and the risk of non-Hodgkin lymphoma major histological sub-types in the North American Pooled Project (NAPP)* – unpublished draft, Exh. 106;

7. George M. Gray, et al, *The Federal Government's Agricultural Health Study: A Critical Review with Suggested Improvements*, 6 HUMAN AND ECOLOGICAL RISK ASSESSMENT 1, 47-71 (2000), Exh. 13;

8. Aaron Blair, et al, *Reliability of Reporting on Life-Style and Agricultural Factors by a Sample of Participants in the Agricultural Health Study from Iowa*, 13 EPIDEMIOLOGY 1, 94-99 (2002), Exh. 30;

9. Scott Weichenthal, et al, *A Review of Pesticide Exposure and Cancer Incidence in the Agricultural Health Study Cohort*, 118 ENVIRONMENTAL HEALTH PERSPECTIVES 8, 1117-25 (2010), Exh. 35;

10. Christopher Portier, et al (94 authors), *Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA)*, 0 EPIDEMIOLOGY COMMUNITY HEALTH MONTH 0, 1-4 (2016), Exh. 78; and

11. Neil Pearce, et al (110 authors), *IARC Monographs: 40 Years of Evaluating Carcinogenic Hazards to Humans*, 123 ENVIRONMENTAL HEALTH PERSPECTIVES 6, 507-14 (2015), Exh. 116.

DATED:  March 14, 2018                Respectfully submitted,

By:  /s/ R. Brent Wisner
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com
ANDRUS WAGSTAFF, P.C.
7171 West Alaska Drive
Lakewood CO 80226
Ph 303-376-6360
F 303-376-6361

Robin Greenwald
rgreenwald@weitzlux.com
WEITZ & LUXENBERG, P.C.
700 Broadway
New York NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461

Michael Miller
mmiller@millerfirmllc.com
THE MILLER FIRM, LLC
108 Railroad Ave
Orange VA 22960
Telephone: (540) 672 4224
Facsimile: (540) 672-3055

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I, R. Brent Wisner, hereby certify that, on March 14, 2018, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                        /s/ R. Brent Wisner
                                            R. Brent Wisner