Sherry Swiney
P.O. Box 248
Columbia, KY 42728
www.keyholejourney.com



06 March 2018

U.S. District Judge Vince Chhabria
c/o Susan Y. Soong, Clerk of Court
Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Subject: **Cancer Claim for Monsanto's Roundup Gets Judge's Scrutiny**
Associated Press Article 05 March 2018
A federal judge is reviewing claims that the active ingredient in Monsanto's widely used weed killer Roundup can cause cancer.
https://www.usnews.com/news/business/articles/2018-03-05/judge-weighs-science-behind-monsanto-roundup-cancer-claim
**In re: Roundup Products Liability Litigation (MDL No. 2741)**

Honorable Judge Chhabria,

If possible, please add this letter to the docket. I am not part of said lawsuit but I am an interested citizen. The following is to aid in the investigation.

The above captioned Associated Press article states:

> "The plaintiffs' first witness was Beate Ritz, an epidemiologist at the University of California, Los Angeles who studies the effects of pesticide exposure. She explained some of the studies she relied on for her conclusion that there is a higher risk of non-Hodgkin's lymphoma for people exposed to glyphosate-based formulations. Chhabria will not determine if the cancer connection exists, but whether the claim has been tested, reviewed and published and is widely accepted in the scientific community. **'It's game over for the plaintiffs if they can't get over this hurdle**,' said David Levine, an expert in federal court procedure at the University of California, Hastings College of the Law."

This episode reminds me of the DDT battle. It was facts plus anecdotal evidence and public opinion against the makers of DDT. Players in the DDT battle included Monsanto, Dow Chemical and Bayer – who all said DDT and Agent Orange were safe.

> Paul Craig Roberts, American Economist writes (June 21, 2012) [emphases are mine]: "With her 1962 book, Silent Spring, Rachel Carson got DDT and other synthetic pesticides banned and saved bird life. Today it is humans who are directly threatened by technologies designed to extract the maximum profit at the lowest private cost and the maximum social cost from natural resources. [...] The newest threat comes from genetically modified seeds that produce crops

Sherry Swiney
P.O. Box 248
Columbia, KY 42728
www.keyholejourney.com

resistant to herbicides. The active ingredient in **Monsanto's Roundup herbicide is glyphosate, a toxic element that now contaminates groundwater in Spain and according to the US Geological Survey is now 'commonly found in rain and streams in the Mississippi River Basin.'** In 2011 Don Huber, a plant pathologist and soil microbiologist, wrote to the US Secretary of Agriculture about the **unexpected consequences of GMOs and the accompanying herbicides.** He cited adverse effects on critical micronutrients, soil fertility, and the nutritional value of foods.

He cited the impairment of metabolic pathways that prevents plants from accumulating and storing minerals, such as iron, manganese, and zinc, minerals **important for liver function and immune response in animals and people.**

He cited toxic effects on the microorganisms in the soil that have disrupted nature's balance and resulted in large increases in plant diseases. He cited livestock deaths from botulism, premature animal aging, and **an increase in animal and human infertility.**

In an interview, Huber said that the power of agri-business has made it **almost impossible to do research on GMOs** and that regulatory agencies with the responsibility of protecting the public are dependent on the industry's own self-serving studies and **have no independent objective science on which to base a regulatory decision.**

In short, in order to secure bumper crops for several years, we are destroying the fertility of soil, animal and human life. […] …disastrous consequences of new technologies are unknown at the time that they are employed, when the focus is on the expected benefits. Moreover, these costs are external to the business, corporation, or economic unit.

