1 | **HOLLINGSWORTH LLP**
2 | Joe G. Hollingsworth (*pro hac vice*)
  | Eric G. Lasker (*pro hac vice*)
3 | 1350 I Street, N.W.
  | Washington, DC  20005
4 | Telephone:  202-898-5800
  | Facsimile:  202-682-1639
5 | Email:  jhollingsworth@hollingsworthllp.com
  |        elasker@hollingsworthllp.com

6 | *Attorneys for Defendant*
  | *MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Elmer Jordan v. Monsanto Co.*, Case No. 3:18-cv-00982-VC | |

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is not owned by any parent corporation.

2. No publicly traded company owns 10% or more of the stock of Monsanto.

DATED:  March 19, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*