UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 43: ADDITIONAL TESTIMONY OF DRS. RITZ AND PORTIER** |

The Court has concluded there was insufficient time during the *Daubert* hearings to address Dr. Portier's opinion as to the epidemiological evidence and to ask follow-up questions of Dr. Ritz. The parties are ordered to appear for a telephonic case management conference on Thursday, March 22, 2018 at 10 a.m. to discuss scheduling an additional hearing for these two experts. The plaintiffs should send a conference line and access code to vccrd@cand.uscourts.gov, copying opposing counsel, by no later than 3 p.m. on Wednesday, March 21.

**IT IS SO ORDERED.**

Dated: March 19, 2018

VINCE CHHABRIA
United States District Judge