1 **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 Washington, DC  20005
Telephone:   202-898-5800
4 Facsimile:   202-682-1639
Email:   jhollingsworth@hollingsworthllp.com
5            elasker@hollingsworthllp.com

6 *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| 11 | Case No. 3:16-md-02741-VC |
| 12  This document relates to: | |
| 13  *Frank Manale v. Monsanto Co.*, Case No. 3:17-cv-06700-VC | |
| 14 | |

15         **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16     Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18     1.   Monsanto is not owned by any parent corporation.

19     2.   No publicly traded company owns 10% or more of the stock of Monsanto.

20 DATED:  March 26, 2018                    Respectfully submitted,

21                                           /s/ Joe G. Hollingsworth
                                             Joe G. Hollingsworth (*pro hac vice*)
22                                           (jhollingsworth@hollingsworthllp.com)
                                             Eric G. Lasker (*pro hac vice*)
23                                           (elasker@hollingsworthllp.com)
                                             HOLLINGSWORTH LLP
24                                           1350 I Street, N.W.
                                             Washington, DC  20005
25                                           Telephone:   (202) 898-5800
                                             Facsimile:   (202) 682-1639
26
                                             *Attorneys for Defendant*
27                                           *MONSANTO COMPANY*

28