1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  (202) 898-5800
4  Facsimile:  (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5                   elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741
11 | | Case No. 3:16-md-02741-VC

12 | This document relates to:

13 | *Patricia Marcum, Individually and on Behalf of John Marcum v. Monsanto Co.*,
14 | Case No. 3:18-cv-00218-VC

15              **MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17     Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

18 named parties, there is no such interest to report.

19

20 DATED:  March 26, 2018              Respectfully submitted,

21
                                      /s/ Joe G. Hollingsworth
22                                    Joe G. Hollingsworth (*pro hac vice*)
                                      (jhollingsworth@hollingsworthllp.com)
23                                    Eric G. Lasker (*pro hac vice*)
                                      (elasker@hollingsworthllp.com)
24                                    HOLLINGSWORTH LLP
                                      1350 I Street, N.W.
25                                    Washington, DC  20005
                                      Telephone:  (202) 898-5800
26                                    Facsimile:   (202) 682-1639

27                                    *Attorneys for Defendant*
                                      *MONSANTO COMPANY*
28

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:18-cv-00218-VC