| | |
|---|---|
| 1 | **HOLLINGSWORTH LLP** |
| | Joe G. Hollingsworth (*pro hac vice*) |
| 2 | Eric G. Lasker (*pro hac vice*) |
| | 1350 I Street, N.W. |
| 3 | Washington, DC  20005 |
| | Telephone:   202-898-5800 |
| 4 | Facsimile:    202-682-1639 |
| | Email:          jhollingsworth@hollingsworthllp.com |
| 5 | elasker@hollingsworthllp.com |
| 6 | *Attorneys for Defendant* |
| | *MONSANTO COMPANY* |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Lynda Jean Wolters v. Monsanto Co.*, Case No. 3:17-cv-04486-VC | |

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is not owned by any parent corporation.

2. No publicly traded company owns 10% or more of the stock of Monsanto.

DATED:  March 28, 2018                                    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*