1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
12  |---|---|
13  | This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER PERMITTING PARTIES TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR ADDITIONAL *DAUBERT* TESTIMONY** |

16
   In connection with the April 4 and April 6, 2018 *Daubert* hearing in this matter, the
17
parties are permitted to bring the following additional equipment into the courthouse:
18
- Two VGA switchers
19
- VGA cabling and electric cords
20
- Gaffers Tape
21
- Laptop for operator of VGA input
22
- Laptops (for personal attorney use)
23
   The laptops will be brought in each day during the hearing. The other equipment will be
24
set up on Wednesday, April 4 at 8 AM.
25
26
27
28

- 1 -

[PROPOSED] ORDER PERMITTING PARTIES TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR ADDITIONAL *DAUBERT* TESTIMONY

- 2 -

Date: _____, 2018   _____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

- 2 -
[PROPOSED] ORDER PERMITTING PARTIES TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR ADDITIONAL *DAUBERT* TESTIMONY