1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741
Case No. 3:16-md-02741-VC
12

13 | This document relates to: | [~~PROPOSED~~] ORDER PERMITTING PARTIES TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR ADDITIONAL *DAUBERT* TESTIMONY
14 | ALL ACTIONS |
15

16
    In connection with the April 4 and April 6, 2018 *Daubert* hearing in this matter, the
17
parties are permitted to bring the following additional equipment into the courthouse:
18
- Two VGA switchers
19
- VGA cabling and electric cords
20
- Gaffers Tape
21
- Laptop for operator of VGA input
22
- Laptops (for personal attorney use)
23
    The laptops will be brought in each day during the hearing. The other equipment will be
24
set up on Wednesday, April 4 at 8 AM.
25

26
27
28

1  Date: __March 30_____, 2018                   _____
2                                                     HONORABLE VINCE CHHABRIA
                                                      UNITED STATES DISTRICT COURT
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
[PROPOSED] ORDER PERMITTING PARTIES TO BRING OUTSIDE EQUIPMENT INTO
COURTHOUSE FOR ADDITIONAL *DAUBERT* TESTIMONY