UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 16-md-02741-VC |
| This document relates to: <br> *Applegate v. Monsanto Co.*, 18-cv-00663 | **ORDER DENYING MOTION FOR DIRECTED VERDICT ON THE PLEADINGS** |

Mr. Applegate's motion for a directed verdict on the pleadings is denied as procedurally improper.

**IT IS SO ORDERED.**

Dated: April 2, 2018

VINCE CHHABRIA
United States District Judge