UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | |

**NOTICE REGARDING VIDEO RECORDING**

A request has been made to video record the April 4, 2018 and April 6, 2018 Further *Daubert* Hearing in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

( X )   All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project.  See cand.uscourts.gov/cameras for more information.

(   )   At least one party has opposed the request to video record and/or the Court has denied the request; the proceeding will not be video recorded.

Dated: 4/3/2018                                                    Susan Y. Soong, Clerk of Court

*Susan Y. Soong*
_____
Signature of Clerk or Deputy Clerk