# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 4, 2018 | **Time:** 4 hours 18 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC | **Case Name:** In re Roundup Products Liability Litigation | |

**Attorney for Plaintiff:** Aimee Wagstaff, Robin Greenwald, Kathryn Forgie, David Wool, Brent Wisner
**Attorney for Defendant:** Erik Lasker, Grant Hollingsworth, Heather Pigman

**Deputy Clerk:** Kristen Melen           **Reporter:** Debra Pas

## PROCEEDINGS:

Hearing re Causation - held.

## ORDER AFTER HEARING:

Dr. Beate Ritz is sworn by the Clerk, and examined by the Court and counsels.

Admitted exhibits: 460, 1529, 1530, 1531

**The Hearing re Causation set for April 6, 2018 will start at 9:00 a.m. instead of 10:00 a.m.**