# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 6, 2018 | **Time:** 4 hours 49 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC | **Case Name:** In re Roundup Products Liability Litigation | |

**Attorney for Plaintiff:** Aimee Wagstaff, Robin Greenwald, Kathryn Forgie, Brent Wisner

**Attorney for Defendant:** Erik Lasker, Grant Hollingsworth, Heather Pigman

**Deputy Clerk:** Kristen Melen              **Reporter:** Debra Pas

## PROCEEDINGS:

Hearing re Causation - held.

## ORDER AFTER HEARING:

Dr. Christopher Portier is sworn by the Clerk, and examined by the Court and counsels.

Admitted exhibits: 1, 2, 3, 40, 164, 461, 655, 775, 775-D, 775-E, 881, 885, 1532