1 | **HOLLINGSWORTH LLP**
2 | Joe G. Hollingsworth (*pro hac vice*)
   | Eric G. Lasker (*pro hac vice*)
3 | 1350 I Street, N.W.
   | Washington, DC  20005
4 | Telephone:   202-898-5800
   | Facsimile:   202-682-1639
5 | Email:   jhollingsworth@hollingsworthllp.com
   |         elasker@hollingsworthllp.com
6 | *Attorneys for Defendant*
   | *MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Terry Hodges v. Monsanto Co.*, Case No. 3:18-cv-01699-VC | |

**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  April 16, 2018                    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*