1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  202-898-5800
4  Facsimile:   202-682-1639
Email:        jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

| 10 IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| 11 | Case No. 3:16-md-02741-VC |
| 12 This document relates to: | |
| 13 *Raymond Hutchison v. Monsanto Co.*, Case No. 3:18-cv-01696-VC | |
| 14 | |

15      **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17  ("Monsanto") makes the following disclosures:

18      1.      Monsanto is not owned by any parent corporation.

19      2.      No publicly traded company owns 10% or more of the stock of Monsanto.

20  DATED:  April 16, 2018                    Respectfully submitted,

21                                            /s/ Joe G. Hollingsworth
                                             Joe G. Hollingsworth (*pro hac vice*)
22                                            (jhollingsworth@hollingsworthllp.com)
                                             Eric G. Lasker (*pro hac vice*)
23                                            (elasker@hollingsworthllp.com)
                                             HOLLINGSWORTH LLP
24                                            1350 I Street, N.W.
                                             Washington, DC  20005
25                                            Telephone:   (202) 898-5800
                                             Facsimile:    (202) 682-1639
26
                                             *Attorneys for Defendant*
27                                            *MONSANTO COMPANY*

28