1 **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 Washington, DC  20005
Telephone:  202-898-5800
4 Facsimile:   202-682-1639
Email:        jhollingsworth@hollingsworthllp.com
5                   elasker@hollingsworthllp.com

6 *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
11 | | Case No. 3:16-md-02741-VC |

12 This document relates to:

13 *Jerry D. Morrison v. Monsanto Co.*,
Case No. 3:18-cv-01698-VC
14

15 **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16 Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18     1.    Monsanto is not owned by any parent corporation.

19     2.    No publicly traded company owns 10% or more of the stock of Monsanto.

20 DATED:  April 16, 2018                                     Respectfully submitted,

21                                                                                 /s/ Joe G. Hollingsworth
                                                                                        Joe G. Hollingsworth (*pro hac vice*)
22                                                                                 (jhollingsworth@hollingsworthllp.com)
                                                                                        Eric G. Lasker (*pro hac vice*)
23                                                                                 (elasker@hollingsworthllp.com)
                                                                                        HOLLINGSWORTH LLP
24                                                                                 1350 I Street, N.W.
                                                                                        Washington, DC  20005
25                                                                                 Telephone:   (202) 898-5800
                                                                                        Facsimile:    (202) 682-1639
26
                                                                                        *Attorneys for Defendant*
27                                                                                 *MONSANTO COMPANY*

28