1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
11 | | Case No. 3:16-md-02741-VC |
12 | This document relates to: | |
13 | *Michael A. Bell v. Monsanto Co.*, Case No. 3:18-cv-00540-VC | |
14

15                **MONSANTO COMPANY'S**
       **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17     Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

18 named parties, there is no such interest to report.

19

20 DATED:  April 26, 2018                    Respectfully submitted,

21
                                              /s/ Joe G. Hollingsworth
22                                            Joe G. Hollingsworth (*pro hac vice*)
                                              (jhollingsworth@hollingsworthllp.com)
23                                            Eric G. Lasker (*pro hac vice*)
                                              (elasker@hollingsworthllp.com)
24                                            HOLLINGSWORTH LLP
                                              1350 I Street, N.W.
25                                            Washington, DC  20005
                                              Telephone:  (202) 898-5800
26                                            Facsimile:   (202) 682-1639

27                                            *Attorneys for Defendant*
                                              *MONSANTO COMPANY*
28

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:18-cv-00540-VC