**Plaintiffs' Supplemental *Daubert* Exhibit List**

| Exh No. | Description |
|---|---|
| 297 | Dr. Ritz *Daubert* Presentation |
| 298 | Dr. Ritz Epi Terms |
| 299 | Map Demonstrating GBF Use |
| 300 | Dr. Weisenburger *Daubert* Presentation |
| 301 | Pahwa et al. An Detailed Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma in the North American Pooled Project (NAPP) CSEB Conference, Mississauga, ON (June 3, 2015) |
| 302 | Dr. Weisenburger Additional Slides |
| 303 | Blair & Zahm, Patterns of Pesticide Use Among Farmers: Implications for Epidemiologic Research (1993) |
| 304 | Pahwa et al. An Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma Major Histological sub-Types in the North American Pooled Project, International Society for Environmental Epidemiology conference, Sao Paulo, Brazil (August 31, 2015) |
| 307 | Dr. Neugut *Daubert* Presentation |
| 320 | Dr. Jameson *Daubert* Presentation |
| 321 | CWJ - Epidemiology Training and Experience |
| 322 | Dr. Jameson Epi Chart - Case Control Studies |
| 323 | Dr. Jameson Epi Chart - Meta-Analyses |
| 324 | CWJ/Greim Experimental Animal Summary (Mouse Studies) |
| 325 | CWJ/Greim Experimental Animal Summary (Mouse Studies) |
| 326 | Replication Across Glyphosate Toxicology Studies (Dr. Jameson Exhibit) |
| 327 | Dr. Jameson Testimony Cut |
| 328 | Comparison of IARC and CWJ review of Greim et al. (2015) |
| 329 | IARC Malathion Monograph |
| 340 | Dr. Portier *Daubert* Presentation |
| 379 | Dr. Corcoran Deposition |
| 380 | Dr. Nabhan *Daubert* Presentation |
| 400 | Dr. Mucci Cross Examination PowerPoint |
| 450 | Court Demonstrative |
| 460 | Dr. Ritz Chart |
| 461 | Dr. Portier Second *Daubert* Presentation |

**Monsanto's Supplemental Exhibit List**  April 30, 2018
*In re Roundup Prod. Liab. Litig. Case No. 16-md-02741-VC*

| Exhibit # | Date on Document | Name/brief description |
|---|---|---|
| 608 | 2017 | Bonner, M. et al., Occupational Exposure to Pesticides and the Incidence of Lung Cancer in the Agricultural Health Study, 125 Envtl. Health Perspective, 544 (2017). |
| 655 | 2016 | Chang, E. et al., Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers, 51 J. Envtl. Sci. & Health 402 (2016) |
| 717 | 2001 | De Roos, A. et al., An Application of Hierarchical Regression in the Investigation of Multiple Paternal Occupational Exposures and Neuroblastoma in Offspring, 39 Am. J. of Indus. Med 477 (2001). |
| 775b,c,d | 1/19/2018 | Documents Produced in Response to Notice of Christopher Portier Deposition: b= November 9, 2017 Email from Portier to Pigeon; c= November 10, 2017 Email from Portier to Stecker; d= November 12, 2017 Email from Belle to Portier |
| 811 | 11/9/2015 | Email from Sergi to Kromhout (EELI_0001123 - EELI_0001124) |
| 885 | 05/01/2017 | Expert Report of Christopher J. Portier |

**Monsanto's Supplemental Exhibit List**  April 30, 2018
*In re Roundup Prod. Liab. Litig. Case No. 16-md-02741-VC*

| | | |
|---|---|---|
| 910 | 2012 | Freeman, L. et al., Poultry and Livestock Exposure and Cancer Risk Among Farmers in the Agricultural Health Study, 23 Cancer Causes Control 663 (2012). |
| 1011 | 2011 | Hohenadel, K. et al., Exposure to Multiple Pesticides and Risk of Non-Hodgkin Lymphoma in Men from Six Canadian Provinces, 8 Int'l J. Envtl. Res. Public Health 2320 (2011). |
| 1106 | 2016 | Koutros, S. et al., Occupational Exposure to Pesticides and Bladder Cancer Risk, 45(3) International Journal of Epidemiology 792 (2016). |
| 1107 | 2013 | Koutros, S. et al., Risk of Total and Aggressive Prostate Cancer and Pesticide Use in the Agricultural Health Study, 177(1) American Journal of Epidemiology 59 (2013). |
| 1523 | 4/28/2016 | Declaration of Alfred I. Neugut, M.D., Ph.D., Johnson v. Monsanto Co., No. 1:16-cv-00075-JMS-RLP, (D. Haw. Apr. 28, 2016). |
| 1524 | 7/21/1983 | Knezevich, A. & G. Hogan, Final Report, Volume I of VIII (Toxicology/Pathology Report), A Chronic Feeding Study of Glyphosate (Roundup® Technical) In Mice, Bio/Dynamics Inc. [MONGLY00253820 - MONGLY00253848] |
| 1525 | 3/8/2018 | Slide Deck for Dr. Thomas Rosol, DVM, PhD. |

**Monsanto's Supplemental Exhibit List**  April 30, 2018
*In re Roundup Prod. Liab. Litig. Case No. 16-md-02741-VC*

| # | Date | Description |
|---|---|---|
| 1526 | 3/8/2018 | Slide Deck for Dr. Christopher Corcoran, Sc.D. |
| 1527 | | Deposition Cuts of Aaron Blair and Matthew Ross |
| 1528 | 3/9/2018 | Slide Deck for Dr. Lorelei Mucci, ScD, MPH. |
| 1529 | 2003 | Clary, T. et al., Pancreatic Cancer Mortality and Organochlorine Pesticide Exposure in California, 1989-1996, 43 Am. J. Indus. Med. 306 (2003). |
| 1530 | 4/2014 | Wang, A. et al., The Association Between Ambient Exposure to Organophosphates and Parkinson's Disease Risk, 71 Occupational Envtl. Med. 275 (2014). |
| 1531 | 2006 | Rull, R. et al., Neural Tube Defects and Maternal Residential Proximity to Agricultural Pesticide Applications, 163 Am. J. Epidemiology 743 (2006). |
| 1532 | 10/12/2016 | Davies, S., Oh, brother: CropLife questions makeup of glyphosate panel, Agri-Pulse (Oct. 12, 2016), http://www.agri-pulse.com/articles/7584-oh-brother-croplife-questions-makeup-of-glyphosate-panel |