**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
                  elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Betty L. Bolyard v. Monsanto Co.*, Case No. 3:18-cv-02329-VC | |

**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  May 16, 2018                                   Respectfully submitted,

                                                                         /s/ Joe G. Hollingsworth
                                                                         Joe G. Hollingsworth (*pro hac vice*)
                                                                         (jhollingsworth@hollingsworthllp.com)
                                                                         Eric G. Lasker (*pro hac vice*)
                                                                         (elasker@hollingsworthllp.com)
                                                                         HOLLINGSWORTH LLP
                                                                         1350 I Street, N.W.
                                                                         Washington, DC  20005
                                                                         Telephone:  (202) 898-5800
                                                                         Facsimile:   (202) 682-1639

                                                                         *Attorneys for Defendant*
                                                                         *MONSANTO COMPANY*