**WEITZ & LUXENBERG, PC**
Robin L. Greenwald (*pro hac vice*)
700 Broadway
New York, NY 10003
Tel:    212-558-5802
Email: rgreenwald@weitzlux.com

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff
7171 West Alaska Drive
Lakewood, CO 80226
Tel:    303-376-6360
Email: aimee.wagstaff@andruswagstaff.com

**THE MILLER FIRM, LLC**
Michael J. Miller (*pro hac vice*)
108 Railroad Ave
Orange, VA 22960
Tel:    540-672-4224
Email: mmiller@millerfirmllc.com

*Co-Lead Counsel for Plaintiffs*
*in MDL No. 2741*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to all cases | MDL No. 2741<br>Case No. 16-md-02741-VC |

**Plaintiffs' Notice of Supplemental Authority in Support of Plaintiffs' Opposition to Monsanto's Motion to Exclude Plaintiffs' General Causation Experts**

Plaintiffs bring to the Court's attention the May 17, 2018 order and opinion of the honorable Judge Curtis E.A. Karnow of the Superior Court of California, County of San Francisco.

---

NOTICE OF SUPPLEMENTAL AUTHORITY

1

In *Johnson v. Monsanto,* Case No. CGC-16-550128, Judge Karnow denied Monsanto's motion to exclude Plaintiff's experts on general causation and specific causation with respect to Glyphosate based formulations and non-Hodgkin Lymphoma.  Exhibit A.  The relevant opinions are on pages 4-24.

DATED:  May 18, 2018               Respectfully submitted,


/s/ Michael J. Miller
Michael J. Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange VA 22960
Ph 540 672 4224
F 540 672 3055

Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5500
F 212-344-5461


Aimee Wagstaff
Aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood CO 80226
Ph 303-376-6360
F 303-376-6361

*Co-Lead Counsel for Plaintiffs
in MDL No. 2741*

---

**NOTICE OF SUPPLEMENTAL AUTHORITY**

**CERTIFICATE OF SERVICE**

I, Michael J. Miller, hereby certify that, on May 18, 2018, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Michael J. Miller

Michael J. Miller.