1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   | | Case No. 3:16-md-02741-VC |
   | This document relates to: | |
   | *Lisa M. Sparks v. Monsanto Co.*, Case No. 3:18-cv-01144-VC | |

15              **MONSANTO COMPANY'S**
   **<u>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS</u>**

17      Pursuant to Civil L.R. 3-15, the undersigned certifies that that the following listed
18 persons, associations of persons, firms, partnerships, corporations (including parent corporations)
19 or other entities (i) have a financial interest in the subject matter in controversy or in a party to
20 the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could
21 be substantially affected by the outcome of this proceeding:
22      Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so
23      Bayer AG has a financial interest in a party to the proceeding.

| | |
|---|---|
| DATED:  June 11, 2018 | Respectfully submitted,<br><br>/s/ Joe G. Hollingsworth<br>Joe G. Hollingsworth (*pro hac vice*)<br>(jhollingsworth@hollingsworthllp.com)<br>Eric G. Lasker (*pro hac vice*)<br>(elasker@hollingsworthllp.com)<br>HOLLINGSWORTH LLP<br>1350 I Street, N.W.<br>Washington, DC  20005<br>Telephone:  (202) 898-5800<br>Facsimile:   (202) 682-1639<br><br>*Attorneys for Defendant*<br>*MONSANTO COMPANY* |

- 2 -
MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:18-cv-01144-VC