1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  (202) 898-5800
4  Facsimile:  (202) 682-1639
Email:      jhollingsworth@hollingsworthllp.com
5              elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  | IN RE: ROUNDUP PRODUCTS | MDL No. 2741 |
    LIABILITY LITIGATION
11  |                         | Case No. 3:16-md-02741-VC |

12  This document relates to:

13  *Sharon Spooner and Christopher Spooner v.*
*Monsanto Co.*,
14  Case No. 3:18-cv-01146-VC

15

16                  **MONSANTO COMPANY'S**
                  **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
17

18          Pursuant to Civil L.R. 3-15, the undersigned certifies that that the following listed

19  persons, associations of persons, firms, partnerships, corporations (including parent corporations)

20  or other entities (i) have a financial interest in the subject matter in controversy or in a party to

21  the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could

22  be substantially affected by the outcome of this proceeding:

23          Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

24          Bayer AG has a financial interest in a party to the proceeding.

25

26

27
                                        - 1 -
28  MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                  3:16-md-02741-VC & 3:18-cv-01146-VC

1 | DATED:  June 11, 2018

Respectfully submitted,

2

3 | /s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)

4 | Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)

5 | HOLLINGSWORTH LLP
1350 I Street, N.W.

6 | Washington, DC  20005
Telephone:  (202) 898-5800

7 | Facsimile:   (202) 682-1639

8 | *Attorneys for Defendant*
*MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:18-cv-01146-VC