**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
Heather A. Pigman (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel.:    (202) 898-5800
Fax:    (202) 682-1639
Email:  jhollingsworth@hollingsworthllp.com
        elasker@hollingsworthllp.com
        hpigman@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: ALL ACTIONS | **Hearing Date:** March 5, 2018<br>**Time:** 9:00 a.m. |

**MONSANTO COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS *DAUBERT* AND SUMMARY JUDGMENT MOTION BASED ON FAILURE OF GENERAL CAUSATION PROOF**

**TO THE COURT AND EACH PARTY AND THE ATTORNEY OF RECORD FOR EACH PARTY:**

Monsanto Company ("Monsanto") and its counsel submit this Notice of Supplemental Authority in support of its *Daubert* and Summary Judgment Motion Based on Failure of General Causation Proof, ECF No. 545 ("Opening Brief"), its Reply Memorandum of Points and Authorities in Support of its *Daubert* and Summary Judgment Motion Based on Failure of General Causation Proof and Opposition to Plaintiffs' *Daubert* Motion To Strike Certain Opinions of Monsanto Company's Expert Witnesses, ECF No. 681 ("Reply Brief"), and its Supplemental Memorandum of Points and Authorities Regarding Andreotti, Et Al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study*, Journal of the National Cancer Institute (2018) in Support of its *Daubert* and Summary Judgment Motion, ECF No. 1137 ("Supplemental Brief"). Attached hereto as Exhibit A is a ruling issued today by the United States Court of Appeals for the Fourth Circuit in the *In re Lipitor (Atorvastatin Calcium) Mktg., Sales Prac., and Prod. Liab. Litig.*, No. 17-1140 (4th Cir. June 12, 2018), affirming the district court's decision to award summary judgment to the defendant manufacturer against all plaintiffs in the MDL on general causation after excluding the testimony of plaintiffs' expert witnesses. *Id.* at 6. This ruling is relevant to issues addressed in Monsanto's Opening Brief at pages 24-29, 37, and 40, the Reply Brief at pages 21-22, and 26-29, and the Supplemental Brief at page 15.

DATED: June 12, 2018            Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Heather A. Pigman (*pro hac vice*)
(hpigman@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:    (202) 898-5800
Facsimile:    (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*