1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  (202) 898-5800
4  Facsimile:  (202) 682-1639
Email:      jhollingsworth@hollingsworthllp.com
5             elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  IN RE: ROUNDUP PRODUCTS            MDL No. 2741
LIABILITY LITIGATION
11                                     Case No. 3:16-md-02741-VC

12  This document relates to:

13  *Debra Torres v. Monsanto Co.*,
Case No. 3:18-cv-02940-VC
14

15        **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17  ("Monsanto") makes the following disclosures:

18        1.     Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19        2.     Bayer AG is a publicly held corporation.

20  DATED:  June 13, 2018                Respectfully submitted,

21                                       /s/ Joe G. Hollingsworth
                                         Joe G. Hollingsworth (*pro hac vice*)
22                                       (jhollingsworth@hollingsworthllp.com)
                                         Eric G. Lasker (*pro hac vice*)
23                                       (elasker@hollingsworthllp.com)
                                         HOLLINGSWORTH LLP
24                                       1350 I Street, N.W.
                                         Washington, DC  20005
25                                       Telephone:  (202) 898-5800
                                         Facsimile:   (202) 682-1639
26
                                         *Attorneys for Defendant*
27                                       *MONSANTO COMPANY*

28

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:18-cv-02940-VC