UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 44:<br>REQUESTING FURTHER BRIEFING** |

The Court requests a supplemental brief from Monsanto, not to exceed five pages, double-spaced, identifying any critiques it has of Dr. Weisenburger's testimony regarding the epidemiological evidence that it has not already leveled against Dr. Ritz or Dr. Portier. The brief should be filed by Friday, June 22, 2018. The plaintiffs should not file a response unless the Court requests one.

**IT IS SO ORDERED.**

Dated: June 19, 2018

VINCE CHHABRIA
United States District Judge