| | |
|---|---|
| 1 | GOZA & HONNOLD LLC |
| 2 | Kirk J. Goza Mo Bar #32475<br>9500 Nall Ave. Suite 400 |
| 3 | Overland Park, KS 66207<br>Telephone:   (913) 451-3433 |
| 4 | Facsimile:    (913) 839-0567<br>Email:         kgoza@gohonlaw.com |
| 5 | *Attorney for Plaintiff*<br>*Virginia Freeman* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Virginia Freeman v. Monsanto Co.,*<br>Case No. 3:18-cv-03553-VC | |

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Comes Now Plaintiff and Defendant, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41, and hereby stipulate to the dismissal of Case No. 3:18-cv-03553-VC only,  each side bearing its own attorney fees and costs.  The parties stipulate that if the claims at issue in this lawsuit are ever re-filed, they will be filed only in a federal district court.

Dated:  June 22, 2018                                                      Respectfully submitted,

| | |
|---|---|
| By:  /s/ Martin C. Calhoun | By: /s/ Kirk J. Goza |
| Martin C. Calhoun (*Pro Hac Vice*) | Kirk J. Goza Mo Bar #32475 |
| HOLLINGSWORTH LLP | GOZA & HONNOLD LLC |
| 1350 I Street N.W. | 9500 Nall Ave. Suite 400 |
| Washington, DC 20005 | Overland Park, KS 66207 |
| Telephone: 202.898.5800 | Telephone: 913.451.3433 |
| Facsimile:  202.682.1639 | Facsimile: 913.839.0567 |
| email: mcalhoun@hollingsworthllp.com | email:kgoza@gohonlaw.com |
| *Attorney for Defendant*<br>*Monsanto Co.* | *Attorney for Plaintiff*<br>*Virginia Freeman* |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on June 22, 2018, the foregoing STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE was filed electronically.  Pursuant to Fed.R. Civ.P. 5(d), counsel of record will be served by electronic mail on this same date as follows:

Martin C. Calhoun
HOLLINGSWORTH LLP.
1350 I Street N.W.
Washington, DC 20005
Telephone:  202.898.5800
Facsimile:  202.682.1639
email:  mcalhoun@hollingsworthllp.com