1 **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 Washington, DC  20005
Telephone:  (202) 898-5800
4 Facsimile:  (202) 682-1639
Email:      jhollingsworth@hollingsworthllp.com
5           elasker@hollingsworthllp.com

6 *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. 3:16-md-02741-VC |
| This document relates to: |  |
| *Lawrence and Linda Killmeier v. Monsanto Co.,* Case No. 3:18-cv-03952-VC |  |

15 **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18    1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19    2.    Bayer AG is a publicly held corporation.

20 DATED: July 23, 2018                    Respectfully submitted,

21
                                         /s/ Joe G. Hollingsworth
22                                       Joe G. Hollingsworth (*pro hac vice*)
                                         (jhollingsworth@hollingsworthllp.com)
23                                       Eric G. Lasker (*pro hac vice*)
                                         (elasker@hollingsworthllp.com)
24                                       HOLLINGSWORTH LLP
                                         1350 I Street, N.W.
25                                       Washington, DC  20005
                                         Telephone:  (202) 898-5800
26                                       Facsimile:   (202) 682-1639

27                                       *Attorneys for Defendant*
                                         *MONSANTO COMPANY*
28