```
Anthony J. Nemo (MN Bar No. 221351)
tnemo@meshbesher.com
```
**MESHBESHER & SPENCE, LTD.**
1616 Park Avenue
Minneapolis, MN  55404
Tel: (612) 339-9121
Fax: (612) 339-9188

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*BILLY WORTH AND ALICIA WORTH*, 3:16-cv-02906-VC | MDL No. 02741<br><br>**NOTICE OF APPEARANCE OF ANTHONY J. NEMO ON BEHALF OF PLAINTIFFS** |

PLEASE TAKE NOTICE that Anthony J. Nemo of Meshbesher & Spence, Ltd. hereby enters an appearance as counsel for Plaintiffs in the above-referenced action.

Dated: August 6, 2018                              MESHBESHER & SPENCE, LTD.


By  /s/ Anthony J. Nemo
Anthony J. Nemo (MN#221351)
1616 Park Avenue
Minneapolis, MN 55404
Telephone: (612) 339-9121
Facsimile: (612) 339-9188
tnemo@meshbesher.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of August, 2018, a copy of the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ Anthony J. Nemo
Anthony J. Nemo