**FILED**

UNITED STATES COURT of APPEALS
FOR THE SIXTH CIRCUIT
100 East Fifth Street ,Room 540
Cincinnati ,Ohio 45202-3988

AUG 1 3 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RALPH A. APPLEGATE ,
     Plaintiff -Appellant ,

                                    CASE NO:18-3551
                                      Original No.  2:18-CV-00045-JLG-EPD

     v.

MONSANTO COMPANY,
     Defendant - Appellee ,

RESPECTING LAW of  CAUSE and EFFECT

Appellant restates from LAW of CAUSE and EFFECT some statements

that have been heard and seen before :

     "Nothing happens by chance or outside of Universal Laws ."

     "Every action has a reaction or consequence .'We reap what we sow' ."

     " Ralph Waldo Emerson said 'A law of  Cause and Effect is a 'law of

laws' ."

     " Every human thought , word and deed is a Cause that sets off a wave

 of energy throughout our universe which in turn creates an Effect

whether desireable or undesireable ."

     "Law of cause and effect states that every cause has an effect and every

effect becomes a cause of something else ." In this case an astronomical

increase of Immunoglobulin M(IgM) in appellant caused his Waldenstrom

Macroglobulinemia .

p.1

Respectfully submitted

Signed--------*Ralph A. Applegate*--------

Ralph A. Applegate   , Appellant
1544 Zettler Road
Columbus , Ohio 43227
914-410-1568
rapplegate48@gmail.com

David P. Strup
Shoemaker,Loop &Kendrick,LLP
1000 Jackson Street
Toledo Ohio 43604
419-321-1306
dstrup@slk-law.co

Heather Pigman
Hollingsworth LLP
1350 I Street NW
Washington , DC 20005
hpigman@hollingsworthllp.com

Certificate of Service

Appellant certifies that on August 6 , 2018 that Appellant served by regular mail,

one copy to Clerk of 6th Circuit Court of Appeals , and by  regular mail , one copy

each of RESPECTING CAUSE and EFFECT on Appellee's Co- Counsel , and on

Washington D.  C.  MDL Panel , and on Judge Vince Chhabria .

p.2