UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 46: SETTING CASE MANAGEMENT CONFERENCE** |

The parties are ordered to appear for a case management conference at 2:00 p.m. on Thursday, September 13, 2018.  The parties' joint case management statement is due seven days before the conference.  The parties need not use the typical format prescribed by the local rules, but they must flag in the statement all matters they wish to discuss at the conference.

**IT IS SO ORDERED.**

Dated: August 14, 2018

_____
VINCE CHHABRIA
United States District Judge