UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

RALPH A. APPLEGATE
    Plaintiff, Appellant

versus

CASE : 16-md-02741-VC
CASE : 18-3551
CASE : 18-CV-00663
CASE : 3:18-CV-00045-JLG-EPD

MONSANTO COMPANY
    Defendant, Appellee

FURTHER EVIDENCE of EFFECT of IgM and INFERENCE of CONSPIRACY

1. Honorable Judge Vince Chhabria already has related IgM evidence. " Diagnosis . Most diagnoses of monoclonal gammopathy are preceded by incidental discovery of 'elevated 'serum total protein or anemia . Diagnosis is established by demonstrating a topical M spike on serum protein electrophoresis that proves to be IgM by immunoelectro phoresis or immunofixation ." Merck Manual , 1999, pp. 964 ,965 .IgM is a "marker ".

2 . There is an " inference " that Monsanto Company and German government authorities had been conspiring with each other about Poloethoxylated Tallow Amine before September 12, 2014 ,in two(2) statements , one that stated " Because of an initial suspicion [III] that surfactant called Polyethoxylated Tallow Amine might be toxic to humans ,

p.1

animals and environment , German authorities have taken their own protective action . ", and (2)that stated that " A proper ,health -oriented regulatory system must look at 'synergistic 'effects of chemical mixtures, and on that basis what we have at present falls far short . "  These statements were stated by appellant in appellants  pleading dated August 7, 2018 .

3 . Appellant believes that this inference must be referred to U.S. Attorney Gen.  Sessions , and to that German Attorney Gen.  for investigation .

4. Appellant also believes that appellant has a current absolute right to identification and production of all documents in posession of appellee identifying German government  agent discussions, e-mails , and telephone calls with appellee about subject , Polyethoxylated Tallow Amine , and/or Roundup , before or after September 12 , 2014 , and appellant asks Judge Chhabria to Order that discovery , inter alia .

Respectfully submitted

Signed *Ralph A. Applegate*
Ralph A.  Applegate
1544 Zettler Road
Columbus ,Ohio 43227
rapplegate48@gmail.com
9144101568
rapplegate48@gmail.com

Defendant attorney
David P.  Strup
Shoemaker, Loop &Kendrick, L.L.P.

1000 Jackson Street
Toledo , Ohio 43604
dstrup@slk-law.com

Defendant Co-Counsel
Heather Pigman
Hollingsworth LLP
1350 I. Street NW
Washington ,DC 20005
hpigman@hollingsworthllp.com

Certificate of Service

Appellant certifies that one copy each of FURTHER EVIDENCE of EFFECT of IgM and INFERENCE of CONSPIRACY , was regular mailed to Clerk of U.S. District Court, Northern District of California , to Clerk , 6th Circuit Court of Appeals , to Defendant Co-Council Pigman , to Clerk , MDL Panel, and  possibly to Clerk, U.S. District Court , Southern District of Ohio, Eastern Division , on August 9 , 2018 .

### TABLE 140–1. CLASSIFICATION OF PLASMA CELL DYSCRASIAS

| Category | Symptoms | Disorder | Comments and Examples |
|---|---|---|---|
| Monoclonal gammopathy of undetermined significance | Asymptomatic, usually non-progressive | Associated with nonlymphoreticular neoplasms | Especially carcinomas of the prostate, kidney, GI tract, breast, and biliary tree |
| | | Associated with chronic inflammatory and infectious conditions | Chronic cholecystitis, osteomyelitis, TB, pyelonephritis, RA |
| | | Associated with various other disorders | Lichen myxedematosus, liver disease, thyrotoxicosis, pernicious anemia, myasthenia gravis, Gaucher's disease, familial hypercholesterolemia, Kaposi's sarcoma |
| | | | Occurs in apparently healthy persons; age-related incidence |
| Malignant plasma cell dyscrasias | Symptomatic, progressive | Macroglobulinemia | IgM |
| | | Multiple myeloma | IgG, IgA, light chains (Bence Jones) only, IgD, IgE, non-secretory |
| | | Nonhereditary primary systemic amyloidosis | Usually light chains (Bence Jones) only, but occasionally intact immunoglobulin molecules (IgG, IgA, IgM, IgD) |
| | | Heavy chain diseases | IgG heavy chain (γ-chain) disease; IgA heavy chain (α-chain) disease; IgM heavy chain (μ-chain) disease; IgD heavy chain (δ-chain) disease |
| Transient plasma cell dyscrasias | | | Associated with drug hypersensitivity, viral infections, and heart surgery |

