Peter A. Miller (VA Bar No. 47822)
pmiller@millerdellafera.org
**MILLER DELLAFERA PLC**
3420 Pump Rd., PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
Fax: (888) 830-1488
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ANTHONY HARRIS* and *JULIE HARRIS*, 3:17-cv-03199-VC<br><br>*PATRICIA LASHOCK,* 3:18-cv-00067-VC<br><br>*JERRY TINGLE, et al.,* 3:18-cv-01518-VC<br><br>*JOHN BROOKS, et al.,* 3:18-cv-03188-VC<br><br>*DOROTHY MITCHELL, et al.,* 3:18-cv-04786 | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE OF PETER A. MILLER ON BEHALF OF PLAINTIFFS** |

PLEASE TAKE NOTICE that Peter A. Miller of Miller DellaFera PLC hereby enters an appearance as counsel for Plaintiffs in the above-referenced actions.

Dated: August 16, 2018                             MILLER DELLAFERA PLC


                                                                          By  /s/ Peter A. Miller
                                                                          Peter A. Miller (VA#47822)
                                                                          3420 Pump Rd., PMB 404
                                                                          Henrico, VA 23233
                                                                          Tel: (800) 401-6670
                                                                          Fax: (800) 830-1488
                                                                          pmillerdellafera.org

                                                                          Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of August, 2018, a copy of the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ Peter A. Miller

Peter A. Miller (VA#47822)
MILLER DELLAFERA PLC
3420 Pump Rd., PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
Fax: (800) 830-1488
pmiller@millerdellafera.org