# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** Gordon A. Monten, Jr. on behalf of the Estate of Susan Monten<br><br>v.<br><br>Monsanto Company | Case No. 3:18-cv-04973 |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11-5, Beth E. Terrell moves this Court to grant her leave to withdraw as counsel on behalf of Plaintiff Gordon A. Monten, Jr. in the above-captioned case. In support of this Motion, she states as follows:

1. Attorney David J. Diamond filed an appearance on behalf of Gordon A. Monten, Jr.

2. Beth E. Terrell is withdrawing from this case and will no longer be representing Gordon A. Monten, Jr. Further, she no longer needs notice of filings in this matter and requests to be removed from all service lists including the CM/ECF system.

3. David J. Diamond will continue to represent Gordon A. Monten, Jr. in this case. Therefore, Gordon A. Monten, Jr. will not be prejudiced by this withdrawal.

WHEREFORE, Beth E. Terrell hereby respectfully asks that this Court grant leave for her to withdraw and to remove her from all service lists as counsel for Gordon A. Monten, Jr. in the above-captioned case.

Dated: August 22, 2018

        Respectfully Submitted,

        TERRELL MARSHALL LAW GROUP PLLC

        */s/ Beth E. Terrell*
        Beth E. Terrell (26759)
        Terrell Marshall Law Group PLLC
        936 N. 34th Street, Suite 300
        Seattle, WA 98103
        Tel: (206) 816-6603
        Fax: (206) 350-3528
        bterrell@terrellmarshall.com

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on August 22, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

        */s/ Beth E. Terrell*
        Beth E. Terrell