UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** Phillip J. Hobson and Janice Hobson  v.  Monsanto Company | Case No. 3:18-cv-04555 |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11-5, Beth E. Terrell moves this Court to grant her leave to withdraw as counsel on behalf of Plaintiffs Phillip J. Hobson and Janice Hobson in the above-captioned case. In support of this Motion, she states as follows:

1. Attorney David J. Diamond filed an appearance on behalf of Phillip J. Hobson and Janice Hobson.

2. Beth E. Terrell is withdrawing from this case and will no longer be representing Phillip J. Hobson and Janice Hobson. Further, she no longer needs notice of filings in this matter and requests to be removed from all service lists including the CM/ECF system.

3. David J. Diamond will continue to represent Phillip J. Hobson and Janice Hobson in this case. Therefore, Phillip J. Hobson and Janice Hobson will not be prejudiced by this withdrawal.

WHEREFORE, Beth E. Terrell hereby respectfully asks that this Court grant leave for her to withdraw and to remove her from all service lists as counsel for Phillip J. Hobson and Janice Hobson in the above-captioned case.

Dated: August 22, 2018

>Respectfully Submitted,
>
>TERRELL MARSHALL LAW GROUP PLLC
>
>*/s/ Beth E. Terrell*
>Beth E. Terrell (26759)
>Terrell Marshall Law Group PLLC
>936 N. 34th Street, Suite 300
>Seattle, WA 98103
>Tel: (206) 816-6603
>Fax: (206) 350-3528
>bterrell@terrellmarshall.com
>
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on August 22, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

>*/s/ Beth E. Terrell*
>Beth E. Terrell