UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** Kenneth D. Braasch and Teresa Braasch v. Monsanto Company | Case No. 3:18-cv-04971 |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11-5, Beth E. Terrell moves this Court to grant her leave to withdraw as counsel on behalf of Plaintiffs Kenneth D. Braasch and Teresa Braasch in the above-captioned case. In support of this Motion, she states as follows:

1. Attorney David J. Diamond filed an appearance on behalf of Kenneth D. Braasch and Teresa Braasch.

2. Beth E. Terrell is withdrawing from this case and will no longer be representing Kenneth D. Braasch and Teresa Braasch. Further, she no longer needs notice of filings in this matter and requests to be removed from all service lists including the CM/ECF system.

3. David J. Diamond will continue to represent Kenneth D. Braasch and Teresa Braasch in this case. Therefore, Kenneth D. Braasch and Teresa Braasch will not be prejudiced by this withdrawal.

WHEREFORE, Beth E. Terrell hereby respectfully asks that this Court grant leave for her to withdraw and to remove her from all service lists as counsel for Kenneth D. Braasch and Teresa Braasch in the above-captioned case.

Dated: August 22, 2018

Respectfully Submitted,

TERRELL MARSHALL LAW GROUP PLLC

*/s/ Beth E. Terrell*
Beth E. Terrell (26759)
Terrell Marshall Law Group PLLC
936 N. 34th Street, Suite 300
Seattle, WA 98103
Tel: (206) 816-6603
Fax: (206) 350-3528
bterrell@terrellmarshall.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on August 22, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Beth E. Terrell*
Beth E. Terrell