UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Applegate v. Monsanto Co.*, 18-cv-03363 | **ORDER RE NOTICES FILED BY PLAINTIFF APPLEGATE**<br><br>Re: Dkt. Nos. 1657, 1658, 1663, 1668 |

Mr. Applegate's request for documents is denied.

**IT IS SO ORDERED.**

Dated: August 23, 2018

VINCE CHHABRIA
United States District Judge