**Moderie Law Firm, PLLC**
**Ann L. Moderie, Esq.**
**State Bar # 5031**
**105 First Street East**
**P.O. Box 1180**
**Polson, MT 59860**
**(406) 883-2332**
**ann@moderielaw.com**
**Attorney for Plaintiffs**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** Sally J. Sobrepena and Robert R. Sobrepena  v.  Monsanto Company | Case No. 3:18-cv-04782  **NOTICE OF CHANGE IN COUNSEL** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 5-1(c)(2)(C), Ann L. Moderie

of Moderie Law Firm, PLLC, hereby withdraws as attorney of record for Plaintiffs Sally J.

Sobrepena and Robert R. Sobrepena in this action. David J. Diamond of Goldberg & Osborne LLP remains counsel of record for Plaintiffs.

Ann L. Moderie no longer needs notice of filings in this matter and requests to be removed from all service lists including the CM/ECF system.

Dated this 23rd day of August, 2018.

>*/s/ Ann L. Moderie*
>Ann L. Moderie (#5031)
>Moderie Law Firm, PLLC
>105 First Street East
>P.O. Box 1180
>Polson, MT 59860
>Tel: (406) 883-2332
>Fax: (888) 454-5939
>ann@moderielaw.com

## CERTIFICATE OF SERVICE

I, Ann L. Moderie, hereby certify that on August 23, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

>*/s/ Ann L. Moderie*
>Ann L. Moderie