UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 47: RE UPCOMING CASE MANAGEMENT CONFERENCE** |

At the upcoming case management conference, and in their case management statement, the parties should address the following questions, in addition to any other items they wish to bring up:

- Should the leadership structure and composition remain the same for the next phase?
- Should the plaintiffs be required to file fact sheets in which they provide certain information, under oath, about each case (such as, for example, details about each plaintiff's diagnosis or exposure to glyphosate)? If so, what information should each plaintiff be required to provide?
- How should cases be selected for bellwether trials?

**IT IS SO ORDERED.**

Dated: August 28, 2018

_____
VINCE CHHABRIA
United States District Judge