UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Trappen v. Monsanto Co.*, 18-cv-03960<br>*Hobson v. Monsanto Co.*, 18-cv-04555<br>*Braasch v. Monsanto Co.*, 18-cv-04971<br>*Monten v. Monsanto Co.*, 18-cv-04973 | **ORDER GRANTING MOTIONS TO WITHDRAW AS COUNSEL**<br>Re: 16-md-02741 Dkt. Nos. 1671, 1672, 1673<br>Re: 18-cv-03960 Dkt. No. 11 |

The motions for leave to withdraw as counsel filed by Beth Terrell and Leslie O'Leary are granted.

Pursuant to Pretrial Order No. 1, all parties are required to file motions pertaining to a specific case both on the master docket and on the docket for the relevant case. Dkt. No. 2.

**IT IS SO ORDERED.**

Dated: August 31, 2018

VINCE CHHABRIA
United States District Judge