**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:    202-682-1639
Email: jhollingsworth@hollingsworthllp.com
         elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | |

**DECLARATION OF ERIC G. LASKER IN SUPPORT OF THE**
**JOINT CASE MANAGEMENT STATEMENT**

I, Eric G. Lasker, hereby declare as follows:

1. I am an attorney at law and am a member of the law firm of Hollingsworth LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of the September 6, 2018 Joint Case Management Statement, ECF No. 1695. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Declaration of Samuel Merritt, Esq., Senior Portfolio Manager NightOwl Discovery (dated August 19, 2018), cited on page 19 of the Joint Case Management Statement.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

1      Executed this 7th day of September 2018.

                                                    /s/ Eric Lasker
                                            Eric G. Lasker (*pro hac vice*)
                                            (elasker@hollingsworthllp.com)
                                            HOLLINGSWORTH LLP
                                            1350 I Street, N.W.
                                            Washington, DC  20005
                                            Telephone:   (202) 898-5800
                                            Facsimile:    (202) 682-1639

                                            Attorneys for Defendant
                                            MONSANTO COMPANY