1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:   (202) 898-5800
4  Facsimile:    (202) 682-1639
   Email:          jhollingsworth@hollingsworthllp.com
5                      elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  IN RE: ROUNDUP PRODUCTS           MDL No. 2741
    LIABILITY LITIGATION
11                                    Case No. 3:16-md-02741-VC

12  This document relates to:

13  *Jake E. Hachmeister v. Monsanto Co.*,
    Case No. 3:18-cv-05251-VC
14

15              **MONSANTO COMPANY'S**
      **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17       Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

18  associations of persons, firms, partnerships, corporations (including parent corporations) or other

19  entities (i) have a financial interest in the subject matter in controversy or in a party to the

20  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

21  substantially affected by the outcome of this proceeding:

22       Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

23       Bayer AG has a financial interest in a party to the proceeding.

- 1 -

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:18-cv-05251-VC

1  DATED:  September 10, 2018                    Respectfully submitted,

2

3                                                                        /s/ Joe G. Hollingsworth
                                                                              Joe G. Hollingsworth (*pro hac vice*)
                                                                              (jhollingsworth@hollingsworthllp.com)
4                                                                        Eric G. Lasker (*pro hac vice*)
                                                                              (elasker@hollingsworthllp.com)
5                                                                        HOLLINGSWORTH LLP
                                                                              1350 I Street, N.W.
6                                                                        Washington, DC  20005
                                                                              Telephone:  (202) 898-5800
7                                                                        Facsimile:   (202) 682-1639

8                                                                        *Attorneys for Defendant*
                                                                              *MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:18-cv-05251-VC