

UNITED STATES COURT of APPEALS
fort the NINTH CIRCUIT
Post Office Box 193939
San Francisco , California 94119-3939
415-355-8000

RALPH A. APPLEGATE ,
    PETITIONER ,

vs .

Case : 16-MDL-02741-VC
Case : 3:18-CV-03363-VC
Case: 18-72281

MONSANTO COMPANY,
    RESPONDENT,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
    RESPONDENT

PRIMARY SYMPTOM of WALDENSTROM

MACROGLOBLINEMIA

1. As an example Jack McCall's dog died before Jack did , and Jack was exposed to Roundup for 29 years , 10585 days , a long time before getting ill and quickly dying . Jack likely had NHL earlier but did not recognize it .

2 . Petitioner was exposed to 7 consecutive days in October, 2008 , and in those next 45 days from October 7, 2008 until November 22, 2008 revealed no primary symptom of " struggling for breath " .

3. In those next 45 days from November 22, 2008 to January 6 , 2009 revealed no primary symptom of "struggling for breadth " for Petitioner .

1.

4 . However , in those next 43 days from January 6, to February 18, 2009 Petitioner got ill and was "struggling for breath " for at least an hour . Petitioner had been up on a porch roof at a house at 1816 Barnett Road ,Columbus, Ohio 43227 , after a storm removing a tree limb from that roof , and had to come down off roof until feeling better . That "struggling for breath " later went away for that day .It was a total number of 133 days from October 7, 2008 until February 18 , 2009 when Petitioner 1st became ill

5 . Exactly nine(9)days later , on March 9, 2009 , Petitioner was in office of Dr. Sandra Pinkham , a Toxicologist , having his ear pricked for blood , which Dr. Pinkham examined on her microscope . Dr. Pinkham's remark about what was observed on her microscope , being hearsay , is not stated here. Dr, Pinkham made no diagnosis . Recently Dr. Pinkham refused to give me copy of her remark because it was part of her research .

6. Petitioner was diagnosed by Pathologist ,Dr, Amie Gewirth , on days of May 1 thru 11, 2009, not by Dr. Craig Hofmeister .

7 . No history of any Waldenstrom Macroglobulinemia plaintiff revealing a shorter time from exposure to illness than 133 days , even though that could be revealed by now 8000 plaintiff's .

8.Will it be reported which documents Petitioner demanded which were denied by Judge Chhabria by Order of August 23 , 2018?

p.2

Respectfully submitted

Signed *Ralph A. Applegate*

Ralph A. Applegate, Petitioner, Pro Se
1544 Zettler Road
Columbus, Ohio 43227
rapplegate48@gmail.com
914-410-1568

Appellees Attorneys
David P. Strup
Shoemaker, Loop & Kendrick, L.L.P.
1000 Jackson Street
491-241-9000
Toledo, Ohio 43604
dstrup@slk-law.com

Heather Pigman
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5800
hpigman@hollingswortllp.com

CERTIFICATE of SERVICE

Appellant serves this document Primary Symptom of Waldenstrom Macroglobulinemia by regular mail to appellee attorney, Heather Pigman, to Clerk of U.S. District Court, Northern District of California, to Judge Chhabria, and to Clerk of 9th Circuit Court of Appeal, on September 4, 2018.

p.3

Ralph C. Applegate
1544 Zettler Road
Columbus, Ohio 43227

COLUMBUS OH 432
05 SEP 2018 PM 5 L

9410 2835 661 C004

Clerk
U.S. District Court
Northern Dist. of Cal.
450 Golden Gate Ave.
San Francisco, Cal.
94102