

UNITED STATES COURT of APPEALS
fort the NINTH CIRCUIT
Post Office Box 193939
San Francisco , California 94119-3939
415-355-8000

RALPH A. APPLEGATE ,
      PETITIONER ,

vs .

Case : 16-MDL-02741-VC
Case : 3:18-CV-03363-VC
Case: 18-72281

MONSANTO COMPANY,
      RESPONDENT,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
      RESPONDENT



WALDENSTROM MACROGLOBLINEMIA

1. Judge Chhabria in his 2018 hearing about glyphosate discussed "shaky " in connection with 5 unacceptable plaintiff's expert witnesses , but , Petitioner does not have that record to describe how Judge Chhabria categorized those witnesses . Judge Chhabria did not refer to them as "more shaky ".

2 . Judge Chhabria , it appears , did not categorize those four(4)appellee expert witnesses , at all .

3. Petitioner Applegate , being that Techno Medical Authority, will extrapolate those approximate IgM's for October 7, 2008 , for February 18, 2009 , for March 9,2009 ,for anyone , assuming straight line progression , and that Petitioners normal IgM on October 1, 2008 was that reported by Oncologist's ,

p.1

or 37 to 289 mg./dL.  Petitioners IgM's for October 7, 2008, February 18, 2009 ,

and March 9 , 2009 , were 366 or 655 mg./dL , 6671 or 6960mg./dL,, and 7845 or

8134 mg./dL , respectively ,depending on whether you are using 37 or 289 mg./dL

for normal IgM .

Respectfully submitted

Signed *Ralph A. Applegate*
Ralph A. Applegate , Petitioner Pro Se
1544 Zettler Road
Columbus ,Ohio 43227
rapplegate48@gmail.com
914-410-1568

Appellees Attorneys
David P.Strup
Shoemaker ,Loop & Kendrick, L.L.P.
1000 Jackson Street
491-241-9000
Toledo , Ohio 43604
dstrup@slk-law.com

Heather Pigman
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5800
hpigman@hollingswortllp.com

CERTIFICATE of SERVICE

Appellant serves this document Waldenstrom  Macroglobulinemia

by  regular mail to  appellee attorney , Heather Pigman ,to Clerk of  U.S. District

Court ,Northern District of California , to Judge Chhabria , and to Clerk of 9th

Circuit Court of Appeal ,on September 6 , 2018 .

p.2

Ralph A. Applegate
1544-Z Ebner
Columbus, Ohio 43227

COLUMBUS OH 432
07 SEP 2018 PM 4 L

Clerk
U.S. District Court
Northern Dist. of Cal.
450 Golden Gate Ave.
San Francisco, Cal.
94102