# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HARDEMAN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MONSANTO COMPANY, et al., <br><br> Defendants. | Case No. 16-md-02741-VC <br><br> **ORDER REQUIRING PLAINTIFFS TO FILE PLAINTIFF FACT SHEET** |

The parties' joint case management statement references a plaintiff fact sheet that the parties negotiated in the state cases proceeding in the Circuit Court for the City of St. Louis. *See* Dkt. 1695-6. By 4:00 p.m. PST today, September 12, 2018, the plaintiffs are ordered to file a copy of that fact sheet on the MDL docket in preparation for the September 13, 2018, case management conference.

**IT IS SO ORDERED.**

Dated: September 12, 2018

_____
VINCE CHHABRIA
United States District Judge