

**W E I T Z**
**&**
**L U X E N B E R G**
A  P R O F E S S I O N A L   C O R P O R A T I O N
• L A W   O F F I C E S •

**700 BROADWAY** • **NEW YORK, NY 10003**
**TEL. 212-558-5500**      **FAX  212-344-5461**
**WWW.WEITZLUX.COM**

**FILED VIA ECF**
Honorable Vince Chhabria
United States District Court, Northern District of California

  Re: *In re Roundup Prod. Liab. Litig.*, No. 3:16-md-02741-VC
    Plaintiff Fact Sheet

Dear Judge Chhabria:

  In accordance with the Court's order issued today, attached is the current Plaintiff Fact Sheet in the Circuit Court of the City of St. Louis, State of Missouri.

              Respectfully submitted,

              Robin L. Greenwald