UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EDWARD HARDEMAN, ET AL., <br><br>      Plaintiffs, <br><br>   v. <br><br> MONSANTO COMPANY, et al., <br><br>      Defendants. | Case No.  16-md-02741-VC <br><br> **ORDER REGARDING CASE MANAGEMENT CONFERENCE** |

   The Court will require all plaintiffs in the MDL to complete a fact sheet. The Court proposes that the fact sheet include the questions listed below, plus whatever background questions and damages-related questions the parties believe should be included from the St. Louis fact sheet. The parties should be prepared to discuss these questions, and the questions in the St. Louis fact sheet, at tomorrow's status conference, with the goal of coming away with a fact sheet ready to be served on all plaintiffs. If the parties prefer to jointly prepare a draft fact sheet from which to work at the status conference, they may do so.

   The parties should also be prepared to discuss whether the Court should simply designate the four active cases originally filed in the Northern District of California as the bellwether cases (perhaps to be joined by any cases that could have originally been venued in the Northern District but were filed elsewhere).

1. Have you been diagnosed with Non-Hodgkin's Lymphoma, or "NHL"?
   Yes _____  No _____
2. When were you first diagnosed with NHL?
   Year _____  Month _____
3. When did you first begin experiencing symptoms of NHL?
   Year _____  Month _____
4. Describe your NHL. For example, do you have B-cell or T-cell NHL? Is it aggressive or

indolent?  Small cell or large cell?  Any other details?  (If you have Mycosis Fungoides, make sure to specify this.)

5. Have you used Roundup or other glyphosate-based products?
   Yes _____ No _____
6. When did you first begin using Roundup or other glyphosate-based products?
   Year _____ Month _____
7. Identify the location (or locations) where you used Roundup or other glyphosate-based products.  Please include the city and state.
8. Please complete the chart below to detail your exposure to Roundup or other glyphosate-based products.  Use as many rows as necessary to describe different periods of usage.

| Dates of Usage | Roundup Product | Frequency of Exposure | Usage | Reason for Usage | Location of Exposure (City and State) |
|---|---|---|---|---|---|
| Example: 1980-1985 | Example: Roundup Grass and Weed Killer | Example: Once per week | Example: I sprayed Roundup in my yard using a hand sprayer. | Example: To control weeds on my personal property. | Example: Oakland, CA |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

9. Describe any precautions you took while using these products (examples: changing your clothes after use or wearing protective gear).
10. Please complete the chart below to detail your exposure to other herbicides or pesticides.  Use as many rows as necessary to describe different periods of usage.

| Dates of Usage | Type and Brand of Herbicide or Pesticide | Frequency of Exposure | Usage | Reason for Usage |
|---|---|---|---|---|
| Example: 2000-2010 | Example: Viper Insecticide Concentrate | Example: every weekday | Example: I sprayed it using a pump sprayer. | Example: I used the pesticide in my job as an exterminator. |
|  |  |  |  |  |
|  |  |  |  |  |

**IT IS SO ORDERED.**

Dated: September 12, 2018

_____
VINCE CHHABRIA
United States District Judge