# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 13, 2018 | **Time:** 2 hours 10 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC | **Case Name:** In re Roundup Products Liability Litigation | |

**Attorney for Plaintiff:** Aimee Wagstaff, Robin Greenwald, Kathryn Forgie, Brent Wisner, Lori Andrus, Vance Andrus, Bobby Kennedy, Pedram Esfandrary, Peter Miller, Michael Miller, Nancy Miller, Michael Baum, Leland Belew, Tesfaye Tsadik, Yvonne Falttery, Mark Burton, Hunter Lundy

**Attorney for Defendant:** Erik Lasker and Jessica Boylan

**Deputy Clerk:** Kristen Melen            **Reporter:** Jo Ann Bryce

## PROCEEDINGS:

Further Case Management Conference - held.

## ORDER AFTER HEARING:

The plaintiff fact sheet is discussed.

A telephonic further case management conference is scheduled for Monday, September 24, 2018, at 10:00 a.m. The parties must register with CourtCall for this hearing by no later than Friday, September 21, 2018, at noon. The Court will issue a written order which includes the PFS with the revisions discussed in court today and all the deliverables due before the next CMC.