UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 49:**<br>**RE PLAINTIFF FACT SHEETS AND**<br>**UPCOMING DEADLINES** |

As discussed at the September 13, 2018, case management conference, a telephonic case management conference is scheduled for September 24, 2018, at 10:00 a.m. By 5:00 p.m. on September 20, 2018, the parties are directed to submit:

1. Any objections to the proposed plaintiff fact sheet attached to this order. The parties should avoid repeating objections that were already raised at the prior case management conference.

2. An explanation of how the parties plan to make the plaintiff fact sheet available for completion online.

3. A proposed pretrial and trial schedule for the four Northern District of California plaintiffs. Note that the pre-trial and trial dates should be the same for all four plaintiffs.

4. A proposed order outlining the procedures for completing the plaintiff fact sheets (including what a plaintiff must do to seek an extension) and the consequences for plaintiffs who do not timely complete fact sheets. The order should specify the separate deadlines for submitting the plaintiff fact sheets for: (a) the four plaintiffs who originally

filed their cases in the Northern District of California (28 days); (b) the other plaintiffs who reside in California (60 days); (c) the remainder of the current plaintiffs (120 days); and (d) plaintiffs whose cases have not yet been transferred to the MDL (90 days from the date of transfer).

5. A proposed defendant fact sheet, along with an explanation of the purposes of a defendant fact sheet in this context. If the parties cannot agree on a fact sheet, the plaintiffs and Monsanto may submit competing fact sheets.

**IT IS SO ORDERED.**

Dated: September 17, 2018

VINCE CHHABRIA
United States District Judge