**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:         jhollingsworth@hollingsworthllp.com
                   elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Greg S. Vanderlip v. Monsanto Co.*, Case No. 3:18-CV-04850-VC | |

**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

- 1 -
MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:18-cv-04850-VC

1  DATED:  September 17, 2018                    Respectfully submitted,

2

3                                                                    /s/ Joe G. Hollingsworth
                                                                     Joe G. Hollingsworth (*pro hac vice*)
                                                                     (jhollingsworth@hollingsworthllp.com)
4                                                                    Eric G. Lasker (*pro hac vice*)
                                                                     (elasker@hollingsworthllp.com)
5                                                                    HOLLINGSWORTH LLP
                                                                     1350 I Street, N.W.
6                                                                    Washington, DC  20005
                                                                     Telephone:  (202) 898-5800
7                                                                    Facsimile:   (202) 682-1639

8                                                                    *Attorneys for Defendant*
                                                                     *MONSANTO COMPANY*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28