# EXHIBIT A

| Activity | February 25, 2019 Trial Deadlines | May 6, 2019 Trial Deadlines | | Final Date |
|---|---|---|---|---|
| Plaintiff Fact Sheet Due | October 26, 2018 | October 26, 2018 | | |
| Defendant Fact Sheet Due | November 2, 2018 | November 2, 2018 | | |
| Plaintiff expert disclosures | November 16, 2018 | January 11, 2019 | | |
| Defendant expert disclosures | November 30, 2018 | February 8, 2019 | | |
| Plaintiff rebuttal expert disclosure | December 7, 2018 | February 22, 2019 | | |
| Close of discovery | December 28, 2018 | March 8, 2019 | | |
| Document Production | December 1, 2018 | January 1, 2019 | | |
| Dispositive and *Daubert* motion | January 7, 2019 | March 18, 2019 | | |
| Responses to dispositive and *Daubert* motions | January 28, 2019 | April 8, 2018 | | |
| Reply to dispositive and *Daubert* motions | February 4, 2019 | April 15, 2019 | | |
| Serve deposition designations | December 28, 2018 | March 8, 2019 | | |
| Serve objections to deposition designation and counter deposition designations | January 11, 2019 | March 22, 2019 | | |
| Serve objections to counter depositions designations | January 25, 2019 | April 5, 2019 | | |
| Jointly file deposition designations, counter designations, and objections | February 1, 2019 | April 12, 2019 | **Modification of Standing Order** | |
| Meet and confer regarding pretrial conference, serve motions *in limine* | January 14, 2019 | March 25, 2019 | **Standing Order** | |
| Serve oppositions to motions *in limine* | January 21, 2019 | April 1, 2019 | **Standing Order** | |
| File joint pretrial conference statement, file motions *in limine* and oppositions to motions in limine | January 28, 2019 | April 8, 2019 | **Standing Order** | |
| File proposed jury instructions, voir dire questions, verdict forms, statement of the case, exhibit list | February 4, 2019 | April 15, 2019 | **Standing Order** | |
| **Final Pretrial Conference** | **February 11, 2019** | **April 22, 2019** | **Standing Order** | |
| Individuals involved list | February 13, 2019 | April 24, 2019 | **Standing Order** | |
| Arrangement of daily transcript or real-time reporting | February 11, 2019 | April 22, 2019 | **Standing Order** | |

| | | | |
|---|---|---|---|
| Filing of proposed order for bringing exhibit presentation equipment and technology into the building | February 11, 2019 | April 22, 2019 | **Standing Order** |
| Contact Kristen Melon regarding courtroom layout and technology | February 15, 2019 | April 26, 2019 | **Standing Order** |
| Deliver original trial exhibit set and thumb drive of exhibits | February 20, 2019 | May 1, 2019 | **Standing Order** |
| **Trial** | **February 25, 2019** | **May 6, 2019** | |