J. Curt Tanner (AL Bar No. 1041-t80w)
CORY WATSON, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ctanner@corywatson.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF J. CURT TANNER ON BEHALF OF PLAINTIFFS** |
| *LINDA ALEXANDER*, 3:18-CV-05240-VC | |
| *ADDIE BANKS*, 3:18-CV-05297-VC | |
| *GARY BURTON*, 3:18-CV-02437-VC | |
| *LILLIE COVINGTON*, 3:18-CV-05298-VC | |
| *TRACY GREEN*, 3:18-CV-05238-VC | |
| *JERRY LOGAN*, 3:18-CV-05239-VC | |
| *ALBERTINE MCCORD*, 3:18-CV-04784-VC | |
| *GARY O'BRYANT*, 3:18-CV-04970-VC | |

PLEASE TAKE NOTICE that J. Curt Tanner of Cory Watson, P.C. hereby enters an appearance as counsel for the Plaintiffs in the above-referenced actions.

Dated: September 25, 2018.                                             CORY WATSON, P.C.

/s/ J. Curt Tanner
J. Curt Tanner (asb-1041-t80w)
CORY WATSON, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

Telephone: (205) 328-2200
Facsimile: (205) 324-7896
ctanner@corywatson.com

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 25th day of September 2018, a copy of the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ J. Curt Tanner
J. Curt Tanner (asb-1041-t80w)
CORY WATSON, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
ctanner@corywatson.com