1  Peter A. Miller (VA Bar No. 47822)
2  pmiller@millerdellafera.org
   **MILLER DELLAFERA PLC**
3  3420 Pump Rd., PMB 404
   Henrico, VA 23233
4  Tel: (800) 401-6670
   Fax: (888) 830-1488
5  *Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*CRAIG GRIFFETH, et al,* 3:18-cv-05777-VC | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE OF PETER A. MILLER ON BEHALF OF PLAINTIFFS** |

PLEASE TAKE NOTICE that Peter A. Miller of Miller DellaFera PLC hereby enters an appearance as counsel for Plaintiffs in the above-referenced actions.

Dated: September 25, 2018         MILLER DELLAFERA PLC


By  /s/ Peter A. Miller
Peter A. Miller (VA#47822)
3420 Pump Rd., PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
Fax: (800) 830-1488
pmillerdellafera.org

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of September, 2018, a copy of the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

<u>/s/ Peter A. Miller</u>

Peter A. Miller (VA#47822)
MILLER DELLAFERA PLC
3420 Pump Rd., PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
Fax: (800) 830-1488
pmiller@millerdellafera.org