1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   | | Case No. 3:16-md-02741-VC |
11
12 | This document relates to: | |
13 | *Jill L. Bourgeoris, et al. v. Monsanto Co.*, Case No. 3:18-cv-05249-VC | |
14

15              **MONSANTO COMPANY'S**
     **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17       Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

18 associations of persons, firms, partnerships, corporations (including parent corporations) or other

19 entities (i) have a financial interest in the subject matter in controversy or in a party to the

20 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

21 substantially affected by the outcome of this proceeding:

22       Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

23       Bayer AG has a financial interest in a party to the proceeding.

24

25

26

27

                                        - 1 -
28 MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
              3:16-md-02741-VC & 3:18-cv-05249-VC

1  DATED:  September 25, 2018                         Respectfully submitted,

2

3                                                                                  /s/ Joe G. Hollingsworth
                                                                                     Joe G. Hollingsworth (*pro hac vice*)
                                                                                     (jhollingsworth@hollingsworthllp.com)
4                                                                                   Eric G. Lasker (*pro hac vice*)
                                                                                     (elasker@hollingsworthllp.com)
5                                                                                   HOLLINGSWORTH LLP
                                                                                     1350 I Street, N.W.
6                                                                                   Washington, DC  20005
                                                                                     Telephone:  (202) 898-5800
7                                                                                   Facsimile:   (202) 682-1639

8                                                                                   *Attorneys for Defendant*
                                                                                     *MONSANTO COMPANY*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:18-cv-05249-VC