UNITED STATES COURT of APPEALS
fort the NINTH CIRCUIT
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

RECEIVED

SEP 2 4 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RALPH A. APPLEGATE,
    PETITIONER,

    vs.

Case : 16-MDL-02741-VC
Case : 3:18-CV-03363-VC
Case: 18-72281

MONSANTO COMPANY,
    RESPONDENT,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
    RESPONDENT

REVISION of WALDENSTROM

MACROGLOBLINEMIA CHART

Added on this enclosed chart are extrapolated IgM's for January 6, 2009 of 4650 mg./dL, and November 22, 2008, of 2805 mg./dL, which may be considered as reasonably accurate based on petitioner 's May, 2009 diagnostic astronomical Igm of 8980 mg./dL.

Respectfully submitted
Signed *Ralph A. Applegate*
Ralph A. Applegate, Petitioner, Pro Se
1544 Zettler Road
Columbus, Ohio 43227
rapplegate48@gmail.com
914-410-1568

p.1

Appellees Attorneys
David P.Strup
Shoemaker ,Loop & Kendrick, L.L.P.
1000 Jackson Street
491-241-9000
Toledo , Ohio 43604
dstrup@slk-law.com

Heather Pigman
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5800
hpigman@hollingswortllp.com

CERTIFICATE of SERVICE

Appellant serves this document Revision of Waldenstrom Macroglobulinemia Chart by regular mail to appellee attorney , Heather Pigman ,to Clerk of U.S. District Court ,Northern District of California , to Judge Chhabria , and to Clerk of 9th Circuit Court of Appeal ,on September 20, 2018 .



Ralph Applegate    John Paasch

Waldenstroms Macroglobulinemia Chart

Ralph D. Applegate
1544 Zollinger Road
Columbus, Ohio 43221

Clerk
U.S. Dist. Court
Northern Dist. of Cal.
450 Golden Gate Ave.,
San Francisco, Cal.
94102