

**Aimee H. Wagstaff, Esq.**
*Licensed in Colorado and California*
Aimee.Wagstaff@AndrusWagstaff.com

7171 W. Alaska Drive
Lakewood, CO 80226
Office: (303) 376-6360
Fax: (303) 376-63614
Website: www.AndrusWagstaff.com

September 26, 2018

**FILED VIA ECF**
Honorable Vince Chhabria
United States District Court,
Northern District of California

RE: Case No: 3:16-md-02741-VC, In re Roundup Products Liability Litigation

To the Honorable Vince Chhabria:

As discussed during our telephonic hearing on Monday, September 24, below are the four (4) Northern District of California venue questions. The Parties added an introduction paragraph to define the Northern District of California. These questions have been agreed upon by both Plaintiffs and Monsanto.

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate based products caused your cancer. Did you ever purchase or otherwise use that product(s) in the Northern District of California?

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate based products caused your cancer. Did your cancer diagnosis or treatment occur in the Northern District of California?

3. Are there are any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2?

4. Do you consent to your case being tried in the Northern District of California?

Dated: September 26, 2018                Respectfully submitted,

                                         /s/ Aimee H. Wagstaff
                                         Aimee H. Wagstaff, Esq.

                                         /s/ Michael Miller
                                         Michael Miller, Esq.

                                         /s/ Robin Greenwald
                                         Robin Greenwald, Esq.