# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 24, 2018 | **Time:** 2 hours | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC | **Case Name:** In re Roundup Products Liability Litigation | |

**Attorney for Plaintiff:** Aimee Wagstaff, Robin Greenwald, Brent Wisner, Pedram Esfandrary, Peter Miller, Michael Miller, Michael Baum, Leland Belew, Tesfaye Tsadik, Hunter Lundy, Tara Tabatabaie

**Attorney for Defendant:** Erik Lasker, Joe Hollingsworth, Heather Pigman, Jessica Boylan

| **Deputy Clerk:** Kristen Melen | **Reporter:** Katherine Sullivan |
|---|---|
| | **FTR recording:** 11:06-11:36* |

## PROCEEDINGS:

Telephonic Further Case Management Conference - held.

## ORDER AFTER HEARING:

The plaintiff fact sheet, draft order, and trial schedule discussed.

Plaintiff is ordered to file a letter brief by 9/26/2018 re *Lexecon*; defendant's response is due 9/27/2018.

A proposed order by plaintiff with the questions as discussed in court re venue is due 9/27/2018.

An in-person further case management conference 10/29/2018 at 10:30 a.m. The updated joint case management statement is due 10/22/2018. The parties are ordered to propose to the Court another further case management conference date for the week of 11/26/2018 in their proposed stipulation regarding Group 1 scheduling deadlines.

The Court sets the following schedule for trial for Group 1:

- Daubert/MSJ hearing week: 2/4/2019, 2/6/2019, and 2/7/2019
- Pretrial conference: 2/13/2019 at 10:30 a.m.
- Jury selection: 2/20/2019 at 8:30 a.m.
- Jury trial starts: 2/25/2019 at 8:30 a.m. with the jurors and 8:00 a.m. with the attorneys

*= The court's technical equipment failed and stopped recording at 11:36 a.m. There is a portion of the proceedings which was not reported or recorded until a reporter was able to come into court and pick up transcribing the hearing.