UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 51:**<br>**DEADLINES FOR GROUP 1 PLAINTIFFS** |

This Order governs the "Group 1" plaintiffs, meaning the plaintiffs in the four cases originally filed in the Northern District of California.[1] The Group 1 plaintiffs must submit their signed Medical Authorization Release forms to Monsanto by October 4, 2018. Their Plaintiff Fact Sheets are then due to Monsanto by October 22, 2018. Because the MDL Centrality online system will not yet be available, Plaintiffs are directed to complete their Fact Sheets using Microsoft Word (or other similar word processing program), and then to sign a hardcopy of the signature page. The Plaintiff Fact Sheets for the Group 1 plaintiffs are governed by ¶¶ 16-18 of Pretrial Order No. 50.

**IT IS SO ORDERED.**

Dated: September 26, 2018

VINCE CHHABRIA
United States District Judge

---

[1] Those four cases are *Hardeman* (3:16-cv-525), *Stevick* (3:16-cv-2341), *Gebeyehou* (3:16-cv-5813), and *Penrod* (3:16-cv-5901). To the extent any of those plaintiffs are contemplating dismissal, they must abide by this Order while they remain in the MDL.