UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PLAINTIFFS' NOTICE TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF DR. RICHARD TURLEY, MD** |
| This document relates to:<br><br>*Hardeman v. Monsanto Co., et al.*<br>Case No. 3:16-cv-00525-VC | |

TO:   Dr. Richard Turley, M.D.
      Kaiser Permanente Santa Rosa
      401 Bicentennial Way
      Santa Rosa, CA 94503

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel, will take the videotaped deposition upon oral examination of Dr. Richard Turley commencing at 9:00 A.M. on October 22, 2018 and continuing until completed. The location of said deposition is to be determined at a later date based upon the deponent's availability. The time and date of said deposition may be amended in accordance with the deponent's availability. The deposition will be taken before a person authorized by law to administer oaths, pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will continue day-to-day until the examination is completed.

DATED:   September 27 2018        By:   /s/ Aimee H. Wagstaff
                                        Aimee H. Wagstaff
                                        Andrus Wagstaff, PC
                                        7171 W. Alaska Drive
                                        Lakewood, CO 80226
                                        Tel: 303-376-6360
                                        aimee.wagstaff@andruswagstaff.com
                                        *Co-Lead Counsel for Plaintiffs in MDL No. 2741*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

DATED:     September 27, 2018          By:     /s/ Aimee H. Wagstaff
                                               Aimee H. Wagstaff
                                               Andrus Wagstaff, PC
                                               7171 W. Alaska Drive
                                               Lakewood, CO 80226
                                               Tel: 303-376-6360
                                               aimee.wagstaff@andruswagstaff.com
                                               *Co-Lead Counsel for Plaintiffs in MDL No. 2741*

## **EXHIBIT A**

1. All medical records pertaining to Mr. Edwin Hardeman (DOB: 7/20/1948), including but not limited to all admitting and discharge summaries, progress notes, nursing notes, orders, operative reports and summaries, consultation records and reports, diagnostic studies, toxicology screens and reports, x-rays, scans, clinic files, laboratory slips and records, pathology reports and studies, billing and payment records and any other documents relating to Mr. Hardeman, whether located within or outside your medical office's central medical file system.

2. Your current curriculum vitae.