# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 52**<br><br>**Group 2 Venue Questions** |

It is hereby **ORDERED** and **ADJUDGED**, that:

Pretrial Order No. 50, ECF No. 1883, entered September 26, 2018, placed MDL plaintiffs in one of four groups: **Group 1** refers to the four cases originally filed in the Northern District of California; **Group 2** refers to plaintiffs who either reside in California or who filed their cases in California; **Group 3** refers to all other plaintiffs whose cases had been transferred to the MDL as of the date of the Court's Pretrial Order No. 50; and **Group 4** refers to plaintiffs whose cases will be transferred to the MDL after September 26, 2018.

Within fourteen (14) days of the date of this Order, all **Group 2** Plaintiffs are hereby Ordered to fill out and file their response to the Questions attached hereto as **Exhibit A**.

Date: _____, 2018.   _____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT