# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION**

This document relates to:

ALL ACTIONS

Case No. 3:16-md-02741-VC

**PRETRIAL ORDER NO. 52**

**Group 2 Venue Questions – Exhibit A**

Plaintiff(s)Name: _____

Case No.: _____

Date Case Filed: _____

Court Where Case Originally Filed: _____

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate based products caused your cancer. Did you ever purchase or otherwise use that product(s) in the Northern District of California?

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate based products caused your cancer. Did your cancer diagnosis or treatment occur in the Northern District of California?

3. Are there are any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2?

4. Do you consent to your case being tried in the Northern District of California?

Date: _____, 2018.    _____
                                         Signature.