

**Aimee H. Wagstaff, Esq.**
*Licensed in Colorado and California*
Aimee.Wagstaff@AndrusWagstaff.com

7171 W. Alaska Drive
Lakewood, CO 80226
Office: (303) 376-6360
Fax: (303) 376-63614
Website: www.AndrusWagstaff.com

September 28, 2018

**FILED VIA ECF**
Honorable Vince Chhabria
United States District Court,
Northern District of California

RE: Case No: 3:16-md-02741-VC, In re Roundup Products Liability Litigation

To the Honorable Vince Chhabria:

Pursuant to the Court's request, the parties hereby submit an agreed-upon schedule for the work-up of the first four trial cases. This schedule does not include deadlines for any corporate discovery of Monsanto. The parties will discuss their respective positions regarding corporate discovery and address any disputes regarding the timing and scope of corporate discovery with the Court in preparation for the October 29, 2018 case management conference. Plaintiffs request that the Court enter a DFS in the form previously submitted and Monsanto reserves the right to object to plaintiffs' current request and suggest alternative options as discussed with the Court during the September 24, 2018 case management conference.

| Event | Date (court ordered dates in red) |
|---|---|
| PFS order entered | 9/26/18 |
| Completed and executed authorizations due for the first four plaintiffs | 10/4/18 |
| First four PFSs due | 10/22/18 |
| Deficiency letter(s) sent | 4 business days from receipt of PFS |
| Deadline to cure PFS deficiencies. The parties may file letter brief regarding any disputes about whether a deficiency exists | 7 business days from receipt of deficiency letter |
| Close of fact discovery of plaintiffs (does not apply to discovery of Monsanto) | 11/20/18 |
| CMC | 10/29/18 (discuss DFS and Group 2 venue issues) |
| Plaintiffs' expert reports due | 11/27/18 |
| Monsanto's expert reports due | 12/7/18 |
| Plaintiffs' rebuttal reports due | 12/12/18 |
| Close of expert discovery | 1/4/19 |
| *Daubert* and summary judgment due | 1/11/19 |
| Meet and confer regarding pretrial conference, serve motions *in limine* | 1/16/19 |
| Serve oppositions to motions *in limine* | 1/23/19 |
| Oppositions to *Daubert* and summary judgment | 1/23/19 |

| File joint pretrial conference statement, file motions in limine and oppositions to motions in limine | 1/30/19 |
|---|---|
| Replies regarding *Daubert* and summary judgment | 1/30/19 |
| *Daubert* evidentiary hearing and oral argument | 2/4/19, 2/6/19, 2/7/19 |
| File proposed jury instructions, voir dire questions, verdict forms, statement of the case, exhibit list | 2/6/19 |
| Final Pre-Trial Conference | 2/13/19 |
| Arrangement of daily transcript or real-time reporting | 2/11/19 |
| Filing of proposed order for bringing exhibit presentation equipment and technology into the building | 2/11/19 |
| Individuals involved list | 2/13/19 |
| Contact Kristen Melen regarding courtroom layout and technology | 2/15/19 |
| Deliver original trial exhibit set and thumb drive of exhibits | 2/20/19 |
| Jury Selection | 2/20/19 |
| Trial | 2/25/19 |

Dated: September 28, 2018         Respectfully submitted,

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff, Esq.