William E. Lawler, III (admitted *pro hac vice*)
VINSON & ELKINS L.L.P.
2200 Pennsylvania Ave., NW
Suite 500 West
Washington, DC  20037
Telephone:  (202) 639-6676
Facsimile:  (202) 879-8876
wlawler@velaw.com

*Counsel for Non-Party Jesudoss Rowland*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br>MDL No. 2741 |
| This document relates to:<br><br>ALL ACTIONS | **REQUEST TO BE REMOVED FROM THE CM/ECF SERVICE LIST**<br><br>**Judge:  Honorable Vince Chhabria** |

TO THE CLERK OF THE COURT AND ALL COUNSEL AND PARTIES OF RECORD:

　　　Non-party Jesudoss Rowland, by and through his counsel, hereby requests that the Clerk of the Court remove the undersigned from the Court's CM/ECF electronic service list.  Mr. Rowland's discovery-related motions have been resolved.  Therefore, it is no longer necessary for his counsel to be noticed on future filings.

Dated:  September 28, 2018

Respectfully Submitted,

VINSON & ELKINS L.L.P.

By:   */s/ William E. Lawler*

William E. Lawler, III (admitted *pro hac vice*)
VINSON & ELKINS L.L.P.
2200 Pennsylvania Ave., NW
Suite 500 West
Washington, DC  20037
Telephone:  (202) 639-6676
Facsimile:  (202) 879-8876
wlawler@velaw.com

*Counsel for Non-Party Jesudoss Rowland*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system, which will send notification of such filing to the email addresses on the Electronic Mail Notice List.

*/s/ William E. Lawler*
William E. Lawler, III

*Counsel for Nonparty Jesudoss Rowland*