UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 52**<br>**Group 2 Venue Questions** |

Pretrial Order No. 50, *see* Dkt. No. 1883, entered September 26, 2018, placed MDL plaintiffs in one of four groups: **Group 1** refers to the four cases originally filed in the Northern District of California; **Group 2** refers to plaintiffs who either reside in California or who filed their cases in California; **Group 3** refers to all other plaintiffs whose cases had been transferred to the MDL as of the date of the Court's Pretrial Order No. 50; and **Group 4** refers to plaintiffs whose cases are transferred to the MDL after September 26, 2018.

Within fourteen (14) days of the date of this Order, all **Group 2** Plaintiffs are directed to fill out and file their responses to the questions attached to this order as Exhibit A. Each Plaintiff should submit an individual response.

Date: October 1, 2018

_____
Honorable Vince Chhabria
United States District Court