UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER 53: REVISED TRIAL SCHEDULE – GROUP 1 PLAINTIFFS** |
| | Re: Dkt. No. 1905 |

Upon review of the proposed trial schedule filed by the parties, the following deadlines apply to the four plaintiffs currently in "Group 1":

| Event (modified events in red) | Date (modified dates in red) |
|---|---|
| Completed and executed authorizations due for the first four plaintiffs | 10/4/18 |
| First four PFSs due | 10/22/18 |
| Deficiency letter(s) sent | 4 business days from receipt of PFS |
| Deadline to cure PFS deficiencies. The parties may file letter brief regarding any disputes about whether a deficiency exists | 7 business days from receipt of deficiency letter |
| CMC | 10/29/2018[1] |
| Close of fact discovery of plaintiffs (does not apply to discovery of Monsanto) | 11/20/18 |
| Plaintiffs' expert reports due | 11/20/2018 |

---

[1] Items to discuss include but are not limited to: identifying Group 2 plaintiffs who can go to trial in May; defense fact sheet; discovery on Monsanto; and the jury selection process.

| | |
|---|---|
| Monsanto's expert reports due | 11/27/2018 |
| Plaintiffs' rebuttal reports due | 12/4/2018 |
| Close of expert discovery | 12/20/2018 |
| Monsanto's *Daubert* and summary judgment due | 1/3/2019 |
| Plaintiffs' oppositions and cross-motions due | 1/11/2019 |
| Meet and confer regarding pretrial conference, serve motions *in limine* | 1/16/19 |
| Monsanto's oppositions/replies re *Daubert*/SJ due | 1/18/2019 |
| Plaintiffs' *Daubert*/SJ replies due | 1/22/2019 |
| Serve oppositions to motions *in limine* | 1/23/19 |
| File joint pretrial conference statement, file motions in limine with oppositions to motions in limine | 1/30/19 |
| *Daubert* evidentiary hearing (expert testimony) | 2/4/19, 2/6/19, 2/11/19 |
| File proposed jury instructions, voir dire questions, verdict forms, statement of the case, exhibit list | 2/6/19 |
| Final Pre-Trial Conference/*Daubert* Argument/SJ Argument | 2/13/19 |
| Arrangement of daily transcript or real-time reporting | 1/22/2019 for *Daubert*/SJ Hearings, 2/11/2019 for Trial |
| Filing of proposed order for bringing exhibit presentation equipment and technology into the building | 1/25/2019 for *Daubert*/SJ Hearings, 2/11/2019 for Trial |
| Individuals involved list | 1/22/2019 for *Daubert*/SJ Hearings, 2/13/2019 for Trial |
| Contact Kristen Melen regarding courtroom layout and technology | 1/23/2019 for *Daubert*/SJ Hearings and Trial |
| Deliver original trial exhibit set and thumb drive of exhibits | 2/19/19 |
| Jury Selection | 2/20/19 |
| Trial | 2/25/19 |

**IT IS SO ORDERED.**

Dated: October 3, 2018

_____
VINCE CHHABRIA
United States District Judge