UNITED STATES DISTRCT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGAITON | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>Stevick et al v. Monsanto Company 3:16-cv-02341-VC | |

NOTICE OF APPEARANCE

Pursuant to Pretrial Order No. 1 (Document 2, ¶5) Brian Keith Brake, Esquire, of The Miller Firm, LLC, who is currently admitted and in good standing in the U.S. District Courts for the Western & Eastern Districts of Virginia, hereby enters his appearance as counsel for the above captioned Plaintiffs and asks that all future pleadings and papers in this case be served on and directed to the undersigned counsel.

Respectfully,

/s/ Brian Keith Brake_____
Brian K. Brake, Esq. (VSB# 33287)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone:  540-672-4224
Fax:  540-672-3055
bbrake@millerfirmllc.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I Certify that on October 3, 2018, this notice was served upon all counsel of record using the ECF filing system.

Dated:  10/3/2018

/s/ Brian Keith Brake
Brian K. Brake, Esq. (VSB# 33287)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone:  540-672-4224
Fax:  540-672-3055
bbrake@millerfirmllc.com

*Attorney for Plaintiffs*