

RECEIVED
OCT - 4 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT of APPEALS
fort the NINTH CIRCUIT
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

RALPH A. APPLEGATE,
      PETITIONER,

vs.

Case : 16-MDL-02741-VC
Case : 3:18-CV-03363-VC
Case: 18-72281

MONSANTO COMPANY,
      RESPONDENT,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA,
      RESPONDENT

OPINIONS WITHOUT BASIS

1.Petitioner has not known date in 2012 that Gilles Ceralini completed his 200 white rat study of Glyphosate and Roundup.

2. German government, on September 12, 2014, with a basis, even though trivial ,outlawed Polyethoxylated Tallow Amine from Glyphosate formulants . A repetition .Germany must also ,along with France , have had "perceived risks " , and likely still may have them . Petitioner has been seeking from American sources this 2014 German law outlawing sale of Roundup.

3 . Monsanto knew or reasonably should have known of this 2014 German outlawing of Polyethoxylated Tallow Amine .

4 . United Kingdom was included as part of European Union . In

October , 2015 , before European Commission had doner so , Erewash Borough Council , part of United Kingdom ,in a restriction ," Had stopped using Glyphosate weedkillers containing Polyethoxylated Tallow Amines , or Tallow . " No  other borough stated likewise , stating instead , to have banned Glyphosate , revealing different beliefs(perceived risks) .

    5 . France , on February 12 , 2016 , claiming " perceived risks " , followed German law in removal of products of Glyphosate and additives in  Tallow Amine family .  French Ecology Minister Segaline Royal appearing in Internet story announced in Ecowatch , February 16 , 2016 .

    6 .On April 8 , 2016 , Monsanto announced to media that " Monsanto transitions away from 'Tallow Amine ' in products ." , but did not actually until later remove Polyethoxylated Tallow Amine from Roundup , nor later yet , remove  obsolete Roundup from retailers shelves . A repetition . No evidence has yet been produced to prove , to September 28 , 2018 , that stock of Roundup has ever been removed from retailer shelves .

    7 .On July 11 , 2016 , European Commission , followed Germany in outlawing Polyethoxylated Tallow Amine from Glyphosate formulants . A repetition .

    8. On 1st occasion before December 14, 2017 , Petititioner , in pleadings to Judge Chhabria ,made assertions , repeatably , that Glyphosate Studies that Petitioner had observed  , one specific one , that these studies could not be trusted ,

inter alia , because opinions in them were not stated including a basis for them .

9 . This problem was then a serious one ,ubiquitous , and it has not gone away . It continues , Petitioner continued to repeat this problem . There has been no response to it ! Petitioner believes , without seeing , that Dewayne Lee Johnson jury decision of August 10, 2018 , that it was an erroneous opinion for which that jury did not state any factual basis , whatsoever , for that opinion .

10 .As of , but , likely much before July 26 , 2018(Of what date ?), Monsanto , in its own Internet statement (Of what date ?)stated " It is a known fact that Ministry of Agriculture and Rural Development (United Kingdom)has withdrawn all Glyphosate-based plant protection products containing Polyethoxylated Tallow Amine ." A repetition .Thus United Kingdom followed France ! United Kingdom , apparently based on unperceived risks , did not outlaw Glyphosate .

11 .Monsanto , in an undated Internet statement , admitted it had removed Polyethoxylated Tallow Amine from Roundup by July 26 ,2018 , during MDL-02741-VC pretrial proceedings . But , Monsanto did not state exactly when Monsanto had removed Polyethoxylated Tallow Amine from Roundup. Petitioner is Ordered denial from seeking Identification and Production of Documents about this removal . Inter alia .

