1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   |  | Case No. 3:16-md-02741-VC |
   | This document relates to: |  |
   | *Jorge Ruiz v. Monsanto Co.*, Case No. 3:18-cv-05320-VC |  |

15                **MONSANTO COMPANY'S**
     **<u>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS</u>**

17        Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
18 associations of persons, firms, partnerships, corporations (including parent corporations) or other
19 entities (i) have a financial interest in the subject matter in controversy or in a party to the
20 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
21 substantially affected by the outcome of this proceeding:
22        Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so
23        Bayer AG has a financial interest in a party to the proceeding.

DATED: October 9, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*