1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5                    elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                                   UNITED STATES DISTRICT COURT

9                                  NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| --- | --- |
11 |  | Case No. 3:16-md-02741-VC |
12 | This document relates to: |  |
13 | *Ruth Stump v. Monsanto Co.*, Case No. 3:18-cv-05319-VC |  |
14 |  |  |

15           **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18        1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19        2.    Bayer AG is a publicly held corporation.

20 DATED:  October 9, 2018                        Respectfully submitted,

21                                                /s/ Joe G. Hollingsworth
                                                  Joe G. Hollingsworth (*pro hac vice*)
22                                                (jhollingsworth@hollingsworthllp.com)
                                                  Eric G. Lasker (*pro hac vice*)
23                                                (elasker@hollingsworthllp.com)
                                                  HOLLINGSWORTH LLP
24                                                1350 I Street, N.W.
                                                  Washington, DC  20005
25                                                Telephone:  (202) 898-5800
                                                  Facsimile:   (202) 682-1639
26
                                                  *Attorneys for Defendant*
27                                                *MONSANTO COMPANY*

28