UNITED STATES COURT of APPEALS
fort the NINTH CIRCUIT
Post Office Box 193939
San Francisco , California 94119-3939
415-355-8000



RALPH A. APPLEGATE ,
　　　　　PETITIONER ,

vs .

Case : 16-MDL-02741-VC
Case : 3:18-CV-03363-VC–
Case: 18-72281

MONSANTO COMPANY,
　　　　　RESPONDENT,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA ,
　　　　　RESPONDENT

2nd REQUEST for DUE PROCESS PRIMARILY

to 9th CIRCUIT COURT of APPEALS

　　　1.This request is very important because on previous requests Judge Vince

Chhabria refused petitioner 's due process right to ask relevant questions and right

to get answers about 8149 plaintiff's Roundup exposure and diagnosis IgM.

　　　2.  Not just for its important history , but because answers will add to

petitioner proving evidence of cause and effect for Roundup causing

Waldenstrom Macroglobulinemia ,  a very rare NHL and other NHL's .

　　　3 . Petitioner  has already stated evidence on enclosed "ROUNDUP

EXPOSURE DIAGNOSIS (IgM) RECORD ", which is expected to be either

e-mailed to 8149, or more, plaintiff attorneys , or/and to plaintiff's themselves .

These documents can be signed , notarized ,and returned , a most efficient means of accomplishing this task .

4 . Why has Respondent attorney's not regularly responded to petitioners pleadings . Respondent is still guilty regardless of all unnecessary pre-trial proceedings with respect to Glyphosate , petitioner has inferred many times , earlier . Respondent 's claim that Glyphosate is not guilty is only statement of Monsanto that appears to be true ? It may be Polyethoxylated Tallow Amine because , inter alia , Monsanto is still concealing date before July 26 , 2018 that Monsanto removed Polyethoxylated Tallow Amine from Roundup(Petitioner does not like using abbreviations in very serious matters like this one .).

5. Petitioner asks at least a 2nd time that Honorable Judge Vince Chhabria become more honorable and approve questions of same of 8149 plaintiff's as to following enclosed Roundup Exposure Diagnosis (IgM)Record .

6 . Petitiouner, a repitition , based his cause on fact of 7 days continuous exposure to Roundup ,and effects to his blood on astronomical factual diagnostic increase in his IgM from 37 to 8980 mg/dL. No expert is needed for cause and effect !

Respectfully submitted

Signed *Ralph A. Applegate*

Ralph A. Applegate , Petitioner ,Pro Se
1544 Zettler Road
Columbus ,Ohio 43227
rapplegate48@gmail.com
p.2   914-410-1568

Appellees Attorneys
David P.Strup
Shoemaker ,Loop & Kendrick, L.L.P.
1000 Jackson Street
491-241-9000
Toledo , Ohio 43604
dstrup@slk-law.com

Heather Pigman
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5800
hpigman@hollingswortllp.com

## CERTIFICATE of SERVICE

Appellant serves this document Roundup Exposure Diagnosis (IgM)

Record  by  regular mail to  appellee attorney , Heather Pigman ,to Clerk of

U.S. District  Court ,Northern District of California , to Judge Chhabria ,

and to Clerk of 9th Circuit Court of Appeal ,on October 5 , 2018 .

Enclosure : As Stated

p.3

## Roundup Exposure Diagnosis (IgM) Record
## There are 35 Non-Hodgkins Lymphomas

| Name<br>Address<br>Email | Diagnosis | Date of 1st Exposure | Date of last Exposure | Date/Time (Days) Elapsed Sickness | Date of Diagnosis | And IgM | Days From Sickness to Diagnosis | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ralph A. Applegate<br>1544 Zettler Rd. Columbus, Ohio 43227<br>rapplegate48@gmail.com | WM | 10/1/2018 | 10/7/2018 | 2/18/2009- 133 days | 5/7/2009 | 8980 mg/dl | 48 | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

WORLD GAMES
LOS ANGELES 2015
FOR EVERYBODY U.S.A.
Special Olympics

COLUMBUS OH 431

05 OCT 2018 PM 7 L

Ralph A. Applegate
1544 Zettler Rd.
Columbus, Ohio 43227

Clerk
U.S. District Court
Northern Dist. of Cal.
Box 36060 Golden Gate Ave.
450 Golden Gate Ave.
San Francisco, Cal.,
94102-3489

94102-348955