UNITED STATES DISTRCT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGAITON | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: the below listed Plaintiffs | |

## NOTICE OF FILING VENUE QUESTIONNAIRES

Pursuant to Pretrial Order No. 52, the below listed Group 2 Plaintiffs, by counsel, The Miller Firm, LLC, hereby file their Venue Questionnaires as Exhibit A:

1. Nancy Balcom, on behalf of Robert Balcom
2. Howard Bare
3. Kenneth Barker
4. Angie Berberian
5. Ramiro Castillo-Torres
6. Jeff Davis
7. Tina Follett
8. Dina M. Gehring
9. Mason Geisinger
10. Randall Goskowicz
11. Derrill Hayes
12. Roger Hernandez, on behalf of Ines Hernadez

13. Amy Jennings, on behalf of Jim Coffee Smoot

14. Tiffany Kay, on behalf of Madelyne Kay-Moore

15. Pamela Kles

16. Kathleen Kofler

17. Tina Lawrence, on behalf of John Lawrence

18. Randy Luff

19. Dora L. Mallard

20. Jaime Martinez

21. Samuel Mendoza

22. Nancy Malloy

23. Douglas Nahale

24. David Polanco

25. Christopher Pruett

26. Robert Rabbit

27. Daniel Ramirez

28. Brenda Ricker

29. Fred Robinson

30. John S. Sanders

31. Christine Sheppard

32. Laurence Simmons

33. Joseph Smith

34. Kenneth H. Smith

35. Janelle M. Spanbauer

36. Jane Swartz

37. Michael Terry

38. Benita L. Trujillo

39. Frank M. Veloz

                                            Respectfully,

                                            */s/ Curtis G. Hoke*_____
                                            Curtis G. Hoke, Esq. (SBN 282465)
                                            The Miller Firm LLC
                                            108 Railroad Avenue
                                            Orange, VA 22960
                                            Phone:  540-672-4224
                                            Fax:  540-672-3055
                                            choke@millerfirmllc.com

                                            *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I Certify that on October 10, 2018, this notice was served upon all counsel of record using the ECF filing system.

Dated: 10/10/2018

*/s/ Curtis G. Hoke*
Curtis G. Hoke, Esq. (SBN 282465)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone: 540-672-4224
Fax: 540-672-3055
choke@millerfirmllc.com

*Attorney for Plaintiffs*