Exhibit A

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A Group 2 Venue Questions** |

Plaintiff Name:[1]   Nancy Balcom for Robert Balcom, deceased

Case No.:   4:17-cv-02162-AGF

Date Case Filed:   7/27/2017

Court Where Case Originally Filed:   US District Court, Eastern District of Missouri

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?   Yes, all the time.
   b. Did you ever use that product in the Northern District of California? If so, how often?   Yes, forty years.

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California?   No.
   b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment?   No.

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2?  If so, please explain.   No.

4. Do you consent to your case being tried in the Northern District of California?  No.

Date: _____Oct 2_____ , 2018

Nancy L. Balcom

Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A** **Group 2 Venue Questions** |

Plaintiff Name:[1]  **Howard Bare**

Case No.:  **4:17-cv-02368**

Date Case Filed:  **9/6/2017**

Court Where Case Originally Filed:  UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California?  If so, how often?  No
   b. Did you ever use that product in the Northern District of California?   If so, how often?  No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California? No
   b. Did any of your cancer treatment occur in the Northern District of California?  If so, which portion of your treatment? No

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2?  If so, please explain.  No

4. Do you consent to your case being tried in the Northern District of California? No

Date: ___OCTOBER 2___ , 2018

Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A**<br>**Group 2 Venue Questions** |

Plaintiff Name:[1]   Kenneth Barker

Case No.:   4:17-cv-02162-AGF

Date Case Filed:   07/27/2017

Court Where Case Originally Filed:   US District Court Eastern of MO

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California?  If so, how often?   No
   b. Did you ever use that product in the Northern District of California?  If so, how often?   N/A

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California?   No
   b. Did any of your cancer treatment occur in the Northern District of California?  If so, which portion of your treatment?   No

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain.  No

4. Do you consent to your case being tried in the Northern District of California?  No

Date: _10/3/18_____ , 2018

_Kenneth M. Farber_
Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITGATION

This document relates to:

ALL ACTIONS

MDL No. 2741

Case No. 16-md-02741-VC

**PRETRIAL ORDER NO. 52 – EXHIBIT A**
**Group 2 Venue Questions**

Plaintiff Name:[1]  Angie Berberian

Case No.:  4:17-cv-02162-AGF

Date Case Filed: 7/27/2017

Court Where Case Originally Filed: US District Court Eastern of MO

The **Northern District of California** encompasses the following counties: Alameda,
Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San
Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's
   glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of
      California? If so, how often?  Yes, only bought big bottle twice.
   b. Did you ever use that product in the Northern District of California?   If
      so, how often?  1 time per month for a 2-3 years

2. In your Complaint you allege that exposure to one or more of Monsanto's
   glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California?  Yes
   b. Did any of your cancer treatment occur in the Northern District of
      California? If so, which portion of your treatment?  No treatment as of yet.

---

[1] Each Group 2 plaintiff should file an individual response.

3.  Are there any other facts or circumstances that occurred in the Northern
    District of California that are related to your use and/or purchase of Roundup
    or NHL diagnosis or treatment that you did not mention in response to
    questions 1 and 2?  If so, please explain. Blood work ever six months to monitor
                                               white blood cell count.

4.  Do you consent to your case being tried in the Northern District of California? No

Date: ___Oct 5___ , 2018                    _Angie Berberian_
                                            Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A** **Group 2 Venue Questions** |

Plaintiff Name:[1]  **Ramiro Castillo-Torres**

Case No.:  **4:17-cv-02162-AGF**

Date Case Filed:  **7/27/2017**

Court Where Case Originally Filed:  UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1.  In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a.  Did you ever purchase that product(s) in the Northern District of California? If so, how often?  NO
    b.  Did you ever use that product in the Northern District of California? If so, how often?  NO

2.  In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a.  Did your cancer diagnosis occur in the Northern District of California? NO
    b.  Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment?  NO

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2?  If so, please explain.   NO

4. Do you consent to your case being tried in the Northern District of California?  NO

Date: _____*9/4/18*_____ , 2018

_____
Signature

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A** **Group 2 Venue Questions** |

Plaintiff Name:[1]  **Jeff Davis**

Case No.: **1722-CC00722**

Date Case Filed: **3/9/2017**

Court Where Case Originally Filed: IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?  No
    b. Did you ever use that product in the Northern District of California?  If so, how often?  No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California? No
    b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment? No

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain.  No.

