UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **PLAINTIFFS' AMENDED NOTICE TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF DR. RICHARD TURLEY, MD** |
| *Hardeman v. Monsanto Co., et al.* Case No. 3:16-cv-00525-VC | |

TO:   Dr. Richard Turley, M.D.
       Kaiser Permanente Santa Rosa
       401 Bicentennial Way
       Santa Rosa, CA 94503

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel, will take the videotaped deposition upon oral examination of Dr. Richard Turley commencing at 1:30 p.m. – 4:30 p.m. on October 30, 2018. The location of said deposition is at the Medical Legal Office, Lower Level Main Hospital Building, Kaiser Hospital, 401 Bicentennial Way, Santa Rosa, CA 94503. The deposition will be taken before a person authorized by law to administer oaths, pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will continue day-to-day until the examination is completed.

DATED:   October 10, 2018          By:   /s/ Aimee H. Wagstaff
                                          Aimee H. Wagstaff
                                          Andrus Wagstaff, PC
                                          7171 W. Alaska Drive
                                          Lakewood, CO 80226
                                          Tel: 303-376-6360
                                          aimee.wagstaff@andruswagstaff.com
                                          *Co-Lead Counsel for Plaintiffs in MDL No. 2741*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

DATED: October 10, 2018        By:    /s/ Aimee H. Wagstaff
                                      Aimee H. Wagstaff
                                      Andrus Wagstaff, PC
                                      7171 W. Alaska Drive
                                      Lakewood, CO 80226
                                      Tel: 303-376-6360
                                      aimee.wagstaff@andruswagstaff.com
                                      *Co-Lead Counsel for Plaintiffs in MDL No. 2741*

## **EXHIBIT A**

1. All medical records pertaining to Mr. Edwin Hardeman (DOB: 7/20/1948), including but not limited to all admitting and discharge summaries, progress notes, nursing notes, orders, operative reports and summaries, consultation records and reports, diagnostic studies, toxicology screens and reports, x-rays, scans, clinic files, laboratory slips and records, pathology reports and studies, billing and payment records and any other documents relating to Mr. Hardeman, whether located within or outside your medical office's central medical file system.

2. Your current curriculum vitae.