UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Hardeman v. Monsanto Co., et al.*<br>Case No. 3:16-cv-00525-VC | **PLAINTIFFS' AMENDED NOTICE TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF DR. C. ROGER TURK, MD** |

TO:   Dr. C. Roger Turk, M.D.
      Kaiser Permanente Santa Rosa
      401 Bicentennial Way
      Santa Rosa, CA 94503

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel, will take the videotaped deposition upon oral examination of Dr. C. Roger Turk commencing at 9:00 a.m. – 1:00 p.m. on October 31, 2018. The location of said deposition is at the Medical Legal Office, Lower Level Main Hospital Building, Kaiser Hospital, 401 Bicentennial Way, Santa Rosa, CA 94503. The deposition will be taken before a person authorized by law to administer oaths, pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will continue day-to-day until the examination is completed.

DATED:   October 10, 2018      By:   /s/ Aimee H. Wagstaff
                                     Aimee H. Wagstaff
                                     Andrus Wagstaff, PC
                                     7171 W. Alaska Drive
                                     Lakewood, CO 80226
                                     Tel: 303-376-6360
                                     aimee.wagstaff@andruswagstaff.com
                                     *Co-Lead Counsel for Plaintiffs in MDL No. 2741*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

DATED: October 10, 2018        By:    /s/ Aimee H. Wagstaff
Aimee H. Wagstaff
Andrus Wagstaff, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: 303-376-6360
aimee.wagstaff@andruswagstaff.com
*Co-Lead Counsel for Plaintiffs in MDL No. 2741*

## **EXHIBIT A**

1. All medical records pertaining to Mr. Edwin Hardeman (DOB: 7/20/1948), including but not limited to all admitting and discharge summaries, progress notes, nursing notes, orders, operative reports and summaries, consultation records and reports, diagnostic studies, toxicology screens and reports, x-rays, scans, clinic files, laboratory slips and records, pathology reports and studies, billing and payment records and any other documents relating to Mr. Hardeman, whether located within or outside your medical office's central medical file system.

2. Your current curriculum vitae.