UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 16-md-02741-VC |

## Plaintiff John Sanders' Preliminary Information
## Pretrial Order No. 52 Venue Questions – Group 2

Plaintiff Name:   John Sanders

Case No.:   5:16-cv-00726, *Sanders v. Monsanto Co.*

Date Case Filed:   April 19, 2016

Court Where Case Originally Filed:  U.S. District Court, C.D. Cal.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?
    b. Did you ever use that product in the Northern District of California? If so, how often?

    **ANSWER**: No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California?
    b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment?

    **ANSWER**: No

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain.

   **ANSWER**: No

4. Do you consent to your case being tried in the Northern District of California?

   **ANSWER**: No

Date: OCT. 5TH, 2018

_____
Signature