UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-------------------------------------------------------------x

IN RE:  ROUNDUP PRODUCTS          MDL No. 2741
LIABILITY LITIGATION

-------------------------------------------------------------x    Case No.  16-md-02741-VC

This document relates to

    ALL ACTIONS

-------------------------------------------------------------x


### PLAINTFF JOHN SANDERS' GROUP 2 VENUE RESPONSES

Plaintiff John Sanders, by his attorneys Weitz & Luxenberg, submits his responses to the questions which the Court specified in its Pretrial Order No. 52, dated October 1, 2018.  Plaintiff John Sanders' responses are attached as Exhibit A.

Dated:  October 12, 2018

                                        Respectfully submitted:

                                        /s Robin L. Greenwald

                                        Robin L. Greenwald, Esq.
                                        Weitz & Luxenberg
                                        700 Broadway
                                        New York, NY  10003
                                        rgreenwald@weitzlux.com
                                        212-558-5500
                                        Fax. 212-344-5461

                                        *Counsel for Plaintiff Sanders*

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Plaintiff John Sanders' Group 2 Venue Responses," dated October 12, 2018, document was filed with the Court and electronically served upon all counsel of record through the CM-ECF system.

Dated: October 12, 2018

/s Robin L. Greenwald
Robin L. Greenwald, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY  10003
rgreenwald@weitzlux.com
212-558-5500
Fax. 212-344-5461

# *EXHIBIT A*

(Plaintiff John Sanders' Group 2 Venue Responses)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 16-md-02741-VC |

## Plaintiff John Sanders' Preliminary Information
## Pretrial Order No. 52 Venue Questions – Group 2

Plaintiff Name:  John Sanders

Case No.:  5:16-cv-00726, *Sanders v. Monsanto Co.*

Date Case Filed:  April 19, 2016

Court Where Case Originally Filed:  U.S. District Court, C.D. Cal.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?
   b. Did you ever use that product in the Northern District of California? If so, how often?

   **ANSWER**: No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California?
   b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment?

   **ANSWER**: No

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain.

   **ANSWER**: No

4. Do you consent to your case being tried in the Northern District of California?

   **ANSWER**: No

Date: OCT. 5TH, 2018

_____
Signature