UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---------------------------------------------------------------x
IN RE:  ROUNDUP PRODUCTS                MDL No. 2741
LIABILITY LITIGATION
---------------------------------------------------------------x   Case No.  16-md-02741-VC
This document relates to

    ALL ACTIONS

---------------------------------------------------------------x


**PLAINTFF FRANK TANNER'S GROUP 2 VENUE RESPONSES**

Plaintiff Frank Tanner, by his attorneys Weitz & Luxenberg, submits his responses to the questions which the Court specified in its Pretrial Order No. 52, dated October 1, 2018.  Plaintiff Frank Tanner's responses are attached as Exhibit A.

Dated:  October 12, 2018

                                                    Respectfully submitted:

                                                    /s Robin L. Greenwald

                                                    Robin L. Greenwald, Esq.
                                                    Weitz & Luxenberg
                                                    700 Broadway
                                                    New York, NY  10003
                                                    rgreenwald@weitzlux.com
                                                    212-558-5500
                                                    Fax. 212-344-5461

                                                    *Counsel for Plaintiff Tanner*

**CERTIFICATION OF SERVICE**

I hereby certify that a true and correct copy of the foregoing "Plaintiff Frank Tanner's Group 2 Venue Responses," dated October 12, 2018, document was filed with the Court and electronically served upon all counsel of record through the CM-ECF system.

Dated: October 12, 2018

/s Robin L. Greenwald
Robin L. Greenwald, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY  10003
rgreenwald@weitzlux.com
212-558-5500
Fax. 212-344-5461

# *EXHIBIT A*

(Plaintiff Frank Tanner's Group 2 Venue Responses)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | |

# Plaintiff's Preliminary Information
## Pretrial Order No. 52 Venue Questions – Group 2

Plaintiff Name:  Frank Tanner

Case No.:  5:16-cv-00726, *Sanders v. Monsanto Co.*

Date Case Filed:  April 19, 2016

Court Where Case Originally Filed:  U.S. District Court, C.D. Cal.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?
    b. Did you ever use that product in the Northern District of California? If so, how often?

**ANSWER**: No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California?
    b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment?

**ANSWER**: No

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain.

    **ANSWER:** No

4. Do you consent to your case being tried in the Northern District of California?

    **ANSWER:** No

Date: Oct 5, 2018

Signature: *Frank Vamer*