UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-------------------------------------------------------------x
IN RE:  ROUNDUP PRODUCTS                    MDL No. 2741
LIABILITY LITIGATION
-------------------------------------------------------------x   Case No.  16-md-02741-VC
This document relates to

    ALL ACTIONS

-------------------------------------------------------------x


# PLAINTFF PAUL GALVAN'S GROUP 2 VENUE RESPONSES

Plaintiff Paul Galvan, deceased, with Amelia Mendoza acting on his behalf, by his attorneys Weitz & Luxenberg, submits the responses to the questions which the Court specified in its Pretrial Order No. 52, dated October 1, 2018.  Plaintiff Paul Galvan's responses are attached as Exhibit A.

Dated: October 12, 2018

                Respectfully submitted:

                /s Robin L. Greenwald

                Robin L. Greenwald, Esq.
                Weitz & Luxenberg
                700 Broadway
                New York, NY  10003
                rgreenwald@weitzlux.com
                212-558-5500
                Fax. 212-344-5461

                *Counsel for Plaintiff Galvan*

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Plaintiff Paul Galvan's Group 2 Venue Responses," dated October 12, 2018, document was filed with the Court and electronically served upon all counsel of record through the CM-ECF system.

Dated: October 12, 2018

                                                /s Robin L. Greenwald
                                                Robin L. Greenwald, Esq.
                                                Weitz & Luxenberg
                                                700 Broadway
                                                New York, NY  10003
                                                rgreenwald@weitzlux.com
                                                212-558-5500
                                                Fax. 212-344-5461

# *EXHIBIT A*

(Plaintiff Paul Galvan's Group 2 Venue Responses)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 <br> Case No. 16-md-02741-VC |
| This document relates to: <br> ALL ACTIONS | |

## Plaintiff's Preliminary Information
## Pretrial Order No. 52 Venue Questions – Group 2

Plaintiff Name: __Paul Galvan__

Case No.: __2:17-cv-00208-TLN-DB, *Galvan v. Monsanto Co.*__

Date Case Filed: __January 31, 2017__

Court Where Case Originally Filed: __U.S. District Court, E.D. Cal.__

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?
    b. Did you ever use that product in the Northern District of California? If so, how often?

   **ANSWER**: No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California?
    b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment?

   **ANSWER**: No

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain.

   **ANSWER:** No

4. Do you consent to your case being tried in the Northern District of California?

   **ANSWER:** No

Date: __Oct 11__, 2018          *Amelia Mendoza*
                                   Signature[1]

---

[1] Ms. Amelia Mendoza is in the process of being designated the official Administrator of Mr. Paul Galvan's Estate