2018-10-10 13:37    1321 9493644001 >> FAX    P 2/3
Case 3:16-md-02741-VC   Document 2004   Filed 10/12/18   Page 1 of 2
Case 3:16-md-02741-VC   Document 1920-1   Filed 10/01/18   Page 1 of 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 52 – EXHIBIT A**<br>**Group 2 Venue Questions** |

Plaintiff Name:[1]  Goldie Christina Perkins

Case No.:  8:16-cv-01410

Date Case Filed:  7/29/2016

Court Where Case Originally Filed:  Central District of California

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California? If so, how often? Yes, approximately 4 times/year from 1984-2010.
    b. Did you ever use that product in the Northern District of California? If so, how often? Yes, approximately weekly from 1984-2010.

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California? No.
    b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment? No.

---

[1] Each Group 2 plaintiff should file an individual response.

2018-10-10 13:37　　　　　1321 9493644001 >> FAX　　　　　P 3/3
Case 3:16-md-02741-VC   Document 2004   Filed 10/12/18   Page 2 of 2
Case 3:16-md-02741-VC   Document 1920-1   Filed 10/01/18   Page 2 of 2

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain.
    No.
4. Do you consent to your case being tried in the Northern District of California?
    No.

Date: _October 9_, 2018              _Jobie Christina Perkins_
                                        Signature