UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Karen Wooten, Case 17-1735 | MDL No. 2741<br><br>Case NO. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 52 – EXHIBIT A**<br>**Group 2 Venue Questions** |

Plaintiff Name:[1]  KAREN WOOTEN, HARLEY WOOTEN III, and TIMOTHY WOOTEN, individually and on behalf of the Estate of HARLEY WOOTEN, Deceased.

Case No.:   17- 1735

Date Case Filed:  3/14/2014

Court Where Case Originally Filed:   Central District of California.

The Northern District of California encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?   No.
    b. Did you ever use that product in the Northern District of California? If so, how often?   No.

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California?  No.
    b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment?  No.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain. No.

4. Do you consent to your case being tried in the Northern District of California?  No.

---

[1] Each Group 2 plaintiff should file an individual response.

Date: October 12, 2018

_____
Karen Wooten   (Surviving Spouse)