# UNITED STATES DISTRCT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGAITON | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: the below listed Plaintiffs | |

## NOTICE OF FILING VENUE QUESTIONNAIRES

Pursuant to Pretrial Order No. 52, the below listed Group 2 Plaintiffs, by counsel, The Miller Firm, LLC, hereby file their Venue Questionnaires as Exhibit A:

1. Robert Belsey
2. Joanne M. Miller
3. Michel Randall
4. Susan Rustan

Respectfully,

*/s/ Curtis G. Hoke*
Curtis G. Hoke, Esq. (SBN 282465)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone:  540-672-4224
Fax:  540-672-3055
choke@millerfirmllc.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I Certify that on October 15, 2018, this notice was served upon all counsel of record using the ECF filing system.

Dated:  10/15/2018

>*/s/ Curtis G. Hoke*
>Curtis G. Hoke, Esq. (SBN 282465)
>The Miller Firm LLC
>108 Railroad Avenue
>Orange, VA 22960
>Phone:  540-672-4224
>Fax:  540-672-3055
>choke@millerfirmllc.com
>
>*Attorney for Plaintiffs*

Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 <br> Case No. 16-md-02741-VC |
|---|---|
| This document relates to: <br> ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A** <br> **Group 2 Venue Questions** |

Plaintiff Name:[1]  Robert Belsey

Case No.: 4:17-cv-01593

Date Case Filed: 05/31/2017

Court Where Case Originally Filed: US District Court Eastern of MO

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?   NO
    b. Did you ever use that product in the Northern District of California? If so, how often?   NO

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California? NO
    b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment?   NO

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain.  NO

4. Do you consent to your case being tried in the Northern District of California?  NO

Date: __10-10__, 2018                          _____
                                                              Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A** Group 2 Venue Questions |

Plaintiff Name:[1]  Joanne M. Miller

Case No.:  4:17-cv-02162-AGF

Date Case Filed:  7/27/2017

Court Where Case Originally Filed:  US District Court, Eastern District of Missouri

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California?  If so, how often?  No.
    b. Did you ever use that product in the Northern District of California?  If so, how often?  No.

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California?  No.
    b. Did any of your cancer treatment occur in the Northern District of California?  If so, which portion of your treatment?  No.

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain.   No.

4. Do you consent to your case being tried in the Northern District of California?   No.

Date: Oct 9           , 2018

_____
Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 52 – EXHIBIT A**<br>**Group 2 Venue Questions** |

Plaintiff Name:[1]  Michael Randall

Case No.: 4:17-cv-02162-AGF

Date Case Filed: 07/27/2017

Court Where Case Originally Filed: US District Court Eastern of MO

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?  No
   b. Did you ever use that product in the Northern District of California? If so, how often?  No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California?  No
   b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment?  No

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain.  No

4. Do you consent to your case being tried in the Northern District of California? No

Date: /0-5- ___, 2018

_____
Signature

Case 3:16-md-02741-VC   Document 1920-1   Filed 10/01/18   Page 1 of 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A** Group 2 Venue Questions |

Plaintiff Name:[1]  Susan Rustan

Case No.:  4:17-cv-02162-AGF

Date Case Filed:  7/27/2017

Court Where Case Originally Filed:  US District Court, Eastern District of Missouri

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?  yes
    b. Did you ever use that product in the Northern District of California? If so, how often?  Every few months.

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California?  yes
    b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment?  Yes. All treatments

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain.   NO

4. Do you consent to your case being tried in the Northern District of California? NO

Date: Oct 5, 2018

Susan C Rust
Signature