UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A** **Group 2 Venue Questions** |

Plaintiff Name:[1]  Jerald Carriere

Case No.:  18-5778

Date Case Filed:  8/30/2018

Court Where Case Originally Filed:  Central District of California

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?  No.
   b. Did you ever use that product in the Northern District of California? If so, how often?  No.

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
   a. Did your cancer diagnosis occur in the Northern District of California?  No.
   b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment?  No.

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain.  No.

4. Do you consent to your case being tried in the Northern District of California?  No.

Date: 10·15·18 , 2018

_____
Signature