UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A**<br>**Group 2 Venue Questions** |

Plaintiff Name:___Peter M. Johansing_____
Case No.: _____2:16-cv-05035_____
Date Case Filed: __July 8, 2016_____
Court Where Case Originally Filed: _USDC Central District of California_

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.

    a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?   No

    b. Did you ever use that product in the Northern District of California?   If so, how often?   No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.

    a. Did your cancer diagnosis occur in the Northern District of California? No

    b. Did any of your cancer treatment occur in the Northern District of California?  Yes.   If so, which portion of your treatment? Treated in trial at Stanford Medical Clinic.  Treated at UCSF with chemotherapy and stem cell transplant and have been treated at UCSF ever since. The stem cell transplant required four weeks hospitalization and three months living in San Rafael.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? Yes.   If so, please explain.        Wilbur-Ellis Company LLC is a California corporation with its headquarters and principal place of business in San Francisco, California. Wilbur-Ellis Company, LLC sold and distributed Roundup throughout the State of California. I purchased and used RoundUp products that were distributed by Wilbur-Ellis Company LLC.

Wilbur-Ellis Feed Company LLC is a California corporation with its headquarters and principal place of business in San Francisco, California.   Wilbur-Ellis Feed LLC sold and distributed RoundUp throughout the State of California.   I purchase and used RoundUp products that were distributed by Wilbur-Ellis Company LLC.

4. Do you consent to your case being tried in the Northern District of California?

Yes.

Date: 10-15, 2018         Signature _____