UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---------------------------------------------------------------x
IN RE: ROUNDUP PRODUCTS    MDL No. 2741
LIABILITY LITIGATION
---------------------------------------------------------------x   Case No. 16-md-02741-VC
This document relates to

    ALL ACTIONS

---------------------------------------------------------------x

# PLAINTFF LORETTA BUCKINGHAM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF KENDLE BARNETT GROUP 2 VENUE RESPONSES

Plaintiff Loretta Buckingham, by her attorneys Miller DellaFera PLC, submits her responses to the questions which the Court specified in its Pretrial Order No. 52, dated October 1, 2018. Plaintiff Loretta Buckingham's responses are attached as Exhibit A.

Dated: October 15, 2018

Respectfully submitted:

s/ Peter A. Miller
Peter A. Miller
Miller DellaFera PLC
3420 Pump Rd., PMB 404
Henrico, VA 23233
pmiller@millerdellafera.org

Tel: (800) 401-6670
Fax: (888) 830-1488

*Counsel for Plaintiff Loretta Buckingham, Individually and as Administrator of the Estate of Kendle Barnett*

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Plaintiff Loretta Buckingham, Individually and as Administrator of the Estate of Kendle Barnett Group 2 Venue Responses," dated October 15, 2018, document was filed with the Court and electronically served upon all counsel of record through the CM-ECF system.

Dated: October 15, 2018

/s Peter A. Miller
Peter A. Miller, Esq.
Miller DellaFera PLC
3420 Pump Rd., PMB 40
Henrico, VA 23233
pmiller@millerdellafera.org
Tel: (800) 401-6670
Fax: (888) 830-1488

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 52 – EXHIBIT A**<br>**Group 2 Venue Questions** |

Plaintiff Name:[1] Loretta Buckingham, Individually and as Administrator of the Estate of Kendle Barnett

Case No.: 4:18-cv-01044 (EDMO) ; 3:18-cv-04786-VC (MDL Member No)

Date Case Filed: June 27, 2018

Court Where Case Originally Filed: Eastern District of Missouri

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California? If so, how often? Yes, approximately 2 times per year for 35 years
    b. Did you ever use that product in the Northern District of California? If so, how often? Yes, approximately 2 times per month for 35 years.

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California? Yes
    b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment? Yes. Diagnosis, chemotherapy, treatment and monitoring for chemo-related illness and decline.

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain. Yes, death in Contra Costa County, California.

4. Do you consent to your case being tried in the Northern District of California? No

Date: Oct 15, 2018

Signature

Plaintiff Lorretta Buckingham, Individually and as Administrator of the Estate of Kendle Barnett.