UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---------------------------------------------------------------x
IN RE:  ROUNDUP PRODUCTS             MDL No. 2741
LIABILITY LITIGATION
---------------------------------------------------------------x     Case No.  16-md-02741-VC
This document relates to

    ALL ACTIONS

---------------------------------------------------------------x

# PLAINTFFS ANTHONY AND JULIE HARRIS GROUP 2 VENUE RESPONSES

Plaintiffs Anthony and Julie Harris, by their attorneys Miller DellaFera PLC, submit their responses to the questions which the Court specified in its Pretrial Order No. 52, dated October 1, 2018.  Plaintiffs Anthony and Julie Harris' responses are attached as Exhibit A.

Dated: October 15, 2018

                                        Respectfully submitted:

                                        <u>s/ Peter A. Miller</u>
                                        Peter A. Miller
                                        Miller DellaFera PLC
                                        3420 Pump Rd., PMB 404
                                        Henrico, VA 23233
                                        pmiller@millerdellafera.org

                                        Tel: (800) 401-6670
                                        Fax: (888) 830-1488

                                        *Counsel for Plaintiffs Anthony and Julie Harris*

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Plaintiffs Anthony and Julie Harris' Group 2 Venue Responses," dated October 15, 2018, document was filed with the Court and electronically served upon all counsel of record through the CM-ECF system.

Dated: October 15, 2018

/s Peter A. Miller
Peter A. Miller, Esq.
Miller DellaFera PLC
3420 Pump Rd., PMB 404
Henrico, VA 23233
pmiller@millerdellafera.org
Tel: (800) 401-6670
Fax: (888) 830-1488

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 52 – EXHIBIT A**<br>Group 2 Venue Questions |

Plaintiff Name:[1]  Anthony Harris

Case No.:  3:17-cv-03199-VC (Member Case No) 3:16-cv-02275 (SDCA)

Date Case Filed: September 8, 2016

Court Where Case Originally Filed: USDC, Southern District of California

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?  No
    b. Did you ever use that product in the Northern District of California? If so, how often?  No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California? No
    b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment? No

---

[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain.  No

4. Do you consent to your case being tried in the Northern District of California? No

Date: __10/13__, 2018

_____
Signature

Plaintiff, Anthony Harris