UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITGATION

MDL No. 2741
Case No. 16-md-02741-VC

This document relates to:
ALL ACTIONS

PRETRIAL ORDER NO. 52 – EXHIBIT A
Group 2 Venue Questions

Plaintiff Name: __Teri McCall__
Case No.: __2:16-cv-01609__
Date Case Filed: __March 9, 2016__
Court Where Case Originally Filed: USDC Central District of California

The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.

    a. Did you ever purchase that product(s) in the Northern District of California? If so, how often?   No

    b. Did you ever use that product in the Northern District of California? If so, how often?   No

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.

    a. Did your cancer diagnosis occur in the Northern District of California?   Yes

    b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment?   Yes. My husband was treated at Palo Alto Veterans Hospital where he received chemotherapy.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2?

Yes.

If so, please explain.

Wilbur-Ellis Company LLC is a California corporation with its headquarters and principal place of business in San Francisco, California. Wilbur-Ellis Company, LLC sold and distributed Roundup throughout the State of California. My husband, Anthony Jackson McCall, purchased and used RoundUp products that were distributed by Wilbur-Ellis Company LLC.

Wilbur-Ellis Feed LLC is a California corporation with its headquarters and principal place of business in San Francisco, California. Wilbur-Ellis Feed, LLC sold and distributed Roundup throughout the State of California. My husband, Anthony Jackson McCall, purchased and used RoundUp products that were distributed by Wilbur-Ellis Company LLC.

4. Do you consent to your case being tried in the Northern District of California?

Yes

Date: Oct 15, 2018   Signature: _Jan McCall_