**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:    202-682-1639
Email: jhollingsworth@hollingsworthllp.com
           elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*


**THE MILLER FIRM LLC**
Curtis G. Hoke
108 Railroad Avenue
Orange, Virginia 22960
Tel:     540-672-4224
Fax:    540-672-3055
Email: choke@millerfirmllc.com

*Attorney for Plaintiff*
*BARTON PENROD*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Barton Penrod v. Monsanto Co.*, Case No. 3:16-cv-05901-JCS | |

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF BARTON PENROD**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Barton Penrod and Defendant Monsanto Company ("Monsanto") submit this joint stipulation to dismiss all of Plaintiff's claims against Monsanto with prejudice.  Each party will bear its own costs and attorney's fees.

- 1 -
JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF PLAINTIFF BARTON PENROD
3:16-md-02741-VC

DATED: October 16, 2018     Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY

DATED: October 16, 2018     Respectfully submitted,

/s/ Curtis G. Hoke
Curtis G. Hoke
(choke@millerfirmllc.com)
THE MILLER FIRM LLC
108 Railroad Avenue
Orange, Virginia 22960
Telephone:  (540) 672-4224
Facsimile:  (540) 672-3055

Attorney for Plaintiff
BARTON PENROD

- 2 -
JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF PLAINTIFF BARTON PENROD
3:16-md-02741-VC