UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>*Barton Penrod v. Monsanto Co.*,<br>Case No. 3:16-cv-05901-JCS | |

**[PROPOSED] ORDER RE JOINT STIPULATION FOR <u>VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF BARTON PENROD</u>**

Upon consideration of Plaintiff Barton Penrod's and Defendant Monsanto Company's Joint Stipulation for Voluntary Dismissal With Prejudice of Plaintiff Barton Penrod, it is on this _____ day of _____, 2018, hereby:

**ORDERED** that the Joint Stipulation for Voluntary Dismissal With Prejudice of Plaintiff Barton Penrod is **GRANTED**; and

**FURTHER ORDERED** that each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED**.

_____
Hon. Vince Chhabria
Judge, U.S. District Court for the
Northern District of California