# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Elaine Stevick and Christopher Stevick, v. Monsanto Co.* 3:16-cv-02341-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**[Plaintiff's Proposed] PRETRIAL ORDER NO.___ REQUIREMENT OF PLAINTIFFS WITH ONLY LOSS OF CONSORTIUM CLAIMS WITH REFERENCE TO AUTHORIZATIONS AND FACT SHEETS.** |

This matter came before the Court on a discovery dispute between the Plaintiff Mr. Stevick, and Monsanto regarding Mr. Stevick's obligation to complete authorizations and/or Plaintiffs Fact Sheets as outlined in previous Orders. Pursuant to this Court's Standing Order, the parties have submitted a joint letter which the Court has considered. Given the fact that Mr. Stevick's claim is one for loss of consortium only, and that he specifically does not allege direct exposure to a Glyphosate based product as the direct cause of his injuries, the Court finds that the Plaintiffs Fact Sheet as it currently exists is inappropriate to address Mr. Stevick's Loss Of Consortium claims. The Court further finds that the authorizations are also not necessary for Plaintiffs with only Loss of Consortium claims.

Accordingly, it is hereby by ORDERED that any Plaintiff in MDL No. 2741 that is asserting a claim for Loss of Consortium only is not required to complete a Plaintiffs Fact Sheet nor is such Plaintiff required to complete authorizations in their current forms.

Dated: _____
                                      The Honorable Vince Chabbria
                                      United States District Judge