1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE STEVICK and CHRISTOPHER STEVICK,<br><br>         Plaintiffs,<br><br>   v.<br><br>MONSANTO COMPANY,<br><br>         Defendant. | Case No.: 3:16-cv-02341-VC<br><br>**MONSANTO'S PROPOSED ORDER DENYING MR. STEVICK'S REQUEST THAT HE BE RELIEVED OF DISCOVERY OBLIGATIONS**<br><br>Case Filed: April 29, 2016<br>Judge: Vince Chhabria |

The Court has considered the letter brief submitted by the parties addressing Mr. Stevick's refusal to submit medical authorizations or a plaintiff fact sheet ("PFS") to Monsanto Company ("Monsanto").  Mr. Stevick is required to submit those authorizations and a PFS to Monsanto pursuant to this Court's Pre-Trial Orders ("PTO") 50 and 53, and Plaintiff has not presented a basis for modification of those orders.  Both the medical authorizations and PFS provide information that is relevant to Mr. Stevick's loss of consortium claim and to Monsanto's defenses.  Mr. Stevick's medical authorizations were due on October 4, 2018 and must be submitted to Monsanto within 24 hours of entry of this order.  Mr. Stevick's PFS must be provided to Monsanto on October 22, 2018 consistent with PTO 53.

- 1 -

Date: _____, 2018

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT