Ann E. Rice Ervin, Esquire (USDC SC No. 11353)
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
(843) 216-9000 (Phone)
(843) 216-9450 (Fax)
ariceervin@motleyrice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALBERTINE MCCORD 3:18-CV-04784-VC* | IN RE: VIAGRA (SILADENAFIL CITRATE) PRODUCTS LIABILITY LITIGATION<br><br>MDL No. 2741<br>Case No.: 3:16-md-02741-VC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL ANN E. RICE ERVIN** |

PLEASE TAKE NOTICE that Ann E. Rice Ervin of Motley Rice LLC hereby withdraws as an attorney of record in the above-captioned case on behalf of Plaintiff, Albertine McCord. Plaintiff will continue to be represented by R. Andrew Jones, Esquire of Cory Watson, P.C. All notices and correspondence should be directed to his attention.

Dated: October 11, 2018        MOTLEY RICE LLC

/s/ Ann E. Rice Ervin
Ann E. Rice Ervin
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
(843) 216-9000 (Phone)
(843) 216-9450 (Fax)
ariceervin@motleyrice.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of October 2018, a copy of the foregoing Notice of Withdrawal of Counsel Ann E. Rice Ervin was electronically filed with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system which shall send electronic notification to all counsel of record.

/s/ Ann E. Rice Ervin
Ann E. Rice Ervin
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
(843) 216-9000 (Phone)
(843) 216-9450 (Fax)
ariceervin@motleyrice.com