UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 52 – EXHIBIT A**<br>**Group 2 Venue Questions** |

Plaintiff Name:[1]  Richard L. Bailey, Individually and as Representative of the Estate of Kirk Richard Bailey and Joann M. Kremer

Case No.:  3:18-cv-05827-vc

Date Case Filed:  9/18/2018

Court Where Case Originally Filed:  Superior Court of California - San Francisco


The **Northern District of California** encompasses the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

1. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did you ever purchase that product(s) in the Northern District of California? If so, how often? No.
    b. Did you ever use that product in the Northern District of California? If so, how often? No.

2. In your Complaint you allege that exposure to one or more of Monsanto's glyphosate-based products caused your cancer.
    a. Did your cancer diagnosis occur in the Northern District of California? No.
    b. Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment? No.

---
[1] Each Group 2 plaintiff should file an individual response.

3. Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain. Decedent was exposed to Round-up through his employment. Upon information and belief, decedent's employer purchased Roundup that was distributed by Wilbur-Ellis Defendants, who have their principal places of business in California.

4. Do you consent to your case being tried in the Northern District of California?
Yes.

Date: _____10/18_____, 2018       _____Elise R Sanguinetti_____
                                               Signature