

UNITED STATES COURT of APPEALS
for the NINTH CIRCUIT
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

RALPH A. APPLEGATE,
    PETITIONER,

vs.

Case : 16-MDL-02741-VC
Case : 3:18-CV-03363-VC
Case: 18-72281

MONSANTO COMPANY,
    RESPONDENT,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA,
    RESPONDENT

REQUEST THAT HONORABLE JUDGE VINCE

CHHABRIA TAKE JUDICIAL NOTICE THAT

1. Monsanto is responsible to unconceal actual date that Monsanto removed Polyethoxylated Tallow Amine from Obsolete Roundup, is factual.

2. Monsanto is responsible to inform purchasers of any Roundup formulation distinction as to safety of Revised Roundup versus safety of Obsolete Roundup, is factual.

3. Petitioner's cause of 7 days continuous exposure to Roundup and 174 days later (exposure) effect of diagnostic astronomical increase in blood IgM from 37 to 8980 mg/dL caused Waldenstrom Macroglobulinemia and

p.1

other Non Hodgkins Lymphoma's , and is obvious , or so easy to prove that no intelligent person would contradict it , and that to require proof of every fact would be utterly and absolutely absurd , even though unnecessary in this instance, is factual . ...... See petitioners Petition for Writ of Mandamus , p. 10 .

4. Evidence requested , petitioners due process as of now not yet allowed , but later may be gained by Judge Vince Chhabria , responsible for pre-trial proceedings , with respect to 8150 or more plaintiff's historic continuous exposure to Roundup , and their diagnostic IgM will add to Petitioner's proof of cause and effect , is factual .

5 . Monsanto's claim that Glyphosate is not guilty of Non Hodgkins Lymphoma is a Monsanto statement that is true , is factual .

6 . Pettioner was exposed to Polyethoxylated Tallow Amine in original Roundup formulant , and that Polyethoxylated Tallow Amine may be that chemical cause of Non Hodgkins Lymphoma , yet to be claimed and found , is factual .

7. Inference , from Monsanto removal and concealment of date of that removal from Judge Chhabria , of Polyethoxylated Tallow Amine from Roundup , that Monsanto knew or reasonably should known , and did know , that Polyethoxylated Tallow Amine was cause of NHL instead of Glyphosate , is factual .

Respectfully submitted

Signed *Ralph A. Applegate*

p.2

Ralph A. Applegate , Petitioner, Pro Se
1544 Zettler Road
Columbus, Ohio 43227
rapplegate48@gmail.com
914-410-1568

Appellee Attorneys
David P. Strup
Shoemaker, Loop & Kendrick, L.L.P.
1000 Jackson Street
491-241-9000
Toledo , Ohio 43604
dstrup@slk-law.com

Heather Pigman
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5800
hpigman@hollingswortllp.com

U.S. House Judiciary
Subcommittee on Constitutional
and Civil Justice
Steve King , Iowa
2138 Rayburn Office Building
Washington D.C. ,20515

### CERTIFICATE of SERVICE

Petitioner serves this document , Request That Honorable Judge Vince Chhabria Take Judicial Notice That , by regular mail to appellee attorney , Heather Pigman ,to Clerk of U.S. District Court ,Northern District of California , to Judge Chhabria , to Clerk of 9th Circuit Court of Appeal ,and to U.S. House Judiciary Subcommittee on Constitutional and Civil Justice , on October 12 , 2018 .

Ralph A. Applegate
1844 Zettler Road
Columbus, Ohio 43227

Clerk
U.S. Dist. Court
Northern Dist. of Cal.
Box 36060
450 Golden Gate Ave.
San Francisco, Cal.
94102-3989

COLUMBUS OH 431
11 OCT 2018 PM 2 L