1  **ROBINSON CALCAGNIE, INC.**
Mark P. Robinson, Jr., CA Bar No. 054426
2  19 Corporate Plaza Drive
Newport Beach, CA 92660
3  Telephone:   949-720-1288
Facsimile:   949-720-1292
4  Email:       mrobinson@robinsonfirm.com
            slukei@robinsonfirm.com
5            jcollins@robinsonfirm.com

6  *Attorneys for Plaintiff Phillip Wieland*

7

8  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
9  Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
10  1350 I Street, N.W.
Washington, DC  20005
11  Telephone:   202-898-5800
Facsimile:   202-682-1639
12  Email:       jhollingsworth@hollingsworthllp.com
            elasker@hollingsworthllp.com
13            mcalhoun@hollingsworthllp.com

14
*Attorneys for Defendants Monsanto*
15  *Company, Wilbur-Ellis Company LLC, and*
*Wilbur-Ellis Feed, LLC*
16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19  | IN RE: ROUNDUP PRODUCTS | MDL No. 2741 |
20  | LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
21  
22  | This document relates to: | |
23  | *Phillip Wieland v. Monsanto Co., et al.,* | **Revised Stipulation of Voluntary Dismissal Without Prejudice; [Proposed] Order** |
24  | Case No. 3:18-cv-04975-VC | |

25

26

27

28
                REVISED STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
                    3:16-md-02741-VC & 3:18-cv-04975-VC

1    Plaintiff Phillip Wieland and Defendants Monsanto Company ("Monsanto"), Wilbur-

2   Ellis Company LLC, and Wilbur-Ellis Feed, LLC (collectively, the "Wilbur-Ellis Defendants"),

3   by and through their undersigned counsel, stipulate and agree as follows:

4    WHEREAS plaintiff commenced this lawsuit – *Wieland v. Monsanto Company, et al.*,

5   Case No. 3:18-cv-04975-VC – by filing a complaint on August 15, 2018 in the United States

6   District Court for the Northern District of California.

7    WHEREAS, according to the Complaint, plaintiff has been at all relevant times a citizen

8   and resident of Boone County, Kentucky.

9    WHEREAS the parties seek to ensure that this lawsuit is litigated in an appropriate

10   jurisdiction, without potential problems regarding improper venue and/or lack of personal

11   jurisdiction.

12   ACCORDINGLY, the parties STIPULATE and AGREE as follows:

13    1.    This lawsuit shall be voluntarily dismissed, without prejudice, if the Court issues

14   the accompanying proposed order.

15    2.    Plaintiff shall be entitled to re-file his claims against Monsanto, within 90 days of

16   the date when the accompanying proposed order is issued by this Court, in the United States

17   District Court for the Eastern District of Missouri.  Plaintiff will not re-file his claims against the

18   Wilbur-Ellis defendants.

19    3.    After plaintiff re-files his claims against Monsanto in accordance with the

20   foregoing paragraph, that lawsuit will be transferred to MDL No. 2741 in the Northern District

21   of California pursuant to 28 U.S.C. § 1407.

22    4.    The subsequent filing of plaintiff's claims against Monsanto as set forth above

23   will relate back to August 15, 2018, the date on which *Wieland v. Monsanto Company, et al.*,

24   Case No. 3:18-cv-04975-VC, was commenced in the Northern District of California.

25    5.    The parties retain all rights, arguments, claims, and defenses regarding statute(s)

26   of limitations that existed as of August 15, 2018 for all allegations, claims, and/or causes of

27

28

- 2 -

REVISED STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
3:16-md-02741-VC & 3:18-cv-04975-VC

1  action alleged in the Complaint filed in *Wieland v. Monsanto Company, et al.*, Case No. 3:18-cv-

2  04975-VC.

3

4                                        Respectfully submitted,

5  Dated:  October 19, 2018            **ROBINSON CALCAGNIE, INC.**

6

7                                        By:    */s/ Mark P. Robinson, Jr.*
                                               Mark P. Robinson, Jr.
8

9                                        **HOLLINGSWORTH LLP**

10

11                                       By:    */s/ Martin C. Calhoun*
                                               Martin C. Calhoun
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 19, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Mark P. Robinson, Jr.*
Mark P. Robinson, Jr.

REVISED STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
3:16-md-02741-VC & 3:18-cv-04975-VC