UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>*Barton Penrod v. Monsanto Co.*,<br>Case No. 3:16-cv-05901-JCS | |

### [~~PROPOSED~~] ORDER RE JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF BARTON PENROD

Upon consideration of Plaintiff Barton Penrod's and Defendant Monsanto Company's Joint Stipulation for Voluntary Dismissal With Prejudice of Plaintiff Barton Penrod, it is on this 22nd day of October, 2018, hereby:

**ORDERED** that the Joint Stipulation for Voluntary Dismissal With Prejudice of Plaintiff Barton Penrod is **GRANTED**; and

**FURTHER ORDERED** that each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED**.

_____
Hon. Vince Chhabria
Judge, U.S. District Court for the
Northern District of California