EXHIBIT A

| Plaintiff Name | Case No. | Date Case Filed | Court Where Originally Filed | Did you ever purchase that product(s) in the Northern District of California? If so, how often? | Did you ever use that product in the Northern District of California? If so, how often? | Did your cancer diagnosis occur in the Northern District of California? | Did any of your cancer treatment occur in the Northern District of California? If so, which portion of your treatment? | Are there any other facts or circumstances that occurred in the Northern District of California that are related to your use and/or purchase of Roundup or NHL diagnosis or treatment that you did not mention in response to questions 1 and 2? If so, please explain. | Do you consent to your case being tried in the Northern District of California? | Plaintiff's Counsel |
|---|---|---|---|---|---|---|---|---|---|---|
| Amy Jennings, as next of kin for Jim Coffee Smoot | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Nancy Balcom for Robert Balcom, deceased | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | Yes, all the time | Yes, forty years. | No | No | No | No | The Miller Firm, LLC |
| Howard Bare | 4:17-cv-02368 | 9/6/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Kenneth Barker | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | N/A | No | No | No | No | The Miller Firm, LLC |
| Angie Berberian | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | Yes, only bought big bottle twice. | 1 time per month for 2-3 years | Yes. | No treatment as of yet. | Blood work every six months to monitor white blood cell count. | No | The Miller Firm, LLC |
| Ramiro Castillo-Torres | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Jeff Davis | 1722-CC00722 | 3/9/2017 | Circuit Court, City of St. Louis | No | No | No | No | No | No | The Miller Firm, LLC |
| Tina Follett | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Dina M. Gehring | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | Yes. | No treatment as of now. | No | No | The Miller Firm, LLC |
| Mason Geisinger | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | Yes, once or twice a year. | Yes, one to three times a year. | Yes. | All of my treatment. | No | No | The Miller Firm, LLC |
| Randall Goskowicz | 4:17-cv-02368-HEA | 9/6/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Derrill Hayes | 4:17-cv-02656 | 10/30/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Roger Hernandez, on behalf of Ines Hernandez | 2:16-cv-01988-JFW-JEM | 3/23/2016 | Central District of California | No | No | No | No | No | No | The Miller Firm, LLC |
| Tiffany Kay for Madelyne Kay-Moore (deceased) | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | Yes, other people purchased the product, uknown. | Yes, product was used in Santa Clara county, probably weekly. | Yes. | Yes, all treatment. | No | No | The Miller Firm, LLC |
| Pamela Kles | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | Yes, one time. | Yes, weekly for a year. | No | No | No | No | The Miller Firm, LLC |
| Kathleen Kofler | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Tina Lawrence, on behalf of John Lawrence | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Randy Luff | 4:17-cv-02656 | 10/30/2017 | Eastern District of Missouri | Yes, about once per month. I always had some in my possession. | Yes, I sprayed once every 1 to 2 weeks. | Yes. | Yes, 6 months of aggressive chemotherapy. | Yes, still suffering side effects I feel are from chemotherapy. | No | The Miller Firm, LLC |
| Dora L. Mallard | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Jaime Martinez | 4:18-cv-00045 | 1/10/2018 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Samuel Mendoza | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Nancy Malloy | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | No | Yes, all treatment done at Sstanford Hospital in Santa Clara County. | No | No | The Miller Firm, LLC |

| Name | Case No. | Date | District | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Firm |
|---|---|---|---|---|---|---|---|---|---|---|
| Douglas Nahale | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | Yes, every three months. | Yes, Once a week to combat my weed problem. | Yes. | Yes, all of my treatments. | No | No | The Miller Firm, LLC |
| David Polanco | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | Yes, every spring for 16 years. | Yes, every spring for 16 years. | Yes. | | | | The Miller Firm, LLC |
| Christopher Pruett | 4:17-cv-02368-HEA | 9/6/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Robert Rabbitt | 4:18-cv-00045 | 1/10/2018 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Daniel Ramirez | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Brenda Ricker | 4:17-cv-02368-HEA | 9/6/2017 | Eastern District of Missouri | Yes, 3 times a year | Yes, once a month | Yes. | Yes, biopsy | No | No | The Miller Firm, LLC |
| Fred Robinson | 4:17-cv-02368-HEA | 9/6/2017 | Eastern District of Missouri | No | No | Yes. | Yes, chemotherapy | No | No | The Miller Firm, LLC |
| John Sanders | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Christine Sheppard | 1:16-cv-00043 | 2/2/2016 | District of Hawaii | No | No | No | No | No | No | The Miller Firm, LLC |
| Laurence Simmons | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Joseph Smith | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | Yes. | Yes, chemotherapy | No | No | The Miller Firm, LLC |
| Kenneth Smith | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Janelle M. Spanbauer | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | Yes, 1 a year | Yes, spring 2-3 times. | Yes. | Yes, all treatment of NHL | No | No | The Miller Firm, LLC |
| Jane Swartz | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Michael Terry | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Benita Trujillo | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Frank Veloz | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | Yes, 3-4 times. | Yes, 14 years. | No | Yes, PET scan approximatley 1 every 6 months for 14 years. | No | No | The Miller Firm, LLC |
| John Sanders | 5:16-cv-00726 | 4/19/2016 | Central District of California | No | No | No | No | No | No | Weitz & Luxenberg |
| Frank Tanner | 5:16-cv-00726 | 4/19/2016 | Central District of California | No | No | No | No | No | No | Weitz & Luxenberg |
| Yolanda Mendoza | 2:15-cv-07426-DMG-E | 10/20/2015 | Central District of California | No, I never purchased Roundup in the Northern District of California | No, I never used Roundup in the Northern District of California | Yes, I was diagnosed with NHL in the Northern District of California. | Yes, all of my treatment occurred in the Northern District of California. | No | Yes | Weitz & Luxenberg |
| Paul Galvan | 2:17-cv-00208-TLN-DB | 1/31/2017 | Eastern District of California | No | No | No | No | No | No | Weitz & Luxenberg |
| Emanuel Richard Giglio | 3:15-cv-02279 | 10/9/2015 | Southern District of California | No | No | No | No | No | No | Andrus Wagstaff, PC |
| Matteo Anthony Russo | 2:16-cv-07386 | 10/3/2016 | Central District of California | No | No | No | No | No | No | Andrus Wagstaff, PC |
| Goldie Christina Perkins | 8:16-cv-01410 | 7/29/2016 | Central District of California | Yes, approximately 4 times/year from 1984-2010. | Yes, approximately weekly from 1984-2010. | No | No | No | No | Andrus Wagstaff, PC |
| Karen Wooten, Harley Wooten III, and Timothy Wooten, individually and on behalf of the Estate of Harley Wooten, Deceased. | 17-1735 | 3/14/2014 | Central District of California | No | No | No | No | No | No | Lockridge Grindal Nauen, PLLP |
| Robert Belsey | 4:17-cv-01593 | 5/31/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Joanne Miller | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Michael Randall | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Susan Rustan | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | Yes | Yes, every few months | Yes | Yes, all treatments. | No | No | The Miller Firm, LLC |
| Jerald Carriere | 18-5778 | 8/30/2018 | Central District of California | No | No | No | No | No | No | Lockridge Grindal Nauen, PLLP |

