# EXHIBIT C

```
 1        SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2               COUNTY OF SAN FRANCISCO
 3
 4   DEWAYNE JOHNSON,
 5            Plaintiff,
 6       vs.                  Case No. CGC-16-550128
 7   MONSANTO COMPANY, et al.,
 8            Defendants.
     _____/
 9
10
11
12      Proceedings held on Tuesday, August 7, 2018,
13      Volume 25, Afternoon Session, before the Honorable
14      Suzanne R. Bolanos, at 1:44 p.m.
15
16
17
18
19
20
21  REPORTED BY:
22  LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
23  Job No. 2983883B
24
25  Pages 5130 - 5249
```

```
                1  mycosis fungoides.  And he said oxidative stress.  He
                2  said DNA damage.  That's not the reason.  The regulators,
                3  EPA, EFSA, ECHA, they all said no.  And how about the
                4  exposure?  You know they didn't come up with a level of
16:15:25        5  exposure and say Mr. Johnson exceeded it.  They didn't
                6  ever tell you that.  They had Dr. Sawyer come in here and
                7  say things completely different from Mr. Johnson.  He had
                8  minimal exposure.  He had a relatively short time span.
                9  The medical records show when the rash occurred.  It
16:15:43       10  simply happened too fast.  And the latency period tells
               11  you that plaintiff's story just doesn't make sense.
               12  That's the exposure case.  That's the exposure case.
               13          Now, I have five minutes -- three minutes.
               14  Getting closer to two minutes.  And I want to take a
16:16:07       15  minute right now to sincerely thank you all.  This has
               16  got to have been an amazing experience for you.  I can't
               17  imagine what it's like to walk into jury duty on whatever
               18  day that was back in June and end up where you are today.
               19  You're in a huge room of people.  You had no idea -- you
16:16:26       20  were probably hoping you wouldn't get selected for a
               21  while there.  But you got selected.  And we've all been
               22  here with you, Mr. Griffis and Ms. Edwards.  We've all
               23  been here with you every day.  But that's different.
               24  That's our job.  We plan our lives around that.  And I
16:16:41       25  know that you've had to make sacrifices.  You've had to
```

```
16:16:57
```

1  make arrangements.  You've missed things that you
2  otherwise would have done.  It's been a long haul.  So
3  sincerely we appreciate the time you've spent.  And you
4  have -- I agree with Mr. Wisner on this, you've been
5  remarkably attentive and you've paid very close attention
6  and we very much appreciate that.
7              One other thing about you folks is we view you
8  as a special group, a special group because you walked
9  into the jury room and you saw what it was like, you
10 heard how many people say they couldn't be fair to my
11 client, couldn't be fair to Monsanto.  They couldn't put
12 prejudice aside.  They couldn't put bias aside.  They
13 couldn't put sympathy aside.  But you are the ones that
14 all said you could do that.  You could put sympathy
15 aside.  You could put prejudice against Monsanto, its
16 products, whatever, aside.  And you could decide the case
17 fairly and on the facts, applying the law that Her Honor
18 has told you and the facts as you see them in this
19 courtroom and no place else.  And we really appreciate
20 your ability to do that and we know you'll continue to do
21 that.
22              So thank you again for all your efforts and all
23 your time.  I had thought I was going to show you the
24 verdict form.  But I don't think I have a lot of time for
25 that.  So I'm just going to say to you in closing, I hope