# EXHIBIT D

```
 1        SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                COUNTY OF SAN FRANCISCO

 3

 4   DEWAYNE JOHNSON,

 5              Plaintiff,

 6        vs.                    Case No. CGC-16-550128

 7   MONSANTO COMPANY, et al.,

 8              Defendants.
     _____/
 9

10

11

12       Proceedings held on Friday, August 10, 2018,

13       Volume 28, before the Honorable Suzanne R. Bolanos,

14       at 2:14 p.m.

15

16

17

18

19

20

21   REPORTED BY:

22   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

23   Job No. 2983887

24

25   Pages 5318 - 5351
```

```
15:17:20
         1  grateful to you for your long service and hard work in
         2  this case.
         3          On behalf of all of the judges here in the
         4  Superior Court, we want to thank you very much for all of
         5  the sacrifices that you made and for all of your patience
         6  sitting through long days of very complicated testimony.
         7  I know that you all paid very close attention.  You were
         8  taking copious notes, and you took your time in carefully
         9  considering all of the issues in arriving at your
15:17:42 10  verdict.  So I'm very impressed with all of you.  You
        11  were an excellent group of jurors.  Thank you very much
        12  for your service.
        13          Throughout the time that you've been jurors in
        14  this case, I've asked you not to discuss the case with
15:17:56 15  anyone and not to do any research.  Well, I'm now going
        16  to release you from that admonition, which means you
        17  should feel free to discuss this case with anyone that
        18  you wish, at your discretion.
        19          It is our custom, here at the Civic Center, that
15:18:15 20  at the conclusion of the trial, once the jurors are
        21  excused from service, that the lawyers will remain here
        22  and will wait for you and are very eager to discuss the
        23  case with you and get your feedback and your thoughts.
        24  But you're certainly not obligated to stay.  If you are
15:18:35 25  willing to stay and have a few moments to spare, I know
```