# Exhibit G

Curtis G. Hoke (State Bar No. 282465)
Brian K. Brake (Pro Hac Vice)
**THE MILLER FIRM, LLC**
108 Railroad Ave.
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
choke@millerfirmllc.com
bbrake@millerfirmllc.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Elaine Stevick and Christopher Stevick v. Monsanto Co.*, 3:16-cv-02341-VC | |

### PLAINTIFFS FIRST REQUEST FOR PRODUCTION TO DEFENDANT MONSANTO CO.

Pursuant to the Federal Rules of Civil Procedure Rule 33, Plaintiffs request that Defendant Monsanto produce the documents specified below.

### DEFINITIONS

A.  **"Document"** is meant in its broadest sense. It is intended to include the original and/or any copy regardless of origin or location, of any contract, agreement, invoice, book, pamphlet, periodical, letter, memorandum, telegram, report, record, study, handwritten note, map, drawing, working paper, chart, paper, graph, index, tape, data sheet, data processing card, e-mail, electronically stored information such as on computer disk or hard drive, file server, or other computer backup storage system, or any other written, recorded, computer generated,

1

transcribed, punched, taped, filmed, photographic or graphic matter, however produced or reproduced to which defendant has had access. The term "document" also includes all tangible things, including products, devices, samples or models

B. **"OEHHA"** means the California Office of Environmental Health Hazard Assessment, any committee, subcommittee or advisory committee thereto, and any person, employee or agent acting as a representative thereof.

C. **"Foreign Government Regulatory Authority"** means any agency, committee, subcommittee of any government other than the United States of America, which bears responsibility or exercises authority over the manufacture, distribution, labeling, sale and/or marketing or pharmaceutical products in any jurisdiction, and any employee or agent acting as a representative thereof.

D. **"Monsanto", "Defendant", "You" and "Your"** refers to every corporation or other person or entity upon whom plaintiff serves this set of discovery requests, including Monsanto Company, and also includes every predecessor in interest of each such company, its successor(s) in interest, and every company affiliated with each such company by common ownership or control.

E. **"DPR"** shall mean California's Department of Pesticide Registration, any committee, subcommittee or advisory committee thereto, and any person, employee or agent acting as a representative thereof.

## PROCEDURE

Produce all documents requested in defendant's possession, custody or control. If defendant is unable to produce any document requested, state the location of the document, the

2

name of the person in possession of the document, and why defendant cannot produce it. If defendant has many, but not all, of the documents requested, please advise plaintiff so that she may review what is currently available rather than wait until all of the documents are produced.

**PRIVILEGE SCHEDULE:**

If you withhold any documents, please note the reasons why. Failure to do so may result in the waiver of any right to assert a privilege later. A privilege log shall be provided contemporaneously with document production and should include but not be limited to the following:

    A.    The nature of the privilege asserted;

    B.    The identification of each document with specificity (but without revealing privileged material e.g., date, author, addressee, general nature); and

    C.    The factual basis for claiming the privilege with sufficient particularity to enable the court to rule upon it.

    a.    These requests for production are continuing in nature so as to require you to file amended or supplemental answers if you obtain further or different information or where earlier answers are known to have been incorrect or are rendered incorrect.

    b.    In these requests for production, the following definitions apply: Document includes a writing, drawing, graph, chart, photograph, recording, and other data compilation from which information can be obtained, translated, if necessary, through detection devices into reasonable usable form. "You" means the Defendant, as well any of its current or former employees, officers, contractors, or agents.

## REQUESTS FOR PRODUCTION

**REQUEST 1.** Produce the entire OEHHA correspondence/registration file for glyphosate-containing products manufactured and/or sold by Monsanto, including but not limited to proposed labelling, proposed changed or supplements to labeling, and correspondence to or from OEHHA.

**REQUEST 2.** Produce the entire DPR correspondence/registration file for glyphosate-containing products manufactured and/or sold by Monsanto, including but not limited to proposed labelling, proposed changed or supplements to labeling, and correspondence to or from DPR.

**REQUEST 3.** Produce any and all documentation concerning Monsanto's relationship with Horizon Distributors ("Horizon") between 2009 and 2016; this shall include:

- contracts, sales orders, sales records, invoices, payment records from/with Horizon for this time period

- Email or other written correspondence between Monsanto and Horizon concerning lyphosate-containing products

- Internal memoranda, correspondence, or other documentation concerning Monsanto's Relationship with Horizon

- Sales aids, in whatever form, provided to Horizon Distributors between 2008 and 2016

- Any safety information, warnings, or other documentation concerning health and safety and glyphosate-containing products provided to Horizon Distributors between 2008 and 2016

- Any materials provided by Monsanto to Horizon, from 2005 to 2016, intended to be used in the training of applicators of glyphosate-containing products.

