# Exhibit H

Curtis G. Hoke (State Bar No. 282465)
Brian K. Brake (Pro Hac Vice)
**THE MILLER FIRM, LLC**
108 Railroad Ave.
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
choke@millerfirmllc.com
bbrake@millerfirmllc.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 16-md-02741-VC |
| This document relates to: <br><br> *Elaine Stevick and Christopher Stevick v. Monsanto Co.*, 3:16-cv-02341-VC | |

## PLAINTIFFS SECOND REQUEST FOR PRODUCTION TO DEFENDANT MONSANTO CO.

Pursuant to the Federal Rules of Civil Procedure Rule 33, Plaintiffs request that Defendant Monsanto produce the documents specified below.

## DEFINITIONS

A.   **"Document"** is meant in its broadest sense. It is intended to include the original and/or any copy regardless of origin or location, of any contract, agreement, invoice, book, pamphlet, periodical, letter, memorandum, telegram, report, record, study, handwritten note, map, drawing, working paper, chart, paper, graph, index, tape, data sheet, data processing card, e-mail, electronically stored information such as on computer disk or hard drive, file server, or other computer backup storage system, or any other written, recorded, computer generated,

1

transcribed, punched, taped, filmed, photographic or graphic matter, however produced or reproduced to which defendant has had access. The term "document" also includes all tangible things, including products, devices, samples or models

  B. **"OEHHA"** means the California Office of Environmental Health Hazard Assessment, any committee, subcommittee or advisory committee thereto, and any person, employee or agent acting as a representative thereof.

  C. **"Foreign Government Regulatory Authority"** means any agency, committee, subcommittee of any government other than the United States of America, which bears responsibility or exercises authority over the manufacture, distribution, labeling, sale and/or marketing or pharmaceutical products in any jurisdiction, and any employee or agent acting as a representative thereof.

  D. **"Monsanto", "Defendant", "You" and "Your"** refers to every corporation or other person or entity upon whom plaintiff serves this set of discovery requests, including Monsanto Company, and also includes every predecessor in interest of each such company, its successor(s) in interest, and every company affiliated with each such company by common ownership or control.

  E. **"DPR"** shall mean California's Department of Pesticide Registration, any committee, subcommittee or advisory committee thereto, and any person, employee or agent acting as a representative thereof.

## PROCEDURE

Produce all documents requested in defendant's possession, custody or control. If defendant is unable to produce any document requested, state the location of the document, the

name of the person in possession of the document, and why defendant cannot produce it. If defendant has many, but not all, of the documents requested, please advise plaintiff so that she may review what is currently available rather than wait until all of the documents are produced.

## **PRIVILEGE SCHEDULE:**

If you withhold any documents, please note the reasons why. Failure to do so may result in the waiver of any right to assert a privilege later. A privilege log shall be provided contemporaneously with document production and should include but not be limited to the following:

    A.    The nature of the privilege asserted;

    B.    The identification of each document with specificity (but without revealing privileged material e.g., date, author, addressee, general nature); and

    C.    The factual basis for claiming the privilege with sufficient particularity to enable the court to rule upon it.

    a.    These requests for production are continuing in nature so as to require you to file amended or supplemental answers if you obtain further or different information or where earlier answers are known to have been incorrect or are rendered incorrect.

    b.    In these requests for production, the following definitions apply: Document includes a writing, drawing, graph, chart, photograph, recording, and other data compilation from which information can be obtained, translated, if necessary, through detection devices into reasonable usable form. "You" means the Defendant, as well any of its current or former employees, officers, contractors, or agents.

PLAINTIFFS SECOND REQUEST FOR PRODUCTION TO DEFENDANT MONSANTO CO.

## REQUESTS FOR PRODUCTION

**REQUEST 1.** All documents produced in *Dewayne Johnson v. Monsanto Company*, Superior Court of California, County of San Francisco, case no. CGC-16-550128.

Dated: October 17, 2018

By: 

Brian K. Brake, Esq. (Pro Hac Vice)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone: 540-672-4224
Fax: 540-672-3055
bbrake@millerfirmllc.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

On 10/17/2018, I served via email and first class mail, these Second Request for Production to Defendant on :

Joe G. Hollingsworth, Esquire
Eric G. Lasker, Esquire
Sandra Kaczmarczyk, Esquire
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005

Richard Alden Clark, Esquire
Steven Robert Platt, Esquire
Parker Milliken Clark O'hara & Samuelian
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071

Brian K. Brake, Esq. (Pro Hac Vice)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone: 540-672-4224
Fax: 540-672-3055
bbrake@millerfirmllc.com

*Attorney for Plaintiffs*

5

PLAINTIFFS SECOND REQUEST FOR PRODUCTION TO DEFENDANT MONSANTO CO.