**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639
Email:      jhollingsworth@hollingsworthllp.com
            elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Maryanne T. Hosenfeld on behalf of the Estate of Marvin T. Hosenfeld v. Monsanto Co.*,<br>Case No. 3:18-cv-05301-VC | |

### <u>MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

("Monsanto") makes the following disclosures:

    1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

    2.    Bayer AG is a publicly held corporation.

DATED:  October 23, 2018             Respectfully submitted,

                        /s/ Joe G. Hollingsworth
                        Joe G. Hollingsworth (*pro hac vice*)
                        (jhollingsworth@hollingsworthllp.com)
                        Eric G. Lasker (*pro hac vice*)
                        (elasker@hollingsworthllp.com)
                        HOLLINGSWORTH LLP
                        1350 I Street, N.W.
                        Washington, DC  20005
                        Telephone:  (202) 898-5800
                        Facsimile:  (202) 682-1639

                        *Attorneys for Defendant*
                        *MONSANTO COMPANY*