UNITED STATES COURT of APPEALS
for the NINTH CIRCUIT
Post Office Box 193939
San Francisco , California 94119-3939
415-355-8000




RALPH A. APPLEGATE ,
    PETITIONER ,

vs .

Case : 16-MDL-02741-VC
Case : 3:18-CV-03363-VC
Case: 18-72281

MONSANTO COMPANY,
    RESPONDENT,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA ,
    RESPONDENT

ORDER PROPOSED

Plaintiff Applegate's cause of 7 days consecutive exposure to Roundup and effect of astronomical increase in diagnostic IgM of 8980 is clear and convincing evidence that Roundup causes Waldenstrom Macroglobulinemia and other Non Hodgkins Lymphoma's .

    Basis :
        Cause-and-effect relationship is present whenever one event could not have occurred without a preceding event , in this case 7 days Roundup exposure .

    There is a cause for every effect , and an effect for every cause .There is no such thing as chance , that chance is merely a

term indicating extant causes not recognized or perceived .

Defendant Monsanto still fraudulently concealed (suppressed) in a minimum ,date that defendant removed Polyethoxylated Tallow Amine , and true reason for that removal , from Roundup, from this Court .

Defendant has not responded once to Plaintiff's requests of Defendant attorney firm of Joe Hollingsworth LLC , another example of (suppression).

Defendant Monsanto is found liable to Plaintiff for $15,360,000. in damages .

Basis :

Plaintiff claims accrued medical expense damages of $1,400,000. from February , 2009 to December 31 , 2015 ,7 years .

Plaintiff claims unaccrued minimum medical expense damages of $1,642,500. from January 1, 2016 to December 31, 2024 , 9 years . Plaintiff was on Dr. Furman's " ThRiL " trial in New York which included Thalomid every other day, Revlimid every other day , and Rituximab every 6 months , until December 31, 2015 . Dr. Furman believed it was Revlimid which reduced Plaintiff's IgM . If Plaintiff would need to take Revlimid hereafter at $500. daily , it would cost $182,500. , per year

Plaintiff claims non-economic damages for lost life expectancy of $3,200,000.     p.2

Plaintiff claims three(3) times medical damages of $3,042,500.

or $9,127,500.punitive damages .

Plaintiff claims total damages of $15,360,000.

SO ORDERED

SIGNED : -------------------------------------

HONORABLE JUDGE VINCE CHHABRIA

Respectfully submitted

Signed *Ralph A. Applegate*

Ralph A. Applegate , Plaintiff Pro Se
1544 Zettler Road
Columbus ,Ohio 43227
rapplegate48@gmail.com
914-410-1568

Appellee Attorneys
David P.Strup
Shoemaker ,Loop & Kendrick, L.L.P.
1000 Jackson Street
491-241-9000
Toledo , Ohio 43604
dstrup@slk-law.com

Heather Pigman
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5800
hpigman@hollingswortllp.com

U.S.House Judiciary
Subcommittee on Constitutional
and Civil Justice
Steve King , Iowa
2138 Rayburn Office Building
Washington D.C. ,20515

CERTIFICATE of SERVICE

Petitioner serves this document, ORDER PROPOSED, by regular mail to appellee attorney, Heather Pigman, to Clerk of U.S. District Court, Northern District of California, to Judge Chhabria, to Clerk of 9th Circuit Court of Appeal, and to U.S. House Judiciary Subcommittee on Constitutional and Civil Justice, on October 17, 2018.

Ralph E. Applegate
1547 Zettler Rd
Columbus, Ohio 43227

Clerk
U.S. District Court
Northern Dist. of Cal.
450 Golden Gate Ave
San Francisco, Cal. 94102

COLUMBUS OH 431
15 OCT 2018 PM 4 L

9410 2333 489 C004