1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5             elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10  IN RE: ROUNDUP PRODUCTS          | MDL No. 2741
LIABILITY LITIGATION
11                                   | Case No. 3:16-md-02741-VC

12  This document relates to:

13  *Charles Surls and Diane Surls*
*v. Monsanto Co.*,
14  Case No. 3:18-cv-05306-VC

15  <u>**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**</u>

16        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17  ("Monsanto") makes the following disclosures:

18        1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19        2.      Bayer AG is a publicly held corporation.

20  DATED:  October 23, 2018          Respectfully submitted,

21                                    /s/ Joe G. Hollingsworth
                                     Joe G. Hollingsworth (*pro hac vice*)
22                                    (jhollingsworth@hollingsworthllp.com)
                                     Eric G. Lasker (*pro hac vice*)
23                                    (elasker@hollingsworthllp.com)
                                     HOLLINGSWORTH LLP
24                                    1350 I Street, N.W.
                                     Washington, DC  20005
25                                    Telephone:  (202) 898-5800
                                     Facsimile:   (202) 682-1639
26
                                     *Attorneys for Defendant*
27                                    *MONSANTO COMPANY*

28