**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:     202-847-4005
Email: bstekloff@wilkinsonwalsh.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |

MDL No. 2741

Case No. 3:16-md-02741-VC

This document relates to:

ALL ACTIONS

**NOTICE OF APPEARANCE ON BEHALF OF**
**DEFENDANT MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Brian L. Stekloff, of WILKINSON WALSH +
ESKOVITZ LLP, hereby enters his first appearance in the above-captioned matter as counsel for
defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices,
orders, correspondence, and other papers in connection with this action be served upon him at
the above address.

- 1 -

DATED: October 26, 2018

Respectfully submitted,

/s/ Brian L. Stekloff_____
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

Attorney for Defendant
MONSANTO COMPANY

- 2 -

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
3:16-MD-02741-VC