**WILKINSON WALSH + ESKOVITZ LLP**
Sean Eskovitz (SBN 241877)
11601 Wilshire Blvd.
Suite 600
Los Angeles, CA 90025
Tel:     424-316-4000
Fax:    202-847-4005
Email: seskovitz@wilkinsonwalsh.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | |

**NOTICE OF APPEARANCE ON BEHALF OF**
**DEFENDANT MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Sean Eskovitz, of WILKINSON WALSH + ESKOVITZ LLP, hereby enters his first appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

| | |
|---|---|
| DATED: October 26, 2018 | Respectfully submitted,<br><br>/s/ Sean Eskovitz_____<br>Sean Eskovitz (SBN 241877)<br>(seskovitz@wilkinsonwalsh.com)<br>WILKINSON WALSH + ESKOVITZ LLP<br>11601 Wilshire Blvd.<br>Suite 600<br>Los Angeles, CA 90025<br>Tel:   424-316-4000<br>Fax:   202-847-4005<br><br>Attorney for Defendant<br>MONSANTO COMPANY |