1  **WILKINSON WALSH + ESKOVITZ LLP**
   Rakesh N. Kilaru (*pro hac vice*)
2  2001 M St. NW
   10th Floor
3  Washington, DC 20036
   Tel:    202-847-4046
4  Fax:    202-847-4005
   Email: rkilaru@wilkinsonwalsh.com
5
   *Attorney for Defendant*
6  *MONSANTO COMPANY*

7
8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 IN RE: ROUNDUP PRODUCTS          )   MDL No. 2741
   LIABILITY LITIGATION             )
11                                  )   Case No. 3:16-md-02741-VC
                                    )
12 _____)
                                    )
   This document relates to:        )
13                                  )
   ALL ACTIONS                      )
14 _____)

15
16        **NOTICE OF APPEARANCE ON BEHALF OF**
          **<u>DEFENDANT MONSANTO COMPANY</u>**

17 **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

18     **PLEASE TAKE NOTICE** that Rakesh N. Kilaru, of WILKINSON WALSH +
19
20 ESKOVITZ LLP, hereby enters his first appearance in the above-captioned matter as counsel for
21 defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices,
22 orders, correspondence, and other papers in connection with this action be served upon him at
23 the above address.
24
25
26
27
28

                              - 1 -

         NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
                      3:16-MD-02741-VC

DATED: October 26, 2018

Respectfully submitted,

/s/ Rakesh N. Kilaru_____
Rakesh N. Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4046
Fax:    202-847-4005

Attorney for Defendant
MONSANTO COMPANY

- 2 -

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
3:16-MD-02741-VC