
1  **WILKINSON WALSH + ESKOVITZ LLP**
   Julie B. Rubenstein (*pro hac vice*)
2  2001 M St. NW
   10th Floor
3  Washington, DC 20036
   Tel:    202-847-4027
4  Fax:    202-847-4005
   Email: jrubenstein@wilkinsonwalsh.com
5

6  *Attorney for Defendant*
   *MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                                          )
11  IN RE: ROUNDUP PRODUCTS                  )   MDL No. 2741
    LIABILITY LITIGATION                     )
12                                           )   Case No. 3:16-md-02741-VC
                                             )
13  This document relates to:                )
                                             )
14  ALL ACTIONS                              )
                                             )
15

16              **NOTICE OF APPEARANCE ON BEHALF OF**
                **<u>DEFENDANT MONSANTO COMPANY</u>**
17

18  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

19     **PLEASE TAKE NOTICE** that Julie B. Rubenstein, of WILKINSON WALSH +

20  ESKOVITZ LLP, hereby enters her first appearance in the above-captioned matter as counsel for

21  defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices,

22  orders, correspondence, and other papers in connection with this action be served upon her at the

23  above address.

24

- 1 -

| | |
|---|---|
| 1    DATED: October 26, 2018 | Respectfully submitted, |
| | |
| | /s/ Julie B. Rubenstein_____ |
| | Julie B. Rubenstein (*pro hac vice*) |
| | (jrubenstein@wilkinsonwalsh.com) |
| | WILKINSON WALSH + ESKOVITZ LLP |
| | 2001 M St. NW |
| | 10th Floor |
| | Washington, DC 20036 |
| | Tel:    202-847-4027 |
| | Fax:    202-847-4005 |
| | |
| | Attorney for Defendant |
| | MONSANTO COMPANY |

- 2 -

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
3:16-MD-02741-VC