UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: Stevick et al v. Monsanto Company  3:16-cv-02341-VC | |

**NOTICE OF APPEARANCE**

Tayjes Shah of the Miller Firm, LLC, hereby enters his appearance as counsel for the above captioned Plaintiffs and asks that all future pleadings and papers in this case be served on and directed to the undersigned counsel.

                                                                                             Respectfully,

Dated: 10/26/2018

                                                                     <u>s/ Tayjes Shah</u>
Tayjes Shah, Esq.
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone: 540-672-4224
Fax: 540-672-3055
tshah@millerfirmllc.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on October 26, 2018, this notice was served upon all counsel of record using the ECF filing system.

Dated: 10/26/2018

<u>s/ Tayjes Shah</u>
Tayjes Shah, Esq.
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone: 540-672-4224
Fax: 540-672-3055
tshah@millerfirmllc.com

*Attorney for Plaintiffs*