**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Tel:  213-243-4178
Fax: 213-243-4199
Email: Pamela.Yates@arnoldporter.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | |

**NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Pamela Yates, of Arnold & Porter Kaye Scholer LLP, hereby enters her appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the above address.

-1-
NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
3:16-md-02741-VC

| | | |
|---|---|---|
| 1 | DATED: October 26, 2018 | Respectfully submitted, |
| 2 | | /s/ Pamela Yates |
| 3 | | Pamela Yates (CA Bar No. 137440) |
| 4 | | (Pamela.Yates@arnoldporter.com) |
| | | Arnold & Porter Kaye Scholer LLP |
| 5 | | 777 South Figueroa Street, 44th Floor |
| | | Los Angeles, CA 90017 |
| 6 | | Telephone: 213-243-4178 |
| 7 | | Facsimile: 213-243-4199 |
| 8 | | |
| 9 | | Attorney for Defendant |
| | | MONSANTO COMPANY |

-2-
NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
3:16-md-02741-VC