| | |
|---|---|
| 1 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 2 | William Hoffman (*pro hac vice*) |
|   | 601 Massachusetts Avenue, N.W. |
| 3 | Washington, DC 20001 |
|   | Tel: 202-942-6915 |
| 4 | Fax: 202-942-5999 |
| 5 | Email: William.Hoffman@arnoldporter.com |

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | |

**NOTICE OF APPEARANCE ON BEHALF OF**
**<u>DEFENDANT MONSANTO COMPANY</u>**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that William Hoffman, of Arnold & Porter Kaye Scholer LLP, hereby enters his appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

| | | |
|---|---|---|
| 1 | DATED: October 26, 2018 | Respectfully submitted, |
| 2 | | /s/ William Hoffman |
| 3 | | William Hoffman (*pro hac vice*) |
| 4 | | ([William.Hoffman@arnoldporter.com](William.Hoffman@arnoldporter.com)) |
| | | Arnold & Porter Kaye Scholer LLP |
| 5 | | 601 Massachusetts Avenue, N.W. |
| 6 | | Washington, DC 20001 |
| | | Telephone: 202-942-6915 |
| 7 | | Facsimile: 202-942-5999 |
| 9 | | Attorney for Defendant |
| | | MONSANTO COMPANY |

-2-
NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
3:16-md-02741-VC