**ARNOLD & PORTER KAYE SCHOLER LLP**
Julie du Pont (*pro hac vice*)
250 West 55th Street
New York, NY 10019
Tel: 212-836-8572
Fax: 212-836-6714
Email: Julie.duPont@arnoldporter.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: ALL ACTIONS | |

**NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Julie du Pont, of Arnold & Porter Kaye Scholer LLP, hereby enters her appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the above address.

-1-
NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
3:16-md-02741-VC

| | | |
|---|---|---|
| 1 | DATED: October 26, 2018 | Respectfully submitted, |
| 2 | | /s/ Julie du Pont |
| 3 | | Julie du Pont (*pro hac vice*) |
| 4 | | ([Julie.duPont@arnoldporter.com](mailto:Julie.duPont@arnoldporter.com)) |
| | | Arnold & Porter Kaye Scholer LLP |
| 5 | | 250 West 55th Street |
| 6 | | New York, NY 10019 |
| | | Telephone: 212-836-8572 |
| 7 | | Facsimile: 212-836-6714 |
| 9 | | Attorney for Defendant |
| | | MONSANTO COMPANY |

-2-
NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
3:16-md-02741-VC