UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** October 29, 2018 | **Time:** 2 hours 28 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC | **Case Name:** In re Roundup Products Liability Litigation | |

**Attorney for Plaintiff:** Aimee Wagstaff, Robin Greenwald, Brent Wisner, Michael Baum, Leland Belew, Tesfaye Tsadik, Hunter Lundy, Brian Brake, Mark Burton, Steven Brady, Steven Stein, Nadina Beach, Yvonne Flaherty

**Attorney for Defendant:** Erik Lasker, Kirby Griffis, Brian Stekloff, Pamela Yates

**Deputy Clerk:** Kristen Melen                **Reporter:** Katherine Sullivan

PROCEEDINGS:

Further Case Management Conference - held.

ORDER AFTER HEARING:

Court granted the Weiland stipulation for dismissal and the proposed order will be signed.

A further case management conference as to the Bailey case, 18-cv-5827-VC, is set for November 15, 2018, at 2:00 p.m. The joint case management statement is due November 8, 2018.

A further case management conference as to the MDL case is set for December 5, 2018, at 1:30 p.m. A joint case management statement is due November 30, 2018.

The Court will issue an order outlining the other dates and deadlines discussed in court.