D. Todd Mathews (MO: 52502)
todd@gorijulianlaw.com
Joseph B. Carnduff (MO: 69993)
jcarnduff@gorijulianlaw.com
GORI JULIAN & ASSOCIATES, P.C.
156 N. Main St.
Edwardsville, IL 62025
Tel: (618) 659-9833
Fax: (618) 659-9833

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 02741 |
| THIS DOCUMENT RELATES TO:<br><br>*SHORR v. MONSANTO COMPANY*, 3:18-cv-06491<br><br>*FULLER v. MONSANTO COMPANY*, 4:18-cv-01726 | **NOTICE OF APPEARANCE OF D. TODD MATHEWS ON BEHALF OF PLAINTIFFS** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that D. Todd Mathews of Gori Julian & Associates, P.C., hereby enters an appearance as counsel for Plaintiffs in the above-referenced actions. Please serve said counsel with all pleadings and notices in these actions.

D. Todd Mathews
Gori Julian & Associates, P.C.
156 N. Main St.
Edwardsville, IL 62025
Tel: (618) 659-9833
Fax: (618) 659-9834
Email: todd@gorijulianlaw.com

Dated: October 31, 2018          **GORI JULIAN & ASSOCIATES, P.C.**

*/s/* D. Todd Mathews_____
D. Todd Mathews (MO 52502)
todd@gorijulianlaw.com
Joseph B. Carnduff (MO 69993)
Jcarnduff@gorijulianlaw.com
156 N. Main Street
Edwardsville, IL 62025
Tel: (618) 659-9833
Fax: (618) 659-9834

*Attorneys for Plaintiffs*