UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Phillip Wieland v. Monsanto Co., et al.*, Case No. 3:18-cv-04975-VC | [~~Proposed~~] Order Dismissing Case Without Prejudice |

Pursuant to the parties' October 19, 2018 Revised Stipulation of Voluntary Dismissal Without Prejudice, *Wieland v. Monsanto Company, et al.*, Case No. 3:18-cv-04975-VC is dismissed without prejudice.  The Clerk of Court will close this case.

**SO ORDERED**

__October 31_____, 2018

_____
Hon. Vince Chhabria
United States District Court Judge