Law Offices of
**TESFAYE W. TSADIK**
**ATTORNEY AT LAW**
**1736 FRANKLIN STREET, 9TH FLOOR**
**OAKLAND, CALIFORNIA 94612**

PHONE (510) 839-3922                                                                                                              FAX (510) 444-1704

October 31, 2018

Honorable Vince Chabria
Unites States District Court
San Francisco Courthouse,
Courtroom 4 - 17th Floor
450 Golden Gate Avenue,
San Francisco, CA 94102

      Re:   *In re: Roundup Products Liability Litigation (MDL No. 2741)*
               *Sioum Gebeyehou v. Monsanto, 16-cv-05813*

Dear Honorable Chhabria:

     This correspondence is to provide the Court with the information requested, at its October 29, 2018 Case Management Conference, regarding Plaintiff Mr. Gebeyehou's counsel, trial schedule currently pending at the Superior Court of Santa Cruz County. The case name and case number is as follows: *Sandra Wofford v. Inner Light Ministries*, Case number: 17CV02286.  The case is set for trail calendar on ***02-14-2019***, the date the master calendar is called for assignment of the case to a trial judge and department on the following week starting February 18, 2019. .Santa Cruz Superior Court number for Calendar related matter is: 831-420-2204.

                                                          Respectfully,

                                                          /s/Tesfaye W. Tsadik
                                                          Attorney for Plaintiff
                                                          SIOUM GEBEYEHOU

TT/pt