# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-2741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** Maryanne T. Hosenfeld on behalf of the Estate of Marvin T. Hosenfeld <br><br> v. <br><br> Monsanto Company | Case No. 3:18-cv-05301 |

## ORDER RE STIPULATION OF DISMISSAL

Upon consideration of Plaintiff Maryanne T. Hosenfeld on behalf of the Estate of Marvin T. Hosenfeld's and Defendant Monsanto Company's Stipulation of Dismissal With Prejudice, it is on this __31st__ day of __October__, 2018, hereby:

**ORDERED** that the Stipulation for Dismissal With Prejudice is **GRANTED**; and

**FURTHER ORDERED** that each party shall bear its own costs and attorney's fees.

_____
Hon. Vince Chhabria
Judge, U.S. District Court for the
Northern District of California