UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| Lisa Wiley, et al v. Monsanto Company  3:18-cv-06560-VC | |

## NOTICE OF APPEARANCE

Peter Miller of Miller DellaFera, PLC hereby enters his appearance as counsel for the above captioned Plaintiffs and asks that all future pleadings and papers in this case be served on and directed to the undersigned counsel.

Respectfully,

Dated: 10/31/2018

s/ Peter A. Miller
Peter A. Miller, Esq Miller
DellaFera PLC
3420 Pump Rd., PMB 404
Henrico, VA 23233
Phone: 800-401-6670
Fax: 888-830-1488
pmiller@millerdellafera.org
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on October 31, 2018, this notice was served upon all counsel of record using the ECF filing system.

Dated: 10/31/2018

<u>s/ Peter A. Miller</u>
Peter A. Miller, Esq.
Miller DellaFera, PLC
3420 Pump Rd., PMB 404
Henrico, VA 23233
Tel: 800-401-6670
Fax: 888-830-1488
pmiller@millerdellafera.org

*Attorney for Plaintiffs*
