Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Pedram Esfandiary (SBN: 312569)
pesfandiary@baumhedlund.com
**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Hon. Vince Chhabria |
| THIS DOCUMENT RELATES TO: | |
| *McCall v. Monsanto Company,* Case No. 3:16-cv-05749-VC | **NOTICE OF CHANGE OF ADDRESS FOR BAUM HEDLUND ARISTEI & GOLDMAN, P.C.** |
| *Johansing v. Monsanto Company,* Case No. 3:16-cv-05751-VC | |
| *Means v. Monsanto Company,* Case No. 3:16-cv-05753-VC | |
| *Scheffer v. Monsanto Company,* Case No. 3:16-cv-05660-VC | |
| *Patterson v. Monsanto Company,* Case No. 3:16-cv-05787-VC | |
| *Morris v. Monsanto Company,* Case No. 3:16-cv-06029-VC | |
| *Porath v. Monsanto Company,* Case No. 3:16-cv-05858-VC | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that effective **immediately**, Baum Hedlund Aristei & Goldman,

1  P.C., attorneys for Plaintiffs in this matter, has relocated its Los Angeles office.  Please note our new
2  address as follows:

> Baum Hedlund Aristei & Goldman, P.C.
> 10940 Wilshire Boulevard, 17th Floor
> Los Angeles, CA 90024
> Email: mbaum@baumhedlundlaw.com (Michael L. Baum)
> Email: rbwisner@baumhedlundlaw.com (R. Brent Wisner)
> Email: pesfandiary@baumhedlundlaw.com (Pedram Esfandiary)

There will be **no change** in our telephone number, facsimile number or email addresses.

DATED:  November 1, 2018              Respectfully submitted,

> By:  /s/ R. Brent Wisner
> R. Brent Wisner, Esq. (SBN: 276023)
> rbwisner@baumhedlundlaw.com
> Michael L. Baum, Esq. (SBN: 119511)
> mbaum@baumhedlundlaw.com
> Pedram Esfandiary (SBN: 312569)
> pesfandiary@baumhedlund.com
> BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
> 12100 Wilshire Blvd., Suite 950
> Los Angeles, CA 90025
> Telephone:  (310) 207-3233
> Facsimile:  (310) 820-7444

**CERTIFICATE OF SERVICE**

    I, R. Brent Wisner, hereby certify that, on November 1, 2018, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                      /s/ R. Brent Wisner
                                          R. Brent Wisner