UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 54: UPCOMING DEADLINES** |

At the October 29, 2018, case management conference, the Court established the following upcoming deadlines for materials that should be filed on the MDL docket:

1. By November 2, 2018, the parties will submit a joint discovery letter regarding any unresolved disputes surrounding discovery on Monsanto that need to be addressed by the Court. As stated at the end of the hearing, discovery on Monsanto will close on December 20, 2018.

2. By November 16, 2018, Monsanto will submit a letter brief addressing the order of the Group 1 bellwether cases. The plaintiffs will file a response by November 19, 2018.

3. By November 30, 2018, the parties will submit (1) simultaneous letter briefs on jury selection and whether exposure to news about the litigation against Monsanto should disqualify a prospective juror; and (2) proposed questions for the jury questionnaire.

4. The next case management conference is scheduled for December 5, 2018, at 1:30 p.m. in San Francisco in Courtroom 4 on the 17th floor. The parties will submit a joint case management statement by November 30, 2018.

**IT IS SO ORDERED.**

Date: November 1, 2018

_____
Honorable Vince Chhabria
United States District Court