# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 55:<br>FACT SHEETS FOR PLAINTIFFS WITH<br>LOSS OF CONSORTIUM CLAIMS** |

A plaintiff who only has a loss of consortium claim does not need to complete a Plaintiff Fact Sheet on behalf of him or herself. In a case that involves only a loss of consortium claim, a Plaintiff Fact Sheet should be completed with respect to the individual diagnosed with non-Hodgkin's lymphoma.

**IT IS SO ORDERED.**

Date: November 2, 2018

_____
VINCE CHHABRIA
United States District Judge