RECEIVED
NOV -2 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT of APPEALS
for the NINTH CIRCUIT
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

RALPH A. APPLEGATE,
    PETITIONER,

vs.

Case : 16-MDL-02741-VC
Case : 3:18-CV-03363-VC
Case: 18-72281

MONSANTO COMPANY,
    RESPONDENT,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA,
    RESPONDENT

## AMENDED PROPOSED ORDER

PLAINTIFF APPLEGATE'S CAUSE of SEVEN(7)DAYS of CONSECUTIVE EXPOSURE to ROUNDUP and EFFECT of ASTRONOMICAL INCREASE in DIAGNOSTIC IgM of 8980 WAS a " SUBSTANTIAL FACTOR " in CAUSING HIS HARM , and is PREPONDERANT and CLEAR and CONVINCING EVIDENCE THAT ROUNDUP HAD CAUSED WALDENSTROM MACROGLOBULINEMIA and OTHER NON HODGKINS LYMPHOMA'S .

BASIS:

    Cause and effect relationship is present whenever one event could not have occurred without a preceding event , in this case 7 days Roundup exposure .

p.1

Plaintiff's 7 day consecutive exposure to Roundup places plaintiff substantialy beyond middle of exposure , that being 2 days of that recorded in human epidemiology studies , unless further examination of 8700 plus plaintiff's reveals plaintiff's exposure(s)greater than 7 days to Roundup.

There is a cause for every effect, and an effect for every cause . There is no such thing as chance, that chance is merely a term indicating extant causes not recognized or perceived . There is no evidence , whatsoever , for alternative explanation for effect of Waldenstrom Macroglobulinemia . Waldenstrom Macroglobulinemia is not idiopathic.

Regulatory and public health agencies worldwide have reviewed and rejected claims about carcinogenicity of glyphosate-based herbicides . JUDGE SUZANNE R. BOLANOS ORDER in SUPERIOR COURT of CALIFORNIA ,COUNTY of SAN FRANCISCO. Case No. CGC-16-550128 , JOHNSON vs. MONSANTO, OCTOBER 22, 2018 .

Defendant Monsanto still fraudulently concealed (suppressed) in a minimum , date that defendant removed Ployethoxylated Tallow Amine,and true reason for that removal, form Roundup, from this Court .

Defendant has not responded once to plaintiff's requests to settle of Defendant attorney firm of HollingsworthLLC , another example of (Suppression). Defendant had not filed a Motion For Judgement on Pleadings , had defendant done so, "Conflicts in evidence , and none were stated , few if any answers to plaintiff's pleadings were filed , thus conflicts

p.2

(should have)been resolved against defendant and in favor of plaintiff ; all reasonable inferences to be drawn from evidence are drawn against moving defendant and in favor of plaintiff . We must take a record as we find it .We cannot strike or disregard any evidence favorable to a prevailing party (Plaintiff) merely because it was erroneously received ".

DEFENDANT MONSANTO is FOUND LIABLE to PLAINTIFF for $18,984,000. in DAMAGES .

BASIS :

Plaintiff had claimed estimated accrued medical expense damages of $1,400,000. from May 1, 2009 to December 31 , 2015 , about 7 years , but , that period has now increased to January 11, 2019 , and those 3 added years accrued damages will have to be determined by records .

Plaintiff had estimated that he may live to 2024 , or longer . Plaintiff had claimed estimated unaccrued medical expense damages of $1,642,500.from January 11, 2016 until December 31, 2024, 9 years , and that will have to be revised by changing date of January 11, 2016 to about April 11, 2019 , as that will be an estimated date of when after plaintiff's January 11, 2019 appointment that plaintiff will see James Cancer Center oncologist Beth Christian . Estimated unaccrued damages will be reduced by $46,500. to $1,596,000. because it is for 8 years , 9 months . Plaintiff was on Dr. Furman's " ThRiL " Trial in New York which included Thalomid ,

p.3

every other day, Revlimid every other day, and Rituximab every 6 months, until December 31, 2015. Dr. Furman believed it was Revlimid which reduced plaintiff's IgM. If plaintiff would need to take Revlimid hereafter at $500. per day, it would cost $182,500., per year. Plus other expense !This will need revision.

Plaintiff had claimed estimated past and future non-economic damages for lost life expectancy of $3,200,000. Plaintiff has already lived 4 years beyond his 83RD year, if correct ,expected lifespan .Plaintiff revises his claim to $7,000,000. based on 7 years lost lifespan from 2009 to 2015 at $1,000,000. per year, and a lifespan of 83 years, because plaintiff deserves that money and it does not matter if plaintiff dies in 2024, earlier or later, as plaintiff had estimated. Each plaintiff should be equally reimbursed @ $1,000,000. per year.

Plaintiff revises his 3 times medical damages of three(3) times damages of $3,042,500. to one time, if in California ,or to three(3) times (If in Ohio and in federal Court ?) $2,996,000. or to $8,988,000., in punitive damages.

Therefore, in revision, plaintiff claims total damages of $18,984,000.

    SO ORDERED               SIGNED --------------------------------------------

                                                      HONORABLE
                                                      JUDGE VINCE CHHABRIA

Respectfully submitted

Signed *Ralph A. Applegate*

Ralph A. Applegate , Plaintiff ,Pro Se
1544 Zettler Road
Columbus ,Ohio 43227
rapplegate48@gmail.com
914-410-1568

Appellee Attorneys
David P.Strup
Shoemaker ,Loop & Kendrick, L.L.P.
1000 Jackson Street
491-241-9000
Toledo , Ohio 43604
dstrup@slk-law.com
Heather Pigman
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5800
hpigman@hollingswortllp.com
U.S.House Judiciary
Subcommittee on Constitutional
and Civil Justice
Steve King , Iowa
2138 Rayburn Office Building
Washington D.C. ,20515

CERTIFICATE of SERVICE

Petitioner serves this document , AMENDED PROPOSED ORDER , by regular mail to appellee attorney , Heather Pigman , to Clerk of U.S. District Court , Northern District of California ,to Judge Chhabria , to Clerk of 9th Circuit Court of Appeal , and to U.S. House Judiciary Subcommittee on Constitutional and Civil Justice , on October 30 , 2018 .

p.4

Ralph A. Applegate
1544 Zettler Road
Columbus, Ohio 43227

COLUMBUS OH 431
30 OCT 2018 PM 6 L

USA FOREVER

RECEIVED
NOV -2 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk
U. S. District Court
Northern Dist. of Cal.
450 Golden Gate Ave.
San Francisco, CA. 94102

94102-348999