**ARNOLD & PORTER KAYE SCHOLER LLP**
E. Alex Beroukhim
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: 213.243.4000
Fax: 213.243.4199
Email: alex.beroukhim@arnoldporter.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | |

**NOTICE OF APPEARANCE ON BEHALF**
**OF DEFENDANT MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that E. Alex Beroukhim, of Arnold & Porter Kaye Scholer LLP, hereby enters his appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

1    DATED: November 7, 2018                    Respectfully submitted,

2                                               /s/ E. Alex Beroukhim
                                                E. Alex Beroukhim
3                                               alex.beroukhim@arnoldporter.com
                                                Arnold & Porter Kaye Scholer LLP
4                                               777 South Figueroa Street, 44th Floor
                                                Los Angeles, California  90017
5                                               Telephone: 213.243.4000
                                                Fax:       213.243.4199
6
7                                               Attorney for Defendant
                                                MONSANTO COMPANY
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
3:16-md-02741-VC