**ARIAS, SANGUINETTI, WANG & TORRIJOS, LLP**
Elise R. Sanguinetti, CA Bar No. 191389
Jamie G. Goldstein, CA Bar No. 302479
2200 Powell Street, Suite 740
Emeryville, CA  94608
Telephone:   510-629-4877
Facsimile:   510-291-9742
Email:          elise@aswtlawyers.com
                    jamie@aswtlawyers.com

*Attorneys for Plaintiffs*


**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
Kirby T. Griffis (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   202-898-5800
Facsimile:   202-682-1639
Email:          jhollingsworth@hollingsworthllp.com
                    elasker@hollingsworthllp.com
                    mcalhoun@hollingsworthllp.com

*Attorneys for Defendants Monsanto Company, Wilbur-Ellis Company LLC, and Wilbur-Ellis Feed, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Richard L. Bailey, et al. v. Monsanto Company, et al.*,<br><br>Case No. 3:18-cv-05827-VC | **Stipulation of Voluntary Dismissal Without Prejudice; [Proposed] Order** |

Plaintiffs Richard L. Bailey, Individually and as Representative of the Estate of Kirk Richard Bailey, and Joann Kremer (collectively, "Plaintiffs") and Defendants Monsanto Company ("Monsanto"), Wilbur-Ellis Company LLC, and Wilbur-Ellis Feed, LLC (collectively, the "Wilbur-Ellis Defendants"), by and through their undersigned counsel, stipulate and agree as follows:

WHEREAS Plaintiffs commenced this lawsuit – *Bailey, et al. v. Monsanto Company, et al.*, Case No. CGC-18-569864 – by filing a complaint on September 18, 2018 in the Superior Court of the State of California in and for the County of San Francisco.

WHEREAS Monsanto promptly removed the lawsuit to this Court (before the Wilbur-Ellis Defendants had been served with the summons and complaint).

WHEREAS, Plaintiffs are citizens and residents of the State of Nebraska, and decedent Kirk Richard Bailey was a citizen and resident of the State of Nebraska.

WHEREAS the parties seek to ensure that this lawsuit is litigated in an appropriate jurisdiction, without potential problems regarding lack of personal jurisdiction. ACCORDINGLY, the parties STIPULATE and AGREE as follows:

1. This lawsuit shall be voluntarily dismissed, without prejudice, if the Court issues the accompanying proposed order.

2. Plaintiffs shall be entitled to re-file their claims against Monsanto, within 90 days of the date when the accompanying proposed order is issued by this Court, in the United States District Court for the District of Nebraska or the United States District Court for the Eastern District of Missouri.  Plaintiffs will not re-file their claims against the Wilbur-Ellis Defendants.

3. After Plaintiffs re-file their claims against Monsanto in accordance with the foregoing paragraph, that lawsuit will be transferred to MDL No. 2741 in the Northern District of California pursuant to 28 U.S.C. § 1407.

4. The subsequent filing of Plaintiffs' claims against Monsanto as set forth above will relate back to September 18, 2018, the date on which *Bailey, et al. v. Monsanto Company, et*

*al.* was commenced.

5. The parties retain all rights, arguments, claims, and defenses regarding statute(s) of limitations that existed as of September 18, 2018 for all allegations, claims, and/or causes of action alleged in the Complaint filed in *Bailey, et al. v. Monsanto Company, et al.*

Respectfully submitted,

Dated:  November 12, 2018

**ARIAS, SANGUINETTI, WANG & TORRIJOS, LLP**

By: */s/ Jamie G. Goldstein*
     Jamie G. Goldstein

**HOLLINGSWORTH LLP**

By: */s/ Kirby T. Griffis*
     Kirby T. Griffis