UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |
| This document relates to: <br><br> *Richard L. Bailey, et al. v. Monsanto Company, et al.*, <br><br> Case No. 3:18-cv-05827-VC | [~~Proposed~~] Order Dismissing Case Without Prejudice |

Pursuant to the parties' November 12, 2018 Stipulation of Voluntary Dismissal Without Prejudice, this lawsuit is dismissed without prejudice, with the parties bearing their own costs. The Clerk of Court will close this case.

**SO ORDERED**

November 13, 2018

_____
Hon. Vince Chhabria
United States District Court Judge

[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE
3:16-md-02741-VC & 3:18-cv-05827-VC