**ARNOLD & PORTER KAYE SCHOLER LLP**
Aaron H. Levine (*pro hac vice*)
250 West 55th Street
New York, NY 10019
Tel: 212-836-7586
Fax: 212-836-6585
Email: Aaron.Levine@arnoldporter.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: ALL ACTIONS | |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Aaron H. Levine, of Arnold & Porter Kaye Scholer LLP, hereby enters his appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

| | | |
|---|---|---|
| 1 | DATED: November 13, 2018 | Respectfully submitted, |
| 2 | | /s/ Aaron H. Levine |
| 3 | | Aaron H. Levine (*pro hac vice*) |
| 4 | | (Aaron.Levine@arnoldporter.com) |
| | | Arnold & Porter Kaye Scholer LLP |
| 5 | | 250 West 55th Street |
| 6 | | New York, NY 10019 |
| | | Telephone: 212-836-7586 |
| 7 | | Facsimile: 212-836-6585 |

Attorney for Defendant
MONSANTO COMPANY