UNITED STATES COURT of APPEALS
for the NINTH CIRCUIT
Box 193939
San Francisco, California 94119-3939

FILED
NOV 13 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RALPH A. APPLEGATE,
    PETITIONER,

Versus      Case No. 16-MDL-02741-VC
                 Case No. 3:18-CV-03363-VC
MONSANTO COMPANY,     Case No. 18-72281
    RESPONDENT,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA,
    RESPONDENT,

PLAINTIFF PROPOSES CHARGING PLAINTIFF's, AND

DEFENDANT ATTORNEYS, AND HONORABLE JUDGE

VINCENT CHHABRIA, WITH BAD FAITH



Plaintiff has and further will act in good faith, but, it has been too late in

A. M. this November 6 morning, plaintiff will state plaintiff's reasons

for this card being played later as soon as possible.

   1. Basis for bad faith:
      a. All charges are based on facts about what attorneys

      and Judge Chhabria did, or did not do, that effected subsequent

      rulings.

      b. Judge Vince Chhabria delayed judgment in favor

      of plaintiff based on plaintiff Applegate's cause and effect

      proof, a due process violation. Justice delayed is justice

      denied. No more reasons are available for delay. Fact, if

true, that Judge Chhabria has too many felony charges, to deal with, is no excuse !

c. Monsanto/BayerAG due process is damaged because defendants also have right to due process, and that due process is denied because defendants have right to ruling that defendants have right to order of damages that defendants can pay !

d. Attorneys JHollingsworth LLP and Baum Hedlund LLP have been acting in bad faith because, collectively, these attorneys should have been able to discover, as plaintiff has, that expert Kuzel, knew or reasonably should have known that Revlimid(Lenalidamide) would have helped Dewayne Lee Johnson, by 28 percent at least, and made him live longer, which is more important than damages. Kuzel did not volunteer nor was he asked about Revlimid, by Hollinsworth and Baum attorneys, nor did he answer a question not asked which could have helped reduce Monsanto damages. Maybe Kuzel can be questioned at appeal ?

e. Judge Chhabria also acted in bad faith on this question as he knew or reasonably should have known about Revlimid as plaintiff Applegate advised Judge Chhabria

p.2

about Revlimid in pleadings to educate Judge Chhabria .

Media , earlier in pretrial , suggested that Judge Chhabria ,

et,al, be educated somehow because of alleged complexity

of Roundup problems , and plaintiff Applegate , in good

faith ,frequently tried to help ! Plaintiff advised Judge Chhabria

about fact that Dr. Furman , plaintiff's 2009 to 2015 Oncologist ,

who placed plaintiff only in Furman Revlimid trial named

"ThRiL" , and that plaintiff 's IgM was substantially reduced

by Revlimid . Inter alia .

f. Judge Chhabria ,by conducting pre-trial evidence gathering

only about glyphosate , acted in bad faith , because there was ,

and still is , an ongoing debate about glyphosate .

g. From here plaintiff will be collecting/writing history/

chronology of Roundup!

Respectfully submitted

Signed *Ralph A. Applegate*

Ralph A. Applegate
Plaintiff Pro Se
1544 Zettler Road
Columbus ,Ohio 43227
914-410-1568
rapplegate48@gmail.com

p.3    Defendant Attorneys
David P. Strup
Shoemaker,Loop, & Kendrick , L.L.P.

1000 Jackson Street
Toledo, Ohio 43604

419-321-1306
dstrup@slk-law.com

Heather Pigman
Hollingsworth LLP
1350m I Street NW
Washington DC, 2005
202-898-5800
hpigman@hollingsworthLLP.com
U.S. House Judiciary
Subcommittee on Constitution and
Civil Justice
Steve King , Iowa
2138 Office Building
Washington DC, 20515

CERTIFICATE of SERVICE

Plaintiff/Appellant /Respondent serves this " Plaintff Proposes Charging Plaintiff's , and Defendant Attorneys, and Honorable Judge Vince Chhabria with Bad Faith by regular mail to appellee attorney Heather Pigman , and 9th Circuit Court of Appeals, and Clerk of U.S. District Court , Northern District of California , so as to serve on Judge Chhabria , and on U.S. Subcommittee on Constitution and Civil Justice , not withstanding how to serve on Congressman Steve King , who has failed to acknowledge inquiries to him , on November 8, 2018 .

Ralph C. Applegate
1544 Zettler Road
Columbus, Ohio 43227

Clerk
U.S. District Court
North. Dist. of California
450 Golden Gate Ave.
San Francisco, CA
94102

COLUMBUS OH 431
10 NOV 2018 PM 2 L