**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
David J. Wool (*pro hac vice*)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: 303-376-6360

**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
*john@gomeztrialattorneys.com*
Ahmed S. Diab (SBN 262319)
*adiab@gomeztrialattorneys.com*
Kristen K. Barton (SBN 303228)
*kbarton@gomeztrialattorneys.com*
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL RICHARD GIGLIO, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> MONSANTO COMPANY and JOHN DOES 1-50 <br><br> Defendants. | **Case No. 3:16-cv-05658-VC** <br><br> **PLAINTIFF EMMANUEL RICHARD GIGLIO'S NOTICE OF MOTION AND MOTION FOR TRIAL PREFERENCE AND/OR REMAND IN THE ALTERNATIVE** <br><br> Hearing Date: December 13, 2018 <br> Hearing Time: 10:00am |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **December 13**, at **10:00 a.m.**, or as soon thereafter as this matter may be heard before the Honorable Vince Chhabria of the United States District Court, Northern District of California, San Francisco Courthouse, Courtroom 4, 17th Floor, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff Emmanuel Richard Giglio ("Plaintiff") will and hereby does move this Court for an order giving trial preference to Plaintiff, or in the alternative to remand Plaintiff's case to the Southern District of California for trial.

Plaintiff's motion is based on this notice, the accompanying memorandum of points and authorities, the Declaration of John H. Gomez, Declaration of Emmanuel Richard Giglio and the Declaration of Dr. Charles Redfern, and any additional argument and evidence the Court may consider.

Dated: November 16, 2018     Respectfully submitted,

By: /s/ John H. Gomez
John H. Gomez, Esq.
Ahmed S. Diab, Esq.
Kristen K. Barton, Esq.
**GOMEZ TRIAL ATTORNEYS**
john@thegomezfirm.com
adiab@thegomezfirm.co
kbarton@thegomezfirm.com

By: /s/ Aimee H. Wagstaff
Aimee H. Wagstaff, Esq.
David J. Wool, Esq.
**ANDRUS WAGSTAFF, PC**
Aimee.wagstaff@andruswagstaff.com
David.Wool@andruswagstaff.com

PLAINTIFF'S NOTICE OF MOTION FOR TRIAL PREFERENCE AND/OR REMAND    -1-    CASE NO. 3:16-CV-05658-VC