

**Sharp Memorial Hospital**
7901 Frost St.
San Diego, CA 92123-2788

| | | |
|---|---|---|
| **Patient:** GIGLIO, EMANUEL RICHARD | **Location:** SCMG | |
| **SHC#:** 101-746-983 | **Attending:** Redfern, Charles H | |
| **MRN:** 00-89-47-17 | **Medical Director(s):** C. R. Wixom, M.D., A. E. Mendoza, M.D. | |
| **FIN:** 43589088 | (858) 939-3660 | |
| **DOB/Age/Sex:** 07/27/1952  62 years  Male | | |

## Bone Marrow Report

| Accession Number | Collected Date/Time | Received Date/Time | Pathologist |
|---|---|---|---|
| 02-BM-14-0044678 | 11/03/2014 09:15 PST | 11/03/2014 13:40 PST | Kunda, Anand S |

### Diagnosis
1,2. Bone marrow aspirate, biopsy, and clot section:

POSITIVE FOR INVOLVEMENT BY LARGE B-CELL LYMPHOMA, CONSISTENT WITH RECENT DIAGNOSIS OF DIFFUSE LARGE B-CELL LYMPHOMA
- LYMPHOMA OCCUPIES APPROXIMATELY 60-70% OF THE MARROW SPACE
- POSITIVE FOR: CD20, PAX-5, LAMBDA

OTHER FINDINGS:
- CELLULARITY = 95%
- ADEQUATE IRON STORES
- RESIDUAL APPROPRIATE TRILINEAL HEMATOPOIESIS

FLOW CYTOMETRY INTERPRETATION: POSITIVE FOR SMALL POPULATION OF MONOCLONAL B CELLS

CYTOGENETICS: SENT.

Peripheral blood:

NORMOCYTIC ANEMIA

WHITE CELLS: MATURE IN APPEARANCE


COMMENT:
Please see prior inguinal node biopsy (02-SP-14-42647), for prior diagnosis of "diffuse large B-cell lymphoma."


1.  88305, 88311, 88313 x3, 88342, 88342-59 x3, 88360, 88360-59

---

| | | |
|---|---|---|
| **Sent To:** Redfern, Charles H | **Print Date/Time:** 11/05/2014 05:19<br>**Chart Request ID:** 53967214<br>**Type:** (OSX) Shared Service Patient | Redfern, Charles H<br>3075 Health Center Drive<br>Suite 102<br>San Diego, CA 92123-2773 |

Page 1 of 5

**Copy To:** Redfern, Charles H; Nichols, Clinton R

# Medical Oncology Associates of San Diego

Rajesh Belani,M.D., Jennifer Fisher,M.D., Charles R. Kossman, M.D., Steven E. Kossman, M.D.,
Charles H. Redfern,M.D., Kristen N. Rice, M.D.,Fred Saleh, M.D. APC, Debra C. Branson, FNP-BC
3075 Health Center Dr, Ste 102, San Diego, CA 92123 O:(858)637-7888 F:(858)637-7887
5555 Reservoir Dr, Ste 306, San Diego, CA 92120 O:(619)287-9910 F:(619)287-3526
4060 4th Ave.Ste 440, San Diego, CA 92103 O:(619)582-7888 F:(858)637-7887
230 Prospect Place,Ste 210, Coronado, CA 92118 O:(858)637-7888 F:(858)637-7887
www.oncologysandiego.com

Patient Name: **GIGLIO, EMANUEL R**          Date: **10/23/2018**
Patient Number: **21131**                     Date Of Birth: **7/27/1952**

## Chemotherapy Follow up Visit

**Diagnosis/Problem**
**Primary Diagnosis(es):** Diffuse lymphoma, spleenLymphoma - Non-Hodgkin's (adult) - Stage III CD20=+

### Clinical Summary

Mr. Giglio was diagnosed with diffuse large cell NHL, CD20 + , in October 2014. He presented with probable "B" symptoms - weight loss and night sweats. He also has elevated bilirubin. His bone marrow testing was positive. Thus, stage 4 B DLCL NHL.
- CHOP-R as initial therapy (start Oct 2014 - end Feb 2015, 6 cycles, complete radiologic remission)
- T12 compression fracture (Oct 2016)
- DLCL NHL Recurrence April 2018
- RICE chemotherapy (start May 14 2018) as transplant induction. End June 2018.
- Eval for BMT but had residual disease
- Start R-Gem OX 7/17/18 (salvage therapy for refractory DLCL), stable disease on PET/CT, oxaliplatin dose reduced in Sept 2018, awaiting CAR-T therapy.
- Off R-GemOX as of Oct 10th 2018 (last dose, PET/CT f/u showed progression of diasease).
- Off all therapy (Oct 23 2018)

### Interval History
Mr. Giglio has recurrent DLCL NHL and refractory to 2nd line therapy.

Now on cycle #6 day #14 of R-Gem OX chemthearpy on a q 14day schedule.

