**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
*Aimee.wagstaff@andruswagstff.com*
David J. Wool (*pro hac vice*)
*David.Wool@andruswagstaff.com*
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: 303-376-6360

**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
*john@gomeztrialattorneys.com*
Ahmed S. Diab (SBN 262319)
*adiab@gomeztrialattorneys.com*
Kristen K. Barton (SBN 303228)
*kbarton@gomeztrialattorneys.com*
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL RICHARD GIGLIO, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY and JOHN DOES 1-50<br><br>Defendants. | Case No. 3:16-cv-05658-VC<br><br>**DECLARATION OF EMMANUEL RICHARD GIGLIO IN SUPPORT OF PLAINTIFFS MOTION FOR TRIAL PREFERENCE AND/OR REMAND, IN THE ALTERNATIVE** |

I, Emmanuel Richard Giglio, hereby declare:

1. I am the plaintiff Emmanuel Richard Giglio in the instant matter. I have personal knowledge of the facts stated herein, and, if called on to do so, could and would testify competently thereto. I make this declaration in support of Plaintiff's Motion for Trial Preference, or Remand in the Alternative.

DECL. OF EMMANUEL RICHARD GIGLIO IN SUPPORT OF MOTION FOR TRIAL PREFERENCE

CASE NO. 3:16-CV-05658-VC

2. I began using Roundup in approximately 2010-2011 in the business that I owned, Best Turf, a synthetic turf installation company which I began in 2007. In this capacity, I sprayed Roundup regularly, using approximately one gallon every two months. I stopped using Roundup in 2015, and since that time, have had to sell my business for health reasons.

3. In October 2014, I was diagnosed with Stage III Diffuse Large B-Cell Non-Hodgkin's Lymphoma, which upon positive findings in a bone marrow biopsy, was upgraded to Stage IV approximately 2 weeks later. Gomez Decl., Exhibit 1, P. 1 (Redfern medical records produced).

4. I underwent 6 cycles of CHOP-R chemotherapy, which concluded in February 2015. By the conclusion of this treatment, my doctors told me I was cancer free. Gomez Decl., Exhibit 1, P. 2.

5. In March of 2018, I began experiencing flank and kidney pain, which became so intense that I went to the emergency room. Because of my history of cancer, the doctors ran a series of tests. In April of 2018, Dr. Redfern informed me that the lymphoma had returned.

6. After the recurrence of the Lymphoma in April, I underwent two separate chemotherapy treatments. First, from May through June 2018 I was having chemotherapy with R-ICE. In July 2018, my doctors switched me to chemotherapy R-GemOx. I did this second chemotherapy treatment every two weeks from July through October 10, 2018.

7. Following the first chemotherapy, with R-ICE, I was referred to Dr. Caitlin Costello at the Moores Cancer Center at the University of California, San Diego, for evaluation for stem cell bone marrow treatment.

8. My doctors ordered numerous scans to determine whether the cancer growth had slowed enough for me to undergo this stem cell bone marrow treatment with

DECL. OF EMMANUEL R. GIGLIO IN SUPPORT OF MOTION FOR TRIAL PREFERENCE          -1-          CASE NO. 3:16-CV-05658-VC

1  Dr. Costello, however each scan indicated that the cancer was growing, which
2  disqualified me from participating in the stem cell treatment.

3       9.    On October 23, 2018, following the latest PET/CT scan, I met with my
4  oncologist, Dr. Redfern. He informed me that the scan again showed that the cancer
5  was growing. We decided to stop the chemotherapy treatments, and Dr. Redfern
6  informed me that my prognosis is less than 6 months.

7       10.   At this point, I have decided to pursue alternative treatments to attempt to
8  curb the growth of the cancer. While I initially considered treatment in Mexico, it is
9  more likely that I will pursue treatment at an alternative treatment facility in the United
10 States.

13      I declare under penalty of perjury under the laws of the State of California that the
14 above facts are true and correct. Executed November /6, 2018 at San Diego,
15 California.

_____
Emmanuel Richard Giglio

DECL. OF EMMANUEL R. GIGLIO IN    -2-    CASE NO. 3:16-CV-05658-VC
SUPPORT OF MOTION FOR TRIAL
PREFERENCE