**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
*Aimee.wagstaff@andruswagstff.com*
David J. Wool (*pro hac vice*)
*David.Wool@andruswagstaff.com*
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: 303-376-6360

**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
*john@gomeztrialattorneys.com*
Ahmed S. Diab (SBN 262319)
*adiab@gomeztrialattorneys.com*
Kristen K. Barton (SBN 303228)
*kbarton@gomeztrialattorneys.com*
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone:  (619) 237-3490
Facsimile:   (619) 237-3496

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL RICHARD GIGLIO, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY and JOHN DOES 1-50<br><br>Defendants. | Case No. 3:16-cv-05658-VC<br><br>**DECLARATION OF DR. CHARLES REDFERN IN SUPPORT OF PLAINTIFFS MOTION FOR TRIAL PREFERENCE AND/OR REMAND, IN THE ALTERNATIVE** |

///

///

DECL. IN SUPPORT OF MTN FOR TRIAL
PREFERENCE AND/OR REMAND

Case No. 3:16-cv-05658-VC

I, Charles Redfern, MD., hereby declare:

1. I am the treating oncologist of Plaintiff Emmanuel Richard Giglio in the instant matter. I have personal knowledge of the facts stated herein, and, if called on to do so, could and would testify competently thereto. I make this declaration in support of Plaintiff's Motion for Trial Preference and/or Remand, in the Alternative.

2. I am a medical doctor with a specialty in Medical Oncology. I graduated from Johns Hopkins University School of Medicine in 1991. I completed an Internal Medicine residency at Johns Hopkins Hospital in 1994 and a fellowship in Medical Oncology at University of California, San Francisco in 1997. I am board certified by the American Board of Internal Medicine in both Internal Medicine and Medical Oncology.

3. I am currently an attending physician at Oncology Associates of San Diego, a Clinical Investigator at Sharp Oncology, and serve as the Medical Director at Laurel Amtower Cancer Institute and Neuro Oncology Center.

4. Richard Emmanuel Giglio became my patient in October of 2014 through my practice at the Oncology Associates of San Diego. He presented with a rapid onset of symptoms including weight loss and left flank pain, among other issues. The differential diagnosis included lymphoma.

5. Following a biopsy in October 2014, I diagnosed Mr. Giglio with Stage III Diffuse Large B-Cell Non-Hodgkin's Lymphoma, which upon positive findings in a bone marrow biopsy, was upgraded to Stage IV approximately 2 weeks later. Exhibit 1, P. 53-58 (Redfern medical records produced).

6. I prescribed, and Mr. Giglio underwent, 6 cycles of CHOP-R chemotherapy which concluded in February 2015. By April of 2015, CT scans showed no evidence of disease (complete remission).

7. In March of 2018, Mr. Giglio presented again with flank and kidney pain, which became so intense that he went to the emergency room. Because of his history of

1  cancer, I ordered a CT scan which showed enlarged lymph nodes. I then ordered a
2  biopsy of the lymph node which showed a recurrence of the Diffuse Large Cell
3  Lymphoma. In April of 2018, following these tests, I informed Mr. Giglio that the
4  Lymphoma had returned.

5       8.   Following Mr. Giglio's recurrence, I prescribed two separate chemotherapy
6  treatments. First, from May through June 2018, I prescribed, and Mr. Giglio underwent
7  chemotherapy with R-ICE. This treatment regimen was unsuccessful.

8       9.   In July 2018, I switched the chemotherapy to Rituxan / Gemcitabine /
9  Oxalipaltin, which continued every two weeks through October 10, 2018. He was
10 referred to the UCSD Bone Marrow Transplant Center for consideration of Bone
11 Marrow Transplant and / or CAR-T therapy.

12      10.  On October 23, 2018, following a PET/CT scan, I met with Mr. Giglio.
13 We discussed the results of the scan which showed that the cancer was still growing.
14 We decided to stop the chemotherapy treatments, and I informed Mr. Giglio that his
15 prognosis was less than 6 months.

16      11.  It is my medical opinion, based on my knowledge, training, expertise and
17 experience, expressed with a reasonable degree of medical certainty, that Mr. Giglio has
18 substantially less than 6 months left to live as a result of the recurrence of his Stage IV
19 Diffuse Large B-Cell Non-Hodgkin's Lymphoma.

21      I declare under penalty of perjury under the laws of the State of California that the
22 above facts are true and correct. Executed November 15, 2018 at San Diego,
23 California.

Charles H. Redfern, MD.

DECL. IN SUPPORT OF MTN FOR TRIAL   -2-   Case No. 3:16-cv-05658-VC
PREFERENCE AND/OR REMAND