1   **ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
2   *Aimee.wagstaff@andruswagstff.com*
David J. Wool (*pro hac vice*)
3   *David.Wool@andruswagstaff.com*
7171 W. Alaska Drive
4   Lakewood, Colorado 80226
Telephone: 303-376-6360

5   **GOMEZ TRIAL ATTORNEYS**
6   John H. Gomez (SBN 171485)
*john@gomeztrialattorneys.com*
7   Ahmed S. Diab (SBN 262319)
*adiab@gomeztrialattorneys.com*
8   Kristen K. Barton (SBN 303228)
*kbarton@gomeztrialattorneys.com*
9   655 West Broadway, Suite 1700
San Diego, California 92101
10  Telephone:   (619) 237-3490
Facsimile:   (619) 237-3496

11
Attorneys for Plaintiffs
12

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15  EMMANUEL RICHARD GIGLIO, an          ) **Case No. Case No. 3:16-cv-05658-VC**
Individual,                          )
16                                       )
                                     )
17                    Plaintiff,         ) **DECLARATION OF JOHN H. GOMEZ**
                                     ) **IN SUPPORT OF PLAINTIFFS**
18  v.                                   ) **MOTION FOR TRIAL PREFERENCE**
                                     ) **AND/OR REMAND, IN THE**
19  MONSANTO COMPANY and JOHN           ) **ALTERNATIVE**
    DOES 1-50                            )
20                                       )
                                     )
21                    Defendants.        )
                                     )
22                                       )
                                     )
23                                       )

24  I, John H. Gomez, Esq., hereby declare:

25         1.     I am counsel of record for Plaintiff Emmanuel Richard Giglio.  I am a

26  member in good standing with the State Bar of California and the Unites States District

27  Court for the Northern and Southern Districts of California.  I have personal knowledge

28  of the facts stated herein, and, if called on to do so, could and would testify competently

DECL. OF JOHN H. GOMEZ IN SUPPORT OF                    CASE NO. 3:16-CV-05658-VC
MOTION FOR TRIAL PREFERENCE

Case 3:16-md-02741-VC   Document 2185-5   Filed 11/16/18   Page 2 of 3

1   thereto.  I make this declaration in support of Plaintiff's Motion to for Trial Preference, 2 or Remand in the Alternative.

3       2.      I respectfully submit that Plaintiff Emmanuel Richard Giglio should be 4 given consideration for a preferential trial setting because the recurrence of his cancer 5 raises substantial medical doubt that he will survive beyond six months, as supported by 6 the accompanying, clear and convincing medical documentation.  In the alternative, and 7 if the court cannot accommodate a preferential trial setting but is inclined to agree that 8 Mr. Giglio should receive one, I respectfully request that the court consider remand to 9 the Southern District of California for purposes of an expedited trial.

10      3.      I personally spoke with Mr. Giglio's primary Oncologist, Dr. Charles 11 Redfern, regarding Mr. Giglio's medical history and past treatments for recurrent 12 Diffuse Large B-Cell Non-Hodgkin's Lymphoma.    Additionally, I reviewed Mr. 13 Giglio's medical records. Based upon my discussions with Dr. Redfern, and a review of 14 his records, I am informed and believe that Mr. Giglio has recurrent Diffuse Large B-15 Cell Non-Hodgkin's Lymphoma, and his prognosis for survival has been estimated at 16 substantially less than six months.

17      4.      In October 2014, Mr. Giglio was diagnosed with Stage III Diffuse Large B-18 Cell Non-Hodgkin's Lymphoma, which upon positive findings in a bone marrow 19 biopsy, was upgraded to Stage IV approximately 2 weeks later. Exhibit 1, P. 1 (Redfern 20 medical records produced).

21      5.      Mr. Giglio underwent 6 cycles of CHOP-R chemotherapy, which 22 concluded in February 2015.   By the conclusion of this treatment, Mr. Giglio 23 experienced a complete radiologic remission.  Exhibit 1, P. 2.

24      6.      In March of 2018, Mr. Giglio began experiencing flank and kidney pain. 25 In April of 2018, he was informed by his oncologist, Dr. Charles Redfern, that the 26 lymphoma had returned.   He again underwent chemotherapy treatment, this time with 27 R-ICE from May 2018 through June 2018, which was then changed to R-GemOx 28 chemotherapy in July of 2018. Exhibit 1, P. 2-7 (Med Onc. Records).

DECL. OF JOHN H. GOMEZ IN SUPPORT      -1-           CASE NO. 3:16-CV-05658-VC
OF MOTION FOR TRIAL PREFERENCE

1    7.    On October 23, 2018, Mr. Giglio was been informed by his primary

2  oncologist, Dr. Charles Redfern, that his prognosis is substantially less than 6 months.

3  Exhibit 1, P. 4-5.

4

5

6    I declare under penalty of perjury under the laws of the State of California that the

7  above facts are true and correct.  Executed November 15, 2018 at San Diego, California.

8

9

10

11

12    John H. Gomez
     Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF JOHN H. GOMEZ IN SUPPORT    -2-    CASE NO. 3:16-CV-05658-VC
OF MOTION FOR TRIAL PREFERENCE