**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMMANUEL RICHARD GIGLIO, an Individual,<br><br>   Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY and JOHN DOES 1-50<br><br>   Defendants. | Case No. 3:16-cv-05658-VC<br><br>**[PROPOSED] ORDER RE PLAINTIFFS MOTION FOR TRIAL PREFERENCE AND/OR REMAND, IN THE ALTERNATIVE** |

Pending before the Court is Plaintiff's Motion for Trial Preference and/or Remand, in the Alternative. Good cause appearing, Plaintiffs' Motion is hereby GRANTED.

_____   Plaintiff's trial is set for _____; OR

_____   Plaintiff's case shall be remanded to the United States District Court - Southern District of California for further proceedings.

_____
JUDGE OF THE DISTRICT COURT