**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:    202-898-5800
Fax:   202-682-1639
Email: jhollingsworth@hollingsworthllp.com
           elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | |

**MONSANTO COMPANY'S POSITION REGARDING**
**<u>ORDER OF GROUP 1 CASES FOR FIRST MDL TRIAL</u>**

The parties have been diligently pursuing fact discovery, but have not yet completed discovery in the three cases eligible for trial in February.  In particular, in both the *Stevick* and *Gabeyehou* cases, despite both parties' diligent efforts to schedule the depositions of the treating doctors in those cases, discovery will likely need to continue past the November 20, 2018 deadline for fact discovery due to the unavailability of some of the treating doctors prior to the November 20, 2018 deadline.  The status of discovery in each of the three cases is as follows:

- In *Hardeman*, depositions of the plaintiff and the relevant treating physicians are complete.

- In *Stevick*, depositions of the plaintiffs are complete, and depositions of the treating doctors are scheduled for December 6 and 12.

- In *Gebeyehou*, the deposition of the plaintiff is complete, two treating physician depositions are scheduled for November 19, and one deposition is still being scheduled.

1
MONSANTO COMPANY'S POSITION RE ORDER OF GROUP 1 CASES FOR FIRST MDL TRIAL
3:16-md-02741-VC

Despite that fact that fact discovery is incomplete in *Stevick* and *Gabeyehou,* Monsanto has no objection to the request made by Plaintiffs' counsel at the last CMC that *Hardeman* be the case selected for trial in February.

DATED: November 16, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY