**THE MILLER FIRM, LLC**
Michael J. Miller (Pro Hac Vice)
Brian K. Brake (Pro Hac Vice)
108 Railroad Ave.
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
mmiller@millerfirmllc.com
bbrake@millerfirmllc.com

**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (646) 293-4921
rgreenwald@weitzlux.com

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
Aimee.wagstaff@andruswagstaff.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 16-md-02741-VC |

**PLAINTIFFS' RESPONSE TO MONSANTO COMPANY'S POSITION**
<u>**REGARDING ORDER OF GROUP 1 CASES FOR FIRST MDL TRIAL**</u>

On November 1, 2018, the Court ordered Monsanto to submit a letter brief addressing the order of Group 1 Bellwether cases by November 16, 2018. On November 16, 2018 Monsanto

1

Company filed its position regarding the order of Group 1 cases for the first MDL trial. In that filing, Defendant did not object to Plaintiffs' suggestion, initially laid out in the 10/22/2018 case management statement, that the Hardeman case be selected for trial in February.

Accordingly, the Plaintiffs recommend, and the defendants have no objection to, the Hardeman case being selected as the case to set for trial in February

Accordingly, Plaintiffs move the court to Order that the Hardeman case be tried in February.

Dated: November 19, 2018                By:  /s/ Brian K. Brake_____
                                             Brian K. Brake, Esq. (Pro Hac Vice)
                                             The Miller Firm LLC
                                             108 Railroad Avenue
                                             Orange, VA 22960
                                             Phone: 540-672-4224
                                             Fax: 540-672-3055
                                             bbrake@millerfirmllc.com


                                        By: /s/ Robin L. Greenwald_____
                                             Robin L. Greenwald
                                             700 Broadway
                                             New York, NY 10003
                                             Tel: (212) 558-5802
                                             Fax: (646) 293-4921
                                             rgreenwald@weitzlux.com


                                        By: /s/ Aimee H. Wagstaff_____
                                             Aimee H. Wagstaff (SBN 278480)
                                             7171 W. Alaska Drive
                                             Lakewood, CO 80226
                                             Tel: (303) 376-6360
                                             Fax: (303) 376-6361
                                             Aimee.wagstaff@andruswagstaff.com

PLAINTIFFS' RESPONSE TO MONSANTO COMPANY'S POSITION REGARDING ORDER OF GROUP 1 CASES FOR FIRST MDL TRIAL

# **CERTIFICATE OF SERVICE**

I hereby certify that, on this 19th day of November 2018, the foregoing Plaintiffs' Response to Monsanto Company's Position Regarding Order of Group 1 Cases for First MDL Trial was served by electronic and first-class mail upon the following counsel for Defendant:

Joe G. Hollingsworth, Esquire
Eric G. Lasker, Esquire
Kirby Griffis, Esquire
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005

      /s/ Brian K. Brake_____
Brian K. Brake, Esq. (Pro Hac Vice)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone:  540-672-4224
Fax:  540-672-3055
bbrake@millerfirmllc.com

*Attorney for Plaintiffs*