UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 56:<br>BELLWETHER TRIAL SELECTION** |

In light of the parties' agreement, the Court selects *Hardeman v. Monsanto*, Case No. 3:16-cv-00525-VC, for the first bellwether trial. The other two Group 1 cases must still proceed in accordance with the schedule outlined in Pretrial Order 53, and both must be ready for trial by February 25, 2019, in the event the *Hardeman* case does not go to trial.[1]

**IT IS SO ORDERED.**

Date: November 20, 2018

VINCE CHHABRIA
United States District Judge

---

[1] Those cases are *Stevick v. Monsanto Co.*, Case No. 3:16-cv-02341, and *Gebeyehou v. Monsanto Co.*, 3:16-cv-05813.