RECEIVED
NOV 27 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES COURT of APPEALS
for the NINTH CIRCUIT
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

RALPH A. APPLEGATE,
    PETITIONER,

vs.

Case : 16-MDL-02741-VC
Case : 3:18-CV-03363-VC
Case: 18-72281

MONSANTO COMPANY,
    RESPONDENT,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA,
    RESPONDENT

## EFFICIENCY of PROCESS

MDL judges are charged with difficult task of finding ways of broadly resolving issues to avoid time and exposure of case by case resolutions. Air Crash Disaster@Sioux City Iowa, 734 F.Supp. 1425, 1433(N.D. 111,1990). Honorable Judge Vince Chhabria has already been advised of a way previously by plaintiff Applegate, but plaintiff had not known that MDL judges were charged by law to do that. Plaintiff has even helped by preparing a chart of questions to be asked and answered.

Respectfully submitted
Signed *Ralph A. Applegate*
Ralph A. Applegate, Plaintiff, Pro Se

p.1

1544 Zettler Road
Columbus ,Ohio 43227
rapplegate48@gmail.com
914-410-1568

Appellee Attorneys
David P.Strup
Shoemaker ,Loop & Kendrick, L.L.P.
1000 Jackson Street
491-241-9000
Toledo , Ohio 43604
dstrup@slk-law.com

Heather Pigman
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5800
hpigman@hollingswortllp.com

U.S.House Judiciary
Subcommittee on Constitutional
and Civil Justice
Steve King , Iowa
2138 Rayburn Office Building
Washington D.C. ,20515

## CERTIFICATE of SERVICE

Petitioner serves this document ,EFFICIENCY of PROCESS, by regular mail to appellee attorney , Heather Pigman , to Clerk of U.S. District Court , Northern District of California ,to Judge Chhabria , to Clerk of 9th Circuit Court of Appeal , and to U.S. House Judiciary Subcommittee on Constitutional and Civil Justice , on November 26, 2018 .

p.2

Ralph A. Applegate
1544 Bottle Road
Columbus, Ohio 43227

COLUMBUS OH 431
24 NOV 2018 PM 2 L

94102-348999

Clerk
U.S. District Court
North. Dist. of California
450 Golden Gate Ave.
San Francisco, Cal. 94102

Illinois 1818