## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-2741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** | |
| Terry L. Jones and David Jones, | Case No. 3:17-cv-4900 |
| v. | |
| Monsanto Company | |

## <u>ORDER RE STIPULATION OF DISMISSAL</u>

Upon consideration of Plaintiffs Terry L. Jones and David Jones' and Defendant

Monsanto Company's Stipulation of Dismissal With Prejudice, it is on this _29th_ day of

_November_____, 2018, hereby:

**ORDERED** that the Stipulation for Dismissal With Prejudice is **GRANTED**; and

**FURTHER ORDERED** that each party shall bear its own costs and attorney's fees.

Hon. Vince Chhabria
Judge, U.S. District Court for the
Northern District of California