UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-2741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** Cindy S. Winters on behalf of the Estate of James A. Winters<br><br>v.<br><br>Monsanto Company | Case No. 3:18-cv-542 |

## ORDER RE STIPULATION OF DISMISSAL

Upon consideration of Plaintiff Cindy S. Winters on behalf of the Estate of James A. Winters' and Defendant Monsanto Company's Stipulation of Dismissal With Prejudice, it is on this __29th__ day of __November__, 2018, hereby:

**ORDERED** that the Stipulation for Dismissal With Prejudice is **GRANTED**; and

**FURTHER ORDERED** that each party shall bear its own costs and attorney's fees.

_____
Hon. Vince Chhabria
Judge, U.S. District Court for the
Northern District of California