

**Aimee H. Wagstaff, Esq.**
*Licensed in Colorado and California*
Aimee.Wagstaff@AndrusWagstaff.com

7171 W. Alaska Drive
Lakewood, CO 80226
Office: (303) 376-6360
Fax: (303) 376-63614
Website: www.AndrusWagstaff.com

**November 30, 2018**

**FILED VIA ECF**
Honorable Vince Chhabria
United States District Court,
Northern District of California

RE: Case No: 3:16-md-02741-VC, In re Roundup Products Liability Litigation

To the Honorable Vince Chhabria:

The Parties have reached an impasse with respect to a discovery dispute, and this letter is filed pursuant to paragraph 15 of the Court's Standing Order for Civil Cases Before Judge Vince Chhabria.

**GROUP 1 Expert Discovery**

Group 1 expert discovery must be completed by December 20, 2018. *See,* Pretrial Order No. 53 (ECF Docket No. 1926). Even so, Monsanto refuses to provide deposition availability for almost 50% of its experts prior to the December 20, 2018 deadline. Remarkably, for one expert, Monsanto provided availability only *after* the commencement of Daubert briefing. In support of its refusal, Monsanto's attorneys cite Pretrial Order No. 7, Para III.C.2. However, as clearly set forth in the first paragraph of Pretrial Order No. 7, that deposition protocol related only to the general-causation phase, a phase far in our rear view mirror. What's more, as of today, only fourteen (14) business days remain to conduct eighteen (18) expert depositions of Monsanto's Group 1 case specific experts, plus produce Plaintiffs' Group 1 experts[1].

Group 1 Plaintiffs respectfully request the Court Order Monsanto to provide availability for their Group 1 experts within the Pretrial Order 53 deadlines, or allow Plaintiffs to unilaterally notice the depositions.

Dated: November 30, 2018                        Respectfully submitted,

                                                /s/ Aimee H. Wagstaff
                                                Aimee H. Wagstaff, Esq.
                                                /s/ Michael Miller
                                                Michael Miller, Esq.
                                                /s/ Robin Greenwald
                                                Robin Greenwald, Esq.

---

[1] Group 1 Plaintiffs designated Dr. Benbrook and offered December 4, 2018 for deposition. Later, Plaintiffs also offered December 3, 2018. Monsanto countered, requesting December 21 or 28, 2018. Of those two days requested by Monsanto, Dr. Benbrook was only available on December 28 2018, so Plaintiffs reluctantly agreed to Monsanto's counter.