IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Arnold Borreson v. Monsanto Company* <br><br> **Case No.** 3:18-cv-07146-VC | **Master File No. 3:16-MD-02741-VC** <br> **MDL No. 2741** <br><br><br> **VINCE CHHABRIA** <br> **U.S. DISTRICT JUDGE** |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Ken Moll, of the firm Moll Law Group, hereby enters his appearance in the above-captioned matter as counsel for plaintiff, ARNOLD BORRESON, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: November 30, 2018

                                                       Respectfully submitted,

                                                       */s/ Ken Moll*
                                                       Ken Moll
                                                       kmoll@molllawgroup.com
                                                       MOLL LAW GROUP
                                                       22 W. Washington Street
                                                       15th Floor
                                                       Chicago, IL, 60602
                                                       T 312.462.1700
                                                       F 312.756.0045
                                                       **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

    I hereby certify that on November 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL

<em>/s/ Ken Moll</em>