UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 57: EXPERT DEPOSITION DISCOVERY DISPUTE** |

The plaintiffs may depose Monsanto's expert witnesses before Monsanto has finished deposing the plaintiffs' expert witnesses in the same area.

**IT IS SO ORDERED.**

Date: November 30, 2018

_____

VINCE CHHABRIA
United States District Judge