# EXHIBIT A

## JUROR QUESTIONNAIRE

Please complete this form completely and truthfully, and do not discuss your answers with anyone.  The Court requests this information solely to save your time and assist in selecting jurors for a trial. This information will not be used for any other purpose.

YOU ARE UNDER OATH AND ARE REQUIRED TO ANSWER THE QUESTIONS TRUTHFULLY. YOUR ANSWERS MUST BE COMPLETE AND ACCURATE, UNDER PENALTY OF PERJURY.

Some questions may request answers that are very personal, private or sensitive.  If so, please write down that you would like to discuss your answer with the Court privately.

Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" (for "not applicable"). If you do not understand the question or do not know the answer, please write that response in the space provided for the answer. If you need more space for your response, or wish to make further comments about any question, please use the extra sheet attached to the back of the questionnaire; do not write on the back of any page. If you use the explanation sheets, please be sure to indicate which numbered question you are answering.

Do not speak, text, or otherwise communicate with family, friends, or anyone else until the Court releases you from the jury selection process. Do not read anything about the case or listen to any news about it.  In addition, do not do any research about the case, the parties, the attorneys, or the issues by any means, including, through your cell phone, email, text messaging, or on Twitter, any blog or website, through any internet chat room, or by way of any posting or other use of any social networking websites including, but not limited to, Facebook, Instagram, LinkedIn, and YouTube.

**Part I**

1. Name: _____
             Last Name                    First Name                 Middle Name

2. Do you have any trouble understanding or communicating in English?
   Yes____ No ____
   If Yes, please explain:
   _____
   _____

3. The trial in this case will begin February 25 and will last approximately 4 weeks, at which point the jury will begin deliberating. Trial begins each day at 8:30 a.m. and finishes between 2:00 and 2:30 p.m. Trial will not take place on Thursdays. Do you have any serious scheduling or logistical issues that prevent you from serving as a juror in this case (such as prepaid travel plans, medical issues, financial concerns, or family responsibilities)? Keep in mind, if you are unable to serve in this trial, you could be placed on a much longer trial later this year.
   Yes____ No ____
   If Yes, please explain:
   _____
   _____

4. Do you have a serious hardship—such as a serious financial problem or childcare problem—that would prevent you from serving on this jury if you are selected?
   Yes____ No ____
   If yes, please describe those hardships. _____
   _____

# Part II

1. Date of Birth: _____ Age: ____ Gender: _____ Male _____ Female

2. What city and neighborhood do you live in? _____

3. Do you own or rent your place of residence? _____ Own _____ Rent _____ Other

4. What is the HIGHEST LEVEL of education you have completed?

   _____ Some High School          _____ 2-year College Degree
   _____ High School Diploma/GED  _____ 4-year College Degree
   _____ Tech/Trade School Graduate  _____ Post-College Degree

   If you have a college degree, please list the name of the college/ university, your degree, and the major area of study.
   _____

5. What is your current employment status? (Check all that apply)

| | | | |
|---|---|---|---|
| _____ | Employed Full-Time | _____ | Disabled |
| _____ | Employed Part-Time | _____ | Homemaker |
| _____ | Unemployed | _____ | Retired |
| _____ | Student | _____ | Other |

6. Please list all the jobs you have had in the past five years, starting with <u>the most recent job</u>.

<u>Job Description</u>　　　　　　　　<u>Employer</u>　　　　　<u>Years Employed</u>

_____

_____

_____

_____

7. If applicable, what is the occupation of your spouse or significant other and who is his/her employer?
_____

8. Do you, a family member, or anyone close to you have any training. experience or expertise in the following areas? Please check all that apply.

\_\_\_\_ Law or the Court System　　\_\_\_\_ Agriculture　　\_\_\_\_ Chemistry
\_\_\_\_ Medicine/Healthcare

If "yes" to any of the above, please describe: _____

_____

## Part III

1. Have you or has anyone close to you ever had cancer?
\_\_\_\_ Yes, I have　　\_\_\_\_ Yes, someone close to me has　　\_\_\_\_ No

If "yes"
(1) Who is the person? _____

(2) What type of cancer was it? _____

(3) What is the current status? _____

(4) Do you believe you could be an impartial juror in a trial where one party has cancer and is alleging it was caused by the other party?

Yes\_\_\_\_\_No \_\_\_\_\_
If No, please explain:

_____
_____

2.      Have you ever heard of Monsanto?

        Yes____No_____
        If Yes, what is the first thing that comes to mind when you think of Monsanto?
        _____
        _____

3.      Before today, have you heard, read or seen any news reports concerning Monsanto?

        Yes____No___
        If Yes, please explain:
        _____
        _____

4.      Have you heard or read anything about a recent trial in San Francisco involving Monsanto?

        Yes____No___
        If yes,

        (1) Do you know the outcome of the trial?     ____ Yes     ____ No

            If yes, please write everything you remember about the outcome. _____
            _____

        (2) Please write anything else you remember about what you heard or read. _____
            _____
            _____

        (3) Do you recall if any damages were awarded to any party in the lawsuit? _____

5.      Do you have any opinions or feelings about Monsanto, or a manufacturer of herbicide (weedkillers), that may make it difficult for you to be a completely unbiased juror in a trial where an individual is claiming that the company's product caused their cancer?

        Yes____No___
        If Yes, please explain:
        _____
        _____

# Part IV

This case is entitled *In re: Roundup Products Liability Litigation*. The plaintiff in this lawsuit is a 70-year old man named Edwin Hardeman. Mr. Hardeman is suing the defendant Monsanto because he believes that that his use of the Monsanto weedkiller "Roundup" caused him to develop a form of cancer called non-Hodgkin's Lymphoma. Monsanto disputes the claim.

1. Before today, have you heard, read or seen any news reports concerning this lawsuit?
   Yes___ No___
   If Yes, please explain what you have heard:

   _____

   _____

2. Before today, have you heard, read, or seen anything about the product Roundup?
   Yes___ No___
   If Yes, please explain what you have heard:

   _____

   _____

3. Have you ever, or anyone you know, ever used the product Roundup or any other weedkilling product?
   Yes___ No___

4. Is there any information that you have not been asked that you feel the Court should know about or that might be relevant in any way to this trial or to your potential jury service? If it is something personal or private, please indicate below so that you may be questioned about it privately, rather than in open court.
   Yes___ No___
   If Yes, please explain

   _____

   _____

I declare under the penalty of perjury that the answers I have given are true and correct to the best of my knowledge.

JUROR SIGNATURE: _____

PRINT NAME: _____

JUROR NUMBER: _____