# EXHIBIT C

# Dear Judge Suzanne Ramos Bolanos,
# What Is A Life Worth?

When the jury awarded $289M to dying Dwayne Johnson for his exposure to Roundup, you could hear cheering around the world for how you handled the case. It was the first trial that was allowed to move forward in the United States. You, Judge Bolanos, bravely allowed that to happen.

You, Judge Bolanos, admitted crucial evidence Dwayne needed to prove that **Monsanto intentionally suppressed information from the public, and even hired ghost writers to water down the truth: "a key chemical in Roundup causes cancer."**

Dwayne is a father and a husband who has spent years working to provide for his family as a public-school groundskeeper; a profession that on average in the Bay Area pays around $45,000 a year.

Dwayne has found himself fighting for his life against a multibillion-dollar corporation with the most expensive and largest defense firms on retainer, not only in every state within the United States, but also across the globe, and with more resources at their disposal than Dwayne could ever imagine.

## Monsanto intentionally suppressed information from the public

The legal fees alone that Monsanto has paid over the years in defending Roundup have likely exceeded the verdict Dwayne was awarded. **But, unlike Dwayne, those white shoe defense attorneys have already collected their money from Monsanto.**

After listening to weeks of testimony, the jury came back with a verdict they felt fairly compensated Dwayne for the damages he has suffered and a terminal cancer diagnosis that may have been avoided altogether if he had just been properly warned.

## So, what is a life worth?

As you ponder this Wednesday, know that some of the finest minds in the country are working on that. Lawyers for behemoth corporations are holed up with their accountants trying to figure out how they can get away with paying victims like Dwayne Johnson and their families as little as possible. All of this despite the fact that in Monsanto's case, **"[in] 2015, the company made nearly $4.76 billion in sales and $1.9 billion in gross profits from herbicide products, mostly Roundup."**

**I'll bet their investors know what a life is worth.**

## Consumers are punished daily by corporations with little regard for safety—leaving us for road kill.

News reports cited you are inclined to cut the verdict based on the comment the plaintiff lawyer made about Monsanto having champagne on ice if the verdict wasn't big enough, and because they also told the jury they could "change the world" with their verdict. **Well, the verdict did change the world because the verdict was a referendum on why consumers are fed up with corporate greed over the health of the very people making them their profits.**

Are you going to negate the jury's ability to determine after weeks of testimony from experts who were placed before them, whether or not glyphosate caused Dwayne's cancer? In fact, that's exactly what they did.

Why now over 60 days after you let this case go to verdict and allowed Dwayne and his family to feel validation for the first time in years?

Consumers are punished daily by pesticide, drug, and medical device companies who have no or little regard for our safety and health, leaving the very consumers they sell to for road kill.

If you want to punish the firm for the statements they made after you instructed them not to, then please punish the lawyers in form of fines, sanctions, or otherwise. But don't punish Dwayne Johnson and his family. They need to be there for each other right now. Dwayne's time on this earth is limited, and he should not have to spend his last months fighting with the court system and going through the emotional and extremely stressful time of a new trial.



If Monsanto/Bayer wants litigation to stop, they can re-label their products and reach a global settlement for people who have been genuinely affected by Roundup.

OR Monsanto/Bayer can just keep whining about how unfairly they were treated for "having a board member" or for "being a big company." How out of touch (and let's face it, billionaires who whine are candy asses).

**You and the jury have changed the world and become a positive part of history. Greedy corporations don't necessarily change the world when they are focused on just changing their net worth.**

**You are a consumer's advocate we all admire. Please uphold Dwayne Johnson's verdict.**

---

On behalf of consumers.  periscopegroup.com/rounduphelp