Exhibit A

1          MR. DICKENS:  You mentioned you've heard some

2   information about glyphosate maybe on Reddit or other posts.

3   Can you tell us what you've heard?

4          JUROR F█████:  The only thing I've seen.  And I've

5   never actually clicked the link, has been a promoted link on

6   Reddit -- it's been showing up lately -- about a judge

7   declaring gylphosate safe in California --

8          MR. DICKENS:  Okay.

9          JUROR F█████:  -- which -- I don't know.  I just

10  never clicked it.  It's promoted content, so --

11          MR. DICKENS:  Okay.  And did you actually read any

12  of that information?

13          JUROR F█████:  No.  It's not --

14          MR. DICKENS:  And so you don't know --

15          JUROR F█████:  Promoted content just means it's an

16  ad, so --

17          MR. DICKENS:  Right.  And so you don't know any

18  information about that one way or the other?

19          JUROR F█████:  I don't.

20          MR. DICKENS:  Okay.  With respect to -- have you

21  heard anything else about glyphosate or Monsanto generally,

22  other than that one particular post?

23          JUROR F█████:  I don't think so, except for the

24  Roundup regarding corn issue.

25          MR. DICKENS:  Okay.

                                        Page 578

1       JUROR B█████:  Yes.

2       MR. DICKENS:  And you don't know what the cause was,

3  one way or another?

4       JUROR B█████:  At the risk of sounding like a

5  terrible son again, I didn't -- it was about five or six years

6  ago, and it had something to do with her reproductive system,

7  so --

8       MR. DICKENS:  Are you open to the idea that

9  exposures to particular substances can cause cancer?

10      JUROR B█████:  Sure.

11      MR. DICKENS:  With respect to what you've heard

12  about glyphosate, you said, "It's bad, but I'm no scientist,

13  so I take it with a grain of salt."

14      What specifically do you remember about what you've

15  read or heard about glyphosate?

16      JUROR B█████:  Just in general.  I spend a lot of

17  time reading on the internet and just reading headlines.  The

18  gentlemen behind me, with the Reddit ad -- or I've seen it.

19  It's terrible.  But I've never read it, you know.  So it's

20  just these things, sort of, permeates into the subconscious

21  and just become, sort of, the general thinking that you hear

22  about things.  And so that's my initial reaction to it.

23      MR. DICKENS:  And so when you say you take it with a

24  grain of salt, it sound like you mean that you'd be able to be

25  impartial.  You'd consider the science, reach your decision

Veritext Legal Solutions
866 299-5127

```
 1    Mr. █████, please.                                        10:17:12

 2          All right.  And, Mr. █████, looking at your        10:17:23

 3    questionnaire last night, you said that you'd seen some  10:17:26

 4    unfavorable things about Roundup.  Without getting into what 10:17:29

 5    those things are, does that cause you to have any opinion 10:17:35

 6    about Roundup as you start this trial?                    10:17:40

 7          JUROR B█████:  No.  Like I said yesterday, it's    10:17:43

 8    just general stuff that I've encountered across the internet, 10:17:46

 9    so take it all with a grain of salt.                     10:17:50

10          MS. EDWARDS:  Okay.  I believe you specifically    10:17:53

11    mentioned Reddit yesterday, and I think you said that the 10:17:54

12    things you saw on Reddit had permeated your subconscious.  I 10:17:58

13    believe that's what you said.  Was that a negative thing that 10:18:02

14    you had seen about a -- I think it was glyphosate.  Was that 10:18:07

15    something negative about glyphosate you'd seen on Reddit? 10:18:09

16          JUROR B█████:  It's just a sponsored ad that pops  10:18:14

17    up pretty frequently, and, again, I think it's in regards to a 10:18:17

18    court ruling that it's legal, but it's an ad, so I don't  10:18:21

19    really -- well, I guess by the fact I'm talking about it, I 10:18:25

20    paid attention to it, but I didn't click on the link or  10:18:28

21    anything, so --                                          10:18:31

22          MS. EDWARDS:  When you say permeate your           10:18:32

23    subconscious, it got my attention.  What does that mean to 10:18:34

24    you?                                                     10:18:37

25          JUROR B█████:  Just that I'm aware of it on some   10:18:38
```

1   level, the words, the topic.  I wouldn't say it's zeitgeist or 10:18:40

2   anything, but just -- it's something that exists, and I'm 10:18:45

3   exposed to it. 10:18:47

4        MS. EDWARDS:  And by "it," you're talking about 10:18:49

5   glyphosate or Roundup? 10:18:51

6        JUROR B████:  Yeah, the concepts that are put in 10:18:52

7   front of me.  Had I not seen that, I probably would have no 10:18:54

8   idea, so -- 10:18:58

9        MS. EDWARDS:  So permeate your subconscious, is 10:18:59

10  there a negative connotation to that or it's just in your 10:19:02

11  brain? 10:19:05

12       JUROR B████:  Yeah, there's no positive or 10:19:06

13  negative. 10:19:08

14       MS. EDWARDS:  Okay.  And is that mostly from the 10:19:08

15  Reddit feed or other information you've seen elsewhere? 10:19:10

16       JUROR B████:  Yeah, I mean, I've -- I mean, across 10:19:14

17  all time, I've probably seen the words "Monsanto" in, you 10:19:17

18  know, some, sort of, negative context, but again, that's just 10:19:20

19  basically reading headlines and maybe skimming the first 10:19:27

20  paragraph of articles at some point that I don't really absorb 10:19:32

21  it or have an opinion on it. 10:19:36

22       MS. EDWARDS:  Okay.  So nothing about that has 10:19:37

23  caused you to have an unfavorable opinion, as you sit here 10:19:38

24  today? 10:19:41

25       JUROR B████:  I don't think so, no. 10:19:43

```
 1              MS. EDWARDS:  All right.  The article.

 2              And other than that article, had you heard anything   16:57:55

 3     about Monsanto coming into trial?                              16:57:58

 4              JUROR N█:  Other than that same headline flashing up  16:58:01

 5     on my feed every time I go on Reddit, no.                      16:58:05

 6              MS. EDWARDS:  Okay.  And with the statement that      16:58:09

 7     you're already a little bit biased against Monsanto; correct?  16:58:10

 8              JUROR N█:  Correct.                                   16:58:14

 9              MS. EDWARDS:  Is it fair for me to say that we're     16:58:14

10     not on a level footing with the plaintiff?                    16:58:16

11              JUROR N█:  I think that's a fair statement.          16:58:19

12              MS. EDWARDS:  And would it be fair for me to say     16:58:21

13     that you don't believe that sitting here today, given that    16:58:22

14     it's Monsanto, that you can be completely impartial?          16:58:25

15              JUROR N█:  It would be kind of difficult, yeah.     16:58:30

16              MS. EDWARDS:  Okay.  Thank you very much.           16:58:33

17              No further questions, your Honor.                    16:58:34

18              THE COURT:  All right.  Ladies and Gentlemen, if     16:58:36

19     you'll just remain seated, we'll be right back.              16:58:37

20              And, Counsel, may I see you.                         16:58:40

21              (Interruption in proceedings.)                       17:03:23

22              THE COURT:  All right.  Ladies and Gentlemen, it's   17:03:23

23     late in the day, and I very much appreciate your patience.    17:03:25

24     Thank you very much.  I appreciate it, and I know Counsel does 17:03:32

25     as well.  We are almost done, but we are not quite done, and  17:03:36
```