Exhibit C

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO**
**JUROR QUESTIONNAIRE**

Juror Name:_____   Badge Number:_____

Phone Number:_____   E-mail Address:_____

*Please read these instructions carefully before you fill out the questionnaire*

This questionnaire is part of the jury selection process and part of the public record of this case. Your answers will be used by the judge and attorneys to help select a qualified jury and will make the jury selection process shorter and easier. Please take as much time as you need to complete this questionnaire.

You are ordered not to discuss this case with anyone; do not allow anyone to discuss the case with you. The only information you may tell anyone is that you are in a jury pool for a trial and the time requirements of that trial. You are also ordered not to read, listen to, or watch any news, Internet, or other media accounts of this case, past or present. You may not do research about any issues involved in the case. You may not blog, Tweet, or use the Internet to obtain or share information. (CCP §1209(a)(10))

It is extremely important that you answer all the questions yourself, honestly and completely. There are no "right" or "wrong" answers, just complete and incomplete ones. All answers are given under penalty of perjury. If you have trouble understanding or filling out this questionnaire, please let the court clerk know.

Some of your answers may require follow-up questions in open court by the judge or by the attorneys. You may find some questions to be sensitive and you may prefer not to discuss your answers in open court. If you find question(s) sensitive, please do not answer the question(s) and simply write "confidential" in the space provided for the answer.

Please do not write on the back of any page. If you need additional space for your answers, use the blank space provided on the last page of the questionnaire.

When you are finished, please give the questionnaire to the clerk who will give you instructions about when to return to court to continue the process of selecting a jury.

Thank you for your jury service.

Badge #: _____

**JUROR QUESTIONNAIRE**

**NAME** (Please print): _____

1. Gender: ❑ Male  ❑ Female    Age: _____  Place of birth? _____

2. Where did you grow up? _____

3. a. Neighborhood where you live: _____ For how long? _____

    b. What other areas or communities have you lived in? _____

    c. Do you ❑ Own ❑ Rent ❑ Live with homeowner ❑ Other: _____

4. a. What is the last level of education you completed?
    ❑ Grade school or less         ❑ Some college (no degree)
    ❑ Some high school             ❑ 2-year Associate of Arts degree
    ❑ High school graduate         ❑ 4-year College graduate (Major: _____)
    ❑ Technical/Business School    ❑ Post graduate study (Major/degree: _____)

    b. What schools did you attend? _____

    c. List area of study and any certificates or degrees you have obtained: _____

    _____

5. What is your employment status? (check all that apply)
    ❑ Employed full time       ❑ Homemaker         ❑ Retired for ___ year(s)
    ❑ Employed part-time       ❑ Full-time Student  ❑ Unemployed for ___ years
    ❑ Other: _____      ❑ Part-time Student  ❑ Looking for work

6. Please list the primary jobs you have had in the past, beginning with your current or most recent employment. If <u>retired or unemployed</u>, please indicate the last jobs you held outside the home.

| Dates of Employment | Employer | Occupation | Duties |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

7. What is your marital status:
    ❑ Single, never married     ❑ Married for _____ years    ❑ Divorced/Separated
    ❑ Living with partner       ❑ Widowed/Widower            ❑ Other: _____

8. What is the educational background of your spouse/partner or former spouse/partner, including any degrees or certificates earned? _____

    _____

9. What is your spouse/partner's primary employment status?
    ❑ Employed full time       ❑ Homemaker         ❑ Retired for ___ year(s)
    ❑ Employed part-time       ❑ Full-time Student  ❑ Unemployed for ___ years
    ❑ Other: _____      ❑ Part-time Student  ❑ Looking for work

Badge #: _____

10. Please list the jobs your spouse/partner has had in the past, beginning his/her current or most recent employment. If retired or unemployed please indicate the last jobs he/she had.

| Dates of Employment | Employer | Occupation | Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

