**BARTLIT BECK LLP**
Steven E. Derringer (*pro hac vice*)
54 W. Hubbard Street
Chicago, IL 60654
Tel: 312-494-4415
Fax: 312-494-4440
Email: steven.derringer@BartlitBeck.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br>Case No. 16-md-02741-VC |

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Steven E. Derringer, of Bartlit Beck LLP, hereby enters his appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

DATED: December 4, 2018						Respectfully submitted,


							/s/ Steven E. Derringer
							Steven E. Derringer (*pro hac vice*)
							(steven.derringer@BartlitBeck.com)
							54 W. Hubbard Street
							Chicago, IL 60654
							Telephone: 312-494-4415
							Facsimile: 312-494-4440

							*Attorneys for Defendant*
							*MONSANTO COMPANY*