**BARTLIT BECK LLP**
Lindley J. Brenza (*pro hac vice*)
1801 Wewatta Street, Ste. 1200
Denver, CO 80202
Tel: 303-592-3130
Fax: 303-592-3140
Email: lindley.brenza@BartlitBeck.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br>ALL ACTIONS | |

# NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Lindley J. Brenza, of Bartlit Beck LLP, hereby enters his appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

| | | |
|---|---|---|
| 1 | DATED: December 4, 2018 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Lindley J. Brenza |
| 4 | | Lindley J. Brenza (*pro hac vice*) (lindley.brenza@BartlitBeck.com) |
| 5 | | 1801 Wewatta Street, Ste. 1200 Denver, CO 80202 |
| 6 | | Telephone: 303-592-3130 Facsimile: 303-592-3140 |
| 7 | | |
| 8 | | *Attorneys for Defendant* MONSANTO COMPANY |