

FILED
NOV 30 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT of APPEALS
for the NINTH CIRCUIT
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

RALPH A. APPLEGATE,
    PETITIONER,

vs.

Case : 16-MDL-02741-VC
Case : 3:18-CV-03363-VC
Case: 18-72281

MONSANTO COMPANY,
    RESPONDENT,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA,
    RESPONDENT



## PROOF or HEARSAY of GLYPHOSATE

1. Gilles Seralini started study of Glyphosate and Roundup in 2012 in which Seralini found that Polyethoxylated Tallow Amine was an average 1600 times more toxic than Glyphosate, alone, other scientists were agreeable. Plaintiff does not know whether Ceralini stated a factual basis for Seralini opinion, or whether Seralini finishedSeralini study before September 12, 2014.

2. On September 12, 2014, German government "outlawed " Polyethoxylated Tallow Amine from Glyphosate formulations. This is a fact. Plaintiff has no known basis in fact that Germany stated a factual basis for "outlawing " Polyethoxylated Tallow Amine, appearance was that "outlawing"

was based on fear .

3. Sometime apparently after September 12, 2014 ,Monsanto issued a statement claiming Monsanto planned to remove Polyethoxylated Tallow Amine from Roundup. Monsanto's stated basis for removal was for "commercial reasons ", but gave no explanation of that " basis " . It is not hearsay.

4. It is only plaintiff Applegate , who, before now had inferred that it could have been inferred that Monsanto stated basis for reason for removal of Poly from Roundup is false , and that correct reason for removal of Poly from Roundup was because Monsanto knows , knew , or reasonably should have known that Poly was a Waldenstrom Macroglobulinemia killer even before September 12, 2014 when Germany " outlawed " Poly . This is fact .

5. France followed Germany , European Union followed France , and United Kingdom followed European Union in "outlawing " Poly , in about that order .This is fact .

6. In that period Germany passed a law against Monsanto selling Roundup in Germany . This was after Germany "outlawed " Poly . Very recently , plaintiff's son-in-law , an American /German Attorney , on business/ pleasure , visited a bank near East of Fulda , to obtain that 2014 German law about sale of Roundup , but could not get that copy there ! This is fact .

7. Plaintiff has no knowledge whether or not IARC in 2015 stated a basis for its IARC conclusion,whatever it was , about

Glyphosate . Hearsay

8. On , or before December 14 , 2017, plaintiff Applegate concluded that 5000 plaintiff's , at that date , and their lawyers , by stating regularly in their lengthy claims that Glyphosate was a defective chemical , when it was not , that "those " claims " Failed to State a Claim on Which Relief Could be Granted ." This is fact .

9. Thus plaintiff Applegate prepared and stated a claim which did not agree with other plaintiff's claim that Glyphosate was a chemical that caused Waldenstrom Macroglulinemia ,and other NHL's . Plaintiff also based his claim on an Ohio County rule that required settlement to begin early in that process , and filed his claim in Franklin County Common Pleas Court on December 14, 2017. Fact .

10. Monsanto , before July 26 , 2018 stated Monsanto removed Poly , but not Glyphosate , from Roundup, but , concealed date and real reason for Poly removal . Monsanto fraudulently concealed (suppressed) in a minimum, date that defendant removed Ployethoxylated Tallow Amine,and true reason for that removal, from Roundup, from this Court .

11. " Before and after IARC'S classification of glyphosate as a ' probable' human carcinogen, in 2015 , regulatory and public health agencies
--------------------------------------------
 worldwide have reviewed and rejected (Debated ) claims about carcinogenicity
--------------------------------------------------------------------------------
of glyphosate-based herbicides ". ORDER DENYING MONSANTO
-----------------------------------------

~~COMPANY'S MOTION for JUDGMENT NOTWITHSTANDING the VERDICT~~
CONDITIONALY DENYING MONSANTO"S MOTION for NEW TRIAL.
SUPERIOR COURT of CALIFORNIA ,COUNTY of SAN FRANCISCO.
Case No. CGC-16-550128 , p.1 , JOHNSON vs. MONSANTO, OCTOBER 22, 2018 . Judge Bolanos did not state any basis for this conclusion .This conclusion does state a basis for fact in that conclusion that there is an "ongoing debate " about whether or not glyphosate is a Waldenstrom Macroglobulinemia cancer causing chemical . "As discussed below , Dr. Nabhan , who proffered a differential diagnosis opinion , formed linchpin of Plaintiff's case that his exposure to GBHs(GlyphosateBHs) caused his cancer . Judge Bolanos . Contrarily shouldn't these formulations , for clarity , have ,instead been called PBHs(Or Polyethoxylated Tallow Amine BHs) ", because Poly is 1600 average times more toxic than Glyphosate , alone, and Glyphosate is not that killer ? How can it be ? It is very necessary that " effect " be made very clear that " effect " is what happened to 10256 plaintiff's blood IgM so as to not make a mountain out of a mole hill, for those 10255 plaintiff's due process which is yet to come . Judge Bolanos did not state that Nabhan did or did not state a basis for his opinion , nor did Nabhan state what that "effect " was from that cause . Evidently , question of what was Dewayne Lee Johnson's diagnostic IgM was not "asked and answered ".

12. Opinion makers , regardless of expert or not , must always let their audience know what , after their opinion , their basis was and how that basis led that opinion maker to arrive at that opinion . Jurors are opinion makers . Plaintiff has not read Johnson jury of 12 opinion, and is prevented from doing that . Many sources are available, some are copyrighted .

Respectfully submitted,

Signed *Ralph A. Applegate*

Ralph A. Applegate , Plaintiff ,Pro Se
1544 Zettler Road
Columbus ,Ohio 43227
rapplegate48@gmail.com
914-410-1568

Appellee Attorneys
David P.Strup
Shoemaker ,Loop & Kendrick, L.L.P.
1000 Jackson Street
491-241-9000
Toledo , Ohio 43604
dstrup@slk-law.com

Heather Pigman
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5800
hpigman@hollingswortllp.com

U.S.House Judiciary
Subcommittee on Constitutional
and Civil Justice
Steve King , Iowa
2138 Rayburn Office Building
Washington D.C. ,20515

CERTIFICATE of SERVICE

Petitioner serves this document, PROOF or HEARSAY of GLYPHOSATE, by regular mail to appellee attorney, Heather Pigman, to Clerk of U.S. District Court, Northern District of California, to Judge Chhabria, to Clerk of 9th Circuit Court of Appeal, and to U.S. House Judiciary Subcommittee on Constitutional and Civil Justice, on November 21, 2018.

Ralph A. Copelynta
1544 Zettler Road
Columbus, Ohio 43227

9410 2823489 0004

Clerk
U.S. District Court
North. Dist. of Cal.
450 Golden Gate Ave.
San Francisco, Cal.
94102