Dennis C. Reich, Esq. (CA Bar No. 69631)
**REICH & BINSTOCK, LLP**
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel: (713) 622-7271
Fax: (713) 623-8724
E-mail: dreich@reichandbinstock.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 <br> ) Case No. 3:16-MD-02741 <br> ) |
| THIS DOCUMENT RELATES TO: | ) <br> ) **NOTICE OF APPEARANCE OF** |
| *KLAUS KRUNNIES*, individually and as a Representative of the Estate of *DONNA KRUNNIES,* 3:18-cv-07071-VC | ) **DENNIS C. REICH ON BEHALF OF** <br> ) **PLAINTIFF** <br> ) <br> ) |

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

　　　PLEASE TAKE NOTICE that Dennis C. Reich of the firm Reich & Binstock, LLP hereby enters an appearance as counsel for Plaintiff in the above-captioned matter.

Dated: December 4, 2018

　　　　　　　　　　　　　　REICH & BINSTOCK, LLP

　　　　　　　　　　　　　　By: */s/ Dennis C. Reich*
　　　　　　　　　　　　　　Dennis C. Reich, Esq. (CA Bar No. 69631)
　　　　　　　　　　　　　　4265 San Felipe, Suite 1000
　　　　　　　　　　　　　　Houston, Texas 77027
　　　　　　　　　　　　　　Tel: (713) 622-7271
　　　　　　　　　　　　　　Fax: (713) 623-8724
　　　　　　　　　　　　　　E-mail: dreich@reichandbinstock.com
　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of December 2018, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Dennis C. Reich