# Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> ALL ACTIONS | MDL No. 2741 <br> Case No. 16-md-02741-VC <br><br> **PLAINTIFF'S NOTICE TO TAKE VIDEOTAPED ORAL DEPOSITION PURSUANT TO FED. R. CIV. P. 30(B)(6)** <br><br> Hon. Vince Chhabria |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Rule 26 and 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff, by and through their undersigned attorneys, will take the deposition of those employees and/or agents of the Monsanto Company ("Monsanto") who are described in the accompanying Exhibit A, beginning on December 19, at 9:00 a.m., and to continue day to day, Sundays and holidays excepted, until completed.  The deposition(s) will be held at 10940 Wilshire Boulevard, 17th Floor, Los Angeles, CA 90024.  Pursuant to Fed. R. Civ. P. 30(b)(6), Monsanto shall designate and produce a designated representative or representatives, as may be required, to testify on behalf of Monsanto concerning the topics identified in Exhibit A attached hereto.  The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and may also be videotaped.

DATED:  November 9, 2018

Respectfully submitted,

By: /s/ R. Brent Wisner
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

Aimee Wagstaff
Aimee.wagstaff@andruswagstaff.com
ANDRUS WAGSTAFF, P.C.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7171 West Alaska Drive
Lakewood CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

Robin Greenwald
rgreenwald@weitzlux.com
WEITZ & LUXENBERG, P.C.
700 Broadway
New York NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461

Michael Miller
mmiller@millerfirmllc.com
THE MILLER FIRM, LLC
108 Railroad Ave
Orange VA 22960
Telephone: (540) 672 4224
Facsimile: (540) 672-3055

*Attorneys for Plaintiffs*

**EXHIBIT A**

Pursuant to Rule 30(b)(6), Monsanto shall designate and produce for deposition one or more of its officers, directors, managing agents, or other persons who consent to testify on its behalf concerning the following subject matters:

1. Monsanto's knowledge and positions regarding the carcinogenicity of glyphosate-Based-Formulations ("GBFs"), including but not limited to the potential for GBFs to cause non-Hodgkin lymphoma ("NHL").

2. Monsanto's knowledge and positions regarding the biological mechanism by which GBFs cause or can cause cancer, including but not limited to the potential for GBFs to induce genotoxicity, oxidative stress, and/or DNA damage.

3. Monsanto's knowledge and positions regarding the Agricultural Health Study ("AHS") and the studies conducted out of the AHS.

4. Monsanto's knowledge and positions regarding the epidemiology evaluating exposure to GBFs and cancer.

5. Monsanto's knowledge and positions regarding the chemicals, including trace chemicals, found in GBFs and created through the manufacturing process.

6. Monsanto's knowledge and positions regarding whether it has manufactured or sold the following chemicals and/or formulated products containing the following chemicals: Dicamba, 2,4-D, Malathion, Alachlor, Atrazine, Metolachlor, Trifluralin, Carbaryl, Chlordane, Diazinon, DDT, Dieldrin, Dimethoate, Pyrethrins, Cyanazine, and Thiocarbamate (EPTC).

7. Monsanto's knowledge and positions regarding whether the following chemicals potentiate NHL and/or are carcinogens, both as chemicals and as formulated products: Dicamba, 2,4-D, Malathion, Alachlor, Atrazine, Metolachlor, Trifluralin, Carbaryl, Chlordane, Diazinon, DDT, Dieldrin, Dimethoate, Pyrethrins, Cyanazine, and Thiocarbamate (EPTC).

8. Monsanto's knowledge, positions, and conduct pertaining to Proposition 65 and the decision by the California Office of Environmental Health Hazard Assessment ("OEHHA") to list glyphosate as a substance known to the State of California to cause cancer.

9. Monsanto's interaction with regulatory agencies, including but not limited to the U.S. EPA; California EPA; ATSDR; CDC; EFSA; and BfR regarding regulatory reviews, analyses, and/or classifications of GBFs.

10. Monsanto's interaction with regulatory agencies, including but not limited to the U.S. EPA; California EPA; ATSDR; CDC; EFSA; and BfR regarding IARC.

11. Monsanto's interaction with members and staffers of the United States Congress regarding GBFs, both directly and vis-à-vis third-party liaisons, including but not limited to FTI Consulting.

12. Monsanto's interaction with members and staffers of the United States Congress regarding IARC, both directly and vis-à-vis third-party liaisons, including but not limited to FTI Consulting.

13. Monsanto's knowledge, policies, positions, and conduct pertaining to IARC carcinogenicity classifications, both preceding and following the 2015 classification of glyphosate as a "2A Probable Human Carcinogen".

14. Monsanto's knowledge, positions, and conduct pertaining to third-party analyses, studies, evaluations, and/or testing of GBFs, including but not limited to TNO Nutrition and Food Research and IBT Laboratories.

15. Monsanto's knowledge, positions, and conduct of Monsanto-sponsored analyses, studies, evaluations, and/or testing of GBFs.

16. Monsanto's knowledge, positions, and conduct pertaining to consumer surveillance data regarding potential adverse health effects associated with exposure to GBFs, including but not limited to in-house reports containing such data and Monsanto's responses to consumer concerns.

17. Monsanto's knowledge, positions, and conduct related to "Freedom to Operate."

18. Monsanto's knowledge, positions, and conduct related to the "Let Nothing Go" campaigns and/or initiatives.

19. Monsanto's knowledge, positions, and conduct related to interactions with the media and press related to IARC's classification of GBFs as a probable human carcinogen.

20. Monsanto's knowledge and conduct related to the retraction and/or refutation of scientific papers dealing with the safety of GBFs.
21. Monsanto's knowledge, positions, and conduct related to marketing of GBFs within the United States.
22. Monsanto's knowledge, positions, and conduct related to the marketing of GBFs within the United States, including the design and creation of marketing materials used to promote Roundup and other GBFs.
23. Monsanto's knowledge, positions, and conduct related to preparation of the label and Material Safety Data Sheet for GBFs in the United States.
24. The warning information contained on the label of GBFs manufactured and/or sold by Monsanto in the United States.
25. Monsanto's relationship and communications with the distributor Wilbur Ellis, located in California.
26. Monsanto's promotional efforts on the internet, including but not limited to paid searches designed to steer people to specific news articles. This topic includes any and all efforts by Monsanto to target people living in San Francisco and the Bay Area either directly or through an intermediary law firm / company.

**CERTIFICATE OF SERVICE**

    I certify that I have served a copy of the foregoing PLAINTIFF'S NOTICE TO TAKE VIDEOTAPED ORAL DEPOSITION PURSUANT TO FED. R. CIV. P. 30(B)(6) and EXHIBIT A upon all opposing counsel of record by electronic mail and/or by placing a copy of same in the U.S. Mail, first class, postage prepaid, this 9th day of November, 2018.

                                      By:  /s/ R. Brent Wisner
                                      R. Brent Wisner, Esq. (SBN: 276023)
                                      rbwisner@baumhedlundlaw.com
                                      BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
                                      10940 Wilshire Boulevard, 17th Floor
                                      Los Angeles, CA 90024
                                      Telephone:  (310) 207-3233
                                      Facsimile:  (310) 820-7444