**ARNOLD & PORTER KAYE SCHOLER LLP**
Andrew K. Solow (*pro hac vice*)
250 West 55th Street
New York, NY 10019
Tel: 212-836-7740
Fax: 212-836-6776
Email: Andrew.Solow@arnoldporter.com

*Attorney for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: ALL ACTIONS | |

**NOTICE OF APPEARANCE ON BEHALF OF**
**DEFENDANT MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Andrew K. Solow, of Arnold & Porter Kaye Scholer LLP, hereby enters his appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

| | | |
|---|---|---|
| 1 | DATED:  December 5, 2018 | Respectfully submitted, |
| 2 | | /s/ Andrew K. Solow |

Andrew K. Solow  (*pro hac vice*)
([Andrew.Solow@arnoldporter.com](mailto:Andrew.Solow@arnoldporter.com))
Arnold & Porter Kaye Scholer  LLP
250 West 55th Street
New York, NY 10019
Telephone: 212-836-7740
Facsimile: 212-836-6776

Attorney for Defendant
MONSANTO COMPANY

-2-
NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
3:16-md-02741-VC