**BARTLIT BECK LLP**
Andrew MacNally (*pro hac vice*)
54 W. Hubbard Street
Chicago, IL 60654
Tel: 312-494-4448
Fax: 312-494-4440
Email: Andrew.MacNally@BartlitBeck.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | |

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Andrew MacNally, of Bartlit Beck LLP, hereby enters his appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

DATED: December 5, 2018                   Respectfully submitted,


/s/ Andrew MacNally
Andrew MacNally (*pro hac vice*)
(Andrew.MacNally@BartlitBeck.com)
54 W. Hubbard Street
Chicago, IL 60654
Telephone: 312-494-4448
Facsimile: 312-494-4440

*Attorneys for Defendant*
*MONSANTO COMPANY*