**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
              elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Joni Freel v. Monsanto Co.*, Case No. 3:18-cv-06806-VC | |

## <u>MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

("Monsanto") makes the following disclosures:

    1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

    2.      Bayer AG is a publicly held corporation.

DATED:  December 5, 2018          Respectfully submitted,

          <u>/s/ Joe G. Hollingsworth</u>
          Joe G. Hollingsworth (*pro hac vice*)
          (jhollingsworth@hollingsworthllp.com)
          Eric G. Lasker (*pro hac vice*)
          (elasker@hollingsworthllp.com)
          HOLLINGSWORTH LLP
          1350 I Street, N.W.
          Washington, DC  20005
          Telephone:  (202) 898-5800
          Facsimile:   (202) 682-1639

          *Attorneys for Defendant*
          *MONSANTO COMPANY*