Dennis C. Reich, Esq. (CA Bar No. 69631)
**REICH & BINSTOCK, LLP**
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel: (713) 622-7271
Fax: (713) 623-8724
E-mail: dreich@reichandbinstock.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741<br>) Case No. 3:16-MD-02741<br>) |
| THIS DOCUMENT RELATES TO: | ) **NOTICE OF APPEARANCE OF**<br>) **DENNIS C. REICH ON BEHALF OF**<br>) **PLAINTIFF** |
| *LEO NOBLE, 3:18-cv-04853-VC* | )<br>) |

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Dennis C. Reich of the firm Reich & Binstock, LLP hereby enters

an appearance as counsel for Plaintiff in the above-captioned matter.

Dated: December 5, 2018

REICH & BINSTOCK, LLP

By: */s/ Dennis C. Reich*
Dennis C. Reich, Esq. (CA Bar No. 69631)
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: (713) 622-7271
Fax: (713) 623-8724
E-mail: dreich@reichandbinstock.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of December 2018, a copy of the foregoing was filed with the

Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of

record.

/s/ Dennis C. Reich