Dennis C. Reich, Esq. (CA Bar No. 69631)
**REICH & BINSTOCK, LLP**
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel: (713) 622-7271
Fax: (713) 623-8724
E-mail: dreich@reichandbinstock.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION </br></br> THIS DOCUMENT RELATES TO: </br></br> *ZANDER BRAY, 3:18-cv-02098-VC* | MDL No. 2741 </br> Case No. 3:16-MD-02741 </br></br> **NOTICE OF APPEARANCE OF DENNIS C. REICH ON BEHALF OF PLAINTIFF** |

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Dennis C. Reich of the firm Reich & Binstock, LLP hereby enters an appearance as counsel for Plaintiff in the above-captioned matter.

Dated: December 5, 2018

                                              REICH & BINSTOCK, LLP

                                              By: */s/ Dennis C. Reich*
                                              Dennis C. Reich, Esq. (CA Bar No. 69631)
                                              4265 San Felipe, Suite 1000
                                              Houston, Texas 77027
                                              Tel: (713) 622-7271
                                              Fax: (713) 623-8724
                                              E-mail: dreich@reichandbinstock.com
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of December 2018, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Dennis C. Reich