UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 58: ORDER RE BRIEFING ON A BIFURCATED TRIAL** |

In their briefing regarding the possibility of bifurcating the trial, the parties should discuss whether, if the trial is bifurcated, the second phase of the trial could proceed at a later date before a different jury.

**IT IS SO ORDERED.**

Date:   December 5, 2018

VINCE CHHABRIA
United States District Judge