Melissa Binstock-Ephron, Esq. (TX Bar No. 24101518)
**REICH & BINSTOCK, LLP**
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel: (713) 622-7271
Fax: (713) 623-8724
E-mail: mephron@reichandbinstock.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) MDL No. 2741<br>Case No. 3:16-MD-02741 |
| THIS DOCUMENT RELATES TO: | ) ) **NOTICE OF APPEARANCE OF** |
| *KLAUS KRUNNIES*, individually and as a Representative of the Estate of *DONNA KRUNNIES,* 3:18-cv-07071-VC | ) ) ) ) **MELISSA BINSTOCK-EPHRON ON BEHALF OF PLAINTIFF** |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

   PLEASE TAKE NOTICE that Melissa Binstock-Ephron of the firm Reich & Binstock, LLP hereby enters an appearance as counsel for Plaintiff in the above-captioned matter.

Dated: December 6, 2018

                REICH & BINSTOCK, LLP

                By: */s/ Melissa Binstock-Ephron*
                Melissa Binstock-Ephron, Esq. (TX Bar No. 24101518
                4265 San Felipe, Suite 1000
                Houston, Texas 77027
                Tel: (713) 622-7271
                Fax: (713) 623-8724
                E-mail: mephron@reichandbinstock.com
                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of December 2018, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Melissa Binstock-Ephron