Melissa Binstock-Ephron, Esq. (TX Bar No. 24101518)
**REICH & BINSTOCK, LLP**
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel: (713) 622-7271
Fax: (713) 623-8724
E-mail: mephron@reichandbinstock.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2741<br>Case No. 3:16-MD-02741 |
| THIS DOCUMENT RELATES TO: | ) | **NOTICE OF APPEARANCE OF MELISSA BINSTOCK-EPHRON ON BEHALF OF PLAINTIFF** |
| *CLINT CUEVAS, 3:18-cv-04554-VC* | ) | |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Melissa Binstock-Ephron of the firm Reich & Binstock, LLP hereby enters an appearance as counsel for Plaintiff in the above-captioned matter.

Dated: December 6, 2018

REICH & BINSTOCK, LLP

By: */s/ Melissa Binstock-Ephron*
Melissa Binstock-Ephron, Esq. (TX Bar No. 24101518
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: (713) 622-7271
Fax: (713) 623-8724
E-mail: mephron@reichandbinstock.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of December 2018, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Melissa Binstock-Ephron