# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** KLAUS KRUNNIES, individually and as a Representative of the Estate of DONNA KRUNNIES v. MONSANTO COMPANY | Case No. 3:18-cv-07071-VC |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11-5, Charles C. Hunter moves this Court to grant him leave to withdraw as counsel on behalf of Plaintiff Klaus Krunnies in the above-captioned case. In support of this Motion, he states as follows:

1. Attorney Dennis C. Reich filed an appearance on behalf of Klaus Krunnies.

2. Charles C. Hunter is withdrawing from this case and will no longer be representing Klaus Krunnies. Further, he no longer needs notice of filings in this matter and requests to be removed from all service lists including the CM/ECF system.

3. Dennis C. Reich will continue to represent Klaus Krunnies in this case. Therefore, Klaus Krunnies will not be prejudiced by this withdrawal.

WHEREFORE, Charles C. Hunter hereby respectfully asks that this Court grant leave for him to withdraw and to remove him from all service lists as Counsel for Klaus Krunnies in the above-captioned case.

Dated: December 6, 2018

                                           Respectfully Submitted,

*/s/ Charles C. Hunter*
Charles Clinton Hunter
Reich & Binstock, LLP
4265 San Felipe St., Suite 1000
Houston, TX 77027
Tel: 281-768-4731
Fax: 713-583-7047
Email: chunter@reichandbinstock.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Charles C. Hunter, hereby certify that on December 6, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Charles C. Hunter*
Charles C. Hunter