UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** December 5, 2018 | **Time:** 2 hours 7 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC 16-cv-05658-VC | **Case Name:** In re Roundup Products Liability Litigation  &  Giglio v. Monsanto Company | |

**Attorney for Plaintiff:** Aimee Wagstaff, Robin Greenwald, Brent Wisner, Michael Baum, Tesfaye Tsadik, Brian Brake, Mark Burton, David Wool, Rudie Soileau, Michael Miller, Nancy Miller, John Gomez, Kathryn Forgie, and Kristen Barton

**Attorney for Defendant:** Erik Lasker, Kirby Griffis, Brian Stekloff, Pamela Yates, and Andrew Solow

**Deputy Clerk:** Kristen Melen     **Reporter:** Jo Ann Bryce

### PROCEEDINGS:

Further Case Management Conference and Motion Hearing re case 16-cv-5658-VC - held.

### ORDER AFTER HEARING:

The motion to remand case 16-cv-5658-VC is denied, verbally.

Logistics of the trial discussed. Plaintiff consents to the *Daubert* Hearings and Jury Trial being video recorded. Defense has not decided as to whether they consent. The parties are to work with the courtroom deputy to the make arrangements for attorney/witness rooms to be reserved for both proceedings.

The parties are ordered to brief the issue of bifurcation. Defendant's brief is due by December 10, 2018. Plaintiffs' brief is due by December 12, 2018.

Discovery disputes resolved in court. The Stevick discovery issues, which were denied verbally in court, are to be submitted in accordance with Judge Chhabria's procedure to file a joint letter brief. The brief is due by December 7, 2018.

A further case management conference is scheduled for January 4, 2019, at 10:30 a.m. An updated joint statement is due by December 28, 2018.