**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **[Plaintiff's Proposed] ORDER REGARDING DISCOVERY RESPONSES** |
| *Elaine Stevick and Christopher Stevick, v. Monsanto Co.* 3:16-cv-02341-VC | |

Upon considering the letter brief of the parties, Monsanto is ORDERED to respond completely and fully to Plaintiff's Interrogatory numbers 1, 3, 6, 7,  9,  14 and 15 by December 14, 2018.


Dated: _____

_____
The Honorable Vince Chhabria
United States District Judge