UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to :<br><br>*Elaine Stevick and Christopher Stevick v. Monsanto Co. et al.*, 3:16-cv-02341-VC | MDL No. 2741<br>Case No.: 3:16-cv-02341-VC<br><br>**[MONSANTO COMPANY'S PROPOSED] ORDER REGARDING DISCOVERY RESPONSES**<br><br>Case Filed: April 29, 2016<br>Judge: Vince Chhabria |

The Court has considered the letter brief submitted by the parties addressing Plaintiff's claim that Monsanto Company's ("Monsanto") responses to Plaintiff's Interrogatory Numbers 1, 3, 6, 7, 9, 14, and 15 are incomplete.  It is hereby **ORDERED** that Monsanto has provided adequate responses to the interrogatories in dispute.

Date: _____, 2018

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

- 1 -