# EXHIBIT 2

Buxton Vs Wyeth Pharmac-ORDER


04070020200255

| | |
|---|---|
| SHARON BUXTON<br>　　　　Plaintiff, | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| v. | JULY TERM 2004 |
| WYETH PHARMACEUTICALS, et al., | No. 000202 |
| 　　　　Defendants. | HORMONE THERAPY CASE |
| FRANCES HENRY, and<br>DANIEL HENRY, w/h<br>　　　　Plaintiff, | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| v. | JULY TERM 2004 |
| WYETH PHARMACEUTICALS, et al., | No. 000875 |
| 　　　　Defendants. | HORMONE THERAPY CASE |
| PAULINE LESCINSKI<br>　　　　Plaintiff, | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| v. | JULY TERM 2004 |
| WYETH PHARMACEUTICALS, et al., | No. 000390 |
| 　　　　Defendants. | HORMONE THERAPY CASE |

**ORDER**

AND NOW, this ___ day of _____, 2010, upon consideration of Wyeth Defendants' Motion for Phased Trial, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and that:

(i) trial in these cases will be tried in three phases:

　　Phase I:　　Medical causation and compensatory damages

　　Phase II:　　Liability for compensatory and punitive damages

DOCKETED
COMPLEX LIT. CENTER

JUL 19 2010

L. RYANT-DAVIS

Case ID: 040700202
Control No.: 10060732

COPIES SENT PURSUANT TO Pa.R.C.P. 236(b) D. WILLIAMS 07/19/2010

Phase III:   Amount of punitive damages; and

(ii) Plaintiffs are precluded from introducing any evidence in a given Phase that is not relevant to the issue or issues being tried in that Phase.

BY THE COURT:

_____ J.

2