Curtis G. Hoke (State Bar No. 282465)
Brian K. Brake (Pro Hac Vice)
**THE MILLER FIRM, LLC**
108 Railroad Ave.
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
choke@millerfirmllc.com
bbrake@millerfirmllc.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **JOINT STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE JOINT LETTER BRIEF UNTIL DECEMBER 10, 2018** |
| *Elaine Stevick and Christopher Stevick v. Monsanto Co.*, 3:16-cv-02341-VC | |

     Undersigned counsel for Elaine Stevick requests, and counsel for Monsanto is not opposed to an extension of the Court's deadline to file a discovery letter from December 7, 2018 until Monday December 10, 2018.  The discovery letter was filed on December 10, 2018.

     The Court issued an Order after the December 5, 2018 case management conference setting the deadline of December 7, 2018 to file a joint discovery brief.

     When the Order was emailed to counsel for Mrs. Stevick on December 6, 2018, counsel was in depositions all day and then was traveling all day Friday resulting in counsel for Plaintiff not seeing the Order until Sunday December 9, 2018.

     There has not been any previous time modifications regarding this issue.

The effect of the requested time modification would have no effect on the schedule of the case.

A Proposed Order is attached.

Dated:  December 11, 2018                    Respectfully submitted,


/s/ Brian K. Brake_____
Brian K. Brake, Esq. (Pro Hac Vice)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960


Seen & not objected to:


 /s Kirby T. Griffis_____
Kirby T. Griffis, Esq.
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005

Attorneys for Defendant
Monsanto Company