**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **[Proposed] ORDER EXTENDING TIME TO FILE JOINT LETTER BRIEF** |
| *Elaine Stevick and Christopher Stevick, v. Monsanto Co.* 3:16-cv-02341-VC | |

    The time for the parties to file the Joint Letter Brief is hereby extended from December 7, 2018 to December 10, 2018. The Court notes that such letter brief was filed on that date.

    PURSUANT TO STIPULATION IT IS SO ORERED.

Dated:                      _____
                               The Honorable Vince Chabbria
                               United States District Judge