Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Pedram Esfandiary (SBN: 312569)
pesfandiary@baumhedlund.com
**BAUM, HEDLUND, ARISTEI &**
**GOLDMAN, P.C.**
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 02741 |
| | **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS' BRIEF REGARDING BIFURCATION** |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

Pursuant to LR 6-2 and 7-12, the Parties hereby jointly stipulate to a brief extension of time—24 hours—for Plaintiffs to submit their brief pursuant to Pretrial Order No. 58 (Briefing on Bifurcated Trials).

Currently, Plaintiffs' brief is due on December 12, 2018.  Plaintiffs' counsel are in the midst of conducting several contemporaneous depositions, and the attorney responsible for preparing Plaintiffs' brief is attending two corporate representative depositions in a separate matter on December 11, 2018 and December 12, 2018.

As such, Plaintiffs hereby request an additional day to address the arguments in Monsanto's 11-page brief filed on the evening of December 10, 2018.  Monsanto does not oppose this request.  The Parties do not anticipate that granting a modest extension

through December 13 for Plaintiffs to submit their brief will materially affect the trial schedule in this action.  No other modifications have been made to this briefing schedule.

Thus, the Parties hereby stipulate to a one-day extension of time, pending Court approval, through and including December 13, for Plaintiffs to submit their brief regarding bifurcation.

DATED:  December 11, 2018                      Respectfully submitted,

/s/ R. Brent Wisner                                   /s/ Brian L. Stekloff
R. Brent Wisner (SBN 276023)               Brian L. Stekloff
rbwisner@baumdedlundlaw.com            (bstekloff@wilkinsonwalsh.com)
BAUM HEDLUND ARISTEI                    Rakesh Kilaru (pro hac vice)
& GOLDMAN, PC                                   (rkilaru@wilkinsonwalsh.com)
10940 Wilshire Blvd., 17th Floor            WILKINSON WALSH + ESKOVITZ
Los Angeles, CA 90024                           2001 M St. NW, 10th Floor
Tel: (310) 207-3233                                 Washington, DC 20036
Fax: (310) 820-7444                                Tel: 202-847-4030
                                                               Fax: 202-847-4005


/s/ Aimee Wagstaff                                  s/ Pamela Yates
Aimee Wagstaff                                       Pamela Yates (CA Bar No. 137440)
aimee.wagstaff@andruswagstaff.com    (Pamela.Yates@arnoldporter.com)
Andrus Wagstaff, P.C.                             ARNOLD & PORTER KAYE, et al.
7171 West Alaska Drive                          777 South Figueroa St., 44th Floor
Lakewood CO 80226                               Los Angeles, CA 90017
Tel:  303-376-6360                                  Tel: 213-243-4178
Fax:  303-376-6361                                 Fax: 213-243-4199

/s/ Robin Greenwald                               s/ Andrew Solow
Robin Greenwald                                     Andrew Solow (pro hac vice)
rgreenwald@weitzlux.com                     Andrew.Solow@arnoldporter.com
Weitz & Luxenberg, P.C.                        ARNOLD & PORTER KAYE SCHOLE
700 Broadway                                         250 West 55th Street
New York NY 10003                               New York, NY 10019
Telephone: (212) 558-5500                     Tel: 212-836-7740

2

Facsimile: (212) 344-5461                          Fax: 212-836-6776

/s/ Michael Miller                                 /s/ Eric G. Lasker
Michael Miller                                     Eric G. Lasker (pro hac vice
mmiller@millerfirmllc.com                          elasker@hollingsworthllp.com
The Miller Firm, LLC                               HOLLINGSWORTH LLP
108 Railroad Ave                                   1350 I St. NW
Orange VA 22960                                     Washington, DC 20005
Telephone: (540) 672 4224                               Tel: 202-898-5843
Facimile: (540) 672-3055                                Fax: 202-682-1639

*Attorneys for Plaintiffs*                         *Attorneys for Defendant*
                                                   *MONSANTO COMPANY*

**JOINT STIPULATION EXTEND TIME**

**CERTIFICATE OF SERVICE**

    I, R. Brent Wisner, hereby certify that, on December 11, 2018, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                              /s/ R. Brent Wisner
                                   R. Brent Wisner

**JOINT STIPULATION EXTEND TIME**