Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Pedram Esfandiary (SBN: 312569)
pesfandiary@baumhedlund.com
**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 02741<br><br>**DECLARATION OF R. BRENT WISNER IN SUPPORT OF JOINT STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS' BRIEF REGARDING BIFURCATION** |

I, R. Brent Wisner, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Baum, Hedlund, Aristei & Goldman, P.C., attorneys of record for Plaintiffs.  I submit this declaration in support of the Parties' Joint Stipulation to extend the time for Plaintiffs to submit their brief regarding bifurcation;

2. Upon receiving Monsanto's 11-page brief regarding bifurcation on the evening of December 10, 2018, I contacted counsel for Monsanto on the morning of December 11, 2018, requesting a stipulation for a modest extension of 24 hours for Plaintiffs to submit their response;

3. Counsel for Monsanto agreed to the stipulation subject to Court approval.

4. I am the attorney responsible for preparing Plaintiffs' bifurcation brief, but am currently in the midst of two corporate representative depositions in a separate matter;

5. I requested the extension in good faith to allow Plaintiffs sufficient time to respond to Monsanto's bifurcation arguments;

6. No prior extensions have been requested for these submissions and I do not anticipate that granting the one-day extension will materially affect the trial schedule in this action;

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 11, 2018 at Los Angeles, California.

DATED: December 11, 2018			Respectfully submitted

/s/ R. Brent Wisner
R. Brent Wisner (SBN 276023)
rbwisner@baumdedlundlaw.com
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Tel: (310) 207-3233
Fax: (310) 820-7444

2
**DECLARATION OF R. BRENT WISNER**