**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 02741<br><br>**[PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS' BRIEF REGARDING BIFURCATION** |

Having considered the Parties' joint submission, the stipulation to grant Plaintiffs an additional 24 hours to submit their brief regarding bifurcation is **GRANTED**. Plaintiffs shall submit their brief no later than December 13, 2018.

IT IS SO ORDERED

DATED:  December 11, 2018                              _____
                                                                            Honorable Vince Chhabria
                                                                            United States District Judge

1
**[PROPOSED] ORDER FOR EXTENSION OF TIME**