Yvonne M. Flaherty
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
ymflaherty@locklaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | Case No. 16-md-02741-VC<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

   PLEASE TAKE NOTICE that Rosa Trembour is withdrawing from representing Plaintiffs in this matter. Yvonne M. Flaherty of Lockridge Grindal Nauen P.L.L.P. will remain as counsel for Plaintiffs in the above-captioned matter.  Rosa Trembour requests that she be removed from the electronic service list.

//

//

//

| | |
|---|---|
| Dated: December 11, 2018 | LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br><br>By:   /s/ Yvonne M. Flaherty<br>Yvonne M. Flaherty<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Ave. S., Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>ymflaherty@locklaw.com<br><br>*Attorneys for Plaintiff* |