# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 02741<br><br>[PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS' BRIEF REGARDING BIFURCATION |

Having considered the Parties' joint submission, the stipulation to grant Plaintiffs an additional 24 hours to submit their brief regarding bifurcation is **GRANTED**. Plaintiffs shall submit their brief no later than December 13, 2018.

IT IS SO ORDERED

DATED: December 11, 2018

GRANTED

Judge Vince Chhabria

---

1

**[PROPOSED]** ORDER FOR EXTENSION OF TIME