# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**          MDL No. 2741

(SEE ATTACHED SCHEDULE)

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the actions on the attached schedule on December 6, 2018. Due to administrative error, the stay of this conditional transfer order was lifted prematurely on December 13, 2018. These circumstances require reinstatement of the conditional transfer order in order to permit the parties a timely opportunity to respond to the conditional transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-113" filed on December 6, 2018, is REINSTATED.

FOR THE PANEL:

_____
Jeffery N. Lüthi
    Clerk of the Panel

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION**                                          MDL No. 2741

## SCHEDULE A

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **ALABAMA MIDDLE** | | | |
| ALM | 3 | 18–00969 | Muller v. Monsanto Company |
| **ARIZONA** | | | |
| AZ | 2 | 18–02688 | Antol v. Monsanto Company |
| **COLORADO** | | | |
| CO | 1 | 18–02980 | Brooks v. Monsanto Company |
| **FLORIDA MIDDLE** | | | |
| FLM | 3 | 18–01283 | Gardner et al v. Monsanto Company |
| **FLORIDA SOUTHERN** | | | |
| FLS | 1 | 18–24807 | Nurquez v. Monsanto Company |
| **MISSOURI EASTERN** | | | |
| MOE | 4 | 18–01982 | Friedman v. Monsanto Company |
| MOE | 4 | 18–01983 | Perry v. Monsanto Company |
| MOE | 4 | 18–01984 | Coviello v. Monsanto Company |
| MOE | 4 | 18–01990 | Capo v. Monsanto Company |
| MOE | 4 | 18–01991 | Goodson et al v. Monsanto Company |
| MOE | 4 | 18–01992 | Blue et al v. Monsanto Company |
| MOE | 4 | 18–01994 | Dailey v. Monsanto Company |
| MOE | 4 | 18–01997 | Griffith et al v. Monsanto Company |
| MOE | 4 | 18–02003 | Hildebrand et al v. Monsanto Company |
| MOE | 4 | 18–02005 | Neville v. Monsanto Company |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 1 | 18–00377 | Aden v. Monsanto Company |
| **OKLAHOMA NORTHERN** | | | |

OKN              4          18–00513          Evans v. Monsanto Co.