# EXHIBIT 1

# 10

7/9

# SUPERIOR COURT OF CALIFORNIA
## County of San Francisco

Honorable SUZANNE R. BOLANOS, Judge Presiding
Department 504

DEWAYNE JOHNSON,

Plaintiff,

vs.

MONSANTO COMPANY,

Defendant.

Case Number:   CGC-16-550128

**JURY NOTE**

QUESTION(s):

1. What is the surfactant? Nevermind / answered. - POEA.

2. Data on POEA? show how it gets through skin? (human skin)

3. In animal studies, how glyphosate formulated? what is the vehicle?

4. How was much study (crux) conducted? as compared to others?

5. Clarify glyphosates Meth of Action (MoA) → does it bind to an enzyme rendering the enzyme nonfunctional? ~~is the enzyme not needed at all?~~ (does it compete with another substrate)

6. how are micronuclei related to cancer? supporting data?

7. What are the epi studies? people who used roundup? people exposed in proximity to?

8. Was IARC making unanimous decision abt glyphosate or glyphosate + surfactant? assuming glyphosate but speci to clarify since discussing both and the formulation in particular.
   ↳ did they also look at formulations?

9. ~~[illegible crossed-out text]~~

This _____ day of _____, 2018

Time: _____ AM / PM

_____
Juror Seat Number

Jury Note

1

1

**SUPERIOR COURT OF CALIFORNIA**
**County of San Francisco**

2

3

Honorable SUZANNE R. BOLANOS, Judge Presiding
Department 504

4

5

DEWAYNE JOHNSON,                           Case Number:   CGC-16-550128

6
                              Plaintiff,
                vs.                         **JURY NOTE**

7

MONSANTO COMPANY,

8
                              Defendant.

9

10
QUESTION(s):

11
1. In Peros 2005 study, is it known what the exposure is? how many uses,
   did users get on body?

12
   Same for Naep → what are the exposures) acute / chronic / mix)

13
   2018 data broken into exposure groups)

14
2. Has POEA been used in combo w/ other compounds that do or do not

15
   cause cancer? Any evidence for surfactant + compound combinations? POEA

16
3. does glyphosate based formulations mean the final formulation in the product?

17
4. What is Mr. Johnson's exposure in mg/kg? (estimation if were to get a large dose
   on skin)

17
5. How know Mr. Johnson's cancer started before exposure? Test results / data?

18
6. What is statistical risk of mycosis fungoides in African Americans Ranger Pro

19
   and not ranger pro groups)?

20

21

22

23
This 9th. day of July , 2018
Time: _____ AM / PM                    10

24                                                  Juror Seat Number

25

# SUPERIOR COURT OF CALIFORNIA
## County of San Francisco

Honorable SUZANNE R. BOLANOS, Judge Presiding
Department 504

DEWAYNE JOHNSON,

          Plaintiff,

      vs.

MONSANTO COMPANY,

          Defendant.

Case Number:   CGC-16-550128

**JURY NOTE**

QUESTION(s):

① Given prior lawsuits filed, why is this the first case to come before a jury?

② Why is this case in SF Superior Court, since plaintiff is from Richmond?

③ Does the plaintiff have to prove that his cancer was caused by the use of Ranger Pro? If he developed his cancer before exposure to Ranger Pro and his cancer was worsened by that exposure, is that sufficient to decide for the plaintiff? (After consideration of all testimony and evidence, and if the jury so decides, of course.)

④ Can you require the expert witnesses for both sides to disclose if they are receiving any compensation (direct, research funding, etc.) for their testimony? And any past funding (last 20 yrs).

Sorry for my poor handwriting. Decades of ~~writing~~ writing via keyboard has led to deteriorating ~~legibility~~ legibility. Actually — my writing was always close to illegible.

This  9ᵗʰ  day of  July  , 2018

Time: _____ AM / PM

**1**

Juror Seat Number

# SUPERIOR COURT OF CALIFORNIA
## County of San Francisco

Honorable SUZANNE R. BOLANOS, Judge Presiding
Department 504

DEWAYNE JOHNSON,

Plaintiff,

vs.

MONSANTO COMPANY,

Defendant.

Case Number:   CGC-16-550128

**JURY NOTE**

QUESTION(s):

- What is the difference between Pestiside and an herbacide?

