EXHIBIT 2

```
 1          SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                  COUNTY OF SAN FRANCISCO

 3

 4   DEWAYNE JOHNSON,

 5              Plaintiff,

 6        vs.                    Case No. CGC-16-550128

 7   MONSANTO COMPANY, et al.,

 8              Defendants.
     _____/
 9

10

11

12       Proceedings held on Tuesday, August 7, 2018,

13       Volume 25, Afternoon Session, before the Honorable

14       Suzanne R. Bolanos, at 1:44 p.m.

15

16

17

18

19

20

21  REPORTED BY:

22  LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

23  Job No. 2983883B

24

25  Pages 5130 - 5249
```

```
              1  to give cancer patients some idea of why they were the
              2  unlucky ones, the truth is you frequently just can't do
              3  that.
              4           And that's what Dr. Kuzel told you.  Dr. Kuzel
14:22:10      5  said every case of mycosis fungoides is of unknown
              6  etiology.  Etiology means unknown origins, unknown cause.
              7           Asked about what was the conclusion about the
              8  most likely cause of Mr. Johnson's mycosis fungoides,
              9  same conclusion he has for everybody else with mycosis
14:22:29     10  fungoides.  "We don't know why they get mycosis
             11  fungoides."  It would be nice to be able to tell people
             12  it's something, but you just can't do it.  And that's
             13  what Dr. Kuzel told you.
             14           Dr. Kuzel, remember, he is a guy who said he was
14:22:45     15  at a tertiary care facility.  That means that people come
             16  from all over -- they're referred to him -- about mycosis
             17  fungoides.  He's written numerous articles.  I think 75
             18  articles just on mycosis fungoides alone.  He's written
             19  book chapters on mycosis fungoides.  He's sought out for
14:23:03     20  that.
             21           We also talked about Mr. Johnson's treating
             22  doctors.  And this isn't all of them.  You heard about a
             23  lot of them from the medical records.  There's a lot of
             24  discussion in the medical records.  And all of these
14:23:18     25  folks were mentioned in the medical records.  And
```

```
              1  Mr. Johnson had an outstanding group of doctors -- has an
              2  outstanding group of doctors who work with him.
              3           You had the opportunity to meet Dr. Ofodile, who
              4  was nice enough to come here to testify before you,
14:23:33      5  Dr. Pincus is at UCSF, Dr. Tsai, I believe is Kaiser
              6  Permanente.  Dr. Kim and Dr. Hoppe are at Stanford.  And
              7  one thing about those two, they, like Dr. Kuzel, are
              8  luminaries in the world of mycosis fungoides.  They are
              9  the world's experts.  They've written about mycosis
14:23:54     10  fungoides.  They know what it's all about.
             11           These are the people who know Mr. Johnson the
             12  best.  They know his disease the best.  They're the ones
             13  that have actually treated him.  These are the people who
             14  also know the actual disease, mycosis fungoides, better
14:24:11     15  than anybody.
             16           And not one of these people, not one of these
             17  people, told Mr. Johnson that his cancer was caused by
             18  mycosis fungoides.  Now, I think Counsel said it would be
             19  a lie if I said that.
14:24:27     20           Let's go to Slide 567 -- excuse me.  Slide 686.
             21  I'm sorry.
             22           This is Dr. Nabhan.  He'd reviewed all of the
             23  depositions of all of the treating doctors.  "As you went
             24  through the records and you went through the depositions,
14:24:41     25  you noted that each of them came to the conclusion that
```

```
           1  they didn't know what caused mycosis fungoides; is that
           2  right?"  And he agreed with that.
           3          It's not a lie.  It's a fact.  There's fact and
           4  there's argument.
14:24:55   5          So if we could go back to 567, please.
           6          So who is the -- who's the dissenter that you've
           7  heard from in this group?  There's only one medical
           8  doctor you heard from that purported to know the cause of
           9  mycosis fungoides.  And that was Dr. Nabhan.
14:25:19  10          And Dr. Nabhan is a retired practicing doctor.
          11  He used to practice medicine.  About two years ago he
          12  stopped practicing medicine, and he moved to a Fortune 15
          13  healthcare company called Cardinal Health.  And he's now
          14  a business executive there.
14:25:41  15          And Dr. Nabhan's role in this case was to meet
          16  with Mr. Johnson.  So Mr. Johnson actually, while sick,
          17  flew from here out to Chicago to meet with Dr. Nabhan in
          18  his corporate office for one hour.  One hour.
          19          And in that meeting in that corporate office,
14:26:04  20  they talked.  There was no blood work.  There was no
          21  trying to figure out anything about his cells or anything
          22  like that.  It was just talk.
          23          And then Dr. Nabhan decided that he'd read
          24  some -- he'd read some materials.  And he came to the
14:26:25  25  conclusion that Mr. Johnson's mycosis fungoides was
```

