# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

Aden v. Monsanto Company, )

    S.D. Mississippi, C.A. No. 1:18-00377 )        MDL No. 2741

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Aden*) on December 6, 2018. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Aden* was lifted on December 14, 2018, and the action was transferred to the Northern District of California.

The Panel, however, had received a notice of opposition from the *pro se* plaintiff, via e-mail, on December 13, 2018. Consequently, the Panel will reinstate the conditional transfer order in order to permit plaintiff to pursue his opposition to transfer.

IT IS ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-113" filed on December 6, 2018, is REINSTATED. Plaintiff's notice of opposition is deemed filed as of the date of this order.

IT IS FURTHER ORDERED that plaintiff's motion and supporting brief to vacate the Panel's conditional transfer order will be due according to the schedule that will issue shortly.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel