Thomas V. Ayala (*pro hac vice*)
**Grant & Eisenhofer P.A.**
123 Justison St.
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile:(302) 622-7100
tayala@gelaw.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Warren Ahrent, et al. v. Monsanto Company*<br>Case No. 3:18-cv-00065-VC | MDL No.: 2741<br><br>Case No. 3:16-md-2741-VC<br><br>**STIPULATION AND ORDER FOR FILING FIRST AMENDED COMPLAINT** |

WHEREAS, Plaintiffs, Warren Ahrent and Vicki Ahrent filed a complaint in this action on December 11, 2017;

WHEREAS, On December 15, 2017, Plaintiff, Warren Ahrent passed away;

WHEREAS, Plaintiff Spouse, Vicki Ahrent ("Plaintiff") seeks to amend the original complaint to include a survival action, claim for wrongful death, and amend the parties named in this action, that arise out of the same transactions and occurrences alleged in the original complaint;

1  WHEREAS, Defendant shall have sixty (60) days to respond to Plaintiff's first amended complaint from the date of this Court's order allowing Plaintiff leave to file the first amended complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties hereto through their respective attorneys of records that Plaintiff may, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, file an amended complaint in the form of the First Amended Complaint Attached hereto as Exhibit A.

Respectfully submitted,

Dated: December 14, 2018                    GRANT & EISENHOFER, P.A.

By: /s/ Thomas V. Ayala
Attorney for Plaintiff


Dated: December 14, 2018                    HOLLINGSWORTH LLP

By: /s/ Eric G. Lasker
Attorney for Defendant

**ORDER**

Based on the written stipulation of the parties and good cause appearing in support thereof, Plaintiff may file a first amended complaint in the form of the First Amended Complaint attached hereto as Exhibit A.

**IT IS SO ORDERED**

Dated: December 14, 2018

_____
UNITED STATES DISTRICT JUDGE