

RECEIVED
DEC 14 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT of APPEALS
for the NINTH CIRCUIT
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

RALPH A. APPLEGATE,
    PETITIONER,

vs.

Case : 16-MDL-02741-VC
Case : 3:18-CV-03363-VC
Case: 18-72281

MONSANTO COMPANY,
    RESPONDENT,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA,
    RESPONDENT

VOIDING of ORDER PROPOSED of OCTOBER 17, 2018

1. Plaintiff Applegate requests Honorable Judge Vince Chhabria to void subject pleading as it is in error because plaintiff did not know on October 17, 2018 that our Congress had written and passed a law after Donald Trump was in office on January 20, 2018, that required U.S. government taking of all punitive damages of more than 9304 Roundup Plaintiff's.

2. Plaintiff is waiving plaintiff's punitive damages if defendant Monsanto Company reasonably settles with plaintiff.

p.1

3. As of December 9,2018 , plaintiff has proof of accrued medical expenses of much more than $270,331.27 for New York Presbyterian , Weill Cornel , and Dr. Gordon for 4/26/2011 to 7/25/2013 . There is more from 8/10/2010 to 9/27/2016 , records received but not yet totaled .

4. There could be estimated future medical expenses of $182,500 per year from January 1, 2019  until 2025 totaling $1,095,000. for treatment if plaintiff relapses and must take Revlimid at $500. per day for his next 6 years of life . Plaintiff has asked Dr. Furman to advise Dewayne Lee Johnson to consider taking  Revlimid if Johnson has  not already taken it  because plaintiff believes Revlimid may save Johnson's life as it did save plaintiff's . Plaintiff has not been advised that Dr.Furman will respond ?  There is one side effect ,that of decreased pulse to, consider  .

5. There are may instances  of mental anguish , pain , pain and itching, and suffering in plaintiff's experience ,taking time to report ,totaling $7,000,000., as follows :

A. Plaintiff had mental anguish about spousal caregiver concern on February 18,2009 ,when plaintiff had "shortness of breath ", and futher , and plaintiff had mental anguish on March 9 , 2009 when Dr.  Pinkham advised plaintiff and spouse that Pinkham "Never in her life before ever saw blood like this ".This mental anguish continues because Pinkham now is refusing plaintiff's records even though Ohio Atty.Gen has a

p.1

complaint against Pinkham .

B. A Pathologist , one of them from Dana Farber Cancer Institute (Dr.Treon) , James Cancer Center , Mayo Clinic , MDAnderson Cancer Center, Weill Cornell Medical Center(Dr.Furman) must have had an "Eureka " about a 1ST Time 5500 mg/dL IgM before 2009 because someone should have had an Eureka when it was learned that plaintiff had an IgM of 8980 mg/dL on May 7, 2009. Dr. Richard Furman , must have had an Eureka(Or "EUREKA" was not known )on August 1, 2010 when diagnosing plaintiff with IgM of 10,289mg/dL , and claiming to plaintiff and spouse that "plaintiff was Furman's worst patient ."

C. Plaintiff had mental anguish in May , 2009 when Dr. Hofmeister failed to advise plaintiff and spouse that Pathologists decide diagnosis, that plaintiff's diagnostic IgM was 8980, that that was astronomical compared to earlier knowledge , and because Hofmeister attempted to force plaintiff to take Fludarabine after Hofmeister advised plaintiff that plaintiff could die from Fludarabine , by Hofmeister criticizing plaintiff in a letter.  Fludarabine is similar to 2CDA.

D. Plaintiff had mental anguish in 2009 when Dr. Sanjay Yadav attempted to force plaintiff to take chemotherapy of 2CDA, a similar medicine to Fludarabine . Defendant also had tribulations in June, 2009 when Oncologist Jerry Mitchell attempted forcing plaintiff to refuse

p.2

closing of plaintiff's stoma . It was none of Mitchell's business .

E. Plaintiff had mental anguish from August 1, 2010 to December 31, 2015 because of unpleasant air travel from Columbus to New York visits, and return ,many, many times , for treatment .

F. Plaintiff had mental anguish in Weill Cornell Medical Center and in daughter Mary Karges residence in New Rochelle , N. Y. ,before December 31, 2015 when plaintiff was diagnosed four(4)times with Transient Ischemic Attacks , during New York treatments . Blood thickness increased from suffering from Waldenstrom Macroglobulinemia .

G. Plaintiff ,currently, in 2018 , has mental anguish and pain because HollingsworthLLP deliberately is avoiding response to plaintiff's pleadings from January 16, 2018 ,and onward , with respect to settlement and plaintiff's obvious proof of cause and effect .

H. Corporate Angel Flight ,White Plains , New York , arranged all airline travel from Columbus to New York and return , but required that plaintiff could not travel alone . PLaintiff , therefore , had mental anguish because spouse ,Rosemary K. Applegate had to suffer as "caregiver" thruout that period , August 1, 2010 thru December 31, 2015, and earlier .

I. Plaintiff ,currently, has mental anguish from January 16, 2018 to later than December 9, 2018 and onward because Judge Vince Chhabria

has been delaying ruling on plaintiff's proof . There is more !

J. Plaintiff is now requesting total damages of $13,000,000. ,enough to compensate plaintiff for accrued and future medical damages, mental anguish ,pain, current and itching not yet diminishing. This amount is 67 percent of $20, 000,000.,adequate for plaintiff Dewayne Johnson , assuming Johnson is dying , plaintiff Applegate does not believe Johnson will die soon , but if Johnson does die soon ,  this amount will provide at least $1,111,111.00 income per 60 years for each of Johnson's surviving spouse and two(2) sons , plenty, arbitrarily and capriciously . Johnson's Dermatologist testimony that "Johnson is/was dying " was a "stretch " , inter alia.

K. When plaintiff receives further medical expense evidence ,there appears  to be two(2)billing errors , one in 2017, one in 2018 ,in Weill Cornell, plaintiff will advise this court and defendant Monsanto .

Respectfully submitted

Signed *Ralph A. Applegate*

Ralph A. Applegate , Plaintiff,Pro Se
1544 Zettler Road
Columbus ,Ohio 43227
rapplegate48@gmail.com
914-410-1568

Appellee Attorneys
David P.Strup
Shoemaker ,Loop & Kendrick, L.L.P.
1000 Jackson Street
491-241-9000
Toledo , Ohio 43604
dstrup@slk-law.com

p.4

Heather Pigman
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5800
hpigman@hollingsworthllp.com

CERTIFICATE of SERVICE

Petitioner serves document ,VOIDING of ORDER PROPOSED of OCTOBER 17, 2018, by regular mail to appellee attorney , Heather Pigman , to Clerk of U.S. District Court , Northern District of California and to Judge Chhabria , and to Clerk of 9th Circuit Court of Appeal ,on December 10 , 2018 .

Ralph C. Applegate
1544 Zettler Road
Columbus, Ohio 43227

Clerk
U.S. District Court
North. Dist. of California
450 Golden Gate Ave
San Francisco, Cal. 94102