**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | ) ) | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| *ADDIE BANKS*, 3:18-CV-05297-VC | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Addie Banks and Defendant Monsanto Company ("Monsanto"), through their undersigned counsel, that the above-captioned action is voluntarily dismissed WITHOUT PREJUDICE, and without costs to either party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Monsanto's agreement to this dismissal without prejudice does not preclude Monsanto from asserting in subsequent litigation that any claims asserted by Addie Banks, by her estate, or by any heir, personal representative, executor, or relative of Addie Banks are barred or otherwise not viable based on the applicable statute of limitations and/or other applicable law.

Dated: December 17, 2018.

/s/ Douglas A. Dellaccio, Jr.
Douglas A. Dellaccio, Jr. (AL Bar No. 4578-175d)
R. Andrew Jones (AL Bar No. 0096-i11r)
J. Curt Tanner (AL Bar No. 1041-t80w)
CORY WATSON, P.C.
2131 Magnolia Avenue South, Suite 200
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
ddellaccio@corywatson.com
ajones@corywatson.com
ctanner@corywatson.com
*Attorneys for Plaintiff*

/s/ Martin C. Calhoun
Martin C. Calhoun (*pro hac vice*)
HOLLINGSWORTH LLP
1350 I Street NW
Washington, DC 20005
Telephone: (202) 898-5867
Facsimile: (202) 682-1639
mcalhoun@hollingsworthllp.com
*Attorneys for Defendant Monsanto Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of December 2018, a copy of the foregoing JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE was electronically filed with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ R. Andrew Jones
R. Andrew Jones (AL Bar No. 0096-i11r)
CORY WATSON, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
ajones@corywatson.com