# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741<br>) Case No. 3:16-md-02741-VC<br>) |
| **THIS DOCUMENT RELATES TO:** | ) **ORDER GRANTING JOINT**<br>) **STIPULATION OF DISMISSAL** |
| *ADDIE BANKS*, 3:18-CV-05297-VC | ) **WITHOUT PREJUDICE** |

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal without Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal without Prejudice as to Plaintiff Addie Banks.

**IT IS SO ORDERED.**

Dated: December 17, 2018.

_____

VINCE CHHABRIA
United States District Judge