UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 59: EXPERT REPORTS** |

To assist the Court in determining whether the trial should be bifurcated, the parties are ordered to file all of their experts' reports by Friday, December 21, 2018. A ruling on bifurcation will be issued in early January.

**IT IS SO ORDERED.**

Date:   December 20, 2018

VINCE CHHABRIA
United States District Judge