**ARNOLD & PORTER KAYE SCHOLER LLP**
S. Zachary Fayne
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Tel:  415-471-3100
Fax: 415-471-3400
Email: Zachary.Fayne@arnoldporter.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: ALL ACTIONS | |

**NOTICE OF APPEARANCE ON BEHALF OF**
<u>**DEFENDANT MONSANTO COMPANY**</u>

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that S. Zachary Fayne, of Arnold & Porter Kaye Scholer LLP, hereby enters his appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

| | |
|---|---|
| 1  DATED: December 21, 2018 | Respectfully submitted, |
| 2 | */s/ S. Zachary Fayne* |
| 3 | S. Zachary Fayne |
|   | (Zachary.Fayne@arnoldporter.com) |
| 4 | Arnold & Porter Kaye Scholer LLP |
|   | Three Embarcadero Center, 10th Floor |
| 5 | San Francisco, CA 94111 |
| 6 | Telephone: 415-471-3100 |
|   | Facsimile: 415-471-3400 |
| 7 | |
| 8 | |
|   | Attorney for Defendant |
| 9 | MONSANTO COMPANY |

-2-
NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
3:16-md-02741-VC