UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 60: INTERROGATORY DISPUTE IN** *STEVICK V. MONSANTO CO.*<br>Dkt. No. 2279 |

Stevick's discovery requests as to interrogatories 1, 3, 6, 7, 9, and 14 are denied. Stevick's discovery request as to interrogatory 15 is granted in part. To comply with interrogatory 15, Monsanto is directed to identify any meetings (including any telephonic or videoconference meetings) that took place about warning the public that the use of products containing glyphosate might increase the risk of cancer, the dates and locations of those meetings, the participants in those meetings, and any documents from those meetings.

The parties' stipulation for an extension extending the time to file a joint letter brief is granted. *See* Dkt. No. 2283.

**IT IS SO ORDERED.**

Date:   December 21, 2018

_____
VINCE CHHABRIA
United States District Judge