FILED
DEC 20 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT of APPEALS
for the NINTH CIRCUIT
Box 193939
San Francisco, California 94119-3939

RALPH A. APPLEGATE,
      PETITIONER,

Versus

MONSANTO COMPANY,
      RESPONDENT,

Case No. 16-MDL-02741-VC
Case No. 3:18-CV-03363-VC
Case No. 18-72281

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA,
      RESPONDENT,

## FAILURE to COMMUNICATE (CDA) and its RELATIONSHIP to EDUCATION

1. Plaintiff coined CDA as failure to communicate, failure to do a duty, and failure to account for those failures, it is ubiquitous, shortly after September 27, 2017.

2. Following statements are intended for further (Food for thought) education of Honorable Judge Chhabria, inter alia, about problem of Roundup, and are not necessarily in chronological order, as some statements are yet to be found.

3. Morning of Sunday, December 16, before 8:00 a. m., plaintiff had a dream about a problem in this litigation that needed solving, solved it, and explained it to plaintiff's spouse at breakfast at 11:00 a. m., and by 6:30 p.m. plaintiff and spouse forgot substance of that problem?

4. Our constitutional framers no doubt intended that judicial offices were to

be honorable , and that judges were to rule honorably .

5. A principle is that conclusions be based on evidentiary facts in problem solving , based on a book plaintiff studied in 1959/1960 called " Problem Solving ". This includes "legal issues ". Plaintiff has a daughter looking for that book , and to buy it , and "Dimensional Analysis "(Studied in 1950 by plaintiff )when found, as plaintiff wishes to study them again, to report chapter and verse where basis for conclusions is referenced .

6. Judge Chhabria was honorable in July , 2018(Was it then ?), when Judge Chhabria concluded that Glyphosate evidence was " Shaky " .It is unknown to plaintiff whether or not Judge Chhabria stated one or more basis for his conclusion that Glyphosate evidence was Shaky .

7. Plaintiff believes that Judge Chhabria was not honorable to his office by subsequently granting Daubert Summary Judgment to plaintiff's  , and by granting Dewayne Lee Johnson trial to proceed even though concluding that  glyphosate evidence was shaky .  It was not Judge Chhabria fault, however , that Judge Bolanos permitted Johnson's dermatologist to testify that Johnson is dying , when it is still likely that he is not dying , and can still survive .  This was pure error as it affected jury . Further , it is important to know that Oncologist Nabhan testified /concluded in Johnson trial that Glyphosate probably causes NHL , but gave no testimony with respect to Glyphosate effect , nor did Nabhan state any basis , whatsoever , for his conclusion .

p.2

8 . Plaintiff is now uncertain , even though still believing , that all Non Hodgkins Lymphoma's have IgM markers , there are 35 IgM's , and plaintiff collected a list of all 35 of them .  This is important because there is further necessity that pretrial Non Hodgkins Lymphoma evidence be taken to also determine how 35 NHL's are broken down , i.e., how many of 9303 NHL's to date are  found to be included in each of 35 different NHL's , especially if one NHL has a different marker  than an IgM .  This is relative to plaintiff's 2nd request of judge Chhabria asking that judge Chhabria reconsider pretrial discovery of continuous daily exposure and IgM of so many of 9303  plaintiff's .

9 . Plaintiff had earlier e-mailed , but can not find that copy , Ohio State University Pathology Department , asking for educational material, books , that distinguish how one NHL is diagnostically distinguished from another .  No answer has been forthcoming , so , plaintiff e-mailed Ohio State Pathology Department again , yesterday ,December 15 , 2018 , adding more questions, some questions for which answers are needed to be known .  One question was " With respect  to how long Pathologist Aimee Gerwirtz before 2009 was employed in laboratory work , does  she ever recall  a remark she made , a Eureka , when she 1st observed an IgM increase before 2009 ? " (Imbellished here ). Plaintiff , today , also asked Cleveland Clinic by e-mail " If all 35 NHL's have an IgM marker or not , and which do not ? " In that today, December 16, 2018 ,Cleveland Clinic "Adult Lymphoma Treatment

Guide" , it strangely states " By downloading our treatment guide ,you receive information about :

      * Causes of Hodgkin and Non Hodgkin Lymphoma
      * How these conditions are diagnosed
      * Treatment options
        Telephone 216-444-4673 "

This statement by Cleveland Clinic is 1st time plaintiff Applegate has ever observed such a claim that a patient will be provided "Causes of Hodgkin and Non Hodgkin Lymphoma " , so , plaintiff is right now going to ask for that , and advise this court when plaintiff receives a copy , if plaintiff does . Plaintiff will believe that claim when plaintiff sees it , possibly ! Other Oncologists are concealing that information . Does Cleveland Clinic not know anything about these Roundup lawsuits ?

10 . Therefore , plaintiff is forwarding this pleading to Judge Chhabria , tomorrow , December 17, 2018, because of this new found claim.

                      Respectfully submitted

                      Signed *[signature: Ralph A. Applegate]*

Ralph A. Applegate
Plaintiff Pro Se
1544 Zettler Road
Columbus ,Ohio 43227
914-410-1568
rapplegate48@gmail.com

Defendant Attorneys
David P. Strup
Shoemaker,Loop, & Kendrick , L.L.P.
1000 Jackson Street

Toledo, Ohio 43604
419-321-1306
dstrup@slk-law.com

Heather Pigman
 Hollingsworth LLP
1350 I Street NW
Washington DC, 2005
202-898-5800
hpigman@hollingsworthLLP.com

CERTIFICATE of SERVICE

Plaintiff/Appellant /Respondent serves this FAILURE to

COMMUNICATE(CDA)and its RELATIONSHIP to EDUCATION

by  regular mail to appellee attorney Heather Pigman , and

9th Circuit Court of Appeals, and Clerk of U.S. District Court ,

Northern District of California , so as to serve on Judge Chhabria ,

 by December 17, 2018 .

Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Cal. 94102