

RECEIVED
DEC 26 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES COURT of APPEALS
for the NINTH CIRCUIT
Box 193939
San Francisco, California 94119-3939

RALPH A. APPLEGATE,
      PETITIONER,

Versus        Case No. 16-MDL-02741-VC
                          Case No. 3:18-CV-03363-VC
MONSANTO COMPANY,    Case No. 18-72281
      RESPONDENT,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA,
      RESPONDENT,

      FURTHER FAILURE to COMMUNICATE(CDA) and its RELATIONSHIP to EDUCATION, et.al.

11. "Failure to look beyond" stated evidence questions is part of CDA.

12. Plaintiff had another different dream of December 18, 2018 a.m. about another problem.

13. Plaintiff has inquired to Leetonia High School about their 1950 Bacalaurete speech " PRESS ON TO A HIGHER CALLING " (Look beyond). It was an Eureka moment.

14. These parties failed to "Look Beyond":
    A. United States of America
        Has not looked beyond "Shaky" glyphosate evidence to cause and effect.
    B. European Union
        Has "outlawed" Polyethoxylated Tallow Amine." but, is now erroneously reconsidering glyphosate.
    C. EPA
        Has never looked beyond glyphosate.
    D. Plaintiff Applegate

       Plaintiff and spouse did not recall advising Toxicologist
       Pinkham on March 9, 2009 nor Oncologist Hofmeister in May,
       2009 that plaintiff had been exposed to 7 days consecutive
       exposure to Roundup.That was when Pinkham made her "Eureka"
       statement that "She never in her life saw blood like this ".

E. Toxicologist Pinkham
       Plaintiff does not recall Pinkham asking plaintiff if plaintiff had been
       exposed to any chemicals , and to what exposure ? Plaintiff does not
       recall Pinkham ordering a blood IgM draw , Pinkham refuses to
       produce plaintiff's medical records to Atty.Gen.Dewine.

F. Oncologist Chen
       Diagnosed plaintiff having Multiple Myeloma ,ordered bone
       marrow biopsy, needed to confirm Waldenstrom
       Macroglobulinemia .Was not looking beyond for cause and effect .

G. Oncologist Yadav
       Too busy threatening plaintiiff to use 2CDA. Looking beyond
       too difficult for him .

H. Pathologist Aimee Gewirtz
       James Cancer Hospital Pathology Dept. , authority for NHL,
       neglected even earlier than 2009 and in 2009 , and to this day,to
       collect IgM history for "looking beyond " for cause and effect of
       Waldenstrom Macroglobulinemia ? Did not provide copy of
       8980 IgM ,did not look beyond , unaccustomed to , and failed
       to suggest looking beyond ?

J. Weill Cornell Medical Center Pathologist(Name Unknown)
       Weill Cornell Pathology Dept., authority for NHL,neglected in
       2010,and after ,finding higher IgM of 10289,did not produce
       copy of IgM or bone marrow biopsy , also did not suggest
       looking beyond for cause and effect for Waldenstrom
       Macroglobulinemia . At that time plaintiff and spouse,
       Rosemary K. Applegate , had not advised Dr. Furman that
       plaintiff recalled that plaintiff had been exposed 7 consecutive
       days to Roundup , and even though this was true , Weill Cornell
       Medical Center had exposure and effect records/evidence then
       that Roundup caused Waldenstrom Macroflobulinemia .

K. Oncologist Craig Hofmeister
       Too busy criticizing plaintiff for refusing to use Fludarabine .

L. Oncologist Thomas Sweeney
       Too busy regularly using Rituximab for treatment .

M. Oncologist Richard Furman
       Even though plaintiff and spouse advised Furman plaintiff was
       exposed to Roundup ,Furman guessed that Roundup did
       not cause Waldenstrom Macroglobunemia , but ,

   stated no basis for that conclusion , in August , 2010, or later .
   Dr.Furman contemplated no looking beyond .
N. Judge Chhabria
   Could still be , but clearly is not yet looking beyond .
P. Attorney Michael Miller , and 57 others
   Apparently still hung up on " Shaky "glyphosate evidence ,
Q. Attorney Joe Hollingsworth
   Hollingsworth obviously still is hung up on " Shaky " glyphosate evidence , but , should still be looking beyond to show good faith about settlement, but is not .
R. Oncologist Nabhan
   Even though Dr. Nabhan was a practicing oncologist ,and knew or reasonably should have known of astronomical increase in IgM's from his practice , Dr. Nabhan should have looked beyond and known earlier that by at least 2 days consecutive exposure to Roundup and astronomical effect of increase in IgM should have proven that Roundup caused Waldenstrom Macroglobulinemia , and other plaintiff 's non hodgkins lymphomas. Dr. Nabhan was also asleep at a wheel .

15. Plaintiff has since learned that Cleveland Clinic's advice on a later page was a guess that there were/are no known cause for NHL's .

16. "Press On Toward A Higher Calling " speech appears to be a better one than "Gettysburg Address " . Whether or not Honorable Judge Chhabria prepares his own 2019 speech about Roundup is his call .

Respectfully submitted

Signed *Ralph A. Applegate*
Ralph A. Applegate
Plaintiff Pro Se
1544 Zettler Road
Columbus ,Ohio 43227
914-410-1568
rapplegate48@gmail.com

Defendant Attorneys
David P. Strup
Shoemaker,Loop, & Kendrick , L.L.P.

p.3

1000 Jackson Street
Toledo, Ohio 43604
419-321-1306
dstrup@slk-law.com

Heather Pigman
Hollingsworth LLP
1350 I Street NW
Washington DC, 2005
202-898-5800
hpigman@hollingsworthLLP.com


CERTIFICATE of SERVICE

Plaintiff/Appellant /Respondent serves this FURTHER FAILURE to

COMMUNICATE(CDA)and its RELATIONSHIP to EDUCATION,

et.al by regular mail to appellee attorney Heather Pigman , to

9th Circuit Court of Appeals , and to Clerk of U.S. District Court ,

Northern District of California , so as to serve on Judge Chhabria ,

by December 20, 2018 , et.al .

Ralph A. Applegate
1544 Zettler Road
Columbus, Ohio 43227

Clerk
U.S. District Court
North. Dist. of Cal.,
450 Golden Gate Ave,
San Francisco, Cal. 94102.