

**W E I T Z**
**&**
**L U X E N B E R G**
A  P R O F E S S I O N A L  C O R P O R A T I O N
• L A W  O F F I C E S •

**700 BROADWAY** • **NEW YORK, NY 10003**
**TEL. 212-558-5500**     **FAX  212-344-5461**
**WWW.WEITZLUX.COM**

December 31, 2018

**VIA EMAIL**
Hon. Vince Chhabria
United States District Court
Northern District of California

    Re:    *Hardeman v. Monsanto*, Case No. 3:16-cv-00525; *Stevick v. Monsanto*, Case No. 3:16-cv-02341; and *Gebeyehou v. Monsanto*, Case No. 3:16-cv-05813

Dear Judge Chhabria:

    Plaintiffs write in connection the *Daubert* testimony of Dr. Andre Shustov in the above-referenced actions. As Your Honor is aware, Dr. Shustov is out of the country on the dates set aside for the *Daubert* hearing, and the Court provided alternative dates for his testimony in correspondence dated December 14, 2018.  One of those dates is January 28, 2019.

    Plaintiffs respectfully request that Dr. Shustov be permitted to testify on the afternoon of January 28th via videoconference or telephone.  Dr. Shustov is in clinic in the morning of January 28th, and on the evening of January 28, 2019 he leaves the country for three weeks.  We have discussed this request with counsel for Monsanto and they do not oppose the request.

    If the Court is amenable to this request, the Court and the parties can discuss the process for presenting Dr. Shustov at the case management conference on January 4, 2019.

        Respectfully submitted,

        *Robert L. Greenwald*