**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC<br>*Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC<br>*Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | ) **MONSANTO COMPANY'S MOTION TO EXCEED PAGE LIMIT FOR SPECIFIC-CAUSATION SUMMARY JUDGMENT AND *DAUBERT* MOTION** ) ) ) ) ) |

Defendant Monsanto Company ("Monsanto") hereby respectfully moves for leave to exceed the page limits for its specific causation *Daubert* and summary judgment briefs to 45 pages for Monsanto's opening brief and 15 pages for its reply brief. Plaintiffs oppose this limited page extension, and have also made clear that they oppose other aspects of Monsanto's briefing strategy. Monsanto stated its position on this issue in the parties' December 28, 2018 Joint Case Management Statement (ECF No. 2386, or "CMC Statement") but now moves separately given the importance of the issue and to update the Court on further correspondence with Plaintiffs since the CMC statement was filed.

In support of this request, Monsanto states as follows:

1. In the parties' October 22, 2018 Joint Case Management Statement (ECF No. 2046), Plaintiffs requested that the Court set page limits for the specific causation *Daubert* and summary judgment briefs in advance of "the Group 1 trial." In a section of the statement titled "Specific Causation Daubert Briefing and Summary Judgment Page Limits," Plaintiffs proposed the following page limits:

- Monsanto's specific causation *Daubert* and summary judgment brief: 35 pages
- Plaintiffs' opposition and affirmative specific causation *Daubert* and summary judgment brief: 40 pages
- Monsanto's opposition and reply brief: 10 pages
- Plaintiffs' reply brief: 5 pages

Monsanto did not object at time to the page limitations proposed by Plaintiffs, in part because it was unclear whether the briefing would address only the first case the Court elected to set for trial or all of the Group 1 cases.

2. In the ten weeks that have elapsed since that filing, however, the scope of the briefing has become clearer. The Court made clear in its November 20, 2018 PTO No. 56 (ECF No. 2194) that the parties were to continue preparing all three Group 1 cases for trial and ordered that all three cases be ready for trial by February 25, 2019. Further, it became clear at the December 5, 2018 Case Management Conference that the upcoming *Daubert* hearing would

address all three of the Group 1 cases.  Accordingly, Monsanto requests 10 additional pages for its opening brief and 5 additional pages for the reply brief on specific causation to account for all three cases, rather than just the *Hardeman* case.  Monsanto does not oppose reciprocal page extensions for Plaintiffs' specific causation *Daubert* and summary judgment briefs.

3. Monsanto met and conferred with Plaintiffs several times in relation to this request.  Plaintiffs made clear that they not only oppose the page extension, but understand the scope of the prior agreement to encompass *all* of Monsanto's *Daubert* and summary judgment arguments, even on matters completely unrelated to specific causation.

4. For several weeks now, Monsanto has anticipated filing *Daubert* briefs as to Dr. Sawyer (Plaintiffs' exposure expert), Dr. Benbrook (Plaintiffs' regulatory expert), and Mr. Mills (Plaintiffs' punitive damages experts).  Those motions are based in substantial part on the experts' recent depositions and could not have been filed before now.  In addition, Monsanto has anticipated filing a summary judgment brief on other legal grounds unrelated to specific causation.  These briefs and arguments could materially advance the termination of this litigation and streamline the issues before the Court if these cases proceed to trial.  As Monsanto has made clear to Plaintiffs, it intends to abide by the Court's existing page limits on these briefs (15 pages for *Daubert* and 25 pages for all non-causation summary judgment arguments).

5. To address Plaintiffs' recently raised claims of prejudice based on these additional briefs, Monsanto offered to agree to an extension of time (without altering the time for completion of all briefing) for Plaintiffs' oppositions to Monsanto's motions unrelated to specific causation in exchange for Plaintiffs' agreement not to oppose Monsanto's briefing plan.  At the time the CMC Statement was filed, Plaintiffs indicated that they would be willing to consider Monsanto's proposal.  This afternoon, Plaintiffs stated that they will not consent and oppose any briefing being filed over 35 pages.

6. In light of the foregoing, Monsanto requests that the Court grant its motion to extend the page limits for its specific causation *Daubert* and summary judgment opening brief and reply brief.  In addition, unless directed otherwise by the Court, Monsanto intends to file the other

*Daubert* and summary judgment briefs it has long contemplated filing.  Monsanto remains willing to agree to page and time extensions for Plaintiffs, if the Court deems them appropriate.

DATED:  December 31, 2018

Respectfully submitted,

/s/ *Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of December 2018, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff