UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC <br> *Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC <br> *Gebeyehou v. Monsanto Co., et al.*, 3:16-cv-5813-VC | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S MOTION TO EXCEED PAGE LIMIT FOR SPECIFIC CAUSATION SUMMARY JUDGMENT AND *DAUBERT* MOTION** |

Upon consideration of Monsanto Company's Motion to Exceed Page Limits for Specific-Causation Summary Judgment and *Daubert* Motion,

IT IS HEREBY ORDERED THAT the motion is GRANTED; and it is hereby

FURTHER ORDERED that Monsanto Company shall be permitted to file:

- A specific-causation opening brief not to exceed 45 pages;
- A specific-causation reply brief not to exceed 15 pages;
- *Daubert* briefs on issues unrelated to specific causation not to exceed 15 pages each;
- A summary judgment brief on issues unrelated to causation not to exceed 25 pages.

Date: _____                    _____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT