**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: 202-662-6000
Fax: 202-778-5694
Email: mimbroscio@cov.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2741 |
| | ) | Case No. 3:16-md-02741-VC |
| This document relates to: | ) | |
| ALL ACTIONS | ) | |

**NOTICE OF APPEARANCE ON BEHALF OF**
**DEFENDANT MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Michael X. Imbroscio, of COVINGTON & BURLING LLP, hereby enters his first appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

DATED: January 1, 2019

Respectfully submitted,

/s/ Michael X. Imbroscio
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
OneCity Center
850 Tenth Street NW
Washington, DC 20001
Tel: 202-662-6000
Fax: 202-778-5694

Attorney for Defendant
MONSANTO COMPANY

- 2 -

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
3:16-MD-02741-VC