# Exhibit C

## EXHIBIT C

Plaintiffs identify responsive language **in blue** and the language that Monsanto added to the RFAs that is non-responsive **in red**.

---

**REQUEST NO. 4:** Admit that Monsanto has not conducted a long-term animal carcinogenicity study on glyphosate since 1991.

**RESPONSE TO REQUEST NO. 4:** Monsanto incorporates by reference General Objections 1-5 here as if restated in full. Monsanto objects to this Request because it is cumulative and/or duplicative of discovery already served, including because this request was posed to Monsanto in Plaintiffs' Requests for Admission – Revised (Dated 09/03/17) at RFA No. 11. Notwithstanding Monsanto's objections, **Monsanto ADMITS that, after reasonable inquiry into the information that is known or readily obtainable, it has not identified any 12 month or longer animal chronic toxicity studies that it has conducted on glyphosate since 1991**, **but Monsanto notes that a significant number of such studies have been conducted by other registrants of glyphosate and that regulators reviewing these studies have concluded that they do not support a finding that glyphosate causes cancer in humans.** **Monsanto otherwise DENIES this Request.**

---

**REQUEST NO. 5:** Admit that Monsanto has never conducted a long-term animal carcinogenicity study on any glyphosate formulation.

**RESPONSE TO REQUEST NO. 5:** Monsanto incorporates by reference General Objections 1-5 here as if restated in full. Monsanto objects to this Request because it is cumulative and/or duplicative of discovery already served. Monsanto objects to this Request because it assumes facts that are not correct, including because there is no methodology or design that allows for a long-term animal carcinogenicity study on any glyphosate formulation. **Notwithstanding Monsanto's objections, Monsanto ADMITS that it has not conducted a long-term animal carcinogenicity study on any formulated pesticide product.** **To the extent plaintiffs suggest that conducting long-term animal carcinogenicity studies on glyphosate formulations is a common industry practice, Monsanto DENIES the request and states further that it has not identified any other company or scientific entity who has conducted a long-term animal carcinogenicity study on any formulated pesticide product. Plaintiffs' regulatory expert similarly is not aware of such studies.** *See* **Deposition of Charles Benbrook, Ph.D. (*Peterson & Hall v. Monsanto Co.*) at 211:7-15.** **Monsanto otherwise DENIES this Request.**

---

**REQUEST NO. 6:** Admit that Monsanto is not precluded by any applicable law, regulation, or ordinance from conducting a long-term animal carcinogenicity study [on] a glyphosate formulation.

**RESPONSE TO REQUEST NO. 6:** Monsanto incorporates by reference General Objections 1-5 here as if restated in full. Monsanto objects to this Request because it is cumulative and/or duplicative of discovery already served. Monsanto objects to the phrase "any applicable law, regulation, or ordinance" as vague, ambiguous, and lacking specificity. **ADMITTED. To the extent plaintiffs suggest that because Monsanto is not prohibited by law to perform long-term animal carcinogenicity studies on a glyphosate formulation, that Monsanto is therefore required to perform long-term animal carcinogenicity studies on glyphosate formulations or that such a study is feasible, Monsanto DENIES this request because there is no methodology or design that allows for a long-term animal carcinogenicity study on any glyphosate formulation that would be deemed acceptable for regulatory purposes.**

---

**REQUEST NO. 7:** Admit that Monsanto has never conducted a long-term animal carcinogenicity study on any surfactant used in a glyphosate formulated product.

**RESPONSE TO REQUEST NO. 7:** Monsanto incorporates by reference General Objections 1-5 here as if restated in full. Monsanto objects to this Request because it is cumulative and/or duplicative of discovery already served. Notwithstanding Monsanto's objections, **Monsanto ADMITS that it has never conducted a 12 month or longer term animal carcinogenicity study on any surfactants used in glyphosate-based products. To the extent the phrase "long-term animal carcinogenicity study" is intended to apply to studies involving rodents exposed to surfactants for up to four weeks, Monsanto DENIES this request. Studies conducted in rodents orally administered surfactants for four weeks indicate that long-term studies are not feasible. Monsanto does not manufacture the surfactants used in its glyphosate-based formulations and is not required to conduct long-term carcinogenicity testing. Monsanto has generated additional data on safety endpoints for surfactants that it uses in glyphosate-based formulations in the United States as part of its product stewardship efforts. That data was submitted to the EPA along with the data of other pesticide and surfactant manufactures as part of the Joint Inert Task Force submission. *See, e.g.,* Petition Proposing An Exemption From The Requirement Of A Tolerance for Residues Of Joint Inerts Task Force Cluster 4 "Alkyl Amines Polyalkoxylates" In or On Raw Agricultural Products And Food Products. Per Fr, Notice, Vol.71, No. 153, P.45422 § 180.920 [Amended], M,N,O,P., Joint Inert Task Force Support Team Number 4, June 19, 2008 (MONGLY01170026-105). The EPA has stated that no long-term rodent carcinogenicity studies of surfactants used in glyphosate-based products is necessary and concluded that those surfactants are not carcinogenic.** *See* **United States Environmental Protection Agency, Memorandum Re: Alkyl Alcohol Alkoxylates (AAA- JITF CST 1 Inert Ingredient), July 14, 2009; United States Environmental Protection Agency, Memorandum Re: Alkyl Alcohol Alkoxylate Phosphate and Sulfate Derivatives (AAAPDs and AAASDs – JITF CST 2 Inert Ingredients), June 8, 2009; United States Environmental Protection Agency, Memorandum Re: Alkyl Amine Polyalkoxylates (JITF CST 4 Inert Ingredients),**

**April 3, 2009; United States Environmental Protection Agency, Memorandum Re: Methyl Poly(Ocyethylene) $C_8 – C_{18}$ Alkylammonium Chlorides (MPOACs – JITF CST 7 Inert Ingredients), June 2, 2009; United States Environmental Protection Agency, Memorandum Re: Sodium and Ammonium Naphthalenesulfonate Formaldehyde Condensates (SANFCs – JITF CST 11 Inert Ingredients), May 28, 2009. Additionally, Monsanto has conducted genotoxicity testing on surfactants used in glyphosate-based products, none of which have shown genotoxic endpoints. *See, e.g,*. Farabaugh, 2009 (MONGLY00603608-45); Flowers, 1982 (MONGLY01318663-83); Murli, 1997 (MONGLY00603709-68).**