# Exhibit D

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DSTRICT OF CALIFORNIA**
**JUROR QUESTIONNAIRE**

Juror Name:_________________________________ Badge Number:_____________________

Phone Number:_______________________________ E-mail Address:____________________

***Please read these instructions carefully before you fill out the questionnaire***

This questionnaire is part of the jury selection process and part of the public record of this case. Your answers will be used by the judge and attorneys to help select a qualified jury and will make the jury selection process shorter and easier. Please take as much time as you need to complete this questionnaire.

You are ordered not to discuss this case with anyone; do not allow anyone to discuss the case with you. The only information you may tell anyone is that you are in a jury pool for a trial and the time requirements of that trial. You are also ordered not to read, listen to, or watch any news, Internet, or other media accounts of this case, past or present. You may not do research about any issues involved in the case. You may not blog, Tweet, or use the Internet to obtain or share information. (CCP §1209(a)(10))

It is extremely important that you answer all the questions yourself, honestly and completely. There are no "right" or "wrong" answers, just complete and incomplete ones. All answers are given under penalty of perjury. If you have trouble understanding or filling out this questionnaire, please let the court clerk know.

Some of your answers may require follow-up questions in open court by the judge or by the attorneys. You may find some questions to be sensitive and you may prefer not to discuss your answers in open court. If you find question(s) sensitive, please do not answer the question(s) and simply write "confidential" in the space provided for the answer.

Please do not write on the back of any page. If you need additional space for your answers, use the blank space provided on the last page of the questionnaire.

When you are finished, please give the questionnaire to the clerk who will give you instructions about when to return to court to continue the process of selecting a jury.

Thank you for your jury service.

Badge #: __________

**JUROR QUESTIONNAIRE**

**NAME** (Please print):____________________________________________________________

1. Gender: ❑ Male ❑ Female Age: ___________Where did you grow up?___________________

   Where do you live now? :_____________________________________For how long?____________

2. a. What is the last level of education you completed?
   - ❑ Grade school or less
   - ❑ Some high school
   - ❑ High school graduate
   - ❑ Technical/Business School
   - ❑ Some college (no degree)
   - ❑ 2-year Associate of Arts degree
   - ❑ 4-year College graduate (Major:______________________)
   - ❑ Post graduate study (Major/degree:___________________)

   b. What schools did you attend?_________________________________________________

   c. List area of study and any certificates or degrees you have obtained: ________________________

   ____________________________________________________________________________

3. What is your employment status? (check all that apply)
   - ❑ Employed full time
   - ❑ Homemaker
   - ❑ Retired for ___ year(s)
   - ❑ Employed part-time
   - ❑ Full-time Student
   - ❑ Unemployed for ___ years
   - ❑ Other: _____________
   - ❑ Part-time Student
   - ❑ Looking for work

4. Please list the primary jobs you have had in the past 20 years, beginning with your current or most recent employment. If retired or unemployed, please indicate the last jobs you held outside the home.

| Dates of Employment | Employer | Occupation | Duties |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

7. What is your marital status:
   - ❑ Single, never married
   - ❑ Married for_____years
   - ❑ Divorced/Separated
   - ❑ Living with partner
   - ❑ Widowed/Widower
   - ❑ Other:___________________

8. What is your spouse/partner's current employment, if any?_____________________________

   ____________________________________________________________________________

Badge #: ___________

9. If you have any children please fill in the list below.

| Gender | Age | Do they live with you? | Education | Occupation | If married, list their Spouse's Occupation |
|---|---|---|---|---|---|
| | | ❑ Yes ❑ No | | | |
| | | ❑ Yes ❑ No | | | |
| | | ❑ Yes ❑ No | | | |
| | | ❑ Yes ❑ No | | | |

10. Have you, a family member, or someone close to you ever had any training, courses or worked in or around the following areas?

| | | | |
|---|---|---|---|
| Agriculture/Farming | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Chemistry | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Chemical Engineering | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Environmental Science | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Government/Regulatory Agency | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Law/Legal Field | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Medicine/Nursing/Health Care | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Marketing | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Public Relations | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Risk Assessment | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Statistics | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |

If Yes to any of the above, please explain: ______________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

Badge #: __________

11. Have you or anyone close to you ever been diagnosed with any type of cancer?
❑ Yes, self ❑Yes, family ❑Yes, someone close ❑ No If Yes, please explain:

Please explain, including who, type(s) of cancer, date(s) of diagnosis, and his/her treatment and current condition:

What is your opinion about what caused the cancer?

12. Have you or anyone close to you experienced side effects from exposure to a chemical?
❑ Yes, self ❑ Yes, family ❑ Yes someone close ❑ No If Yes, please explain, including who, when, what chemical and side effects:

13. Have you or anyone close to you ever worked for, done business with, or otherwise had a financial interest in Monsanto Company? ❑ Yes ❑ No If Yes, please explain:

14. Do you or anyone close to you currently use the herbicide (weed killer) sold under the brand name "Roundup"? ❑ Yes ❑ No ❑ Unsure If Yes, please explain:

| Who/Relationship to You | Where? | Purpose(s) of Use? | How Often? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

15. Have you or anyone close to you ever used the herbicide Roundup in the past? ❑ Yes ❑No ❑ Unsure

| Who/Relationship to You | Where? | Purpose(s) of Use? | How Often? | When? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**I declare the above answers to be true of my own knowledge and I sign this questionnaire under penalty of perjury under the laws of the State of California.**

Dated:__________________________ ________________________________________

Signature of Juror