# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| *Griffeth, et al. v. Monsanto Company.* Case No. 3:18-cv-05777-VC | |

## SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1) and MOTION FOR SUBSTITUTION OF PARTY

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel's recently discovered death of Trina Gunnoe, a plaintiff in this action. Trina Gunnoe passed away on November 21, 2018. Her Death Certificate is attached as Exhibit A. Barbara Barnard has been appointed administratrix of the estate of Trina Gunnoe, as evidenced by the Letter of Administration attached as Exhibit B.

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, it is hereby requested that "Barbara Barnard, Administratrix of the Estate of Trina Gunnoe, Deceased" be substituted in place of "Trina Gunnoe" as plaintiff in this action, so that Decedent's claims survive, and the action on her behalf may proceed.

The request under this Motion is not sought for delay, but so that justice may be done.

| | |
|---|---|
| DATED: January 3, 2019 | Respectfully submitted,<br><br>/s/ Peter A. Miller_____<br>Peter A. Miller, Esq.<br>Virginia Bar No. 47822<br>**MILLER DELLAFERA PLC**<br>3420 Pump Road \| PMB 404<br>Henrico, VA 23233<br>Telephone: 800-401-6670<br>Fax: 1-888-830-1488<br>pmiller@millerdellafera.org<br><br>ATTORNEYS FOR PLAINTIFF |

### **CERTIFICATE OF CONFERENCE**

I hereby certify that I have contacted Counsel for Defendant Monsanto Company regarding Plaintiffs' request under this Motion. To date, no reply has been received.

/s/ Peter A. Miller_____
Peter A. Miller, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 3rd day of January 2019, the foregoing Suggestion of Death Upon the Record Under Rule 25(a)(1) and Motion for Substitution of Party was served on all parties of record by means of electronic filing via the Electronic Case Filing (ECF) system.

/s/ Peter A. Miller_____
Peter A. Miller, Esq.
Virginia Bar No. 47822
**MILLER DELLAFERA PLC**
3420 Pump Road | PMB 404
Henrico, VA 23233
Telephone: 800-401-6670
Fax: 1-888-830-1488
pmiller@millerdellafera.org