**WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES**
**BUREAU FOR PUBLIC HEALTH - VITAL REGISTRATION OFFICE**
**PHYSICIAN'S / MEDICAL EXAMINER'S CERTIFICATE OF DEATH**
350 CAPITOL STREET, ROOM 165, CHARLESTON, WV 25301

STATE FILE NUMBER: 020410

1. DECEDENT'S LEGAL NAME: Trina Gunnoe
2. SEX: F
3. SOCIAL SECURITY NUMBER: [redacted]
4a. AGE: 60
5. DATE OF BIRTH: 03/18/1958
6. BIRTHPLACE: Charleston, WV
7a. RESIDENCE (STATE): WV
7b. COUNTY: Kanawha
7c. CITY OR TOWN: Charleston
7d. STREET AND NUMBER: 604 Colan Court
7f. ZIP CODE: 25314
7g. INSIDE CITY LIMITS? Yes

9. MARITAL STATUS AT TIME OF DEATH: Never Married
11. FATHER'S NAME: Lee Roy Gunnoe
12. MOTHER'S NAME: Betty Bernice Cadwell
13a. INFORMANT'S NAME: Barbara Barnard
13b. RELATIONSHIP: Sister
13c. MAILING ADDRESS: 522 Meadowbrook Lane, Kenna, WV 25248

14. PLACE OF DEATH: Hospice facility
15. FACILITY NAME: Hubbard Hospice House
16. CITY: Charleston, WV 25311
17. COUNTY OF DEATH: Kanawha
18. METHOD OF DISPOSITION: Donation
19. PLACE OF DISPOSITION: WVU Human Gift Registry
20. DISPOSITION LOCATION: Morgantown, WV
21. FUNERAL FACILITY: Waybright Funeral Home, 511 S. Church St., Ripley, WV 25271
23. LICENSE NUMBER: 3941

24. DATE PRONOUNCED DEAD: 11-21-2018
25. TIME PRONOUNCED DEAD: 2323
26. SIGNATURE: Stephanie Shepherd LPN
27. DATE SIGNED: 11/21/2018

28. ACTUAL OR PRESUMED DATE OF DEATH: 11-21-2018
29. ACTUAL OR PRESUMED TIME OF DEATH: 2323
30. WAS MEDICAL EXAMINER OR CORONER CONTACTED? No

**CAUSE OF DEATH**
31. IMMEDIATE CAUSE: a. end stage liver disease

PART II: non small cell lung cancer, oropharynx cancer
32a. WAS AUTOPSY PERFORMED? No
33. DID TOBACCO USE CONTRIBUTE TO DEATH? Probably
35b. FINAL MANNER OF DEATH: Natural

Signature of Certifier: [signed]
Date Certified: 11/21/18
37b. Dr. Amy Wirts, 1001 Curtis Price Way, Charleston WV 25311
37c. TITLE: MD

38. SIGNATURE OF REGISTRAR: Ramona J Fox
39. DATE FILED: DEC 08 2018

FORM VS-002 (Rev. 9/2017)