**United States of America**

State of West Virginia  County of Kanawha, ss:

# Letter of Administration

Estate of TRINA GUNNOE

I, Andrew T. Gunnoe, Kanawha County Fiduciary Supervisor, in the State of West Virginia, do hereby certify that BARBARA BARNARD was on the 12th day of December, 2018, appointed by the Fiduciary Supervisor of the Kanawha County Commission as administratrix(s) of the Estate of TRINA GUNNOE, duly qualified as such by taking oath prescribed by law, and by giving approved bond in the sum of $20,000.00, as required by law.

NOW THEREFORE, be it known that said appointment is now in full force and effect and that full faith and credit are due and should be given to all the acts of the said BARBARA BARNARD as such administratrix(s) of the Estate of TRINA GUNNOE, as well in all jurisdictions, as elsewhere.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Kanawha County Commission at my office in said County on the 12th day of December, 2018.

_____
Andrew T. Gunnoe
Kanawha County Fiduciary Supervisor

By _____
Haley Shamblin
Deputy Fiduciary Supervisor

LetterofAdministration