**The costs are inflicted on the environment and on other humans and other animal life.** The costs are not included when the business calculates its profit and return on its investment. The **external costs** of fracking, mountain top removal mining, chemical farming, and GMOs could **exceed the value of the marketable products**. Businesses have no incentive to take these costs into account, because to do so reduces their profits and could indicate that the full cost of production exceeds the value of the output. Governments have proven to be largely ineffective in controlling external costs, because of the ability of private interests to influence the decisions of government. […] The main lesson that emerges [is that] people today have no better grasp of the consequences of their actions than superstitious and unscientific people centuries ago. Modern technological man is just as easily bamboozled by propaganda as ancient man was by superstition and ignorance. […] In 1962 Rachel Carson caught Monsanto off guard and thus gained an audience. Today she would not get the same attention. Ready and

Sherry Swiney
P.O. Box 248
Columbia, KY 42728
www.keyholejourney.com

waiting psyops would go into operation to discredit her. […] This demonstrates what little importance economists attribute to external costs and **the ability of externalized costs to destroy the productive power of the planet**. Thus, the question, "silent spring for us?" is not merely rhetorical. It is real."
http://www.4thmedia.org/2012/06/biodiversity-environment-americans-succumbed-to-propaganda-by-bush-obama-the-likes/

This honorable court already knows that the Monsanto company (soon to be merged with Bayer) is an agrochemical corporation that is not only the leading producer of genetically modified seeds, but the manufacturer of Roundup, the world's top selling and possibly the most toxic legal herbicide on planet earth–which contains as its primary ingredient- Glyphosate. Monsanto was first to genetically modify plant cells in the early 1980s.

But did you know that **the Monsanto company is also infamous for manufacturing DDT, PCBs and Agent Orange\* (along with Dow Chemical\*)** – all deadly combinations of pesticides, including insecticides, that all contribute to cancer, Alzheimer's disease and major malfunctions of the human central nervous system? Way back around the year 1900, when Monsanto was founded, they initially produced toxic food additives from industrial chemicals, including artificial sweetener saccharin, which has been proven in laboratories to give animals cancer. To top it all off, Monsanto also manufactures synthetic growth hormones for large animal feeding operations (CAFOs) to boost profits, **but these hormones directly affect the humans** who consume those animals, whether through meat or dairy consumption. Hormone imbalances in humans contribute to cancerous tumor formation [see endocrine system below] and other health detriments that allopathic medicine worsens with chemical, pharmaceutical prescriptions. http://www.truthwiki.org/monsanto/

In 1970, a Monsanto chemist named John E. Franz, reformulated the chemical glyphosate (assigned new purpose) to be used as a systemic herbicide. Solution strengths vary, and the EPA has raised tolerance levels to accommodate more of the health detriment and further the agenda of Monsanto. Various adjuvants for Glyphosate exist under dozens of trade names since Monsanto's patent expired in 2000. Most of the giant biotech, agrichemical corporations jumped on the bandwagon and want some profits from the world's top-selling Roundup weed-killer (**and human-killer**) ingredient. Glyphosate was recently implicated as a "probable carcinogen" (means it causes cancer in animals including humans) by the WHO–the *World Health Organization*. At least half of all of Monsanto's profits come from selling this carcinogenic herbicide. (9)

The full 97 page probable carcinogen report may be found here
http://monographs.iarc.fr/ENG/Monographs/vol112/mono112-09.pdf

The full 2 page WHO report may be found here

Sherry Swiney
P.O. Box 248
Columbia, KY 42728
www.keyholejourney.com

http://www.iarc.fr/en/media-centre/iarcnews/pdf/MonographVolume112.pdf

The new classification by the International Agency for Research on Cancer, a branch of the World Health Organization, is based on research on human exposure in the U.S., Canada and Sweden and on animal studies that found what the agency called "convincing evidence" that the chemical caused cancer in laboratory animals. A previous IARC study found "limited evidence" linking glyphosate exposures to non-Hodgkin lymphoma, a type of blood cancer, in humans. https://www.ewg.org/release/world-health-organization-labels-glyphosate-probable-carcinogen#.Wp620WrwaUm

Is this "limited evidence" linking glyphosate exposures to non-Hodgkin lymphoma the apparent **"game over hurdle"** in this instant case?