## MACROGLOBULINEMIA
(Primary or Waldenström's Macroglobulinemia)

*A malignant plasma cell dyscrasia of B cells that normally synthesize and secrete IgM.*

Of patients with monoclonal gammopathy, 12% have macroglobulinemia. Small monoclonal IgM components are found in the sera of about 5% of patients with B-cell non-Hodgkin's lymphoma; this circumstance is termed macroglobulinemic lymphoma. Additionally, IgM M proteins are occasionally present in patients with chronic lymphocytic leukemia or other lymphoproliferative disorders.

Macroglobulinemia is clinically distinct from myeloma and other plasma cell dyscrasias; it resembles a lymphomatous disease. The cause is unknown. Men are affected more often than women; the median age is 65 yr.

Many clinical manifestations of macroglobulinemia are due to the large amount of high molecular weight macroglobulin circulating in plasma. Some of these monoclonal IgM proteins are antibodies directed to autologous IgG (rheumatoid factors) or to I antigens (cold agglutinins).

### Symptoms and Signs

Most patients are asympt[omatic and] present with manifestations [of hypervis]cosity syndrome: fatigue[, weakness,] and mucosal bleeding, vis[ual problems,] headache, and other cha[nge in mental] manifestations. When prec[ipitated,] pulmonary abnormalities [and circu]latory impairment caused [by increased] plasma volume. Cold se[nsitivity, Ray]naud's phenomenon may [occur if macro]globulin or cold agglutini[ns are present. Bac]terial infections are a majo[r problem in some] patients.

Examination may disc[lose] lymphadenopathy, purpu[ra, hepatospleno]megaly, and marked engor[gement and local]ized narrowing of retinal v[eins with visi]ble sausage links. Amyloi[dosis occurs in ~5%] of patients.

### Diagnosis

Most diagnoses of mon[oclonal gammopa]thy are preceded by incid[ental finding of] elevated serum total prot[ein, and a firm] diagnosis is established b[y finding a] typical M spike on serum [electropho]resis that proves to be Ig[M on immunoelec]trophoresis or immunofix[ation.]

Moderate anemia, mar[ked rouleaux for]mation, and a very high [ESR are typical.] Leukopenia, relative ly[mphocytosis, and] thrombocytopenia occasi[onally occur. Cryo]globulins, rheumatoid fac[tor, cold agglu]tinins may be present; if [cold agglutinins pre]sent, the direct Coomb[s test is usually] positive. Various coagul[ation and platelet] function abnormalities m[ay be present, but] routine blood studies m[ay be normal. If] cryoprotein is present or [prominent, it mark]edly increased. Normal [immunoglobulins] are decreased in 1/2 of p[atients.]

Immunoelectrophore[sis of con]centrated urine frequer[ntly reveals a mono]clonal light chain (usually [κ), but Bence] Jones proteinuria is unus[ually severe. X-rays] may show osteoporosis, [but lytic lesions are] rare. Bone marrow studie[s show variable in]crease in plasma cells, lym[phocytes, plas]macytoid lymphocytes. [PAS-positive mate]rial may be present in lym[phoid cells.] [Increased] number of mast cells m[ay be seen. In] addition, lymph node b[iopsy may be] interpreted as diffuse w[ell-differentiated] plasmacytic lymphocyti[c lymphoma.]

*MERCK MANUAL 1999*

### Symptoms and Signs

Most patients are asymptomatic, but many present with manifestations of the **hyperviscosity syndrome**: fatigue, weakness, skin and mucosal bleeding, visual disturbances, headache, and other changing neurologic manifestations. When predominant, cardiopulmonary abnormalities are due to circulatory impairment caused by an increased plasma volume. Cold sensitivity or Raynaud's phenomenon may be due to a cryoglobulin or cold agglutinin. Recurrent bacterial infections are a major problem in some patients.