12. Petitioner , in an earlier pleading , recalls making a statement ,

without a copy of a documented basis ,Petitioner now may apologize for failure to elaborate on his statement , that is recalled about 2017 statistics , which Petitioner believed were correct ,that there were 37000 U.S. NonHodgkins Lymphoma cases nationwide of which 20,000 died , an average of 400 per state . In a Chafin Luhana LLP , September 26, 2018 advertising for MDL1407 clients , only , Chafin stated "According to Pa. Dept. of Health , projected number of cancer (Apparently all types)deaths among Pa. residents in 2016 was 28431. Of those ,nearly 1,000 were expected to have been caused by Non-Hodgkins Lymphoma , 533 by Myeloma(Multiple) , 1137 by Leukemia , and 48 by Hodgkins Lymphoma (Probably meaning Waldenstrom Macroglobulinemia)."
If Petitioner's 20,000 , 2017 nationwide Non Hodgkins Lymphoma death cases , are correct , and they appeared that way , 1000 Non Hodgkins Lymphoma deaths in Pa. in 2016(Estimated )are somewhat likely too high . Petitioner relates these statements to that problem of accepting opinions not having a stated basis , whatsoever for them . Statistics may be easily misunderstood . Other cancers should not have been mixed with Non Hodgkins Lymphomas .

    13 .Beatte Ritz , and 2 other 2018 expert witness pretrial opinions ,were "Opinions Without any Stated Basis ", whatsoever . Judge Vince Chhabria referred to those opinions as " Shaky " . Such opinions may not prevail .

    14 .Polyethoxylated Tallow Amine is "Fatal if inhaled " . Amines , tallow alkyl, ethoxylated . Internet , September 13 , 2018 . European Union

p.4

Implementing Regulation No. 2016/1313 of August 1 , 2016 , CAS No. 61791-6-2 . Obsolete Roundup is likely more toxic !

15 . Petitioner is repetitive in more clearer statements about chronology of outlawing of Tallow from Glyphosate for Honorable Judge Vince Chhabria .

16 . Germany, United Kingdom, France , European Union , and Monsanto all based their outlawing /removal from Glyphosate on no basis , whatsoever . Had attorney Joe HollingsworthLLP firm and/or Monsanto employee attorney been involved , and to what extent, in Monsanto decision about removing Tallow from Roundup , and decision to conceal fact of and date of that removal ? It is lawful/accurate to extrapolate back from May , 2009 to October 7, 2008 to develop what earlier IgM's of Petitioner likely existed in Petitioner's blood on several dates before Petitioner was diagnosed in May , 2009, and Petitioner has done that . Petitioner based his cause on fact of 7 days continuous exposure to Roundup , and effects to his blood on astronomical factual diagnostic increase in his IgM from 37 to 8980 mg/dL. No expert is needed for cause and effect !

17. Judge Chhabria may ,or not , consider Ordering removal of obsolete Roundup from retailer shelves for safety of citizens using obsolete Roundup .

Respectfully submitted

Signed *Ralph A. Applegate*

Ralph A. Applegate , Petitioner ,Pro Se
1544 Zettler Road
Columbus ,Ohio 43227
rapplegate48@gmail.com
914-410-1568

Appellees Attorneys
David P.Strup
Shoemaker ,Loop & Kendrick, L.L.P.
1000 Jackson Street
491-241-9000
Toledo , Ohio 43604
dstrup@slk-law.com

Heather Pigman
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5800
hpigman@hollingswortllp.com

CERTIFICATE of SERVICE

Appellant serves this document OPINIONS WITHOUT BASIS by regular mail to appellee attorney , Heather Pigman ,to Clerk of U.S. District Court ,Northern District of California , to Judge Chhabria , and to Clerk of 9th Circuit Court of Appeal ,on September 29, 2018 .

Ralph A. Applegate
1544 Zettler Road
Columbus, Ohio 43227

Clerk
U.S. District Court
Northern Dist. of Cal.
450 Golden Gate Ave.
San Francisco, Cal.
94102

U.S. POSTAGE PAID
FCM LETTER
COLUMBUS, OH
43209
SEP 29, 18
AMOUNT
$0.71
R2304M110782-9