4. Do you consent to your case being tried in the Northern District of California?  No

Date: __10/03__, 2018

_____
Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A Group 2 Venue Questions** |

Plaintiff Name:[1]   Tina Follett

Case No.:   4:17-cv-02162-AGF

Date Case Filed:   07/27/2017

Court Where Case Originally Filed:   US District Court Eastern of MO

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?   No
   b. Did you ever use that product in the Northern District of California? If so, how often?   No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California?   no.
   b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment?   no

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain.  No

4. Do you consent to your case being tried in the Northern District of California? No

Date: _Oct 3_ , 2018

_Tina Follett_
Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A** **Group 2 Venue Questions** |

Plaintiff Name:[1]  Dina M. Gehring

Case No.:  4:17-cv-02162-AGF

Date Case Filed:  7/27/2017

Court Where Case Originally Filed:  US District Court Eastern of Missouri

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California? If so, how often? No
   b. Did you ever use that product in the Northern District of California?  If so, how often? No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California? Yes
   b. Did any of your cancer treatment occur in the Northern District of California?  If so, which portion of your treatment? No Treatment as of now.

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2?  If so, please explain. No

4. Do you consent to your case being tried in the Northern District of California? No

Date: _10 - 3_____, 2018

Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | PRETRIAL ORDER NO. 52 – EXHIBIT A<br>Group 2 Venue Questions |

Plaintiff Name:[1]   Mason Geisinger

Case No.:   4:17-cv-02162-AGF

Date Case Filed:   7/27/2017

Court Where Case Originally Filed: US District Court, Eastern District of Missouri

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?   Yes, once or twice a year.
   b. Did you ever use that product in the Northern District of California?  If so, how often?   Yes, one to three times a year.

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California?  Yes
   b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment?   All of my treatment.

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2?  If so, please explain.    No.

4. Do you consent to your case being tried in the Northern District of California?   No.

Date: OCT 2          , 2018

Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A** **Group 2 Venue Questions** |

Plaintiff Name:[1]   Randall Goskowicz

Case No.:   4:17-cv-02368-HEA

Date Case Filed:   9/6/2017

Court Where Case Originally Filed:   UNITED STATES DISTRICT COURTEASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California?  If so, how often?  no
   b. Did you ever use that product in the Northern District of California?  If so, how often?  no

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California?  no
   b. Did any of your cancer treatment occur in the Northern District of California?  If so, which portion of your treatment?  no

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain.   no

4. Do you consent to your case being tried in the Northern District of California? no

Date: _OCTOBER 3RD_____ , 2018

Signature

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A** |
| | **Group 2 Venue Questions** |

Plaintiff Name:[1]   Derril Hayes

Case No.:   4:17-cv-02656

Date Case Filed:   10/30/2017

Court Where Case Originally Filed:   US District Court Eastern of MO

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California?  If so, how often?    No
   b. Did you ever use that product in the Northern District of California?  If so, how often?    No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California?    No
   b. Did any of your cancer treatment occur in the Northern District of California?  If so, which portion of your treatment?    No

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern
   District of California that are related to your use and/or purchase of Roundup
   or NHL diagnosis or treatment that you did not mention in response to
   questions 1 and 2? If so, please explain.    No

4. Do you consent to your case being tried in the Northern District of California? No

Date: _10-2-_____, 2018

_____
Signature

Derril R. Hayes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **PRETRIAL ORDER NO. 52 – EXHIBIT A** |
| ALL ACTIONS | **Group 2 Venue Questions** |

Plaintiff Name:[1]  Roger Hernandez, on behalf of Ines Hernadez

Case No.:  2:16-cv-01988-JFW-JEM

Date Case Filed:  03/23/2016

Court Where Case Originally Filed:  United States District Court Central District of California