| Name | Case No. | Date | District | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Firm |
|---|---|---|---|---|---|---|---|---|---|---|
| Peter M. Johansing | 2:16-cv-05035 | 7/8/2016 | Central District of California | No | No | No | Yes, treated in trial at Stanford Medical Clinic. Treated at UCSF with chemotherapy and stem cell transplant and have been treated at UCSF ever since. The stem cell transplant required four weeks hospitalization and three months living in San Rafael. | Yes. Wilbur-Ellis Company LLC is a California corporation with its headquarters and principal place of business in San Francisco, California. Wilbur-Ellis Company, LLC sold and distributed Roundup throughout the State of California. I purchased and used RoundUp products that were distributed by Wilbur-Ellis Company LLC. Wilbur-Ellis Feed Company LLC is a California corporation with its headquarters and principal place of business in San Francisco, California. Wilbur-Ellis Feed LLC sold and distributed RoundUp throughout the State of California. I purchase and used RoundUp products that were distributed by Wilbur-Ellis Company LLC. | Yes | Baum Hedlund Aristei & Goldman, PC |
| Loretta Buckingham, Individiual by and as Administrator of the Estate of Kendle Barnett | 4:18-cv-01044 | 6/27/2018 | Eastern District of Missouri | Yes, approximately 2 times per year for 35 years. | Yes, approximately 2 times per month for 35 years. | Yes. | Yes. Diagnosis, chemotherapy, treatmetn and monitoring for chemo related illness and decline. | Yes, death in Costa Contra County, California | No | Miller DellaFera, PLC |
| Anthony Harris | 3:16-cv-02275 | 9/8/2016 | Southern District of California | No | No | No | No | No | No | Miller DellaFera, PLC |
| Teri McCall | 2:16-cv-01609 | 3/9/2016 | Central District of California | No | No | Yes | Yes. My husband was treated at Palo Alto Veterans Hospital where he received chemotherapy. | Yes. Wilbur-Ellis Company LLC is a California corporation with its headquarters and principal place of business in San Francisco, California. Wilbur-Ellis Company, LLC sold and distributed Roundup throughout the State of California. My husband, Anthony Jackson McCall, purchased and used RoundUp products that were distributed by Wilbur-Ellis Company LLC. Wilbur-Ellis Feed Company LLC is a California corporation with its headquarters and principal place of business in San Francisco, California. Wilbur-Ellis Feed LLC sold and distributed RoundUp throughout the State of California. My husband, Anthony Jackson McCall, purchased and used RoundUp products that were distributed by Wilbur-Ellis Company LLC. | Yes | Baum Hedlund Aristei & Goldman, PC |
| Michael Furnice | 4:17-cv-02656 | 10/30/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Richard L. Bailey, Individually and as Representative of the Estate of Kirk Richard Bailey and Joann M. Kremer | 3:18-cv-05827-vc | 9/18/2018 | Superior Court of California - San Francisco | No | No | No | No | Decedent was exposed to Roundup through his employment. Upon information and belief, decedent's employer purchased Roundup that was distributed by Wilbur-Ellis Defendants, who have their principal places of business in California. | Yes. | Arias Sanguinetti Wang & Torrijos, LLP |
| Brenda Ashton | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |
| Richard Cohn | 4:17-cv-02656 | 10/30/2017 | Eastern District of Missouri | Yes, yearly from 1974 to 2004. | Yes, yearly. | Yes. | Yes, all treatment. | No | No | The Miller Firm, LLC |
| Olga Castro | 4:17-cv-02162-AGF | 7/27/2017 | Eastern District of Missouri | No | No | No | No | No | No | The Miller Firm, LLC |