**REQUEST 4.** Produce all written advertisements, whether draft or final, created by Monsanto or at the request of Monsanto, for RangerPro and Roundup, for the years 1989 to present.

**REQUEST 5.** Produce any documents regarding or mentioning Leanna Schoder, Leanna Schroeder, or a similarly-named individual employed by Horizon Distributors.

**REQUEST 6.** Produce the complete custodial file of Steven Gould.

**REQUEST 7.** Produce the entire custodial file of Aimee Hood.

**REQUEST 8.** Produce the entire custodial file of Todd Rands.

**REQUEST 9.** Produce the entire custodial file of Hugh Grant.

**REQUEST 10.** Produce the entire custodial file of Kerry Overton.

**REQUEST 11.** Produce the entire custodial file of Myron Richardson

**REQUEST 12.** Produce the documentation of any contact between Monsanto, the Roundup Health Center, or any other consumer complaint department and:

- Elaine Stevick, Plaintiff
- Christopher Stevick, Plaintiff

**REQUEST 13.** Produce any sales or marketing materials produced by or for Monsanto from 1989 to present concerning the use of glyphosate-containing products by Individuals.

**REQUEST 14.** Produce any sales or marketing materials produced by or for Monsanto from 1989 to present concerning the use of glyphosate-containing products to Costco stores in California.

**REQUEST 15.** Produce any and all promotional or marketing materials, whether actually used or simply in draft form, concerning Monsanto's glyphosate-containing products from 1974 to present. This shall include, but not be limited to:

    a.    Print ads considered for, or actually placed in magazines, newspapers, billboards, or other print media

b.  Recordings, transcripts, storyboards and/or any written/visual manifestation of advertising considered for, or actually placed on radio, television, internet or other video or audio media.

c.  Promotional displays considered for or actually placed in stores, co-ops or other retail locations, including any materials distributed to customers or potential customers.

d.  Any direct mail advertising to retailers or potential retailers of glyphosate-containing products.

e.  Any direct mail advertising to users or potential users of glyphosate-containing products.

f.  Any materials promulgated or contemplated to be promulgated to trade organizations, including but not limited to farming associations, professional landscaping groups, or gardening groups.

**REQUEST 16.** Produce all documentation of any contact between Monsanto and any of Elaine Stevick's treating healthcare providers.

**REQUEST 17.** Produce all warning labels on any Monsanto Roundup product that specifically warns that Roundup, or any of its ingredients, may cause or contribute to causing any cancer, including but not limited to Non-Hodgkin's Lymphoma.

**REQUEST 18.** All documents referenced or relied upon in responding to the Plaintiff's Request for Admission and Interrogatories.

**REQUEST 19.** All documents that support any of the defendant-specific allegations in the Answer, including any and all affirmative defenses asserted.

**REQUEST 20.** All documents that constitute, contain, refer to, or relate to any communications you have any with any governmental or public agencies located in California about Roundup branded products or other Glyphosate products over the past twenty-five (25) years, and continuing through the present.

**REQUEST 21.** All documents obtained by Defendant pursuant to a subpoena duces tecum or medical authorizations in this matter.

**REQUEST 22.** Produce all books, literature, treatises, commentaries, reports, rules regulators, memoranda, publications, or other materials on which you or your experts intend to rely upon at any evidentiary hearing or trial connected with this matter.

**REQUEST 23.** Produce all documents that reflect, refer, or relate to the opinions held by an expert witnesses that you intend to call as expert witnesses at trial in this matter.

**REQUEST 24.** A copy of the Curriculum Vitae for all experts who will be testifying on behalf of the defendant, including a list of all publications authored by the expert.

Dated: October 16, 2018

By: _____
Brian K. Brake, Esq. (Pro Hac Vice)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone: 540-672-4224
Fax: 540-672-3055
bbrake@millerfirmllc.com

*Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

On 10/16/2018, I served via email and first class mail, these First Request for Production to Defendant on :

Joe G. Hollingsworth, Esquire
Eric G. Lasker, Esquire
Sandra Kaczmarczyk, Esquire
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005

Richard Alden Clark, Esquire
Steven Robert Platt, Esquire
Parker Milliken Clark O'hara & Samuelian
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071

_____
Brian K. Brake, Esq. (Pro Hac Vice)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone:  540-672-4224
Fax:  540-672-3055
bbrake@millerfirmllc.com

*Attorney for Plaintiffs*