He has worsening symptoms of fevers and night sweats. Eating has become difficult. He has mid abdominal pain and posterior neck pain.

Most recent PET/CT showed progression of disease in multiple areas.

He is off all therapy. He does not want to pursue CAR-t therapy at UCSD. He will pursue therapy at OASIS clinic in Mexico.

### Other Medical problems

| Date | ICD-9 | ICD-10 | Problem | Comment | Status |
|---|---|---|---|---|---|
| 6/16/2015 | 244.9 | | Hypothyroidism Nos | | Active |
| 6/16/2015 | 780.50 | | Sleep Disturbance Nos | | Active |

### Past Surgical History
1. Left TKR September 2016 (Dr. Pallia)

### Social History

Patient has a significant other. Ms. Donna Rankin (patient of mine). Patient lives with spouse. In Coronado area.
Denies any illicit drug use.
3 Former Smoker. Cessation Not Discussed

**Primary Occupation:** Home remodeling
Patient has had no occupational exposure.

## Allergies
No Known Drug Allergies

## Medications
Amitiza 24 mcg capsule, levothyroxine 25 mcg tablet, mesna 400 mg tablet, Norco 10 mg-325 mg tablet, oxycodone-acetaminophen 10 mg-325 mg tablet, prochlorperazine maleate 10 mg tablet, Zofran 8 mg tablet, zolpidem 10 mg tablet, ZOLPIDEM 10MG TABLETS

## Review Of Systems
**Constitutional:** Patient reports no weight loss. Patient reports no loss of appetite. Patient reports fatigue. Patient reports night sweats. Patient reports chills.
**Cardiac:** Patient reports no chest pain. .
**Respiratory:** Patient reports no cough. Patient reports no shortness of breath.
**Gastrointestinal:** Patient reports no nausea. Patient reports abdominal pain. Patient reports constipation.
**Genito-Urinary:** Pt reports no pain with urination.
**MusculoSkeletal:** Patient reports joint pain in left knee. Patient reports muscle pain. Back pain. .
**Neurological:** Patient reports minimal loss of sensation in finger tips. Patient reports headache. Cold sensitivity with Oxaliplatin. After 3-4 days can drink cold liquids but can't touch cold objects.
**Psychiatric** : Patient reports no nervousness.
**Hematologic/Lymphatic/Immunologic:** Patient reports lump at base of right neck.

## Patient reported pain
Pain Mild pain

## Treatment Recommendations:
Prescribed Percocet 5/325 opiods

## Vitals
No Vitals have been entered for the visit date.

## Physical Exam
**General:** Well developed, well nourished patient, gentleman. Comes in with friend today. ECOG Performance: 1: Restricted in physically strenuous activity but ambulatory and able to carry out work of a light or sedentary nature, e.g., light house work, office work Atraumatic and normocephalic. there is lymphadenopathy present in the Base of Right Neck
**Cardiovascular:** S1, S2 without murmurs. Heart beat regular.
**Respiratory:** Lungs clear to auscultation. No rales or rhonchi, no added sounds.
**Gastrointestinal:** No splenomegaly. Abdomen is soft, non-tender,
**Hematologic/Lymphatic:** No axillary lymphadenopathy. No groin lymphadenopathy. Right neck lymph node is smaller than previous visit.
**Skin:** No abnormal skin lesions noted.
**Neurologic:** Patient is alert and oriented X3. There are no sensory deficits. Speech is fluent. No hemiplegia. No hemiparesis. Cranial nerves intact. No motor deficits present. Romberg negative

## Labs
Lab results on 10/22/2018: WBC=4.0 K/mcL, RBC=3.95 M/mcL, HGB=11.7 g/dL, HCT=34.1 %, MCV=86 fL, MCH=30 pg, MCHC=34.3 g/dL, RDW=14.8 %, Plat=137 K/mcL, MPV=8.1 fL, Lymph%=22 %, Gran%=57 %, MONO%=19 %, BASO%=2 %, EOS%=1 %, Lymph#=0.9 K/mcL, Gran#=2.3 K/mcL, MONO#=0.8 K/mcL, BASO#=0.1 K/mcL, EOS#=0.0 K/mcL, Sodium=141 mmol/L, Potassium=5.0 mmol/L, Chloride=102 mmol/L, CO2=28 mmol/L, Glucose=111 mg/dL, BUN=18 mg/dL, Creat=1.0 mg/dL, Calcium=9.9 mg/dL, Total Protein=7.2 g/dL, Albumin=4.2 g/dL, Total Bili=0.5 mg/dL, Alk Phos=104 unit/L, AST=39 unit/L, ALT=11 unit/L

## Imaging Results:

| Print? | Date of Doc. | Name | MD Interpretation | Comment |
|---|---|---|---|---|
| ☐ | 10/18/2018 | PETCT LYMPHOMA SUBSEQUENT TREATMENT | | |

## Assessment:
Mr.Giglio was in remission for 3 years for stage 4 B diffuse large cell NHL. Now on R-GemOx as 2nd line therapy for recurrent lymphoma. He has progressive disease . We have reviewed at length in office.