11. If you have any children please fill in the list below.

| Gender | Age | Do they live with you? | Education | Occupation | If married, list their Spouse's Occupation |
|---|---|---|---|---|---|
|  |  | ❑ Yes ❑ No |  |  |  |
|  |  | ❑ Yes ❑ No |  |  |  |
|  |  | ❑ Yes ❑ No |  |  |  |
|  |  | ❑ Yes ❑ No |  |  |  |

12. If there are any other adults (besides spouse/partner and children) in your household, please provide their employment information below. If retired or unemployed, list his/her last job.

| Relationship | Age | Occupation | Employer |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

13. What are the occupations of your parents? (List even if retired or deceased)
    Mother: _____   Father: _____

    Stepmother: _____   Stepfather: _____

14. Have you, a family member, or someone close to you ever had any training, courses or worked in or around the following areas?

    Agriculture/Farming              ❑ Yes, self    ❑Yes, family   ❑Yes, someone close
    Chemistry                        ❑ Yes, self    ❑Yes, family   ❑Yes, someone close
    Chemical Engineering             ❑ Yes, self    ❑Yes, family   ❑Yes, someone close
    Environmental Science            ❑ Yes, self    ❑Yes, family   ❑Yes, someone close
    Government/Regulatory Agency     ❑ Yes, self    ❑Yes, family   ❑Yes, someone close
    Law/Legal Field                  ❑ Yes, self    ❑Yes, family   ❑Yes, someone close
    Medicine/Nursing/Health Care     ❑ Yes, self    ❑Yes, family   ❑Yes, someone close
    Marketing                        ❑ Yes, self    ❑Yes, family   ❑Yes, someone close
    Public Relations                 ❑ Yes, self    ❑Yes, family   ❑Yes, someone close
    Risk Assessment                  ❑ Yes, self    ❑Yes, family   ❑Yes, someone close
    Statistics                       ❑ Yes, self    ❑Yes, family   ❑Yes, someone close

    If Yes to any of the above, please explain: _____
    _____
    _____
    _____

Badge #: _____

15. What social, political, civic, charitable, trade or other organizations are you associated with? _____
_____

16. List any leadership positions you hold now or have held in the past: _____
_____

17. Have you or anyone close to you ever been self-employed, owned your own business or operated a franchise? ❑ Yes ❑ No  If Yes, please explain including type of business, number of employees, if it is still operating, or how it ended: _____
_____

    Was the business ever sued or were any injury claims ever brought against it? ❑ Yes ❑ No  If Yes, please explain: _____
_____

18. How closely do you follow news on developments in science or technology?
    ❑ Very closely    ❑ Somewhat closely    ❑ Not at all closely

19. Which comes closest to what you believe about the use of scientific data?

    ❑ Scientific data tends to be used neutrally and in an unbiased way

    ❑ Scientific data tends to be manipulated for desired ends

    ❑ Unsure

20. Over the years, would you say that the U.S. Environmental Protection Agency has generally done a good job or bad job? ❑ Good job    ❑ Bad job    ❑ Unsure

21. Over the years, would you say the California Environmental Protection Agency has generally done a good job or a bad job? ❑ Good job    ❑ Bad job    ❑ Unsure

22. Do you know anyone who has been diagnosed with Non-Hodgkin Lymphoma?
    ❑ Yes, self   ❑ Yes, family   ❑ Yes, someone close   ❑ No   If Yes, please explain, including who/relationship to you, the date of diagnosis and his/her treatment and current condition: _____
_____

23. Have you or anyone close to you ever been diagnosed with any other type of cancer?
    ❑ Yes, self    ❑ Yes, family    ❑ Yes, someone close    ❑ No  If Yes, please explain: _____

    Please explain, including who, type(s) of cancer, date(s) of diagnosis, and his/her treatment and current condition: _____
_____