- Do humans have EPSPS enzyme?
- Do plaintiff reuse drenched clothing?

This _9_ day of _July_ , 2018
Time: _4:30_ AM/PM

_15_
Juror Seat Number

# SUPERIOR COURT OF CALIFORNIA
## County of San Francisco

Honorable SUZANNE R. BOLANOS, Judge Presiding
Department 504

DEWAYNE JOHNSON,

                              Plaintiff,

vs.

MONSANTO COMPANY,

                              Defendant.

Case Number:   CGC-16-550128

**JURY NOTE**

QUESTION(s):

1) Can we get clarification on which product(s) Mr. Johnson used? Ranger Pro vs. Roundup

2) Will the product label be introduced as evidence (for the product he actually used)?

This 9th day of July, 2018
Time: _____ AM / PM

8

Juror Seat Number

Jury Note

5

# SUPERIOR COURT OF CALIFORNIA
## County of San Francisco

Honorable SUZANNE R. BOLANOS, Judge Presiding
Department 504

DEWAYNE JOHNSON,

                    Plaintiff,

        vs.

MONSANTO COMPANY,

                    Defendant.

Case Number:   CGC-16-550128

**JURY NOTE**

QUESTION(s):

What product(s) are banned in Europe? Glyphosate or Round-UP/Ranger Pro? Why?

Why didnt Goldstein call back as he stated that he would?

What were the controls in "Genotoxic Potential of Glyphosate Formulation" - publication by which included D. Farmer & Heydens?

This 10th day of July, 2018
Time: 940  (AM)/PM

Juror Seat Number  #9

1

**SUPERIOR COURT OF CALIFORNIA**
**County of San Francisco**

2

3

Honorable SUZANNE R. BOLANOS, Judge Presiding
Department 504

4

5

DEWAYNE JOHNSON,                          Case Number:   CGC-16-550128

6
                              Plaintiff,
                vs.                        **JURY NOTE**

7

MONSANTO COMPANY,

8
                              Defendant.

9

QUESTION(s):

10

Who is Responsible for the equipment that failed

11
Did Mr. Johnson immediately Remove his wet clothing

12
+ take a Shower to get Ranger Pro off his Skin?

13

14
Did he notify his employer + what was

15
his employers Response

16

17
Why didn't Monsanto reply to his phone
calls immediately?

18

19
° Even if the EPA did not specifically Ask for

20
Roundup as a whole to be tested, why didn't

21
Monsanto do it for itself + its customers?

22
° Is the Round-Up formulation different
in the European Union And in the USA?

23
This 10 day of July , 2018                          13
Time: _____ AM / PM                    Juror Seat Number

24

25
                                                                    7

                        Jury Note

1

# SUPERIOR COURT OF CALIFORNIA
## County of San Francisco

2

3
Honorable SUZANNE R. BOLANOS, Judge Presiding
Department 504
4

5
DEWAYNE JOHNSON,                           Case Number:   CGC-16-550128

6                          Plaintiff,

                  vs.                       **JURY NOTE**
7

MONSANTO COMPANY,
8
                         Defendant.

9

10   QUESTION(s):

11   Please clarify for whom Dr. Portier evaluates

12   the studies depicted in exhibits 1020, 1021.

13

14

15

16

17

18

19

20

21

22

23   This _____ day of _____, 2018
     Time: _____ AM / PM                    Juror Seat Number

24

25

1

**SUPERIOR COURT OF CALIFORNIA**
**County of San Francisco**

2

3

Honorable SUZANNE R. BOLANOS, Judge Presiding
Department 504

4

5

DEWAYNE JOHNSON,

Case Number:   CGC-16-550128

6

Plaintiff,

**JURY NOTE**

7

vs.

MONSANTO COMPANY,

8

Defendant.

9

10

QUESTION(s):

11

1. CDI mouse - are these mice more prone to cancer than other strains?

12

2. ~~XXXXXXXXXXXXXXXX~~ → were control animals given vehicle solvent alone? were they given what gluphosate was formulated or

13

dissolved in?