5161

```
              1  actually caused by glyphosate.
              2          So Dr. Nabhan said that he treated mycosis
              3  fungoides patients.  He treated far fewer than Dr. Kuzel,
              4  but he said he treated some.  And he said that he didn't
14:26:45      5  come to the conclusion that anybody's mycosis fungoides
              6  was caused by glyphosate until after he was retained in
              7  this litigation, which was after he stopped practicing
              8  medicine.
              9          So he never ever told anybody that mycosis
14:27:00     10  fungoides was caused by glyphosate while he was actually
             11  dealing with patients.  It's only after he got involved
             12  in this case that he came to that conclusion.
             13          And how did he come to that conclusion?  This is
             14  how:  We've put up -- we've actually tried to recreate
14:27:20     15  his board.  He actually did this in his own handwriting,
             16  and so we took the transcript of the trial and, kind of,
             17  wrote it out.
             18          But what he said was, "I'm just going to go
             19  through every risk factor I can think of for mycosis
14:27:36     20  fungoides.  And I eliminated everything," he said.  "I
             21  eliminated all of these except for Roundup."  Well,
             22  Ranger Pro.  "And because I eliminated everything but
             23  Roundup or Ranger Pro, then Ranger Pro must have been the
             24  cause."  Then Ranger Pro must have been the cause.
14:27:52     25          Now, let's just take a step back for a second.
```

```
            1  If it was that easy to figure out the cause of mycosis
            2  fungoides, why do all the doctors that are actually
            3  treating doctors saying, "We don't know the cause"?
            4           If it were that easy, why didn't we figure it
14:28:08    5  out a long time ago?  If it were that easy, if Mr. -- if
            6  Dr. Nabhan is actually the guy -- remember, this would
            7  be -- this would be a huge medical accomplishment,
            8  discovering the cause of mycosis fungoides, the first
            9  person in the world to do that.
14:28:25   10           If Dr. Nabhan had actually done that, wouldn't
           11  he have been in here showing you an article telling the
           12  scientific community about it?  Wouldn't he be collecting
           13  awards for having done it?
           14           So you should be questioning how it is that
14:28:44   15  somebody who leaves the practice of medicine all of the
           16  sudden comes to the conclusion, based on reading some
           17  documents and meeting with Mr. Johnson for an hour, that
           18  glyphosate causes cancer.  You should think about that.
           19           But Dr. Kuzel said the problem with this -- the
14:29:05   20  problem with this whole analysis is he left one important
           21  thing off the list.  Remember?  Everything says that
           22  mycosis fungoides is of unknown cause.  He didn't
           23  consider the possibility that Mr. Johnson's was due to an
           24  unknown cause.  Totally left it off his list.  Totally
14:29:23   25  left it off his list.
```

5163

biostatistician, but he says he's an expert on everything.

What's it mean when Dr. Nabhan, who's now a businessman but was a medical doctor, says he's an expert on epidemiology? He can tell you about the epidemiology. He can tell you about the mouse tests.

We brought you experts, real experts, Dr. Mucci, Dr. Foster. We brought you real experts, Dr. Kuzel, in their field to talk to you about these areas. And you might have noticed the difference in the way they acted on the witness stand. When they were asked questions by us, they answered the questions, and when they were asked questions by the other side, they answered the questions. There wasn't a lot of spinning. There wasn't a lot of arguing. They answered the questions. They were here to provide you with their expertise, and what did that expertise show? It showed that glyphosate doesn't cause cancer.

But let's talk for a second about Dr. Portier, because Dr. Portier, I think, is a special case. Dr. Portier not only disagreed with everybody, but thought that everybody was astonishing wrong, amazingly wrong, completely wrong, totally illogical. Everybody in the world except Dr. Portier is astonishing, illogical, completely wrong, amazingly wrong. ECHA, EFSA, BfR, EPA.

```
14:51:35

14:51:57

14:52:18

14:52:39

14:52:55
```

1       Now, does that sound like a guy who is an
2  objective expert?  Is that the way an objective expert
3  would talk about people?  And it ends up that Dr. Portier
4  actually has skin in the game.  Dr. Portier is not
5  objective at all.  He's part of the story of this case.
6  He was at IARC as an invited observer, not a participant.
7  Very shortly thereafter, he was hired by plaintiff's
8  lawyers, and since then, he's been going around pushing
9  his theory of glyphosate unsuccessfully.  Unsuccessfully.
10         And so when Dr. Portier talks about his theory
11 of glyphosate, understand that Dr. Portier, his view has
12 been rejected by the EPA, the EFSA, the ECHA and the BfR,
13 all of those entities you heard about.  All of those
14 entities you heard about.  He's not an objective source.
15         And when plaintiffs say -- I've lost my side.
16         When plaintiffs say that Dr. Portier has support
17 in the entire scientific community, remember what you
18 heard in the evidence.  Dr. Portier sent out emails.  He
19 tried to generate support from people.  He sent out an
20 email to 500 scientists asking them for their signatures.
21 Now, he got something like 70 or 90 signatures, but the
22 vast majority of the scientists he reached out to
23 wouldn't sign on to what he did.
24         So Dr. Portier is a partisan in the process.
25 Dr. Portier is part of the story of this case.  He's not

```
          1  an objective outside observer.  And I ask that you
          2  consider that when you evaluate his credibility.
          3            Let's talk about IARC, because IARC really is
          4  plaintiff's case.  Without IARC, they have nothing.  They
14:53:17  5  rely completely on IARC to try to make you believe that
          6  Mr. Johnson's cancer was caused by glyphosate, and
          7  they've been very critical of Monsanto for being
          8  concerned in advance of the IARC decision about what the
          9  result might be, but this is what -- and this is
14:53:36 10  undisputed in the evidence.  This is what Monsanto knew.
         11  This is what Monsanto knew.  These are the various
         12  categories that you can get when you are evaluated, when
         13  an agent is evaluated by IARC.  It goes from carcinogenic
         14  all the way down to probably not carcinogenic, so here's
14:53:51 15  what Monsanto knew.
         16            You have literally, if IARC decides to consider
         17  a chemical, a 1 in 1,000 chance that you're going to be
         18  in Group 4.  Literally a 1 in 1,000 chance that it's
         19  going to be considered probably not carcinogenic.
14:54:08 20            How about Group 3?  This is not classifiable
         21  because there's not enough information.  Now, how in the
         22  world would anybody conclude that there's not enough
         23  information about glyphosate?  It's been around for
         24  40 years, so, yeah, Monsanto was concerned when
14:54:23 25  glyphosate was taken up by IARC and with good reason.
```