**STUDY: GLYPHOSATE DOUBLES RISK OF LYMPHOMA BY EMILY CASSIDY, RESEARCH ANALYST, FRIDAY, MAY 23, 2014 STATES:**

"Scientists at the International Agency for Research on Cancer have found what appears to be a strong link between pesticide exposure and a blood cancer called non-Hodgkin lymphoma.

Analyzing 44 individual research projects published since 1980, the scientists, writing in the **International Journal of Environmental Research and Public Health**, said that people exposed to the weed killer glyphosate, marked by Monsanto under the brand name Roundup, had *double* the risk of developing non-Hodgkin's lymphoma.

Those exposed to 2,4-D, another potent weed killer marketed by Dow Chemical, were 40 percent more likely to develop this disease.

The authors, scientists who work in the IARC Section of Environment and Radiation in Lyon, France, theorized that these pesticides were **causing genetic mutations in white blood cells**, thereby weakening the body's immune system and ability to fight off disease. [see endocrine system below]

Previous studies have observed that farmers with exposure to 2,4-D have experienced impaired immune systems.

Last month, EWG reported that research by scientists at the Arctic University of Norway had detected "extreme levels" of glyphosate on genetically engineered soybeans.

https://www.ewg.org/agmag/2014/05/study-glyphosate-doubles-risk-lymphoma#.Wp63IGrwaUl

Sherry Swiney
P.O. Box 248
Columbia, KY 42728
www.keyholejourney.com

It's bad enough to be able to show scientific evidence that glyphosate "probably" causes cancer. Shall we totally ignore what these chemical compounds do to the rest of the human system? **Namely the endocrine system.**

> The endocrine system is a chemical messenger system consisting of hormones, the group of glands of an organism that secrete those hormones directly into the circulatory system to be carried towards distant target organs, and the feedback loops of homeostasis that the hormones drive. In humans, the major endocrine glands include the pineal gland, pituitary gland, pancreas, ovaries, testes, thyroid gland, parathyroid gland, and adrenal glands. In vertebrates, the hypothalamus is the neural control center for all endocrine systems. The field of study dealing with the endocrine system and its disorders is endocrinology, a branch of internal medicine.[1] https://en.wikipedia.org/wiki/Endocrine_system

> The thymus gland secrets the hormones thymosin and thymopoietin that stimulate the production of special lymphocytes (**white blood cells**) called T-cells, which play an important role in the immune system by attacking foreign or abnormal cells.
> https://oli.cmu.edu/jcourse/workbook/activity/page?context=0baa004b80020ca6004734c2d434f6aa

Damaged endocrine systems leave the body wide open for diseases including cancer, infertility, diabetes, and many other serious diseases.

## ENDOCRINE-DISRUPTING CHEMICALS - IMPACT OF EDCS ON: CANCER | METABOLISM | NEUROLOGICAL SYSTEM | REPRODUCTION

> As information (and misinformation) proliferates in the media about endocrine-disrupting chemicals (EDCs), so do questions about where they are found and how we might be exposed to them through eating, drinking, breathing, or touching.
>
> Answers to these questions are not always simple. There are nearly 85,000 man-made chemicals in the world, many of which people come into contact with every day. Only about one percent of them have been studied for safety; however, 1,000 or more of these chemicals may be EDCs based on their probable endocrine-interfering properties. Here are the most common EDC types and product categories.
>
> **Clothing, Furniture, and Electronics: Safety Comes with EDC Side Effects**

Sherry Swiney
P.O. Box 248
Columbia, KY 42728
www.keyholejourney.com

**Brominated flame retardants (BFRs)** are used in electronics, clothing, and furniture such as sofas and mattresses to reduce flammability. Unfortunately, these chemicals also have been linked to abnormal hormone function in the thyroid, which plays a critical role in fetal and childhood development. Adding to the risk of exposure, BFRs often migrate out of their products over time where they may contaminate household dust and food.