Examination may disclose generalized lymphadenopathy, purpura, hepatosplenomegaly, and marked engorgement and localized narrowing of retinal veins, which resemble sausage links. Amyloidosis occurs in 5% of patients.

### Diagnosis

Most diagnoses of monoclonal gammopathy are preceded by incidental discovery of elevated serum total protein or anemia. The diagnosis is established by demonstrating a typical M spike on serum protein electrophoresis that proves to be IgM by immunoelectrophoresis or immunofixation.

Moderate anemia, marked rouleaux formation, and a very high ESR are typical. Leukopenia, relative lymphocytosis, and thrombocytopenia occasionally occur. Cryoglobulins, rheumatoid factor, or cold agglutinins may be present; if the latter are present, the direct Coombs' test usually is positive. Various coagulation and platelet function abnormalities may occur. Results of routine blood studies may be spurious if a cryoprotein is present or if viscosity is markedly increased. Normal immunoglobulins are decreased in 1/2 of patients.

Immunoelectrophoretic studies of concentrated urine frequently show a monoclonal light chain (usually κ), but gross Bence Jones proteinuria is unusual. X-rays of bones may show osteoporosis, but lytic lesions are rare. Bone marrow studies show a variable increase in plasma cells, lymphocytes, and plasmacytoid lymphocytes. PAS-positive material may be present in lymphoid cells, and the number of mast cells may be increased. In addition, lymph node biopsy is frequently interpreted as diffuse well-differentiated or plasmacytic lymphocytic lymphoma.

The hyperviscosity syndrome can be diagnosed by the funduscopic finding of retinal veins that resemble sausage links. Retinal hemorrhages, exudates, microaneurysms, and papilledema indicate late stages. Relative serum viscosity is usually > 4.0 (normal, 1.4 to 1.8) in patients with the hyperviscosity syndrome.

### Prognosis and Treatment

The course is variable, but macroglobulinemia tends to be more benign than is myeloma. The median survival is about 5 to 7 yr. Age > 60 yr, anemia, and cryoglobulinemia are associated with shorter survival.

Often, patients require no treatment for many years. If hyperviscosity is present, initial management consists of plasmapheresis, which rapidly reverses bleeding and neurologic abnormalities caused by high IgM levels. Plasmapheresis often needs to be repeated.

Long-term treatment with oral alkylating drugs, usually chlorambucil, may be necessary in some patients; however, bone marrow toxicity (see below under MULTIPLE MYELOMA) can occur. Chlorambucil 0.03 to 0.09 mg/kg/day or pulses of 0.25 mg/kg/day for 4 days q 4 to 6 wk may be used. Melphalan or cyclophosphamide, as given for multiple myeloma, are possible alternatives, and oral prednisone (1 mg/kg/day for 4 days q 4 to 6 wk) may be added. Recent results with the purine analogs fludarabine and 2-chlorodeoxyadenosine have been encouraging and offer alternatives to patients unresponsive to standard oral alkylating drugs. Interferon reduces M protein in some patients.

# MULTIPLE MYELOMA

(Plasma Cell Myeloma; Myelomatosis)

*A progressive neoplastic disease characterized by marrow plasmacytomas (plasma cell tumors) and overproduction of an intact monoclonal immunoglobulin (IgG, IgA, IgD, or IgE) or Bence Jones protein (free monoclonal κ or λ light chains).*

Multiple myeloma is often associated with multiple osteolytic lesions, hypercalcemia, anemia, renal damage, and increased susceptibility to bacterial infections; production of normal immunoglobulin is impaired. The incidence is estimated at 2 to 3/100,000 persons; the male:female ratio is 1.6:1, and most

MERCK MANUAL 1999

Ralph W. Applegate
1544 Zost Aller Rd.
Columbus, Ohio 43227

COLUMBUS OH 432
10 AUG 2018

Illinois[

U.S. Dist. Court
Clerk
North. Dist of California
450 Golden Gate Ave
San Francisco, Cal. 94102

9410233489 C004