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California?  If so, how often? NO
   b. Did you ever use that product in the Northern District of California?  If so, how often? NO

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California? NO
   b. Did any of your cancer treatment occur in the Northern District of California?  If so, which portion of your treatment? NO

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2?  If so, please explain.  NO

4. Do you consent to your case being tried in the Northern District of California? NO


Date: _____October 3_____ , 2018                    _____
                                                        Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A Group 2 Venue Questions** |

Plaintiff Name:[1]   Amy Jennings, as next of kin for Jim Coffee Smoot

Case No.:   4:17-cv-02162-AGF

Date Case Filed:   7/27/2017

Court Where Case Originally Filed:   US District Court Eastern of Missouri

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California?  If so, how often? No
   b. Did you ever use that product in the Northern District of California?   If so, how often? No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California? No
   b. Did any of your cancer treatment occur in the Northern District of California?  If so, which portion of your treatment? No

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern
   District of California that are related to your use and/or purchase of Roundup
   or NHL diagnosis or treatment that you did not mention in response to
   questions 1 and 2?  If so, please explain.  No

4. Do you consent to your case being tried in the Northern District of California? No

Date: ____10/4____ , 2018

_____
Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A Group 2 Venue Questions** |

Plaintiff Name:[1]   Tiffany Kay for Madelyne Kay-Moore (deceased)

Case No.:   4:17-cv-02162-AGF

Date Case Filed:   7/27/2017

Court Where Case Originally Filed:   US District Court, Eastern District of Missouri

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California?  If so, how often?  Yes, other people purchased the product, unknown
    b. Did you ever use that product in the Northern District of California?  If so, how often?  Yes, product was used in Santa Clara County, probably weekly.

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California?  Yes
    b. Did any of your cancer treatment occur in the Northern District of California?  If so, which portion of your treatment?  Yes, all treatment.

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2?  If so, please explain.   No.

4. Do you consent to your case being tried in the Northern District of California?   No.

Date: _____October 1st_____ , 2018

_____
Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A Group 2 Venue Questions** |

Plaintiff Name:[1] __Pamela Kles_____

Case No.: __4:17-cv-02162-AGF_____

Date Case Filed: __7/27/2017_____

Court Where Case Originally Filed: __UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION_____

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California? If so, how often? Yes, One time.
    b. Did you ever use that product in the Northern District of California? If so, how often? Yes, weekly for a year.

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California? NO.
    b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment? NO.

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern
   District of California that are related to your use and/or purchase of Roundup
   or NHL diagnosis or treatment that you did not mention in response to
   questions 1 and 2?  If so, please explain.  NO

4. Do you consent to your case being tried in the Northern District of
   California?  No.

Date: _10-3-_____, 2018

_____
Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A** **Group 2 Venue Questions** |

Plaintiff Name:[1]  Kathleen Kofler

Case No.: 4:17-cv-02162-AGF

Date Case Filed: 07/27/2017

Court Where Case Originally Filed: US District Court of Eastern MO

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?  no
   b. Did you ever use that product in the Northern District of California? If so, how often?  no

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California?  no
   b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment?  no

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain.   *no*

4. Do you consent to your case being tried in the Northern District of California?   *no*

Date: _10/4/18_____, 2018

_____
Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **PRETRIAL ORDER NO. 52 – EXHIBIT A** |
| ALL ACTIONS | **Group 2 Venue Questions** |

Plaintiff Name:[1]  Tina Lawrence, on behalf of John Lawrence

Case No.:  4:17-cv-02162-AGF

Date Case Filed:  07/27/2017

Court Where Case Originally Filed:  US Distract Court Eastern of MO

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California?  If so, how often? NO
   b. Did you ever use that product in the Northern District of California?   If so, how often? NO

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California? NO
   b. Did any of your cancer treatment occur in the Northern District of California?  If so, which portion of your treatment? NO

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern
   District of California that are related to your use and/or purchase of Roundup
   or NHL diagnosis or treatment that you did not mention in response to
   questions 1 and 2?  If so, please explain. NO

4. Do you consent to your case being tried in the Northern District of California? NO

Date: _Oct 4_ , 2018

Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A** |
| | **Group 2 Venue Questions** |

Plaintiff Name:[1]   Randy Luff

Case No.:   4:17-cv-02656

Date Case Filed:   10/30/2017

Court Where Case Originally Filed:   US District Court Eastern District of Missouri, Eastern Division

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California? If so, how often? Yes, about once per month. I always had some in my possession.
   b. Did you ever use that product in the Northern District of California? If so, how often? Yes, I sprayed once every 1 to 2 weeks.