GIGLIO, EMANUEL R DOB: 7/27/1952 (21131)                                                                                                                        Page 2 of 3

His prognosis is less than 6 months

His standard treatment options are very limited . Ibrutinib ?  Revlimid?

He is going to pursue therapy at OASIS clinic in Mexico.

**Recommendation/Plan:**
1. Off current treatments.
2. F/u 1 month to review symptom managment
3. He can call at any time or be seen in office for new issues.

**Fax to:**
KENNETH WARM, MD~(619)435-0150~SO;CAITLIN COSTELLO~(619)543-5472~SO;

Signed By: _C. Redfern_
Charles Redfern MD

## Medical Oncology Associates of San Diego

Rajesh Belani,M.D., Jennifer Fisher,M.D., Charles R. Kossman, M.D., Steven E. Kossman, M.D.,
Charles H. Redfern,M.D., Kristen N. Rice, M.D.,Fred Saleh, M.D. APC, Debra C. Branson, FNP-BC
3075 Health Center Dr, Ste 102, San Diego, CA 92123 O:(858)637-7888 F:(858)637-7887
5555 Reservoir Dr, Ste 306, San Diego, CA 92120 O:(619)287-9910 F:(619)287-3526
4060 4th Ave.Ste 440, San Diego, CA 92103 O:(619)582-7888 F:(858)637-7887
230 Prospect Place,Ste 210, Coronado, CA 92118 O:(858)637-7888 F:(858)637-7887
www.oncologysandiego.com

Patient Name: **GIGLIO, EMANUEL R**        Date: **7/27/2018**
Patient Number: **21131**                  Date Of Birth: **7/27/1952**

# FOLLOW UP

**Diagnosis/Problem**
**Primary Diagnosis(es):** Diffuse lymphoma, spleenLymphoma - Non-Hodgkin's (adult) - Stage III CD20=+

**Clinical Summary**
Mr. Giglio was diagnosed with diffuse large cell NHL, CD20 + , in October 2014. He presented with probable "B" symptoms - weight loss and night sweats. He also has elevated bilirubin. His bone marrow testing was positive. Thus, stage 4 B DLCL NHL.
- CHOP-R as initial therapy (start Oct 2014 - end Feb 2015, 6 cycles, complete radiologic remission)
- T12 compression fracture (Oct 2016)
- DLCL NHL Recurrence April 2018
- RICE chemotherapy (start May 14 2018) as transplant induction. End June 2018.
- Eval for BMT but had residual disease
- Start R-Gem OX 7/17/18

**Interval History**
Mr. Giglio has recurrent DLCL NHL about 3 years from end of treatment.

Now on cycle #1 day #14 of R-Gem OX chemthearpy

Has been seen at UCSD BMT program (Dr. Costello).

Still has headaches and abdominal pain requiring Percocet. No vision changes, trouble swallowing or balance problems.
Needs Ambien for sleep most nights.

**Other Medical problems**

| Date | ICD-9 | ICD-10 | Problem | Comment | Status |
|---|---|---|---|---|---|
| 6/16/2015 | 244.9 | | Hypothyroidism Nos | | Active |
| 6/16/2015 | 780.50 | | Sleep Disturbance Nos | | Active |

**Past Surgical History**
1. Left TKR September 2016 (Dr. Pallia)

**Social History**

Patient has a significant other. Ms. Donna Rankin (patient of mine). Patient lives with spouse. In Coronado area.
Denies any illicit drug use.
3 Former Smoker. Cessation Not Discussed
Primary Occupation: Home remodeling
Patient has had no occupational exposure.