    What is your opinion about what caused the cancer? _____
_____

24. Have you ever helped care for someone with an illness or injury? ❑ Yes ❑ No  If Yes, please explain: _____
_____

25. What is your general opinion of large American business corporations?
    ❑ Favorable    ❑ Unfavorable    ❑ Unsure

26. What is your general opinion of companies that research and develop chemical products, such as fertilizers and pesticides?    ❑ Favorable    ❑ Unfavorable    ❑ Unsure

Badge #: _____

27. When it comes to disclosing health and safety information about their products, do you think agrochemical companies generally do a good job or bad job? ❑ Good job ❑ Bad job ❑ Unsure

28. Have you or anyone close to you ever worked in a job or had a hobby that involved frequent use of or exposure to chemicals? ❑ Yes, self  ❑ Yes, family  ❑ Yes someone close  ❑ No
If Yes, please explain, including who, the nature of the work/hobby, and which chemicals are involved: _____
_____

29. Have you or anyone close to you experienced side effects from exposure to a chemical?
❑ Yes, self  ❑ Yes, family  ❑ Yes someone close  ❑ No   If Yes, please explain, including who, when, what chemical and side effects: _____
_____

30. Do you take any steps to avoid chemical exposure for yourself or your family? ❑ Yes ❑ No If Yes, please explain: _____
_____

31. Do you prefer to buy food that is labeled "organic"? ❑ Yes ❑ No    If Yes, how much of the food you eat is organic? ❑ All ❑ Most ❑ Some

32. Do you smoke cigarettes?
❑ Yes, currently ❑ Yes, in the past (former smoker) ❑ No, never smoked

33. Have you or anyone close to you ever worked for, done business with, or otherwise had a financial interest in Monsanto Company? ❑ Yes ❑ No If Yes, please explain: _____
_____

34. Have you read or heard anything about Monsanto, an agricultural biotechnology company?
❑ Yes ❑ No ❑ Unsure   If Yes, please summarize what you have read or heard about Monsanto: _____
_____

35. Have you read or heard anything about an herbicide called glyphosate? ❑ Yes  ❑ No  ❑ Unsure
If Yes, please summarize what you have read or heard about glyphosate: _____
_____

36. Do you or anyone close to you currently use the herbicide (weed killer) sold under the brand name "Roundup"?  ❑ Yes  ❑ No  ❑ Unsure   If Yes, please explain:

| Who/Relationship to You | Where? | Purpose(s) of Use? | How Often? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

37. Have you or anyone close to you ever used the herbicide Roundup in the past? ❑ Yes  ❑No  ❑ Unsure

| Who/Relationship to You | Where? | Purpose(s) of Use? | How Often? | When? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Badge #: _____

38. To what extent do you agree or disagree with the following statements:

    a. Any exposure to chemicals in our food and water, no matter how small, is unsafe.
    ❏ Strongly Agree   ❏ Agree   ❏ Disagree   ❏ Strongly Disagree

    b. Illnesses like cancer are just part of life and should not be the subject of a lawsuit.
    ❏ Strongly Agree   ❏ Agree   ❏ Disagree   ❏ Strongly Disagree

    c. When I hear that a person has filed a lawsuit against a large corporation, I usually think the large corporation has done something wrong.
    ❏ Strongly Agree   ❏ Agree   ❏ Disagree   ❏ Strongly Disagree

    d. Most people who file lawsuits are trying to unfairly blame others for bad things that just sometimes happen.
    ❏ Strongly Agree   ❏ Agree   ❏ Disagree   ❏ Strongly Disagree

    e. The U.S. EPA should ban the use of pesticides.
    ❏ Strongly Agree   ❏ Agree   ❏ Disagree   ❏ Strongly Disagree

    f. A company would never knowingly market a product that can cause a serious illness like cancer without providing consumer warnings.
    ❏ Strongly Agree   ❏ Agree   ❏ Disagree   ❏ Strongly Disagree

    g. If the EPA approves a product for sale to the public it cannot be considered dangerous.
    ❏ Strongly Agree   ❏ Agree   ❏ Disagree   ❏ Strongly Disagree