14

3. In any of the animal studies was the highest dose at MTD?

15

16

17

18

19

20

21

22

23

This _____ day of _____, 2018

Time: _____ AM / PM

1 O.

Juror Seat Number

24

25

Jury Note

9

1

## SUPERIOR COURT OF CALIFORNIA
## County of San Francisco

2

3

Honorable SUZANNE R. BOLANOS, Judge Presiding
Department 504

4

5

DEWAYNE JOHNSON,                            Case Number:   CGC-16-550128

6
                          Plaintiff,

vs.                                         **JURY NOTE**

7

MONSANTO COMPANY,

8
                          Defendant.

9

QUESTION(s):

10

Can a "key" please be added to chart to

11
explain what the symbols mean?

12
For example, what the * means

13

14

15

16

17

18

19

20

21

22

23
This 12 day of July , 2018
Time: 1:20        AM/PM        15
                              Juror Seat Number

24

25

1

2

# SUPERIOR COURT OF CALIFORNIA
## County of San Francisco

3

4

Honorable SUZANNE R. BOLANOS, Judge Presiding
Department 504

5

DEWAYNE JOHNSON,

Case Number:  CGC-16-550128

6

Plaintiff,

vs.

**JURY NOTE**

7

MONSANTO COMPANY,

8

Defendant.

9

QUESTION(s):

10

How would AHS numbers / results (RR)

11

d be effected if a percentage of those who

12

would have responded, passed away from

13

some form of NHL? (

14

15

How do scientist justify placing their names

16

on conflicting studies / data?

17

De Roos
Andreotti

18

19

20

21

22

This __18__ day of __July__ , 2018

23

Time: ____3____ AM / PM                      Juror Seat Number

24

25

Jury Note



11



# SUPERIOR COURT OF CALIFORNIA
## County of San Francisco

Honorable SUZANNE R. BOLANOS, Judge Presiding
Department 504

DEWAYNE JOHNSON,

                Plaintiff,

    vs.

MONSANTO COMPANY,

                Defendant.

Case Number:   CGC-16-550128

**JURY NOTE**

QUESTION(s):

What is the general progression and time frame of the NHL?
Are there different stages?
How long does a patient typically start manifesting NHL before it
is diagnosed?

This _20_ day of _July_, 2018

Time: _____ AM / PM

_____16_____
Juror Seat Number



# SUPERIOR COURT OF CALIFORNIA
## County of San Francisco

Honorable SUZANNE R. BOLANOS, Judge Presiding
Department 504

DEWAYNE JOHNSON,

                Plaintiff,

      vs.

MONSANTO COMPANY,

               Defendant.

Case Number: CGC-16-550128

**JURY NOTE**

QUESTION(s):

If the 2 mg/Kg/day risk reference dose does not have anything to do with carcinogenicity, what does this dose measure for?

This _____ day of _____, 2018

Time: _____ AM / PM

15

Juror Seat Number

JUL 26 2018

2:08 PM

Jury Note

13



# SUPERIOR COURT OF CALIFORNIA
## County of San Francisco

Honorable SUZANNE R. BOLANOS, Judge Presiding
Department 504

DEWAYNE JOHNSON,

                    Plaintiff,

          vs.

MONSANTO COMPANY,

                    Defendant.

Case Number:   CGC-16-550128

**JURY NOTE**

QUESTION(s):

How long is the latency period for the squeamous cell carcinoma plaintff developed on his leg?

This __26__ day of __July__, 2018
Time: __1:40__ AM/(PM)

_____
Juror Seat Number

16

Jury Note

14



# SUPERIOR COURT OF CALIFORNIA
## County of San Francisco

Honorable SUZANNE R. BOLANOS, Judge Presiding
Department 504

DEWAYNE JOHNSON,

                   Plaintiff,

    vs.

MONSANTO COMPANY,

                Defendant.

Case Number:   CGC-16-550128

**JURY NOTE**

QUESTION(s):

1) Is the estimate of end of trial still accurate at August 10? If not, can we have a revised estimate?

&amp;

2) Can we Mr. Lombardi try to keep his voice down during cross examination? Since he repositions the podium, tends to 'shout at the jury as well as witness

This _26_ day of _July_, 2018

Time: _10:43_ (AM) PM

_14_
Juror Seat Number



# SUPERIOR COURT OF CALIFORNIA
## County of San Francisco

Honorable SUZANNE R. BOLANOS, Judge Presiding
Department 504

DEWAYNE JOHNSON,

                Plaintiff,

vs.

MONSANTO COMPANY,

                Defendant.