Also, **polychlorinated biphenyls (PCBs)** were used in hundreds of industrial and commercial applications due to their non-flammability, as well as chemical stability and insulating properties. Although the EPA banned their manufacture in the United States in 1979, PCBs are still present in insulation, electrical equipment, caulking, oil-based paint, and more, and do not break down readily. In addition to being a long-acknowledged toxicant, PCBs are EDCs. As a class, they have the strongest and longest-known associations with neurological disorders.

**Food Contact Materials: A Human Cost to Convenience and Protection**
**Phthalates** interfere with the production of androgen (testosterone), a hormone critical in male development and relevant to females as well. Phthalates are used in hundreds of products, including many food and beverage containers and plastic wraps. People are exposed to these EDCs when they leach into foods or are released when containers are microwaved. Many companies have voluntarily removed phthalates from their products and advertise them as "phthalate-free". Other plastic containers, which contain phthalates, have the number "3" and "V" or "PVC" in the recycling symbol.

Among the phenol class of compounds considered to be EDCs, **bisphenol A (BPA)** is one of the best known and most pervasive. In humans, it is linked to reduced egg quality and other aspects of egg viability in patients seeking fertility treatment.

Although BPA was banned in children's products such as baby bottles, it's still used in many water bottles and plastic containers and in the epoxy resins that protect canned foods from contamination. In these products, BPA leaching is enhanced by heating or reheating (such as in a microwave), or exposure to sunlight or acidic foods (such as tomatoes).

**Children's Products: Despite Regulations, Risks Still Abound**
EDCs are gradually being regulated and banned in children's toys, games, and accessories such as baby bottles. However, products that are older, manufactured outside of the United States and European Union, or battery-operated may be of particular concern.

Phthalates, which add fragrance to products and make them more pliable, interfere with hormone production, as mentioned above. The European Union has

Sherry Swiney
P.O. Box 248
Columbia, KY 42728
www.keyholejourney.com

restricted some members of this EDC class since 1999, and the United States has similarly restricture their use since 2008. Phthalates are usually identified on product labels by the specific compound: The eight most common are BBP, DBP, DEHP, DEP, DiDP, DiNP, DnHP, and DnOP.

Lead – long acknowledged as a neurological toxicant – has also been linked with adverse female reproductive functions in animal, in-vitro, and human epidemiological studies. While lead has been banned in house paints, dishes, and cookware in the United States since 1978, **this EDC may still be found in a product's paint** – especially in products manufactured in countries which still allow lead-based paint – and in plastics where lead is still allowed for softening and stabilizing against heat.

Studies by the International Persistent Organic Pollutants Elimination Network (IPEN), a non-governmental organization working for safe chemical policies in the developing world, reported lead in 18 percent of children's products in Russia and surrounding nations, 15 percent in the Philippines, and 10 percent in five cities in China.
Cadmium is a natural element used in batteries, pigments, plastic stabilizers, alloys, and coatings. It has in recent years fallen under increased regulation as a carcinogen and pollutant. Cadmium may also be an EDC; research suggests a link to a wide range of detrimental effects on the reproductive system.

**Pesticides and Herbicides: Dangerous to Humans as Well**
Many pesticides are designed to be toxic to pests' nervous or reproductive systems and may act by disrupting endocrine systems. Such chemicals are also EDCs because of the similarities between insect and animal endocrine systems.

Chlorpyrifos, an insecticide used in commercial agriculture, is a potent neurotoxicant that causes developmental delays, attention problems, and ADHD in children. It accumulates in soil, water, food, and air, as well as in buildings. That's why the United States banned its residential uses in 2000, and the effect was immediate: children's blood levels of chlorpyrifos in New York declined significantly in one year and were reduced to less than half in two years.