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California? Yes
   b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment? Yes, 6 months of aggressive chemotherapy

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern
   District of California that are related to your use and/or purchase of Roundup
   or NHL diagnosis or treatment that you did not mention in response to
   questions 1 and 2?  If so, please explain.

   Yes, still suffering side effects I feel are from the Chemotherapy.

4. Do you consent to your case being tried in the Northern District of California? No

Date: _10 - 2_____ , 2018

Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A** **Group 2 Venue Questions** |

Plaintiff Name:[1]   **Dora L. Mallard**

Case No.:   **4:17-cv-02162-AGF**

Date Case Filed:   **7/27/2017**

Court Where Case Originally Filed:   UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?  No
   b. Did you ever use that product in the Northern District of California? If so, how often?  No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California?  No
   b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment?  No

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern
   District of California that are related to your use and/or purchase of Roundup
   or NHL diagnosis or treatment that you did not mention in response to
   questions 1 and 2?  If so, please explain.    No

4. Do you consent to your case being tried in the Northern District of California? No

Date: **October 4th** , 2018                    *Margaret Millard Agno*
                                                Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A Group 2 Venue Questions** |

Plaintiff Name:[1]   Jaime Martinez _____

Case No.:  4:18-cv-00045 _____

Date Case Filed:  01/10/2018 _____

Court Where Case Originally Filed:  US District Court Eastern of MO _____

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California?  If so, how often? NO
   b. Did you ever use that product in the Northern District of California?   If so, how often? NO

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California? NO
   b. Did any of your cancer treatment occur in the Northern District of California?  If so, which portion of your treatment?   NO

_____

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain. NO

4. Do you consent to your case being tried in the Northern District of California? NO

Date: ___oct     2___, 2018

_Josue Manuel Martinez_
Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| --- | --- |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A Group 2 Venue Questions** |

Plaintiff Name:[1]  Samuel Mendoza

Case No.:  4:17-cv-02162-AGF

Date Case Filed: 7/27/2017

Court Where Case Originally Filed: US District Court Eastern of Missouri

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California? If so, how often? No
    b. Did you ever use that product in the Northern District of California? If so, how often? No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California? No
    b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment? No

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern
   District of California that are related to your use and/or purchase of Roundup
   or NHL diagnosis or treatment that you did not mention in response to
   questions 1 and 2?  If so, please explain. No

4. Do you consent to your case being tried in the Northern District of California? No

Date: _OCTOBER  2_ , 2018

_____
Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A** **Group 2 Venue Questions** |

Plaintiff Name:[1]  Nancy Mulloy

Case No.:  4:17-cv-02162-AGF

Date Case Filed:  07/27/2017

Court Where Case Originally Filed:  US District Court Eastern of MO

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?  No
    b. Did you ever use that product in the Northern District of California? If so, how often?  No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California?  No
    b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment?  Yes, all treatment done at Stanford Hospital in Santa Clara County.