## Allergies
No Known Drug Allergies

## Medications
levothyroxine 25 mcg tablet, mesna 400 mg tablet, Norco 10 mg-325 mg tablet, oxycodone-acetaminophen 10 mg-325 mg tablet, prochlorperazine maleate 10 mg tablet, Zofran 8 mg tablet, ZOLPIDEM 10MG TABLETS

## Review Of Systems
**Constitutional:** Patient reports no weight loss. Patient reports no loss of appetite. Patient reports no night sweats. Patient reports no fever. Patient reports no chills. Patient reports fatigue. Patient reports blurred vision since starting chemo. Patient reports no double vision.
**Ears, Nose, Mouth, Throat:** Patient reports no hoarseness. Patient reports no difficulty swallowing. Patient reports hearing loss.
**Cardiac:** Patient reports no chest pain. .
**Respiratory:** Patient reports no cough. Patient reports no shortness of breath.
**Gastrointestinal:** Patient reports no nausea. Patient reports abdominal pain. Patient reports constipation.
**Genito-Urinary:** Pt reports no pain with urination.
**MusculoSkeletal:** Patient reports joint pain in left knee. Patient reports muscle pain. Back pain. .
**Neurological:** Patient reports minimal loss of sensation in finger tips. Patient reports headache. Cold sensitivity with Oxaliplatin. After 3-4 days can drink cold liquids but can't touch cold objects.
**Psychiatric** : Patient reports no nervousness.
**Hematologic/Lymphatic/Immunologic:** Patient reports lump at base of right neck.

## Patient reported pain
Pain Mild pain

## Treatment Recommendations:
Prescribed Percocet 5/325 opiods

## Vitals
No Vitals have been entered for the visit date.

## Physical Exam
**General:** Well developed, well nourished patient, gentleman. Comes in with friend today. ECOG Performance: 1: Restricted in physically strenuous activity but ambulatory and able to carry out work of a light or sedentary nature, e.g., light house work, office work Atraumatic and normocephalic. . No jaundice or pallor. EOMI, There is no redness/drainage in conjunctiva.
**Ears, Nose,Throat & Neck** 1 palpable cervical LN base of right neck.
**Cardiovascular:** S1, S2 without murmurs. Heart beat regular.
**Respiratory:** Lungs clear to auscultation. No rales or rhonchi, no added sounds.
**Gastrointestinal:** No splenomegaly. Abdomen is soft, non-tender,
**Hematologic/Lymphatic:** No axillary lymphadenopathy. No groin lymphadenopathy. Normal gait and station. No edema.
**Skin:** No abnormal skin lesions noted.
**Neurologic:** Patient is alert and oriented X3. There are no sensory deficits. Speech is fluent. No hemiplegia. No hemiparesis. Cranial nerves intact. No motor deficits present. Romberg negative
**Rectal:** Exam deferred.
**Genito-Urinary:** Exam deferred.

## Labs
Lab results on 7/9/2018: WBC=7.1 K/mcL, RBC=3.70 M/mcL, HGB=11.1 g/dL, HCT=31.5 %, MCV=85 fL, MCH=30 pg, MCHC=35.3 g/dL, RDW=20.8 %, Plat=336 K/mcL, MPV=6.7 fL, Lymph%=15 %, Gran%=71 %, MONO%=13 %, BASO%=1 %, EOS%=1 %, Lymph#=1.0 K/mcL, Gran#=5.1 K/mcL, MONO#=0.9 K/mcL, BASO#=0.0 K/mcL, EOS#=0.1 K/mcL, Sodium=141 mmol/L, Potassium=5.0 mmol/L, Chloride=104 mmol/L, CO2=31 mmol/L, Glucose=118 mg/dL, BUN=20 mg/dL, Creat=1.0 mg/dL, Calcium=10.0 mg/dL, Total Protein=6.8 g/dL, Albumin=4.3 g/dL, Total Bili=0.3 mg/dL, Alk Phos=71 unit/L, AST=23 unit/L, ALT=13 unit/L.

## Imaging Results:

| Print? | Date of Doc. | Name | MD Interpretation | Comment |
|---|---|---|---|---|
| ☐ | 7/6/2018 | PETCT LYMPHOMA SUBSEQUENT TREATMENT | | |
| ☐ | 7/6/2018 | ADDENDUM PET CT LYMPHOMA SUB TREATMENT | | |
| ☐ | 7/10/2018 | PET CT | | |

**Assessment:**
Mr.Giglio was in remission for 3 years for stage 4 B diffuse large cell NHL. Now on RICE chemotherapy as pre transplant induction.

Looks better. Lymphadenopathy improved, 1 residual palpable LN base of right neck posteriorly.    PET/Ct improved.

Chronic headaches

**Recommendation/Plan:**
1. Continue R-GemOx chemotherapy
2. Has standing order for labs prior to chemotherapy
3. See MD/NP/PA monthly during treatment

**Fax to:**
CAITLIN COSTELLO~(858)822-6844~SO;KENNETH WARM, MD~(619)435-0150~SO;

Signed _____
Lisa Obregon, NP-C

Signed By: _____
Charles Redfern MD