39. When you think about government regulation of consumer products, do you think that businesses are faced with:
    ❏ Too many government regulations
    ❏ Just the right amount of government regulations
    ❏ Not enough government regulations

40. Have you ever served on a jury before? ❏ Yes ❏ No If Yes, please complete for each case:

| Civil or Criminal | Nature of the Case | When/Where | Verdict Reached? | Foreperson? |
|---|---|---|---|---|
| ❏ Civil ❏ Crim. | | | ❏ Yes ❏ No | ❏ Yes ❏ No |
| ❏ Civil ❏ Crim. | | | ❏ Yes ❏ No | ❏ Yes ❏ No |
| ❏ Civil ❏ Crim. | | | ❏ Yes ❏ No | ❏ Yes ❏ No |

   How did you feel about your jury service? _____
   _____

41. Have you or anyone in your family ever been sued by anyone, even in small claims court?
    ❏ Yes ❏ No If Yes, please explain, including who, the nature of claim, and outcome: _____
    _____

    Were you satisfied with the result? ❏ Yes ❏ No Please explain: _____
    _____

42. Have you or anyone in your family ever sued anyone, even in small claims court?   ❏ Yes ❏ No
    If Yes, please explain, including who, the nature of claim, and outcome: _____
    _____

    Were you satisfied with the result? ❏ Yes ❏ No Please explain: _____

Badge #: _____

43. Have you or anyone close to you ever worked for a company or organization that you feel was sued unfairly? ❑ Yes  ❑ No  If Yes, please explain: _____

44. Have you or anyone close to you ever been a witness, given a deposition and/or testified in any proceeding? ❑ Yes  ❑ No  If Yes, please explain: _____

45. There has been publicity about lawyers, lawsuits, large jury awards, frivolous lawsuits, etc. What opinions have you formed on these topics? _____

46. In general, do you think our judicial system is a fair or unfair way to resolve civil disputes?
    ❑ Fair   ❑ Unfair   ❑ Unsure   Please explain: _____

47. Do you support caps or limits on the amount of money juries can award in civil cases? ❑ Yes ❑ No
    If Yes, please explain: _____

48. Do you believe:
    There are too many lawsuits?            ❑ Yes ❑ No
    Jury awards are too high?               ❑ Yes ❑ No
    People are too ready to sue?            ❑ Yes ❑ No
    Lawsuits are costing us all too much money?   ❑ Yes ❑ No

49. Do you believe the amount of jury verdicts today are:
    ❑ Too High   ❑ About Right   ❑ Too Low

50. Do you believe that lawsuits against consumer product manufacturers should be not be allowed or should be limited by law?  ❑ Yes   ❑ No   If Yes, please explain: _____

51. What is your opinion about awarding someone money damages in a lawsuit for <u>future</u> wage loss? ❑ Positive  ❑ Negative  Please explain: _____

52. What is your opinion about awarding money damages in a personal injury lawsuit to compensate someone for mental suffering, emotional distress and loss of enjoyment of life?
    _____

53. Punitive damages are awarded against a company or individual to punish bad conduct and prevent future bad conduct. What is your opinion about juries awarding punitive damages?
    _____

54. Do you have any physical or medical problems that would affect your service as a juror in this case?
    ❑ Yes ❑ No  If Yes, please explain: _____

Badge #: _____

55. Do you have any ethical, religious, political or other beliefs or opinions that would affect your ability to be a juror in this case? ❑Yes ❑No  If Yes, please explain: _____

56. Is there any other information that you would like the Court to know about your ability to serve as a fair and impartial juror in this case? ❑ Yes   ❑ No   If Yes, please explain: _____

**I declare the above answers to be true of my own knowledge and I sign this questionnaire under penalty of perjury under the laws of the State of California.**

Dated: _____          _____
                                                        Signature of Juror