Case Number:   CGC-16-550128

**JURY NOTE**

QUESTION(s):

Does RoundUP / Ranger Pro's product labeling state to stop using if skin irritation occurs?

Was Johnson advised by Biehl or a Poison Control Center call (03/2015) to stop / cease using RoundUP / Ranger Pro?

This 16 day of July , 2018
Time: 330pm     AM / PM

_____
Juror Seat Number

Jury Note                                                    16



# SUPERIOR COURT OF CALIFORNIA
## County of San Francisco

### Honorable SUZANNE R. BOLANOS, Judge Presiding
### Department 504

DEWAYNE JOHNSON,

Plaintiff,

vs.

MONSANTO COMPANY,

Defendant.

Case Number:   CGC-16-550128

**JURY NOTE**

QUESTION(s):

Video deposition of Kirk Acevedo = he said he joined Monsanto because of the philosophy of Robert Shapiro. Who was this and what was that philosophy?

Stipulation of Monsanto net worth = $6.6 B. Before this trial, I thought Monsanto was sold for a higher amount. Can we know the buyer and sales price?

This 27th day of July, 2018
Time: 4:00 AM / PM

_____
1
Juror Seat Number



1
2

# SUPERIOR COURT OF CALIFORNIA
## County of San Francisco

3
4

Honorable SUZANNE R. BOLANOS, Judge Presiding
Department 504

5

DEWAYNE JOHNSON,                          Case Number:   CGC-16-550128

6                             Plaintiff,

vs.                                       **JURY NOTE**

7

MONSANTO COMPANY,

8                             Defendant.

9

10  QUESTION(s):

11  For the alternates, can we be notified when the verdict will
12  be read and be given a pass to be in the court room?

13
14
15
16
17
18
19
20
21
22

23  This ___2___ day of ___August___, 2018            ___16___
    Time: ___4:30_____ AM / PM                  Juror Seat Number
24
25

Jury Note

18



# SUPERIOR COURT OF CALIFORNIA
## County of San Francisco

Honorable SUZANNE R. BOLANOS, Judge Presiding
Department 504

DEWAYNE JOHNSON,

                Plaintiff,

        vs.

MONSANTO COMPANY,

                Defendant.

Case Number:   CGC-16-550128

**JURY NOTE**

QUESTION(s):

1- What is the "USUAL" Amount of time
from when a study is completed And
When it is published?

This __2__ day of __Aug_____ , 2018

Time: _____ AM / PM

_____13_____
Juror Seat Number

Jury Note

19



1

# SUPERIOR COURT OF CALIFORNIA
## County of San Francisco

2

3   Honorable SUZANNE R. BOLANOS, Judge Presiding
    Department 504

4

5   DEWAYNE JOHNSON,                      Case Number:  CGC-16-550128

6                        Plaintiff,

7              vs.                         **JURY REQUEST FORM**

8   MONSANTO COMPANY,                      Question # 3

                         Defendant.

9

10

WE, the jury in the above-entitled action, request the following:

11   ~~Please~~ 1) Transcripts on historical controls for

12   Dr. Foster during direct and redirect, & any recross

13   ~~2)~~  — specifically discrepancy between historical

14   controls in the CD-1 mouse studies

15      Time : Aug 2, towards end of direct

16

     This  9  day of   August  , 2018

17                                          _____
                                              Presiding Juror

18   Time:  1:35   AM (PM)

19   **For Court Use:**

20

21

22

23   Dated_____

24                                    HON. SUZANNE R. BOLANOS
                                      Judge of the Superior Court

25

Jury Request Form                                               20



# SUPERIOR COURT OF CALIFORNIA
## County of San Francisco

Honorable SUZANNE R. BOLANOS, Judge Presiding
Department 504

DEWAYNE JOHNSON,

                              Plaintiff,

            vs.

MONSANTO COMPANY,

                              Defendant.

Case Number:  CGC-16-550128

**JURY REQUEST FORM**

Question # ___2___

WE, the jury in the above-entitled action, request the following:

1) Can someone define "ordinary consumer" on the verdict form

2) May we see a written copy of the stipulations and admissions?

This ___9___ day of ___August___ , 2018

Time: ___9:40___ (AM) PM

_____
Presiding Juror

---

**For Court Use:**

_____

_____

_____

_____

Dated_____          _____
                              HON. SUZANNE R. BOLANOS
                              Judge of the Superior Court