DDT, one of the best-known pesticide EDCs, was used extensively worldwide until it was banned in the 1970s by several countries, including the United States and European Union nations. It remains in use in regions such as India and Africa to fight insect-borne disease. Emerging evidence suggests that exposure to this neurotoxin might be associated with breast cancer, preterm birth, early pregnancy loss, reduced semen quality, disrupted menstruation, and problems with lactation.

EDCs can also be found in herbicdes that control plant life. **Atrazine**, a widely-used herbicide, has been shown to affect the hypothalamus and pituitary glands.

Sherry Swiney
P.O. Box 248
Columbia, KY 42728
www.keyholejourney.com

**Some studies have also proposed causal relationships between glyphosate, used to kill weeds on lawns and farms, and obesity, behavioral, and cognitive disorders.**
https://www.endocrine.org/topics/edc/what-edcs-are/common-edcs

**TOXICOLOGY. 2009 AUG 21;262(3):184-91. DOI: 10.1016/J.TOX.2009.06.006. EPUB 2009 JUN 17. GLYPHOSATE-BASED HERBICIDES ARE TOXIC AND ENDOCRINE DISRUPTORS IN HUMAN CELL LINES.**
Gasnier C1, Dumont C, Benachour N, Clair E, Chagnon MC, Séralini GE.
University of Caen, Institute of Biology, Lab. Biochemistry EA2608, Esplanade de la Paix, 14032 Caen cedex, France

Abstract
Glyphosate-based herbicides are the most widely used across the world; they are commercialized in different formulations. Their residues are frequent pollutants in the environment. In addition, these herbicides are spread on most eaten transgenic plants, modified to tolerate high levels of these compounds in their cells. Up to 400 ppm of their residues are accepted in some feed. We exposed human liver HepG2 cells, a well-known model to study xenobiotic toxicity, to four different formulations and to glyphosate, which is usually tested alone in chronic in vivo regulatory studies. We measured cytotoxicity with three assays (Alamar Blue, MTT, ToxiLight), plus genotoxicity (comet assay), anti-estrogenic (on ERalpha, ERbeta) and anti-androgenic effects (on AR) using gene reporter tests. We also checked androgen to estrogen conversion by aromatase activity and mRNA. All parameters were disrupted at sub-agricultural doses with all formulations within 24h. These effects were more dependent on the formulation than on the glyphosate concentration. First, we observed a human cell endocrine disruption from 0.5 ppm on the androgen receptor in MDA-MB453-kb2 cells for the most active formulation (R400), then from 2 ppm the transcriptional activities on both estrogen receptors were also inhibited on HepG2. Aromatase transcription and activity were disrupted from 10 ppm. Cytotoxic effects started at 10 ppm with Alamar Blue assay (the most sensitive), and DNA damages at 5 ppm. A real cell impact of glyphosate-based herbicides residues in food, feed or in the environment has thus to be considered, and their classifications as carcinogens/mutagens/reprotoxics is discussed.
https://www.ncbi.nlm.nih.gov/pubmed/19539684
Full 8 page report is available here https://www.gmoseralini.org/wp-content/uploads/2013/01/Gasnieral.TOX_2009.pdf

Hippocrates once said, "All Disease Begins in The Gut." He also said, "Let food be thy medicine and medicine be thy food." But when our food is tainted by toxic chemicals that change the properties of plants and soil for the sake of monetary profit, where we no longer receive the nutrients required for good health, we become a sick and infertile society. It's common to overlook the health of our gastrointestinal system, even though it

Sherry Swiney
P.O. Box 248
Columbia, KY 42728
www.keyholejourney.com

contains 10 times more health-determining bacteria than the rest of our body, protecting us from infection, supporting our metabolism, and promoting healthy digestion and elimination. There is a symbiotic relationship between the gut microbes and the endocrine system. When these two vital systems are disrupted, humans and animals are at high risk of developing diseases. These diseases do not occur in 2 week lab tests run by chemical companies, whereby they can say "There is no evidence of blah blah blah". In many instances, these diseases develop over time.