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern
   District of California that are related to your use and/or purchase of Roundup
   or NHL diagnosis or treatment that you did not mention in response to
   questions 1 and 2?  If so, please explain.    No

4. Do you consent to your case being tried in the Northern District of California? No

Date: _10/ 4/_____, 2018

_Nancy Mulloy_
Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A Group 2 Venue Questions** |

Plaintiff Name:[1]  **Douglas Nahale** _____

Case No.:  **4:17-cv-02162-AGF** _____

Date Case Filed:  **7/27/2017** _____

Court Where Case Originally Filed:  UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION _____

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California? If so, how often? Yes  Every three months.
   b. Did you ever use that product in the Northern District of California? If so, how often?  Yes
        Once a week to combat my weed problem
2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California? Yes
   b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment? Yes  all of my treatments

3.  Are there any other facts or circumstances that occurred in the Northern
    District of California that are related to your use and/or purchase of Roundup
    or NHL diagnosis or treatment that you did not mention in response to
    questions 1 and 2? If so, please explain. No

4.  Do you consent to your case being tried in the Northern District of
    California? no

Date: _____ , 2018

_____
Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A** **Group 2 Venue Questions** |

Plaintiff Name:[1]  David Polanco

Case No.:  4:17-cv-02162-AGF

Date Case Filed:  07/27/2017

Court Where Case Originally Filed:  US District Court Eastern of MO

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1.  In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a.  Did you ever purchase that product(s) in the Northern District of California?  If so, how often? Every Spring for 16 yrs
    b.  Did you ever use that product in the Northern District of California?  If so, how often? Every Spring for 16 years

2.  In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a.  Did your cancer diagnosis occur in the Northern District of California? Yes
    b.  Did any of your cancer treatment occur in the Northern District of California?  If so, which portion of your treatment?

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2?  If so, please explain.

4. Do you consent to your case being tried in the Northern District of California?

Date: _October 6_____, 2018

Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A** **Group 2 Venue Questions** |

Plaintiff Name:[1]   Christopher Pruett

Case No.:   4:17-cv-02368-HEA

Date Case Filed:  9/6/2017

Court Where Case Originally Filed:  US District Court Eastern of Missouri

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California?  If so, how often?  No
   b. Did you ever use that product in the Northern District of California?   If so, how often?  No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California?  No
   b. Did any of your cancer treatment occur in the Northern District of California?  If so, which portion of your treatment?  No

---

[1] Each Group 2 plaintiff should file an individual response.

3.  Are there any other facts or circumstances that occurred in the Northern
    District of California that are related to your use and/or purchase of Roundup
    or NHL diagnosis or treatment that you did not mention in response to
    questions 1 and 2?  If so, please explain. No

4.  Do you consent to your case being tried in the Northern District of California? No

Date: _10 / 3_____ , 2018

Signature _____

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 -- EXHIBIT A** **Group 2 Venue Questions** |

Plaintiff Name:[1]   Robert Rabbitt

Case No.:   4:18-cv-00045

Date Case Filed:   1/10/2018

Court Where Case Originally Filed:   US District Court, Eastern District of Missouri

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?  No.
   b. Did you ever use that product in the Northern District of California?  If so, how often?  No.

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California? No.
   b. Did any of your cancer treatment occur in the Northern District of California?  If so, which portion of your treatment?  No.

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain.   No.

4. Do you consent to your case being tried in the Northern District of California? No.

Date: _____Oct 3_____, 2018

Robert R. Rabbitt
Signature

Nancy Rabbitt

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A**<br>**Group 2 Venue Questions** |

Plaintiff Name:[1]  **Daniel Ramirez**

Case No.:  **4:17-cv-02162-AGF**

Date Case Filed:  **7/27/2017**

Court Where Case Originally Filed:  UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION*

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California? If so, how often? No
   b. Did you ever use that product in the Northern District of California? If so, how often? No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California? No
   b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment? No

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2?  If so, please explain.  No

4. Do you consent to your case being tried in the Northern District of California? No

Date: ___Oct   2___ , 2018

_____
Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITGATION

This document relates to:

ALL ACTIONS

MDL No. 2741

Case No. 16-md-02741-VC

**PRETRIAL ORDER NO. 52 – EXHIBIT A
Group 2 Venue Questions**

Plaintiff Name:[1]  Brenda Ricker

Case No.:  4:17-cv-02368-HEA

Date Case Filed:  09/06/2017

Court Where Case Originally Filed:  US District Court Eastern of MO

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California? If so, how often? YES, 3 times a year
   b. Did you ever use that product in the Northern District of California? If so, how often? YES, once a month

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California? YES
   b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment? YES, Biopsy

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain. NO

4. Do you consent to your case being tried in the Northern District of California? NO

Date: October 3 , 2018

_____
Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A** **Group 2 Venue Questions** |

Plaintiff Name:[1]  Fred Robinson

Case No.:  4:17-cv-02368-HEA

Date Case Filed:  9/6/2017

Court Where Case Originally Filed:  US District Court Eastern of Missouri

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California? If so, how often? No
    b. Did you ever use that product in the Northern District of California? If so, how often? No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California? Yes
    b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment? Yes, Chemotherapy.