## HOW GUT MICROBES TALK TO ORGANS: THE ROLE OF ENDOCRINE AND NERVOUS ROUTES

Patrice D. Cani1,2,3,* and Claude Knauf2,3,4,5,** - Received 2016 Apr 19; Revised 2016 May 12; Accepted 2016 May 17.

Abstract

### Background
Changes in gut microbiota composition and activity have been associated with different metabolic disorders, including obesity, diabetes, and cardiometabolic disorders. Recent evidence suggests that different organs are directly under the influence of bacterial metabolites that may directly or indirectly regulate physiological and pathological processes.

### Scope of review
We reviewed seminal as well as recent papers showing that gut microbes influence energy, glucose and lipid homeostasis by controlling different metabolic routes such as endocrine, enteric and central nervous system. These dialogues are discussed in the context of obesity and diabetes but also for brain pathologies and neurodegenerative disorders.

> The neurodegenerative diseases that JPND focuses on are:
> Alzheimer's disease (AD) and other dementias.
> Parkinson's disease (PD) and PD-related disorders.
> Prion disease.
> Motor neurone diseases (MND)
> Huntington's disease (HD)
> Spinocerebellar ataxia (SCA)
> Spinal muscular atrophy (SMA)
> http://www.neurodegenerationresearch.eu/about/what/

### Major conclusions
The recent advances in gut microbiota investigation as well as the discovery of specific metabolites interacting with host cells has led to the identification of novel inter-organ communication during metabolic disturbances. This suggests that gut microbes may be viewed as "novel" future therapeutic partners.

Sherry Swiney
P.O. Box 248
Columbia, KY 42728
www.keyholejourney.com

This article is part of a special issue on microbiota.

Keywords: Gut microbiota, Metabolites, Immune system, Enteric nervous system, Central nervous system, Enteroendocrine cells
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5004142/

## THE ASSOCIATIONS BETWEEN PARKINSON'S DISEASE AND CANCER: THE PLOT THICKENS

Transl Neurodegener. 2015; 4: 20. Published online 2015 Oct 26. doi: 10.1186/s40035-015-0043-z

**A growing body of evidence supports common genetic mechanisms in cancer and neurodegenerative diseases.** Mutations in a variety of genes involved in the dysregulation of the cell cycle and protein turnover have been implicated in both PD and cancer.
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4620601/

## MONSANTO'S ROUNDUP, GLYPHOSATE FOUND TO DISTURB HORMONAL BALANCE [hormones operate by/from the endocrine system]

A group of scientists from the Indian Institute of Science (IIS) has researched the commonly used herbicide, Roundup, and found that it damages the endocrine system and disrupts hormonal balance in rats.

Prof Medhamurthy Rudraiah at MRDG, IISC, and his student Aparamita Pandey say that Roundup can cause imbalances in the synthesis of steroid hormones in male rats. Their paper on the subject was recently published in the journal Toxicology Reports.

Monsanto's Roundup primarily kills weeds by inhibiting enzymes that synthesize aromatic amino acids (the basic building blocks that make up proteins) essential for plant development.

Most mammals, including humans, do not make the enzymes that would allow us to synthesize these aromatic amino acids. This is largely why Monsanto has claimed that Roundup is considered 'safe and non-toxic.' Recent studies, however, have suggested that glyphosate, the primary constituent of Roundup, could be a carcinogen, and could affect the development of the fetus as well as disrupt hormonal functioning.

Sherry Swiney
P.O. Box 248
Columbia, KY 42728
www.keyholejourney.com

A correlation study published in the Journal of Organic Systems has even linked glyphosate, the primary ingredient in Monsanto's best-selling herbicide Roundup, to an enormous increase in chronic diseases across the United States.