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain. No

4. Do you consent to your case being tried in the Northern District of California? No

Date: *10 - 2 - 2018*, 2018

Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A Group 2 Venue Questions** |

Plaintiff Name:[1]  **John Sanders**

Case No.:  **4:17-cv-02162-AGF**

Date Case Filed:  **7/27/2017**

Court Where Case Originally Filed:  UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1.  In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a.  Did you ever purchase that product(s) in the Northern District of California? If so, how often?  No
    b.  Did you ever use that product in the Northern District of California? If so, how often?  No

2.  In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a.  Did your cancer diagnosis occur in the Northern District of California? No
    b.  Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment? No

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern
   District of California that are related to your use and/or purchase of Roundup
   or NHL diagnosis or treatment that you did not mention in response to
   questions 1 and 2?  If so, please explain.  No

4. Do you consent to your case being tried in the Northern District of
   California?  No

Date: 10 · 3 _____ , 2018

_____
Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A Group 2 Venue Questions** |

Plaintiff Name:[1]   Christine Sheppard

Case No.:   1:16-cv-00043

Date Case Filed:   02/12/2016

Court Where Case Originally Filed:   In the US District Court District of Hawaii

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   - No a. Did you ever purchase that product(s) in the Northern District of California?  If so, how often?
   - No b. Did you ever use that product in the Northern District of California?  If so, how often?

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   - No a. Did your cancer diagnosis occur in the Northern District of California?
   - No b. Did any of your cancer treatment occur in the Northern District of California?  If so, which portion of your treatment?

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2?  If so, please explain.

*No*

*No* 4. Do you consent to your case being tried in the Northern District of California?

Date: _____ 10 th October , 2018

_____
Signature

Case 3:16-md-02741-VC  Document 1920-1  Filed 10/01/18  Page 1 of 2

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A Group 2 Venue Questions** |

Plaintiff Name:[1]  Laurence Simmons

Case No.:  4:17-cv-02162-AGF

Date Case Filed:  07/27/2017

Court Where Case Originally Filed:  US District Court Eastern of MO

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California?  If so, how often? NO
    b. Did you ever use that product in the Northern District of California?  If so, how often? NO

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California? NO
    b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment? NO

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern
   District of California that are related to your use and/or purchase of Roundup
   or NHL diagnosis or treatment that you did not mention in response to
   questions 1 and 2? If so, please explain.  NO

4. Do you consent to your case being tried in the Northern District of California?  NO

Date: _/0 - 2_____, 2018                         _Aurora D. Summon_

                                                   Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A** **Group 2 Venue Questions** |

Plaintiff Name:[1]   Joseph Smith

Case No.:   4:17-cv-02162-AGF

Date Case Filed:   7/27/2017

Court Where Case Originally Filed:  US District Court Eastern of Missouri

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California?  If so, how often?  No
    b. Did you ever use that product in the Northern District of California?  If so, how often? No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California? Yes
    b. Did any of your cancer treatment occur in the Northern District of California?  If so, which portion of your treatment? Yes, Chemotherapy.

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2?  If so, please explain. No

4. Do you consent to your case being tried in the Northern District of California? No

Date: *October Third* , 2018

*Joseph D. Smith*
Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A Group 2 Venue Questions** |

Plaintiff Name:[1]   Kenneth H. Smith

Case No.:   4:17-cv-02162-AGF

Date Case Filed:   7/27/2017

Court Where Case Originally Filed:   US District Court, Eastern District of Missouri

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?   No.
    b. Did you ever use that product in the Northern District of California?   If so, how often?   No.