Even low exposure rates of as little as 10 mg per kilogram of body weight in rats decreased their testosterone levels and corticosterone secretions. The researchers also found that the effects of Roundup seem to be caused by a decrease in the synthesis or release of the hormone ACTH (Adreno-Cortico-Tropic Hormone) from the pituitary gland. [testosterone comes from the gut

Without ACTH, the adrenal glands are dead in the water – unable to stimulate corticosterone hormone production. When rats exposed to Roundup were injected with ACTH preparation, the deficiency of corticosterone was overcome.

Arun Gopalakrishnan of Public Affairs in Monsanto, told India Express who first published the findings:

"Unless we have a chance to study the report in detail, it would not be fair for us to comment. We will study the report in detail."

Likely, considering Monsanto's entire department dedicated to debunking scientists who find fault with their products, the company is busy trying to eliminate the obvious connection between the study on rats and a known effect of Roundup to cause 'adrenal insufficiency' in human beings.

This type of hormonal disruption could lead to the potentially-fatal condition which causes fatigue, anorexia, sweating, anxiety, shaking, nausea, heart palpitations, and weight loss.

Scientists have noticed that increasing levels of Roundup in the environment have caused serious endocrine-disrupting health concerns:

"A progressive increase in its prevalence has been observed in humans, while a very few studies relating to xenobiotic exposure and adrenal insufficiency development have been reported."
http://naturalsociety.com/monsantos-roundup-glyphosate-found-to-disturb-hormonal-balance/

Now let's connect some dots that our friends at Monsanto, et al[1], have not found necessary to connect.

---

[1] Monsanto, DuPont Pioneer, Syngenta, Bayer, BASF, Dow AgroSciences

Judge Vince Chhabria 06 March 2018 Glyphosate.doc                Page 11 of 14

Sherry Swiney
P.O. Box 248
Columbia, KY 42728
www.keyholejourney.com

1. Glyphosate is a non-selective herbicide, meaning it will kill most plants. It prevents the plants from making certain proteins that are needed for plant growth. Glyphosate stops a specific enzyme pathway, the shikimic acid pathway. The shikimic acid pathway is necessary for plants and some microorganisms that live in the soil. Since glyphosate kills most plants, Monsanto had to develop special genetically modified seeds to grow plants that are resistant to glyphosate. This leave us with a three-part health problem that is adamantly denied by Monsanto et al:

    a. Dangers of the pesticide that kills natural plants to pollinator insects, animals and humans.

    b. Dangers of the genetically modified plants that are eaten by animals and humans.

    c. Dangers of the pesticide to soil, air and water that are used to grow food and ingested by eating, breathing and drinking.

2. Contrary to Monsanto's reports, scientific tests show that glyphosate is an endocrine disruptor.

3. Endocrine system controls hormones and works symbiotically with the gut system.



Sherry Swiney
P.O. Box 248
Columbia, KY 42728
www.keyholejourney.com

4. Malfunctions of any of the systems above cause diseases. Some are minor, many are serious like cancer.

5. It's interesting to note that the popular treatment for cancers is chemotherapy. This concoction of drugs originated from mustard gas during WWII. Mustard gas, Bis-(2-chloroethyl) sulfide, was first synthesized back in 1860 by one Frederick Guthrie, who first documented the toxic effects of mustard gas by applying his mixture of ethylene and sulfur dichloride to his own skin. It was later mass-produced under the name "Lost" by Bayer (a German company then). Since the 1950s, American medical doctors and oncologists have made a fortune using chemical medicines to stave off a chemically-induced cell corruption known as cancer. Some of the same Nazi scientists that were convicted of mass murder after WWII were hired by companies like Bayer, BASF, and later Monsanto – to engineer chemical additives for foods, chemical preservatives for foods, chemical agents as pesticides for agriculture, and chemical, carcinogenic agents as medicine, fueling the plagued American medical system known as "chronic care management." During WWII, Dwight D. Eisenhower stockpiled 100 tons of mustard gas on the S.S. John Harvey–stationed in Italy's Harbor, but the Nazi air strikes destroyed it. Survivors died soon thereafter, and autopsies revealed they suffered from profound lymphopenia (very low white blood cell count), as well as suppression of myeloid cell lines. http://www.truthwiki.org/chemotherapy/