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California?   No.
    b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment?   No.

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain. No.

4. Do you consent to your case being tried in the Northern District of California? No.

Date: __10-3-18__ , 2018

_Kenneth H Smith Jr._
Signature

From:                                      10/05/2018 14:24      #029 P.002/003

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A** **Group 2 Venue Questions** |

Plaintiff Name:[1]   **Janelle M. Spanbauer**

Case No.:   **4:17-cv-02162-AGF**

Date Case Filed:   **7/27/2017**

Court Where Case Originally Filed:   UNITED STATES DISTRICTCOURT EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

The <u>**Northern District of California**</u> encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California?  If so, how often?   Yes, 1 a year
    b. Did you ever use that product in the Northern District of California?   If so, how often?   Yes, Spring 2-3 times.

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California?   Yes
    b. Did any of your cancer treatment occur in the Northern District of California?  If so, which portion of your treatment?   Yes, All treatment of NHL

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern
   District of California that are related to your use and/or purchase of Roundup
   or NHL diagnosis or treatment that you did not mention in response to
   questions 1 and 2?  If so, please explain.  No

4. Do you consent to your case being tried in the Northern District of California? No

Date: **10 - 5** , 2018

Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **PRETRIAL ORDER NO. 52 – EXHIBIT A** |
| ALL ACTIONS | **Group 2 Venue Questions** |

Plaintiff Name:[1]  Jane Swartz

Case No.:  4:17-cv-02162-AGF

Date Case Filed:  07/27/2017

Court Where Case Originally Filed:  US District Court Eastern of MO

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California? If so, how often? NO
   b. Did you ever use that product in the Northern District of California? If so, how often? NO

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California? NO
   b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment? NO

---

[1] Each Group 2 plaintiff should file an individual response.

3.  Are there any other facts or circumstances that occurred in the Northern
    District of California that are related to your use and/or purchase of Roundup
    or NHL diagnosis or treatment that you did not mention in response to
    questions 1 and 2?  If so, please explain. NO

4.  Do you consent to your case being tried in the Northern District of California? NO

Date: _10 · 4 · _____, 2018                          _____
                                                       Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A Group 2 Venue Questions** |

Plaintiff Name:[1]   Michael Terry

Case No.:   4:17-cv-02162-AGF

Date Case Filed:   07/27/2017

Court Where Case Originally Filed:   US District Court Eastern of MO

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California?  If so, how often?   No
   b. Did you ever use that product in the Northern District of California?  If so, how often?   No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California?  No
   b. Did any of your cancer treatment occur in the Northern District of California?  If so, which portion of your treatment?   No

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2?  If so, please explain.     No

4. Do you consent to your case being tried in the Northern District of California?  No

Date: _____ 10 / 4 _____ , 2018

Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A Group 2 Venue Questions** |

Plaintiff Name:[1]    Benita L. Trujillo

Case No.:    4:17-cv-02162-AGF

Date Case Filed:    7/27/2017

Court Where Case Originally Filed:  US District Court, Eastern District of Missouri

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?   No.
   b. Did you ever use that product in the Northern District of California?  If so, how often? No.

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California? No.
   b. Did any of your cancer treatment occur in the Northern District of California?  If so, which portion of your treatment?  No.

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain.   No.

4. Do you consent to your case being tried in the Northern District of California?   No.

Date: _____, 2018

Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A**<br>**Group 2 Venue Questions** |

Plaintiff Name:[1]  Frank M. Veloz

Case No.:  4:17-cv-02162-AGF

Date Case Filed:  7/27/2017

Court Where Case Originally Filed:  UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California?  If so, how often?  Yes- 3-4 times
   b. Did you ever use that product in the Northern District of California?  If so, how often?  Yes. 14 years.

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California? No
   b. Did any of your cancer treatment occur in the Northern District of California?  If so, which portion of your treatment?  Yes, Pet scan approximately 1 every 6 Months for 14 years.

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain.   No

4. Do you consent to your case being tried in the Northern District of California? No

Date: ___10 / 5___, 2018

_____
Signature