6. Characterized as a deep cover Monsanto "mole" who worked inside the Environmental Protection Agency (EPA), Jesudoss "Jess" Rowland has helped Monsanto Co. suppress suspicions about how Roundup weed killer is causing cancer in humans. […] In June of 2016, the chairman of the House Science Committee asked U.S. EPA to make four officials available for interviews about the agency's review of the herbicide glyphosate's cancer risk. On top of that, the following letter from EPA scientist Marion Copley (who died of cancer) has surfaced in the unsealed court documents originally uncovered by U.S. Right to Know. These documents and full coverage of the review can be read at Glyphosate.news, NaturalNews.com and the original PDF at USRTK website.

   One EPA scientist, Marion Copley, literally begs the Monsanto mole Rowland to do his job and protect the public rather than selling out to Monsanto and their profit interests. Copley states in a letter to Rowland:

   *"For once in your life, listen to me and don't play your political conniving games with the science to favor the registrants. For once do the right thing and don't make decisions based on how it affects your bonus."*
   http://www.truthwiki.org/jesudoss-c-rowland/

Sherry Swiney
P.O. Box 248
Columbia, KY 42728
www.keyholejourney.com

## CONCLUSION AND REQUEST FOR BANNING THE USE OF TOXIC CHEMICALS

The use of toxic chemicals in our food supply has gone on for far too long without proper acknowledgement by the companies that are manufacturing them. They are accused of manipulating their lab tests. They are accused of paying off agencies that are assigned to protect the environment and consumers. They are accused of outright lying to the people and the court.

In view of all of the above, and the above only demonstrates the tip of the iceberg of documents available to any researcher worth his or her salt, this honorable court is asked and has a duty to be thorough in its investigation into glyphosate without bias.

Should the court have reliable and honest researchers at hand, it will find the horrible evidence that confirms what people have been saying for a long time is true: Glyphosate is a silent killer of humans, animals, pollinating insects, waterways, soil, and is a damaging air pollutant. Banning the use of glyphosate (and related toxic products) needs to be ORDERED regardless of the consequences to the manufacturers of this product. At the very least the court should ORDER Monsanto et al, to include external costs in their business plan and make them public.

As of September 2017, five countries have banned glyphosate: Flemish government, Malta, Sri Lanka, The Netherlands, and Argentina. Russia placed a total ban on genetically modified animals and crops. As of July 2017, thirty-five other countries have banned genetically modified crops. Global resistance is strong yet the U.S. citizens are not heard. Instead they suffer and die while being called liars about what causes the massive rise in disease to prevail. This issue is reminiscent of Love Canal.

This must come to an end. I pray this honorable court will see the wisdom in this request.

Respectfully,

*Sherry Swiney*
Sherry Swiney
U.S. Citizen

06 March 2018

Susan Y. Soong, Clerk of Court
Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

RECEIVED

2018 MAR 15  P 4: 23

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

Dear Clerk of the Court:

I have a PACER account whereby the attached file may be uploaded but since I am sending the attached as an interested party and not a party that is represented, I was not sure filing by PACER would be allowed.

If it is, please notify me by phone or email.

Thank you and best regards,

Sherry Swiney
P.O. Box 248
Columbia, Ky 42728
Email: taoss@att.net
Tele: 270-378-5017

Ms. Sherry Swiney
PO Box 248
Columbia, KY 42728-0248



7017 0190 0000 0528 889

Susan Y. Soong
Clerk of the
United States Di
450 Golden
San Francisco,

**UNITED STATES POSTAL SERVICE®**

1000

94102

U.S. POSTAGE
PAID
COLUMBIA, KY
42728
MAR 07, 18
AMOUNT

**$4.87**

R2305K142198-02

*...urt*
*...it Court*
*...ate Avenue*
*CA 94102-3489*